# EXHIBIT B

NATIONAL FIRE PROTECTION ASSOCIATION, INC. COPYRIGHT REGISTRATIONS

| Designation | Edition | Title | Registration Certificate Number |
|---|---|---|---|
| NFPA 1 | 2003 | Uniform Fire Code | TX 5-970-602 |
| NFPA 1 | 2006 | Uniform Fire Code | TX 6-261-668 |
| NFPA 11 | 2005 | Standard for Low Medium and High Expansion Foam | TX 6-160-768 |
| NFPA 12 | 2005 | Standard on Carbon Dioxide Extinguishing Systems | TX 6-232-876 |
| NFPA 10 | 2002 | Standard for Portable Fire Extinguishers (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") | TX 5-752-623 |
| NFPA 13 | 2002 | Installation of Sprinkler Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") | TX 5-752-623 |
| NFPA 25 | 2002 | Inspection, Testing and Maintenance of Water-Based Fire Protection Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") | TX 5-752-623 |
| NFPA 30 | 2003 | Flammable and Combustible Liquids Code | TX 5-905-038 |
| NFPA 54 | 2006 | National Fuel Gas Code | TX 6-261-666 |
| NFPA 58 | 2001 | Liquified Petroleum Gas Code (Title of work on certificate of registration is "National Fire Codes Vol 3") | TX 5-401-672 |
| NFPA 58 | 2004 | Liquefied Petroleum Gas Code | TX 5-956-112 |
| NFPA 59 | 2004 | Utility LP Gas Plant Code | TX 5-953-205 |
| NFPA 70 | 1999 | National Electrical Code | TX 4-092-419 |
| NFPA 70 | 2005 | National Electrical Code | TX 6-108-410 |
| NFPA 70 | 2008 | National Electrical Code | TX 6-966-113 |
| NFPA 70 | 2011 | National Electrical Code | TX 7-297-325 |
| NFPA 72 | 2002 | National Fire Alarm Code | TX 5-841-133 |
| NFPA 99 | 2005 | Health Care Facilities Code | TX 6-153-939 |
| NFPA 101 | 2000 | Life Safety Code | TX 5-371-918 |
| NFPA 101 | 2003 | Life Safety Code | TX 5-841-134 |
| NFPA 101 | 2006 | Life Safety Code | TX 6-294-334 |
| NFPA 704 | 2007 | Standard System for the Identification of the Hazards of Materials for Emergency Response | TX 6-445-855 |