# EXHIBIT H

# NATIONAL ELECTRICAL CODE®
## International Electrical Code® Series



nec 2008


NFPA

NFPA 70™



Copyright © 2007
National Fire Protection Association®
One Batterymarch Park
Quincy, Massachusetts 02169-7471

*NFPA 70* is a trademark of the National Fire Protection Association.

*NFPA, National Fire Protection Association, National Electrical Code,* and *NEC*
are registered trademarks of the National Fire Protection Association.

## IMPORTANT NOTICE ABOUT THIS DOCUMENT

**Notice and Disclaimer of Liability Concerning the Use of NFPA® Documents**

NFPA codes, standards, recommended practices, and guides, of which the document contained herein is one, are developed through a consensus standards development process approved by the American National Standards Institute. This process brings together volunteers representing varied viewpoints and interests to achieve consensus on fire and other safety issues. While the NFPA administers the process and establishes rules to promote fairness in the development of consensus, it does not independently test, evaluate, or verify the accuracy of any information or the soundness of any judgments contained in its codes and standards.

The NFPA disclaims liability for any personal injury, property or other damages of any nature whatsoever, whether special, indirect, consequential or compensatory, directly or indirectly resulting from the publication, use of, or reliance on this document. The NFPA also makes no guaranty or warranty as to the accuracy or completeness of any information published herein.

In issuing and making this document available, the NFPA is not undertaking to render professional or other services for or on behalf of any person or entity. Nor is the NFPA undertaking to perform any duty owed by any person or entity to someone else. Anyone using this document should rely on his or her own independent judgment or, as appropriate, seek the advice of a competent professional in determining the exercise of reasonable care in any given circumstances.

The NFPA has no power, nor does it undertake, to police or enforce compliance with the contents of this document. Nor does the NFPA list, certify, test or inspect products, designs, or installations for compliance with this document. Any certification or other statement of compliance with the requirements of this document shall not be attributable to the NFPA and is solely the responsibility of the certifier or maker of the statement.

Important Notices and Disclaimers continue on inside back cover.

12 11 10 09 08 07  10 9 8 7 6 5 4 3 2 1