# EXHIBIT I

# STANDARD

**ANSI/ASHRAE/IES Standard 90.1-2010**
(Supersedes ANSI/ASHRAE/IESNA Standard 90.1-2007)
Includes ANSI/ASHRAE/IES Addenda listed in Appendix F

# Energy Standard for Buildings Except Low-Rise Residential Buildings

### I-P Edition

See Appendix F for approval dates by the ASHRAE Standards Committee, the ASHRAE Board of Directors, the IES Board of Directors, and the American National Standards Institute.

This standard is under continuous maintenance by a Standing Standard Project Committee (SSPC) for which the Standards Committee has established a documented program for regular publication of addenda or revisions, including procedures for timely, documented, consensus action on requests for change to any part of the standard. The change submittal form, instructions, and deadlines may be obtained in electronic form from the ASHRAE Web site (www.ashrae.org) or in paper form from the Manager of Standards. The latest edition of an ASHRAE Standard may be purchased from the ASHRAE Web site (www.ashrae.org) or from ASHRAE Customer Service, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: orders@ashrae.org. Fax: 404-321-5478. Telephone: 404-636-8400 (worldwide), or toll free 1-800-527-4723 (for orders in US and Canada). For reprint permission, go to www.ashrae.org/permissions.

© 2012 ASHRAE          ISSN 1041-2336



