CO-386-online
10/03

# United States District Court
# For the District of Columbia

American Society for Testing and Materials, et al )
)
)
)
                    Plaintiff )
   vs )   Civil Action No._____
)
Public.Resource.Org, Inc. )
)
)
                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __American Society for Testing and Materials__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Society for Testing and Materials__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 335307
BAR IDENTIFICATION NO.

Michael Clayton
Print Name

1111 Pennsylvania Avenue, NW
Address

Washington DC 20004
City    State    Zip Code

202-739-5215
Phone Number