CO-386-online
10/03

# United States District Court
# For the District of Columbia

AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM )
INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, )
INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, )
AND AIR CONDITIONING ENGINEERS, )
)
                         Plaintiff  )      Civil Action No.   1:13-cv-01215
       vs )
)
**PUBLIC.RESOURCE.ORG, INC.** )
)
)
                      Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  NATIONAL FIRE PROTECTION ASSOCIATION, INC.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  NATIONAL FIRE PROTECTION ASSOCIATION, INC.  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

497271
BAR IDENTIFICATION NO.

Anjan Choudhury
Print Name

355 South Grand Avenue, 35th Floor
Address

Los Angeles, CA  90071
City        State        Zip Code

(213) 683-9100
Phone Number