AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Society for Testing & Materials, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-1215 |
| Public.Resource.org, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.   .

Date:   08/06/2013

/s/ Jeffrey S. Bucholtz
*Attorney's signature*

Jeffrey S. Bucholtz  (No. 452385)
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707

*Address*

jbucholtz@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-3737
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, a copy of the foregoing was filed using the Courts ECF system, and was mailed via first-class mail, postage prepaid, to the following:

Public.Resource.Org, Inc.
1005 Gravenstein Highway North
Sebastopol, CA 95472

/s/ Jeffrey S. Bucholtz
Jeffrey S. Bucholtz