UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.; and UNDERWRITERS LABORATORIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC. <br><br> Defendant. | CASE NO. 1:13-1215 |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.


DATED: August 6, 2013

                                        KING & SPALDING LLP

                                        */s/ Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz (D.C. Bar: 452385)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500
Email: jbucholtz@kslaw.com

Kenneth L. Steinthal
Joseph R. Wetzel
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: ksteinthal@kslaw.com,
       jwetzel@kslaw.com

*COUNSEL FOR AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.*


## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2013, a copy of the foregoing was filed using the Courts ECF system, and was mailed via first-class mail, postage prepaid, to the following:

Public.Resource.Org, Inc.
1005 Gravenstein Highway North
Sebastopol, CA 95472

*/s/ Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz