AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Society for Testing & Materials, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:13-cv-01215 |
| Public.Resource.Org, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Fire Protection Association, Inc.

Date: 08/06/2013

/s/ Anjan Choudhury
*Attorney's signature*

Anjan Choudhury (Bar No. 497271)
*Printed name and bar number*

Munger, Tolles & Olson LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA  90071
*Address*

Anjan.Choudhury@mto.com
*E-mail address*

(213) 683-9100
*Telephone number*

(213) 687-3702
*FAX number*