| Attorney Or Party Without Attorney (Name and Address) | Telephone: (415) 512-4000 | FOR COURT USE ONLY |
|---|---|---|
| MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California 94105 | | |
| Attorneys for: AMERICAN SOCIETY FOR TESTING AND | Ref. No. Or File No. W2617001 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF COLUMBIA | | |
| Plaintiff:<br>AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL | | |
| Defendant:<br>PUBLIC.RESOURCE.ORG, INC. | | |

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: 1:13-cv-01215 EGS |
|---|---|---|---|---|

I, Julia Ardoin, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS; COMPLAINT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : PUBLIC.RESOURCE.ORG, INC.

By Serving          : Kristin Ciapusci, Authorized to Accept Service of Process

Address             : 1005 Gravenstein Hwy, North, Sebastopol, CA  95472
Date & Time         : Wednesday, August 7, 2013 @ 4:16 p.m.
Witness fees were   : Not applicable.

Person serving:
Julia Ardoin
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: P-381
   (3) County: Sonoma
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 7, 2013

Signature: _____
Julia Ardoin


Printed on recycled paper