UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:13-cv-01215-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF THE AMERICAN SOCIETY OF HEATING,
REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.'S
MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH R. WETZEL**

Pursuant to LCvR 83.2(d), JEFFREY S. BUCHOLTZ, counsel for Plaintiff the American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") in this matter, and a member in good standing of the bar of this Court, respectfully moves for admission of Joseph R. Wetzel *pro hac vice* as counsel for Plaintiff. Mr. Wetzel's declaration in support of his admission is attached as Exhibit 1.

1. Mr. Wetzel acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals' Rules of Professional Conduct, if he is admitted *pro hac vice*. Mr. Wetzel has not been admitted *pro hac vice* to this court within the last two years and has not been disciplined by any bar.

2. Mr. Wetzel is a member in good standing of the bar in the States of California and New York, a member of the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Central, Eastern, Northern,

and Southern Districts of California, the Southern District of New York, and the Eastern District of Texas.

3. As Defendant has not yet appeared in this action, Plaintiff is unable to determine whether opposing counsel consents to this motion.

4. In accordance with LCvR 7(c), a proposed order is attached hereto.

WHEREFORE, JEFFREY S. BUCHOLTZ, counsel for the Plaintiff ASHRAE, respectfully requests that this Court admit Joseph R. Wetzel *pro hac vice* for the purposes of appearing as counsel for Plaintiff ASHRAE in this case.

Dated: August 12, 2013

 /s/ *Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel.: (202) 626-2907
Fax: (202) 626-3737
jbucholtz@kslaw.com


*Counsel for Plaintiff the American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc.*

## CERTIFICATE OF SERVICE

In accordance with LCvR 5.3, I certify that on August 12, 2013, I caused a true and correct copy of the Motion for the Admission *pro hac vice* of Joseph R. Wetzel to be served on defendant by postage prepaid U.S. Mail as follows:

Public.Resource.Org, Inc.
1005 Gravenstein Highway North
Sebastopol, CA 95472

                                             */s/ Jeffrey S. Bucholtz*
                                             Jeffrey S. Bucholtz