# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-01215-EGS |

**DECLARATION OF JOSEPH R. WETZEL IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Joseph R. Wetzel, hereby state as follows:

1. My full name is Joseph Richard Wetzel.

2. My office address and telephone number are: King & Spalding LLP, 101 Second Street, Suite 2300, San Francisco, CA 94105, (415) 318-1200.

3. I am a member in good standing of the bar in the States of California and New York, a member of the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, the Southern District of New York, and the Eastern District of Texas.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *Aug. 9, 2013*

_____
Joseph R. Wetzel

2