**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>              Defendant. | Civil Action No. 1:13-cv-01215-EGS |

**[PROPOSED ORDER] GRANTING
MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH R. WETZEL**

Upon consideration of the Motion for Admission *pro hac vice* of Joseph R. Wetzel, it is ORDERED that the Motion for Admission *pro hac vice* be and hereby is GRANTED, and that Joseph R. Wetzel is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

DATED:_____

_____
Hon. Emmet G. Sullivan
United States District Court Judge