# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR TESTING AND
MATERIALS d/b/a ASTM
INTERNATIONAL, et al.

        Plaintiffs,

v.

PUBLIC.RESOURCE.ORG, INC.,

        Defendant.

Civil Action No. 1:13-cv-01215-EGS

### DECLARATION OF KENNETH L. STEINTHAL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Kenneth L. Steinthal, hereby state as follows:

1. My full name is Kenneth Lee Steinthal.

2. My office address and telephone number are: King & Spalding LLP, 101 Second Street, Suite 2300, San Francisco, CA 94105, (415) 318-1200.

3. I am a member in good standing of the bar of the States of California and New York, a member of the Supreme Court of the United States, the United States Courts of Appeals for the Second, Ninth, and District of Columbia Circuits, and the United States District Courts for the Central and Northern Districts of California, and the Eastern and Southern Districts of New York.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___August 9, 2013.___

_____
Kenneth L. Steinthal