**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,  Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:13-cv-01215-EGS |
| v. | | |
| PUBLIC.RESOURCE.ORG, INC.,  Defendant. | | |

**[PROPOSED ORDER] GRANTING
<u>MOTION FOR ADMISSION *PRO HAC VICE* OF KENNETH L. STEINTHAL</u>**

Upon consideration of the Motion for Admission *pro hac vice* of Kenneth L. Steinthal, it is ORDERED that the Motion for Admission *pro hac vice* be and hereby is GRANTED, and that Kenneth L. Steinthal is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

DATED:_____

_____
Hon. Emmet G. Sullivan
United States District Court Judge