**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 1:13-cv-01215-EGS |

## STIPULATION AND [PROPOSED] ORDER ON DEFENDANT'S TIME TO RESPOND TO COMPLAINT

### RECITALS

1.    Plaintiffs filed the above-captioned lawsuit on August 6, 2013.

2.    The parties have consulted regarding a stipulation with respect to the date by which Defendant Public.Resource.Org must answer or otherwise respond to the Complaint for Injunctive Relief.

### STIPULATION

The parties hereby stipulate and agree that:

1.    To the extent there is any dispute regarding whether service was effective, Defendant Public.Resource.Org hereby waives service of the summons and Complaint.  Defendant reserves all other defenses under Federal Rule of Civil Procedure 12.

2.      Defendant Public.Resource.Org may answer or otherwise respond to the

Complaint for Injunctive Relief on or before September 27, 2013.

Dated: August 20, 2013                    So agreed,

/s/ Mitchell L. Stoltz
Mitchell L. Stoltz (D.C. Bar No. 978149)
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: mitch@eff.org
Email: corynne@eff.org

David Halperin
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434
Email: davidhalperindc@gmail.com

Mark A. Lemley
Joseph C. Gratz
DURIE TANGRI LLP
217 Leidesdorff St, San Francisco, CA 94111
Telephone: (415) 362-6666
Email: mlemley@durietangri.com
Email: jgratz@durietangri.com

Andrew P. Bridges
Kathleen Lu
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Email: abridges@fenwick.com
Email: klu@fenwick.com

*Attorneys for Defendant*
*PublicResource.org*

/s/ Michael F. Clayton
Michael F. Clayton (D.C. Bar No. 335307)
J. Kevin Fee (D.C. Bar: 494016)

Jordana S. Rubel (D.C. Bar No. 988423)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 739-5215
Email: mclayton@morganlewis.com
Email: jkfee@morganlewis.com
Email: jrubel@morganlewis.com

*Counsel For American Society For Testing And
Materials d/b/a/ ASTM International*

/s/ Anjan Choudhury
Anjan Choudhury (D.C. Bar No. 497271)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Email: Anjan.Choudhury@mto.com

Kelly M. Klaus
Jonathan H. Blavin
Michael J. Mongan
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
Email: Kelly.Klaus@mto.com
Email: Jonathan.Blavin@mto.com
Email: Michael.Mongan@mto.com

*Counsel for National Fire Protection
Association, Inc.*

/s/ Jeffrey S. Bucholtz
Jeffrey S. Bucholtz (D.C. Bar No. 452385)
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Telephone: (202) 737-0500
Email: jbucholtz@kslaw.com

Kenneth L. Steinthal
Joseph R. Wetzel
KING & SPALDING LLP
101 Second Street, Ste. 2300

San Francisco, CA 94105
Telephone: (415) 318-1211
Email: ksteinthal@kslaw.com
Email: jwetzel@kslaw.com

*Counsel for American Society of Heating,*
*Refrigerating, and Air-Conditioning Engineers, Inc.*

## ORDER

IT IS SO ORDERED by the Court, this ___ day of _____, 2013.

_____

Hon. Emmet G. Sullivan
United States District Judge