UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Case No.: 1:13-cv-01215-EGS |

## DECLARATION OF JONATHAN H. BLAVIN
### IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Jonathan H. Blavin, declare as follows:

1. My name is Jonathan H. Blavin. I serve as counsel for National Fire Protection Association, Inc. ("NFPA").

2. I am an attorney practicing with the law firm of Munger, Tolles & Olson LLP, located at 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907. My phone number is 415-512-4000.

3. I am a member in good standing of the Bar of California. I also have been admitted to practice before the courts listed in "Attachment A" to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

2

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

6. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2013          _____
                                                       Jonathan H. Blavin

Attachment A

Jonathan H. Blavin
Court Admissions

| Court | Address | Date of Admission |
|---|---|---|
| State of California, Supreme Court | 350 McAllister Street<br>San Francisco, CA 94102 | March 29, 2004 |
| US Court of Appeals, 9th Circuit | 95 Seventh Street<br>San Francisco, CA 94103 | September 2009 |
| USDC – Central Dist. of CA | 312 N. Spring Street<br>Los Angeles, CA 90012 | December 7, 2004 |
| USDC – Northern District of CA | 450 Golden Gate Avenue<br>San Francisco, CA 94102 | December, 2004 |
| USDC – Eastern District of CA | 501 I Street, Room 4-200<br>Sacramento, CA 95814 - | May 14, 2009 |