UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No.: 1:13-cv-01215-EGS |

DECLARATION OF KELLY M. KLAUS
IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Kelly M. Klaus, declare as follows:

1.      My name is Kelly M. Klaus.  I serve as counsel for Plaintiff National Fire Protection Association, Inc. ("NFPA").

2.      I am an attorney practicing with the law firm of Munger, Tolles & Olson LLP, located at 560 Mission Street, 27th Floor, San Francisco, CA  94105-2907.  My phone number is 415-512-4000.

3.      I am a member in good standing of the Bar of California.  I also have been admitted to practice before the courts listed in "Attachment A" to this Declaration.

4.      I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5.      I am not currently admitted to practice in the United States District Court for the District of Columbia.

6.      I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7.      I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8.      I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 28, 2013                    _____
                                                                       Kelly M. Klaus

Attachment A

Kelly M. Klaus
Court Admissions

| Court | Address | Date of Admission |
|---|---|---|
| California Supreme Court | 350 McAllister Street<br>San Francisco, CA 94102 | 12/14/92 |
| U.S. Supreme Court | One First Street N.E.<br>Washington, DC 20543 | 3/18/96 |
| U.S. Court of Appeals, Second Circuit | 40 Foley Square<br>New York, NY  10007 | 12/7/10 |
| U.S. Court of Appeals, Eight Circuit | 111 S. 10th Street<br>St. Louis, MO  63102 | 3/8/06 |
| U.S. Court of Appeals, Ninth Circuit | 95 Seventh Street<br>San Francisco, CA  94103 | 11/17/98 |
| USDC – Central Dist. of CA | 312 N. Spring Street<br>Los Angeles, CA  90012 | 3/5/97 |
| USDC – Eastern Dist. of CA | 501 "I" Street<br>Sacramento, CA  95814 | 1/3/97 |
| USDC – Northern Dist. of CA | 450 Golden Gate Avenue<br>San Francisco, CA  94102 | 2/6/97 |
| USDC – Southern Dist. of CA | 880 Front Street<br>San Diego, CA  92101-8900 | 11/6/00 |
| USDC – Eastern Dist. of MI | 231 W. Lafayette Blvd.<br>Detroit, MI  48226 | 12/4/07 |