# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | **Case No.:** 1:13-cv-01215-EGS |

## [PROPOSED] ORDER OF ADMISSION *PRO HAC VICE*

Upon consideration of Plaintiff National Fire Protection Association, Inc.'s motion for the admission *pro hac vice* of Kelly M. Klaus, it is hereby

**ORDERED** that the motion for the admission *pro hac vice* of Kelly M. Klaus on behalf of National Fire Protection Association, Inc. in the above-captioned case be **GRANTED**, and that Kelly M. Klaus is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

**IT IS SO ORDERED**.

Date: _____

_____
Hon. Emmet G. Sullivan
U.S. District Judge