# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PUBLICRESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No.: 1:13-cv-01215-EGS |

## MOTION TO ADMIT CORYNNE MCSHERRY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), MITCHELL L. STOLTZ, counsel for Defendant PublicResource.org in this matter, and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Corynne McSherry as counsel *pro hac vice*. Ms. McSherry is a member in good standing of the Bar of California and is the Director of Intellectual Property at the Electronic Frontier Foundation, located at 815 Eddy Street, San Francisco, California 94109.

Accompanying this Motion is Ms. McSherry's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d). Counsel for Defendant has conferred with counsel for the Plaintiffs concerning this motion as required by Local Civil Rule 7(m). Plaintiffs consent to the *pro hac vice* motion. In accordance with Local Civil Rule 7(c), a proposed order is filed herewith.

Dated: September 13, 2013

Respectfully submitted,

    /s/ Mitchell L. Stoltz
Mitchell L. Stoltz
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street

1

        San Francisco, CA 94109
        Telephone: (415) 436-9333
        Facsimile: (415) 436-9993

        Attorneys for Defendant
        PublicResource.org