UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLICRESOURCE.ORG, INC.,<br><br>　　　　Defendant. | Civil Action No.: 1:13-cv-01215-EGS |

## DECLARATION OF CORYNNE MCSHERRY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Corynne McSherry, declare as follows:

1. My name is Corynne McSherry. I serve as counsel for Defendant PublicResource.org.

2. I am an attorney practicing with the Electronic Frontier Foundation, located at 815 Eddy Street, San Francisco, California 94109. My phone number is (415) 436-9333 ext. 122.

3. I am a member in good standing of the Bar of California. I have also been admitted to practice before the courts listed in Attachment A to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

1

6. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 13, 2013 at San Francisco, California.

_____
Corynne McSherry

## Attachment A

**Corynne McSherry**
**Court Admissions**

| Court | Address | Date of Admission |
|---|---|---|
| California Supreme Court | 650 McAllister Street<br>San Francisco, CA 94102 | December 5, 2002 |
| USDC Northern District of California | 450 Golden Gate Ave.<br>San Francisco, CA 94102 | December 5, 2002 |
| USDC Central District of California | 312 N. Spring Street<br>Los Angeles, CA 90012 | December 29, 2003 |
| U.S. Court of Appeals, Second Circuit | 40 Foley Square<br>New York, NY 10007 | July 7, 2010 |
| U.S. Court of Appeals, Eighth Circuit | 111 S. 10th Street<br>St. Louis, MO 63102 | September 27, 2011 |
| U.S. Court of Appeals, Ninth Circuit | 95 Seventh Street<br>San Francisco, CA 94103 | January 2, 2003 |
| U.S. Supreme Court | One First Street, N.E.<br>Washington, DC 20543 | August 21, 2006 |