UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLICRESOURCE.ORG, INC.,<br><br>　　　　Defendant. | Civil Action No.: 1:13-cv-01215-EGS |

# [PROPOSED] ORDER OF ADMISSION *PRO HAC VICE*

Upon consideration of Defendant PublicResource.org's motion for the admission *pro hac vice* of Corynne McSherry, it is hereby ORDERED that the motion for the admission *pro hac vice* of Corynne McSherry on behalf of PublicResource.org in the above-captioned case be GRANTED, and that Corynne McSherry is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

　　IT IS SO ORDERED.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Emmet G. Sullivan
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

1