UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Case No. 1:13-cv-01215-EGS |

## MOTION TO ADMIT KATHLEEN LU *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), MITCHELL L. STOLTZ, counsel for Defendant Public.Resource.org in this matter, and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Kathleen Lu as counsel *pro hac vice*. Ms. Lu is a member in good standing of the Bar of California and an Associate at Fenwick & West LLP, located at 555 California Street, 12th Floor, San Francisco, California 94104.

Accompanying this Motion is Ms. Lu's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d). Counsel for Defendant has conferred with counsel for the Plaintiffs concerning this motion as required by Local Civil Rule 7(m). Plaintiffs consent to the *pro hac vice* motion. In accordance with Local Civil Rule 7(c), a proposed order is filed herewith

1

| | |
|---|---|
| Dated:  September 24, 2013 | Respectfully submitted,<br><br> /s/ Mitchell Stoltz<br>Mitchell Stoltz (D.C. Bar No. 978149)<br>mitch@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: (415) 436-9333<br>Facsimile:  (415) 436-9993<br><br>*Counsel for Defendant PublicResource.org* |