## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, et al.,<br><br>        Plaintiffs,<br><br>      v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant. | Case No. 1:13-cv-01215-EGS |

### DECLARATION OF KATHLEEN LU IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Kathleen Lu, declare as follows:

1.      My name is Kathleen Lu.  I serve as counsel for Defendant Public.Resource.Org, Inc.

2.      I am an attorney practicing with Fenwick & West LLP, located at 555 California Street, 12th Floor, San Francisco, California 94104.  My phone number is (415) 875-2434.

3.      I am a member in good standing of the Bar of California.  I have also been admitted to practice before the courts listed in Attachment A to this Declaration.

4.      I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5.      I am not currently admitted to practice in the United States District Court for the District of Columbia.

6.      I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7.      I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8.      I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 24, 2013 at San Francisco, California.

_____
Kathleen Lu

**Attachment A**

**Kathleen Lu**
**Court Admissions**

| Court | Address | Date of Admission |
|---|---|---|
| California Supreme Court | 350 McAllister Street San Francisco, CA 94102 | December 4, 2009 |
| USDC Northern District of California | 450 Golden Gate Avenue San Francisco, CA 94102 | September 15, 2010 |
| USDC Central District of California | 312 N. Spring Street Los Angeles, CA 90012 | October 26, 2011 |
| USDC Southern District of California | 333 West Broadway San Diego, CA 92101 | April 4, 2013 |
| USDC Eastern District of Texas | 211 West Ferguson Street Tyler, Texas 75702 | January 31, 2013 |
| USDC Southern District of Texas | 515 Rusk Avenue Houston, Texas 77002 | May 8, 2013 |