UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Case No. 1:13-cv-01215-EGS |

### [PROPOSED] ORDER OF ADMISSION *PRO HAC VICE*

Upon consideration of Defendant Public.Resource.Org, Inc.'s motion for the admission *pro hac vice* of Kathleen Lu, it is hereby ORDERED that the motion for the admission *pro hac vice* of Kathleen Lu on behalf of Public.Resource.Org, Inc. in the above-captioned case be GRANTED, and that Kathleen Lu is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

Date: _____          _____
                                                                             Hon. Emmet G. Sullivan
                                                                             U.S. District Judge

1