AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

American Society for Testing and Materials, et al. )
*Plaintiff* )
v. ) Case No. 13-cv-1215
Public.Resource.org, Inc. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Public.Resource.Org, Inc.

Date: 09/24/2013

/s/ Andrew P. Bridges
*Attorney's signature*

Andrew P. Bridges (Cal State Bar No. 122761)
*Printed name and bar number*

Fenwick & West LLP
555 California Street, 12th Floor
San Francsico, CA 94104
*Address*

abridges@fenwick.com
*E-mail address*

(415) 875-2300
*Telephone number*

(415) 281-1350
*FAX number*