# EXHIBIT A



**M I N U T E S**

**ADVOCACY COMMITTEE MEETING**

April 10, 2013

**<u>Minutes – Advocacy Committee Meeting – April 10, 2013</u>**                                          **Page 1**

## UPDATE OF CONTINUING ACTION ITEMS

| Number/Meeting Assigned | Responsibility | Summary of Action & Notes | Status | Due Date |
|---|---|---|---|---|
| AI-4/March 2012 | Wayland | Work with PubEd on a strategy for monetizing ASHRAE's standards development from a means other than the sale of the Society's standards. *Notes: This AI was initially created as a result of a pipeline safety law requiring certain DOT standards that are incorporated by reference (IBR) to be made available to the public on a website free of charge. This AI has been closed because there is as yet no credible threat to ASHRAE's standard development process, especially considering that ASHRAE makes several of its high-profile standards available for free to the public through RealRead.* | Closed | October 2012 (Advocacy Committee's fall meeting) |
| AI-5/October 2012/4 | Wills, Craddock, Gatlin | Compare GGAC's and the Advocacy Committee's governing documents and recommend changes that are intended to help reduce unnecessary duplication of effort between the two committees. *Notes: Mr. Gatlin, Mr. Craddock, and Mr. Wills will complete any remaining aspects of this AI by the Advocacy Committee's Denver 2013 meeting.* | Open | January 2012 |
| AI-6/October 2012/4 | Read, Ames | Prepare and present to the Advocacy | Closed | January 2012 |