# EXHIBIT C



# ASHRAE

*Technology for a Better Environment*

1791 Tullie Circle, NE • Atlanta, GA  30329-2305 USA • Tel 404.636.8400 • Fax 404.321.5478 • http://www.ashrae.org

**Lynn G. Bellenger, P.E., FASHRAE**
*President*

Reply to:   PATHFINDER ENGINEERS & ARCHITECTS LLP
134 South Fitzhugh Street
Rochester, NY  14608-2268
☎      585-325-6004 ext. 105
Fax:    585-325-6005
lbellenger@pathfinder-ea.com

February 28, 2011

Representative Ross McGregor          Senator Frank LaRose
Chair                                 Vice Chair
Joint Committee on Agency Rule Review  Joint Committee on Agency Rule Review
Ohio General Assembly                 Ohio General Assembly

**Regarding Adoption of ANSI/ASHRAE/IESNA Standard 90.1-2007 as the New Ohio
Commercial Building Code**

Dear Representative McGregor, Senator LaRose, and Members of JCARR:

The American Society of Heating, Refrigerating and Air-Conditioning Engineers Inc.
(ASHRAE) urges you to adopt as the new commercial building code in Ohio,
ANSI/ASHRAE/IES Standard 90.1-2007 *Energy Standard for Buildings Except Low-Rise
Residential Buildings*, which provides minimum requirements for the energy-efficient design
of buildings except low-rise residential buildings.

Founded in 1894, ASHRAE is an international organization of over 52,000 members.
ASHRAE fulfills its mission of advancing heating, ventilation, air conditioning and
refrigeration to serve humanity and promote a sustainable world through research,
standards writing, publishing and continuing education.

Standard 90.1-2007 is a code-intended standard that, if implemented, would save energy in
a cost-effective manner. Standard 90.1-2007 was developed by consensus with the input
from a broad range of stakeholders and businesses in the building industry and has gained
widespread acceptance as a premiere code-intended standard. Several states in the
Midwest and throughout the nation have already adopted or exceeded 90.1-2007 as their
commercial building code, including Illinois, Indiana, Iowa, Pennsylvania, and others.

Standard 90.1-2007 is right for Ohio. The Ohio Board of Building Standards, which is
comprised of architects, homebuilders, engineers, contractors, energy efficiency experts,
and fire services professionals, has already unanimously endorsed the adoption of 90.1-
2007 as Ohio's commercial building code. ASHRAE encourages the Joint Committee on

RE: Adoption of ANSI/ASHRAE/IESNA Standard 90.1-2007 as the New Ohio Commercial Building Code
February 28, 2011
Page 2


Agency Rule Review to adopt 90.1-2007, and we stand ready to assist the Committee on this.

Please feel free to contact Mark Ames, ASHRAE Manager of Government Affairs, at mames@ashrae.org or 202-833-1830 for additional information.

Personal regards,

Lynn G. Bellenger
ASHRAE President 2010-2011
LGB/gfc