# **EXHIBIT D**





# Wisconsin adopts latest edition of NFPA 1 Fire Code

Published on January 13, 2011

*January 13, 2011* – The state of Wisconsin has adopted the most recent edition of the National Fire Protection's (NFPA) NFPA 1, Fire Code. The adoption became effective on January 1, 2011.

"Today, perhaps more than ever, it is essential to provide the latest tools and training to the firefighters and building professionals charged with protecting people from fire," said Joe Hertel, program manager of the Safety and Buildings Division, Department of Commerce. "This code adoption will help to ensure that the people and buildings of Wisconsin are getting the best protection possible."

Recognized worldwide and adopted statewide in 18 states, NFPA 1 provides requirements necessary to establish a reasonable level of fire safety and property protection from hazards created by fire and explosion. Its primary purposes are to address basic fire prevention requirements and to reference or extract the fire prevention and protection aspects of many other NFPA codes and standards.

"The Wisconsin Fire Service has a great deal of confidence in NFPA 1 as our fire code," said Chief Gregg Cleveland, chair of the state fire code committee and chief of the La Crosse Fire Department. "With NFPA 1, we know that the fire service has an equal voice in working with other fire safety and building professionals to address issues that are important to protecting fire fighters and the people and property in our communities."

Wisconsin has participated in training and is scheduled for additional future trainings through programs developed by NFPA and offered to states that have adopted NFPA 1 and other key NFPA codes and standards. Instruction provided by NFPA technical experts covers the codes' requirements and the numerous ways they can be utilized and enforced. This training is free to government code enforcement officials.

**About the National Fire Protection Association (NFPA)**
NFPA is a worldwide leader in providing fire, electrical, building, and life safety to the public since 1896. The mission of the international nonprofit organization is to reduce the worldwide burden of fire and other hazards on the quality of life by providing and advocating consensus codes and standards, research, training, and education.

rssimage Subscribe to NFPA RSS News feeds

*Contact:* Lorraine Carli, Public Affairs Office: +1 617 984-7275

**NFPA (National Fire Protection Association)**
1 Batterymarch Park, Quincy, MA 02169-7471 USA
Telephone: +1 617 770-3000 Fax: +1 617 770-0700