**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, et al., | Case No. 1:13-cv-01215-EGS |
| Plaintiffs, | |
| v. | |
| PUBLIC.RESOURCE.ORG, INC., | |
| Defendant. | |
| | |
| PUBLIC.RESOURCE.ORG, INC., | |
| Counterclaimant, | |
| v. | |
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, et al., | |
| Counterdefendants. | |

## CERTIFICATE UNDER RULE LCvR 7.1

I, the undersigned, counsel of record for Public.Resource.Org, Inc. certify that to the best

of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of

Public.Resource.Org, Inc. which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that the judge of this Court may determine need

for recusal.

Dated:  September 27, 2013                      Respectfully submitted,

/s/ *Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges @fenwick.com
Kathleen Lu (admission *pro hac vice* pending)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (admission *pro hac vice*
pending)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

Joseph C. Gratz
jgratz@durietangri.com
Mark A. Lemley
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300

*Attorneys for Defendant-Counterclaimant*
*Public.Resource.Org, Inc.*

2