# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, *et al.*, <br><br> Plaintiffs/ <br> Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/ <br> Counter-Plaintiff. | Civil Action No.: 1:13-cv-01215-EGS |

## STIPULATION AND PROPOSED ORDER ON PLAINTIFFS' TIME TO RESPOND TO COUNTERCLAIM

### RECITALS

1. Defendant Public.Resource.Org, Inc. filed a Counterclaim for Declaratory Relief in the above-captioned lawsuit on September 27, 2013.

2. The parties have consulted regarding a stipulation with respect to the date by which Plaintiffs American Society for Testing and Materials, d/b/a ASTM International, National Fire Protection Association, Inc. and American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("Plaintiffs") must answer or otherwise respond to the Counterclaim.

### STIPULATION

The parties hereby stipulate and agree that:

1. Plaintiffs may answer or otherwise respond to the Counterclaim on or before November 20, 2013.

1

2. If Plaintiffs, or any one of them, respond to the Counterclaim by making a motion, Defendant may file a memorandum of points and authorities in opposition to any such motion on or before December 18, 2013, and Plaintiffs may file any reply memorandum on or before January 15, 2014.

Dated: October 15, 2013    So agreed,

/s/ Mitchell L. Stoltz
Mitchell L. Stoltz (D.C. Bar No. 978149)
Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993
Email: mitch@eff.org
          corynne@eff.org

David Halperin
1530 P Street NW
Washington, DC 20005
Email: davidhalperindc@gmail.com

Mark A. Lemley
Joseph C. Gratz
DURIE TANGRI LLP
217 Leidesdorff St, San Francisco, CA 94111
Telephone: (415) 362-6666
Email: mlemley@durietangri.com
          jgratz@durietangri.com

Andrew P. Bridges
Kathleen Lu
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Email: abridges@fenwick.com
          klu@fenwick.com

*Attorneys for Defendant*

*PublicResource.org*

/s/ J. Kevin Fee
Michael F. Clayton (D.C. Bar No. 335307)
J. Kevin Fee (D.C. Bar: 494016)
Jordana S. Rubel (D.C. Bar No. 988423)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202.739.5215
Email: mclayton@morganlewis.com
          jkfee@morganlewis.com
          jrubel@morganlewis.com

*Counsel For American Society For Testing And Materials*
*d/b/a/ ASTM International*

/s/ Anjan Choudhury
Anjan Choudhury (D.C. Bar No. 497271)
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: 213.683.9100
Email: Anjan.Choudhury@mto.com

Kelly M. Klaus
Jonathan H. Blavin
Michael J. Mongan
Munger, Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel: 415.512.4000
Email: Kelly.Klaus@mto.com
          Jonathan.Blavin@mto.com
          Michael.Mongan@mto.com

*Counsel for National Fire Protection Association, Inc.*

/s/ Jeffrey S. Bucholtz
Jeffrey S. Bucholtz (D.C. Bar No. 452385)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500

        Email: jbucholtz@kslaw.com

        Kenneth L. Steinthal
        Joseph R. Wetzel
        King & Spalding LLP
        101 Second Street, Ste. 2300
        San Francisco, CA 94105
        Tel: 415.318.1211
        Email: ksteinthal@kslaw.com
            jwetzel@kslaw.com

*Counsel for American Society of Heating,*
*Refrigerating,*
*and Air-Conditioning Engineers, Inc.*

SO ORDERED.                                 _____
                                                Hon. Emmet G. Sullivan
                                                U.S. District Judge