AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Society for Testing and Materials, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13-cv-1215 |
| Public.Resource.org, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Society for Testing and Materials.

Date: 10/16/2013

/s/ J. Kevin Fee
*Attorney's signature*

J. Kevin Fee (D.C. Bar: 494016)
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
*Address*

jkfee@morganlewis.com
*E-mail address*

(202) 739-3000
*Telephone number*

(202) 739-3001
*FAX number*