# Exhibit 2

| | |
|---|---|
| **From:** | Rubel, Jordana S. |
| **Sent:** | Thursday, April 17, 2014 7:10 PM |
| **To:** | Mongan, Michael; Corynne McSherry; Andrew Bridges |
| **Cc:** | Kathleen Lu; mitch@eff.org; davidhalperindc@gmail.com; jgratz@durietangri.com; mlemley@durietangri.com; Fee, J. Kevin; Clayton, Michael F.; jbucholtz@kslaw.com; jwetzel@kslaw.com; ksteinthal@kslaw.com; azee@kslaw.com; Klaus, Kelly; Blavin, Jonathan |
| **Subject:** | RE: ASTM et al. v. Public Resource: Meet and Confer |
| **Attachments:** | (77932750)_(4)_Protective Order - draft 4-17.DOCX |

Counsel,

Attached please find a draft protective order.  We can discuss any comments you may have during next Monday's call.

Best,
Jordana

**Jordana S. Rubel**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC 20004-2541
Direct: +1 202.739.5118 | Main: 202.739.3000 | Fax: 202.739.3001
jrubel@morganlewis.com | www.morganlewis.com
Assistant: Margaret C. Young | +1 202.739.5493 | myoung@morganlewis.com

---

**From:** Mongan, Michael [mailto:michael.mongan@mto.com]
**Sent:** Friday, April 11, 2014 8:20 PM
**To:** Corynne McSherry; Andrew Bridges
**Cc:** Kathleen Lu; mitch@eff.org; davidhalperindc@gmail.com; jgratz@durietangri.com; mlemley@durietangri.com; Fee, J. Kevin; Clayton, Michael F.; Rubel, Jordana S.; jbucholtz@kslaw.com; jwetzel@kslaw.com; ksteinthal@kslaw.com; azee@kslaw.com; Klaus, Kelly; Blavin, Jonathan
**Subject:** RE: ASTM et al. v. Public Resource: Meet and Confer

We can use the following dial-in information for our call on the 21st at 1:30 p.m. pacific

Dial-in:        888-263-2720
Code:          415-512-4051-2

Best,
Mike

---

**From:** Corynne McSherry [mailto:corynne@eff.org]
**Sent:** Friday, April 11, 2014 10:27 AM
**To:** Andrew Bridges
**Cc:** Mongan, Michael; Kathleen Lu; mitch@eff.org; davidhalperindc@gmail.com; jgratz@durietangri.com; mlemley@durietangri.com; jkfee@morganlewis.com; mclayton@morganlewis.com; jrubel@morganlewis.com; jbucholtz@kslaw.com; jwetzel@kslaw.com; ksteinthal@kslaw.com; azee@kslaw.com; Klaus, Kelly; Blavin, Jonathan
**Subject:** Re: ASTM et al. v. Public Resource: Meet and Confer

That works for us.

*******************************************
Corynne McSherry
Intellectual Property Director, EFF

1

https://www.eff.org
415-436-9333 x 122

Join EFF! www.eff.org/join


On Apr 11, 2014, at 10:24 AM, Andrew Bridges wrote:

Hey, my apologies. I'm moving so fast this week that when I read your original message I thought you were talking about this coming Monday, not Monday April 21. I can do April 21 at the time you suggested, 1:30 pm PT. By copy of this email let me ask my colleagues to weigh in as to whether it works for them.

Andrew

---

**From:** Mongan, Michael [mailto:michael.mongan@mto.com]
**Sent:** Friday, April 11, 2014 10:18 AM
**To:** Andrew Bridges; Kathleen Lu; mitch@eff.org; corynne@eff.org; davidhalperindc@gmail.com; jgratz@durietangri.com; mlemley@durietangri.com
**Cc:** jkfee@morganlewis.com; mclayton@morganlewis.com; jrubel@morganlewis.com; jbucholtz@kslaw.com; jwetzel@kslaw.com; ksteinthal@kslaw.com; azee@kslaw.com; Klaus, Kelly; Blavin, Jonathan
**Subject:** RE: ASTM et al. v. Public Resource: Meet and Confer

Andrew:

For plaintiffs, our window of availability on Wednesday, April 23 is from 10 a.m. to 2 p.m. pacific. Please let us know what time would work best for your team.

Best,
Mike

---

**From:** Andrew Bridges [mailto:abridges@fenwick.com]
**Sent:** Thursday, April 10, 2014 3:23 PM
**To:** Mongan, Michael; Kathleen Lu; mitch@eff.org; corynne@eff.org; davidhalperindc@gmail.com; jgratz@durietangri.com; mlemley@durietangri.com
**Cc:** jkfee@morganlewis.com; mclayton@morganlewis.com; jrubel@morganlewis.com; jbucholtz@kslaw.com; jwetzel@kslaw.com; ksteinthal@kslaw.com; azee@kslaw.com; Klaus, Kelly; Blavin, Jonathan
**Subject:** RE: ASTM et al. v. Public Resource: Meet and Confer

I am traveling and unfortunately that time would be tough for me. Could you suggest some times possibly on Wednesday?

Andrew

---

**From:** Mongan, Michael [mailto:michael.mongan@mto.com]
**Sent:** Thursday, April 10, 2014 3:22 PM
**To:** Andrew Bridges; Kathleen Lu; mitch@eff.org; corynne@eff.org; davidhalperindc@gmail.com; jgratz@durietangri.com; mlemley@durietangri.com
**Cc:** jkfee@morganlewis.com; mclayton@morganlewis.com; jrubel@morganlewis.com; jbucholtz@kslaw.com; jwetzel@kslaw.com; ksteinthal@kslaw.com; azee@kslaw.com; Klaus, Kelly; Blavin, Jonathan
**Subject:** ASTM et al. v. Public Resource: Meet and Confer

Counsel:

I write on behalf of the plaintiffs to request a meet-and-confer telephone conference regarding discovery. Among other things, we would like to discuss entering a stipulated protective order (a draft of which we will circulate shortly), as well as a timeframe for the mutual exchange of search protocols by the parties.

Would you be available for this call at 1:30 p.m. pacific on Monday, April 21?  Please let us know if any of that time works for you, and we can circulate dial-in information.

Best,
Mike

**Michael J. Mongan** | **Munger, Tolles & Olson LLP**

560 Mission Street | San Francisco, CA 94105

Tel:  415.512.4051 | Fax:  415.644.6951 | michael.mongan@mto.com | www.mto.com

***NOTICE***

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

------------------------------------------
IRS Circular 230  Disclosure:  To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice in this communication (including attachments) is not intended or written by Fenwick & West LLP to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.
------------------------------------------
ATTENTION:
The information contained in this message may be legally privileged and confidential.  It is intended to be read only by the individual or entity to whom it is addressed or by their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is strictly prohibited.

If you have received this message in error, please immediately notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and delete or destroy any copy of this message.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.