# Exhibit 15

Case 1:13-cv-01215-TSC   Document 31-17   Filed 07/07/14   Page 2 of 2

