# Exhibit 16

**Carl Malamud** @carlmalamud · May 2

The difference is the codification people wrote it down to let the people know, the standards people did it to try and own the knowledge.

1  2

**Carl Malamud** @carlmalamud · May 2

Codification zealots of 1800-1850 like the standardization zealots of 1950-2000. Both wanted to write it all down.

1  1

**Carl Malamud** @carlmalamud · May 2

Anybody out there use Firstgiving + IndieGogo (that's a certified nonprofit crowdfund)? $500 for Firstgiving, but fee percentages go down.

**Carl Malamud** @carlmalamud · May 2

Preordered my copy of State of Paranoia. theguardian.com/world/2014/may... Very lonely planet guide to Pyongyang.

2

View summary

**Carl Malamud** @carlmalamud · May 2

Next week, kicking off Summer of Code with crowdfunding scanning of DC and Mississippi OFFICIAL codes. For an

---

TWEETS  17.2K
PHOTOS/VIDEOS  450
FOLLOWING  502
FOLLOWERS  7,856
FAVORITES  1

More