# Exhibit 17



**Carl Malamud**
@carlmalamud

| TWEETS | PHOTOS/VIDEOS | FOLLOWING | FOLLOWERS | FAVORITES | More ⌄ |
|---|---|---|---|---|---|
| 17.2K | 450 | 502 | 7,856 | 1 | |

 Follow

View summary

**Carl Malamud** @carlmalamud · Apr 16

Contrast lax attitude of @ASTMIntl to @nfpa which is very methodical about errata for each edition. google.com/search?q=site:...

**Carl Malamud** @carlmalamud · Apr 16

The most careless SDO about errata is definitely @ASTMIntl google.com/search?q=astm+... They'd rather sell you new versions each year.

**Carl Malamud** @carlmalamud · Apr 16

Updated all the ICC codes with errata. In the back of the PDFs. law.resource.org/pub/us/code/ib...

**Carl Malamud** @carlmalamud · Apr 16

Apparently, OMB worried if they post our comments, others will also be critical. regulations.gov/#!docketDetail... So, they're holding ours back.

↩  ⇄ 3  ★ 3  •••

**Carl Malamud** @carlmalamud · Apr 16