# Exhibit 18



**Carl Malamud**
@carlmalamud

| TWEETS | PHOTOS/VIDEOS | FOLLOWING | FOLLOWERS | FAVORITES | More ⌄ |
|---|---|---|---|---|---|
| 17.2K | 450 | 502 | 7,856 | 1 | |

Follow

(pdf doc, response to FOIA)

---

**Carl Malamud** @carlmalamud · Apr 7

50 more ASTM standards now have SVG graphics. law.resource.org/pub/us/cfr/ibr… We add value to help promote the public safety.

↺   ⟲ 1   ★ 1

---

**Carl Malamud** @carlmalamud · Apr 6

Reading about Sir Edward Coke and the birth of judicial review. sup.org/book.cgi?id=53… First judge to strike down a law.

↺   ⟲ 1   ★ 1

---

**Carl Malamud** @carlmalamud · Apr 6

From @jswatz, headline piece for money-market/virtual-currency section. nytimes.com/2014/04/06/bus… Has written for every section of the paper.

↺   ⟲   ★   View summary

---

⟲ Retweeted by Carl Malamud

**Ketcheup** @ketcheup · Apr 6

"@denny: Friend just emailed me this : "I'm not a train expert, but I'm sure this isn't going to work…"
pic.twitter.com/HhRQ9IOYxV"

