**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., Defendant and Counterclaimant. | Case No. 1:13-cv-01215-TSC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL OF MICHAEL J. MONGAN** <br><br> Filed:  August 6, 2013 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE BE ADVISED THAT, as of July 18, 2014, Michael J. Mongan is withdrawing as counsel for Plaintiff National Fire Protection Association, Inc.  The law firm of Munger, Tolles & Olson LLP and its attorneys will continue to represent Plaintiff National Fire Protection Association, Inc. in this matter.

Dated:  July 18, 2014

Respectfully submitted,

  /s/Anjan Choudhury

Anjan Choudhury (D.C. Bar: 497271)
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Tel: 213.683.9100
Email:  Anjan.Choudhury@mto.com

Kelly M. Klaus
Jonathan H. Blavin
Michael J. Mongan
Munger, Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel:  415.512.4000
Email: Kelly.Klaus@mto.com,
Jonathan.Blavin@mto.com,
Michael.Mongan@mto.com

*Counsel for National Fire Protection Association, Inc.*