# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>               Plaintiffs-Counterdefendants,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>               Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC<br><br>**DECLARATION OF CARL MALAMUD IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**<br><br>Action Filed:   May 23, 2014 |

I, CARL MALAMUD, declare as follows:

1. I founded Public.Resource.Org, Inc. ("Public Resource") in 2007, and I serve as its president.

2. I am the author of six Requests for Comments (RFCs) and several Internet-Drafts, which are technical memoranda on Internet architecture published by the Internet Engineering Task Force ("IETF"). Some RFCs are designated Internet Standards by the IETF. Two of the RFCs that I authored have been given the status of Proposed Standard.

3. In 2004, I served as the first paid consultant to the IETF and the Internet Architecture Board on questions of strategic direction and governance.  In 1992, I played a leadership role in the deliberations of the IETF on questions of governance of the Internet Standards process.

1

4. I have also served as the Chairman of the Board of Directors of the Internet Systems Consortium, the Internet Multicasting Service, and the Jabber Software Foundation.

5. In a letter dated July 16, 2008, the Judicial Conference of the United States recognized my work on the subject of privacy violations in the dockets of the U.S. District Courts.

6. Also in 2008, I advised the Federal Trade Commission and the Office of the Inspector General, U.S. Department of Defense, on the appearance of Social Security Numbers in the Congressional Record and in private databases.

7. In 2007 and again in 2011, I submitted reports to the Speaker of the U.S. House of Representatives about the accessibility and preservation of video used in Congressional hearings. On January 5, 2011, the Speaker of the House publicly thanked me for those efforts.

8. As a result of the above activities, my work at Public Resource, and other work, I have extensive experience with and knowledge of the standards development process and the structure and operations of standards development organizations.

9. I served as an advisor to the Presidential transition team on Federal Register issues in 2008, an effort that led to fundamental changes in the mechanics of distribution of the Official Journals of Government.

10. On December 16, 2009, I gave testimony to the U.S. House of Representatives Oversight Committee in a hearing about the strategic direction of the National Archives and Records Administration, the parent entity of the Office of the Federal Register.

11. I was a member of the committee that held hearings and drafted ACUS Recommendation 2011-5, "Incorporation by Reference," and one of the signatories of the Office of the

Federal Register petition that led to the rulemaking procedure that was initiated in 78 Federal Register 60784 and Federal Docket OFR-2013-0001.

12. On January 14, 2014, I gave testimony to the U.S. House of Representatives Judiciary Committee in a hearing about copyright in government documents.

13. As a result of these activities, my work at Public Resource, and other work, I have extensive experience with and knowledge of the operation of the Federal Register, the process of incorporation by reference, and U.S. Government policies about public access to records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July 2014, in Sebastopol, California.

/s/ *[signature]*
Carl Malamud