**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>   Plaintiffs/<br>   Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>   Defendant/<br>   Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## PROPOSED ORDER

Having reviewed the record and applicable law, **IT IS HEREBY ORDERED** that Plaintiffs' Consent Motion for Leave to File Reply Brief is **GRANTED**. The Clerk is directed to detach and file Plaintiffs' Reply in Support of Motion for Protective Order.

**IT IS SO ORDERED**.

Dated: _____    _____
                   TANYA S. CHUTKAN
                   UNITED STATES DISTRICT JUDGE