**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS dba ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>            Plaintiffs/<br>            Counter-Defendants,<br><br>      v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>            Defendant/<br>            Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**CONSENT MOTION TO EXTEND TIME FOR DISCOVERY AND CASE SCHEDULE**

Defendant/Counter-Plaintiff Public Resource, Inc. ("Public Resource") respectfully moves to extend the fact discovery deadline and remaining deadlines on the case schedule, currently set by Dkt. No. 30, by two months. Pursuant to LCvR 7(m), the undersigned counsel discussed this motion with counsel for Plaintiffs/Counter-Defendants American Society for Testing and Materials d/b/a ASTM International, National Fire Protection Association, Inc., and American Society of Heating, Refrigerating, and Air Conditioning Engineers ("Plaintiffs"). Plaintiffs consented to this Motion and agreed to the dates listed below.

Extending the deadlines by two months allows the parties to conduct substantial remaining discovery in an organized and timely fashion after this Court's resolution of the pending protective order motion. Public Resource has discussed the schedule with Plaintiffs, and Plaintiffs agree to the below dates as a reasonable extension of the schedule.

Public Resource (with Plaintiffs' agreement) respectfully asks that the Court modify the

remaining schedule as follows:

|                               | Current Date | Proposed Date              |
| ----------------------------- | ------------ | -------------------------- |
| Close of fact discovery       | 10/3/2014    | 12/05/2014                 |
| Joint status report           | 11/3/2014    | 1/5/2015                   |
| Opening expert disclosures    | 12/2/2014    | 2/2/2015                   |
| Opposition expert disclosures | 1/16/2015    | 3/16/2015                  |
| Rebuttal expert disclosures   | 3/2/2015     | 5/4/2015                   |
| Reply expert disclosures      | 3/16/2015    | 5/18/2015                  |
| Close of expert discovery     | 4/16/2015    | 6/16/2015                  |
| Joint status report           | 4/23/2015    | 6/23/2015                  |
| Status conference             | 4/30/2015    | At the Court's convenience |

Exhibit A is a Proposed Order setting these dates.

Dated: August 15, 2014                    Respectfully Submitted,

*/s/ Andrew P. Bridges*

Andrew P. Bridges (Cal. Bar 122761)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350
E-mail: abridges@fenwick.com

*Counsel for
Public.Resource.Org, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Consent Motion to Extend Discovery and Case Schedule was served this 15th day of August, 2014 via CM/ECF upon the following:

Counsel for Plaintiffs:

Jonathan H. Blavin

Jeffrey S. Bucholtz

Kenneth L. Steinthal

Joseph R. Wetzel

Anjan Choudhury

Michael Franck Clayton

J. Kevin Fee

Kelly Klaus

Michael J. Mongan

*/s/ Andrew P. Bridges*
Andrew P. Bridges