**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS dba ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>Plaintiffs/ Counter-Defendants, <br><br>v. <br><br>PUBLIC.RESOURCE.ORG, INC., <br><br>Defendant/ Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC <br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION TO EXTEND DISCOVERY AND CASE SCHEDULE** |

Having fully considered Defendant/Counter-Plaintiff's consent motion to extend discovery and case schedule, it is hereby

**ODERED** that Defendant/Counter-Plaintiff's consent motion to extend discovery and case schedule is **GRANTED**.

The Court modifies the schedule as follows:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| Close of fact discovery | 10/3/2014 | 12/05/2014 |
| Joint status report | 11/3/2014 | 1/5/2015 |
| Opening expert disclosures | 12/2/2014 | 2/2/2015 |
| Opposition expert disclosures | 1/16/2015 | 3/16/2015 |
| Rebuttal expert disclosures | 3/2/2015 | 5/4/2015 |
| Reply expert disclosures | 3/16/2015 | 5/18/2015 |
| Close of expert discovery | 4/16/2015 | 6/16/2015 |

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Joint status report | 4/23/2015 | 6/23/2015 |
| Status conference | 4/30/2015 | [At the Court's convenience] |

**IT IS SO ORDERED.**


Dated: _____          _____
                                         Hon. Tanya S. Chutkan
                                         United States District Judge

Pursuant to Local Civil Rule 7(k), the following attorneys are entitled to be notified of the entry of this Order:

For Plaintiffs:

Jonathan H. Blavin
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

Jeffrey S. Bucholtz
Kenneth L. Steinthal
Joseph R. Wetzel
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20006

Anjan Choudhury
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071

Michael Franck Clayton
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

J. Kevin Fee
MORGAN, LEWIS & BOCKUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Kelly Klaus
Michael J. Mongan
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

For Defendant:

Andrew P. Bridges
Kathleen Lu
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104

David Elliot Halperin
1530 P Street, NW
Washington, D.C. 20005

Corynne McSherry
Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109