IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>   Plaintiffs-Counterdefendants, <br><br>   v. <br><br>PUBLIC.RESOURCE.ORG, INC., <br><br>   Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER**

Before the Court is Plaintiff-Counterdefendants' Motion to Strike Jury Demand.

Having considered the pleadings and good cause appearing, **IT IS HEREBY ORDERED** that Plaintiff-Counterdefendants' Motion to Strike Jury Demand is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____        _____
                              Hon. Tanya S. Chutkan
                              UNITED STATES DISTRICT JUDGE