UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>                     Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>                     Defendant. | Case No.: 1:13-cv-01215- TSC |

## MOTION TO ADMIT ATTORNEY NATHAN M. REHN *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), ANJAN CHOUDHURY, counsel for Plaintiff National Fire Protection Association, Inc. ("NFPA") in this matter, and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Nathan M. Rehn as counsel *pro hac vice*. Mr. Rehn is a member in good standing of the Bar of California and is an associate in the law firm Munger, Tolles & Olson LLP, located at 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

Accompanying this Motion is Mr. Rehn's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d). Counsel for the NFPA has conferred with counsel for the Defendant concerning this motion as required by Local Civil Rule 7(m). Defendant consents to the *pro hac vice* motion. In accordance with Local Civil Rule 7(c), a proposed order is filed herewith.

| | |
|---|---|
| Dated:  September 10, 2014 | Respectfully Submitted, |
| | MUNGER, TOLLES & OLSON LLP |
| | By:   */s/ Anjan Choudhury*<br>          Anjan Choudhury |
| | Anjan Choudhury  (Bar No. 497271)<br>355 South Grand Ave.<br>Los Angeles, CA  94105<br>Tel.: 213.683.9100<br>Fax: 213.687.3702<br>E-mail: Anjan.Choudhury@mto.com |
| | *Attorneys for Plaintiff National Fire Protection Association, Inc.* |