UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>Plaintiffs, <br><br>v. <br><br>PUBLIC.RESOURCE.ORG, INC., <br><br>Defendant. | Case No.: 1:13-cv-01215-TSC |

**DECLARATION OF NATHAN M. REHN**
**IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Nathan M. Rehn, declare as follows:

1. My name is Nathan M. Rehn. I serve as counsel for National Fire Protection Association, Inc. ("NFPA").

2. I am an attorney practicing with the law firm of Munger, Tolles & Olson LLP, located at 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907. My phone number is 415-512-4000.

3. I am a member in good standing of the Bar of California and the Bar of New York. I also have been admitted to practice before the courts listed in "Attachment A" to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

6. I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7. I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8. I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 10, 2014                              _____
                                                                                    Nathan M. Rehn

**Attachment A**

**Nathan M. Rehn**
**Court Admissions**

| Court | Address |
|---|---|
| US Court of Appeals, Seventh Circuit | 219 S. Dearborn Street<br>Chicago, IL 60604 |
| US Court of Appeals, Federal Circuit | 717 Madison Pl NW<br>Washington, DC 20005 |
| US Court of Appeals, Fourth Circuit | 1100 East Main Street<br>Richmond, VA 23219 |
| USDC – Southern District of NY | 500 Pearl Street<br>New York, NY 10007 |
| USDC – Eastern District of CA | 501 I Street<br>Sacramento, CA  95814 |
| USDC – Central District of CA | 312 N. Spring Street<br>Los Angeles, CA  90012 |
| USDC – Southern District of CA | 880 Front Street<br>San Diego, CA  92101 |
| USDC – Northern District of CA | 450 Golden Gate Avenue<br>San Francisco, CA  94102 |