## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS; and UNDERWRITERS LABORATORIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | **Case No.:** 1:13-cv-01215- TSC |

### [PROPOSED] ORDER OF ADMISSION *PRO HAC VICE*

Upon consideration of Plaintiff National Fire Protection Association, Inc.'s motion for the admission *pro hac vice* of Nathan M. Rehn, it is hereby

**ORDERED** that the motion for the admission *pro hac vice* of Nathan M. Rehn on behalf of National Fire Protection Association, Inc. in the above-captioned case be **GRANTED**, and that Nathan M. Rehn is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

**IT IS SO ORDERED**.

Date: _____

_____
Hon. Tanya S. Chutkan
U.S. District Judge