# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>                Plaintiffs/Counter-Defendants, <br><br>    v. <br><br>PUBLIC.RESOURCE.ORG, INC., <br><br>                Defendant/Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING DEFENDANT PUBLIC.RESOURCE.ORG, INC.'S
MOTION TO COMPEL DISCOVERY**

Having fully considered Defendant's Motion to Compel Discovery and all documents in support thereof and in opposition thereto, this Court **GRANTS** Defendant's Motion To Compel Discovery. It is hereby

**ORDERED** that Plaintiffs-Counterdefendants shall produce all documents constituting, comprising, or concerning licenses with respect to any standard at issue, including the executed version of each license agreement.

**ORDERED** that Plaintiffs-Counterdefendants shall produce all documents constituting, comprising, referring to, or evidencing agreements between Plaintiffs-Counterdefendants and Persons who participated in the Standards process of each Work-At-Issue, including each individual agreement.

**ORDERED** that Plaintiffs-Counterdefendants shall produce all documents relating to contributions, including but not limited to contributions of financial support.

**ORDERED** that Plaintiffs-Counterdefendants shall produce all documents relating to this litigation or the possibility of taking legal action against Public Resource and its principal.

**ORDERED** that Plaintiffs-Counterdefendants shall produce documents sufficient to identify every Legal Authority that incorporates each Work-At-Issue, either expressly or by reference.

**ORDERED** that Plaintiffs-Counterdefendants shall produce all documents, not just Reports on Proposals and Reports on Comments, that respond to Defendant's Requests For Production Nos. 2, 4, 12, 13, and 15

**IT IS SO ORDERED.**

Dated: _____       _____
                                    Honorable Tanya S. Chutkan
                                    UNITED STATES DISTRICT JUDGE