# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>                               Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>                               Defendant. | Case No. 1:13-cv-01215-EGS <br><br> **DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL (NOS. ASTM-1 THROUGH ASTM-18)** <br><br> Filed:   August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC., <br><br>                               Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>                               Counterdefendants. | |

**PROPOUNDING PARTY**: Defendant-Counterclaimant Public.Resource.Org, Inc.

**RESPONDING PARTIES**: Plaintiff-Counterdefendant American Society for Testing and Materials d/b/a ASTM International

**SET NUMBER**: One (Nos. ASTM-1 through ASTM-18)

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant-Counterclaimant Public.Resource.Org, Inc. requests that Plaintiff-Counterdefendant American Society for Testing and Materials d/b/a ASTM International produce the following documents within thirty (30) days from the date of service, at the offices of Fenwick & West LLP, 801 California Street, Mountain View, CA 94041.

## DEFINITIONS

1. The following definitions shall apply to each of the Requests. Terms without specific definitions below shall have their ordinary and usual meanings.

2. "Person" includes any individual, trust, estate, entity (including but not limited to sole proprietorship, partnership, joint venture, company, or corporation), organization, association, group, government, or governmental body (including but not limited to any governmental agent, representative, agency, bureau, department, committee, or commission).

3. "You," "Your," or "ASTM" means American Society for Testing and Materials, its predecessors, affiliates, officers, employees, agents, attorneys, and any Person ASTM believes to be an agent of ASTM or was otherwise acting on its behalf.

4. "Public Resource" and "PRO" mean Public.Resource.org, Inc.

5. The terms "Work-At-Issue" and "Works-At-Issue" mean any and all works in which You assert copyright, which copyright You claim that PRO has infringed, directly or indirectly.

6. The term "Complete Chain of Title" includes, at a minimum: documents sufficient to identify the original creator(s) of the work and all assignments documenting transfer from the original owner(s) to American Society for Testing and Materials, including all intermediate transfers, as well as a copyright registration.

1

7. The term "Standard" refers to any standard, code, safety code, model code, model law, or set of rules, whether or not any jurisdiction has incorporated it into law.

8. The term "Incorporated Standard" refers to any Standard that any jurisdiction has incorporated into law, including incorporation by reference.

9. "Legal Authority" means any governmental edict, rule, regulation, law, or other binding authority or expression.

10. "Standards Process" means development, creation, drafting, revision, editing, transmission, publication, distribution, display, or dissemination of a standard.

11. "Contribution" means assistance, advice, financial support, labor, effort, or expenditure of time.

12. "Document" means any items described in Federal Rule of Civil Procedure 34(a) and any "writings" within the meaning of Federal Rule of Evidence 1001, and all preliminary and final drafts of any such items.

13. "Concerning" or "regarding" means "pertaining to, referring to, relating to, mentioning, or reflecting."

14. The terms "or" and "and" mean both the conjunctive and the disjunctive.

15. The terms "any" or "each" include and encompass "all."

16. The use of a verb in any tense includes the use of the verb in all other tenses.

17. The singular form of any word includes the plural. The plural form of any word includes the singular.

18. The term "all" means any and all.

**INSTRUCTIONS**

1. In responding to the following requests, furnish all available information including information in the possession, custody, or control of any of Your attorneys, directors, officers, agents, employees, representatives, associates, investigators or division affiliates, partnerships, parents or subsidiaries, and Persons under Your control.

2. In selecting Documents from files and other sources and numbering of such

Documents for production, do so in a manner that allows determination of the source and order of each Document.

3. Produce file folders with tabs or labels or directories of files identifying Documents intact with such Documents.

4. Do not separate Documents attached to each other.

5. Produce Documents with control numbers permitting identification of particular documents by their assigned number.

6. Where there is a claim of privilege to responding to any of these requests:

a. the party or attorney asserting the privilege shall in the response or objection to the discovery request identify the nature of the privilege (including work product) it claims, and if the privilege concerns a claim or defense that state law governs, indicate which state's privilege rule it invokes;

b. provide the following information in the response or objection: (i) date of the Document or, if no date is indicated, an estimate of that date; (ii) type of Document; (iii) subject matter; (iv) the name and address of each person who prepared it; (v) the name and address of each person to whom it was sent; (vi) the name and address of each person for whom it was prepared; (vii) the name and address of each person who received or reviewed it, if any; (viii) the name and address of each person in possession of it; and (ix) the particular request to which such Document is responsive.

7. If Your response to a particular Document request is a statement that You lack the ability to comply with that request, You must specify whether the inability to comply is because the particular Document or category of information never existed, has been destroyed, has been lost, misplaced, or stolen, or has never been, or is no longer, in Your possession, custody, or control, in which case identify the name and address of any person or entity known or believed by You to have possession, custody, or control of that Document or category of information.

8. If You contend certain Document requests require disclosure of trade secret or other confidential research, development, or commercial information, please mark them as such

3

or as a protective order in this action directs.

9. If you contend that you have previously produced any Document that these requests call for, identify the production number and file directory location of that Document.

Your obligation to respond to these requests is continuing and You are to supplement your responses to include subsequently acquired information in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

Documents sufficient to identify each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 2:**

Documents sufficient to establish Complete Chain of Title for each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 3:**

Documents sufficient to identify all persons who participated in the Standards Process of each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 4:**

Documents sufficient to identify all Contributions in support of the Standards Process of each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to identify every Legal Authority that incorporates each Work-At-Issue, either expressly or by reference.

**REQUEST FOR PRODUCTION NO. 6:**

All documents constituting, comprising, referring to, or evidencing agreements between You and any Person who participated in the Standards Process of each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 7:**

All documents constituting, comprising, or concerning communications with any government employee, official, or entity regarding incorporation (whether actual, proposed, desired, or considered) of any Standard in which You claim rights into any Legal Authority.

**REQUEST FOR PRODUCTION NO. 8:**

All documents regarding Carl Malamud.

**REQUEST FOR PRODUCTION NO. 9:**

All documents regarding Public Resource or its representatives (other than Carl Malamud), including its legal representatives.

**REQUEST FOR PRODUCTION NO. 10:**

All documents constituting or concerning communications among Persons who participated in the Standards Process of each Work-At-Issue, including but not limited to meeting and conference call minutes and notes.

**REQUEST FOR PRODUCTION NO. 11:**

All documents concerning revenue or profit expectations by You or any other Person regarding the availability, publication, sale, distribution, display, or other dissemination of any Standard in which You claim rights.

**REQUEST FOR PRODUCTION NO. 12:**

All documents concerning any Contributions You have received from any governmental entity in connection with the Standards Process of each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 13:**

All documents concerning any Contributions You have received from any not-for-profit entity (other than a governmental entity) in connection with the Standards Process of each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 14:**

All documents constituting, comprising, or concerning communications requesting Contributions of any form from any Person in connection with the Standards Process of each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 15:**

All documents concerning offers of Contributions from any Person in connection with the Standards Process of each Work-At-Issue.

**REQUEST FOR PRODUCTION NO. 16:**

All documents constituting, comprising, or concerning communications criticizing Your claims, statements, arguments, or positions in this dispute or litigation.

**REQUEST FOR PRODUCTION NO. 17:**

All documents constituting, comprising, or concerning communications by You regarding this dispute or litigation.

**REQUEST FOR PRODUCTION NO. 18:**

All documents constituting, comprising, or concerning licenses with respect to any Work-At-Issue.

| | |
|---|---|
| Dated:  February 13, 2014 | Respectfully submitted, |

*/s/ Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges @fenwick.com
Kathleen Lu (admitted)
klu@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (admitted)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

Joseph C. Gratz
jgratz@durietangri.com
Mark A. Lemley
mlemley@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300

*Attorneys for Defendant-Counterclaimant*
*Public.Resource.Org, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>                       Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>                       Defendant. | Case No. 1:13-cv-01215-EGS <br><br> PROOF OF SERVICE <br><br><br> Filed:    August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC., <br><br>                       Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>                       Counterdefendants. | |

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104.

On the dates set forth below, I served a copy of the following documents:

1. DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S FIRST REQUEST TO AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL (NO. ASTM-1);

2. DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S FIRST SET OF INTERROGATORIES TO AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL (NOS. ASTM-1 THROUGH ASTM-7);

3. DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL (NOS. ASTM-1 THROUGH ASTM-18);

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

**X**  **BY E-MAIL ON FEBRUARY 13, 2014:** by causing to be transmitted via e-mail the documents listed above to the addressee at the email addresses listed below:

| *Counsel for National Fire Protection Association, Inc.* <br><br> Anjan Choudhury <br> MUNGER, TOLLES & OLSON LLP <br> 355 South Grand Avenue, 35th Floor <br> Los Angeles, CA 90071 <br> Anjan.Choudhury@mto.com | *Counsel for National Fire Protection Association, Inc.* <br><br> Kelly M. Klaus <br> Jonathan H. Blavin <br> Michael J. Mongan <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission St., 27th Floor <br> San Francisco, CA 94105 <br> Kelly.Klaus@mto.com <br> Jonathan.Blavin@mto.com <br> Michael.Mongan@mto.com |

5466566.2

| | |
|---|---|
| *Counsel for American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*<br><br>Kenneth L. Steinthal<br>Joseph R. Wetzel<br>KING & SPALDING LLP<br>101 2nd Street, Suite 2300<br>San Francisco, CA 94105<br>ksteinthal@kslaw.com<br>jwetzel@kslaw.com | *Counsel for American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*<br><br>Jeffrey S. Bucholtz<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW, Suite 200<br>Washington, DC 20006<br>jbucholtz@kslaw.com |
| *Counsel for Public.Resource.Org, Inc*<br><br>Mitchell L. Stoltz<br>Corynne McSherry<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>mitch@eff.org<br>corynne@eff.org | *Counsel for Public.Resource.Org, Inc*<br><br>David Halperin<br>1530 P Street NW<br>Washington, DC 20005<br>davidhalperindc@gmail.com |


 **BY E-MAIL ON FEBRUARY 19, 2014:** by causing to be transmitted via e-mail the documents listed above to the addressee at the email addresses listed below:

| | |
|---|---|
| *Counsel for American Society for Testing and Materials dba ASTM International, Inc.*<br><br>J. Kevin Fee<br>Michael Franck Clayton<br>MORGAN, LEWIS & BOCKUS LLP<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>jkfee@morganlewis.com<br>mclayton@morganlewis.com | |

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: February 19, 2014             */s/ Raymond F. Pelayo*
                                     Raymond F. Pelayo