UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:13-cv-01215-TSC |

**PLAINTIFF THE AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.'S MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL ANDREW ZEE**

Pursuant to LCvR 83.2(d), JEFFREY S. BUCHOLTZ, counsel for Plaintiff the American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") in this matter, and a member in good standing of the bar of this Court, respectfully moves for admission of Michael Andrew Zee *pro hac vice* as counsel for Plaintiff. Mr. Zee's declaration in support of his admission is attached as Exhibit 1.

1. Mr. Zee acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals' Rules of Professional Conduct, if he is admitted *pro hac vice*. Mr. Zee has not been admitted *pro hac vice* to this court within the last two years and has not been disciplined by any bar.

2. Mr. Zee is a member in good standing of the bars of the State of California and the District of Columbia.

3. Counsel for ASHRAE has contact counsel for Defendant who consents to this motion.

4. In accordance with LCvR 7(c), a proposed order is attached hereto.

WHEREFORE, JEFFREY S. BUCHOLTZ, counsel for the Plaintiff ASHRAE, respectfully requests that this Court admit Michael Andrew Zee *pro hac vice* for the purposes of appearing as counsel for Plaintiff ASHRAE in this case.

Dated: September 17, 2014

      /s/ *Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel.: (202) 626-2907
Fax: (202) 626-3737
jbucholtz@kslaw.com

*Counsel for Plaintiff the American Society of Heating, Refrigeration, and Air-Conditioning Engineers, Inc.*

**CERTIFICATE OF SERVICE**

In accordance with LCvR 5.3, I certify that on September 17, 2014, I caused a true and correct copy of the Motion for the Admission *pro hac vice* of Michael Andrew Zee to be served on all counsel of record through the Courts CM/ECF system.

 /s/ Jeffrey S. Bucholtz
Jeffrey S. Bucholtz