# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-01215-TSC |

**DECLARATION OF MICHAEL ANDREW ZEE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael Andrew Zee, hereby state as follows:

1. My full name is Michael Andrew Zee.

2. My office address and telephone number are: King & Spalding LLP, 101 Second Street, Suite 2300, San Francisco, CA 94105, (415) 318-1222.

3. I am a member in good standing of the bars of the State of California and the District of Columbia.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2014

Michael Andrew Zee

1