**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL ANDREW ZEE**

Upon consideration of the Motion for Admission *pro hac vice* of Michael Andrew Zee, it is ORDERED that the Motion for Admission *pro hac vice* be and hereby is GRANTED, and that Michael Andrew Zee is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

DATED:_____

							_____
							Hon. Tanya S. Chutkan
							United States District Court Judge