REFERRAL TO MAGISTRATE JUDGE

CATEGORY: Type E

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: 17:501 Copyright Infringement |||||
|---|---|---|---|---|
| CASE NO:<br>13cv1215 TSC | DATE REFERRED:<br>9/23/14<br><br>DISPOSITION DATE: | PURPOSE:<br>All Discovery and Motion | JUDGE:<br>Tanya S. Chutkan | MAG. JUDGE |
| PLAINTIFF(S):<br>American Society for Testing and Materials, et al |||  DEFENDANT(S):<br>Public.Resource.Org, Inc, et al ||
| ENTRIES: |||||