# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**[PROPOSED] ORDER ON UNOPPOSED MOTION TO ALLOW TELEPHONIC APPEARANCE AT OCTOBER 14, 2014 HEARING**<br><br>Filed:　August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　　　　　Counterclaimant,<br><br>v.<br><br>AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>　　　　　　　　　Counterdefendants. | |

2

Having reviewed ASHRAE's Unopposed Motion to Allow Telephonic Appearance, and for good cause appearing, it is hereby ORDERED that:

1. ASHRAE's Motion is GRANTED; and

2. ASHRAE is permitted to appear telephonically at the October 14, 2014 hearing by such means as the Court instructs.


DATED: October __, 2014.                    _____
                                            Hon. Deborah A. Robinson
                                            U.S. Magistrate Judge