UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Case No. 1:13-cv-01215-TSC-DAR |

## DECLARATION OF MATTHEW B. BECKER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Matthew B. Becker, declare as follows:

1. My name is Matthew B. Becker. I serve as counsel for Defendant Public.Resource.Org, Inc.

2. I am an attorney practicing with Fenwick & West LLP, located at 801 California Street, Mountain View, California 94041. My phone number is (650) 335-7930.

3. I am a member in good standing of the Bar of California. I have also been admitted to practice before the courts listed in Attachment A to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

2

6.  I have not been admitted *pro hac vice* to practice in this Court within the last two (2) years.

7.  I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8.  I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 9, 2014 at San Francisco, California.

_____
Matthew B. Becker

## Attachment A

**Matthew Becker**
**Court Admissions**

| Court | Address | Date of Admission |
|---|---|---|
| USDC Northern District of California | 450 Golden Gate Avenue San Francisco, CA 94102 | December 12, 2013 |
| USDC Southern District of California | 333 West Broadway San Diego, CA 92101 | January 13, 2014 |