# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　　Defendant. | Case No. 1:13-cv-01215-TSC-DAR |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW B. BECKER

Upon consideration of Defendant Public.Resource.Org, Inc.'s motion for the admission *pro hac vice* of Matthew B. Becker, it is hereby ORDERED that the motion for the admission *pro hac vice* of Matthew B. Becker on behalf of Public.Resource.Org, Inc. in the above-captioned case be GRANTED, and that Matthew B. Becker is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

　　　　IT IS SO ORDERED.


Date: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge