# EXHIBIT 1

# KING & SPALDING

King & Spalding LLP
101 Second Street
Suite 2300
San Francisco, CA  94105
Tel: +1 415 318 1200
Fax: +1 415 318 1300
www.kslaw.com

Andrew Zee
Associate
Direct Dial: +1 415 318 1222
Direct Fax: +1 415 318 1300
azee@kslaw.com

October 10, 2014

**Via Email**

Kathleen Lu
Fenwick & West LLP
555 California Street, 12th Fl.
San Francsico, CA 94104


Re:     *ASTM et al. v. Public.Resource.Org* - Document Production


Kathleen,

      This is in response to your letter of October 8, 2014.  ASHRAE intends to make an additional production of documents by the end of next week, and to complete its previously agreed production by the end of October.  Before searching for and producing those documents that ASHRAE, in its response to your motion to compel discovery, indicated a willingness to produce, or to consider producing, we would like to set a time to meet and confer, either in person in San Francisco or by telephone.  We are generally available the week of October 20; please let us know what time and day would work for you.


          Sincerely,

          /s/ *Andrew Zee*

          Andrew Zee
          Associate