AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Society for Testing & Materials, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-01215-TSC-DAR |
| Public.Resource.Org, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Society for Testing and Materials.

Date: 10/10/2014

/s/ Jordana S. Rubel
*Attorney's signature*

Jordana S. Rubel (Bar No. 988423)
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington DC 20004
*Address*

jrubel@morganlewis.com
*E-mail address*

(202) 739-5118
*Telephone number*

(202) 739-3001
*FAX number*