# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>                    Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>                    Defendant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**PLAINTIFF-COUNTERDEFENDANTS THE AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. AND THE NATIONAL FIRE PROTECTION ASSOCIATION, INC.'S UNOPPOSED MOTION TO ALLOW TELEPHONIC APPEARANCE AT OCTOBER 28, 2014 HEARING**<br><br>Filed:   August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC.,<br><br>                    Counterclaimant,<br><br>v.<br><br>AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>                    Counterdefendants. | |

The American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE") and the National Fire Protection Association, Inc. ("NFPA") respectfully request that their counsel be allowed to appear telephonically at the October 28, 2014 further hearing on Defendant's Motion to Compel Discovery. In support of this Motion, ASHRAE states as follows:

1. On September 15, 2014, Defendant Public.Resource.Org, Inc. ("Public Resource") filed a Motion to Compel Discovery. ECF No. 41. ASHRAE and NFPA filed their responses in opposition to the Motion on October 2, 2014. ECF Nos. 46, 48.

2. On October 15, 2014, the parties presented preliminary arguments regarding the status of Public Resource's Motion before U.S. Magistrate Judge Deborah A. Robinson. The Court scheduled a further hearing for October 28, 2014 at 3:00 p.m.

3. Since the initial hearing on October 15, 2014, the parties have continued their meet-and-confer efforts. ASHRAE and NFPA believe that there is a reasonable possibility that the parties will mutually resolve their disputes and eliminate the need for the further hearing on October 28, 2014.

4. The attorneys for ASHRAE and NFPA with primary responsibility for this case work and reside in or around San Francisco, California. Permitting counsel to appear by telephone will save the time and expense of traveling across the country to Washington D.C. Counsel for ASHRAE and NFPA believe that their ability to participate meaningfully in the hearing will not be impeded by a telephonic appearance.

5. No party will be prejudiced by the requested telephonic appearance by counsel for ASHRAE and NFPA.

6. On October 23, 2014, counsel for ASHRAE contacted counsel for Public Resource, who stated that they have no opposition to the requested relief.

Accordingly, for the foregoing reasons, ASHRAE and NFPA respectfully request that the Court grant this Motion and permit their counsel to appear telephonically at the October 28, 2014 further hearing on Public Resource's Motion to Compel Discovery. A proposed order is attached.

Dated: October 24, 2014

Respectfully submitted,

/s/ Kenneth L. Steinthal
Kenneth L. Steinthal *admitted pro hac vice*)
Joseph R. Wetzel (*admitted pro hac vice*)
M. Andrew Zee (*admitted pro hac vice*)
KING & SPALDING, LLP
101 2nd Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
ksteinthal@kslaw.com
jwetzel@kslaw.com
azee@kslaw.com

Jeffrey S. Bucholtz (D.C. Bar: 452385)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com

*Counsel for the American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

/s/ Kelly Klaus
Anjan Choudhury (D.C. Bar: 497271)
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: 213.683.9100
Email: Anjan.Choudhury@mto.com
Kelly M. Klaus
Jonathan H. Blavin
Nathan M. Rehn
Munger, Tolles & Olson LLP

3

560 Mission St., 27th Floor  
San Francisco, CA 94105  
Tel: 415.512.4000  
Email: Kelly.Klaus@mto.com  
Jonathan.Blavin@mto.com  
Thane.Rehn@mto.com  

*Counsel for National Fire Protection Association, Inc.*