# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>                      Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>                      Defendant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**[PROPOSED] ORDER ON UNOPPOSED MOTION TO ALLOW TELEPHONIC APPEARANCE AT OCTOBER 28, 2014 HEARING**<br><br>Filed:    August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC.,<br><br>                      Counterclaimant,<br><br>v.<br><br>AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>                      Counterdefendants. | |

2

Having reviewed ASHRAE and NFPA's Unopposed Motion to Allow Telephonic Appearance, and for good cause appearing, it is hereby ORDERED that:

1. ASHRAE and NFPA's Motion is GRANTED; and

2. ASHRAE and NFPA are permitted to appear telephonically at the October 28, 2014 further hearing on Defendant's Motion to Compel Discovery by such means as the Court instructs.

DATED: October __, 2014.                    _____
                                            Hon. Deborah A. Robinson
                                            U.S. Magistrate Judge