# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>                       Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>                       Defendant. | Case No. 1:13-cv-01215- TSC-DAR<br><br>**ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DISCOVERY AND CASE SCHEDULE** |
| PUBLIC.RESOURCE.ORG, INC.,<br><br>                       Counterclaimant,<br><br>v.<br><br>AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>                       Counterdefendants. | |

      Having fully considered Defendant/Counter-Plaintiff's consent motion to extend discovery and case schedule (ECF No. 56), it is hereby

      ORDERED that Defendant/Counter-Plaintiff's consent motion to extend discovery and

case schedule is GRANTED.

The Court modifies the schedule as follows:

|  | **Previous Date** | **New Date** |
|---|---|---|
| Close of fact discovery | 12/5/2014 | 1/30/2015 |
| Joint status report | 1/5/2015 | 3/2/2015 |
| Opening expert disclosures | 2/2/2015 | 3/2/2015 |
| Opposition expert disclosures | 3/16/2015 | 4/13/2015 |
| Rebuttal expert disclosures | 5/4/2015 | 6/1/2015 |
| Reply expert disclosures | 5/18/2015 | 6/15/2015 |
| Close of expert discovery | 6/16/2015 | 7/14/2015 |
| Joint status report | 6/23/2015 | 7/21/2015 |
| Status conference | 6/30/2015 | 7/28/2015 |

Date:  November 25, 2014

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge