UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No.  13-01215 <br> TSC/DAR |
| PUBLIC.RESOURCE.ORG, INC., <br><br> Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al., <br><br> Counterdefendants. | |

**ORDER**

Counsel for the parties appeared before the undersigned United States Magistrate Judge on this date for a hearing with respect to the three remaining issues concerning Defendant Public.Resource.Org, Inc.'s Motion to Compel Discovery (Document No. 41). Order (Document No 57) at 2: *see also* Status Report and Proposed Order on Defendant's Motion to Compel Discovery (Document No. 54) at 8.  In accordance with the undersigned's rulings from the bench, and for the reasons set forth on the record, it is, this 1st day of December, 2014,

**ORDERED** that

ASTM, et al. v. Public.Resource.Org, Inc.                                                                                                            2
Public.Resource.Org,Inc. v. ASTM, et al.

(1) said motion is **DENIED** with respect to Defendant's request for "Documents as to licenses, as to ASTM[,]" and

(2) said motion is **DENIED WITHOUT PREJUDICE** with respect to "Documents pertaining to assignments of rights, as to ASHRAE and NFPA[.]"  ASHRAE and NFPA shall provide discovery on the terms proposed on the record by their counsel.  To the extent that disputes remain regarding such discovery, counsel shall prepare to address said disputes at the January 15, 2015 hearing scheduled for that purpose.  Counsel for the parties to the dispute shall file a status report by no later than January 12, 2015.  Finally, it is

**FURTHER ORDERED** that the motion to compel is **DENIED AS MOOT** with respect to "Document relating to this litigation, as to NFPA[,]" given the parties' resolution of the issue in advance of the hearing.

                                                                                                    /s/
                                                                                          DEBORAH A. ROBINSON
                                                                                          United States Magistrate Judge