# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant. | Civil Action No. 1:13-cv-01215-TSC-DAR |

## PLAINTIFF THE AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.'S
## NOTICE OF WITHDRAWAL OF COUNSEL

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE BE ADVISED THAT, as of December 19, 2014, Michael Andrew Zee is withdrawing as counsel for Plaintiff American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE").  The enrolled attorneys from the law firm of King & Spalding LLP will continue to represent ASHRAE in this matter.

Dated: December 19, 2014          Respectfully submitted

                                                */s/ M. Andrew Zee*
                                                Kenneth L. Steinthal (*admitted pro hac vice*)
                                                Joseph R. Wetzel (*admitted pro hac vice*)
                                                M. Andrew Zee (*admitted pro hac vice*)
                                                KING & SPALDING, LLP
                                                101 2nd Street, Suite 2300
                                                San Francisco, CA 94105
                                                (415) 318-1200
                                                ksteinthal@kslaw.com
                                                jwetzel@kslaw.com
                                                azee@kslaw.com

Jeffrey S. Bucholtz (D.C. Bar: 452385)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com

*Counsel for the American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

## CERTIFICATE OF SERVICE

In accordance with LCvR 5.3, I certify that on December 19, 2014, I caused a true and correct copy of the Notice of Withdrawal to be served on all counsel of record through the Courts CM/ECF system.

*/s/ M. Andrew Zee*
M. Andrew Zee
