# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs/Counterdefendants,<br><br>     v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION TO COMPEL (DKT. NO. 27)** |

Having fully considered Defendant-counterclaimant Public.Resource.Org, Inc.'s unopposed motion for extension of time to oppose Plaintiffs/Counterdefendants' Motion to Compel Discovery, Privilege Log, and Further Initial Disclosures (Dkt. 27), and for good cause shown, it is hereby

**ORDERED** that Public.Resource.Org, Inc's motion for extension of time to oppose Plaintiffs' Motion to Compel (Dkt. 27) is **GRANTED**.

Public.Resource.Org, Inc. shall file its opposition to Plaintiffs' Motion to Compel on or before January 5, 2015.


Dated: _____          _____
                                         Hon. Deborah A. Robinson
                                         United States Magistrate Judge