UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs/<br>          Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/<br>          Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

Having fully considered Plaintiffs' Motion to Compel Discovery and all documents in support thereof and in opposition thereto, and for good cause shown, this Court GRANTS Plaintiff's Motion to Compel Discovery.  It is hereby

**ORDERD** that Defendant/Counter-Plaintiff Public.Resource.Org, Inc., shall produce all documents relating to its communications with actual or potential donors regarding its plans to post standards online or its actual posting of standards online.

**IT IS SO ORDERED.**

Dated: _____      _____

                                   The Honorable Deborah A. Robinson

                                   UNITED STATES MAGISTRATE JUDGE