# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>       Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>       Defendant. | Case No. 1:13-cv-01215-TSC/DAR <br><br> **DECLARATION OF KATHLEEN LU IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S MOTION FOR EXTENSION OF DISCOVERY PERIOD, CORRESPONDING MODIFICATION OF SCHEDULING ORDER, AND LEAVE TO TAKE MORE THAN 10 DEPOSITIONS** <br><br> Complaint Filed: August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC., <br><br>       Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>       Counterdefendants. | |

I, KATHLEEN LU, declare as follows:

1. I am an attorney admitted to practice in the State of California and am an associate with the law firm of Fenwick & West LLP, counsel of record for Defendant/Counter-Plaintiff Public.Resource.Org, Inc. ("Public Resource").

2. Counsel for Public Resource have conferred with counsel for Plaintiffs on numerous occasions throughout the month of January regarding an extension of the schedule to allow Public Resource time to review Plaintiffs' many and sizable productions in late December and throughout January before Public Resource takes the depositions it had already noticed and completes its noticing of depositions.

3. Public Resource received nearly 42000 documents from ASTM on January 2, 2015. NFPA has stated that it has sent up to 50 banker's boxes of paper documents and 11 rolls of microfilm containing 4000-7000 images each to vendors for scanning. Public Resource has not received the scans yet. Based on the rate of review of the productions thus far, counsel for Public Resource estimates that review of the documents that have come in since Christmas will take approximately 400 hours assuming a fairly fast rate. We will not be able to estimate whether we can review the NFPA productions at a similar rate until we receive the productions from the vendors, but if so, we estimate that review will also take several hundred hours. This chart shows, to the best of my knowledge, Plaintiffs' past and upcoming productions:

| Date Sent | Date of Receipt | No. of Docs | Party | Beg Bates | End Bates |
|---|---|---|---|---|---|
| 08/11/14 | 08/12/14 | 19 | ASHRAE | ASHRAE0000001 | ASHRAE0001618 |
| 08/27/14 | 08/28/14 | 2076 | ASHRAE | ASHRAE0001619 | ASHRAE0022482 |
| 10/17/14 | 10/20/14 | 33 | ASHRAE | ASHRAE0022483 | ASHRAE0022663 |
| 10/30/14 | 10/31/14 | 144 | ASHRAE | ASHRAE0022664 | ASHRAE0024176 |
| 11/21/14 | 11/24/14 | 349 | ASHRAE | ASHRAE0024177 | ASHRAE0027441 |

1

| | | | | | |
|---|---|---|---|---|---|
| 12/23/14 | 12/29/14 | 196 | ASHRAE | ASHRAE0027442 | ASHRAE0029541 |
| 01/09/15 | 01/09/15 | 153 | ASHRAE | ASHRAE0029542 | ASHRAE0029846 |
| 07/29/14 | 07/30/14 | 310 | ASTM | ASTM000001 | ASTM001830 |
| 10/17/14 | 10/20/14 | 266 | ASTM | ASTM001831 | ASTM007110 |
| 12/31/14 | 01/02/14 | 41839 | ASTM | ASTM007111 | ASTM096675 |
| 01/16/15 | 01/20/16 | 763 | ASTM | ASTM096676 | ASTM102865 |
| Anticipated 01/30/15 | unknown | unknown | ASTM | n/a | n/a |
| 05/22/14 | 05/23/14 | 52 | NFPA | NFPA-PR0000001 | NFPA-PR0013031 |
| 06/20/14 | 06/23/14 | 24 | NFPA | NFPA-PR0013032 | NFPA-PR0020392 |
| 11/24/14 | 11/25/14 | 40 | NFPA | NFPA-PR0020393 | NFPA-PR0020701 |
| 12/30/14 | 12/31/14 | 1953 | NFPA | NFPA-PR0020702 | NFPA-PR0028685 |
| 01/05/15 | 01/06/15 | 586 | NFPA | NFPA-PR0028686 | NFPA-PR0038493 |
| 1/26/15 | unknown | 44,000-77,000 pages | NFPA | n/a | n/a |
| Anticipated 01/30/15 | unknown | unknown | NFPA | n/a | n/a |
| Unknown | unknown | Up to 50 banker's boxes | NFPA | n/a | n/a |

4.      From my review of our production log, Public Resource produced 8,560 documents on August 28, 2014; 823 documents on October 31, 2014; 522 documents on November 14, 2014; and 1,968 documents on December 23, 2014.

5.      Counsel for Public Resource has communicated with Plaintiffs by telephone and by email about an extension throughout January, including on January 5, January 7, January 8, January 11, January 20, January 21, January 22, January 23, January 27, and January 28.  On

2

Friday, January 23, 2015, Mr. Childs, counsel for ASTM proposed on behalf of all plaintiffs that the parties have until January 30 to notice depositions that they would take "within a reasonable amount of time outside the current discovery period."

      6.      On January 28, 2015, counsel for Public Resource had a call with counsel for all three plaintiffs. On that call, counsel for all three plaintiffs reiterated their position that the cutoff for taking depositions should be February 28, and that the cutoff for noticing depositions should be January 30.

      7.      Also on January 28, 2015, plaintiff NFPA served its amended Rule 26 disclosures, which added one witnesses. On December 24, plaintiff ASTM disclosed three additional witness, and on January 14, it disclosed one additional witness. Today, January 29, 2015, ASHRAE stated that it may disclose one additional witness. In total, Plaintiffs have disclosed 16 witnesses (other than Mr. Malamud).

      8.      Based on my review of some of the documents Plaintiffs have produced, it appears that Plaintiffs knew of and actively discussed Public Resource's activities in March 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of January, 2015.

                                                              */s/ Kathleen Lu*
                                                                 Kathleen Lu