**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF DISCOVERY PERIOD, CORRESPONDING MODIFICATION OF SCHEDULING ORDER, AND LEAVE TO TAKE MORE THAN 10 DEPOSITIONS** <br><br> Complaint Filed:  August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC., <br><br> Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br> Counterdefendants. | |

Having fully considered Defendant/Counter-Plaintiff's motion to extend discovery and case schedule, it is hereby

**ORDERED** that Defendant/Counter-Plaintiff's motion to extend the discovery period, modify the scheduling period, and take 20 depositions is **GRANTED**.

The Court modifies the schedule as follows:

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| Close of fact discovery | 1/30/2015 | 4/15/2015 |
| Joint status report | 3/2/2015 | 4/22/2015 |
| Opening expert disclosures | 3/2/2015 | 5/13/2015 |
| Opposition expert disclosures | 4/13/2015 | 6/10/2015 |
| Rebuttal expert disclosures | 6/1/2015 | 7/8/2015 |
| Reply expert disclosures | 6/15/2015 | 7/22/2015 |
| Close of expert discovery | 7/14/2015 | 8/21/2015 |
| Joint status report | 7/21/2015 | 8/28/2015 |
| Status conference | 7/28/2015 | At the Court's convenience |

**IT IS SO ORDERED.**

Dated: _____            _____
                                          Hon. Tanya S. Chutkan
                                          United States District Judge

1