UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 13-cv-1215 (TSC) (DAR) |
| PUBLIC.RESOURCE.ORG, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Plaintiffs' Motion to Strike Jury Demand (ECF No. 34), it is

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that the jury demand in Defendant's counterclaim and Answer (ECF No. 21) is stricken.

Date:  February 2, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge