UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>Plaintiffs/<br>Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant/<br>Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING PLAINTIFF NATIONAL FIRE PROTECTION ASSOCIATION, INC.'S MOTION TO AMEND COMPLAINT**

Having fully considered Plaintiff National Fire Protection Association, Inc.'s Motion to Amend the Complaint and all documents in support thereof and in opposition thereto, and for good cause shown, this Court GRANTS Plaintiff National Fire Protection Association, Inc.'s Motion to Amend the Complaint.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                The Honorable Tanya S. Chutkan
                                                                UNITED STATES DISTRICT JUDGE

1:13-cv-01215-TSC

PROPOSED ORDER