AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Society for Testing & Materials, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    13-1215 |
| Public.Resource.org, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.         .

Date:    02/04/2015

/s/ Simeon M. Schopf
*Attorney's signature*

Simeon M. Schopf (No. 459866)
*Printed name and bar number*

King & Spalding, LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006

*Address*

sschopf@kslaw.com
*E-mail address*

(202) 737-0500
*Telephone number*

(202) 626-3737
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2015, I caused a true and correct copy of the Notice of Appearance of Counsel to be served on all counsel of record through the Courts CM/ECF system.

/s/ Simeon M. Schopf
Simeon M. Schopf