# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br><div align="right">Plaintiffs,</div><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br><div align="right">Defendant.</div> | Case No. 1:13-cv-01215-TSC-DAR <br><br> **JOINT STIPULATION TO AMEND PROTECTIVE ORDER** <br><br> Complaint Filed:  August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC., <br><br><div align="right">Counterclaimant,</div><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br><div align="right">Counterdefendants.</div> | |

## STIPULATION

Pursuant to Section 12 of the Protective Order in this action (Dkt. 44), counsel for

Defendant Public.Resource.Org ("Public Resource") and Plaintiffs American Society for Testing

and Materials ("ASTM"), National Fire Protection Association ("NFPA"), and American Society

of Heating, Refrigerating, and Air-Conditioning Engineers ("ASHRAE") enter into the following

Stipulation:

      1.     The parties stipulate that the Protective Order in this case (Dkt. 44) applies equally

to non-parties that have furnished discovery in this case, as it does to parties.  The parties agree to

interpret the term "parties" as it appears in the Protective Order to include any non-parties that

have furnished discovery for the purposes of this case, other than for purposes of further

amendments pursuant to Section 12 of the Protective Order.

**IT IS SO STIPULATED.**


Dated:   February 19, 2015            FENWICK & WEST LLP


                          By:     */s/ Andrew P. Bridges*
                                    Andrew P. Bridges

                                    Attorneys for Defendant
                                    PUBLIC.RESOURCE.ORG


Dated:   February 19, 2015            MORGAN, LEWIS & BOCKIUS LLP


                          By:     */s/ J. Kevin Fee*
                                      J. Kevin Fee

                                    Attorneys for Plaintiff
                                    AMERICAN SOCIETY FOR TESTING
                                    AND MATERIALS

Dated:   February 19, 2015                     KING & SPALDING LLP


                                        By:     */s/ J. Blake Cunningham*
                                                J. Blake Cunningham

                                                Attorneys for Plaintiff
                                                AMERICAN SOCIETY OF HEATING,
                                                REFRIGERATING, AND AIR
                                                CONDITIONING ENGINEERS



Dated:   February 19, 2015                     MUNGER, TOLLES & OLSON LLP


                                        By:     */s/ Kelly M. Klaus*
                                                Kelly M. Klaus

                                                Attorneys for Plaintiff
                                                NATIONAL FIRE PROTECTION
                                                ASSOCIATION