# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>　　　　　　Plaintiffs/Counter-defendants,<br><br>　　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　　Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER (DKT. NO. 78)**<br><br>Filed:　　　　August 6, 2013 |

Having fully considered Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion for Protective Order (Dkt. No. 78), and for good cause shown, it is hereby

**ORDERED** that the Motion for Protective Order is **GRANTED**.

The depositions of Public.Resource.Org under Rule 30(b)(6) and of Carl Malamud need not occur until the Court has ruled on Public.Resource.Org's pending motion to consolidate for purposes of discovery.

**IT IS SO ORDERED.**

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Deborah A. Robinson
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge