# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>               Plaintiffs/Counter-defendants,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>               Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**[PROPOSED] ORDER DENYING NATIONAL FIRE PROTECTION ASSOCIATION, INC.'S MOTION TO AMEND COMPLAINT (DKT. NO. 74)**<br><br>Filed:        August 6, 2013 |

Having fully considered Plaintiff/Counter-defendant National Fire Protection Association, Inc.'s Motion to Amend Complaint (Dkt. No. 74) and Defendant-Counterclaimant Public.Resource.Org's Opposition (Dkt. No. 79), and for good cause shown, it is hereby

**ORDERED** that the Motion to Amend Complaint is **DENIED**.

The Complaint cannot be amended to include an additional infringement claim after the close of discovery because it would prejudice Public.Resource.Org if it is not allowed to take discovery on the new infringement claim.

**IT IS SO ORDERED.**


Dated: _____           _____
                                                                                                 Hon. Deborah A. Robinson
                                                                                                 United States Magistrate Judge