# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>            Plaintiffs/Counter-defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>            Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**WITHDRAWAL OF PUBLIC.RESOURCE.ORG, INC.'S MOTION FOR PROTECTIVE ORDER [DKT. NO. 78]**<br><br>Filed:       August 6, 2013 |

    Defendant-Counterclaimant Public.Resource.Org withdraws its motion for a protective order [Dkt. No. 78]. It had sought an order deferring the depositions of Public Resource and Carl Malamud that the ASTM Plaintiffs noticed for February 26 and 27, 2015 until after a decision on the pending motion for discovery consolidation of the ASTM and AERA cases [Dkt. No. 33 in *American Educational Research Association, Inc. et al. v. Public.Resource.Org*, No. 1:14-cv-00857-TSC-DAR (filed May 23, 2014)]. Because the deposition of Public Resource by the ASTM Plaintiffs alone has begun without either discovery consolidation or a protective order in place, the motion is now moot.

Dated:  February 26, 2015          Respectfully submitted,

         */s/ Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Kathleen Lu (pro hac vice)
klu@fenwick.com
Matthew B. Becker (pro hac vice)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (pro hac vice)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

*Attorneys for Defendant-Counterclaimant Public.Resource.Org, Inc.*