**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>                 Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>                 Defendant. | Case No. 1:13-cv-01215-EGS <br><br> **CERTIFICATE OF SERIVCE** <br><br> Filed:   August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC., <br><br>                 Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>                 Counterdefendants. | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2015, a copy of the foregoing documents:

- Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to File Documents Under Seal;

- Proposed Order Granting Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to File Documents Under Seal;

- Confidential Version of Defendant-Counterclaimant Public.Resource.Org, Inc.'s Reply In Support of Motion for Extension of Discovery Period, Corresponding Modification of Scheduling Order, and Leave to Take More Than 10 Depositions;

- Confidential Version of Reply Declaration of Andrew P. Bridges in Support of Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion for Extension of Discovery Period, Corresponding Modification of Scheduling Order, and Leave to Take More Than 10 Depositions;

- Exhibit D to the Bridges Reply Declaration;

- Exhibit E to the Bridges Reply Declaration; and

- Exhibit F to the Bridges Reply Declaration

were served via e-mail to the following counsel of record for Plaintiffs-Counterdefendants:

*Counsel for American Society for Testing and Materials dba ASTM International, Inc.*

Michael F. Clayton
J. Kevin Fee
Jordana S. Rubel
Edwin O. Childs
MORGAN, LEWIS & BOCKUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
jkfee@morganlewis.com
mclayton@morganlewis.com
jrubel@morganlewis.com
echilds@morganlewis.com

*Counsel for American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

*Counsel for National Fire Protection Association, Inc.*

Anjan Choudhury
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Anjan.Choudhury@mto.com

Kelly M. Klaus
Jonathan H. Blavin
Thane Rehn
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Jonathan.Blavin@mto.com
Kelly.Klaus@mto.com
Thane.Rehn@mto.com

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 2006-4707
jbucholtz@kslaw.com


Kenneth L. Steinthal
Joseph R. Wetzel
Jason Blake Cunningham
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
ksteinthal@kslaw.com
jwetzel@kslaw.com
bcunningham@kslaw.com


I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: February 27, 2015                                 _____
                                                        Peggy Vertin

2