# EXHIBIT E





**Selected metadata**

| | |
|---|---|
| Identifier: | gov.law.nfpa.nec.2005 |
| Credits: | Uploaded by Public.Resource.Org |
| Licenseurl: | http://creativecommons.org/publicdomain/zero/1.0/ |
| Mediatype: | texts |
| Identifier-access: | http://archive.org/details/gov.law.nfpa.nec.2005 |
| Identifier-ark: | ark:/13960/t34184v9f |
| Ppi: | 300 |
| Ocr: | ABBYY FineReader 8.0 |

Terms of Use (31 Dec 2014)



eBooks and Texts > Additional Collections > Government Documents > Global Public Safety Codes > ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure

## ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure (2007)

**View the book**



Read Online
PDF             (2.3 M)
EPUB            (254.8 K)
Kindle
Daisy
Full Text       (109.0 K)
DjVu            (1.6 M)

All Files: HTTPS

Help reading texts

**Resources**
Bookmark



fullscreen

Author: American Society for Testing and Materials
Subject: federalregister.gov; public.resource.org
Language: English
Collection: publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

BY ORDER OF THE EXECUTIVE DIRECTOR
Office of the Federal Register
Washington, D.C.

*By Authority of the Code of Federal Regulations:* 40 CFR 1065.710

**Name of Legally Binding Document:** ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.
**Creative Commons license:** CC0 1.0 Universal

**Reviews**                           Be the first to write a review
                                      Downloaded 174 times

**Selected metadata**

| | |
|---|---|
| Identifier: | gov.law.astm.d86.2007 |
| Credits: | Uploaded by Public.Resource.Org |
| Licenseurl: | http://creativecommons.org/publicdomain/zero/1.0/ |
| Mediatype: | texts |
| Identifier-access: | http://archive.org/details/gov.law.astm.d86.2007 |
| Identifier-ark: | ark:/13960/t2t44ts5b |

Terms of Use (31 Dec 2014)



eBooks and Texts > Additional Collections > Government Documents > Global Public Safety Codes > ASHRAE: Fundamentals

**View the book**

### ASHRAE: Fundamentals (1993)



Read Online
PDF                (65.2 M)
EPUB              (4.8 M)
Kindle
Daisy
Full Text          (4.8 M)
DjVu              (62.6 M)

All Files: HTTPS

Help reading texts

**Resources**
Bookmark

ASHRAE: Fundamentals

fullscreen
**Author:** American Society of Heating, Refrigerating and Air Conditioning Engineers
**Subject:** federalregister.gov; public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

**Description**

BY ORDER OF THE EXECUTIVE DIRECTOR
Office of the Federal Register
Washington, D.C.

*By Authority of the Code of Federal Regulations:* 10 CFR 434.402.2.2.5(a)

**Name of Legally Binding Document:** ASHRAE: Fundamentals
**Name of Standards Organization:** American Society of Heating, Refrigerating and Air Conditioning Engineers

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.
**Creative Commons license:** CC0 1.0 Universal

**Reviews**
Be the first to write a review
Downloaded 1,148 times

**Selected metadata**

**Identifier:**   gov.law.ashrae.fundamentals.1993
**Credits:**      Uploaded by Public.Resource.Org

Licenseurl: http://creativecommons.org/publicdomain/zero/1.0/
Mediatype: texts

Terms of Use (31 Dec 2014)