# **EXHIBIT G**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> Plaintiffs/ Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/ Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR |

**PROPOSED ORDER ON PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

Having reviewed the record and applicable law, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Protective Order is **GRANTED**.

**IT IS SO ORDERED.**


Dated: _____    _____
                                                       DEBORAH A. ROBINSON
                                                       UNITED STATES MAGISTRATE JUDGE