**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al. | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 1:13-cv-01215-TSC-DAR |
| | ) | |
| v. | ) | |
| | ) | |
| PUBLIC.RESOURCE.ORG, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF THE AMERICAN SOCIETY OF HEATING,  REFRIGERATING,
AND AIR-CONDITIONING ENGINEERS, INC.'S MOTION FOR ADMISSION
*PRO HAC VICE* OF JASON BLAKE CUNNINGHAM**

Pursuant to LCvR 83.2(d), JEFFREY S. BUCHOLTZ, counsel for Plaintiff the

American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.

("ASHRAE") in this  matter, and a member in good standing of the bar of this Court,

respectfully moves for admission  of Jason Blake Cunningham *pro hac vice* as counsel for

Plaintiff. Mr.  Cunningham's declaration in  support of his admission  is attached as

Exhibit 1.

1.    Mr. Cunningham acknowledges the power and jurisdiction of the United States

District Court  for the District of Columbia over his professional conduct, and agrees to be

bound by the District  of Columbia Court of Appeals' Rules of Professional Conduct, if he

is admitted *pro hac vice.* Mr. Cunningham has not been admitted *pro hac vice* to this court

within the last two years and has  not been disciplined by any bar.

2.      Mr. Cunningham is a member in good standing of the bar of the State of

California, a member of the United States District Courts for the Central, Eastern and

Northern Districts of California, and the Eastern District of Texas.

3.      Opposing counsel has received notice of this motion and they consent to its filing.

4.      In accordance with LCvR 7(c), a proposed order is attached hereto.

WHEREFORE, JEFFREY S. BUCHOLTZ, counsel for the Plaintiff ASHRAE, respectfully requests that this Court admit Jason Blake Cunningham *pro hac vice* for the purposes of appearing as counsel for Plaintiff ASHRAE in this case.

Dated: March 17, 2015

 /s/  *Jeffrey S. Bucholtz*
Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel.: (202) 626-2907
Fax: (202) 626-3737
jbucholtz@kslaw.com

*Counsel for the American Society*
*of Heating, Refrigerating, and*
*Air-Conditioning Engineers, Inc.*

2

**CERTIFICATE OF SERVICE**

In accordance with LCvR 5.3, I certify that on March 17, 2015, I caused a true and correct copy of the Motion for the Admission *pro hac vice* of Jason Blake Cunningham to be served on all counsel of record through the Courts CM/ECF system.

*/s/ Jeffrey S. Bucholtz*
                Jeffrey S. Bucholtz