# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-01215-TSC-DAR |

**DECLARATION OF JASON BLAKE CUNNINGHAM IN SUPPORT
OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jason Blake Cunningham, hereby state as follows:

1. My full name is Jason Blake Cunningham.

2. My office address and telephone number are: King & Spalding LLP, 101 Second Street, Suite 2300, San Francisco, CA 94105, (415) 318-1200.

3. I am a member in good standing of the bar of the State of California, a member of the United States District Courts for the Central, Eastern and Northern Districts of California, and the Eastern District of Texas.

4. I have not been disciplined by any Bar.

5. I have not been admitted pro hac vice to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2015

_____
Jason Blake Cunningham