UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant. | Civil Action No. 1:13-cv-01215-TSC-DAR |

**PLAINTIFF THE AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.'S MOTION FOR ADMISSION *PRO HAC VICE* OF ANTONIO E. LEWIS**

Pursuant to LCvR 83.2(d), JEFFREY S. BUCHOLTZ, counsel for Plaintiff the American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") in this matter, and a member in good standing of the bar of this Court, respectfully moves for admission of Antonio E. Lewis *pro hac vice* as counsel for Plaintiff. Mr. Lewis's declaration in support of his admission is attached as Exhibit 1.

1. Mr. Lewis acknowledges the power and jurisdiction of the United States District Court for the District of Columbia over his professional conduct, and agrees to be bound by the District of Columbia Court of Appeals' Rules of Professional Conduct, if he is admitted *pro hac vice*. Mr. Lewis has not been admitted *pro hac vice* to this court within the last two years and has not been disciplined by any bar.

2. Mr. Lewis is a member in good standing of the bar of the State of North Carolina, a member of the Supreme Court of the United States, the United States Courts of Appeals for the Fourth Circuit, and the United States District Courts for the Western

Districts of North Carolina.

3. Opposing counsel has received notice of this motion this motion and they consent to its filing.

4. In accordance with LCvR 7(c), a proposed order is attached hereto.

WHEREFORE, JEFFREY S. BUCHOLTZ, counsel for the Plaintiff ASHRAE, respectfully requests that this Court admit Antonio E. Lewis *pro hac vice* for the purposes of appearing as counsel for Plaintiff ASHRAE in this case.

Dated: March 17, 2015

      /s/ Jeffrey S. Bucholtz
Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel.: (202) 626-2907
Fax: (202) 626-3737
jbucholtz@kslaw.com

*Counsel for the American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

**CERTIFICATE OF SERVICE**

In accordance with LCvR 5.3, I certify that on March 17, 2015, I caused a true and correct copy of the Motion for the Admission *pro hac vice* of Antonio E. Lewis to be served on all counsel of record through the Courts CM/ECF system.

                                              */s/ Jeffrey S. Bucholtz*
                                              Jeffrey S. Bucholtz