# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-01215-TSC-DAR |

### DECLARATION OF ANTONIO E. LEWIS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Antonio E. Lewis, hereby state as follows:

1. My full name is Antonio E. Lewis.

2. My office address and telephone number are: King & Spalding LLP, 100 N Tryon Street, Suite 3900, Charlotte, NC 28202.

3. I am a member in good standing of the bar of the State of North Carolina, a member of the Supreme Court of the United States, the United States Courts of Appeals for the Fourth Circuit, and the United States District Courts for the Western Districts of North Carolina.

4. I have not been disciplined by any Bar.

5. I have not been admitted pro hac vice to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 17, 2015.

_____
Antonio E. Lewis