**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant. | Civil Action No. 1:13-cv-01215-TSC-DAR |

**[PROPOSED ORDER] GRANTING MOTION FOR ADMISSION
*PRO HAC VICE* OF ANTONIO E. LEWIS**

Upon consideration of the Motion for Admission pro hac vice of Antonio E. Lewis, it is ORDERED that the Motion for Admission pro hac vice be and hereby is GRANTED, and that Antonio E. Lewis is hereby admitted pro hac vice to appear and participate as co-counsel in the above-referenced action.

  IT IS SO ORDERED.

DATED:

                _____
                Hon. Tanya S. Chutkan
                United States District Court Judge