# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR TESTING.   Case No. 1:13-CV-01215
                             .   (TSC/DAR)
AND MATERIALS, ET AL.,       .
                             .
               Plaintiffs,   .   Washington, D.C.
                             .   December 1, 2014
      v.                     .
                             .
PUBLIC.RESOURCE.ORG, INC.,   .
                             .
               Defendant.    .
. . . . . . . . . . . . . . .

STATUS CONFERENCE
BEFORE THE HONORABLE DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For American Society      Morgan, Lewis & Bacchus, LLP
for Testing and           By:  J. KEVIN FEE, ESQ.
Materials:                     EDWIN O. CHILDS, ESQ.
                          1111 Pennsylvania Avenue, N.W.
                          Washington, DC 20004

For National Fire         Manger, Toles & Olson, LLP
Protection                By:  NATHAN M. REHN, ESQ.
Association, Inc.:        560 Mission Street, 27th Far.
                          San Francisco, CA 94105-2907

For American Society      King & Spalding, LLP
of Heating,               By:  MICHAEL ANDREW ZEE, ESQ.
Refrigerating, and        101 Second Street, Ste. 2300
Air-Conditioning          Room 2300
Engineers, Inc.:          San Francisco, CA 94105

For Defendant Public.     Fenwick & West, LLP
Resource.Org., Inc.:      By:  ANDREW P. BRIDGES, ESQ.
                          555 California Street
                          Suite 1200
                          San Francisco, CA 94104

_____

1          (Proceedings commenced at 3:30 p.m.)

2              THE CLERK:  The matter now pending before

3     this Court is <u>American Society for Testing and</u>

4     <u>Materials, et al. v. Public.Resource.Org, Incorporated</u>

5     in Civil Action Number 13-1215.

6              Edwin Childs and Kevin Fee is representing

7     Plaintiff American Society for Testing and Materials.

8              Dane (phonetic) Rehn is representing

9     Plaintiff National Fire Protection Association,

10    Incorporated.

11             Andrew Zee is representing Plaintiff American

12    Society of Heating, Refrigerating and Air Conditioning

13    Engineers, Incorporated.

14             And Andrew Bridges is representing Defendant

15    Public.Resource.Org, Incorporated.

16             THE COURT:  Now, good morning to all of you.

17             VOICES:  Good morning, Your Honor.

18             THE COURT:  We are here for the completion of

19    the Court's effort to resolve the issues presented by

20    the pending motion.

21             I was pleased to read your status report and

22    determine that many of the issues had been resolved.

23    The Court, of course, this Court, entered an order

24    memorializing that resolution.

25             The District Judge assigned to the case

1   really own these works," but the law doesn't permit

2   anybody to come in and challenge an assignment between

3   us and a third party.  That's just not how it works.

4          The copyright registrations provide a

5   presumption of our ownership of copyright, and the

6   provision of the Copyright Act, Section 204, that

7   governs the requirement of written assignments, as far

8   as I know, every court to have interpreted that, has

9   said that the people who can challenge the validity of

10  an assignment are the people who claim to be authors,

11  who claim that they did not assign their rights to the

12  person who owns the copyright registration.

13          So, this whole endeavor is a side show.

14  We've been willing to cooperate, to the extent that

15  it's reasonable, but we don't think there's any reason

16  to do anything further with respect to these requests.

17          THE COURT:  Very well.  Thank you very much,

18  Mr. Rehn.

19          Mr. Bridges, may I ask you to respond only as

20  to NFPA, please, --

21          MR. BRIDGES:  Yes, Your Honor.

22          THE COURT:  -- bearing in mind that at this

23  time, unless I am persuaded otherwise during the course

24  your reply, it appears that the appropriate action is

25  to deny the request without prejudice as to NFPA, since

C E R T I F I C A T E

I certify that the foregoing is a correct transcript
from the electronic sound recording of the proceedings
in the above-entitled matter.


/s/_____          December 10, 2014
Stephen C. Bowles