# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>                 Plaintiffs/Counter-defendants, <br><br>    v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>                 Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER DENYING PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE ORDER AND REQUEST FOR EXPEDITED BRIEFING SCHEDULE (DKT. NO. 86)** <br><br> Filed:        August 6, 2013 |

Having fully considered Plaintiffs' Emergency Motion for Protective Order and Request for Expedited Briefing Schedule (Dkt. No. 86) and Defendant-Counterclaimant Public.Resource.Org's Opposition (Dkt. No. 90), and for good cause shown, it is hereby

**ORDERED** that the Motion for Protective Order is **DENIED**.

Public Resource is entitled to take discovery regarding Plaintiffs' ownership of the copyrights at issue.

**IT IS SO ORDERED.**


Dated: _____            _____
                                                                     Hon. Deborah A. Robinson
                                                                     United States Magistrate Judge