**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>      Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>      Defendant. | Case No. 1:13-cv-01215-EGS <br><br> **CERTIFICATE OF SERIVICE** <br><br> Filed: August 6, 2013 |
| PUBLIC.RESOURCE.ORG, INC., <br><br>      Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>      Counterdefendants. | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2015, a copy of the foregoing documents:

- Notice of Electronic Filing;

- Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to File Documents Under Seal;

- Proposed Order Granting Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to File Documents Under Seal;

- Confidential Version of Declaration of Andrew P. Bridges in Support of Public.Resource.Org, Inc.'s Opposition to Plaintiffs' Emergency Motion for Protective Order and Request for Expedited Briefing Schedule;

- Confidential Version of Exhibits 11 through 16 to the Declaration of Andrew P. Bridges in Support Public.Resource.Org, Inc.'s Opposition to Plaintiffs' Emergency Motion for Protective Order and Request for Expedited Briefing Schedule

were served via e-mail to the following counsel of record for Plaintiffs-Counterdefendants:

*Counsel for American Society for Testing and Materials dba ASTM International, Inc.*

Michael F. Clayton
J. Kevin Fee
Jordana S. Rubel
MORGAN, LEWIS & BOCKUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
mclayton@morganlewis.com
jkfee@morganlewis.com
jrubel@morganlewis.com

*Counsel for National Fire Protection Association, Inc.*

Anjan Choudhury
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Anjan.Choudhury@mto.com

Nathan M. Rehn
Jonathan H. Blavin
Kelly M. Klaus
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Thane.Rehn@mto.com
Jonathan.Blavin@mto.com
Kelly.Klaus@mto.com

*Counsel for American Society of Heating,
Refrigerating, and Air-Conditioning Engineers, Inc.*

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 2006-4707
jbucholtz@kslaw.com

Jason Blake Cunningham
Joseph R. Wetzel
Kenneth L. Steinthal
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
bcunningham@kslaw.com
jwetzel@kslaw.com
ksteinthal@kslaw.com

      I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.


Date: March 23, 2015                    */s/ Peggy Vertin*
                                         Peggy Vertin