UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS et al., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 13-cv-1215 (TSC) (DAR) |
| PUBLIC.RESOURCE.ORG, INC., | ) ) ) |
| Defendant. | ) ) |

# ORDER

Upon consideration of the National Fire Protection Association, Inc.'s ("NFPA") Motion to Amend the Complaint (ECF No. 74), it is

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that within 21 days, NFPA must supplement its responses to Defendant's preexisting discovery requests with information pertaining to the 2014 National Electrical Code ("NEC") (or confirm that it has already done so). If Defendant believes it needs additional discovery related to the 2014 NEC after NFPA has supplemented its responses, it may so notify the Court. Defendant must identify the specific discovery requested, explain why that discovery is necessary, explain why that discovery was not already covered by a prior discovery request, and confirm that NFPA has not already provided the requested information in its prior discovery responses.

Date: April 1, 2015

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge