UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>　　　　Plaintiffs/<br>　　　　Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　Defendant/<br>　　　　Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR |

## DECLARATION OF JORDANA S. RUBEL

I, Jordana S. Rubel, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney admitted to practice in the District of Columbia and I am an associate with the law firm of Morgan Lewis & Bockius LLP, counsel of record for Plaintiff American Society for Testing and Materials ("ASTM").

2. Attached as Exhibit 1 is a true and correct copy of a document produced by Defendant Public.Resource.Org, Inc. that is Bates stamped PRO_00166616-00166618.

3. Attached as Exhibit 2 is a true and correct copy of a document produced by ASTM in this litigation that is Bates stamped ASTM003490-003500. This document demonstrates the process through which ASTM members register a work item through ASTM's online system.

1

4. Attached as Exhibit 3 is a true and correct copy of one of ASTM's standards, D1835-97, the Standard Specification for Liquefied Petroleum (LP) Gases, that was produced by ASTM in this litigation that is Bates stamped ASTM000726-000729.  The standard is published with ASTM's trademarks on it and with a copyright notice identifying ASTM as the copyright owner.

5. Attached as Exhibit 4 is a true and correct copy of the online form that individuals complete when they become members of ASTM.  This document was produced by ASTM in this litigation and is Bates stamped ASTM001801-001813.

6. Attached as Exhibit 5 is a true and correct copy of the online form that individuals complete when they renew their membership to ASTM.  This document was produced by ASTM in this litigation and is Bates stamped ASTM001792-001800.

7. Attached as Exhibit 6 is a true and correct copy of an example of the paper form that individuals complete when they renew their membership to ASTM.  This document was produced by ASTM in this litigation and is Bates stamped ASTM036510-036511.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of April, 2015.

/s/ Jordana S. Rubel

Jordana S. Rubel