# EXHIBIT 1

From:    Carl Malamud
Sent:    Tue 6/30/2009 5:22 PM (GMT -7)
To:    Deborah Hunt
Cc:
Bcc:
Subject: Re: special libraries


Thanks so much for this tip ... I am actually in Missouri as we speak, but won't be heading through Kansas City until Friday, and they are unfortunately closed for the holidays. But, I will definitely give them a ring.

The Illinois State Library and the Linda Hall Library appear to be the only two in the U.S. with a decent collection of these technical standards from organizations such as ANSI, ASTM, and UL. While many of these standards have a strong copyright interest, there is a subset of these that have been incorporated by reference into the Code of Federal Regulations. Since those standards have become law of the land, and since the courts have ruled that those standards that have been incorporated as law are not subject to copyright, I'm trying to figure out how to make these standards more broadly available for the public to read.

Thanks again for the tip. Perhaps we could do a phone call or I could stop by the Exploratorium to meet you and explain what we're trying to do? I'm based in Sebastopol, about an hour north of you and get to the city frequently.

Best regards,

Carl

On Jun 30, 2009, at 3:56 PM, Deborah Hunt wrote:

> Hi, Carl.
> I've been back over 10 days and this got buried.
> What kind of tech standards are you after?
> The Linda Hall Library has a fabulous collection:
> http://www.lindahall.org/collections/engineering/specs.shtml
>
> Deb
>
> On Wed, Jun 10, 2009 at 7:41 PM, Deborah Hunt
> <dhunt@exploratorium.edu> wrote:
> Hi, Carl.
> I'm in DC on vacation and then at the SLA Annual Conference and not
> back at work till 6/22.
> If you can wait till then, we can talk.
>
> have you tried worldcat.org to look for your standards or
> firstgov.gov?
> Deb

>
> On Wed, Jun 10, 2009 at 4:46 PM, Carl Malamud <carl@media.org> wrote:
> Hi -
>
> I run a small nonprofit called Public.Resource.Org that tries to put
> more government information on-line. We've had a big impact on
> putting more judicial information on the Internet, but also do
> video, and a variety of other documents such as IRS nonprofit tax
> returns.
>
> I'm looking for a special library that might have a particular set
> of docs (technical standards) and I was wondering if perhaps you
> might have a few minutes for a phone call to point me in the right
> direction? I must confess, I found your name by scanning the SLA
> board page. My father spent 6 months at the Exploratorium as
> assistant director working with Oppenheimer and then went off and
> started a science museum called SciTech. So, Exploratorium rang a
> bell. :)
>
> Let me know if you might have a few minutes.
>
> Best regards,
>
> Carl Malamud
> Public.Resource.Org
>
>
>
> --
> _____
> Deborah Hunt
> Manager, Learning Commons
> Exploratorium
> 3601 Lyon Street
> San Francisco, CA 94123
> Voice: 415-353-0485
> Fax:   415-561-0370
> mailto:dhunt@exploratorium.edu
>
> "There is no such thing as a self-made (wo)man. We are made up of
> thousands of others. Everyone who has ever done a kind deed for us, or
> spoken one word of encouragement to us, has entered into the makeup of
> our character and our thoughts, as well as our success."
> George Matthew Adams
>
>
>
> --
> _____
> Deborah Hunt
> Manager, Learning Commons
> Exploratorium

> 3601 Lyon Street
> San Francisco, CA 94123
> Voice: 415-353-0485
> Fax:   415-561-0370
> mailto:dhunt@exploratorium.edu
>
> "There is no such thing as a self-made (wo)man. We are made up of
> thousands of others. Everyone who has ever done a kind deed for us, or
> spoken one word of encouragement to us, has entered into the makeup of
> our character and our thoughts, as well as our success."
> George Matthew Adams

PRO_00166618