# EXHIBIT 4

**New Memberships**

http://www.astm.org/MEMBERSHIP/index.html




Technical Committees
Membership
Students & Professors
Meetings & Symposia

# Membership



Membership with ASTM International offers a wealth of opportunity. Members strengthen their expertise through the development of world-class standards; they further their professional growth through public speaking and assuming leadership roles; they build a network of contacts by interacting with the world's top technical experts and business professionals. Please click "Join Now" to read about the benefits of each type of membership.

Join Now

Join Additional Committees (Existing Members)

Invite a Colleague to Join

### About ASTM Membership

Membership Types & Benefits

Membership FAQs

Responsibilities of Membership

Contact Member Services

### Member Resources

New Member Orientation

Virtual Classroom for Members

Technical Committees & Resources

Order a Member Plaque

Organizational Member Directory

Watch this short video to learn more from members on their ASTM experience!



See all ASTM Intl. videos at



Home  About ASTM  Site Map  Support  Contact  Policies  Copyright/Permissions

http://www.astm.org/MEMBERSHIP/MemTypes.htm



PARTICIPATING MEMBER:

http://www.astm.org/MEMBERSHIP/participatingapp.html

ASTM001802

1. Choose committees

Selection of a main committee as well as a primary activity is required to move on.

2. Describe yourself

ASTM001803



3.   Select Volume

ASTM001804



Volumes are refined based on committee choice in first dropdown, with the option to select a different volume in the second dropdown. Select volume format maintains its blank status so that users must view all options equally before selecting. If a basic volume is chosen, the following 'upgrade to plus' prompt will appear.

Selecting "No" will forward the user to checkout (#5).

ASTM001805



4. Confirmation



Title format appears as: 'Volume' 'XX.XX' 'basic/plus'. Change your selection takes the user back to the previous screen for upgrading to plus. (Currently at this point you cannot adjust the member volume, just the basic/plus option)

5. Checkout



Continue will pass the user to checkout where they will see the cost of the membership as well as the free volume (along with any other items they've added to the cart).

ORGANIZATIONAL MEMBER:
http://www.astm.org/MEMBERSHIP/orgapp.htm
1. Choose Committee

ASTM001807

# Organizational Membership Application

## Join Main Committee

Select the main committee of interest to you from the drop down menu below.

Note: While you will have the opportunity to join additional committees later in the application process, it is recommended that new members start with one or two committee(s).

I choose not to participate on ASTM Committees

## Join Subcommittees

Select subcommittees for the committee you chose. Use your control key to select more than one, for Mac use the command key.

I choose not to participate on ASTM Committees

Please check your organization's primary activity as it relates to the scope of the committee's standards activities.

Manufacturer of product/service

Sales/distributor of material/product service

Supplier of Service

User/purchaser of product/service

Testing of products/service

Consulting Firm / Independent Consultant - Retired but actively consulting

Research and development

Government Agency

Academic

Consumer

Retired, unaffiliated

Other, please explain.

Technical Committees
Membership
Students & Professors
Meetings & Symposia

---

Org accounts can choose not to be part of a committee, which is the default option, or they can choose a committee and/or subcommittee. A primary activity is required to move on. Opting out of committee participation will forward the user to Representative Information (#3)

ASTM001808

2. Describe yourself (if a committee has been selected. If the option to join a committee was not chosen, the user will bounce to Representative Information)

3. Representative Information

ASTM001809



# Organizational Representative Application

4. **Choose Volume**



5. **Confirmation**




INFORMATIONAL MEMBER

Bounces straight to checkout:



STUDENT MEMBER

http://www.astm.org/studentmember/BecomeaStudentmember.html



ASTM001812

Click through to the online application: http://www.astm.org/COMMIT/MEMBERAPP/filtrexx40.cgi?+-P+MEMBER_TYPE+New+-P+MemberProduct+MEMBER-STUDM+membership_studentapp.frm

# Student Membership Application

Please complete this application for your free student membership at ASTM International.

## Member Information

Last Name
REQUIRED

First Name
REQUIRED

Middle Initial

College / University
REQUIRED

Facility / Building

Street
REQUIRED

City
REQUIRED

Country
Please Select a Country

State or Province

Zip Code
REQUIRED

Phone
REQUIRED

E-Mail
REQUIRED

Anticipated Graduation Date (for current program enrollment)

Degree Sought
Certificate Program

Reason for your interest in student membership in ASTM International

Mailing Lists: ASTM International occasionally provides printed mailing lists of its members to other organizations for the distribution of technical literature, products, and services that may be of professional interest. (E-mail addresses are not included.) IF YOU DO NOT WISH YOUR NAME TO BE INCLUDED ON SUCH LISTS, PLEASE CHECK THIS BOX. □