# EXHIBIT 5

Membership Renewal



ASTM001792

PARTICIPATING MEMBER



ASTM001793

Note: Items will be added to the shopping cart after this screen.



ASTM001794

ASTM INTERNATIONAL

[ All ] [ Search ASTM ] [ ▸ ]   ▾ LANGUAGES   CONTACT   ⛾ CART (2)

▾ PRODUCTS AND SERVICES   ▾ GET INVOLVED   ▾ ABOUT   ▾ NEWS

You might also consider:

Standards Tracker
Free

Your Shopping Cart:

| Description | Qty. | Price | Total | |
|---|---|---|---|---|
| Participating Membership | 1 | $75.00 | $75.00 | delete |
| Member Volume IRON AND STEEL PRODUCTS 04.01 Steel–Piping, Tubing, Fitting;–Online Sect. | 1 | $0.00 | $0.00 | delete |

Subtotal: $75.00

✓ Norton
SECURED
powered by VeriSign

ASTM001795

ORGANIZATIONAL MEMBER



ISO MEMBERS

ASTM001796



ASTM001797

**SPECIAL MEMBERS**



**LIFETIME MEMBERS**







# Membership Renewal

Richard Peppin,

*Your membership entitles you to a free basic Volume from the Annual Book of ASTM Standards.*

*Currently your Member Online Volume in your MyStandards collection gives you access to the following:*

- Member Online Volume:
  - 04.06 Basic (expiration March 30, 2014)

*Would you like to renew for the same Member Online Volume?*

<u>Yes</u>, please renew the above Online Volume

<u>No</u>, I would like to renew for a different Member Volume
(If you select a different online volume, it will replace your current online volume)

<u>No</u>, I'm not ready to pick my free Volume at this time



Copyright © 2006 - 2013 ASTM. All Rights Reserved. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959 USA

---



# Membership Renewal

Richard Peppin,

*Member Volume 04.06 Online Basic (Click <u>here</u> to change your selection) has been added to your shopping cart.*

*For $43 you can change your Member Online Basic Volume to the online premium Volume called Online Plus. This Online Plus Volume includes not only active standards, but also redlined, historical and withdrawn standards. Click <u>here</u> for more information on Online Plus.*

*Would you like to change your Online Basic Volume to the Online Plus Volume?*

<u>Yes</u>, change my Basic Volume to the Plus Volume.

<u>No</u>, I prefer the Basic Volume.



Copyright © 2006 - 2013 ASTM. All Rights Reserved. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959 USA

ASTM001799



ASTM001800