**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>         Plaintiffs/ <br>         Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>         Defendant/ <br>         Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SET EXPERT SCHEDULE

Having fully considered the Motion to Set Expert Schedule filed by Plaintiffs/Counter-Defendants American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE") (collectively, "Plaintiffs"), and for good cause shown, it is hereby

**ORDERED** that the Motion to Set Expert Schedule is **GRANTED**.

The Court sets the schedule as follows:

| | Previous Date | New Date |
|---|---|---|
| Opening Expert Disclosures on issues for which disclosing party bears the burden of proof | March 2, 2015 | June 5, 2015 |

| | | |
|---|---|---|
| Rebuttal expert disclosures or opening expert disclosures on issues for which disclosing party does not bear the burden of proof | April 13, 2015 | July 2, 2015 |
| Rebuttal expert disclosures or replies to rebuttal disclosures on issues for which disclosing party bears the burden of proof | June 1, 2015 | July 31, 2015 |
| Reply expert disclosures on issues for which disclosing party does not bear the burden of proof | June 15, 2015 | August 14, 2015 |
| Close of Expert Discovery | July 14, 2015 | September 11, 2015 |
| Joint Status Report | July 21, 2015 | September 18, 2015 |
| Status Conference | July 28, 2015 | September 25, 2015 |

**IT IS SO ORDERED.**

Dated: _____     _____
                                  Hon. Deborah A. Robinson
                                  United States Magistrate Judge