UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>        Plaintiffs/<br>        Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant/<br>        Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR |

## [PROPOSED] ORDER SETTING SCHEDULE FOR EXPERT DISCOVERY

Having fully considered the parties' submissions, and for good cause shown, it is hereby

ORDERED that the Court sets the schedule for expert discovery as follows.

| | **Previous Date** | **New Date** |
|---|---|---|
| Opening Expert Disclosures on issues for which disclosing party bears the burden of proof | March 2, 2015 | June 5, 2015 |
| Rebuttal expert disclosures or opening expert disclosures on issues for which disclosing party does not bear the burden of proof | April 13, 2015 | July 2, 2015 |
| Rebuttal expert disclosures or replies to rebuttal disclosures on issues for which disclosing party bears the burden of proof | June 1, 2015 | July 17, 2015 |

-2-

| Reply expert disclosures on issues for which disclosing party does not bear the burden of proof | June 15, 2015 | July 31, 2015 |
| --- | --- | --- |
| Close of Expert Discovery | July 14, 2015 | August 14, 2015 |
| Joint Status Report | July 21, 2015 | August 21, 2015 |
| Status Conference | July 28, 2015 | August 28, 2015 |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Deborah A. Robinson
UNITED STATES MAGISTRATE JUDGE