# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>           Plaintiffs/Counter-defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>           Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER REGARDING THE SCHEDULE FOR COMPLETION OF DISCOVERY** <br><br> Filed:       August 6, 2013 |

It is hereby

**ORDERED** that the scheduling order as set by this Court on November 25, 2014 remains in place and unmodified, as follows:

| | |
|---|---|
| Close of fact discovery | 1/30/2015 |
| Joint status report | 3/2/2015 |
| Opening expert disclosures | 3/2/2015 |
| Opposition expert disclosures | 4/13/2015 |
| Rebuttal expert disclosures | 6/1/2015 |
| Reply expert disclosures | 6/15/2015 |
| Close of expert discovery | 7/14/2015 |
| Joint status report | 7/21/2015 |

| Status conference | 7/28/2015 |

**IT IS SO ORDERED.**


Dated: _____           _____
                                                                    Hon. Deborah A. Robinson
                                                                    United States Magistrate Judge