**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>     Plaintiffs/Counter-defendants,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>     Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR |

**JOINT STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING OF
CERTAIN DEPOSITIONS**

## **STIPULATION**

Counsel for Plaintiffs/Counter-defendants American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE") and counsel for Defendant/Counterclaimant Public.Resource.Org ("Public Resource") hereby enter into the following Stipulation, and respectfully request the Court's approval of the Proposed Order.

1. The parties stipulate that the deadline for the deposition of ASTM's 30(b)(6) corporate representative should be extended to allow the deposition to be completed on July 24, 2015 in Philadelphia, PA; and

2. The parties stipulate that the deposition of Public Resource's expert witness James Fruchterman shall take place on or by July 31, 2015 in Palo Alto, California.

3. The parties agree that this deposition schedule allows the parties to conduct these depositions in a reasonable manner while accommodating witnesses' and counsel's various schedules.

**IT IS SO STIPULATED.**

Dated: July 1, 2015          FENWICK & WEST LLP

                             By:    /s/ Matthew B. Becker
                                    Matthew B. Becker

                                    Attorney for Defendant
                                    PUBLIC.RESOURCE.ORG


Dated: July 1, 2015          MORGAN, LEWIS & BOCKIUS LLP

                             By:    /s/ Jordana S. Rubel
                                    Jordana S. Rubel

                                    Attorney for Plaintiff
                                    AMERICAN SOCIETY FOR TESTING AND
                                    MATERIALS D/B/A ASTM INTERNATIONAL


Dated: July 1, 2015          MUNGER, TOLLES & OLSON LLP

                             By:    /s/ Nathan M. Rehn
                                    Nathan M. Rehn

                                    Attorney for Plaintiff
                                    NATIONAL FIRE PROTECTION
                                    ASSOCIATION


Dated: July 1, 2015          KING & SPALDING

                             By:    /s/ Blake Cunningham
                                    Blake Cunningham

                                    Attorney for Plaintiff
                                    AMERICAN SOCIETY FOR HEATING,
                                    REFRIGERATING, AND AIR CONDITIONING
                                    ENGINEERS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>        Plaintiffs/Counter-defendants, <br><br>    v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>        Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING THE SCHEDULING OF CERTAIN DEPOSITIONS (Dkt. No. 106)** |

Having fully considered the Joint Stipulation Regarding the Scheduling of Certain Depositions (Dkt. No. 106), and for good cause shown, it is hereby

**ORDERED** that the Joint Stipulation Regarding the Scheduling of Certain Depositions (Dkt. No. 106) is **GRANTED**.

Dated: _____

                                                          Hon. Deborah A. Robinson
                                                        United States Magistrate Judge