# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>           Defendant. | Civil Action No. 1:13-cv-01215-TSC-DAR |

## DECLARATION OF KATHERINE E. MERK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Katherine E. Merk, hereby state as follows:

1. My full name is Katherine E. Merk.

2. My office address and telephone number are: King & Spalding LLP, 101 Second Street, Suite 2300, San Francisco, CA 94105, (415) 318-1200.

3. I am a member in good standing of the bar of the State of California.

4. I have not been disciplined by any Bar.

5. I have not been admitted pro hac vice to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2015

                                                                         /s/ Katherine E. Merk
                                                                         Katherine E. Merk