**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>                    Defendant. | Civil Action No. 1:13-cv-01215-TSC-DAR |

**[PROPOSED ORDER] GRANTING MOTION FOR ADMISSION
_PRO HAC VICE_ OF KATHERINE E. MERK**

Upon consideration of the Motion for Admission pro hac vice of Katherine E. Merk, it is ORDERED that the Motion for Admission pro hac vice be and hereby is GRANTED, and that Katherine E. Merk is hereby admitted pro hac vice to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

DATED:

_____
Hon. Tanya S. Chutkan
United States District Court Judge