UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>         Plaintiffs/ <br>         Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>         Defendant/ <br>         Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR |

**VERIFICATION OF NATHAN REHN**
**REGARDING EMAIL ADDRESSES FOR COUNSEL OF RECORD**

I, Nathan Rehn, declare as follows:

1. I am an attorney at the law firm of Munger Tolles & Olson LLP, and am counsel for Plaintiff National Fire Protection Association, Inc. ("NFPA"). I was granted leave to appear pro hac vice in this action on September 17, 2014. The following facts are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. I am filing this verification in accordance with the Court's Minute Order of July 29, 2015, which orders all counsel of record to verify that the docket in this action contains the attorney's email address.

3. The following attorneys are currently counsel of record for NFPA in this action:

    a. Jonathan H. Blavin. Mr. Blavin's email address is jonathan.blavin@mto.com.

    b. Anjan Choudhury. Mr. Choudhury's email address is anjan.choudhury@mto.com. In addition, Mr. Choudhury's assistant, Karen Easton, receives notices of electronic filing in this action at her email address, karen.easton@mto.com.

    c. Kelly Klaus. Mr. Klaus's email address is kelly.klaus@mto.com. In addition, Mr. Klaus's assistant, Julie Lunsford, receives notices of electronic filing in this action at her email address, julie.lunsford@mto.com.

    d. Nathan M. Rehn. My email address is thane.rehn@mto.com. In addition, my assistant, Maureen Lechwar, receives notices of electronic filing in this action at her email address, maureen.lechwar@mto.com.

4. I have reviewed the docket in this action and verified that the docket correctly lists each of the above-listed counsel along with the correct email address for each attorney.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 5, 2015.　　　　　　　*/s/ Thane Rehn*
　　　　　　　　　　　　　　　　　　　　　Nathan Rehn

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Verification of Nathan Rehn was served this 5th day of August, 2015 via CM/ECF upon the following:

**Counsel for Public.Resource.Org, Inc.:**

Andrew Bridges

Matthew Becker

Kathleen Lu

David Halperin

Mitchell L. Stoltz

Corynne McSherry

**Counsel for American Society for Testing and Materials d/b/a ASTM International:**

Michael F. Clayton

J. Kevin Fee

Jordana S. Rubel

**Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers:**

Jeffrey Bucholtz

Kenneth Steinthal

Joseph Wetzel

Blake Cunningham

Simeon Meir Schopf

Antonio E. Lewis

*/s/ Thane Rehn*
Nathan Rehn