**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>       Plaintiffs/ <br>       Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>       Defendant/ <br>       Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR |

## VERIFICATION OF JASON BLAKE CUNNINGHAM REGARDING EMAIL ADDRESSES FOR COUNSEL OF RECORD

I, Jason Blake Cunningham, declare as follows:

1. I am an attorney at the law firm of King & Spalding LLP, and am counsel for Plaintiff American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE"). I was granted leave to appear pro hac vice in this action on March 18, 2015. The following facts are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2. I am filing this verification in accordance with the Court's Minute Order of July 29, 2015, which orders all counsel of record to verify that the docket in this action contains the attorney's email address.

3. The following attorneys are currently counsel of record for ASHRAE in this action:

   a. Antonio E. Lewis. Mr. Lewis's email address is alewis@kslaw.com.

   b. Jason Blake Cunningham. My email address is bcunningham@kslaw.com.

   c. Jeffrey S. Bucholtz. Mr. Bucholtz's email address is jbucholtz@kslaw.com. In addition, Mr. Bucholtz's paralegal, Gary Lazar, receives notices of electronic filing in this action at his email address, glazar@kslaw.com.

   d. Joseph R. Wetzel. Mr. Wetzel's email address is jwetzel@kslaw.com. In addition, Mr. Wetzel's assistant, Tina Bishop, receives notices of electronic filing in this action at her email address, tbishop@kslaw.com.

   e. Katherine E. Merk. Ms. Merk's email address is kmerk@kslaw.com.

   f. Kenneth L. Steinthal. Mr. Steinthal's email address is ksteinthal@kslaw.com. In addition, Mr. Steinthal's assistant, Tina Bishop, receives notices of electronic filing in this action at her email address, tbishop@kslaw.com.

   g. Simeon Meir Schopf. Mr. Shopf's email address is sschopf@kslaw.com.

4. I have reviewed the docket in this action and verified that the docket correctly lists each of the above-listed counsel along with the correct email address for each attorney.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 5, 2015.              */s/ Jason Blake Cunningham*
                                         Jason Blake Cunningham

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Verification of Jason Blake Cunningham was served on all parties this 5th day of August, 2015 via CM/ECF.

                                          */s/ Jason Blake Cunningham*
                                          Jason Blake Cunningham