# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs/Counter-defendants,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**VERIFICATION OF MATTHEW BECKER REGARDING EMAIL ADDRESSES FOR COUNSEL OF RECORD**<br><br>Filed:       August 6, 2013 |

I, Matthew Becker, declare as follows:

1.    I am an attorney at the law firm of Fenwick & West, LLP, and am counsel for Public.Resource.Org, Inc. ("Public Resource").  I was granted leave to appear pro hac vice in this action on October 11, 2014.  The following facts are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2.    I am filing this verification in accordance with the Court's Minute Order of July 29, 2015, which orders all counsel of record to verify that the docket in this action contains the attorney's email address.

3.    The following attorneys are currently counsel of record for Public Resource in this action:

    a.    Andrew P. Bridges.  Mr. Bridges' email address is abridges@fenwick.com.  In addition, Mr. Bridges' assistants Cynthia Rodriguez and Marti Guidoux receive

notices of electronic filings in this action at their email addresses, crodriguez@fenwick.com and mguidoux@fenwick.com.

b. Kathleen Lu. Ms. Lu's email address is klu@fenwick.com. In addition, Ms. Lu's assistant Cynthia Rodriguez receives notices of electronic filings in this action at her email addresses, crodriguez@fenwick.com, as does the Fenwick & West ECF Records department at its email address recordsecf@fenwick.com.

c. Matthew B. Becker. My email address is mbecker@fenwick.com. In addition, my assistant, Tracey Boomer, receives notices of electronic filings in this action at her email address, tboomer@fenwick.com.

d. Corynne McSherry. Ms. McSherry's email address is corynne@eff.org. In addition, Ms. McSherry's assistants Madeleine Mulkern and Stephanie Shattuck receive notices of electronic filings in this action at their email addresses, madeleine@eff.org and steph@eff.org.

e. Mitchell L. Stoltz. Mr. Stoltz's email address is mitch@eff.org. In addition, Mr. Stoltz's assistants Madeleine Mulkern and Stephanie Shattuck receive notices of electronic filings in this action at their email addresses, madeleine@eff.org and steph@eff.org.

f. David E. Halperin. Mr. Halperin's email address is davidhalperindc@gmail.com.

4. I have reviewed the docket in this action and verified that the docket correctly lists the above-listed counsel along with the correct email address for each attorney, with the exception of Kathleen Lu, who is receiving ECF notifications but whose email address is not listed on the docket. My assistant has contacted the ECF help desk to have Ms. Lu's information corrected on the docket.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  August 05, 2015	Respectfully submitted,

*/s/ Matthew B. Becker*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Kathleen Lu (pro hac vice)
klu@fenwick.com
Matthew B. Becker (pro hac vice)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (pro hac vice)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

*Attorneys for Defendant-Counterclaimant Public.Resource.Org, Inc.*