**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Civil Action No. 13-1215 <br> TSC/DAR |
| PUBLIC.RESOURCE.ORG, INC., <br><br> Counterclaimant, <br><br> v. <br><br> AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al., <br><br> Counterdefendants. | |

**ORDER**

For the reasons set forth on the record at the status hearing conducted on this 12th day of August, 2015, it is hereby **ORDERED** that:

1. Defendant/Counterclaimant shall file any motion *in limine,* solely with respect to discovery conducted in accordance with the undersigned's 07/09/2015 Minute Order, by no later than August 19, 2015.

2. The deposition by the Defendant/Counterclaimant of Plaintiffs'/Counterdefendants' expert shall proceed on August 27, 2015, in accordance with the parties' agreement.

3. Defendant's/Counterclaimant's oral motion to strike Plaintiffs'/Counterdefendants' expert report, served on June 5, 2015, is **DENIED**.

4. Without objection, Defendant's/Counterclaimant's expert report shall be treated as an "opening" report.

5. Defendant's/Counterclaimant's oral request to advance the date for service of documents responsive to the subpoena *duces tecum* which it served upon Plaintiffs'/Counterdefendants' expert witness is **DENIED**, and the documents shall be produced in accordance with the parties' agreement.

6. Defendant/Counterclaimant shall serve any rebuttal expert report by no later than September 11, 2015; Plaintiffs/Counterdefendants shall serve any reply expert report by no later than October 2, 2015.  Any deposition of the rebuttal expert witness shall be completed by October 16, 2015.

7. Fact discovery has closed.  Expert discovery shall close on October 16, 2015.

/s/
DEBORAH A. ROBINSON
United States Magistrate Judge