UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>           Plaintiffs/Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>           Defendant/Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **CONSENT REQUEST FOR TELEPHONIC STATUS CONFERENCE** <br><br> Filed:       August 6, 2013 |

      Defendant-Counterclaimant Public.Resource.Org respectfully requests that the status conference set by the Court to occur at 4:00 p.m. on Tuesday, October 20, 2015 be held telephonically.  As a one-person California non-profit with limited resources and pro bono representation, Public Resource has incurred great expense for repeated travel across the country and lodging in the District of Columbia, including travel for previously scheduled conferences.

      Public Resource understands the Court's need to manage its calendar, and the Court's preference for in-person conferences.  In this case, however, Public Resource believes a telephonic conference is appropriate, because a telephonic status conference or appearance would not impair discussion of any outstanding issues.

      Pursuant to Local Civil Rule 7(m), Public Resource has conferred with Plaintiffs' counsel Kelly Klaus, Blake Cunningham, and Jordana Rubel, who stated that Plaintiffs do not oppose Public Resource's request that the status conference be held telephonically.

Dated:  October 14, 2015

Respectfully submitted,

*/s/ Matthew B. Becker*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Kathleen Lu (pro hac vice)
klu@fenwick.com
Matthew B. Becker (pro hac vice)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (pro hac vice)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

*Attorneys for Defendant-Counterclaimant Public.Resource.Org, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing CONSENT REQUEST FOR TELEPHONIC STATUS CONFERENCE was electronically filed on October 14, 2015, with the Clerk of the Court using the CM/ECF system of the United States District Court for the District of Columbia, and thereby served upon all parties of record in this action.

Dated:  October 14, 2015            */s/ Matthew B. Becker*
                                     Matthew B. Becker