# EXHIBIT A

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>　　　　　Plaintiffs/<br>　　　　　Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　Defendant/<br>　　　　　Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR |

## PROPOSED ORDER

Upon consideration of the proposed briefing schedules submitted by the parties, the Court sets the following summary judgment briefing schedule.

| | Due Date |
|---|---|
| Opening cross motions for summary judgment | November 19, 2015 |
| Opposition briefs | December 18, 2015 |
| Reply briefs | January 18, 2016 |

The parties opening and opposition briefs may be up to 60 pages and reply briefs may be up to 40 pages. Any person interested in filing an amicus brief must request leave of the Court and file its brief by December 3, 2015.

**IT IS SO ORDERED**.

DATED: November __, 2015

                                                                              _____
                                                                              Hon. Tanya S. Chutkan
                                                                              U.S. District Judge