# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>               Plaintiffs/Counter-defendants, <br><br>       v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>               Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** <br><br> Filed:       August 6, 2013 |

Having fully considered the parties' Joint Report on Proposed Summary Judgment Briefing Schedule, and for good cause shown, it is hereby

**ORDERED** that Defendant's requested summary judgment briefing schedule is **GRANTED**.

The summary judgment briefing deadlines in this case and in the *AERA et al. v. Public.Resource.Org* case, 1:14-cv-00857-TSC-DAR, shall be as follows:

| Public Resource's Primary Proposal | Due Date |
|---|---|
| Opening cross motions in the *ASTM* case | November 12, 2015 |
| Amicus briefs in the *ASTM* case | November 19, 2015 |
| Opposition briefs in the *ASTM* case | December 10, 2015 |
| Reply briefs in the *ASTM* case | December 28, 2015 |
| Opening cross motions in the *AERA* case | January 28, 2016 |

2

| Amicus briefs in the *AERA* case | February 4, 2016 |
| --- | --- |
| Opposition briefs in the *AERA* case | February 25, 2016 |
| Reply briefs in the *AERA* case | March 10, 2016 |

**IT IS SO ORDERED.**


Dated: _____    _____
                                                                         Hon. Tanya S. Chutkan
                                                                         United States District Court Judge