UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>         Plaintiffs/ <br>         Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>         Defendant/ <br>         Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Having fully considered the Motion to File Documents Under Seal filed by Plaintiffs/Counter-Defendants American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE") (collectively, "Plaintiffs"), and for good cause shown, it is hereby

**ORDERED** that the Motion to File Documents Under Seal is **GRANTED**. The following documents shall be filed under seal:

- Exhibit 1 to the Declaration of Jordana S. Rubel, which contains the Expert Report of John C. Jarosz.

1

- Exhibit 3 to the Declaration of Jordana S. Rubel, which includes excerpts from the deposition of Carl Malamud, which took place on February 27, 2015.

**IT IS SO ORDERED.**

Dated: _____           _____
                                         Hon. Tanya S. Chutkan
                                         United States District Judge