**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>     Plaintiffs/<br>     Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>     Defendant/<br>     Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION**

Plaintiffs/Counter-Defendants American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE") (collectively, "Plaintiffs") respectfully move for summary judgment that Defendant Public.Resource.Org, Inc.'s copying of Plaintiffs' standards and displaying and distribution of its copies of Plaintiffs' standards that include Plaintiffs' trademarks constitutes copyright and trademark infringement. Plaintiffs seek summary judgment only with respect to their claims concerning the following works: ASTM D86-07, ASTM D975-07, ASTM D396-98, ASTM D1217-93(98), the 2011 and

2014 versions of NFPA's National Electrical Code, and the 2004, 2007 and 2010 versions of ASHRAE's Standard 90.1.[1]

As detailed in the attached Memorandum of Law, there are no disputed issues of fact that prevent the Court from entering summary judgment.  Plaintiffs own valid copyrights in the works at issue and it is undisputed that Defendant copied the works and displayed and distributed its copies on the internet where the public can print, download and copy them without restriction. Defendant also used Plaintiffs' trademarks on versions of the works that Defendant altered and into which Defendant introduced errors.  The defenses Defendant asserted are not supported by the undisputed facts or by the relevant case law.  Thus, the Court should enter summary judgment in favor of Plaintiffs.

Additionally, Plaintiffs move for entry of a permanent injunction to address the irreparable harm Plaintiffs have suffered based on Defendant's infringement and will continue to suffer absent an injunction.

In support of their Motion, Plaintiffs submit the attached Memorandum of Law along with a Statement of Undisputed Material Facts and the supporting declarations.  Plaintiffs also attach a Proposed Order and Permanent Injunction.

---

[1] Plaintiffs believe that, with the benefit of the Court's guidance on this Motion, the parties will be able to resolve any remaining dispute with respect to the other works in suit.

Dated: November 19, 2015                Respectfully submitted,

                                        /s/ J. Kevin Fee

                                        Michael F. Clayton (D.C. Bar: 335307)
                                        J. Kevin Fee (D.C. Bar: 494016)
                                        Jordana S. Rubel (D.C. Bar: 988423)
                                        Morgan, Lewis & Bockius LLP
                                        1111 Pennsylvania Ave., N.W.
                                        Washington, D.C. 20004
                                        Telephone: 202.739.5215
                                        Email: mclayton@morganlewis.com
                                                jkfee@morganlewis.com
                                                jrubel@morganlewis.com

                                        *Counsel For American Society For Testing And Materials
                                        d/b/a/ ASTM International*

                                        /s/ Kelly Klaus

                                        Anjan Choudhury (D.C. Bar: 497271)
                                        Munger, Tolles & Olson LLP
                                        355 South Grand Avenue, 35th Floor
                                        Los Angeles, CA  90071
                                        Tel: 213.683.9100
                                        Email:  Anjan.Choudhury@mto.com

                                        Kelly M. Klaus
                                        Jonathan H. Blavin
                                        Nathan M. Rehn
                                        Munger, Tolles & Olson LLP
                                        560 Mission St., 27th Floor
                                        San Francisco, CA 94105
                                        Tel:  415.512.4000
                                        Email: Kelly.Klaus@mto.com
                                                Jonathan.Blavin@mto.com
                                                Thane.Rehn@mto.com

                                        *Counsel for National Fire Protection Association, Inc.*

                                        /s/ Joseph R. Wetzel

                                        Jeffrey S. Bucholtz (D.C. Bar: 452385)
                                        King & Spalding LLP
                                        1700 Pennsylvania Avenue, NW, Ste. 200
                                        Washington, DC 20006-4707

Tel: 202.737.0500
Email: jbucholtz@kslaw.com

Kenneth L. Steinthal
Joseph R. Wetzel
Blake Cunningham
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: ksteinthal@kslaw.com
        jwetzel@kslaw.com
        bcunningham@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*