# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs/<br>          Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/<br>          Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## DECLARATION OF DENNIS J. BERRY
## IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Dennis J. Berry, declare as follows:

1.  I am Secretary of the Corporation and Director of Licensing for the National Fire Protection Association ("NFPA"). My duties include negotiating and overseeing NFPA's licenses for its codes and standards. The following facts are based upon my own personal knowledge, and if called upon to do so, I could and would testify competently hereto.

2.  NFPA owns a United States copyright registration for the 2011 edition of the National Electrical Code. Attached hereto as Exhibit A is a true and correct copy of the registration certificate for this work.

3.      NFPA owns a United States copyright registration for the 2014 edition of the National Electrical Code.  Attached hereto as Exhibit B is a true and correct copy of the registration certificate for this work.

4.      NFPA owns a United States trademark registration for the trademark National Fire Protection Association.  Attached hereto as Exhibit C is a true and correct copy of this trademark registration.

5.      NFPA owns a United States trademark registration for the trademark NFPA. Attached hereto as Exhibit D is a true and correct copy of this trademark registration.

6.      NFPA owns a United States trademark registration for the NFPA logo:



Attached hereto as Exhibit E is a true and correct copy of this trademark registration.

7.      NFPA owns a United States trademark registration for the trademarks National Electrical Code and NEC.  Attached hereto as Exhibits F and G are true and correct copies of these trademark registrations.

8.      NFPA owns a United States trademark registration for the trademark NFPA 70. Attached hereto as Exhibit H is a true and correct copy of this trademark registration.

9.      NFPA owns a United States trademark registration for the NEC logo:



Attached hereto as Exhibit I is a true and correct copy of this trademark registration.

10.      NFPA routinely grants permission to researchers, educators, and others to use portions of NFPA standards for educational and other non-commercial purposes at no cost.

11.      Attached hereto as Exhibit J is a true and correct copy of a January 22, 2015 email to me from a merchant who attempted to sell a PDF copy of the 2014 NEC on eBay without authorization from NFPA.  The reseller asserted that the standard "is public domain and is readily downloadable," and attached a link to an electronic copy of the standard posted by Public.Resource.Org as support for that assertion.  This email is a business record of NFPA, recorded at the time of its receipt, created as a regular practice of NFPA to be kept and relied on by NFPA staff in the ordinary course of business.

12.      Attached hereto as Exhibit K is a true and correct copy of an October 13, 2015 email to me from a merchant who attempted to use a PDF copy of the 2014 NEC as an inducement to purchase another product on the internet without authorization from NFPA.  The merchant asserted that the standard is "provided for use by the public, for free," and attached a link to an electronic copy of the standard posted by Public.Resource.Org as support for that assertion.  This email is a business record of NFPA, recorded at the time of its receipt, created as a regular practice of NFPA to be kept and relied on by NFPA staff in the ordinary course of business.

13.    I understand that Defendant in this case, Public.Resource.Org, recently removed NFPA's standards from its website.  NFPA has not received any complaints from any persons claiming that they were unable to access NFPA standards since that time.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 18th day of November 2015 at Quincy, Massachusetts.

DENNIS J. BERRY

# EXHIBIT A



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**TX 7-297-325**

**Effective date of
registration:**

December 13, 2010

## Title

Title of Work: National Electrical Code, 2011 Edition

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 25, 2010       Nation of 1st Publication: United States

## Author

- Author: NFPA

Author Created: text, photographs, compilation, editing, artwork

Work made for hire: Yes

Citizen of: United States       Domiciled in: United States

## Copyright claimant

Copyright Claimant: NFPA

One Batterymarch Park, Quincy, MA, 02169, United States

Previous registration and year: 6-966-113       2008

## Rights and Permissions

Organization Name: NFPA

Address: One Batterymarch Park

Quincy, MA 02169 United States

## Certification

Name: Nancy M. Zagrodny

Date: December 8, 2010

NFPA-PR0020378

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-935-064**

**Effective date of registration:**

July 25, 2014

## Title

**Title of Work:** National Electrical Code, 2014 Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 1, 2013    **Nation of 1st Publication:** United States

## Author

■ **Author:** NFPA

**Author Created:** text, photographs, compilation, editing, artwork

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** NFPA

One Batterymarch Park, Quincy, MA, 02169, United States

## Limitation of copyright claim

**Previous registration and year:** 7-297-325    2011

## Certification

**Name:** Nancy M. Zagrodny

**Date:** July 14, 2014

NFPA-PR0038493

# EXHIBIT C

**Trademark Summary**

# WebTMS
Software for the Trademark Professional

*Trademark*

## NATIONAL FIRE PROTECTION ASSOCIATION

| | |
|---|---|
| Owner | National Fire Protection Association, Inc.<br>1 Batterymarch Park<br>Quincy Massachusetts 02169<br>United States of America |
| Incorporated in | Massachusetts |
| Address of Record | |

### Registration details

| Country | United States of America | | |
|---|---|---|---|
| Application number | 78729536 | Application date | Oct 9 2005 |
| Registration number | 3165010 | Registration date | Oct 31 2006 |
| Status | Registered | Sub status | |
| File reference | 376 | Record reference | TM 08274 |
| Next renewal due | Oct 31 2016 | Type of registration | |
| Supervisor | Timothy H Hiebert | Client Reference | |
| Basis of filing | Actual use (Sec 1A) | Manner of use | |
| Type of commerce | | | |
| Signatory | | Position | |

### Classes, Goods & Services

| | | Language | First use | First use in Commerce |
|---|---|---|---|---|
| 35 | Promoting the interests of the public by advocating legislation and regulation to improve fire protection, electrical standards and building safety; promoting public awareness of the need for fire and life safety; association services, namely, promoting the interests of fire and life safety professionals; testing to determine professional competence in the field of fire, electrical and building safety codes and standards; electronic and mail order catalog services featuring fire, electrical and building safety codes and standards in printed and electronic form, and featuring publications, videotapes, DVDs and CD-ROMS in the field of fire and life safety | | 1896-00-00 | 1896-00-00 |
| 41 | Seminars, workshops and conferences in the field of fire and life safety and in the field of fire, electrical and building safety codes and standards; providing newsletters by e-mail in the field of fire and life safety; conducting an awards program to recognize persons who have demonstrated excellence and innovation in the fields of fire protection and life safety | | 1896-00-00 | 1896-00-00 |

### Additional data

| | | | |
|---|---|---|---|
| Limitations | | | |
| Disclaimers | | | |
| Associated marks | | | |
| Publication date | | Mark in use | 1896 |
| Journal volume | | National classes | |
| Journal page | | Number in series | |
| Notice of Allowance/ Grant date | | Trademark region | North America |
| Registry reference | | Storage reference | |

### Priorities

| Type of priority | Date | Number | Country |
|---|---|---|---|
| Convention priority | | | |
| Home Registration | | | |

CONFIDENTIAL

NFPA-PR0020413

# EXHIBIT D

| Trademark Summary | **WebTMS** |
| --- | --- |
| | Software for the Trademark Professional |

*Trademark*
## NFPA

| Owner | National Fire Protection Association, Inc.<br>1 Batterymarch Park<br>Quincy Massachusetts 02169<br>United States of America |
| --- | --- |
| Incorporated in | Massachusetts |
| Address of Record | |

## Registration details

| Country | United States of America | | |
| --- | --- | --- | --- |
| Application number | 78729540 | Application date | Oct 9 2005 |
| Registration number | 3141884 | Registration date | Sep 12 2006 |
| Status | Registered | Sub status | |
| File reference | 375 | Record reference | TM 08273 |
| Next renewal due | Sep 12 2016 | Type of registration | |
| Supervisor | Timothy H Hiebert | Client Reference | |
| Basis of filing | Actual use (Sec 1A) | Manner of use | |
| Type of commerce | | | |
| Signatory | | Position | |

## Classes, Goods & Services

| | | Language | First use | First use in Commerce |
| --- | --- | --- | --- | --- |
| 9 | Videotapes, DVDs and CD-ROMs featuring information in the field of fire and life safety, sold alone or packaged as a unit with instructional booklets and brochures in the field of fire and life safety; electronic publications, namely, books containing fire, electrical and building safety codes and standards recorded on computer media | | 1993-00-00 | 1993-00-00 |
| 16 | Magazines, newsletters, pamphlets, brochures and books in the field of fire and life safety; books containing fire, electrical and building safety codes and standards | | 1900-00-00 | 1900-00-00 |
| 35 | Promoting the interests of the public by advocating legislation and regulation to improve fire protection, electrical standards and building safety; promoting public awareness of the need for fire and life safety; association services, namely, promoting the interests of fire and life safety professionals; testing to determine professional competence in the field of fire, electrical and building safety codes and standards; electronic and mail order catalog services featuring fire, electrical and building safety codes and standards in printed and electronic form, and featuring publications, videotapes, DVDs and CD-ROMS in the field of fire and life safety | | 1900-00-00 | 1900-00-00 |
| 41 | Seminars, workshops and conferences in the field of fire and life safety and in the field of fire, electrical and buliding safety codes and standards; providing newsletters by e-mail in the field of fire and life safety; conducting an awards program to recognize persons who have demonstrated excellence and innovation in the fields of fire protection and life safety | | 1900-00-00 | 1900-00-00 |

## Additional data

| Limitations | | | |
| --- | --- | --- | --- |
| Disclaimers | | | |
| Associated marks | | | |
| Publication date | Jun 20 2006 | Mark in use | |
| Journal volume | | National classes | |
| Journal page | | Number in series | |
| Notice of Allowance/<br>Grant date | | Trademark region | North America |
| Registry reference | | Storage reference | |

## Priorities

| Type of priority | Date | Number | Country |
| --- | --- | --- | --- |
| Convention priority | | | |
| Home Registration | | | |

CONFIDENTIAL                                                                 NFPA-PR0020424

# EXHIBIT E

| Trademark Summary | **WebTMS** |
| --- | --- |
| | Software for the Trademark Professional |

*Trademark*

# NFPA Logo

| Owner | National Fire Protection Association, Inc.<br>1 Batterymarch Park<br>Quincy Massachusetts 02169<br>United States of America |  |
| --- | --- | --- |

Incorporated in     **Massachusetts**

Address of Record

## Registration details

| Country | **United States of America** | | |
| --- | --- | --- | --- |
| Application number | 78252924 | Application date | **May 22 2003** |
| Registration number | 2834633 | Registration date | **Apr 20 2004** |
| Status | **Registered** | Sub status | |
| File reference | **830** | Record reference | **TM 09356** |
| Next renewal due | **Apr 20 2024** | Type of registration | |
| Supervisor | **Timothy H Hiebert** | Client Reference | |
| Basis of filing | **Actual use (Sec 1A)** | Manner of use | |
| Type of commerce | | | |
| Signatory | | Position | |

### Classes, Goods & Services

| | | Language | First use | First use in Commerce |
| --- | --- | --- | --- | --- |
| 9 | Videotapes and CD-ROMS featuring information in the field of fire and life safety, sold alone or packaged as a unit with instructional booklets and brochures in the field of fire and life safety | | 1993-00-00 | 1993-00-00 |
| 16 | Magazines, newsletters, pamphlets, brochures and books in the field of fire and life safety | | 1993-00-00 | 1993-00-00 |
| 35 | Promoting public awareness of the need for fire and life safety; association services, namely, promoting the interests of fire and life safety professionals; electronic catalog services featuring publications, videotapes and CD-ROMS in the field of fire and life safety; mail order catalog services featuring publications, videotapes and CD-ROMS in the field of fire and life safety | | 1993-00-00 | 1993-00-00 |
| 41 | Seminars, workshops and conferences in the field of fire and life safety; conducting an awards program to recognize teachers who have demonstrated excellence and innovation in the field of teaching fire and life safety; Educational testing to evaluate fire and life safety skills | | 1993-00-00 | 1993-00-00 |
| 45 | Consultation in the fields of fire and life safety; providing information in the fields of fire and life safety by means of an Internet web site | | 1993-00-00 | 1993-00-00 |

## Additional data

| Limitations | | | |
| --- | --- | --- | --- |
| Disclaimers | | | |
| Associated marks | | | |
| Publication date | **Jan 27 2004** | Mark in use | |
| Journal volume | | National classes | |
| Journal page | | Number in series | |
| Notice of Allowance/<br>Grant date | | Trademark region | **North America** |
| Registry reference | | Storage reference | |

## Priorities

| *Type of priority* | *Date* | *Number* | *Country* |
| --- | --- | --- | --- |
| **Convention priority** | | | |
| **Home Registration** | | | |

CONFIDENTIAL                                            NFPA-PR0020403

# EXHIBIT F

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451
www.uspto.gov

REGISTRATION NO: 1094460    SERIAL NO: 73/139480    MAILING DATE:  08/10/2007
REGISTRATION DATE: 06/27/1978
MARK:  NATIONAL ELECTRICAL CODE
REGISTRATION OWNER:  NATIONAL FIRE PROTECTION ASSOCIATION, IN

**CORRESPONDENCE ADDRESS:**

I. Stephen Samuels
Samuels & Hiebert LLC
Two International Place, 23rd Floor
BOSTON MA 02110-4104

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION
MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
016.

AHMED, DEBORAH Y
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

CONFIDENTIAL

NFPA-PR0020410

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

**I) SECTION 8: AFFIDAVIT OF CONTINUED USE**

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

NFPA-PR0020411

# EXHIBIT G

# United States of America
### United States Patent and Trademark Office

# NEC

**Reg. No. 4,484,004**

**Registered Feb. 18, 2014**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

NATIONAL FIRE PROTECTION ASSOCIATION, INC. (MASSACHUSETTS CORPORATION)
ONE BATTERYMARCH PARK
QUINCY, MA 02169

FOR: COMPUTER SOFTWARE FOR ACCESSING DATABASES IN THE FIELD OF ELEC-
TRICAL CODES AND STANDARDS; DOWNLOADABLE ELECTRONIC PUBLICATIONS
IN THE NATURE OF BOOKS AND MANUALS IN THE FIELD OF ELECTRICAL CODES
AND STANDARDS; DOWNLOADABLE SOFTWARE FOR ACCESSING DATABASES IN
THE FIELD OF ELECTRICAL CODES AND STANDARDS; DOWNLOADABLE SOFTWARE
IN THE NATURE OF A MOBILE APPLICATION FOR ACCESSING DATABASES IN THE
FIELD OF ELECTRICAL CODES AND STANDARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 9-21-2007; IN COMMERCE 9-21-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,148,903, 2,286,580 AND OTHERS.

SER. NO. 85-924,244, FILED 5-6-2013.

SHAVELL MCPHERSON, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

Page: 2 / RN # 4,484,004

CONFIDENTIAL

# EXHIBIT H

| Trademark Summary | **WebTMS** |
|---|---|
| | Software for the Trademark Professional |

Trademark
## NFPA 70

| Owner | National Fire Protection Association, Inc. |
|---|---|
| | 1 Batterymarch Park |
| | Quincy Massachusetts 02169 |
| | United States of America |
| Incorporated in | Massachusetts |
| Address of Record | |

### Registration details

| Country | United States of America | | |
|---|---|---|---|
| Application number | 78913310 | Application date | Jun 21 2006 |
| Registration number | 3354321 | Registration date | Dec 11 2007 |
| Status | Registered | Sub status | |
| File reference | 8081 | Record reference | TM 01923 |
| Next renewal due | Dec 11 2017 | Type of registration | |
| Supervisor | Timothy H Hiebert | Client Reference | |
| Basis of filing | | Manner of use | |
| Type of commerce | | | |
| Signatory | | Position | |

### Classes, Goods & Services

| | | Language | First use | First use in Commerce |
|---|---|---|---|---|
| 16 | Periodical publications in the field of electrical and safety standards; books and handbooks in the field of electrical and safety standards | | 1 Jan 1953 | 1 Jan 1953 |

### Additional data

| Limitations | | | |
|---|---|---|---|
| Disclaimers | | | |
| Associated marks | | | |
| Publication date | Apr 3 2007 | Mark in use | 1951 |
| Journal volume | | National classes | |
| Journal page | | Number in series | |
| Notice of Allowance/ | Jun 26 2007 | Trademark region | North America |
| Grant date | | Storage reference | |
| Registry reference | | | |

### Priorities

| Type of priority | Date | Number | Country |
|---|---|---|---|
| Convention priority | | | |
| Home Registration | | | |

CONFIDENTIAL                                                            NFPA-PR0020423

# EXHIBIT I



Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

**Reg. No. 1,148,903**
Registered Mar. 24, 1981

## TRADEMARK
### Principal Register



National Fire Protection Association, Inc.
  (Massachusetts corporation)
470 Atlantic Ave.
Boston, Mass. 02210

For: BOOKS PUBLISHED TRIENNIALLY CONCERNING ELECTRICAL SAFETY RE-QUIREMENTS, in CLASS 16 (U.S. Cl. 38).
  First use Nov. 10, 1978; in commerce Nov. 10, 1978.

Ser. No. 196,458, filed Dec. 11, 1978.

J. H. WEBB, Primary Examiner

JOSEPH DIAMANTE, Examiner

# EXHIBIT J

**From:** Vacay Promo Team <vacaypromoteam@gmail.com>
**Sent:** Thursday, January 22, 2015 11:37 AM
**To:** Berry, Dennis <dberry@NFPA.org>
**Subject:** Re: Ebay Violation??

Hello Dennis,

Please visit https://archive.org/details/nfpa.nec.2014 for details stating this is public domain and is readily downloadable not just through this site but many others.

Awaiting your response,

On Thu, Jan 22, 2015 at 2:22 PM, Berry, Dennis <dberry@nfpa.org> wrote:

Dear Sir or madam,

You asked me to contact you, but did not tell me who you are. Nevertheless, I am happy to respond and would like to discuss this with you further. Please feel free to call be at the number indicated below.

The 2014 National Electrical Code☐ is copyrighted by the NFPA, the title itself is a trademark of the NFPA. The Code is sold in paper and licensed in pdf format. Each pdf license includes stated restrictions that do not allow copying for further distribution. As with all NFPA standards it is available on the internet a read-only free access format. Contrary to your understanding as set out below while available in free access from the NFPA web site, it is not downloadable.

Furthermore, the NFPA has not dealt with or entered this document into creative commons. In a search of their web site just now, we could not find the Code there. If you could be more specific about where this is located, I would appreciate your direction.

As you can see from the above we do cannot accept your assertion that the document has entered the public domain and have taken steps to prevent that.

I hope this provides further information and response; again, I would be happy to discuss.

Very truly yours,

Dennis Berry

CONFIDENTIAL
NFPA-PR0038552

Dennis J. Berry
Secretary of the Corporation &
Director of Licensing

NFPA

One Batterymarch Park

Quincy, MA 02169

dberry@nfpa.org

617-984-7255

617-984-7222 (f)

CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged
information, and unauthorized disclosure or use is prohibited.  If you receive this e-mail in error, please notify the
sender and delete this e-mail from your system.

**From:** Vacay Promo Team [mailto:vacaypromoteam@gmail.com]
**Sent:** Thursday, January 22, 2015 11:42 AM
**To:** Berry, Dennis
**Subject:** Ebay Violation??

Hello,

I recently listed the NFPA 2014 PDF on eBay for sale and it was removed after a report of intellectual
property rights being violated.

This item is public domain and not a violation of any eBay rules. The licensure for this item can be found on

   NFPA-PR0038553

http://creativecommons.org/publicdomain/zero/1.0/

**Standards Organization Source:** <u>NFPA National Electrical Code</u> (Free Access Available Form Original Publisher)

Once Free access is granted and available for download it is public domain and there is no violation of any law to distribute the information.

Please contact me as soon as possible with information as to how to move forward.

CONFIDENTIAL

# EXHIBIT K

| **From:** | Scott Schwartz <scotts@dale-electric.com> |
|---|---|
| **Sent:** | Tuesday, October 13, 2015 3:09 PM |
| **To:** | Berry, Dennis <dberry@NFPA.org> |
| **Subject:** | RE: Use of Electronic NEC |

Dennis,
Please see the below links.
https://law.resource.org/pub/table01.html
https://law.resource.org/pub/us/code/safety.html
https://law.resource.org/pub/us/code/ibr/nfpa.nec.2014.pdf
This bottom link is a copy of the 2014 NEC that if provided for use by the public, for free.
If you look around the web site, you can find most of your publications online.
Scott Schwartz

**From:** Berry, Dennis [mailto:dberry@NFPA.org]
**Sent:** Tuesday, October 13, 2015 4:55 PM
**To:** ScottS@Dale-electric.com
**Subject:** Use of Electronic NEC

Dear Mr. Schwartz,

Please find enclosed a letter regarding a promotional piece which I have recently seen regarding the National Electrical Wholesale Providers. Would you please respond as soon as possible.

Very truly yours,

Dennis Berry

Dennis J. Berry
Secretary of the Corporation &
Director of Licensing
NFPA
One Batterymarch Park
Quincy, MA 02169
dberry@nfpa.org
617-984-7255
617-984-7222 (f)

CONFIDENTIALITY: This e-mail (including any attachments) may contain confidential, proprietary and privileged information, and unauthorized disclosure or use is prohibited.  If you receive this e-mail in error, please notify the sender and delete this e-mail from your system.

NFPA-PR0097907