# EXHIBIT 42

56/ 2/26/15 MAHMUD

| Year | Month | URL | Hits | Total |
|---|---|---|---|---|
| 2013 | 4 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 1 |
| 2013 | 4 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 1 |
| 2013 | 4 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 0 |
| 2013 | 4 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 1 |
| 2013 | 4 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 1 |
| 2013 | 4 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 1 |
| 2013 | 4 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 1 |
| 2013 | 4 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 1 |
| 2013 | 6 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 2 |
| 2013 | 6 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 1 |
| 2013 | 6 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 1 |
| 2013 | 6 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 2 |
| 2013 | 6 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 1 |
| 2013 | 6 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 2 |
| 2013 | 6 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 1 |
| 2013 | 6 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 1 |
| 2013 | 7 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 3 |
| 2013 | 7 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 1 |
| 2013 | 7 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 2 |
| 2013 | 7 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 6 |
| 2013 | 7 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 1 |
| 2013 | 7 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 5 |
| 2013 | 7 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 2 |
| 2013 | 7 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 2 |
| 2013 | 8 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 340 |
| 2013 | 8 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 56 |
| 2013 | 8 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 241 |
| 2013 | 8 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 951 |
| 2013 | 8 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 58 |
| 2013 | 8 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 783 |
| 2013 | 8 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 63 |
| 2013 | 8 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 71 |
| 2013 | 9 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 425 |
| 2013 | 9 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 81 |
| 2013 | 9 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 354 |
| 2013 | 9 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 1047 |

| Year | Month | URL | Hits | Total |
|---|---|---|---|---|
| 2013 | 9 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 52 |
| 2013 | 9 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 1255 |
| 2013 | 9 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 54 |
| 2013 | 9 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 62 |
| 2013 | 10 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 537 |
| 2013 | 10 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 108 |
| 2013 | 10 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 402 |
| 2013 | 10 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 1342 |
| 2013 | 10 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 50 |
| 2013 | 10 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 1846 |
| 2013 | 10 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 54 |
| 2013 | 10 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 76 |
| 2013 | 11 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 591 |
| 2013 | 11 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 83 |
| 2013 | 11 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 426 |
| 2013 | 11 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 1397 |
| 2013 | 11 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 47 |
| 2013 | 11 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 2082 |
| 2013 | 11 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 62 |
| 2013 | 11 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 75 |
| 2013 | 12 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 514 |
| 2013 | 12 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 97 |
| 2013 | 12 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 411 |
| 2013 | 12 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 1277 |
| 2013 | 12 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 48 |
| 2013 | 12 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 1813 |
| 2013 | 12 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 50 |
| 2013 | 12 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | | 71 |
| 2014 | 1 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | | 622 |
| 2014 | 1 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | | 81 |
| 2014 | 1 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | | 413 |
| 2014 | 1 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | | 1622 |
| 2014 | 1 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | | 53 |
| 2014 | 1 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010 | | 2567 |
| 2014 | 1 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | | 2566 |
| 2014 | 1 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | | 60 |

| Year | Month | URL | Hits | Total |
|---|---|---|---|---|
| 2014 | 1 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | 68 | |
| 2014 | 2 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.15.1994.pdf | 646 | |
| 2014 | 2 | https://law.resource.org/pub/us/cfr/ibr/002/ashrae.fundamentals.1993.pdf | 85 | |
| 2014 | 2 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2004.pdf | 415 | |
| 2014 | 2 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.2007.pdf | 1639 | |
| 2014 | 2 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.a.2004.pdf | 43 | |
| 2014 | 2 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.ip.2010.pdf | 2774 | |
| 2014 | 2 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.r.2007.pdf | 47 | |
| 2014 | 2 | https://law.resource.org/pub/us/code/ibr/ashrae.90.1.s.2007.pdf | 54 | 33147 |

# EXHIBIT 43

From: Carl Malamud
Sent: Fri 10/18/2013 3:41 PM (GMT -7)
To: Marshall Rose
Cc:
Bcc:
Subject: Re: the tweet

thanks! I'm definitely winging it here, playing major league hardball. I'm probably going to break more windows than necessary. You saw his 20 minute interview I tweeted about? They're very serious about this. Single biggest threat he sees.

On Oct 18, 2013, at 3:39 PM, Marshall Rose <mrose17@gmail.com> wrote:

> understood.
>
> /mtr
>
> On Oct 18, 2013, at 15:23 , Carl Malamud <carl@media.org> wrote:
>
>> There's a very long back and forth with, in particular, the NFPA, on how their models will change, what will they do, should they charge the government, etc, etc ... We did a bunch of hearings, I've posted video from many of those.
>>
>> Many people have said I should say what their answer is, and I think that's a strategic mistake. I can open up the possibilities, talk about the economics, but I can't tell them the way to do their business. That's a definite loss, I can't win that discussion. Our policy is very deliberately focused on "it doesn't matter, we have the right to speak it." It's an absolutist position, but it's the only way we can possibly win this fight ... the minute I walk down the slippery slope of "what exactly should we do" we loose sight the of the key proposition, which is the law isn't theirs to control.
>>
>> But, I hear you about it coming off harsh! :)
>>
>> The message is that government and the SDOs are truly going to have to deal with it at some point, and this time they'll need to factor in the basic fact that they can't own the law, since that would be unconstitutional. I can offer options, but I can't back off on the basic point.
>>
>> On Oct 18, 2013, at 3:15 PM, Marshall Rose <mrose17@gmail.com> wrote:
>>
>>> i was looking at "the way of life" tweet and trying to figure out a way to get the point across to them that the world changed.
>>>
>>> saying "deal with it" is kind of harsh. it's true, but still harsh.
>>>
>>> saying "time to evolve" is perhaps more constructive.
>>>
>>> take a look at this scene from "other people's money", in particular what devito's character says at 1:45m into it about buggy whips.
>>>
>>>   http://www.youtube.com/watch?v=62kxPyNZF3Q
>>>
>>> his character is, of course, unsympathetic and ruthlessly capitalistic. nonetheless, there is a certain resonance with respect to the situation the SDOs find themselves in. in the print age, one could perhaps justify the infrastructure and overhead; however, that train doesn't run in the digital age.
>>>

EXHIBIT 76
Ashley Soevyn, CSR No. 12019
Date 2/27/15
Witness: MALAMUD

&gt;&gt;&gt; manufacturers should fund the SDOs voluntarily because competent standards make for robust marketplaces. if the manufacturers aren't willing to do this, then one has to either question the utility of the standards or the efficacy of the SDOs.
&gt;&gt;&gt;
&gt;&gt;&gt; just a thought.
&gt;&gt;&gt;
&gt;&gt;&gt; /mtr
&gt;&gt;&gt;
&gt;&gt;&gt; ps: i think the captions in your photos were a hoot.
&gt;&gt;&gt;
&gt;&gt;&gt;
&gt;&gt;&gt;
&gt;&gt;&gt;
&gt;&gt;
&gt;
&gt;

# EXHIBIT 44

EXHIBIT 70
Ashley Soevyn, CSR No. 12019
Date 2/27/15
Witness: MALAMUD
GOVDOCS

Try Our New BETA Version    GO

Web  Video  Texts  Audio  Software  About  Account  📺TVNews  📚OpenLibrary

Home    American Libraries | Canadian Libraries | Universal Library | Community Texts | Project Gutenberg | Children's Library | Biodiversity Heritage Library | Additional Collections

Search: [        ]  [Additional Collections ▼]  🔍 Advanced Search    Anonymous User (login or join us)    Upload

eBooks and Texts > Additional Collections > Government Documents > Global Public Safety Codes > ASTM D975: Standard Specification for Diesel Fuel Oils

| View the book | ASTM D975: Standard Specification for Diesel Fuel Oils (2007) |



Read Online
PDF         (1.9 M)
EPUB        (353.8 K)
Kindle
Daisy
Full Text   (63.7 K)
DjVu        (794.3 K)

All Files: HTTPS

Help reading texts

Ⓞ

**Resources**

Bookmark



ASTM D975: Standard Specification for Diesel Fuel Oils

fullscreen

**Author:** American Society for Testing and Materials
**Subject:** federalregister.gov;public.resource.org
**Language:** English
**Collection:** publicsafetycode; USGovernmentDocuments; additional_collections

Description

**BY ORDER OF THE EXECUTIVE DIRECTOR
Office of the Federal Register
Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 1065.701

**Name of Legally Binding Document:** ASTM D975: Standard Specification for Diesel Fuel Oils
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.
**Creative Commons license:** CC0 1.0 Universal

**Reviews**                                    Be the first to write a review
                                               Downloaded 367 times

Selected metadata

**Identifier:**  gov.law.astm.d975.2007
**Credits:**     Uploaded by Public.Resource.Org

| | |
|---|---|
| Licenseurl: | http://creativecommons.org/publicdomain/zero/1.0/ |
| Mediatype: | texts |
| Identifier-access: | http://archive.org/details/gov.law.astm.d975.2007 |
| Identifier-ark: | ark:/13960/t6c261p3n |

Terms of Use (31 Dec 2014)

# **EXHIBIT 45**

```
 1            UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3
 4   AMERICAN SOCIETY FOR              )
 5   TESTING AND MATERIALS,            )
 6   d/b/a ASTM INTERNATIONAL;         )
                                       )
 7   NATIONAL FIRE PROTECTION          )
 8   ASSOCIATION, INC.; and            )
                                       )
 9   AMERICAN SOCIETY OF               )
10   HEATING, REFRIGERATION AND        )
11   AIR CONDITIONING ENGINEERS,       )
12             Plaintiffs and          )
13   Counter-Defendants,               )
14   vs.                               ) Civil Action No.
15   PUBLIC.RESOURCE.ORG,INC.,         ) 1:13-cv-01215-TSC
16             Defendant and           ) VOLUME: I
17   Counter-Plaintiff.                )
     _____
18        Videotaped 30(b)(6) Deposition of
19        NATIONAL FIRE PROTECTION ASSOCIATION,
20        INC., BY BRUCE MULLEN, taken at
          42 Chauncy Street, Boston, Massachusetts,
21        commencing at 9:59 a.m., Tuesday,
22        March 31, 2015, before Jeanette N.
23        Maracas, RPR, Notary Public.
24   JOB No. 2038640
25   PAGES 1 - 234
```

Page 1

```
 1      what the seminar is about.                          07:01:57
 2   Q. How did the overall revenues to NFPA on its         07:01:58
 3      training programs compare to the overall            07:02:01
 4      revenues on its publications department?            07:02:05
 5   A. Training revenues are, in total -- this is          07:02:11
 6      open registration on site -- approximately in       07:02:18
 7      this last year, we're approximately                 07:02:22
 8      $8 million, and publication sales would be in       07:02:24
 9      the order of 50 to 60 million, so about             07:02:30
10      12 percent, 15 percent of -- as a percentage        07:02:39
11      of overall revenues, training revenues are in       07:02:46
12      the order of 10 percent of total revenues, 10       07:02:49
13      to 12.                                              07:02:52
14   Q. What options do you see for NFPA if the Court      07:02:54
15      rules that NFPA lacks copyright to enforce          07:02:58
16      against Public.Resource?                            07:03:05
17           MR. REHN:  Object to the form,                 07:03:09
18      vague.                                              07:03:11
19   Q. And by that, I mean what business options, I       07:03:20
20      don't mean what legal options.                      07:03:23
21           MR. REHN:  I will maintain my                  07:03:24
22      objection to form.                                  07:03:26
23   A. The -- this is a hypothetical, but the volume      07:03:28
24      of revenue from standards and codes and our         07:03:42
25      handbook -- and our related handbook                07:03:48
```

|    |    |                                                          |            |
|----|----|----------------------------------------------------------|------------|
| 1  |    | material, I mean, that is 60 to 70 percent of            | 07:03:49   |
| 2  |    | our overall revenue, so it would have -- if              | 07:03:55   |
| 3  |    | we were unable to generate that revenue, it              | 07:04:04   |
| 4  |    | would obviously have a substantial impact on             | 07:04:07   |
| 5  |    | the organization.                                        | 07:04:10   |
| 6  | Q. | Well, that wasn't my question.  My question              | 07:04:10   |
| 7  |    | is, what options -- what business options                | 07:04:12   |
| 8  |    | would NFPA have if the Court determined that             | 07:04:13   |
| 9  |    | NFPA lacked copyright in its codes and                   | 07:04:16   |
| 10 |    | standards?  That question does not include              | 07:04:20   |
| 11 |    | losing copyrighted handbooks.                            | 07:04:22   |
| 12 |    |          MR. REHN:  Object to the form,                  | 07:04:24   |
| 13 |    | argumentative, hypothetical, asked and                   | 07:04:27   |
| 14 |    | answered.                                                | 07:04:30   |
| 15 | A. | Well, regarding to business options, this is             | 07:04:38   |
| 16 |    | something that the -- since my entire career             | 07:04:45   |
| 17 |    | with the NFPA, NFPA has been looking for                 | 07:04:54   |
| 18 |    | other ways of generating revenue other than              | 07:04:54   |
| 19 |    | or in addition to the sale of codes and                  | 07:04:56   |
| 20 |    | standards.  And in my tenure at NFPA, we                 | 07:04:59   |
| 21 |    | haven't discovered any potential source of               | 07:05:05   |
| 22 |    | revenue that could replace that revenue.                 | 07:05:10   |
| 23 |    |          So in terms of business options,                | 07:05:14   |
| 24 |    | there would -- I mean, one business option               | 07:05:25   |
| 25 |    | would be a radical reduction in staff to get             | 07:05:26   |

Page 225

| | | |
|---|---|---|
| 1 | expenses down to a -- to stop the -- a | 07:05:31 |
| 2 | deficit would be one business option.  It's | 07:05:38 |
| 3 | not a sustainable option to replace that | 07:05:40 |
| 4 | revenue source. | 07:05:44 |
| 5 |     VIDEOGRAPHER:  There are ten minutes | 07:05:48 |
| 6 | remaining on the record. | 07:05:49 |
| 7 |     MR. BRIDGES:  Thank you. | 07:05:50 |
| 8 | Q. What alternatives has NFPA considered as | 07:05:51 |
| 9 | sources of revenue if it were to lose | 07:06:01 |
| 10 | copyright -- let me change the question. | 07:06:04 |
| 11 |     Is the same thing true if NFPA loses | 07:06:11 |
| 12 | copyright only in the codes incorporated by | 07:06:15 |
| 13 | reference? | 07:06:17 |
| 14 |     MR. REHN:  Object to the form, | 07:06:18 |
| 15 | hypothetical. | 07:06:20 |
| 16 | A. I wouldn't be able to answer that question | 07:06:34 |
| 17 | without having some idea of what that revenue | 07:06:36 |
| 18 | impact would be on those individual documents | 07:06:39 |
| 19 | in terms of the magnitude of that. | 07:06:42 |
| 20 | Q. Do you have an idea of what the revenue | 07:06:46 |
| 21 | impact would be on those individual | 07:06:48 |
| 22 | documents? | 07:06:50 |
| 23 | A. No.  I wouldn't even be able to give you a | 07:06:51 |
| 24 | range.  I just -- I don't know. | 07:06:57 |
| 25 | Q. Do you have any idea how -- strike that. | 07:07:01 |

Page 226

```
 1              Do you have any idea whether NFPA          07:07:10
 2     would need to change its business model if a        07:07:13
 3     Court rules that the defendant's activities         07:07:18
 4     in this case are fair use and not an                07:07:22
 5     infringement of the NFPA codes and standards        07:07:24
 6     that are incorporated by reference?                 07:07:28
 7              MR. REHN:  Object to the form, calls       07:07:30
 8     for a legal opinion, hypothetical, calls for        07:07:32
 9     speculation.                                        07:07:35
10  A. Just go back to the status quo, the existing       07:07:43
11     case is NFPA generates revenue around the           07:07:54
12     codes and standards that it develops, so if         07:07:59
13     we lost copyright to all or a portion of            07:08:02
14     those standards or there was no requirement         07:08:06
15     for people to purchase those codes and              07:08:10
16     standards from us, ultimately, the entire           07:08:13
17     code development system would unravel.  And         07:08:18
18     then all our training which is about the            07:08:20
19     codes and standards, because we develop the         07:08:22
20     codes and standards, we wouldn't have the           07:08:24
21     money to develop the codes and standards.  So       07:08:26
22     it would be a sort of slow unraveling               07:08:30
23     process.                                            07:08:33
24  Q. My question is a different one.  Would NFPA        07:08:38
25     need to change its business model in that           07:08:48
```

| | | | |
|---|---|---|---|
| 1 | | eventuality? | 07:08:52 |
| 2 | | MR. REHN: Object to the form, | 07:08:55 |
| 3 | | hypothetical, argumentative. | 07:08:56 |
| 4 | A. | NFPA's business model would cease to exist. | 07:09:06 |
| 5 | | And I'm not sure whether there is -- a | 07:09:11 |
| 6 | | logical thing is to change the business | 07:09:17 |
| 7 | | model, but I don't think there is that | 07:09:19 |
| 8 | | business model out there for us to change to. | 07:09:24 |
| 9 | | Our existing business model would cease to | 07:09:26 |
| 10 | | exist. | 07:09:32 |
| 11 | Q. | Have you given any thought to other sources | 07:09:32 |
| 12 | | of revenue to NFPA to replace any loss of | 07:09:34 |
| 13 | | revenue arising from a Court determining that | 07:09:40 |
| 14 | | codes and standards incorporated by reference | 07:09:47 |
| 15 | | are in the public domain? | 07:09:50 |
| 16 | A. | There's been an ongoing initiative at NFPA | 07:09:57 |
| 17 | | for many years now to develop electronic | 07:10:00 |
| 18 | | tools and services that are solution based, | 07:10:03 |
| 19 | | so where it delivers a solution to an | 07:10:09 |
| 20 | | individual so without -- makes life easy for | 07:10:15 |
| 21 | | them. They don't have to read the code to | 07:10:19 |
| 22 | | understand or to work in their sort of work | 07:10:22 |
| 23 | | flow, whether it's a design or inspection and | 07:10:25 |
| 24 | | we could -- that is something we have been | 07:10:29 |
| 25 | | working on for many years. It has not | 07:10:35 |

Page 228

| | | | |
|---|---|---|---|
| 1 | | generated substantial revenues, but that's | 07:10:37 |
| 2 | | something we continue to work on, but it | 07:10:39 |
| 3 | | is -- it in no way would ever replace the | 07:10:45 |
| 4 | | kind of revenue loss that we would | 07:10:47 |
| 5 | | anticipate. | 07:10:50 |
| 6 | Q. | What innovative tools and services has NFPA | 07:10:52 |
| 7 | | developed in the past decade to gain more | 07:10:58 |
| 8 | | revenue? | 07:11:04 |
| 9 | | MR. REHN: Object to the form. | 07:11:06 |
| 10 | A. | We have current electronic digital products | 07:11:14 |
| 11 | | that are under development at the moment that | 07:11:19 |
| 12 | | enable inspectors to customize routine | 07:11:24 |
| 13 | | problems that they have and build their own | 07:11:33 |
| 14 | | customized work flows. That's a pilot test | 07:11:39 |
| 15 | | at the moment. We don't have -- we haven't | 07:11:43 |
| 16 | | developed anything substantial in that area. | 07:11:45 |
| 17 | Q. | How long has NFPA been working on that? | 07:11:53 |
| 18 | A. | On this particular development, NFPA started | 07:11:56 |
| 19 | | working on it in late 2013 -- this particular | 07:12:04 |
| 20 | | product, late 2013, early 2014. | 07:12:13 |
| 21 | Q. | After this litigation began? | 07:12:16 |
| 22 | A. | I think so. That's my recollection. I think | 07:12:18 |
| 23 | | so. | 07:12:25 |
| 24 | Q. | What effect on NFPA's revenues did the free | 07:12:29 |
| 25 | | access to read-only documents cause? | 07:12:37 |

Page 229