## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>        Plaintiffs-Counterdefendants,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**INDEX OF CONSOLIDATED EXHIBITS IN SUPPORT OF DEFNDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**<br><br>Action Filed: August 6, 2013<br><br>**PUBLIC VERSION** |

Defendant-Counterclaimant Public.Resource.Org respectfully submits this Index of Consolidated Exhibits in Support of its Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and Permanent Injunction.

| Exh. No. | Description |
|---|---|
| 1 | Public Resource's Articles of Incorporation, available at https://public.resource.org/public.resource.articles.html. |
| 2 | Public Resource's Table of Standards, available at https://law.resource.org/pub/us/cfr/manifest.us.html. |
| 3 | Public Resource Notice Displayed on ASTM F963 (2011) at Public Resource's website, available at https://law.resource.org/pub/us/cfr/ibr/003/astm.f963.2011.html. |
| 4 | Donald Bliss's deposition excerpts, as the corporate designee for NFPA, dated March 3, 2015. |
| 5 | Steven Comstock's deposition excerpts, as the corporate designee for ASHRAE, dated March 5, 2015. |

| Exh. No. | Description |
|----------|-------------|
| 6 | Christian Dubay's deposition excerpts, as the corporate designee of NFPA, dated April 1, 2015. |
| 7 | James Fruchterman's deposition excerpts, Public Resource's designated expert witness, dated July 31, 2015. |
| 8 | Jeffrey Grove's deposition excerpts, as the corporate designee for ASTM, dated March 4, 2015. |
| 9 | John Jarosz's deposition excerpts, Plaintiffs' designated expert witness, dated August 27, 2015. |
| 10 | Rebecca Malamud's deposition excerpts, dated November 13, 2014. |
| 11 | Bruce Mullen's deposition excerpts, as the corporate designee of NFPA, dated March 31, 2015. |
| 12 | Stephanie Reiniche's deposition excerpts, as the corporate designee for ASHRAE, dated March 30, 2015. |
| 13 | Daniel Smith's deposition excerpts, as the corporate designee of ASTM, dated July 24, 2015. |
| 14 | ASTM's Copyright Registrations for the incorporated laws at issue, which were marked as Exhibit 1291 to the deposition of Daniel Smith and numbered ASTM000001–168. |
| 15 | NFPA's copyright registrations for the incorporated laws at issue, which were marked as NFPA-PR0020354–392 in NFPA's document production. |
| 16 | ASHRAE's copyright registrations for the incorporated laws at issue, which were marked as Exhibits 1175 and 1176 to the deposition of Stephanie Reiniche and numbered ASHRAE0001590–597. |
| 17 | Email from Carl Malamud to Deborah Hunt, dated June 30, 2009, which was marked as Exhibit 33 to the deposition of Carl Malamud. |
| 18 | "Public Safety Standards" (Exhibit 38 to the February 26, 2015 deposition of Carl Malamud). |
| 19 | Email to Carl Malamud, dated October 1, 2013 (Exhibit 57 to the February 27, 2015 deposition of Carl Malamud). |
| 20 | Email to Carl Malamud, dated October 25, 2013 (Exhibit 58 to the February 27, 2015 deposition of Carl Malamud). |
| 21 | █████████████████████████████████ |

| Exh. No. | Description |
|----------|-------------|
| 22 | ████████████████████████████████████████████ |
| 23 | "ASTM Standards Regulations & Trade, Power Point," (Exhibit 1032 to the deposition of Jeffrey Grove). |
| 24 | Email from Sarah Petre to Jeff Grove, et. al., dated October 4, 2012 (Exhibit 1071 to the deposition of Jeffrey Grove). |
| 25 | "Form and Style for ASTM Standards," which was marked as Exhibit 1072 to the deposition of Jeffrey Grove. |
| 26 | "Incorporation by Reference Public Workshop," dated July 13, 2012 (Exhibit 1073 to the deposition of Jeffrey Grove). |
| 27 | "Form for Commenting on a Public Review Draft ASHRAE Standard, Guideline or Addendum" (Exhibit 1134 to the deposition of Stephanie Reiniche). |
| 28 | "CM Submittal Form" (Exhibit 1135 to the deposition of Stephanie Reiniche). |
| 29 | "Form for Commenting on a Public Review Draft ASHRAE Standard, Guideline or Addendum" (Exhibit 1136 to the deposition of Stephanie Reiniche). |
| 30 | "Form for Commenting on a Public Review Draft ASHRAE Standard, Guideline or Addendum" (Exhibit 1137 to the deposition of Stephanie Reiniche). |
| 31 | "Form for Submittal of Proposed Change to an ASHRAE Standard Under Continuous Maintenance" (Exhibit 1138 to the deposition of Stephanie Reiniche). |
| 32 | "Application for Project Committee Organizational Representative Membership" (Exhibit 1139 to the deposition of Stephanie Reiniche). |
| 33 | "ASHRAE Standard/Guideline Project Committee Application for Individual Membership" (Exhibit 1140 to the deposition of Stephanie Reiniche). |
| 34 | Redacted ASHRAE Form (Exhibit 1141 to the deposition of Stephanie Reiniche). |
| 35 | Redacted ASHRAE Form (Exhibit 1142 to the deposition of Stephanie Reiniche). |
| 36 | "CM Submittal Form" (Exhibit 1143 to the deposition of Stephanie Reiniche). |
| 37 | "Form for Commenting on a Public Review Draft ASHRAE Standard, Guideline or Addendum" (Exhibit 1144 to the deposition of Stephanie Reiniche). |
| 38 | "Form for Commenting on a Public Review Draft ASHRAE Standard, Guideline or Addendum" (Exhibit 1145 to the deposition of Stephanie Reiniche). |
| 39 | "Form for Submittal of Proposed Change to an ASHRAE Standard Under Continuous Maintenance" (Exhibit 1146 to the deposition of Stephanie Reiniche). |

| Exh. No. | Description |
|---|---|
| 40 | "CM Submittal Form" (Exhibit 1147 to the deposition of Stephanie Reiniche). |
| 41 | "Form for Commenting on a Public Review Draft ASHRAE Standard, Guideline or Addendum" (Exhibit 1148 to the deposition of Stephanie Reiniche). |
| 42 | "Form for Commenting on a Public Review Draft ASHRAE Standard, Guideline or Addendum" (Exhibit 1149 to the deposition of Stephanie Reiniche). |
| 43 | "Form for Submittal of Proposed Change to an ASHRAE Standard Under Continuous Maintenance" (Exhibit 1150 to the deposition of Stephanie Reiniche). |
| 44 | "Application for Project Committee Organizational Representative Membership" (Exhibit 1151 to the deposition of Stephanie Reiniche). |
| 45 | "ASHRAE Standard/Guideline Project Committee Application for Individual Membership" (Exhibit 1152 to the deposition of Stephanie Reiniche). |
| 46 | ASHRAE website electronic signature copyright release page (Exhibit 1153 to the deposition of Stephanie Reiniche). |
| 47 | ASHRAE website electronic signature copyright release page (Exhibit 1154 to the deposition of Stephanie Reiniche). |
| 48 | "Application for Membership on ASHRAE Standard or Guideline Project Committee" (Exhibit 1155 to the deposition of Stephanie Reiniche). |
| 49 | "Memorandum of Understanding Between The United States Department of Energy and The American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc." (Exhibit 1157 to the deposition of Stephanie Reiniche). |
| 50 | "Marketing Task Group," dated June 26, 2004 (Exhibit 1159 to the deposition of Stephanie Reiniche). |
| 51 | Email from Steve Ferguson to Doug Read, et. al., dated December 17, 2009 (Exhibit 1160 to the deposition of Stephanie Reiniche). |
| 52 | "ASHRAE Government Affairs: Technical Expertise to Policymakers" (Exhibit 1163 to the deposition of Stephanie Reiniche). |
| 53 | █████████████████████████████████████████ |
| 54 | "Proposal for 1999 National Electrical Code" (Exhibit 1233 to the deposition of Christian Dubay). |
| 55 | "1999 National Electrical Code Proposal" (Exhibit 1234 to the deposition of Christian Dubay). |
| 56 | "Proposal for the 1999 National Electrical Code" (Exhibit 1235 to the deposition of Christian Dubay). |

| Exh. No. | Description |
|----------|-------------|
| 57 | "Form for Proposals for 1999 National Electrical Code" (Exhibit 1236 to the deposition of Christian Dubay). |
| 58 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1237 to the deposition of Christian Dubay). |
| 59 | "Form for Proposals for 1999 National Electrical Code" (Exhibit 1238 to the deposition of Christian Dubay). |
| 60 | "Form for Proposals for 1999 National Electrical" (Exhibit 1239 to the deposition of Christian Dubay). |
| 61 | "Form for Proposals for 1999 National Electrical Code" (Exhibit 1240 to the deposition of Christian Dubay). |
| 62 | "Form for Proposals for 1999 National Electrical Code" (Exhibit 1241 to the deposition of Christian Dubay). |
| 63 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1243 to the deposition of Christian Dubay). |
| 64 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1244 to the deposition of Christian Dubay). |
| 65 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1245 to the deposition of Christian Dubay). |
| 66 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1246 to the deposition of Christian Dubay). |
| 67 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1248 to the deposition of Christian Dubay). |
| 68 | "Form for Proposals for NFPA National Electrical Code" (Exhibit 1253 to the deposition of Christian Dubay). |
| 69 | "Form for Proposals for NFPA National Electrical Code" (Exhibit 1254 to the deposition of Christian Dubay). |
| 70 | "Form for Comments for NFPA National Electrical Code" (Exhibit 1255 to the deposition of Christian Dubay). |
| 71 | "Form for Comments for NFPA National Electrical Code" (Exhibit 1256 to the deposition of Christian Dubay). |
| 72 | "Form for Comments for NFPA Report on Proposals" (Exhibit 1257 to the deposition of Christian Dubay). |
| 73 | "Form for Comments for NFPA Report on Proposals" (Exhibit 1258 to the deposition of Christian Dubay). |

| Exh. No. | Description |
|---|---|
| 74 | ███████████████████████████████████████ |
| 75 | ███████████████████████████████████████ |
| 76 | ███████████████████████████████████████ |
| 77 | Intellectual Property Policy of ASTM (ASTM103277–284) (Exhibit 1285 to the deposition of Daniel Smith). |
| 78 | Intellectual Property Policy of ASTM (ASTM003445–448 (Exhibit 1287 to the deposition of Daniel Smith). |
| 79 | Intellectual Property Policy of ASTM (ASTM003437–41) (Exhibit 1288 to the deposition of Daniel Smith). |
| 80 | ███████████████████████████████████████ |
| 81 | ASTM "Organizational Membership Directory" (Exhibit 1294 to the deposition of Daniel Smith). |
| 82 | ███████████████████████████████████████ |
| 83 | ███████████████████████████████████████ |
| 84 | ███████████████████████████████████████ |
| 85 | ███████████████████████████████████████ |
| 86 | ███████████████████████████████████████ |
| 87 | ███████████████████████████████████████ |
| 88 | ███████████████████████████████████████ |
| 89 | ███████████████████████████████████████ |

| Exh. No. | Description |
|----------|-------------|
| 90 |  |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | "How To, Standards Writing 101," which was marked as Exhibit 1320 to the deposition of Daniel Smith. |
| 96 | James Fruchterman and served by Public Resource on Plaintiffs as required by Federal Rule of Civil Procedure 26. |
| 97 | ASTM Standards That Have Been Superseded, Chart. |
| 98 | NFPA Standards That Have Been Superseded, Chart. |
| 99 | ASHRAE Standards That Have Been Superseded, Chart. |
| 100 | ASTM's Mission Statement. |
| 101 | NFPA's Mission Statement. |
| 102 | ASHRAE's Mission Statement. |
| 103 | "ASHRAE Guide to Writing Standards in Code Intended Language," which is available on ASHRAE's website. |
| 104 | Webpage entitled "Capitol Hill Event to Feature Policy and Business Leader Insights on Voluntary Standards and Conformance" appearing at http://www.ansi.org/news_publications/news_story.aspx?menuid=7&articleid=920dcf8b-8eda-45ab-9eae-ec0bec2edf27. |
| 105 | Resolution submitted to the ABA House of Delegates on November 17, 2015 by the ABA Section of Administrative Law and Regulatory Practice. |
| 106 | ASTM Public Policy & Corporate Outreach, dated September 2015. |

| Exh. No. | Description |
|---|---|
| 107 | Email from Robert Morgan to Kathe Hooper re "New Standard" dated May 26, 2009 (ASTM095635–641). |
| 108 | Email from Ron Cote to Kathe Hooper re "ASTM E2238 courtesy copies?" dated Sep. 14, 2009 (ASTM095718–720). |
| 109 | Email from Kathe Hooper to Joseph Ritchey re "Review by FGDC for teleconference," dated Sep. 16, 2009 (ASTM095747–748). |
| 110 | Email from Robert Morgan to Kathe Hooper re "FW: ASTM Review," dated Oct. 11, 2011 (ASTM091055). |
| 111 | Email from Kathe Hooper to Steve Mawn re "RE: Standards to IAPMO for Their Review on CD," dated Oct. 12, 2012 (ASTM096390). |
| 112 | Email from Steven Mawn to Kathe Hooper re "RE: E1300 Figures and Tables for Woodhead Publishing: Architectural glass to resist seismic and extreme climatic events (ed. Behr)," dated Feb. 2, 2009 (ASTM089102–104). |
| 113 | Email from Kathe Hooper to sales@ninjapaintball.com re "RE: ASTM Copyrights," dated June 5, 2009 (ASTM095371–372). |
| 114 | ███████████████████████ |
| 115 | Email from Kathe Hooper to clk.wario@policja.gov.pl re "RE: polygraph examination," July 29, 2009 (ASTM095396). |
| 116 | Email from Kathe Hooper to Patrick re "RE: Copyright & Permissions," dated Mar. 18, 2011 (ASTM095437–438). |
| 117 | Email from Kathe Hooper to N. Leonard re "RE: Figure Permissions," dated Nov. 2, 2012 (ASTM095485–486). |
| 118 | Email from Steve Mawn to Kathe Hooper re "RE: E1300 Figures and Tables for Woodhead Publishing: Architectural glass to resist seismic and extreme climatic events (ed. Behr)," dated Feb. 2, 2009 (ASTM089102–104). |
| 119 | Email from John Pace to Lesley West et al. re "RE: Use of Figures from G-1 Standards in MTI Book," dated Jan. 4, 2012 (ASTM091243–245). |
| 120 | Email from John Pace to Kathe Hooper re "RE: Method info," dated Sep. 5, 2008 (ASTM095342–343). |
| 121 | Brief for Amici Curiae American Medical Association et al., in Veeck v. Southern Building Code Congress Int'l Inc., Case No. 99-40632 in the United States Court of Appeals for the Fifth Circuit, available at http://publicaa.ansi.org/sites/apdl/Documents/ANSI%20Position%20on%20Protect ion%20of%20Copyright%20for%20Standards%20Referenced%20into%20Public %20Law/Veeck_v_Souther_Code_Congress_intl_inc-Amicus_Curiae.pdf. |

| Exh. No. | Description |
|---|---|
| 122 | 2011 National Electrical Code® Style Manual, available at http://www.nfpa.org/assets/files/aboutthecodes/70/nec_stylemanual_2011.pdf. |
| 123 | Errata to the 2011 National Electrical Code (1 of 2). |
| 124 | Errata to the 2011 National Electrical Code (2 of 2). |
| 125 | "An Introduction to the NFPA Standards Development Process". |
| 126 | "Procedures for ASHRAE Standards Actions". |
| 127 | "Form for Proposals For 2011 National Electrical Code" (NFPA-PR0017531). |
| 128 | "Form for Proposals For 2008 National Electrical Code" (NFPA-PR0016693). |
| 129 | ██████████████████████████████ |
| 130 | Email from John Pace to Kathe Hooper re "Fw: Question related to copyright," dated Mar. 24, 2009 (ASTM095359–362). |
| 131 | Email from Kathe Hooper to V. Palacios re "RE: Request (nao)," dated July 9, 2009 (ASTM095373–376). |
| 132 | "ASTM Reading Library Registration" Screen, Page 1. |
| 133 | "ASTM Reading Library Registration" Screen, Page 2. |
| 134 | "ASTM – International Reading Room" disclaimer information. |
| 135 | "ASTM Reading Room Terms." |
| 136 | "ASTM License Agreement" |
| 137 | "NFPA Free Access Terms." |
| 138 | "National Fire Protection Association Sign In". |
| 139 | ASHRAE Reading Room screen capture. |
| 140 | "2012 Accomplishments and 2013 Objectives" (Exhibit 1033 in the deposition of Jeffrey Grove). |
| 141 | ██████████████████████████████ |
| 142 | ██████████████████████████████ |

| Exh. No. | Description |
|----------|-------------|
| 143 | "ASTM License Agreement (Reading Room)" (Exhibit 1060 in the deposition of Jeffrey Grove). |
| 144 | Email from Kathe Hooper to sales@ninjapaintball.com re "RE: ASTM Copyrights," dated June 5, 2009 (Exhibit 1068 in the deposition of Jeffrey Grove). |
| 145 | Email from Kathe Hooper to Joe Koury re "RE: Information usage on the internet," dated Jan. 11, 2013 (Exhibit 1069 in the deposition of Jeffrey Grove). |
| 146 | |
| 147 | Website for purchasing ASTM D396-98 Standard Specification for Fuel Oils. |
| 148 | "Memorandum in Support of Defendant's Motion for Summary Judgment," filed in *International Code Council, Inc., v. National Fire Protection Association, Inc.,* Case No. 02-5610, dated February 28, 2005. |
| 149 | "MyASTM Membership Renewal," produced by Plaintiffs as ASTM001792-800. |
| 150 | |
| 151 | "ASTM Designation: D 1217-93 (Reapproved 1998)," produced by Plaintiffs as PRO_00170513-517. |
| 152 | Website images from Internet Archive Wayback Machine for www.astm.org, captured on December 21, 2015. |
| 153 | |
| 154 | NFPA website images, produced at NFPA-PR0038497-507, (Exhibit 1230 to the deposition of Christian Dubay). |
| 155 | The "Incorporation by Reference" webpage of the Office of the Federal Register, available at http://www.archives.gov/federal-register/cfr/ibr-locations.html. |
| 156 | Superseding Indictment in the case of U.S. v. Donald L. Blankenship, No. 5:14-cr-00244 (S.D.W.Va.). |
| 157 | Order issued by U.S. District Judge Irene C. Berger on December 10, 2015 (ECF No. 553) in the case of U.S. v. Donald L. Blankenship, No. 5:14-cr-00244 (S.D.W.Va.). |

Dated:  December 21, 2015

Respectfully submitted,

_/s/   Andrew P. Bridges_
Andrew P. Bridges (admitted)
abridges@fenwick.com
Matthew Becker (admitted)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350

Corynne McSherry (admitted _pro hac vice_)
corynne@eff.org
Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

_Attorneys for Defendant-Counterclaimant_
Public.Resource.Org, Inc.