IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>　　　　　Plaintiffs-Counterdefendants,<br><br>　　　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S MOTION FOR SUMMARY JUDGMENT**<br><br>Action Filed:   August 6, 2013 |

Having fully considered Defendant-Counterclaimant's Motion for Summary Judgment and all documents and argument in support thereof and in opposition thereto, and for good cause shown, this Court GRANTS Defendant-Counterclaimant's Motion for Summary Judgment. The Court DENIES Plaintiff-Counterdefendants' Motion for Summary Judgment and Permanent Injunction. The Court further GRANTS Defendant-Counterclaimant's Request for Judicial Notice.

**IT IS SO ORDERED.**


Dated:_____          _____
　　　　　　　　　　　　　　　　　　　　The Honorable Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE