# EXHIBIT 11
# (FILED UNDER SEAL)

# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------

AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.,
Plaintiffs,
vs.

PUBLIC.RESOURCE.ORG, INC.,

Defendant.

Case No. 1:13-cv-01215-EGS

-----------------------------------

AND RELATED COUNTERCLAIMS.

-----------------------------------

RULE 30(B)(6) VIDEOTAPED DEPOSITION OF AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.

BY AND THROUGH ITS DESIGNEE,

STEPHANIE REINICHE

MONDAY, MARCH 30, 2015
9:10 a.m.

VERITEXT LEGAL SOLUTIONS
1075 PEACHTREE STREET
SUITE 3625
ATLANTA, GEORGIA

Reported By:
SHARON A. GABRIELLI, CCR B-2002
Job No. 2035289

A I moved from Michigan to Georgia. 09:21
Q And what was your first job that you took once you moved to Georgia? 09:29 09:23
A ASHRAE. 09:25
Q Okay. Did you move to Georgia to work at ASHRAE? 09:26 09:28
A No. 09:29
Q Okay. And when was it that you started working at ASHRAE? 09:29 09:21
A November 2003. 09:23
Q Okay. How was it that you came to start working at ASHRAE? 09:23 09:24
A I applied online. I -- I saw a job posting, at that time it was for a procedures administrator, and I submitted a résumé. 09:27 09:21 09:23
Q Had you ever heard of ASHRAE before that point? 09:21 09:23
A No. 09:23
Q Were you familiar with the air-conditioning, heating and cooling industry prior to that point? 09:24 09:26
A No. 09:21
Q What was it that made you qualified for the job at ASHRAE? 09:22 09:26
A I suppose because it was -- at that time, it was about procedures and process, and so just legal 09:20 09:23

background and ability to -- to write and things like that. 09:27 09:29
Q And what -- how long were you a procedures administrator at ASHRAE for? 09:24 09:20
A I want to say until December 2004. 09:27
Q And were you promoted at that time? 09:24
A Yes. 09:25
Q And what was -- what position were you promoted to? 09:26 09:29
A Standards administrator. 09:20
Q And how long did you hold the title of standards administrator for? 09:26 09:22
A I think it was about three years. 09:24
Q And were you promoted after three years? 09:21
A Yes. 09:23
Q And what title were you promoted to? 09:24
A Assistant manager of standards administration. 09:27 09:28
Q And how long did you hold that position for? 09:27
A A year or two. 09:20
Q And were you promoted again after that point? 09:26
A Yes. 09:29
Q And what title were you promoted to? 09:20
A Manager of standards. 09:22
Q And how long did you hold that position for? 09:29

A That title, till 2014. 09:21
Q And so were you promoted once again in 2014? 09:27
A Yes. 09:20
Q And what is the title that you were promoted to? 09:21 09:23
A Senior manager of standards. 09:24
Q And is that the title that you hold today? 09:21
A Yes. 09:24
Q Okay. And do you have any other roles at ASHRAE, other than senior manager of standards? 09:24 09:24
A No. 09:29
Q Have you served on any of the committees in ASHRAE? 09:29 09:21
A No. 09:23
Q Have you -- what involvement in the design of standards have you played? 09:24 09:21
A I oversee the development of all the standards at ASHRAE. 09:23 09:26
Q And what does that involve? 09:26
A It involves a lot of things. It involves reviewing all the documentation for membership, overseeing the documentation for public reviews, could be change proposals, could be minutes, the publication drafts, editing and reviewing those, working with the appeals. 09:27 09:22 09:27 09:24 09:20 09:27

Q And when you say you oversee the documentation for membership and for public reviews and change proposals and publication drafts, what does that entail? 09:25 09:29 09:23 09:26
A It can entail -- well, making sure that the document for membership, that the documentation is all complete, meaning every -- all the, you know, parts are filled out, everything is properly signed. And it could involve talking with the chairs of project committees to help them make sure their committee is balanced. 09:28 09:22 09:25 09:29 09:23 09:29 09:24
Q What do you mean by making sure the project committees are balanced? 09:27 09:20
A Under our ANSI rules, our committees have to be balanced, meaning for nonsafety standards, no more than 50 percent of the people can be in any one interest category; and for safety standards, no more than one-third in each interest category. 09:22 09:25 09:29 09:23 09:26
Q And what is an interest category? 09:22
A It's -- it describes the -- the role a person plays typically in their job or their duties that they're doing, and that shows their bias for that particular standard that's being developed. 09:25 09:22 09:25 09:20
Q Could you list for me the interest categories? 09:27 09:29

A For which standard? 09:21
Q So the interest categories are different for 09:23
particular standards? 09:25
A They can be, yes. 09:26
Q Okay. Do you know the -- off the top of your 09:27
head the interest categories for the 90.1 standards? 09:20
A I can list some of them, but I would have to 09:26
look at a roster to verify they're all correct. 09:28
Q Okay. 09:22
A There's compliance, industry, utility, 09:22
general, and I think user. 09:21
Q And what does -- what are the -- those 09:27
categories? Excuse me, let me rephrase. 09:25
What -- what kind of a person would a -- 09:29
would fall into the compliance category? 09:22
A I would need to look at the application that 09:26
shows the definition to give you an exact person, the 09:28
exact definition; but for example, somebody that's 09:22
involved in codes would be a compliance person. 09:26
Q When you say someone who's involved in codes, 09:20
like what -- what kind of role do you mean by that? 09:24
A A code official. 09:27
Q A code -- 09:29
A A building code person; that type of person. 09:20
Q Would that be something like a regulator? 09:23

A Could be. 09:26
Q Okay. So that would -- that would encompass 09:27
somebody in a government position, then, would be under 09:21
compliance? 09:27
MR. CUNNINGHAM: Object to form. 09:28
THE WITNESS: I would have to look at 09:29
the roster to see how a government employee 09:20
would be listed. It depends on where they 09:22
work, what they do. Without looking at an 09:26
individual, I can't tell you for sure that 09:20
they would go under compliance. 09:21
Q (BY MR. BECKER) Okay. What other categories 09:24
could a government official go under, other than 09:25
compliance? 09:28
A Depending on the -- it depends on what the 09:29
definition is. I really probably should look at the 09:21
definitions to tell you for sure. 09:24
Q And where would the definitions be found? 09:25
A The definitions would be as part of the 09:28
application. 09:20
Q The membership application? 09:21
A Yes, sir. 09:22
Q You also said that one of your jobs is to 09:21
make sure that documentation is complete. What does 09:24
that involve? 09:27

A For which part of the process? After 09:29
membership? 09:22
Q Let's talk about membership applications. 09:23
A So for membership applications, there is an 09:27
application form that would list the -- you know, what 09:20
project committee they're applying for, their name, 09:24
what interest category they believe they should be 09:27
categorized. And then they would have -- then there is 09:33
a signature at the bottom and their voting status, what 09:35
they would like to be on that committee. 09:39
There's a bias/conflict of interest form, 09:32
which gives background on where they've worked for the 09:36
last five years, other organizations that they've been 09:30
involved with, who pays their way to participate, and 09:34
any public statements they would have made in regards 09:38
to the particular standard they're applying for, and 09:31
that, too, is signed. 09:34
And then there's a biographical record that 09:36
is done through the ASHRAE website which gives their 09:38
background, like where they -- you know, their degrees 09:33
and things like that, whether -- other committees 09:38
they've been involved in within ASHRAE, awards; things 09:31
like that. 09:36
Q Are you the person who makes sure that all of 09:36
these fields are filled out? 09:39

A I have a staff person that does that, but 09:31
then they are reviewed by another committee. And when 09:32
there's a question, then I'm the one that helps work 09:35
with that. 09:39
Q And what is the name of the staff person who 09:30
checks these forms? 09:32
A It's varied over the years. 09:35
Q What is the name of the person today? 09:37
A Katrina Shingles. 09:30
Q And is there -- does Katrina Shingles have a 09:36
specific position? 09:31
A She's a secretary. 09:32
Q Is there a specific position for the person 09:38
who has always checked the -- the forms? 09:32
A It's been a secretary or an administrative 09:37
assistant. 09:30
Q And you said there's also a committee that 09:37
looks over that? 09:39
A Yes. There's a staff liaison, and then there 09:30
is -- in addition to that, and then there is -- 09:34
depending -- the process has changed slightly. There 09:37
could be up to two oversight committees. 09:30
Q And you said that the process has changed. 09:33
When did the process change? 09:37
A This year. 09:30

A Not exactly. A -- a standard could become a code, because 90.1 is a standard and it could be the code. It depends on whoever is wanting to make the code -- or make the rule. 10:03 10:05 10:08 10:01

Q And what does the policy, procedures and interpretation subcommittee do? 10:04 10:08

A They review proposals for new projects, new standards or guideline projects to be developed by ASHRAE. They are the body that reviews any proposed changes to any of the procedures related to standards and interprets the -- any of our rules. 10:09 10:04 10:07 10:01 10:05

And then the other thing is they form interpretation sub -- interpretation committees when an interpretation request is submitted on a standard that we don't have a standing standard project committee for. 10:01 10:04 10:07 10:09 10:02

Q I'm sorry, just to back up a moment. Do you know how it is that standards become codes? 10:09 10:03

MR. CUNNINGHAM: Object to form. 10:00

THE WITNESS: It -- either they're proposed into a code and the code accepts them, or a local jurisdiction decides to use a standard and that's -- and use that as their code. 10:02 10:05 10:07 10:02 10:04

Q (BY MR. BECKER) And when you say "they're 10:08

proposed into a code and the code accepts them," do you mean that a -- that something like NFPA might make a code, and they're proposed into that code that NFPA has made? 10:00 10:02 10:08 10:02

A So NFPA references 90.1, and that becomes part of whatever -- I can't remember the number of the NFPA code that references 90.1, but that becomes part of that code. If they -- through their process, it gets accepted. 10:03 10:06 10:09 10:02 10:08

Q And what does the international liaison or intersociety subcommittee do? 10:04 10:08

A They're dealing with relationships between us and sometimes other standards developers, but the majority of their work is in the -- is in the oversight of the development of international standards. 10:00 10:02 10:06 10:10

Q What involvement does ASHRAE have in the development of international standards? 10:15 10:17

A We are the secretariat for several of the international standards organization technical committees. We are also the secretariat for the U.S. TAG, which is the technical advisory groups within the U.S. 10:19 10:15 10:18 10:11 10:16

Q And, finally, you mentioned the executive committee. What does the executive committee do? 10:11 10:13

A That is the -- the chairs of each of the 10:15

subcommittees, the chair and the vice chair standards committee and the board -- the board ExO to standards. And then I'm the staff liaison for that group, other staff attend, but they -- they just talk about the issues about the subcommittees and then, you know, strategic planning; that type of thing. 10:18 10:12 10:18 10:12 10:15 10:18

Q So the committee members that are part of the standards committee, are these all ASHRAE employees? 10:14 10:18

A No. 10:11

Q Are any of them ASHRAE employees? 10:13

A No, just me as a staff liaison, and then another staff person that does the minutes. 10:15 10:18

Q So these are -- are these members of industry? 10:11 10:16

A They're -- they're balanced as well. The board has slightly different interest categories that they use. There are -- they're members -- they're -- they are members of ASHRAE, but they're from all over. 10:19 10:12 10:15 10:19

MR. CUNNINGHAM: Could I just ask, are we talking about the project committee here? Are we talking about the executive committee? Are we talking about the previous questions? 10:13 10:14 10:16 10:18

MR. BECKER: The standards committee as a whole. 10:19 10:10

MR. CUNNINGHAM: The standards 10:11

committee. 10:12

MR. BECKER: Yeah. 10:13

MR. CUNNINGHAM: For a specific standard? I just wanted to make sure we're clear here. 10:13 10:14 10:15

Q (BY MR. BECKER) How many standards committees are there? 10:11 10:12

A There's project committees, and those overdo the standards, but the standards committee is one. 10:13 10:17

Q There's just one standards committee? 10:19

A With the -- right, with the subcommittees. 10:11

Q And what's the difference between the projects committees and the standards committees? 10:17 10:19

A A project committee is the one that is -- is the group that's responsible for writing the standard. Standards committee is an over -- oversight committee. 10:11 10:13 10:18

THE COURT REPORTER: "Is an oversight"? 10:15

THE WITNESS: Yes. 10:19

Q (BY MR. BECKER) And are any ASHRAE employees members of the project committees? 10:13 10:16

A No. 10:18

Q Are the members of the project committees people from various interest categories -- 10:13 10:19

A Yes. 10:13

Q -- as you had defined previously? 10:13

A Yes. 10:16
Q And are the project committee membership -- 10:16
memberships balanced based off of those interest 10:11
categories? 10:14
A Yes. Whatever interest categories the 10:16
project committee has, then they're balanced based on 10:18
the number of project committees. That doesn't mean, 10:12
you know, if there's 30 people and you have five 10:14
interest categories, there's six in each. It means no 10:17
more than 50 percent in one interest -- interest 10:14
category. 10:17
Q So why is it that these people who are not 10:13
ASHRAE employees participate in the project committees? 10:10
MR. CUNNINGHAM: Object to form. 10:16
THE WITNESS: I would say because either 10:18
they really like that topic, it may affect -- 10:10
you know, it may be because it affects 10:14
something that they do in their business. 10:16
They may be in the -- in the code arena and 10:18
they want to make sure it's written so that 10:13
you can adopt it in code. It could be a 10:16
number of reasons why they choose to 10:18
participate. 10:10
Q (BY MR. BECKER) And why is it that they'd 10:16
want to participate for a standard that would be 10:18

Page 50

adopted into code? 10:12
MR. CUNNINGHAM: Object to form. 10:14
THE WITNESS: My -- my guess would be 10:17
that, you know, it's going to affect their -- 10:18
their business somehow or the -- you know, or 10:12
the jurisdiction in which they work. 10:16
Q (BY MR. BECKER) Ms. Reiniche, I'm handing 10:12
you what's been previously marked as Exhibit 1076. 10:13
This is Defendant Public.Resource.Org's Amended Notice 10:19
of Rule 30(b)(6) Deposition of American Society of 10:13
Heating, Refrigeration, and Air-Conditioning Engineers, 10:18
Inc. And this document had been previously introduced 10:18
in Mr. Comstock's deposition. 10:13
A Okay. 10:16
Q Have you seen this document before, 10:17
Ms. Reiniche -- excuse me, Ms. Reiniche? 10:19
A Yes. 10:18
Q And when did you first see this document 10:16
before, to your recollection? 10:10
MR. CUNNINGHAM: So I'm -- Matt, this 10:11
question is obviously fine, but I just want 10:13
to caution the witness to not go into the 10:15
substance of any communications that may have 10:18
occurred between you and counsel. 10:13
THE WITNESS: I probably would have seen 10:15

Page 51

this when we first tried to -- started trying 10:15
to schedule my deposition. I'm guessing 10:19
February. 10:11
Q (BY MR. BECKER) And have you reviewed the 10:14
topics of examination that's starting on page 4? 10:16
A Yes. 10:13
Q And you're aware that you are here as a 10:17
30(b)(6) designee for ASHRAE with regards to particular 10:19
topics of examination? 10:16
A Yes. 10:17
Q And that means that -- that you are expected 10:17
to prepare and be knowledgeable as to those particular 10:10
topics, correct? 10:13
A Yes. 10:14
Q And those topics are, topic number 1, "The 10:16
process and activities of developing the works at 10:11
issue, including participation of government and 10:14
private sector personnel in standards development." 10:17
A Yes. 10:10
Q And did you prepare for that topic? 10:11
A Yes. 10:13
Q And have you been using your knowledge of 10:17
that topic in the answers that you had given me earlier 10:19
today concerning the standards committee and project 10:13
committee? 10:18

Page 52

A Yes. 10:19
Q And have you been using your knowledge with 10:11
regards to that topic as it applies to the other 10:13
answers that you've provided me about the ASHRAE's 10:16
operations? 10:19
A Yes. 10:10
Q And the other topics that you have prepared 10:10
for today include topic number 2, correct? 10:12
A For the copyright? 10:11
Q For topic number 2, "All elements of the 10:12
chain of title of copyright ownership, including 10:15
copyright authorship and ownership of component parts 10:19
of the works at issue in this case"? 10:13
A Yes. 10:14
Q And you've also prepared for topic number 3, 10:17
"The authority of persons executing copyright 10:10
assignment forms in favor of you to convey the 10:13
copyright rights in their works or expression, 10:17
including but not limited to evidence of authority of 10:19
employees to assign copyrights they do not own 10:12
individually"? 10:15
A Yes. 10:16
Q On to page 5. You've also prepared for topic 10:13
number 6; is that correct? 10:17
A Yes. 10:11

Page 53

A Do you mean everyone on the roster, or do you mean just project committee? 10:42 10:45
Q For everyone on the roster. 10:40
A For -- yes, for everyone on the roster. 10:44
Q And so are there people outside of the project committee that would be contributing text to Standard 90.1 at that time? 10:40 10:43 10:46
A Yes. 10:48
Q And would all of the people who were contributing text to Standard 90.1 at that time be listed on these pages of the roster? 10:40 10:43 10:46
A No. 10:48
Q So what other people would have been contributing text to Standard 90.1 at that time? 10:49 10:42
A Commenters on -- draft goes out for comment and those who submitted a continuous maintenance change proposal. 10:46 10:40 10:43
Q And where does -- excuse me. 10:44
Does ASHRAE keep lists of commenters? 10:53
A We have lists of commenters. For this year, I don't know, because our record retention policy wouldn't require us to keep records this far back. 10:58 10:54 10:56
Q What was the ASHRAE's record retention policy? 10:59 10:52
A We follow the ANSI policy of keeping records 10:53

back to the last prior revisions. 10:50
Q And what is the last prior revision for Standard 90.1? 10:50 10:50
A 2013. 10:50
Q So does that mean that ASHRAE would not have records for the 2010 addition of 90.1? 10:51 10:51
A Not necessarily. We -- if they're electronic, we probably still have them. There may be some in paper format that are in Iron Mountain. I can't guarantee that all the prior stuff is still there, especially if it's not in electronic format. 10:51 10:51 10:51 10:51 10:51
Q And what is Iron Mountain? 10:51
A It's an off-site storage facility. 10:51
Q And does the -- your same answer that you don't necessarily have records as to the 2007 and 2004 edition of Standard 90.1 also apply? 10:51 10:51 10:51
A That would be correct. Some -- if it's electronic, then we probably still have it. But if it's paper, it may or may not still be at Iron Mountain. 10:51 10:51 10:51 10:51
Q At what point would ASHRAE have destroyed these documents for Standard 20 -- 90.1 2010 edition, if it had done so? 10:52 10:52 10:52
A If we destroyed it, we could have destroyed it at the time of 2013 publishing. 10:52 10:52

Q And would that have meant that the -- the records for the 2007 edition of 90.1 would have been destroyed at the time of the 2010 publishing? 10:58 10:52 10:59
A If they were destroyed, then yes. 10:52
Q You had mentioned before the term "continuous maintenance change." What does that mean? 10:59 10:53
A Standard 90.1 is on continuous maintenance, so anyone at any time can propose a change to the standard. It could be a project committee member or the public. If it's the public, then there's a continuous maintenance change proposal form that gets submitted. 10:56 10:59 10:53 10:56 10:51 10:54
Q And similarly, for the continuous maintenance change proposal forms, would those also have been destroyed? 10:56 10:51 10:54
A They could have been destroyed. 10:56
Q Who would know whether or not these documents for the 2010 prior editions of ASHRAE Standard 90.1 were or were not destroyed? 10:52 10:55 10:50
MR. CUNNINGHAM: I'm going to object that the line of questioning about document retention policy is outside the scope of the 30(b)(6) topics. 10:54 10:56 10:58 10:52
You can answer. 10:54
THE WITNESS: Okay. I would -- I -- 10:57

there is a log of files that we keep that are at Iron Mountain. I have access to those logs, can find out what's there. I would not know what was or was not destroyed unless I brought every single box back from Iron Mountain, assuming they are all labeled correctly. 10:53 10:54 10:54 10:54 10:54 10:54 10:54
Q (BY MR. BECKER) Ms. Reiniche, looking at Exhibit 1119 on page 2, where it says that ASHRAE was ordered to produce lists of project committee members, does Exhibit 1120 provide that list of project committee members for Standard 90.1? 10:54 10:55 10:55 10:55 10:55
MR. CUNNINGHAM: Objection to form. 10:55
THE WITNESS: This is only at one point in time, so this isn't every single one. This is at one point. 10:55 10:55 10:55
Q (BY MR. BECKER) But would it provide that for that one point in time? 10:55 10:55
A Yes. 10:55
Q Ms. Reiniche, I'm handing you what has been marked as Exhibit 1121 -- 10:56 10:56
A Okay. 10:56
Q -- which reads "ASHRAE Roster." Could you tell me what this is? 10:56 10:56
A This is the roster that would have been -- 10:56

THE WITNESS: To my knowledge, it is 11:01
probably something we keep it's a -- if it 11:04
was entered in the database. At the time, we 11:06
had the database that tracks them. And 11:09
provided there's not an issue with the 11:01
database, then it would be kept. 11:04
Q (BY MR. BECKER) And what database are you 11:05
referring to? 11:06
A We have a continuous maintenance change 11:07
proposal access database. 11:09
Q And do you know when ASHRAE first started 11:02
using that database? 11:05
A Around 2003. 11:08
Q What kind of information does that database 11:04
contain? 11:07
A What you see in this report, which is the 11:07
proposer, the number, proposal date, when it was 11:00
received. And then there -- there will be a date that 11:03
isn't shown on here that tells when the committee would 11:07
have responded so that we can close out the proposal. 11:01
Q And does the database also contain the 11:06
content of the proposal itself? 11:00
A No. 11:02
Q Where would someone find the content of the 11:04
proposal itself? 11:07

A If it was -- when we were saving 11:09
electronically, then there will be a -- what we call a 11:03
task sheet that we save on our network drive where 11:06
they're saved. And then if not, it's in paper. It 11:09
would have been sent to Iron Mountain. 11:03
Q And what would be the title of the document 11:06
that would have this -- one of these proposals in it? 11:09
A On the network drive? 11:05
Q Yeah. 11:06
MR. CUNNINGHAM: Object to form. 11:09
THE WITNESS: It's probably Task Sheet 6 11:01
would be the title. 11:05
Q (BY MR. BECKER) And what does -- are there 11:06
other task sheets? 11:03
A Yes. 11:04
Q And what are the other task sheets? 11:05
A There's a Task Sheet 1 for new projects; Task 11:08
Sheet 2 that was membership; Task Sheet 3 is title, 11:02
purpose and scope change. I don't believe we have a 4; 11:07
a Task Sheet 5, which is public review; Task Sheet 7, 11:02
which is publication; and Task Sheet 8, which is 11:07
appeals. And Task Sheet 10 might -- there might be a 11:03
Task Sheet 10 now. We might have switched the 11:07
continuous maintenance to that. 11:01
Q Is there a Task Sheet 9? 11:03

A No. 11:07
Q Why is that? 11:07
A They just aren't using it -- there may have 11:07
been one way back when they did everything in paper, 11:07
but we don't use a Task Sheet 9 now. 11:07
(Exhibit 1133 marked for identification.) 11:08
Q (BY MR. BECKER) I'm handing you what's been 11:08
marked as Exhibit number 1133. This is Bates number 11:08
ASHRAE0002469. Could you tell me what this document 11:08
is? 11:08
A These are proposals received for continuous 11:08
maintenance of ASHRAE Standard 90.1 2004 dated as of 11:08
January 4th, 2005. 11:08
Q For both Exhibit 1132 and 1133, it appears 11:08
that the dates that the proposals were received -- 11:08
excuse me, let me say that again. 11:08
For Exhibits 1132 and 1133, it appears that 11:08
the date of the document in the top right corner is 11:08
subsequent to the year of the standard itself; is that 11:09
correct? 11:09
A You mean -- 11:09
Q Let me clarify. For -- for Exhibit 1132, 11:09
that exhibit pertains to Standard 90.1 2001, but the 11:09
document itself is from January 5th, 2004; is that 11:09
correct? 11:09

A That's correct. 11:05
Q And why is that? 11:05
A That would have been at the one-year mark -- 11:07
well, they have 13 months to -- to respond to 11:02
continuous maintenance change proposals within a year, 11:05
so this would have been printed prior to their January 11:07
2004 meeting, because we would want to know what the 11:01
status of the continuous maintenance change proposals 11:05
were at that time. 11:10
Q The proposals that were reflected here, would 11:11
those be -- if made effective, would those be made 11:16
effective in Standard 90.1 2001 or in a later version? 11:15
A A later version. 11:10
Q So the proposals reflected in Exhibit 1132, 11:19
would those, if they had been enacted, be enacted into 11:13
Standard 90.1 2004? 11:18
A Yes. 11:10
(Exhibit 1134 marked for identification.) 11:12
Q (BY MR. BECKER) I'm handing you what's been 11:10
marked as Exhibit 1134, Bates number ASHRAE0022821. 11:11
Could you tell me what this document is, please? 11:19
A This is the form to comment on a public 11:12
review draft for an addendum to 90.1 2004. 11:17
Q And do you see where it says "Number 2, 11:17
copyright release"? 11:10

A Yes. 11:12
Q What is the significance of the copyright 11:12
release? 11:12
MR. CUNNINGHAM: Object to form. 11:12
THE WITNESS: It -- the significance of 11:12
it is when the commenter submits their 11:12
comments, they are giving ASHRAE the 11:12
nonexclusive rights to use whatever material 11:12
they submit in their comments to change or 11:12
modify the standard and then ASHRAE owns the 11:12
copyright, and they don't. 11:12
MR. BECKER: I'm sorry, Counsel, will 11:12
you mind elaborating on the reason for your 11:12
objection? 11:12
MR. CUNNINGHAM: It calls for a legal 11:12
conclusion. 11:12
Q (BY MR. BECKER) Why does ASHRAE include the 11:12
copyright release in this document? 11:12
MR. CUNNINGHAM: Object to form. 11:12
THE WITNESS: We include it so that we 11:12
can include the material in -- in the 11:12
document that they're commenting on without 11:12
having to get copyright permission; because 11:13
they're giving it, we don't have to go back. 11:13
They're giving it when they sign it. 11:13

Page 70

Q (BY MR. BECKER) Does ASHRAE believe that it 11:10
owns the copyright if somebody signs this form? 11:11
A Yes. 11:16
Q Would ASHRAE accept a form like this if it 11:12
had not been signed and dated? 11:16
A No. 11:18
Q Do you know of any instance in which ASHRAE 11:11
has accepted a form like this if it has not been signed 11:14
and dated? 11:17
A No. 11:18
Q Do you have any reason to believe that this 11:11
document produced by ASHRAE is not an authentic 11:13
document? 11:16
A No. 11:16
Q And are you familiar with this document 11:11
through your work at ASHRAE? 11:13
A Yes. 11:16
Q Is this one of the documents that you review? 11:19
A Yes. 11:13
(Exhibit 1135 marked for identification.) 11:16
Q (BY MR. BECKER) I'm handing you what has 11:19
been marked as Exhibit 1135, Bates number 11:12
ASHRAE0022819. Do you recognize this document? 11:15
A Yes. 11:19
Q And what is this document? 11:19

Page 71

A This is a document to submit a continuous 11:11
maintenance change proposal. 11:16
Q Does this document contain a copyright 11:10
release as well? 11:14
A Yes. 11:15
Q Could you please mark on the page where the 11:12
copyright release is? 11:16
(Witness complied with the request of counsel.) 11:13
A There's two spots. 11:13
MR. CUNNINGHAM: I'm going to go ahead 11:15
and object again to form here, Matt. 11:19
Q (BY MR. BECKER) And those two spots you've 11:18
marked with a number 1 and number 2; is that correct? 11:19
A That's correct. 11:12
Q Why does ASHRAE use two copyright releases on 11:12
this form? 11:19
MR. CUNNINGHAM: Object to form. 11:10
THE WITNESS: Actually, I think we 11:11
allowed it so they could either sign it and 11:11
send it in or they could put an electronic 11:14
signature in. I just think there's a 11:17
signature line that we missed when we made 11:18
the form. 11:10
Q (BY MR. BECKER) So this form should have 11:13
a -- a signature line below the first copyright 11:14

Page 72

release, but it does not? 11:10
A Correct. 11:11
Q And if this form were printed out and sent to 11:13
ASHRAE, would ASHRAE reject it if someone had not 11:19
signed below the first copyright release? 11:13
A On this one, we would have allowed either the 11:17
electronic signature if they printed it with the 11:10
electronic or if they had signed it, because the 11:11
language was the same. 11:14
Q Would ASHRAE accept this document if someone 11:19
had not typed in their name where it says "I, insert 11:14
name"? 11:10
A If -- if they did not sign it and did not 11:10
insert their name, we would not accept it. 11:13
Q Comparing documents Exhibits 1134 and 1135, 11:17
is the copyright release in 1134 the same as the 11:12
copyright release -- the first copyright release in 11:10
1135? 11:13
A There is missing -- oh, no, I just can't read 11:10
right. No, they're the same. 11:17
Q And comparing the first and second copyright 11:12
release in 1135, can you say what the differences 11:16
between those two are? 11:10
MR. CUNNINGHAM: I'm just going to 11:11
object. Matt, I think the document speaks 11:12

Page 73

for itself here. 11:14
THE WITNESS: The -- the only difference 11:11
is one we allow electronic signature, and the 11:12
other is just a hand -- is a handwritten 11:15
signature. 11:10
Q (BY MR. BECKER) Thank you. 11:11
(Exhibit 1136 marked for identification.) 11:14
Q (BY MR. BECKER) I'm handing you what's been 11:12
marked as Exhibit 1136, Bates number ASHRAE0022823. Do 11:14
you recognize this document? 11:10
A Yes. 11:12
Q And what is this document? 11:13
A This is the -- the form to comment on a 11:14
public review draft standard guideline or addendum. 11:17
THE COURT REPORTER: Can we go off the 11:10
record a second? 11:14
THE VIDEOGRAPHER: Going off the record 11:17
at 11:19. 11:18
(Recess taken.) 11:27
THE VIDEOGRAPHER: Going on the record 11:28
at 11:22. 11:28
Q (BY MR. BECKER) Ms. Reiniche, looking again 11:26
on -- at Exhibit 1136, if you look at the second page 11:26
of the exhibit, could you tell me what the significance 11:22
of the date on the second page is? 11:27

A That was when we were -- we must have made a 11:23
revision. So if we changed anything, even if it's one 11:23
word, we put a new revision date on a form. 11:23
Q And returning to Exhibit 1135, is that also 11:23
what "revised 1/30/2006" means at the bottom of that 11:23
document? 11:23
A Yes. 11:23
Q And returning to Exhibit 1134 at the back of 11:23
that document where it says "REV 03-01-2004," is that 11:23
also what that date means? 11:23
A Yes. 11:24
Q Thank you. 11:24
(Exhibit 1137 marked for identification.) 11:24
Q (BY MR. BECKER) Handing you what's been 11:24
marked as Exhibit 1137. This is ASHRAE Bates number 11:24
0022825. Do you recognize this document? 11:24
A Yes. 11:24
Q And what is this document? 11:24
A This is a form for commenting on a public 11:24
review draft to an ASHRAE standard, guideline or 11:24
addendum. 11:24
Q And does this document also contain the same 11:24
copyright release -- excuse me, the same two copyright 11:24
releases that had appeared on the previous exhibit? 11:24
A Which one? 11:25

Q 1136. 11:22
A Yes. 11:25
Q And which is the same as the copyright 11:26
releases on Exhibit 1135; is that correct? 11:20
A That's correct. 11:25
Q And Exhibit 1137 says that it was revised on 11:21
January 30th, 2006 on the back of the document; is that 11:26
correct? 11:20
A That's correct. 11:21
(Exhibit 1138 marked for identification.) 11:28
Q (BY MR. BECKER) Ms. Reiniche, I'm handing 11:27
you what's been marked as Exhibit 1138, Bates number 11:27
ASHRAE0022820. Do you recognize this document? 11:21
A Yes. 11:26
Q And what is this document? 11:27
A This is the form to submit a proposed change 11:28
to an ASHRAE standard under continuous maintenance. 11:21
Q And does this document contain the same two 11:27
copyright releases that were featured in the previous 11:20
exhibit, 1137? 11:24
A Yes. 11:29
Q And at the bottom of the page, does this 11:22
document show that it was revised on March 9th, 2007? 11:24
A Yes. 11:25
(Exhibit 1139 marked for identification.) 11:21

Q (BY MR. BECKER) I'm handing you what's been 11:26
marked as Exhibit 1139. This is Bates number 11:26
ASHRAE0022814. Do you recognize this document? 11:20
A Yes. 11:24
Q Could you tell me what this document is? 11:24
A This is an Application for Project Committee 11:26
Organizational Representative Membership form. 11:27
Q Does this document include a copyright 11:27
release under section 6? 11:20
A Yes. 11:22
Q Apart from referring to ASHRAE standard or 11:24
guideline project committee, does this copyright 11:20
release under section 6 of Exhibit 1139 appear the same 11:24
as the copyright -- the first copyright release in 11:22
Exhibit 1138? 11:23
MR. CUNNINGHAM: Object to form. 11:26
THE WITNESS: Actually, it differs. 11:20
Q (BY MR. BECKER) How does it differ? 11:22
A There's additional language included in 11:24
Exhibit 1139. 11:29
Q And could you tell me what that -- excuse me, 11:21
could you tell me what that additional language is? 11:24
A In the third sentence down, it adds, "to any 11:29
contributions I make to documents prepared by or for 11:24
such committee for ASHRAE publication." And -- and 11:28

then the rest is all the same. 11:22
Q Could you tell me on what date Exhibit 1139 11:21 was revised? 11:21
A October 2009. 11:23
(Exhibit 1140 marked for identification.) 11:31
Q (BY MR. BECKER) Handing you what's been 11:35 marked as Exhibit 1140. Do you recognize this 11:35 document? 11:32
A Yes. 11:32
Q Could you tell me what this document is? 11:32
A This is the ASHRAE Standard Guideline Project 11:34 Committee Application for Individual Membership. 11:38
Q And does this Exhibit 1140 include a 11:31 copyright release under section 5? 11:34
A Yes. 11:36
Q Could you tell me if this copyright release 11:30 differs in any way from the copyright release on 11:35 Exhibit 1139? 11:30
MR. CUNNINGHAM: Object to form. 11:33
THE WITNESS: The only difference is 11:31 that on form 1139, it says "elected as an 11:34 organizational member" versus 1140, which is 11:30 "as a member." 11:33
Q (BY MR. BECKER) Are Exhibits 1139 and 11:32 Exhibits 1140 documents that individuals are required 11:35

to fill out in order to obtain membership with ASHRAE? 11:30
A For project committees, yes. 11:37
(Exhibit 1141 marked for identification.) 11:30
Q (BY MR. BECKER) I'm handing you what's been 11:30 marked as Exhibit 1141. Do you recognize this 11:31 document? 11:36
A Yes. 11:39
Q Could you tell me what this document is? 11:30
A This document is -- language includes our 11:33 copyright information for electronic or -- or the 11:37 signing. 11:31
Q Does this document, Exhibit 1141, include the 11:36 same two copyright releases that were seen in Exhibit 11:33 1135? 11:39
MR. CUNNINGHAM: Object to form. 11:38
THE WITNESS: There's a few "and"s 11:36 missing in the -- in -- in 1141 that are in 11:38 1135. And in 1141, the signature line is 11:30 included, which is not in 1135. But other 11:35 than that, they're the same. 11:38
Q (BY MR. BECKER) Thank you. 11:32
Does this document appear to be redacted to 11:35 you? 11:38
A Yes. 11:38
Q Do you know why this document is redacted? 11:39

A No. 11:32
Q Does ASHRAE ordinarily keep a document that 11:38 would look like this in its redacted form? 11:36
A Actually, I -- I would -- correct. If it was 11:30 redacted, it was probably because it had contact -- or 11:32 contact information of the individual on here, and that 11:36 would have been why it would have been redacted. 11:38
(Exhibit 1142 marked for identification.) 11:35
Q (BY MR. BECKER) I'm handing you what's been 11:34 marked as Exhibit 1142. This is ASHRAE Bates number 11:35 0001618. With the exception of the different Bates 11:39 numbers, does this document appear to you to be 11:33 identical to the previous exhibit, Exhibit 1141? 11:36
A Yes. 11:32
(Exhibit 1143 marked for identification.) 11:32
Q (BY MR. BECKER) I'm handing you what's been 11:38 marked as Exhibit 1143. Could you tell me what this 11:30 document is? 11:35
A This is the Form for Continuous Maintenance 11:36 Change Proposal. 11:39
Q And do you recognize this document? 11:30
A Yes. 11:32
Q And could you tell me when this document was 11:37 last revised? 11:30
A January 30th, 2006. 11:31

Q And does this document have the same two 11:37 copyright releases as in Exhibit 1135? 11:37
A Yes. 11:37
(Exhibit 1144 marked for identification.) 11:37
Q (BY MR. BECKER) I'm handing you what's been 11:38 marked as Exhibit 1144. Do you recognize this 11:38 document? 11:38
A Yes. 11:38
Q Could you tell me what it is? 11:38
A This is the Form for Commenting in a Public 11:38 Review Draft ASHRAE Standard, Guideline or Addendum. 11:38
Q And looking at the second page of this 11:38 document, could you tell me the date on which it was 11:38 revised? 11:38
A March 1st, 2004. 11:38
Q And does this document have the same 11:38 copyright release as Exhibit 1134? 11:38
A Yes. 11:39
(Exhibit 1145 marked for identification.) 11:39
Q (BY MR. BECKER) Handing you what's been 11:39 marked as Exhibit 1145. This is Bates number 11:39 ASHRAE0001606. Could you -- do you recognize this 11:39 document? 11:39
A Yes. 11:39
Q Could you tell me what this document is? 11:39

A This is the Form for Commenting on a Public 11:39
Review Draft ASHRAE Standard, Guideline or Addendum. 11:32
Q And could you tell me the date on which this 11:37
was revised? 11:39
A March 1st, 2004. 11:33
Q And does this include the same copyright 11:34
release that was in the previous exhibit, 1144? 11:36
A Yes. 11:46
(Exhibit 1146 marked for identification.) 11:41
Q (BY MR. BECKER) I'm handing you what's been 11:49
marked as Exhibit 1146. Do you recognize this 11:40
document? 11:44
A Yes. 11:44
MR. BECKER: And this -- just for the 11:47
record, this document is Bates number 11:49
ASHRAE0001600. 11:41
Q (BY MR. BECKER) Could you tell me what this 11:45
document is? 11:47
A This is the Form for Submittal of a Proposed 11:48
Change to ASHRAE Standard Under Continuous Maintenance. 11:41
Q Could you -- could you tell me the 11:47
significance of the date in the bottom left-hand 11:49
corner? 11:43
A That would have been the date it was revised. 11:43
Q Does this document include the same copyright 11:43

release under section 1 as was in Exhibit 1134? 11:41
A With the exception of splitting up a 11:41
sentence, it's exactly the same. There's an "and" in 11:41
1134 between "proposals" and "I understand" -- and "I 11:41
understand" that is not in 1146. 11:42
(Exhibit 1147 marked for identification.) 11:42
Q (BY MR. BECKER) I'm handing you what's been 11:42
marked as Exhibit 1147. This is Bates number 11:42
ASHRAE0001604. Do you recognize this document? 11:42
A Yes. 11:42
Q Could you tell me what this document is? 11:42
A This is a Continuous Maintenance Submittal 11:42
form. 11:42
Q And could you tell me when this document was 11:42
revised? 11:42
A January 30th, 2006. 11:42
Q Does this document include the same two 11:42
copyright -- copyright releases as in Exhibit 1135? 11:42
A Yes. 11:43
(Exhibit 1148 marked for identification.) 11:43
Q (BY MR. BECKER) I'm handing you what's been 11:43
marked as Exhibit 1148. Do you recognize this 11:43
document? 11:43
A Yes. 11:43
Q Could you tell me what this document is? 11:43

A This is the Form for Commenting on a Public 11:43
Review Draft ASHRAE Standard, Guideline or Addendum. 11:43
Q Looking at the second page of this document, 11:43
could you tell me when this document was revised? 11:43
A January 30th, 2006. 11:43
Q Does this document under section 2, 11:43
"Copyright Release," have the same two copyright 11:43
releases that were in Exhibit 1135? 11:43
A In the first paragraph, in -- in the third 11:44
line down, instead of saying "the standard," like we 11:44
see in Exhibit 1135, in Exhibit 1148, it says "this 11:44
standard." 11:44
(Exhibit 1149 marked for identification.) 11:44
Q (BY MR. BECKER) I'm handing you what's been 11:44
marked as Exhibit 1149. Do you recognize this 11:44
document? 11:44
A Yes. 11:44
Q Could you tell me what this document is? 11:44
A This is the Form for Commenting on a Public 11:45
Review Draft, ASHRAE Standard, Guideline or Addendum. 11:45
MR. BECKER: For the record, I'll just 11:45
state that this is Bates number 11:45
ASHRAE0001610. 11:45
Q (BY MR. BECKER) Looking at the back of the 11:45
document, could you tell me the date on which this was 11:45

revised? 11:45
A January 30th, 2006. 11:45
Q Does this document, Exhibit 1149, have the 11:45
same copyright releases as in the previous exhibit, 11:45
1148? 11:45
A Yes. 11:45
(Exhibit 1150 marked for identification.) 11:45
Q (BY MR. BECKER) I'm handing you what's been 11:46
marked as Exhibit 1150. This is Bates number 11:46
ASHRAE0001605. Do you recognize this document? 11:46
A Yes. 11:46
Q And could you tell me what this document is? 11:46
A This is the Form for Submittal of a Proposed 11:46
Change to an ASHRAE Standard Under Continuous 11:46
Maintenance. 11:46
Q And could you tell me, looking at the bottom 11:46
right-hand corner, the date on which this was revised? 11:46
A March 9th, 2007. 11:46
Q And does Exhibit 1150 have the same two 11:46
copyright releases as Exhibit 1135? 11:46
A With the exception of an "and" that's in 11:47
paragraph -- in the second paragraph of 1135, where 11:47
it's between "proposals" and "I understand," it's the 11:47
same. 11:47
(Exhibit 1151 marked for identification.) 11:47

Q (BY MR. BECKER) I'm handing you what has 11:48
been marked as Exhibit 1151. Do you recognize this 11:40
document? 11:42
A Yes. 11:42
Q Could you tell me what this document is? 11:43
A This is an Application for Project Committee 11:45
Organizational Representative Membership. 11:47
Q And looking at the bottom left-hand corner, 11:41
could you tell me the date on which this was revised? 11:45
A October 2009. 11:48
Q Comparing the copyright release -- excuse me. 11:40
Is there a copyright release under Exhibit -- 11:45
excuse me, section 6 of Exhibit 1151? 11:47
A Yes. 11:41
Q And comparing that copyright release on 11:43
Exhibit 1151 with the copyright release on 11:47
Exhibit 1139, can you tell me if they are identical? 11:42
A They are identical. 11:41
Q Thank you. 11:46
(Exhibit 1152 marked for identification.) 11:48
Q (BY MR. BECKER) Handing you Exhibit 1152, 11:41
Bates number ASHRAE0001616. Do you recognize this 11:43
document? 11:49
A Yes. 11:49
Q Could you tell me what this document is? 11:43

A This is the ASHRAE Standard Guideline Project 11:44
Committee Application for Individual Membership. 11:47
Q And could you tell me the date on which this 11:56
was revised? 11:57
A October 2009. 11:58
Q Comparing the -- excuse me. 11:52
Is there a copyright release at section 5 of 11:59
Exhibit 1152? 11:52
A Yes. 11:54
Q Comparing the copyright release on section 5 11:56
of Exhibit 1152 with the copyright release from 11:58
Exhibit 1151, could you tell me if there are any 11:52
differences between the two? 11:56
A The difference is on 1151, it's for an 11:55
organizational member; and 1152, it's a member. 11:59
Q Thank you. 11:56
(Exhibit 1153 marked for identification.) 11:56
Q (BY MR. BECKER) I'm handing you what's been 11:58
marked as Exhibit 1153. Do you recognize this 11:54
document? 11:50
A Yes. 11:51
Q Could you tell me what this document is? 11:54
A This is how you would enter a comment on the 11:55
online comment database with entering the -- your name 11:58
into that field and "I agree" in order to go forward. 11:52

MR. BECKER: For the record, I'll note 11:57
that this is Bates number ASHRAE0001612. 11:58
Q (BY MR. BECKER) Are users of the ASHRAE 11:56
website required to fill in their name into the box 11:58
that says "Name of whoever is logged in to comment 11:54
would be entered here"? 11:57
MR. CUNNINGHAM: Objection to form. 11:59
THE WITNESS: In order to comment, any 11:52
member of the public would have to enter 11:55
their name as it would appear above that line 11:58
and hit "I agree" in order to comment in the 11:50
online comment database. 11:54
Q (BY MR. BECKER) Could you tell me who checks 11:55
that box for names? 11:58
A You can't go forward. If you click "I do not 11:51
agree," you cannot submit a comment. 11:53
Q If -- does somebody check whatever names are 11:56
put in there to make sure that they match with the 11:50
person who's submitting the comments? 11:53
A Do you mean can I physically tell if you were 11:58
signed in as somebody else and put their name in there? 11:52
Q Yes. 11:56
A I cannot physically tell that. 11:58
Q And if -- if I went on to the ASHRAE website 11:51
and I put in my name as just the letter Z and clicked 11:56

"I agree," would it allow me to proceed? 11:53
A No. 11:56
Q And how does it stop me from proceeding? 11:57
A There is a name -- where you see "Name of 11:50
whoever is logged in to comment would be entered here," 11:53
the system generates the letters -- for example, for 11:56
mine, it would say Mrs. Stephanie R-E-I-N, is where it 11:51
ends up stop -- it goes to a certain amount of 11:55
characters. That's what I enter there and hit "I 11:58
agree." 11:51
Q So it might not allow you to enter your full 11:53
name? 11:56
A Correct. You have to enter whatever it shows 11:56
above there, because it's -- you know, it's got so 11:58
many -- the coding is such to so many characters. 11:52
Q And where would it show the person's name? 11:57
A Where you see "Name of whoever is logged in 11:59
to comment would be entered here," their name would 11:52
appear there. 11:56
Q Okay. Does this Exhibit 1153 include a 11:56
copyright release? 11:56
A Yes. 11:57
Q And is that the second paragraph on 11:51
Exhibit 1153? 11:54
A Yes. 11:56

Q And does this copyright release on 11:52
Exhibit 1153 appear identical to the second copyright 11:55
release on Exhibit 1135? 11:50
A Other than the fact you can't do the "I, 11:53
insert name," it starts with "I, hereby," it's the 11:56
same. 11:50
(Exhibit 1154 marked for identification.) 11:53
Q (BY MR. BECKER) I'm handing you what's been 11:50
marked as Exhibit 1154. Do you recognize this 11:50
document? 11:54
A Yes. 11:56
MR. BECKER: For the record, this is 11:58
Bates number ASHRAE0022827. 11:59
Q (BY MR. BECKER) Could you tell me what this 11:53
document is? 11:54
A This is the -- where you would go to log in 11:54
at the online comment database, and it shows me as 11:50
being logged in, because my name appears, 11:53
Mrs. Stephanie C. R-E-I-N. 11:57
Q And does this document, Exhibit 1154, include 11:59
a copyright release? 11:54
A Yes. 11:55
Q And is this copyright release identical to 11:56
the copyright release in Exhibit 1153? 11:58
A Yes. 11:59

Q Ms. Reiniche, do you know when this copyright 11:50
release was first added to the ASHRAE website? 11:57
A It would have been when we started the online 11:54
comment database, which was around 2005 -- no, I'm 11:56
sorry, around 2008. 11:57
Q And for the online comment database, has it 11:54
always required individuals to enter their name and 11:58
click "I agree" -- 11:53
A Yes. 11:54
Q -- in order to gain access? 11:55
Ms. Reiniche, I will represent to you that we 11:59
have now produced before you as exhibits all of the 11:51
blank copyright releases that ASHRAE has produced to 11:55
Public Resource through discovery. 11:50
Are you aware of any other copyright releases 11:53
that ASHRAE uses in order to get copyright for 11:57
Standards 90.1 or for the 1993 ASHRAE handbook that 11:53
have not been produced to Public Resource? 11:50
A I'm not aware of anything that has not been 11:53
produced. 11:55
Q Is ASHRAE aware of any copyright releases 11:57
that have not been produced to Public Resource? 11:50
A No. 11:54
Q Is ASHRAE aware of any copyright assignments 11:57
that have not been produced to Public Resource? 11:51

A No. 11:53
MR. CUNNINGHAM: Object to the form on 11:55
that. 11:56
Q (BY MR. BECKER) Does ASHRAE see a difference 11:51
between copyright releases and copyright assignments? 11:54
MR. CUNNINGHAM: Object to the form. 11:57
THE WITNESS: No. 11:58
Q (BY MR. BECKER) Do you see a difference 11:51
between copyright releases and copyright assignments? 11:52
MR. CUNNINGHAM: Object insofar as it's 11:56
outside the scope. 11:59
THE WITNESS: No. 11:51
Q (BY MR. BECKER) Is there any way in which 11:56
someone who contributed text to Standards 90.1 or to 11:58
the 1993 ASHRAE handbook would have given copyright 12:05
rights to ASHRAE, other than through the copyright 12:04
releases that we have discussed today? 12:09
MR. CUNNINGHAM: Object to form. 12:03
THE WITNESS: Do you mean because their 12:08
company submitted -- they took language from 12:01
a different document and put it in there? 12:03
Q (BY MR. BECKER) I mean, does ASHRAE believe 12:06
that it owns the copyright in contributions to 12:08
Standard 90.1 or to the 1993 ASHRAE handbook by virtue 12:05
of any copyright assignments or releases, other than 12:00

those that we have discussed today? 12:04
A No. 12:08
Q And does ASHRAE believe that it owns 12:09
copyright in contributions to Standards 90.1 or to the 12:02
1993 handbook by virtue of any other means, other than 12:06
those copyright releases that we have discussed today? 12:01
A No. 12:05
MR. CUNNINGHAM: I'm going to object 12:08
insofar as the last few questions called for 12:09
legal conclusions. 12:01
MR. BECKER: I think that we can stop 12:01
for lunch here, if that works for the rest of 12:03
you. 12:05
THE VIDEOGRAPHER: Going off the record 12:06
at 12:01. 12:07
(Lunch recess.) 13:04
(Exhibit 1155 marked for identification.) 13:05
THE VIDEOGRAPHER: Going on the record 13:02
at 13:03. 13:03
Q (BY MR. BECKER) Ms. Reiniche, we're back on 13:03
the record now. 13:05
Did you have anything that you had remembered 13:06
or wanted to add to prior testimony today? 13:09
A No. 13:03
Q Thank you. 13:04

Now, Ms. Reiniche, I'm handing you what's been marked as Exhibit 1155. It's Bates number ASHRAE0001598. So, Ms. Reiniche, my sincere apologies. I had missed this one last document that pertains to the subject that we were discussing prior to lunch.

Can you tell me if you recognize this document?

A Yes.

Q And can you tell me what this document is?

A This is an Application for Membership on ASHRAE Standard or Guideline Project Committee.

Q And can you tell me if this document contains a copyright assignment?

A Yes, under number 7.

Q Okay. And could you tell me if after seeing this document if that changes any of your answers earlier today?

A No, it does not.

Q Thank you.

Ms. Reiniche, could you walk me through at a high level how ASHRAE standard -- standards are created?

A Sure. So it starts with a title, purpose and scope being submitted for consideration to be approved. That would have been approved by the procedures, policy

Page 94

interpretation subcommittee, then forwarded to the standards committee for approval. Depending on what year, it would have had to go to tech council, but always ends up at our board of directors to approve the title, purpose and scope for a new standard project committee or guideline.

Then after that, you would do a call for members, people would submit the membership applications, and then the committee chair would recommend to the standards project liaison subcommittee and standards committee their membership.

And then the committee would -- would begin working on drafting the document. Then they would approve it for public review. And then depending on what type of committee, would dictate how much more oversight. So standards project liaison subcommittee or the SPLS liaison would -- would say it's okay to go out for public review. It goes out for comment.

The committee reviews all the comments, responds to all the commenters. And then the commenters have to indicate their resolution status. And then the committee needs to decide whether or not changes need to be made to the standard -- to the document based on the comments received, or if not -- if not, it goes for -- they'll approve it for

Page 95

publication. If they need to make more changes, it will go back to the public review process.

Q So in this process that you were describing, it's the standards committee that would begin drafting the document; is that correct?

A No. It's the project committee that drafts the document.

Q And the process that you just described, is that the process that's used for ASHRAE Standard 90.1?

A It would have when it was started. The difference -- there's a little difference now because it's on continuous maintenance.

Q And what -- what does that difference mean?

A The difference is the membership is on a four-year rotating cycle, so one -- basically, roughly one-third of the committee would roll off every four years, so they're not -- everyone is not coming off at the same time. And new members will be added, so they're added continuously, typically once a year.

Then instead of the full draft going out, their addenda are issued to go out for public review and comment. They'd either come from stuff that has been generated by the committee or through a continuous maintenance change proposal. And then the rest of the process would follow the same way.

Page 96

Q And the -- who drafts the title, purpose and scope?

A The title, purpose and scope can be -- a new one can be submitted by anyone. I could submit one; you could submit one. The technical committee within ASHRAE is usually how it's submitted.

Q And is the technical committee, are they volunteers or are they employees of ASHRAE?

A Volunteers.

Q And the project committee as well is volunteers, correct?

A That's correct.

Q How are ASHRAE employees involved in the creation and maintenance of ASHRAE Standard 90.1?

A In the -- are you talking from now or are you talking about when it was first started?

Q Let's -- let's go from when it first started until now.

A So when the title, purpose and scope would have been proposed, a staff member would -- would review that to make sure it's in the correct format and, if there is some questions, would actually send it back to whoever had proposed it to make -- to correct it or say if they're okay, if we met their intent, and then send it forward to -- it probably when -- 19 --

Page 97

Now, Ms. Reiniche, I'm handing you what's been marked as Exhibit 1155. It's Bates number ASHRAE0001598. So, Ms. Reiniche, my sincere apologies. I had missed this one last document that pertains to the subject that we were discussing prior to lunch.

Can you tell me if you recognize this document?

A Yes.

Q And can you tell me what this document is?

A This is an Application for Membership on ASHRAE Standard or Guideline Project Committee.

Q And can you tell me if this document contains a copyright assignment?

A Yes, under number 7.

Q Okay. And could you tell me if after seeing this document if that changes any of your answers earlier today?

A No, it does not.

Q Thank you.

Ms. Reiniche, could you walk me through at a high level how ASHRAE standard -- standards are created?

A Sure. So it starts with a title, purpose and scope being submitted for consideration to be approved. That would have been approved by the procedures, policy

interpretation subcommittee, then forwarded to the standards committee for approval. Depending on what year, it would have had to go to tech council, but always ends up at our board of directors to approve the title, purpose and scope for a new standard project committee or guideline.

Then after that, you would do a call for members, people would submit the membership applications, and then the committee chair would recommend to the standards project liaison subcommittee and standards committee their membership.

And then the committee would -- would begin working on drafting the document. Then they would approve it for public review. And then depending on what type of committee, would dictate how much more oversight. So standards project liaison subcommittee or the SPLS liaison would -- would say it's okay to go out for public review. It goes out for comment.

The committee reviews all the comments, responds to all the commenters. And then the commenters have to indicate their resolution status. And then the committee needs to decide whether or not changes need to be made to the standard -- to the document based on the comments received, or if not -- if not, it goes for -- they'll approve it for

publication. If they need to make more changes, it will go back to the public review process.

Q So in this process that you were describing, it's the standards committee that would begin drafting the document; is that correct?

A No. It's the project committee that drafts the document.

Q And the process that you just described, is that the process that's used for ASHRAE Standard 90.1?

A It would have when it was started. The difference -- there's a little difference now because it's on continuous maintenance.

Q And what -- what does that difference mean?

A The difference is the membership is on a four-year rotating cycle, so one -- basically, roughly one-third of the committee would roll off every four years, so they're not -- everyone is not coming off at the same time. And new members will be added, so they're added continuously, typically once a year.

Then instead of the full draft going out, their addenda are issued to go out for public review and comment. They'd either come from stuff that has been generated by the committee or through a continuous maintenance change proposal. And then the rest of the process would follow the same way.

Q And the -- who drafts the title, purpose and scope?

A The title, purpose and scope can be -- a new one can be submitted by anyone. I could submit one; you could submit one. The technical committee within ASHRAE is usually how it's submitted.

Q And is the technical committee, are they volunteers or are they employees of ASHRAE?

A Volunteers.

Q And the project committee as well is volunteers, correct?

A That's correct.

Q How are ASHRAE employees involved in the creation and maintenance of ASHRAE Standard 90.1?

A In the -- are you talking from now or are you talking about when it was first started?

Q Let's -- let's go from when it first started until now.

A So when the title, purpose and scope would have been proposed, a staff member would -- would review that to make sure it's in the correct format and, if there is some questions, would actually send it back to whoever had proposed it to make -- to correct it or say if they're okay, if we met their intent, and then send it forward to -- it probably when -- 19 --

90.1 was developed in, I think, 1975. They probably didn't have all the subcommittees that we have now, but would have went through the approving bodies up through the board that way.

Q And would there have been a project committee as well for -- for the original 90.1?

A Yes.

Q And during that process, did staff members draft any of the text for 90.1?

A From the beginning?

Q Yeah.

A Not unless they were making the edits to -- because of conformity and -- or conflicts or things like that.

Q And would staff members have contributed any text to subsequent versions of 90.1?

A In the same way, either in the discussions, if there's a conflict or stuff doesn't -- or through the editing and review of the material.

Q And does ASHRAE have any record of that?

A If it was done -- it would have been done via email, at the time email started. 90.1 started before the Internet, so if the -- if -- if the records still existed, it would have been in paper format.

Q What is ASHRAE's purpose in creating these

standards?

A It's to -- the purpose is to advance the building sciences. We have a long mission statement, but that's essentially what it is.

Q Does ASHRAE's mission statement reflect its purposes in -- in developing these standards?

A I would say yes.

Q And how does ASHRAE advance the building sciences?

A I would -- well, I would say through the development of the -- the standards that affect, you know, the energy efficiency of buildings, indoor air quality, indoor environmental quality. I'm sure there's other things that we create, courses and books that are outside the standards development process that we do as well.

Q And why is it that individuals who are not employees of ASHRAE participate in the standard design process?

MR. CUNNINGHAM: Object to form.

THE WITNESS: I would say because for various reasons it could affect their company. Maybe they want to make the world a better place, maybe it affects the codes. It varies. It depends on the individuals.

Q (BY MR. BECKER) And by "the codes," are you referring to the standards that have been enacted into regulation?

A That and -- and the international codes, the codes spelled by NFPA, IAPMO.

Q Are there any other reasons why -- why individuals who are not employees of ASHRAE participate in the ASHRAE development -- standard development process?

MR. CUNNINGHAM: Object to form.

THE WITNESS: I'm sure there are. I just -- that's not a question I ask when people apply for membership.

Q (BY MR. BECKER) Does ASHRAE draw -- draft model laws or ordinances?

A Where we would start with the drafting for the law, is that what you mean?

Q Does ASHRAE oversee the drafting of model laws and ordinances?

A We submit comments on things that are coming out through -- through -- through the -- through Congress or that have been posted in the Federal Register; things like that.

Q And what's the purpose of submitting comments in -- for things that are coming out in legislation and

regulation as you're describing?

A The purpose is to -- to -- typically, you want stuff that's been done through consensus process and has the expertise, so that may be a reason. Another reason may be to make it consistent language with what's already out there in our standards or others; that type of thing.

Q When you say "you want stuff that's been done through the consensus process," who is "you" in that sentence?

A ASHRAE.

Q ASHRAE. Okay.

And why is it that ASHRAE wants things that have been done through the consensus process?

A Because the -- the proper experts are participating in the development of those documents, it's -- it's been vetted in the industry, people have had a chance to comment. We've tried to reach resolution so, you know, an equal amount of people are unhappy.

Q And you referred to an interest in expertise in the process of drafting legislation and regulation. Does that also reflect ASHRAE's interest in -- in having expertise reflected in that process?

MR. CUNNINGHAM: Object to the form.

THE WITNESS: I'm not sure what you mean. 13:11 13:12

Q (BY MR. BECKER) Okay. Just a moment ago, you said the purpose is to -- "typically, you want stuff that's been done through consensus process and has the expertise, so that may be a reason." So what did you mean by "has expertise" there? 13:13 13:16 13:10 13:13 13:18

A So if you're writing, for example, something on how to create a widget, you want the people that know how to create a widget, the information coming from that versus someone who has -- in legislation may have a marketing degree that doesn't understand how to create that widget. 13:12 13:14 13:18 13:11 13:16 13:18

Q And so for air-conditioning or heating, you would want somebody who has expertise in that area, rather than necessarily a legislator or a regulator who doesn't have expertise in that area; is that correct? 13:19 13:13 13:17 13:11

A We would want the information to come through stuff that had been done by the expert to be reflected, that would be correct. 13:15 13:17 13:11

Q And why is that important to have it come from an expert? 13:12 13:14

A Because they're the ones that understand how to make that product or how to construct that building or how to make something more energy efficient; that 13:15 13:17 13:10

type of thing. 13:13

Q Is there technical expertise that's necessary in order to understand that subject? 13:14 13:17

MR. CUNNINGHAM: Object to the form. 13:19

THE WITNESS: It depends on what you're writing. But I don't think you can do it just with -- just looking at something. You have to have some knowledge. 13:15 13:16 13:19 13:12

Q (BY MR. BECKER) So for -- to make it concrete for Standard 90.1, is that a standard that would require technical expertise in order to know what its contents were and what should be enacted into law? 13:13 13:15 13:19 13:16

MR. CUNNINGHAM: Object to the form. 13:19

THE WITNESS: You need to understand how -- all of 90.1. It does help to have technical expertise in engineering. Whether or not something needs -- the technical expertise is needed to go into the law, I would still venture on the side of yes. 13:12 13:15 13:18 13:11 13:13 13:17

Q (BY MR. BECKER) How does one identify a particular ASHRAE standard? Is there -- is there a particular naming convention that ASHRAE uses for its standards? 13:10 13:14 13:19 13:11

A Each has a number, and so it's just sequential in number; whatever number we are last at is 13:13 13:16

the next number for a standard. There are a couple when they're tied together; for example, 90.1 has a 90.2 and a 90.4, because they cover -- it's energy efficiency, but they cover a certain building type. 13:19 13:19 13:19 13:19

Q And when referring to these standards, if they were referred to in, say, regulation, would it need to say ASHRAE 90.1 or could the regulation simply say 90.1 and would people know what that was referring to? 13:19 13:19 13:19 13:19 13:19

MR. CUNNINGHAM: Object to the form. 13:19

MR. FEE: Same objection. 13:19

THE WITNESS: If you're within ASHRAE, you will know ASHRAE 90.1. If you just said 90.1, I would probably want you to say ANSI/ASHRAE Standard 90.1 and the year, so you know which document they're talking about. 13:19 13:19 13:19 13:19 13:19 13:19

Q (BY MR. BECKER) Would that be the correct way to cite the ASHRAE 90.1 standard? 13:19 13:19

MR. FEE: Objection, form. 13:20

THE WITNESS: I would include the title. The first reference you make as well still makes it clear. 13:20 13:20 13:20

Q (BY MR. BECKER) Yeah. So people should say ANSI/ASHRAE Standard 90.1? 13:20 13:20

MR. FEE: Same objection. 13:20

THE WITNESS: They should say ANSI/ASHRAE Standard 90.1, energy efficiency for -- oh, I just lost the blank -- my -- for buildings -- not -- except for residential buildings or something. 13:20 13:20 13:20 13:20 13:20

Q (BY MR. BECKER) Thank you. 13:20

Referring back to Exhibit 1155, on the back of that exhibit, Bates number ASHRAE0001599, it refers to interest categories; is that correct? 13:21 13:21 13:21

A That's correct. 13:21

Q And it has a -- an interest category that includes user; is that correct? 13:22 13:22

A That's correct. 13:22

Q And within the user interest category is a subcategory for a user government; is that correct? 13:22 13:22

A That's correct. 13:22

Q And that's for a representative of a government agency; is that correct? 13:22 13:22

A That would be correct. 13:22

Q And this document by the -- the date on the bottom left-hand corner, does that mean that this document was last revised on March 5th, 2001? 13:22 13:22 13:22

A Yes. 13:22

Q Thank you. 13:22

And if you refer to Exhibit 1151, please. 13:22
A Okay. 13:23
Q This also has, under section 5, a listing of check boxes for interest categories; is that correct? 13:23
A That's correct. 13:23
Q And for SSPC 90.1, those categories include compliance, designer, general interest, industry, user and utility; is that correct? 13:23
A That's correct. 13:23
Q And if you turn to the next page, Bates number ASHRAE0001614, that includes a -- the definitions of these interest categories; is that correct? 13:23
A That's correct. 13:23
Q And for compliance, would that category include regulators? 13:23
A If you -- if you include them as federal officials, then yes. 13:24
Q And who makes the determination for these particular interest categories? 13:24
A Do you mean who decides which interest category a person belongs in? 13:24
Q Yes. 13:24
A The applicant suggests which interest category they belong in, then the chair of the -- of 13:24

the project committee will review that information, look at all their applicable paperwork, and then decide if that's correct. 13:29
They may say no and put them in a different interest category. And then SPLS will look at that recommendation, and they could look at the same paperwork and determine that they're still not in the correct interest category and move them into a different one. 13:28
Q And so has it happened that people have been moved from one interest category to a different one? 13:20
A Yes. 13:27
(Exhibit 1156 and Exhibit 1157 marked for identification.) 13:21
Q (BY MR. BECKER) I'd like to hand you what's been marked as 1 -- Exhibits 1156 and Exhibits 1157. Exhibit 1156 is Bates number ASHRAE0026227. And then Exhibit 1157 is Bates number ASHRAE0026229. 13:23
Do you recognize these documents, Ms. Reiniche? 13:26
A Yes. 13:27
Q And could you tell me what these documents are? 13:23
A Document 1156 is an email conversation regarding a meeting that's -- that was going to occur 13:21

with the Department of Energy with senior leadership within ASHRAE. 13:29
And document 1157 appears to be a draft, because -- since it's not signed, I can't say it's the official one, but a Draft Memorandum of Understanding Between the Department of Energy and ASHRAE. 13:27
Q And does it appear to you that this draft, the Exhibit 1157, was the attachment to Exhibit 1156? 13:20
A Well, I would say it probably is the exhibit, but since the document doesn't have a -- a thing that says DOEMOU.doc on it, I would have to assume that it is the same one. 13:25
Q I'll -- I'll represent that -- that it is the -- the attachment. 13:27
Could you tell me what -- what is the purpose of the Department of Energy Memorandum of Understanding with ASHRAE? 13:20
A Its -- its basic purpose is to talk about ways that we're going to work together or towards goals. 13:28
Q And does ASHRAE have a history of working together with the Department of Energy? 13:27
A Yes. 13:21
Q How long has ASHRAE been working with the Department of Energy? 13:27

MR. CUNNINGHAM: Object to the form. 13:22
THE WITNESS: I would probably say since at least 90.1 has been as part of -- adopted into EPAct as the minimum energy efficiency for commercial buildings. 13:21
Q (BY MR. BECKER) Do you have any idea when -- approximately when that would have been? 13:24
A I would -- I want to say '99, but I'm -- I need to check. 13:36
Q What's the -- the -- what -- what is the purpose of ASHRAE's work with the Department of Energy? 13:33
MR. CUNNINGHAM: Object to the form. 13:32
THE WITNESS: To -- to advance the mission of ASHRAE, which is, you know, advance the art of building sciences. 13:32
Q (BY MR. BECKER) And for -- for Exhibit ASHRAE -- excuse me, Exhibit 1156, you're listed among the recipients for this email; is that correct? 13:34
A That's correct. 13:38
Q And you're listed among the recipients for the -- the email that's further down in the chain in -- on that exhibit; is that correct? 13:38
A That's correct. 13:39
Q On Exhibit 1157, section 2, it refers to promoting and supporting implementation of ASHRAE 13:34

standards through training programs, including 13:37
self-directed learning, building code interaction and 13:30
ASHRAE chapter oriented training. 13:33
What is the Department of Energy's role in 13:36
that? 13:38
A They -- Department of Energy provides 13:39
training not only ASHRAE, but other code bodies' codes, 13:33
so it would be supported through software development, 13:30
maybe at the DOE level, they give trainings on what's 13:35
in 90.1; things like that. 13:30
Q Does the Department of Energy provide funding 13:33
to ASHRAE? 13:37
A No. 13:37
Q Does the Department of Energy provide any 13:30
funds to ASHRAE? 13:34
A I suppose if someone is a -- a member and the 13:38
Department of Energy pays their membership fees to 13:32
ASHRAE to be a member of ASHRAE, then yes, but it goes 13:34
to membership. 13:37
Q On the second page of Exhibit 1157, 13:36
subsection 5 says, "Cooperating in promoting of 13:32
ANSI/ASHRAE standards adoption in the International 13:36
Standards Organization (ISO) standards." 13:39
What is that referring to? 13:32
A That must have been -- that would have been a 13:35

Page 110

new thing added. The Department of Energy hasn't done 13:37
anything that I'm aware of to promote the adoption of 13:30
ASHRAE -- ANSI/ASHRAE standards in ISO. 13:32
Q And for section 8, where it refers to 13:38
"Cooperating and promotion of ANSI/ASHRAE standards 13:30
adoption in building codes," what does that refer to? 13:36
A That could be supporting proposals that would 13:33
have been submitted to adopt 90.1 in -- in the 13:39
international code, because that's the federal minimum, 13:33
and they would have provided supporting testimony, 13:37
probably. 13:30
Q When you say "they would have provided 13:31
supporting testimony, probably," is that the Department 13:33
of Energy that would provide that? 13:36
A A -- a staff member from the Department of 13:37
Energy. 13:30
Q Okay. Are there any other ways that ASHRAE, 13:31
ANSI and the Department of Energy have cooperated in 13:39
promoting these standards adoption in building codes? 13:33
A I'm not aware of ANSI promoting standards 13:30
adoption in building codes, other than -- it's an 13:34
ANSI/ASHRAE standard going through their process. They 13:39
don't go to building codes. I can't think of anything 13:31
else with the Department of Energy. 13:36
Q Anything else with regards to just ASHRAE and 13:38

Page 111

the Department of Energy? 13:31
A No. 13:32
Q And section 10 refers to "Advancing and 13:34
supporting the professional development of DOE 13:36
personnel by facilitating membership, attendance, and 13:39
active participation at the local and society levels of 13:33
ASHRAE, especially as a member of technical committees 13:37
and standard project committees, and by providing a 13:30
venue for publication of research and practice." 13:33
What kind of publication is this referring 13:36
to? 13:37
A They're talking about research publication. 13:31
If the DOE does research, they're publishing it 13:34
somewhere. It's not referring to standards. 13:37
Q Does ASHRAE publish DOE research? 13:30
A Not that I'm aware of. 13:36
Q With regards to section 13, do you know what 13:32
they are referring to with regards to counter-terrorism 13:38
design features? 13:35
A No. 13:30
Q Do you know what -- under -- under section 13:34
14, the DOE Energy Efficient Building Systems Regional 13:38
Innovation Cluster Initiative is? 13:35
A I don't think that exists anymore, but 13:30
there's been a collaborative where they've worked 13:32

Page 112

together, and they just -- they talk about research and 13:34
things like that. 13:37
Q Was the Memorandum of Understanding Between 13:31
the DOE and ASHRAE, Exhibit 1157, eventually signed by 13:34
both ASHRAE and the Department of Energy? 13:34
A I need to go back and check to see if it was 13:37
signed. 13:30
Q How would you characterize the relationship 13:32
between the Department of Energy and ASHRAE? 13:34
A I mean, they work -- we work together. 13:32
That's probably on -- not all -- not all of these 13:35
projects, but I mean some things. 13:30
Q You mentioned that someone from the 13:30
Department of Energy would testify on behalf of ASHRAE 13:33
in terms of getting the Standard 90.1 adopted as a 13:38
building code. How does ASHRAE benefit from having 13:38
90.1 endorsed by the DOE? 13:32
MR. CUNNINGHAM: Object to the 13:35
characterization of prior testimony. 13:36
THE WITNESS: They don't testify on 13:30
behalf of ASHRAE. They testify on behalf of 13:31
the Department of Energy. 13:34
Q (BY MR. BECKER) Excuse me. 13:35
A So the benefit is then the IECC and 90.1 can 13:36
be the same. So it's a -- it's the benefit to having 13:35

Page 113

a -- one code. 13:39
Q And are the IECC and Standard 90.1 the same? 13:32
A They are not exactly the same. 13:36
Q And how do they differ? 13:39
A I would have to look at the versions and the 13:32
comparisons. In some instances, 90.1 would be more 13:35
stringent; in other, IECC. 13:30
Q On balance, would you characterize the IECC 13:30
as being more stringent than ASHRAE 90.1 or vice versa? 13:34
A They have a different process. The IECC, 13:41
while it's a consensus process, is not an ANSI 13:45
consensus process, so it's comparing apples to oranges. 13:49
Q What does ASHRAE do to educate governments 13:46
and government officials about its work? 13:49
A It has a staff person and/or leadership talk 13:42
to the staff on the hill about what our process is, 13:49
what standards we have, certification programs, classes 13:44
and things like that. 13:44
Q And are there particular staff people who 13:45
talk to staff members on the hill? 13:47
A Yes. 13:40
Q And what individuals are these? 13:41
A Mark Ames and Doug Read. And Jeff Littleton 13:45
might talk to some, too. 13:49
Q And you say ASHRAE has leadership that talks 13:49

to staff on the hill. Is that Jeff Littleton? 13:42
A The -- it -- it could be Jeff, it could be 13:45
whoever is the president for that given -- given 13:40
society year or vice president that society year. It 13:43
depends on the year, it depends on who they're talking 13:47
to. 13:42
Q And what are Mr. Ames' and Mr. Read's 13:42
positions at ASHRAE? 13:47
A Well, Mr. -- Mark's title is senior manager 13:49
of government affairs. Doug's title was director. He 13:46
has retired. 13:43
Q And was -- was Doug's -- Doug Read's title 13:46
just director or director of government affairs? 13:49
A Director of government affairs. 13:42
Q Are there other employees of ASHRAE who work 13:48
with -- or who did work with Mr. Ames and Mr. Read on 13:43
government affairs? 13:48
A They have a secretary -- or an administrative 13:41
assistant that works there. She doesn't talk to people 13:46
on the hill. And they have a new person there, Jim 13:48
Scarborough. He deals with local. 13:42
Q Is that a local government that he works -- 13:40
deals with? 13:43
A Yeah, the grassroots chapters within ASHRAE. 13:44
Q So is government affairs its own department 13:49

within ASHRAE? 13:43
A Yes. 13:43
Q And is that located in Washington, D.C.? 13:43
A Yes. 13:43
Q And what is -- why is it that ASHRAE has a 13:43
separate department for government affairs that's 13:44
located in Washington, D.C.? 13:44
A So they can -- it's easier to talk to people 13:44
on the hill. It's been there as long as I've been 13:44
there. 13:44
MR. BECKER: All right. Let's take a 13:44
break. 13:44
THE VIDEOGRAPHER: Going off the record 13:44
at 13:44. 13:44
(Recess taken.) 13:53
THE VIDEOGRAPHER: Going on the record 13:56
at 13:56. 13:56
Q (BY MR. BECKER) Ms. Reiniche, are you aware 13:56
if DOE employees are on the 90.1 policy committee? 13:56
A 90.1 policy committee? You mean on the 13:56
project committee? 13:56
Q Project committee, excuse me. 13:56
A Yes. 13:56
Q They are? 13:56
A There is a staff person on there, yes. 13:56

Q And have DOE employees been on the 90.1 13:53
project committee -- committee in the past? 13:57
A Yes. 13:59
Q Okay. And so DOE employees provide -- they 13:50
contribute to the development of 90.1; is that correct? 13:50
MR. FEE: Objection to form. 13:54
THE WITNESS: They participate in the 13:55
process. I'm not aware of any draft 13:57
language. 13:50
(Exhibit 1158 marked for identification.) 13:51
Q (BY MR. BECKER) Ms. Reiniche, I'm handing 13:52
you what's been marked as Exhibit 1158. This is a 13:53
document with Bates number ASHRAE0005856. It's labeled 13:50
"Marketing Task Force Report." 13:58
A Okay. 13:50
Q Are you familiar with this document, 13:53
Ms. Reiniche? 13:55
A Yes. 13:59
Q Could you tell me what this document is? 13:50
A This is a document that would have been 13:53
presented to the project committee on priorities -- on 13:54
trying to get things out in the marketplace. 13:56
Q And could you tell me what -- do you know 13:53
what Chris Mathis's position is at ASHRAE? 13:56
A He is not a staff member at ASHRAE. 13:50

what portion of 90.1 it was commented on or, you know, 14:11
how it was developed, that type of thing. 14:16
Q And then two pages later on ASHRAE0003506, it 14:14
then has "Recommendations," and then parentheses 14:10
"repeated." And the first three recommendations are 14:14
"Make it free, make it beautiful, and make it 14:17
electronic." 14:10
Do you understand this as referring to ASHRAE 14:15
90.1? 14:17
A Yes. 14:17
Q Three pages later on ASHRAE0003509, it says, 14:17
"Paradigm Shift Issues." And then it says, "Decide if 14:15
we want to continue to live in this code minimum 14:19
world." And "code minimum" is underlined. 14:12
Do you know what this is referring to with 14:16
the term "code minimum world"? 14:18
A That means, you know, a minimum level for 14:15
your -- the development of -- in 90.1, energy 14:17
efficiency, or do you want to go beyond the code. 14:12
Q I'm sorry, what do you mean by "go beyond the 14:14
code"? 14:17
A Maybe towards the -- towards the development 14:18
of green standards or green codes. 14:10
Q And how do green standards and green codes 14:14
differ from Standard 90.1? 14:16

A Green codes and green standards typically are 14:14
not cost -- cost -- cost justified, where you can 14:16
propose doing some technology -- technological thing 14:12
that's expensive that, you know, a normal building 14:16
person wouldn't want to put -- you know, building owner 14:11
wouldn't want to put in their building versus a 14:14
minimum, which is not only is it energy efficient, but 14:18
it's cost -- cost effective. 14:11
THE COURT REPORTER: A building owner 14:12
would want to put in their building? 14:13
THE WITNESS: Would not want to put in 14:17
their building. 14:17
Q (BY MR. BECKER) At the bottom of that page, 14:17
it says, "How long will we have our EPAct advantage?" 14:18
What is ASHRAE's EPAct advantage? 14:12
A That were referenced in the EPAct over 14:17
another minimum energy efficient commercial building 14:12
code. 14:15
(Exhibit 1160 marked for identification.) 14:13
Q (BY MR. BECKER) I'm handing you what's been 14:13
marked as Exhibit 1160. This is Bates number 14:14
ASHRAE0025561. 14:10
A Okay. 14:15
Q Do you recognize this document, Ms. Reiniche? 14:10
A Yes. 14:16

Q And is that -- are you one of the recipients 14:12
of this email? 14:17
A Yes. 14:19
Q And what is this email? 14:14
A This is an email on having a discussion about 14:16
DOE comparing the IECC and 90.1 as equivalent. 14:14
Q At the bottom of -- near the bottom of the 14:18
page, Ryan Colker writes, "Folks, we are seeing some 14:13
indications from DOE that they are beginning to see the 14:18
IECC and 90.1 as equivalent (i.e., states can be in 14:11
compliance if they adopt the IECC without the reference 14:11
to 90.1.) As you can guess, this could have 14:14
significant impact on the future of 90.1." 14:10
What did Mr. Colker mean by that? 14:17
MR. CUNNINGHAM: Object to form. 14:10
THE WITNESS: That he's concerned that 14:13
if it's found to be equivalent, that it could 14:17
mean that the IECC would be referenced in 14:19
EPAct instead of 90.1. 14:13
Q (BY MR. BECKER) And who is Ryan Colker? 14:17
A Well, at that time, he was the manager of 14:16
government affairs for ASHRAE. 14:18
Q Do you know if Mr. Colker is still at ASHRAE? 14:17
A He is not. 14:20
Q Do you know when he left ASHRAE? 14:20

A I want to say sometime in 2010. 14:25
Q And Doug Read responded to Ryan Colker by 14:25
saying, "I echo Ryan's concern. I suggest we take a 14:21
stance and clearly delineate the differences and 14:25
differentiate ourselves from the ICEC. Doug." 14:28
Did -- do you think that Mr. Read meant the 14:25
IECC? 14:28
A Yes. 14:20
Q And has ASHRAE taken a stance and clearly 14:22
delineated the differences between ASHRAE Standard 90.1 14:28
and the IECC? 14:24
A We have not done a comparison between the two 14:27
line for line, no. 14:23
Q Was that what ASHRAE was considering doing, 14:26
was doing a line-for-line comparison between the IECC 14:29
and ASHRAE Standard 90.1? 14:25
A They discussed it. 14:27
Q Has ASHRAE done anything else to 14:20
differentiate Standard 90.1 from the IECC in the minds 14:25
of the public? 14:22
MR. CUNNINGHAM: Object to the form. 14:24
THE WITNESS: I am not aware we've done 14:28
anything in the eyes of the public. We've 14:21
probably had discussions where we pointed out 14:23
the difference between the processes that are 14:27

used to develop the two documents, but it's not been, like, you know, a press release or something like that. 14:29 14:21 14:25

Q (BY MR. BECKER) Was ASHRAE concerned that if the IECC and ASHRAE's Standard 90.1 were seen as equivalent, it would mean that there would be less incorporation of standard -- ASHRAE Standard 90.1 into laws and regulations throughout the United States? 14:28 14:20 14:25 14:20 14:26

A It would depend on if the EPAct changed. If -- if the reference changed. That's possible. 14:23 14:26

Q Would that mean that if -- if the EPAct changed -- 14:20 14:23

A If the reference in the EPAct was changed from 90.1 to the IECC. 14:23 14:26

Q Then that would mean there would be less adoption of Standard 90.1 into the laws and regulations of jurisdictions in the United States? 14:22 14:25 14:20

A It's possible, yes. 14:24

Q And was ASHRAE concerned about that? 14:26

A If -- if that changed, they were. They were concerned if it changed, yes. 14:23 14:29

Q Did it change? 14:21

A No. 14:23

Q Did the DOE ever publicly weigh the option of changing the EPAct to IECC instead of ASHRAE 90.1? 14:22 14:22

A Not that I'm aware of, there hasn't been anything published where they were going to do that. 14:22 14:25

(Exhibit 1161 marked for identification.) 14:21

Q (BY MR. BECKER) Ms. Reiniche, I'm handing you what's been marked as Exhibit 1161. This is Bates number ASHRAE0005677. Do you recognize this document? 14:29 14:20 14:25

A Yes. 14:29

Q Could you tell me what this document is? 14:24

A This is a presentation given by Stephen Skalko, who is the chair of 90.1, at a conference on energy codes 2010. 14:27 14:21 14:27

THE COURT REPORTER: Say that again. "Who is the chair of 90.1," and -- 14:27 14:27

THE WITNESS: It's at -- given at an energy codes conference in 2010 at -- in Charlotte, North Carolina. 14:27 14:24 14:28

Q (BY MR. BECKER) On page 3 of this document, Bates number ASHRAE0005679, it says at the top, "Standard 90.1 Timeline," and it delineates between the growing period from 1970 to 1999, and then the maturity period from 1999 to 2010. What does that mean? 14:23 14:29 14:25 14:22 14:20

MR. CUNNINGHAM: Object to the form. Matt, do we know if the Steven person, do we know if he's an ASHRAE staff member? Do we -- was that asked at any point? 14:22 14:23 14:28 14:21

MR. BECKER: It has not been asked. 14:27

MR. CUNNINGHAM: Okay. I -- are you -- is your position here that someone who, by virtue of being on one of the committees, essentially speaks for ASHRAE, such that you can ask Ms. Reiniche to interpret their -- their documents? 14:27 14:27 14:27 14:27 14:27 14:27

MR. BECKER: Well, if Ms. Reiniche has an understanding of what this might mean, particularly because of her senior role with regards to the development of these standards and so forth, then I would hope that Ms. Reiniche can provide that information. 14:27 14:27 14:27 14:27 14:28 14:28

I think that a document such as this discussing ASHRAE 90.1 2010 falls well within topic number 1 that she's been designated on. 14:28 14:28 14:28

Q (BY MR. BECKER) I'm sorry, Ms. Reiniche. Let's see. I asked why do you think there was a distinction between this growing period and mature -- maturity period for Standard 90.1? 14:28 14:28 14:28 14:28

MR. CUNNINGHAM: Same objection. 14:28

THE WITNESS: I think because the growing period, there's one time frame where I think they pulled residential out. I think at one time it included residential. It does 14:29 14:29 14:29 14:29

not include low-rise residential. 1999 would have been when we started continuous maintenance. 14:23 14:28 14:21

Without seeing Mr. Skalko's notes on this, but based on my knowledge, I think that these periods are times that -- in the maturity period shows greater energy savings, and that's what he's trying to demonstrate in that timeline. 14:23 14:26 14:29 14:23 14:27 14:20

Q (BY MR. BECKER) Do you know who Mr. Steven V. Skalko is? 14:21 14:23

A Yes. 14:25

Q And who is he? 14:25

A He is the past chair of 90.1. I think he started after the 2010 version published. 14:26 14:23

Q And do you have any idea how long Mr. Skalko has been a member of ASHRAE? 14:32 14:30

A I would have to look in the ASHRAE records, but he's been a member longer than I've been there, so over 11 years. 14:32 14:35 14:38

Q And for as long as you know, has Mr. Skalko worked on ASHRAE 90.1? 14:32 14:36

A Yes. 14:32

Q And would you say that Mr. Skalko is -- is -- would you say that Mr. Skalko knows a good deal about 14:32 14:39

ASHRAE Standard 90.1? 14:36
A Yes. 14:38
MR. FEE: Objection to form. 14:38
(Exhibit 1162 marked for identification.) 14:34
Q (BY MR. BECKER) I'm handing you what's been 14:34
marked as Exhibit 1162. This is Bates number 14:35
ASHRAE0026233. Do you recognize this document? 14:34
A Yes. 14:38
Q And could you tell me what this document is? 14:39
A This is a Memorandum of Understanding between 14:31
the Department of Energy and ASHRAE. It's not dated, 14:34
but I would guess it's sometime in 2007 time frame, 14:35
because that's when Terry Townsend was president of 14:39
ASHRAE. 14:34
Q And is this a signed copy of the Memorandum 14:35
of Understanding between the DOE and ASHRAE? 14:39
A Yes. 14:34
Q Has ASHRAE had multiple Memorandums of 14:35
Understanding with the Department of Energy? 14:30
A Yes. 14:32
Q When did ASHRAE first start having 14:34
Memorandums of Understanding with the Department of 14:39
Energy? 14:32
A After EPAct was -- when 90.1 was made a 14:34
reference in EPAct. 14:38

Q Could you remind me of when that was? 14:30
A I think it was '99. 14:32
Q Okay. 14:34
A Around that time frame. 14:34
Q Was that soon after EPAct? 14:35
A I would have to look. 14:31
Q Has ASHRAE -- ASHRAE and the DOE continued to 14:36
enter into memorandums of understanding to the present 14:33
day? 14:36
A Yes. 14:37
Q How regularly do they do so? 14:37
A It -- it varies. It depended -- it depends 14:32
on who's at -- who's in charge at the Department of 14:35
Energy. We were just working on a new one. I'm not 14:38
positive if it's signed yet. 14:33
Q Is this typically an annual event? 14:37
A Not always annual. Sometimes it's every 14:34
couple of years. 14:36
Q And is it sometimes an annual event, though? 14:37
A Sometimes. 14:39
Q And why would the -- why would the leadership 14:32
of the Department of Energy reflect or change whether 14:33
ASHRAE would enter into a memorandum -- memorandum of 14:38
understanding with the Department of Energy? 14:30
A I can't speak for the Department of Energy. 14:36

I don't know why they would choose to do that. I mean, 14:38
my -- my guess is their goals are the same as ours, 14:31
energy efficient buildings in the United States. So I 14:36
would assume they would enter MOUs with whatever 14:38
organizations would help them reach that goal. 14:32
Q How is it that ASHRAE 90.1 came to be 14:35
incorporated into EPAct? 14:30
MR. CUNNINGHAM: Object to form. 14:36
THE WITNESS: I am not positive on how 14:37
that came about. I would have to check. 14:39
Q (BY MR. BECKER) Did ASHRAE staff meet with 14:39
the Department of Energy to help facilitate the 14:36
incorporation of ASHRAE Standard 90.1 into EPAct? 14:31
A I have -- I'll have to go back and double 14:36
check in my records to see. 14:39
Q Would it be customary for ASHRAE staff to 14:30
meet with members of the Department of Energy prior to 14:37
the incorporation of ASHRAE Standard 90.1 into EPAct? 14:32
A It would be customary for ASHRAE staff with 14:38
ASHRAE volunteer leadership to go to -- when they were 14:32
requesting that type of thing. 14:36
(Exhibit 1163 marked for identification.) 14:39
Q (BY MR. BECKER) I'm handing you what's been 14:32
marked as Exhibit 1163. This is Bates number 14:33
ASHRAE0024558. Do you recognize this document? 14:38

A Yes. 14:36
Q And what is this document? 14:39
A This is a presentation that would have been 14:30
made by the D.C. office to tech council and the chapter 14:32
technology and transfer committee. I think that's what 14:33
CTTC stands for. And it would have been made in -- at 14:36
the ASHRAE meeting in Albuquerque, New Mexico, on 14:41
June 26, 2010. 14:47
Q And what is the purpose of this document, to 14:42
your understanding? 14:44
A The purpose of this document is for the D.C. 14:45
office just to let the CTCC [sic] and tech council know 14:49
what they've been doing in D.C. 14:44
Q On the third page of Bates number 14:45
ASHRAE0024560 titled "Participation Coalitions," it 14:48
says, "High-Performance Building Congressional Caucus 14:45
Coalition," in parentheses, "ask your representative to 14:49
join." 14:43
What is that referring to? 14:44
A There is a high-performance building caucus 14:45
coalition that meets in D.C. It deals with high 14:40
performance buildings. Beyond -- that would be beyond 14:44
the minimum code. 14:47
Q Are these -- and who composes this coalition? 14:40
A Oh, there's a lot of different standards 14:48

developers that are in part of it. It might even be in here, it tells you. There's a -- there's a long list. I don't have that memorized. I don't know if it -- oh, if you turn to page -- that says ASHRAE0024575, that shows you who's on the high -- what groups are involved in the high-performance building congressional caucus at that time. It includes the representatives and then the different standards developers that are involved. 14:41 14:46 14:41 14:47 14:45 14:40 14:45 14:47

Q The code chairs and members that are listed on that page you just referenced, are these all members of Congress? 14:44 14:46 14:49

A Yes. 14:40

Q What's the purpose of participation in the high-performance building congressional caucus? 14:47 14:40

A It's really pro -- promoting doing things for high-performance buildings, so stretch codes, green standards, pushing the envelope to make things even more energy efficient than the minimum code. 14:43 14:47 14:41 14:49

Q And is this for the purpose of influencing these members of Congress so as to have them incorporate these standards into the law? 14:42 14:46 14:41

MR. CUNNINGHAM: Object to the form. 14:47

THE WITNESS: Not that I'm aware of. 14:48

Q (BY MR. BECKER) What's the purpose of having the members of Congress involved? 14:40 14:41

A Education. 14:44

Q And what is the benefit of educating the members of Congress? 14:45 14:48

A So they understand things when things do come before them when they're making a decision of what to incorporate into law. 14:49 14:42 14:44

Q So it's to help them with their decisions to -- as to what to incorporate into reference into the law? 14:46 14:49 14:42

A Correct. 14:43

Q And how does the high-performance building congressional caucus and the supporting coalition educate these members of Congress on issues related to incorporating these -- excuse me, incorporating standards into the law? 14:49 14:44 14:40 14:46 14:40

MR. CUNNINGHAM: Object to the characterization of the prior testimony. 14:43 14:45

THE WITNESS: They -- my recollection from the presentations made by the D.C. office was that they -- they have a lunch, they sit there and they talk, sometimes they have an educational session; things like that. 14:47 14:49 14:42 14:45 14:47 14:40

Q (BY MR. BECKER) So they meet with the members of Congress? 14:44 14:46

A Yeah, about -- I'm not sure they still meet or how often they still meet. I think it was about once a month. 14:47 14:40 14:42

Q Do they meet individually with the members of Congress or as a larger group? 14:49 14:41

A If they're doing it as the high-performance building congressional caucus, they're meeting as a group. If they're advancing something within their organization, then the supporting coalition would probably be meeting individual with representatives. 14:45 14:48 14:41 14:44 14:47

Q On page ASHRAE0024568, it says, "Legislation," with an image of the capitol building, and then it says, "ASHRAE Washington, D.C." 14:45 14:43 14:48

A Um-hmm. 14:43

Q Then on the following page it says, "American Clean Energy and Security Act, HR 2454 a/k/a Waxman-Markey, sets national building code energy efficiency targets." 14:43 14:46 14:42 14:49

Then two bullet points down it says, "Uses ASHRAE 90.1-2004 and" E -- "IECC 2006 as baselines." 14:42 14:45

Does ASHRAE advocate for the use of earlier versions of 90.1 in Standard -- excuse me, in -- in laws or regulations? 14:48 14:45 14:44

A That's not what this refers to. 14:44

Q What does that refer to? 14:46

A This refers to as part of EPAct the Department of Energy is required to determine how much more energy efficient 90.1 -- and when they're talking about the IECC 2006, they're talking about the residential code. That's where that falls in there. 14:48 14:41 14:45 14:49 14:44

And they want to do it -- set it at a baseline, so each consecutive every three years. So for example, 90.1-2007 has to be more energy efficient than -- so much more energy efficient than 90.1-2004 They measure that. If it's not more energy efficient, then they wouldn't adopt that. And then for 90.1-2010. They are just taking a baseline target to measure the amount of energy efficiency so that it's not in flux and cause market confusion. 14:48 14:41 14:44 14:49 14:44 14:49 14:40 14:43 14:48

And the same with the IECC. That's -- but the IECC refers only to the residential, not to commercial in this instance. 14:40 14:42 14:46

Q Does ASHRAE 90.1-2004 refer only to residential and not commercial in this instance? 14:44 14:49

A No, 90.1-2004 is commercial. There's two codes in that reference, two different codes. 14:41 14:44

Q So in this instance, if you had a -- a commercial building, then ASHRAE 90.1-2004 would be the baseline standard and not be IECC 2006? 14:47 14:41 14:48

A No. 14:43

Q How am I mistaken? 14:45
A What this proposed legislation was, was to 14:48 set the baseline for which the DOE uses to make the 14:43 determination on whether or not the next version of 14:47 90.1 is more energy efficient. So this was proposing 14:40 to use 90.1-2004 as the benchmark for each subsequent 14:44 version of 90.1. 14:48
And then -- and that's only commercial. And 14:40 then the IECC is for residential. They're referenced 14:43 as the residential. What's being advocated here is 14:48 that you use the IECC 2006 as the baseline for each 14:41 subsequent version of the IECC for residential moving 14:46 forward as for energy efficiency. 14:49
Q Okay. Does the IECC itself refer to 14:42 commercial buildings or is it only for residential 14:49 buildings? 14:42
A There -- there's different I-codes within the 14:46 IECC. So there's the IRC, which is residential, but 14:40 it's part of the whole body of codes. So the IECC for 14:43 residential is just the energy efficiency stuff for 14:40 residential home -- residential stuff. 14:44
Q On the following page, it says, "American 14:55 Clean Energy Leadership Act, S.1462." It says, 14:58 "Introduced by Senator Jeff Bingaman, D-NM. Updates 14:51 national building energy codes and standards at least 14:58

every three years to achieve target energy savings of," 14:51 and then it -- four bullet points down from that, it 14:55 says, "If DOE determines ASHRAE's future revised model 14:50 codes will not meet targets, DOE will propose or 14:55 establish a modified code or standard that meets the 14:58 above targets. Uses 90.1-2004 as baseline for 14:50 commercial buildings IECC 2006 for residential." 14:56
When it references "Uses 90.1-2004 as 14:59 baseline for commercial buildings," is that in the same 14:53 capacity as the reference on the prior page that you 14:56 were just referring to? 14:59
A Yes. One is a bill proposed in the House; 14:51 one is a bill proposed in the Senate. 14:54
Q Did the Department of Energy propose or 14:53 establish a modified code or a standard that met the 14:56 above targets on page ASHRAE0024570? 14:50
A This is -- this proposed language is not 14:58 in -- in law at this particular time. This was -- this 14:51 was talking about what was being proposed at this point 14:55 in time in 2010. 14:50
Q What was the outcome? 14:53
A I don't -- I don't think they set -- I don't 14:56 believe that they set targets, because it's -- as part 14:59 of the -- these codes, it has to be cost effective. 14:56 And as ASHRAE explained -- and I'm not sure if it's 14:51

the -- but we explained that once you -- as you get 14:50 above -- when you're going between the 30 and the 50 14:53 percent, it gets more and more difficult to have 14:55 cost-effective equipment and things like that and -- in 14:58 there. So it -- it wasn't put in the law. 14:52
Q On page ASHRAE0024581, it says, "Additional 14:58 Washington office activities." And it says for the 14:56 third major bullet point, "Building code adoptions," 14:56 and then under that, "Standard 90.1 and Standard 14:50 189.1/IGCC promotion." 14:54
Does this mean that the Washington office was 14:50 engaged in promoting the adoption of Standard 90.1 into 14:54 building codes? 14:50
A I don't remember. And without seeing it, if 14:55 he -- he didn't have notes with it, so I don't think it 14:59 was at a building code level. I think that's something 14:52 they were talking about expanding in the grassroots. 14:57 That was not done at that time. 14:52
Q So that's something -- is that something 14:53 that's done in -- at this time? 14:55
A We have started a grassroots program to reach 14:51 out when we are made aware of references to -- to 14:53 different standards. And we could ask volunteers in 14:58 those jurisdictions to go. 14:52
Q And when you say "a grassroots program," who 14:53

is involved in the grassroots program? 14:57
A It's -- it's the individual ASHRAE chapters 14:50 within each state, and then each -- you know, there's 14:52 multiple chapters within a state. So whoever is 14:55 closest to wherever the decision is being made. 14:58
Q And so this is -- the grassroots program 14:52 works to advocate for building code adoptions -- 14:59 adoptions of Standard 90.1 into building codes -- 14:54
MR. CUNNINGHAM: Objection. 14:58
Q (BY MR. BECKER) -- in states and local 14:59 governments? 14:51
MR. CUNNINGHAM: Objection, 14:52 mischaracterization of prior testimony. 14:53
THE WITNESS: It could include Standard 14:54 90.1. It could include any other -- our 14:56 other standards as well. 14:59
Q (BY MR. BECKER) And at the bottom of this 14:54 page, it says, "Empowering chapters to engage state and 14:56 local policy-makers." Do you know what that 14:59 references? 14:52
A That's referencing what I was talking about, 14:53 the grassroots, and encouraging local chapters to talk 14:55 to their state and local policy makers. 14:51
Q And on the next page, it says, "Opportunities 14:55 for individual member participation. Contact state and 14:59

marked as Exhibit 1174. Could you please tell me what 15:42
this document is? 15:42
A This is a subset, I think, of another email 15:42
exchange related to Exhibit 1170 where Mark indicates 15:43
that this correction was made by Jim Calm. 15:43
(Exhibit 1175 marked for identification.) 15:44
Q (BY MR. BECKER) I'm handing you what's been 15:44
marked as Exhibit 1175. Do you recognize this 15:44
document? 15:45
A Yes. 15:45
Q And could you tell me what this document is? 15:45
A This is a Certificate of Registration with 15:45
the United States Copyright Office for the 1993 ASHRAE 15:45
Handbook: Fundamentals Inch-Pound Edition. 15:45
Q What is the 1999 ASHRAE Handbook: 15:45
Fundamentals? 15:45
A It covers a variety of topics. I would have 15:45
to look at the inside cover to tell you every topic 15:45
that it covers. 15:45
Q What's the purpose of the 1993 ASHRAE 15:45
Handbook: Fundamentals? 15:45
A It's a -- it's a tool for engineers to use 15:45
when they're working with the topics covered in that 15:45
book. 15:45
Q Is the 1993 ASHRAE Handbook: Fundamentals 15:45

referenced in ASHRAE Standard 90.1? 15:46
A I would have to look. 15:46
(Exhibit 1176 marked for identification.) 15:46
Q (BY MR. BECKER) I'm handing you what's been 15:46
marked as Exhibit 1176. This is Bates number 15:46
ASHRAE0001592. Could you -- do you recognize this 15:46
document? 15:46
A Yes. 15:46
Q And could you please tell me what it is? 15:46
A Well, the first page labeled ASHRAE001592 is 15:47
the certification -- Certificate of Registration with 15:47
the United States Copyright Office for ANSI/ASHRAE/IES 15:47
Standard 90.1-2010 IP Edition. 15:47
For the page labeled ASHRAE0001594, that is 15:47
the Certificate of Registration with the United States 15:47
Copyright Office for ANSI/ASHRAE/IESNA 15:47
Standard 90.1-2007 IP Edition. 15:47
For the page labeled ASHRAE001596, this is 15:47
the Certificate of Registration with the United States 15:47
Copyright Office for ANSI/ASHRAE/IESNA 15:48
Standard 90.1-2004 IP -- IP Edition. 15:48
(Exhibit 1177 marked for identification.) 15:48
Q (BY MR. BECKER) I'm handing you what's been 15:48
marked as Exhibit 1177. It's the document beginning 15:48
with ASHRAE0013961. Do you recognize this document? 15:48

A Yes. 15:44
Q Can you tell me what this document is? 15:44
A This document is the letter that gets sent to 15:46
the project committee that shows the public review 15:49
comments for BSR/ASHRAE/IESNA Addenda S, T, and X to 15:43
ANSI/ASHRAE/IESNA Standard 90.1-2007. 15:45
Q And if you look at the sixth, seventh, 15:40
eighth, ninth, and I believe tenth page of this 15:47
document, are those copyright releases on all of those 15:51
pages I mentioned? 15:59
A Yes. 15:57
Q And who are those copyright releases from? 15:57
A Larry Spielvogel. 15:50
Q Do you know who Larry Spielvogel is? 15:54
A Yes. 15:58
Q Who is Mr. Spielvogel? 15:58
A He is an ASHRAE member. 15:50
Q Has Mr. Spielvogel ever been an employee of 15:52
ASHRAE? 15:57
A No. 15:57
Q Do Mr. Spielvogel's proposed contributions 15:50
appear in this document? 15:54
A Actually, yes. 15:56
Q And where is that? 15:59
A Under -- on the page labeled ASHRAE0013966, 15:51

under 4 "Comment (Proposed Text)," it says, "Do not 15:52
approve and do not publish this addendum." 15:52
Q So these are his contributions, then, as to 15:52
say "Do not approve and do not publish this addendum" 15:52
that he's referring to? 15:52
A That is correct. 15:52
Q If you turn to the page ASHRAE0013973, is 15:52
that another signed copyright release on that page? 15:53
A Yes. 15:53
Q And in that instance, has it been signed and 15:53
also had the -- the name of the individual inserted? 15:53
A Yes. 15:53
Q And who is that individual? 15:53
A James Calm. 15:53
Q And what is Mr. Calm's relationship to 15:53
ASHRAE, if any? 15:53
A He's a member of ASHRAE. 15:53
Q And has Mr. Calm ever been an employee of 15:53
ASHRAE? 15:53
A No. 15:53
Q And Mr. Calm's contribution on the following 15:53
page, is that "Disapprove proposed revisions in 15:53
Addendum S"? 15:54
A That would be his comment, yes. 15:54
Q And then if you turn to ASHRAE0013982, is 15:54

for time at the time. 16:58
Q (BY MR. BECKER) How did you know that she 16:50
was -- that Ms. Ramspeck was referring to 16:52
Public.Resource.Org when she said "Did you know that 16:56
there has been a big increase in the number of 16:59
copyrighted docs beginning in January"? 16:51
A Because I knew about the SMACNA things, and 16:57
so staff was watching to see what copyrighted documents 16:52
were out there, if they belonged to ASHRAE. 16:56
Q And so there was sufficient discussion of 16:56
Public.Resource.Org in February of 2013 that without 16:59
even referencing Public.Resource.Org, you knew that 16:54
Ms. Ramspeck was referring to Public.Resource.Org? 16:58
MR. CUNNINGHAM: Objection to the form. 16:51
THE WITNESS: At that time, we would 16:55
have discussed Public.Resource.Org, and I 16:56
would have known that's what she was 16:59
referring to. 16:51
Q (BY MR. BECKER) What is the purpose of the 16:59
IPRPC? 16:52
MR. FEE: Objection, lack of 16:54
foundation. 16:55
MR. CUNNINGHAM: Objection. 16:56
THE WITNESS: It's -- it's dealing with 16:59
intellectual property mostly, things -- or 16:52

things like patents and some, I guess, quasi 16:56
legal things. 16:56
Q (BY MR. BECKER) How much of the discussion 16:56
in IPRPC relates to Public.Resource.Org? 16:56
MR. FEE: Objection to form. 16:56
THE WITNESS: On the items I have either 16:56
seen in email or when I've been able to 16:56
participate remotely on their calls, minimal. 16:56
Q (BY MR. BECKER) Is ASHRAE concerned about 16:57
alleged copyright infringement by other entities other 16:57
than Public.Resource.Org? 16:57
MR. CUNNINGHAM: Objection to scope and 16:57
to the form. 16:57
THE WITNESS: Of course. We don't -- we 16:57
don't allow other people to post copyrighted 16:57
material or anywhere else. If -- when we're 16:57
made aware of it, we ask for it to be 16:57
removed. 16:57
Q (BY MR. BECKER) Where has ASHRAE seen 16:57
infringement of its standards? 16:57
MR. CUNNINGHAM: Same objection. 16:57
THE WITNESS: I'm -- I'm not privy to 16:57
every single time. I don't -- it's not 16:57
related to 90.1, but I know that there have 16:57
been public review drafts of, for example, 16:57

our Standard 188 posted on company websites 16:57
without seeking permission from me first to 16:51
post it after the public review period has 16:53
ended. And I've sent letters to ask them to 16:56
remove it, and they are removed. 16:58
Q (BY MR. BECKER) Is ASHRAE aware of 16:56
infringement or potential infringement on file-sharing 16:59
websites of ASHRAE standards? 16:53
MR. CUNNINGHAM: Same objection. 16:55
THE WITNESS: I'm not aware of those. 16:57
MR. BECKER: We can take a break here. 16:57
THE VIDEOGRAPHER: Going off the record 16:50
at 16:58. 16:52
(Recess taken.) 17:19
THE VIDEOGRAPHER: Going on the record 17:24
at 17:24. 17:26
Q (BY MR. BECKER) Ms. Reiniche, could you 17:25
please refer again to Exhibits 1175 and 1176. Those 17:26
are the certificates of registration from the copyright 17:22
office. 17:27
A Okay. 17:28
Q Ms. Reiniche, does ASHRAE claim to be the 17:20
author of standard -- of the editions of Standard 90.1 17:24
that are listed in Exhibit 1176? 17:20
MR. CUNNINGHAM: Objection to the 17:27

form. 17:27
THE WITNESS: Yes. 17:28
Q (BY MR. BECKER) And does ASHRAE claim to be 17:20
the author of the 1993 ASHRAE Handbook: Fundamentals as 17:22
listed in Exhibit 1175? 17:28
MR. CUNNINGHAM: Same objection. 17:21
THE WITNESS: Yes. 17:27
Q (BY MR. BECKER) Is ASHRAE the sole author of 17:28
these works? 17:20
MR. CUNNINGHAM: Same objection. 17:20
THE WITNESS: It's the members of the 17:27
project committee as -- as part of their 17:29
membership that agreed to write the document 17:23
and -- and have it attributed to ASHRAE. 17:25
Q (BY MR. BECKER) And the members of the 17:29
project committee are not employees of ASHRAE, correct? 17:20
A That's correct. 17:23
Q And so what is the basis for ASHRAE's claim 17:28
that it's the author of these works? 17:21
MR. CUNNINGHAM: Objection to the form, 17:25
calls for a legal conclusion. 17:26
THE WITNESS: As a basis of the signed 17:20
copyright assignments that all the members 17:22
sign when they apply for membership, that the 17:25
commenters sign when they submit a comment 17:29

and that the members that submit change -- or the public that submits change proposals sign when they submit a change proposal. 17:21 17:26 17:29

Q (BY MR. BECKER) Has ASHRAE ever compensated any of the members of the project committee for the sale of any of the works at issue? 17:24 17:26 17:23

A No. 17:26

Q Ms. Reiniche, is the project committee for Standard 90.1 in charge of the selection and arrangement of the content of Standard 90.1? 17:27 17:23 17:28

A Yes. 17:28

Q Is anybody else responsible for the selection and arrangement of standard -- of the content of Standard 90.1? 17:23 17:27 17:23

A The selection of the content, no. The arrangement, they're not going to change the order, but the formatting in terms of, you know, the two-column format, it could switch from one to two column after public review is done by public -- our publications department. 17:24 17:20 17:22 17:26 17:20 17:23

Q And who made the decision to switch it from one column to two column? 17:24 17:28

A That would have been Steve Comstock would have decided to -- I believe the standard was originally one column. When they go out for public 17:21 17:24 17:27

review, we put it in one column, because it's easier for people to read one column, you know, and we don't have to mess with the formatting. 17:20 17:22 17:25

Then because of the length, I believe they switched to a two-column format for publication. And -- and that's -- that's why they did it, so the -- your printed copy isn't, you know, 3 inches thick versus an inch and a half thick. 17:29 17:21 17:24 17:29 17:24

Q So when you say two-column format, you mean the text appears in two columns on the page, as opposed to just being a single column on the page? 17:27 17:28 17:23

A That's correct. 17:25

Q And is that the only change in arrangement that's performed by ASHRAE staff? 17:23 17:27

A By publications, they might correct the numbering of a section if the committee changed something and the numbering was off, but it's just to make it format correctly for -- on the publication side. 17:20 17:23 17:25 17:28 17:23

(Exhibit 1193 marked for identification.) 17:24

Q (BY MR. BECKER) Ms. Reiniche, I'm handing you what's been marked as Exhibit 1193. This is Bates number ASHRAE0001628. Do you recognize this document? 17:30 17:31 17:37

A Yes. 17:33

Q Can you tell me what this document is? 17:35

A These are the minutes from the 90.1 meeting for sure from Saturday, January 24th, 2004. Then from -- and it also includes the minutes from the meeting on Sunday, January -- January 25th, 2004. Hang on. They usually have more than -- another meeting. And from Monday, January 26, 2004. 17:38 17:34 17:31 17:35 17:35 17:30

Q And could you please turn to page 8? 17:33

A 8? 17:39

Q Yes. Section 10 on page 8 includes the marketing task force ad hoc subcommittee update. And it says in the second and third sentence, it says, "The discussion included the question of who is the customer for Standard 90.1. Chris stated that the subcommittee has one customer that it has failed to fulfill the needs of, and that is the Department of Energy, DOE." 17:39 17:30 17:39 17:33 17:37 17:32 17:37

Does ASHRAE consider the Department of Energy to be a customer? 17:33 17:35

A It would be one customer. 17:38

(Exhibit 1194 marked for identification.) 17:31

Q (BY MR. BECKER) Ms. Reiniche, I'm handing you a document that has been marked as Exhibit 1194. This is Bates number ASHRAE0006892. Can you tell me what this document is? 17:38 17:30 17:34 17:33

A This document is an ASHRAE 90.1 questionnaire summary combined -- compiled by Valerie Block, the 17:34 17:38

chair of the 90.1 marketing committee. 17:33

Q And can you tell me what the purpose of this questionnaire summary was? 17:32 17:35

A The purpose of -- of the questionnaire or the summary -- summary? 17:36 17:39

Q Of the summary itself. 17:31

A It was to give information to the committee on what -- the opinions of the users of the standard were. 17:32 17:37 17:31

Q And which committee was that? 17:32

A 90.1. 17:33

(Exhibit 1195 marked for identification.) 17:38

Q (BY MR. BECKER) Ms. Reiniche, I'm handing you what's been marked as Exhibit 1195. Bates labeled ASHRAE0024267. Do you recognize this document? 17:38 17:30 17:35

A This is -- yes. 17:30

Q And can you tell me what this document is? 17:32

A This is a document where the president of ASHRAE was asking for the committee on utilities and energy to consider a building energy labeling program that was being developed by ASHRAE. This is the building energy quotient, but it's not -- it's not a 90.1 tool. 17:39 17:38 17:33 17:38 17:36 17:31

(Exhibit 1196 marked for identification.) 17:34

Q (BY MR. BECKER) Ms. Reiniche, I'm handing 17:34

you what's been marked as Exhibit 1196, ASHRAE Bates 17:35
number 0024287. Do you recognize this document? 17:39
A Yes. 17:30
Q And could you tell me what this document is? 17:32
A This is a letter from -- who would have been 17:34
the president of ASHRAE at the time in 2009, Gordon 17:38
Holness, to President Obama talking about as we're 17:33
working towards energy efficiency, where we have agreed 17:31
to try to -- the project committee to be 30 percent 17:35
more energy efficient from 2004, version of 17:31
Standard 90.1 to the 2010 version. 17:34
And it also mentions our Building Energy 17:39
Quotient BEQ program that provides people with energy 17:32
use of buildings and to ask that the -- while they're 17:36
implementing the executive order, that they look at 17:35
considering using the building EQ program. 17:38
(Exhibit 1197 marked for identification.) 17:39
Q (BY MR. BECKER) Ms. Reiniche, I'm handing 17:33
you what's been marked as Exhibit 1197. Do you 17:34
recognize this document? 17:37
A Yes. 17:30
Q And can you tell me what this document is? 17:31
A This is an ASHRAE Facts and Stats document 17:35
that D.C. folks would leave with congressional staff 17:39
members. 17:37

Page 198

Q And what was the purpose of leaving this with 17:37
congressional staff members? 17:30
A Just to give you a -- give them information 17:31
about what ASHRAE is, what our expertise is in, and 17:33
about our standards, our research program, 17:30
publications, continuing education; just ASHRAE as a 17:33
whole. 17:37
(Exhibit 1198 marked for identification.) 17:39
Q (BY MR. BECKER) Ms. Reiniche, I'm handing 17:34
you what's -- what's been marked as Exhibit 1198, Bates 17:35
number ASHRAE0024393. Do you recognize this document? 17:30
A Yes. 17:37
Q And what is this document? 17:37
A This is another sort of fact sheet type thing 17:39
that ASHRAE does to educate the staff members of the 17:32
legislature about ASHRAE's role in energy efficiency 17:36
and our views on how to get there. 17:31
(Exhibit 1199 marked for identification.) 17:33
Q (BY MR. BECKER) Ms. Reiniche, I'm handing 17:42
you what's been marked as Exhibit 1199. This is Bates 17:45
labeled ASHRAE0024624. Do you recognize this document? 17:40
A Yes. 17:40
Q And what is this document? 17:41
A These are -- this is an email that shows the 17:42
notes from what would have been an ASHRAE leadership 17:45

Page 199

meeting with different organizations in Washington, 17:41
D.C. 17:41
Q And when you say what would have been an 17:41
ASHRAE leadership meeting with different organizations 17:41
in Washington, D.C., do you mean it was a meeting that 17:41
did occur? 17:41
A Yes. 17:41
Q Is it clear to you who the participants of 17:42
this meeting would have been? 17:42
MR. FEE: Can I see this document before 17:42
you get into this any further? 17:42
Okay. 17:42
THE WITNESS: Well, I can tell from the 17:42
ASHRAE side, based on this email, that Lynn 17:42
Bellenger, Ron Jarnigan, Tom Watson, Jeff 17:43
Littleton, Doug Read, and Mark Ames would 17:43
have been at these meetings. Some of them I 17:43
can -- it appears from this that OSTP had 17:43
Kevin Hurst there. 17:43
Q (BY MR. BECKER) That's fine if you -- 17:43
A I mean, I would have to -- I mean, some of 17:43
them I can tell that -- you know, who was there, I can 17:43
tell which organizations were there, but some I can 17:43
tell by the way the notes were written who was there, 17:43
and some I cannot. I can -- if it would be easier, I 17:44

Page 200

can tell you what organizations appears. 17:44
Q Yes, if you could say which organizations. 17:46
A So -- and this -- my recollection of the 17:40
leadership meetings, typically it's more -- more than 17:46
one meeting, so they weren't all in one meeting 17:48
together, so these would have been notes from all of 17:40
their meetings. 17:42
So they would have talked with the EPA, 17:45
DOE -- sorry, the page is sticking -- FEMP, NEMA, ASE, 17:48
AHRI, NASEO, N-A-S-E-O, and that looks to be it. 17:42
Q Okay. So it's all of the organizations that 17:48
are -- that are listed as individual acronyms at the 17:40
top of each paragraph section? 17:40
A Right. 17:41
Q And would those have been separate meetings 17:44
with each individually? 17:46
A Some of them could have been clumped 17:47
together, some of them could have been separate. It's 17:41
hard to tell from this email string how those occurred. 17:43
But sometimes they have it where they're going to meet 17:49
with these three organizations and then these three 17:42
organizations; something like that. 17:44
(Exhibit 1200 marked for identification.) 17:49
Q (BY MR. BECKER) I'm handing you what's been 17:45
marked as Exhibit 1200. This is Bates labeled 17:46

Page 201

standards at issue here. 18:03

THE WITNESS: This email relates to Standard 161-2007. That's indoor air quality for commercial aircrafts. And it's about a congressional committee considering an FAA reauthorization bill and wants to know if -- if the members of 161 are supportive of this bill. 18:06 18:08 18:04 18:09 18:01 18:06 18:01

Q (BY MR. BECKER) And in the top email, Mr. Weber's communication, he says, "Ladies and Gentlemen, below is an email from Ryan Colker, manager of government affairs in the ASHRAE Washington office. ASHRAE is encouraging legislators to adopt ASHRAE Standard 161-2007 and intends on sending the attached letter early next week. Ryan would like to make the SSPC aware of the intentions and would like to know if their organizations are willing to support the adoption." 18:05 18:01 18:06 18:09 18:03 18:07 18:03 18:07 18:01 18:04

Is one of the roles of government -- ASHRAE's government affairs office in Washington, D.C., to encourage legislators to adopt ASHRAE standards? 18:09 18:02 18:06

A If it's relevant to a bill that the legislature is -- is drafting. 18:01 18:08

Q Does that include encouraging legislators to adopt ASHRAE Standard 90.1? 18:01 18:04

A If it's related to a legislation that they're creating. 18:07 18:00

Q So if -- for clarity, if the -- if standard ASHRAE 90.1 is related to the legislation that's being created, then the Washington office of ASHRAE might encourage the adoption of Standard 90.1 into that legislation? 18:01 18:09 18:03 18:08 18:03

A Yes, in consultation with ASHRAE leadership and those with relevant technical expertise. 18:05 18:09

(Exhibit 1207 marked for identification.) 18:09

Q (BY MR. BECKER) I'm handing you what's been marked as Exhibit 1207. Could you please take a moment to read this document and tell me what it is? 18:07 18:08 18:02

MR. CUNNINGHAM: Same objection as the last document. This is outside the scope and irrelevant, as it doesn't relate to the standards at issue. 18:02 18:03 18:06 18:08

THE WITNESS: So this is an email where Mike Lubliner, who was involved in 62.2, said he was talking with HUD and about having them adopt 62.2 and asked -- and discussing with Steve Emmerich, who I believe was the chair at that time, about who could speak on that. 18:05 18:09 18:05 18:00 18:06 18:08

And then they asked Mark Weber if we could -- who is the staff liaison for 62.2, 18:03 18:07

if we could get comp copies to send to HUD to consider it, and Mark indicated that's probably very likely. 18:01 18:04 18:07

And then they ask for the -- where to send it, to Rhonda from -- Rhonda Dickerson, who I'm assuming is from HUD. And instead of using the paper comment -- paper format, they sent a PDF copy that -- indicating it wasn't to be distributed outside of the HUD manufacturing housing consensus committee and not to reprint without ASHRAE permission. 18:00 18:03 18:08 18:02 18:08 18:12 18:15 18:18

Q (BY MR. BECKER) You are a recipient of this email; is that correct? 18:13 18:15

A Yes. 18:17

Q What does HUD stand for? 18:10

A Housing Urban Development. 18:14

Q And is that a federal agency? 18:17

A Yes. 18:11

Q Is it common for ASHRAE to provide copies of ASHRAE standards to members of government when they are considering incorporating that standard into legislation or regulation? 18:10 18:16 18:10 18:14

A If it's been requested, we typically will provide a copy for them to review, yes. 18:17 18:10

Q And that would be a complimentary copy, 18:13

correct? 18:11

A That is correct. 18:11

(Exhibit 1208 marked for identification.) 18:11

Q (BY MR. BECKER) Ms. Reiniche, I'm handing you what's been marked as Exhibit 1208. This has been produced as ASHRAE0024209. Do you recognize this document? 18:11 18:11 18:12 18:12

MR. CUNNINGHAM: Object to this document as it also appears to relate to standards other than those that are at issue in this case. 18:12 18:12 18:12 18:12

THE WITNESS: Yes, I recognize the document. 18:12 18:12

Q (BY MR. BECKER) And what is this document? 18:12

A This is a document from Terry Townsend, who would have been the president of ASHRAE in 2007, to Andrew Fanara from EPA Energy Star Program. And it's about a draft report to Congress on server and datacenter energy efficiency. 18:12 18:13 18:13 18:13 18:13

And he's talking about the -- how ASHRAE is involved in that and the majority of this deals with our technical committee 9.9, which is missing critical facilities and the work they've done in the different publications they have, thermal guidelines for data processing equipment. And -- and then they had 18:13 18:13 18:13 18:13 18:13 18:13

C E R T I F I C A T E

STATE OF GEORGIA:
COUNTY OF FULTON:

I, SHARON A. GABRIELLI, HEREBY CERTIFY that the foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony given by said witness.

I FURTHER CERTIFY that I am not kin or counsel to the parties in the case; am not in the regular employ of counsel for any of said parties; nor am I in any way financially interested in the result of said case.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of April, 2015

____________________________________
SHARON A. GABRIELLI, RPR
CCR-B-2002

--oOo--

Page 226

# EXHIBIT 13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - -

AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; : Case No. 1:13-cv-01215-PSC-DAR

NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and

AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.

Plaintiffs,

vs.

PUBLIC.RESOURCE.ORG, INC.,

Defendant.

______________________________

AND RELATED COUNTERCLAIMS.

______________________________

Videotaped 30(b)(6) deposition of American Society for Testing & Materials, through DANIEL SMITH, held in the offices of Veritext Philadelphia, 1801 Market Street, Ten Penn Center, Suite 1800, Philadelphia, Pennsylvania 19103, commencing at 10:43 a.m., July 24, 2015, before Linda Rossi Rios, a Federally Approved RPR, CCR and Notary Public.

PAGES 1 - 292

giving your best testimony today?
A. No.
Q. Mr. Smith, what do you do for a living?
A. I work for ASTM International.
Q. And when you say you work for ASTM International, what do you mean?
A. I'm the vice --
MR. FEE: Objection. Vague.
You can answer.
THE WITNESS: I'm the vice president of technical committee operations.
BY MR. BECKER:
Q. And what is technical committee operations?
A. It's a division within ASTM.
Q. What does technical committee mean?
A. Technical committees develop standards.
Q. When you say "standards," what do you mean by that?
A. Consensus standards.
Q. By "consensus standards," what

Page 14

do you mean by that?
A. Documents.
Q. Any documents?
A. Specifications, test methods, practices, guides, classifications and terminology.
Q. Does the term "standards" have any specific meaning to you?
MR. FEE: Objection. Vague.
THE WITNESS: I'm not sure what you mean by that.
BY MR. BECKER:
Q. Can you define what a standard is?
A. Just what I said previously, it's a test method, a specification, a practice, a guide, classification or terminology.
Q. And you say that the technical committees develop standards. How do -- actually, let me back up.
What is a technical committee?
A. I'm not sure how to answer that. I'm not sure what you mean by that.
Q. How would you define a

Page 15

technical committee?
A. A group of experts that develop standards.
Q. And who are those experts?
A. Volunteers.
Q. And are they only volunteers?
MR. FEE: Objection. Vague.
THE WITNESS: For the most part from my knowledge, they're all volunteers.
BY MR. BECKER:
Q. How does a technical committee go about developing standards as you say?
A. They use our consensus process.
Q. What is the consensus process?
A. It's two levels of voting starting with the subcommittee and then the main committee.
Q. What's the difference between a subcommittee and a main committee?
A. A subcommittee is typically smaller with a more narrow interest. A main committee has broader interest.
Q. So within a technical committee, then, there is -- is there just

Page 16

one main committee?
A. A main committee is a technical committee.
Q. And are there numerous subcommittees?
A. Yes.
Q. And how many subcommittees on average?
A. It varies.
Q. Could you give me a range by which it might vary?
A. The best of my knowledge, maybe from 3 to 40, 50.
Q. When you say there is a consensus process that involves voting in the subcommittee and then voting at the main committee level, can you elaborate on that process?
MR. FEE: Objection. Vague.
THE WITNESS: They vote on standards so the folks on that committee will vote on whether or not they agree or not agree with the content of the standard.
BY MR. BECKER:

Page 17

Q. Is that agree or don't agree on the content of a draft standard or the finalized standard?
A. A draft standard.
Q. Could we just back up a little bit and could you walk me through how a standard is developed at ASTM?
A. It varies, but it could be by -- it starts typically with a task group.
Q. And what does the task group do?
A. They'll develop the content of the draft.
Q. And who composes the task group?
MR. FEE: Objection. Vague.
THE WITNESS: The task group is typically made up of volunteers who wish to serve on the task group.
BY MR. BECKER:
Q. Are -- is everyone in a task group an ASTM member?
A. No, not necessarily.
Q. In what situations would individuals who are not members of ASTM

compose members of the task group?
MR. FEE: Objection to form.
THE WITNESS: I'm not sure what you mean by that. Could you repeat that or say that differently?
BY MR. BECKER:
Q. Let's see. Are -- let me back up just a moment.
Are any members of the task group also members of ASTM?
A. Yes.
Q. But some members of the task groups are not members of ASTM?
A. Could be. It's mostly members.
Q. And why would individuals who are not members of ASTM be members of the task group?
MR. FEE: Objection. Calls for speculation.
THE WITNESS: From my experience, because they're interested in the standard that's being developed.
BY MR. BECKER:
Q. How large are task groups on

average?
A. It varies, but it could be anywhere from 3 to 30 approximately.
Q. And you said that the task group develops the content or the original draft of a standard. Is that correct?
MR. FEE: Objection. Lack of foundation.
THE WITNESS: From my experience, that's what a task group does.
BY MR. BECKER:
Q. How is a task group initially formed?
A. It's formed by a group of volunteers who want to develop a standard or a revision to a standard.
Q. Do the members and -- excuse me.
Do the ASTM members and nonmembers of ASTM who compose task groups generally have the same or similar interests?
MR. FEE: Objection. Calls for speculation.
THE WITNESS: I don't know. I

would think they would have a variety of different interests.
BY MR. BECKER:
Q. Are there any characteristics other than ASTM membership that would distinguish ASTM members who are members of task groups and those members of task groups who are not ASTM members?
MR. FEE: Objection to form.
THE WITNESS: The members pay the $75 membership fee. Nonmembers don't pay the membership. That's the only thing I can think of.
BY MR. BECKER:
Q. How does a task group go about developing the initial draft of a standard?
A. They could do it in a variety of ways.
Q. Could you give me some examples?
A. They could do it through the use of our collaboration areas, an online space that allows them to develop the draft.
Q. And in what other ways?
A. They could do it through course of e-mail.

Q. And in what other ways?
A. Through a meeting.
Q. And in what other ways?
A. None other come to mind at this point.
Q. Are there any differences in how a task group would develop a draft of a standard today versus how they might have developed a draft of a standard in the 1970s or 1980s?
MR. FEE: Objection. Lack of foundation. Calls for speculation. You can answer.
THE WITNESS: Just from common sense, we wouldn't have had our Web tools, they wouldn't have been able to use our Web tools or our virtual meeting technology in the '70s.
BY MR. BECKER:
Q. Do you know how task groups developed drafts in the 1970s and 1980s?
A. I don't know firsthand, but my guess is they would have done it at meetings.
Q. When did ASTM first provide the online collaboration areas for the use by

task groups?
A. Guessing, it was sometime probably in the early 2000s roughly.
Q. How long have you been at ASTM for?
A. About 23 years.
Q. So you were at ASTM for roughly a decade, at least a decade prior to when the online collaboration area was first rolled out. Is that correct?
A. Approximately.
Q. So prior to when the online collaboration area was rolled out, how did task groups develop draft standards at ASTM?
A. To my knowledge, it would have been at meetings.
Q. Were these meetings organized by ASTM?
A. Some of them.
Q. But other meetings might not have been organized by ASTM, is that what you're saying?
MR. FEE: Objection. Vague.
THE WITNESS: They could. They could organize their own meetings

outside of ASTM.
BY MR. BECKER:
Q. Do you know how drafts of the -- of ASTM standards were exchanged between task group members prior to the introduction of the online collaboration area by ASTM?
A. My guess would be through mail and fax.
Q. Do you know if that mail and fax of drafts was facilitated by ASTM?
MR. FEE: Objection. Vague.
THE WITNESS: I would imagine that some of them would have been facilitated by ASTM and others would not have been.
BY MR. BECKER:
Q. Prior to the introduction of the online collaboration area, were there specific forms that task group members were made to fill out when drafting drafts of ASTM standards?
MR. FEE: Objection to form.
THE WITNESS: I believe we had forms starting in about 2003 on our

membership applications that required members to assign all rights to ASTM.
BY MR. BECKER:
Q. So the membership, the forms on the membership applications for ASTM that asked individuals to assign all rights to ASTM, as you said, started in 2003 and didn't exist prior to that date?
A. I believe that's correct.
Q. And this just concerned the membership applications. Correct?
MR. FEE: Objection. Vague.
THE WITNESS: We also had them on our renewal forms, membership renewal forms. And then we also had them on our work item registration, and then our collaboration.
BY MR. BECKER:
Q. What is a work item registration form?
A. It's for essentially opening up a new work item.
Q. What is a work item?
A. Either a revision to a standard or development of a new standard.

Q. And when was the language that you say concerns assignments of rights introduced to the work item form?
A. I think it was in about 2003, '04, '05, somewhere in there.
Q. So somewhere in the 2003 to 2005 period, you're not certain precisely when?
A. I believe so.
Q. But it didn't exist on those forms prior to at earliest 2003?
A. That's correct.
Q. Who fills out a work item form?
A. A member.
Q. Is it only ASTM members who fill out work item forms?
A. If a member would ask a staff person to help facilitate filling out a form, they may do that.
Q. What is a collaboration form?
A. The collaboration, if a member wants to initiate a collaboration area, they have to go through an online process to initiate it.
Q. Just so I understand, is that

to create the online collaboration area that you had described earlier as being a location online provided by ASTM where members of a task group could go to help develop the draft for a standard?
A. Yes.
Q. And so the collaboration form was only introduced after the collaboration areas had been provided by ASTM to its members?
A. Yes.
Q. And when, again, did you say that that was?
A. I think it was about 2003.
Q. People who are members of task groups for developing standards but are not themselves ASTM members, do they fill out membership applications for ASTM?
A. No.
Q. And those individuals who I just described a moment ago, do they fill out renewal forms for ASTM?
A. No.
Q. And those individuals who I just described a moment ago, do they fill out

work item registration forms for ASTM?
A. No.
Q. And those individuals I described a moment ago, do they fill out collaboration forms for ASTM?
A. Yes.
Q. They do. Are they required to fill out collaboration forms for ASTM in order to participate in the development of a draft of a standard?
MR. FEE: Objection. Vague.
THE WITNESS: Yes.
BY MR. BECKER:
Q. From approximately what year forward have individuals who are members of ASTM task groups but not themselves members of ASTM been required to fill out collaboration forms in order to participate in the drafting of an ASTM standard?
A. To my knowledge, since the beginning.
Q. When you say "since the beginning," what do you mean?
A. When we had -- when we created the form.

Q. So that would be approximately 2003, you're saying?
A. Yes.
Q. Were individuals who were members of task groups but not themselves members of ASTM required to fill out any forms in order to participate in the drafting of an ASTM standard prior to 2003?
A. Not to my knowledge.
Q. Is there any means by which ASTM claims that individuals who are -- who were members of task groups but not themselves members of ASTM have assigned any copyrights that they might have in the drafts of the standards that were created and eventually published through ASTM -- to ASTM?
MR. FEE: Objection. Calls for a legal conclusion. Instruct you not to disclose any communications you might have had with counsel regarding that subject. If you have an independent knowledge that is responsive, you can answer that.
THE WITNESS: I don't know. Not to my knowledge.

a legal conclusion. Vague. Confusing. You can answer if you can.
THE WITNESS: I think I'll answer it by just saying the purpose of this form is for when an individual wants to bring a document into ASTM to make it into an ASTM standard.
BY MR. BECKER:
Q. So this document is not required of every member of a task group who contributes original material to an ASTM standard draft?
MR. FEE: Objection. Vague. To the extent it calls for a legal conclusion.
THE WITNESS: This form would not be.
BY MR. BECKER:
Q. When is the last time, to your knowledge, that this form, Exhibit 1284, was used by ASTM?
A. I don't know.
Q. Do you have any guess as to what year this form was last used by ASTM?
MR. FEE: Objection. Lack of

Page 38

foundation. Calls for speculation.
THE WITNESS: I don't know.
BY MR. BECKER:
Q. Do you know any specific standards that this form was used in conjunction with?
A. I don't know offhand, no. No specifics.
Q. Does ASTM retain the signed copies that it receives of this Participation and Acknowledgement Form?
A. I'm not sure.
Q. Do you know how many of these Participation and Acknowledgement Forms have been signed and returned to ASTM?
A. No.
Q. Do you have any approximate guess as to how many of these Participation and Acknowledgement Forms have been signed and returned to ASTM?
MR. FEE: Objection. Calls for speculation.
THE WITNESS: No.
BY MR. BECKER:
Q. Do you know if this

Page 39

Participation and Acknowledgement Form has ever been signed and returned to ASTM?
A. I don't know for sure, but I would guess it has been.
Q. And what's your basis for guessing that it has been?
A. I vaguely remember instances where we would have to use this.
Q. And what instances were those?
A. I can't remember.
Q. What other information do you recollect in conjunction with those instances where you believe that you had to use this form as you describe it?
MR. FEE: Objection. Vague.
THE WITNESS: The only thing I can remember is members interested in bringing forward documents that they were interested in having become ASTM standard.
BY MR. BECKER:
Q. Prior to the introduction of the Participation and Acknowledgement Form in approximately 2002, was there any means by which ASTM had members of task groups who

Page 40

contributed original contents to the drafts of ASTM standards but were not themselves members of ASTM thereby transferred their copyrights to ASTM?
MR. FEE: Objection. Calls for a legal conclusion. To the extent -- you shouldn't disclose any communications you had with counsel regarding the subject matter. If you have independent information that you can share, go ahead and answer with respect to that.
THE WITNESS: I'm not aware of any formal forms that we used prior to 2003.
BY MR. BECKER:
Q. Are you aware of any informal means by which individuals such as those that I just described in my previous question might have transferred their copyright to ASTM?
MR. FEE: Same objection and instruction.
THE WITNESS: I'm not sure what you mean by "informal."

Page 41

BY MR. BECKER:
Q. I'm simply asking because you say you're not aware any formal forms that are used prior to 2003. So I'm asking if there were any informal means by which ASTM believes that individuals transferred their copyright to ASTM prior to 2003?
MR. FEE: Objection. Calls for a legal conclusion. You shouldn't disclose your communications with counsel on this subject, but if you have other information, you can answer about that.
THE WITNESS: I don't believe -- we didn't feel like we needed any formal, any formal assignment paper.
BY MR. BECKER:
Q. Why didn't ASTM feel like it needed any formal assignment paper?
MR. FEE: Objection. Calls for a legal conclusion. You shouldn't disclose any communication you had with counsel regarding the subject, but if you have any other information that's responsive, you can answer

about that.
THE WITNESS: Because we felt that there was a basic understanding, there is a basic understanding today and there's been a basic understanding for as long as ASTM has been around that the reason they come to the table is for the sole purpose of developing an ASTM standard that will receive a logo, and that will be copyrighted and be distributed. Our members buy the resulting standards from ASTM. We've never, that I can recall, have had a member or a nonmember take issue with ASTM selling the resulting copyrighted standard to them and to others. I believe that the reason they come to the table is because they want -- they're there for the sole purpose of having a standard that will have an ASTM logo on it.
BY MR. BECKER:
Q. Anything else?
MR. FEE: Same objections and instructions.

THE WITNESS: Not at this time.
BY MR. BECKER:
Q. The basic understanding that you just described, how is that basic understanding documented?
MR. FEE: Objection. Again, instruct you not to disclose communications with counsel on that subject, but if you have other information, you can go ahead and disclose that.
THE WITNESS: I'm not sure what you mean by "documented."
BY MR. BECKER:
Q. Are there any documents that reflect the basic understanding that you just described concerning the reasons for individuals contributing in the drafting of ASTM standards?
A. No, we didn't feel like documentation was needed.
Q. Does ASTM have any documents to support its position that there was a basic understanding between the members who -- excuse me, let me rephrase that.

Does ASTM have any documents to support its position that there was a basic understanding between the individuals who drafted ASTM standards and ASTM that the copyright in those standards were to belong to ASTM?
MR. FEE: Objection. Instruct you not to disclose communications with counsel on that subject. If you're aware of other documents, you can go ahead and respond with respect to them.
THE WITNESS: I'm not aware of any documents.
BY MR. BECKER:
Q. Just a moment ago you were describing the reasons why people participate in the drafting of ASTM standards. Could you describe some of the incentives for individuals to participate in the drafting of ASTM standards?
MR. FEE: Objection. Lack of foundation. You can answer.
THE WITNESS: In general, you can say that an individual would -- or

BY MR. BECKER:

Q. I'm simply asking because you say you're not aware any formal forms that are used prior to 2003. So I'm asking if there were any informal means by which ASTM believes that individuals transferred their copyright to ASTM prior to 2003?

MR. FEE: Objection. Calls for a legal conclusion. You shouldn't disclose your communications with counsel on this subject, but if you have other information, you can answer about that.

THE WITNESS: I don't believe -- we didn't feel like we needed any formal, any formal assignment paper.

BY MR. BECKER:

Q. Why didn't ASTM feel like it needed any formal assignment paper?

MR. FEE: Objection. Calls for a legal conclusion. You shouldn't disclose any communication you had with counsel regarding the subject, but if you have any other information that's responsive, you can answer

about that.

THE WITNESS: Because we felt that there was a basic understanding, there is a basic understanding today and there's been a basic understanding for as long as ASTM has been around that the reason they come to the table is for the sole purpose of developing an ASTM standard that will receive a logo, and that will be copyrighted and be distributed. Our members buy the resulting standards from ASTM. We've never, that I can recall, have had a member or a nonmember take issue with ASTM selling the resulting copyrighted standard to them and to others. I believe that the reason they come to the table is because they want -- they're there for the sole purpose of having a standard that will have an ASTM logo on it.

BY MR. BECKER:

Q. Anything else?

MR. FEE: Same objections and instructions.

THE WITNESS: Not at this time.

BY MR. BECKER:

Q. The basic understanding that you just described, how is that basic understanding documented?

MR. FEE: Objection. Again, instruct you not to disclose communications with counsel on that subject, but if you have other information, you can go ahead and disclose that.

THE WITNESS: I'm not sure what you mean by "documented."

BY MR. BECKER:

Q. Are there any documents that reflect the basic understanding that you just described concerning the reasons for individuals contributing in the drafting of ASTM standards?

A. No, we didn't feel like documentation was needed.

Q. Does ASTM have any documents to support its position that there was a basic understanding between the members who -- excuse me, let me rephrase that.

Does ASTM have any documents to support its position that there was a basic understanding between the individuals who drafted ASTM standards and ASTM that the copyright in those standards were to belong to ASTM?

MR. FEE: Objection. Instruct you not to disclose communications with counsel on that subject. If you're aware of other documents, you can go ahead and respond with respect to them.

THE WITNESS: I'm not aware of any documents.

BY MR. BECKER:

Q. Just a moment ago you were describing the reasons why people participate in the drafting of ASTM standards. Could you describe some of the incentives for individuals to participate in the drafting of ASTM standards?

MR. FEE: Objection. Lack of foundation. You can answer.

THE WITNESS: In general, you can say that an individual would -- or

a company or an individual would be interested in having an ASTM standard that they could say their product or service is in compliance with.
BY MR. BECKER:
Q. Are there any other reasons?
MR. FEE: Objection.
THE WITNESS: I'm sure there are other reasons, I just can't think of any right now.
BY MR. BECKER:
Q. Does ASTM have any forms by which companies have assigned any copyrights that they may have in the draft standards to ASTM?
MR. FEE: Objection. To the extent it calls for a legal conclusion, I instruct you not to disclose communications with counsel on this subject, but if you have any documents to identify, go ahead.
THE WITNESS: I'm not aware of any.
BY MR. BECKER:
Q. Does ASTM distinguish between

companies and individuals in the -- in its understanding of the granting of copyright rights to ASTM?
MR. FEE: Objection. Vague. To the extent I understand it, I think it calls for a legal conclusion. To the extent you think that requires you to disclose any communication from counsel, you shouldn't do so. If you understand you have non-privileged information that is responsive, go ahead and provide it.
THE WITNESS: I'm not sure what you mean by that question.
BY MR. BECKER:
Q. Let me rephrase. If an individual fills out a form that ASTM believes assigns a copyright to ASTM but that individual is employed by a company and is acting in the scope of employment, does ASTM believe that a copyright is granted to it?
MR. FEE: Objection. Calls for a legal conclusion. Calls for speculation. You shouldn't disclose any communications with counsel that

you might think are responsive to that. If you have other information, you can go ahead and answer.
THE WITNESS: My understanding is that the members join as individuals, and that when they come to an ASTM meeting, they're contributing their own knowledge to the ASTM standard.
BY MR. BECKER:
Q. When you say that's your understanding, is that also ASTM's understanding?
A. Yes.
MR. FEE: Same objections.
THE WITNESS: Yes.
MR. FEE: And instructions.
BY MR. BECKER:
Q. When you say "members join as individuals," does this also include individuals who are government employees?
A. Yes.
Q. Does ASTM believe that government employees who are acting within the scope of their employment by the federal

government join as individuals when they join ASTM?
MR. FEE: Objection. Calls for a legal conclusion. Calls for speculation. Instruct you not to disclose communications with counsel on this subject, but you can answer if you have other information.
THE WITNESS: I'm not sure what the individual members believe. I believe our committees believe that the input they get on the standards are from that individual, the individual knowledge that they're providing, not necessarily a company or a government position.
BY MR. BECKER:
Q. And what's your basis for believing that that is what the members of the committee believe?
A. Just my experience.
Q. What experience are you referring to?
A. My experience with working with technical committees.

experience in sitting in the meetings and observing the individual members contribute to the development of the standards.

BY MR. BECKER:

Q. What about those contributions of those members gave you that impression?

MR. FEE: Objection. Calls for a legal conclusion. Compound.

THE WITNESS: I'm not thinking of any one example. I'm just thinking over time in all of my different committees and all the different meetings that I've attended, to me it appears that people are contributing off the cuff spontaneously in the development of the standard.

BY MR. BECKER:

Q. When they participate, do members of the federal government use their federal government issued e-mail addresses?

MR. FEE: Objection. Compound. Calls for speculation.

THE WITNESS: They may or they may not.

Page 54

BY MR. BECKER:

Q. What is it about off-the-cuff or spontaneous contributions that you think means that these individuals are participating in their individual capacity and not as federal government employees?

MR. FEE: Objection. Calls for a legal conclusion.

THE WITNESS: Just my belief based on what I'm observing that I think it's a very spontaneous conversation, people providing contributions based on what they believe, not necessarily what their company believes.

BY MR. BECKER:

Q. Are individuals who participate -- excuse me.

Are federal government employees who participate in ASTM committees or task groups classified differently than other individuals who participate in those committees or task groups?

MR. FEE: Objection. Vague.

THE WITNESS: I'm not sure what

Page 55

you mean by "differently."

BY MR. BECKER:

Q. Is there a specific classification that's given to government employees who participate in the development of standards under ASTM?

A. They're given a classification just as all other members are.

Q. And what is that classification?

A. It could either be a producer, user, general interest, depending upon the scope of the committee.

Q. Would a federal government employee count as a producer?

A. I can't think of a situation where they would be.

Q. Would a federal government employee count as a user?

A. They may.

Q. Would a federal government employee count as a general interest member?

A. They may.

Q. In what circumstances might a federal government employee count as a user versus a general interest member?

Page 56

A. It depends on the scope of the committee.

Q. Could you give some examples?

A. On my road and paving committee, federal highway would be considered a user.

MR. FEE: We've been going quite some time. I asked to have a short break. We're going to take a break now, no question pending.

MR. BECKER: We can take a break.

VIDEOGRAPHER: Time is now 11:48. We're going off the video record.

\- - -

(A recess was taken.)

\- - -

VIDEOGRAPHER: The time is now 12:02. We're back on the video record.

BY MR. BECKER:

Q. Mr. Smith, do you have any additional recollections or other information that you would like to add in response to any

Page 57

of the questions we've discussed so far today?

A. Relative to our members' awareness that they're assigning copyrights to ASTM, I believe you had asked that question prior to 2003.

Q. Yes.

A. ASTM also has an Intellectual Property Policy that makes our members aware of that as well.

Q. And when was ASTM's Intellectual Property Policy first instituted?

A. I'm not sure, but I believe it was in the '90s.

Q. Is there anything else other than ASTM's Intellectual Property Policy that you believe contributes to ASTM's belief that there was an understanding that the copyright of individuals who participated in the drafting of ASTM standards was owned by ASTM?

MR. FEE: Objection. Asked and answered. Are you asking him to repeat all the other things he mentioned before or are you excluding

those?

MR. BECKER: Were there other things that he mentioned before?

MR. FEE: Oh, yeah. I'll be honest. Actually I shouldn't say that. But you're asking him to list everything he can think of now again?

MR. BECKER: In terms of documents.

MR. FEE: Oh, documents.

MR. BECKER: I don't think there was anything else, was there?

MR. FEE: Your prior question wasn't limited to documents, that's why I said that.

THE WITNESS: Is it before 2003?

BY MR. BECKER:

Q. Yes.

A. I'm not aware of any other documents.

Q. Is there anything else that you have to add to your earlier testimony other than your mention of the IP Policy?

A. I can't think of anything at this time.

- - -

(Exhibit 1285, Intellectual Property Policy of ASTM, Bates ASTM103277 - ASTM103284, was marked for identification.)

- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1285. Is this the Intellectual Property Policy of ASTM that you had just mentioned?

A. Yes, I believe this is a version of it.

Q. Are there multiple versions of the ASTM intellectual property policy?

A. I believe there were at least two or three.

Q. This says it was approved on April 28, 1999. Correct?

A. It does say that.

Q. It says that at the top of the first page and at the bottom of the last page. Is that correct?

A. That's correct.

MR. FEE: Objection. It says

adopted on the last page, not approved.

BY MR. BECKER:

Q. And for the record, this is the document Bates number ASTM 103277 to ASTM 103284 titled: "INTELLECTUAL PROPERTY POLICY OF ASTM." It says at the top of page Bates number ASTM103277 "Approved 28 April 1999." Is that correct?

A. Yes.

Q. Was this the first edition of the Intellectual Property Policy of ASTM?

A. I believe there was one prior to this.

Q. Do you know when the Intellectual Property Policy of ASTM that existed prior to this was created?

A. No.

Q. Do you have any idea?

A. I think it was at some point in the '90s. Maybe mid '90s, but I'm not sure.

Q. Does ASTM have any record of an Intellectual Property Policy prior to this one, Exhibit 1285?

A. I'm not sure.

Q. What did you discuss with Jim Thomas when you met with him then?
A. I asked Jim about any memory that he has relative to assignments of copyright.
Q. And what did he say?
A. Pretty much what I've explained to you relative to formally getting documentation from our members on assignment from 2003 to the present relative to our renewal forms, membership application forms, collaboration area. And then prior to that, Jim's recollection and feelings were that copyright assignment from our members was a very basic understanding that our members had and our staff have had, the sole purpose they come to an ASTM meeting is to develop a standard that's going to result in an ASTM approved standard with a logo on it that's copyrighted.
Q. Did Mr. Thomas identify any basis for his belief that copyright assignment from ASTM members was a very basic understanding, as you described it, that ASTM members had with the purpose of developing an

ASTM standard?
A. Can you explain?
Q. Let me rephrase that. Did Mr. Thomas identify any basis for his belief that ASTM members had an understanding that their drafts would be -- that the copyright for their drafts would be held by ASTM?
A. I think his basis was on the fact that we've never had a member that has really questioned, that we can recall, or challenged ASTM copyrighting something. Another basis being that we sell our standards and our members are some of our biggest customers, so they're buying the standards from us. Jim Thomas has provided numerous presentations at different committee meetings announcing about this lawsuit and what the ramifications potentially could be. How it could affect our business model and how we want to maintain our low entry for participation, $75 membership, no meeting fees, and we sell our resulting standards so that we can support our operations. And the members, based on the presentations that I've seen, have embraced that concept.

Q. Did Jim Thomas say all of that to you? When I say "all of that," I'm referring to your previous statement that you attributed to Jim Thomas, were all of those statements from Jim Thomas?
MR. FEE: Objection. Compound.
THE WITNESS: Jim has told me and I have seen Jim do these presentations.
BY MR. BECKER:
Q. When you spoke with Jim Thomas on Tuesday, did he say that a member has never challenged the copyright assertions by ASTM?
A. Yes.
Q. And when you met with Jim Thomas on Tuesday, did he say that the fact that ASTM sells standards to its members is a basis for why there may be an understanding that by ASTM members, that their contributions would be copyrighted by ASTM?
A. He had indicated that the fact that we sell the standards back to our members is probably a real good indication that there's a basic understanding from our

members that we are copyrighting the material that they contribute.
Q. Did Jim Thomas say anything else to you when you met with him on Tuesday?
MR. FEE: Objection. Vague.
THE WITNESS: I can't think of anything else specific that he said.
BY MR. BECKER:
Q. Did you ask Jim Thomas any questions when you met with him on Tuesday?
A. No, I don't think I asked him any questions. I think the meeting was basically to discuss copyright assignment. And I don't know if -- it was more of a discussion, I don't think we had -- I had questions. I mean, I didn't need to ask questions. It was a discussion.
Q. A moment ago you referred to the $75 fee. Do ASTM members -- excuse me, let me rephrase.
Do individuals have to pay ASTM a fee to participate in the standard drafting process?
MR. FEE: Objection. Asked and answered.

THE WITNESS: They have to pay $75 to be a member, but they don't have to pay $75 to participate. So an individual can participate without paying ASTM.

BY MR. BECKER:

Q. What are the differences that individuals who are members of ASTM enjoy in their participation in the standard drafting process versus individuals who are not members?

MR. FEE: Objection. Vague.

THE WITNESS: They get to -- free volume of standards and they get to vote. When it's on the ballots, they get to cast votes. Nonmembers do not.

BY MR. BECKER:

Q. When you say "on the ballots," what ballots are you referring to?

A. On the technical standards.

Q. Are those ballots for voting up or down on the revision or creation of particular standards?

A. Correct.

Q. Have you had any other communications with Jim Thomas about your deposition today other than the meeting you had with him on Tuesday?

A. No.

Q. And have you had any communications with Marge Cassidy in preparation for your deposition today other than the meeting that you had with her?

A. No.

Q. You said you met with John Pace, the vice president of publications, as well in preparation for your deposition today. Correct?

A. Uh-huh.

Q. What did you discuss with Mr. Pace?

A. Any knowledge that he would have relative to the assignment of copyright from our members.

Q. What did Mr. Pace say?

A. He didn't provide any input. He didn't have any knowledge.

Q. Did you discuss any other issues with Mr. Pace at that meeting?

A. No.

Q. When was that meeting?

A. That meeting was yesterday.

Q. So Mr. Pace provided no information to you on the subject of copyright by individuals to ASTM?

A. No.

MR. FEE: Objection. Vague.

BY MR. BECKER:

Q. A moment ago you referred to presentations by Jim Thomas. Can you give any specific -- can you tell me about any specific presentations by Jim Thomas that you think address issues of copyright ownership by ASTM?

A. I can't recall any presentations that he did specific on that subject.

Q. What presentations were you referring to?

A. At ASTM conferences where we have breakfast meetings with all of the individuals attending that meeting, are invited to a breakfast meeting. And we hold them in four different committee weeks; in

January, April, May and June of every year. I've heard Jim Thomas talk about what I said at those breakfast meetings.

Q. Do you recall on what dates Mr. Thomas spoke about those issues at breakfast meetings?

A. I can't provide specific dates.

Q. Do you have general dates as in this year, last year or the year prior?

A. I believe it was this year was mentioned. And it was probably last year as well.

Q. Do you recall Mr. Thomas mentioning anything on this subject prior to last year?

A. I can't say for sure.

Q. Are these breakfast meetings recorded in any way?

A. No.

Q. Are there any minutes kept of the breakfast meetings?

A. No, but we have annual -- our annual meeting -- we may have minutes from our annual meeting, but I'm not sure. I think we might have slides actually,

presentation slides that are available for our annual meetings.
Q. You said you also meet with Phil Lively, the vice president of technology. Is that correct?
A. Yes.
Q. When did you meet with him?
A. I met with Phil yesterday.
Q. What did you speak with Phil Lively about yesterday?
A. About copyright assignments for members to ASTM.
Q. And what did Phil Lively tell you?
A. About his involvement and help with having the language that we talked about earlier on the membership application screens and the membership renewal screens and the collaboration area screen and the work item registration screens.
Q. When you say, "the language that we talked about earlier," are you referring to language that ASTM believes assigns copyright from individuals to ASTM?
MR. FEE: Objection. Calls for

a legal conclusion.
THE WITNESS: The language that we talked about that is on the membership applications, yes. That the members acknowledge when they're either registering a work item or joining as a new member or renewing their membership or opening up a collaboration area that assigns all of their past, present and future contributions to ASTM standards -- into ASTM standards to ASTM.
BY MR. BECKER:
Q. What was Mr. Lively's involvement in the language that you are referring to?
MR. FEE: Objection. Vague.
THE WITNESS: He helped us with, from a technology standpoint, getting that language up onto our Web site, onto the screens.
BY MR. BECKER:
Q. So you're saying that Mr. Lively was involved in the -- Mr. Lively did not draft the language, but Mr. Lively

helped create the electronic version of the forms that appear on the ASTM Web site. Is that what you're saying?
MR. FEE: Objection. Compound.
THE WITNESS: I'm not sure what exactly you mean by that, but essentially he was able to accomplish getting the language up onto the screens so that the members can acknowledge the statement during the process.
BY MR. BECKER:
Q. Did Mr. Lively draft any of the language on the membership application or renewal forms or any of the other forms that you're describing?
MR. FEE: Objection. Compound.
THE WITNESS: I don't believe so.
BY MR. BECKER:
Q. What did Mr. Lively tell you about the work that he did related to copyright assignments?
A. Just that he could remember helping with putting the information up on

the Web screens, and he could remember when he was a staff manager back in the very beginning time, I think it was early '80s when he was a staff manager, and kind of reiterating what I had previously said about there being an understanding that our members understand that their contributions to ASTM, is well understood that we're going to copyright that material.
Q. Did Mr. Lively provide any basis for his statement that there was an understanding in the early '80s that ASTM would copyright the material provided by individuals that was incorporated into the standard drafts?
A. Can you repeat that question?
Q. Yes. Did Mr. Lively provide any basis for his statement that there was an understanding in the early '80s that ASTM would copyright the material provided by individuals that was incorporated into the standard drafts?
A. No. I think it was just his belief just as it was my belief.
Q. Did you discuss anything else

of any organizations typically sign up for organizational memberships?
MR. FEE: Objection. Vague. Beyond the scope of his designation.
THE WITNESS: I don't know.
BY MR. BECKER:
Q. Can organizational members be members of technical committees?
A. Yes. As a matter --
MR. FEE: There's no question pending.
BY MR. BECKER:
Q. I'm sorry, what were you about to say?
A. I believe all organizational members are members of technical committees.
Q. Have any organizational members executed copyright assignments for ASTM?
A. Not to my knowledge. I'm sorry, can you repeat that question?
Q. Yes. Have any organizational members executed copyright assignments for ASTM?
A. Through the membership applications that we talked about earlier,

through the renewal applications that we talked about earlier, if they're involved in a collaboration area, they would make an assignment, and if they registered a work item, they would make an assignment.
Q. So those are the same -- the same assignment language that would relate to individual members you're saying would also relate to organizational members when organizational members sign up for membership?
A. Correct.
Q. How do organizational members participate in technical committees?
A. The same way as participating members, individual members.
Q. Can you elaborate on that?
MR. FEE: Objection. Vague.
THE WITNESS: I don't think I can. There's no difference.
BY MR. BECKER:
Q. Do organizational members designate an individual to participate on their behalf?
MR. FEE: Objection. Asked and

answered.
THE WITNESS: No. Organizations designate a member, an employee to participate on technical committees.
BY MR. BECKER:
Q. What's the difference between what you just said and an organizational member designating an individual to participate on technical committees on its behalf?
MR. FEE: Objection. Mischaracterizes his testimony to the extent it purports to summarize it. You can answer.
THE WITNESS: An organizational member is an individual, it's not the organization. So the organization designates a member, an employee to be a member to represent it on a technical committee.
BY MR. BECKER:
Q. When you say the organization designates an employee to be a member to be a representative on a technical committee, when you say representative, do you mean a

representative of that organization?
A. Maybe.
Q. Does ASTM have any knowledge as to whether organizational members, when they designate an individual to participate in a technical committee, whether those organizations are designating that individual on the organization's behalf?
MR. FEE: Objection. Vague. May call for a legal conclusion.
THE WITNESS: I think it varies. I think organizational -- again, organizations that choose to support ASTM through an organizational membership designate an individual to participate on a technical committee. That individual may be contributing to the content of ASTM standards as an individual even as an organizational member, not necessarily representing the organization's -- the organizational views.
BY MR. BECKER:
Q. For organizational memberships, does the organization itself typically pay

the $400 fee?

MR. FEE: Objection. Calls for speculation.

THE WITNESS: I don't know for sure. Not necessarily. But probably in most cases, probably.

BY MR. BECKER:

Q. Do you know of any instance when a person indicated that he or she disagreed with his or her organization's position with respect to an action on a technical committee?

A. No.

Q. Do you know of any instance when an individual indicated that he or she was specifically speaking on his or her own behalf as apart from the organization that he or she is part of?

A. No.

Q. Are any U.S. federal agencies organizational members of ASTM?

A. I don't know.

Q. Who would know if any federal agencies are organizational members of ASTM?

MR. FEE: Objection. Calls for

speculation. Also beyond the scope of his designation.

THE WITNESS: We have an organizational member directory on the Web site.

BY MR. BECKER:

Q. And where on the Web site is that organizational member directory located?

A. I think it's on the membership page.

\- - -

(Exhibit 1292, Check, Bates ASTM049368, was marked for identification.)

\- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as 1292. This is the document produced by plaintiffs as Bates number ASTM049368.

Do you recognize this document?

A. No.

Q. Do you have any reason to believe that this document produced by ASTM is not authentic?

MR. FEE: Objection. This is beyond the scope of his designation.

THE WITNESS: No.

MR. BECKER: For the record, I don't believe that this is beyond his designation as this concerns an organizational membership renewal.

MR. FEE: I don't think he was designated to authenticate checks from 2013, but we'll agree to disagree.

BY MR. BECKER:

Q. Does this document indicate to you that the Department of Consumer Affairs from the State of California had paid for an organizational membership renewal with ASTM?

MR. FEE: Objection. Calls for speculation. Beyond the scope of his designation.

THE WITNESS: I guess you could assume that. I don't know for sure.

BY MR. BECKER:

Q. Do you have any reason for thinking this -- that's not what this document shows?

MR. FEE: Same objections.

THE WITNESS: No, no reason not to believe.

\- - -

(Exhibit 1293, 2011 Membership renewal invoices, Bates ASTM086030 - ASTM086031, was marked for identification.)

\- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1293. This is the document produced by plaintiffs as ASTM086030 to 086031. Can you tell me what this document is?

A. It is a 2011 membership renewal invoice.

Q. It is a different 2011 membership renewal invoice on each side. Correct?

A. Yeah. For different persons, yeah.

Q. And these persons are employees of NIST. Is that correct?

MR. FEE: Objection. Calls for speculation. Beyond the scope of his

designation.
THE WITNESS: It says here they're from NIST.
BY MR. BECKER:
Q. NIST is a federal agency. Correct?
MR. FEE: Same objections.
THE WITNESS: I believe. Sorry. I believe so.
BY MR. BECKER:
Q. And they both give their NIST e-mail addresses. Is that correct?
MR. FEE: Objection. Calls for speculation. Beyond the scope of his designation. You can answer.
THE WITNESS: The e-mail addresses are on this piece of paper.
BY MR. BECKER:
Q. And the e-mail addresses say @nist.gov. Correct?
A. Yes.
Q. And the addresses that they provide are for NIST. Correct?
MR. FEE: Objection. Calls for speculation. Beyond the scope of his

designation.
THE WITNESS: Yes, the NIST address is on these pieces of paper.
BY MR. BECKER:
Q. And did -- the credit card information and payer is the same for both renewal invoices. Correct?
MR. FEE: Objection. Beyond the scope of his designation.
THE WITNESS: It appears that the names are the same.
BY MR. BECKER:
Q. And that name appears to be Aruella Kuehl, K-U-E-H-L. Aruella is spelled A-R-U-E-L-L-A -- excuse me, that's Arvella, A-R-V-E-L-L-A.
MR. FEE: Objection. Beyond the scope of his designation.
BY MR. BECKER:
Q. Is that correct?
MR. FEE: Same objection.
THE WITNESS: If that's -- yeah, that's the way you want to spell it.
BY MR. BECKER:
Q. Could you, please, indicate

where on these renewal invoices, if anywhere, language exists that would assign any copyright that Charles E. Gibson or Benjamin K. Tsai, the individuals listed on these membership renewal invoices, might have granted to ASTM?
MR. FEE: Objection. Calls for a legal conclusion. Compound. You can answer if you know.
THE WITNESS: No, there's language in the middle of both pages beginning with "You agree...."
BY MR. BECKER:
Q. Is that where it says, "You agree, by your participation in ASTM and enjoyment of the benefits of your annual membership, to have transferred and assigned any and all interest you possess or may possess, including copyright, in the development or creation of ASTM standards or ASTM IP to ASTM. For additional information, please see the ASTM IP Policy, available at www.astm.org"?
A. Yes.
Q. For these membership renewal

invoices, are individuals required to check any box showing that they have read and understand the provision that I just read out loud?
MR. FEE: Objection. Vague. Compound.
THE WITNESS: I don't see here where there's a box to check off.
BY MR. BECKER:
Q. For the membership renewal invoices, are the members required to sign anywhere on the renewal invoice?
MR. FEE: Same objections.
THE WITNESS: I don't see anywhere else other than the signature for where the credit card information is.
BY MR. BECKER:
Q. And if an individual pays by some other means that doesn't require a credit card, would it not be necessary to sign this membership renewal invoice at all in order to get a membership renewal?
MR. FEE: Objection. Calls for speculation. Form.

THE WITNESS: I don't know. I guess you could sign a check. The only other way you could pay is through a check, so you could sign a check.

BY MR. BECKER:

Q. It also lists electronic payments. Correct?

A. Yes.

Q. So if somebody were to provide an electronic payment, then they would not need to sign anywhere on this form. Is that correct?

MR. FEE: Objection. Calls for speculation.

THE WITNESS: I suppose.

BY MR. BECKER:

Q. Is there any means through the membership renewal invoice that ASTM ensures that it has the understanding and assent of the individual renewing his or her membership that any copyright he or she has in the development or creation of ASTM standards is to be assigned to ASTM?

MR. FEE: Objection. Vague and

Page 178

confusing. Calls for speculation. Calls for a legal conclusion.

THE WITNESS: Through the original membership application, through the work item registration process, and through the collaboration registration process.

BY MR. BECKER:

Q. My question was with regards to the 2011 membership renewal invoice. I'll read it again.

Is there any means through the membership renewal invoice that ASTM ensures that it has the understanding and assent of the individual renewing his or her membership that any copyright he or she has in the development or creation of ASTM standards is to be assigned to ASTM?

MR. FEE: Objection to form. Vague and confusing. Compound. Calls for speculation and calls for a legal conclusion.

THE WITNESS: Within the 2011 membership renewal invoice, the only thing that is there is this language

Page 179

that we read.

BY MR. BECKER:

Q. And my question is, is there any means through the membership renewal invoice that ASTM ensures that it has the understanding and assent of the individual who is renewing his or her membership that any copyright he or she has in the development or creation of ASTM standards is to be assigned to ASTM?

MR. FEE: Same objections. Plus asked and answered.

THE WITNESS: Plus what?

MR. FEE: Asked and answered.

THE WITNESS: Same answer.

BY MR. BECKER:

Q. It's a yes or no answer.

MR. FEE: No. Answer it however you want to answer it.

THE WITNESS: Within the 2011 membership renewal invoice, there is this clause that we feel is -- informs the members that they're assigning their copyright to us within their participation at ASTM.

Page 180

BY MR. BECKER:

Q. How does ASTM know that a member has read that clause?

A. We don't.

Q. How does ASTM know that a member agrees with that clause?

MR. FEE: Objection to the extent it calls for a legal conclusion. Also calls for speculation. You can answer.

THE WITNESS: We don't know for sure.

\- - -

(Exhibit 1294, Organizational Membership Directory, was marked for identification.)

\- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1294. It's a document titled: "Organizational Membership Directory." This is two separate printouts combined. It is the A to K listing and the L to Z listing. It's something -- it's over 100 pages long.

Page 181

THE WITNESS: They make contributions at the meetings.
BY MR. BECKER:
Q. And do those contributions end up in the final approved standards?
MR. FEE: Objection. Vague.
THE WITNESS: I don't -- I can't say specifically.
BY MR. BECKER:
Q. What kind of contributions do they provide at these meetings?
MR. FEE: Objection. Vague.
THE WITNESS: Oral contributions.
BY MR. BECKER:
Q. Do they provide any written contributions?
MR. FEE: Objection. Vague.
THE WITNESS: They may through the balloting process.
BY MR. BECKER:
Q. Do they vote on standard drafts or revisions?
MR. FEE: Objection. Form.
THE WITNESS: They may. They have the opportunity to.

- - -
(Exhibit 1295, E-mail chain with attachment, Bates ASTM025633 - ASTM025640, was marked for identification.)
- - -
BY MR. BECKER:
Q. I'm handing you what's been marked as Exhibit 1295.
Could you, please, take a moment to try to put the pages for the previous exhibit back in the same order that they were provided to you, if possible?
MR. BRIDGES: I'll do that. Hand them to me, I'll do that.
THE WITNESS: I think that's the order.
BY MR. BECKER:
Q. Do you recognize this document that has been provided to you as Exhibit 1295? It is Bates number ASTM025633 to 025640.
A. No.
Q. Are you copied on this e-mail that's Exhibit 1295?

A. Yes.
Q. Did you ever receive this e-mail that's Exhibit 1295?
A. I may have.
Q. Do you have any reason to think that if you had -- that you did not receive this e-mail produced by ASTM that has your name listed under the cc line?
A. No.
Q. Do you have any reason to believe that this document provided by ASTM is not authentic?
MR. FEE: Objection. Calls for a legal conclusion.
THE WITNESS: I have no idea.
BY MR. BECKER:
Q. Is that a yes or a no?
A. I don't know. I don't see any reason why it wouldn't be.
Q. If you turn to the second page, it says -- this is an e-mail from Sarah Petre, P-E-T-R-E, to Jeff Grove that says -- in which you are cc'd at dsmith@astm.org. Is that correct?
A. Yes.

Q. And it says, "Jeff: Attached is a summary of all the potentially relevant standards related to the UE's efforts that focus on the environmental footprint of products and services. This list is more over inclusive. I also included a list of the EPA members that participate in E50 or E60." Is that correct?
A. That's what it says.
Q. Then if you turn to Bates number ASTM025637, the second paragraph from the top says, "The following representatives from EPA participate on the relevant ASTM committees...," and then lists a number of individuals. Is that correct?
A. Yes.
Q. Do you know any of these individuals that are listed?
A. Yes.
Q. Which individuals do you know?
A. I know Deb Goldblum. I know Sven-Erik Kaiser. And I know Patricia Overmeyer.
Q. Who is Deborah Goldblum?
A. She works in the EPA. It's --

marked for identification.)

- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1300. Could you, please, identify this document?

A. It says at the top "Laboratory Inspection Program," but it would appear to be a membership application.

Q. I'll note that this document is produced by ASTM as ASTM067024. Is there any mention of copyright assignment or ASTM's IP Policy on this document?

MR. FEE: Objection to form.

THE WITNESS: I don't see that language on here, no.

- - -

(Exhibit 1301, Membership applications, Bates ASTM066871, ASTM069213, ASTM069058, ASTM080176, ASTM061450, ASTM063146, ASTM063147, ASTM065682 & ASTM066345, was marked for identification.)

- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1301. This is a compilation of documents that were provided by ASTM as single pages. It is one example from each year from which ASTM has provided a membership application starting with the 2007 membership application and ending with the 2014 membership application. And the Bates numbers are ASTM066871, ASTM069213, ASTM069058, ASTM080176, ASTM061450, ASTM063146, ASTM063147, ASTM065682 and ASTM066345.

Are these the ASTM membership application forms for the years 2007 through 2014?

MR. FEE: Objection to the extent the witness has cherry picked pages of membership applications that were produced to you; to form as well, and compound.

THE WITNESS: These are versions of the application from these years.

BY MR. BECKER:

Q. Were there multiple versions of the ASTM membership applications for these

respective years, 2007 through 2014?

MR. FEE: Objection to form.

THE WITNESS: There probably was, yes.

BY MR. BECKER:

Q. How do you know that?

A. Well, because I know our applications, we have applications that have the language that we spoke about earlier that was on, was it 1293, Exhibit 1293? We have copies of membership applications that have that language on there.

Q. Exhibit 1293 is a membership renewal invoice. Correct?

A. Yes.

Q. And a membership renewal invoice is different from a membership application. Correct?

A. Yes.

Q. So when you say that there are different versions, do you mean that there is different versions of the membership applications for each year or that there is a membership application and there also is a membership renewal invoice --

MR. FEE: Objection. Form.

BY MR. BECKER:

Q. -- for each year?

A. We have membership applications for these years that have that language from Exhibit 1293 on them.

Q. How do you know that there are membership applications for all of the years 2007 through 2014 that have the same language that is from the 2011 membership renewal invoice Exhibit 1293?

MR. FEE: Objection to form.

THE WITNESS: Because I believe we put the language on the renewal forms and the application forms at the same time.

BY MR. BECKER:

Q. Why would there be membership applications that do not have the language that you're referring to? And to -- let me -- hold on. Let me clarify.

By the language that you're referring to on Exhibit 1293, you're referring to the purported copyright assignment language that starts with "You

agree. By your participation in ASTM...." Correct?
A. Yes.
MR. FEE: Hold on. Objection to form.
THE WITNESS: Sorry.
MR. FEE: It's compound. Calls for a legal conclusion.
THE WITNESS: The language that I'm talking about is on Exhibit 1293 that begins with "You agree, by your participation...."
BY MR. BECKER:
Q. Why do you believe that ASTM put the language that you're referring to on the renewal forms and the application forms at the same time?
A. That's what I recall.
Q. Recall from what?
MR. FEE: Objection. Vague.
THE WITNESS: Just what I remember.
BY MR. BECKER:
Q. Do you know when ASTM first used the language that you're referring to

Page 214

from Exhibit 1293?
A. Not exactly sure.
Q. Do you have any idea as to what year ASTM first started using that language that appears on Exhibit 1293?
A. I thought it was in about 2005.
Q. Do you have any way to confirm when ASTM began using that language that was featured on Exhibit 1293?
MR. FEE: Objection. Vague.
THE WITNESS: Not right here, now.
BY MR. BECKER:
Q. How would you go about confirming that?
A. I would ask our general counsel.
Q. Is there any other way that you would confirm that?
A. Not right now.
Q. Is there anyone who would know other than ASTM's general counsel when the copyright assignment language that you're referring to from 1293 was first used by ASTM on membership forms?
A. I'm not sure.

Page 215

Q. How many different forms of membership application existed in 2007?
A. I don't know.
Q. Do you know how many different forms of membership application ASTM had for the year 2008?
A. No.
Q. Do you know how many forms of membership application ASTM had for the year 2009?
A. No.
Q. Do you know how many forms of membership application ASTM had for 2010?
A. No.
Q. How about for 2011?
A. No.
Q. Or 2012?
A. No.
Q. Or 2013?
A. No.
Q. Or 2014?
A. No.
Q. Do you know why ASTM has different membership application forms?
MR. FEE: Objection. To the

Page 216

extent that your answering that question would disclose attorney-client communications, you shouldn't disclose that. You can answer otherwise.
THE WITNESS: No. My experience has been that if we go to a very focused individual conference, there may be a -- it could be the staff manager prepares an application for that particular committee and did not use the most current application.
BY MR. BECKER:
Q. Is there a difference between ASTM membership application forms and ASTM committee membership application forms?
MR. FEE: Objection. Vague.
THE WITNESS: We have a type of membership that's called a participating membership where you join technical committees. And then we also have informational members that just joined ASTM but they do not join a particular technical committee. But I'm not aware of a difference

Page 217

BY MR. BECKER:
Q. On the next page, ASTM063147, it has different language concerning the ASTM Intellectual Property Policy than the 2012 membership application that we were just discussing. Is that correct?
MR. FEE: Hold on one second. You can answer.
THE WITNESS: Yes, that language is different.
BY MR. BECKER:
Q. The language that's on ASTM063147 is similar to the language that's on Exhibit 1293, the 2011 membership renewal invoice. Is that correct?
MR. FEE: Objection. Vague.
THE WITNESS: Yep, that looks correct. Slightly different.
BY MR. BECKER:
Q. Why is this language different for the 2012 committee membership application than for the 2012 membership application?
MR. FEE: Objection. To the extent that would require you to disclose attorney-client

communications, you shouldn't do so. If you can answer otherwise, go ahead.
THE WITNESS: My perspective is that they're the same thing. They're both intended for an individual to join a particular committee.
BY MR. BECKER:
Q. Why is the copyright -- you say they're the same thing, the copyright assignment language?
MR. FEE: Same objection and instruction.
THE WITNESS: No, I believe the form is the same thing. It serves the same purpose. It's an application so an individual can join the technical committee.
BY MR. BECKER:
Q. And my question was about the actual language that ASTM believes concerns copyright assignment. Why is there a difference in the language concerning ASTM's IP Policy on ASTM063146 as opposed to the language concerning ASTM's IP Policy on ASTM063147?

MR. FEE: Objection to form. I also object to the extent it calls for attorney-client communications. You shouldn't disclose any communications between you and counsel, but you can answer otherwise.
THE WITNESS: I believe the language that is at the top of ASTM063146 was language that we used prior to the language that we used that's contained on ASTM063147.
BY MR. BECKER:
Q. But if you then turn the page to ASTM065682, that's a 2013 membership application, and it has the same language concerning the ASTM Intellectual Property Policy as on ASTM063146. Correct?
A. That's what it looks like.
Q. If you turn the page to the following page, the 2014 membership application also has that same language. Correct?
A. Yes.
Q. So ASTM has continued to use this language into 2014?

MR. FEE: Objection. Vague.
THE WITNESS: That's what it would appear to me.
BY MR. BECKER:
Q. Who knows how many different versions exist for the membership applications during each year from 2007 to 2014?
A. I don't know if anybody knows.
Q. Why is that?
MR. FEE: Objection. Calls for speculation.
THE WITNESS: My experience as being a staff manager is I don't think people think about the version of an application that's being used. I think it's viewed as a tool that enables an individual to join a technical committee.
BY MR. BECKER:
Q. Who creates the membership applications such as the 2014 membership application ASTM066345?
A. I'm not sure who creates it. Maybe our customer relations. Maybe it's our

I just want to say that Mr. Smith has been available to be deposed since 10:00 a.m. this morning. It's now 7:00. We have about 55 minutes left. We're not staying past 8:00. So if you're going to take any other breaks, it better be short. That was a 20-minute break and I think a complete waste of time. Go ahead.

BY MR. BECKER:

Q. Mr. Smith, I've handed you what's marked as Exhibit 1311. This is a document produced by ASTM as 003501 to 3522. Could you, please, identify it?

A. It says, "RECORD RETENTION POLICY."

Q. Is this ASTM's record retention policy?

A. Yes, I believe it is.

Q. Have you -- did you review ASTM's record retention policy in preparation for the deposition today?

A. I reviewed it very briefly.

Q. Do you know what category under the record retention policy that membership

application forms would qualify as?

MR. FEE: Objection. It's beyond the scope of his designation.

THE WITNESS: Are you referring to any particular pages?

BY MR. BECKER:

Q. Yes. If you look at ASTM 3502 and 3503, it says, "Types of Records." That includes "Temporary Records," "Final Records" and "Permanent Records." And then it also has B is -- section B, "Types of Records That have Legal or Regulatory Periods of Retention," "Accounting and Corporate Tax Records," "Corporate Records," "Employment and Employee Records," "Bank Records," and "Legal Records."

A. I don't know what category membership application would fall under, would just -- I'm not sure.

Q. Do you know what category the ASTM IP Policy would fall under?

MR. FEE: Objection. Beyond the scope.

THE WITNESS: No, I don't know. I'm not very familiar with the "Types

of Records," section III.

- - -

(Exhibit 1312, 11/21/08 E-mail with attachment, Bates ASTM088320 - ASTM088325, was marked for identification.)

- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1312. This is the document produced by ASTM as ASTM088320 to ASTM088325. It is an e-mail with an attachment that says, "ASTM International Author/Copyright Owner Agreement." Is this attachment a correct copy of the ASTM International Author/Copyright Ownership Agreement?

MR. FEE: Objection. Vague as to time. Beyond the scope of the designation as well.

THE WITNESS: I'm not sure.

BY MR. BECKER:

Q. Who would know whether this attachment is a correct copy of the ASTM International Author/Copyright Ownership Agreement?

MR. FEE: Objection. Beyond the scope.

THE WITNESS: I would have to read it first to possibly give you an answer.

Our publications department might be able to tell you whether or not this is the correct Author/Copyright Owner Agreement since it's a journal paper, relevant to a journal paper.

- - -

(Exhibit 1313, Web site screenshots, Bates ASTM001792 - ASTM001800, was marked for identification.)

- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1313. This document was produced by ASTM with Bates number ASTM001792 to 1800. What is this document?

A. This looks like it is screenshots from our Web site for how an individual would renew their membership.

that I've provided here as Exhibit 1315?
MR. FEE: Same objections, plus lack of formation -- or foundation. Sorry.
THE WITNESS: I'm not aware of whether there was or there was not.
- - -
(Exhibit 1316, Regulations Governing ASTM Technical Committees, was marked for identification.)
- - -
BY MR. BECKER:
Q. I'm handing you what's been marked as Exhibit 1316. Could you, please, tell me what this document is?
A. The front page says the "REGULATIONS GOVERNING ASTM TECHNICAL COMMITTEES."
Q. What are the Regulations Governing ASTM Technical Committees?
A. It's essentially this entire document if it's all included here.
Q. Does it appear to be all included there?
A. I'd have to go through it, but

it could. Looks like it.
Q. What is the purpose of the Regulations Governing ASTM Technical Committees?
MR. FEE: Objection. Beyond the scope. Vague.
THE WITNESS: Technical committees follow the regulations and develop member standards.
BY MR. BECKER:
Q. Do you use the Regulations Governing ASTM Technical Committees in the course of your work with ASTM?
A. Yes.
Q. How do you use them?
A. As staff people, we advise our technical committees on the regulations so that they -- the regulations can be followed in the development of their standards.
Q. Do staff members do other things to assist the members of the technical committees?
MR. FEE: Objection. Vague.
THE WITNESS: Yes.
BY MR. BECKER:

Q. What do staff members do to assist the members of technical committees?
MR. FEE: Objection. Vague.
THE WITNESS: General assistance. Provide them with advice on regulations, on our form and style manual. We have interlaboratory study program that assists our members. A variety of things. I don't know if there's anything specific that you want me to focus on.
BY MR. BECKER:
Q. Does -- how does ASTM staff members assist individual -- assist technical committee members in the drafting or revision of standards?
MR. FEE: Objection. Vague.
THE WITNESS: We have -- we provide them with editorial assistance, so we'll provide editorial help within the documents. Our interlaboratory study program is responsible for organizing round-robin studies for collecting the data and doing the number crunching in order to

produce precision statements. Our ILS team will produce the research reports which are referenced in the standard. We will help -- we have a graphics department that will create graphics for the standards, for committee members. We have an up-front editor that provides a great deal of assistance if we have a draft that needs to be put into proper ASTM form and style. We provide them with assistance on language for caveats that are placed in the ASTM standards.
BY MR. BECKER:
Q. Anything else?
A. We provide an awful lot of assistance, but nothing else that comes to mind at this particular time.
Q. When you say editorial assistance, what do you mean by that?
A. Grammatical things. We'll inform members if they have mandatory language in a non-mandatory section, that that's outside the form and style policy. Or vice versa, if they have non-mandatory

language in a mandatory section, we'll provide assistance in tweaking that language so that it's within the form and style guidelines.

Q. Anything else in terms of editorial assistance other than grammatical assistance?

A. We could take a document and place it and organize it so that it has the relevant sections as defined in the form and style manual.

Q. Do you mean to reorganize a draft standard, is that what you're saying?

A. Yes.

Q. What are -- excuse me.

Anything else in terms of editorial assistance?

A. Our editors will also take a document that's been approved through our balloting process, if it's a new standard, they'll put it into publication format and work with the technical contacts to make sure that everything looks good prior to publication.

Q. When you say they put it into

publication format, does that involve any changes to the content of the draft standard?

MR. FEE: Objection. Vague.

THE WITNESS: It involves taking what was balloted in the Word format and placing it into our XML format that we use for producing PDFs.

BY MR. BECKER:

Q. Is that a no?

MR. FEE: Objection. You can answer the question however you like. You don't have to answer it yes or no.

THE WITNESS: Did you ask me is that a no?

BY MR. BECKER:

Q. Yeah.

A. What was -- can you repeat the original question?

Q. The question was, when you say you put it into publication format, does that involve any changes to the content of the draft standards?

MR. FEE: Objection. Vague.

THE WITNESS: It could, editorial changes, yes.

BY MR. BECKER:

Q. Is that the same grammatical changes that you were referring to before?

MR. FEE: Objection. Mischaracterizes his testimony. Vague.

BY MR. BECKER:

Q. I'm sorry, what did you say?

A. The editors could work with the technical contacts to incorporate editorial changes, grammatical or reorganization of content.

Q. Who are the technical contacts?

A. Who are they?

Q. Yeah.

A. They are individuals that take the lead in developing a new standard or in developing a revision to an existing standard.

Q. Are those volunteers or are those employees of ASTM?

MR. FEE: Objection. Vague. Calls for a legal conclusion.

THE WITNESS: They're volunteers.

BY MR. BECKER:

Q. What did you mean when you said precision statements?

A. Precision statements are included in test methods.

Q. What are precision statements?

A. Precision statements include statements on repeatability and reproducibility.

Q. What do you mean by that?

A. For a test method, a statement of repeatability would be a laboratory taking the ASTM test method and running the test in the laboratory several times. And they take the results of that test and they see how close each iteration is. And if the results are very close, then that would indicate good precision. If it's -- if the results are not close, then that would indicate poor precision. So that's what repeatability is. Then reproducibility is at least six labs doing the same thing as what I just described as that one lab. And then the reproducibility is a statement that analyzes the results from all six or more labs.

Q. Do the same precision

statements appear in different standards?
A. In test methods.
Q. For test methods they do?
A. Yes.
Q. What is the work that the graphics department does?
MR. FEE: Objection. Vague.
THE WITNESS: Graphics, I don't know exactly everything that they do, but they will take figures that are perhaps old from years ago and we will use them in our technology, update them to make them more user friendly.
BY MR. BECKER:
Q. Are these figures that were created by committee members or how are these figures created that the graphics department would update?
MR. FEE: Objection to form.
THE WITNESS: I would assume by the committee members.
BY MR. BECKER:
Q. Do members -- do committee members vote on the changes that -- or additions that you just described?

Page 274

MR. FEE: Objection. Mischaracterizes his testimony. Vague and ambiguous.
THE WITNESS: Yes.
BY MR. BECKER:
Q. Do committee members vote on the final versions of ASTM standards?
A. I'm not sure what you mean by "final versions."
Q. Do committee members vote on ASTM standards, on the final appearance of ASTM standards?
MR. FEE: Objection. Vague.
THE WITNESS: The final appearance, the published format?
BY MR. BECKER:
Q. Yes.
A. No.
Q. Do ASTM committee members vote on the content that appears in the final form of ASTM standards?
MR. FEE: Objection. Vague.
THE WITNESS: The content that is balloted and approved through our consensus process is not changed

Page 275

significantly when it's transformed into the published version.
BY MR. BECKER:
Q. When you say it's not changed significantly, what do you mean?
A. There could be editorial changes. So that's a service that our editors perform. When they're putting it into the published version, they will work with the technical contact to incorporate any editorial changes that may have been agreed upon by the committee.
Q. You mentioned caveats in ASTM standards. What are those?
A. There are caveats that are in our form and style manual.
Q. Are those -- what exactly are the caveats in the form and style manual?
MR. FEE: Objection. Vague.
THE WITNESS: I wouldn't be able to name all of them for you, but there are caveats related to the use of units, so the standard will -- the -- there will be a caveat that will identify the use of units within a

Page 276

particular standard. We have certain safety caveats and hazardous caveats. I think we have a caveat that deals with mercury being used in the standard. I'm sure there are some others.

- - -

(Exhibit 1317, Participating Membership Applications, Bates ASTM064686 - ASTM064692, was marked for identification.)

- - -

BY MR. BECKER:
Q. I'm handing you what's been marked as Exhibit 1317. This document has been produced by ASTM as ASTM064686 to 64692. What is this document?
A. This looks like a copy of an old application that was downloaded and saved from our Web site and that was filled out by hand. Best guess.

- - -

(Exhibit 1318, E-mail chain with attachment, Bates ASTM087493 - ASTM087497, was marked for

Page 277

identification.)

- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1318. Does this exhibit appear to show an individual who was attempting to renew his application, membership application with ASTM by phone --

A. I'd have to read it.

Q. -- and e-mail?

A. [Reviewing document.] Looks like, based on what I'm reading here, they were trying to renew the membership by phone, but it doesn't say that it actually happened.

Q. Can ASTM members renew their membership by phone or e-mail?

A. They could. It's not -- I don't think it's very common, but they could.

- - -

(Exhibit 1319, 2011 ASTM International Committee Membership Application, Bates ASTM061183, was marked for identification.)

- - -

BY MR. BECKER:

Page 278

Q. I'm handing you what's been marked as Exhibit 1319, document produced by ASTM as Bates number ASTM061183. What is this document?

A. It says, "2011 ASTM...Committee Membership Application."

Q. Does this document appear to have a line crossed through the language concerning the ASTM IP Policy?

MR. FEE: Objection. The document speaks for itself.

THE WITNESS: I can't say that that's a line or whether that's an indicator towards the individual's account number.

- - -

(Exhibit 1320, How To Standards Writing 101 New Standards, was marked for identification.)

- - -

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1320. What is this document?

A. I'm not sure. It says

Page 279

Standards Writing 101 How To [as read]. It looks like something that was written in Standardization News back in 2000.

Q. Does this document accurately reflect the way that standards were developed at ASTM in approximately March of 2000?

MR. FEE: You're going to have to read the whole document to answer that question.

THE WITNESS: This was, I believe, a way that an individual could request the development of a new standard.

BY MR. BECKER:

Q. So there were other ways that an individual could request the development of a new standard as of March 2000?

A. Yeah, they could make a request from the subcommittee or by the subcommittee chairman.

- - -

(Exhibit 1321, How Standards are Developed article, was marked for identification.)

- - -

Page 280

BY MR. BECKER:

Q. I'm handing you what's been marked as Exhibit 1321. This document was printed from the ASTM Web site at www.astm.org/MEMBERSHIP/standardsdevelop.HTML. What is this document?

A. It looks like maybe an article.

MR. FEE: Objection. Lack of foundation.

THE WITNESS: Maybe an article we have on our Web site that helps provide guidance for our members.

BY MR. BECKER:

Q. Do you know what a US TAG ISO list is?

A. A US --

Q. US TAG ISO list.

A. United States Technical Advisory Group ISO list, I don't know if that refers to the list of members that are serving on the technical advisory group.

- - -

(Exhibit 1322, 8/13/08 E-mail, Bates ASTM073852, was marked for identification.)

Page 281

IP Policy or assignments?

MR. BECKER: Object as to form.

THE WITNESS: There is additional language. This document identifies membership renewal Web screenshots for different types of members. So I identified page 2, and then there's also additional language on page ASTM001796 as well as ASTM001798. And I believe that's it.

MR. FEE: I have no other questions.

Do you have any other questions or is he done?

MR. BECKER: No, no redirect.

MR. FEE: Great. Thank you.

THE WITNESS: Thanks.

VIDEOGRAPHER: The time is now 7:57. This concludes the videotape deposition of Dan Smith.

- - -

(Witness excused.)

- - -

(Deposition concluded at 7:57 p.m.)

Page 290

C E R T I F I C A T E

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS my hand and official seal this 7th day of August, 2015.

____________________________
Notary Public

Page 291

I declare under penalty of perjury under the laws that the foregoing is true and correct.

Executed on __________________ , 20___,
at ______________, _____________________________.

______________________________
DANIEL SMITH

Page 292

# EXHIBIT 14

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE
OCT 17 1983
ASTM
PUBLICATION DIVISION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

FORM TX
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 1-187-015
TX TXU

EFFECTIVE DATE OF REGISTRATION
SEP 14 1983
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK** ▼ 1983 Annual Book of ASTM Standards Section 3 Volume 03.01 Metals - Mechanical Testing; Elevated and Low Temperature Tests

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NAME OF AUTHOR** ▼
a American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼ Entire Text

**NAME OF AUTHOR** ▼
b

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR** ▼
c

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ August Day ▶ 10 Year ▶ 1983
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED 14 SEP 1983
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED 14 SEP 1983
REMITTANCE NUMBER AND DATE 325661 SEP 14 83

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

EXHIBIT 1291 7-24-15

EXAMINED BY

FORM TX

CHECKED BY

CORRESPONDENCE Yes

DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

TX 1-187-015

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[X] Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

[ ] This is the first published edition of a work previously registered in unpublished form.

[ ] This is the first application submitted by this author as copyright claimant.

[X] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number: TX 900-070 Year of Registration: 1982

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.

1982 Annual Book of ASTM Standards Part 10

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Compilation of previously published text plus additional text

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers | Places of Manufacture |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a [X] Copies and Phonorecords b [ ] Copies Only c [ ] Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name Account Number

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number 215-299-5431

Be sure to give your daytime phone number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the (Check one)

[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[X] authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date 8/25/83

Handwritten signature (X) Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name: American Society for Testing and Materials (8401)
Number/Street/Apartment Number: 1916 Race Street
City/State/ZIP: Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1982: 381-278/52 July 1982-200,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE THE LIBRARY OF CONGRESS OFFICIAL SEAL
NOV 28 1983
ASTM PUBLICATION DIVISION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 1-210-036

U

EFFECTIVE DATE OF REGISTRATION

10 (Month) 20 (Day) 83 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1983 Annual Book of ASTM Standards Section 12, Volume 12.02 Nuclear (II), Solar, and Geothermal Energy

Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Mateirals

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
1983 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 25 Year ▶ 1983
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, Pa 19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
20 OCT 1983

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
20 OCT 1983

REMITTANCE NUMBER AND DATE
17182 OCT 20 83

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

TX 1-210-036

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 932-027 and TX1-020-736 Year of Registration ▼ 1982

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1982 Annual Book of ASTM Standards, Parts 41, 45

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published text plus additional text

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
| --- | --- |
| Waverly Press, Inc. | Easton, MD |

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 10/10/83

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼
American Society for Testing and Materials (RLM)

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

JAN 18 1984

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

ASTM PUBLICATION DIVISION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 1 1-228-879

TX TXU

EFFECTIVE DATE OF REGISTRATION

7 (Month) 18 (Day) 83 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼** 1983 Annual Book of ASTM Standards Section 2 Volume 02.01 Nonferrous Metal Products Copper and Copper Alloys

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**NAME OF AUTHOR ▼**
a American Society for Testing and Materials

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ — Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼ Entire Text

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country: OR { Citizen of ▶ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ May Day ▶ 25 Year ▶ 1983 United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED 18 JUL 1983 NOV -7 1983

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED 18 JUL 1983

REMITTANCE NUMBER AND DATE 270931 JUL 18 83

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

EXAMINED BY BD/ [signature]

FORM TX

CHECKED BY [initials]

☑ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

TX 1-228-879

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
XX Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

XX This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 932-025 Year of Registration ▼ 1982

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1982 Annual Book of ASTM Standards Part 6 Copper and Copper Alloys

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previously published text plus additional text.

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer date ▶ 6/29/83

Handwritten signature (X) ▼ [signature]

**11**

**MAIL CERTIFICATE TO**

Name ▼
American Society for Testing and Materials (RLM)
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 1-374-250
U

EFFECTIVE DATE OF REGISTRATION

Month 6 Day 25 Year 84

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1984 Annual Book of ASTM Standards Section 11 Volume 11.01 Water (I)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| Section 11 | Volume 11.01 | May | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
1984 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ May Day ▶ 20 Year ▶ 1984
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED 25 JUN 1984
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED 28 JUN 1984
REMITTANCE NUMBER AND DATE
244862 JUN 25 84

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SE

TX 1-374-250

CORRESPONDENCE Yes

DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 1-280-946 Year of Registration ▼ 1983

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1983 Annual Book of ASTM Standards Section 11 Volume 11.01 Water (I)

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published text plus additional text

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 6/15/84

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼
American Society for Testing and Materials RLM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1982: 381-278/50

June 1982-168,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 1 689 871
U

EFFECTIVE DATE OF REGISTRATION

OCT 2 1 1985

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL** ▼ 1985 Annual Book of ASTM Standards Section 2 Volume 02.02 Nonferrous Metals Products Die-Cast Metals; Aluminum and Magnesium Alloys

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 2.02 | 2 | July | Annual |

**PREVIOUS OR ALTERNATIVE TITLES** ▼

## 2

**a** **NAME OF AUTHOR** ▼ American Society for Testing and Materials

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ United States / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a "work made for ...

**b** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country: OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c** **NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

*0014248862*

## 3

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ July Day ▶ 26 Year ▶ 1985 United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED OCT. 21. 1985

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED OCT. 21. 1985

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY SRT

CHECKED BY

FORM SE

CORRESPONDENCE Yes

DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

TX 1 689 871

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TX 1-453-716 **Year of Registration** ▼ 1984

## 6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1984 Annual Book of ASTM Standards Section 2 Volume 02.02

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published text plus additional text

See instructions before completing this space.

## 7

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
|---|---|
| Waverly Press, Inc. | Easton, MD |

## 8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

## 9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

## 10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 9/20/85

Handwritten signature (X) ▼ [signature]

## 11

**MAIL CERTIFICATE TO**

Name ▼
American Society for Testing and Materials RLM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103

**Certificate will be mailed in window envelope**

**Have you:**
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1984: 461-584/10,015 December 1984 — 100,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 1 798 078
U

EFFECTIVE DATE OF REGISTRATION
3 (Month) 17 (Day) 86 (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**
1986 Annual Book of ASTM Standards Section 1, Volume 01.01
Iron and Steel Products; Steel-Piping, Tubing, Fittings

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.01 | 1 | January 1986 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** **NAME OF AUTHOR ▼** American SOciety for Testing and Materials
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ U.S.A.
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE** Under the law,

**b** **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of country: OR { Citizen of ▶ ____ Domiciled in ▶ ____
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

00453335

**c** **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ ____
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1986 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ January Day ▶ 24 Year ▶ 1986
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED FEB. 27. 1986
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED FEB. 27. 1986
REMITTANCE NUMBER AND DATE
*Funds Received 3/17/86

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY MHT

FORM SE

TX 1 798 078

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 1 687496 Year of Registration ▼ 1985

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previously published text plus additional text.

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 1/31/86

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼ American Society for Testing and Materials

Number/Street/Apartment Number ▼ 1916 Race Street

City/State/ZIP ▼ Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1985—461-584—20,004

July 1985–50,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 2 110 040
U

EFFECTIVE DATE OF REGISTRATION
JUL 14 1987
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**
1987 Annual Book of ASTM Standards, Nonferrous Metal Products; Copper and Copper Alloys

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.01 | 02 | June 1987 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a NAME OF AUTHOR ▼** American Society for Testing and Materials

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ; Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a "work made for hire" is generally

**b NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of country: OR { Citizen of ▶ ; Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ; Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

*01363987*
01363987

## 3

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1987 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 22 Year ▶ 1987
U. S. A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED JUL 14 1987
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 14 1987
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SE

TX 2 110 040

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 1-846-702 Year of Registration ▼ 1986

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1986 Annual Book of ASTM Standards Section 02 Volume 02.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼ Waverly Press, Inc.

Places of Manufacture ▼ Easton, MD

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 6/25/87

Handwritten signature (X) ▼ Robert L Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Scholl, ASTM

Number/Street/Apartment Number ▼ 1916 Race Street

City/State/ZIP ▼ Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560/40,004

July 1986—120,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 2-210-197
U

EFFECTIVE DATE OF REGISTRATION
12 10 87
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**
1987 Annual Book of ASTM Standards, Thermal Insulation: Environmental Acoustics

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | October 1987 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? X Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work ...

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1987 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ October Day ▶ 28 Year ▶ 1987 U. S. A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

APPLICATION RECEIVED DEC 10 1987
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 10 1987
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

016602319

EXAMINED BY

FORM SE

CHECKED BY

CORRESPONDENCE Yes

DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

TX 2-210-197

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

[X] Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. [X] This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 1-957-611 Year of Registration ▼ 1986

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1986 Annual Book of ASTM Standards Section 04 Volume 04.06

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space.

**7** MANUFACTURERS AND LOCATIONS If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼ Waverly Press, Inc. Places of Manufacture ▼ Easton, MD

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a [X] Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
[X] authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer date ▶ 12/02/87

Handwritten signature (X) ▼ Robert L. Meltzer

**11** MAIL CERTIFICATE TO

Name ▼ Kathe Scholl, ASTM
Number/Street/Apartment Number ▼ 1916 Race Street
City/State/ZIP ▼ Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2500.

U.S. GOVERNMENT PRINTING OFFICE: 1986 491-580/40004

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 2-210-202

EFFECTIVE DATE OF REGISTRATION
12 10 87
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1987 Annual Book of ASTM Standards, Building Seals and Sealants; Fire Standards; Building Construction

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.07 | 04 | November 1987 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2 a** NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? X Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1987 ◀ Year
This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ November Day ▶ 11 Year ▶ 1987
U. S. A. ◀ Nation

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED DEC. 10. 1987
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC. 10. 1987
REMITTANCE NUMBER AND DATE

01660232

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2

EXAMINED BY

FORM SE

CHECKED BY

TX 2-210-202

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 1-957-619 Year of Registration ▼ 1986

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1986 Annual Book of ASTM Standards Section 04 Volume 04.07

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼ Waverly Press, Inc.

Places of Manufacture ▼ Easton, MD

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 12/02/87

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼ Kathe Scholl, ASTM

Number/Street/Apartment Number ▼ 1916 Race Street

City/State/ZIP ▼ Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 2 284 674

EFFECTIVE DATE OF REGISTRATION

4 15 88
Month Day Year

UNITED STATES COPYRIGHT OFFICE ☆ THE LIBRARY OF CONGRESS ☆

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1988 Annual Book of ASTM Standards, Plastic Pipe and Building Products

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 08.04 | 08 | January 1988 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** a NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? X Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

0195268290

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1988 ◀ Year — This information must be given in all cases.
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ March Day ▶ 10 Year ▶ 1988
U. S. A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

APPLICATION RECEIVED APR 15 1988
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED APR 15 1988
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY AHT

CHECKED BY

FORM SE

TX 2 284 674

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 2-058-606 Year of Registration ▼ 1987

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1987 Annual Book of ASTM Standards Section 08 Volume 08.04

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼ Waverly Press, Inc.

Places of Manufacture ▼ Easton, MD

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 03/28/88

Handwritten signature (X) ▼ [signature]

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Scholl, ASTM

Number/Street/Apartment Number ▼ 1916 Race Street

City/State/ZIP ▼ Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 2 348 166

U

EFFECTIVE DATE OF REGISTRATION

JUN 10 1988

Month Day Year

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1988 Annual Book of ASTM Standards, Electrical Conductors

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.03 | 02 | May 1988 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

*00537194*

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

and death blank.

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases. 1988 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ May Day ▶ 23 Year ▶ 1988
U. S. A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED JUN 10, 1988
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUN 10, 1988
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY
CHECKED BY
☐ CORRESPONDENCE Yes
☐ DEPOSIT ACCOUNT FUNDS USED

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

TX 2 348 166

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ TX 2-110-041 Year of Registration ▼ 1987

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1987 Annual Book of ASTM Standards Section 02 Volume 02.03
b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

MANUFACTURERS AND LOCATIONS If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
| --- | --- |
| Waverly Press, Inc. | Easton, MD |

**8**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103
Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check one ▶ ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer date ▶ 05/23/88

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights?*
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986—491-560/40,004

July 1986—120,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 2-469-775

U

EFFECTIVE DATE OF REGISTRATION

DEC 13 1988

Month Day Year

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS SERIAL ▼**
1988 Annual Book of ASTM Standards, Textiles -- Yarns, Fabrics, and General Test Methods

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 07.01 | 07 | October 1988 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**NAME OF AUTHOR ▼**
a American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ ~~United States~~

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

**NAME OF AUTHOR ▼**
b

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NAME OF AUTHOR ▼**
c

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

0230841 19

**3**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1988 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ ~~November~~ Day ▶ ~~17~~ Year ▶ ~~1988~~
~~U. S. A.~~ ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
DEC 13 1988
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
DEC 13 1988
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SE

TX 2-469-775

CORRESPONDENCE Yes

DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ TX 2-209-876 Year of Registration ▼ 1987

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1987 Annual Book of ASTM Standards Section 07 volume 07.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103
Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer date ▶ 12/8/88

Handwritten signature (X) ▼

**11**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560/40,004 July 1986—120,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 2-794-050

U

EFFECTIVE DATE OF REGISTRATION

7 (Month) 5 (Day) 1990 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS SERIAL ▼
1990 Annual Book of ASTM Standards: GENERAL METHODS AND INSTRUMENTATION GENERAL TEST METHODS, NONMETAL; LABORATORY APPARATUS; STATISTICAL METHODS; APPEARANCE OF MATERIALS →

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.02 | 14 | JUNE 1990 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

NAME OF AUTHOR ▼
a American Society for Testing and Materials

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ ___ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of country — OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

03543233

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country — OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No — Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

## 3

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED — This information must be given in all cases.
1990 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published.
Month ▶ 6 Day ▶ 12 Year ▶ 90
U.S.A. ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED JUL 05 1990
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 05 1990
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY MHT

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

TX 2-794-050

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 2 608 548 Year of Registration ▼ 1989

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1988 Annual Book of ASTM Standards, Section 14 Volume 14.02

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**MANUFACTURERS AND LOCATIONS** If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

| Names of Manufacturers ▼ | Places of Manufacture ▼ |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103

Area Code & Telephone Number ▶ (215) 299-5431

Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer date ▶ 6-27-90

Handwritten signature (X) Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼
Kathleen M. Hooper

Number/Street/Apartment Number ▼
ASTM, 1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
- Completed all necessary spaces?
- Signed your application in space 10?
- Enclosed check or money order for $10 payable to *Register of Copyrights*?
- Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560-40,004

July 1986-120,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 3 043-643
U

EFFECTIVE DATE OF REGISTRATION
APR 15 1991
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS SERIAL ▼
1991 Annual Book of ASTM Standards: IRON AND STEEL PRODUCTS: STEEL - PIPING, TUBING, FITTINGS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.01 | 01 | JANUARY | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

**NOTE** Under the law.

a NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

04161108 2

## 3

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED — This information must be given in all cases. 1991 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ 2 Day ▶ 25 Year ▶ 91 U.S.A. ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page
- See detailed instructions
- Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

TX 3 043-643

EXAMINED BY
CHECKED BY
CORRESPONDENCE Yes

**FORM SE**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 2 664 182 Year of Registration ▼ 1990

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1990 Annual Book of ASTM Standards, Section 01 , Volume 01.01

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.**

Robert L. Meltzer date ▶ 3/21/91

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

**Certificate will be mailed in window envelope**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

U.S. GOVERNMENT PRINTING OFFICE: 1990- 262-170/20,005

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 211 547

U

EFFECTIVE DATE OF REGISTRATION

DEC. 02.1991
Month Day Year

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1991 Annual Book of ASTM Standards: ANALYTICAL ATOMIC SPECTROSCOPY; SURFACE ANALYSIS

Volume ▼ 03.06 | Number ▼ 03 | Date on Copies ▼ OCTOBER 1991 | Frequency of Publication ▼ ANNUAL

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼
a American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ___ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a

NAME OF AUTHOR ▼
b
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ ___ Domiciled in ▶ ___
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

*042400195*

NAME OF AUTHOR ▼
c
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ___ Domiciled in ▶ ___
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED — This information must be given in all cases. 1991 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ 10 Day ▶ 11 Year ▶ 91
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED DEC 02 1991
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 02 1991
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

ASTM000029

TX 3 211 547

EXAMINED BY
CHECKED BY
CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 2 903 827 Year of Registration ▼ 1990

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1990 Annual Book of ASTM Standards, Section 03 , Volume 03.06

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 10/16/91

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20.005

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 278 409

U

EFFECTIVE DATE OF REGISTRATION

MAR 30 1992
Month Day Year

UNITED STATES COPYRIGHT OFFICE THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1991 Annual Book of ASTM Standards: CONSTRUCTION; THERMAL INSULATION; ENVIRONMENTAL ACOUSTICS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | OCTOBER | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a NAME OF AUTHOR ▼
American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ / Domiciled in ▶ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided...

04651553

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED — This information must be given in all cases. 1991 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ 11 Day ▶ 7 Year ▶ 1991
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED MAR 30 1992
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR 30 1992
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

* Amended by C.O. Authority of telephone call on April 6, 1992 with Kathy Hooper of the American Society for Testing and Materials.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

TX 3 278 409

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5 PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 2 992 567 Year of Registration ▼ 1990

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1990 Annual Book of ASTM Standards, Section 04, Volume 04.07

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8 REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10 CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 2/25/92

Handwritten signature (X) ▼ Robert L Meltzer

**11 MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 1916 Race Street

City/State/ZIP ▼ Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000 ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 3 278 410
U

EFFECTIVE DATE OF REGISTRATION
MAR 30 1992
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1992 Annual Book of ASTM Standards: IRON AND STEEL PRODUCTS: SHIPBUILDING

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.07 | 01 | JANUARY 1992 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ______ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ ______ Domiciled in ▶ ______
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ______ Domiciled in ▶ ______
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for

0465196 00465196

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED — This information must be given in all cases. 1992 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ 2 Day ▶ 26 Year ▶ 92
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED MAR 30 1992
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR 30 1992
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

TX 3 278 410

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office? **5**

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3 035 186 — Year of Registration ▼ 1991

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1991 Annual Book of ASTM Standards, Section 01, Volume 01.07

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **10**

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 2/26/92

Handwritten signature (X) ▼ [signature]

**MAIL CERTIFICATE TO** **11**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 460 670

U

EFFECTIVE DATE OF REGISTRATION

JAN 26 1993
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1992 Annual Book of ASTM Standards: General Test Methods, Nonmetal; Laboratory Apparatus; Statistical Methods; Appearance of Materials; Durability of Nonmetallic Materials

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14 | 02 | June | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼
a American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" in generally...

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

05456849b
*05456849б*

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1992 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ June Day ▶ 19 Year ▶ 1992
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

APPLICATION RECEIVED JAN 26, 1993
ONE DEPOSIT RECEIVED JAN 26, 1993
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

TX 460 670

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3 135-933 Year of Registration ▼ 1991

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1991 Annual Book of ASTM Standards, Section 14 , Volume 02 .

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ December 29, 1992

Handwritten signature (X) ▼ Robert L. Meltzer

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 3 506-922
U

EFFECTIVE DATE OF REGISTRATION
3 15 93
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1992 Annual Book of ASTM Standards: Electrical Insulation (I): D69 – D 2484

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 10 | 01 | June | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

NOTE
Under the law, the "author" of a

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

0555467500

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases. 1992 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 15 Year ▶ 1992
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JAN. 12. 1993
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JAN. 12. 1993
REMITTANCE NUMBER AND DATE
FUNDS RECEIVED MAR 1 5 1993

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

TX 3 506-922

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3 114-939 Year of Registration ▼ 1991

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1991 Annual Book of ASTM Standards, Section 10 , Volume 01 .

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**—space deleted—**

7

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215 299-5431

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ December 29, 1992

Handwritten signature (X) ▼ Robert L. Meltzer

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM
Number Street Apartment Number ▼
1916 Race Street
City State ZIP ▼
Philadelphia, PA 19103-1187

**Certificate will be mailed in window envelope**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

ACTING REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3-614-178

EFFECTIVE DATE OF REGISTRATION

Aug. 13, 1993
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1993 Annual Book of ASTM Standards: NON FERROUS METAL PRODUCTS: COPPER AND COPPER ALLOYS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.01 | 02 | JUNE | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** a NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

057747651

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED — This information must be given in all cases. 1993 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ 7 Day ▶ 7 Year ▶ 93
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED AUG. 13. 1993
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG. 13. 1993
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY fcc/vmv

CHECKED BY

FORM SE

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3 450 573 Year of Registration ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1992 Annual Book of ASTM Standards, Section 02, Volume 02.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 7-7-93

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 1916 Race Street

City/State/ZIP ▼ Philadelphia, PA 19103-1187

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

November 1990—75,000 ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Barbara Ringer
ACTING REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 689 742

U

EFFECTIVE DATE OF REGISTRATION

OCT 0 6 1993
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

1993 Annual Book of ASTM Standards: Pesticides; Resources Recovery; Hazardous Substances and Oil Spill Responses; Waste Management; Biological Effects

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 04 | August 1993 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other: Entire Text

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

"made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

0610109S9

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases. 1993 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ July Day ▶ 28 Year ▶ 1993 U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED OCT. 06. 1993

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED OCT. 06. 1993

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

ASTM000041

TX 3 689 742

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3 450-279 Year of Registration ▼ 1992

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1992 Annual Book of ASTM Standards, Section 11, Volume 04.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 8/11/93

Handwritten signature (X) ▼ Robert L. Meltzer

**MAIL CERTIFICATE TO**

Certificate will be mailed in window envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 3 883-920
U

EFFECTIVE DATE OF REGISTRATION
AUG 29 1994
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**
1994 Annual Book of ASTM Standards: Nonferrous Metal Products
Copper + Copper alloys

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02 | 01 | June '94 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ United States
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**b** **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1994 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ May Day ▶ 18 Year ▶ 1994
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED AUG 29 1994
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG 29 1994
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

TX 3 883-920

EXAMINED BY

FORM SE

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3-614-178 Year of Registration ▼ 1993

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1993 Annual Book of ASTM Standards, Section 02, Volume 02.01.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ August 18, 1994

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 3-936-504

EFFECTIVE DATE OF REGISTRATION

NOV 10 1994
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1994 Annual Book of ASTM Standards: Atmospheric Analysis; Occupational Health and Safety; Protective Clothing

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.03 | 03 | October | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼
a. American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer

NAME OF AUTHOR ▼
b.

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

070055710

**3**

a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1994 ◀ Year
This information must be given in all cases.

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ October Day ▶ 31 Year ▶ 1994
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED
NOV 10 1994
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
NOV 10 1994
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ______ pages

EXAMINED BY NS / LMS

FORM SE

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3-614-587 Year of Registration ▼ 1993

5

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1993 Annual Book of ASTM Standards, Section 11, Volume 03.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

6

—space deleted—

7

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

8

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

9

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶ ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ October 21, 1994

Handwritten signature (X) ▼ Robert L. Meltzer

10

| MAIL CERTIFICATE TO | |
|---|---|
| | Name ▼ Kathe Hooper, ASTM |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼ 1916 Race Street |
| | City/State/ZIP ▼ Philadelphia, PA 19103-1187 |

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

11

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—15,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-170/20,005

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3-972-350

U

EFFECTIVE DATE OF REGISTRATION

FEB 01 1995

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼
1994 Annual Book of ASTM Standards: Thermal Insulation; Environmental Acoustics

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04 | 06 | October | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

"made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

07116085 6

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
1994 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 20 Year ▶ 1995
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED FEB 01 1995
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED FEB 01 1995
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ______ pages

EXAMINED BY Jr

CHECKED BY dh

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3-686-308 Year of Registration ▼ 1993

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1995 Annual Book of ASTM Standards, Section 04, Volume 06.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187
Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer date ▶ January 2?, 1995

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1980—75,000

★U.S. GOVERNMENT PRINTING OFFICE: 1980—282-170/20,006

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-083-251

EFFECTIVE DATE OF REGISTRATION

8 30 95
Month Day Year

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**
1995 Annual Book of ASTM Standards: Iron and Steel Products
Steel — Piping, Tubing, Fittings

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01 | 01 | Jan. 1995 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**b** **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ August Day ▶ 24 Year ▶ 1995
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED AUG 30 1995
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG 30 1995
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

FORM SE

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 4-059-536 Year of Registration ▼ 1994

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1994 Annual Book of ASTM Standards, Section 01, Volume 01.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ August 24, 1995

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000 ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# CERTIFICATE OF REGISTRATION

FORM SE
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 4-143-803

EFFECTIVE DATE OF REGISTRATION

AUG 01 1995

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

1995 Annual Book of ASTM Standards: General Methods and Instrumentation; General Test Methods, Nonmetal; Chromatography; Durability of Nonmetallic Materials; Forensic Sciences; Laboratory Apparatus; Statistical Methods

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14 | 02 | June 1995 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼

a American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other: Entire Text

**NOTE** Under the law,

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

*0749226454* 0749226454

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases. 1995 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 23 Year ▶ 1995 U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED AUG 01 1995

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED AUG 01 1995

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of this issue, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼ TX# 3-890-675 Year of Registration ▼ 1994

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1994 Annual Book of ASTM Standards, Section 14, Volume 03.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society of Testing and Materials Account Number ▼ #DA 078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ July 26, 1995

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 4-179-992

EFFECTIVE DATE OF REGISTRATION
3 (Month) 19 (Day) 96 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1996 Annual Book of ASTM Standards: Iron and Steel Products – Steel – Piping, Tubing, Fittings

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01 | 01 | January '96 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼
a American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a "work made for hire" is generally

NAME OF AUTHOR ▼ b
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ ___
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼ c
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ ___
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

08142498

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1996 ◀ Year — This information must be given in all cases.
b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ January Day ▶ 25 Year ▶ 1996 U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED MAR 19 1996
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR 19 1996
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. DO NOT WRITE HERE

EXAMINED BY LB

CHECKED BY AWD

☐ CORRESPONDENCE Yes

**FORM SE**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 4-083-251 Year of Registration ▼ 1995

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 Annual Book of ASTM Standards, Section 01, Volume 01.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ March 13, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 1916 Race Street

City State ZIP ▼ Philadelphia, PA 19103-1187

**Certificate will be mailed in window envelope**

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 4-243-005
U

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION
MAY 29 1996
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**
1996 Annual Book of ASTM Standards: Nonferrous Metal Products: Copper and Copper alloys

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02 | 01 | May '96 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a NAME OF AUTHOR ▼** American Society for Testing and Materials
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ United States
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the em-

**b NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of country: OR { Citizen of ▶ ___ Domiciled in ▶ ___
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ ___
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No. Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

## 3

**a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1996 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ May Day ▶ 8 Year ▶ 1996 U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 4-083-253 Year of Registration ▼ 1995

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 Annual Book of ASTM Standards, Section 03, Volume 01.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ May 8, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA 19103-1187

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# CERTIFICATE OF REGISTRATION

FORM SE

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-257-410

U

EFFECTIVE DATE OF REGISTRATION

5 (Month) 7 (Day) 96 (Year)

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1996 Annual Book of ASTM Standards: Water and Environmental Technology – Water (II)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 02 | May '96 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** a NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ___ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

07991438 2
*07991438 2*

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1996 ◀ Year — This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ April Day ▶ 26 Year ▶ 1996 — U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED MAY 07, 1996

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED MAY 07, 1996

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY VL

CHECKED BY

FORM SE

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 4-088-249 Year of Registration ▼ 1995

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 Annual Book of ASTM Standards, Section 11, Volume 03.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ April 26, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 1916 Race Street

City State ZIP ▼ Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 4-257-533

EFFECTIVE DATE OF REGISTRATION
5 (Month) 7 (Day) 96 (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**
1996 Annual Book of ASTM Standards: Water and Environmental Technology - Water (1)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 01 | April '96 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**NAME OF AUTHOR ▼**
a American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a

**NAME OF AUTHOR ▼**
b

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

*07991439 3*

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1996 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ April Day ▶ 26 Year ▶ 1996
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED MAY 07 1996
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAY 07 1996
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 4-067-387 Year of Registration ▼ 1995

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 Annual Book of ASTM Standards, Section 11, Volume 01.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ April 26, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 1916 Race Street

City State ZIP ▼ Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170 20,005

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 4-320-184

EFFECTIVE DATE OF REGISTRATION
8 (Month) 8 (Day) 96 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1996 Annual Book of ASTM Standards: Rubber: Rubber, Natural and Synthetic - General Test Methods; Carbon Black

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 09 | 01 | July 1996 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼
a American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

NAME OF AUTHOR ▼
b
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼
c
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

08333252562

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1996 ◀ Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ August Day ▶ 1 Year ▶ 1996; U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED AUG 08 1996
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG 08 1996
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX# 4-145-800 Year of Registration ▼ 1995

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 Annual Book of ASTM Standards, Section 09, Volume 01.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Compilation of previous publisheo text plus additional text.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA 19103-1187

Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ August 1, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 1916 Race Street

City State ZIP ▼ Philadelphia, PA 19103-1187

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-391-188

EFFECTIVE DATE OF REGISTRATION

12 (Month) 13 (Day) 1996 (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼

1996 Annual Book of ASTM Standards: Construction: Thermal Insulation; Environmental Acoustics

Volume ▼ 04 | Number ▼ 06 | Date on Copies ▼ October 1996 | Frequency of Publication ▼ Annual

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼

a American Society for Testing and Materials

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other: Entire Text

**NOTE**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of country: OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

*0862125561* 0862125561

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH — Year Born ▼ Year Died ▼

and death blank

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1996 ◀ Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ December Day ▶ 3 Year ▶ 1996. U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED DEC 13 1996

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED DEC 13 1996

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY [signature]

CHECKED BY mc

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

X Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TH# 4-184-242 Year of Registration ▼ 1996

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1996 Annual Book of ASTM Standards, Section 04, Volume 06.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a X Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ American Society for Testing and Materials

Account Number ▼ # DA078328

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number

**10**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ December 3, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Judy Helm, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

ASTM000064

# CERTIFICATE OF REGISTRATION

**FORM SE**
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

TX 4-394-571

EFFECTIVE DATE OF REGISTRATION
12 (Month) 13 (Day) 96 (Year)

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**
1996 Annual Book of ASTM Standards: Textiles:
Textiles (II): D3333-latest

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 07 | 02 | November 1996 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**NAME OF AUTHOR ▼**
a American Society for Testing and Materials

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ____ / Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

0862117779

**3**

a **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 3 Year ▶ 1996
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED DEC 13 1996
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 13 1996
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY [signature]

CHECKED BY AWD

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

X Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 4-233-732 Year of Registration ▼ 1996

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1996 Annual Book of ASTM Standards, Section 07, Volume 03.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

7

—space deleted—

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a X Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ December 3, 1996

Handwritten signature (X) ▼ Robert L. Meltzer

11

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Judy Helm, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION
09 11 1997
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1997 Annual Book of ASTM Standards: NON FERROUS METAL PRODUCTS; ALUMINUM AND MAGNESIUM

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02.02 | 02 | SEPTEMBER | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼
a. American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ ____ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE** Under the law the "author" of a "work made for hire" is generally the employer not the em-

b. NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country
OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

094736031

**3** a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1997 ◀ Year — This information must be given in all cases.
b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ AUGUST Day ▶ 21 Year ▶ 97
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

APPLICATION RECEIVED SEP 11 1997
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED SEP 11 1997
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

X Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number TX Year of Registration 1996

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
1997 Annual Book of ASTM Standards, Section 02, Volume 02.02

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Compilation of previous published text plus additional text.

**7** —space deleted—

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a X Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: American Society for Testing and Materials Account Number: # DA078328

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number: 610-832-9652

Be sure to give your daytime phone number

**10** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer date 8/28/97

Handwritten signature (X) [signature]

**11** MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name: Kathe Hooper, ASTM
Number/Street/Apartment Number: 100 Barr Harbor Drive
City/State/ZIP: West Conshohocken, PA 19428-2959

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/80,002

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

JUN 2 4 1997
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1997 Annual Book of ASTM Standards: Nonferrous Metal Products
Copper and Copper Alloys

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02 | 01 | May '97 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

a American Society for Testing and Materials

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

b

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

c

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1997 ◀ Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 16 Year ▶ 1997 — U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED: JUN 24 1997
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: JUN 24 1997
REMITTANCE NUMBER AND DATE

09243118

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions. • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY AD

FORM SE

CHECKED BY MRC

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

X Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TH# 4-243-005 Year of Registration ▼ 1996

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 02, Volume 01.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both:

a X Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ June 19, 1997

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼
Judy Helm, ASTM

Number Street Apartment Number ▼
100 Barr Harbor Drive

City State ZIP ▼
West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

YOU MUST
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/80,002

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-571-119

EFFECTIVE DATE OF REGISTRATION

OCT 22 1997
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1997 Annual Book of ASTM Standards: CONSTRUCTION: BUILDING SEALS AND SEALANTS; FIRE STANDARDS; DIMENSION STONE

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04 07 | 04 | NOVEMBER 1997 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼

a. American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE** Under the law the "author" of a "work made for hire" is generally the employer not the em-...

NAME OF AUTHOR ▼

b.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other.

NAME OF AUTHOR ▼

c.

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

09481469

**3** a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1997 ◀ Year — This information must be given in all cases.

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ OCT Day ▶ 10 Year ▶ 1997 — U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED OCT 22 1997
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 22 1997
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY [signature]

CHECKED BY [initials]

☐ CORRESPONDENCE Yes

**FORM SE**

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

X Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TH* **Year of Registration** ▼ 1996

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1997 Annual Book of ASTM Standards, Section , Volume .

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

## —space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a X Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.**

Robert L. Meltzer date ▶ 11/1/97

Handwritten signature (X) ▼ [signature]

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

**Certificate will be mailed in window envelope**

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1992—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

11 (Month) 12 (Day) 97 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

1997 Annual Book of ASTM Standards: CONSTRUCTION: THERMAL INSULATION; ENVIRONMENTAL ACOUSTICS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | NOVEMBER 1997 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**

a American Society for Testing and Materials

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ___ ; Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other: Entire Text

**NOTE** Under the law, the "author" of a "work made for hire" ...

**NAME OF AUTHOR ▼**

b

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of country: OR { Citizen of ▶ ___ ; Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

**NAME OF AUTHOR ▼**

c

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ___ ; Domiciled in ▶ ___

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

☐ Collective Work Other:

09603052 2

## 3

**a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1997 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ OCT Day ▶ 15 Year ▶ 1997 ; U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED: NOV 12 1997
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: NOV 12 1997
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

X Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TH** Year of Registration ▼ 1996

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 04, Volume 04.06

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a X Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 10/23/97

Handwritten signature (X) ▼

**11**

MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

FEB 20 1998
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1998 Annual Book of ASTM Standards PETROLEUM PRODUCTS, LUBRICANTS, AND FOSSIL FUELS: PETROLEUM PRODUCTS AND LUBRICANTS (II): D2597 - D4629

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.02 | 05 | MARCH 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

08541207 2

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases. 1998 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ FEB Day ▶ 27 Year ▶ 1998 U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED FEB. 20. 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED FEB. 20. 1998
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

* Amended by C.O. authority telephone call of 3-16-98 with Ms. Hooper

EXAMINED BY
CHECKED BY
CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
X Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** **Year of Registration** 1997

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.
1997 Annual Book of ASTM Standards, Section 05, Volume 05.02.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a X Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name: American Society for Testing and Materials
Account Number: # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip
Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959
Area Code & Telephone Number 610-832-9632

Be sure to give your daytime phone number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
X authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer date 3/13/98

Handwritten signature (X) Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name: Kathe Hooper, ASTM
Number/Street/Apartment Number: 100 Barr Harbor Drive
City/State/ZIP: West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 4-623-459

EFFECTIVE DATE OF REGISTRATION

FEB 20 1998
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1998 Annual Book of ASTM Standards: PETROLEUM PRODUCTS, LUBRICANTS, AND FOSSIL FUELS: PETROLEUM PRODUCTS AND LUBRICANTS (I): D56-D2596

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.01 | 05 | FEBRUARY 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼
a American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____ ; Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For ...

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ ____ ; Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

0885412061

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ ____ ; Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1998 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ FEBRUARY Day ▶ 12 Year ▶ 1998
U.S.A. ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED FEB. 20. 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED FEB. 20. 1998
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼ 1997

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 05, Volume 05.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 2/13/98

Handwritten signature (X) ▼ [signature]

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

Month 3 Day 20 Year 98

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Iron and Steel Products: Steel--Structural, Reinforcing, Pressure, Railway

| Volume | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.04 | 01 | January 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1998 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ February Day ▶ 25 Year ▶ 1998 ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED MAR 20 1998

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED MAR 20 1998

REMITTANCE NUMBER AND DATE

2

EXAMINED BY [handwritten initials] FORM SE

CHECKED BY AWD

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office? **5**

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 01 , Volume 01.04.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ See instructions before completing this space.

Compilation of previous published text plus additional text.

**7**

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both. **8**

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**

Name: American Society for Testing and Materials Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634 ◀ Be sure to give your daytime phone number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **10**

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 3-5-98

Handwritten signature (X) ▼ [signature]

**MAIL CERTIFICATE TO** **11**

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number: 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocke, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-737-834

EFFECTIVE DATE OF REGISTRATION

JUN 19 1998

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Copper and Copper Alloys

| Volume | Number ▼ | Date on Copies | Frequency of Publication ▼ |
|---|---|---|---|
| 02.01 | 02 | May 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ May Day ▶ 14 Year ▶ 1998
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
JUN 19 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 19 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY — FORM SE

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 02, Volume 02.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7** —space deleted—

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10** CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 5-20-98

Handwritten signature (X) ▼ [signature]

**11** MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

EFFECTIVE DATE OF REGISTRATION

6 23 98
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, General Test Methods, Nonmetal; Chromatography, Durability of Nonmetallic Materials; Forensic Sciences, Laboratory Apparatus, Stastical Methods

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.02 | 14 | July | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** a NAME OF AUTHOR: American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1998 ◀ Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 22 Year ▶ 1998; United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED: JUN 23 1998

TWO DEPOSITS RECEIVED: JUN 23 1998

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SE

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 14, Volume 14.02.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

---space deleted---

**8**

REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 6-22-98

Handwritten signature (X) ▼

**11**

MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-768-933

U

EFFECTIVE DATE OF REGISTRATION

SEP 10 1998
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1998 Annual Book off ASTM Standards, Gaseous Fuels; Coal and Coke

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication |
|---|---|---|---|
| 05.05 | 05 | September 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES

**2** NAME OF AUTHOR ▼

a American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1998 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ September Day ▶ 1 Year ▶ 1998
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
SEP 10 1998

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 10 1998

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY
CHECKED BY

FORM SE

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1997 Annual Book of ASTM Standards, Secxtion 05, Volume 05.05

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ American Society for Testing and Materials
Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959
Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer date ▶ 9-1-98

Handwritten signature (X)

**11**

MAIL CERTIFICATE TO

Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
100 Barr Harbor Drive
City/State/ZIP ▼
West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-780-430

EFFECTIVE DATE OF REGISTRATION

Month 10 Day 14 Year 98

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

1998 Annual Book of ASTM Standards, Biological Effects and Environmental Fate; Biotechnology; Pesticides

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.05 | 11 | August 1998 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**

a American Society for Testing and Materials

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

[ ] Collective Work Other: Entire Text

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

[ ] Collective Work Other:

**NAME OF AUTHOR ▼**

c

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ ____ Domiciled in ▶ ____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? [ ] Yes [ ] No; Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

[ ] Collective Work Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1998 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ September Day ▶ 4 Year ▶ 1998 — United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED OCT. 14. 1998

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED OCT. 14. 1998

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 10.

DO NOT WRITE HERE

EXAMINED BY

FORM SE

CHECKED BY

[ ] CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

[ ] Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. [ ] This is the first published version of an issue previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, , Section 11, Volume 11.05

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a [X] Copies and Phonorecords b [ ] Copies Only c [ ] Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

◀ Be sure to give your daytime phone number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[X] authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 10-1-98

Handwritten signature (X) ▼

[signature]

**11**

MAIL CERTIFICATE TO

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U S C § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-787-636

EFFECTIVE DATE OF REGISTRATION

10 14 98
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS SERIAL

1998 Annual Book of ASTM Standards, Cement; Lime; Gypsum

| Volume | Number | Date on Copies | Frequency of Publication |
|---|---|---|---|
| 04.01 | 04 | September 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES

## 2

**a** NAME OF AUTHOR: American Society for Testing and Materials

DATES OF BIRTH AND DEATH — Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR

DATES OF BIRTH AND DEATH — Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work Other:

**c** NAME OF AUTHOR

DATES OF BIRTH AND DEATH — Year Born / Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK — Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1998 Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ September Day ▶ 18 Year ▶ 1998; United States Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED: OCT. 14. 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED: OCT. 14. 1998
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • *See detailed instructions.* • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

FORM SE

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 04, Volume 04.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

---space deleted---

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 10-1-98

Handwritten signature (X) Robert L. Meltzer

**11**

MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-811-646

EFFECTIVE DATE OF REGISTRATION

12 (Month) 10 (Day) 1998 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards: Thermal Insulation; Environmental Acoustics

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | November 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼

**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born Year Died ▼

Was this contribution to the work a "work made for hire"? [X] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ___ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [ ] No Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

[ ] Collective Work Other: Entire Text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [ ] No Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

[ ] Collective Work Other:

NAME OF AUTHOR ▼

**c**

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? [ ] Yes [ ] No Pseudonymous? [ ] Yes [ ] No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.

[ ] Collective Work Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**3** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.

**a** 1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ November Day ▶ 10 Year ▶ 1998

United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED 10.1998

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED 10.1998

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

FORM SE

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 04, Volume 04.06

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 11-25-98

Handwritten signature (X) ▼

**11**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

| 2 | 17 | 99 |
|---|---|---|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards - SHIPS AND MARINE TECHNOLOGY

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.07 | 01. | JANUARY 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ United States }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**b** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of country: OR { Citizen of ▶ ___ Domiciled in ▶ ___ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c** **NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ ___ Domiciled in ▶ ___ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1999 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ JAN Day ▶ 26 Year ▶ 1999 U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 01, Volume 01.07

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶ ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 2/24/99

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1992—50,000 ☆U.S. GOVERNMENT PRINTING OFFICE 1992—312-432/60,002

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 4-862-934

EFFECTIVE DATE OF REGISTRATION
MAR 1 0 1999
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1999 Annual Book of ASTM Standards - PETROLEUM PRODUCTS AND LUBRICANTS (I): D56 - D2596

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.01 | 05 | February 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

a. American Society for Testing and Materials

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ___ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

b. NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ ___ Domiciled in ▶ ___
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

c. NAME OF AUTHOR ▼ — DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ___ Domiciled in ▶ ___
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED — This information must be given in all cases. 1999 ◀ Year
b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ Feb Day ▶ 22 Year ▶ 1999 — U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED MAR 10 1999
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR 10 1999
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [handwritten initials]

CHECKED BY [handwritten initials]

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 05, Volume 05.01.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 2/26/99

Handwritten signature (X) ▼ [signature]

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

**Certificate will be mailed in window envelope**

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE 1992—312-432/60,002

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 4-873-764

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION
MAR 12 1999
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1999 Annual Book of ASTM Standards - STEEL - STRUCTURAL, REINFORCING, PRESSURE VESSEL, RAILWAY

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.04 | 01 | JANUARY | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼
a American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ ____ Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3** a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1999 ◀ Year. This information must be given in all cases.
b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ JAN. Day ▶ 27 Year ▶ 1999
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAR 12, 1999
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR 12, 1999
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page • See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY
CHECKED BY
☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
1998 Annual Book of ASTM Standards, Section 01 , Volume 01.06

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ American Society for Testing and Materials
Account Number ▼ # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959
Area Code & Telephone Number ▶ 610-832-9632

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer date ▶ 2/26/99

Handwritten signature (X) ▼

**11**

MAIL CERTIFICATE TO

Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
100 Barr Harbor Drive
City/State/ZIP ▼
West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000 ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/80,002

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 20 Year 99

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

1999 Annual Book of ASTM Standards, Petroleum Products and Lubricants (II): D 2597 - D 4927

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.02 | 05 | March 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼

a American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NAME OF AUTHOR ▼

c

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 1999 ◀ Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ March Day ▶ 24 Year ▶ 1999
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED APR. 20. 1999

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED APR. 20. 1999

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 05, Volume 05.02

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

See instructions before completing this space.

Compilation of previous published text plus additional text.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 3-29-99

Handwritten signature (X) ▼ Robert L. Meltzer

**11**

**MAIL CERTIFICATE TO**

Name: Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-898-491

TX0004898491

EFFECTIVE DATE OF REGISTRATION

4 20 99
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

1999 Annual Book of ASTM Standards, Paint-Tests for Chemical, Physical, and Optical Properties, Appearance

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 06.01 | 06 | February 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1999 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published.
Month ▶ March Day ▶ 22 Year ▶ 1999
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED
APR 20 1999
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
APR 20 1999
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• *See detailed instructions.*
• *Sign the form at line 10.*

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

FORM SE

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1998 Annual Book of ASTM Standards, Section 06, Volume 06.01

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ American Society for Testing and Materials
Account Number DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959
Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer date ▶ 3-29-99

Handwritten signature (X) ▼

**11**

MAIL CERTIFICATE TO

Name
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-951-524

EFFECTIVE DATE OF REGISTRATION

AUG - 9 1999
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards - Gaseous Fuels; Coal and Coke

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.05 | 05 | September 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ August Day ▶ 3 Year ▶ 1999
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED AUG 09 1999
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG 09 1999
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ______ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 05, Volume 05.05

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 8-3-99

Handwritten signature (X) ▼

[signature]

**11**

**MAIL CERTIFICATE TO**

Name: Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 4-952-491

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

Month 8 Day 9 Year 99

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼

1999 Annual Book of ASTM Standards, Laboratory Apparatus, Degradation of Materials, Filtration, SI, Oxygen Fire Safety

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.04 | 14 | July 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR: American Society for Testing and Materials

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed.
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH: Year Born Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH: Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE — Name of Country: OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED: 1999 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ July Day ▶ 9 Year ▶ 1999; United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED: AUG 09 1999

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED: AUG 09 1999

REMITTANCE NUMBER AND DATE

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates.

1998 Annual Book of ASTM Standards, Section 14, Volume 14.04

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 8-3-99

Handwritten signature (X) ▼

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

Barbara Ringer

Register of Copyrights
United States of America

REGISTRATION NUMBER

TX 434-207

TX TXU

EFFECTIVE DATE OF REGISTRATION

3 17 80
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:** 1980 ANNUAL BOOK OF ASTM STANDARDS, Part 1:Steel-Piping, Tubing, Fittings

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date.......

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ....... Vol...... No...... Date ....... Pages.......

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

Was this author's contribution to the work a "work made for hire"? Yes..X.. No......

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in U.S.A. (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**2**

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1980

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date January 15 1980
(Month) (Day) (Year)

Nation United States
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA. 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY
CHECKED BY: 25 FEB 1980 APPLICATION RECEIVED: 17 MAR 1980
CORRESPONDENCE: ☐ Yes
DEPOSIT RECEIVED: 17 MAR 1980 17 MAR 1980
DEPOSIT ACCOUNT FUNDS USED: ☐
REMITTANCE NUMBER AND DATE 180750 MAR1780
FOR COPYRIGHT OFFICE USE ONLY

TX 434-207

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 226-040 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards, Part 1

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD. |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:
Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence

Name: Robert L. Meltzer
Address: 1916 Race Street (Apt.)
Philadelphia (City) PA. (State) 19103 (ZIP)

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name Robert L. Meltzer Date 1/31/80

(11) Address For Return of Certificate

American Society for Testing and Materials (Name)
1916 Race Street (Number, Street and Apartment Number)
Philadelphia (City) PA. (State) 19103 (ZIP code)

**MAIL CERTIFICATE TO** 10 APR 1980 (Certificate will be mailed in window envelope)

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U. S. GOVERNMENT PRINTING OFFICE : 1977 O - 248-641

# CERTIFICATE OF COPYR HT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

Barbara Ringer

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 464-573

TX TXU

EFFECTIVE DATE OF REGISTRATION

4 21 80
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET

**1 Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 4, Steel-Structural, Reinforcing, Pressure Vessel, Railway; Fasteners

If a periodical or serial give: Vol...... No...... Issue Date......

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ...... Vol...... No...... Date...... Pages......

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born...... (Year) Died...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ...... (Name of Country) or Domiciled in U.S.A. (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born...... (Year) Died...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ...... (Name of Country) or Domiciled in ...... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born...... (Year) Died...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ...... (Name of Country) or Domiciled in ...... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1980

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date February (Month) 29 (Day) 1980 (Year)

Nation United States (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA. 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

Page 1 of 2 pages

| | EXAMINED BY: ... CHECKED BY: ... | APPLICATION RECEIVED: APR 21 '80 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: APR 21 1980 APR 21 1980 | |
| TX 464-573 | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 217631 APR 21 80 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** — 5 Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No ........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 243-321 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) — 6 Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards, Part 4

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) — 7 Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) — 8 License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords  b ☐ Copies Only  c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ........
Account Number: ........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) — 9 Fee and Correspondence

Name: Robert L. Meltzer, ASTM
Address: 1916 Race Street (Apt.)
Philadelphia, PA 19103 (City) (State) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) — 10 Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name Robert L. Meltzer Date 3/25/80

MAIL CERTIFICATE TO — 11 Address For Return of Certificate

American Society for Testing and Materials (Name)
1916 Race Street (Number, Street and Apartment Number)
Philadelphia, PA 19103 (City) (State) (ZIP code)

MAY 30 1980

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE : 1977 O - 248-641

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

Barbara Ringer

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 464-574

TX TXU

EFFECTIVE DATE OF REGISTRATION

4 21 80
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET

**1 Title**

**TITLE OF THIS WORK:**
1980 Annual Book of ASTM Standards, Part 3; Steel-Plates, Sheet, Strip, Wire; Metallic Coated Products; Fences

If a periodical or serial give: Vol....... No....... Issue Date ..........

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .......... Vol....... No....... Date .......... Pages..........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"? Yes X... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .. U.S.A. .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of .......... (Name of Country) or Domiciled in .......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year... 1980...

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date ........ March .......... 15 ....... 1980 ..........
(Month) (Day) (Year)

Nation ....... United States ..........
(Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA. 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

| | EXAMINED BY: | APPLICATION RECEIVED: APR 21 1980 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: APR 21 1980 APR 21 1980 | |
| TX 464-574 | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 217631 APR 21 80 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No ........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 278-720 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards, Part 3

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence

Name: Robert L. Meltzer, ASTM

Address: 1916 Race Street (Apt.)

Philadelphia, PA 19103 (City) (State) (ZIP)

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one) ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials (Name of author or other copyright claimant, or owner of exclusive right(s)) of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge. (10) Certification (Application must be signed)

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name Robert L. Meltzer Date 3/25/80

American Society for Testing and Materials (Name)

1916 Race Street (Number, Street and Apartment Number)

Philadelphia, PA, 19103 (City) (State) (ZIP code)

MAIL CERTIFICATE TO (Certificate will be mailed in window envelope) MAY 30 1980 (11) Address For Return of Certificate

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE : 1977 O - 248-641

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 5-008-019
U

EFFECTIVE DATE OF REGISTRATION
Month 11 Day 15 Year 99

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**
1999 Annual Book of ASTM Standards, Concrete and Aggregates

| Volume ▼ | Number ▼ | Date on Copies | Frequency of Publication ▼ |
|---|---|---|---|
| 04.02 | 04 | October 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ______ Domiciled in ▶ United States
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ______ Domiciled in ▶ ______
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** **NAME OF AUTHOR ▼**
**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ______ Domiciled in ▶ ______
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** 1999 ◀ Year — This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ October Day ▶ 15 Year ▶ 1999
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 15 1999
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 15 1999
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY AWD/[illegible]

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 04, Volume 04.02

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

Compilation of previous published text plus additional text.

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 10-27-99

Handwritten signature (X) ▼ [signature]

**11**

**MAIL CERTIFICATE TO**

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

This form was electronically produced by Elite Federal Forms, Inc.

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 5-071-596

EFFECTIVE DATE OF REGISTRATION

3 29 00
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

2000 Annual Book of ASTM Standards: Petroleum products and Lubricants(I): D 56- D 2596

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication |
|---|---|---|---|
| 05.01 | 05 | February 2000 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**
a American Society for Testing and Materials

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH** Year Born Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

## 3

a **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases. 2000 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ February Day ▶ 2 Year ▶ 2000
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAR 29, 2000
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
MAR 29, 2000
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEEO MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1999 Annual Book of ASTM Standards, Section 05.01

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space

**7**

**---space deleted---**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 3/8/00

Handwritten signature (X) ▼

**11**

MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms Inc

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

TX 5-135-299

EFFECTIVE DATE OF REGISTRATION

6 (Month) 28 (Day) 2000 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS SERIAL ▼**
2000 ANNUAL BOOK OF ASTM STANDARDS, GENERAL TEST METHODS; CHROMATOGRAPHY; FORENSIC SCIENCES; TERMINOLOGY; CONFORMITY ASSESSMENT; STATISTICAL METHODS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.02 | 14 | July | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [x] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? [ ] Yes [ ] No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ / Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work Other:

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ June Day ▶ 19 Year ▶ 2000
United States ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED JUN. 28. 2000
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUN 28 2000
REMITTANCE NUMBER AND DATE

EXAMINED BY dl

FORM SE

CHECKED BY BO

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1999 Annual Book of ASTM Standards, Volume 14.02 Section 14

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text

See instructions before completing this space.

**---space deleted---**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶ 6/20/01

Handwritten signature (X) ▼ [signature]

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 5-139-661

EFFECTIVE DATE OF REGISTRATION

6 12 00
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS SERIAL** ▼

2000 Annual Book of ASTM Standards, Electrical Insulating Liquids and Gases; Electrical Protective Equipment

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 10.03 | 10 | May 2000 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**NAME OF AUTHOR** ▼
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**NAME OF AUTHOR** ▼

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ ______ Domiciled in ▶ ______

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
2000 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ May Day ▶ 4 Year ▶ 2000
United States ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED
JUN 12 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 12 2000
REMITTANCE NUMBER AND DATE

2

EXAMINED BY

FORM SE

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

5

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

6

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1999 Annual Book of ASTM Standards, Volume 10.03, Section 10

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

7

**---space deleted---**

8

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

9

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to give your daytime phone ◀ number.

10

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer date ▶

Handwritten signature (X) ▼

11

MAIL CERTIFICATE TO

Name ▼ Kathe Hooper, ASTM

Number/Street/Apartment Number ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SE

For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-202-197

EFFECTIVE DATE OF REGISTRATION

11 13 00
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
2000 ANNUAL BOOK OF ASTM STANDARDS, ANALYTICAL CHEMISTRY FOR METALS, ORES, AND RELATED MATERIALS (II): E356 latest; MOLECULAR SPECTROSCOPY; SURFACE ANALYSIS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 03.06 | 03 | OCTOBER 2000 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** **a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2000 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 10 Day ▶ 6 Year ▶ 2000
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED NOV 13 2000
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 13 2000
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY
CHECKED BY
CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
~~1999 Annual Book of ASTM Standards, Volume 13.01, Section 13.~~

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ American Society for Testing and Materials
Account Number ▼ DA078328

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
~~100 Barr Harbor Drive~~
~~West Conshohocken, PA 19428-2959~~

Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635
Email ▶ khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer Date ▶ 10/24/01

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Kathe Hooper, ASTM
Number/Street/Apt ▼ 100 Barr Harbor Drive
City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-202-198

EFFECTIVE DATE OF REGISTRATION

11 13 00
Month Day Year

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

TE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
2000 ANNUAL BOOK OF ASTM STANDARDS, BUILDING CONSTRUCTIONS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.11 | 04 | NOVEMBER 2000 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2 a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2000 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 10 Day ▶ 23 Year ▶ 2000
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED NOV 13 2000
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
NOV 13 2000
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

FORM SE

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

~~1999 Annual Book of ASTM Standards, Volume 04.11, Section 04.~~

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

a DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer Date ▶ 10/27/00

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Kathe Hooper, ASTM

Number/Street/Apt ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

# FORM SE

For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-202-199

EFFECTIVE DATE OF REGISTRATION

11 13 00
Month Day Year

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
2000 Annual Book of ASTM Standards, Atmospheric Analysis; Occupational Health and Safety; Protective Clothing

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.03 | 11 | October 2000 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2000 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 10 Day ▶ 6 Year ▶ 2000
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED
NOV 13 2000
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
NOV 13 2000
FUNDS RECEIVED

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY
CHECKED BY
CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

~~1999 Annual Book of ASTM Standards, Volume 11.03, Section 11~~

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer Date ▶ 10/27/00

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Kathe Hooper, ASTM

Number/Street/Apt ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 5-345-022

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

5 21 01
Month Day Year

...ATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
2001 ANNUAL BOOK OF ASTM STANDARDS: WATER (I)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.01 | 11 | APRIL 2001 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2 a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Test

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2001 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ April Day ▶ 12 Year ▶ 2001
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED MAY 21 2001
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAY 21 2001
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY
FORM SE

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
2000 Annual Book of ASTM Standards, Section 11 Volume 11.01

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
~~100 Barr Harbor Drive~~
~~West Conshohocken, PA 19428-2959~~

Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635
Email ▶ khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer Date ▶ 5/10/01

Handwritten signature (X) ▼
X Robert L Meltzer

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ Kathe Hooper, ASTM
Number/Street/Apt ▼ 100 Barr Harbor Drive
City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000
WEB REV: June 1999
U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-369-425

EFFECTIVE DATE OF REGISTRATION

07 2 2001
Month Day Year

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

USE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
2001 ANNUAL BOOK OF ASTM STANDARDS: ROAD AND PAVING MATERIALS; VEHICLE-PAVEMENT SYSTEMS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.03 | 04 | JUNE 2001 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2 a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2001 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ June Day ▶ 4 Year ▶ 2001
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
JUL 02 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 02 2001
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

CHECKED BY

CORRESPONDENCE
Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

VIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
This is the first published edition of a work previously registered in unpublished form.
This is the first application submitted by this author as copyright claimant.
This is a changed version of the work, as shown by space 6 on this application.
ur answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

RIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a
sisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
000 Annual Book of ASTM Standards, Section 04 Volume 04.03

See instructions before completing this space.

b
erial Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**7**

a
POSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
me ▼ Account Number ▼
American Society for Testing and Materials DA078328

b
RRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
athe Hooper, American Society for Testing and Materials
00 Barr Harbor Drive
West Conshohocken, PA 19428-2959

a code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635
ail ▶ khooper@astm.org

**8**

ERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

the work identified in this application and that the statements made me in this application are correct to the best of my knowledge.

yped or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer Date ▶ 6/20/01

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Kathe Hooper, ASTM
Number/Street/Apt ▼
100 Barr Harbor Drive
City/State/ZIP ▼
West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

FORM SE
For a Serial
UNIT

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ☆ THE LIBRARY OF CONGRESS ☆

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
United States of America

REGI TX 5-369-432

EFFECTIVE DATE OF REGISTRATION

07 02 2001
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼ 2001 ANNUAL BOOK OF ASTM STANDARDS: WATER (II)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.02 | 11 | MAY 2001 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 2001 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published. Month ▶ MAY Day ▶ 18 Year ▶ 2001 United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED JUL 02 2001
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 02 2001
FUNDS RECEIVED
DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

FORM SE

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**EVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

our answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**RIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a** existing Material Identify any preexisting work or works that this work is based on or incorporates. ▼

2000 Annual Book of ASTM Standards, Section 11 Volume 11.02

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

**a** **EPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

American Society for Testing and Materials DA078328

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer Date ▶ 6/20/01

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Kathe Hooper, ASTM

Number/Street/Apt ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

RE TX 5-435-937

OFFICIAL SEAL — UNITED STATES COPYRIGHT OFFICE — THE LIBRARY OF CONGRESS

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS

EFFECTIVE DATE OF REGISTRATION
11 14 01

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS SERIAL ▼ 2001 Annual Book of ASTM Standards Textiles (1): D76 - D3218

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 07 | 01 | December 2001 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

**a** NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 2001 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ OCT Day ▶ 26 Year ▶ 2001 United States ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Barbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 14 2001
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 14 2001
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
2000 Annual Book of ASTM Standards, Section 09 Volume 01

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ American Society for Testing and Materials
Account Number ▼ DA078328

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635
Email ▶ khooper@astm.org

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer Date ▶ 11/9/01

Handwritten signature (X) ▼
X [signature]

**9** Certificate will be mailed in window envelope to this address:
Name ▼ Kathe Hooper, ASTM
Number/Street/Apt ▼ 100 Barr Harbor Drive
City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—60,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/

# CERTIFICATE OF REGISTRATION

# FORM SE

For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-570-786

REGISTRATION

JUL 25 2002

Month Day Year

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

OFFICIAL SEAL

REGISTER OF COPYRIGHTS
United States of America

...ATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
2002 Annual Book of ASTM Standards — Plastics II: D2383–D4322

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 08 | 02 | June 2002 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2 a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2002 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 6 Day ▶ 14 Year ▶ 2002
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED
JUL 25 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 25 2002
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY
CHECKED BY

FORM SE

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
~~200~~ ~~Annual Book of ASTM Standards, Section~~ 08, ~~Volume~~ 02

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**7**

a DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ American Society for Testing and Materials
Account Number ▼ DA078328

b CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
~~100 Barr Harbor Drive~~
~~West Conshohocken, PA 19428-2959~~

Area code and daytime telephone number ▶ 610-832-9634
Fax number ▶ 610-832-9635
Email ▶ khooper@astm.org

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer Date ▶ 7-2-0?

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ Kathe Hooper, ASTM International
Number/Street/Apt ▼ 100 Barr Harbor Drive
City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-641-808

EFFECTIVE DATE OF REGISTRATION
NOV - 7 2002
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS SERIAL ▼**
2002 Annual Book of ASTM Standards: Sports Equipment; Safety and Traction for Footwear; Amusement Rides; Consumer Products

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 15.07 | 15 | November | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ United States / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c** **NAME OF AUTHOR ▼**
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**3**

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** 2002 ◀ Year. This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published. Month ▶ Oct Day ▶ 19 Year ▶ 2002
United States ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED NOV 0 7 2002
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 0 7 2002
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ______ pages

EXAMINED BY
CHECKED BY

FORM SE

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

~~2001 Annual Book of ASTM Standards, Section~~ 15 ~~, Volume~~ 15 . 07 .

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634

Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer Date ▶ 11/5/02

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Kathe Hooper, ASTM International

Number/Street/Apt ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—60,000
WEB REV: June 1999

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial

EFFECTIVE DATE OF REGISTRATION
NOV - 7 2002
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
2002 Annual Book of ASTM Standards: BUILDING CONSTRUCTION (I): E72 - E1670

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.11 | 01 | NOVEMBER | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other:

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 2002 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ Nov. Day ▶ 7 Year ▶ 2002 United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED NOV 0 7 2002
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 0 7 2002
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ______ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

~~2001 Annual Book of ASTM Standards, Section 04, Volume 04.11~~

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a Name ▼ American Society for Testing and Materials    Account Number ▼ DA078328

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634    Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of American Society for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer    Date ▶ 11/5/02

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Kathe Hooper, ASTM International

Number/Street/Apt ▼ 100 Barr Harbor Drive

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—60,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REG TX 5-785-473

EFFECTIVE DATE OF REGISTRATION

Month 5 Day 21 Year 03

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS SERIAL ▼
2003 Annual Book of ASTM Standards WATER (I)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.01 | 11 | April 2003 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2 a** NAME OF AUTHOR ▼ American Society for Testing and Materials
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ United States }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.
NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ☐ Collective Work Other

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 2003 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ 4 Day ▶ 15 Year ▶ 2003 United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive PO Box C 700
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED MAY 21 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAY 21 2003
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY
CHECKED BY
CORRESPONDENCE
☐ Yes

FORM SE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes" why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes" give: Previous Registration Number ▼ TX5 531 951 Year of Registration ▼ 2002

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation.
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
~~2002 Annual Book of ASTM Standards, Section 11 Volume 11.01~~

See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
~~Compilation of previous published text plus additional text~~

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a Name ▼ American Society for Testing and Materials Account Number ▼ DA078328

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive, PO Box C700
West Conshohocken, PA 19428-2959
Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635
Email ▶ khooper@astm org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
John Pace Date ▶ 5-14-03

Handwritten signature (X) ▼
X John Pace

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Kathe Hooper ASTM
Number/Street/Apt ▼ 100 Barr Harbor Drive, PO BoxC700
City/State/ZIP ▼ West Conshohocken, PA 19428-2959

Complete all necessary spaces
Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D.C 20559-6000

As of July 1 1999 the filing fee for Form SE is $30

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500
June 1999—50 000
WEB REV: June 1999
U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/50

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-929-682

EFFECTIVE DATE OF REGISTRATION

03 30 04
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
2004 Annual Book of ASTM Standards: Soil and Rock (I): D420 - D5611

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.08 | 04 | MARCH 2004 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼ ASTM International
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work Other:

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 2004 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE. Complete this information ONLY if this work has been published. Month ▶ March Day ▶ 26 Year ▶ 2004
United States ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
ASTM International
100 Barr Harbor Drive, PO Box C 700
West Conshohocken, PA 19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED MAR 30 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED MAR 30 2004
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-8) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY FORM SE

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ TX 5 712 336 Year of Registration ▼ 2003

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

~~2003 Annual Book of ASTM Standards, Section~~ 04, ~~Volume~~ 04.08

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

~~Compilation of previous published text plus additional text.~~

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, ASTM International
100 Barr Harbor Drive, PO Box C700
West Conshohocken, PA 19428-2959

Area code and daytime telephone number ▶ 610-832-9634 Fax number ▶ 610-832-9635

Email ▶ khooper@astm.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ASTM International

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

John Pace Date ▶ 3-26-04

Handwritten signature (X) ▼

X John Pace

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Kathe Hooper, ASTM International

Number/Street/Apt ▼ 100 Barr Harbor Drive, PO BoxC700

City/State/ZIP ▼ West Conshohocken, PA 19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SE is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999

★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

TX 5-996-821

EFFECTIVE DATE OF REGISTRATION

6 (Month) 29 (Day) 04 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1** TITLE OF THIS SERIAL ▼

2004 Annual Book of ASTM Standards PLASTICS (III). D4329-latest

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 08.03 | 08 | July 2004 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** **a** NAME OF AUTHOR ▼ ASTM International

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ United States }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼ ☐ Collective Work Other Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼ ☐ Collective Work Other

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ / Domiciled in ▶ }

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼ ☐ Collective Work Other

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED 2004 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE — Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 25 Year ▶ 2004 United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

ASTM International
100 Barr Harbor Drive PO Box C 700
West Conshohocken, PA 19428 2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED JUN 29 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUN 29 2004
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [signature] FORM SE

CHECKED BY [initials]

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▼ TX 5 794 777 Year of Registration ▼ 2003

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

~~2003 Annual Book of ASTM Standards Section 08 Volume 08 03~~

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

~~Compilation of previous published text plus additional text~~

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ American Society for Testing and Materials

Account Number ▼ DA078328

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper ASTM International
100 Barr Harbor Drive PO Box C700
West Conshohocken PA 19428 2959

Area code and daytime telephone number ▶ 610 832 9634

Fax number ▶ 610 832 9635

Email ▶ khooper@astm org

**8**

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ASTM International

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

John Pace Date ▶ 6-25-04

Handwritten signature (X) ▼

X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼ Kathe Hooper ASTM International

Number/Street/Apt ▼ 100 Barr Harbor Drive PO BoxC700

City/State/ZIP ▼ West Conshohocken, PA 19428 2959

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington D C 20559-6000

As of July 1 1999 the filing fee for Form SE is $30

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

June 1999—50 000
WEB REV June 1999

☆U S GOVERNMENT PRINTING OFFICE 1999-454-879/60

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 534-158

TX TXU

EFFECTIVE DATE OF REGISTRATION

Aug 18, 1980
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 31: Water

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol....... No....... Issue Date.......

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ....... Vol....... No....... Date....... Pages.......

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"? Yes X No......

**DATES OF BIRTH AND DEATH:** Born....... (Year) Died....... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ....... (Name of Country) or Domiciled in U.S.A. (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Entire Text

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born....... (Year) Died....... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ....... (Name of Country) or Domiciled in ....... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born....... (Year) Died....... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of ....... (Name of Country) or Domiciled in ....... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1980

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date: June 15 1980 (Month) (Day) (Year)

Nation: United States (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA. 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of ... pages

TX 1 - - 534-158

EXAMINED BY:
CHECKED BY: DMD
CORRESPONDENCE: ☐ Yes
DEPOSIT ACCOUNT FUNDS USED: ☐
APPLICATION RECEIVED: 18 AUG 1980
DEPOSIT RECEIVED: 18 AUG 1980 18 AUG 1980
REMITTANCE NUMBER AND DATE: 346019 AUG1980

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 278-711 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards, Part 31

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
| --- | --- |
| Waverly Press, Inc. | Easton, MD |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:
Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence

Name: Robert L. Meltzer, ASTM
Address: 1916 Race Street (Apt.)
Philadelphia, (City) PA (State) 19103 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name Robert L. Meltzer Date 7/31/80

MAIL CERTIFICATE TO (11) Address For Return of Certificate

American Society for Testing and Materials (Name)
1916 Race Street (Number, Street and Apartment Number)
Philadelphia (City) PA (State) 19103 (ZIP code)

17 OCT 1980

(Certificate will be mailed in window envelope)

* 17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1980: 311-425/3    Jan. 1980—500,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 534-160

TX TXU

EFFECTIVE DATE OF REGISTRATION

Aug 18 1980
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 9: Electrodeposited Coatings; Metal Powders, Sintered P/M Structural Parts

If a periodical or serial give: Vol....... No....... Issue Date.......

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ....... Vol....... No....... Date ....... Pages.......

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"? Yes. X.. No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ....... (Name of Country) or Domiciled in U.S.A. (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

Entire Text

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ....... (Name of Country) or Domiciled in ....... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of ....... (Name of Country) or Domiciled in ....... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**

Anonymous? Yes...... No......
Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year 1980

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date July 30 1980
(Month) (Day) (Year)

Nation United States
(Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

TX 1 534-160

| EXAMINED BY: [illegible] CHECKED BY: [illegible] | APPLICATION RECEIVED: 18 AUG 1980 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 18 AUG 1980 18 AUG 1980 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 346019 18 AUG 1980 | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No ........
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 323-382 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards, Part 9

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence

Name: Robert L. Meltzer, ASTM

Address: 1916 Race Street (Apt)

Philadelphia (City) PA (State) 19103 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name Robert L. Meltzer Date 7/31/80

(11) Address For Return of Certificate

American Society for Testing and Materials (Name)

1916 Race Street (Number, Street and Apartment Number)

Philadelphia, (City) PA (State) 19103 (ZIP code)

MAIL CERTIFICATE TO

17 OCT 1980

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1980: 311-425/3 Jan. 1980—500,000

# CERTIFICATE OF COPYRIGI REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 565-130

TX TXU

EFFECTIVE DATE OF REGISTRATION

14 OCT 1980

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 30: Soap, Collants; Polishes; Halogenated Organic Solvents

If a periodical or serial give: Vol....... No....... Issue Date........

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ........ Vol....... No....... Date ........ Pages ........

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

**NAME OF AUTHOR:** American Society for Testing & Materials

Was this author's contribution to the work a "work made for hire"? Yes..X.. No......

**DATES OF BIRTH AND DEATH:** Born........ (Year) Died........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of........ (Name of Country) or Domiciled in.....USA........ (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Entire Text

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

2

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born........ (Year) Died........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of........ (Name of Country) or Domiciled in........ (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

3

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born........ (Year) Died........ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of........ (Name of Country) or Domiciled in........ (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year...1980...

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date.......August.......25.......1980....... (Month) (Day) (Year)

Nation.......United States....... (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, Pa. 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE

| EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 12461 OCT 14 80 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 339-440 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards, Part 30

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, Maryland |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence

Name: Robert L. Meltzer

Address: 1916 Race Street

Philadelphia, Pa. (City) (State) 19103 (Apt.) (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) ☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials (Name of author or other copyright claimant, or owner of exclusive right(s)) of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge. (10) Certification (Application must be signed.)

Handwritten signature: (X) [signature]

Typed or printed name Robert L. Meltzer Date 9/22/80

American Society for Testing and Materials (Name)

1916 Race Street (Number, Street and Apartment Number)

Philadelphia, (City) Pa. (State) 19103 (ZIP code)

**MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) (11) Address For Return of Certificate

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1980: 311-425/3

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 626-132
TX TXU

EFFECTIVE DATE OF REGISTRATION
2 (Month) 11 (Day) 81 (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

TITLE OF THIS WORK: 1980 Annual Book of ASTM Standards, Part 32:Textiles - Yarns, Fabrics, General Test Methods

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol....... No....... Issue Date.......

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ....... Vol....... No....... Date ....... Pages.......

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"? Yes X... No......

DATES OF BIRTH AND DEATH: Born ........ (Year) Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ (Name of Country) or Domiciled in U.S.A. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution) Entire Text

2

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH: Born ........ (Year) Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes...... No......

DATES OF BIRTH AND DEATH: Born ........ (Year) Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ (Name of Country) or Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes...... No...... Pseudonymous? Yes...... No......

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1980....

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION: Date November (Month) 10 (Day) 1980 (Year)

Nation United States (Name of Country)

(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

American Soceity for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*
- *Sign the form at line 10*

DO NOT WRITE HERE
Page 1 of 2 pages

| | | |
|---|---|---|
| TX 626-132 | EXAMINED BY: CHECKED BY: | APPLICATION RECEIVED: FEB 11 1981 |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: FEB. 11 1981 FEB. 11 1981 |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 142731 FEB11 81 |

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5 Previous Registration)

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 500-153 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6 Compilation or Derivative Work)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards, Part 32

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7 Manufacturing)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, Maryland |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8 License For Handicapped)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9 Fee and Correspondence)

Name: Robert L. Meltzer, ASTM

Address: 1916 Race Street (Apt.)

Philadelphia, (City) PA (State) 19103 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10 Certification (Application must be signed))

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name Robert L. Merltzer Date 1/12/81

(11 Address For Return of Certificate)

American Society for Testing and Materials (Name)

1916 Race Street (Number, Street and Apartment Number)

Philadelphia, PA 19103 (City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1980-311-425/9

May 1980—100...

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM TX

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

MAY 15 Rec'd

ASTM PUBLICATION DIVISION

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

TX 648-346

TX TXU

EFFECTIVE DATE OF REGISTRATION

Mar 11 1981
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET

**① Title**

TITLE OF THIS WORK: 1980 Annual Book of ASTM Standards Part 21: Cellulose; Leather; Flexible Barrier Materials

If a periodical or serial give: Vol. ....... No. ....... Issue Date ...........

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: .................. Vol. ...... No. ...... Date .......... Pages. ..........

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR: American Society for Testing & Materials

Was this author's contribution to the work a "work made for hire"? Yes X No ......

DATES OF BIRTH AND DEATH: Born ........ (Year) Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ (Name of Country) } or { Domiciled in U.S.A. (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)
Collective Work

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

DATES OF BIRTH AND DEATH: Born ........ (Year) Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ (Name of Country) } or { Domiciled in ........ (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"? Yes ...... No ......

DATES OF BIRTH AND DEATH: Born ........ (Year) Died ........ (Year)

AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ........ (Name of Country) } or { Domiciled in ........ (Name of Country)

AUTHOR OF: (Briefly describe nature of this author's contribution)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ...... No ...... Pseudonymous? Yes ...... No ......

If the answer to either of these questions is "Yes, see detailed instructions attached.

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1980

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date June (Month) 25 (Day) 1980 (Year)

Nation United States (Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*

DO NOT WRITE HERE

TX 648-346

| EXAMINED BY: / CHECKED BY: | APPLICATION RECEIVED: MAR 11 1981 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: MAR 11 1981 MAR 11 1981 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 172721 MAR 11 81 | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5 Previous Registration)

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 278-710 Year of Registration 1979

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6 Compilation or Derivative Work)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1979 Annual Book of ASTM Standards Part 21

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compilation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7 Manufacturing)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8 License For Handicapped)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:
Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9 Fee and Correspondence)

Name: Robert L. Meltzer, ASTM
Address: 1916 Race Street (Apt.)
Philadelphia (City), PA (State) 19103 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10 Certification (Application must be signed))

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing & Materials (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name Robert L. Meltzer Date 2/24/81

**MAIL CERTIFICATE TO** (11 Address For Return of Certificate)

American Society for Testing and Materials (Name)
1916 Race Street (Number, Street and Apartment Number)
Philadelphia (City) PA (State) 19103 (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

ASTM000156

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

JUN 26 REC'D
ASTM
PUBLICATION DIVISION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

David L. Ladd

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
TX 696-452
TX TXU

EFFECTIVE DATE OF REGISTRATION
MAY 21 1981
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**1 Title**

**TITLE OF THIS WORK:** 1981 Annual Book of ASTM Standards Part 16: Chemical-Resistant Materials; Vitrified Clay, Concrete, Asbestos-Cement Products;Mortars,.

If a periodical or serial, give: Vol....... No....... Issue Date.......

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work:....... Vol....... No....... Date....... Pages.......

**2 Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"? Yes..X.. No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.......... (Name of Country) or Domiciled in U.S.A. (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire Text

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.......... (Name of Country) or Domiciled in.......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes...... No......

**DATES OF BIRTH AND DEATH:** Born.......... (Year) Died.......... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of.......... (Name of Country) or Domiciled in.......... (Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**3 Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1981
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date April 15 1981 (Month) (Day) (Year)
Nation United States (Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
- *Follow detailed instructions attached*

DO NOT WRITE HERE

TX 696-452

EXAMINED BY: CHECKED BY:

CORRESPONDENCE: ☐ Yes

DEPOSIT ACCOUNT FUNDS USED: ☐

APPLICATION RECEIVED: MAY 21 1981

DEPOSIT RECEIVED: MAY 21 1981 MAY 21 1981

REMITTANCE NUMBER AND DATE: 249511 MAY2181

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**PREVIOUS REGISTRATION:** (5) Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes X No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number TX 482-384 Year of Registration 1980

**COMPILATION OR DERIVATIVE WORK:** (See instructions) (6) Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

1980 Annual Book of ASTM Standards Part 16

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

Compliation of previously published text plus additional text

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.) (7) Manufacturing

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions) (8) License For Handicapped

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords b ☐ Copies Only c ☐ Phonorecords Only

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) (9) Fee and Correspondence

Name: Robert L. Meltzer, ASTM

Address: 1916 Race Street (Apt.)

Philadelphia, (City) PA (State) 19103 (ZIP)

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one) (10) Certification (Application must be signed)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Soceity for Testing and Materials (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) [signature]

Typed or printed name Robert L. Meltzer Date 5/7/81

MAIL CERTIFICATE TO (11) Address For Return of Certificate

American Society for Testing and Materials (Name)

1916 Race Street (Number, Street and Apartment Number)

Philadelphia, (City) PA (State) 19103 (ZIP code)

(Certificate will be mailed in window envelope)

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-685-915

**Effective date of registration:**
March 5, 2013

## Title

**Title of Work:** ASTM D975-07 Standards Specificaiton for Diesel Fuel Oils

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** April 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** ASTM International

  **Author Created:** Entire Text

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-563-072 2007

TX 6-342-584 2006

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

**Name:** Kathleen Hooper

**Date:** March 1, 2013

---



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-685-927

**Effective date of registration:**
March 5, 2013

## Title

**Title of Work:** ASTM C150-99a Standard Specification for Portland Cement

## Completion/Publication

**Year of Completion:** 1999

**Date of 1st Publication:** December 1, 1999 **Nation of 1st Publication:** United States

## Author

- **Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** 1999

TX 4-787-636 1998

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

**Name:** Kathleen Hooper

**Date:** March 1, 2013

---

Page 2 of 2

ASTM000162

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-685-938

**Effective date of registration:**
March 5, 2013

## Title

**Title of Work:** ASTM A106/A106M-04b Standard Specification for Seamless Carbon Steel Pipe for High Temperature Service

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** December 1, 2004 **Nation of 1st Publication:** United States

## Author

- **Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 5-914-334 2004

TX 5-665-928 2003

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

**Name:** Kathleen Hooper

**Date:** March 1, 2013

---

Page 2 of 2

ASTM000164

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-685-941

**Effective date of registration:**
March 5, 2013

## Title

**Title of Work:** ASTM D86-07 Standards Test Methods for Distillation of Petroleum Products at Armospheric Pressure

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** March 1, 2007 **Nation of 1st Publication:** United States

## Author

- **Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-563-072 2007

TX 6-342-584 2006

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

**Name:** Kathleen Hooper

**Date:** March 1, 2013

Page 2 of 2

ASTM000166

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-763-690

**Effective date of registration:**
April 10, 2013

## Title

**Title of Work:** F1193 - 06 Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** March 3, 2006 **Nation of 1st Publication:** United States

## Author

* **Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 6-270-668 2005

TX 6-076-444 2004

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen Hooper

**Email:** khooper@astm.org **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428 United States

## Certification

**Name:** Kathleen Hooper

**Date:** April 10, 2013

---

Page 2 of 2

ASTM000168

# EXHIBIT 15

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-970-602

EFFECTIVE DATE OF REGISTRATION

JAN 30 2004
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
NFPA 1 Uniform Fire Code 2003 edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Fire Prevention Code

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 2 Day ▶ 6 Year ▶ 2003
U.S.A ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park
Quincy MA 02269

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED APR 26 2004

ONE DEPOSIT RECEIVED JAN 30 2004

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

FORM TX

[X] CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[x] Yes [ ] No If your answer is "Yes" why is another registration being sought? (Check appropriate box) ▼

a [ ] This is the first published edition of a work previously registered in unpublished form

b [ ] This is the first application submitted by this author as copyright claimant

c [x] This is a changed version of the work, as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ TX 5 515-497 Year of Registration ▶ 2/11/2000

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published standards and codes

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02269

Area code and daytime telephone number ▶ 617 984-2737 Fax number ▶ 617 984 7222

Email ▶

**8**

**CERTIFICATION** I the undersigned hereby certify that I am the

Check only one ▶
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[x] authorized agent of National Fire Protection Association

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nanci Kelly Date ▶ 1/28/2004

Handwritten signature (X) ▼

X Nanci Kelly

**9**

Certificate will be mailed in window envelope to this address

Name ▼
Nanci Kelly National Fire Protection Association

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy MA 02269

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S.E
Washington, D C 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

17 USC § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Rev July 2003—xxx Web Rev July 2003 Printed on recycled paper U S Government Printing Office 2000-461 113/20 021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG TX 6-261-668

EFFECTIVE DATE OF REGISTRATION
NOV 04 2005
Month Day Year

...IATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
NFPA 1 Uniform Fire Code, 2006 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼
Same as above

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
National Fire Protection Association
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ▶ USA
Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ▶
Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR Citizen of ▶
Domiciled in ▶
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2005 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ 8 Day ▶ 18 Year ▶ 2005
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
One Batterymarch Park
Quincy, MA 02169

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED NOV 04 2005
ONE DEPOSIT RECEIVED NOV 04 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE

*Amended by C.O. from phone call to Nancy Zagrodny on January 4, 2006.

EXAMINED BY [signature]

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX 5-970-602 **Year of Registration** ▶ 2003

## 6

**DERIVATIVE WORK OR COMPILATION**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published codes and standards

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

## 7

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

Area code and daytime telephone number ▶ 617-984-7550 Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa.org

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny Date ▶ 10/31/2005

**Handwritten signature (X)** ▼

x [signature: Nancy Zagrodny]

## 9

**Certificate will be mailed in window envelope to this address:**

Name ▼
National Fire Protection Association - ATTN: NANCY ZAGRODNY

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA 02169

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

TX 5-752-623

EFFECTIVE DATE OF REGISTRATION

12 30 02
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼

National Fire Codes Vol. 1-12 and Master Index 2002 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Volume 1-12 and master index

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼ National Fire Protection Association

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2002 ◀ Year. This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ January Day ▶ 10 Year ▶ 2002 ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02269-9101

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED MAR 12 2003 12-30-02
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED 12-30-02
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY JKS

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX5 401-755 (644) TX 5430-865 Year of Registration ▶ 2001

**6**

**DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Changes maade to the new edition

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additions and changes made throughout

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02269

Area code and daytime telephone number ▶ 617-984-7237 Fax number ▶ 617-984-7222
Email ▶

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ____________
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nanci Kelly Date ▶ 2/28/03

Handwritten signature (X) ▼
x Nanci Kelly

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Nanci Kelly-National Fire Protection Association
Number/Street/Apt ▼
1 Batterymarch Park
City/State/ZIP ▼
Quincy, MA 02269-9101

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-160-768

EFFECTIVE DATE OF REGISTRATION

APR 25 2005

Month Day Year

...IATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**
NFPA 11 Standard for Low Medium and High Expansion Foam 2005 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 11 Same as above 1995 edition

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a NAME OF AUTHOR ▼** National Fire Protection Association

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entirety

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2005 ◀ Year
This information must be given in all cases.

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 2 Day ▶ 7 Year ▶ 2005
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED APR 25 2005
ONE DEPOSIT RECEIVED APR 25 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY AG

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box)

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☑ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ TX 4-068-536 Year of Registration ▶ 1995

**6**

**DERIVATIVE WORK OR COMPILATION**

**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates

Previously Published

See instructions before completing this space

**b** Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed

Some new and revised text

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**a** Name Account Number

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP

Nancy Zagrodny National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

Area code and daytime telephone number ▶ 617-984-7550 Fax number ▶ 617 984 7004

Email ▶ nzagrodny@nfpa org

**8**

**CERTIFICATION*** I, the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association

Name of author or other copyright claimant or owner of exclusive right(s)

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date If this application gives a date of publication in space 3 do not sign and submit it before that date

Nancy Zagrodny Date ▶ 4/11/2005

Handwritten signature (X)

x Nancy Zagrodny

**9**

Certificate will be mailed in window envelope to this address

Name
National Fire Protection Association

Number/Street/Apt
1 Batterymarch Park

City/State/ZIP
Quincy MA 02169

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-232-876

EFFECTIVE DATE OF REGISTRATION
Jun 20, 2005
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼
NFPA 12 Standard on Carbon Dioxide Extinguishing Systems 2005 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼
NFPA 12 Sane as above 1998 Edition

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a NAME OF AUTHOR ▼
National Fire Protection Association

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entirety

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**3**

a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 2 Day ▶ 7 Year ▶ 2005
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JUN 20 2005
ONE DEPOSIT RECEIVED JUN 20 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page DO NOT WRITE HERE

EXAMINED BY RM

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 4 838 538 Year of Registration ▶ 1998

**6**

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a. Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

Area code and daytime telephone number ▶ 617-984 7550 Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny Date ▶ 4/11/2005

Handwritten signature (X) ▼

X Nancy Zagrodny

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ National Fire Protection Association

Number/Street/Apt ▼ 1 Batterymarch Park

City/State/ZIP ▼ Quincy MA 02169

Complete all necessary spaces. Sign your application in space 8.

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-905-038

EFFECTIVE DATE OF REGISTRATION
JAN 30 2004
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
NFPA 30 Flammable and Combustible Liquids Code 2003 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼
NFPA 30 Flammable and Combustible Liquids Code 2000 edition

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
National Fire Protection Association

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 3 Day ▶ 7 Year ▶ 2003
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED JAN 30 2004
ONE DEPOSIT RECEIVED JAN 30 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [handwritten initials] FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 5 371-909 Year of Registration ▶ 4/13/2001

**6**

DERIVATIVE WORK OR COMPILATION

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published standards and codes

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

**7**

DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a. Name ▼ Account Number ▼

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly - NFPA
1 Batterymarch Park
Quincy, MA 02269

Area code and daytime telephone number ▶ 617-084-7237 Fax number ▶ 617-984-7222

Email ▶

**8**

CERTIFICATION* I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nanci kelly Date ▶ 12/17/03

Handwritten signature (X) ▼

X [signature: Nanci Kelly]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Nanci Kelly-NFPA

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA 02269

Complete all necessary spaces
Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS

TX 6-261-666

EFFECTIVE DATE OF REGISTRATION

11 4 05
Month Day Year

...ATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
NFPA 54 National Fuel Gas Code, 2006 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Same as above

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2005 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8 Day ▶ 18 Year ▶ 2005
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

National Fire Protection Association
One Batterymarch Park
Quincy, MA 02169

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED NOV 04 2005
ONE DEPOSIT RECEIVED NOV 04 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE

*Amended by C.O. from phone call to Nancy Zagrodny on January 4, 2006.

EXAMINED BY PD

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▶ TX 4-737-770 Year of Registration ▶ 1998

## 6

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published codes and standards

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

## 7

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

Area code and daytime telephone number ▶ 617-984-7550 Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa.org

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of National Fire Protection Association

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny Date ▶ 10/312005

Handwritten signature (X) ▼

X Nancy Zagrodny

## 9

Certificate will be mailed in window envelope to this address:

Name ▼
National Fire Protection Association - ATTN: NANCY ZAGRODNY

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA 02169

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

# FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-401-672

EFFECTIVE DATE OF REGISTRATION

8 24 2001
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

National Fire Codes Vol 3 2001 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

Volume 3

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼ National Fire Protection Association

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ USA / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼ ENTIRETY

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country USA OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR { Citizen of ▶ USA / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED — This information must be given ◀ Year in all cases. 2001

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published. Month ▶ January Day ▶ 10 Year ▶ 2001 ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park, PO Box 9101
Quincy, MA 02269-9101

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED AUG 24 2001
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED AUG 24 2001
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY
FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ Year of Registration ▶ 2000

**6**

**DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Changes made to new edition

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additions and correction made throughout

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a. Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Nanci A. Kelly
National Fire Protection Association
1 Batterymarch Park, PO Box 9101
Quincy, MA 02269
Area code and daytime telephone number ▶ 617-984-7237 Fax number ▶ 617-984-7222
Email ▶

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of National Fire Protection Assoc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nanci A. Kelly Date ▶ 8/16/01

Handwritten signature (X) ▼
X Nanci A. Kelly

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Nanci A. Kelly
Number/Street/Apt ▼
National Fire Protection
1 Batterymarch Park
City/State/ZIP ▼
Quincy, MA 02269

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999

PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

Marybeth Peters

Register of Copyrights, United States of America

TX 5-956-112

EFFECTIVE DATE OF REGISTRATION

Month 4 Day 26 Year 04

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**1**

**TITLE OF THIS WORK ▼**
NFPA 58 Liquefied Petroleum Gas Code 2004 edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 58 Liquefied Petroleum Gas Code

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2004

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ 2 Day ▶ 12 Year ▶ 2004
USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED APR 26 2004
ONE DEPOSIT RECEIVED APR 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions
Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give Previous Registration Number ▶ TX 4 06 1948 Year of Registration ▶ 6/9/95

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published standards and codes

See instructions before completing this space

b Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

Area code and daytime telephone number ▶ 617 984 7237 Fax number ▶ 617-984 7222

Email ▶ NKelly@nfpa org

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nanci Kelly Date ▶ 4/02/04

Handwritten signature (X) ▼

x Nanci Kelly

**9**

Certificate will be mailed in window envelope to this address

Name ▼
National Fire Protection Association

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy MA 02169

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-953-205

EFFECTIVE DATE OF REGISTRATION

4 (Month) 26 (Day) 04 (Year)

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

## 1

**TITLE OF THIS WORK ▼**
NFPA 59 Utility LP Gas Plant Code 2004 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
NFPA 59 Utility LP Gas Plant Code

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases
2004

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published
Month ▶ 2 Day ▶ 12 Year ▶ 2004
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED APR 26 2004
ONE DEPOSIT RECEIVED APR 26 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [handwritten initials]

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☑ Yes ☐ No If your answer is Yes why is another registration being sought? (Check appropriate box) ▼

a ☐ This is the first published edition of a work previously registered in unpublished form

b ☐ This is the first application submitted by this author as copyright claimant

c ☐ This is a changed version of the work as shown by space 6 on this application

If your answer is Yes give **Previous Registration Number** ▶ TX 4 838544 **Year of Registration** ▶ 8/14/98

**6**

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

Previously published standards and codes

See instructions before completing this space

b **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

Some new and revised text

**7**

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account

**Name** ▼ **Account Number** ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

Area code and daytime telephone number ▶ 617 984-7237 Fax number ▶ 617 984 7222

Email ▶ NKelly@nfpa org

**8**

**CERTIFICATION*** I the undersigned hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date

Nanci Kelly **Date** ▶ 3/19/04

**Handwritten signature (X)** ▼

X [signature: Nanci Kelly]

**9**

**Certificate will be mailed in window envelope to this address**

Name ▼
National Fire Protection Association

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy MA 02169

YOU MUST
Complete all necessary spaces
Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material
MAIL TO
Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

Fees are subject to change. For current fees check the Copyright Office website at www.copyright.gov write the Copyright Office or call (202) 707-3000

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
TX 4-092-419

TAU

EFFECTIVE DATE OF REGISTRATION
NOV 04 1998
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
1999 National Electrical Code

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Same 1996 Edition

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a NAME OF AUTHOR ▼**
NATIONAL FIRE PROTECTION ASSOCIATION

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRETY

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country
OR { Citizen of ▶ U.S.A. / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ March Day ▶ 15 Year ▶ 1998
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
One Batterymarch Park, P.O. Box 9101
Quincy, MA 02269-9101

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 04 1998
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED NOV 04 1998
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

EXAMINED BY MG

FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TX 4 222-411 **Year of Registration** ▼ 1996

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Changes made to prior edition

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Corrections and additions made throughout.

See instructions before completing this space.

**7**

**—space deleted—**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Denise McNamara-Tiller
National Fire Protection Association
One Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101

Area Code & Telephone Number ▶ 617-984-7237

Be sure to give your daytime phone ◀ number.

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of National Fire Protection Association

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publicati

Denise McNamara-Tiller date ▶ 10/30/98

Handwritten signature (X) ▼ Denise McNamara-Tiller

**11**

MAIL CERTIFICATE TO

Certificate will be mailed in window envelope

Name ▼
Denise McNamara-Tiller
National Fire Protection Association

Number/Street/Apartment Number ▼
One Batterymarch Park, P.O. Box 9101

City/State/ZIP ▼
Quincy, MA 02269-9101

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Non-refundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1989—241-428/80,012

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-108-410

EFFECTIVE DATE OF REGISTRATION

2 (Month) 5 (Day) 2005 (Year)

...ATE CONTINUATION SHEET

**1** TITLE OF THIS WORK ▼
National Electrical Code 2005

PREVIOUS OR ALTERNATIVE TITLES ▼
2002

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼
National Fire Protection Association

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ USA Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases
2004 ◀Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published. Month ▶ 10 Day ▶ 8 Year ▶ 2004 ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED FEB 05 2005

ONE DEPOSIT RECEIVED FEB 05 2005

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page. See detailed instructions. Sign the form at line 8

DO NOT WRITE HERE

FORM TX

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶ TX 5 457 611 Year of Registration ▶ 2002

**6**

**DERIVATIVE WORK OR COMPILATION**
**a** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published

See instructions before completing this space.

**b** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

**7**

**a** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ Account Number ▼

**b** **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy MA 02169

Area code and daytime telephone number ▶ 617-984 7550 Fax number ▶ 617-984 7004
Email ▶ nzagrodny@nfpa org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nancy Zagrodny Date ▶ 2/4/05

Handwritten signature (X) ▼
X Nancy Zagrodny

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
National Fire Protection Association
Number/Street/Apt ▼
1 Batterymarch Park
City/State/ZIP ▼
Quincy MA 02169

2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3.
Copyright Office TX
101 Independence Avenue, S.E.
Washington, D.C.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante
Acting Register of Copyrights, United States of America

**Registration Number**
TX 7-297-325

**Effective date of registration:**
December 13, 2010

## Title

**Title of Work:** National Electrical Code, 2011 Edition

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 25, 2010 **Nation of 1st Publication:** United States

## Author

- **Author:** NFPA

**Author Created:** text, photographs, compilation, editing, artwork

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** NFPA

One Batterymarch Park, Quincy, MA, 02169, United States

**Previous registration and year:** 6-966-113 2008

## Rights and Permissions

**Organization Name:** NFPA

**Address:** One Batterymarch Park

Quincy, MA 02169 United States

## Certification

**Name:** Nancy M. Zagrodny

**Date:** December 8, 2010

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

TX 5-841-133

EFFECTIVE DATE OF REGISTRATION

OCT 10 2003
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK** ▼
National Fire Alarm Code 2002 Edition

**PREVIOUS OR ALTERNATIVE TITLES** ▼

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** **NAME OF AUTHOR** ▼ NFPA

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? * ☒ Yes * ☒ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ USA Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☒ No Pseudonymous? ☐ Yes ☒ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR** ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR** ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No — If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2002 ◀ Year — This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK — Complete this information ONLY if this work has been published. Month ▶ 10 Day ▶ 6 Year ▶ 2002 ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Association
1 Battery march Park
Quincy MA 02169

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY

APPLICATION RECEIVED OCT 10 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED OCT 10 2003

FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 2 pages

*Amended by C.O. from phone call to Nanci Kelly on Nov 13, 2003.

EXAMINED BY

FORM TX

CHECKED BY

CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 5-121-992 Year of Registration ▶ 12/23/99

**6**

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

~~*Changes and additions to existing material~~ *Previous edition; Errata issued 1-30-03

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*Changes and additions to existing material

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a. Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

Area code and daytime telephone number ▶ 617-984-7237 Fax number ▶ 617-984-7222

Email ▶

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
- ☑ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☐ authorized agent of ______ Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nanci Kelly Date ▶ 9/26/03

Handwritten signature (X) ▼

x Nanci Kelly

**9**

Certificate will be mailed in window envelope to this address:

Name ▼ Nanci Kelly - National Fire Protection Association

Number/Street/Apt ▼ 1 Batterymarch Park

City/State/ZIP ▼ Quincy, MA 02169

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG

TX 6-153-939

*TX0006153939*

EFFECTIVE DATE OF REGISTRATION

3 | 28 | 2005
Month | Day | Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**
NFPA 99 Health Care Facilities Code 2005 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
2002

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2005 ◀ Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ 3 Day ▶ 11 Year ▶ 2005
◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
MAR 28 2005
ONE DEPOSIT RECEIVED
MAR 28 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of 8 pages

EXAMINED BY SJM

FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX 5-584-948 Year of Registration ▶ 2002

## 6

**DERIVATIVE WORK OR COMPILATION**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

## 7

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

Area code and daytime telephone number ▶ 617-984-7550 Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa.org

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny Date ▶ 3/22/05

Handwritten signature (X) ▼

x Nancy Zagrodny

## 9

**Certificate will be mailed in window envelope to this address:**

Name ▼
National Fire Protection Association

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA 02169

YOU MUST
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

# CERTIFICATE OF REGISTRATION

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-371-918

EFFECTIVE DATE OF REGISTRATION
13 APR 2001
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
NFPA 101 Life Safety Code

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2 a** NAME OF AUTHOR ▼
National Fire Protection Association

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country USA
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRETY

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country
OR { Citizen of ▶ / Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED 2000 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ 3 Day ▶ 20 Year ▶ 2000 ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Association
One Batterymarch Park
Quincy, MA 02269-9101

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED APR 13 2001
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED APR 13 2001
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY [handwritten initials] FORM TX

CHECKED BY

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number TX4 737 773 Year of Registration 3/11/98

**6**

**DERIVATIVE WORK OR COMPILATION**
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates.
Changes made to prior edition

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.
Corrections and additions made throughout

**7**

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name Account Number

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP
Nanci Kelly
NFPA
One Batterymarch Park
Quincy, MA 02269-9101
Area code and daytime telephone number 617-984-7237 Fax number 617-984-7222
Email

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of National Fire Protection Assoc.
Name of author or other copyright claimant, or owner of exclusive right(s)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date If this application gives a date of publication in space 3, do not sign and submit it before that date.
Nanci Kelly Date 4/4/01

Handwritten signature (X)
X [signature: Nanci Kelly]

**9**

Certificate will be mailed in window envelope to this address:

Name: Nanci Kelly
National Fire Protection Association
Number/Street/Apt: One Batterymarch Park
City/State/ZIP: Quincy, MA 02269-9101

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form TX is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV: June 1999

*U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

## FORM TX

For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGIS[TRATION NUMBER] TX 5-841-134

EFFECTIVE DATE OF REGISTRATION

OCT 10 2003

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
Life Safety Code 2003 Edition NFPA 101

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2** a NAME OF AUTHOR ▼
Nation Fire Protection Association

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ USA Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☑ No Pseudonymous? ☐ Yes ☑ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRETY

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

AUTHOR'S NATIONALITY OR DOMICILE Name of Country OR Citizen of ▶ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK Anonymous? ☐ Yes ☐ No Pseudonymous? ☐ Yes ☐ No If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2003 ◀ Year
This information must be given in all cases.

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 1 *2 Day ▶ 2 *6 Year ▶ 2003
◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED OCT 10 2003
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED OCT 10 2003
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY [signature] FORM TX

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

*Amended by C.O. from phone call to Nanci Kelly on Nov 13, 2003.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ TX5-371-918 Year of Registration ▶ 2000

**6**

**DERIVATIVE WORK OR COMPILATION**

a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

* ~~Changed and additions to existing material~~ *Previous edition

See instructions before completing this space.

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Corrections and additions made throughout

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

a Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nanci Kelly -National Fire Protection Association
1 Batterymarch Park
Quincy,MA 02169

Area code and daytime telephone number ▶ 617-984-7237 Fax number ▶ 617-984-72222

Email ▶ nkelly@nfpa.org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of National Fire Protection Assoc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nanci Kelly Date ▶ 9/24/03

Handwritten signature (X) ▼

X [signature: Nanci Kelly]

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Nanci Kelly

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA 02169

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000 Web Rev: June 2002 Printed on recycled paper U.S. Government Printing Office: 2000-461-113/20,021

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters
Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 6-294-334

EFFECTIVE DATE OF REGISTRATION: NOV 04 2005
Month Day Year

...IATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
NFPA 101 Life Safety Code, 2006 Edition

PREVIOUS OR ALTERNATIVE TITLES ▼
Same as above

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

**a** NAME OF AUTHOR ▼ National Fire Protection Association
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ USA / Domiciled in ▶ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☒ No; Pseudonymous? ☐ Yes ☒ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼
DATES OF BIRTH AND DEATH Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 2005 ◀ Year. This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK. Complete this information ONLY if this work has been published. Month ▶ 8 Day ▶ 18 Year ▶ 2005 ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Association
One Batterymarch Park
Quincy, MA 02169

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED NOV 04 2005
ONE DEPOSIT RECEIVED NOV 04 2005 1,20.06
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

~~*Amended by C.O. from phone call to Nancy~~ Zagrodny on January 4, 2006.

EXAMINED BY [signature]

CHECKED BY

☑ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX 5-841-134 **Year of Registration** ▶ 2003

## 6

**DERIVATIVE WORK OR COMPILATION**

a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously published codes and standards

See instructions before completing this space.

b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

## 7

a **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

Area code and daytime telephone number ▶ 617-984-7550 Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa.org

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny Date ▶ 10/312005

Handwritten signature (X) ▼

x Nancy Zagrodny

## 9

**Certificate will be mailed in window envelope to this address:**

Name ▼ National Fire Protection Association - ATTN: NANCY ZAGRODNY

Number/Street/Apt ▼ 1 Batterymarch Park

City/State/ZIP ▼ Quincy, MA 02169

- Complete all necessary spaces
- Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-445-855

TXU

EFFECTIVE DATE OF REGISTRATION

10 18 06
Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
NFPA 704 Standard System for the Identification of the Hazards of Materials for Emergency Response, 2007 Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Identification of the Fire Hazards of Materials

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

**a** **NAME OF AUTHOR ▼**
National Fire Protection Association

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entirety

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 8 Day ▶ 17 Year ▶ 2006
◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
National Fire Protection Assn.
One Batterymarch Park
Quincy, MA 02169

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED OCT 18 2006
ONE DEPOSIT RECEIVED OCT 18 2006
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 5

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶ TX 2-889-7802 **Year of Registration** ▶ 1990

## 6

**DERIVATIVE WORK OR COMPILATION**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previously Published

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Some new and revised text

## 7

a. **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

b. **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Nancy Zagrodny - National Fire Protection Association
1 Batterymarch Park
Quincy, MA 02169

Area code and daytime telephone number ▶ 617-984-7550 Fax number ▶ 617-984-7004

Email ▶ nzagrodny@nfpa.org

## 8

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of National Fire Protection Association

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Nancy Zagrodny Date ▶ 10/13/06

**Handwritten signature (X)** ▼

x Nancy Zagrodny

## 9

**Certificate will be mailed in window envelope to this address:**

Name ▼
National Fire Protection Association - ATTN: NANCY ZAGRODNY

Number/Street/Apt ▼
1 Batterymarch Park

City/State/ZIP ▼
Quincy, MA 02169

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office - TX
101 Independence Avenue, S.E.
Washington, D.C. 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Registration Number:**

TX 6-966-113

**Effective date of registration:**

December 3, 2007

## Title

**Title of Work:** NFPA 70 National Electrical Code, 2008 Edition

**Previous or Alternative Title:** NFPA 70 National Electrical Code

## Completion/ Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 15, 2007

## Author

- **Author:** National Fire Protection Association

**Author Created:** Entirety

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** National Fire Protection Assn.

One Batterymarch Park, Quincy, MA, 02169

## Limitation of copyright claim

**Material excluded from this claim:** Previously Published

**Previously registered:** Yes

**Previous registration and year:** TX 6-108-410 2005

**New material included in claim:** Some new and revised text

## Certification

**Name:** Nancy Zagrodny

**Date:** November 29, 2007

**Registration #:** TX0006966113

**Service Request #:** 1-33580303

National Fire Protection Assn
Nancy Zagrodny
One Batterymarch Park
Quincy, MA 02169

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
TX 7-935-064

**Effective date of registration:**
July 25, 2014

## Title

**Title of Work:** National Electrical Code, 2014 Edition

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 1, 2013 **Nation of 1st Publication:** United States

## Author

- **Author:** NFPA

  **Author Created:** text, photographs, compilation, editing, artwork

  **Work made for hire:** Yes

  **Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** NFPA

One Batterymarch Park, Quincy, MA, 02169, United States

## Limitation of copyright claim

**Previous registration and year:** 7-297-325 2011

## Certification

**Name:** Nancy M. Zagrodny

**Date:** July 14, 2014

# EXHIBIT 16

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

EXHIBIT 1175 [handwritten] 3.20.15

PENGAD 800-631-6989

Marybeth Peters [signature]

REGISTER OF COPYRIGHTS
*United States of America*

# FORM TX

For a Literary Work

TX 3-832-628

EFFECTIVE DATE OF REGISTRATION

June 16 94

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

1993 ASHRAE Handbook--Fundamentals Inch-Pound Edition

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

## 2

**a** **NAME OF AUTHOR ▼**
American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Collective work

**NOTE**
Under the law, the "author" of ... death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

*067452789*

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1993 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ May Day ▶ 15 Year ▶ 1993
USA ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.
1791 Tullie Circle NE, Atlanta, GA 30329

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED JUL 10 1994
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED JUL 10 1994
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page. • See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

EXAMINED BY JOLG

CHECKED BY

FORM TX

☐ CORRESPONDENCE Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
XXYes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c.XX This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ TX 2 621 082 Year of Registration ▼ 1989

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Information added and updated to reflect current industry practice

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords b ☐ Copies Only c ☐ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc.
Account Number ▼ DA019739

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Robert A. Parsons, ASHRAE 1791 Tullie Circle NE, Atlanta, GA 30329

Area Code and Telephone Number ▶ (404) 636-8400

Be sure to give your daytime phone ◀ number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ASHRAE, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert A. Parsons date ▶ 5/17/94

Handwritten signature (X) ▼ Robert A. Parsons

**11**

MAIL CERTIFICATE TO

Name ▼ Robert A. Parsons, c/o ASHRAE
Number/Street/Apartment Number ▼ 1791 Tullie Circle NE
City/State/ZIP ▼ Atlanta, GA 30329

Certificate will be mailed in window envelope

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—400,000 PRINTED ON RECYCLED PAPER ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,020

EXHIBIT
PENGAD 800-631-6989
1176
3.30.15

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante
Acting Register of Copyrights, United States of America

**Registration Number**
TX 7-299-602

**Effective date of registration:**
December 13, 2010

RECEIVED
MAR 07 2011
SPECIAL PUBS

## Title

**Title of Work:** ANSI/ASHRAE/IES Standard 90.1-2010, Energy Standard for Buildings Except Low-Rise Residential Buildings (IP)

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** November 23, 2010 **Nation of 1st Publication:** United States

**International Standard Number:** ISSN 1041-2336

## Author

- **Author:** American Society of Heating Refrigerating and Air-Conditioning Engineers Inc., dba ASHRAE

  **Author Created:** text, editing, Illustrations

  **Work made for hire:** Yes

  **Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Society of Heating Refrigerating and Air-Conditioning Engineers Inc., dba ASHRAE
1791 Tullie Circle, NE, Atlanta, GA, 30329-2305

## Limitation of copyright claim

**Material excluded from this claim:** text, Illustrations

**Previous registration and year:** TX 6-842-936 2008

TX 6-091449 2004

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** American Society of Heating Refrigerating and Air-Conditioning Engineers Inc.

**Name:** Steve Comstock

**Email:** scomstock@ashrae.org **Telephone:** 678-539-1102

**Address:** 1791 Tullie Circle, NE

Atlanta, GA 30329-2305

## Certification

**Name:** Michshell Phillips

**Date:** December 9, 2010

**Applicant's Tracking Number:** 0201796533357958

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

RECEIVED
JUN 18 2008
SPECIAL PUBS

**Registration Number:**

TX 6-842-936

**Effective date of registration:**

February 29, 2008

## Title

**Title of Work:** ANSI/ASHRAE/IESNA Standard 90.1-2007, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P)

**Previous or Alternative Title:** ANSI/ASHRAE/IESNA Standard 90.1-2004, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P)

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 9, 2008 **Nation of 1st Publication:** United States

## Author

- **Author:** American Society of Heating, Refrigerating & Air-Conditioning Engrs

**Author Created:** Text and illustrations.

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** American Society of Heating, Refrigerating & Air-Conditioning Engrs

1791 Tullie Circle, NE, Atlanta, GA, 30329-2305

## Limitation of copyright claim

**Material excluded from this claim:** Derivative work, previously published material.

**Previously registered:** Yes

**Previous registration and year:** TX 6-091-449 2004

**Basis of current registration:** This is a changed version of the work.

**New material included in claim:** Editorial revisions and additional material.

## Certification

**Name:** Christina Helms

**Date:** February 19, 2008

---

Page 2 of 2

ASHRAE0001595

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE
TX 6-091-449

EFFECTIVE DATE OF REGISTRATION

Dec. 30 2004

Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
ANSI/ASHRAE/IESNA Standard 90 1-2004, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P Edition)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
ANSI/ASHRAE/IESNA Standard 90 1-2001, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P Edition)

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

## 2

**a NAME OF AUTHOR ▼**
American Society of Heating, Refrigerating & Air-Conditioning Engrs

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☑ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶ U.S.A

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Provide minimum requirements for energy-efficient design of bldgs except low-rise residential bldgs

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ / Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 2004 ◀ Year — This information must be given in all cases

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December Day ▶ 21 Year ▶ 2004
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Society of Heating, Refrigerating & Air-Conditioning Engrs
1791 Tullie Circle, NE
Atlanta, GA 30329-2305

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

DO NOT WRITE HERE — OFFICE USE ONLY
APPLICATION RECEIVED DEC 30 2004
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED DEC 30 2004
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page • See detailed instructions • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

RECEIVED
FEB 2 5 2005
SPECIAL PUBS

EXAMINED BY HM

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM TX

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form
b ☐ This is the first application submitted by this author as copyright claimant
c ☑ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give Previous Registration Number ▶ TX 5-662-106 Year of Registration ▶ 2001

**6**

**DERIVATIVE WORK OR COMPILATION**
a Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Derivative Work Previously published material

See instructions before completing this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Editorial revisions and additional material

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
a Name ▼ ASHRAE Account Number ▼ DA 019739

b **CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

ASHRAE, ATTN Mildred Geshwiler
1791 Tullie Circle, NE
Atlanta, GA 30329-2305

Area code and daytime telephone number ▶ (678) 539-1154 Fax number ▶ (678) 539-2191
Email ▶ mgeshwiler@ashrae org

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ASHRAE
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
Mildred Geshwiler Date ▶ December 28, 2004

Handwritten signature (X) ▼
X [signature]

**9**

Certificate will be mailed in window envelope to this address

Name ▼ ASHRAE, ATTN MILDRED GESHWILER
Number/Street/Apt ▼ 1791 TULLIE CIRCLE, NE
City/State/ZIP ▼ ATLANTA, GA 30329-2305

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

Library of Congress
Copyright Office TX
101 Independence Avenue S E
Washington D C 20559-6222

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2 500

Rev July 2003—xxx Web Rev July 2003 Printed on recycled paper U S Government Printing Office 2000-461-113/20 021

# EXHIBIT 17

EXHIBIT 33
Ashley Soevyn, CSR No 12019
Date 2/26/15
Witness:
MALAMUD

From: Carl Malamud
Sent: Tue 6/30/2009 5:22 PM (GMT -7)
To: Deborah Hunt
Cc:
Bcc:
Subject: Re: special libraries

Thanks so much for this tip ... I am actually in Missouri as we speak, but won't be heading through Kansas City until Friday, and they are unfortunately closed for the holidays. But, I will definitely give them a ring.

The Illinois State Library and the Linda Hall Library appear to be the only two in the U.S. with a decent collection of these technical standards from organizations such as ANSI, ASTM, and UL. While many of these standards have a strong copyright interest, there is a subset of these that have been incorporated by reference into the Code of Federal Regulations. Since those standards have become law of the land, and since the courts have ruled that those standards that have been incorporated as law are not subject to copyright, I'm trying to figure out how to make these standards more broadly available for the public to read.

Thanks again for the tip. Perhaps we could do a phone call or I could stop by the Exploratorium to meet you and explain what we're trying to do? I'm based in Sebastopol, about an hour north of you and get to the city frequently.

Best regards,

Carl

On Jun 30, 2009, at 3:56 PM, Deborah Hunt wrote:

> Hi, Carl.
> I've been back over 10 days and this got buried.
> What kind of tech standards are you after?
> The Linda Hall Library has a fabulous collection:
> http://www.lindahall.org/collections/engineering/specs.shtml
>
> Deb
>
> On Wed, Jun 10, 2009 at 7:41 PM, Deborah Hunt
> <dhunt@exploratorium.edu> wrote:
> Hi, Carl.
> I'm in DC on vacation and then at the SLA Annual Conference and not
> back at work till 6/22.
> If you can wait till then, we can talk.
>
> have you tried worldcat.org to look for your standards or
> firstgov.gov?
> Deb

>
> On Wed, Jun 10, 2009 at 4:46 PM, Carl Malamud <carl@media.org> wrote:
> Hi -
>
> I run a small nonprofit called Public.Resource.Org that tries to put
> more government information on-line. We've had a big impact on
> putting more judicial information on the Internet, but also do
> video, and a variety of other documents such as IRS nonprofit tax
> returns.
>
> I'm looking for a special library that might have a particular set
> of docs (technical standards) and I was wondering if perhaps you
> might have a few minutes for a phone call to point me in the right
> direction? I must confess, I found your name by scanning the SLA
> board page. My father spent 6 months at the Exploratorium as
> assistant director working with Oppenheimer and then went off and
> started a science museum called SciTech. So, Exploratorium rang a
> bell. :)
>
> Let me know if you might have a few minutes.
>
> Best regards,
>
> Carl Malamud
> Public.Resource.Org
>
>
>
> --
> ______________________
> Deborah Hunt
> Manager, Learning Commons
> Exploratorium
> 3601 Lyon Street
> San Francisco, CA 94123
> Voice: 415-353-0485
> Fax: 415-561-0370
> mailto:dhunt@exploratorium.edu
>
> "There is no such thing as a self-made (wo)man. We are made up of
> thousands of others. Everyone who has ever done a kind deed for us, or
> spoken one word of encouragement to us, has entered into the makeup of
> our character and our thoughts, as well as our success."
> George Matthew Adams
>
>
>
> --
> ______________________
> Deborah Hunt
> Manager, Learning Commons
> Exploratorium

> 3601 Lyon Street
> San Francisco, CA 94123
> Voice: 415-353-0485
> Fax: 415-561-0370
> mailto:dhunt@exploratorium.edu
>
> "There is no such thing as a self-made (wo)man. We are made up of
> thousands of others. Everyone who has ever done a kind deed for us, or
> spoken one word of encouragement to us, has entered into the makeup of
> our character and our thoughts, as well as our success."
> George Matthew Adams

# EXHIBIT 18

EXHIBIT 38
Ashley Sco
Date 2/26/15
Witness MALAMUD

Table of Codes ↑

# Public Safety Standards
# United States (Federal Government)

In order to promote public education and public safety, equal justice for all, a better informed citizenry, the rule of law, world trade and world peace, this legal document is hereby made available on a noncommercial basis, as it is the right of all humans to know and speak the laws that govern them. (See also State and Local codes.)

| STANDARD | YEAR | ORGANIZATION | TITLE | CFR AUTHORITY |
|---|---|---|---|---|
| 3M 0222 | 1995 | 3M Corporation | Organochlorine Pesticides and PCBs in Wastewater Using Empore Disk | 40 CFR 136.3(a) Table ID |
| AA CONSTRUCT | 1971 | Aluminum Association | Aluminum Construction Manual | 24 CFR 200, Subpart S |
| AA | 1967 | Aluminum Association | Aluminum Construction Manual | 24 CFR 200, Subpart S |
| AA DATA | 1982 | Aluminum Association | Aluminum Standards and Data, Seventh Edition | 49 CFR 178.65(b)(2) |
| AAMA 101-IS2 | 1997 | American Architectural Manufacturers Association | Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors | 10 CFR 434.402.2.2.4 |
| AAMA 605 | 1998 | American Architectural Manufacturers Association | Voluntary Specification, Performance Requirements and Test Procedures for High Performance Organic Coatings on Aluminum Extrusions and Panels | 40 CFR 59.401 |
| AAMA 1002.10 | 1993 | American Architectural Manufacturers Association | Aluminum Insulating Products for Windows and Sliding Glass Doors | 24 CFR 200.938 |
| AAMA 1102.7 | 1989 | American Architectural Manufacturers Association | Voluntary Specifications for Aluminum Storm Doors | 10 CFR 440 Appendix A |
| AAMA 1503.1 | 1988 | American Architectural Manufacturers Association | Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sections | 24 CFR 3280.508(e) |
| AAMA 1702.2 | 1995 | American Architectural | Swinging Exterior | 24 CFR 3280.405(e)(2) |

| | | | | |
|---|---|---|---|---|
| | | Manufacturers Association | Passage Doors Voluntary Standard for Utilization in Manufactured-Housing | |
| AAMA 1704 | 1985 | American Architectural Manufacturers Association | Voluntary Standard Egress Window Systems for Utilization in Manufactured-Housing | 24 CFR 3280.404(b) |
| AAMD | 1973 | American Association on Mental Deficiency | Classification in Mental Retardation | 42 CFR 483.102(b)(3)(i) |
| AAMVA CDLIS.2.0 | 1998 | American Association of Motor Vehicle Administrators | Commercial Driver License Information System (CDLIS) State Procedures | 49 CFR 384.231(d) |
| AASHTO | 1973 | American Association of State Highway and Transportation Officials | Standard Specifications for Highway Bridges | 24 CFR 200, Subpart S |
| AASHTO | 2001 | American Association of State Highway and Transportation Officials | A Policy on Geometric Design of Highways and Streets | 23 CFR 625.4 |
| AASHTO | 2005 | American Association of State Highway and Transportation Officials | A Guide for Accommodating Utilities Within Highway Right-of-Way | 23 CFR 645.211 |
| AATCC 118 | 1997 | American Association of Textile Chemists and Colorists | Oil Repellency: Hydrocarbon Resistance Test | 10 CFR 430 Subpart B, App. J1, 2.6.4.5.1 |
| AATCC 124 | 1996 | American Association of Textile Chemists and Colorists | Appearance of Durable Press Fabrics After Repeated Home Laundering | 16 CFR 1615.32(a)(1) |
| ABYC A-01 | 1993 | American Boat and Yacht Council | Marine Liquified Petroleum Gas Systems | 46 CFR 184.240(a) |
| ABYC A-07 | 1973 | American Boat and Yacht Council | Boat Heating Systems | 46 CFR 184.200 |
| ABYC A-16 | 1997 | American Boat and Yacht Council | Electric Navigation Lights | 46 CFR 25.10-3(a)(2) |
| ABYC A-22 | 1993 | American Boat and Yacht Council | Marine Compressed Natural Gas Systems | 46 CFR 184.240(b) |
| ABYC E-01 | 1973 | American Boat and Yacht Council | Bonding of Direct Current Systems | 46 CFR 28.345(b) |
| ABYC E-09 | 1990 | American Boat and Yacht Council | Direct Current (DC) Electrical Systems on Boats | 46 CFR 183.340(b)(4) |
| ABYC H-02 | 1989 | American Boat and Yacht Council | Ventilation of Boats Using Gasoline | 46 CFR 28.340(c) |
| ABYC H-22 | 1986 | American Boat and | DC Electric Bilge | 46 CFR 182.500(b) |

| | | | | |
|---|---|---|---|---|
| | | Yacht Council | Pumps Operating Under 50 Volts | |
| ABYC H-24 | 1993 | American Boat and Yacht Council | Gasoline Fuel Systems | 46 CFR 182.455(c) |
| ABYC H-25 | 1994 | American Boat and Yacht Council | Portable Gasoline Fuel Systems for Flammable Liquids | 46 CFR 182.130 |
| ABYC H-32 | 1987 | American Boat and Yacht Council | Ventilation of Boats Using Diesel Fuel | 46 CFR 182.470(c) |
| ABYC H-33 | 1989 | American Boat and Yacht Council | Diesel Fuel Systems | 46 CFR 182.130 |
| ABYC P-01 | 1993 | American Boat and Yacht Council | Safe Installation of Exhaust Systems for Propulsion and Auxiliary Engines | 46 CFR 182.130 |
| ABYC P-04 | 1989 | American Boat and Yacht Council | Marine Inboard Engines | 46 CFR 182.420(b) |
| ACGIH | 1987 | American Conference of Governmental Industrial Hygienists | Guidelines for the Selection of Chemical Protective Clothing, Third Edition | 46 CFR 153.933(a) |
| ACGIH | 1998 | American Conference of Governmental Industrial Hygienists | Industrial Ventilation Manual | 40 CFR 63.2984(e) |
| ACI 318 | 1995 | American Concrete Institute | Building Code Requirements for Reinforced Concrete | 30 CFR 250.901(d)(1) |
| ACI | 1980 | American Concrete Institute | Manual of Concrete Practice, Part 1 | 24 CFR 200, Subpart S |
| ACRI 210-240 | 2003 | Air Conditioning and Refrigeration Institute | Unitary Air-Conditioning and Air-Source Heat Pump Equipment | 10 CFR 431.96 |
| ACRI 310/380 | 2004 | Air-Conditioning, Heating and Refrigeration Institute | Packaged Terminal Air-Conditioners and Heat Pumps | 10 CFR 431.96, Table 1 |
| ACRI 320 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Water Source Heat Pumps | 10 CFR 434.403 |
| ACRI 325 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Ground Water-Source Heat Pumps | 10 CFR 434.403 |
| ACRI 330 | 1998 | Air-Conditioning, Heating, and Refrigeration Institute | Ground-Source Closed-Loop Heat Pumps | 10 CFR 434.403 |
| ACRI 340-360 | 2004 | Air Conditioning and Refrigeration Institute | Commercial and Industrial Unitary Air-Conditioning and Heat Pump Equipment | 10 CFR 434.403 |

| | | | | |
|---|---|---|---|---|
| ACRI 365 | 1994 | Air Conditioning and Refrigeration Institute | Commercial and Industrial Unitary Air-Conditioning Condensing Units | 10 CFR 434.403 |
| ACRI 1200 | 2006 | Air Conditioning and Refrigeration Institute | Performance Rating of Commercial Refrigerated Display Merchandisers and Storage Cabinets | 10 CFR 431.66(a)(3) |
| AERA | 1999 | American Educational Research Association | Standard for Educational and Psychological Testing | 34 CFR 668.148(a)(2)(iv) |
| AFPA | 2001 | American Forest and Paper Association | National Design Specification for Wood Construction With Supplemental Design Values for Wood Construction | 24 CFR 3280.304(b)(1) |
| AGA 3.1 | 1990 | American Gas Association | Orifice Metering of Natural Gas and Other Related Hydrocarbon Fluids: Part 1 | 40 CFR 75, Appendix D |
| AGA | 2001 | American Gas Association | Purging Principles and Practices | 49 CFR 193.2615 |
| AHA A135.4 | 1995 | American Hardboard Association | Basic Hardboard | 24 CFR 3280.304(b)(1) |
| AHA A135.5 | 1995 | American Hardboard Association | Prefinished Hardboard Paneling | 24 CFR 3280.304(b)(1) |
| AHA A135.6 | 1998 | American Hardboard Association | Hardboard Siding | 24 CFR 3280.304(b)(1) |
| AHAM DW-1 | 1992 | Association of Home Appliance Manufacturers | Household Electric Dishwashers | 10 CFR 430 Subpart B |
| AHAM HLD-1 | 1974 | Association of Home Appliance Manufacturers | Performance Evaluation Procedure for Household Tumble Type Clothes Dryers | 10 CFR 430 Subpart B |
| AHAM HRF-1 | 1979 | Association of Home Appliance Manufacturers | Household Refrigerators, Combination Refrigerator-Freezers, and Household Freezers | 10 CFR 430 Subpart B |
| AHPA | 1992 | American Herbal Products Association | Herbs of Commerce | 21 CFR 101.4(h) |
| AI MSI-1 | 1970 | Asphalt Institute | Thickness Design--Full Depth Asphalt Pavement Structures for Highways and Streets | 24 CFR 200, Subpart S |

| | | | | |
|---|---|---|---|---|
| AIHA | 1994 | American Industrial Hygiene Association | Laboratory Ventilation Workbook | 42 CFR 52b.12(c)(10) |
| AIMM MS41 | 1996 | Association for Information and Image Management | Dimensions of Unitized Microfilm Carriers and Apertures (Aperture, Camera, Copy and Image Cards) | 36 CFR 1238.10(a)(1) |
| AIMM IT2.18 | 1996 | Association for Information and Image Management | Photography–Density Measurements–Part 3: Spectral Conditions | 36 CFR 1238.14(d)(2) |
| AIMM/PIMA IT9.2 | 1998 | Association for Information and Image Management | Photographic Processed Films, Plates, and Papers–Filing Enclosures and Storage Containers | 36 CFR 1238.10(a)(1) |
| AIMM/PIMA IT9.11 | 1998 | Association for Information and Image Management | Imaging Materials–Processed Safety Photographic Film–Storage | 36 CFR 1234.14(b)(1) |
| AIMM IT9.23 | 1996 | Association for Information and Image Management | Imaging Materials–Polyester Based Magnetic Tape–Storage | 36 CFR 1234.14(b)(2) |
| AIMM/PIMA IT9.25 | 1998 | Association for Information and Image Management | Imaging Materials–Optical Disc Media–Storage | 36 CFR 1234.14(b)(3) |
| AIMM MS1 | 1996 | Association for Information and Image Management | Recommended Practice for Alphanumeric Computer-Output Microforms--Operational Practices for Inspection and Quality Control | 36 CFR 1238.14(c) |
| AIMM MS5 | 1992 | Association for Information and Image Management | Microfiche | 36 CFR 1238.10(b) |
| AIMM MS14 | 1996 | Association for Information and Image Management | Specifications for 16mm and 35mm Roll Microfilm | 36 CFR 1238.10(a)(1) |
| AIMM MS19 | 1993 | Association for Information and Image Management | Standard Recommended Practice–Identification of Microforms | 36 CFR 1238.12(c) |
| AIMM MS23 | 1998 | Association for Information and Image Management | Standard Recommended Practice–Production, Inspection, and Quality Assurance of First-Generation, Silver Microforms of Documents | 36 CFR 1238.14(d)(2) |

| | | | | |
|---|---|---|---|---|
| AIMM MS32 | 1996 | Association for Information and Image Management | Microrecording of Engineering Source Documents on 35 mm Microfilm | 36 CFR 1238.10(a)(1) |
| AIMM MS43 | 1998 | Association for Information and Image Management | Standard Recommended Practice–Operational Procedures–Inspection and Quality Control of Microfilms and Documents | 36 CFR 1238.14(d)(1)(i) |
| AIMM MS45 | 1990 | Association for Information and Image Management | Recommended Practice for Inspection of Stored Silver-Gelatin Microforms for Evidence of Deterioration | 36 CFR 1238.22(d)(1) |
| AIMM TR34 | 1996 | Association for Information and Image Management | Sampling Procedures for Inspection by Attributes of Images in Electronic Image Management and Micrographic Systems | 36 CFR 1237.28(d)(2) |
| ALCIDE 980342EA | 1995 | Alcide Corporation | Determination of Sodium Chlorite: 50 ppm to 1500 ppm concentration | 21 CFR 173.325(g) |
| AMCA 210 | 1999 | Air Movement and Control Association | Laboratory Methods of Testing Fans for Ratings | 10 CFR 430 Subpart B, App. M |
| J-STD-102 | 2011 | Alliance for Telecommunications Industry Solutions | Joint ATIS/TIA CMAS Federal Alert Gateway to CMSP Gateway Interface Text Specification | Warning, Alert and Response Network (WARN) Act of 2006 |
| TELCO FAQ | 1891 | American Telephone and Telegraph | Practical Information for Telephonists | |
| ANSI A10.3 | 1970 | American National Standards Institute | Safety Requirements for Powder Actuated Fastening Systems | 29 CFR 1926 |
| ANSI A10.4 (pdf) ANSI A10.4 (html) | 1963 | American National Standards Institute | Safety Requirements for Workmens Hoists | 29 CFR 1926 |
| ANSI A10.5 (pdf) ANSI A10.5 (html) | 1969 | American National Standards Institute | Safety Requirements for Material Joists | 29 CFR 1926 |
| ANSI A14.1 (pdf) ANSI A14.1 (html) ANSI A14.1 (svg) | 1990 | American National Standards Institute | Ladders–Wood–Safety Requirements | 29 CFR 1917 |

| | | | | |
|---|---|---|---|---|
| ANSI A14.2 (pdf) ANSI A14.2 (html) ANSI A14.2 (svg) | 1990 | American National Standards Institute | Ladders–Portable Metal–Safety | 29 CFR 1917 |
| ANSI A92.2 (pdf) ANSI A92.2 (html) | 1969 | American National Standards Institute | Vehicle Mounted Elevating and Rotating Work Platforms | 29 CFR 453 |
| ANSI B7.1 (pdf) ANSI B7.1 (html) | 1970 | American National Standards Institute | Safety Code for the Use, Care, and Protection of Abrasive Wheels | 29 CFR 1926 |
| ANSI B20.1 (pdf) ANSI B20.1 (html) ANSI B20.1 (svg) | 1957 | American National Standards Institute | Safety Code for Conveyors, Cableways, and Related Equipment | 29 CFR 1926 |
| ANSI B30.6 (pdf) ANSI B30.6 (html) ANSI B30.6 (svg) | 1969 | American National Standards Institute | Safety Code for Derricks | 29 CFR 1926 |
| ANSI B36.19 | 1979 | American National Standards Institute | Welded and Seamless Wrought Steel Pipe | 24 CFR 3280.705(b)(1) |
| ANSI B56.1 (pdf) ANSI B56.1 (html) ANSI B56.1 (svg) | 1969 | American National Standards Institute | Safety Standard for Powered Industrial Trucks | 29 CFR 1926 |
| ANSI N14.1 | 2001 | American National Standards Institute | Packaging of Uranium Hexafluoride for Transport | 49 CFR 173.420(a)(1) |
| ANSI O1.1 (pdf) ANSI O1.1 (html) | 1961 | American National Standards Institute | Safety Code for Woodworking Machinery | 29 CFR 1926 |
| ANSI S1.4 | 1983 | American National Standards Institute | Specifications for Sound Level Meters | 7 CFR 1755.522(s)(3)(v) |
| ANSI S1.11 | 2004 | American National Standards Institute | Specification for Octave, Half-Octave, and Third Octave Band Filter Sets | 49 CFR 227 |
| ANSI S1.25 | 1991 | American National Standards Institute | Specification for Personal Noise Dosimeters | 49 CFR 227.103(c)(2)(iii) |
| ANSI S1.40 | 1984 | American National Standards Institute | Specification for Acoustical Calibrators | 49 CFR 229, Appendix I |
| ANSI S1.43 | 1997 | American National Standards Institute | Specifications for Integrating-Averaging Sound Level Meters | 49 CFR 227.103(c)(2)(ii) |
| ANSI S3.22 (pdf) ANSI S3.22 (html) | 2003 | American National Standards Institute | Specification of Hearing Aid Characteristics | 21 CFR 801 |
| ANSI Z35.1 (pdf) | 1968 | American National | Specifications for | 29 CFR 1926 |

| | | | | |
|---|---|---|---|---|
| ANSI Z35.1 (html)<br>ANSI Z35.1 (svg) | | Standards Institute | Accident Prevention Signs | |
| ANSI Z35.2 (pdf)<br>ANSI Z35.2 (html)<br>ANSI Z35.2 (svg) | 1968 | American National Standards Institute | Specifications for Accident Prevention Tags | 29 CFR 1926 |
| ANSI Z49.1 (pdf)<br>ANSI Z49.1 (html) | 1967 | American National Standards Institute | Safety in Welding and Cutting | 29 CFR 1926 |
| ANSI Z87.1 (pdf)<br>ANSI Z87.1 (html)<br>ANSI Z87.1 (svg) | 2003 | American National Standards Institute | Practice for Occupational and Educational Eye and Face Protection | 29 CFR 1910 |
| ANSI Z88.2 (pdf)<br>ANSI Z88.2 (html)<br>ANSI Z88.2 (svg) | 1992 | American National Standards Institute | American National Standard for Respiratory Protection | 30 CFR 250 |
| ANSI Z89.1 (pdf)<br>ANSI Z89.1 (html) | 1969 | American National Standards Institute | Safety Requirements for Industrial Head Protection | 29 CFR 1926 |
| ANSI Z89.2 (pdf)<br>ANSI Z89.2 (html) | 1971 | American National Standards Institute | Industrial Protective Helmets for Electrical Workers | 29 CFR 1926 |
| ANSI Z90.4 (pdf)<br>ANSI Z90.4 (html) | 1984 | American National Standards Institute | Protective Headgear for Bicyclists | 16 CFR 1203 |
| ANSI Z245.1 (pdf)<br>ANSI Z245.1 (html)<br>ANSI Z245.1 (svg) | 1992 | American National Standards Institute | Mobile Refuse Collection and Compaction--Safety Requirements | 40 CFR 243 |
| ANSI Z245.2 (pdf)<br>ANSI Z245.2 (html) | 1997 | American National Standards Institute | Stationary Compactors--Safety Requirements | 40 CFR 243 |
| AOAC | 1990 | AOAC International | Official Methods of Analysis (Volume 1) | 9 CFR 318.19(b) |
| AOAC | 1980 | AOAC International | Official Methods of Analysis, 1980 | 21 CFR 131.150(c) |
| APA 87-1 | 2001 | American Pyrotechnics Association | Standard for Construction and Approval for Transportation of Fireworks and Novelties | 49 CFR 173.56(j)(1) |
| APHA Method 2120 (pdf)<br>APHA Method 2120 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 2130 (pdf)<br>APHA Method 2130 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method | 1992 | American Public Health | Standard Methods for | 40 CFR 136.3(a) |

| | | | | |
|---|---|---|---|---|
| 2320 (pdf) APHA Method 2320 (html) | | Association | the Examination of Water and Wastewater | |
| APHA Method 2510 (pdf) APHA Method 2510 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 2550 (pdf) APHA Method 2550 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 2580 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 3111 (pdf) APHA Method 3111 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3112 (pdf) APHA Method 3112 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3113 (pdf) APHA Method 3113 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3114 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3120 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-AS | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-CA (pdf) APHA Method 3500-CA (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 3500-CD (pdf) APHA Method 3500-CD (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-CR | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 63.404(a) |
| APHA Method 3500-CU | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method | 1992 | American Public Health | Standard Methods for | 40 CFR 136.3(a) |

| | | | | |
|---|---|---|---|---|
| 3500-MG (pdf) APHA Method 3500-MG (html) | | Association | the Examination of Water and Wastewater | |
| APHA Method 3500-PB (pdf) APHA Method 3500-PB (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 3500-ZN (pdf) APHA Method 3500-ZN (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4110 (pdf) APHA Method 4110 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-ClO2 (pdf) APHA Method 4500-ClO2 (html) | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 21 CFR 165.110(b)(4)(iii)(I)(7)(ii) |
| APHA Method 4500-CL | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 21 CFR 165.110(b)(4) |
| APHA Method 4500-CN | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-F | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-H | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 444.12 |
| APHA Method 4500-NO2 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-NO3 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-O3 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-P | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-S2 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 4500-SI | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |

| | | | | |
|---|---|---|---|---|
| APHA Method 4500-SO42 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 5540 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 6651 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 9215 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 141.121 |
| APHA Method 9221 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 9222 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| APHA Method 9223 | 1992 | American Public Health Association | Standard Methods for the Examination of Water and Wastewater | 40 CFR 136.3(a) |
| API 2INT-MET | 2007 | American Petroleum Institute | Interim Guidance on Hurricane Conditions in the Gulf of Mexico | 30 CFR 250.901(a)(6) |
| API 5L | 2004 | American Petroleum Institute | Specification for Line Pipe | 49 CFR 192.113 |
| API 5L1 | 2002 | American Petroleum Institute | Recommended Practice for Railroad Transportation of Line Pipe | 49 CFR 192.65(a) |
| API 6A | 2004 | American Petroleum Institute | Specification for Wellhead and Christmas Tree Equipment | 30 CFR 250.806(a)(3) |
| API 6D | 2008 | American Petroleum Institute | Specification for Pipeline Valves | 49 CFR 195.116(d) |
| API 12F | 1994 | American Petroleum Institute | Specification for Shop Welded Tanks for Storage of Production Liquids | 49 CFR 195.264(b)(1) |
| API RP 14C | 2001 | American Petroleum Institute | Recommended Practice for Analysis, Design, Installation, and Testing of Basic Surface Safety Systems for Offshore Production Platforms | 30 CFR 250.1628(c) |
| API RP 14F | 2008 | American Petroleum Institute | Recommended Practice for Design and Installation of Electrical | 30 CFR 250.114(c) |

| | | | | |
|---|---|---|---|---|
| | | | Systems for Offshore Production Platforms | |
| API 17J | 2008 | American Petroleum Institute | Specification for Unbonded Flexible Pipe | 30 CFR 250.1002(b)(4) |
| API 80 | 2000 | American Petroleum Institute | Guidelines for the Definition of Onshore Gas Gathering Lines | 49 CFR 192.8(a) |
| API 510 | 2006 | American Petroleum Institute | Pressure Vessel Inspection Code | 30 CFR 250.803(b)(1) |
| API 620 | 2002 | American Petroleum Institute | Design and Construction of Large Welded Low Pressure Storage Tanks | 49 CFR 195.264(e)(3) |
| API 650 | 2007 | American Petroleum Institute | Welded Steel Tanks for Oil Storage | 195.132(b)(3) |
| API 651 | 1997 | American Petroleum Institute | Cathodic Protection of Aboveground Petroleum Storage Tanks | 49 CFR 195.565 |
| API 652 | 1997 | American Petroleum Institute | Lining of Aboveground Petroleum Storage Tank Bottoms | 49 CFR 195.579(d) |
| API 653 | 2003 | American Petroleum Institute | Tank Inspection, Repair, Alteration, and Reconstruction | 49 CFR 195.432(b) |
| API 1104 | 1999 | American Petroleum Institute | Standard for Welding Pipelines and Related Facilities | 49 CFR 195.214(a) |
| API 1130 | 2002 | American Petroleum Institute | Computational Pipeline Monitoring | 49 CFR 195.444 |
| API 1162 | 2003 | American Petroleum Institute | Public Awareness Programs for Pipeline Operators | 49 CFR 192.616(a) |
| API 2000 | 1998 | American Petroleum Institute | Venting Atmospheric and Low-Pressure Storage Tanks | 49 CFR 195.264(e)(2) |
| API 2003 | 1998 | American Petroleum Institute | Protection Against Ignitions Arising Out of Static, Lightning, and Stray Currents | 49 CFR 195.405(a) |
| API 2350 | 2005 | American Petroleum Institute | Overfill Protection for Storage Tanks in Petroleum Facilities | 49 CFR 195.428(c) |
| API 2510 | 2001 | American Petroleum Institute | Design and Construction of LPG Installations | 49 CFR 195.205(b)(3) |
| API RP 14G | 2007 | American Petroleum | Recommended | 30 CFR 250.803(b)(9)(v) |

| | | | | |
|---|---|---|---|---|
| | | Institute | Practice for Fire Prevention and Control on Open Type Offshore Production Platforms | |
| APLIC | 1996 | Avian Power Line Interaction Committee | Suggested Practices for Raptor Protection on Power Lines: The State of the Art in 1996 | 7 CFR 1724.52(a)(1)(i) |
| APSP 16 | 2011 | Association of Pool and Spa Professionals | Standard Suction Fittings for Use in Swimming Pools, Wading Pools, Spas, and Hot Tubs | 16 CFR 1450.3 |
| ARMA | 1984 | Asphalt Roofing Manufacturers Association | Residential Asphalt Roofing Manual | 24 CFR 200, Subpart S |
| ASHRAE 15 | 1994 | American Society of Heating, Refrigerating and Air Conditioning Engineers | Safety Code for Mechanical Refrigeration | 49 CFR 173.306(e)(1)(i) |
| ASHRAE | 1993 | American Society of Heating, Refrigerating and Air Conditioning Engineers | Fundamentals | 10 CFR 434.402.2.2.5(a) |
| ASME B16.9 | 2003 | American Society of Mechnical Engineers | Factory Made Wrought Steel Buttwelding Fittings | 49 CFR 195.118(a) |
| ASME B30.2 (pdf) ASME B30.2 (html) ASME B30.2 (svg) | 2005 | American Society of Mechanical Engineers | Safety Requirements for Overhead and Gantry Cranes | 29 CFR 1926 |
| ASME B30.5 (pdf) ASME B30.5 (html) | 2004 | American Society of Mechanical Engineers | Safety Requirements for Mobile and Locomotive Cranes | 29 CFR 1926 |
| ASME B30.7 (pdf) ASME B30.7 (html) | 2001 | American Society of Mechanical Engineers | Safety Requirements for Base-Mounted Drum Hoists | 29 CFR 1926 |
| ASME B30.14 (pdf) ASME B30.14 (html) ASME B30.14 (svg) | 2004 | American Society of Mechanical Engineers | Safety Requirements for Side Boom Tractors | 29 CFR 1926 |
| ASME B31.4 | 2002 | American Society of Mechnical Engineers | Pipeline Transportation Systems for Liquid Hydrocarbons and Other Liquids | 49 CFR 195.110(a) |

| | | | | |
|---|---|---|---|---|
| ASME B31.8 | 2003 | American Society of Mechnical Engineers | Gas Transmission and Distribution Piping Systems | 49 CFR 192.619(a)(1)(i) |
| ASME B318S | 2004 | American Society of Mechanical Engineers | Managing System Integrity of Gas Pipelines | 49 CFR 192.903(c) |
| ASME B31G | 1991 | American Society of Mechanical Engineers | Manual for Determining the Remaining Strength of Corroded Pipelines | 49 CFR 192.485(c) |
| ASME UPV | 1943 | American Society of Mechanical Engineers | Code for Unfired Pressure Vessels | 49 CFR 173.32(c)(4) |
| ASQC Q9001 | 1994 | American Society for Quality Control | Quality Assurance in Design, Development, Production, Installation, and Servicing | 33 CFR 96.430(a)(2)(ii) |
| ASQC Q9002 | 1994 | American Society for Quality Control | Quality Systems – Model for Quality Assurance in Production, Installation, and Servicing | 24 CFR 200.935(d)(4)(ii)(A)(3) |
| ASQC Q9003 | 1994 | American Society for Quality Control | Quality Systems - Model for Quality Assurance in Final Inspection and Test | 24 CFR 200.935(d)(4)(ii)(A)(4) |
| ASQC Q9004-1 | 1994 | American Society for Quality Control | Quality Management and Quality Systems Elements-Guidelines | 24 CFR 200.935(d)(4)(ii)(A)(5) |
| ASSE 1001 | 1990 | American Society of Sanitary Engineering | Performance Requirements for Pipe Applied Atmospheric Type Vacuum Breakers | 24 CFR 3280.604(b)(2) |
| ASSE 1006 (pdf) ASSE 1006 (html) | 1986 | American Society of Sanitary Engineering | Plumbing Requirements for Residential Use (Household) Dishwashers | 24 CFR 3280.604(b)(2) |
| ASSE 1007 (pdf) ASSE 1007 (html) | 1986 | American Society of Sanitary Engineering | Performance Requirements for Home Laundry Equipment | 24 CFR 3280.604(b)(2) |
| ASSE 1008 (pdf) ASSE 1008 (html) | 1986 | American Society of Sanitary Engineering | Performance Requirements for Household Food Waste Disposer Units | 24 CFR 3280.604(b)(2) |
| ASSE 1016 | 1988 | American Society of Sanitary Engineering | Performance Requirements for Individual Thermostatic | 24 CFR 3280.604(b)(2) |

| | | | | |
|---|---|---|---|---|
| | | | Pressure Balancing and Combination Control for Bathing Facilities | |
| ASSE 1023 (pdf) ASSE 1023 (html) | 1979 | American Society of Sanitary Engineering | Hot Water Dispensers, Household Storage Type, Electrical | 24 CFR 3280.604(b)(2) |
| ASSE 1025 | 1978 | American Society of Sanitary Engineering | Diverters for Plumbing Faucets with Hose Spray, Anti-Siphon Type, Residential Applications | 24 CFR 3280.604(b)(2) |
| ASSE 1037 (pdf) ASSE 1037 (html) | 1990 | American Society of Sanitary Engineering | Performance Requirements for Pressurized Flushing Devices (Flushometers) for Plumbing Fixtures | 24 CFR 3280.604(b)(2) |
| ASCE 7 | 2002 | American Society of Civil Engineers | Minimum Design Loads for Buildings and Other Structures | 49 CFR 193.2013 |
| ASTM A36 | 1977 | American Society for Testing and Materials | Standard Specification for Carbon Structural Steel | 24 CFR Part 200 |
| ASTM A36 | 1997 | American Society for Testing and Materials | Standard Specification for Carbon Structural Steel | 46 CFR 160.035-3(b)(2) |
| ASTM A47 | 1968 | American Society for Testing and Materials | Standard Specification for Malleable Iron Castings | 29 CFR 1910.111(b)(7)(vi) |
| ASTM A82 | 1979 | American Society for Testing and Materials | Cold-Drawn Steel Wire for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A100 | 1969 | American Society for Testing and Materials | Standard Specification for Ferrosilicon | 40 CFR 60.261(s) |
| ASTM A106 | 2004 | American Society for Testing and Materials | Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service | 49 CFR 192.113 |
| ASTM A134 | 1996 | American Society for Testing and Materials | Standard Specification for Pipe, Steel, Electric Fusion (Arc)-Welded (Sizes NPS 16 and Over) | 46 CFR 56.60-1(b) |
| ASTM A179 | 1990 | American Society for Testing and Materials | Standard Specification for Seamless Cold-Drawn Low-Carbon Steel Heat-Exchanger and Condenser Tubes | 46 CFR 56.60-1(b) |
| ASTM A184 | 1979 | American Society for | Standard Specification | 24 CFR 200, Subpart S |

| | | | | |
|---|---|---|---|---|
| | | Testing and Materials | for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement | |
| ASTM A185 | 1979 | American Society for Testing and Materials | Steel Wire Fabric for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A203 | 1997 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel | 46 CFR 54.05-20(b) |
| ASTM A214 | 1996 | American Society for Testing and Materials | Standard Specification for Electric-Resistance-Welded Carbon Steel Heat-Exchanger and Condenser Tubes | 46 CFR 56.60-1(b) |
| ASTM A242 | 1979 | American Society for Testing and Materials | Standard Specification for High-Strength Low-Alloy Structural Steel | 24 CFR 200, Subpart S |
| ASTM A285 | 1978 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength | 49 CFR 179.300-7(a) |
| ASTM A307 | 1978 | American Society for Testing and Materials | Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength | 46 CFR 56.25-20(b) |
| ASTM A325 | 1979 | American Society for Testing and Materials | High-Strength Bolts for Structural Steel Joists | 24 CFR 200, Subpart S |
| ASTM A333 | 1994 | American Society for Testing and Materials | Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service | 46 CFR 56.50-105 |
| ASTM A369 | 1992 | American Society for Testing and Materials | Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service | 46 CFR 56.60-1(b) |
| ASTM A370 | 1977 | American Society for Testing and Materials | Standard Test Method and Definitions for Mechanical Testing of Steel Products | 49 CFR 179.102-1(a)(1) |
| ASTM A381 | 1996 | American Society for Testing and Materials | Standard Specification for Metal-Arc-Welded Steel Pipe for Use with High-Pressure Transmission Systems | 49 CFR 192.113 |
| ASTM A391 | 1965 | American Society for Testing and Materials | Standard Specification for Alloy Steel Chain | 29 CFR 1910.184(e)(4) |
| ASTM A416 | 1974 | American Society for | Uncoated Seven-Wire | 24 CFR 200, Subpart S |

| | | | | |
|---|---|---|---|---|
| | | Testing and Materials | Stress-Relieved Strand for Prestressed Concrete | |
| ASTM A441 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Structural Manganese Vanadium Steel | 24 CFR 200, Subpart S |
| ASTM A449 | 1978 | American Society for Testing and Materials | Quenched and Tempered Steel Bolts and Studs | 24 CFR 200, Subpart S |
| ASTM A475 | 1978 | American Society for Testing and Materials | Standard Specification for Zinc-Coated Steel Wire Strand | 7 CFR 1755.370(b) |
| ASTM A483 | 1964 | American Society for Testing and Materials | Standard Specification for Silicomanganese | 40 CFR 60.261(o) |
| ASTM A490 | 1979 | American Society for Testing and Materials | Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints | 24 CFR 200, Subpart S |
| ASTM A496 | 1978 | American Society for Testing and Materials | Deformed Steel Wire for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A497 | 1979 | American Society for Testing and Materials | Welded Deformed Steel Wire, Fabric for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A500 | 1978 | American Society for Testing and Materials | Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes | 24 CFR 200, Subpart S |
| ASTM A501 | 1976 | American Society for Testing and Materials | Hot-Formed Welded and Seamless Carbon Steel Structural Tubing | 24 CFR 200, Subpart S |
| ASTM A502 | 1976 | American Society for Testing and Materials | Steel Structural Rivets | 24 CFR 200, Subpart S |
| ASTM A514 | 1977 | American Society for Testing and Materials | High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding | 24 CFR 200, Subpart S |
| ASTM A516 | 1990 | American Society for Testing and Materials | Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service | 49 CFR 178.337-2(b)(2)(i) |
| ASTM A522 | 1995 | American Society for Testing and Materials | Forged or Rolled 8 and 9% Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature | 46 CFR 56.50-105 |

| | | | | |
|---|---|---|---|---|
| | | | Service | |
| ASTM A529 | 1972 | American Society for Testing and Materials | Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness | 24 CFR 200, Subpart S |
| ASTM A529 | 1975 | American Society for Testing and Materials | Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in (12.7 mm) Maximum Thickness | 24 CFR 200, Subpart S |
| ASTM A539 | 1990 | American Society for Testing and Materials | Standard Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines | 24 CFR 3280.705(b)(4) |
| ASTM A570 | 1979 | American Society for Testing and Materials | Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality | 24 CFR 200, Subpart S |
| ASTM A572 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality | 24 CFR 200, Subpart S |
| ASTM A588 | 1979 | American Society for Testing and Materials | High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yield Point to 4 inches Thick | 24 CFR 200, Subpart S |
| ASTM A611 | 1972 | American Society for Testing and Materials | Steel, Cold-rolled Sheet, Carbon, Structural | 24 CFR 200, Subpart S |
| ASTM A615 | 1979 | American Society for Testing and Materials | Deformed and Plain Billet-Steel Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A616 | 1979 | American Society for Testing and Materials | Rail-Steel Deformed and Plain Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A617 | 1979 | American Society for Testing and Materials | Axle-Steel Deformed and Plain Bars for Concrete Reinforcement | 24 CFR 200, Subpart S |
| ASTM A618 | 1974 | American Society for Testing and Materials | Hot-Formed Welded and Seamless High-Strength Low-Alloy Structural Tubing | 24 CFR 200, Subpart S |
| ASTM A633 | 1979 | American Society for Testing and Materials | Standard Specification for Normalized High-Strength Low Alloy Structural Steel | 49 CFR 178.338-2(a) |

| | | | | |
|---|---|---|---|---|
| ASTM A671 | 2004 | American Society for Testing and Materials | Standard Specification for Electric-Fusion-Welded Steel Pipe for Atmospheric and Lower Temperatures | 49 CFR 192.113 |
| ASTM A672 | 1996 | American Society for Testing and Materials | Standard Specification for Electric-Fusion-Welded Steel Pipe for High-Pressure Service at Moderate Temperatures | 49 CFR 192.113 |
| ASTM A691 | 1998 | American Society for Testing and Materials | Standard Specification for Carbon and Alloy Steel Pipe, Electric-Fusion-Welded for High-Pressure Service at High Temperature | 49 CFR 192.113 |
| ASTM B16 | 1985 | American Society for Testing and Materials | Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines | 46 CFR 56.60-2 |
| ASTM B16 | 1992 | American Society for Testing and Materials | Standard Specification for Free-Cutting Brass Rod, Bar, and Shapes for Use in Screw Machines | 46 CFR 56.60-2 |
| ASTM B21 | 1983 | American Society for Testing and Materials | Standard Specification for Naval Brass Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B21 | 1996 | American Society for Testing and Materials | Standard Specification for Naval Brass Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B42 | 1996 | American Society for Testing and Materials | Standard Specification for Seamless Copper Pipe, Standard Sizes | 46 CFR 56.60-1(b) |
| ASTM B68 | 1995 | American Society for Testing and Materials | Standard Specification for Seamless Copper Tube, Bright Annealed | 46 CFR 56.60-1(b) |
| ASTM B75 | 1997 | American Society for Testing and Materials | Standard Specification for Seamless Copper Tube | 46 CFR 56.60-1(b) |
| ASTM B85 | 1984 | American Society for Testing and Materials | Standard Specification for Aluminum-Alloy Die Castings | 46 CFR 56.60-2 |
| ASTM B88 | 1996 | American Society for Testing and Materials | Standard Specification for Seamless Copper Water Tube | 46 CFR 56.60-1(b) |
| ASTM B96 | 1993 | American Society for Testing and Materials | Standard Specification for Copper-Silicon Alloy | 46 CFR 119.440 |

| | | | | |
|---|---|---|---|---|
| | | | Plate, Sheet, Strip, and Bolled Bar for General Purposes and Pressure Vessels | |
| ASTM B111 | 1995 | American Society for Testing and Materials | Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock | 46 CFR 56.60-1(b) |
| ASTM B117 | 1973 | American Society for Testing and Materials | Standard Practice for Operating Salt Spray (Fog) Apparatus | 49 CFR 571.209 S5.2(a) |
| ASTM B122 | 1995 | American Society for Testing and Materials | Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, Sheet, Strip and Rolled Bar | 46 CFR 119.440 |
| ASTM B124 | 1996 | American Society for Testing and Materials | Standard Specification for Copper and Copper-Alloy Forging Rod, Bar, and Shapes | 46 CFR 56.60-2 |
| ASTM B152 | 1997 | American Society for Testing and Materials | Standard Specification for Copper, Sheet, Strip, Plate, and Rolled Bar | 46 CFR 58.50-5(a)(4) |
| ASTM B193 | 1987 | American Society for Testing and Materials | Standard Test Method for Resistivity of Electrical Conductor Materials | 7 CFR 1755.390(i)(5)(v)(A) |
| ASTM B209 | 1996 | American Society for Testing and Materials | Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate | 46 CFR 58.50-5, Table 58.50-5(a) |
| ASTM B224 | 1980 | American Society for Testing and Materials | Standard Classification of Coppers | 7 CFR 1755.890(i)(5)(vi) |
| ASTM B227 | 1970 | American Society for Testing and Materials | Hard-Drawn Copper-Clad Steel Wire | 24 CFR 200, Subpart S |
| ASTM B280 | 1997 | American Society for Testing and Materials | Seamless Copper Tube for Air Conditioning and Refrigeration Field Service | 46 CFR 56.60-1(b) |
| ASTM B283 | 1996 | American Society for Testing and Materials | Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed) | 46 CFR 56.60-2 |
| ASTM B315 | 1993 | American Society for Testing and Materials | Seamless Copper Alloy Pipe Tube | 46 CFR 56.60-1(b) |
| ASTM B557 | 1984 | American Society for Testing and Materials | Tension Testing Wrought and Cast | 49 CFR 178.46(i)(3)(i) |

| | | | | |
|---|---|---|---|---|
| | | | Aluminum and Magnesium-Alloy Products | |
| ASTM B580 | 1979 | American Society for Testing and Materials | Standard Specification for Anodized Oxide Coatings on Aluminum | 49 CFR 171.7 |
| ASTM B694 | 1986 | American Society for Testing and Materials | Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding | 7 CFR 1755.390(i)(5)(v) |
| ASTM B858 | 1995 | American Society for Testing and Materials | Standard Test Method for Determination of Susceptibility to Stress Corrosion Cracking in Copper Alloys Using Ammonia Vapor Test | 46 CFR 56.60-2 |
| ASTM C4 | 1962 | American Society for Testing and Materials | Standard Specification for Clay Drain Tile and Perforated Clay Drain Tile | 24 CFR 200, Subpart S |
| ASTM C5 | 1979 | American Society for Testing and Materials | Standard Specification for Quicklime for Structural Purposes | 24 CFR 200, Subpart S |
| ASTM C32 | 1973 | American Society for Testing and Materials | Standard Specification for Sewer and Manhole Brick | 24 CFR 200, Subpart S |
| ASTM C34 | 1962 | American Society for Testing and Materials | Standard Specification for Structural Clay Load-Bearing Wall Tile | 24 CFR 200, Subpart S |
| ASTM C52 | 1954 | American Society for Testing and Materials | Specification for Gypsum Partition Tile or Block | 24 CFR 200, Subpart S |
| ASTM C56 | 1971 | American Society for Testing and Materials | Standard Specification for Structural Clay Nonloadbearing Tile | 24 CFR 200, Subpart S |
| ASTM C64 | 1972 | American Society for Testing and Materials | Specification for Fireclay Brick Refractories for Heavy Duty Stationary Boiler Service | 24 CFR 200, Subpart S |
| ASTM C90 | 1970 | American Society for Testing and Materials | Standard Specification for Hollow Load-Bearing Concrete Masonry Units | 49 CFR 223 Appendix A (b)(10)(ii) |
| ASTM C126 | 1971 | American Society for Testing and Materials | Standard Specification for Ceramic Glazed Structural Clay Facing Tile, Facing Brick, and Solid Masonry Units | 24 CFR 200, Subpart S |

| | | | | |
|---|---|---|---|---|
| ASTM C139 | 1973 | American Society for Testing and Materials | Standard Specification for Concrete Masonry Units for Construction of Catch Basins and Manholes | 24 CFR 200, Subpart S |
| ASTM C150 | 1917 | American Society for Testing and Materials | Standard Specification for Portland Cement | 49 CFR 571.108 |
| ASTM C150 | 1999 | American Society for Testing and Materials | Standard Specification for Portland Cement | 30 CFR 250.198 |
| ASTM C150 | 2007 | American Society for Testing and Materials | Standard Specification for Portland Cement | 30 CFR 250.901(d)(9) |
| ASTM C177 | 1997 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 10 CFR 431.102 |
| ASTM C177 (pdf) ASTM C177 (html) | 2004 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 16 CFR 460.5(a) |
| ASTM C236 | 1989 | American Society for Testing and Materials | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box | 10 CFR 434.402.1.2.1(a) |
| ASTM C330 | 1999 | American Society for Testing and Materials | Standard Specification for Lightweight Aggregates for Structural Concrete | 30 CFR 250.901(a)(18) |
| ASTM C476 | 1971 | American Society for Testing and Materials | Standard Specification for Grout for Masonry | 24 CFR 200, Subpart S |
| ASTM C509 | 1984 | American Society for Testing and Materials | Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material | 24 CFR 200, Subpart S |
| ASTM C516 | 1980 | American Society for Testing and Materials | Standard Specification for Vermiculite Loose Fill Thermal Insulation | 24 CFR 200, Subpart S |
| ASTM C518 | 1991 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission | 46 CFR 160.174-17(f) |

| | | | | |
|---|---|---|---|---|
| | | | Properties by Means of the Heat Flow Meter Apparatus | |
| ASTM C518 | 2004 | American Society for Testing and Materials | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | 16 CFR 460.5(a) |
| ASTM C549 | 1981 | American Society for Testing and Materials | Standard Specification for Perlite Loose Fill Insulation | 10 CFR 440 Appendix A |
| ASTM C564 | 1970 | American Society for Testing and Materials | Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings | 24 CFR 3280.611(d)(5)(iv) |
| ASTM C720 | 1989 | American Society for Testing and Materials | Spray Applied Fibrous Insulation for Elevated Temperature | 10 CFR 440 Appendix A |
| ASTM C1045 | 2001 | American Society for Testing and Materials | Standard Practice for Calculating Thermal Transmission Properties from Steady-State Heat Flux Measurements | 16 CFR 460.5(a) |
| ASTM C1114 | 2000 | American Society for Testing and Materials | Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Thin-Heater Apparatus | 16 CFR 460.5(a) |
| ASTM C1149 | 2002 | American Society for Testing and Materials | Standard Specification for Self-Supported Spray Applied Cellulosic Thermal Insulation | 16 CFR 460.5(a)(4) |
| ASTM C1224 | 2003 | American Society for Testing and Materials | Standard Specification for Reflective Insulation for Building Applications | 16 CFR 460.5(c) |
| ASTM C1371 | 2004 | American Society for Testing and Materials | Standard Test Method for Determination of Emittance of Materials Near Room Temperature Using Portable Emissometers | 16 CFR 460.5(b) |
| ASTM C1374 | 2003 | American Society for Testing and Materials | Standard Test Method for Determination of | 16 CFR 460.5(a)(5) |

| | | | | |
|---|---|---|---|---|
| | | | Installed Thickness of Pneumatically Applied Loose-Fill Building Insulation | |
| ASTM D56 | 1970 | American Society for Testing and Materials | Standard Test Method for Flash Point by Tag Closed Cup Tester | 29 CFR 1910.106(a)(14)(i) |
| ASTM D86 | 2001 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D86 | 2004 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 1065.710 |
| ASTM D86 (pdf) ASTM D86 (html) | 2007 | American Society for Testing and Materials | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | 40 CFR 1065.710 |
| ASTM D88 | 1956 | American Society for Testing and Materials | Standard Test Method for Saybolt Viscosity | 29 CFR 1910.106(a)(37) |
| ASTM D93 | 2002 | American Society for Testing and Materials | Standard Test Method for Flash Point by Pensky-Martens Closed Cup Tester | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D129 | 1964 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.106(j)(2) |
| ASTM D129 | 1995 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.106(j)(2) |
| ASTM D129 (pdf) ASTM D129 (html) | 2000 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 40 CFR 60.335(b)(10)(i) |
| ASTM D257 | 1991 | American Society for Testing and Materials | Standard Test Method for DC Resistance of Conductance of Insulating Materials | 7 CFR 1755.860(e)(5) |
| ASTM D287 | 1992 | American Society for Testing and Materials | Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer Method) | 40 CFR 94.108(a)(1) Table B-5 |
| ASTM D323 | 1958 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method) | 29 CFR 1910.106(a)(30) |

| | | | | |
|---|---|---|---|---|
| ASTM D388 | 1998 | American Society for Testing and Materials | Standard Classification of Coals by Rank | 40 CFR 60.251(b) |
| ASTM D396 | 1998 | American Society for Testing and Materials | Standard Specification for Fuel Oils | 40 CFR 60.41b |
| ASTM D396 (pdf) ASTM D396 (html) | 2002 | American Society for Testing and Materials | Standard Specification for Fuel Oils | 40 CFR 63.7575 |
| ASTM D412 | 1968 | American Society for Testing and Materials | Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers-Tension | 21 CFR 801.410(d)(2) |
| ASTM D413 | 1982 | American Society for Testing and Materials | Standard Test Method for Rubber Property--Adhesion to Flexible Substrate | 46 CFR 160.055-3 Table 160-055-3(j) |
| ASTM D445 | 1965 | American Society for Testing and Materials | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids | 29 CFR 1910.106(a)(37) |
| ASTM D445 | 1972 | American Society for Testing and Materials | Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids | 21 CFR 177.1430(c)(2) |
| ASTM D512 | 1989 | American Society for Testing and Materials | Standard Test Methods for Chloride Ion In Water | 40 CFR 136.3(a) |
| ASTM D611 | 1982 | American Society for Testing and Materials | Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents | 21 CFR 177.1520(b) |
| ASTM D660 | 1944 | American Society for Testing and Materials | Evaluating Degree of Resistant to Checking of Exterior Paints | 24 CFR 200, Subpart S |
| ASTM D665 | 1998 | American Society for Testing and Materials | Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water | 46 CFR 61.20-17(a) |
| ASTM D750 | 1968 | American Society for Testing and Materials | Recommended Practice for Rubber Deterioration in Carbon-Arc or Weathering Apparatus | 24 CFR 200, Subpart S |
| ASTM D756 | 1956 | American Society for Testing and Materials | Standard Practice for Determination of Weight and Shape Changes of Plastics Under Accelerated Service Conditions | 49 CFR 571.209 S5.2(b) |

| | | | | |
|---|---|---|---|---|
| ASTM D781 | 1968 | American Society for Testing and Materials | Standard Test Methods for Puncture and Stiffness of Paperboard and Corrugated and Solid Fiberboard | 24 CFR 3280.304(b)(1) |
| ASTM D785 | 1965 | American Society for Testing and Materials | Standard Method of Test for Rockwell Hardness of Plastics and Electrical Insulating Materials | 16 CFR 1201.4 |
| ASTM D814 | 1995 | American Society for Testing and Materials | Standard Test Method for Rubber Property–Vapor Transmission of Volatile Liquids | 40 CFR 1051.245(e)(1) |
| ASTM D975 | 1998 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 46 CFR 160.176-13(r) |
| ASTM D975 (pdf) ASTM D975 (html) | 2007 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 40 CFR 1065.701 |
| ASTM D976 | 1991 | American Society for Testing and Materials | Standard Test Method for Calculated Cetane Index of Distillate Fuels | 40 CFR 92.113 |
| ASTM D1056 | 1973 | American Society for Testing and Materials | Standard Specification for Flexible Cellular Materials Sponge or Expanded Rubber | 49 CFR 571.213 |
| ASTM D1060 | 1965 | American Society for Testing and Materials | Standard Method of Core Sampling of Raw Wool Packages for Determination of Percentage of Clean Wool Fiber Present | 7 CFR 31.204 |
| ASTM D1067 | 2002 | American Society for Testing and Materials | Standard Test Method for Acidity or Alkalinity of Water | 40 CFR 141.21 |
| ASTM D1068 | 2003 | American Society for Testing and Materials | Standard Test Methods for Iron in Water | 40 CFR 136.3(a) |
| ASTM D1072 | 1990 | American Society for Testing and Materials | Standard Test Method for Total Sulfur in Fuel Gases | 40 CFR 60.335(b)(10)(ii) |
| ASTM D1081 | 1960 | American Society for Testing and Materials | Test for Evaluating Rubber Property–Sealing Pressure | 24 CFR 200, Subpart S |
| ASTM D1126 (pdf) ASTM D1126 (html) ASTM D1126 (svg) | 2002 | American Society for Testing and Materials | Standard Test Method for Hardness in Water | 40 CFR 136 |

| | | | | |
|---|---|---|---|---|
| ASTM D1193 | 1977 | American Society for Testing and Materials | Standard Specification for Reagent Water | 40 CFR 60, Appendix A-3 |
| ASTM D1200 | 1970 | American Society for Testing and Materials | Viscosity of Paints, Varnishes and Lacquers by Ford Viscosity Cup | 49 CFR 171.8 |
| ASTM D1217 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer | 40 CFR 75, Appendix D |
| ASTM D1246 | 1995 | American Society for Testing and Materials | Bromide - Titrimetric | 40 CFR 136.3(a) Table IB |
| ASTM D1253 | 1986 | American Society for Testing and Materials | Standard Test Method for Residual Chlorine in Water | 21 CFR 165.110(b)(4)(iii)(I)(5)(i) |
| ASTM D1253 (pdf) ASTM D1253 (html) | 2003 | American Society for Testing and Materials | Standard Test Method for Residual Chlorine in Water | 40 CFR 136.3(a) Table IB |
| ASTM D1266 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (Lamp Method) | 40 CFR 60.106(j)(2) |
| ASTM D1298 | 1999 | American Society for Testing and Materials | Standard Practice for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products | 40 CFR 75, Appendix D, Section 2.2.6 |
| ASTM D1303 | 1955 | American Society for Testing and Materials | Standard Method of Test for Total Chlorine in Vinyl Chloride Polymers and Copolymers | 21 CFR 177.1610(a) |
| ASTM D1319 (pdf) ASTM D1319 (html) | 2003 | American Society for Testing and Materials | Standard Test Method for Hydrocarbon Types in Liquid Petroleum Products by Fluorescent Indicator Adsorption | 40 CFR 80.2(z) |
| ASTM D1331 | 1989 | American Society for Testing and Materials | Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface Active Agents | 40 CFR 63, Appendix A |
| ASTM D1335 | 1967 | American Society for Testing and Materials | Standard Test Method for Tuft Bind of Pile Floor Coverings | 24 CFR 200.945(a)(1)(ii) |

| | | | | |
|---|---|---|---|---|
| ASTM D1412 | 1993 | American Society for Testing and Materials | Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius | 30 CFR 870.19 |
| ASTM D1415 | 1968 | American Society for Testing and Materials | Tentative Method of Test for International Hardness of Vulcanized Natural and Synthetic Rubbers | 49 CFR 571.116 S7.4.1(b) |
| ASTM D1415 | 1988 | American Society for Testing and Materials | Standard Practice for Rubber and Rubber Latices–Nomenclature | 21 CFR 177.2600(c)(4)(i) |
| ASTM D1475 | 1960 | American Society for Testing and Materials | Standard Test Method for Density of Paint, Varnish, Lacquer, and Related Products | 40 CFR 60, Appendix A-7 |
| ASTM D1480 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer | 40 CFR 75, Appendix D |
| ASTM D1481 | 1993 | American Society for Testing and Materials | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer | 40 CFR 136.3(a) Table IC |
| ASTM D1505 | 1968 | American Society for Testing and Materials | Standard Test Method for Density of Plastics by the Density-Gradient Technique | 21 CFR 177.2480 |
| ASTM D1518 | 1985 | American Society for Testing and Materials | Standard Test Method for Thermal Transmittance of Textile Materials | 46 CFR 160.174-17(f) |
| ASTM D1535 | 1968 | American Society for Testing and Materials | Specifying Color by the Munsell System | 16 CFR 1402 |
| ASTM D1535 | 1968 | American Society for Testing and Materials | Specifying Color by the Munsell System | 16 CFR 1402.4(a)(1)(i)(E)(2) |
| ASTM D1535 | 1989 | American Society for Testing and Materials | Specifying Color by the Munsell System | 7 CFR 1755.860(c)(3) |
| ASTM D1552 | 1995 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) | 40 CFR 60, Appendix A-7 |
| ASTM D1564 | 1971 | American Society for | Standard Method of | 40 CFR 136.3(a) |

| | | | | |
|---|---|---|---|---|
| | | Testing and Materials | Testing Flexible Cellular Materials–Slab Urethane Foam | |
| ASTM D1687 | 1992 | American Society for Testing and Materials | Standard Test Methods for Chromium in Water | 40 CFR 444.12(b)(1) |
| ASTM D1688 | 1995 | American Society for Testing and Materials | Standard Test Method for Copper in Water | 40 CFR 141.23(k)(1) |
| ASTM D1692 | 1968 | American Society for Testing and Materials | Test for Flammability of Plastic Sheeting and Cellular Plastics | 29 CFR 1910.103(c)(1)(v)(D) |
| ASTM D1785 | 1986 | American Society for Testing and Materials | Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 | 46 CFR 56.01-2 |
| ASTM D1835 | 1997 | American Society for Testing and Materials | Standard Specification for Liquefied Petroleum (LP) Gases | 49 CFR 180.209(e) |
| ASTM D1890 | 1996 | American Society for Testing and Materials | Standard Test Method for Beta Particle Radioactivity of Water | 40 CFR 136.3(a) |
| ASTM D1943 | 1996 | American Society for Testing and Materials | Standard Test Method for Alpha Particle Radioactivity of Water | 40 CFR 136.3(a) |
| ASTM D1945 | 1996 | American Society for Testing and Materials | Standard Test Method for Analysis of Natural Gas By Gas Chromatography | 40 CFR 60.45(f)(5)(i) |
| ASTM D1946 | 1990 | American Society for Testing and Materials | Standard Method for Analysis of Reformed Gas by Gas Chromatography | 40 CFR 60.614(e)(4) |
| ASTM D1962 | 1967 | American Society for Testing and Materials | Standard Test Method for Saponification Value of Drying Oils, Fatty Acids, and Polymerized Fatty Acids | 21 CFR 178.2010(b) |
| ASTM D2013 | 1986 | American Society for Testing and Materials | Standard Method of Preparing Coal Samples for Analysis | 40 CFR 60, Appendix A-7 |
| ASTM D2015 | 1996 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter | 40 CFR 60.45(f)(5)(ii) |
| ASTM D2036 | 1998 | American Society for Testing and Materials | Standard Test Method for Cyanides in Water | 40 CFR 136.3(a) Table IB |
| ASTM D2099 | 2000 | American Society for Testing and Materials | Standard Test Method for Dynamic Water | 40 CFR 63.5350(b) |

| | | | | |
|---|---|---|---|---|
| | | | Resistance of Shoe Upper Maeser Water Penetration Tester | |
| ASTM D2156 | 1965 | American Society for Testing and Materials | Method of Tests for Smoke Density in Flue Gases from Distillate Fuels | 10 CFR 430 Subpart B |
| ASTM D2161 | 1966 | American Society for Testing and Materials | Standard Method of Conversion of Kinematic Viscosity to Saybolt Universal Viscosity or to Saybolt Furol Viscosity | 29 CFR 1910.106(a)(37) |
| ASTM D2163 | 1991 | American Society for Testing and Materials | Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography | 40 CFR 86.1313-94(f)(3) |
| ASTM D2216 | 1998 | American Society for Testing and Materials | Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass | 40 CFR 258.41(a)(4)(iii)(A) |
| ASTM D2234 | 1998 | American Society for Testing and Materials | Standard Practice for Collection of a Gross Sample of Coal | 40 CFR 60, Appendix A-7 |
| ASTM D2236 | 1970 | American Society for Testing and Materials | Standard Method of Test for Dynamic Mechanical Properties of Plastics by Means of a Torsional Pendulum | 21 CFR 177.1810(c)(2)(i) |
| ASTM D2247 | 1968 | American Society for Testing and Materials | Standard Practice for Testing Water Resistance of Coatings in 100 Percent Relative Humidity | 24 CFR 200, Subpart S |
| ASTM D2267 | 1968 | American Society for Testing and Materials | Standard Test Method for Aromatics in Light Naphthas and Aviation Gasoline by Gas Chromatography | 40 CFR 61.67(h)(1) |
| ASTM D2460 | 1997 | American Society for Testing and Materials | Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water | 40 CFR 136.3(a) Table IE |
| ASTM D2502 | 1992 | American Society for Testing and Materials | Standard Test Method for Estimation of Molecular Weight | 40 CFR 75, Appendix G |

| | | | | |
|---|---|---|---|---|
| | | | (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements | |
| ASTM D2503 | 1992 | American Society for Testing and Materials | Standard Method of Test for Molecular Weight of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure | 40 CFR 98.254 |
| ASTM D2505 | 1988 | American Society for Testing and Materials | Standard Test Method for Ethylene, Other Hydrocarbons, and Carbon Dioxide in High-Purity Ethylene by Gas Chromatography | 40 CFR 98.7 |
| ASTM D2515 | 1966 | American Society for Testing and Materials | Standard Specification for Kinematic Glass Viscosity | 49 CFR 571.116 S6.3.2(a) |
| ASTM D2565 | 1970 | American Society for Testing and Materials | Standard Practice for Operating Xenon Arc-Type Light-Exposure Apparatus With or Without Water for Exposure of Plastics | 16 CFR 1201.4(b)(3)(ii) |
| ASTM D2597 | 1994 | American Society for Testing and Materials | Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography | 40 CFR 60.335(b)(9)(i) |
| ASTM D2622 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry | 40 CFR 80.46(a)(1) |
| ASTM D2724 | 1987 | American Society for Testing and Materials | Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics | 49 CFR 238 Appendix B(a)(1)(ii) |
| ASTM D2777 | 1998 | American Society for Testing and Materials | Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water | 46 CFR 162.050-15(f)(1) |
| ASTM D2857 | 1970 | American Society for | Standard Method of | 21 CFR 177.2210(b)(3) |

| | | | | |
|---|---|---|---|---|
| | | Testing and Materials | Test for Dilute Solution Viscosity of Polymers | |
| ASTM D2879 | 1997 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure–Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope | 40 CFR 60.116b(e)(3)(ii) |
| ASTM D2908 | 1974 | American Society for Testing and Materials | Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography | 40 CFR 60.564(j)(1) |
| ASTM D2908 | 1991 | American Society for Testing and Materials | Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography | 40 CFR 60.564(j)(1) |
| ASTM D2986 | 1995 | American Society for Testing and Materials | Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test | 40 CFR 86.1310-2007(b)(7)(i)(A) |
| ASTM D3120 | 1996 | American Society for Testing and Materials | Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry | 40 CFR 80.46(a)(3)(iii) |
| ASTM D3168 | 1973 | American Society for Testing and Materials | Standard Recommended Practices for Qualitative Identification of Polymers in Emulsion Paints | 21 CFR 200.946 |
| ASTM D3173 | 1987 | American Society for Testing and Materials | Standard Test Method for Moisture in the Analysis Sample of Coal and Coke | 40 CFR 60, Appendix A-7 |
| ASTM D3176 | 1989 | American Society for Testing and Materials | Standard Practice for Ultimate Analysis of Coal and Coke | 40 CFR 76.15(a)(1) |
| ASTM D3177 | 1989 | American Society for Testing and Materials | Standard Test Method for Total Sulfur in the Analysis Sample of Coal and Coke | 40 CFR 60, Appendix A-7 |

| | | | | |
|---|---|---|---|---|
| ASTM D3178 | 1989 | American Society for Testing and Materials | Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke | 40 CFR 60.45(f)(5)(i) |
| ASTM D3236 | 1988 | American Society for Testing and Materials | Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials | 21 CFR 177.1520(b) |
| ASTM D3246 | 1996 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry | 40 CFR 60.335(b)(10)(ii) |
| ASTM D3286 | 1996 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter | 40 CFR 60.17 |
| ASTM D3371 | 1995 | American Society for Testing and Materials | Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography | 40 CFR 136.3(a) Table IF |
| ASTM D3454 | 1997 | American Society for Testing and Materials | Standard Test Method for Radium-226 in Water | 40 CFR 136.3(a) Table IE |
| ASTM D3559 (pdf) ASTM D3559 (html) | 2003 | American Society for Testing and Materials | Standard Test Methods for Lead in Water | 40 CFR 136 |
| ASTM D3588 | 1998 | American Society for Testing and Materials | Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density (Specific Gravity) of Gaseous Fuels | 40 CFR 75, Appendix F |
| ASTM D3695 | 1995 | American Society for Testing and Materials | Standard Test Method for Volatile Alcohols in Water by Direct Aqueous-Injection Gas Chromatography | 40 CFR 136.3(a) Table IF |
| ASTM D3697 | 1992 | American Society for Testing and Materials | Standard Test Method for Antimony in Water | 21 CFR 165.110(b)(4)(iii)(E)(1)(iv) |
| ASTM D4057 | 1995 | American Society for Testing and Materials | Standard Practice for Manual Sampling of Petroleum and Petroleum Products | 40 CFR 80.8(a) |
| ASTM D4084 | 1994 | American Society for Testing and Materials | Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead | 40 CFR 60.334(h)(1) |

| | | | | |
|---|---|---|---|---|
| | | | Acetate Reaction Rate Method) | |
| ASTM D4177 | 1995 | American Society for Testing and Materials | Standard Practice for Automatic Sampling of Petroleum and Petroleum Products | 40 CFR 80.330(b)(2) |
| ASTM D4239 | 1997 | American Society for Testing and Materials | Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods | 40 CFR 60, Appendix A-7 |
| ASTM D4268 | 1993 | American Society for Testing and Materials | Standard Test Method for Testing Fiber Ropes | 33 CFR 164.74(a)(3)(i) |
| ASTM D4294 | 1998 | American Society for Testing and Materials | Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry | 40 CFR 75, Appendix A, Section 2.1.1.1(c) |
| ASTM D4329 | 1999 | American Society for Testing and Materials | Standard Practice for Fluorescent UV Exposure of Plastics | 49 CFR 571.106 |
| ASTM D4420 | 1994 | American Society for Testing and Materials | Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography | 40 CFR 61.67(h)(1) |
| ASTM D4442 | 1992 | American Society for Testing and Materials | Standard Test Method for Direct Moisture Content Measurement of Wood and Wood-Based Materials | 40 CFR 60, Appendix A-8 |
| ASTM D4444 | 1992 | American Society for Testing and Materials | Standard Test Method for Use and Calibration of Hand-Held Moisture Meters | 40 CFR 60, Appendix A-8 |
| ASTM D4763 | 1988 | American Society for Testing and Materials | Standard Practice for Identification of Chemicals in Water by Fluorescence Spectroscopy | 40 CFR 136.3(a) Table IF |
| ASTM D4809 | 1995 | American Society for Testing and Materials | Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) | 40 CFR 61.245(e)(3) |

| | | | | |
|---|---|---|---|---|
| ASTM D4891 (pdf) ASTM D4891 (html) | 1989 | American Society for Testing and Materials | Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion | 40 CFR 75, Appendix F, Section 5.5.2 |
| ASTM D4986 | 1998 | American Society for Testing and Materials | Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials | 46 CFR 32.57-10(d)(7–a) |
| ASTM D5257 | 1997 | American Society for Testing and Materials | Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography | 40 CFR 136.3(a) |
| ASTM D5373 | 1993 | American Society for Testing and Materials | Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke | 40 CFR 75, Appendix G |
| ASTM D5392 | 1993 | American Society for Testing and Materials | Standard Test Method for Isolation and Enumeration of Escherichia Coli in Water by the Two-Step Membrane Filter Procedure | 40 CFR 136.3(a) Table IH |
| ASTM D5489 | 1996 | American Society for Testing and Materials | Standard Guide for Care Symbols for Care Instructions on Textile Products | 16 CFR 423.8(g) |
| ASTM D5673 | 1996 | American Society for Testing and Materials | Standard Test Method for Elements in Water by Inductively Coupled Plasma | 40 CFR 444.12(b)(1) |
| ASTM D5865 | 1998 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Coal and Coke | 40 CFR 60.45(f)(5)(ii) |
| ASTM D6216 | 1998 | American Society for Testing and Materials | Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications | 40 CFR 60, Appendix B |
| ASTM D6228 | 1998 | American Society for Testing and Materials | Standard Test Method for Determination of Sulfur Compounds in | 40 CFR 60.334(h)(1) |

| | | | | |
|---|---|---|---|---|
| | | | Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection | |
| ASTM D6420 | 1999 | American Society for Testing and Materials | Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry | 40 CFR 63.5850(e)(4) |
| ASTM D6503 | 1999 | American Society for Testing and Materials | Standard Test Method for Enterococci in Water Using Enterolert | 40 CFR 136.3(a) Table IH |
| ASTM D6522 | 2000 | American Society for Testing and Materials | Standard Test Method for Determination of Nitrogen Oxides, Carbon Monoxide, and Oxygen Concentrations in Emissions from Natural Gas-Fired Reciprocating Engines, Combustion Turbines, Boilers, and Process Heaters Using Portable Analyzers | 40 CFR 60.335(a)(2) |
| ASTM E11 | 1970 | American Society for Testing and Materials | Standard Specification for Wire Cloth and Sieves for Testing Purposes | 33 CFR 159.4 |
| ASTM E11 | 1995 | American Society for Testing and Materials | Standard Specification for Wire Cloth and Sieves for Testing Purposes | 33 CFR 159.125 |
| ASTM E23 | 1982 | American Society for Testing and Materials | Standard Test Methods for Notched Bar Impact Testing of Metallic Materials | 46 CFR 56.50-105(a)(1)(ii) |
| ASTM E23 | 1993 | American Society for Testing and Materials | Standard Test Method for Notched Bar Impact Testing of Metallic Materials | 46 CFR 56.50-105(a)(1)(ii) |
| ASTM E29 | 1967 | American Society for Testing and Materials | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications | 40 CFR 86.609-98 |
| ASTM E29 | 1990 | American Society for Testing and Materials | Standard Practice for Using Significant Digits | 40 CFR 86.000-28(a)(4)(iii) |

| | | | | |
|---|---|---|---|---|
| | | | in Test Data to Determine Conformance with Specifications | |
| ASTM E29 (pdf) ASTM E29 (html) | 2002 | American Society for Testing and Materials | Standard Specification for Diesel Fuel Oils | 40 CFR 1065.701 Table 1 |
| ASTM E72 | 1980 | American Society for Testing and Materials | Standard Test Methods of Conducting Strength Tests of Panels for Building Construction | 30 CFR 75.333(e)(1)(i) |
| ASTM E84 (pdf) ASTM E84 (html) | 2001 | American Society for Testing and Materials | Standard Test Method for Surface Burning Characteristics of Building Materials | 24 CFR 3280.203(a) |
| ASTM E96 | 1995 | American Society for Testing and Materials | Standard Test Methods for Water Vapor Transmission of Materials | 24 CFR 3280.504(a) |
| ASTM E119 (pdf) ASTM E119 (html) | 2000 | American Society for Testing and Materials | Standard Test Methods for Fire Tests of Building Construction and Materials | 49 CFR 238 Appendix B(a)(1)(v) |
| ASTM E145 | 1994 | American Society for Testing and Materials | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | 40 CFR 63.14 |
| ASTM E145 | 1994 | American Society for Testing and Materials | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | 40 CFR 63.4581 |
| ASTM E154 | 1968 | American Society for Testing and Materials | Materials for Use as Vapor Barriers Under Concrete Slabs and as Ground Cover in Crawl Spaces | 24 CFR 200, Subpart S |
| ASTM E163 | 1963 | American Society for Testing and Materials | Methods for Fire Tests of Window Assemblies | 24 CFR 200, Subpart S |
| ASTM E168 | 1967 | American Society for Testing and Materials | Standard Practices for General Techniques of Infrared Quantitative Analysis | 40 CFR 60.485(d)(1) |
| ASTM E168 | 1988 | American Society for Testing and Materials | Standard Practices for General Techniques of Infrared Quantitative Analysis | 40 CFR 264.1063(d)(1) |
| ASTM E169 | 1987 | American Society for Testing and Materials | Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis | 40 CFR 264.1063(d)(1) |

| | | | | |
|---|---|---|---|---|
| ASTM E185 | 1982 | American Society for Testing and Materials | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | 10 CFR 50 App. H, I |
| ASTM E258 | 1967 | American Society for Testing and Materials | Standard Test Method for Total Nitrogen Inorganic Material by Modified Kjeldahl Method | 40 CFR 761.71(b)(2)(vi) |
| ASTM E260 | 1996 | American Society for Testing and Materials | Standard Practice for Packed Column Gas Chromatography | 40 CFR 60.485(d)(1) |
| ASTM E283 | 1991 | American Society for Testing and Materials | Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors | 10 CFR 434.402.2 |
| ASTM E298 | 1968 | American Society for Testing and Materials | Standard Methods for Assay of Organic Peroxides | 49 CFR 571.116 S6.11.3(a) |
| ASTM E408 | 1971 | American Society for Testing and Materials | Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques | 16 CFR 460.5(b) |
| ASTM E424 | 1971 | American Society for Testing and Materials | Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials | 24 CFR 200, Subpart S |
| ASTM E606 | 1980 | American Society for Testing and Materials | Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing | 24 CFR 200.946 |
| ASTM E681 | 1985 | American Society for Testing and Materials | Standard Test Method for Concentration Limits of Flammability of Chemicals | 49 CFR 173.115(a)(2) |
| ASTM E695 | 1979 | American Society for Testing and Materials | Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading | 24 CFR 200.946(a)(1)(viii) |
| ASTM E711 | 1987 | American Society for Testing and Materials | Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the | 40 CFR 63, Subpart DDDDD, Table 6 |

| | | | | |
|---|---|---|---|---|
| | | | Bomb Calorimeter | |
| ASTM E773 | 1997 | American Society for Testing and Materials | Standard Test Method for Seal Durability of Sealed Insulating Glass Units | 4 CFR 3280.403(d)(2) |
| ASTM E774 | 1997 | American Society for Testing and Materials | Standard Specifications for Sealed Insulating Glass Units | 24 CFR 3280.403(d)(2) |
| ASTM E775 | 1987 | American Society for Testing and Materials | Standard Test Methods for Total Sulfur in the Analysis Sample of Refuse-Derived Fuel | 40 CFR 49.123(e) |
| ASTM E776 | 1987 | American Society for Testing and Materials | Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel | 40 CFR 63, Subpart DDDDD, Table 6 |
| ASTM E885 | 1988 | American Society for Testing and Materials | Standard Test Method for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy | 40 CFR 63, Subpart DDDDD, Table 6 |
| ASTM E1333 | 1996 | American Society for Testing and Materials | Standard Test Method for Determining Formaldehyde Levels from Wood Products Under Defined Test Conditions Using a Large Chamber | 24 CFR 3280.406(b) |
| ASTM E1337 | 1990 | American Society for Testing and Materials | Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using Standard Reference Test Tire | 49 CFR 571.105 S6.9.2(a) |
| ASTM E1590 (pdf) ASTM E1590 (html) | 2001 | American Society for Testing and Materials | Standard Test Method for Fire Testing of Mattresses | 49 CFR 238 Appendix B(a)(1)(xi) |
| ASTM E1625 | 1994 | American Society for Testing and Materials | Standard Test Method for Determining Biodegradability of Organic Chemicals in Semi-Continuous Activated Sludge | 40 CFR 799.5085 |
| ASTM E1719 | 1997 | American Society for Testing and Materials | Standard Test Method for Vapor Pressure of Liquids by Ebulliometry | 40 CFR 799.5085 |
| ASTM F462 | 1979 | American Society for Testing and Materials | Slip-Resistant Bathing Facilities | 24 CFR 200, Subpart S |

| | | | | |
|---|---|---|---|---|
| ASTM F476 | 1984 | American Society for Testing and Materials | Standard Test Method for Security of Swinging Door Assemblies | 24 CFR 200.949(a)(1)(ix) |
| ASTM F478 | 1992 | American Society for Testing and Materials | Standard Specification for In-Service Care of Insulating Line Hose and Covers | 29 CFR 1910.137(b)(2)(ix) |
| ASTM F631 | 1980 | American Society for Testing and Materials | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | 33 CFR 156.40 |
| ASTM F631 | 1993 | American Society for Testing and Materials | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | 33 CFR 154 Appendix C |
| ASTM F682 | 1982 | American Society for Testing and Materials | Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings | 46 CFR 56.01-2 |
| ASTM F715 | 1981 | American Society for Testing and Materials | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | 33 CFR 154.106 |
| ASTM F715 | 1995 | American Society for Testing and Materials | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | 33 CFR 155, Appendix B, 2.4 |
| ASTM F722 | 1982 | American Society for Testing and Materials | Standard Specification for Welded Joints for Shipboard Piping Systems | 33 CFR 155.140 |
| ASTM F808 | 1983 | American Society for Testing and Materials | Guide for Collecting Skimmer Performance Data in Uncontrolled Environments | 33 CFR 154, Appendix C |
| ASTM F808 | 1983 | American Society for Testing and Materials | Guide for Collecting Skimmer Performance Data in Uncontrolled Environments | 33 CFR 154, Appendix C, 6.3.1 |
| ASTM F1003 | 1986 | American Society for Testing and Materials | Standard Specification for Searchlights on Motor Lifeboats | 46 CFR 199.175(a)(28)(i) |
| ASTM F1006 | 1986 | American Society for Testing and Materials | Standard Specification for Entrainment Separators for Use in Marine Piping Applications | 46 CFR 56.60-1(b) |

| | | | | |
|---|---|---|---|---|
| ASTM F1007 | 1986 | American Society for Testing and Materials | Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application | 46 CFR 56.60-1(b) |
| ASTM F1014 | 1992 | American Society for Testing and Materials | Standard Specification for Flashlights on Vessels | 46 CFR 35.30-20(c)(3) |
| ASTM F1020 | 1986 | American Society for Testing and Materials | Standard Specification for Line-Blind Valves for Marine Applications | 46 CFR 56.60-1(b) |
| ASTM F1120 | 1987 | American Society for Testing and Materials | Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications | 46 CFR 56.60-1(b) |
| ASTM F1121 | 1987 | American Society for Testing and Materials | Standard Specification for International Shore Connections for Marine Fire Applications | 33 CFR 126.15(a)(5) |
| ASTM F1122 | 1987 | American Society for Testing and Materials | Standard Specification for Quick Disconnect Couplings | 33 CFR 154.500(d)(3) |
| ASTM F1123 | 1987 | American Society for Testing and Materials | Standard Specification for Non-Metallic Expansion Joints | 46 CFR 56.60-1(b) |
| ASTM F1139 | 1988 | American Society for Testing and Materials | Standard Specification for Steam Traps and Drains | 46 CFR 56.60-1(b) |
| ASTM F1155 | 1998 | American Society for Testing and Materials | Standard Practice for Selection and Application of Piping System Materials | 33 CFR 154 |
| ASTM F1172 | 1988 | American Society for Testing and Materials | Fuel Oil Meters of the Volumetric Positive Displacement Type | 46 CFR 56.60-1(b) |
| ASTM F1173 | 1995 | American Society for Testing and Materials | Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications | 46 CFR 56.60-1(b) |
| ASTM F1196 | 1994 | American Society for Testing and Materials | Standard Specification for Sliding Watertight Door Assemblies | 46 CFR 170.270(c)(1) |
| ASTM F1197 | 1989 | American Society for Testing and Materials | Standard Specificatiion for Sliding Watertight Door Control Systems | 46 CFR 174.100(e)(2) |
| ASTM F1199 | 1988 | American Society for Testing and Materials | Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and | 46 CFR 56.60-1(b) |

| | | | | |
|---|---|---|---|---|
| | | | 150 Degrees F Maximum) | |
| ASTM F1200 | 1988 | American Society for Testing and Materials | Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) | 46 CFR 56.60-1(b) |
| ASTM F1201 | 1988 | American Society for Testing and Materials | Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F | 46 CFR 56.60-1(b) |
| ASTM F1271 | 1990 | American Society for Testing and Materials | Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications | 46 CFR 39.20-9(c)(1) |
| ASTM F1273 | 1991 | American Society for Testing and Materials | Standard Specification for Tank Vent Flame Arresters | 46 CFR 32.20-10 |
| ASTM F1292 | 2004 | American Society for Testing and Materials | Standard Specification for Impact Attenuation of Surface Systems Under and Around Playground Equipment | 36 CFR 1191, App B, 105.2.3 |
| ASTM F1321 | 1992 | American Society for Testing and Materials | Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel | 46 CFR 28.535(d) |
| ASTM F1323 | 1998 | American Society for Testing and Materials | Standard Specification for Shipboard Incinerators | 46 CFR 63.25-9 |
| ASTM F1471 | 1993 | American Society for Testing and Materials | Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System | 40 CFR 86.1310-2007(b)(1)(iv)(B) |
| ASTM F1546 | 1996 | American Society for Testing and Materials | Standard Specification for Firehose Nozzles | 46 CFR 162.027-3(a) |
| ASTM F1548 | 1994 | American Society for Testing and Materials | Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications | 46 CFR 56.30-35(a) |
| ASTM F1951 | 1999 | American Society for | Standard Specification | 36 CFR 1191, App B, |

| | | | | |
|---|---|---|---|---|
| | | Testing and Materials | for Determination of Accessibility of Surface Systems Under and Around Playground Equipment | 1008.2.6.1 |
| ASTM F2412 (pdf) ASTM F2412 (html) ASTM F2412 (svg) | 2005 | American Society for Testing and Materials | Standard Test Methods for Foot Protection | 29 CFR 1910 |
| ASTM F2413 (pdf) ASTM F2413 (html) | 2005 | American Society for Testing and Materials | Performance Requirements for Protective Footware | 29 CFR 1910 |
| ASTM G21 | 1990 | American Society for Testing and Materials | Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi | 7 CFR 1755.910(d)(5)(iv) |
| ASTM G23 | 1969 | American Society for Testing and Materials | Standard Practice for Operating Light Exposure Apparatus (Carbon Arc Type) With and Without Water for Exposure of Nonmetallic Materials | 49 CFR 571.209 S5.1(e) |
| ASTM G26 | 1970 | American Society for Testing and Materials | Standard Recommended Practice for Light- and Water-Exposure Apparatus (Xenon-Arc Type) for Exposure of Non-metallic Materials | 16 CFR 1201.4(b)(3)(ii) |
| ASTM G151 | 1997 | American Society for Testing and Materials | Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources | 49 CFR 571.106 S12.7(b) |
| ASTM G154 | 2000 | American Society for Testing and Materials | Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials | 49 CFR 571.106 S12.7(b) |
| ATAA 300 | 1996 | Air Transport Association of America | Packaging of Airline Supplies, Revision 19 | 49 CFR 171.7 |
| AWPA A1 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Creosote and Oil-Type Preservatives | 7 CFR 1728.201(i)(1)(i) |

| | | | | |
|---|---|---|---|---|
| AWPA A2 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Waterborne Preservatives and Fire-Retardant Formulations | 7 CFR 1728.201(i)(1)(iii)(A) |
| AWPA A3 | 1991 | American Wood Preservers Association | Standard Methods for Determining Penetration of Preservatives and Fire Retardants | 7 CFR 1728.201(k)(3) |
| AWPA A5 | 1991 | American Wood Preservers Association | Standard Methods for Analysis of Oil-Borne Preservatives | 7 CFR 1728.202(g)(1)(v)(B) |
| AWPA A6 | 1989 | American Wood Preservers Association | Method for the Determination of Oil-Type Preservatives and Water in Wood | 7 CFR 1728.202(g)(1)(v)(A) |
| AWPA A7 | 1975 | American Wood Preservers Association | Standard Wet Ashing Procedure for Preparing Wood for Chemical Analysis | 7 CFR 1728.202(g)(1)(v)(D) |
| AWPA A9 | 1990 | American Wood Preservers Association | Standard Method for Analysis of Treated Wood and Treating Solutions by X-ray Spectroscopy | 7 CFR 1728.202(g)(1)(v)(C) |
| AWPA A11 | 1983 | American Wood Preservers Association | Standard Method for Analysis of Treated Wood and Treating Solutions by Atomic Absorption Spectroscopy | 7 CFR 1728.201(i)(1)(iii)(B) |
| AWPA M3 | 1981 | American Wood Preservers Association | Standard Quality Control Procedures for Wood Preserving Plants | 7 CFR 1728.202(f)(1) |
| AWPA P1 | 1991 | American Wood Preservers Association | Standard for Coal Tar Creosote for Land and Fresh Water and Marine (Coastal) Water Use | 7 CFR 1728.201(i)(1)(i) |
| AWPA P5 | 1991 | American Wood Preservers Association | Standard for Waterborne Preservative | 7 CFR 1728.201(i)(1)(iii)(A) |
| AWPA P8 | 1991 | American Wood Preservers Association | Standard for Oil-Borne Preservatives | 7 CFR 1728.201(i)(1)(iv) |
| AWPA P9 | 1991 | American Wood Preservers Association | Standard for Solvents and Formulations for Organic Preservative Systems | 7 CFR 1728.201(i)(1)(iv) |
| AWS B3.0 | 1977 | American Welding | Standard Qualification | 49 CFR 178.356-2(e) |

| | | Society | Procedure | |
|---|---|---|---|---|
| AWS D1.1 | 2000 | American Welding Society | Structural Welding Code–Steel | 30 CFR 250.901(a)(20) |
| BHMA A156.10 | 1999 | Builders Hardware Manufacturers Association | Power Operated Pedestrian Doors | 36 CFR 1191, App B, 105.2.1 |
| BHMA A156.19 | 2002 | Builders Hardware Manufacturers Association | Power Assist and Low Energy Power Operated Doors | 36 CFR 1191, App B, 408.3.2.1 |
| BOCA | 1993 | Building Officials and Code Administrators International | Mechanical Code | 24 CFR 200.925c(a)(1)(i) |
| BOCA | 1993 | Building Officials and Code Administrators International | Plumbing Code | 24 CFR 200.925c(a)(1)(i) |
| BSI EN-13000 (pdf) BSI EN-13000 (html) | 2004 | British Standards Institute | Cranes–Safety–Mobile Cranes | 29 CFR 1926 |
| BSI EN-14439 (pdf) BSI EN-14439 (html) | 2006 | British Standards Institute | Cranes–Safety–Tower Cranes | 29 CFR 1926 |
| CEC Test Method | 2004 | California Energy Commission | Calculating the Energy Efficiency of Single-Voltage External Ac-Dc and Ac-Ac Power Supplies | 10 CFR 430 Subpart B |
| CABO | 1992 | Council of American Building Officials | One and Two Family Dwelling Code | 24 CFR 200.926b(c) |
| CABO | 1993 | Council of American Building Officials | One and Two Family Dwelling Code with Errata Package and 1993 Amendments | 24 CFR 200.926(d)(1)(ii)((B)(2)(ii) |
| CFTA | 1977 | Cosmetic, Toiletry, and Fragrance Association | Cosmetic Ingredient Dictionary | 21 CFR 701.3(c)(2)(i) |
| CGA C-5 | 1991 | Compressed Gas Association | Cylinder Service Life-Seamless Steel High Pressure Cylinders | 49 CFR 173.302a(b)(3)(i)(A) |
| CGA C-8 | 1985 | Compressed Gas Association | Standard for Requalification of DOT-3HT Cylinders | 49 CFR 180.205(f)(1) |
| CGA C-11 | 2001 | Compressed Gas Association | Recommended Practice for Inspection of Compressed Gas Cylinders at Time of Manufacture | 49 CFR 178.35(g) |
| CGA C-12 | 1994 | Compressed Gas Association | Qualification Procedure for Acetylene Cylinder | 49 CFR 173.303(a) |

| | | | | |
|---|---|---|---|---|
| | | | Design | |
| CGA C-13 | 2000 | Compressed Gas Association | Guidelines for Periodic Visual Inspection and Requalification of Acetylene Cylinders | 49 CFR 173.303(e) |
| CGA G-1 | 2009 | Compressed Gas Association | Acetylene | 29 CFR 1910.102(a) |
| CGA G-2.2 | 1985 | Compressed Gas Association | Guideline Method for Determining Minimum of 0.2% Water in Anhydrous Ammonia | 49 CFR 173.315(l)(5) |
| CGA G-4.1 | 1985 | Compressed Gas Association | Cleaning Equipment for Oxygen Service | 49 CFR 178.338-15 |
| CGA P-1 | 1965 | Compressed Gas Association | Safe Handling of Compressed Gases | 29 CFR 1910.101(b) |
| CGA P-20 | 2003 | Compressed Gas Association | Standard for the Classification of Toxic Gas Mixtures | 49 CFR 173.115 |
| CGA S-1.1 | 2005 | Compressed Gas Association | Pressure Relief Device Standards | 49 CFR 173.301(c) |
| CGA S-1.2 | 1980 | Compressed Gas Association | Safety Release Device Standard--Cargo and Portable Tanks for Compressed Gases | 49 CFR 178.277(e)(4)(iv) |
| CGA S-7 (pdf) CGA S-7 (html) | 2005 | Compressed Gas Association | Method for Selecting Pressure Relief Devices for Compressed Gas Mixtures in Cylinders | 49 CFR 173.301(c) |
| CGA TB-2 | 1980 | Compressed Gas Association | Guidelines for Inspection and Repair of MC-330 and MC-331 Cargo Tanks | 49 CFR 180.407(g)(3) |
| CGA TB-25 | 2008 | Compressed Gas Association | Design Considerations for Tube Trailers | 49 CFR 173.301 |
| CGSB 43.147 | 2005 | Canadian General Standards Board | Construction, Modification, Qualification, Maintenance, and Selection and Use of Means of Containment for the Handling, Offering for Transport, or Transportation of Dangerous Goods by Rail | 49 CFR 171.12 |
| CGSB 43.147 | 2005 | Office des Normes Generales du Canada | Construction, Modification, Qualification, Entretien, Selection Et Utilisation | 49 CFR 171.12 |

| | | | | |
|---|---|---|---|---|
| | | | Des Contenants Pour La Manutention, La Demande De Transport Ou La Transport Des Marchandises Dangereuses Par Chemin De Fer | |
| CI 57 | 2009 | Chlorine Institute | Emergency Shut-Off Systems for Bulk Transfer of Chlorine | 49 CFR 177.840(u) |
| CI 101-7 | 1993 | Chlorine Institute | Excess Flow Valve with Removable Seat | 49 CFR 178.276(c)(7)(i) |
| CI 104-9 | 2002 | Chlorine Institute | Standard Chlorine Angle Valve Assembly | 49 CFR 178.337-9(b)(8) |
| CI 106-6 | 1993 | Chlorine Institute | Excess Flow Valve with Removable Baskets | 49 CFR 178.276(c)(7)(ii) |
| CI 166 | 2002 | Chlorine Institute | Angle Valve Guidelines for Chlorine Bulk Transportation | 49 CFR 178.337-9(b)(8) |
| CI H50155 | 1996 | Chlorine Institute | Pressure Relief Device for Chlorine Service | 49 CFR 173.315(i)(13) |
| CI H51970 | 1996 | Chlorine Institute | Safety Valve for Chlorine Service | 49 CFR 173.315(i)(13) |
| CI | 2009 | Chlorine Institute | Chlorine Institute Emergency Kit A for 100-lb. and 150-lb. Chlorine Cylinders | 49 CFR 173.3(e)(1) |
| CI | 2009 | Chlorine Institute | Chlorine Institute Emergency Kit B for Chlorine Ton Containers | 49 CFR 173.3(e)(1) |
| CIE 15 | 2004 | International Commission on Illumination | Technical Report: Colorimetry, 3rd edition | 10 CFR 430 Subpart B, App. R, 4.1.1 |
| CIE 15A (xls) | 2004 | International Commission on Illumination | Supplementary Spectra | 10 CFR 430 Subpart B, App. R, 4.1.1 |
| CIE 15B (xls) | 2004 | International Commission on Illumination | Supplementary Tables | 10 CFR 430 Subpart B, App. R, 4.1.1 |
| CRA A-20 | 1986 | Corn Refiners Association | Analysis for Starch in Corn | 7 CFR 801.7(a)(2) |
| CSA C390 | 1993 | Canadian Standards Association | Energy Efficiency Test Methods for Three-Phase Induction Motors | 10 CFR 431.19(b)(4) |
| CTIOA R8-103-62 | 1969 | Ceramic Tile Institute of America | Standard Specifications for the | 24 CFR 200, Subpart S |

| | | | | |
|---|---|---|---|---|
| | | | Installation of Tile Lined Shower Receptors | |
| CSVA | 2004 | Commercial Vehicle Safety Alliance | North American Standard Out-of-Service Criteria and Level VI Inspection Procedures and Out-of-Service Criteria for Commercial Highway Vehicles | 49 CFR 385.415(b)(1) |
| EI IP-501 | 2005 | Energy Institute | Determination of aluminum, silicon, vanadium, nickel, iron, sodium, calcium, zinc and phosphorus in residual fuel oil | 40 CFR 1065.705 Table 1 |
| FGMA | 1990 | Flat Glass Marketing Association | Glazing Manual | 24 CFR 200, Subpart S |
| GLI METHOD 2 | 2009 | Great Lakes Instruments | Turbidity | 40 CFR 141.74(a)(1) |
| GPA 2261 | 2000 | Gas Producers Association | Analysis of Natural Gas and Similar Gaseous Mixtures by Gas Chromatography | 40 CFR 75, Appendix F, Section 5.5.2 |
| GPA 2261 | 2000 | Gas Processors Association | Analysis of Natural Gas and Similar Gaseous Mixtures by Gas Chromatography | 40 CFR 75, Appendix F |
| GPA 2377 | 1986 | Gas Processors Association | Test for Hydrogen Sulfide and Carbon Dioxide in Natural Gas Using Length of Stain Tubes | 40 CFR 60.334(h)(1) |
| GRI 02-0057 | 2002 | Gas Research Institute | Internal Corrosion Direct Assessment of Gas Transmission Pipelines Methodology | 49 CFR 192.927(c)(2) |
| HACH 8000 | 2007 | Hach Chemical Company | Oxygen Demand, Chemical Using Reactor Digestion Method | 40 CFR 136.3(a) |
| HACH 8008 | 2007 | Hach Chemical Company | 1, 10--Phenanthroline Method Using FerroVer Iron Reagent for Water | 40 CFR 136.3(a) |
| HACH 8009 | 2007 | Hach Chemical Company | Zincon Method for Zinc, Hatch Handbook of Water Analysis | 40 CFR 444.12(b)(1) |
| HACH 8034 | 2007 | Hach Chemical Company | Periodate Oxidation Method for Manganese | 40 CFR 136.3(a) |
| HACH 8507 | 2007 | Hach Chemical | Nitrogen Nitrite--Low | 40 CFR 136.3(a) |

| | | | | |
|---|---|---|---|---|
| | | Company | Range, Diazotization Method for Water and Wastewater | |
| HI BTS-2000 | 2007 | Hydronics Institute | Method to Determine Efficiency of Commercial Space Heating Boilers | 10 CFR 431.86 |
| HPMA HP-SG-96 | 1996 | Hardwood Plywood Manufacturers Association | Structural Design Guide for Hardwood Plywood Wall Panels | 24 CFR 3280.304(b)(1) |
| IAPMO PS-2 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Cast Brass and Tubing P-Traps | 24 CFR 3280.604(b)(2) |
| IAPMO PS-5 | 1984 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Special Cast Iron Fittings | 24 CFR 3280.604(b)(2) |
| IAPMO PS-9 | 1984 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Diversion Tees and Twin Waste Elbow | 24 CFR 3280.604(b)(2) |
| IAPMO PS-14 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Flexible Metallic Water Connectors | 24 CFR 3280.604(b)(2) |
| IAPMO PS-23 | 1989 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Dishwasher Drain Airgaps | 24 CFR 3280.604(b)(2) |
| IAPMO PS-31 | 1977 | International Association of Plumbing and Mechanical Officials | Material and Property Standard for Backflow Prevention Devices | 24 CFR 3280.604(b)(2) |
| ICAO 9284 | 2011 | International Civil Aviation Organization | Technical Instructions for the Safe Transport of Dangerous Goods by Air | 49 CFR 171.7 |
| ICAO Annex 2 | 1990 | International Civil Aviation Organization | Convention on International Civil Aviation, Rules of the Air | 14 CFR 135.3(a)(2) |
| ICAO Annex 16 | 2008 | International Civil Aviation Organization | Environmental Protection, Volume II – Aircraft Engine Emissions | 40 CFR 87.89 |
| ICBO | 1991 | International Conference of Building Officials | Uniform Building Code (1991) | 24 CFR 200.925c(a)(1)(iii) |
| ICBO | 1991 | International | Uniform Mechanical | 24 CFR 200.925c(c)(3) |

| | | | | |
|---|---|---|---|---|
| | | Conference of Building Officials | Code (1991) | |
| ICEA S-87-640 | 2006 | Insulated Cable Engineers Association | Standard for Optical Fiber Outside Plant Communications Cable | 7 CFR 901(c) |
| ICEA S-110-717 | 2003 | Insulated Cable Engineers Association | Standard for Optical Drop Cable | 7 CFR 901(c) |
| ICS | 1973 | International Chamber of Shipping | Clean Seas Guide for Oil Tankers | 33 CFR 157.23(b) |
| IEEE 45 | 2002 | Institute of Electrical and Electronics Engineers | Recommended Practice for Electrical Installations on Shipboard | 46 CFR 110.10-1 |
| IEEE 112 | 2004 | Institute of Electrical and Electronics Engineers | Test Procedure for Polyphase Induction Motors and Generators | 10 CFR 431.15 |
| IEEE 114 | 2010 | Institute of Electrical and Electronics Engineers | IEEE Standard Test Procedure for Single-Phase Induction Motors | 10 CFR 431 |
| IEEE 1202 (pdf) IEEE 1202 (html) | 1991 | Institute of Electrical and Electronics Engineers | Standard for Flame Testing of Cables | 46 CFR 111 |
| IEEE C2 | 1997 | Institute of Electrical and Electronics Engineers | National Electrical Safety Code | 7 CFR 1755.503(d)(1) |
| IEEE C2 | 2007 | Institute of Electrical and Electronics Engineers | National Electrical Safety Code (2007) | 7 CFR 1755.901(b) |
| IEEE C37.14 | 2002 | Institute of Electrical and Electronics Engineers | Standard for Low-Voltage AC Power Circuit Breakers Used in Enclosures | 46 CFR 110.10-1 |
| IEEE P730.1 | 1989 | Institute of Electrical and Electronics Engineers | Standard for Software Quality Assurance Plans | 7 CFR 1755.522(n)(2) |
| IESNA LM-45 | 2000 | Illuminating Engineering Society of North America | Method for Electrical and Photometric Measurements of General Service Incandescent Filament Lamps | 10 CFR 430 Subpart B |
| IME 22 | 2011 | Institute of Makers of Explosives | Recommendations for the Safe Transportation of Detonators in a Vehicle with Certain Other Explosive Materials | 30 CFR 57.6133(b) |
| IME | 1940 | Institute of Makers of | Safety in the Handling | 29 CFR 1910.261(a)(4) |

| | | | | |
|---|---|---|---|---|
| | | Explosives | and Use of Explosives | (iii) |
| IMO IMDG.1 | 2006 | International Maritime Organization | International Maritime Dangerous Goods Code (Volume 1) | 49 CFR 172.519(f) |
| IMO IMDG.2 | 2006 | International Maritime Organization | International Maritime Dangerous Goods Code (Volume 2) | 49 CFR 172.519(f) |
| IMO ISPS | 2003 | International Maritime Organization | International Ship and Port Facility Security Code | 33 CFR 101.410(a) |
| AG ENG | 1965 | Interstate Printers and Publishers, Inc. | Agriculture Engineering | 29 CFR 570.71(b) |
| ISO 535 | 1991 | International Organization for Standardization | Paper and Board–Determination of Water Absorptiveness--Cobb Method | 49 CFR 178.516(b)(1) |
| ISO 1496-1 | 1990 | International Organization for Standardization | Series 1 Freight Containers–Specification and Testing–Part 1, General Cargo Containers | 49 CFR 173.411(b)(6)(iii) |
| ISO 1496-3 | 1995 | International Organization for Standardization | Series 1 Freight Containers–Specification and Testing–Part 3, Tank containers for Liquids, Gases and Pressurized Dry Bulk | 49 CFR 178.74(c)(5)(ii) |
| ISO 3807-2 | 2000 | International Organization for Standardization | Cylinders for acetylene–Basic requirements–Part 2: Cylinders with fusible plugs | 49 CFR 173.303(f)(1) |
| ISO 6406 (pdf)<br>ISO 6406 (html) | 2005 | International Organization for Standardization | Seamless Steel Gas Cylinders--Inspection and Testing | 49 CFR 180 |
| ISO 7225 | 2005 | International Organization for Standardization | Gas Cylinders–Precautionary Labels | 49 CFR 178.71(r)(2) |
| ISO 7866 | 1999 | International Organization for Standardization | Gas Cylinders–Refillable Seamless Aluminum Alloy Gas Cylinders--Design, Construction and Testing | 49 CFR 178.71(h) |
| ISO 8115 | 1986 | International Organization for Standardization | Cotton bales—Dimensions and density | 49 CFR 171.7 |
| ISO 9809-1 | 1999 | International | Gas Cylinders-- | 49 CFR 178.71(g)(1) |

| | | | | |
|---|---|---|---|---|
| | | Organization for Standardization | Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 1: Quenched and Tempered Steel Cylinders with Tensile Strength less than 1 100 MPa | |
| ISO 9809-2 | 2000 | International Organization for Standardization | Gas Cylinders–Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 2: Quenched and Tempered Steel Cylinders with Tensile Strength Greater than or Equal to 1 100 MPa | 49 CFR 178.71(g)(2) |
| ISO 9809-3 | 2000 | International Organization for Standardization | Gas Cylinders–Refillable Seamless Steel Gas Cylinders--Design, Construction and Testing--Part 3: Normalized Steel Cylinders | 49 CFR 178.71(g)(3) |
| ISO 9978 | 1992 | International Organization for Standardization | Sealed Radioactive Sources–Leak Test Methods | 49 CFR 173.469(a)(4)(ii) |
| ISO 10297 | 1999 | International Organization for Standardization | Gas cylinders–Refillable gas cylinder valves–Specification and type testing | 49 CFR 173.301b(c)(1) |
| ISO 10461 (pdf) ISO 10461 (html) | 2005 | International Organization for Standardization | Seamless Aluminum Alloy Gas Cylinders–Inspection and Testing | 49 CFR 180 |
| ISO 10462 (pdf) ISO 10462 (html) | 2005 | International Organization for Standardization | Transportable Cylinders for Dissolved Acetylene | 49 CFR 180 |
| ISO 11114-1 | 1997 | International Organization for Standardization | Transportable gas cylinders–Compatibility of cylinder and valve materials with gas contents–Part 1: Metallic materials | 49 CFR 173.301b(a)(2) |
| ISO 11114-2 | 2000 | International Organization for Standardization | Transportable gas cylinders–Compatibility of cylinder and valve materials with gas contents–Part 2: Non-metallic materials | 49 CFR 173.301b(a)(2) |

| | | | | |
|---|---|---|---|---|
| ISO 11117 | 1998 | International Organization for Standardization | Gas cylinders--Valve protection caps and valve guards for industrial and medical gas cylinders–Design, construction and tests | 49 CFR 173.301b(c)(2)(ii) |
| ISO 11118 | 1999 | International Organization for Standardization | Gas cylinders–Non-refillable metallic gas cylinders--Specification and test methods | 49 CFR 178.71(i) |
| ISO 11119-1 | 2002 | International Organization for Standardization | Gas cylinders–Gas cylinders of composite construction–Specification and test methods–Part 1: Hoop-wrapped composite gas cylinders | 49 CFR 171.7 |
| ISO 11119-2 | 2002 | International Organization for Standardization | Gas cylinders—Gas cylinders of composite construction—Specification and test methods—Part 2: Fully wrapped fibre reinforced composite gas cylinders with load-sharing metal liners | 49 CFR 171.7 |
| ISO 11119-3 | 2002 | International Organization for Standardization | Gas cylinders of composite construction–Specification and test methods–Part 3: Fully wrapped fibre reinforced composite gas cylinders with non-load-sharing metallic or non-metallic liners | 49 CFR 171.7 |
| ISO 11120 | 1999 | International Organization for Standardization | Gas cylinders–Refillable seamless steel tubes of water capacity between 150 L and 3000 L–Design, construction and testing | 49 CFR 178.71(j) |
| ISO 11621 | 1997 | International Organization for Standardization | Gas cylinders--Procedures for change of gas service | 49 CFR 173.301b(a)(2) |
| ISO 11623 (pdf) ISO 11623 (html) | 2002 | International Organization for Standardization | Periodic Inspection and Testing of Composite Gas Cylinders | 49 CFR 180 |
| ISO 11660-1 (pdf) ISO 11660-1 | 2008 | International Organization for | Cranes: Access, Guards and Restraints: | 29 CFR 1926 |

| | | | | |
|---|---|---|---|---|
| (html) | | Standardization | General | |
| ISO 11660-2 (pdf) ISO 11660-2 (html) | 1994 | International Organization for Standardization | Cranes: Access, Guards and Restraints: Mobile Cranes | 29 CFR 1926 |
| ISO 11660-3 (pdf) ISO 11660-3 (html) | 2008 | International Organization for Standardization | Cranes: Access, Guards and Restraints: Tower Cranes | 29 CFR 1926 |
| ISO 14230-4 | 2000 | International Organization for Standardization | Road Vehicles–Diagnostic Systems | 40 CFR 1048.110(g)(2) |
| ISO 18902 (pdf) ISO 18902 (html) | 2001 | International Organization for Standardization | Photographic Processed Films, Plates, and Papers | 36 CFR 1237 |
| ISO 18906 (pdf) ISO 18906 (html) | 2000 | International Organization for Standardization | Photographic Films–Specifications for Safety Film | 36 CFR 1237 |
| ITU-R M-493-11 | 2004 | International Telecommunication Union | Digital Selective-calling System for Use in the Maritime Mobile Service, with Annexes 1 and 2 | 47 CFR 80.1101(c)(2)(ii) |
| ITU-R M-541-8 | 1997 | International Telecommunication Union | Operational Procedures for the Use of Digital Selective-Calling Equipment in the Maritime Mobile Service | 47 CFR 80.1101(c)(4)(iii) |
| ITU-R M-541-9 | 2004 | International Telecommunication Union | Operational Procedures for the Use of Digital Selective-Calling Equipment in the Maritime Mobile Service | 47 CFR 80.1101(c)(2)(iii) |
| ITU-R M-628-3 | 1994 | International Telecommunication Union | Technical Characteristics for Search and Rescue Radar Transponders | 47 CFR 80.1101(c)(6)(ii) |
| ITU-R M-632-3 | 1997 | International Telecommunication Union | Transmission Characteristics of a Satellite Emergency Position Indicating Radio Beacon | 47 CFR 80.1101(c)(11)(iii) |
| ITU-R M-633-3 | 2004 | International Telecommunication Union | Transmission characteristics of a satellite emergency position-indicating radiobeacon system operating through a low polar-orbiting satellite system | 47 CFR 80.1101(c)(5)(iii) |
| ITU-R M-1371-1 | 2001 | International | Technical | 47 CFR 80.1101(c)(12)(i) |

| | | | | |
|---|---|---|---|---|
| | | Telecommunication Union | Characteristics for a Universal Shipborne Automatic Identification System Using Time Division Multiple Access | |
| ITU-T E.161 | 2001 | International Telecommunication Union | Arrangement of Digits, Letters and Symbols on Telephones and Other Devices that Can Be Used for Gaining Access to a Telephone Network | 47 CFR 80.1101(b)(2) |
| ITU-T E.164.1 | 2008 | International Telecommunication Union | Numbering Plan of the International Telephone Service | 47 CFR 80.1101(b)(3) |
| LACHAT 10-204 | 2008 | Lachat Instruments | Digestion and Distillation of Total Cyanide in Drinking and Wastewaters | 40 CFR 136.3(a) Table IB |
| STEAM | 1917 | Commonwealth of Massachusetts | District Police Steam Boiler Rules | |
| MSS SP-44 | 1996 | Manufacturers Standardization Society | Steel Pipe Line Flanges | 46 CFR 56.01-2 |
| MSS SP-75 | 2004 | Manufacturers Standardization Society | Specification for High-Test Wrought Butt Welding Fittings | 49 CFR 118(a) |
| NACE RP-0502 | 2002 | National Association of Corrosion Engineers | Pipeline External Corrosion Direct Assessment Methodology | 49 CFR 192.925(b)(3) |
| NACM | 2003 | National Association of Chain Manufacturers | Welded Steel Chain Specifications | 49 CFR 393.104(e)(2) |
| NAS | 1972 | National Academy of Sciences | Food Chemicals Codex (1972) | 21 CFR 701.3(c)(2)(iv) |
| NAS | 1996 | National Academy of Sciences | Food Chemicals Codex (1996) | 21 CFR 184 |
| NAS | 2011 | National Academy of Sciences | Prudent Practices in the Laboratory: Handling and Disposal of Chemicals | 42 CFR 52b.12(c)(6) |
| NCASI 98-01 | 1998 | National Council of the Paper Industry for Air and Stream Improvements | Chilled Impinger Method For Use At Wood Products Mills to Measure Formaldehyde, Methanol, and Phenol | 40 CFR 63, Subpart DDDD |
| NCASII 94-03 | 2002 | National Council of the Paper Industry for Air | Methanol in Process Liquids by Gas | 40 CFR 63.457(c)(3)(ii) |

| | | | | |
|---|---|---|---|---|
| | | and Stream Improvements | Chromatography/Flame Ionization Detection | |
| NCASI A105 | 2001 | National Council of the Paper Industry for Air and Stream Improvements | Impinger Source Sampling Method for Selected Aldehydes, Ketones, and Polar Compounds | 40 CFR 63, Subpart DDDD |
| NCASI 99-02 | 2002 | National Council of the Paper Industry for Air and Stream Improvements | Impinger/Canister Source Sampling Method For Selected HAPs and Other Compounds at Wood Products Facilities | 40 CFR 63, Subpart DDDD |
| NCCA | 2011 | National Cotton Council of America | Specifications for Cotton Bale Packaging Material | 7 CFR 1427.5(b)(10) |
| UCC | 2002 | National Conference of Commissioners on Uniform State Laws | 2002 Official Text and Comments, Sections 8–102 and 8-103 | 17 CFR 270.17f-4(c)(1) |
| UCC | 2002 | National Conference of Commissioners on Uniform State Laws | 2002 Official Text and Comments, Sections 8–501 through 8–511 | 17 CFR 270.17f-4(c)(1) |
| NCUTLO | 1969 | National Committee on Uniform Traffic Laws and Ordinances | Uniform Vehicle Code and Model Ordinance | 41 CFR 50-204.75 |
| NFPA 10 (pdf) NFPA 10 (html) NFPA 10 (svg) | 2002 | National Fire Protection Association | Standard for Portable Fire Extinguishers | 29 CFR 1915 |
| NFPA 11 (pdf) NFPA 11 (html) | 2005 | National Fire Protection Association | Standard for Foam | 29 CFR 1915 |
| NFPA 12 (pdf) NFPA 12 (html) | 2005 | National Fire Protection Association | Standard for Carbon Dioxide Extinguishing Systems | 29 CFR 1915 |
| NFPA 13 | 2002 | National Fire Protection Association | Standard for the Installation of Sprinkler Systems | 36 CFR 1234.12(i) |
| NFPA 25 (pdf) NFPA 25 (html) | 2002 | National Fire Protection Association | Standard for Water-Based Fire Protection Systems | 29 CFR 1915 |
| NFPA 30 (pdf) NFPA 30 (html) | 2003 | National Fire Protection Association | Flammable and Combustible Liquids Code | 49 CFR 192 |
| NFPA 54 (pdf) NFPA 54 (html) NFPA 54 (svg) | 2002 | National Fire Protection Association | National Fuel and Gas Code | 24 CFR 3280 |
| NFPA 58 (pdf) NFPA 58 (html) | 2001 | National Fire Protection Association | Standard for Liquefied Petroleum Gases | 49 CFR 173 |
| NFPA 58 | 2004 | National Fire Protection | Standard for the | 49 CFR 192.11(b) |

| | | | | |
|---|---|---|---|---|
| | | Association | Storage and Handling of Liquefied Petroleum Gases | |
| NFPA 59 | 2004 | National Fire Protection Association | Standard for the Storage and Handling of Liquefied Petroleum Gases at Utility Gas Plants | 49 CFR 192.11(b) |
| NFPA 72 (pdf) NFPA 72 (html) NFPA 72 (svg) | 2002 | National Fire Protection Association | National Fire Alarm Code | 29 CFR 1915 |
| NFPA 99 | 2005 | National Fire Protection Association | Standard for Health Care Facilities | 38 CFR 51.200(b)(4) |
| NFPA 101 (pdf) NFPA 101 (html) | 2000 | National Fire Protection Association | Life Safety Code | 59 CFR 130 |
| NFPA 704 | 2007 | National Fire Protection Association | Standard System for the Identification of the Hazards of Materials for Emergency Response | 6 CFR 27.204(a)(2) |
| NFPA DUST | 1957 | National Fire Protection Association | Report of Important Dust Explosions | |
| NFPA HOST | 1953 | National Fire Protection Association | Handling Hose and Ladders | |
| NFPA 70 | 2005 | National Fire Protection Association | National Electrical Code | 49 CFR 192.189(c) |
| NACHA | 2005 | National Automated Clearing House Association | A Complete Guide to the Rules Governing the ACH Network | 45 CFR 162.920 |
| ISS-MCB | 2011 | International Space Station Multilateral Coordination Board | International Docking Standard | 1 Code of Intergalactic Regulations 32 |
| NCRP 33 | 1968 | National Council on Radiation Protection and Measurement | Medical X-ray and Gamma-Ray Protection for Energies Up to 10 MeV–Equipment Design and Use | 42 CFR 37.43 |
| NCRP 48 | 1976 | National Council on Radiation Protection and Measurement | Medical Radiation Protection for Medical and Allied Health Personnel | 42 CFR 37.43 |
| NCRP 49 | 1976 | National Council on Radiation Protection and Measurement | Structural Shielding Design and Evaluation for Medical Use of X-Rays and Gamma-Rays up to 10 MeV | 42 CFR 37.43 |
| NEMA MG-1 | 2009 | National Electrical Manufacturers Association | Motors and Generators | 10 CFR 431 |

| | | | | |
|---|---|---|---|---|
| NSF 61 (pdf)<br>NSF 61 (html) | 2001 | National Sanitation Foundation | Drinking Water System Components--Health Effects | 24 CFR 3280 |
| OECD 404 | 2002 | Organization for Economic Cooperation and Development | Guideline for Testing of Chemicals, Acute Dermal Irritation/Corrosion | 49 CFR 173.137 |
| OECD C93 | 1974 | Organization for Economic Cooperation and Development | Green List of Wastes | 40 CFR 262.89(e) |
| OR REG | 1975 | State of Oregon | Oregon Grade Standards Hazelnuts in Shell | 7 CFR 982.45(a) |
| ORION | 1970 | ORION Research Incorporated | Residual Chlorine Electrode Model 97-70 | 40 CFR 136.3(a) Table IB |
| PCI MNL-121 | 1977 | Precast/Prestressed Concrete Institute | Manual for Structural Design of Architectural Precast Concrete | 24 CFR 200, Subpart S |
| PCI MNL-117-77 | 1977 | Precast/Prestressed Concrete Institute | Manual for Quality Control for Plants and Production of Architectural Precast Concrete Products | 24 CFR 200, Subpart S |
| PCSA 1 | 1968 | Power Crane and Shovel Association | Mobile Crane and Excavator Standards | 29 CFR 1926.602(b)(3) |
| PCSA 2 | 1968 | Power Crane and Shovel Association | Mobile Hydraulic Crane Standards | 29 CFR 1926.602(b)(3) |
| PCSA 3 | 1969 | Power Crane and Shovel Association | Mobile Hydraulic Excavator Standards | 29 CFR 1926.602(b)(3) |
| PPI TR-3 | 2004 | Plastics Pipe Institute | Policies and Procedures for Developing Hydrostatic Design Bases (HDB), Pressure Design Bases (PDB), and Minimum Required Thermoplastic Piping Materials | 49 CFR 192.121 |
| RTCM C071 | 1995 | Radio Technical Commission for Maritime Services | Recommended Standards for Marine Radar Equipment Installed on Ships of Less Than 300 Tons Gross Tonnage | 33 CFR 164.72(a)(1)(i)(B) |
| RTCM C191 | 1993 | Radio Technical Commission for Maritime Services | Recommended Standards for Marine Radar Equipment Installed on Ships of 300 Tons Gross Tonnage and Upwards | 33 CFR 164.72(a)(1)(iii)(B) |

| | | | | |
|---|---|---|---|---|
| SAE Paper 770141 | 1977 | Society of Automotive Engineers | Optimization of a Flame Ionization Detector for Determination of Hydrocarbon in Diluted Automotive Exhausts | 40 CFR 1065.360(c) |
| SAE J4C | 1965 | Society of Automotive Engineers | Motor Vehicle Seat Belt Assembly | 29 CFR 1928.51(b)(2)(ii) |
| SAE J30 | 1998 | Society of Automotive Engineers | Fuel and Oil Hoses | 40 CFR 1051.501(c)(2) |
| SAE J166 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Off-Highway Trucks and Wagons | 29 CFR 1926.602(a)(4) |
| SAE J166 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Brake Systems for Off-Highway Trucks and Wagons | 29 CFR 1926.602(a)(4) |
| SAE J167 | 1970 | Society for Automotive Engineering | Protective Frame with Overhead Protection | 29 CFR 1926.1003(g) |
| SAE J167 | 1974 | Society of Automotive Engineers | Protective Frame with Overhead Protection | 30 CFR 77.403-1(d)(1)(v) |
| SAE J168 | 1970 | Society for Automotive Engineering | Protective Enclosures--Test Procedures and Performance Requirements | 29 CFR 1926.1002(a)(5)(i) |
| SAE J185 | 1988 | Society of Automotive Engineers | Recommended Practice for Access Systems for Off-Road Machines | 29 CFR 1910.266(f)(5)(i) |
| SAE J186A | 1977 | Society of Automotive Engineers | Supplemental High Mounted Stop and Rear Turn Signal Lamps | 49 CFR 571.108 |
| SAE J211-1 (pdf) SAE J211-1 (html) | 1995 | Society of Automotive Engineers | Instrumentation for Impact Test | 49 CFR 571 |
| SAE J211 | 1971 | Society of Automotive Engineers | Instrumentation for Impact Tests | 49 CFR 571.222 S6.6.2 |
| SAE J222 | 1970 | Society of Automotive Engineers | Parking Lamps (Position Lamps) | 49 CFR 571.108 S5.1.1.6 |
| SAE J231 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Falling Object Protective Structures (FOPS) | 30 CFR 77.403(a) |
| SAE J231 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Falling Object Protective | 30 CFR 77.403(a) |

| | | | | |
|---|---|---|---|---|
| | | | Structures (FOPS) | |
| SAE J231 | 1981 | Society of Automotive Engineers | Minimum Performance Criteria for Falling Object Protective Structures (FOPS) | 29 CFR 1910.266(f)(3)(iii) |
| SAE J236 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Rubber Tire Self-Propelled Graders | 29 CFR 1926.602(a)(4) |
| SAE J237 | 1971 | Society for Automotive Engineering | Minimum Performance Criteria for Brake Systems for Off-Highway Rubber-Tired Front End Loaders and Dozers | 29 CFR 1926.602(a)(4) |
| SAE J244 | 1983 | Society for Automotive Engineering | Recommend Practice for Measurement of Intake Air or Exhaust Gas Flow of Diesel Engines | 40 CFR 92.108(a)(3) |
| SAE J319 | 1971 | Society of Automotive Engineers | Minimum Performance Criteria for Brake Systems for Off-Highway Rubber-Tired Self-Propelled Scrapers | 29 CFR 1926.602(a)(4) |
| SAE J320 | 1972 | Society for Automotive Engineering | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Self-Propelled Scrapers | 29 CFR 1926.1001(h) |
| SAE J320A | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Self-Propelled Scrapers | 30 CFR 77.403-1(d)(1)(i) |
| SAE J321 | 1970 | Society of Automotive Engineers | Fenders for Pneumatic-Tired Earthmoving Haulage Equipment | 29 CFR 1926.602(a)(5) |
| SAE J333 | 1970 | Society for Automotive Engineering | Operation Protection for Wheel-Type Agricultural and Industry Tractors | 29 CFR 1926.602(a)(2) |
| SAE J334 | 1968 | Society of Automotive Engineers | Protective Frame Test Procedures and Performance Requirements | 30 CFR 77.403-1(d)(1)(vi) |
| SAE J334 | 1970 | Society for Automotive Engineering | Protective Frame Test Procedures and Performance | 30 CFR 77.403-1(d)(1)(vi) |

| | | | | |
|---|---|---|---|---|
| | | | Requirements | |
| SAE J386 | 1969 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 29 CFR 1926.602(a)(2) |
| SAE J386 | 1985 | Society for Automotive Engineering | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 56.14130(h) |
| SAE J386 | 1993 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 56.14130(h) |
| SAE J386 | 1997 | Society of Automotive Engineers | Operator Restraint Systems for Off-Road Work Machines | 30 CFR 57.14131(c) |
| SAE J387 (pdf) SAE J387 (html) | 1987 | Society of Automotive Engineers | Terminology: Motor Vehicle Lighting | 49 CFR 571 |
| SAE J394 | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Rubber-Tired Front End Loaders and Rubber-Tired Dozers | 30 CFR 77.403-1(d)(1)(ii) |
| SAE J394 | 1972 | Society of Automotive Engineers | Minimum Performance Criteria for Rollover Protective Structures for Wheeled Front-End Loaders and Wheeled Dozers | 30 CFR 77.403-1(d)(1)(ii) |
| SAE J395 | 1969 | Society of Automotive Engineers | Minimum Performance Criteria for Roll-Over Protective Structures for Crawler Tractors and Crawler-Type Loaders | 30 CFR 77.403-1(d)(1)(iii) |
| SAE J396 | 1972 | Society for Automotive Engineering | Minimum Performance Criteria for Roll-Over Protective Structures for Motor Graders | 30 CFR 77.403-1(d)(1)(iv) |
| SAE J397 | 1969 | Society of Automotive Engineers | Deflection Limiting Volume-Protective Structures Laboratory Evaluation | 29 CFR 1926.1001(f)(1)(ii) |
| SAE J397 | 1988 | Society of Automotive Engineers | Deflection Limiting Volume-Protective Structures Laboratory Evaluation | 29 CFR 1910.266(f)(3)(iv) |
| SAE J429 | 1971 | Society for Automotive Engineering | Mechanical and Quality Requirements for Externally Threaded Fasteners | 30 CFR 77.403-1(d)(2)(iii)(B) |
| SAE J429 | 1983 | Society of Automotive | Mechanical and | 46 CFR 58.30-15(c) |

| | | | | |
|---|---|---|---|---|
| | | Engineers | Quality Requirements for Externally Threaded Fasteners | |
| SAE J429D | 1967 | Society of Automotive Engineers | Mechanical and Quality Requirements for Externally Threaded Fasteners | 30 CFR 77.403-1(d)(2)(iii)(B) |
| SAE J449a | 1963 | Society of Automotive Engineers | Surface Texture Control | 49 CFR 581.6(b)(1) |
| SAE J476a | 1961 | Society of Automotive Engineers | Dryseal Pipe Threads | 49 CFR 393.67(c)(3) |
| SAE J527 | 1967 | Society of Automotive Engineers | Brazed Double Wall Low Carbon Steel Tubing | 49 CFR 571.116 S6.13.3(b) |
| SAE J533 | 1972 | Society of Automotive Engineers | Flares for Tubing | 24 CFR 3280.703 |
| SAE J557 | 1968 | Society of Automotive Engineers | High Tension Ignition Cable | 33 CFR 183.440(a) |
| SAE J565 | 1969 | Society of Automotive Engineers | Semi-Automatic Headlamp Beam Switching Devices | 49 CFR 571.108 S5.5.1 |
| SAE J566 | 1960 | Society of Automotive Engineers | Headlamp Mountings | 49 CFR 571.108 |
| SAE J571 | 1976 | Society of Automotive Engineers | Dimensional Specification for Sealed Beam Headlamp Units | 49 CFR 571.108 |
| SAE J573d (pdf) SAE J573d (html) | 1968 | Society of Automotive Engineers | Requirements for Lamp Bulbs and Sealed Units | 49 CFR 571 |
| SAE J575 | 1970 | Society of Automotive Engineers | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.108 S6.1 |
| SAE J575 | 1983 | Society for Automotive Engineering | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.131 S6.2.3 |
| SAE J575 | 1988 | Society of Automotive Engineers | Test for Motor Vehicle Lighting Devices and Components | 49 CFR 571.108 S7.5.8.3(e) |
| SAE J576 | 1970 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts, such as Lenses and Reflectors, of Motor Vehicle Lighting Devices | 49 CFR 571.108 S6.2 |
| SAE J576 (pdf) SAE J576 (html) | 1991 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts | 49 CFR 571 |
| SAE J576B | 1966 | Society of Automotive Engineers | Plastic Materials for Use in Optical Parts, | 49 CFR 571.108 S6.2 |

| | | | | |
|---|---|---|---|---|
| | | | such as Lenses and Reflectors, of Motor Vehicle Lighting Devices | |
| SAE J578 (pdf) SAE J578 (html) | 1995 | Society of Automotive Engineers | Color Specifications for Electric Signal Lighting Devices | 49 CFR 571.403 |
| SAE J584 | 1964 | Society of Automotive Engineers | Motorcycle and Motor Driven Cycle Headlamps | 49 CFR 571.108 S7.9.1(a) |
| SAE J584 (pdf) SAE J584 (html) | 1993 | Society of Automotive Engineers | Requirements for Motorcycle Headlamps | 49 CFR 571 |
| SAE J585 | 1970 | Society for Automotive Engineering | Tail Lamps (Rear Position Lamps) for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.8 |
| SAE J585 | 1977 | Society for Automotive Engineering | Tail Lamps (Rear Position Lamps) for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.1.1.6 |
| SAE J585 | 2000 | Society of Automotive Engineers | Tail Lamps (Rear Position Light) | 49 CFR 571.108 S6.1 |
| SAE J586 | 1970 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.3(b) |
| SAE J586 | 1984 | Society for Automotive Engineering | Stop Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S6.1 |
| SAE J586 | 2000 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S6.1 |
| SAE J586B | 1966 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles Less than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.3(a) |
| SAE J587 (pdf) SAE J587 (html) | 1981 | Society of Automotive Engineers | License Plate Lamps (Rear Registration Lamps) | 49 CFR 571 |
| SAE J588 | 1970 | Society for Automotive Engineering | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.1.1.1 |
| SAE J588 | 1970 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles | 49 CFR 571.108 S5.8.4(b) |

| | | | | |
|---|---|---|---|---|
| | | | Less Than 2032 mm in Overall Width | |
| SAE J588 (pdf) SAE J588 (html) | 1984 | Society of Automotive Engineers | Requirements for Turn Signal Lamps | 49 CFR 571 |
| SAE J588 | 2000 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 393.25(c) |
| SAE J588D | 1966 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles Less Than 2032 mm in Overall Width | 49 CFR 571.108 S5.8.4(a) |
| SAE J592 | 1972 | Society of Automotive Engineers | Clearance, Side Marker and Identification Lamps | 49 CFR 571.108 Table III |
| SAE J592 (pdf) SAE J592 (html) | 1992 | Society of Automotive Engineers | Clearance, Side Marker, and Identification Lamps | 49 CFR 571 |
| SAE J593C | 1968 | Society of Automotive Engineers | Back-up Lamps | 49 CFR 571.108 |
| SAE J594f (pdf) SAE J594f (html) | 1977 | Society of Automotive Engineers | Requirements for Reflex Reflectors | 49 CFR 571 |
| SAE J599 | 1997 | Society of Automotive Engineers | Lighting Inspection Code | 49 CFR 581.5(c)(1) |
| SAE J602 (pdf) SAE J602 (html) | 1980 | Society of Automotive Engineers | Mechanically Aimable Sealed Beam Headlamps | 49 CFR 571 |
| SAE J743A | 1964 | Society of Automotive Engineers | Tractor Mounted Side Boom | 29 CFR 1926.550(a)(18) |
| SAE J759 (pdf) SAE J759 (html) | 1995 | Society of Automotive Engineers | Lighting Identification Code | 49 CFR 571 |
| SAE J800C | 1973 | Society of Automotive Engineers | Recommended Practice, Motor Vehicle Seat Belt Installations | 49 CFR 571.209 |
| SAE J826 | 1962 | Society of Automotive Engineers | Devices for Use in Defining and Measuring Vehicle Seating Accommodations | 49 CFR 571.3(b) |
| SAE J826 | 1980 | Society for Automotive Engineering | Devices for Use in Defining and Measuring Vehicle Seating Accommodations | 49 CFR 571.214 S12.1.3(b)(1) |
| SAE J826 (pdf) SAE J826 (html) | 1995 | Society of Automotive Engineers | Defining and Measuring Vehicle Seating Accommodation | 49 CFR 571 |
| SAE J839 | 1991 | Society of Automotive Engineers | Passenger Car Side Door Latch System | 49 CFR 571.206 |

| | | | | |
|---|---|---|---|---|
| SAE J839B | 1965 | Society of Automotive Engineers | Passenger Car Side Door Latch System | 49 CFR 571.201 |
| SAE J845 | 1997 | Society of Automotive Engineers | Optical Warning Devices for Authorized Emergency, Maintenance and Service Vehicles | 49 CFR 393.25(e) |
| SAE J887 | 1964 | Society of Automotive Engineers | School Bus Red Signal Lamps | 49 CFR 571.108 |
| SAE J902A | 1967 | Society of Automotive Engineers | Passenger Car Windshield Defrosting Systems | 49 CFR 571.103 |
| SAE J934 | 1965 | Society of Automotive Engineers | Recommended Practice for Vehicle Passenger Door Hinge Systems | 49 CFR 571.206 |
| SAE J942 | 1965 | Society of Automotive Engineers | Passenger Car Windshield Washer System | 49 CFR 571.104 |
| SAE J944 | 1980 | Society for Automotive Engineering | Steering Control System-Passenger Car-Laboratory Test Procedure | 49 CFR 571.203 S5.1(a) |
| SAE J945 | 1966 | Society of Automotive Engineers | Vehicular Hazard Warning Signal Flashers | 49 CFR 571.108 Table I |
| SAE J959 | 1966 | Society of Automotive Engineers | Lifting Crane Wire-Rope Strength Factors | 29 CFR 1926.550(a)(7)(vi) |
| SAE J964 | 1984 | Society for Automotive Engineering | Test Procedure for Determining Reflectivity of Rear View Mirrors | 49 CFR 571.111 |
| SAE J972 | 1966 | Society of Automotive Engineers | Moving Barrier Collision Test | 49 CFR 571.105 |
| SAE J995 | 1967 | Society of Automotive Engineers | Mechanical and Quality Requirements for Steel Nuts | 30 CFR 77.403-1(d)(2)(iii)(B) |
| SAE J995 | 1971 | Society of Automotive Engineers | Mechanical and Quality Requirements for Steel Nuts | 30 CFR 77.403-1(d)(2)(iii)(B) |
| SAE J1040 | 1994 | Society of Automotive Engineers | Performance Criteria for Rollover Protective Structures (ROPS) for Construction, Earthmoving, Forestry and Mining Machines | 30 CFR 56.14130(b)(1) |
| SAE J1063 | 1993 | Society of Automotive Engineers | Cantilevered Boom Crane Structures--Method of Test | 29 CFR 1926.1433(c) |
| SAE J1100 | 1984 | Society for Automotive | Motor Vehicle | 49 CFR 571.3(b) |

| | | | | |
|---|---|---|---|---|
| | | Engineering | Dimensions | |
| SAE J1100 (pdf) SAE J1100 (html) | 2001 | Society of Automotive Engineers | Motor Vehicle Dimensions | 49 CFR 571 |
| SAE J1127 | 1980 | Society for Automotive Engineering | Battery Cable | 33 CFR 183.430(a)(2)(ii) |
| SAE J1128 | 1975 | Society of Automotive Engineers | Low Tension Primary Cable | 33 CFR 183.430(a)(2)(ii) |
| SAE J1133 | 1984 | Society for Automotive Engineering | School Bus Stop Arm | 49 CFR 571.131 S6.2.3 |
| SAE J1151 | 1991 | Society of Automotive Engineers | Methane Measurement Using Gas Chromatography | 40 CFR 86.111-94(b)(3)(vii) |
| SAE J1194 | 1983 | Society for Automotive Engineering | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 56.14130(h) |
| SAE J1194 | 1994 | Society of Automotive Engineers | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 56.14130(h) |
| SAE J1194 | 1999 | Society of Automotive Engineers | Roll-Over Protective Structures for Wheeled Agricultural Tractors | 30 CFR 57.14130(h) |
| SAE J1228 | 1991 | Society of Automotive Engineers | Small Craft-Marine Propulsion Engine and Systems-Power Measurements and Declarations | 40 CFR 91.115(a) |
| SAE J1292 | 1981 | Society of Automotive Engineers | Automobile, Truck, Truck-Tractor, Trailer, and Motor Coach Wiring | 49 CFR 393.28 |
| SAE J1318 | 1986 | Society of Automotive Engineers | Gaseous Discharge Warning Lamp for Authorized Emergency, Maintenance, and Service Vehicles | 49 CFR 393.25(e) |
| SAE J1383 (pdf) SAE J1383 (html) | 1985 | Society of Automotive Engineers | Performance Requirements for Motor Vehicle Headlamps | 49 CFR 571 |
| SAE J1395 (pdf) SAE J1395 (html) | 1985 | Society of Automotive Engineers | Turn Signal Lamps for Use on Motor Vehicles | 49 CFR 571 |
| SAE J1398 (pdf) SAE J1398 (html) | 1985 | Society of Automotive Engineers | Stop Lamps for Use on Motor Vehicles | 49 CFR 571 |
| SAE J1475 | 1984 | Society for Automotive Engineering | Hydraulic Hose Fittings for Marine Applications | 46 CFR 27.211(e)(2)(v)(B) |
| SAE J1527 | 1993 | Society of Automotive Engineers | Marine Fuel Hoses | 33 CFR 183.540(a) |
| SAE J1703 | 1983 | Society for Automotive | Motor Vehicle Brake | 49 CFR 571.116 |

| | | | | |
|---|---|---|---|---|
| | | Engineering | Fluid | S6.5.4.1 |
| SAE J1703 (pdf)<br>SAE J1703 (html) | 1995 | Society of Automotive Engineers | Motor Vehicle Brake Fluids | 49 CFR 571 |
| SAE J1733 (pdf)<br>SAE J1733 (html) | 1994 | Society of Automotive Engineers | Sign Convention for Vehicle Crash Testing | 49 CFR 572 |
| SAE J1817 | 2001 | Society of Automotive Engineers | Long Stroke Air Brake Actuator Marking | 49 CFR 393.47(e) |
| SAE J1850 | 1995 | Society of Automotive Engineers | Class B Data Communication Network Interface | 40 CFR 86.099-17(h)(1)(i) |
| SAE J1850 | 2001 | Society of Automotive Engineers | Class B Data Communication Network Interface | 40 CFR 86.1806-05(h)(1)(i) |
| SAE J1877 | 1994 | Society of Automotive Engineers | Recommended Practice for Bar-Coded Vehicle Identification Number Label | 40 CFR 86.095-35(h)(2)(i) |
| SAE J1892 | 1993 | Society of Automotive Engineers | Recommended Practice for Bar-Coded Vehicle Emission Configuration Label | 40 CFR 86.095-35(h)(2)(i) |
| SAE J1930 | 1993 | Society of Automotive Engineers | Electrical/Electronic Systems Diagnostic Terms, Definitions, Abbreviations, and Acronyms | 40 CFR 1039.135(c)(8) |
| SAE J1930 | 2002 | Society of Automotive Engineers | Electrical/Electronic Systems Diagnostic Terms, Definitions, Abbreviations, and Acronyms | 40 CFR 86.1806-05(h)(1)(v) |
| SAE J1937 | 1989 | Society of Automotive Engineers | Recommended Practice for Engine Testing with Low Temperature Charge Air Cooler Systems in a Dynamometer Test Cell | 40 CFR 86.1330-90(b)(5) |
| SAE J1962 | 1995 | Society of Automotive Engineers | Diagnostic Connector Equivalent to ISO/DIS | 40 CFR 86.094-17(h)(4) |
| SAE J1962 | 2002 | Society of Automotive Engineers | Diagnostic Connector Equivalent to ISO/DIS 15031 | 40 CFR 86.1806-05(h)(1)(iv) |
| SAE J1978 | 2002 | Society of Automotive Engineers | OBD II Scan Tool Equivalent to ISO/DIS 15031-4 | 40 CFR 86.1806-05(h)(1)(vi) |
| SAE J1979 | 2002 | Society of Automotive Engineers | E/E Diagnostic Test Modes | 40 CFR 86.1806-05(h)(1)(ii) |
| SAE J2009 (pdf) | 1993 | Society of Automotive | Discharge Forward | 49 CFR 571 |

| | | | | |
|---|---|---|---|---|
| SAE J2009 (html) | | Engineers | Lighting Systems | |
| SAE J2012 | 2002 | Society of Automotive Engineers | Diagnostic Trouble Code Definitions | 40 CFR 86.1806-04(h)(1)(iii) |
| SAE J2040 | 2002 | Society of Automotive Engineers | Tail Lamps (Rear Position Lamps) for Use on Vehicles 2032 mm or More in Overall Width | 9 CFR 393.25(c) |
| SAE J2260 | 1996 | Society of Automotive Engineers | Non-metallic Fuel System Tubing with One or More Layers | 40 CFR 1048.105(a)(2) |
| SAE J2261 | 2002 | Society of Automotive Engineers | Stop Lamps and Front- and Rear-Turn Signal Lamps for Use on Motor Vehicles 2032 mm or More in Overall Width | 49 CFR 393.25(c) |
| SAE J2534 | 2002 | Society of Automotive Engineers | Recommended Practice for Pass-Thru Vehicle Programming | 40 CFR 86.096-38(g)(17)(iv) |
| SCTE 26 | 2010 | Society of Cable Telecommunications Engineers | Home Digital Network Interface Specification with Copy Protection | 47 CFR 76.640(b)(4)(iii) |
| SCTE 28 | 2007 | Society of Cable Telecommunications Engineers | Host-POD Interface Standard | 47 CFR 15.123(b)(4) |
| SCTE 40 | 2004 | Society of Cable Telecommunications Engineers | Digital Cable Network Interface Standard (2004) | 47 CFR 15.123(b)(2) |
| SCTE 40 | 2011 | Society of Cable Telecommunications Engineers | Digital Cable Network Interface Standard (2011) | 47 CFR 15.123(b)(2) |
| SCTE 41 | 2011 | Society of Cable Telecommunications Engineers | POD Copy Protection System | 47 CFR 76.640(b)(2)(ii) |
| SCTE 54 | 2009 | Society of Cable Telecommunications Engineers | Digital Video Service Multiplex and Transport System Standard for Cable Television | 47 CFR 15.123(b)(3) |
| SCTE 65 | 2008 | Society of Cable Telecommunications Engineers | Service Information Delivered Out-of-Band for Digital Cable Television | 47 CFR 76.640(b)(1)(ii) |
| SEAC | 1996 | Structural Engineers Association of California | Recommended Lateral Force Requirements and Commentary including Errata | 42 CFR 52b.12(c)(5) |
| SJI | 1994 | Steel Joist Institute | Standard Specification Load Tables and | 24 CFR 3280.304(b)(1) |

| | | | | |
|---|---|---|---|---|
| | | | Weight Tables for Steel Joists and Joist Girders | |
| SMACCNA HVAC (pdf) SMACCNA HVAC (html) SMACCNA HVAC (svg) | 1985 | Sheet Metal and Air Conditioning Contractors National Association | SMACNA: HVAC Air Duct Leakage Test Manual | 10 CFR 434.403.2.9.3 |
| SMACCNA DUCT (pdf) SMACCNA DUCT (html) SMACCNA DUCT (svg) | 1995 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: HVAC Duct Construction Standards – Metal and Flexible (RS-34) | 10 CFR 434.403.2.9.3 |
| SMACCNA GLASS (pdf) | 1992 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: Fibrous Glass Duct Construction Standards (RS-36) | 10 CFR 434.403.2.9.3 |
| SMACCNA AIR (pdf) | 1978 | Sheet Metal and Air Conditioning Contractors National Association | SMACCNA: Energy Recovery Equipment and Systems, Air-to-Air | 10 CFR 440 Appendix A |
| NIST Handbook H-28 | 1942 | Department of Commerce | Handbook of Screw-Thread Standards for Federal Service | 49 CFR 178.45(f)(5)(ii) |
| DOD AFTO 11A-1-47 | 1988 | Department of Defense | Explosive Hazard Classification Procedures | 49 CFR 173.56(b)(2)(i) |
| FedSpec RR-C-901D | 2003 | Department of Transportation | Cylinders, Compressed Gas: High Pressure, Steel DOT 3AA, and Aluminum Applications | 49 CFR 173.302(b)(3) |
| RTCA 23-63 | 1963 | Radio Technical Commission for Aeronautics | Standard Adjustment Criteria for Airborne Localizer and Glide Slope Receivers | 14 CFR 91 App. A, 3(a)(1) |
| SNELL B-90 | 1998 | Snell Memorial Foundation | Standard for Protective Headgear for Use in Bicycling | 16 CFR 1203.53(a)(4) |
| SNELL B-95 | 1998 | Snell Memorial Foundation | Standard for Protective Headgear for Use in Bicycling | 16 CFR 1203.53(a)(7) |
| SRCC OG-300 | 2008 | Solar Rating and Certification Corporation | Operating Guidelines and Minimum Standards for Certifying Solar Water Heating Systems | 24 CFR 200.950(a)(1) |
| TPI | 1985 | Truss Plate Institute | Design Specifications for Metal Plate Connected Wood | 24 CFR 3280.304(b)(1) |

| | | | | |
|---|---|---|---|---|
| | | | Trusses | |
| TTMA RP-61 | 1998 | Truck Trailer Manufacturers Association | Performance of Manhole and/or Fill Opening Assemblies | 49 CFR 180.405(g)(2)(i) |
| TTMA RP-81 | 1997 | Truck Trailer Manufacturers Association | Performance of Spring Loaded Pressure Relief Valves | 49 CFR 178.345-10(b)(3)(i) |
| TTMA RP-107 | 1998 | Truck Trailer Manufacturers Association | Procedure for Testing In-Service Unmarked and/or Uncertified MC 306 and Non-ASME MC 312 Type Cargo Tank Manhole | 49 CFR 180.405(g)(2)(i) |
| UL 17 | 1988 | Underwriters Laboratories | Vent or Chimney Connector Dampers for Oil-Fired Appliances | 10 CFR 440 Appendix A |
| UL 38 | 1993 | Underwriters Laboratories | Standard for Manually Actuated Signaling Boxes for Use with Fire-Protective Signaling Systems | 46 CFR 161.002-4(b)(1) |
| UL 44 | 2002 | Underwriters Laboratories | Standard for Thermoset-Insulated Wire and Cable | 46 CFR 110.10-1 |
| UL 50 | 1995 | Underwriters Laboratories | Standard for Enclosures for Electrical Equipment | 46 CFR 111.81-1(d) |
| UL 62 | 1997 | Underwriters Laboratories | Standard for Flexible Cord and Fixture Wire | 46 CFR 110.10-1 |
| UL 127 | 1996 | Underwriters Laboratories | Factory-Built Fireplaces | 24 CFR 3280 |
| UL 142 (pdf) UL 142 (html) | 1968 | Underwriters Laboratories | Steel Above Ground Tanks for Flammable and Combustible Liquids | 49 CFR 1910 |
| UL 174 | 1989 | Underwriters Laboratories | Household Electric Storage Tank Water Heaters | 46 CFR 63.25-3(a) |
| UL 217 | 1993 | Underwriters Laboratories | Single and Multiple Station Smoke Detectors | 46 CFR 181.450(a)(1) |
| UL 486A | 1990 | Underwriters Laboratories | Wire Connections and Soldering Lugs for Use With Copper Conductors | 46 CFR 175.600 |
| UL 521 | 1993 | Underwriters Laboratories | Heat Detectors for Fire Protective Signaling Systems | 46 CFR 161.002-4(b)(1) |
| UL 727 | 1994 | Underwriters | Oil-Fired Central | 10 CFR 431.76(c)(1) |

| | | | | |
|---|---|---|---|---|
| | | Laboratories | Furnaces | |
| UL 746C | 1995 | Underwriters Laboratories | Polymeric Material–Use in Electrical Equipment Evaluations | 16 CFR 1211.10(e)(2) |
| UL 913 | 1988 | Underwriters Laboratories | Intrinsically Safe Apparatus and Associated Apparatus for Use in Class I, II, and III Division 1, Hazardous (Classified) Locations | 46 CFR 111.105-11(a) |
| UL 991 | 1995 | Underwriters Laboratories | Tests for Safety-Related Controls Employing Solid-State Devices | 16 CFR 1211.4(c) |
| UL 1042 | 1995 | Underwriters Laboratories | Electric Baseboard Heating Equipment | 24 CFR 3280.703 |
| UL 1072 | 1995 | Underwriters Laboratories | Standard for Medium-Voltage Power Cables | 46 CFR 111.60-1(e) |
| UL 1096 | 1986 | Underwriters Laboratories | Electrical Central Air Heating Equipment | 24 CFR 3280.703 |
| UL 1104 | 1983 | Underwriters Laboratories | Standard for Marine Navigation Lights | 46 CFR 120.420 |
| UL 1426 | 1986 | Underwriters Laboratories | Cables for Boats | 33 CFR 183.435(a)(4) |
| UL 1570 | 1995 | Underwriters Laboratories | Fluorescent Lighting Fixtures | 46 CFR 183.410(d) |
| UL 1571 | 1995 | Underwriters Laboratories | Incandescent Lighting Fixtures | 46 CFR 111.75-20(e) |
| UL 1572 | 1995 | Underwriters Laboratories | High Intensity Discharge Lighting Fixtures | 46 CFR 120.410(d) |
| UL 1574 | 1995 | Underwriters Laboratories | Track Lighting Systems | 46 CFR 111.75-20(e) |
| UL 1995 | 1995 | Underwriters Laboratories | Heating and Cooling Equipment, Second Edition, with 1999 revisions | 24 CFR 3280.4 |
| UN ECE | 1996 | United Nations Economic Commission of Europe | Uniform Provisions Concerning the Approval of Vehicles with Regard to the Installation of Lighting and Light-Signaling Devices | 49 CFR 571.108 |
| UN ESC | 2009 | United Nations Economic and Social Council | Recommendations on the Transport of Dangerous Goods, Manual of Tests and Criteria | 49 CFR 173.128(c)(3) |

| | | | | |
|---|---|---|---|---|
| UN ESC | 2005 | United Nations Economic and Social Council | Recommendations on the Transport of Dangerous Goods | 49 CFR 173.40(d)(2) |
| FAO 4 | 1995 | UN Food and Agriculture Organization | Requirements for the Establishment of Pest-free Areas | 7 CFR 319.56 |
| IAEA Circular 225 | 1999 | International Atomic Energy Agency | Physical Protection of Nuclear Material and Nuclear Facilities | 10 CFR 110.44(b)(1) |
| IAEA TS-R-1 | 2009 | International Atomic Energy Agency | Regulations for the Safe Transport of Radioactive Material | 49 CFR 171.23 |
| IMO Resolution A.264 | 1960 | International Maritime Organization | Amendment to Chapter VI of the International Convention for the Safety of Life at Sea | 46 CFR 172.015(a)(2) |
| IMO Resolution A.265 | 1973 | International Maritime Organization | Carriage of Grain | 46 CFR 170.135(a) |
| IMO Resolution A.342 | 1975 | International Maritime Organization | Recommendations on Performance Standards for Automatic Pilots | 33 CFR 164.13(d)(1) |
| IMO Resolution A.414 | 1979 | International Maritime Organization | Code for Construction and Equipment of Mobile Offshore Drilling Units | 33 CFR 143.207(c) |
| IMO Resolution A.520 | 1983 | International Maritime Organization | Code of Practice for the Evaluation, Testing and Acceptance of Prototype Novel Life-Saving Appliances and Arrangements | 46 CFR 108.105(c)(1) |
| IMO Resolution A.525 | 1983 | International Maritime Organization | Performance Standards for Narrow-band Direct Printing Telegraph Equipment for the Reception of Navigational and Meteorological Warnings | 47 CFR 80.1101(c)(1)(i) |
| IMO Resolution A.601 | 1987 | International Maritime Organization | Provision and Display of Manoeuvering Information on Board Ships | 33 CFR 157.450 |
| IMO Resolution A.649 | 1991 | International Maritime Organization | Code for the Construction and Equipment of Mobile Offshore Drilling Units (MODU Code) | 46 CFR 108.503 |
| IMO Resolution | 1989 | International Maritime | Graphical Symbols for | 46 CFR 109.563(a)(6) |

| | | | | |
|---|---|---|---|---|
| A.654 | | Organization | Fire Control Plans | |
| IMO Resolution A.657 | 1989 | International Maritime Organization | Instructions for Action in Survival Craft | 46 CFR 160.151-21(v)(3) |
| IMO Resolution A.658 | 1989 | International Maritime Organization | Use and Fitting of Retro-Reflective Materials on Life-Saving Appliances | 46 CFR 108.645(a)(4) |
| IMO Resolution A.662 | 1989 | International Maritime Organization | Performance Standards for Float-Free Release and Activation Arrangements for Emergency Radio Equipment | 47 CFR 80.1101(c)(11)(ii) |
| IMO Resolution A.664 | 1989 | International Maritime Organization | Performance Standards for Enhanced Group Call Equipment | 47 CFR 80.1101(c)(10) |
| IMO Resolution A.688 | 1991 | International Maritime Organization | Fire Test Procedures for Ignitability of Bedding Components | 46 CFR 116.405(j)(2) |
| IMO Resolution A.689 | 1996 | International Maritime Organization | Recommendation on Testing Life-Saving Appliances | 46 CFR 160.151-21(f) |
| IMO Resolution A.694 | 1991 | International Maritime Organization | General Requirements for Shipborne Radio Equipment Forming Part of the Global Maritime Distress and Safety System and for Electronic Navigational Aids | 47 CFR 80.1101(b)(1) |
| IMO Resolution A.700 | 1991 | International Maritime Organization | Performance Standards for Narrow-band Direct-printing Telegraph Equipment for the Reception of Navigational and Meteorological Warnings and Urgent Information to Ships | 47 CFR 80.1101(c)(4)(iv) |
| IMO Resolution A.739 | 1993 | International Maritime Organization | Guidelines for the Authorization of Organizations Acting on Behalf of the Administration | 33 CFR 96.440(a)(12) |
| IMO Resolution A.741 | 1993 | International Maritime Organization | International Management Code for the Safe Operation of Ships and for Pollution Prevention | 33 CFR 96.220(b) |

| | | | | |
|---|---|---|---|---|
| IMO Resolution A.744 | 1993 | International Maritime Organization | Guidelines on the Enhanced Program of Inspections During Surveys of Bulk Carriers and Oil Tankers | 33 CFR 157.430(a) |
| IMO Resolution A.751 | 1994 | International Maritime Organization | Interim Standards for Ship Manoeuverability | 33 CFR 157.445(a) |
| IMO Resolution A.753 | 1993 | International Maritime Organization | Guidelines for the Application of Plastic Pipe on Ships | 46 CFR 56.60-25(a) |
| IMO Resolution A.760 | 1993 | International Maritime Organization | Symbols Related to Life-Saving Appliances and Arrangements | 46 CFR 108.646(a) |
| IMO Resolution A.788 | 1995 | International Maritime Organization | Guidelines on Implementation of the International Safety Management (ISM) Code by Administrations | 33 CFR 96.320(c)(2) |
| IMO Resolution A.802 | 1995 | International Maritime Organization | Performance Standards for Survival Craft Radar Transponders for Use in Search and Rescue Operations | 47 CFR 80.1101(c)(6)(i) |
| IMO Resolution A.803 | 1995 | International Maritime Organization | Performance Standards for Shipborne VHF Radio Installations Capable of Voice Communication and Digital Selective Calling | 47 CFR 80.1101(c)(2)(i) |
| IMO Resolution A.804 | 1995 | International Maritime Organization | Performance Standards for Shipborne MF Radio Installations Capable of Voice Communication and Digital Selective Calling | 47 CFR 80.1101(c)(3)(i) |
| IMO Resolution A.806 | 1995 | International Maritime Organization | Performance Standards for Shipborne MF/HF Radio Installations Capable of Voice Communication, Narrow-Band Direct Printing and Digital Selective Calling | 47 CFR 80.1101(c)(4)(i) |
| IMO Resolution A.807 | 1995 | International Maritime Organization | Performance Standards for INMARSAT Standard-C | 47 CFR 80.1101(c)(9) |

| | | | | |
|---|---|---|---|---|
| | | | Ship Earth Stations Capable of Transmitting and Receiving Direct-Printing Communications | |
| IMO Resolution A.808 | 1995 | International Maritime Organization | Performance Standards for Ship Earth Stations Capable of Two-Way Communications | 47 CFR 80.1101(c)(8) |
| IMO Resolution A.809 | 1995 | International Maritime Organization | Performance Standards for Survival Craft Two-Way VHF Radiotelephone Apparatus | 47 CFR 80.1101(c)(7)(i) |
| IMO Resolution A.810 | 1995 | International Maritime Organization | Performance Standards for Float-free Satellite Emergency Position-Indicating Radio Beacons (EPIRBs) Operating on 406 MHz | 47 CFR 80.1101(c)(5)(i) |
| IMO Resolution A.812 | 1995 | International Maritime Organization | Performance Standards for Float-Free Satellite EPIRBs Operating Through the Geostationary INMARSAT Satellite System on 1.6 GHz | 47 CFR 80.1101(c)(11)(i) |
| USEC 651 | 1995 | United States Enrichment Corporation | Good Handling Practices for Uranium Hexafluoride | 49 CFR 173.417(a)(3)(i) |
| USPHS 934 | 1962 | U.S. Public Health Service | Food Service Sanitation Ordinance and Code | 29 CFR 1910.142(i)(1) |
| USPHS 956 | 1962 | U.S. Public Health Service | Drinking Water Standards | 46 CFR 160.026-4(a) |
| USPHS 934 | 1962 | U.S. Public Health Service | Food Service Sanitation Ordinance and Code | 29 CFR 1910.142(i)(1) |
| USPHS 9 | 2003 | U.S. Public Health Service | The Ships Medicine Chest and Medical Aid at Sea | 33 CFR 143.405(a)(15) |
| WCLIB R17 | 2004 | West Coast Lumber Inspection Bureau | Grading Rules for West Coast Lumber | 7 CFR 1728.201(f)(1)(i) |
| WHO | 1973 | World Health Organization | Laboratory Techniques in Rabies | 9 CFR 113.209(d)(3) |
| WIPO ST.25 | 2001 | World Intellectual Property Organization | Handbook on Industrial Property Information | 37 CFR 1.821(a)(1) |

| | | | | |
|---|---|---|---|---|
| | | | and Documentation | |
| WQA S-100 | 1985 | Water Quality Association | Water Softeners | 24 CFR 200, Subpart S |
| WQA S-200 | 1988 | Water Quality Association | Water Filters | 24 CFR 200, Subpart S |
| WQA S-300 | 1984 | Water Quality Association | Point-of-Use, Low Pressure Reverse Osmosis Drinking Water Systems | 24 CFR 200, Subpart S |
| WQA S-400 | 1986 | Water Quality Association | Point-of-Use Distillation Drinking Water Systems | 24 CFR 200, Subpart S |
| WSTDA T-1 | 2005 | Web Sling and Tiedown Association | Recommended Standard Specification for Synthetic Web Tiedowns | 49 CFR 393.104(e)(3) |

Last Updated: December 31, 2012

↑

Published by Public.Resource.Org

# EXHIBIT 19

EXHIBIT 57
Ashley Soevyn, CSR No. 12019
Date 2/27/15
Witness: MALAMUD

From: Kickstarter
Sent: Tue 10/01/2013 12:23 PM (GMT -7)
To: carl@media.org
Cc:
Bcc:
Subject: Project Update #1: Public Safety Codes of the World: Stand Up For Safety! by Carl Malamud, Public.Resource.Org

# Project Update #1: 106 New ASTM Standards Converted

Posted by Carl Malamud, Public.Resource.Org

The work we're doing to rekey standards is part of a long-standing process we've put in place, starting with the California building codes and moving on to over 1,000 standards so far that span the globe. Just today, I added HTML versions of 106 standards from ASTM to our directory of standards required by U.S. federal law. These standards are particularly important because many of these are out-of-date although still required by federal law and there are no readily available version of these documents on the net or in public libraries around the country.

You can really see the difference between the original HTML and the rekeyed HTML:

- A47 is the 1968 standard for Standard Specification for Malleable Iron Castings. It is required by law in the OSHA standards for storage and handling of anhydrous ammonia. Here's the PDF version. Compare that to the HTML version.
- The U.S. Coast Guard requires by law the use of ASTM A333: Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service. Here's the PDF version. Compare that to the HTML version.

One of the hopes as we move beyond the rekey stage is that we can do more than simply recover text, but can start adding true value. For example, rekeying the mathematical formulas into MATHML, adding section ID headers so you can permalink not only the standard but a subsection of the standard, and converting the graphics to vector format.

We'll have another 100 or so ASTM standards done in a couple of weeks, plus there is a queue of several hundreds standards from India that have been converted into HTML and are undergoing QA.

We do get some pushback from time to time from organizations that think legally-mandated standards shouldn't be made available, but we fight hard for our right to read, know, and speak the law. Read what our lead firm, the Electronic Frontier Foundation,

has to say in their post yesterday entitled "The Law Belongs To Everyone, We Tell Standards Organizations." Some of the best intellectual property lawyers in the United States are standing firmly with us on this fundamental right to know the laws by which we govern ourselves. I hope you'll stand with us. Thank you for your support.

**Care to comment?** View this update on Kickstarter →

Want to get these notifications straight to your iPhone?
Get the Kickstarter app for iPhone.

---

This is a copy of the email notification that your backers receive.

KICKSTARTER

# EXHIBIT 20

EXHIBIT 58
Ashley 2019
Date 2/27/15
Witness: MALAMUD

From: Kickstarter
Sent: Fri 10/25/2013 12:16 PM (GMT -7)
To: carl@media.org
Cc:
Bcc:
Subject: Project Update #8: Public Safety Codes of the World: Stand Up For Safety! by Carl Malamud, Public.Resource.Org

# Project Update #8: A Prayer for Our Democracy

Posted by Carl Malamud, Public.Resource.Org ♥ Like

ASCII to ASCII, disk to disk, data thou art and data thou shalt return.

Today, I published 130 more ASTM standards that have been rekeyed into HTML. We have posted a total of 328 ASTM files as scans from PDF and 256 are now available as open HTML. They are available for open access without restriction from our servers. These are a few of these laws with which we have chosen to govern ourselves:

- ASTM D86 (2007): Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure, as required by the EPA in 40 CFR 1065.710.
- ASTM D129 (1964): Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) as required by the EPA in 40 CFR 60.106(j)(2).
- ASTM D257 (1991): Standard Test Method for DC Resistance of Conductance of Insulating Materials as required by the Rural Utilities Service, Department of Agriculture at 7 CFR 1755.860(e)(5).
- ASTM D323 (1958): Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method) as required by OSHA in 29 CFR 1910.106(a)(30).
- ASTM D412 (1968): Standard Test Methods for Vulcanized Rubber and Thermoplastic Elastomers-Tension as required by the Food and Drug Administration in 21 CFR 801.410(d).
- ASTM D413 (1982): Standard Test Method for Rubber Property--Adhesion to Flexible Substrate as required by the Coast Guard in 46 CFR 160.055-3.
- ASTM D445 (1972): Standard Test Method for Kinematic Viscosity of Transparent and Opaque Liquids as required by the FDA in 21 CFR 177.1430(c)(2).
- ASTM D756 (1956): Standard Practice for Determination of Weight and Shape Changes of Plastics Under Accelerated Service



CFR 571.209 S5.2(b).

- ASTM D781 (1971): Standard Test Methods for Puncture and Stiffness of Paperboard and Corrugated and Solid Fiberboard as required by the Department of Housing and Urban Development in 24 CFR 3280.304(b)(1).
- ASTM D1056 (1973): Standard Specification for Flexible Cellular Materials Sponge or Expanded Rubber as required by the National Highway Safety Administration in 49 CFR 571.213.
- ASTM D2156 (1965): Method of Tests for Smoke Density in Flue Gases from Distillate Fuels as required by the Department of Energy in 10 CFR 430 Subpart B.
- ASTM D4268 (1993): Standard Test Method for Testing Fiber Ropes as required by the Coast Guard in 33 CFR 164.74(a)(3)(i).

The rule of law is the secular underpinning of our society. John Adams, in "A Dissertation on the Canon and the Feudal Law" said that for democracy to succeed, we must all know and speak the laws. He said:

*"Let the public disputations become researches into the grounds and nature and ends of government, and the means of preserving the good and demolishing the evil. Let the dialogues, and all the exercises, become the instruments of impressing on the tender mind, and of spreading and distributing far and wide, the ideas of right and the sensations of freedom.*

*In a word, let every sluice of knowledge be opened and set a-flowing."*

---

For our democracy to succeed, we must all be scanners. ASCII to ASCII, disk to disk. Data thou art and data thou shalt return.

When I started to publish federal law, I sent the ASTM and 9 other



I continue publishing the laws of our land. Let every sluice of knowledge be set a-flowing. Thanks for your support.

Like Comment on Kickstarter

[illegible]

Want to get these notifications straight to your iPhone?
**Get the Kickstarter app for iPhone.**