# EXHIBIT 21
# (FILED UNDER SEAL)

# EXHIBIT 22
# (FILED UNDER SEAL)

# EXHIBIT 23



# ASTM Standards, Regulations & Trade

Jeff Grove
VP – Global Policy & Industry Affairs
ASTM Washington Office

ASTM International / Russian Federal Agency on Technical Regulating and Metrology Coordinated Program, Orlando Florida



# Overview of ASTM International

- Organized in 1898. ASTM is the largest private sector standards development organization in world

- ASTM has a volume of 12,000 standards used worldwide by 90 industrial sectors ranging from fuels and materials to new areas such as nanotechnology

- Offices in U.S., Mexico, China and Brussels

2



# ASTM International & Trade

- ASTM meets World Trade Organization rules and commitments relating to international standards.

- Thousands of ASTM standards are used as the basis for technical regulations in the US, China, and at least 80 other countries worldwide.

- ASTM serves manufacturers and purchasers of strategic importance to Russia including petroleum, timber, steel, aluminum, nickel, inorganic chemicals, tourism, and 90 other industrial sectors.

4

# ASTM Complies with WTO

- WTO Technical Barriers to Trade (TBT) Review: Global debate concerning what is an "International" standard for trade & technical regulation?

- 2002 WTO Committee rendered a Decision and published document G/TBT/1/REV/1/REV 8 Section IX identifying principles for the development of international standards and rejected the premise that there is a list of recognized international SDOs

- ASTM develops international consensus standards in compliance with the WTO principles:

  - Transparency, Openness, Impartiality/Consensus, Effectiveness/Relevance, and Development dimension

5

# Why is WTO TBT is important?

- Recognizing international standards based on the TBT Decision is an official US position in the current US/Russia Bilateral Negotiation on WTO Accession

- When Russia's WTO Accession is completed, it will be party to the WTO TBT Agreement

- Utilizing ASTM standards in regulations and trade is globally recognized and TBT defensible

- To date, there has never been a WTO TBT dispute challenging the use of an ASTM standard in a regulatory or trade matter

6



Regulations, Procurement and ASTM Standards



# U.S. Legal and Policy Framework

■ National Technology Transfer and Advancement Act of 1994 and OMB A-119:

■ "*...all Federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies, using such technical standards as a means to carry out policy objectives or activities determined by the agencies and departments....and shall, when such participation is in the public interest...participate with such bodies in the development of technical standards.*"

# U.S. Government and ASTM

- ASTM standards continue to meet Government needs
  - 2006 NTTAA 10 year review demonstrates our value
- U.S. Government is both an equal partner and key stakeholder
  - 1000 units of U.S. Government participation in ASTM
  - Active in 93% of ASTM's committees
  - Wide array of agencies represented
  - Relationships with Federal Standards Executives
- State government officials are also engaged (47 states are represented, including California)

9



# ASTM Standards in U.S. Law

- Of the 6500 Voluntary Consensus Standards incorporated by reference in the *US Code of Federal Regulations*, ASTM standards are listed over 3000 times

- ASTM International is the number one SDO on the Government's Top Ten Regulatory SDO List

  See: http://standards.gov/sibr/query/index.cfm

10

# Standards Incorporated by Reference in U.S. Regulations

| | | |
|---|---|---|
| ASTM International | ASTM | 3348 |
| American National Standards Institute | ANSI | 805 |
| American Society of Mechanical Engineers | ASME | 666 |
| National Fire Protection Association | NFPA | 546 |
| Society of Automotive Engineers | SAE | 503 |
| American Petroleum Institute | API | 438 |
| Reprographic Technologies | | 348 |
| Underwriters Laboratories, Inc. | UL | 339 |
| State of Illinois, Administrative Code | I.A.C. | 338 |
| International Maritime Organization | IMO | 330 |

11



# U.S. *CFR* Citations of ASTM

- Energy – 50
- Commerce – 12
- Consumer Products - 9
- Food and Drug – 129
- Highways – 279
- Housing – 320

- Interior – 17
- Labor – 56
- Environment – 692
- Shipping & Rail – 989
  - Federal Railroad Administration
- Agriculture - 240

12

## U.S. Procurement Standards

| | |
|---|---|
| Defense Supply Center | DSC 1526 |
| General Services Administration | GSA 736 |
| ASTM International | ASTM 502 |
| Institute for Printed Circuits | IPC 474 |
| Society of Automotive Engineers | SAE 451 |
| U.S. Department of Energy | DOE 157 |
| Compressed Gas Association | CGA 105 |
| Naval Air System Command | NAVAIR 90 |
| American Society of Mechanical Engineers | ASME 70 |

13



# ASTM Standards in Global Regulations (or as the basis of a national standard)

| Asia (11) | Europe (32) | Latin America & Caribbean (18) | Middle East & North Africa (9) | Sub-Saharan Africa (12) |
|---|---|---|---|---|
| AFGHANISTAN | EU-28 | BOLIVIA | EGYPT | BOTSWANA |
| CHINA | Macedonia* | CHILE | GCC (Gulf States) | CONGO |
| INDONESIA | BOSNIA | COLOMBIA | IRAQ | ETHIOPIA |
| KOREA | CROATIA | COSTA RICA | ISRAEL | GHANA |
| MALAYSIA | KAZAKHSTAN | DOMINICA | JORDAN | KENYA |
| MONGOLIA | | ECUADOR | MOROCCO | MAURITIUS |
| PHILIPPINES | | EL SALVADOR | PALESTINE | MOZAMBIQUE |
| SINGAPORE | | GRENADA | TURKEY | NIGERIA |
| SRI LANKA | | GUATEMALA | QATAR | SOUTH AFRICA |
| TAIWAN | | HONDURAS | SAUDI ARABIA | UGANDA |
| VIETNAM | | JAMAICA | | ZAMBIA |
| | | PANAMA | | ZIMBABWE |
| | | PERU | | |
| | | NICARAGUA | | |
| | | ST. LUCIA | | |
| | | ST. VINCENT & GRENADINES | | |
| | | TRINIDAD & TOBAGO | | |
| | | URUGUAY | | |

INTERNATIONAL

14

# Global References to ASTM

- Access to U.S. and North American market often requires ASTM in regulations and procurement

- Industry buyers of steel, aluminum, nickel, petroleum and other materials often require ASTM specs in contracts and orders

- Growing references in ASTM outside of the U.S.
  - China, South Africa and 10 other countries require ASTM blendstock specification for fuel grade ethanol imports
  - ASTM specs facilitates petro trade between China and producers in Africa including Nigeria and Congo

15

# References to ASTM in the EU

- Since 2001, there have been at least 311 references to ASTM standards in European legislation
  - Mostly in the areas of fuels, lubricants and chemicals
- One challenge to ASTM is the EU's New Approach to Regulation
  - Use of CEN standards triggers presumption of compliance to essential requirements of directives
- Bad policy: EU regulations under New Approach are rigid and don't recognize the flexibility to select standards based on quality and relevance

16

# ASTM in the EU

- While there are regulatory hurdles, industry use of ASTM standards in EU is strong
  - 1500 members from all EU countries
- New ASTM activities in emerging areas have heavy EU participation:
  - Nanotechnology, Pharmaceuticals, REACH/ROHS and DecaBDE Declarations
- Industry and consumers concerned about the pace and effectiveness of CEN and prefer certain ASTM standards (toys, fire safety, environment, etc).

17



# Benefits to Russian Industry

- Access to regulators from the U.S.(Federal and State) and other countries

- Early and direct knowledge of emerging technical regulations in the US and abroad

- Ability to shape the instruments of global regulation

  - ASTM Committee F40 doing developing tools for REACH/ROHS and DecaBDE compliance (Europe, US, China and Korea)

19

# Benefits to Russian Government

- Eliminate/reduce costs of developing standards
- Decrease costs of good purchased
  - Commercial off the shelf procurement
- Promotes efficiency and economic competition
- Relies on the private sector to meet needs
  - Access to industry experts and technology
  - Process is faster and more dynamic

20

# Summary Message

- ASTM meets World Trade Organization (WTO) criteria for "international" standards

- Knowledge of ASTM standards is important for complying with U.S. regulations and procurement requirements.

- Increasingly, ASTM standards are being used around the world (84 countries) in technical regulations and trade.

- We hope that industry and regulators are open to choose from a portfolio of international standards that includes ASTM International.

- ASTM Technical Committees would benefit from the knowledge and expertise that would come from more Russian participation.

21



# EXHIBIT 24

| | |
|---|---|
| **From:** | Petre, Sarah <spetre@astm.org> |
| **Sent:** | Thursday, October 4, 2012 4:43 PM |
| **To:** | Grove, Jeff <jgrove@astm.org>; Smith, Dan <dsmith@astm.org>; Quinn, Anthony <aquinn@astm.org> |
| **Cc:** | McClung, Kate <kmcclung@astm.org> |
| **Subject:** | RE: ASTM Follow Up on S1492 |
| **Attach:** | Three Kids Mine_S 1492_Text_Oct2012.docx |

Δ π EXHIBIT 1671
Deponent Grove
3 4 15 Rptr nm
WWW.DEPOBOOK.COM

Per Alex's email below, I would appreciate your feedback on the language. I attached the legislation with my comments.

The primary issue that I would like to discuss with you is:

Should we request that Congress use the language "the most current version of XXX"? (it currently does for two of the three standards in this draft legislation)
Or
Now that we have learned that this language is not technically right because the initial version of the standard that Congress intended to include might be substantively different from an updated version of the standard that would then be automatically incorporated----should we suggest that Congress use language like that which is used in CPSIA and the most recent draft of the gypsum bill? I could supply this sample language to Alex and set his feedback on it.

Thank you!

Sarah

**From:** McDonough, Alexander (Reid) [mailto:Alexander_McDonough@reid.senate.gov]
**Sent:** Thursday, October 04, 2012 4:16 PM
**To:** Petre, Sarah
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: ASTM Follow Up on S1492

Hi Sara- I know it's been over a year since we met but we're now getting around to making the necessary revisions to this S.1492, the Three Kids Mine remediation bill.

I want to be absolutely sure that we properly cite the most up-to-date version of your environmental site assessment standards in the bill. Would you be able to provide us a suggestion how to modify the attached legislative language?

I'm happy to discuss further if that would be helpful. My direct line is 202-224-1052. Thanks!

Alex

Alex McDonough
Policy Advisor - Natural Resources
Senate Majority Leader Harry Reid
202-224-3542

  

*For more information, or to receive the Reid Report E-Newsletter, visit Senator Harry Reid's website at http://reid.senate.gov*

**From:** Petre, Sarah [mailto:spetre@astm.org]
**Sent:** Tuesday, August 30, 2011 2:21 PM
**To:** McDonough, Alexander (Reid)
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** ASTM Follow Up on S1492

Good afternoon Alex:

Thank you for meeting with ASTM International last week to discuss our work on standards for environmental site assessments as it relates to mine safety in S1492. After a seemingly long week of earthquakes and hurricanes, I am following up with you to provide you with a document that explains the major changes to standard E1903-97 (2002) reflected in the recently approved 2011 version. As mentioned in our meeting, as compared to the language in the statute for two other standards, ASTM E2137-06 and E1527-05, the language for E1903 does not reflect Congress' intent to use the most recent standard, which industry would be using. While the 2002 version of the standard still effectively provides the framework for good commercial and customary practices in conducting a Phase II environmental site assessment, a reference of the most recent standard is important to reflect Congress' intent.

Please let us know how ASTM can be a resource for your staff on this particular legislation and other related issues. ASTM's standards are effective tools to address the environmental, safety and health issues related to abandoned mine sites.

Best to you,

Sarah

*Sarah Petre*
**ASTM International**
**Manager, Industry and Federal Affairs**
Office: 202-223-8399
Cell: 484-358-2455
spetre@astm.org
www.astm.org

---

**From:** McDonough, Alexander (Reid) [mailto:Alexander_McDonough@reid.senate.gov]
**Sent:** Wednesday, August 10, 2011 11:23 AM
**To:** Petre, Sarah
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: Request for Meeting Re: S1492

Sarah- Let's meet in Hart 522. Thanks,
Alex

**From:** Petre, Sarah [mailto:spetre@astm.org]
**Sent:** Wednesday, August 10, 2011 11:19 AM
**To:** McDonough, Alexander (Reid)
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: Request for Meeting Re: S1492

Good morning, Alex:
Let's plan on meeting on August 23 at 10am. Where is the best location to meet you?
Best,
Sarah

ASTM019651

*Sarah Petre*
**ASTM International**
**Manager, Industry and Federal Affairs**
Office: 202-223-8399
Cell: 484-358-2455
spetre@astm.org
www.astm.org

**From:** McDonough, Alexander (Reid) [mailto:Alexander_McDonough@reid.senate.gov]
**Sent:** Tuesday, August 09, 2011 4:42 PM
**To:** Petre, Sarah
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** RE: Request for Meeting Re: S1492

Hi Sarah – I'm available to meet on the 23rd. My schedule is very flexible right now, so please send me a couple good times that work for you. Thanks,
Alex

**From:** Petre, Sarah [mailto:spetre@astm.org]
**Sent:** Thursday, August 04, 2011 3:16 PM
**To:** McDonough, Alexander (Reid)
**Cc:** Quinn, Anthony; Smith, Dan
**Subject:** Request for Meeting Re: S1492

Good afternoon Alex:

I am contacting you regarding Senator Reid's recently introduced bill, S1492, on the remediation and reclamation of the Three Kids Mine Project Site, which has a sister bill, HR2512, sponsored by Representative Heck.

ASTM is pleased to see that Senator Reid values the development of a public-private partnership, particularly with the utilization of ASTM International's standards, for the success of the Three Kids Mine project. To give you a brief background on ASTM International: we are a non-profit organization that serves as a forum for the development and publication of technical, voluntary consensus standards for materials, products, services, and systems. ASTM standards include product specifications, safety standards, and test methods that cover a range of products from environmental assessment and building materials to clinical tools and consumer products. We bring together technical experts representing regulators, producers, consumers, and academia to create voluntary consensus standards. Participation in ASTM International is open to all with a material interest, anywhere in the world. ASTM standards are used in business transactions, federal and state regulations, as well as international commerce. More than 100 industries rely on ASTM standards and over 2,500 ASTM Standards have also been adopted as the basis for national standards or are referenced in regulation outside the United States.

ASTM's standards are effective tools to address the environmental, safety and health issues related to abandoned mine sites. **As you know, with the passage of S1492 and HR2512, three ASTM Standards will be used for the project,** including: ASTM E2137-06: Standard Guide for Estimating Monetary Costs and Liabilities for Environmental Matters; E1527-05: Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process; and E1903-97 (2002): Standard Guide for Environmental Site Assessments: Phase II Environmental Site Assessment Process.

ASTM Committee E50 on Environmental Assessment, Risk Management and Corrective Action just approved the 2011 revision and update of E1903-97 (2002). For these reasons, ASTM has already met with the Majority and Minority Staff of the House Subcommittee on Energy and Mineral Resources. **We would also like to request a meeting with you to discuss the ASTM standard, its changes, and how it affects the project and legislation. Are you available for a meeting on August 16, 19, 22, or 23?**

I look forward to your response. Thank you,

Sarah Petre

ASTM019652

*Sarah Petre*
ASTM International
Manager, Industry and Federal Affairs
Washington Office
1828 L Street, NW, Suite 906
Washington, DC 20036
Office: 202-223-8399
spetre@astm.org
www.astm.org

ASTM019653

# EXHIBIT 25



# Form and Style
# for
# ASTM Standards



**INTERNATIONAL**

**January 2015**

# FORM AND STYLE
# FOR ASTM STANDARDS

Form of ASTM Test Methods
Form of ASTM Specifications
Form of Other Types of ASTM Standards
Use of the Modified Decimal Numbering System
Terminology in ASTM Standards
Caveats and Other Legal Aspects in Standards—Special Instructions
Standards Style Manual
Use of SI Units in ASTM Standards
Annex A



ASTM INTERNATIONAL
100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959

© BY AMERICAN SOCIETY FOR TESTING AND MATERIALS INTERNATIONAL

# CONTENTS

Page

Preface ........................................................................................................................................ v

Introduction ............................................................................................................................... vi

Definitions ................................................................................................................................. vii

Part A. Form of ASTM Test Methods........................................................................................ A-1

Part B. Form of ASTM Specifications....................................................................................... B-1

Part C. Form of Other Types of ASTM Standards .................................................................... C-1

Part D. Use of the Modified Decimal Numbering System......................................................... D-1

Part E. Terminology in ASTM Standards .................................................................................. E-1

Part F. Caveats and Other Legal Aspects in Standards—Special Instructions........................... F-1

Part G. Standards Style Manual.................................................................................................. G-1

Part H. Use of SI Units in ASTM Standards.............................................................................. H-1

Annex A. SI QUICK REFERENCE GUIDE ................................................................. Annex A-1

Summary of Changes ..................................................................................................... Changes-1

Index............................................................................................................................... Index-1

# PREFACE

ASTM International (hereafter referred to as ASTM International or ASTM), founded in 1898, is a scientific and technical organization formed for "the development of standards on characteristics and performance of materials, products, systems, and services; and the promotion of related knowledge." It is the world's largest source of voluntary consensus standards.

The purpose of this manual is to promote uniformity of form and style in ASTM standards. Such uniformity is desirable because it helps the user to find what is needed more easily and to understand what is read more quickly. Such uniformity in a manuscript is necessary if it is to be published by ASTM International. Deviations from ASTM style may mean wasted time on the part of authors, reviewers, editors, and eventually the reader of the standard. This means costly time and resources are lost by everyone involved.

Section 10.7 of the *Regulations Governing ASTM Technical Committees* requires that the current edition of this manual be followed in the writing of standards. When conditions preclude compliance with this manual, a committee may request an exemption from the Committee on Standards (COS).

Responsibility for the *Form and Style for ASTM Standards* is vested in the Board of Directors. Revisions to this manual may be recommended by the Board of Directors, by the Committee on Standards, or by a technical committee or its Executive Subcommittee. The Committee on Standards acts upon recommendations for changes and reviews all requests from technical committees for exceptions to the *Form and Style for ASTM Standards*. Recommended changes to this manual in *technical* substance and format shall be referred to the Committee on Standards, which, at a regular meeting, shall rule on the merits of the recommendation. A circular letter ballot will be issued to the technical committees and the responses will be addressed by COS. The COS recommendation shall be sent to the Board of Directors. Changes adopted by the Board of Directors shall be announced to the members and shall become effective on the date determined by the Board of Directors.

Suggestions for *editorial* revision of this manual should be addressed to the Staff Coordinator—Form and Style Manual, ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959.

# INTRODUCTION

This manual is the basic textbook for anyone writing an ASTM standard. A study of Parts A, B, C, or E will show the proper form for the principal types of standards including a detailed explanation of how to write each section, from the title to the appendixes. Within Parts A, B, C, and E, the first section lists the preferred sequence of headings and indicates whether these sections are mandatory. The headings identified as "mandatory" are required. Other headings shall be included when the subject matter is pertinent to the document under development, in which case, all instructions and guidance for that particular section shall be followed. For example, if the standard does not contain reference to any standard documents within the text, it is not required to include a section on Referenced Documents. If, however, specific hazards are cited throughout the text, then the section on Hazards shall be followed. Included at appropriate places are examples and standard wording. Also included are examples of correctly written complete manuscripts of various types of standards. Where standards are referenced throughout the text of this manual, visit the ASTM website, www.astm.org, and refer to the standard's Document Summary page.

For easy reference purposes, each paragraph in an ASTM standard shall be numbered. The modified decimal numbering system adopted is explained in Part D. Part E gives instructions for preparing standard definitions and a format for specialized terminology standards. Special instruction concerning patents, use of trademarks, open-end agreements, fire standards, and other legal issues are given in Part F.

Part G is a detailed Style Manual that includes among other things information on abbreviations, spellings, literature references, and preparation of illustrations.

ASTM policy is that SI units be included in all standards. Part H is included to aid the standards writer to incorporate these units correctly. It is the technical committee's decision whether SI or other units are the preferred unit of measurement used in the committee's document. When SI and non-SI units of measurement are contained in a document, the order in which they appear is determined by that committee.

For additional information about ASTM procedures, or available publications such as the *Regulations Governing ASTM Technical Committees* and Officer Handbook, contact ASTM Technical Committee Operations, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959 (Telephone: 610-832-9673).

# DEFINITION

The following definitions apply to the use of the content of this manual and clarify which sections or formats, or both, are mandatory when presenting ASTM documents:

1. "Shall" is used to indicate that a provision is mandatory.

2. "Should" is used to indicate that a provision is not mandatory but is recommended as good practice.

3. "May" is used to indicate that a provision is optional.

4. "Will" is used to express futurity, but never to indicate any degree of requirement.

Definitions for *standard, classification, guide, practice, specification, terminology*, and *test method* are quoted below from the current *Regulations Governing ASTM Technical Committees:*

**standard**, *n*— *as used in ASTM International*, a document that has been developed and established within the consensus principles of the Society and that meets the approval requirements of ASTM procedures and regulations.

DISCUSSION—The term "standard" serves in ASTM International as a nominative adjective in the title of documents, such as test methods or specifications, to connote specified consensus and approval. The various types of standard documents are based on the needs and usages as prescribed by the technical committees of the Society.

**classification**, *n*— a systematic arrangement or division of materials, products, systems, or services into groups based on similar characteristics such as origin, composition, properties, or use.

**guide**, *n*— a compendium of information or series of options that does not recommend a specific course of action.

DISCUSSION—A guide increases the awareness of information and approaches in a given subject area.

**practice**, *n*— a definitive set of instructions for performing one or more specific operations that does not produce a test result.

DISCUSSION—Examples of practices include, but are not limited to: application, assessment, cleaning, collection, decontamination, inspection, installation, preparation, sampling, screening, and training.

**specification**, *n*— an explicit set of requirements to be satisfied by a material, product, system, or service.

DISCUSSION—Examples of specifications include, but are not limited to, requirements for; physical, mechanical, or chemical properties, and safety, quality, or performance criteria. A specification identifies the test methods for determining whether each of the requirements is satisfied.

**terminology standard**, *n*— a document comprising definitions of terms; explanations of symbols, abbreviations, or acronyms.

**test method**, *n*— a definitive procedure that produces a test result.

DISCUSSION—Examples of test methods include, but are not limited to: identification, measurement, and evaluation of one or more qualities, characteristics, or properties. A precision and bias statement shall be reported at the end of a test method. (Refer to Section A21 on Precision and Bias.)

**approval date**, *n*— the date assigned by ASTM International through the Committee on Standards, which indicates that a new standard, revision or reapproval has successfully completed the balloting and appeals process in accordance with the *Regulations Governing ASTM Technical Committees.*

**publication date**, *n*— the month/year that an approved standard is made publicly available in either electronic or hardcopy form.

# PART A

# FORM OF ASTM TEST METHODS

## INTRODUCTION

An ASTM test method, as defined on p. vii, typically includes a concise description of an orderly procedure for determining a property or constituent of a material, an assembly of materials, or a product. The directions for performing the test should include all of the essential details as to apparatus, test specimen, procedure, and calculations needed to achieve satisfactory precision and bias.

An ASTM test method should represent a consensus as to the best currently available test procedure for the use intended. It should be supported by experience and adequate data obtained from cooperative tests.

In order to be the "best currently available," test methods need periodic review to determine whether revisions are desirable as the result of technological advances in manufacturing, testing, and use requirements.

ASTM test methods are frequently intended for use in the buying and selling of materials according to specifications and therefore should provide such precision that when the test is properly performed by a competent operator the results will be found satisfactory for judging the compliance of the material with the specification. These test methods cover the determination of fundamental properties of materials such as density, absolute viscosity, softening point, and flash point. They may include a variety of different laboratory procedures such as chemical and spectrochemical analyses, mechanical and electrical tests, weathering tests, visual examination, fire tests, performance characteristics, sampling, nondestructive tests, and radiation exposure tests. In some standards, optional test methods are included.

Statements addressing precision and bias are required in ASTM test methods. This gives the user of the test method an idea of the nature of the sample to be prepared and analyzed and information regarding the nature of the data obtained by using the method. The requirement of precision and bias statements does not mean that numerical statements are required. It means that the spread of resulting data and its relationship to an accepted reference material or source (if available) shall be addressed. Some test methods have no numerical expression of precision or bias (for example, pass/fail tests, spot tests.) In these cases, precision and bias shall be addressed and the reasons for not including relevant data explained. Test methods are sometimes prepared for use in research rather than in the buying and selling of materials. Other test methods cover process control, screening, and field tests. Although these latter test methods may not always be as precise as referee test methods, they are sufficiently precise for the intended use and usually require less time. Field tests allow testing at the site, thus eliminating transportation of specimens to and from the laboratory.

Special instructions with respect to the legal aspects are included in Part F and shall be followed in writing any standard. These include such matters as contractual items, caveat statements, patents, and fire standards. Assistance on the development of fire standards is available from Committee E05. The policies contained in Part F are approved by and are under the jurisdiction of the ASTM Board of Directors.

When a standard is being developed, the costs associated with its development and subsequent use generally should be considered. The prime objective should be the optimum use of resources to achieve satisfactory definition of the product or service. However, it should be noted that when the standard relates to the safety of persons, cost considerations are likely to become much less important than when attributes of materials or products are involved. Some standards, such as definitions, impose no cost on the user; others that include numerous and extensive requirements can entail significant expense to users of the standard. The requirements to be included should, therefore, be those that are technically relevant and yield benefits commensurate with the cost of their determination.

FORM OF ASTM TEST METHODS

Cost effectiveness statements or rationale may be included within a standard if appropriate, usually in an appendix.

## A1.  Subject Headings of Text

A1.1   The following is the sequence for the text of ASTM test methods. Headings are those most generally used but may not be all-inclusive. It may be necessary to include other headings for specialized subjects. The headings identified as "mandatory" are required. Other headings shall be included when the subject matter is pertinent to the document under development, in which case, all instructions and guidance for that particular section shall be followed. For example, if the standard does not contain reference to any standard documents within the text, it is not required to include a section on Referenced Documents. If, however, specific hazards are cited throughout the text, then the section on Hazards shall be followed.

|   | |
|---|---|
| | Title (mandatory) |
| † | Designation (mandatory) |
| † | Introduction |
| | Scope (mandatory) |
| † | Referenced Documents |
| † | Terminology |
| | Summary of Test Method |
| | Significance and Use (mandatory) |
| | Interferences |
| | Apparatus |
| | Reagents and Materials |
| | Hazards (mandatory when applicable) |
| | Sampling, Test Specimens, and Test Units |
| | Preparation of Apparatus |
| | Calibration and Standardization |
| | Conditioning |
| | Procedure (mandatory) |
| | Calculation or Interpretation of Results |
| | Report |
| | Precision and Bias (mandatory) |
| | Measurement Uncertainty |
| † | Keywords (mandatory) |
| † | Annexes and Appendixes |
| † | References |
| | Summary of Changes |

† The headings marked with a dagger (†) should appear only once in test methods that contain two or more test methods.

A1.2   Not all of these headings may be required for a particular standard. Additional headings that are included to cover specialized subjects should appear in the most appropriate place, depending on their relation to the sections listed in A1.1. When a standard includes several test methods, repetition of appropriate headings may be desirable.

A1.3   Subject headings in boldface type shall precede each section to orient the reader. Text divisions shall be subdivided in accordance with the Use of the Modified Decimal Numbering System guide in Part D of this publication.

A1.4   For convenience in application and when economy in printing may result, test methods may include a series of procedures for determining the same or different properties of a given material. In such test methods, include at the beginning of the standard individual sections describing those features that are common to all of the separate test methods. Identify different methods within the standard by capital letters, starting with A; i.e., Test Method A, Test Method B, etc.

A1.5   Examples of test methods for single determination:

B331 Test Method for Compressibility of Metal Powders in Uniaxial Compaction
C693 Test Method for Density of Glass by Buoyancy

A1.6   Examples of test methods covering a series of test methods:

D1179 Test Methods for Fluoride Ion in Water
D2137 Test Methods for Rubber Property—Brittleness Point of Flexible Polymers and Coated Fabrics
F38 Test Methods for Creep Relaxation of a Gasket Material

A1.7   In deciding whether to describe similar test methods as portions of a single standard or as separate test methods, the following criterion may be found useful: When the descriptions of the apparatus and procedure are similar and a significant economy in printing can be accomplished by combining, and if, because of clearly understood distinctions in applicability, no confusion can rise as to which test method should be used, then it is desirable to treat the test methods as parts of a single standard. If confusion could arise, the test methods should be published separately. If one test method is preferred as a referee method, it should be so designated, in which case

the other test methods should be designated as optional or nonreferee. When test methods are published separately, a worthwhile saving can be accomplished by making cross-references from one test method to another for the apparatus and detailed description of the procedure.

## A2.  Title (Mandatory)

A2.1   The title should be concise but complete enough to identify the nature of the test, the material to which is it applicable, and to distinguish it from other similar titles. Titles of analogous standards should be identical, except for the distinctive feature(s) of each standard. Titles are used frequently in lists, tables of contents, indexes, tabulating card systems, etc., and therefore should be brief but inclusive. Select words that easily lend themselves to indexing. The essential features of a title are the particular property or constituent being determined, the material to which the test method is applicable, and when pertinent, the technique or instrumentation. If the test method is designated to determine a number of constituents or properties, use a general title, omitting the names of specific constituents or properties. When a standard includes a number of individual test methods for different constituents or properties, the title need indicate only the general nature of the tests and the material to which it is applicable.

## A3.  Designation and Year Date

A3.1   *Designation (mandatory)*—  The ASTM designation, assigned by Headquarters on submittal for approval, consists of the following sequential parts:

A3.1.1   A letter designation denoting in general the classification according to material, product, system or service.

A—Ferrous metals and products
B—Nonferrous metals and products
C—Cementitious, ceramic, concrete, and masonry materials
D—Miscellaneous materials and products
E—Miscellaneous subjects
F—End-use materials and products
G—Corrosion, deterioration, weathering, durability, and degradation of materials and products

A3.1.2   A sequential number following the letter designation (for example, Specification C150).

A3.2   *Year Date:* (for example, Specification C150-01).

A3.2.1   After the designation, a hyphen is followed by the last two numbers of the year of acceptance or of last revision. If the standard is revised again during the same year, this is indicated by adding an "a" for the second revision, "b" for the third revision, etc.

A3.2.2   The parenthetical phrase "(Reapproved 20___)" to designate the year of last preapproval of a standard, if applicable.

A3.2.3   For editorial changes that do not change the year designation, a note is inserted before the text to indicate the location and date of the change and a superscript epsilon ($\epsilon$) is added after the year designation. The epsilon designations and corresponding notes are numbered chronologically and are deleted upon occasion of the next revision or reapproval.

A3.3   The designation numbers of standards that have been discontinued are not reassigned.

A3.4   *SI Standards* (see Part H and Section G24.)

## A4.  Introduction

A4.1   A separate section covering general introductory or informational material is not generally used in ASTM test methods. Occasionally, a test method is of such a nature that it requires an explanatory statement for proper understanding by the user. In such instances an introduction should be included immediately after the title of the test method but without a section number.

A4.2   Examples of test methods that include introductions are as follows:

D143 Test Methods for Small Clear Specimens of Timber
D905 Test Method for Strength Properties of Adhesive Bonds in Shear by Compression Loading

## A5.  Scope (Mandatory)

A5.1   Include in this section information relating to the purpose of the test method. State if the method is quantitative or qualitative, and any known limitations. Concisely state the property or constituent that is being determined and the

materials that can be analyzed. State the range of concentrations/values determined.

A5.2  Include, where applicable, the analytical technique, for example, gas chromatography, and whether the test is performed in the laboratory, field, or on-line.

A5.3  Include in this section the system of units to be used in referee decisions.

A5.4  Include in this section any caveats required by ASTM policy such as the caveats on *safety hazards* (see F2.1) and *fire hazards* (see F2.2).

A5.5  For standards developed for reference in model (building) codes, include the following statement:

> The text of this standard references notes and footnotes which provide explanatory material. These notes and footnotes (excluding those in tables and figures) shall not be considered as requirements of the standard.

## A6.  Referenced Documents

A6.1  List in alphanumeric sequence the designation and complete title of the following documents referenced within the standard; ASTM standards and adjuncts; and standards and codes of other organizations. For references to all other documents, including ASTM STPs, use the format indicated in Section G21.

A6.2  Provide footnotes to this section to indicate the sources of these documents. When ASTM standards are referenced later in the text, use only the type of standard (that is, specification, test method, practice, classification, guide, terminology, etc.) and the designation letter and number (for example, Test Method D1310).

A6.3  Do not include the year date when designating referenced documents unless there is a technical reason for requiring a particular revision.

A6.4  When listing referenced adjuncts, provide a brief description in this section, and a footnote of the availability. (For more specific information on adjuncts, refer to Section A28).

## A7.  Terminology

A7.1  Every standard should include a section on terminology.

A7.1.1  All significant terms that may have a meaning more specialized than the commonly used language should be defined within a standard or the terminology standard should be referenced. (See Part E on Terminology.)

A7.1.2  To avoid redundant definitions, check the committee terminology standard, terminology sections within committee technical standards, and the *ASTM Online Dictionary of Engineering Science and Technology*.

A7.2  *Terminology Within a Standard*— This section may include paragraphs on definitions, definitions of terms specific to a standard, symbols, abbreviations, acronyms, discussions, or a combination thereof.

A7.2.1  *Definitions*— Write a definition in the dictionary-definition form and assign a section number, term, part of speech, definition, and, when applicable, a delimiting phrase. Italicize the term, part of speech, and delimiting phrase. Do not capitalize the term or any other components of the definition except for proper nouns, acronyms, or any other words capitalized in normal usage (see Section E4). List the terms in alphabetical order. Example follows:

> 3. Terminology—(Always use as the main heading.)
> 3.1 *Definitions:*
> 3.1.1 *color blindness, n*—total or partial inability to differentiate certain hues.
> 3.1.2 *transmittance, n—of light,* that fraction of the incident light of a given wavelength which is not reflected or absorbed, but passes through a substance.

A7.2.2  *Discussions*— When more detail of the concept being defined is desirable, supplementary information should be added as a separate numbered paragraph labeled "Discussion" immediately following the definition. Use the term "Discussion" instead of "Note" (see E5.8). Example follows:

> 3.1.2.1 *Discussion*—Extraneous leakage is the sum of all leakage other than that intended to be measured by the test.
>
> E283

A7.2.3  *Definition(s) of Term(s) Specific to This Standard*— This is a term that is specific to the standard in which it is used and that has no application out of that context. Write a definition of term specific to a standard in the dictionary-definition form and include a section number,

term, part of speech, definition, and, when applicable, a delimiting phrase. Italicize the term, part of speech, and delimiting phrase. Do not capitalize the term or any other components of the definition except for proper nouns, acronyms, or other words capitalized in normal usage (see Section E4). List the terms in alphabetical order. Example follows:

3.1 *Definition of Terms Specific to This Standard:*
3.1.1 *batch sampling, n*—sampling over some time period in such a way as to produce a single test sample for analysis.
D4175

A7.2.4   *Symbols*— In a standard with numerous equations containing identical quantity symbols, symbols may be listed alphabetically and unnumbered in this section instead of under each equation; also italicize the symbol and do not capitalize the definition. (See also Section E6.) Example follows:

3.1 *Symbols:*
A = cross-sectional area of specimen
B = normal induction

A7.2.5   *Referencing Terminology Standard*— If the terminology applicable to the standard is included in a terminology standard, cite the applicable terminology standard. Example follows:

3.1 *Definitions:*
3.1.1 For definitions of terms used in this test method, refer to Terminology D1129.

## A8.  Summary of Test Method

A8.1   Include here a brief outline of the test method, describing in the passive voice its essential features without the details that are a necessary part of the complete statement of procedure. If desired, a brief statement of the principle of the test method may be given; this is particularly desirable in the case of chemical methods and should appear as the first paragraph. In chemical methods state the type of procedure, such as colorimetric, electrometric, and volumetric, and describe the source of color, major chemical reaction including pertinent chemical equations, etc.

## A9.  Significance and Use (Mandatory)

A9.1   Include in this section information that explains the relevance and meaning of the test. State the practical uses for the test and how it is typically employed. Avoid repetition of information included in the Scope (see Section A5). Include statements to provide the user with comprehensive understanding of the following:

A9.1.1   The meaning of the test as related to the manufacture and end use of the material,

A9.1.2   The suitability of the test for specification acceptance, design purposes, service evaluation, regulatory statutes, manufacturing control, development and research, and

A9.1.3   The fundamental assumptions inherent in the test method that may affect the usefulness of the results.

A9.2   Include any discretion needed in the interpretation of the results of the test.

A9.3   Include, where applicable, comparisons of the test to other similar procedures.

## A10.  Interferences

A10.1   If the successful application of the test method requires the inclusion of explanatory statements on interference effects, include such information here; otherwise, omit this section. List briefly the constituents or properties that are likely to cause interference and the amounts that are known to interfere. In some cases this information is obtainable only by observation during the performance of the test. If the presence of an interfering factor affects the precision or bias of the test results and compensations are made in the calculations (Section A19), this should be explained in this section and noted in the appropriate section. In some cases, interferences may be a major factor in judging test results and explanations of their effects may become lengthy. Lengthy explanations may be placed in an annex to the standard.

## A11.  Apparatus

A11.1   In this section, include a brief description of the essential features of the apparatus and equipment required for the test, and, where they clarify or supplement the text, schematic drawings or photographs. Cover in separate

text divisions the important features and requirements for the apparatus. Do not list common laboratory apparatus, such as flasks and beakers, but include any especially modified forms or unusual sizes of common apparatus that are required or that may require special preparation.

A11.2   Trademarks shall not be used unless a specific manufacturer's product is required for a well-defined reason (see Section F3 for regulations regarding patents in ASTM standards). In such cases an explanatory footnote shall be included giving supplementary information regarding such apparatus or material. The footnote shall state that this apparatus or material "has been found satisfactory for this purpose." When special types of glassware are required, such as heat-resistant and chemical-resistant, state the significant characteristic desired rather than a trademark. For example, use "borosilicate glass" rather than "Pyrex" or "Kimax." Specify filter paper by describing the significant characteristic such as porosity, rate of filtering, and ash content, or by reference to ASTM Specification E832, for Laboratory Filter Papers

NOTE A1—Policies have been adopted by the Board of Directors that are applicable to standards involving patented apparatus, materials, and processes. These policies are described in the *Regulations Governing ASTM Technical Committees.* Before submitting to subcommittee or main committee ballot any draft test method that requires a specific manufacturer's product, consult the Staff Manager of your committee as to necessary conformance with the *Regulations Governing ASTM Technical Committees.*

A11.3   Detailed manufacturing requirements for apparatus, unless quite brief, should preferably be placed in an annex to the test method (see A24.3), retaining in the text only a brief outline with schematic drawings or illustrations where necessary. The purpose of this outline is to provide information regarding the essential features of the apparatus, to enable the user to assemble the equipment and understand its use in the test method.

A11.4   When essentially the same apparatus is used for more than one standard and the description of the apparatus requirements is lengthy, it is recommended that the complete specifications for the apparatus be included in an annex to one standard and merely a reference be made to them in the other standard, mentioning under "Apparatus" only such modifications as may apply in each particular case.

A11.5   When the same apparatus is used in several standards, the detailed specifications should be covered by a separate ASTM standard. Examples of such standards are:

E1 Specification for ASTM Thermometers
E133 Specification for Distillation Equipment

A11.6   It is the responsibility of the sponsoring committee to assure itself that suitable apparatus is available (see Section F4).

A11.6.1   If the apparatus is special or not readily available, detailed rules for referencing sources of supply shall be followed (see Section F4).

A11.6.2   If the apparatus has to be built, blueprints, plans, etc., should be cited in a footnote in this section as available through ASTM International Headquarters as adjunct material to the standard.

## A12.  Reagents and Materials

A12.1   When more than one procedure is included in one standard, list the reagents and materials required for each procedure as a separate section under each subdivision.

A12.2   It is recommended that, where applicable, the following be included as secondary sections ".1" and ".2" of this section:

6.1 *Purity of Reagents*—Reagent grade chemicals shall be used in all tests. Unless otherwise indicated, it is intended that all reagents conform to the specifications of the Committee on Analytical Reagents of the American Chemical Society where such specifications are available.[1] Other grades may be used, provided it is first ascertained that the reagent is of sufficiently high purity to permit its use without lessening the accuracy of the determination.

6.2 *Purity of Water*—Unless otherwise indicated, references to water shall be understood to mean reagent water as defined by Type ___ of Specification D1193.

NOTE A2—The identifying number (for example 6.1 and 6.2 as above) used in recommended texts are for illustrative purposes.

FORM OF ASTM TEST METHODS

[1] *Reagent Chemicals, American Chemical Society Specifications*, American Chemical Society, Washington, DC. For suggestions on the testing of reagents not listed by the American Chemical Society, see *Analar Standards for Laboratory Chemicals*, BDH Ltd., Poole, Dorset, U.K., and the *United States Pharmacopeia and National Formulary*, U.S. Pharmacopeial Convention, Inc. (USPC), Rockville, MD.

A12.2.1  If a different grade of water is required, add a second sentence as follows: "Water conforming to the following specifications is required" (list the specific properties, kinds of ion freedom, etc.)

A12.2.2  In standards covering two or more chemical methods these statements on purity should be made in a separate section entitled "Purity of Reagents."

A12.3  List the reagents alphabetically in separate divisions. Give the name of the reagent first, followed by any descriptive terms (see A12.7). State the desired concentration if significant; then follow with instructions for preparation and standardization (if required), using the imperative mood and concise descriptions. Spell out the full name of the reagent, and immediately after the first mention of the name include within parentheses the exact chemical formula of the reagent showing any water of crystallization, etc. Exception to this may be made in the case of organic, organometallic, or complex inorganic compounds by omitting the chemical formula. Subsequent references to compounds shall be by formula only where they can be clearly specified by this means, as in the case of most inorganic compounds. As exceptions, always spell out the word "water" and the names of substances in their elementary state; for example, use lead, not Pb; oxygen, not $O_2$. If the reagent is to be used as purchased, and not diluted, dissolved, or purified, state the chemical formula as given by the manufacturer.

A12.4  Do not use trademarks unless a specific manufacturer's product is required for a well-defined reason. (See Section F4.) In this case, use a superior reference number to refer to a footnote giving the required information, incorporating the phrase "has been found satisfactory for this purpose." Where particular reagents are required only for standardization or calibration, identify them by reference to an appropriate footnote such as "This reagent is used for standardization purposes only."

A12.5  Specify the reagent concentration in applicable terms, as follows:

Concentrated acids and bases ... density, unless mass percent is more generally used or required

Dilute acids and bases ... volume ratio, X + Y (X volumes of reagent added to Y volumes of water)

Nonstandardized solutions ... grams of reagent as weighed out per litre of solution

Standardized solutions ... normality, expressed decimally; or the equivalent of 1 mL of solution in terms of grams of a given element expressed as "1 mL + xxx g of ..."

A12.6  Wherever possible, use the same concentrations of reagents and methods of standardization as used in other similar ASTM test methods.

A12.7  Examples of reagent descriptions are as follows:

A12.7.1  *Ammonium Carbonate* ($(NH_4)_2CO_3$).

A12.7.2  *Sodium Chloride Solution* (100 g/L)—Dissolve 100 g of sodium chloride (NaCl) in water and dilute to 1 L.

A12.7.3  *Potassium Hydroxide, Methanol Solution* (33 g/L)—Dissolve 33 g of potassium hydroxide (KOH) in methanol and dilute to 1 L with methanol.

A12.7.4  *Barium Chloride Solution* (100 g $BaCl_2$/L)—Dissolve 117.3 g of barium chloride dihydrate ($BaCl_2 \cdot 2H_2O$) in water and dilute to 1 L.

## A13.  Hazards

A13.1  *Safety Hazards*— Paragraph F2.1 specifies the generic safety hazards caveat and the types of standards in which it shall be used. Other statements on safety are subject to the following policies.

A13.1.1  *Warning Statement*— A warning statement identifies a specific hazard and provides information for avoiding or minimizing a particular hazard. When there are hazards to personnel, such as explosion, fire toxicity, or radiation, or technical hazards, such as damage to equipment, a warning statement shall be placed at the appropriate point in the text beginning with "Warning" in boldface type followed by a

description of the hazard, or a reference to a description of the hazard within the body of the standard (refer to A13.1.2).

A13.1.2  *Remedial Statements*— A remedial statement provides recommendations for treating a situation resulting from an unsuccessfully controlled hazard *associated with the use of a standard*. Such remedial statements shall not be included in standards, but reference may be made in a note to authoritative sources where reliable information about remedial measures can be obtained such as the appropriate Material Safety Data Sheet (MSDS) where applicable.

## A14.  Sampling, Test Specimens, and Test Units

A14.1  Under this heading give necessary special directions, in the imperative mood, for physically obtaining sample test units. If a test result is defined as a combination of the observations made on different test specimens, particularly describe how these specimens are to be selected. Give necessary special directions for storage of specimens, for preservation of specimens, and for special preparation of specimens for the test.

A14.2  Statistical aspects of sampling for a specific purpose, for example, in determining conformance of the mean properties of a lot to specifications, should be referenced or discussed in an appendix. These statistical aspects might include stratification, selection of primary and secondary sampling units, the number of such units to be selected, in the case of bulk material the number of increments combined to form a composite sample, the number of composites to be formed, the method of subsampling a composite, and the number of tests made on a subsample.

A14.3  If the method of sampling is described in an existing ASTM test method or ASTM specification, refer to that test method or specification by designation.

A14.4  If the method of sampling is detailed in a readily available publication other than an existing ASTM standard, refer to the publication in a footnote, arranging the information in accordance with the suggestions presented in the Standards Style Manual, Part G, of this publication.

A14.5  Where an existing sampling method (other than ASTM) is cited in a test method, guidelines should be given as to the use of the sampling scheme and precautions if needed. If explanatory documents regarding sampling are available, these should be cited in this section.

A14.6  A *test unit* is a unit or portion of a material that is sufficient to obtain a test result(s) for the property or properties to be measured. A *test specimen* is a test unit or portion of a test unit upon which a single or multiple observation is to be made. A *test result* refers to the value obtained for a given property from one test unit. A test unit may be a subunit of a primary (first stage) sampling unit or it may be a subunit of a composite of primary sampling units or of increments from these primary sampling units. A test result may be a single observation or a combination of a number of observations when two or more test specimens are measured for each test unit. (For additional information see Section G23.)

A14.7  The size of the test unit for chemical analysis usually is given in the "Procedure" section, but if significant in connection with pretreatment or preparation, it should be included here. When a test specimen is specified by mass, indicate the degree of precision desired.

A14.8  Include detailed requirements as to the size and number of test specimens to be used for both physical and chemical tests. Where a test specimen or test unit of a particular shape is required, the essential dimensions shall be specified, including tolerance. A drawing showing the details of the specimen or test unit may be included.

## A15.  Preparation of Apparatus

A15.1  Use this section only when detailed instructions are required for the initial assembly, conditioning, or preparation of the apparatus (see also A24.3.6).

## A16.  Calibration and Standardization

A16.1  *Apparatus*— Give detailed instructions, in the imperative mood, for calibration and adjustment of the apparatus necessary for the use of the test method.

FORM OF ASTM TEST METHODS

A16.2  *Reference Standards and Blanks*— Give detailed instructions for the standardization and use of reference standards and blanks used in the test method. Describe any standard samples used to assure uniformity of the test technique, and standard specimens or photographic standards.

A16.3  *Calibration Curves and Tables*— Give detailed instructions for the preparation and use of calibration curves or tables, in accordance with the suggestions presented in the Standards Style Manual, Part G, of this publication. Include in the instructions for curve or table preparation items such as calibration, solutions, reference standards, blanks, color development, photometry, and construction.

## A17.  Conditioning

A17.1  Specify, in the imperative mood, the conditioning atmosphere to be used and the time of exposure to the atmosphere, as well as the atmosphere required during the test, where necessary. State whether the conditioning requirements apply to laboratory samples as well as individual specimens. Indicate any requirements for preconditioning. Where applicable, refer to ASTM Terminology E41, Terms Relating to Conditioning, and to ASTM Practice E171/E171M, for Conditioning and Testing Flexible Barrier Packaging.

## A18.  Procedure (Mandatory)

A18.1  Include in proper sequence detailed directions for performing the test. Describe the procedure in the imperative mood, present tense; for example: "Heat the test specimen ..." rather than "The test specimen shall be heated ..." State the number of samples to be taken, and also state the number of specimens to be tested from each sample. Describe in detail the successive steps of the procedure, grouping related operations into logical divisions. Subheadings may be used if they will help the organization of the material. Make the text of the procedure concise, to the point, and easily understandable. When alternative procedures are given, state their relative status; that is, which is the preferred or referee procedure.

A18.2  In chemical methods, specify the size of test specimen and indicate the degree of precision desired in the weighing. Consider the specimen size and its accuracy of weighing in connection with the ultimate use of the method. If the formula for a reagent has been given previously in accordance with the instructions given in A12.3, refer to the reagent by chemical formula only or name, whichever is less confusing. Otherwise, spell out the name of the reagent. The procedure shall provide for any operations necessary to obtain any correction data that may be needed.

## A19.  Calculation or Interpretation of Results

A19.1  *Calculation*— State the directions in the imperative mood for calculating the results of test including any equations and any required significant figures (see also Section G16 and ASTM Practice E29 for Using Significant Digits in Test Data to Determine Conformance with Specifications.) Spell out names in the text but use letter symbols in the equations to designate individual values. Use numerical values for any constants. Describe the letter symbol immediately under the equation (unless a section on symbols is included; see A7.2.4). Avoid the use of combined factors in chemical methods. Indicate the reference point on which the calculations are based, such as on the sample as received and dry basis, and the units in which the results are reported. If necessary for clarity, a typical calculation should be included in an explanatory note.

A19.1.1  An example of a typical equation is:

$$\text{Aluminum, } \% = \frac{(A \times B) \times 0.0587}{C} \times 100$$

where:
$A$ = grams of aluminum oxyquinolate found in the aliquot used,
$B$ = grams of aluminum oxyquinolate found in the blank, and
$C$ = grams of sample represented in the aliquot used.

A19.2  *Interpretation of Results*— Use this heading in place of "Calculation" when the results of the test are expressed in descriptive form, relative terms, or abstract values. List and

A-9

define the descriptive terms or classifications used. The results of a test may be interpreted or expressed in terms of a rating scale. There is fairly wide agreement on five-step scales for many values or rankings of merit, with 5-good, 3-middle, 1-bad. In general, a higher score for more of a desirable property is the more satisfactory arrangement. This eliminates confusion arising from No. 1 in rank for the most of a quantity, without regard to the relative desirability.

A19.2.1   Examples of test methods that include rating systems are:

D130 Test Method for Detection of Copper Corrosion from Petroleum Products by the Copper Strip Tarnish Test
D3511/D3511M Test Method for Pilling Resistance and Other Related Surface Changes of Textile Fabrics: Brush Pilling Tester Method

## A20.  Report

A20.1   State in this section the detailed information required in reporting the results of the test. When two or more procedures are described in a test method, the report shall indicate which procedure was used. When the test method permits variation in operating or other conditions, incorporate in the report a statement as to the particular conditions used in the test. As an aid in the calculation and uniform recording of test results a standard report form or work sheet may be used, and if desirable a facsimile of the form may be included in the test method. Introduce the section as follows: "Report the following information:"

## A21.  Precision and Bias (Mandatory)

A21.1   *Definitions and Additional Information:*

A21.1.1   For precise definitions of statistical terms, refer to ASTM Terminology E456, Relating to Quality and Statistics.

A21.1.2   For more information on calculation methods relating to the use of statistical procedures, refer to ASTM Practices E177 and E691.

A21.2   *Statement of Precision (Mandatory)*:

A21.2.1   Precision is the closeness of agreement between test results obtained under prescribed conditions. A statement on precision

allows potential users of the test method to assess in general terms its usefulness in proposed applications. A statement on precision is not intended to contain values that can be duplicated in every user's laboratory. Instead the statement provides guidelines as to the kind of variability that can be expected between test results when the test method is used in one or more reasonably competent laboratories.

A21.2.2   Precision shall be estimated in accordance with the interlaboratory test program prescribed in Practice E691, Conducting an Interlaboratory Study to Determine the Precision of a Test Method, or by an interlaboratory test program that yields equivalent information, for example, a standard practice developed by an ASTM technical committee. The data and details of the interlaboratory study to determine precision shall be filed as a research report at ASTM International Headquarters. The precision statement shall include reference to the research report in a Note.

A21.2.3   Every test method shall contain: (*1*) a statement regarding the precision of test results obtained in the same laboratory under specifically defined conditions of within-laboratory variability (repeatability conditions); and (*2*) a statement regarding the precision of test results obtained in different laboratories (reproducibility conditions).

A21.2.4   The repeatability conditions defined in Terminology E456 shall be used; namely, within-laboratory conditions under which test results are obtained with the same test method in the same laboratory by the same operator with the same equipment in the shortest practicable period of time using test specimens taken at random from a single quantity of homogenous material. If some other within-laboratory variability is also determined (such as for longer times or different operators within a laboratory), the particular conditions shall be reported in detail, and the precision designated "intermediate precision" (see Terminology E456). If the committee formerly called this repeatability, add "(formerly called repeatability)."

A21.2.5   The statement regarding between-laboratory variability shall pertain to test results obtained with the same method on random test

units from the same lot of homogeneous material in different laboratories with different operators using different equipment (reproducibility conditions).

A21.2.6   The precision statement shall include the repeatability standard deviation and reproducibility standard deviation; and shall include the 95 % repeatability limit and the 95 % reproducibility limit for the largest expected differences between two test results. The latter are numerically equal to 2.8 times the respective standard deviation for data that are known to be normally distributed, and approximately so for most other data encountered in ASTM committee work. Use a statement such as the following:

*Precision* [1]—The repeatability standard deviation has been determined to be (insert repeatability value) and the 95 % repeatability limit is (insert value). The reproducibility standard deviation has been determined to be (insert reproducibility value) and the 95 % reproducibility limit (insert value).

[1]Supporting data have been filed at ASTM International Headquarters and may be obtained by requesting Research Report RR: (insert report number). Contact ASTM Customer Service at service@astm.org.

A21.3   *Statement on Bias (Mandatory):*

A21.3.1   Bias is a systematic error that contributes to the difference between the mean of a large number of test results and an accepted reference value. A discussion on bias may be found in statistical documents, such as Practices E177 and C670.

A21.3.2   The bias statement shall describe the bias and methods employed to provide corrected test results. If the bias is not known but the direction or bounds on the bias, or both, can be estimated, these shall be reported in the bias statement.

A21.4   *General Considerations:*

A21.4.1   The precision and bias section of the test method shall include a brief descriptive summary of the interlaboratory study that will permit the user of the test method to judge the reliability of the data. This summary should include number of laboratories, number of property levels tested, range of the measured average property levels, and number of replicate tests. The summary may be included in a Note.

A21.4.2   If precision or bias, or both, varies with the test level, the variation shall be described in the statement.

A21.4.3   When revising or reapproving a test method, ensure that the information reported in the Precision and Bias section and the supporting data are still valid. If there has been a change to the test method that could affect precision, a new interlaboratory study should be conducted.

A21.5   *Exceptions:*

A21.5.1   If the responsible committee decides that an interlaboratory study for a new test method should be delayed, a temporary statement shall be included which addresses only repeatability based on the results from a single operator. A repeatability limit is not included. This temporary precision statement is permitted for five years, use a statement such as the following:

*Precision* [1]—The repeatability standard deviation from a single operator has been determined to be (insert repeatability value or values for different average property values).

[1]An interlaboratory study of this test method is being conducted and a complete precision statement is expected to be available on or before (insert year).

A21.5.2   If it is not feasible to determine the reproducibility, as directed in A21.2, within five years of the first approval of the standard, use a statement such as the following:

*Precision* [1]—The repeatability standard deviation from a single operator has been determined to be (insert the average test values and corresponding repeatability values).

[1]The reproducibility of this test method is not provided at this time because (insert here the reason or reasons). The reproducibility of this test method is being determined and is expected to be available on or before (insert year).

A21.5.3   When a test method specifies that the procedure in another ASTM test method is to be used without modification, no statements of precision and bias are necessary if those in the other test method are applicable. When a test method specifies that the procedure in another ASTM test method is to be used with only insignificant modification(s), use a statement

such as the following to assure the reader that precision and bias are not affected by the modification(s):

*Precision and Bias*—The precision and bias of this test method for measuring (insert here the name of the property) are essentially as specified in Test Method (insert here the designation of the other test method).

When a test method specifies that the procedure in another ASTM test method is to be used with significant revisions, provide statements on precision and bias as directed in A21.2 and A21.3.

A21.5.4   When a test method specifies that a test result is a nonnumerical report of success or failure or other categorization or classification based on criteria specified in the procedure, use a statement on precision and bias such as the following:

*Precision and Bias*—No information is presented about either the precision or bias of Test Method X0000 for measuring (insert here the name of the property) since the test result is nonquantitative.

A21.5.5   If it is not possible to provide a statement on precision (repeatability or reproducibility) as directed in A21.2, use a statement such as the following:

*Precision*—It is not possible to specify the precision of the procedure in Test Method X0000 for measuring (insert here the name of the property) because (insert here the reason or reasons).

Citing impracticability is not warranted if the reason is that an interlaboratory study has revealed that the precision is poor or that the standard was written before precision statements were required.

A21.5.6   If bias cannot be determined, a statement to this effect shall be included, such as the following:

*Bias*—No information can be presented on the bias of the procedure in Test Method X0000 for measuring (insert here the name of the property) because (insert here the reason; such as "no material having an accepted reference value is available").

## A22.  Measurement Uncertainty

A22.1   Measurement uncertainty is an estimate of the magnitude of systematic and random measurement errors that may be reported along with the measurement result. An uncertainty statement relates to a particular result obtained in a laboratory carrying out the test method, as opposed to precision and bias statements which are mandatory parts of the method itself and normally derived from an interlaboratory study conducted during development of the test method.

A22.2   It is neither appropriate for, nor the responsibility of, the test method to provide explicit values that a user would quote as their estimate of uncertainty. Uncertainty values must be based on data generated by a laboratory reporting results using the test method.

A22.3   In this section include guidance for developing estimates of uncertainty to be reported with test results. Suggestions should be considered for studies to perform, listings of the potential major contributing factors to uncertainty, descriptions of how the variation due to each factor might be evaluated, and examples of how they might be combined. Information of this type is particularly useful to users of the test method seeking laboratory accreditation. Information on measurement uncertainty may be placed in an appendix if it is for information only.

A22.4   For additional guidance refer to Guide E1488.

## A23.  Keywords (Mandatory)

A23.1   In this section, identify the words, terms, or phrases, that best represent the technical information presented in the standard. Select the keywords from the title and body of the document and include general, vernacular, and trade terms. These keywords will be used in the preparation of the ASTM Subject Index.

A23.2   Select three or more keywords that describe the names of tests, procedures, special materials, or the specific application(s) that will facilitate the identification and retrieval of the standard.

A23.3  All selected keywords shall be stand-alone terms; the type of standard, incomplete phrases, unattached adjectives, etc., shall not be used.

## A24.  Annexes and Appendixes

A24.1  Additional information may be included in one or more annexes and appendixes to the test method.

A24.2  The words "Mandatory Information" shall be included directly under the title of annexes and the words "Nonmandatory Information" shall be included directly under the title of appendixes.

A24.3  *Annexes*— Include in annexes any detailed information such as that on apparatus or materials that is a mandatory part of the test method but too lengthy for inclusion in the main text. Annexes shall precede appendixes. Examples of such information are as follows:

A24.3.1  Glossary of terms used in the method,

A24.3.2  List of symbols,

A24.3.3  Detailed description of apparatus,

A24.3.4  Instructions for calibrating and standardizing apparatus,

A24.3.5  Directions for cleaning apparatus, and

A24.3.6  Operating instructions and adjustments of specific makes of apparatus.

A24.4  *Appendixes*— An appendix to an ASTM standard is informative only and is not a mandatory part of the standard. Information on the following general subjects has been included in such appendixes:

A24.4.1  Notes on significance and interpretation of the test method, usually to amplify the statement in the text,

A24.4.2  Development of equations used in the calculations,

A24.4.3  Charts or supplementary information for computations,

A24.4.4  Suggested data forms for recording test results, and

A24.4.5  Commentary on rationale used in the development of the test method.

## A25.  References

A25.1  Include only references to publications supporting or providing needed supplementary information. Historical and acknowledgment references are not desirable. If there are five or more references, list them in an unnumbered section at the end of the standard in the order in which they appear in the text. If there are fewer than five literature references, use footnotes (see Section G21).

## A26.  Footnotes

A26.1  *General*— Footnotes referenced in the text are intended only for reference and shall never include any information or instructions necessary for the proper application of the method. Table footnotes are a part of the table. Use consecutive superior numerals for reference to footnotes except in connection with tables, in which case use italic capital letters.

A26.2  *Committee Jurisdiction and History*— Footnote 1 shall include in the first paragraph the committee having jurisdiction and, where the committee so requests, the subcommittee. The second paragraph shall include history information as follows: *(1)* approval date of latest revision, *(2)* month and year of publication, *(3)* designation and year of original issue, *(4)* designation and year of previous issue, and *(5)* information as to any other standards that may have been replaced by the standard, year of redesignation, etc.

A26.3  *Literature References*— Use footnotes for references if there are fewer than five. For five or more see Section A25, observing the limitations noted therein. Also see Section G21.

A26.4  *Sources of Apparatus*— Where apparatus may be special or not readily available from more than one source, the source may be referenced. (However, see Section F4 for detailed rules.)

A26.5  *Research Reports*— Reference in a footnote the availability of Research Reports (see Section A29).

## A27.  Notes

A27.1  Notes in the text shall not include mandatory requirements. Notes are intended to

set explanatory material apart from the text itself, either for emphasis or for offering informative suggestions, which are not properly part of the standard. Clarification of the description of required apparatus or procedure and modifications required or permitted in certain cases belong in the text itself. If inclusion of the contents yields a different result, then that information is considered mandatory for the performance of the standard and shall be located in the text. Notes may be preferable for detailed description of auxiliary procedures (for example, correction of barometric pressure in a test method not primarily concerned with pressure). Table notes are a part of the table and are mandatory provisions.

A27.2   Notes appearing in a given standard shall be numbered in sequence separately in the main text, separately in sequence in the annex, and separately in sequence in the appendix and should appear at the end of the paragraph to which they pertain. If it is desired to refer to a text note in connection with a specific word or phrase in the text, that word or phrase should be followed by a reference to the note, "(NOTE 1)," etc.

A27.3   Notes in the text are preferred for the following:

A27.3.1   To refer to editorial changes made in the text,

A27.3.2   To refer to similar or companion ASTM standards,

A27.3.3   Limitations of the application of the test when not covered in the text.

A27.3.4   Description, if included under "Scope," of experimental means for recognizing cases where the method is not applicable to the material under test.

A27.3.5   Description of additional (not alternative) apparatus, materials, procedures, or calculations that are not actually required; or description of merely recommended forms of construction of required apparatus.

A27.3.6   Explanation, if desired, of the reasons for a certain requirement or direction. If brief, include in the text rather than as a note.

A27.4   *Patent Disclaimer of Liability*— See Section 15 of the *Regulations Governing ASTM Technical Committees.* This note, quoted in F3.2

and not numbered, is generally placed at the end of the standard. Refer questions regarding the applicability of this section to the Staff Manager of your committee.

A27.5   *General Statement of ASTM Policy*— This note, quoted in F2.3 and not numbered, is generally placed at the end of the standards after the note on Patent Disclaimer of Liability.

## A28.   Adjuncts

A28.1   Occasionally, it is not practicable to publish as an integral part of the standard, because of its nature, material that may be required for use of the standard. Such material is published as an adjunct.

A28.2   Include a description of the adjunct in the text of the standard. If appropriate, include a figure (illustration) of the adjunct.

A28.3   When adjunct material is indicated, it shall be made available at the time of publication of the standard.

A28.4   Include all referenced adjuncts in the Referenced Documents section (see Section A6).

A28.5   Examples of adjuncts are as follows:

A28.5.1   Comparison standards such as the copper strip corrosion standards for Test Method D130 (lithograph aluminum strips),

A28.5.2   Charts such as the viscosity-temperature charts for liquid petroleum for D341,

A28.5.3   Reference radiographs such as E155 or reference photographs, such as E125,

A28.5.4   Technical data such as the twelve volumes of D1250, Petroleum Measurement Tables, and

A28.5.5   Drawings such as detailed drawings for the construction of the smoke chamber in Test Method D2843.

## A29.   Research Reports (Mandatory for Precision and Bias Statements Producing Numerical Results)

A29.1   Where numerical data have been generated to establish the precision and bias of a test method, a research report is required. The research report shall include a list of participating laboratories, description of samples, a copy of the laboratory instructions, the equipment/apparatus

used, the data, a statistical summary and a copy of the Precision and Bias Statement, where applicable. A guide for the research report is available at www.astm.org or from ASTM International Headquarters. The research report shall be placed on file at ASTM. A number is assigned by ASTM and a copy may be obtained upon request. A footnote shall be placed in the standard stating that a copy of the research report may be obtained from ASTM, giving the "RR" designation number.

## A30.   Rationale

A30.1   The inclusion of a rationale (commentary) section in ASTM standards is encouraged to ensure that brief and concise documentation is available to the user of the standard and to provide traceability and clarification of past actions. This documentation may include: *(1)* a brief history of the development of a new standard or revision to an existing standard including when and why the effort was initiated, *(2)* reasons and justification for requirements, *(3)* documentation of factors considered, and *(4)* listing of technical sources and literature.

A30.2   If included, this information shall appear in an appendix of the standard.

A30.3   Examples of standards that include section on rationale:

E84 Test Method for Surface Burning Characteristics of Building Materials
F746 Test Method for Pitting or Crevice Corrosion of Metallic Surgical Implant Materials

## A31.   Summary of Changes

A31.1   If the committee chooses to provide a Summary of Changes, place this unnumbered section at the end of the standard and begin with the following introductory paragraph:

Committee XXX has identified the location of selected changes to this standard since the last issue (insert designation and year date ) that may impact the use of this standard.

A31.2   An asterisk will appear after the Scope (**Scope\***) with the following wording at the bottom of the first page:

**\*A Summary of Changes section appears at the end of this standard.**

A31.3   Next list, by section or subsection, changes made since the last issue that may impact the use of the standard. For standards that have undergone multiple revisions in a short period of time, keep the Summary of Changes in the standard for 18 months. This will ensure that all changes from one publication of the Annual Book of ASTM Standards to the next are recorded. Brief descriptions of the changes and reasons for the changes may be included. If desired, a more extensive description of reasons for the changes should be placed in the appendix.

A31.4   An example of the list of changes is:

*(1)*   Deleted Section 5 and renumbered subsequent sections.
*(2)*   Updated precision statement in Section 10 to reflect the results of a recent interlaboratory study.
*(3)*   Revised hardness requirements in Table 2.
*(4)*   Revised Section 14 on Product Marking.

# PART B

# FORM OF ASTM SPECIFICATIONS

## INTRODUCTION

The broad scope of ASTM International, which covers materials, products, systems, and services, and the need to provide for a variety of approaches to the writing of ASTM specifications, prevent the development of a single document or a series of documents that list all subjects to be covered in all ASTM specifications. This document, however, is intended to provide considerable guidance to the committees in their specification-writing activities.

Special instructions with respect to the legal aspects shall be followed in writing any standard. These include such matters as contractual items, caveat statements, patents, and fire standards. Assistance on development of fire standards is available from Committee E05. See Part F for details.

When a standard is being developed, the costs associated with its development and subsequent use generally should be considered. The prime objective should be the optimum use of resources to achieve satisfactory definition of the product or service. However, it should be noted that when the standard relates to the safety of persons, cost considerations are likely to become much less important than when attributes of materials or products are involved. Some standards, such as definitions, impose no cost on the user; others that include numerous and extensive requirements can entail significant expense to users of the standard. The requirements to be included should, therefore, be those that are technically relevant and yield benefits commensurate with the cost of their determination.

Cost effective statements or rationale may be included within a standard if appropriate, usually in an appendix.

Standards or sections of standards relating to the *safe use or performance* of consumer products (see NOTE B1) may be sent to Committee F15 on Consumer Products for review and comment at some appropriate stage prior to letter ballot of the originating main committee. This review is offered by Committee F15 to provide for the maximum of consumer input. Draft standards submitted to Committee F15 will receive rapid and constructive critique.

NOTE B1—Consumer products are those designed primarily for use by the consumer in and around the home, school, or recreational areas.

## B1.  Functions

B1.1  Specifications (see definition on p. vii) may have three functions and, although many specifications serve all three, it is well that those drafting specifications keep these functions in mind so that the primary purposes are not confused.

B1.1.1  *Purchasing*— Specifications facilitate dealings between the purchaser and the supplier. Sufficient requirements should be included to ensure that all batches, lots, or deliveries from any seller that conform to the specification will be satisfactory to the purchaser. Unnecessary requirements are likely to increase costs and should be avoided.

B1.1.2  *Standardization*— Standardization is an inevitable byproduct of most specifications. In some cases it may be the primary function. Standardization involves a deliberate and possibly arbitrary choice of a limited number from the multiplicity of qualities, sizes, compositions, etc., that may be available.

B1.1.3  *Providing Technical Data*— All specifications contain technical information, but in some cases the designer requires more information than that provided for purchase or standardization. Committees may add information of this type to specifications either as requirements or as appendixes.

B1.2  *Open-End Agreements*— There shall be no statements in specifications that allow

agreement between purchaser and supplier that do not meet the minimum requirements of the specification by such means as omitting tests that are a part of the specification, substituting or modifying a test method, or by changing the specification limits to be less restrictive.

## B2. Subject Headings of Text

B2.1  The following is the sequence for the text of ASTM specifications. Headings are those most generally used, but may not be all-inclusive. It may be necessary to include other headings for specialized subjects. The headings identified as "mandatory" are required. Other headings shall be included when the subject matter is pertinent to the document under development, in which case, all instructions and guidance for that particular section shall be followed. For example, if the standard does not contain reference to any standard documents within the text, it is not required to include a section on Referenced Documents. If, however, specific hazards are cited throughout the text, then the section on Hazards shall be followed. Not all of these headings may be required for a particular standard. Additional headings, which are included to cover specialized subjects, should appear in the most appropriate place and sequence depending on their relation to the sections below.

Title (mandatory)
Designation (mandatory)
Scope (mandatory)
Referenced Documents
Terminology
Classification
Ordering Information
Materials and Manufacture
Chemical Composition
Physical Properties
Mechanical Properties
Performance Requirements
Other Requirements
Dimensions, Mass, and Permissible Variations
Workmanship, Finish, and Appearance
Sampling
Number of Tests and Retests
Specimen Preparation
†   Test Methods
Inspection
Rejection and Rehearing
Certification
Product Marking
Packaging and Package Marking
Keywords (mandatory)

Supplementary Requirements
Quality Assurance
Annexes and Appendixes
References
Summary of Changes

† Test methods included shall contain the mandatory headings shown in Section A1, except for title and designation.

B2.2  Subject headings in boldface type shall precede each section to orient the reader. Substitute text divisions and number in accordance with the Use of the Modified Decimal Numbering System guide in Part D of this publication.

## B3. Title (Mandatory)

B3.1  The title should be as concise as possible, but complete enough to identify the material, product, system, or service covered by the specification. Titles are used in lists, table of contents, and indexes, and it is most important that they be brief but inclusive. Use the singular form: "specification."

## B4. Designation and Year Date

B4.1  Designation (mandatory)—The ASTM designation, assigned by Headquarters on submittal for approval, consists of the following sequential parts:

B4.1.1  A letter designation denoting in general the classification according to material, product, system, or service:

A—Ferrous metals and products
B—Nonferrous metals and products
C—Cementitious, ceramic, concrete, and masonry materials
D—Miscellaneous materials and products
E—Miscellaneous subjects
F—End-use materials and products
G—Corrosion, deterioration, weathering, durability, and degradation of materials and products

B4.1.2  A sequential number following the letter designation (for example, Specification C150).

B4.2  Year Date: (for example, Specification C150-01):

B4.2.1  After the designation, a hyphen is followed by the last two numbers of the year of acceptance or of last revision. If the standard is revised again during the same year, this is indicated by adding an "a" for the second revision, "b" for the third revision, etc.

B4.2.2   The parenthetical phrase ("Reapproved 20___") to designate the year of last reapproval of a standard, if applicable.

B4.2.3   For editorial changes that do not change the year designation, a note is inserted before the text to indicate the location and date of the change and a superscript epsilon ($^{\epsilon}$) is added after the year designation. the epsilon designations and corresponding notes are numbered chronologically and are deleted upon occasion of the next revision or reapproval.

B4.3   Designation numbers of standards that have been discontinued are not reassigned.

B4.4   *SI Standards* (see Part H and Section G24).

## B5.   Scope (Mandatory)

B5.1   Include in this section information relating to the purpose of the specification. Concisely state the materials, products, systems, or services to which the specification applies and any known limitations. Include, where applicable, the intended use of the specification. Do not include references to trademarks.

B5.2   Include in this section the system of units to be used in referee decisions.

B5.3   Include in this section any caveats required by ASTM policy such as *safety hazards* (see F2.1) and *fire hazards* (see F2.2) if one or more test methods are detailed other than by reference.

B5.4   For standards developed for reference in model (building) codes, include the following statement:

The text of this standard references notes and footnotes which provide explanatory material. These notes and footnotes (excluding those in tables and figures) shall not be considered as requirements of the standard.

## B6.   Referenced Documents

B6.1   List in alphanumeric sequence the designation and complete title all documents referenced within the standard. Refer to Section A6 for further information.

B6.2   Provide footnotes to this section to indicate the sources of these documents. When ASTM standards are referenced later in the text, use only the type of standard (that is, specifica-

tion, test method, practice, classification, guide, terminology, etc.) and the designation letter and number (for example, *Test Method D1310*).

B6.3   Do not include the year date when designating referenced documents unless there is a technical reason for requiring a particular revision.

B6.4   When listing referenced adjuncts, provide a brief description in this section, and a footnote of the availability. (For more specific information on adjuncts, refer to Section B29).

## B7.   Terminology

B7.1   See Section A7.

## B8.   Classification

B8.1   When more than one material, product, or system is specified, they may be separated first by *types*, which are distinguished by Roman numerals. This first subdivision shall be based upon some major property, composition, or application of the item. Designate further subdivision by *grades* according to some pertinent property or properties and identify by Arabic numbers. If necessary, make additional division into *classes*, identified by capital letters.

B8.2   The precedence of type, grade, and class, as well as the method of designation, is the ASTM preferred style, and it shall be used in the absence of any established preference.

B8.3   When a type, grade, or class has been deleted, do not use this designation again, to avoid confusion with earlier specifications. If new designations are used, they shall be of different format and preferably followed (for a limited time) by the previous designation in parentheses.

## B9.   Ordering Information (See also Section B25)

B9.1   When the specification covers options for purchase, such as various types, grades, classes, alloys, sizes, and mass, the purchase order or inquiry should state which particular types, alloys, sizes are desired.

B9.2   A listing of each such optional feature, together with a reference to the applicable section of the specification, will be of assistance in the

wording of orders. After the attention of the purchaser is directed to all of the options in the specification, his attention might be directed to what would be furnished by the supplier if the purchaser fails to specify one or more of the options.

B9.3   It is recommended that this section be included in all specifications as a checklist of items to be included in a purchase order or contract. If this list contains any ASTM designation (including referenced documents), it is desirable to specify "year date(s)" to avoid misunderstandings between contractual parties.

B9.4   When citing a combined standard, indicate the system of units to be applied. For example:

X.X This material/product shall conform to the requirements stated in SI units of Specification A36/A36M.

## B10.   Materials and Manufacture

B10.1   General requirements regarding the materials and method of manufacture to be used may be included when deemed helpful to the user of the standard, such as the open-hearth, electric-furnace, or basic-oxygen bessemer processes generally specified for steel products. When the material, product, or system specified is made from two or more materials or products, this section should state briefly the general requirements of the materials or products to be used and the process to be followed in manufacture, including items such as the nature and character of any alloys, fillers, saturants, antioxidants, coatings, and plasticizers.

## B11.   Chemical Composition

B11.1   When necessary, detailed requirements shall be given as to chemical composition and other chemical characteristics for the material, product, or system. Frequently these are presented in tabular form. It is most important that the following information be clearly indicated: *(1)* name of each constituent specified, *(2)* whether the requirement is a maximum, minimum, or range, *(3)* whether an allowance for measurement error is incorporated in these limits, *(4)* the units applicable, *(5)* references to notes or footnotes when necessary for further clarification, and *(6)* appropriate analytical methodology.

B11.2   The sequence of items specified shall be consistent within a related group of specifications.

B11.3   The preferred introduction for this section is: "The material shall conform to the requirements prescribed in Table 1."

B11.4   *Limits on Nonspecified Elements*— It is suggested that the following statement be added to tables of chemical requirements as applicable to replace the requirements and statements presently being used regarding nonspecified elements: "By agreement between purchaser and supplier, analysis may be required and limits established for elements or compounds not specified in the table of chemical composition" (see also Section B24).

## B12.   Other Requirements

B12.1   When necessary, detailed requirements should be given as to characteristics to which the material, product, or system shall conform. Frequently these are presented in tabular form. It is most important that the following information be clearly indicated: *(1)* name of each property or requirements, *(2)* whether the requirement is a maximum, minimum, or range, *(3)* whether an allowance for measurement error is incorporated in these limits, *(4)* the units applicable, *(5)* references to notes or footnotes when necessary for further clarification, and *(6)* appropriate test methodology.

B12.2   *Physical Properties*— Present the requirements for electrical, thermal, optical, and similar properties in this section, usually in tabular form.

B12.3   *Mechanical Properties*— Present the requirements for tensile strength, yield strength, elongation, and similar properties in this section.

B12.4   *Performance Requirements*— Include functional, environmental, and similar requirements in this section when necessary.

B12.5   *Other Requirements*— Include additional requirements as needed.

B12.6   In preparing a specification it is essential to make sure that there is a test procedure for determining conformance for each requirement. These shall be listed in the specification (see Section B18).

FORM OF ASTM SPECIFICATIONS

B12.7   When it is not feasible to tabular the requirements, separate text division may be used to specify the various requirements. These shall be given appropriate headings consistent with the subject matter included.

## B13.   Dimensions, Mass, and Permissible Variations

B13.1   Details as to the standard shapes, mass, and size ranges usually are presented best in tabular form with brief reference in the text. Separate sections may be necessary with individual tables. The tables shall clearly indicate where the various size ranges are divided; for example, ranges from 0 to 250 mm, 250 to 500 mm, 500 to 750 mm shall be more properly stated as 250 mm and under, over 250 to 500 mm, inclusive; over 500 to 750 mm, inclusive, etc.

B13.2   The permissible variations in dimensions, mass, etc., may be included in the same tables with the nominal sizes. It shall be made clear whether the tolerances specified are both plus and minus or apply in only one direction.

## B14.   Workmanship, Finish, and Appearance

B14.1   Requirements covering the workmanship and finish include such general requirements as the type of finish and general appearance or color, uniform quality and tempers (for metals), and whether the item is clean, sound, free of scale and injurious defects. To avoid misunderstanding, these should be spelled out clearly. Provisions for removal or repair of minor surface imperfections that are not considered cause for rejection should be stated.

B14.2   For products such as pipe and tile it is usually customary to specify absence of defects such as fractures, large or deep cracks, checks, blisters, laminations, and surface roughness. The finish and shape of the ends also should be specified.

## B15.   Sampling

B15.1   If a specification applies to a unit of product or material such as a piece of cloth, a coil of wire, a section of plastic pipe, or a heat of steel, from which specimens are to be taken for testing, the procedure for obtaining these specimens shall be described.

B15.2   If a specification pertains to individual units of a lot and sampling inspection is likely to be the normal procedure, it is desirable for the specification to reference or include in a supplementary section a sampling procedure for determining acceptability of the lot (see Section B25).

NOTE B2—In a single sampling plan by attributes the acceptability of a lot will be determined by the number of units of product in the sample that do not conform to the specifications. The acceptable quality level (AQL) and limiting quality level (LQL) of an acceptance sampling plan, expressed as percentages of the units nonconforming, are characteristics of the sampling plan and are not to be viewed as product specifications.

B15.3   If a specification pertains to the mean of a lot, in particular to the mean of a lot of bulk material such as cement or pig iron, the procedure for sampling the lot or the formation of sample test units, or both, shall be described or referenced. The criterion for determining conformance of the lot shall be specifically stated.

B15.4   If a specification applies to a lot of bulk material, state the number of increments required to create a sample test unit and the number of test units to be taken to determine conformance of the lot.

B15.5   The minimum amount of material required to carry out conveniently all the tests in the specification should be indicated for the convenience of the user of the specification.

## B16.   Number of Tests and Retests

B16.1   State the number of test units and the number of test specimens or subunits that are required to determine conformance of the material or product to the specifications. In the sampling of a lot of bulk material, state the size of the sample in terms of the number of primary (first stage) sampling units that is required to determine conformance to the specifications.

NOTE B3—When a specification pertains to several different properties of a material to be determined by a variety of test methods, a test unit is defined as a unit or portion of the material that is sufficient to obtain a single, adequate set of test results for all properties to be measured.

B16.2   If a specification allows retesting in cases where the material or product fails to pass

the specification, state the rules for the retesting and the conditions under which the retesting would be permitted.

## B17.  Specimen Preparation

B17.1  Where special preparation is required, as for example in specifications for molding materials, this section shall be included.

B17.2  Refer to a standard test method if possible.

B17.3  If no standard test method exists, include sufficient detail in the specification to assure acceptable reproducibility of test results.

B17.4  State that specimens are to be prepared in accordance with the recommendations of the manufacturer only if neither B17.2 nor B17.3 is feasible.

## B18.  Test Methods

B18.1  List standard test methods for measurement of all requirements of a specification. Refer to the ASTM test methods used in testing the material to determine conformance with the specification. This includes sampling, chemical analysis, mechanical, electrical, thermal, optical, and other testing procedures. When alternative procedures are given in test methods, it is important to state which particular procedure shall be used as the basis for the specification requirement.

B18.2  When there is no ASTM test method specified for a particular quality or property of a specified material, describe the test procedure to be followed in detail in the specification, following the Form of ASTM Test Methods (Part A of this publication). Include all mandatory information listed in A1.1 (title, scope, significance and use, hazards, procedure, precision and bias).

B18.3  Where a method of some other organization is being used and the committee has not approved the test as an ASTM test method, then it is preferable to describe the test in detail in the specification and to include a footnote reference to the original source. Appropriate copyright releases shall be obtained.

B18.4  State all procedures in the imperative mood.

## B19.  Inspection

B19.1  The following statement has been adopted by the Board of Directors to be used when there is a substantial disagreement between producers and users within a particular committee, resulting in a blockage of progress in the acceptance of new specifications or revisions to specifications:

Inspection of the material shall be agreed upon between the purchaser and the supplier as part of the purchase order or contract.

B19.2  Place any technical requirements on inspection such as sampling plan and physical or mechanical properties in other appropriate parts of the specification.

## B20.  Rejection and Rehearing

B20.1  The following statement serves as a guide to ASTM committees when there is need for a section on rejection and rehearing:

Material that fails to conform to the requirements of this specification may be rejected. Rejection should be reported to the producer or supplier promptly and in writing. In case of dissatisfaction with the results of the test, the producer or supplier may make claim for a rehearing.

## B21.  Certification

B21.1  A certification section may be included in the standard when in the judgment of the committee, technical considerations make this advisable. If a certification section is included, the certification shall include reference to the standard designation and year date.

B21.2  The following are suggested statements:

When specified in the purchase order or contract, the purchaser shall be furnished certification stating samples representing each lot have been tested and inspected as indicated in this specification and the requirements have been met. When specified in the purchase order or contract, a report of the test results shall be furnished. Test reports may be transmitted to the purchaser by electronic services. The content of the electronically transmitted document shall conform to any existing agreement between the purchaser and the seller.

B21.3  Upon the request of the purchaser in the purchase order or contract, the certification of an independent third party indicating conformance to the requirements of this specification may be considered.

## B22.  Product Marking

B22.1  It is customary to specify the information to be marked on the material or included on the package, or on a label or tag attached thereto. Such information typically may include the name, brand, or trademark of the manufacturer, quantity, size, weight, ASTM designation, or any other information that may be desired for a specific material. If an ASTM standard is specified, indicate "ASTM" and the designation number (for example, ASTM F2063) on the marking, when possible.

## B23.  Packaging and Package Marking

B23.1  When it is customary and desirable to package, box, crate, wrap, or otherwise protect the item during shipment and storage in accordance with a standard practice, it is customary to state the requirements.

## B24.  Keywords (Mandatory)

B24.1  In this section, identify the words, terms, or phrases that best represent the technical information presented in the standard. Select the keywords from the title and body of the document and include general, vernacular, and trade terms. These keywords will be used in the preparation of the ASTM Subject Index.

B24.2  Select three or more keywords that describe the names of tests, procedures, special materials, or the specific application(s) that will facilitate the identification and retrieval of the standard.

B24.3  All selected keywords shall be stand-alone terms; the type of standard, incomplete phrases, unattached adjectives, etc., shall not be used.

## B25.  Supplementary Requirements

B25.1  For some standards supplementary requirements may be specified. These should not include statements that would allow the lowering of minimum requirements of the standard (see B1.2). Usually these apply only when specified by the purchaser in the purchase order or contract. A statement to this effect shall appear in the first paragraph of the Supplementary Requirements section. The following is a suggested statement relating to special requirements:

The following supplementary requirements shall apply only when specified by the purchaser in the purchase order or contract.

B25.2  Supplementary requirements shall appear separately in a Supplementary Requirements section.

B25.3  *Quality Assurance*— This requirement, if included, shall be qualified by the statement: "When specified in the purchase order or contract." Reference to a suitable document, such as ASTM International, ANSI, MIL, etc., may be made by agreement between the supplier and the purchaser.

B25.4  *Qualification:*

B25.4.1  Qualification to nongovernment standards shall be based on the same justification and operated under the same rules as qualification to military or federal specifications. The justification and rules are covered in the DoD 4120.3-M manual, Chapter 4. Briefly, qualification is justified when one or more of the following apply: *(1)* The time to conduct one of the tests exceeds 30 days, *(2)* conformance inspection will require special equipment, *(3)* specification covers life survival or emergency life-saving equipment. The committee preparing the specification that calls for qualification will be asked to show that: *(1)* there is no other practical way of obtaining evidence of the availability of products to meet the specification in a reasonable time independent of that acquisition and *(2)* two or more sources are available and willing to submit their products for qualification.

B25.4.2  When qualification is determined to be feasible and necessary, it shall be included in the Supplementary Requirements section with wording similar to:

Items furnished under this specification shall be products that are qualified for listing on the applicable qualified products list at the time set for opening of bids.

Qualification testing (as distinct from acceptance testing) shall be specifically identified with accept/reject criteria. A statement shall be made

concerning retention of qualification. This may either be a manufacturer's periodic self-certification, a periodic submission of test results, or a complete retest of the product. A statement similar to the following shall be included:

> With respect to products requiring qualification, awards will be made only for products that are, at the time set for opening of bids, qualified for inclusion in Qualified Parts List (QPL No.) whether or not such products have actually been so listed by that date. The attention of the contractors is called to these requirements, and manufacturers are urged to arrange to have the products that they propose to offer tested for qualification in order that they may be eligible to be awarded contracts or purchase orders for the products covered by this specification. The activity responsible for the Qualified Parts List is (insert name and address of qualifying organization(s)) and information pertaining to qualifications of parts may be obtained from that activity.

## B26.   Annexes and Appendixes

B26.1    Additional information may be included in one or more annexes or appendixes to the specification.

B26.2   The words "Mandatory Information" shall be included directly under the title of annexes and the words "Nonmandatory Information" shall be included directly under the title of appendixes.

B26.3    *Annexes*— Include in annexes any detailed information such as that on apparatus or materials that is a mandatory part of the specification but too lengthy for inclusion in the main text. Annexes shall precede appendixes.

B26.4    *Appendixes*— There are times when it is desirable to include in a specification additional information for general use and guidance, but which does not constitute a mandatory part of the specification. It is appropriate to include such informational material in appendixes. Examples of material that has been included in such appendixes are tables showing approximate relationship between tensile strength and hardness, list of preferred thickness of plate, sheet, and strip reproduced from other documents, tables of standard mass and standard sizes, information on typical applications of the material covered, and information on typical physical properties whose definite values are not prescribed in the specification.

## B27.   References

B27.1   Include only references to publications supporting or providing needed supplementary information. Historical and acknowledgment references are not recommended. If there are five or more references, list them in an unnumbered section at the end of the specification in the order in which they appear in the text. If there are fewer than five literature references, use footnotes (see Section G21).

## B28.   Footnotes

B28.1    *General*— Footnotes referenced in the text are intended only for reference and shall never include any information or instructions necessary for the proper application of the specification. Table footnotes are a part of the table. Use consecutive superior numerals for reference to footnotes except in connection with tables, in which case use italic capital letters.

B28.2    *Committee Jurisdiction and History*— Footnote 1 shall include in the first paragraph the committee having jurisdiction and, where the committee so requests, the subcommittee. The second paragraph shall include history information as follows: *(1)* approval date of latest revision, *(2)* month and year of publication, *(3)* designation and year of original issue, *(4)* designation and year of previous issue, and *(5)* information as to the other standards that may have been replaced by the standard, year of redesignation, etc.

B28.3    *Literature References*— Use footnotes for references if there are fewer than five. For five or more see Section B27, observing the limitations noted therein. Also see Section G21.

B28.4    *Sources of Apparatus*— Where apparatus may be special or not readily available from more than one source, the source may be referenced. (However, see Section F4 for detailed rules.)

B28.5    *Research Reports*— Reference in a footnote the availability of research reports (see Section B31).

## B29.   Notes

B29.1   Notes in the text shall not include mandatory requirements. Notes are intended to

set explanatory material apart from the text itself, either for emphasis or for offering informative suggestions not properly part of the standard. Clarification of the description of required apparatus or procedure and modifications required or permitted in certain cases belong in the text itself. If inclusion of the contents yields a different result, then that information is considered mandatory for the performance of the standard and shall be located in the text. Notes may be preferable for detailed description of auxiliary procedures (for example, correction of barometric pressure in a test method not primarily concerned with pressure). Table notes are a part of the table and are mandatory provisions.

B29.2   Notes appearing in a given standard shall be numbered in sequence and should appear at the end of the paragraph to which they pertain. If it is necessary to refer to a text note in connection with a specific word or phrase in the text, that word or phrase should be followed by a reference to the note, "NOTE 1"), etc.

B29.3   Notes in the text are preferred for the following:

B29.3.1   To refer to editorial changes made in the text.

B29.3.2   To refer to similar or companion ASTM standards.

B29.3.3   Description, if included under "Scope," of experimental means for recognizing cases where the method is not applicable to the material under test.

B29.3.4   Description of additional (not alternative) apparatus, materials, procedures, or calculations that are not actually required; or description of merely recommended forms of construction of required apparatus.

B29.3.5   Explanation, if needed, of the reasons for a certain requirement or direction. If brief, include in the text rather than as a note.

B29.4   *Patent Disclaimer of Liability*— See Section 15 of the *Regulations Governing ASTM Technical Committees.* This note, quoted in F3.2 and not numbered, is generally placed at the end of the standard. Questions regarding the applicability of this section should be referred to the Staff Manager of your committee.

B29.5   *General Statement of ASTM Policy*— This note, quoted in F2.3 and not numbered, is generally placed at the end of the standard after the note on Patent Disclaimer of Liability.

## B30.   Adjuncts

B30.1   Occasionally it is not practicable to publish as an integral part of the standard, because of its nature, material that may be required for use of the standard. Such material is published as an adjunct.

B30.2   Include a description of the adjunct in the text of the standard. If appropriate, include a figure (illustration) of the adjunct.

B30.3   When adjunct material is indicated, it shall be made available at the time of publication of the standard.

B30.4   Include all referenced adjuncts in the Referenced Documents section (see Section A6).

B30.5   Examples of adjuncts are as follows:

B30.5.1   Comparison standards such as the copper strip corrosion standards for Test Method D130 (lithograph aluminum strips),

B30.5.2   Charts such as the viscosity-temperature charts for liquid petroleum for D341,

B30.5.3   Reference radiographs such as E155 or reference photographs, such as E125,

B30.5.4   Technical data such as the twelve volumes of D1250, Petroleum Measurement Tables, and

B30.5.5   Drawings such as detailed drawings for the construction of the smoke chamber in Test Method D2843.

## B31.   Research Reports

B31.1   Research reports, which include historical or round-robin information, or other data, shall be sent to Headquarters, where they are given a file number and may be obtained upon request. Such reports may be referenced in a footnote (see B28.5). If the specification contains a detailed test method, the requirements in Section A29 apply.

## B32.   Rationale (Commentary)

B32.1   The inclusion of a rationale (commentary) section in ASTM standards is encouraged to ensure that brief and concise documentation is available to the user of the standard and to

provide traceability and clarification of past actions. This documentation might include: *(1)* a brief history of the development of a new standard or revision to an existing standard including when and why the effort was initiated, *(2)* reasons and justification for requirements, *(3)* documentation of factors considered, and *(4)* listing of technical sources and literature.

B32.2  If included, this information shall appear in an appendix of the standard.

B32.3  Examples of standards that include sections on rationale:

E84, Test Method for Surface Burning Characteristics of Building Materials

F746, Test Method for Pitting or Crevice Corrosion of Metallic Surgical Implant Materials

F763, Practice for Short-Term Screening of Implant Materials

## B33.  Part Numbering

B33.1  *General*— Part-numbering systems may be included in an ASTM specification. The part-numbering system shall be placed in the appendix, shall be called out "when specified" as a supplementary requirement, and shall be referenced to appropriately under either "product marking," "packaging and package marking," or both places.

B33.2  *When Used for DOD Procurement:*

B33.2.1  The inclusion of a part-numbering system should be considered by technical committees when preparing specifications. Although it is a committee decision whether or not to include part numbering, ASTM International encourages such inclusion in specifications to make them more readily usable directly in procurement and supply applications.

B33.2.2  Part numbers shall be kept short and shall not exceed 15 characters. Part numbering shall be uniform for all parts covered by the same specifications; uniformity is also preferred for all part numbers within the same group of closely related items.

B33.3  *Criteria for Inclusion of Part Numbers:*

B33.3.1  In development of standards that embrace end products, every attempt should be made to define all product variables so as to enable one product to be positively distinguished from another (from both an engineering and stocking viewpoint). Each product so covered shall be assigned a part number that:

* Is uniquely identifying.
* Includes the document (standard) number.
* Does not exceed 15 characters including dashes, slashes, spaces, etc.
* Does not include the letters "I," "O," "Q," "S," "X," and "Z."
* Does not change when the document is changed in a manner that does not affect interchangeability.
* Does not change when the product is modified so as to not be interchangeable. (In such instances, appropriate usage guidance will be provided if appropriate.)

B33.3.2  All standards that include part numbers shall contain a five-digit numerical manufacturers' code as assigned by the U.S. Government under the Federal Cataloging Program. (See Fig. B1.)

B33.3.3  An example of a part-numbering system appears in ASTM Specification F1667, for Driven Fasteners: Nails, Spikes, and Staples.

## B34.  Summary of Changes

B34.1  If the committee chooses to provide a Summary of Changes, place this unnumbered section at the end of the standard and begin with the following introductory paragraph:

Committee XXX has identified the location of selected changes to this standard since the last issue (insert designation and year date) that may impact the use of this standard.

B34.2  An asterisk will appear after the Scope (**Scope\***) with the following wording at the bottom of the first page:

**\*A Summary of Changes section appears at the end of this standard.**

B34.3  Next list, by section or subsection, changes made since the last issue that may impact the use of the standard. For standards that have undergone multiple revisions in a short period of time, keep the Summary of Changes in the

standard for 18 months. This will ensure that all changes from one publication of the Annual Book of ASTM Standards to the next are recorded. Brief descriptions of the changes and reasons for the changes may be included. If desired, a more extensive description of reasons for the changes should be placed in the appendix.

B34.4   An example of the list of changes is:

*(1)*   Deleted Section 5 and renumbered subsequent sections.
*(2)*   Updated precision statement in Section 10 to reflect the results of a recent interlaboratory study.
*(3)*   Revised hardness requirements in Table 2.
*(4)*   Revised Section 14 on Product Marking.



Example:  B1834A06020N indicates a Screw Cap, Hexagon Socket Button Head, SI, made of Cadmium Plated Alloy Steel, 6 mm in diameter, 20 mm in length, and no special feature

**FIG. B1 Part Numbering System Covering Standard Items Used by U.S. Government**

# PART C

# FORM OF OTHER TYPES OF ASTM STANDARDS

## INTRODUCTION

In addition to test methods and specifications, ASTM standards take other forms, including the following:

| | |
|---|---|
| Classifications | Reference Radiographs |
| Practices | Reference Photographs |
| Guides | Tables |
| Terminology or Definitions (see Part E) | Charts |

As a committee attempts to develop a standard, the question of differentiation between a practice and a guide may arise. In general, a practice underscores a general usage principle whereas a guide suggests an approach. A standard practice connotes accepted procedures for the performance of a given task. Refer to definitions given on p. vii. A guide may propose a series of options or instructions that offer direction without recommending a definite course of action. The purpose of this type of standard is to offer guidance based on a consensus of viewpoints but not to establish a standard practice to follow in all cases. A guide is intended to increase the awareness of the user concerning available techniques in a given subject area, while providing information from which subsequent testing programs can be derived.

Regarding reference radiographs, reference photographs, tables, and charts, there are relatively few subject headings, and the form of the standard is left to the jurisdiction of the sponsoring committee. The first two types listed in the introduction to Part C, however, are most common and are given greater treatment below.

Special instructions with respect to the legal aspects are included in Part F and shall be followed in writing any standard. These include such matters as contractual items, caveat statements, patents, and fire standards. Assistance on development of fire standards is available from Committee E05. The policies contained in Part F are approved by and are under the jurisdiction of the ASTM Board of Directors.

When a standard is being developed, the costs associated with its development and subsequent use generally should be considered. The prime objective should be the optimum use of resources to achieve satisfactory definition of the product or service. However, it should be noted that when the standard relates to the safety of persons, cost considerations are likely to become much less important than when attributes of materials or products are involved. Some standards, such as a definition, impose no cost on the user; others that include numerous and extensive requirements can entail significant expense to users of the standard. The requirements to be included should, therefore, be those that are technically relevant and yield benefits commensurate with the cost of their determination.

Cost effectiveness statements or rationale may be included within a standard if appropriate, usually in an appendix.

## CLASSIFICATIONS

### C1.  Description

C1.1  "A classification is a systematic arrangement or division of materials, products, systems, or services into groups based on similar characteristics such as origin, composition, properties, or use."[1]

[1]From *Regulations Governing ASTM Technical Committees.*

C1.2   Classifications provide a time- and space-saving shorthand for specifying the above description.

C1.3   Classifications may be defined by each committee differently because of the unique nature of that committee. A collection or grouping of definitions to one committee may be termed a classification while still another committee may group objects or properties in a classification.

## C2.   Subject Headings of Text

C2.1   The following is the sequence for the text of ASTM classifications. Headings are those most generally used but may not be all-inclusive. It may be necessary to include other headings for specialized subjects. The headings identified as "mandatory" are required. Other headings shall be included when the subject matter is pertinent to the document under development; in which case, all instructions and guidance for that particular section shall be followed. For example, if the standard does not contain reference to any standard documents within the text, it is not required to include a section on Referenced Documents. If, however, specific hazards are cited throughout the text, then the section on Hazards (see Section A13) shall be followed. Not all of these headings may be required for a particular standard. The use of footnotes and notes shall follow Sections A26 and A27 respectively. Additional headings that are included to cover specialized subjects should appear in the most appropriate place and sequence depending on their relation to the sections below.

Title (mandatory)
Designation (mandatory)
Scope (mandatory)
Referenced Documents
Terminology
Significance and Use (mandatory)
Basis of Classification (mandatory)
Test Methods and Retest
Keywords (mandatory)
Annexes and Appendixes
Summary of Changes

## C3.   Title (Mandatory)

C3.1   The title of a classification standard should be concise, but complete enough to iden-

tify the nature of the basis for classification, for specific materials, systems, services, and products.

## C4.   Designation (Mandatory)

C4.1   The ASTM designation is assigned by Headquarters on submittal for approval. Refer to Sections A3 or B4 for sequential parts of numbering.

## C5.   Scope (Mandatory)

C5.1   Include in this section information relating to the purpose of the classification. Concisely state what characteristics have been classified and the materials, products, systems, or services to which the classification applies. Where applicable state any limitations to the use of the classification.

C5.2   Include in this section the system of units to be used in referee decisions.

C5.3   Include, where applicable, comparisons of the classification to other similar classifications.

## C6.   Referenced Documents

C6.1   List here in alphanumeric sequence the designation number and complete title of all documents referenced within the classification. Refer to Section A6 for further information.

## C7.   Terminology

C7.1   See Section A7.

## C8.   Significance and Use (Mandatory)

C8.1   Include in this section information relating to the relevance of the classification. State how the classification is used and who would typically use it.

## C9.   Basis of Classification (Mandatory)

C9.1   The basis of classification is in fact the most important portion of the document. This heading sets up categories in which groupings are made. For example, ASTM Classification D388,

PRACTICES AND GUIDES

of Coals by Rank (Vol 05.06) defines classification of higher rank coals according to fixed carbon on a dry basis while lower rank coals are classed according to caloric value on the moist basis.

## C10. Test Methods and Retest

C10.1   Properties enumerated in a classification may be determined in accordance with specific test methods. These methods should be referenced in this portion of the document.

C10.2   Because of variability resulting from sampling and a lack of satisfactory reproducibility, and in instances when the first test results do not conform to the requirements prescribed in this classification, then a retest option may be provided.

## C11. Keywords (Mandatory)

C11.1   In this section, identify the words, terms, or phrases that best represent the technical information presented in the standard. Select the keywords from the title and body of the document and include general, vernacular, and trade terms. These keywords will be used in the preparation of the ASTM Subject Index.

C11.2   Select three or more keywords that describe the names of tests, procedures, special materials, or the specific application(s) that will facilitate the identification and retrieval of the standard.

C11.3   All selected keywords shall be stand-alone terms; the type of standard, incomplete phrases, unattached adjectives, etc., shall not be used.

## C12. Annexes and Appendixes

C12.1   Supplementary information is provided herein to aid in understanding and using the standard.

C12.2   Annexes (see A24.3).

C12.3   Appendixes (see A24.4).

## C13. Examples

C13.1   Examples of classifications are:

D388 Classification of Coals by Rank
D3475 Classification of Child-Resistant Packages

## C14. Summary of Changes

C14.1   If the committee chooses to provide a Summary of Changes, place this unnumbered section at the end of the standard and begin with the following introductory paragraph:

Committee XXX has identified the location of selected changes to this standard since the last issue (insert designation and year date ) that may impact the use of this standard.

C14.2   Next list, by section or subsection, changes made since the last issue that may impact the use of the standard. Brief descriptions of the changes and reasons for the changes may be included.

C14.3   An example of the list of changes is:

(1)   Deleted Section 5 and renumbered subsequent sections.
(2)   Updated precision statement in Section 10 to reflect the results of a recent interlaboratory study.
(3)   Revised hardness requirements in Table 2.
(4)   Revised Section 14 on Product Marking.

## PRACTICES AND GUIDES

## C15. Description

C15.1   A standard practice is an accepted procedure for the performance of one or more operations or functions. In certain cases practices may include one or more test methods necessary for full use of the practice. Examples of practices include selection, preparation, application, inspection, necessary precautions for use or disposal, installation, maintenance, and operation of testing apparatus.

C15.2   A standard guide is a compendium of information or series of options that does not recommend a specific course of action. Guides are intended to increase the awareness of information and approaches in a given subject area. Guides may propose a series of options or

instructions that offer direction without recommending a definite course of action. The purpose of this type of standard is to offer guidance based on a consensus of viewpoints but not to establish a standard practice to follow in all cases.

## C16.   Subject Headings of Text

C16.1   The following is the sequence for the text of ASTM practices and guides. Headings are those most generally used but may not be all-inclusive. It may be necessary to include other headings for specialized subjects. The headings identified as "mandatory" are required. Other headings shall be included when the subject matter is pertinent to the document under development; in which case, all instructions and guidance for that particular section shall be followed. For example, if the standard does not contain reference to any standard documents within the text, it is not required to include a section on Referenced Documents. If, however, specific hazards are cited throughout the text, then the section on Hazards (see Section A13) shall be followed. The use of footnotes and notes shall follow Sections A26 and A27 respectively.

Title (mandatory)
Designation (mandatory)
Scope (mandatory)
Referenced Documents
Terminology
Summary of Practice
Significance and Use (mandatory)
Reagents
Procedure
† Test Methods
Report
Keywords (mandatory)
Annexes and Appendixes
Summary of Changes

†*Test Methods included shall contain the mandatory headings included in Section A1, except for title and designation.*

C16.2   Not all of these headings may be required for a particular standard. Additional headings that are included to cover specialized subjects should appear in the most appropriate place and sequence depending on their relation to the sections listed in C16.1.

## C17.   Title (Mandatory)

C17.1   The title should be concise but complete enough to identify the nature of the practice.

It should identify the subject of application and should be distinguishable from similar titles (see A2.1 as it applies to titles of test methods).

## C18.   Designation (Mandatory)

C18.1   The ASTM designation is assigned by Headquarters on submittal for approval. Refer to Sections A3 and B4 for sequential parts of numbering.

## C19.   Scope (Mandatory)

C19.1   Include in this section information relating to the purpose of the practice or guide and to what it applies. Clearly state any limitations of the practice or guide.

C19.2   Include in this section the system of units to be used in referee decisions.

C19.3   Include in this section any caveats required by ASTM policy such as *safety hazards* (see F2.1) and *fire hazards* (see F2.2).

C19.4   For standards developed for reference in model (building) codes, include the following statement:

The text of this standard references notes and footnotes which provide explanatory material. These notes and footnotes (excluding those in tables and figures) shall not be considered as requirements of the standard.

## C20.   Referenced Documents

C20.1   List here in alphanumeric sequence the designation number and complete title of all documents referenced within the practice (or guide). Refer to Section A6 for further information.

## C21.   Terminology

C21.1   See Section A7 and Part E.

## C22.   Summary of Practice

C22.1   Include here a brief outline of the practice, describing its essential features without the details that are a necessary part of the complete statement of procedure and sequence. If desired, a brief statement of the principle of the practice may be given.

**C23. Significance and Use (Mandatory)**

C23.1 Include in this section information that explains the relevance and meaning of the practice (or guide). State the practical uses for the practice and how it is typically employed. Avoid repetition of information included in the Scope (see Section C19).

C23.2 Include separately any appropriate comments on limitations of the practice. Indicate any means of recognizing cases where the practice may not be applicable.

C23.3 Include, where applicable, comparisons of the practice (or guide) to other similar procedures.

**C24. Reagents**

C24.1 See Section A12.

**C25. Procedure**

C25.1 Include in the procedure detailed directions for performing the task outlined in the practice.

C25.2 In some cases, to aid in clarity, a diagrammatic, photographic, or schematic may be of value to the user of the practice. These shall be supplied to the ASTM editorial staff as originals. An excellent example of this type of approach is illustrated in ASTM Practice D2855, for Making Solvent-Cemented Joints with Poly-(Vinyl Chloride) (PVC) Pipe and Fittings.

**C26. Test Methods**

C26.1 List standard test methods for measurement of all requirements of practices or guides. Refer to the ASTM test methods used in testing the material to determine conformance with the practice or guide. This includes sampling, chemical analysis, mechanical, electrical, thermal, optical, and other testing procedures. When alternative procedures are given in test methods, it is important to state which particular procedure shall be used as the basis for the practice or guide requirement.

C26.1.1 Examples of standard practices that include multiple test methods:

D4169 Practice for Performance Testing of Shipping Containers
E679 Practice for Determination of Odor and Taste Thresholds by a Forced-Choice Ascending Concentration Series Method of Limits
E795 Practices for Mounting Test Specimens During Sound Absorption Tests

C26.2 When there is no ASTM test method specified for a particular quality or property of a specified material, describe the test procedure to be followed in detail in the practice (or guide), following the Form of ASTM Test Methods (Part A of this publication). Include all mandatory information listed in A1.1 (title, scope, significance and use, hazards, procedure, precision and bias).

C26.3 Where a method of some other organization is being used and the committee has not approved the test as an ASTM test method, then it is preferable to describe the test in detail in the practice or guide and to include a footnote reference to the original source. Obtain appropriate copyright releases.

C26.4 State all procedures in the imperative mood.

**C27. Report**

C27.1 Include detailed information as to calculating, interpreting, and reporting results in this section.

C27.2 Depending upon the nature of the practice, an entire section may, by necessity, be devoted to calculation or interpretation of results, or both.

C27.3 When a practice permits variance in conditions under which the standard practice has been performed, these conditions should become part of the report.

**C28. Keywords (Mandatory)**

C28.1 In this section, identify the words, terms, or phrases that best represent the technical information presented in the standard. Select the keywords from the title and body of the document and include general, vernacular, and trade terms. These keywords will be used in the preparation of the ASTM Subject Index.

C28.2 Select three or more keywords that describe the names of tests, procedures, special

materials, or the specific application(s) that will facilitate the identification and retrieval of the standard.

C28.3   All selected keywords shall be stand-alone terms; the type of standard, incomplete phrases, unattached adjectives, etc., shall not be used.

## C29.  Annexes and Appendixes

C29.1   Supplementary information is provided herein to aid in understanding and utilizing the standard.

C29.2   Annexes (see A24.3).

C29.3   Appendixes (see A24.4).

## C30.  Rationale

C30.1   The inclusion of a rationale (commentary) section in ASTM standards is encouraged to ensure that brief and concise documentation is available to the user of the standard and to provide traceability and clarification of past actions. This documentation might include: *(1)* a brief history of the development of a new standard or revision to an existing standard including when and why the effort was initiated, *(2)* reasons and justification for requirements, *(3)* documentation of factors considered, and *(4)* listing of technical sources and literature.

C30.2   If included, this information shall appear in an appendix of the standard.

C30.3   Examples of standards that include sections on rationale:

E84 Test Method for Surface Burning Characteristics of Building Materials

F746 Test Method for Pitting or Crevice Corrosion of Metallic Surgical Implant Materials

F763 Practice for Short-Term Screening of Implant Materials

## C31.  Summary of Changes

C31.1   If the committee chooses to provide a Summary of Changes, place this unnumbered section at the end of the standard and begin with the following introductory paragraph:

Committee XXX has identified the location of selected changes to this standard since the last issue (insert designation and year date) that may impact the use of this standard.

C31.2   An asterisk will appear after the Scope (Scope*) with the following wording at the bottom of the first page:

**\*A Summary of Changes section appears at the end of this standard.**

C31.3   Next list, by section or subsection, changes made since the last issue that may impact the use of the standard. For standards that have undergone multiple revisions in a short period of time, keep the Summary of Changes in the standard for 18 months. This will ensure that all changes from one publication of the Annual Book of ASTM Standards to the next are recorded. Brief descriptions of the changes and reasons for the changes may be included. If desired, a more extensive description of reasons for the changes should be placed in the appendix.

C31.4   An example of the list of changes is:

*(1)*   Deleted Section 5 and renumbered subsequent sections.

*(2)*   Updated precision statement in Section 10 to reflect the results of a recent interlaboratory study.

*(3)*   Revised hardness requirements in Table 2.

*(4)*   Revised Section 14 on Product Marking.

# PART D

# USE OF THE MODIFIED DECIMAL NUMBERING SYSTEM

## INTRODUCTION

In recent years, "point" systems for numbering sections of a document have come into extensive use. Many national organizations, associations, societies, industrial concerns, and government agencies are using a Modified Decimal Numbering (MDN) System. MDN is also used by standardization organizations.

In 1963, ASTM International adopted the MDN System for ASTM standards. This guide has been prepared for the use of members who are drafting or revising standards. The object of the MDN System is to assign to each division in a text a unique number that shows the relationship of the specific section to all previous sections and gives a complete designation which does not require reference to previous sections or pages.

### D1.  Scope

D1.1   The Modified Decimal Numbering (MDN) System is designed primarily for numbering the text division in standards.

D1.2   The MDN System is also referred to as the "Point" System.

### D2.  Parts of a Standard

D2.1   All documents are considered to consist of several primary divisions called primary sections. A primary section may include one or more secondary sections. A secondary section may include one or more ternary sections which in turn may include one or more quaternary sections.

D2.2   The terms "primary section," "secondary section," "ternary section," and "quaternary section" shall not be used in headings or references.

D2.3   References shall be made by referring to only the number when referring to secondary, ternary, and quaternary sections. Refer to primary sections as "Section 4" or "Sections 5 to 9."

D2.4   Either of the generic words "section" or "division" may be used in correspondence or other communication, but shall not be used in references, other than primary, as directed in D2.2 and D2.3.

### D3.  Assignment of Numbers

D3.1   Number the primary sections of a standard serially, beginning with 1 or "Scope," using as many numbers as required by the number of sections.

D3.2   Assign to the successive secondary sections of any primary section a two-part number consisting of the number used for the primary section followed by a decimal point and a consecutive number, beginning with 1, using as many numbers as required by the number of secondary sections. For example, if there are eleven secondary sections in the fifth section of a standard, designate these secondary sections 5.1, 5.2, 5.3 ... 5.9, 5.10, and 5.11.

D3.3   Assign to the successive ternary sections in a secondary section a three-part number consisting of the two-part number assigned to the secondary section followed by a decimal point and a consecutive number, beginning with 1, using as many numbers as required by the number of ternary sections. For example, if there are four ternary sections in secondary section 8.4, designate the ternary sections, 8.4.1, 8.4.2, 8.4.3, and 8.4.4.

D3.4   Assign to each of the successive quaternary sections in a ternary section a four-part number consisting of the three-part number assigned to the ternary section followed by a decimal point and a consecutive number, beginning with 1, using as many numbers as required by the number of quaternary sections. For

example, if there are three quaternary sections in the second ternary section of secondary section 8.4, designate them 8.4.2.1, 8.4.2.2, and 8.4.2.3.

D3.5   There shall be no further subdivision beyond that allowed by the four-part number. The judicious use of unnumbered center headings may help in the adherence to this rule.

## D4.   Supplementary Requirements

D4.1   Designate each supplementary requirement by the letter "S" followed by a consecutive number, beginning with 1 for the first supplementary requirement.

D4.1.1   There shall be no decimal point between the "S" and the number.

D4.1.2   Do not renumber supplementary requirement designations once deleted.

D4.2   Designate primary, secondary, and ternary sections of each supplementary requirement as shown in D3.2, D3.3, and D3.4, respectively.

NOTE D1—Primary sections of a supplementary requirement, an annex, or an appendix are numbered the same as a secondary section of the main standard (with two-part numbers); secondary and ternary sections of a supplementary requirement, an annex, or an appendix are, therefore, numbered the same as ternary and quaternary sections (with three and four-part numbers), respectively, of the standard.

D4.3   No individual supplementary requirement shall be subdivided into more than three levels in accordance with D3.5.

## D5.   Literature References

D5.1   Where a document includes five or more literature references, list them in a separate unnumbered section at the end of the document, preceding annexes and appendixes. Assign a one-part number of each individual reference. See Section G21 of this publication.

## D6.   Annexes and Appendixes

D6.1   Separate annexes and appendixes from the main text with the centered headings ANNEX(ES) and APPENDIX(ES).

D6.2   Precede the title of each annex by the letter "A" followed by a number in consecutive order, beginning with 1 for the first annex (A1,

A2, A3, etc.) Precede the title of each appendix by the letter "X" followed by a number in consecutive order, beginning with 1 for the first appendix (X1, X2, X3, etc.)

D6.2.1   There shall be no decimal point between the "A" or "X" and the number.

D6.3   Designate primary, secondary, and ternary sections of each annex or appendix as shown in D3.2, D3.3, and D3.4, respectively (NOTE D1) (for example, A1.1, A1.1.1, and A1.1.1.1).

D6.4   No individual annex or appendix shall be subdivided into more than three levels in accordance with D3.5.

## D7.   Equations

D7.1   Equations should be numbered when two or more are included in the main text of the standard (see G16.6). Designate equations with consecutive arabic numbers beginning with 1. Number each equation in the order that it appears in the standard, regardless of the section number in which it is referenced.

D7.2   Designate equations in annexes and appendixes by the designation of the annex or appendix followed by consecutive numbers beginning with 1 (for example, Eq A1.1, A2.4, X3.2).

## D8.   Tables

D8.1   Assign consecutive arabic numbers to successive tables throughout the main text of the standard without regard to the number assigned to the section in which the table is referenced.

D8.2   Designate tables in annexes and appendixes by the designation of the annex or appendix followed by consecutive numbers beginning with 1 (for example, Table A1.1, A2.4, X3.2). Tables shall follow directly the appropriate annex or appendix.

## D9.   Figures

D9.1   Assign consecutive arabic numbers to successive figures throughout the main text of the standard without regard to the number assigned to the section in which the figure is referenced.

D9.2   Designate figures in annexes and appendixes by the designation of the annex or appendix followed by consecutive numbers

beginning with 1 (for example, Fig. A1.1, A2.4, X3.2). Figures shall follow directly any tables of the appropriate annex or appendix.

## D10.   Text Notes

D10.1   Assign consecutive numbers to successive notes throughout the main text of the standard without regard to the number assigned to the section to which the note may refer. Notes shall be indicated by the word "NOTE" followed by the number.

D10.2   Designate notes in annexes by the letter "A" and in appendixes by the letter "X," followed by consecutive numbers, beginning with 1.

D10.3   Designate notes pertaining to figures by consecutive numbers, beginning with 1 for the first note to each individual figure.

## D11.   Footnotes

D11.1   Assign consecutive numbers to successive footnotes throughout the standard, including supplementary requirements, annexes, and appendixes, without regard to the number assigned to the section in which the footnotes appears.

NOTE D2—Since Footnote 1 is required for sponsoring committee and year date of a standard, the first footnote referenced in the body of the text is Footnote 2.

D11.2   Designate footnotes to tables by consecutive letters, beginning with "A" for the first footnote to each individual table.

D11.3   Footnotes shall be referenced by superscript numbers, or, in the case of tables, by superscript italic capital letters.

## D12.   Combination of Systems

D12.1   Do not use a combination of the MDN System and other systems for designating secondary, ternary, and quaternary sections. For example, do not divide 8.4 into 8.4 (a), 8.4 (b), and 8.4 (c), rather than the 8.4.1, 8.4.2, and 8.4.3 as directed in D3.3.

## D13.   Omission of Numbers

D13.1   Do not assign MDN numbers to examples that are numbered serially throughout a document.

D13.2   Do not assign numbers to centered headings when used.

## D14.   Introductory Sections

D14.1   Where a standard has a preliminary section with a heading such as "Introduction" or "Foreword," do not assign this section a number so that "Scope" shall always be designated with the one-part number "1" in accordance with D3.1.

## D15.   General Application

D15.1   Exercise care to distinguish between successive, parallel, and alternative sections and supplementary sections such as secondary, ternary, and quaternary sections. Only the latter three require the addition of another decimal point and number. Note also the manner of handling alternative clauses within a section. For example:

10. Procedure
   10.1 Dry the specimen by either (1) heating at 105EC (221EF) for 2 h, or (2) holding the specimen in a conditioned atmosphere until dry to the touch.

Note that the above example is a single sentence and no further numbering breakdown is required.

10. Procedure
   10.1 Make all tests on conditioned specimens using the procedure given in 10.3 and 10.4.
   10.2 Calibrate the tension testing machine and see that the oven is at the specified temperature.
   10.3 Variable Frequency Procedure:
   10.3.1 Adjust the ...
   10.3.2 Insert the ...
   10.4 Variable Tension Procedure:
   10.4.1 Start the ...
   10.4.2 Clamp the ...

Note that in the above example, 10.3 and 10.4 are successive subdivisions of 10, not subdivisions of 10.1 or 10.2.

## D16.   Problems

D16.1   Any problems in the implementation of the MDN System in ASTM standards should be referred to the ASTM Director of Standards Publications for resolution.

# PART E

# TERMINOLOGY IN ASTM STANDARDS

## INTRODUCTION

ASTM standard terminology is written to promote three objectives: *(1)* precise understanding and interpretation of ASTM standards, *(2)* standardization of terminology in standards, reports, and other technical writings, and *(3)* explanation of the meanings of technical terms for the benefit of those not conversant with them.

For terminology to be effective, it should be used consistently. It is, therefore, the responsibility of each technical committee to manage terminology usage in all standards for which it has jurisdiction to ensure that usage is consistent both within the committee and the Society. Part E provides guidance to technical committees and to those who review the work of technical committees regarding the principles of terminology.

## E1.   Terminology Management

E1.1   In ASTM International, technical committees are responsible for defining terminology within technical standards and for developing terminology as a type of standard. Terminology ensures precise interpretation of ASTM standards and explains technical terms for the benefit of users who are not conversant with the language of the standard. Use terminology that is clear, explicit, and not liable to misinterpretation when referred to in technical operations, commercial contracts, or legal proceedings.

E1.2   Terminology in a technical standard may include *definitions of terms* and *definitions of terms specific to a standard* and explanations of *symbols, abbreviations,* and *acronyms* that are necessary for the reader to understand that particular standard.

E1.3   All technical standards should contain a *Terminology* section that includes *definitions of terms* or *definitions of terms specific to a standard*, or both. Reference to a related terminology standard(s) can be sufficient for this section.

E1.4   All technical committees should develop and maintain a general terminology standard. Terminology, as a type of standard, is comprised of *definitions of terms* and explanations of *symbols, abbreviations*, and *acronyms* pertaining to the scope of a technical committee or a specialized field within the committee.

## E2.   Definitions of Terms and Definitions of Terms Specific to a Standard

E2.1   The distinction between *definitions of terms* and *definitions of terms specific to a standard* is related to the degree of application. If a term has a meaning more specialized than its commonly used language, is used by two or more subcommittees within a committee, or appears in several standards, it is labeled as a *definition of a term*. When the term is limited in application to the standard in which it needs to be defined, it is labeled as a *definition of a term specific to a standard*. Definitions of Terms and Definitions of Terms Specific to a Standard appear in separate subsections within the *Terminology* section of a technical standard. Since *definitions of terms specific to a standard* have limited application, they do not generally appear in a technical committee's general terminology standard.

E2.1.1   An example of a *definition* is:

X.x **dolly**, *n*—a low platform or structure mounted on wheels or casters, designed primarily for moving bulky loads for short distances. (Compare pallet)

**D996**

E2.1.2   An example of a *definition specific to a standard* is:

X.x **standard**, *n*—as used in ASTM International, a document that has been developed and established within the consensus principles of the Society and that meets the approval requirements of ASTM procedures and regulations.

**Form and Style for ASTM Standards**

## E3.  Guidelines for Writing Definitions of Terms and Definitions of Terms Specific to a Standard

E3.1   Use these guidelines when writing both *definition of terms* and *definitions of terms specific to a standard*.

E3.2   Prepare a definition when:

E3.2.1   Any term used in a standard is essential to the interpretation and application of the standard;

E3.2.2   A term used in a standard is not adequately defined in common language;

E3.2.3   Using qualitative adjectives and nouns that *could* be taken to denote or connote an *absolute, unqualified*, or *unconditional* property or capability; for example: *waterproof, stainless, unbreakable, vapor barrier, gas-free, flat, safe, rigid, pure*. Such qualitative adjectives and nouns shall not be used unless *actually used and defined* in their absolute sense;

E3.2.4   Describing a *quantitative determinable* property or capability that might cause misinterpretation or confusion; for example: *strong, high, accurate, clean*.

E3.3   Do not develop a definition when:

E3.3.1   A term is adequately defined in reference source material (print or electronic version), unless a definition is required for clarity;

E3.3.2   A term has a well-recognized authoritative meaning such as terms defined in the International System of Units (SI);

E3.3.3   A term is defined acceptably for the committee's purposes in the *ASTM Online Dictionary of Engineering Science and Technology* or the committee's terminology standard;

E3.3.4   A term that meets the committee's needs has been defined in a technical standard of another committee or subcommittee.

## E4.  Form of a Definition

E4.1   Write *definitions of terms* and *definitions specific to a standard* in the dictionary-definition form. Include term, part of speech, definition, and, when applicable, a delimiting phrase (see E5.5).

E4.2   Describe the essential characteristics of the term. Keep it simple. Do not include irrelevant details such as how things are made, used, or measured.

E4.3   State the definition without repeating the term defined. Use language that is understandable to non-experts.

E4.4   Complete the definition in one sentence. If two or more phrases are needed to state the meaning, connect them with semicolons. Include any necessary supplementary information as a Discussion.

E4.5   The term and its elements should appear in the following order: term; abbreviation; symbol; dimensions of quantities, measurement units; part of speech; delimiting phrase; statement of meaning, including specification limits where applicable; cross-references to synonyms or related terms; attribution.

## E5.  Elements of a Term

E5.1   *Abbreviations*— For terms usually represented by an abbreviation, place a comma and the preferred abbreviation following the term, and then the part of speech, for example:

average. *avg, n—*

E5.2   *Symbols*— For terms usually represented by a letter symbol, place a comma and the preferred symbol following the term, and then the part of speech, for example:

ampere, *A, n—*

E5.3   *Dimensions of Physical Quantities*— If the term represents a physical quantity, state its analytical dimension in italics in square brackets immediately following the letter symbol, or if there is none, following the term itself, for example:

**critical height**, $H_c[L],n$—*in earth grading*, the maximum height at which a vertical or sloped bank of soil will stand unsupported under a specific set of conditions.

D653

E5.4   *Parts of Speech*— Including the part of speech enables the user to distinguish between closely allied terms; for example:

TERMINOLOGY IN ASTM STANDARDS

**flame resistance**, *n*—the ability to withstand flame impingement or give protection from it.

E176

**flame resistant**, *adj*—having flame resistance

E176

E5.5 *Delimiting Phrases*— If a term has different meanings in other technical fields or contexts, include an italicized phrase that delimits the definition to its field of application. This phrase should follow the dash and be separated from the basic statement of meaning by a comma, for example:

**beam**, *n*—*in a balance*, the horizontal pan support.
**beam**, *n*—*in a building*, a horizontal load-carrying structural member of the building frame.
**beam**, *n*—*in optics*, a concentrated unidirectional flow of radiant energy.

E284

E5.6 *Specification Limits*— If a definition involves specification limits applicable only to a specific standard (for example, in defining plate by specifying a thickness range), make the term specific to that standard. If, however, it is intended that this definition be broadly accepted within a specific technical committee or within ASTM International, delimit its scope, for example:

**plate**, *n*—*aluminum products*, a rolled flat product of thickness 6.4 mm (0.25 in.) or greater.

E5.7 *Cross-references*— Cross-references bring together related terms and narrower terms of a given genus. A cross-reference may take the place of a definition, or it may be appended to a definition to draw attention to related definition, for example:

*flat-bed*—see **truck**.

E5.8 *Discussions*— To fill in more detail of the concept being defined, supplementary information may be added as a separate discussion immediately following the definition, for example:

3.1 **builder's model**, *n*—a reference standard of quality for specific building components, denoting, by example, the level of quality adopted by a builder.

3.1.1 *Discussion*—The examples or samples of construction material, permit examination of quality level.

E631

E5.9 *Attributions*— If an existing definition is adopted from another reference source material (for example, technical standard, manual, or dictionary), copy it exactly and identify the original source in a boldface notation at the right margin following the definition.

E5.9.1 Notify Headquarters that permission to publish shall be obtained from the organization holding copyright. The definition shall not be published without permission.

## E6.  Use of Symbols, Acronyms, and Abbreviations as Terminology

E6.1 In standards containing numerous symbols, acronyms, or abbreviations, these items may be listed under the appropriate subheading as a convenience to the user of the standard.

E6.1.1 *Symbols*— Alphabetically list the symbols. Do not assign a number or capitalize the explanation, for example:

X.x *Symbols*:
$A$ = cross-sectional area of specimen
$B$ = normal induction

E6.1.2 *Acronym*— An acronym is a shortened form of a compound term that uses the initial letters of the term to make a pronounceable word. Alphabetically list, and capitalize the acronyms. In a few cases acronyms are written in lower case, such as laser and sonar. Do not capitalize the explanation unless it is a proper noun, for example:

X.x *Acronyms*:
X.x.1 *PERT*, n—*program evaluation and review technique*
X.x.2 *radar*,*n*—radio detecting and ranging

E6.1.3 *Abbreviations*— An abbreviation is a shortened form of a compound word or phrase. List the abbreviations alphabetically. Do not include abbreviations appearing in Section G3. Do not capitalize the explanation unless it is a proper noun, for example:

X.x *Abbreviations*:
X.x.1 *assn*—association
X.x.2 *avg*—average

# FORM OF A TERMINOLOGY STANDARD

## E7.   Subject Headings of Text

E7.1   The following list shows in sequence the subjects usually covered in a terminology standard:

Title (mandatory)
Designation (mandatory)
Scope (mandatory)
Significance and Use
Terminology: Terms and Definitions (mandatory)
Symbols, Abbreviations, Acronyms
Keywords (mandatory)
Annexes and Appendixes
Bibliography or References
Summary of Changes

## E8.   Title (Mandatory)

E8.1   The title should be as concise as possible but complete enough to identify the subject covered by the terminology. The title of a terminology standard preferably is *Terminology of ...*, although *Terminology Relating to ...* is acceptable.

## E9.   Designation (Mandatory)

E9.1   The designation will be assigned by ASTM International Headquarters upon submittal of the standard for Society approval.

## E10.   Scope (Mandatory)

E10.1   Provide information about the field of application of the terminology. Include information on how, when, and by whom the terminology will be used. Indicate here whether the terminology standard is general or relates to a specialized field. Where the content of a terminology standard is limited or restricted, as in a specialized terminology standard, the scope statement should so indicate.

## E11.   Referenced Documents

E11.1   Include in this section only ASTM standards, adjuncts, and standards or codes of other organizations. All referenced documents shall be cited.

E11.1.1   Provide footnotes to this section to indicate the sources of these documents.

E11.1.2   Do not include the year date when designating referenced documents unless there is a technical reason for specifying a particular year date.

E11.1.3   When listing reference adjuncts, provide a brief description, in this section, and a footnote of their availability.

## E12.   Significance and Use

E12.1   When use restrictions exist, include a significance and use statement. Give a warning of them such as: "This terminology is not intended to …"

## E13.   Terminology (Mandatory)

E13.1   *Terms and Their Definitions (Mandatory)*— Compose a definition in the dictionary-definition form (see E4.5) and include the term, part of speech, definition, and when applicable, a delimiting phrase. Boldface the term and italicize the part of speech and delimiting phrase. Do not capitalize the term or any other components of the definition except for proper nouns, acronyms, or any other words capitalized in normal usage. List the terms unnumbered and in alphabetical sequence.

E13.1.1   Although the preferred style of listing terms and their definitions is in alphabetical sequence, in some cases it may be desirable to show the relationships in a logical family of concepts by grouping definitions according to a classification system. Place narrower or subordinate terms and their definitions in alphabetical order under the definition of the broader term, as the main entry, for example:

FORM OF A TERMINOLOGY STANDARD

**soil structure,** *n*—an arrangement and state of aggregation of soil particles in a soil mass.

*flocculent structure, n*—an arrangement composed of flocs of soil particles instead of individual soil particles.

*honeycomb structure, n*—an arrangement of soil particles having a comparatively loose, stable structure resembling a honeycomb.

*single-grained structure, n*—an arrangement composed of individual soil particles, characteristic structure of coarse-grained soils.

**D653**

E13.1.2   *Cross-references*— See E5.7 for rules governing cross-references.

E13.1.3   *Discussions*— See E5.8 for rules governing discussions.

E13.1.4   *Attributions*— See E5.9 for rules governing attributions.

## E14.  Symbols, Acronyms, and Abbreviations

E14.1  Any of these subsections can be used for the convenience of the user of the standard. Follow the guidelines detailed in Section E6.

## E15.  Keywords

E15.1  In this section, identify the words, terms, or phrases that best represent the technical information presented in the standard. Select the keywords from the title and body of the document and include general, vernacular, and trade terms. These keywords will be used in the preparation of the ASTM Subject Index.

E15.2  Select three or more keywords that describe the names of tests, procedures, special materials, or the specific application(s) that will facilitate the identification and retrieval of the standard. Keywords for terminology standards should include the words *definitions* and *terminology*.

E15.3  All keywords shall be stand-alone terms; incomplete phrases and unattached adjectives shall not be used.

## E16.  Annexes and Appendixes

E16.1  To aid in understanding and using the terminology, supplementary information such as illustrations, commentaries, or rationale may be included in annexes (mandatory information), or appendixes (nonmandatory information).

## E17.  Bibliography or References

E17.1  Supplementary publications, useful for consultation by users who wish to have more detailed information on the particular terminology, may be provided. If the publications are cited in the text, they should be listed in a References section at the end of the standard (see Section A25); otherwise, the section should be titled Bibliography.

## E18.  Summary of Changes

E18.1  This unnumbered section shall be placed at the end of the standard and begin with the following introductory paragraph:

Committee XXX has identified the location of selected changes to this standard since the last issue (insert designation and year date) that may impact the use of this standard.

E18.2  Next list, by section or subsection, changes since the last issue that may impact the use of the standard. Brief descriptions of the changes and reasons for the changes may be included.

E18.3  An example of the list of changes is:

*(1)* Added the term bioconcentration.
*(2)* Revised scope.
*(3)* Modified the definition for sediment.

## PART F

## CAVEATS AND OTHER LEGAL ASPECTS IN STANDARDS—SPECIAL INSTRUCTIONS

### INTRODUCTION

This section contains special instructions for the use of commercial-contractual statements, caveats, patents, trademarks, specific sources of supply, references to other organization, etc., in standards. When a standard contains any one of these statements or references, the committee shall obtain the necessary guidance from ASTM International Headquarters for the inclusion in the standard.

### F1.  Commercial-Contractual Items in Standards

F1.1   Certain requirements, such as those listed below, shall not be included in ASTM standards. If a committee feels it is important that this type of information be given, the committee may request an exemption from the Committee on Standards for the inclusion of such requirements in an ASTM standard.

- Adjustment, settlement, and investigation of claims
- Costs of testing, retesting statements
- Effective Dates
- Open-end agreements (see B1.2)
- Prices
- Purchasing

F1.2   The matter of who shall pay for services should be stated in the agreement or purchase order and not in the standard. Statements covering inspection (follow Section B19), rejection and rehearing (follow Section B20), testing and retesting (follow B16.2), marking (follow Section B22), and certification (follow Section B21) are suitable when they do not contain mandatory requirements covering the costs involved.

### F2.  Caveat Statements and Policies in Standards

F2.1   The generic caveat on *safety hazards* specified below shall appear in the Scope section of *(1)* test methods; *(2)* specifications where test methods are detailed other than by reference; and *(3)* practices and guides that involve the use of material, operations, or equipment.

This standard does not purport to address all of the safety concerns, if any, associated with its use. It is the responsibility of the user of this standard to establish appropriate safety and health practices and determine the applicability of regulatory limitations prior to use.

F2.1.1   When the standard does not involve the use of hazardous materials, operations, or equipment, a request for an exception to the inclusion of the generic caveat shall be presented to the ASTM Standing Committee on Standards.

F2.1.2   Specific *warning* statements shall be included in the standard (see Section A13 for the use of warning statements). These statements shall not prescribe specific remedial measures and actions. However, reference may be made to authoritative sources where reliable information concerning remedial measures can be obtained.

F2.1.3   Where there exists in a standard a specific warning statement(s), reference to the appropriate section(s) shall be made following the generic safety hazards caveat in the scope.

F2.2   *Fire Standards:*

F2.2.1   Every fire standard shall state its purpose, specify the known limitations of the standard, and specify the significance of the data that are generated (including relevance to human life and property, where appropriate). Use precise terminology (see Part E, Terminology in ASTM Standards), and include the appropriate caveat as listed below. Standards should include, when practical, sufficient background or explanatory material to guide users in properly applying ASTM fire standards.

F2.2.2   ASTM fire standards include fire-test-response standards, fire hazard assessment standards, and fire risk assessment standards.

Other types of fire standards shall also be permitted, including terminologies, guides, specifications, and practices. The following criteria shall be followed by fire standards:

F2.2.2.1   Fire-test-response standards provide a means for measuring the response of materials, products, or assemblies to heat and flame under controlled conditions of test. ASTM fire-test-response standards shall contain the following caveat:

This standard is used to measure and describe the response of materials, products, or assemblies to heat and flame under controlled conditions, but does not by itself incorporate all factors required for fire hazard or fire risk assessment of the materials, products, or assemblies under actual fire conditions.

F2.2.2.2   Fire-hazard assessment standards provide a method for assessing the potential for harm for materials, products, or assemblies that could be anticipated under specified fire conditions. ASTM fire-hazard assessment standards shall contain the following statement:

This standard is used to predict or provide a quantitative measure of the fire hazard from a specified set of fire conditions involving specific materials, products, or assemblies. This assessment does not necessarily predict the hazard of actual fires which involve conditions other than those assumed in the analysis.

F2.2.2.3   Fire-risk assessment standards provide a method for assessing the probability of loss resulting from a given fire situation involving interaction between the material, product, or assembly with its environment. ASTM fire-risk assessment standards shall contain the following statement:

This standard is used to establish a means of combining the potential for harm in fire scenarios with the probabilities of occurrence of those scenarios. Assessment of fire risk using this standard depends upon many factors, including the manner in which the user selects scenarios and uses them to represent all scenarios relevant to the application. This standard cannot be used to assess fire risk if any specifications are different from those contained in the standard.

F2.2.2.4   ASTM develops fire standards other than fire-test-response standards, fire-hazard assessment standards, or fire-risk assessment standards, which provide information on fire issues that is not associated with a quantitative output (where quantitative outputs include a binary pass/fail option or a classification into categories). Such ASTM fire standards shall contain the following statement:

This fire standard cannot be used to provide quantitative measures.

F2.2.2.5   The following generic caveat is appropriate for fire standards that do not describe a fire test but do produce quantitative results that are calculated measures of fire-test-response characteristics and not by themselves measures of fire hazard or fire risk.

This standard is used to determine certain fire-test responses of materials, products, or assemblies to heat and flame under controlled conditions by using results obtained from fire-test-response standards. The results obtained from using this standard do not by themselves constitute measures of fire hazard or fire risk.

F2.2.2.6   The following caveat is required for fire test methods:

Fire testing is inherently hazardous. Adequate safeguards for personnel and property shall be employed in conducting these tests.

F2.2.3   *Titles and Criteria for Fire-Hazard and Fire-Risk Assessment Standards*— All standards developed, approved, or reapproved for the analysis and control of fire hazard or fire risk shall contain the words "FIRE-HAZARD ASSESSMENT" or "FIRE-RISK ASSESSMENT" in the title. The results of all such assessments shall be expressed in terms that relate the item in question to the anticipated fire environment. When appropriate, the standard may also contain acceptance or classification criteria and a statistical sampling plan as a guide to its use.

F2.2.4   ASTM Committee E05 on Fire Standards is available to provide review of fire standards developed by other ASTM committees.

F2.3   *General Policy Caveat*— The Board of Directors approved the inclusion of a General Statement of ASTM Policy in all standards:

CAVEATS AND OTHER LEGAL ASPECTS IN STANDARDS—SPECIAL INSTRUCTIONS

This standard is subject to revision at any time by the responsible technical committee and must be reviewed every five years and if not revised, either reapproved or withdrawn. Your comments are invited either for revision of this standard or for additional standards and should be addressed to ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend. If you feel that your comments have not received a fair hearing, you should make your views known to the ASTM Committee on Standards, 100 Barr Harbor Drive, West Conshohocken, PA 19428.

This statement shall appear in a note at the end of the standard, following the note on ASTM Disclaimer of Liability as to Patented Inventions (see Section F3 on Patents in ASTM Standards).

F2.4   *Working Document Caveat*— The Board of Directors approved the use of the "Working Document" statement to be stated on the front page of every draft document or manuscript from a committee. The following statement shall be typed or stamped on the document:

This document is not an ASTM standard; it is under consideration within an ASTM technical committee but has not received all approvals required to become an ASTM standard. You agree not to reproduce or circulate or quote, in whole or in part, this document outside of ASTM Committee/Society activities, or submit it to any other organization or standards bodies (whether national, international, or other) except with the approval of the Chairman of the Committee having jurisdiction and the written authorization of the President of the Society. If you do not agree with these conditions, please immediately destroy all copies of the document. *Copyright ASTM International, 100 Barr Harbor Drive, West Conshohocken, PA 19428. All Rights Reserved.*

Anyone requesting an ASTM committee draft document is entitled to receive a copy. However, after receipt of this document, they shall adhere to the caveat.

F2.5   *Professional Judgment Caveat*— When a Technical Committee is developing a Standard Guide or Practice that may involve professional judgment, the following caveats may be used:

Standard Guide—This guide offers an organized collection of information or a series of options and does not recommend a specific course of action. This document cannot replace education or experience and should be used in conjunction with professional judgment. Not all aspects of this guide may be applicable in all circumstances. This ASTM standard is not intended to represent or replace the standard of care by which the adequacy of a given professional service must be judged, nor should this document be applied without consideration of a project's many unique aspects. The word "Standard" in the title of this document means only that the document has been approved through the ASTM consensus process.

Standard Practice—This practice offers a set of instructions for performing one or more specific operations. This document cannot replace education or experience and should be used in conjunction with professional judgment. Not all aspects of this practice may be applicable in all circumstances. This ASTM standard is not intended to represent or replace the standard of care by which the adequacy of a given professional service must be judged, nor should this document be applied without consideration of a project's many unique aspects. The word "Standard" in the title means only that the document has been approved through the ASTM consensus process.

F2.6   *Mercury Caveat*— When a standard includes reference to the element of mercury or products containing mercury, the following caveat shall appear in the Scope section.

*Warning—Mercury has been designated by many regulatory agencies as a hazardous substance that can cause serious medical issues. Mercury, or its vapor, has been demonstrated to be hazardous to health and corrosive to materials. Caution should be taken when handling mercury and mercury containing products. See the applicable product Safety Data Sheet (SDS) for additional information. Users should be aware that selling mercury and/or mercury containing products into your state or country may be prohibited by law.*

## F3.  Patents in ASTM Standards

F3.1   When a committee has determined an item covered by a patent or a pending patent may be necessary in a proposed standard, the committee shall include a statement in the balloting process and a footnote in the draft standard, indicating a willingness to consider alternative(s). ASTM standards submitted to ANSI for approval as American National Standards shall conform to the ANSI patent policy. The ANSI patent policy may be obtained on the ANSI website (www.ansi.org).

F3.1.1   *Statement in Balloting Process*— The statement with the ballot shall include a request for an alternative(s) as follows:

The (name of material, product, process, apparatus) is covered by a patent. If you are aware of an alternative(s) to the patented item, please attach to your ballot return a description of the alternatives. All suggestions will be considered by the committee. If alternatives are identified, the committee shall reconsider whether the patented item is necessary. The committee, in making its decision, shall follow Regulation 15.

F3.1.2  *Statement in Footnote of Standard*— A footnote shall be included in the standard as follows:

The (name of material, product, process, apparatus and may include the patent number for reference) is covered by a patent. Interested parties are invited to submit information regarding the identification of an alternative(s) to this patented item to the ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend.

The footnote shall be cited in the specific section of the standard where the patented item is first mentioned. Information describing the patented item will be set forth once in the standard, in this footnote.

F3.2  *Disclaimer of Liability as to Patented Inventions*— Neither ASTM International nor an ASTM committee shall be responsible for identifying all patents under which a license is required in using an ASTM document or for conducting inquiries into the legal validity of those patents which are brought to the Society's attention. Where applicable, an ASTM document shall include a note worded as follows:

"ASTM International takes no position respecting the validity of any patent rights asserted in connection with any item mentioned in this standard. Users of this standard are expressly advised that determination of the validity of any such patent rights, and the risk of infringement of such rights, are entirely their own responsibility."

## F4.  Use of Trademarks and Specific Sources of Supply for Apparatus, Reagents, and Materials in ASTM Standards

F4.1  ASTM International is authorized to certify products, equipment or services.

F4.1.1  ASTM International has a registered certification mark, along with other registered marks.

F4.1.2  ASTM International does not permit its trademarks to be used in a manner that suggests it has approved any product, equipment or services other than in relation to an ASTM Certification Program.

F4.1.3  ASTM International does not permit the use of third-party trade- or service marks in ASTM standards in a manner that could suggest ASTM International's endorsement, approval, sponsorship, or certification of the trademarked item or service.

F4.1.4  Requiring participation in or that a product meet an ASTM Certification Program to comply with an ASTM standard is prohibited.

F4.2  *Trademarks:*

F4.2.1  Trademarks shall not be used in ASTM standards, unless the trademark is used to refer to a specific source of supply and such use conforms to the requirements of F4.3.

F4.2.2  Trademarks in ASTM standards shall not be used in a manner that: is false or misleading; violates the rights of the Mark's owner; violates any law, regulation or other public policy; or mischaracterizes the relationship between the Society and the material, product, system or service represented by the Mark, including but not limited to any use of a Mark that might reasonably be construed as an endorsement, approval, sponsorship, or certification by the Society of the material, product, system or service, or that might be reasonably construed as support or encouragement to purchase or utilize the material, product, system or service represented by the Mark. Judgment is at the sole discretion of the Committee on Standards.

F4.2.3  If ASTM International staff decides permission should be obtained to use a trademark, such permission shall be obtained by ASTM International Headquarters from the holder of the Mark.

F4.2.4  The first reference to the trademark in the standard shall include a footnote containing the name of the trademark holder. Trademark symbols shall not be included. "Trademark" shall be used as an adjective.

F4.3  *Sources of Supply:*

F4.3.1  To allow the widest possible use of ASTM standards, it is the responsibility of the sponsoring committee to ensure that sources of supply exist for unique or difficult-to-obtain apparatus, reagents, and materials.

F4.3.2   Reference to specific commercial sources of supply are permitted only when there is a sole source of supply.

F4.3.2.1   Information on the sole source of supply shall be included in a footnote. Include wording such as:

> The sole source of supply of the apparatus known to the committee at this time is (name and address of the supplier). If you are aware of alternative suppliers, please provide this information to ASTM International Headquarters. Your comments will receive careful consideration at a meeting of the responsible technical committee, which you may attend.

F4.3.3   If the apparatus is not widely available, but more than one source of supply is known, or if apparatus that is widely available needs to be checked for suitability in the application specified, the committee can reference criteria for evaluating the apparatus. This reference can be to a section of the standard, to a separate existing standard or other published document, or can be in the form of an annex or appendix to the standard, or filed as an ASTM research report or adjunct.

F4.3.3.1   Text referencing the availability of such criteria, and any requirement on the use of such criteria, should be included in the appropriate section of the standard. Include wording such as:

> All available apparatus may not be suitable for this application. Apparatus considered for use in this application shall be checked for suitability in accordance with the requirements of (insert reference to appropriate evaluation document).

## F5.   Reference to Standards of Other Organizations

F5.1   When referencing standards of other organizations, include the designation and title for the document in the *Referenced Documents* sections.

F5.1.1   In all cases, information on the title, designation, and source availability of the reference standards shall be included. Do not include the year date of reference documents unless there is a technical reason for requiring a particular revision.

F5.2   When it is necessary to quote portions of a non-ASTM standard, permission to republish shall be obtained from the organization holding copyright by ASTM International Headquarters.

F5.3   Joint logos shall not be printed on ASTM standards, except with the authorization of the Board of Directors. When a standard has been developed in cooperation with another organization(s), a note may appear in the standard, crediting the other organization's participation.

F5.3.1   In cases of disagreement on implementation of this policy, the matter shall be referred to the Committee on Standards for decision.

# PART G

# STANDARDS STYLE MANUAL

## G1. Styling

G1.1   Check the draft standard against the rules given in this style manual. Many technical committees have editorial subcommittees that review draft standards before submittal to Headquarters. The ASTM editorial staff does the final styling and is available to assist members. There are a number of forms of assistance available to the ASTM standards-writer, such as the following: on-line templates to write standards and access to the latest *Form and Style for ASTM Standards*, the *ASTM Online Dictionary of Engineering Science and Technology* (see www.astm.org), *Committee White Papers* (supplements to this manual), and editorial workshops. Also, see the Introduction to this manual.

G1.2   Of the instructions that follow, some are included because they are deviations from the standard references, some because they are used frequently and are therefore listed here for convenience. Sections on various points of ASTM style appear in the following alphabetical order:

|                                                        | Section |
| ------------------------------------------------------ | ------- |
| Abbreviations and Unit Symbols                         | G3      |
| Alloy Designations                                     | G4      |
| And/Or                                                 | G5      |
| Capitalization                                         | G6      |
| Chemical Formulas                                      | G7      |
| Contractual Parties                                    | G8      |
| Crystal Planes and Directions                          | G9      |
| Dictionaries and Other Reference Publications on Style | G10     |
| Dilution Ratio                                         | G11     |
| Figures                                                | G12     |
| Footnotes                                              | G13     |
| Hyphens                                                | G14     |
| Italics                                                | G15     |
| Mathematical Material                                  | G16     |
| Numbering                                              | G17     |
| Numerals                                               | G18     |
| Percent versus Percentage Points                       | G19     |
| Polymers                                               | G20     |
| References, Other Documents                            | G21     |
| References, Standards                                  | G22     |
| *Sample versus Specimen*                               | G23     |
| SI Units                                               | G24     |
| Spelling                                               | G25     |
| Symbols                                                | G26     |
| Tables                                                 | G27     |
| Tension/Compression/Flexure Tests                      | G28     |
| Thermal Conductivity                                   | G29     |
| Thermometers                                           | G30     |
| Trademarks                                             | G31     |

## G2. Electronic Standard Preparation

G2.1   *Rationale for Ballot*— A rationale explaining the reason for the ballot is mandatory for all ballots.

G2.2   *New Standard*— For help in writing new standards, go to www.astm.org and use the online draft standard templates.

G2.3   *Extensive Revision*— When doing an extensive revision, process in manuscript form. Submit entire document for ballot and do not use track changes as shown in G2.4 if the revisions would make the ballot too cumbersome to follow. In this case, the ballot rationale shall be used to state the extent of the changes and that the document should be reviewed in its entirety.

G2.4   *Minimum to Moderate Revisions*

G2.4.1   Clearly indicate what has changed by using the "track changes" tool. Follow these instructions to properly use the track changes tool:

G2.4.1.1   Only submit for ballot those sections that are being revised.

G2.4.1.2   Open the document and excerpt into a separate file only those sections to be revised.

G2.4.1.3   Select "Tools" from the pull-down menu.

G2.4.1.4   Select "Track Changes." This will automatically default to underlining added text and striking through deleted text.

G2.4.1.5   Ensure that all changes (insertions, deletions, etc.) have been properly marked with the revision bar in the margins.

## G3. Abbreviations and Unit Symbols

G3.1   In the text, use unit symbols after numbers denoting a definite quantity. Example: "The length is 25 mm [1.0 in]."

G3.2   Use unit symbols in tables and figures, and in lists defining symbols used in equations.

G3.3   Use unit symbols and abbreviations in the singular only. Thus "fifty kilograms" shall be designated "50 kg," not "50 kgs." Exceptions: Figs., Nos., Eqs., Refs, Vols.

G3.4   When a long word or phrase for which there is no standard abbreviations is used frequently, it may be replaced by an abbreviation that is explained when it first occurs. Examples: below top dead center (btdc), relative centrifugal force (rcf).

G3.5   Commonly accepted abbreviations for names of societies, associations, government agencies, etc., may be used, provided the name is spelled out the first time it is used. Use no periods and run together. Examples: ASTM International, TAPPI, NASA, ARPA.

G3.6   The standard unit symbols and abbreviations for use in Society publications in the list below are so common that they may be used without explanation. For proper form and style for SI units follow IEEE/ASTM SI-10 American National Standard for Metric Practice, the SI Quick Reference Guide (Annex A) and Part G and Part H. If a discrepancy exists between these documents, follow Part G and Part H of the Form and Style Manual.

| | |
|---|---|
| absolute | abs |
| academic degrees | use periods and run together (M.S., Ph.D., etc.) |
| alternating current | ac |
| American | Am. [A] |
| American wire gauge | AWG |
| ampere | A |
| ampere hour | Ah |
| angstrom | A |
| ante meridian | a.m. |
| Association | Assn. [B] |
| atmosphere | atm |
| average | avg |
| barrel | bbl |
| becquerel | Bq |
| billion electronvolts | (use GeV, gigaelectronvolts) |
| Birmingham wire gauge | BWG |
| brake horsepower | bhp |
| brake-horsepower hour | bhp•h |
| Brinell hardness number | HB (see ASTM E10) |
| British thermal unit | Btu |
| Brown and Sharpe (gauge) | B&S |
| bushel | Bu |
| calorie | cal |
| candela | cd |
| centimetre | cm |
| centipoise | cP |
| centistokes | cSt |
| circular mil | cmil |
| coefficient | spell out |
| Company | Co. [B] |
| Corporation | Corp. [B] |
| coulomb | C |
| cubic | use exponential form [C] |
| cubic centimetre | cm$^3$ |

| | |
|---|---|
| cubic decimetre | dm$^3$ |
| curie | Ci |
| cycles per minute | cpm |
| cycles per second | (use Hz, hertz) |
| day | spell out |
| decibel | dB |
| degree (angle) | ° |
| degree Celsius | °C |
| degree Fahrenheit | °F |
| degree Rankine | °R |
| degrees of freedom | df |
| Department | Dept. [B] |
| diameter | dia (in figures and tables) |
| differential | d |
| direct current | dc |
| Division | Div. [B] |
| dollar | $ |
| effective horsepower | ehp |
| electromotive force | emf |
| electronvolt | eV |
| Engineers | Engrs. [A] |
| equation(s) | Eq(s) |
| farad | F |
| figure(s) | Fig(s). [D] |
| foot | ft |
| footcandle | fc |
| foot pound-force | ft•lbf (use for work, energy) (see lbf•ft) |
| gallon | gal |
| gauss | G |
| gilbert | Gb |
| grain | spell out |
| gram | g |
| gravity (acceleration) | g |
| gray | Gy |
| half hard | SH |
| henry | H |
| hertz | Hz |
| horsepower | hp |
| horsepower hour | hp•h |
| hour | h |
| Hurter and Driffield scale (film density) | H&D |
| hydrogen ion concentration, negative logarithm of | pH |
| inch | in. |
| inch of mercury | in.Hg |
| inch of water | in.H$_2$O |
| inch pound-force | in.•lbf (use for work, energy) (see lbf•in.) |
| inclusive | incl (in figures and tables only) |
| Incorporated | Inc. [B] |
| indicated horsepower | ihp |
| inside diameter | ID (in figures and tables only) |
| Institute | Inst. [B] |
| integrated neutron flux | nvt, n/cm$^2$ |
| Iron pipe size | IPS |
| joule | J |
| K alpha radiation | Ka |
| kelvin | K |
| kilocalorie | kcal |
| kilocycle per second | (see note on cycles per second) |
| kilogram | kg |
| kilogram-calorie | kg•cal |
| kilogram-force | kgf |
| kilogram metre | kg•m |
| kilometre | km |

STANDARDS STYLE MANUAL

| | |
|---|---|
| kilovolt | kV |
| kilovolt ampere | kVA |
| kiloelectronvolt | keV |
| kilovoltpeak | kVp |
| kilowatt | kW |
| kilowatthour | kWh |
| kip (1000 lbf) | *spell out* |
| kip (1000 lbf) per square inch | ksi |
| Knoop hardness number | HK (see ASTM E384) |
| lambert | L |
| linear | *spell out* |
| litre | L |
| logarithm (common) | log |
| logarithm (natural) | ln |
| lumen | lm |
| lux | lx |
| magnetomotive force | mmf |
| mass-to-charge ratio | *m/e* |
| maximum | max (in figures and tables only) |
| maxwell | Mx |
| median effective concentration | $EC_{50}$ |
| median effective dose | $ED_{50}$ |
| median lethal concentration | $LC_{50}$ |
| median lethal dose | $LD_{50}$ |
| megacycles per second | (see note on cycles per second) |
| megagram | Mg |
| megawatt | MW |
| meta | *m* |
| metre | m |
| microampere | µA |
| microcurie | µCi |
| microfarad | µF |
| microgram | µg |
| microhenry | µH |
| microinch | µin. |
| microlitre | µL |
| *micro-micro* (prefix, use pico) | p |
| micrometre (formerly micron) | µm |
| microroentgen | µR |
| microsecond | µs |
| microvolt | µV |
| microwatt | µW |
| mil | *spell out* |
| mile | *spell out* |
| miles per hour | mph |
| milliampere | mA |
| milli-angstrom | mA |
| millicurie | mCi |
| milliequivalent | meq |
| milligram | mg |
| millihenry | mH |
| millilitre | mL |
| millimetre | mm |
| millimetre of mercury | mmHg |
| million electronvolts | MeV |
| milliroentgen | mR |
| millisecond | ms |
| millivolt | mV |
| milliwatt | mW |
| minimum | min (in figures and tables only) |
| minute | min (spell out when used with minimum) |
| molal | *spellout* |
| molar | *M* |
| mole | mol |

| | |
|---|---|
| month (When followed by a date use Jan., Feb., March, April, May, June, July, Aug., Sept., Oct., Nov., Dec. When there is no date, spell out. Examples: Jan. 15, 1995; January 1995) | *spell out* |
| nanometre (formerly millimicron) | nm |
| National | Nat. [A] |
| newton | N |
| normal | *N* |
| number(s) (This abbreviation can often be omitted entirely. It is usually understood (as in *STP 325*, Specimen 8, Test 14, etc.)) | No(s). [D] |
| oersted | Oe |
| ohm | O |
| ortho | *o* |
| ounce | oz |
| outside diameter | OD (in figures and tables only) |
| page | p. |
| pages | pp. |
| para | *p* |
| parts per billion | ppb |
| parts per million | ppm |
| pascal | Pa |
| per | use the diagonal line in expressions with unit symbols[E] |
| percent | % |
| pico (prefix) | p |
| picofarad | pF |
| pint | Pt |
| poise | P |
| Poisson's ratio | µ (v is preferred in applied mechanics) |
| post meridian | p.m. |
| pound | lb |
| pound-force | lbf |
| pound-force foot | lbf•ft (use for torque) (see ft•lbf) |
| pound-force inch | lbf•in. (use for torque) (see in•lbf) |
| pound-force per square foot | $lbf/ft^2$ |
| pound-force per square inch | psi or $lbf/in.^2$ |
| pound-force per square inch absolute | psia |
| pound-force per square inch gauge | psig |
| quart | qt |
| rad (dose unit) | rd |
| radian | rad |
| radio frequency,*n* | rf |
| radio frequency,*adj* | r-f |
| radius | R (in figures and tables only) |
| Railway | Ry. [B] |
| Railroad | R.R. [B] |
| reference(s) | Ref(s) |
| relative humidity | RH (in figures and tables only) |
| revolution per minute | r/min |
| revolution per second | r/s |
| Rockwell hardness, C scale | HRC (see ASTM E18) |
| roentgen | R |
| root mean square | rms |
| Saybolt Furol seconds | SFS |
| Saybold Universal seconds | SUS |
| second | s |

STANDARDS STYLE MANUAL

| | |
|---|---|
| secondary | *sec* |
| siemens | S |
| Society | Soc. [B] |
| socket joint (tables and drawings only) | Sj |
| specific gravity | sp gr |
| square | use exponential form (exception: psi, ksi) [C] |
| standard taper (tables and drawings only) | TS |
| steradian | sr |
| stokes | St |
| *tensile strength* | *spell out* |
| *tertiary* | *tert* |
| tesla | T |
| thousand electronvolts | KeV |
| thousand pounds | kip |
| thousand pounds-force per square inch | ksi |
| *ton* | *spell out* |
| *torr* | *spell out* |
| United States, *n* | *spell out* |
| United States, *adj* | U.S. |
| United States Pharmacopeia | USP |
| *versus* | *spell out* |
| Vickers hardness number | HV (see ASTM E384) |
| volt | V |
| volume (of a publication) | Vol [D] |
| watt | W |
| watt hour | W•h |
| weber | Wb |
| *week* | *spell out* |
| yard | yd |
| *year* | *spell out* |
| Young's modulus | E |

[A] In footnotes and references only.
[B] At end of name only.
[C] With unit symbols only.
[D] Only when followed by a number.
[E] Exceptions: cpm, mph, psi.

## G4.   Alloy Designations

G4.1   Use the following for alloy designations:

    3135 steel
    2024-T4 aluminum
    Ti-4Al–3V-Mo
    Ti-6Al–4V
    0.5Ti molybdenum alloy or molybdenum with 0.5 % titanium or
    0.5Ti alloy (where molybdenum is understood)

G4.2   ASTM and SAE have jointly developed a unified numbering system (UNS) for alloy identification (Practice E527).

## G5.   And/Or

G5.1   Do not use this expression. For example, when "A and/or B" is truly the case, write "A or B, or both." For example, when "A, B, and/or C" is truly the case, write "A, B, or C, or combinations thereof."

## G6.   Capitalization

G6.1   Use capitals sparingly.

G6.2   In headings and titles, capitalize all nouns, pronouns, verbs, adjectives, adverbs, and all other words of five or more letters. Do not use initial caps on abbreviations (except see G6.6), or the phrase "et al." or in the word "to" in the infinitive form of a verb.

G6.3   Use initial cap for "committee" where used in a title, as "Committee A01," "Committee on Publications." Everywhere else use lowercase, as "The committee recommends ..." This rule also applies to use of "symposium," etc.

G6.4   Use initial cap on Society, Staff, and Headquarters when referring to ASTM International, its Staff, and its Headquarters.

G6.5   Capitalize trademarks. The initial cap becomes lowercase after the word is accepted into the language as generic. When in doubt, capitalize. The following are now lowercase: babbitt, bunsen, cellophane, diesel, kraft, neoprene, nylon, portland cement, saran.

G6.6   Use initial cap in referring to volumes, figures, tables, etc., as Vol 2, Fig. 2, Table 2. Use lowercase in less direct references such as: "This volume contains ...." "In the same figure is shown ..."

G6.7   Use initial caps in such expressions as: Test 1, Specimen A, Cement B, Type 1, Class C, Grade B, etc.

G6.8   It is permissible to use all caps in directions such as: "Turn the machine to OFF position" or "Turn the dial to TITRATE."

## G7.   Chemical Formulas

G7.1   Chemical formulas should be used freely in tables and figures. In text in which chemical formulas are mentioned infrequently, spell out the names. Where they are mentioned frequently, spell out the name in the first reference to it, followed by the formula in parentheses. The formula alone may be used subsequently. Do not use chemical formulas for organic or complex inorganic compounds. Always spell out the word

"water" and the name of the elements (use lead, not Pb). Isotopes may be written as carbon-14 or as $^{14}$C.

### G8.   Contractual Parties

G8.1   Terms describing contractual parties shall be limited to the following:

G8.1.1   *Party of First Part*, producer, supplier, seller, or manufacturer.

G8.1.2   *Party of Second Part*, purchaser or user.

### G9.   Crystal Planes and Directions

G9.1   Use the following symbols for crystallographic planes and directions:

plane (111)
family of planes {111}
direction [111]
family of directions <111>

### G10.   Dictionaries and Other Reference Publications on Style

G10.1   For spelling, punctuation, capitalization, and foreign words, use a reference source material, such as *Merriam-Webster's Collegiate Dictionary* or *Webster's Third New International Dictionary* (print or electronic versions). For other information on style use *Manual of Style*, The University of Chicago Press (print or electronic version).

### G11.   Dilution Ratio

G11.1   Use the form "9+1" rather than "9:1" for dilution ratios. This means that the 1 part solute is to be mixed with the 9 parts solvent. Specify whether volumes or weights are being used, for example, volume/volume, weight/volume, etc.

### G12.   Creating and Submitting Figures for Ballot

G12.1   *Definition*— A figure can be a technical drawing (vector line art), information visual (chart/graph/schematic), or a photograph, or a combination of these.

G12.2   Please include figure(s) with your ballot submission to ensure timely publication of your standards.

G12.2.1   Size each figure up to 30 picas in width (approximately 125 mm or 5 in.) This is the maximum.

G12.3   *How do I create and save non-photographic images (for example, graphs, drawings, schematics) or digital photographs from a hard copy original or from computer-generated artwork?*

G12.3.1   Keep in mind that the larger the original, the greater potential for a better reproduction.

G12.3.2   Size each figure to 30 picas in width (approximately 5 in.). For full-page/landscape figures, size to 42 picas in width (approximately 7 in.). These are the maximum allowable widths.

G12.3.3   When taking digital photographs, use the highest resolution possible on the camera. Absolute minimum resolution is $1200 \times 960$ pixels. $1936 \times 1296$ pixels is better, and $2896 \times 1944$ pixels is even better.

G12.3.4   Check the image quality and the brightness and contrast levels.

G12.3.5   Submit artwork in its original file source/extension. ASTM graphic designers can work with most file formats, including CAD. (SVG, EPS, or AI files are preferred for technical drawings. TIFF or JPG preferred for photographs or halftones. GIF is discouraged as a generally low-resolution file type.)

G12.3.6   If you need to scan hard copy, adjust the resolution on your scanner as follows:

G12.3.6.1   Technical drawing or other information visual FTP—Please scan the line art at 1200 dpi (dots per inch).

G12.3.6.2   Photograph FTP—Please scan at 600 DPI. If the image is to be enlarged, increase the percentage of the scanned image.

G12.3.6.3   ASTM can also scan for you (see G12.5).

G12.3.7   Furnish short titles or captions for each figure.

G12.4   *How do I submit the file?*

G12.4.1   **E-mail** your staff manager or editor.

G12.4.2   **FTP**—Please contact the ASTM Help Desk for assistance at 1-800-262-1373.

G12.4.3   **DVD/CD-ROM**

G12.4.4   *Hard copy can be mailed to ASTM Headquarters, in case ASTM cannot use the electronic file. See the following instructions.*

G12.5   *How do I submit hard copy?*

G12.5.1   Provide camera-ready figures of professional quality, because the printer will scan what is submitted, and it will appear in the standard exactly as you have supplied it. To this end:

G12.5.1.1   Use a laser or other high-quality printer.

G12.5.1.2   Do not handwrite on the figure.

G12.5.1.3   Do not use a faxed or photocopied figure.

G12.5.1.4   Furnish short titles or captions for each figure.

## G13.   Footnotes

G13.1   For footnotes in tables, use superior italic capital letters, beginning anew for each table. Type the footnotes below the table.

G13.2   For all other footnotes, use superior numbers.

G13.3   Do not use footnotes in figure captions. Either cite a previous footnote or reference (for example, "see Footnote 3," or "taken from Ref (4)"), or write out the reference in the caption. For style of publication footnotes, see Sections G21 and G22.

## G14.   Hyphens

G14.1   In ASTM standards, hyphenate compound adjectives, such as: "low-alloy steel," "cold-drawn wire." Compound adjectives involving SI units should use a space, such as: "50 mm gauge." Write expressions such as the following *with* the hyphen after the first word: "high- and low-temperature tests." For the sake of appearance, omit hyphens in such expressions as "3 % nickel alloy" or "3EC rise in temperature." Also do not hyphenate chemical compounds and the words "stainless steel" and "cast iron."

G14.2   Do not hyphenate an adverb-adjective combination when the adverb ends with "ly."

G14.3   Spelled-out fractions used as nouns are not hyphenated (one third of the load); used as adjectives, they *are* hyphenated (a one-third share).

## G15.   Italics

G15.1   *Italicize:*

G15.1.1   All symbols for physical quantities that can have a numerical value (quantity symbols).

G15.1.2   Letters in parentheses used to identify listings in text or subdivisions of illustrations, "Fig. 1($a$)."

G15.1.3   *Chemistry*— $N$ (normal), $M$ (molar), c (concentration). Do not italicize symbols for the elements (Fe, N, Na, etc.) Exception: italicize $N$ for nitrogen when it is used to denote position, as in $N$-methylaniline. Italicize $o$, $m$, and $p$ as ortho, meta, and para; for example, $p$-cresol. Italicize and abbreviate secondary and tertiary as *sec* and *tert*; for example, *tert*-butyl alcohol. Italicize *iso* when used in *iso*octane.

G15.1.4   *Titles*— of books, including ASTM books, such as *Annual Book of ASTM Standards* and *ASTM STP 379.*

G15.1.5   *Foreign Words*— Use a reference source material, such as *Merriam-Webster's Collegiate Dictionary* or *Webster's Third New International Dictionary* (print or electronic version) as a guide to foreign words.

G15.1.6   *Transistor Type*— Use $n$-$p$-$n$, $p$-$n$-$p$, $n$-type, etc.

G15.2   *Do not italicize:*

G15.2.1   Letters used to subdivide a categorical classification, such as Method A, Cement B, Class C, Grade D, Type E, Sample F.

G15.2.2   *Metallurgy*— $A_1$ point, $A_{r1}$, etc.

G15.2.3   *Abbreviations*— pH, sin, cos, tan, log, d (for derivative).

## G16.   Mathematical Material

G16.1   Mathematical material can appear in the standard text or as equations. In all cases, submit clear copy, without ambiguities arising from carelessly placed subscripts or superscripts, confusion between Greek and Roman letters, incomplete fraction lines, and so on. When there

is a possibility of confusion (for example capital letter O and zero), include an editorial note nearby to clarify with more description. For example:

$$1 = 1 \times 10\char`\^3 \ \mu m$$

Editorial Note: Lowercase "L" equals number one times 10 superscript 3 Greek mu

G16.2   *Greek Symbols*— If unclear, type out the name of the Greek symbol in an editorial note.

G16.3   Superscripts (superior symbols) should be marked with a caret or type "superscript" in an editorial note. Subscripts (inferior symbols) should be marked with an inverted caret or type "subscript" in an editorial note.

G16.4   Indicate what symbol is preferred to show multiplication (for example, times symbol, middle dot, or asterisk).

G16.5   *Equations*— Type on a separate line in a larger font. Equations are numbered throughout the text. The format for a numbered equation is:

$$S = \frac{Mc}{I}$$

where:
$S$= stress, psi or Pa,
$M$= bending moment, lbf•in. or N•m,
$c$= distance from neutral axis to outermost fiber, in., or m, and
$I$= second moment of area, in.$^4$ or m$^4$.

G16.6   *Exp versus e*— If the exponent is relatively short and on one line, without superscripts or subscripts, use e:

$$e^{(a-b)cx}$$

If it is relatively long or has superscripts or subscripts, use exp:

$$\exp[x^2/2 - 1n(x/a)]$$

G16.7   *Fractions*— Use the solidus (diagonal line) in the text:

1/4

Use the built-up fraction (with a horizontal line) in an equation. If you use a built-up fraction on one side of an equation, use it on the other side:

$$\frac{a}{b} = \frac{c-d}{e-f_2} \times 12$$

Use parentheses liberally to clearly show the complete numerator or denominator. For example, does log *a/b* mean log (*a/b*) or (log *a*)/b? Use the parentheses to clarify. If you write *a/b* + c but mean *a*/(b + c), use parentheses.

G16.8   *Statistical Data*— For data that are treated statistically, follow the recommendations in the *ASTM Manual on Presentation of Data and Control Chart Analysis (STP 15 D)*. Committee E11 on Quality and Statistics, which is responsible for STP 15 D, is prepared to cooperate with other technical committees in helping them present data most effectively. In particular:

G16.8.1   To present the essential information contained in a set of observations from one population, give the average, the standard deviation or coefficient of variation, and the number of observations.

G16.8.2   Whenever you give an average, give also the number of observations on which the average is based.

G16.8.3   Use the following symbols, where needed:

x = average (arithmetic mean)
s = root-mean square deviation
$n$= number of observations
$s$= standard deviation
$v$= coefficient of variation

## G17.   Numbering
G17.1   See Part D.

## G18.   Numerals
G18.1   Use arabic numerals in designating figures and tables, thus: "Fig. 3," "Table 6."

G18.2   Spell out all numbers from one through twelve, with the following exceptions:

G18.2.1   Use numerals when the quantity is partly fractional, as: 1.15, 1½.

G18.2.2   Use numerals when followed by an expression having a standard unit symbol, as: 25 mm, 45 kg, 9 %.

G18.2.3   If for any reason the standard abbreviation or unit symbol of the expression following the number is not used, or if the expression does not admit of abbreviation (as *year*, *ton*, etc.), the use of numerals is optional, unless covered in the following paragraphs:

G18.2.4   In statements containing two or more numbers, one of which is greater than twelve, express all numbers as numerals, such as "2 tests and 16 weighings."

G18.2.5   In a series of connected numerical statements implying precision, use numerals, as "5 months, 3 days."

G18.2.6   Use numerals after abbreviations, as: Vol 26, Fig. 2.

G18.3   Use numerals for all numbers exceeding twelve, with the following exceptions:

G18.3.1   Do not begin a sentence with a numeral. When the numeral is spelled out, also spell out the unit following, as "One gram is usually sufficient."

G18.3.2   Spell out round numbers used in an indefinite sense, such as, "a *hundred* metres or so."

G18.3.3   Spell out numbers when used in the following manner: "*fifteen* 25-mm rods" (or 15 twenty-five-millimetre rods).

G18.3.4   In decimal numbers having no units, place a zero before the decimal point, as: "0.65 mm," not ".65 mm."

G18.4   In pointing off numbers of more than four figures, use spaces instead of commas in the text, illustrations, and tabular matter (1 234 567). Do not point off numbers of four figures (1234) except in tables when they occur in a column containing numbers of more than four figures.

G18.5   In expressing ratios (except dilution ratios) use 1 to 10 or 1:10, not 1-10.

G18.6   In expressing grades of, for example, emery paper, use 3/0, not 000.

## G19.   Percent versus Percentage Points

G19.1   When a quantity is reduced from 40 to 30, it is reduced by 25 %. When a quantity decreases from 40 % to 30 %, it decreases by 10 *percentage points*. Use the forms "mass percent," "volume percent," "atom percent," etc.

## G20.   Polymers

G20.1   Where the name of the monomer is one word, the prefix "poly" is simply run in, as: polystyrene, polyisobutylene, etc. Where the name of the monomer is two words, they are enclosed in parentheses and the prefix "poly" added, as in the following words: poly(vinyl chloride), poly(methyl methacrylate).

## G21.   References, Other Documents

G21.1   If there are fewer than five references cited in the standard, use footnotes. If five or more references are cited, type them in a separate list of references at the end of the manuscript, following annexes and appendixes, if any. Assign a consecutive arabic number to each reference. Indicate the reference in the text by enclosing the number in parentheses and using boldface. Show a footnote reference after the first boldface reference number, stating in the footnote: "The bold-face numbers in parentheses refer to the list of references at the end of this standard." If it is necessary to use the word "reference," use the style: "According to Ref (3) ..." It is preferable, however, to use the author's name, as "According to Jones (3) ..." If there are two authors, use both names, as: "According to Jones and Smith (3)..." If there are three or more authors, use "et al," as: According to Jones et al (3) ..."

G21.2   Do not list ASTM standards as references; list them in the section on Referenced Documents (see also Section A6). Do not list as references documents that are not readily accessible to the reader, such as unpublished theses and private correspondence.

G21.3   Type references (and publication footnotes) as follows:

G21.3.1   *Books*— Type author's name or names (initials last), complete title of book (italic, no quotation marks), name of publisher (no abbreviations), address of publisher (city and state), year of publication, and page number, if reference is to a page number. Example:

Jones, J. J., *Plasticity and Creep*, John Wiley & Sons, Inc., New York, NY, 1958, p. 250.

G21.3.2   *Magazines, Journals* (including *Standardization News*)— Type author's name or names (initials last), title of paper (in quotation marks), complete title of journal (italic, no quotation marks), volume number, issue number (this may be omitted if the journal page numbers are continuous throughout the volume), date of publication, and page numbers. Example:

Jones, J. J., and Smith, R. R., "Correlation of Brinell Hardness and Tensile Strength," *Materials in Design Engineering*, Vol 10, No. 2, February 1958, pp. 52-67.

G21.3.3   *Proceedings, Transactions, Reports, Bulletins, etc.*— Type author's name or names (initials last), complete title of paper (in quotation marks), name of publication (italic, no quotation marks), name of publisher, volume number, if any, date of publication, and page numbers. Examples:

Jones, J. J., "Lubrication Problems in Space Vehicles," *Transactions*, American Society of Mechanical Engineers., Vol 52, 1948, pp. 135-140.
Jones, J. J., "Classification of Bitumens," *Journal of the Institute of Petroleum*, Vol 38, 1952, p. 121.
Jones, J. J., "Fatigue of Aircraft Structures," *NASA TR-108*, National Aeronautics and Space Administration, 1959.
Jones, J. J., "Effect of Carbon Content on Notch Properties of Aircraft Steels," *Bulletin 642*, Engineering Experiment Station, University of Illinois, 1957.

G21.3.4   *Symposium Volumes or Other Books Comprising Collections of Papers*— Follow style for books in G21.3.1 and add title of paper, in quotes, after author's name.

G21.3.5   *Patents*— Type patent number and date. Example: U.S. Patent No. 2 232 185, Feb. 18, 1941.

G21.3.6   *Annual Book of ASTM Standards*— Cite referenced ASTM standards in section on Referenced Documents, not in references (see Section G22).

G21.3.7   *ASTM Proceedings*— McVetty, P.G., "The Interpretation of Creep Tests," *Proceedings*, ASTM International, Vol 34, Part II, 1934, p. 105. (Volume 38 was the last to be issued in two parts.)

G21.3.8   *ASTM Special Technical Publication:*

G21.3.8.1   *Whole Book:*

*Symposium on Synthetic Bioabsorbable Polymers for Implants. ASTM STP 1396*, ASTM International, 2000.

G21.3.8.2   *Single Paper:*

Gorna, K., and Gogolewski, S., "Novel Biodegradable Polyurethanes for Medical Applications,"*Symposium on Synthetic Bioabsorbable Polymers for Implants, ASTM STP 1396*,ASTM International, 2000, p. 39.

G21.3.8.3   *Journal Reference to Website:*

Name of Author(s), "Name of Paper," *Title of Journal*, Volume, Number, Issue Number, Paper Identification Number, Online, Available: URL, Access Date.
Example:
Aydilek, A. H. and Edil, T. B., "Evaluation of Woven Geotextile Pore Structure Parameters Using Image Analysis," *Geotechnical Testing Journal*, Vol. 27, No.1, ID GTJ111070, Online, Available: www.astm.org, 12 January 2004.

## G22.   References, Standards

G22.1   Refer to ASTM standards first in the section on Referenced Documents. Follow the designation (without year) with the full title, and use a footnote to refer to the appropriate publication. The footnote should read: For referenced ASTM standards, visit the ASTM website, www.astm.org or contact ASTM Customer Service at Service@astm.org. For the *Annual Book of ASTM standards* volume information, refer the standard's Document Summary page on the ASTM website. Thereafter use simply the abbreviated designation (Test Method D1708, Practice E691, Specification A250/A250M, etc.) Do not include the word "Standard." Do not use quotes on titles of standards, whether those of ASTM International or other organizations.

G22.2   Any reference to a combined standard shall include the entire designation, for example, Specification A36/A36M. When only one system of units is applicable, this may be indicated where the reference is cited; for example:

This material shall conform to the general requirements stated in SI units of Specification A36/A36M.

G22.3   Do not refer to a specific paragraph, section, table, or figure of another standard unless necessary to avoid confusion. For example, say, "the section on Impregnation Time of Methods D202."

### G23.   Sample versus Specimen

G23.1   In general, the word "sample" should be used only to describe a piece or quantity of bulk material that has been selected by some sampling process. Pieces or quantities taken from the sample for testing are called "specimens." Quantities of liquid or bulk aggregate are usually called "samples," because a sampling procedure is usually used to obtain them.

G23.2   To describe the piece on which a test is made, use "specimen" or "test specimen," not "piece" or "sample."

### G24.   SI Units

G24.1   SI units shall be included in all ASTM standards in accordance with IEEE/ ASTM SI-10, the SI Quick Reference Guide (Annex A) and Part G and Part H. If a discrepancy exists between these documents, follow Part G and Part H of the Form and Style Manual.

G24.2   Combined Standards—Both units of measure are included, and either system is to be regarded separately as the standard. The combined designation format: A36/A36M. (See also A3.4.)

### G25.   Spelling

G25.1   Included in the following list are those spellings of words commonly found in ASTM standards. For words that do not appear in this list, use a reference source material. *See Section G10 on Dictionaries and Other Reference Publications on Style.* Use international spelling for SI units; that is, litre and metre.

**A**

airborne
alignment
appendixes (pl)

**B**

babbitt metal (lc)
Brinell (cap)

**C**

catalog (not catalogue)
CODEN

**D**

Disk
disc (CD)
Diskette (Floppy)
drier (comp. of dry)
dryer (apparatus)

**E**

ensure (meaning be sure)
et al.
eutectic (noun)
eutectoid (adj.)

**F**

fireclay (adj.)

**G**

gastight
gauge (measurement, instrument)
Geiger-Muehller tube
gray (not grey)

**H**

heat treat (verb)
heat-treated (adj.)
Hooke's law (lc "l")

**I**

indexes (pl)
in situ (roman)
insofar
*iso*octane (all other "iso's" roman)

**K**

kerosine/kerosene

**L**

litre (not liter)

**M**

magnetic particle inspection (not Magnaflux)
metre (not meter)
microscopic (meaning very small)
microscopical (meaning pertaining to use of a microscope)

**N**

neoprene (lc)
nital (lc)
nitrile rubber (butadiene) (lc)
Normal Law integral (cap N and L)

**P**

pipet (not pipette)
plaster of paris (not plaster of Paris)

**R**

Rockwell (cap)

**S**

sigma phase (spell out sigma)
siliceous
SR-4 strain gage
Stokes' law (lc "l")

**U**

Usage

**V**

V-Notch (noun and adj.)

**X**

X ray (noun)
X-ray (adj and verb)

## G26.  Symbols

G26.1  In general, avoid the use of symbols in text except in accordance with Sections G3 and G7. When stating dimensions, use "by" not ×, for example, "10 by 5 in. (254 by 127 mm)." Show tolerances, for example, as 10 by 5 ± 2 in. (254 by 127 ± 6 mm)." Do not use a hyphen or a dash for the word "to" except in tables where needed to conserve space. Do not use (') or (") for feet and inches in text, tables, or figures.

G26.2  In combination with words not having symbols, spell out entirely, for example, "bubbles per minute."

## G27.  Tables

G27.1  Number each table with an arabic numeral and give it a title that is complete and descriptive.

G27.2  In column headings, first include the quantity being tabulated, then a comma, then the units, for example:

"Tensile Strength, min, psi."

G27.3  *Powers of 10*— Do not use powers of 10 in the column heading, since it is not clear whether the numbers in the table have been or are to be multiplied by the power of ten. Instead, indicate the multiplication (for example, 1.45 × $10^6$) in the first entry in the table; or use an expression such as "Young's Modulus, millions of psi" in the column heading.

G27.4  *Footnotes*— See G13.1.

G27.5  Use horizontal rules under column headings. Use vertical rules only when the complexity of the table demands them for clarity. Use leaders (three periods) in any space that represents a blank entry.

G27.6  *Notes*— Additional information can be included in a note that appears below the title.

G27.7  When two (or more) separate systems of units are both listed in one table (for example, SI and inch-pound units), separate the units by using separate columns, or parentheses, or brackets.

G27.7.1  When the size of a table and limitations of space (on the printed page) make it impractical to expand the table to include SI unit equivalents, duplicate the table.

G27.7.2  When following the instructions given in G27.7 or G27.7.1 is impractical, because of the size and the number of tables, include the pertinent conversion factors as footnotes under each table instead of attempting to include the actual converted numbers themselves.

## G28.  Tension/Compression/Flexure Tests

G28.1  The words "tension," "compression," and "flexure" are used adjectivally to modify "specimen," "test," or "testing." Examples: tension test, compression testing, flexure specimen. To modify other nouns, the adjectives "tensile,"

"compressive," and "flexural" are used. Examples: tensile strength, compressive force, flexural data.

G28.2   In some areas (notably the textile industry) there is a difference between a "tension test" and a "tensile test," and in these cases the appropriate terminology shall be used.

## G29.  Thermal Conductivity

G29.1   The form to be used for the unit for thermal conductivity $k$ is: Btu•in./h•ft$^2$• F[SI units: W/(m•K)].

## G30.  Thermometers

G30.1   Whenever possible, refer to thermometers described in ASTM Specification E1 or E2251, for ASTM Thermometers. Reference to an ASTM thermometer of the desired range should be as follows:

Thermometer—ASTM (name) Thermometer having a range from ___ to ___ (°C or °F, whichever applies) and conforming to the requirements for Thermometer (give thermometer number; for example, 16F) as prescribed in Specification (E1 or E2251, whichever applies).

G30.2   Do not specify both temperature scales unless there is a definite need for them.

## G31.  Trademarks

G31.1   Avoid the use of trademarks whenever possible. For example, use aluminum oxide instead of Aloxite, petroleum jelly instead of Vaseline. When trademarks are used, they should, of course, be initial cap and the owner of the trademark indicated by footnote.

Aloxite (trademark, use aluminum oxide)
Alundum (trademark)
Bakelite (trademark)
Carborundum (trademark)
Celite (trademark)
Chromel-Alumel (trademark)
Haydite (trademark)
Inconel (trademark)
Invar (trademark)
Kel-F (trademark, use polychlorotrifluoroethylene)
Lucite (trademark, use poly(methyl methacrylate) (PMMA))
Magne-Gage (trademark)
Masonite (trademark)
Monel metal (trademark)
Muntz metal (trademark)
Mylar (trademark, use polyester film)
Nichrome (trademark)
Nujol (trademark, use light mineral oil)
Plexiglas (trademark, use poly(methyl methacrylate) (PMMA))
Pyrex (trademark, use borosilicate)
Scotch tape (trademark, use pressure-sensitive tape)
Teflon (trademark, use TFE-fluorocarbon or polytetrafluoroethylene (PTFE))
Thiokol (trademark, use as an adjective, as "Thiokol polysulfide rubber")
Transite (trademark)
Tygon (trademark, use vinyl)
Vaseline (trademark, use petroleum jelly)
Vycor (trademark, use high-silica)

# PART H

# USE OF SI UNITS IN ASTM STANDARDS

## H1.  Scope

H1.1  This part is intended to guide technical committees in the use of the standard formats for denoting the use of the International System of Units (SI), non-SI units (usually inch-pound), or both in ASTM standards.

H1.2  SI units of measurement shall be included in all ASTM standards.

H1.2.1  Each technical committee shall have the option of using rationalized SI units, or rationalized inch-pound units, or both, as the standard units of measure.

DISCUSSION—Given ASTM's mission to be the foremost developer and provider of voluntary consensus standards with global recognition and use, ASTM technical committees are urged to give diligent consideration to the use of rationalized SI (metric) units in their standards

H1.2.2  Follow the procedures given in IEEE/ASTM SI-10, the SI Quick Reference Guide and Part G and Part H. If a discrepancy exists between these documents, follow Part G and Part H. IEEE/ASTM SI-10 appears in the *Annual Book of ASTM Standards*, and is also available as a separate publication.

H1.2.2.1  For committees that have special considerations with the use of SI units in ASTM Standards, it is permissible to develop committee specific technical guidance for clarification. Examples of such documents are as follows:

> ASTM Committee B05 on Copper and Copper Alloys Outline of Form of Specifications (www.astm.org/COMMIT/B05_outline.pdf)
> A994 Guide for Editorial Procedures and Form of Product Specifications for Steel, Stainless Steel, and Related Alloys

## H2.  Terminology

H2.1  *SI unit, n, in ASTM standards*— unit of the International System of Units (SI) and other units specifically approved in IEEE/ASTM SI-10 as a unit for use with SI.

H2.2  *inch-pound unit, n, in ASTM standards*— unit based on the inch and the pound, commonly used in the United States of America and defined by the National Institute of Standards and Technology, including certain other units accepted for use with these units.

DISCUSSION—Inch-pound, also known as U.S. Customary Units, are one type of non-SI units. Another example of non-SI units is the centimetre gram second (cgs) system.

H2.3  *rationalization, n, in ASTM standards*— (formerly *hard conversion*) the planned simplification of a converted value achieved by modifying the value to reflect dimensions or physical characteristics of existing real measurements or configurations; as a result of this change the object or quantity may not be interchangeable with the original.

H2.4  *SI standard, n, in ASTM standards*— a standard that contains rationalized SI units of measurement.

DISCUSSION—There are two formats of SI standards: solely SI, combined standard.

H2.4.1  *Solely SI standard, n*— an ASTM standard in which only rationalized SI units are cited; inch-pound units are not provided in the standard.

H2.4.2  *combined standard, n*— an ASTM standard in which rationalized SI units and inch-pound units are included in the same standard, with each system of units to be regarded separately as standard. (For example, Specification A36/A36M).

## H3.  Format Requirements for Standards in SI Units

H3.1  For a standard citing SI units of measurement as the standard units of measurement, select the type of SI standard to be written and follow the appropriate format requirement listed below:

H3.1.1  *Solely SI Standards:*

H3.1.1.1  *Scope*— Include the following in the scope as a numbered paragraph:

> 1.X Units—The values stated in SI units are to be regarded as standard. No other units of measurement are included in this standard.

H3.1.1.2   *Units*— Within the text, show only rationalized SI units.

H3.1.2   *Combined Standards:*

H3.1.2.1   *Scope*— Include the following in the scope as a numbered paragraph:

1.X Units—The values stated in either SI units or inch-pound units are to be regarded separately as standard. The values stated in each system may not be exact equivalents; therefore, each system shall be used independently of the other. Combining values from the two systems may result in non-conformance with the standard.

H3.1.2.2   *Units*— Within the text, it is recommended that SI units appear first followed by the inch-pound units in brackets. However, a technical committee can opt to reverse the order in which the units appear (i.e., inch-pound units shown first, followed by SI units in brackets) if the following additional conditions are met: all units appear in a consistent order throughout the text of the standard; all combined standards under the technical committee's jurisdiction apply the same convention.

H3.1.2.3   *Specifying Selected Units in Combined Standard*— When citing a combined standard and applying only one system of units, indicate the system of units to be applied (see B9.4).

## H4.   Format Requirements for Standards in Inch-Pound Units

H4.1   For a standard citing inch-pound units of measurement as the standard units of measurement, follow the format requirement below:

H4.1.1   *Scope*— Include the following in the scope as a numbered paragraph:

1.X Units—The values stated in inch-pound units are to be regarded as standard. The values given in parentheses are mathematical conversions to SI units that are provided for information only and are not considered standard.

H4.2   *Units*— Within the text, inch-pound units shall appear first followed by non-rationalized SI units in parentheses.

## H5.   Special Format Considerations

H5.1   *Repetitive Equivalents*— For standards in which inch-pound units are regarded as standard, insert a specific repetitive SI equivalent only the first time in occurs in each paragraph of a standard.

H5.2   *Expressing General Units*— When a standard specifies units for reporting results, the preferred unit in each system should be stated, especially in the case of compound units. For example, "Report twist of yarn in twists per inch (twists per metre)"; not "... in twists per inch (25.4 mm)."

H5.3   *Using Percentages for Tolerance Limits*— When appropriate, eliminate the need for equivalents in the case of tolerances by expressing the limits in percentages.

H5.4   *Sieve Sizing*— When a standard cites sieve sizes, use the standard sieve sizes given in Table 1 of ASTM Specification E11, Wire Cloth and Sieves for Testing Purposes.

H5.5   Where it has been long-standing practice to use SI units alone (such as stating temperatures only in degrees Celsius), equivalents may be omitted.

## H6.   Tables

H6.1   For instructions on including SI units in tables, see Section G27.

# ANNEX A

## SI QUICK REFERENCE GUIDE

SI QUICK REFERENCE GUIDE

**SI QUICK REFERENCE GUIDE:**
   **International System of Units (SI)**
   *The Modern Metric System*

   **UNITS**

   The International System of Units (SI) is based on seven base units:

**Base Units**

| Quantity | Name | Symbol |
|---|---|---|
| length | metre | m |
| mass | kilogram | kg |
| time | second | s |
| electric current | ampere | A |
| thermodynamic temperature | kelvin | K |
| amount of substance | mole | mol |
| luminous intensity | candela | cd |

and a number of derived units which are combinations of base units and which may have special names and symbols:

**Examples of Derived Units**

| Quantity | Expression | Name | Symbol |
|---|---|---|---|
| acceleration | | | |
|   angular | $rad/s^2$ | | |
|   linear | $m/s^2$ | | |
| angle | | | |
|   plane | dimensionless | radian | rad |
|   solid | dimensionless | steradian | sr |
| area | $m^2$ | | |
| Celsius temperature | K | degree Celsius | °C |
| density | | | |
|   heat flux | $W/m^2$ | | |
|   mass | $kg/m^3$ | | |
|   current | $A/m^2$ | | |
| energy, enthalpy | | | |
|   work, heat | N·m | joule | J |
|   specific | J/kg | | |
| entropy | | | |
|   heat capacity | J/K | | |
|   specific | J/(kg·K) | | |
| flow, mass | kg/s | | |
| flow, volume | $m^3/s$ | | |
| force | $kg·m/s^2$ | newton | N |
| frequency | | | |
|   periodic | 1/s | hertz | Hz |
|   rotating | rev/s | | |
| inductance | Wb/A | henry | H |
| magnetic flux | V·s | weber | Wb |
| mass flow | kg/s | | |
| moment of a force | N·m | | |
| potential, electric | W/A | volt | V |
| power, *radiant flux* | J/s | watt | W |
| pressure, stress | $N/m^2$ | pascal | Pa |
| resistance, electric | V/A | ohm | Ω |
| thermal conductivity | W/(m·K) | | |
| velocity | | | |
|   *angular* | rad/s | | |
|   linear | m/s | | |
| viscosity | | | |
|   dynamic (absolute) (μ) | Pa·s | | |
|   kinematic (ν) | $m^2/s$ | | |
| volume | $m^3$ | | |
| volume, specific | $m^3/kg$ | | |

*For compete information see IEEE/ASTM SI-10.*

Annex A-2

SI QUICK REFERENCE GUIDE

**SYMBOLS**

| Symbol | Name | Quantity | Formula |
|--------|------|----------|---------|
| A | ampere | electric current | base unit |
| Bq | becquerel | activity (of a radio nuclide) | 1/s |
| C | coulomb | electric charge | A·s |
| °C | degree Celsius | temperature interval | °C = K |
| cd | candela | luminous intensity | base unit |
| F | farad | electric capacitance | C/V |
| Gy | gray | absorbed dose | J/kg |
| g | gram | mass | kg/1000 |
| H | henry | inductance | Wb/A |
| Hz | hertz | frequency | 1/s |
| ha | hectare* | area | 10 000 m² |
| J | joule | energy, work, heat | N·m |
| K | kelvin | temperature | base unit |
| kg | kilogram | mass | base unit |
| L | litre | volume | m³/1000 |
| lm | lumen | luminous flux | cd·sr |
| lx | lux | illuminance | lm/m² |
| m | metre | length | base unit |
| mol | mole | amount of substance | base unit |
| N | newton | force | kg·m/s² |
| Ω | ohm | electric resistance | V/A |
| Pa | pascal | pressure, stress | N/m² |
| rad | radian | plane angle | m/m (dimensionless) |
| S | siemens | electric conductance | A/V |
| Sv | sievert | dose equivalent | J/kg |
| s | second | time | base unit |
| sr | steradian | solid angle | m²/m² (dimensionless) |
| T | tesla | magnetic flux density | Wb/m² |
| t | tonne, metric ton | mass | 1000 kg; Mg |
| V | volt | electric potential | W/A |
| W | watt | power, radiant flux | J/s |
| Wb | weber | magnetic flux | V·s |
| | * allowed with SI | | |

### Use of Symbols

The correct use of symbols is important because an incorrect symbol may change the meaning of a quantity. Some SI symbols are listed in the Symbol table.

SI has no abbreviations—only symbols. Therefore, no periods follow a symbol except at the end of a sentence.

*Examples:* A, *not* amp; s *not* sec; SI, *not* S.I.

Symbols appear in lower case unless the unit name has been taken from a proper name. In this case the first letter of the symbol is capitalized.

*Examples:* m, metre; Pa, pascal; W, watt

*Exception:* L, litre

Symbols and prefixes are printed in upright (roman) type regardless of the type style in surrounding text.

*Example:* . . . *a distance* of 73 km *between* . . .

Unit symbols are the same whether singular or plural.

*Examples:* 1 mm, 100 mm; 1 kg, 65 kg

Leave a space between the value and the symbol.

*Examples:* 115 W, *not* 115W; 0.75 L, *not* 0.75L
  88 °C, *not* 88°C or 88° C

*Exception:* No space is left between the numerical value and symbol for degree of plane angle.

*Examples:* 73°, *not* 73 °

Note: Symbol for coulomb is C; for degree Celsius it is °C

Do not mix symbols and names in the same expression.

*Examples:* radians per second or rad/s,
  *not* radians/second; *not* radians/s
  m/s or metres per second,
  *not* metres/second; *not* metres/s
  J/kg or joules per kilogram,
  *not* joules/kilogram; *not* joules/kg

Symbol for product—use the raised dot (·)

*Examples:* N·m; mPa·s; W/(m²·K)

Symbol for quotient—use one of the following forms:

*Examples:* m/s or ᵐ/ₛ or use the negative exponent

Note: Use only one solidus (/) per expression and parentheses to avoid any ambiguity.

SI QUICK REFERENCE GUIDE

## PREFIXES

Most prefixes indicate orders of magnitude in steps of 1000 and provide a convenient way to express large and small numbers and to eliminate nonsignificant digits and leading zeroes in decimal fractions.

*Examples:* 64 000 watts is the same as 64 kilowatts*
0.057 metre is the same as 57 millimetres
16 000 metres is the same as 16 kilometres*
*except for intended accuracy

| Prefix | Symbol | Represents |
|--------|--------|------------|
| yotta | Y | $10^{24}$ |
| zetta | Z | $10^{21}$ |
| exa | E | $10^{18}$ |
| peta | P | $10^{15}$ |
| tera | T | $10^{12}$ |
| giga | G | $10^{9}$ |
| mega | M | $10^{6}$ |
| kilo | k | $10^{3}$ |
| hecto | h* | $10^{2}$ |
| deka | da* | $10^{1}$ |
| deci | d* | $10^{-1}$ |
| centi | c* | $10^{-2}$ |
| milli | m | $10^{-3}$ |
| micro | μ | $10^{-6}$ |
| nano | n | $10^{-9}$ |
| pico | p | $10^{-12}$ |
| femto | f | $10^{-15}$ |
| atto | a | $10^{-18}$ |
| zepto | z | $10^{-21}$ |
| yocto | y | $10^{-24}$ |
| | * allowed | |
| | with *SI* | |

To realize the full benefit of the prefixes when expressing a quantity by numerical value, choose a prefix so that the number lies between 0.1 and 1000. For simplicity, give preference to prefixes representing 1000 raised to an integral power (i.e., mm, μm, km).

*\*Exceptions:* In expressing area and volume, the prefixes hecto, deka, deci, and centi may be required; for example, cubic decimetre (L), square hectometre (hectare), cubic centimetre.

Tables of values of the same quantity.

Comparison of values.

For certain quantities in particular applications. For example, the millimetre is used for linear dimensions in architectural and engineering drawings even when the values lie far outside the range of 0.1 mm to 1000 mm; the centimetre is usually used for anatomical measurements and clothing sizes.

**Compound Units.** A compound unit is a derived *unit* expressed with two or more units. The prefix is attached to a unit in the numerator.

*Examples:* V/m *not* mV/mm

MJ/kg *not* kJ/g

**Compound prefixes** formed by a combination of two or more prefixes are not used. Use only one prefix.

*Examples:* 2 nm *not* 2 mμm;
6 m³*not* 6 kL;
6 mPa *not* 6 kkPA

**Exponential Powers.** An exponent attached to a symbol containing a prefix indicates that the multiple (of the unit with its prefix) is raised to the power of 10 expressed by the exponent.

*Examples:* $1 \text{ mm}^3 = (10^{-3} \text{ m})^3 = 10^{-9} \text{ m}^3$
$1 \text{ ns}^{-1} = (10^{-9} \text{ s})^{-1} = 10^{9} \text{ s}^{-1}$
$1 \text{ mm}^2/\text{s} = (10^{-3} \text{ m})^2/\text{s} = 10^{-6} \text{ m}^2/\text{s}$

## NUMBERS

International practice separates the digits of large numbers into groups of three, counting from the decimal to the left and to the right, and inserts a space to separate the groups. In numbers of four digits, the space is not necessary except for the uniformity in tables.

*Examples:* 6.358 568; 85 365; 51 845 953; 88 000;
0.246 113 562; 7 258

**Small Numbers.** When writing a number between one and minus one, put a zero before the decimal marker.

Note: This applies to large numbers which have an exponent: as -0.1 × 10^6. This rule is given colloquially as "never use a naked decimal point."

**Decimal Marker.** The recommended decimal marker is a dot on the line (period). (In some countries, a comma is used as the decimal marker.)

Because **billion** means a million million in most countries but a thousand million in the United States, avoid using billion in technical writing.

## DO'S AND DON'TS

The units in the international system of units are called SI units—*not* Metric Units and *not* SI Metric Units.

Non-SI units include inch-pound units, old metric units and many other units. Inch=pound units (IP) refers to sets of units which contain inches and pounds. These include so-called customary units, US customary units, conventional units, *imperial units*, and *English units*.

Treat all spelled out names as nouns. Therefore, do not capitalize the first letter of a unit except at the beginning of a sentence or in capitalized material such as a title.

Annex A-4

## SI QUICK REFERENCE GUIDE

*Examples:* watt; pascal; ampere; volt; newton; kelvin
*Exception:* Always capitalize the first letter of Celsius.

Do not begin a sentence with a unit symbol—either rearrange the unit names or write the unit name in full.

Use plurals for spelled out unit names when required by the rules of grammar.

*Examples:* metre—metres; henry—henries;
kilogram—kilograms; kelvin—kelvins
*Irregular:* hertz—hertz; lux—lux; siemens—siemens

Do not put a space or hyphen between the prefix and unit name.

*Examples:* kilometre *not* kilo metre or kilo-metre;
milliwatt *not* milli watt or milli-watt

When a prefix ends with a vowel and the unit name begins with a vowel, retain and pronounce both vowels.

*Example:* kiloampere
*Exceptions:* hectare; kilohm; megohm

When a derived unit name is formed by multiplication, leave a space between units that are multiplied.

*Examples:* newton metre, *not* newton-metre;
volt ampere, *not* volt-ampere

Use the modifier squared or cubed after the unit name.

*Example:* metre per second squared
*Exception:* For area or volume the modifier may be placed before the units.
*Example:* square millimetre; cubic metre

When derived units are formed by division, use the word *per*, not a solidus (/).

*Examples:* metre per second, *not* metre/second; watt per square metre, *not* watt/square meter

## SELECTED CONVERSION FACTORS

*CAUTION:* These conversion values are rounded to three or four significant figures, which is sufficiently accurate for most applications. When making conversions, remember that a converted value is no more precise than the original value. Round off the final value to the same number of significant figures as those in the original value. See ANSI SI 10 for additional conversions with more significant figures.

| Multiply | By | To Obtain |
|---|---|---|
| acre | 0.4047 | ha |
| atmosphere, standard | *101.325 | kPa |
| bar | *100 | kPa |
| barrel (42 US gal, petroleum) | 159 | L |
| Btu, (International Table) | 1.055 | kJ |
| Btu/lb·°F (specific heat, $C^p$) | 4.164 | kJ/(kg·K) |
| bushel | 0.03524 | $m^3$ |
| calorie, kilogram (kilocalorie) | 4.167 | kJ |
| candle, candlepower | *1.0 | cd |
| centipoise, dynamic viscosity, μ | *1.00 | mPa·s |
| centistokes, kinematic viscosity, ν | *1.00 | $mm^2$/s |
| ft | *0.3048 | m |
| ft | *304.8 | mm |
| ft/min, fpm | *0.00508 | m/s |
| ft/s, fps | *0.3048 | m/s |
| ft of water | 2.99 | kPa |
| $ft^2$ | 0.09290 | $m^2$ |
| $ft^2$/s, kinematic viscosity, ν | 92 900 | $mm^2$/s |
| $ft^3$ | 28.32 | L |
| $ft^3$ | 0.02832 | $m^3$ |
| $ft^3$/h, cfh | 7.866 | mL/s |
| $ft^3$/min, cfm | 0.4719 | L/s |
| $ft^3$/s, cfs | 28.32 | L/s |
| footcandle | 10.76 | lx |
| ft·$lb_f$ (torque or moment) | 1.36 | N·m |
| ft·$lb_f$ (work) | 1.36 | J |
| ft·$lb_f$/lb (specific energy) | 2.99 | J/kg |
| ft·$lb_f$/min (power) | 0.0226 | W |
| gallon, US (*231 $in^3$) | 3.785 | L |
| gph | 1.05 | mL/s |
| gpm | 0.0631 | L/s |
| gpm/$ft^2$ | 0.6791 | L/(s·$m^2$) |
| gr/gal | 17.1 | g/$m^3$ |
| horsepower (550 ft·$lb_f$/s) | 0.746 | kW |
| inch | *25.4 | mm |
| in of mercury (60°F) | 3.377 | kPa |

Annex A-5

SI QUICK REFERENCE GUIDE

| Multiply | By | To Obtain |
|---|---|---|
| in of water (60°F) | 248.8 | Pa |
| in-lb_f (torque or moment) | 113 | mN·m |
| in² | 645 | mm² |
| in³ (volume) | 16.4. | mL |
| in³ (section modulus) | 16 400 | mm³ |
| in⁴ (section moment) | 416 200 | mm⁴ |
| km/h | 0.278 | m/s |
| kWh | *3.60 | MJ |
| kip/in² (ksi) | 6.895 | MPa |
| litre | *0.001 | m³ |
| micron (μm) of mercury (60°F) | 133 | mPa |
| mil (0.001 in.) | *25.4 | mm |
| mile | 1.61 | km |
| mile, nautical | 1.85 | km |
| mph | 1.61 | km/h |
| mph | 0.447 | m/s |
| millibar | *0.100 | kPa |
| mm of mercury (60°F) | 0.133 | kPa |
| mm of water (60°F) | 9.80 | Pa |
| ounce (mass, avoirdupois) | 28.35 | g |
| ounce (force of thrust) | 0.278 | N |
| ounce (liquid, US) | 29.6 | mL |
| ounce (avoirdupois) per gallon | 7.49 | kg/m³ |
| pint (liquid, US) | 473 | mL |
| pound | | |
| lb_m (mass) | 0.4536 | kg |
| lb_m (mass) | 453.6 | g |
| lb_f (force or thrust) | 4.45 | N |
| lb_m/ft (uniform load) | 1.49 | kg/m |
| lb_m/(ft·h) (dynamic viscosity, μ) | 0.413 | mPa·s |
| lb_m/(ft·s) (dynamic viscosity, μ) | 1490 | mPa·s |
| lb_f·s/ft² (dynamic viscosity, μ) | 47 880 | mPa·s |
| lb_m/min | 0.00756 | kg/s |
| lb_m/h | 0.126 | g/s |
| lb_f/ft² | 47.9 | Pa |
| lb_m/ft² | 4.88 | kg/m² |
| lb_m/ft³ (density, ρ) | 16.0 | kg/m³ |
| lb_m/gallon | 120 | kg/m³ |
| ppm (by mass) | *1.00 | mg/kg |
| psi | 6.895 | kPa |
| quad (10¹⁵ Btu) | 1.06 | EJ |
| quart (liquid, US) | 0.946 | L |
| rpm | 0.105 | rad/s |
| tablespoon (approx.) | 15 | mL |
| teaspoon (approx.) | 5 | mL |
| therm (100,000 Btu) | 105.5 | MJ |
| ton, short (2000 lb) | 0.907 | Mg; t (tonne) |
| yd | *0.9144 | m |
| yd² | 0.836 | m² |
| yd³ | 0.7646 | m³ |

* Conversion factor is exact.

Note: In this list the kelvin (K) expresses temperature intervals. The degree Celsius symbol (C) may be used for this purpose as well

# Summary of Changes

The following changes were made since the March 2014 edition and published in this edition.
(1) Revised Sections G3.6, G24.1, and H1.2.2 to reference IEEE SI 10, the SI Quick Reference Guide, and Part G and Part H. The ASTM Form and Style is the default document for formatting so that the spelling of litre and metre can be maintained.
(2) Revised G14.1 and G18.3.3 to reflect using space rather than hyphen for compound adjectives using SI units.
(3) Added the SI Quick Reference Guide to the Form and Style Manual as Annex A.
(4) General revisions were made to reflect current practices.

The following changes were made since the October 2013 edition and published in this edition.
(1) Added F2.6, Mercury Caveat.

The following changes were made since the March 2013 edition and published in this edition.
(1) Revised Section F1 on Commercial-Contractual Items in Standards.
(2) Editorially revised Section G12 on Creating and Submitting Figures for Ballot

The following changes were made since the October 2012 edition and published in this edition.
(1) Editorially revised B22.1 on Product Marking.

The following changes were made since the March 2012 edition and published in this edition.
(1) Revised Section A21 on Precision and Bias.

The following changes were made since the October 2011 edition and published in this edition.
(1) Clarified use of the term "dictionary" to mean print or electronic reference materials in A7.1.1, E2.1, E3.3.1, E5.9, G10.1, G15.1.5, and G25.1.
(2) Editorially updated ASTM standards references in A17.1, A19.2, and the table in G3.6 (Vickers Hardness number)

The following changes were made since the October 2010 edition and published in this edition.
(1) Clarified language in Section F1.
(2) Revised Ordering Information, B9.3, to focus on the importance of referenced documents within a specification, and to encourage the use of year dates.
(3) Editorially changed A27.4 and A29.4 to correct a reference in the *Regulations Governing ASTM Technical Committees.*
(4) Editorially updated the title of IEEE/ASTM SI-10 in G3.6.

The following changes were made since the March 2010 edition and published in this edition.
(1) Editorially removed reference to ANSI Y10.3M in A19.1 since it was withdrawn without replacement.
(2) Revised D4 with the addition of D4.1.2 to modify language on the current editorial practice for Supplementary Requirements.
(3) Editorially changed E3.3.3 to update the referenced title to *ASTM Online Dictionary of Engineering Science and Technology.*
(4) Revised F4.1 to include ASTM Certification Programs.

The following changes were made since the September 2009 edition and published in this edition.
(1) Added "kerosene" as an acceptable spelling in G25.1.

The following changes were made since the March 2009 edition and published in this edition.
(1) Revisions of A27.1 and B29.1 for better clarity.
(2) Replaced G12 with a new procedure for creating and submitting figures for ballot.
(3) Editorial changes were made to C2, C16, A26.4, and B28.4.

The following changes were made since the March 2008 edition and published in this edition.
(1) Insertion of new sections F2.2.2.5 and F2.2.2.6 dealing with Fire Standards Safety Caveats.

SUMMARY OF CHANGES

The following changes were made since the October 2007 edition and published in this edition.
(1)   Revisions were made to Part G dealing with Styling, Electronic Manuscript Preparation, Abbreviations, Figures, Mathematical Material, and Thermometers.

The following changes were made since the October 2006 edition and published in this edition.
(1)   Removal of the 'separated by a space' requirement in standard designation numbers found in A3.1.2 and B4.1.2.
(2)   Insertion of new section G16.6.1 and an example for clarifying how to place a multiplication symbol in an equation.
(3)   Revision of G27.7 for better clarity.
(4)   Revision of H1.2.1 for better clarity, as well as to include a *Discussion* on the use of SI units in standards.
(5)   Reversal of the order of appearance of Sections H3 and H4.

The following changes were made since the March 2006 edition and published in this edition.
(1)   Insertion of a new section F4.1 to clarify ASTM's policy on certification and accreditation.
(2)   Reversal of the order of appearance of the *Trademarks* section with the *Sources of Supply* section for a more logical flow.
(3)   Removal of the word *reference* where used as an adjective in the term *reference materials* to expand this section to cover all materials – not just *reference materials*.
(4)   Insertion of new language as F4.2.2 to make trademark language consistent with *Regulations Governing ASTM Technical Committees* and Board Policy.

The following changes were made since the October 2005 edition and published in this edition.
(1)   Revisions were made to A21.4.1, A21.4.2, and A21.5.4 to clarify the intent of the language.
(2)   Sections A29 and B31 on Research Reports

were revised to make clearer the instructions on how the research report is to be referenced in a standard.
(3)   Revision to F2.4, Working Document Caveat, in order to remain consistent with ASTM policy.
(4)   Revisions were made to Sections F4 and F4.2 dealing with Use of Trademarks.

The following changes were made since the March 2005 edition and published in this edition.
(1)   Revision to Working Draft Caveat, F2.4, in order to remain consistent with ASTM policy.
(2)   Section G25.1, added (measurement, instrument) to "gauge" and deleted spelling "gage."

The following changes were made since the September 2004 edition and published in this edition.
(1)   Section A18.3 was deleted. Including this section was redundant and could lead to confusion.
(2)   New Section H1.2.2.1 was added pertaining to rounding of SI Units.

The following changes were made since the April 2004 edition and published in this edition.
(1)   New Section A21.4.5 pertaining to precision and bias was added.
(2)   A revision was made in B1.2 for clarification.

The following changes were made since the September 2003 edition and published in this edition.
(1)   Revisions to A1.4 clarify how to identify different test methods within a standard.
(2)   New Section A22 on Measurement Uncertainty was added.
(3)   Revision to F1 was made and new Section F1.4 was added concerning effective dates.
(4)   Revisions were made to F3.1, F3.1.1, and F3.1.2 dealing with patents.

The following changes were made since the March 2003 edition and published in this edition.

SUMMARY OF CHANGES

(1) The following sentence was added in B25.1. "These should not include statements that would allow the lowering of minimum requirements of the standard (seeB1.2)."

(2) Megagram (Mg) was added to G3.6.

The following changes were made since the September 2002 edition and published in this March 2003 edition.

(1) New definitions for "publication date" and "approval date" were added to p. viii on Definitions

(2) Sections A31.3, B34.3, and C31.3 on Summary of Change Sections were revised to permit standards that have undergone multiple revisions in a short period of time to retain changes for 18 months.

(3) The statement in A21.5.3 was revised to correct ambiguity in the requirement for precision and bias.

The following changes were made editorially since the March 2002 edition and are published in the September 2002 edition.

(1) Replaced the verbiage "year of issue" and "date of issue" with "year date" throughout.

(2) Standardized the terms "purchase order or contract" in Part B.

(3) An additional sentence was included in F3.1 regarding the ANSI patent policy.

The sections shown below have been editorially changed since the October 2001 edition and are published in the March 2002 edition.

(1) Section G2 on Electronic Manuscript Preparations was replaced.

(2) Additional sentences were included in the suggested statement in B21.2.

The following changes were made since the March 2001 edition and published in the October 2001 edition.

(1) Deletion of A3.1.3 and A5.4 regarding companion standards. The same changes were made to B4.1.3 and B4.4.1

(2) Mandatory for Standards Producing Numerical Results was added to the heading of Section A29 on Research Reports.

(3) New section F2.2.2.4 dealing with a fire risk assessment statement.

(4) Deletion of G24.2 dealing with companion standards.

The following changes were made since the February 2000 edition and are published in the March 2001 edition.

(1) Revisions to Section B21 on Certification.

The following changes were made since the December 1998 edition and are published in the February 2000 edition.

(1) Revision to Section A13 to revised A13.1.1 on Warning Statement, delete A13.1.2 on Precautionary Statement, and delete A13.2 on Technical Hazards. Revise F2.1.2 and F2.1.3 to eliminate wording dealing with precautionary statements.

The following changes were made since the January 1996 edition and published in the December 1998 edition.

(1) Revision to Part H dealing with the use of SI units in ASTM standards. Revision to G38. These were the results from Circular Letter #713.

(2) Added new F2.5 Professional Judgment Caveat.

## Index

Abbreviations, E6.1.3, E14, G3. *See also* Symbols
  order in a definition, E4.5
  in terminology standard, E1.4, E5.1
Accuracy. *See* bias
Acronyms, E6.1.2, E14
Adjectives, qualitative, E3.2.3
Adjuncts, A28, B30
Alloy designations, G4
And/or alternative style for, G5
Annexes, A24, B26, E16
  equation numbering, D7.2
  figure numbering, D9.2
  note numbering, D10.2
  placement, designation, and section numbering, D6
  in specifications, B26.3
  table numbering, D8.2
  in terminology standards, E16
  in test methods, A24.3
Apparatus
  calibration and adjustment, A16.1
  preparation of, A15, A24.3.6
  sources of supply, A26.4, B28.4, F4.1
  trademarks, F4.2
Apparatus section, A11
Appendixes, A24, B26, E16
  equation numbering, D7.2
  figure numbering, D9.2
  note numbering, D10.2
  placement, designation, and section numbering, D6
  rationale (commentary), A30, B32, C30
  in specifications, B26.4
  table numbering, D8.2
  in terminology standards, E16
  in test methods, A24.4
Applicable documents section. *See* Referenced documents section, A6, B6, C6, C20
ASTM standards, citation of, G21, G22
Attributions, E5.9, E13.1.4
  order in a definition, E4.5

Basis of classification section, C9
Bias, A21
Bibliography, in a terminology standard, E16

Calculation section, A19.1

Calibration and standardization section, A16
Capitalization, G6
Caveat statements, F2
  fire hazard caveat, F2.2
  general caveat, F2.3
  mercury caveat, F2.6
  patent caveat, F3.2
  policy caveats, F2
  safety hazards caveat, A13, F2.1
  working document caveat, F2.4
Certification section, B21
Chemical composition section, B11
Chemical formulas, G7, G15.1.3
Classification section, B8
Classification standards, C1-C14
Combined standards A3.4, B4.4, B9.4, G22.2, G24.2, H2.4, H2.4.2, H3.1.2, H3.1.2.2, H3.1.2.3
Commentary section, A30, B32, C30
Committee jurisdiction, A26.2, B28.2
*Compilation of ASTM Standard Terminology,* E3.3.3
"Compression" vs. "compressive," G28
Concepts, terminology, discussions, E4.4, E5.8
Conditioning section, A17
Contractual items, F1
Contractual parties, G8
Cross-references, terminology, E5.7, E13.1.2
Crystal planes and directions, G9

Decimal numbering system, for document sections, D1-D16
Definitions, A7.2, B7, C7, C21
  adjectives, E3.2.3
  brevity, E4.2, E4.4
  common-language (dictionary), E3.3.1, E5.9
  context and clarity, E3.3.1, E4.2
  distinction between definitions of terms, E2
  elements, E5
  example of, E2.1.1
  form and style, E4, E13
  guidelines for writing, E3
  limitations, E5.5, E5.6
  new, E4
  nouns (also formulas and quantities), E3.2.3, E3.2.4
  redundancy, E4.3

INDEX

scope, E10
Definitions of terms, A7.2.3
  distinctions between definitions, E2
  example of, E2.1.2
  form and style, E4
  guidelines for writing, E3
  in specification limits, E5.6
Delimiting phrases, in terminology, E5.5
  in specification limits, E5.6
  order in definition, E4.5
Designation, A3, B4
Dictionaries, G10
Dictionary definitions, E3.3.1, E5.9
Dilution ratio, G11
Dimensions, B13
  and symbols, G26
Dimensions, in terminology, E5.3
  order in definition, E4.5
Disclaimer of liability as to patented inventions,
  A27.4, B29.4, F3.2
Discussions, in terminology, E5.8
  order in definition, E5.8
  in terminology standards, E13.1.3
Drawings. *See* Figures and figure captions

Equations, D7, G16.6
Exponents, G16.6

Figures and figure captions,
  form and style, G12
  italics in, G15.1.2, G15.1.3, G15.1.6
  note numbering, D10.3
  numbering, D9
Fire hazard caveat, F2.2
Fire standards, F2.2
"Flexure" vs. "flexural," G28
Footnotes, A26, B28, D11, G13
  in tables, D11.2, G13.1
Foreign terms, G15.1.5
Formulas, chemical. *See* Chemical formulas
Fractions, G14.3, G16.7

General caveat, F2.3
Graphs. *See* Figures and figure captions
Grouped terms, in terminology, E13.1.1
Guides, C15-C31

Hazards section, A13

History of a standard, A26.2, A30, B28.2, B32,
  C30
Hyphens, G14

Illustrations. *See* Figures and figure captions
Index terms, A23, B24, C28, E15. *See also* Key-
  words
Inspection section, B19
Interferences section, A10
Interpretation of results section, A19.2
Introduction section, A4
Isotopes, G7
Italics, G15

Keywords, A23, B24, C28, E15. *See also* Index
  terms

Legends. *See* Figures and figure captions
Liability disclaimer as to patented inventions,
  A27.4, B29.4, F3.2
Literature references, A25, A26.3, B27,B28.3,
  G21
  bibliography, in a terminology standard, E16

Magnification, G12.8
Manuscript preparation, G2
Marking section, B22
Mass, B13
Materials and manufacture section in specifica-
  tions, B10
Materials and reagents in test methods, A12
Mathematical material, G16
Measurement Uncertainty, A22
Measurement units, in terminology
  order in a definition, E4.5
Mechanical requirements section, B12
Mercury Caveat, F2.6
Modified Decimal Numbering (MDN) System,
  for document sections, D1-D16

Nomenclature, chemical, G7
Notes, A27, B29, D10, G27.6
Nouns, in terminology, E3.2.3
Number of tests and retests section, B16
Numbering system, Modified Decimal (MDN),
  of document sections, D1-D16
Numerals, G18

Ordering information section, B9, B25

INDEX

Packaging section, B23
Parts of speech, in terminology, E5.4
  order in definition, E4.5
Patent caveat, F3.2
Patents, A27.4, B29.4, F3
Percent and percentage points, G19
Performance requirements section, B12
Permissible variations section, B13
Photographs. *See* Figures, G12
Photomicrographs. *See* Figures, G12.8
Physical requirements section, B12
"Point" System. *See* Modified Decimal Number-
  ing (MDN) System, D1-D16
Policy caveats, F2
  Fire hazard, F2.2
  General, F2.3
  Mercury, F2.6
  Patent, F3.2
  Safety hazard, A13, F2.1
  Working document, F2.4
Polymers, G20
Powers of 10, G27.3
Practices, C15-C31
Precautions section. *See* Hazards section
Precision and bias section, A21
Preparation of apparatus section, A15, A24.3.6

Quotations, G21

Ranges of measured quantities, B13
Rationale, A30, B32, C30
Ratios, G18.5
Reagents and materials section, A12
Redundancy, of terminology, E3.3
Reference publications, G21
Reference standards in test methods, A16.2
Referenced documents section, A6, B6, C6,
  C20, E11
References, literature, A25, A26.3, B27, B28.3,
  G21
  bibliography, in a terminology standard, E16
Rejection and rehearing section, B20
Report section, A20
Research Reports, A26.5, A29, B28.5, B31
Revision of standards, manuscript preparation,
  G2

Safety hazards caveat, A13, F2.1
Safety precautions section. *See* Hazards section

Samples and specimens, A14, B17, G23
Sampling section, A14, B15
Scope section, A5, B5, C5, C19
SI combined standard, A3.4, B4.4, H3.1.2
SI conversion, G24, H1-H2.3
SI units,
  adding to existing standards, H3
  in tables, H6
  terminology, for ASTM use, H2
  in text, H3, H4
  rounding, H1.2.2.1
Significance and use section, A9, C8, C23
Size ranges, B13
Sources of supply, A26.4, B28.4, F4
Specification limits, E5.6
  order in definition, E4.5
  *See also* Delimiting phrases
Specifications,
  adjuncts, B30
  analytical test methods section, B18
  annexes, B26.3
  apparatus sources, B28.4
  appendixes, B26.4
  applicable documents. *See* Referenced docu-
    ments section
  certification section, B21
  chemical composition section, B11
  classification section, B8
  committee jurisdiction, B28.2
  designation, B4
  dimensions, mass, and permissible variations
    section, B13
  footnotes, B28
  functions, B1
  history, B28.2
  inspection section, B19
  keywords section, B24
  literature references, B27, B28.3
  mass, B13
  materials and manufacture section, B10
  mechanical requirements, B12.3
  notes, B29
  number of tests and retests section, B16
  ordering information section, B9
  packaging and package marking section, B23
  part-numbering system, B33
  patent disclaimer of liability note, B29.4, F3.2
  performance requirements, B12.4

INDEX

permissible variations of measured quantities, B13
physical requirements, B12.2
product marking section, B22
rationale (commentary), B32
referenced documents section, B6
references section, B27, B28.3
rejection and rehearing section, B20
research reports, B28.5, B31
sampling section, B15
scope section, B5
size ranges, B13
specimen preparation section, B17
subject headings, B2
supplementary requirements, B25, D4
symbols, A2.4, B7, E1.1
terminology section, B7. *See also* Definitions and Definitions of terms
test methods section, B18
title, B3
workmanship, finish, and appearance section, B14
Specimens and samples, A14, B17, G23
Spelling, G25
Standards of other organizations, F5
Statistical data, G16.8
Subject headings, A1, B2, C2, C16, E7
Subscripts, G16.3, G16.7
Summary of changes, A31, B34, C14, C31, E18
Summary of practice session, C22
Summary of test method section, A8
Supplementary requirements, B25, D4
Symbols,
for crystal planes and directions, G9
in definitions, E5.2, E6
order in definition, E4.5
in separate section, A7.2.4, G3, G26
for statistical data, G16.8.3
in terminology, E6.1.1, E14
for units, G3
use of italics, G15.1.1
*See also* Abbreviations

Tables,
footnotes, D11.2, G13.1
numbering, D8
powers of 10 in, G27.3
SI units in, H6
style, G27

"Tension" vs. "tensile," G28.2
Term, E1-E14
Terminology, A7, B7, C7, C21, E1-E18
*Compilation of ASTM Standard Terminology*, E3.3.3
coordination and management, E1
defined, Introduction to Part E
delimiting phrases, E5.5
objectives, Introduction to Part E
specification limits, E5.6. *See also* delimiting phrases
usage, Introduction to Part E
Terminology standards, E7-E18
appendixes, E16
bibliography, E17
content and technical committee responsibilities, Introduction to Part E, E1
dictionary definitions, E3.3.1
format and subject headings, E7
parts of speech, E5.4
purpose, E1
referenced documents, E11
SI units, H3
significance and use, E12
term grouping, E13.1.1
title, E8
Terms, E2, E5
abbreviations, E5.1, E6.1.3, E14
absolute, E3.2.3
acronyms, E6.1.2, E14
adjectives, E3.2.3
attributions, E5.9, E13.1.4
bibliography, E17
cross-references, E5.7, E13.1.2
definitions, A7.2.1, E1, E2, E3, E4, E13
definitions of terms, A7.2.3, E1, E2, E3, E4, E13
dimensions, E5.3
keywords (index terms), A23, B24, C28, E15
limitations, E5.5, E5.6
nouns, E3.2.3
order in definitions, E4.5
parts of speech, E5.4
qualitative, E3.2.3
quantitative, E3.2.4
redundancy, E3.3
symbols, E5.2, E6.1.1, E14
term grouping, E13.1.1

INDEX

within a standard, E2-E5
Test methods,
    adjuncts, A28
    annexes, A24.3
    apparatus preparation section, A15
    apparatus section, A11
    apparatus sources, A26.4
    appendixes, A24.4
    applicable documents. *See* Referenced documents section
    bias statement, A21.3
    calculation section, A19.1
    calibration and standardization section, A16
    committee jurisdiction, A26.2
    conditioning section, A17
    designation, A3
    footnotes, A26
    hazards section, A13
    history, A26.2
    interferences section, A10
    interpretation of results section, A19.2
    introduction section, A4
    keywords section, A23
    literature references, A25, A26.3
    measurement uncertainty section, A22
    notes, A27
    patent disclaimer of liability note, A27.4
    precautions section. *See* Hazards section
    precision statement, A21.2
    preparation of apparatus section, A15

reagents and materials section, A12
reference standards, A16.2
referenced documents section, A6
references section, A25, A26.3
report section, A20
research reports, A26.5, A29
safety precautions section. *See* Hazards section
sampling section, A14
scope section, A5
significance and use section, A9
subject headings, A1
summary of test method section, A8
symbols, A7.2.4
terminology section, A7, E3-E5. *See also* Definitions and Definitions of Terms
test specimen and sample section, A14
trademarks, A11.2, A12.4
Test methods section of specifications, B18
Thermal conductivity unit, G29
Thermometers, referencing, G30
Titles, A2, B3, C3, C17
Tolerances, G26.1
Trademarks, A11.2, A12.4, F4.2, G6.5, G31
Transistor type, G15.1.6

Unit symbols, G3

Working document caveat, F2.4
Workmanship, finish, and appearance section, B14

# EXHIBIT 26



Incorporation by Reference Public Workshop

Pipeline & Hazardous Materials Safety Administration

U.S. Department of Transportation

West Building, Media Center

Friday, July 13, 2012

# Scott Cooper

## Vice President of Public Policy and Government Relations

### American National Standards Institute

July 13, 2012

# Jeff Grove

Vice President of Global Policy and Industry Affairs

ASTM International

July 13, 2012

# PHMSA Public Workshop:
## Implementing the Incorporation by Reference Requirements of the Pipeline Safety Act of 2011

Jeff Grove
Vice President
Global Policy & Industry Affairs
ASTM International

July 13, 2012



ASTM INTERNATIONAL

# ASTM International

Established in 1898

- Private sector, not for profit organization
- Venue for the development of voluntary, consensus standards
  - Enhance health, safety and quality of life
  - Ensure reliability of materials and products
  - Facilitate trade worldwide



July 13, 2012

# PHMSA/ASTM Standards

- A106/A106M
- A333/A333M
- A372/A372M
- A381
- A53/A53M
- A671

- A672
- A691
- D2517
- D638
- F1055
- D2513



July 13, 2012

ASTM INTERNATIONAL

# Technical Knowledge

- ○ The references are highly technical specifications, requirements, and methods of testing for things such as
  - Carbon and alloy steel pipe at various temperatures
  - Epoxy resins and plastics in pipes
- ○ Limited value to the general public



July 13, 2012

# Access During Rulemakings

- ○ ASTM provides public access to standards incorporated by reference during public review periods of PHMSA rulemakings

- ○ Consistent with Sec 24 as access is provided at no cost on a website

- ○ Currently providing access to ASTM D2517 as part of a PHMSA NPRM

July 13, 2012



ASTM INTERNATIONAL

# Sec 24 Impacts ASTM

- Sec 24 conflicts with goals of the NTTAA and OMB Circular A119 which have been effective in utilizing standards in support of regulations
- Threatens public-private collaboration that has worked for over 100 years
- Underestimates the costs and process of developing high quality standards



July 13, 2012

# Reasonable Access

- ○ ASTM strives to provide reasonable access to standards incorporated by reference by PHMSA

- ○ The list price for these 12 standards range from $40 to $57 each which is a fair price for the technical knowledge

  Many of the producers, users and inspectors of pipeline materials and products access these standards at no cost as a benefit of their ASTM membership.

  Many others access the documents far-below the list prices through commercial agreements and site-license agreements

- ○ Our approach is to be flexible, reasonable and fair, and to work with stakeholders to find an access model that works

July 13, 2012



ASTM INTERNATIONAL

# Costs of Standards Development



- Investment in technology
  - Electronic standards templates
  - Electronic balloting and editing
  - On-line collaborative platform
  - Virtual meeting technology
  - Web-based resources
- Supporting programs/products
  - ILS, PTP, Symposia/Workshops, Certification, Training, Videos
- ANSI Accreditation
- Maintain offices worldwide and a professional staff to support standards development and distribution

July 13, 2012

# Development Models

- What model works best to pay for the production of standards?
- Under the ASTM model

  Costs are spread amongst thousands of users

  $75 annual membership gives access to many who need it

  No projects fees or front-loaded costs

July 13, 2012



ASTM INTERNATIONAL

# ASTM Model Works

- Produces high-quality standards
- Provides value to ASTM members, the public and the government
  - Particularly benefits SME's and individuals who engage on a volunteer basis without corporate funding
- Difficult for the government to replicate
  - Costly to government to duplicate efforts
  - Public/Private collaboration may be chilled
  - Quality and Efficiency could be at risk

July 13, 2012



# Summary/Pathway Forward

○ We are sensitive to the challenges Sec 24 places on PHMSA.

○ We already provide public access during rulemakings and make standards available on a reasonable basis.

○ To implement Sec 24, one pathway is to collaborate on an agreement that provides public access without fundamentally changing the core of our existing model.

July 13, 2012



ASTM INTERNATIONAL

# Thank you

Contact Information:

ASTM International
100 Barr Harbor Drive
West Conshohocken, PA

Jim Thomas, President – jthomas@astm.org
John Pace, VP, Publications – jpace@astm.org
Jeff Grove, VP, Government and Industry Affairs – jgrove@astm.org



www.astm.org

July 13, 2012

# EXHIBIT 27

EXHIBIT
1134
5/100 3.30.15

### FORM FOR COMMENTING ON A PUBLIC REVIEW DRAFT
### ASHRAE STANDARD, GUIDELINE OR ADDENDUM

### PLEASE RETURN COMPLETED FORM BY JANUARY 10, 2005

1.   Name:

     Affiliation:

     Address:                     City:           State:      Zip:

     Telephone:         Fax:               E-mail:

**Designation and Title of First Public Review Draft:** BSR/ASHRAE/IESNA Addendum a to ANSI/ASHRAE/IESNA
Standard 90.1-2004, *Energy Standard for Buildings Except Low-Rise Residential Buildings*
NOTE: Use a separate form for each comment, completing each section (including Sections 1 and 2) to facilitate separate processing. ASHRAE encourages
original commentary on its standards. All comments must be accompanied by the commenter's signed release, as provided below. However, if commenters
submit comments authored by others, those comments must also be accompanied by a signed copyright release from the author of the original comment. The
original comment author, representing commenters who have submitted duplicate comments may be asked to engage in dialog supporting their position. All
commenters shall receive acknowledgment from ASHRAE of receipt of their comment, and may receive a response in the form of the resolution of the original
comment with that comment's author.

### 2. Copyright Release:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights,
including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in
which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this
copyright release.

Author's Signature:  _____  Date _____

☐    Check here if you are sending your signature (as required by this form) via fax or mail.

3.   **Clause or Subclause:**

4.   **Comment:**
     (If a provision is proposed to be added, the text of the provision must be submitted in writing. If modification of a provision is
     proposed, the proposed text must be submitted utilizing the strikeout/underline format. (Strikeout text to be deleted and
     underline text to be added.) Please do not submit marked-up or highlighted copies of the standard.)

5.   **Substantiating Statements:**
     (Be brief; provide abstract of lengthy substantiation; full text should be enclosed for reference on request by project
     committee members.)

[ ] Check if additional pages are attached. Number of additional pages:

[ ] Check here if your comment is supportive in nature and does not require substantive changes in the current proposal in
order to resolve your comment. If you select this option, your comment will not require a response from the project
committee and will not be subject to the commenter response procedures.

**NOTE:** Use separate form for each comment. Submittals (MS Word preferred) may be attached to email, submitted on
diskettes, uploaded to ASHRAE's ftp site, or submitted in paper form by mail or fax to ASHRAE, Manager of Standards,
1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *public.review.comment@ashrae.org*.
I²tp server address: *ftp.ashrae.org*, directory: *public.review.comment*. Fax 678-539-2134.

**NOTE:** To ensure receiving all notices provided for in the procedures, you are responsible for informing the ASHRAE
Standards Section when your contact information changes. Otherwise you may not receive responses to comments, right-to-

ASHRAE0022821

appeal notices, and any other notices that may be sent to commenters. To update your contact information, send an email to standards.section@ashrae.org. You must indicate which public review draft or drafts you are commenting on in your email.

Rev. 03-01-2004

**ASHRAE0022822**

# EXHIBIT 28



## CM SUBMITTAL FORM

**NOTE:** Use separate form for each comment. Submittals (MS Word 2000 preferred) may be attached to e-mail (preferred), submitted on diskettes or CD, or submitted in paper by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305.  E-mail: *change.proposal@ashrae.org*.  Fax +1-404/321-5478.

1.   **Submitter:**

     Affiliation:

     Address:                          City:                     State:          Zip:
     Country:

     Telephone:                       Fax:                       E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals.  I understand that I acquire no rights in publication of the standard in which my proposals in this, or other analogous, form is used.  I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature:  All electronic submittals must complete the following statement:
I *(insert name)* _____, through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used.  I hereby attest that I have the authority and am empowered to grant this copyright release.

2.   **Number and year of standard:**

3.   **Clause (section), sub-clause or paragraph number; and page number:**

4.   **I propose to:**         [ ] Change to read as follows           [ ] Delete and substitute as follows
     *(check one)*             [ ] Add new text as follows             [ ] Delete without substitution

Use underscores to show material to be added (added) and strike through material to be deleted (deleted).  Use additional pages if needed.

5.   **Proposed change:**

6.   **Reason and substantiation:**

7.   **Will the proposed change increase the cost of engineering or construction?  If yes, provide a brief explanation as to why the increase is justified.**

[ ] Check if additional pages are attached.  Number of additional pages:

[ ] Check if attachments or referenced materials cited in this proposal accompany this proposed change.  Please verify that all attachments and references are relevant, current, and clearly labeled to avoid processing and review delays. *Please list your attachments here:*

Revised 1-30-2006

ASHRAE0022819

# EXHIBIT 29



**FORM FOR COMMENTING ON A PUBLIC REVIEW DRAFT
ASHRAE STANDARD, GUIDELINE OR ADDENDUM**

| PLEASE RETURN COMPLETED FORM BY |
| --- |

1. **Name:**

    Affiliation:

    Address:                          City:            State:        Zip:

    Telephone:            Fax:                E-mail:

**Designation and Title of First Public Review Draft:**

NOTE: Use a separate form for each comment, completing each section (including Sections 1 and 2) to facilitate separate processing.  ASHRAE encourages original commentary on its standards.  All comments must be accompanied by the commenter's signed release, as provided below.  However, if commenters submit comments authored by others, those comments must also be accompanied by a signed copyright release from the author of the original comment.  The original comment author, representing commenters who have submitted duplicate comments may be asked to engage in dialog supporting their position.  All commenters shall receive acknowledgment from ASHRAE of receipt of their comment, and may receive a response in the form of the resolution of the original comment with that comment's author.

**2. Copyright Release:**

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used.  I hereby attest that I have the authority and am empowered to grant this copyright release.

Author's Signature: _____   Date _____

☐ All electronic submittals must complete the following statement:
I *(insert name)*_____ , through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used.  I hereby attest that I have the authority and am empowered to grant this copyright release.

3. **Clause or Subclause:**

4. **Comment (Proposed Text):**
    (If a provision is proposed to be added, the text of the provision must be submitted in writing.  If modification of a provision is proposed, the proposed text must be submitted utilizing the strikeout/underline format.  (Strikeout text to be deleted and underline text to be added.)  (Please do not submit marked-up or highlighted copies of the standard.)  (If it is a proposed withdrawal, please state here with specificity)

5. **Substantiating Statements:**
    (Be brief; provide abstract of lengthy substantiation; full text should be enclosed for reference on request by project committee members.)

[ ] Check if additional pages are attached.  Number of additional pages:

ASHRAE0022823

[ ] Check here if your comment is supportive in nature and does not require substantive changes in the current proposal in order to resolve your comment. If you select this option, your comment will not require a response from the project committee and will not be subject to the commenter response procedures.

NOTE: Use separate form for each comment. Submittals (MS Word preferred) may be attached to email, submitted on diskettes, uploaded to ASHRAE's ftp site, or submitted in paper form by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *public.review.comment@ashrae.org*. Ftp server address: *ftp.ashrae.org*, directory: *public.review.comment*. Fax 678-539-2134.

NOTE: To ensure receiving all notices provided for in the procedures, you are responsible for informing the ASHRAE Standards Section when your contact information changes. Otherwise you may not receive responses to comments, right-to-appeal notices, and any other notices that may be sent to commenters. To update your contact information, send an email to standards.section@ashrae.org. You must indicate which public review draft or drafts you are commenting on in your email.

Rev. 01-30-2006

**ASHRAE0022824**

# EXHIBIT 30

EXHIBIT
1137

## FORM FOR COMMENTING ON A PUBLIC REVIEW DRAFT
## ASHRAE STANDARD, GUIDELINE OR ADDENDUM

| PLEASE RETURN COMPLETED FORM BY April 30, 2007 |

1. **Name:**

   Affiliation:

   Address:                City:                State:      Zip:

   Telephone:              Fax:                 E-mail:

**Designation and Title of First Public Review Draft:** BSR/ASHRAE/IESNA Addendum _____ to ANSI/ASHRAE/IESNA Standard 90.1-2007, *Energy Standard for Buildings Except Low-Rise Residential Buildings*

NOTE: Use a separate form for each comment, completing each section (including Sections 1 and 2) to facilitate separate processing. ASHRAE encourages original commentary on its standards. All comments must be accompanied by the commenter's signed release, as provided below. However, if commenters submit comments authored by others, those comments must also be accompanied by a signed copyright release from the author of the original comment. The original comment author, representing commenters who have submitted duplicate comments may be asked to engage in dialog supporting their position. All commenters shall receive acknowledgment from ASHRAE of receipt of their comment, and may receive a response in the form of the resolution of the original comment with that comment's author.

**2. Copyright Release:**

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Author's Signature:    _____    Date _____

☐  All electronic submittals must complete the following statement:
   I *(insert name)*_____ , through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

3. **Clause or Subclause:**

4. **Comment (Proposed Text):**
   (If a provision is proposed to be added, the text of the provision must be submitted in writing. If modification of a provision is proposed, the proposed text must be submitted utilizing the strikeout/underline format. (Strikeout text to be deleted and underline text to be added.) (Please do not submit marked-up or highlighted copies of the standard.) (If it is a proposed withdrawal, please state here with specificity)

5. **Substantiating Statements:**
   (Be brief; provide abstract of lengthy substantiation; full text should be enclosed for reference on request by project committee members.)

[  ] Check if additional pages are attached.  Number of additional pages:

ASHRAE0022825

[  ] Check here if your comment is supportive in nature and does not require substantive changes in the current proposal in order to resolve your comment. If you select this option, your comment will not require a response from the project committee and will not be subject to the commenter response procedures.

**NOTE:** Use separate form for each comment. Submittals (MS Word preferred) may be attached to email, submitted on diskettes, uploaded to ASHRAE's ftp site, or submitted in paper form by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *public.review.comment@ashrae.org.* Ftp server address: *ftp.ashrae.org*, directory: *public.review.comment.* Fax 678-539-2134.

**NOTE:** To ensure receiving all notices provided for in the procedures, you are responsible for informing the ASHRAE Standards Section when your contact information changes. Otherwise you may not receive responses to comments, right-to-appeal notices, and any other notices that may be sent to commenters. To update your contact information, send an email to standards.section@ashrae.org. You must indicate which public review draft or drafts you are commenting on in your email.

Rev. 01-30-2006

**ASHRAE0022826**

# EXHIBIT 31



EXHIBIT

1138



## FORM FOR SUBMITTAL OF PROPOSED CHANGE TO AN
## ASHRAE STANDARD UNDER CONTINUOUS MAINTENANCE

**NOTE:** Use a separate form for each comment. Submittals (Microsoft Word preferred) may be attached to e-mail (preferred), submitted on a CD, or submitted in paper by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: change.proposal@ashrae.org. Fax: +1-404/321-5478.

**1. Submitter:**

    Affiliation:

    Address:                  City:          State:    Zip:    Country:

    Telephone:              Fax:            E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this or other analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature: _____ Date: _____

*All electronic submittals must have the following statement completed:*

I *(insert name)* _____, through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this or other analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

**2. Number and year of standard:**

**3. Page number and clause (section), subclause, or paragraph number:**

**4. I propose to:**      [ ] Change to read as follows    [ ] Delete and substitute as follows
*(check one)*          [ ] Add new text as follows       [ ] Delete without substitution

      Use underscores to show material to be added (added) and strike through material to be deleted (deleted). Use additional pages if needed.

**5. Proposed change:**

**6. Reason and substantiation:**

**7. Will the proposed change increase the cost of engineering or construction? If yes, provide a brief explanation as to why the increase is justified.**

[ ] Check if additional pages are attached. Number of additional pages: _____
[ ] Check if attachments or referenced materials cited in this proposal accompany this proposed change. Please verify that all attachments and references are relevant, current, and clearly labeled to avoid processing and review delays. *Please list your attachments here:*

Rev. 3-9-2007

1

ASHRAE0022820

# EXHIBIT 32



Part 1 of 2
# APPLICATION FOR PROJECT COMMITTEE ORGANIZATIONAL REPRESENTATIVE MEMBERSHIP

**EXHIBIT**

1139

PENGAD 800-631-6989

JA12 3.30.15

## 1. ASHRAE Project Committee (Please use a separate form for each committee)

☐ SSPC 34     Designation and Safety Classification of Refrigerants
☐ SSPC 62.1     Ventilation for Acceptable Indoor Air Quality
☐ SSPC 62.2     Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings
☐ SSPC 90.1     Energy Standard for Buildings Except Low-Rise Residential Buildings
☐ SSPC 90.2     Energy Efficient Design of Low-Rise Residential Buildings
☐ SSPC 161     Air Quality Within Commercial Aircraft

## 2. Name of Applicant

Print or Type Name (First, Middle Initial, Last)             Today's Date

ASHRAE Member ID     Primary or Alternate Representative?        Organization Represented

## 3. Biographical information on ASHRAE's website: (check one):

☐ Has been completed/updated and contains current information.

☐ Will be completed/updated on _____.

## 4. The Potential Sources of Bias/Conflict of Interest form, specifically applicable to the purpose and scope of this Project Committee, has been completed: ☐ Yes ☐ No

(Note: This form *must be completed* if applying for membership on a Project Committee.)

## 5. If elected as an Organizational Member of the Project Committee, I would qualify in the following Interest Category (check one): *(See next page for description of interest categories)*

| SSPC 34 | SSPC 62.1 | SSPC 62.2 | SSPC 90.1 | SSPC 90.2 | SSPC 161 |
|---|---|---|---|---|---|
| ☐ Consulting Engineer/Contractor/ Architect | ☐ Design/Builders | ☐ Design/Builders | ☐ Compliance | ☐ Compliance | ☐ Flight Personnel |
| ☐ General Interest | ☐ General Interest | ☐ General Interest | ☐ Designer | ☐ General Interest | ☐ General Interest |
| ☐ Producer/Vendor | ☐ Manufacturer | ☐ Manufacturer | ☐ General Interest | ☐ Industry | ☐ Manufacturer |
| ☐ User | ☐ Own/Oper/Occ | ☐ Own/Oper/Occ | ☐ Industry | ☐ Producer | ☐ Owner/Operator |
| | PLEASE DO NOT ADD INTEREST CATEGORIES | | ☐ User | ☐ User | ☐ Passenger |
| | | | ☐ Utility | ☐ Utility | |

## 6. By signing below, I certify that:

If elected as an Organizational Member of any ASHRAE Standard or Guideline Project Committee or appointed as a consultant to such committee I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive, royalty-free rights, including nonexclusive, royalty rights in copyright, to any contributions I make to documents prepared by or for such committee for ASHRAE publication and I understand that I acquire no rights in publication of such documents in which my contributions or other similar analogous form are used. I hereby attest that I have the authority and I am empowered to grant this copyright release.

I am authorized to commit that my organization agrees to the following:

  a)   an intent to participate in a constructive way to achieve the Title, Purpose, and Scope (TPS) of the standard
  b)   to provide an individual with appropriate technical or scientific qualifications to serve as their representative, and if
  c)   to encourage the constituency of the organization to provide input and comments to the organization's representative,
  d)   to provide feedback to the constituency of the organization on the disposition of input and comments submitted by the organization's representative,
  e)   to not expect any financial support from ASHRAE for expenses related to participation in the activities of the SPC/SSPC

SIGNATURE_____
(Note: This form is not valid unless signed by Applicant.)

Submit Completed Form to: (PCMembership@ashrae.net); Tel. (678) 539-1125; Fax (678) 539-2125

Rev. 10/09      Note: If applying for Individual membership, please complete the Individual Application for Project Committee Membership with your information.

ASHRAE0022814

## BACKGROUND

ASHRAE Standards 34, 62.1, 62.2, 90.1, 90.2 and 161 impact a diverse group of individuals and industries. The constituency for these standards transcends the typical interest categories suggested by ANSI. These interest categories are intended to address the multidisciplinary nature of the standards, and to provide a better balance of interest categories for the SPC/SSPC.

## DEFINITIONS

interest: the perspective of a member of a project committee, as judged by his or her present and past sources of income, fees, or reimbursements of related expenses, in the context of the purpose and scope of the project committee. The perspective may also be judged by the recorded views of the individual, or of any organization he/she is employed by or of which he/she is a member.

interest categories: the principal (top) tier of interest classifications. For some standards projects, it may be appropriate to designate subcategories of one or more interest category.

## INTEREST CATEGORIES

Compliance: Persons primarily interested in compliance with the standard. A person in this category would make their living from developing regulations, enforcing the requirements of the standard, developing programs tied to the standard, or advocating the standard. Example members of this category would be building code officials, building code organizations, state energy offices, and other local, state, and federal officials.

Designer: A designer of buildings, building systems or subsystems (including envelope, HVAC, lighting). A person in this category would make their living from designing buildings and systems that are impacted by the standard. Example members of this category would be architects, design firms, consulting engineers, lighting designers and employees of energy consulting firms.

Designers/Builders: Those who provide building design and construction services, including consulting engineers, HVAC and general contractors, design /build contractors, or representatives of associations of these types of professionals.

General: Building regulatory officials or their representatives, researchers, educators, IAQ specialists, and others with expertise in the fields of ventilation and indoor air quality. Also, medical doctors, public health experts, industrial hygienists or representatives of associations of these types of professionals.

In addition, this category is intended for those who have interests other than those described in the other categories. Example members of this category would be employees of research institutions, universities, nationally recognized testing laboratories, employees of energy advocacy groups, and others with a general interest in energy utilization in buildings.

Industry: Construction firms or manufacturers, producers, or distributors of products or systems that would be installed in buildings. A person in this category would make their living from constructing buildings or producing or distributing products impacted by this standard or representing groups of manufacturers impacted by this standard. Example members of this category would be contractors, manufacturing firms, assembly firms, distributors and wholesalers, and industry trade associations that represent these groups.

Manufacturers: Employees or representatives of manufacturers, distributors or trade associations of HVAC equipment, HVAC controls, and equipment designed to enhance indoor air quality (e.g. air cleaners). Also, individuals associated with products used in the construction of buildings (e.g., finishes, wall and floor coverings, wood products) and used within buildings by occupants (e.g., furniture and furnishings, tobacco products, appliances, office equipment).

Owners/Operators/Occupants: Employees or representatives of building owners/managers, building engineers, facility managers, and consultants who specialize in working in existing buildings (as opposed to those who design and construct new buildings). Also representatives of building occupants.

Producer: those directly concerned with the production or distribution of the product or service involved, including industry associations representing producers or distributors, or those receiving substantial support from a producer directly concerned.

User: Users of buildings and building systems and subsystems. A person in this category would make their living from owning or operating buildings. Example members of this category would be building owners and operators (private and governmental), tenants, and trade associations or organizations representing these groups.

Utility: Those who provide energy services to buildings impacted by this standard. A person in this category would make their living from providing energy services to a building impacted by this standard. Example members of this category would be electric, gas, steam, or other utility and trade associations or organizations representing these groups.

ASHRAE0022815



PROJECT COMMITTEE ORGANIZATIONAL MEMBERSHIP CONTACT INFORMATION

Committee No: _____

Committee Name _____

| Organization | | |
| Contact Name / Title | | |
| Address | | |
| City | State | Zip |
| Phone | Fax | |
| e-mail | | |

| Primary Representative Name / Title | | |
| Address | | |
| City | State | Zip |
| Phone | Fax | |
| e-mail | | |

| Alternate Representative Name / Title | | |
| Address | | |
| City | State | Zip |
| Phone | Fax | |
| e-mail | | |

Please describe your organization's interest in this Project Committee:

Please submit this form with copies of the "Application for Project Committee Organizational Representative Membership" forms for each applicant listed above.
Submit completed forms to PCMembership@ashrae.net or fax to 678 539-2125

Rev. 10/09       Note: If applying for Individual membership, please complete the Individual Application for Project Committee Membership with your information.

ASHRAE0022816

# EXHIBIT 33



**EXHIBIT**



**ASHRAE Standard/Guideline Project Committee**
**Application for Individual Membership**

---

**1. Name of Applicant**   Print or Type Name (Last, First, Middle Initial) below                    **Today's Date**

_____

ASHRAE Member/Non Member ID (ASHRAE Membership is          **\*Committee Position for Which You Are Applying:** (see below)
not a requirement unless applying for Chair or Vice-Chair position)

_____

\*VM-Project Committee Voting Member; SVM-Project Subcommittee Voting Member; NVM-Non-Voting Member; CON-Consultant, or Primary/Alternate Organizational Rep

**2. I am applying for Individual Membership on the following ASHRAE Project Committee:** (Please use a separate form for each committee.)

☐   SSPC 34          Designation and Safety Classification of Refrigerants
☐   SSPC 62.1        Ventilation for Acceptable Indoor Air Quality
☐   SSPC 62.2        Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings
☐   SSPC 90.1        Energy Standard for Buildings Except Low-Rise Residential Buildings
☐   SSPC 90.2        Energy Efficient Design of Low-Rise Residential Buildings
☐   SSPC 161         Air Quality Within Commercial Aircraft
☐   SPC 189.1        Standard for the Design of High-Performance, Green Buildings Except Low-Rise Residential Buildings

If you are applying for a committee other than those listed above, please enter committee information below and use the *Default Interest Categories* listed in
Section 4:

☐   _____   _____

**3. Bio Report (in the "Member Central" section of the ASHRAE website) and the Potential Sources of Bias/Conflict of Interest form:**

☐   Bio information current within a year from today. Date Bio information on ASHRAE's website was completed/updated: _____

☐   I have completed and signed the Potential Sources of Bias/Conflict of Interest form. Date form was completed/updated: _____

**4. If elected as a member of the Project Committee, I would qualify in the following Interest Category (check one):**
(Descriptions of Interest Categories are on Page 2)

| DEFAULT | SSPC 34 | SSPC 62.1 | SSPC 62.2 | SSPC 90.1 | SSPC 90.2 | SSPC 161 |
|---|---|---|---|---|---|---|
| ☐ General Interest | ☐ Consulting Engineer/ Contractor/Architect | ☐ Design/Builders | ☐ Design/Builders | ☐ Compliance | ☐ Compliance | ☐ Flight Personnel |
| ☐ Producer | ☐ General Interest | ☐ General Interest | ☐ General Interest | ☐ Designer | ☐ General Interest | ☐ General Interest |
| ☐ User | ☐ Producer/Vendor | ☐ Manufacturer | ☐ Manufacturer | ☐ General Interest | ☐ Industry | ☐ Manufacturer |
| ☐ Supplier (category may not be available-check with PC Chair) | ☐ User | ☐ Owner/Operator/ Occupant | ☐ Owner/Operator/ Occupant | ☐ Industry | ☐ Producer | ☐ Owner/Operator |
|  |  |  | ☐ User | ☐ User | ☐ Utility | ☐ Passenger |
|  |  |  |  | ☐ Utility |  |  |

SPC 189.1

☐ Compliance
☐ Designer
☐ General Interest
☐ Industry
☐ User
☐ Utility          *~PLEASE DO NOT ADD INTEREST CATEGORIES~*

**5. By signing below, I certify that:**

*If elected as a member of any ASHRAE Standard or Guideline Project Committee or appointed as a consultant to such committee, I
hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive, royalty-
free rights, including nonexclusive, royalty rights in copyright, to any contributions I make to documents prepared by or for such
committee for ASHRAE publication and I understand that I acquire no rights in publication of such documents in which my
contributions or other similar analogous form are used. I hereby attest that I have the authority and I am empowered to grant this
copyright release.*

**SIGNATURE** _____
Note: This form is not valid unless signed by Applicant
Submit Completed Form to: Standards.Section@ashrae.org; Tel. (678) 539-1143; Fax (678) 539-2143

Last Revision: 10/09 – Page 1

Note: If applying for Organizational membership, please complete the Application for Project Committee Organizational Representative Membership with your information, and the
Application for PC Organizational Membership with information on the organization you will represent.

ASHRAE0022817

## DEFINITIONS

**Interest**: the perspective of a member of a project committee, as judged by his or her present and past sources of income, fees, or reimbursements of related expenses, in the context of the purpose and scope of the project committee. The perspective may also be judged by the recorded views of the individual, or of any organization he/she is employed by or of which he/she is a member.

**Interest categories**: the principal (top) tier of interest classifications. For some standards projects, it may be appropriate to designate subcategories of one or more interest category.

## INTEREST CATEGORIES

**Compliance**: Persons primarily interested in compliance with the standard. A person in this category would make their living from developing regulations, enforcing the requirements of the standard, developing programs tied to the standard, or advocating the standard. Example members of this category would be building code officials, building code organizations, state energy offices, and other local, state, and federal officials.

**Designer**: A designer of buildings, building systems or subsystems (including envelope, HVAC, lighting). A person in this category would make their living from designing buildings and systems that are impacted by the standard. Example members of this category would be architects, design firms, consulting engineers, lighting designers and employees of energy consulting firms.

**Designer/Builder**: Those who provide building design and construction services, including consulting engineers, HVAC and general contractors, design /build contractors, or representatives of associations of these types of professionals.

**Flight Personnel**: Individuals who are employed by the airlines as part of the aircraft crew (pilots and flight attendants) or individuals employed by the airlines to maintain the aircraft, and the organizations that represent these individuals.

**General Interest**: Building regulatory officials or their representatives, researchers, educators, IAQ specialists, and others with expertise in the fields of ventilation and indoor air quality, as well as medical doctors, public health experts, industrial hygienists or representatives of associations of these types of professionals. In addition, this category is intended for those who have interests other than those described in the other categories. Example members of this category would be employees of research institutions, universities, nationally recognized testing laboratories, employees of energy advocacy groups, and others with a general interest in energy utilization in buildings.

**Industry**: Construction firms or manufacturers, producers, or distributors of products or systems that would be installed in buildings. A person in this category would make their living from constructing buildings or producing or distributing products impacted by this standard or representing groups of manufacturers impacted by this standard. Example members of this category would be contractors, manufacturing firms, assembly firms, distributors and wholesalers, and industry trade associations that represent these groups.

**Manufacturer**: Employees or representatives of manufacturers, distributors or trade associations of HVAC equipment, HVAC controls, and equipment designed to enhance indoor air quality (e.g. air cleaners). Also, individuals associated with products used in the construction of buildings (e.g., finishes, wall and floor coverings, wood products) and used within buildings by occupants (e.g., furniture and furnishings, tobacco products, appliances, office equipment).

**Owner/Operator/Occupant**: Employees or representatives of building owners/managers, building engineers, facility managers, and consultants who specialize in working in existing buildings (as opposed to those who design and construct new buildings), as well as representatives of building occupants.

**Passenger (As used by SPC 161)**: Individuals who pay to ride on aircraft, and the organizations that represent these individuals.

**Producer**: Those directly concerned with the production or distribution of the product or service involved, including industry associations representing producers or distributors, or those receiving substantial support from a producer directly concerned.

**Supplier**: Employees of firms that provide maintenance services for HVAC systems owned by others. This would include engineers and consultants with a primary job scope of specifying or supervising maintenance of HVAC systems owned by others. It would especially include contractors and technicians who actually perform HVAC system services for hire. This group may also include representatives of associations the membership of which falls in this category.

**User**: Users of buildings and building systems and subsystems. A person in this category would make their living from owning or operating buildings. Example members of this category would be building owners and operators (private and governmental), tenants, and trade associations or organizations representing these groups.

**Utility**: Those who provide energy services to buildings impacted by this standard. A person in this category would make their living from providing energy services to a building impacted by this standard. Example members of this category would be electric, gas, steam, or other utility and trade associations or organizations representing these groups.

ASHRAE0022818

# EXHIBIT 34

EXHIBIT

_1141_

_5147_ 3·30·15

Telephone:                    Fax:                    E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this or other analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature: _____    Date: __12/22/2009__    **Rec'd: 12/22/09**

*All electronic submittals must have the following statement completed:*

I_____, through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this or other analogous form is used. I hereby attest that I have the authority, and am empowered to grant this copyright release.

ASHRAE0022813

# EXHIBIT 35

EXHIBIT

1142

24 3.30.15

Telephone:                    Fax:                    E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc. (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this or other analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature: _____   Date: __12/22/2009_____   **Rec'd: 12/22/09**

*All electronic submittals must have the following statement completed:*

I _____, through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this or other analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

ASHRAE0001618

# EXHIBIT 36



## CM SUBMITTAL FORM

NOTE: Use separate form for each comment. Submittals (MS Word 2000 preferred) may be attached to e-mail (preferred), submitted on diskettes or CD, or submitted in paper by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *change.proposal@ashrae.org*. Fax +1-404/321-5478.

1. **Submitter:**

   Affiliation:

   Address:                       City:                    State:        Zip:
   Country:

   Telephone:                     Fax:                     E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this, or other analogous, form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature: All electronic submittals must complete the following statement:
   I (*insert name*)_____, through this electronic signature, hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

2. **Number and year of standard:**

3. **Clause (section), sub-clause or paragraph number; and page number:**

4. **I propose to:**         [ ] Change to read as follows          [ ] Delete and substitute as follows
   (*check one*)            [ ] Add new text as follows            [ ] Delete without substitution

   ───────────────────────────────────────────────────────────────────────────────
   Use underscores to show material to be added (added) and strike through material to be deleted (deleted). Use additional pages if needed.

5. **Proposed change:**

6. **Reason and substantiation:**

7. **Will the proposed change increase the cost of engineering or construction?  If yes, provide a brief explanation as to why the increase is justified.**

[ ] Check if additional pages are attached. Number of additional pages:

[ ] Check if attachments or referenced materials cited in this proposal accompany this proposed change. Please verify that all attachments and references are relevant, current, and clearly labeled to avoid processing and review delays. *Please list your attachments here:*

Revised 1-30-2006

# EXHIBIT 37



**FORM FOR COMMENTING ON A PUBLIC REVIEW DRAFT
ASHRAE STANDARD, GUIDELINE OR ADDENDUM**

### PLEASE RETURN COMPLETED FORM BY JUNE 12, 2004

**1.   Name:**

Affiliation:

Address:                                    City:             State:        Zip:

Telephone:                  Fax:                      E-mail:

**Designation and Title of First Public Review Draft:** BSR/ASHRAE/IESNA  Addendum al to ANSI/ASHRAE/IESNA
Standard 90.1-2001, *Energy Standard for Buildings Except Low-Rise Residential Buildings*
NOTE: Use a separate form for each comment, completing each section (including Sections 1 and 2) to facilitate separate processing. ASHRAE encourages original commentary on its standards. All comments must be accompanied by the commenter's signed release, as provided below. However, if commenters submit comments authored by others, those comments must also be accompanied by a signed copyright release from the author of the original comment. The original comment author, representing commenters who have submitted duplicate comments may be asked to engage in dialog supporting their position. All commenters shall receive acknowledgment from ASHRAE of receipt of their comment, and may receive a response in the form of the resolution of the original comment with that comment's author.

**2. Copyright Release:**

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Author's Signature: _____        Date _____

☐   Check here if you are sending your signature (as required by this form) via fax or mail.

**3.   Clause or Subclause:**

**4.   Comment:**
        (If a provision is proposed to be added, the text of the provision must be submitted in writing. If modification of a provision
        is proposed, the proposed text must be submitted utilizing the strikeout/underline format. (Strikeout text to be deleted and
        underline text to be added.) Please do not submit marked-up or highlighted copies of the standard.)

**5.   Substantiating Statements:**
        (Be brief; provide abstract of lengthy substantiation; full text should be enclosed for reference on request by project
        committee members.)

[ ] Check if additional pages are attached. Number of additional pages:

[ ] Check here if your comment is supportive in nature and does not require substantive changes in the current proposal in order to resolve your comment. If you select this option, your comment will not require a response from the project committee and will not be subject to the commenter response procedures.

**NOTE:** Use separate form for each comment. Submittals (MS Word preferred) may be attached to email, submitted on diskettes, uploaded to ASHRAE's ftp site, or submitted in paper form by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *public.review.comment@ashrae.org*. Ftp server address: *ftp.ashrae.org*, directory: *public.review.comment*. Fax 678-539-2134.

**NOTE:** To ensure receiving all notices provided for in the procedures, you are responsible for informing the ASHRAE Standards Section when your contact information changes. Otherwise you may not receive responses to comments, right-

ASHRAE0001602

to-appeal notices, and any other notices that may be sent to commenters. To update your contact information, send an email to standards.section@ashrae.org. You must indicate which public review draft or drafts you are commenting on in your email.

Rev. 03-01-2004

ASHRAE0001603



**FORM FOR COMMENTING ON A PUBLIC REVIEW DRAFT
ASHRAE STANDARD, GUIDELINE OR ADDENDUM**

## PLEASE RETURN COMPLETED FORM BY JUNE 12, 2004

1. **Name:**

   Affiliation:

   Address:                              City:              State:        Zip:

   Telephone:                Fax:                  E-mail:

**Designation and Title of First Public Review Draft:** BSR/ASHRAE/IESNA Addendum al to ANSI/ASHRAE/IESNA
Standard 90.1-2001, *Energy Standard for Buildings Except Low-Rise Residential Buildings*

NOTE: Use a separate form for each comment, completing each section (including Sections 1 and 2) to facilitate separate processing. ASHRAE encourages original commentary on its standards. All comments must be accompanied by the commenter's signed release, as provided below. However, if commenters submit comments authored by others, those comments must also be accompanied by a signed copyright release from the author of the original comment. The original comment author, representing commenters who have submitted duplicate comments may be asked to engage in dialog supporting their position. All commenters shall receive acknowledgment from ASHRAE of receipt of their comment, and may receive a response in the form of the resolution of the original comment with that comment's author.

### 2. Copyright Release:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Author's Signature: _____ Date _____

    ☐   Check here if you are sending your signature (as required by this form) via fax or mail.

3. **Clause or Subclause:**

4. **Comment:**
   (If a provision is proposed to be added, the text of the provision must be submitted in writing. If modification of a provision is proposed, the proposed text must be submitted utilizing the strikeout/underline format. (Strikeout text to be deleted and underline text to be added.) Please do not submit marked-up or highlighted copies of the standard.)

5. **Substantiating Statements:**
   (Be brief; provide abstract of lengthy substantiation; full text should be enclosed for reference on request by project committee members.)

[ ] Check if additional pages are attached. Number of additional pages:

[ ] Check here if your comment is supportive in nature and does not require substantive changes in the current proposal in order to resolve your comment. If you select this option, your comment will not require a response from the project committee and will not be subject to the commenter response procedures.

**NOTE:** Use separate form for each comment. Submittals (MS Word preferred) may be attached to email, submitted on diskettes, uploaded to ASHRAE's ftp site, or submitted in paper form by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *public.review.comment@ashrae.org*. Ftp server address: *ftp.ashrae.org*, directory: *public.review.comment*. Fax 678-539-2134.

**NOTE:** To ensure receiving all notices provided for in the procedures, you are responsible for informing the ASHRAE Standards Section when your contact information changes. Otherwise you may not receive responses to comments, right-

to-appeal notices, and any other notices that may be sent to commenters. To update your contact information, send an email to standards.section@ashrae.org. You must indicate which public review draft or drafts you are commenting on in your email.

Rev. 03-01-2004

ASHRAE0001603

# EXHIBIT 38

**FORM FOR COMMENTING ON A PUBLIC REVIEW DRAFT
ASHRAE STANDARD, GUIDELINE OR ADDENDUM**

**PLEASE RETURN COMPLETED FORM BY JANUARY 10, 2005**

**EXHIBIT**

1145

No 3.30.15

1.   **Name:**

   Affiliation:

   Address:                                    City:             State:        Zip:

   Telephone:               Fax:                     E-mail:

**Designation and Title of First Public Review Draft:** BSR/ASHRAE/IESNA Addendum a to ANSI/ASHRAE/IESNA
Standard 90.1-2004, *Energy Standard for Buildings Except Low-Rise Residential Buildings*
NOTE: Use a separate form for each comment, completing each section (including Sections 1 and 2) to facilitate separate processing.  ASHRAE encourages
original commentary on its standards.  All comments must be accompanied by the commenter's signed release, as provided below.  However, if commenters
submit comments authored by others, those comments must also be accompanied by a signed copyright release from the author of the original comment.  The
original comment author, representing commenters who have submitted duplicate comments may be asked to engage in dialog supporting their position.  All
commenters shall receive acknowledgment from ASHRAE of receipt of their comment, and may receive a response in the form of the resolution of the original
comment with that comment's author.

**2. Copyright Release:**

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty
rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of
this standard in which my proposals in this or other similar analogous form is used.  I hereby attest that I have the authority and am
empowered to grant this copyright release.

Author's Signature: _____ Date _____

   ☐   Check here if you are sending your signature (as required by this form) via fax or mail.

3.   **Clause or Subclause:**

4.   **Comment:**
     (If a provision is proposed to be added, the text of the provision must be submitted in writing.  If modification of a provision
     is proposed, the proposed text must be submitted utilizing the strikeout/underline format.  (Strikeout text to be deleted and
     underline text to be added.)  Please do not submit marked-up or highlighted copies of the standard.)

5.   **Substantiating Statements:**
     (Be brief; provide abstract of lengthy substantiation; full text should be enclosed for reference on request by project
     committee members.)

[ ] Check if additional pages are attached.  Number of additional pages:

[ ] Check here if your comment is supportive in nature and does not require substantive changes in the current proposal in
order to resolve your comment.  If you select this option, your comment will not require a response from the project
committee and will not be subject to the commenter response procedures.

**NOTE:** Use separate form for each comment.  Submittals (MS Word preferred) may be attached to email, submitted on
diskettes, uploaded to ASHRAE's ftp site, or submitted in paper form by mail or fax to ASHRAE, Manager of Standards,
1791 Tullie Circle, NE, Atlanta, GA 30329-2305.  E-mail: *public.review.comment@ashrae.org*.
Ftp server address: *ftp.ashrae.org*, directory:  *public.review.comment*.  Fax 678-539-2134.

**NOTE:** To ensure receiving all notices provided for in the procedures, you are responsible for informing the ASHRAE
Standards Section when your contact information changes.  Otherwise you may not receive responses to comments, right-

ASHRAE0001606

to-appeal notices, and any other notices that may be sent to commenters. To update your contact information, send an email to standards.section@ashrae.org. You must indicate which public review draft or drafts you are commenting on in your email.

Rev. 03-01-2004

ASHRAE0001607

# EXHIBIT 39



**FORM FOR SUBMITTAL OF PROPOSED CHANGE TO ASHRAE STANDARD
UNDER CONTINUOUS MAINTENANCE**

**NOTE:** Use separate form for each comment. Submittals (MS Word 2000 preferred) may be attached to e-mail (preferred), submitted on diskettes or CD, or submitted in paper by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *change.proposal@ashrae.org*. Fax +1-404/321-5478.

1.  **Submitter**:

    Affiliation:

    Address:                    City:                    State:          Zip:          Country:

    Telephone:               Fax:                       E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this, or other analogous, form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature: _____          Date:

2.  **Number and year of standard**:

3.  **Clause (section), sub-clause or paragraph number; and page number**:

4.  **I propose to**:          [ ] Change to read as follows          [ ] Delete and substitute as follows
    (*check one*)             [ ] Add new text as follows            [ ] Delete without substitution

Use underscores to show material to be added (added) and strike through material to be deleted (deleted). Use additional pages if needed.

5.  **Proposed change**:

6.  **Reason and substantiation**:

7.  **Will the proposed change increase the cost of engineering or construction? If yes, provide a brief explanation as to why the increase is justified.**

[ ] Check if additional pages are attached. Number of additional pages:

[ ] Check if attachments or referenced materials cited in this proposal accompany this proposed change. Please verify that all attachments and references are relevant, current, and clearly labeled to avoid processing and review delays. *Please list your attachments here:*

May 13, 2003

# EXHIBIT 40



## CM Submittal Form

**NOTE:** Use separate form for each comment. Submittals (MS Word 2000 preferred) may be attached to e-mail (preferred), submitted on diskettes or CD, or submitted in paper by mail or fax to ASHRAE, Manager of Standards, 1791 Tullie Circle, NE, Atlanta, GA 30329-2305. E-mail: *change.proposal@ashrae.org*. Fax +1-404/321-5478.

1.  **Submitter**:

    Affiliation:

    Address:                    City:                    State:        Zip:
    Country:

    Telephone:                  Fax:                     E-Mail:

I hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive rights in copyright, in my proposals. I understand that I acquire no rights in publication of the standard in which my proposals in this, or other analogous, form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

Submitter's signature: All electronic submittals must complete the following statement:
I *(insert name)* _____, through this electronic signature,
hereby grant the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) the non-exclusive royalty rights, including non-exclusive royalty rights in copyright, in my proposals and I understand that I acquire no rights in publication of this standard in which my proposals in this or other similar analogous form is used. I hereby attest that I have the authority and am empowered to grant this copyright release.

2.  **Number and year of standard**:

3.  **Clause (section), sub-clause or paragraph number; and page number**:

4.  **I propose to**:          [ ] Change to read as follows        [ ] Delete and substitute as follows
    *(check one)*              [ ] Add new text as follows          [ ] Delete without substitution

---

Use underscores to show material to be added (added) and strike through material to be deleted (~~deleted~~). Use additional pages if needed.

5.  **Proposed change**:

6.  **Reason and substantiation**:

7.  **Will the proposed change increase the cost of engineering or construction? If yes, provide a brief explanation as to why the increase is justified.**

[ ] Check if additional pages are attached.  Number of additional pages:

[ ] Check if attachments or referenced materials cited in this proposal accompany this proposed change. Please verify that all attachments and references are relevant, current, and clearly labeled to avoid processing and review delays. *Please list your attachments here:*

Revised 1-30-2006