# EXHIBIT 2

```
 1            UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF COLUMBIA
 3   -------------------------------------
     AMERICAN SOCIETY FOR TESTING AND    ) Case No.
 4   MATERIALS d/b/a ASTM INTERNATIONAL; ) 1:13-cv-01215-EGS
                                         )
 5   NATIONAL FIRE PROTECTION            )
     ASSOCIATION, INC.; and              )
 6                                       )
     AMERICAN SOCIETY OF HEATING,        )
 7   REFRIGERATING, AND                  )
     AIR-CONDITIONING ENGINEERS, INC.,   )
 8                                       )
              Plaintiffs,                )
 9       vs.                             )
                                         )
10   PUBLIC.RESOURCE.ORG, INC.,          )
                                         )
11            Defendant.                 )
     -------------------------------------)
12   AND RELATED COUNTERCLAIMS.          )
     -------------------------------------)
13
14
15      RULE 30(B)(6) VIDEOTAPED DEPOSITION OF AMERICAN
16    STANDARDS SOCIETY FOR TESTING AND MATERIALS, BY AND
17                  THROUGH ITS DESIGNEE,
18                     JEFFREY GROVE
19                    WASHINGTON, D.C.
20                WEDNESDAY, MARCH 4, 2015
21
22   Reported by:
23   NANCY J. MARTIN, CSR No. 9504, RMR
24   Job No. 2010158
25   PAGES 1 - 284
```

Page 1

```
 1   Q.  Does he still work for ASTM?            11:54:10
 2   A.  He does.                                11:54:12
 3       (Deposition Exhibit 1037 was marked for 11:54:56
 4   identification.)                            11:54:56
 5   BY MR. BRIDGES:                             11:54:57
 6   Q.  Mr. Grove, Exhibit 1037 is an exchange of  11:54:57
 7   correspondence between you and John Pace; correct?  11:55:01
 8   A.  Yes.                                    11:55:11
 9   Q.  And the post that you're referring to is  11:55:12
10   indicated at the URL down below at the bottom of that  11:55:17
11   document; is that correct?                  11:55:20
12   A.  That's correct.                         11:55:22
13   Q.  What interactions did you have with Emily  11:55:24
14   Bremer?                                     11:55:26
15   A.  I forget the time line.  It was probably in  11:55:28
16   2011 but Emily Bremer was the lead investigator or  11:55:31
17   counsel that was working on the administrative counsel  11:55:36
18   of the United States review and potential   11:55:39
19   recommendations on incorporation by reference, and we  11:55:44
20   met on one occasion at my office at her request.  11:55:49
21   Q.  Did you meet with her only once?        11:55:55
22   A.  Only once professionally.  I see her at  11:55:56
23   various standards community events in Washington quite  11:55:59
24   a bit.                                      11:56:04
25   Q.  Are those nonprofessional events?  I don't  11:56:06
                                                    Page 86

 1   quite understand the --                     11:56:09
 2       MR. FEE:  Objection.                    11:56:14
 3   BY MR. BRIDGES:                             11:56:15
 4   Q.  You said you met with her only once     11:56:15
 5   professionally, and then you see her at various  11:56:17
 6   standards community events in Washington quite a bit.  11:56:19
 7   A.  Yeah.  Thanks for the opportunity to clarify.  11:56:25
 8       MR. FEE:  Objection.  Vague.            11:56:25
 9       THE WITNESS:  So I only met in an official  11:56:29
10   capacity to be interviewed to represent ASTM's views  11:56:32
11   once with Emily, but from time to time since then I  11:56:37
12   see her at standards related events and quite possibly  11:56:40
13   would say, "Hi" or "Hello," or "What are you working  11:56:45
14   on" type of networking discussions.         11:56:48
15   BY MR. BRIDGES:                             11:56:53
16   Q.  What networking would be going on in those  11:56:53
17   networking discussions?                     11:56:56
18   A.  Just in the course of normal relationship,  11:56:57
19   discussions that one might have with a colleague from  11:57:04
20   another organization.                       11:57:07
21   Q.  Have you ever met with her alone on any  11:57:11
22   occasion other than the one time you said you were  11:57:14
23   interviewed?                                11:57:17
24   A.  I don't recall, no.  I don't believe I have  11:57:20
25   ever met with her besides the one time.     11:57:21
                                                    Page 87

 1   Q.  How many times have you seen her at standards  11:57:24
 2   community events?                           11:57:25
 3   A.  I'd say at least a dozen.  At least 10 to 12  11:57:31
 4   times.                                      11:57:34
 5   Q.  And what standards community events do you  11:57:35
 6   have in mind?  Strike that.                 11:57:40
 7       What standards community events do you  11:57:44
 8   recall?                                     11:57:46
 9   A.  I recall there were some subsequent ACUS  11:57:47
10   public stakeholder opportunities for stakeholders to  11:57:50
11   come to ACUS events.  I recall that Emily was at the  11:57:56
12   NIST standards workshop in May of 2012.  I know I've  11:58:03
13   seen her on other occasions at ANSI related events,  11:58:11
14   ANSI sponsors world standards week where there's a  11:58:17
15   number of different opportunities for meetings and  11:58:22
16   topical discussions.  So those would be the -- some of  11:58:27
17   the instances where I may have seen her.    11:58:34
18   Q.  What other occasions have you seen her apart  11:58:36
19   from ACUS public stakeholders events, the NIST  11:58:39
20   standards workshop, and ANSI sponsored events?  11:58:42
21   A.  I think that represents most of my      11:58:51
22   interactions or times I've seen her in Washington.  11:58:55
23   Q.  I understand maybe most.  I want to try to  11:58:58
24   understand every single one that you recall.  11:59:01
25   A.  Right.  That's all I recall.            11:59:03
                                                    Page 88

 1   Q.  What were the ANSI sponsored events to which  11:59:07
 2   you referred?                               11:59:09
 3   A.  I recall there was one at the national -- I'm  11:59:10
 4   sorry.  It's at the consumer electronics association  11:59:15
 5   in Arlington, Virginia.  A panel where Peter Strauss,  11:59:20
 6   Emily spoke, and now that you've refreshed my memory,  11:59:24
 7   I believe I spoke also on a panel there.  Oh, and the  11:59:28
 8   ANSI events, the question.  During world standards  11:59:38
 9   week every year there's four or five days in October  11:59:41
10   where each day there's a -- one or more events, such  11:59:45
11   as the organizational member form of ANSI, where  11:59:53
12   organizations that are members of ANSI can come and --  11:59:57
13   for a program.  There's the consumer interest forum or  12:00:02
14   consumer groups that are members of ANSI speak.  12:00:07
15       There's a legal issues forum where members  12:00:13
16   from the standards community might go to discuss legal  12:00:20
17   issues.  And, occasionally, there's official committee  12:00:24
18   meetings, such as the national policy committee, which  12:00:29
19   I belong to, during that week.              12:00:31
20   Q.  And did she attend all of those?        12:00:34
21   A.  I recall I've seen her at some ANSI events  12:00:36
22   before, but I wouldn't be able to tell you which ones  12:00:38
23   with any certainty.                         12:00:41
24   Q.  Are there any other instances that you recall  12:00:43
25   being with her at an event?                 12:00:46
                                                    Page 89
```

23 (Pages 86 - 89)

1  A. I had previously mentioned an office in          12:18:34
2  Brussels, Belgium where we have a contractor.       12:18:35
3  Q. Who else?                                        12:18:39
4  A. We operated for many years an office in          12:18:40
5  Mexico City. That office, our representative,       12:18:44
6  unfortunately, recently passed away. So we are      12:18:47
7  re-evaluating what we're going to be doing in Mexico 12:18:51
8  City. But I believe we will still have an office    12:18:54
9  there for the time being.                           12:18:58
10 Q. Any other offices?                               12:18:59
11 A. We do. So we worked in collaboration with an     12:19:01
12 organization called the American Association of State 12:19:04
13 Highway Transportation Officials. It's known as     12:19:09
14 AASHTO, and AASHTO and ASTM work together in a      12:19:12
15 facility in Buckeystown, Maryland, which is -- we do 12:19:16
16 cement and concrete reference, related laboratory   12:19:22
17 inspections. To my knowledge, that's the scope of   12:19:30
18 ASTM's offices.                                     12:19:35
19 Q. How often do you visit the corporate             12:19:44
20 headquarters in the course of a year?               12:19:47
21 A. In 2013 I made approximately 24 trips to         12:19:50
22 ASTM's headquarters.                                12:19:55
23 Q. How often do you speak to Emily Bremer on the    12:20:38
24 telephone?                                          12:20:41
25 A. I honestly don't recall speaking with Emily      12:20:46

Page 102

1  Bremer since 2012 on the telephone.                 12:20:48
2  Q. What about your staff? Do you know how often     12:20:50
3  they speak to Emily Bremer on the telephone?        12:20:53
4     MR. FEE: Objection. Calls for speculation.       12:20:56
5  Beyond the scope of his designation.                12:20:57
6     THE WITNESS: I believe my staff would inform     12:21:00
7  me if they spoke with Emily, and I don't recall them 12:21:01
8  speaking with her by phone.                         12:21:08
9     MR. BRIDGES: I'll hand you Exhibit 1039.         12:21:14
10    (Deposition Exhibit 1039 was marked for          12:21:25
11    identification.)                                 12:21:25
12 BY MR. BRIDGES:                                     12:21:25
13 Q. Do you recognize this as an E-mail to you        12:21:25
14 from Cicely Enright? And who is Cicely Enright?     12:21:26
15    MR. FEE: Objection. Compound.                    12:21:46
16    THE WITNESS: Yes. I recognize this is an         12:21:50
17 E-mail from Cicely Enright. Cicely works as an      12:21:51
18 associate editor of our ASTM magazine known as      12:21:54
19 Standardization News.                               12:21:58
20 BY MR. BRIDGES:                                     12:22:00
21 Q. Does this E-mail concern an article to be        12:22:00
22 published in that newsletter?                       12:22:03
23    MR. FEE: Objection. Beyond the scope of his      12:22:05
24 designation.                                        12:22:07
25    THE WITNESS: It appears as if it does. It's      12:22:08

Page 103

1  an interview with Emily that appeared in our magazine. 12:22:11
2     (Deposition Exhibit 1040 was marked for          12:23:27
3     identification.)                                 12:23:27
4  BY MR. BRIDGES:                                     12:23:27
5  Q. Mr. Grove, have you seen Exhibit 1040 before?    12:23:27
6     MR. FEE: Read it first.                          12:23:34
7     MR. BRIDGES: It's pretty short. It's pretty      12:23:35
8  obvious.                                            12:23:37
9     (The witness reviewed Exhibit 1040.)             12:24:02
10    THE WITNESS: Yes, I'm familiar -- I am on        12:24:07
11 this E-mail, yes.                                   12:24:09
12 BY MR. BRIDGES:                                     12:24:12
13 Q. All right. And did you get -- did you see at     12:24:12
14 any point the segment from John Pace to James Thomas 12:24:18
15 up top?                                             12:24:22
16 A. Yes.                                             12:24:27
17 Q. Is the "Jeff" in the middle of the large         12:24:30
18 paragraph at the top, do you understand that to be a 12:24:34
19 reference to you?                                   12:24:37
20 A. I believe it is as I'm responsible for the       12:24:39
21 ASTM's reading room.                                12:24:41
22 Q. Why are you responsible for the reading room?    12:24:54
23    MR. FEE: Objection. Vague. Calls for             12:24:57
24 speculation.                                        12:24:59
25    THE WITNESS: For many years I've been            12:25:01

Page 104

1  working with senior staff because of an interest that 12:25:01
2  I have in striking the right balance between providing 12:25:05
3  the public with access to ASTM standards that become 12:25:09
4  incorporated by reference in various laws and       12:25:12
5  regulations while maintaining our ability to sustain 12:25:17
6  our organization through the distribution of our    12:25:25
7  standards under the model that served us so well for 12:25:27
8  118 years.                                          12:25:30
9  BY MR. BRIDGES:                                     12:25:42
10 Q. How did you come by such an interest?            12:25:42
11 A. Well, working in Washington for ASTM for as      12:25:45
12 long as I have, I've begun to hear and see the      12:25:48
13 emerging interest in striking this delicate balance, 12:25:56
14 began to see efforts that other organizations were  12:26:04
15 taking, such as the NFPA, which, going back all the 12:26:06
16 way to 2004, started to provide some of their key code 12:26:10
17 documents on their website. And I've heard some     12:26:15
18 interesting testimony and ideas expressed by people 12:26:21
19 like Peter Strauss, who is a law professor, I believe, 12:26:23
20 and other people associated with ACUS who served on 12:26:31
21 ACUS committees. So those are some of the factors and 12:26:35
22 things that have influenced my thinking on this     12:26:42
23 reading room.                                       12:26:44
24 Q. I understand the factors that influenced your    12:26:47
25 thinking, but how did you come to have such an      12:26:50

Page 105

**Page 122**

1  BY MR. BRIDGES:
2  Q. How many ASTM standards do you understand are
3  listed at that location?
4  MR. FEE: Objection. Vague as to time.
5  THE WITNESS: So there's -- if I'm answering
6  your question exactly as you phrased it to me, how
7  many standards, I believe there's 885 or so ASTM
8  standards that are incorporated in the NIST database.
9  BY MR. BRIDGES:
10  Q. How many of those standards are currently
11  available at ASTM's reading room?
12  A. Well, if it's in the NIST database, we built
13  the ASTM reading room using the NIST database as a
14  baseline, and we added in other versions of those same
15  885 ASTM standards that have been also incorporated by
16  reference, just an agency, for instance, might
17  reference the same ASTM standard but reference two
18  different versions of the standard.
19  So we counted them in the reading room as
20  well, and I believe our reading room has a volume of
21  13- to 1,400 ASTM standards that are available to the
22  public at no cost on our website for their review.
23  Q. Are every one of the 885 standards from the
24  NIST database available in the reading room?
25  A. I wouldn't be able to answer that

**Page 123**

1  specifically. Using the NIST database as a guideline,
2  we've incorporated, you know, as much of that as
3  possible in the reading room. At times I believe we
4  also tried to add a little bit more intelligence to it
5  to determine if an agency was undertaking a subsequent
6  rule-making, and we became aware that the agency had
7  published a new final rule which either changed the
8  reference to an ASTM standard that we had placed in
9  the reading room or added a new ASTM standard to the
10  reading room.
11  Then we took steps to add that to the reading
12  room. It's not an exact science. We don't pay a
13  vendor to perform the service for us. We rely either
14  exclusively on the NIST database or we -- it's based
15  on intelligence that we've gathered about new
16  rulemakings.
17  Q. How do you gather intelligence about
18  incorporations of ASTM standards by reference?
19  A. Well, as much as possible we read the federal
20  register. I'd like to think we read it on a regular
21  basis, but sometimes it's more infrequent than that.
22  So we will search key terms in the federal register to
23  see if it's mentioning ASTM and if there's a rule that
24  has resulted in the publication of standards. And
25  sometimes we're ahead of it because ASTM has a policy

**Page 124**

1  of working with agencies during the notice of proposed
2  rule-making process.
3  Any agency that comes to us and asks us to
4  put a standard up for public review during the public
5  review period of a rule, we work with them to make
6  that possible. So at times we know that a certain
7  number of ASTM standards have been in a notice to
8  proposed rulemaking and that the new rule's expected
9  to come out, so we can look for it.
10  Q. Does ASTM provide assistance to the
11  government in any way when the government is
12  considering whether to incorporate an ASTM standard by
13  reference?
14  MR. FEE: Objection. Vague.
15  THE WITNESS: So we do -- I'm familiar with a
16  couple things that either I do or a member of my staff
17  does. We look to see -- when we're aware that an ASTM
18  standard is going to be used and incorporated by
19  reference in some type of an action, we look to see
20  what version of the standard and what designation of
21  the standard is being used, and I believe on occasion
22  if they're using -- proposing to use an outdated
23  version of a standard, or, quite frankly, we've seen
24  errors where they've attempted to use an ASTM biofuel
25  standard, and rather than referencing D6751 they've

**Page 125**

1  referenced D56571, gotten the numbers wrong, we will
2  engage with an agency and either make them aware
3  there's a more recent version or make them aware that
4  what they are trying to reference doesn't make a lot
5  of sense.
6  BY MR. BRIDGES:
7  Q. Does ASTM bring standards to the attention of
8  the federal government with some sort of
9  recommendation that the federal government incorporate
10  the standard by reference?
11  MR. FEE: Objection. Vague.
12  THE WITNESS: That's not part of what we call
13  engaging federal agencies in Congress. What we will
14  do is work with agencies and work with Congress to
15  make them aware of the voluntary consensus standards
16  that we're developing in any given area that they
17  might have an interest. But the ultimate decision of
18  whether or not to utilize and reference those
19  standards we rarely take positions on, and I can't
20  give you a specific example of a time that we have
21  taken an example on -- taken a position on.
22  BY MR. BRIDGES:
23  Q. Do any state governments or municipal
24  governments incorporate ASTM standards by reference?
25  MR. FEE: Objection to form.

**Page 234**

1  that they must be -- they have to be referred to as    17:24:32
2  "musts," and this would have the voluntary consensus    17:24:35
3  standards process. This isn't the intention when    17:24:39
4  people come together to work in a voluntary consensus    17:24:43
5  standard environment. They want the words to mean    17:24:47
6  what they carefully craft them to mean in the process,    17:24:49
7  and when -- so I believe that's what I was referring    17:24:52
8  to in this.    17:24:55
9      BY MR. BRIDGES:    17:25:00
10     Q. Well, Mr. Miller was not saying that the    17:25:00
11  government was changing the standard. The government    17:25:02
12  was proposing to change the law; correct?    17:25:07
13     MR. FEE: Objection. The document speaks for    17:25:11
14  itself. Calls for speculation.    17:25:13
15     THE WITNESS: I guess I would be speculating,    17:25:22
16  but that was my interpretation of what this means.    17:25:24
17     BY MR. BRIDGES:    17:25:29
18     Q. That the government would be changing the law    17:25:29
19  as the law interprets the standard?    17:25:31
20     MR. FEE: Same objections. And vague.    17:25:36
21     THE WITNESS: Yeah. That the government was    17:25:41
22  interpreting a standard in a way that the voluntary    17:25:43
23  consensus standard group didn't necessarily intend it    17:25:46
24  to without coming back to the organization and working    17:25:50
25  with them.    17:25:57

**Page 235**

1      BY MR. BRIDGES:    17:27:38
2      Q. Mr. Grove, does ASTM encourage any    17:27:38
3   governments to incorporate its standards by reference?    17:27:46
4      MR. FEE: Objection. Vague.    17:27:49
5      THE WITNESS: As a matter of policy, we make    17:27:54
6   organizations -- sorry -- governments aware of our    17:27:58
7   standards and point out and connect with agency    17:28:04
8   missions. But in the end, we respect that agencies    17:28:07
9   should be the ones that determine whether or not our    17:28:09
10  standards are incorporated or not.    17:28:12
11     BY MR. BRIDGES:    17:28:13
12     Q. Is ASTM generally pleased when governments    17:28:13
13  incorporate its standards by reference?    17:28:20
14     MR. FEE: Objection. Vague.    17:28:22
15     THE WITNESS: So I think it speaks to the    17:28:28
16  significance of ASTM and to the breadth of ASTM when    17:28:29
17  you see ASTM standards become incorporated by    17:28:34
18  reference because it does signify that they are widely    17:28:37
19  respected for their technical excellence. I believe    17:28:42
20  that it signifies that the government -- it couldn't    17:28:46
21  do what we've done with the same effectiveness. So    17:28:52
22  they're looking to a voluntary consensus standards    17:28:54
23  group in utilizing those standards.    17:28:57
24     So in some ways I might take pride in the    17:29:00
25  fact that ASTM standards are relied upon by all of our    17:29:04

**Page 236**

1  stakeholders because the government is a very    17:29:07
2  important member.    17:29:09
3      BY MR. BRIDGES:    17:29:11
4      Q. So is the answer to my question "yes"?    17:29:11
5      MR. FEE: Objection.    17:29:13
6      You can answer it however you'd like.    17:29:14
7      MR. BRIDGES: He already has.    17:29:17
8      Q. I'm now asking him is the answer to my    17:29:18
9   question "yes."    17:29:20
10     MR. FEE: Same objection. Asked and    17:29:21
11  answered.    17:29:22
12     THE WITNESS: Speaking for Jeff Grove, yes.    17:29:23
13     BY MR. BRIDGES:    17:29:26
14     Q. What about speaking for ASTM?    17:29:26
15     MR. FEE: Objection. Asked and answered.    17:29:28
16     THE WITNESS: I don't believe ASTM would have    17:29:29
17  an official position.    17:29:31
18     BY MR. BRIDGES:    17:29:35
19     Q. You don't think that ASTM has a view as to    17:29:35
20  whether it is pleased when governments incorporate its    17:29:39
21  standards by reference?    17:29:43
22     MR. FEE: Objection. Vague and asked and    17:29:44
23  answered.    17:29:46
24     THE WITNESS: It's never been a performance    17:29:49
25  metric for me. So no.    17:29:50

**Page 237**

1      BY MR. BRIDGES:    17:29:58
2      Q. Does ASTM have views about things that are    17:29:58
3   not performance metrics?    17:30:01
4      MR. FEE: Objection. Beyond the scope of his    17:30:05
5   designation. Vague.    17:30:06
6      THE WITNESS: It could.    17:30:11
7      BY MR. BRIDGES:    17:30:14
8      Q. What performance metrics do you have?    17:30:14
9      MR. FEE: Objection. Beyond the scope of his    17:30:16
10  designation.    17:30:20
11     THE WITNESS: Generally, my performance is    17:30:23
12  based on the job I've done in removing worldwide    17:30:24
13  barriers to the acceptance and use of ASTM standards.    17:30:27
14     BY MR. BRIDGES:    17:30:36
15     Q. Is your -- do your performance reviews ever    17:30:36
16  mention the degree of adoption of ASTM standards by    17:30:39
17  reference -- strike that.    17:30:44
18     Do your performance reviews ever mention the    17:30:46
19  degree of incorporation of ASTM standards by    17:30:48
20  reference?    17:30:50
21     MR. FEE: Objection. Beyond the scope of his    17:30:51
22  designation.    17:30:55
23     THE WITNESS: I believe over the years I    17:30:56
24  might have pointed out to my superiors that a standard    17:30:57
25  has become incorporated as something significant.    17:31:00

```
 1     A. Kathe Hooper is responsible for permissions    18:16:38
 2  at ASTM.                                             18:16:47
 3     Q. Who is Joe Koury?                              18:16:49
 4     A. Joe Koury is a staff manager that works with   18:16:51
 5  technical committees.                                18:16:53
 6        (Deposition Exhibit 1070 was marked for        18:17:06
 7        identification.)                               18:17:06
 8        MR. BRIDGES: I'm showing you Exhibit 1070.     18:17:06
 9     Q. This is an E-mail from Ms. Hooper responding   18:17:12
10  to a permission request; is that correct?            18:17:17
11        (The witness reviewed Exhibit 1070.)           18:17:58
12        THE WITNESS: Yes.                              18:17:59
13        (Deposition Exhibit 1071 was marked for        18:18:11
14        identification.)                               18:18:11
15  BY MR. BRIDGES:                                      18:18:12
16     Q. Exhibit 1071 is an E-mail from Sarah Petre to  18:18:12
17  you and others; is that correct?                     18:18:16
18        (The witness reviewed Exhibit 1071.)           18:18:26
19        MR. FEE: Objection. Lack of foundation --      18:18:26
20  strike that. No objection.                           18:18:27
21        THE WITNESS: So it's an E-mail between ASTM    18:18:42
22  and Congressional staff and then ASTM staff, correct. 18:18:44
23  BY MR. BRIDGES:                                      18:18:48
24     Q. And within the ASTM --                         18:18:48
25     A. Correct.                                       18:18:51
                                                           Page 258

 1     Q. And it's discussing Congressional              18:18:51
 2  legislation; is that correct?                        18:18:54
 3        MR. FEE: Objection. The document speaks for    18:18:56
 4  itself.                                              18:18:57
 5        THE WITNESS: Legislation passed the House      18:19:10
 6  and now it's being referred to the Senate, and Sarah 18:19:11
 7  Petre recognized that there's references to ASTM     18:19:16
 8  standards which are out of date, and she wanted to   18:19:18
 9  contact the staffer to make him aware of that fact.  18:19:22
10  BY MR. BRIDGES:                                      18:19:26
11     Q. Was this a discussion about incorporation by   18:19:26
12  reference?                                           18:19:28
13        MR. FEE: Same objection.                       18:19:29
14        THE WITNESS: It's a discussion about           18:19:35
15  Congressional intent to use the most recent standard, 18:19:37
16  I believe.                                           18:19:40
17  BY MR. BRIDGES:                                      18:19:41
18     Q. Is that for Congress's use in making an        18:19:41
19  incorporation by reference into a federal law of an  18:19:48
20  ASTM standard?                                       18:19:52
21        MR. FEE: Same objection.                       18:19:54
22        THE WITNESS: It appears, yes.                  18:19:55
23  BY MR. BRIDGES:                                      18:20:01
24     Q. Does ASTM have a view as to which versions of  18:20:01
25  its standard Congress should include in its          18:20:07
                                                           Page 259

 1  legislation that causes an incorporation by reference? 18:20:11
 2        MR. FEE: Can you read that back to me,         18:20:19
 3  please.                                              18:20:20
 4        (Record read.)                                 18:20:38
 5        MR. FEE: Objection to form. Beyond the         18:20:39
 6  scope of his designation. Calls for speculation.     18:20:40
 7  BY MR. BRIDGES:                                      18:20:48
 8     Q. You may answer.                                18:20:48
 9        MR. FEE: Hold on.                              18:20:49
10        Lack of foundation.                            18:20:53
11        Go ahead.                                      18:20:55
12        THE WITNESS: Yeah. So I think we think --      18:20:55
13  we want to make sure that Congress is aware of the   18:20:59
14  fact there may be a more recent version because      18:21:02
15  oftentimes it may be unintended that they're not using 18:21:05
16  the most recent version.                             18:21:08
17  BY MR. BRIDGES:                                      18:21:12
18     Q. Ms. Petre asked you whether ASTM should        18:21:12
19  request that Congress use the language. Does ASTM    18:21:17
20  ever request Congress to use particular language     18:21:21
21  regarding ASTM standards?                            18:21:25
22        MR. FEE: Objection. Beyond the scope of his    18:21:32
23  designation.                                         18:21:36
24        You can answer.                                18:21:36
25        THE WITNESS: Okay. I can think of instances    18:21:38
                                                           Page 260

 1  like this where Congress -- what's happening here is 18:21:40
 2  this is incorporation by reference by Congress and not 18:21:45
 3  by an agency, and the concern that's expressed at    18:21:48
 4  times by our committee members is if Congress acts to 18:21:52
 5  designate a specific standard in legislation that    18:21:57
 6  freezes that piece of -- that reference in statute for 18:22:02
 7  years to come and agencies -- since it's something   18:22:06
 8  that Congress said, agencies will simply say, "Hey,  18:22:12
 9  talk to Congress, not to agencies about it."         18:22:16
10        So that's a concern that I'm familiar with,    18:22:19
11  and I can't tell if that -- I don't recall the       18:22:21
12  circumstances of this here, but that's the most      18:22:26
13  current version language. That's why we're interested 18:22:29
14  in making sure Congress is aware as a more current   18:22:32
15  version.                                             18:22:36
16  BY MR. BRIDGES:                                      18:22:38
17     Q. Mr. Grove, again, you didn't answer my         18:22:38
18  question. My question is does ASTM ever request      18:22:40
19  Congress to use particular language regarding ASTM   18:22:43
20  standards?                                           18:22:46
21        MR. FEE: Same objections. Plus asked and       18:22:47
22  answered.                                            18:22:50
23        THE WITNESS: Yes.                              18:22:52
24  BY MR. BRIDGES:                                      18:22:55
25     Q. To your knowledge, has ASTM ever asked         18:22:55
                                                           Page 261
```

66 (Pages 258 - 261)

```
 1  Congress or a federal agency not to incorporate any of  18:23:00
 2  its standards by reference?                             18:23:04
 3       MR. FEE: Objection. Beyond the scope of his        18:23:07
 4  designation.                                            18:23:09
 5       THE WITNESS: To my knowledge, no. I believe        18:23:15
 6  it's possible that there's been reasons why committees  18:23:21
 7  haven't wanted to see standards incorporated by         18:23:24
 8  reference, but I can't recall an instance.              18:23:26
 9  BY MR. BRIDGES:                                         18:23:31
10    Q. Has ASTM ever imposed conditions on whether        18:23:31
11  the federal government may incorporate its standards    18:23:37
12  by reference?                                           18:23:42
13       MR. FEE: Same objection. Vague as well.            18:23:44
14       THE WITNESS: I don't have direct knowledge.        18:23:52
15  It was before my time at ASTM, but I understand at one  18:23:54
16  point in time there was a concern that Congress was     18:23:58
17  perhaps taking ASTM -- taking key content from an ASTM  18:24:03
18  standard and placing it in a piece of legislation and   18:24:09
19  that ASTM would be concerned about that.                18:24:13
20  BY MR. BRIDGES:                                         18:24:16
21    Q. Why would ASTM be concerned about that?            18:24:16
22       MR. FEE: Objection. Beyond the scope of his        18:24:20
23  designation. Calls for speculation. Lack of             18:24:22
24  foundation.                                             18:24:24
25       THE WITNESS: It would be taking the standard       18:24:26
                                                         Page 262
```

```
 1  out of context from what the voluntary consensus        18:24:27
 2  process encompassed in ASTM standards development       18:24:31
 3  enterprises wanted to see represented in the standard.  18:24:35
 4  BY MR. BRIDGES:                                         18:24:43
 5    Q. Has ASTM ever asked an agency to use specific      18:24:43
 6  language in a regulation?                               18:24:47
 7       MR. FEE: Objection. Beyond the scope of his        18:24:50
 8  designation.                                            18:24:52
 9       THE WITNESS: It's possible that we have.           18:24:54
10  BY MR. BRIDGES:                                         18:24:55
11    Q. Do you recall a particular -- any instance?        18:24:55
12       MR. FEE: Same objection.                           18:24:57
13       THE WITNESS: I don't recall a particular           18:24:59
14  time.                                                   18:24:59
15  BY MR. BRIDGES:                                         18:25:01
16    Q. Do you have an estimate as to the number of        18:25:01
17  times it's occurred?                                    18:25:06
18       MR. FEE: Objection. Lack of foundation.            18:25:08
19  Beyond the scope of his designation. Calls for          18:25:09
20  speculation.                                            18:25:11
21       THE WITNESS: It's -- there's a process that        18:25:13
22  our committees would have to follow. They would have    18:25:17
23  to -- the executive committee of a committee would      18:25:19
24  have to reach a consensus that they want to see an      18:25:24
25  ASTM standard included in a regulation. And so I        18:25:28
                                                         Page 263
```

```
 1  don't think it happens very often, but I believe it     18:25:33
 2  has happened in the last 10 years since I've been at    18:25:35
 3  ASTM.                                                   18:25:38
 4  BY MR. BRIDGES:                                         18:25:40
 5    Q. Are you saying that there has to be a              18:25:40
 6  consensus process in order to cooperate with a federal  18:25:42
 7  government in incorporating standards by reference?     18:25:46
 8       MR. FEE: Objection. Mischaracterizes his           18:25:52
 9  testimony. Vague.                                       18:25:54
10       You can answer.                                    18:25:58
11       THE WITNESS: No, that's not what I'm saying.       18:26:00
12  BY MR. BRIDGES:                                         18:26:14
13    Q. Do you know whether any federal official has       18:26:14
14  taken advantage of the reading room that ASTM provides  18:26:17
15  the public?                                             18:26:22
16       MR. FEE: Objection. Vague.                         18:26:23
17       THE WITNESS: I don't know specifically             18:26:30
18  whether they have. I do know I've received accolades    18:26:31
19  from federal agencies, the fact that it exists. So I    18:26:34
20  would presume that they have.                           18:26:40
21  BY MR. BRIDGES:                                         18:26:44
22    Q. How much money has ASTM received from the          18:26:44
23  federal government in each of the last five years?      18:26:49
24       MR. FEE: Objection. Vague.                         18:26:58
25       THE WITNESS: Well, I believe we've received        18:27:00
                                                         Page 264
```

```
 1  anywhere from $650,000 to $900,000 per year over the    18:27:04
 2  last five years from the federal government.            18:27:11
 3  BY MR. BRIDGES:                                         18:27:17
 4    Q. Were some of that money provided by the            18:27:17
 5  federal government in order to facilitate the           18:27:22
 6  standards development process?                          18:27:25
 7       MR. FEE: Objection. Calls for speculation.         18:27:27
 8  Vague.                                                  18:27:29
 9       THE WITNESS: To my knowledge, none of it           18:27:31
10  was.                                                    18:27:32
11  BY MR. BRIDGES:                                         18:27:37
12    Q. What were the main categories of payments by       18:27:37
13  the federal government to ASTM over the last five       18:27:41
14  years?                                                  18:27:46
15       MR. FEE: Objection. Vague.                         18:27:47
16  BY MR. BRIDGES:                                         18:27:48
17    Q. In other words, what were the payments for         18:27:48
18  ASTM to do?                                             18:27:50
19       MR. FEE: Same objection, plus form.                18:27:52
20       THE WITNESS: I can think of -- that we would       18:27:53
21  sell standards to federal agencies. That would be one   18:27:56
22  source of revenue.                                      18:28:00
23  BY MR. BRIDGES:                                         18:28:01
24    Q. What other sources of revenue?                     18:28:01
25    A. I believe that we have a number of federal         18:28:03
                                                         Page 265
```

```
 1     THE VIDEOGRAPHER:  This is the end of the      18:53:06
 2  deposition of Mr. Jeffrey Grove.  We are off the  18:53:08
 3  record at 18:52.                                  18:53:13
 4     (Witness excused.)                             18:53:16
 5     (Deposition concluded at 6:52 p.m.)            18:53:16
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 282
```

```
 1             ACKNOWLEDGMENT OF DEPONENT
 2
 3     I, JEFFREY GROVE, do hereby certify that I
 4  have read the foregoing pages, _____ to _____,
 5  and that the same is a correct transcription of the
 6  answers given by me to the questions therein
 7  propounded, except for the corrections or changes in
 8  form or substance, if any, noted in the attached
 9  Errata Sheet.
10
11  _____
12  DATE          SIGNATURE
13
14
15
16
17
18
19
20
21
22
23
24
25
                                                      Page 284
```

```
 1           C E R T I F I C A T E
 2     I do hereby certify that the aforesaid
 3  testimony was taken before me, pursuant to
 4  notice, at the time and place indicated; that
 5  said deponent was by me duly sworn to tell
 6  the truth, the whole truth, and nothing but
 7  the truth; that the testimony of said
 8  deponent was correctly recorded in machine
 9  shorthand by me and thereafter transcribed
10  under my supervision with computer-aided
11  transcription; that the deposition is a true
12  and correct record of the testimony given by
13  the witness; and that I am neither of counsel
14  nor kin to any party in said action, nor
15  interested in the outcome thereof.
16
17
18          ~%signature%~
19          Nancy J. Martin, RMR, CSR
20
21
22  Dated:  March 18, 2015
23
24
25
                                                      Page 283
```

Veritext Legal Solutions
866 299-5127