# EXHIBIT 5



# Standards.gov

**Home**    **Regulatory**    **Help**

### SIBR Search
Regulatory ∨

[          ] Go

**Quick Links**

All Regulatory

R-SIBR Statistics

Tue Jun 02, 2015

# Standards Incorporated by Reference (SIBR) Database
## Regulatory SIBR (R-SIBR)
### Search by Keyword: 'ashrae'

Within this application, Standards.gov provides links to external web sites containing information that may be of interest to you. Standards.gov does not endorse the views expressed or the facts presented on these external sites. Further, Standards.gov does not endorse any commercial products or services advertised or offered on or through these sites.

**Note**: Please be aware that because of the database size selecting the **Export to Excel** link for the entire database could take a long time to complete or might not complete at all depending on your Internet connection and computer configuration.

**Record Count**: 137        New Search        Export to Excel        Printer Friendly

Pages [ **1** 2 3 4 5 6 7 8 9 10 11 12 13 14 ]

**1** to **10** of **137** Rows        Next ≫        Last ≫

### Regulatory SIBR Records

| SDO | Document Number | Document Title | Edition | Incorp By | CFR Location |
|---|---|---|---|---|---|
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ASHRAE 90.1 | Energy Efficient Design of New Buildings Except Low-Rise Residential Buildings with addenda | 1989 | DOE | 10 CFR 420.15(a)(3) |
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ASHRAE 90.1 | Energy Efficient Design of New Buildings Except Low-Rise Residential Buildings with addenda | 1989 | DOE | 10 CFR 420.15(d)(3) |
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ASHRAE 90.1 | Energy Efficient Design of New Buildings Except Low-Rise Residential Buildings with addenda | 1989 | DOE | 10 CFR 420.2, Definitions, ASHRAE 90.1 |
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ANSI/ASHRAE 16 | Method of Testing for Rating Room Air Conditioners and Packaged Terminal Air Conditioners | 2009 | DOE | 10 CFR 430 Subpart B, App. F, 1.3 |
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ANSI/ASHRAE 16 | Method of Testing for Rating Room Air Conditioners | 2009 | DOE | 10 CFR 430 Subpart B, App. F, 2 |
| | | | 2009 | DOE | |

| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ANSI/ASHRAE 16 | Method of Testing for Rating Room Air Conditioners | | | 10 CFR 430 Subpart B, App. F, 3.1 |
|---|---|---|---|---|---|
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ANSI/ASHRAE 16 | Method of Testing for Rating Room Air Conditioners | 2009 | DOE | 10 CFR 430 Subpart B, App. F, 5.1 |
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ANSI/ASHRAE 16 | Method of Testing for Rating Room Air Conditioners | 2009 | DOE | 10 CFR 430 Subpart B, App. F, 5.2 |
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ASHRAE 41.9 | Calorimeter Test Methods for Mass Flow Measurements of Volatile Refrigerants | 2000 | DOE | 10 CFR 430 Subpart B, App. M, 1.10 |
| American Society of Heating, Refrigerating and Air Conditioning Engineers (ASHRAE) | ASHRAE 51 | Laboratory Methods for Testing Fans for Aerodynamic Performance Rating | 1999 | DOE | 10 CFR 430 Subpart B, App. M, 1.11 |

**1** to **10** of **137** Rows          Next ≫          Last ≫|

◄ *Back Link*

Click this CANCEL LINK to **Cancel** this action.

**Standards.gov** is maintained and operated by the National Institute of Standards and Technology (NIST).

Standards.gov  |  Privacy Policy  |  Contact Us  |  Last Updated 3/7/2013

JAROSZ03737



# Standards.gov

**Home**    **Regulatory**    **Help**

**SIBR Search**
Regulatory ∨
[                ] [Go]

**Quick Links**

All Regulatory

R-SIBR Statistics

Tue Jun 02, 2015

# Standards Incorporated by Reference (SIBR) Database
## Regulatory SIBR (R-SIBR)
### Search by Keyword: 'astm'

Within this application, Standards.gov provides links to external web sites containing information that may be of interest to you. Standards.gov does not endorse the views expressed or the facts presented on these external sites. Further, Standards.gov does not endorse any commercial products or services advertised or offered on or through these sites.

**Note**: Please be aware that because of the database size selecting the **Export to Excel** link for the entire database could take a long time to complete or might not complete at all depending on your Internet connection and computer configuration.

**Record Count:** 2439    New Search    Export to Excel    Printer Friendly

**Pages [ 1** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 **]**

**1** to **100** of **2439** Rows    Next ▶    Last ▶▶

#### Regulatory SIBR Records

| SDO | Document Number | Document Title | Edition | Incorp By | CFR Location |
|-----|-----------------|----------------|---------|-----------|--------------|
| American Society for Testing and Materials (ASTM) | ASTM D 2156 | Method of Tests for Smoke Density in Flue Gases from Distillate Fuels | 1965 | DOE | 10 CFR 430 Subpart B, App. O, 2.4.2 |
| American Society for Testing and Materials (ASTM) | ASTM D 2156 | Method of Tests for Smoke Density in Flue Gases from Distillate Fuels | 1965 | DOE | 10 CFR 430 Subpart B, App. O, 3.1.2 |
| American Society for Testing and Materials (ASTM) | ASTM D 2156 | Method of Tests for Smoke Density in Flue Gases from Distillate Fuels | 1980 | DOE | 10 CFR 431.102 |
| American Society for Testing and Materials (ASTM) | ASTM C 177 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded-Hot-Plate Apparatus | 1997 | DOE | 10 CFR 431.102, R-value |
| American Society for Testing and Materials (ASTM) | ASTM C 518 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | 1991 | DOE | 10 CFR 431.102, R-value |

JAROSZ03738

| | | | | | |
|---|---|---|---|---|---|
| American Society for Testing and Materials (ASTM) | ASTM D 2156 | Standard Method for Smoke Density in Flue Gases from Burning Distillate Fuels 1980 | 1980 | DOE | 10 CFR 431.106 (b) Table |
| American Society for Testing and Materials (ASTM) | ASTM C 518 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus (RS-6) | 1991 | DOE | 10 CFR 434.402.1.1 |
| American Society for Testing and Materials (ASTM) | ASTM C 236 | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box (RS-7) | 1993 | DOE | 10 CFR 434.402.1.1 |
| American Society for Testing and Materials (ASTM) | ASTM C 976 | Standard Test Method for Thermal Performance of Building Assemblies by Means of a Calibrated Hot Box (RS-8) | 1990 | DOE | 10 CFR 434.402.1.1 |
| American Society for Testing and Materials (ASTM) | ASTM C 177 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded-Hot-Plate Apparatus (RS-5) | 1993 | DOE | 10 CFR 434.402.1.1 |
| American Society for Testing and Materials (ASTM) | ASTM C 518 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus (RS-6) | 1991 | DOE | 10 CFR 434.402.1.2.1 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 236 | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box (RS-7) | 1989 | DOE | 10 CFR 434.402.1.2.1 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 976 | Standard Test Method for Thermal Performance of Building Assemblies by Means of a Calibrated Hot Box (RS-8) | 1990 | DOE | 10 CFR 434.402.1.2.1 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 177 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded-Hot-Plate Apparatus (RS-5) | 1993 | DOE | 10 CFR 434.402.1.2.1 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 236 | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box (RS-7) | 1989 | DOE | 10 CFR 434.402.1.2.2 |
| American Society for | ASTM C 976 | Standard Test Method for Thermal Performance of | 1990 | DOE | 10 CFR 434.402.1.2.2 |

| | | | | | |
|---|---|---|---|---|---|
| Testing and Materials (ASTM) | | Building Assemblies by Means of a Calibrated Hot Box (RS-8) | | | |
| American Society for Testing and Materials (ASTM) | ASTM C 177 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded-Hot-Plate Apparatus (RS-5) | 1993 | DOE | 10 CFR 434.402.1.2.2 |
| American Society for Testing and Materials (ASTM) | ASTM C 518 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus (RS-6) | 1991 | DOE | 10 CFR 434.402.1.2.2 |
| American Society for Testing and Materials (ASTM) | ASTM E 283 | Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under Specified Pressure Differences Across the Specimen (RS-10) | 1991 | DOE | 10 CFR 434.402.2 |
| American Society for Testing and Materials (ASTM) | ASTM D 4099 | Standard Specification for Poly Vinyl Chloride (PVC) Prime Windows/Sliding Glass Doors (RS-12) | 1995 | DOE | 10 CFR 434.402.2.1 Table 402.2.1 |
| American Society for Testing and Materials (ASTM) | ASTM E 283 | Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under Specified Pressure Differences Across the Specimen (RS-10) | 1991 | DOE | 10 CFR 434.402.2.1 Table 402.2.1 |
| American Society for Testing and Materials (ASTM) | ASTM E 283 | Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under Specified Pressure Differences Across the Specimen (RS-10) | 1991 | DOE | 10 CFR 434.402.2.1 Table 434.402.2.1 |
| American Society for Testing and Materials (ASTM) | ASTM C 518 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus (RS-6) | 1991 | DOE | 10 CFR 434.403.2.9.2 Table 403.2.9.2 |
| American Society for Testing and Materials (ASTM) | ASTM C 509 | Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material | 1984 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and | ASTM E 84 | Standard Test Method for Surface Burning Characteristics of Building Materials | 1989 | DOE | 10 CFR 440 Appendix A |

JAROSZ03740

| | | | | | |
|---|---|---|---|---|---|
| Materials (ASTM) | | | | | |
| American Society for Testing and Materials (ASTM) | ASTM D 3678 | Standard Specification for Rubber Cellular Cushion Used for Carpet or Rug Underlay | 1988 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM D 4099 | Standard Specification for Poly Vinyl Chloride (PVC) Prime Windows/Sliding Glass Doors | 1989 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM E 96 | Standard Test Methods for Water Vapor Transmission of Materials | 1990 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 720 | Spray Applied Fibrous Insulation for Elevated Temperature | 1989 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 726 | Standard Specification for Mineral Fiber and Roof Insulating Board | 1988 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 728 | Standard Specification for Perlite Insulation Board | 1989 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 669 | Glazing Compounds for Metal Sash | 1989 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 755 | Standard Recommended Practice for Selection for Vapor Barriers for Thermal Insulation | 1990 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 764 | Insulation, Loose-Fill Mineral Fiber | 1988 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 834 | Latex Sealing Compounds | 1986 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and | ASTM C 892 | High-temperature Fiber Blanket Insulation | 1989 | DOE | 10 CFR 440 Appendix A |

| | | Materials (ASTM) | | | | |
|---|---|---|---|---|---|---|
| American Society for Testing and Materials (ASTM) | ASTM C 739 | Cellulose Loose- fill Insulation | 1988 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 920 | Standard Specification for Elastomeric Joint Sealants | 1987 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 971 | Duct-work Insulation | 1982 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 984 | Perlite Board and Rigid Cellular Polyurethane Composite Roof Insulation | 1993 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 208 | Insulating Board (Cellulosic Fiber), Structural and Decorative | 1982 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 516 | Standard Specification for Vermiculite Loose Fill Thermal Insulation | 1990 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 517 | Diatomaceous Earth Block and Pipe Insulation | 1979 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 533 | Calcium Silicate Block and Pipe Insulation | 1990 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 534 | Preformed Flexible Elastomeric Cellular Insulation in Sheet and Tubular Form | 1988 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and Materials (ASTM) | ASTM C 547 | Insulation, Thermal (Mineral Fiber for Preformed Pipe) | 1977 | DOE | 10 CFR 440 Appendix A |
| American Society for Testing and | ASTM C 549 | Perlite Loose Fill Insulation | 1986 | DOE | 10 CFR 440 Appendix A |

JAROSZ03742

| | | Materials (ASTM) | | | | |
|---|---|---|---|---|---|---|
| American Society for Testing and Materials (ASTM) | ASTM C 552 | Cellular Glass Insulation | 1988 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 553 | Blanket and Felt Mineral Fiber Insulation (Industrial Type) | 1977 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 570 | Oil and Resin Based Caulking Compound for Building Construction | 1989 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 578 | Insulation, Thermal (Organic Cellular for Preformed Block-type Polystyrene) | 1987 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 591 | Rigid Preformed Polyurethane Insulation Board | 1985 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 592 | Blanket Insulation and Blanket Type Pipe Insulation (Metal-mesh Covered) (Industrial Type) | 1980 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 610 | Expanded Perlite Block and Pipe Insulation | 1985 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 612 | Block and Board Insulation | 1983 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM C 665 | Blanket Mineral Fiber Insulation | 1988 | DOE | 10 CFR 440 Appendix A | |
| American Society for Testing and Materials (ASTM) | ASTM E 185 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | NDG | NRC | 10 CFR 50 App. H, III, B | |
| American Society for Testing and | ASTM E 185 | Standard Recommended Practice for Surveillance Tests for Nuclear Reactor Vessels | 1973 | NRC | 10 CFR 50 App. H, III, B, 1 | |

| | | | | | |
|---|---|---|---|---|---|
| Materials (ASTM) | | | | | |
| American Society for Testing and Materials (ASTM) | ASTM E 185 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | 1979 | NRC | 10 CFR 50 App. H, III, B, 1 |
| American Society for Testing and Materials (ASTM) | ASTM E 185 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | 1982 | NRC | 10 CFR 50 App. H, III, B, 1 |
| American Society for Testing and Materials (ASTM) | ASTM E 185 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | NDG | NRC | 10 CFR 50 App. H, IV |
| American Society for Testing and Materials (ASTM) | ASTM F 589 | Standard Consumer Safety Specification for Non-Powder Guns | 1985 | DOC/TA | 15 CFR 1150.1 (b) |
| American Society for Testing and Materials (ASTM) | Publication | Test Methods and Recommended Practices | NDG | CPSC | 16 CFR 1201.2 (c) |
| American Society for Testing and Materials (ASTM) | ASTM G 26 | Standard Recommended Practice for Light- and Water-Exposure Apparatus (Xenon-Arc Type) for Exposure of Non-metallic Materials | 1970 | CPSC | 16 CFR 1201.4 (b)(3)(ii) |
| American Society for Testing and Materials (ASTM) | ASTM D 2565 | Standard Practice for Operating Xenon Arc-Type Light-Exposure Apparatus With or Without Water for Exposure of Plastics | 1970 | CPSC | 16 CFR 1201.4 (b)(3)(ii) |
| American Society for Testing and Materials (ASTM) | ASTM F 1447 | Standard Specification for Protective Headgear Used in Bicycling | 1993 | CPSC | 16 CFR 1203.53 (a)(2) |
| American Society for Testing and Materials (ASTM) | ASTM F 1447 | Standard Specification for Protective Headgear Used in Bicycling | 1994 | CPSC | 16 CFR 1203.53 (a)(2) |
| American Society for Testing and Materials (ASTM) | ASTM F 1446 | Standard Test Method for Equipment and Procedures Used in Evaluating the Performance Characteristics of Protective Headgear | 1993 | CPSC | 16 CFR 1203.53 (a)(2) |
| American Society for Testing and | ASTM F 1446 | Standard Test Method for Equipment and Procedures Used in Evaluating the | 1994 | CPSC | 16 CFR 1203.53 (a)(2) |

| | | | | | |
|---|---|---|---|---|---|
| Materials (ASTM) | | Performance Characteristics of Protective Headgear | | | |
| American Society for Testing and Materials (ASTM) | ASTM D 1535 | Specifying Color by the Munsell System | 1968 | CPSC | 16 CFR 1402.4 (a)(1)(i)(E)(2) |
| American Society for Testing and Materials (ASTM) | ASTM D 2654 | Method of Test for Amount of Moisture in Textile Materials | 1967 | CPSC | 16 CFR 1615.4 (a)(9) Footnote 3 |
| American Society for Testing and Materials (ASTM) | ASTM D 1776 | Conditioning Textiles and Textile Products for Testing | 1967 | CPSC | 16 CFR 1615.4 (f)(1) Footnote 4 |
| American Society for Testing and Materials (ASTM) | ASTM D 2654 | Method of Test for Amount of Moisture in Textile Materials | 1971 | CPSC | 16 CFR 1616.5 (a)(9) Footnote 3 |
| American Society for Testing and Materials (ASTM) | ASTM D 1776 | Conditioning Textiles and Textile Products for Testing | 1967 | CPSC | 16 CFR 1616.5 (b)(1) Footnote 4 |
| American Society for Testing and Materials (ASTM) | ASTM D 2654 | Standard Method of Test for Amount of Moisture in Textile Materials | 1967 | CPSC | 16 CFR 1631.4 (a)(5) Footnote 2 |
| American Society for Testing and Materials (ASTM) | ASTM D 1776 | Conditioning Textiles and Textile Products for Testing | 1967 | CPSC | 16 CFR 1631.4 (c)(2) Footnote 4 |
| American Society for Testing and Materials (ASTM) | ASTM D 4814 | Standard Specification for Automotive Spark-Ignition Engine Fuel | 1992 | FTC | 16 CFR 306.0 (b) |
| American Society for Testing and Materials (ASTM) | ASTM D 2700 | Standard Test Method for Knock Characteristics of Motor and Aviation Fuels | 1992 | FTC | 16 CFR 306.0 (b) |
| American Society for Testing and Materials (ASTM) | ASTM D 2699 | Standard Test Method for Knock Characteristics of Motor Fuels by the Research Method | 1992 | FTC | 16 CFR 306.0 (b) |
| American Society for Testing and | ASTM D 1945 | Standard Test Method for Analysis of Natural Gas by Gas Chromatography | 1991 | FTC | 16 CFR 309.10 (a) |

| | | | | | |
|---|---|---|---|---|---|
| Materials (ASTM) | | | | | |
| American Society for Testing and Materials (ASTM) | ASTM D 1946 | Standard Test Method for Analysis of Reformed Gas by Gas Chromatography | 1990 | FTC | 16 CFR 309.10 (a) |
| American Society for Testing and Materials (ASTM) | ASTM D 5489 | Standard Guide for Care Symbols for Care Instructions on Textile Products | 1996 | FTC | 16 CFR 423.8 (g) |
| American Society for Testing and Materials (ASTM) | ASTM C 1045 | Standard Practice for Calculating Thermal Transmission Properties from Steady-State Heat Flux Measurements | 2001 | FTC | 16 CFR 460.5 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 177 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 2004 | FTC | 16 CFR 460.5 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 518 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | 2004 | FTC | 16 CFR 460.5 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 1363 | Standard Test Method for the Thermal Performance of Building Assemblies by Means of a Hot Box Apparatus | 1997 | FTC | 16 CFR 460.5 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 1114 | Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Thin-Heater Apparatus | 2000 | FTC | 16 CFR 460.5 (a) |
| American Society for Testing and Materials (ASTM) | ASTM C 739 | Standard Specification for Cellulosic Fiber (Wood-Base) Loose-Fill Thermal Insulation | 2003 | FTC | 16 CFR 460.5 (a)(2) |
| American Society for Testing and Materials (ASTM) | ASTM C 1149 | Standard Specification for Self-Supported Spray Applied Cellulosic Thermal Insulation | 2002 | FTC | 16 CFR 460.5 (a)(4) |
| American Society for Testing and Materials (ASTM) | ASTM C 1374 | Standard Test Method for Determination of Installed Thickness of Pneumatically Applied Loose-Fill Building Insulation | 2003 | FTC | 16 CFR 460.5 (a)(5) |
| | | | 2002 | FTC | |

JAROSZ03746

| American Society for Testing and Materials (ASTM) | ASTM E 408 | Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques | | | 16 CFR 460.5 (b) |
| American Society for Testing and Materials (ASTM) | ASTM C 1371 | Standard Test Method for Determination of Emittance of Materials Near Room Temperature Using Portable Emissometers | 2004 | FTC | 16 CFR 460.5 (b) |
| American Society for Testing and Materials (ASTM) | ASTM C 1363 | Standard Test Method for the Thermal Performance of Building Assemblies by Means of a Hot Box Apparatus | 1997 | FTC | 16 CFR 460.5(c) |
| American Society for Testing and Materials (ASTM) | ASTM C 1224 | Standard Specification for Reflective Insulation for Building Applications | 2003 | FTC | 16 CFR 460.5(c) |
| American Society for Testing and Materials (ASTM) | ASTM C 1363 | Standard Test Method for the Thermal Performance of Building Assemblies by Means of a Hot Box Apparatus | 1997 | FTC | 16 CFR 460.5 (d)(1) |
| American Society for Testing and Materials (ASTM) | ASTM D 3697 | Standard Test Method for Antimony in Water | 1992 | HHS/FDA | 21 CFR 165.110 (b)(4)(iii)(E)(1) (iv) |
| American Society for Testing and Materials (ASTM) | ASTM D 2036 | Standard Test Method for Cyanides in Water | 1991 | HHS/FDA | 21 CFR 165.110 (b)(4)(iii)(E)(7) (iv) |
| American Society for Testing and Materials (ASTM) | ASTM Publication | Annual Book of ASTM Standards | 1996 | HHS/FDA | 21 CFR 165.110 (b)(4)(iii)(I) |
| American Society for Testing and Materials (ASTM) | ASTM D 1253 | Standard Test Method for Residual Chlorine in Water | 1986 | HHS/FDA | 21 CFR 165.110 (b)(4)(iii)(I)(5) (i) |
| American Society for Testing and Materials (ASTM) | ASTM D 1253 | Standard Test Method for Residual Chlorine in Water | 1986 | HHS/FDA | 21 CFR 165.110 (b)(4)(iii)(I)(6) (i) |

**1** to **100** of **2439** Rows          Next ▶          Last ▶▶|

◀ *Back Link*

Click this CANCEL LINK to **Cancel** this action.

Case 1:13-cv-01215-TSC   Document 124-7   Filed 12/22/15   Page 14 of 30

**Standards.gov** is maintained and operated by the National Institute of Standards and Technology (NIST).
Standards.gov | Privacy Policy | Contact Us | Last Updated 3/7/2013

JAROSZ03748



## Standards Incorporated by Reference (SIBR) Database
## Home Page

**SIBR Search**
Regulatory ∨

Go

**Quick Links**

All Regulatory

R-SIBR Statistics

Tue Jun 02, 2015

The **Standards Incorporated by Reference (SIBR) Database** includes the voluntary consensus standards, government unique standards, private industry standards, and international standards referenced in the Code of Federal Regulations (CFR).

The Code of Federal Regulations (CFR) is the codification of the general and permanent rules published in the Federal Register by the executive departments and agencies of the Federal Government. It is divided into 50 titles that represent broad areas subject to Federal regulation. Each volume of the CFR is updated once each calendar year and is issued on a quarterly basis. More data on the CFR can be found at the GPO Access Home Page.

In this database, Regulatory Standards Incorporated by Reference are sometimes referred to as R-SIBR.

The SIBR Database is provided as a public service for informational purposes only and is compiled by NIST to monitor the implementation of the National Technology Transfer and Advancement Act within the US Government. While NIST makes every effort to continuously update the SIBR Database to reflect changes to standards referenced in the CFR, NIST cannot guarantee the accuracy or completeness of the SIBR Database. You are encouraged to consult the current revision of the CFR, available at the GPO Access Home Page. If you find any errors or omissions in the SIBR Database, please notify the SIBR Administrator using the Contact Us form.

To begin using the SIBR Database select a Quick Link, either one of the Regulatory, or Help tabs, or one of these Regulatory, or Help links.

The Standards Incorporated by Reference (SIBR) Database Administration System is a Department of Commerce (DOC) system managed and operated by the National Institute of Standards and Technology (NIST) and any unauthorzed use is prohibited.

**Standards.gov** is maintained and operated by the National Institute of Standards and Technology (NIST).
Standards.gov  |  Privacy Policy  |  Contact Us  |  Last Updated 3/7/2013



# Standards.gov

**Home**    **Regulatory**    **Help**

**SIBR Search**
Regulatory ∨

[            ] **Go**

**Quick Links**

All Regulatory

R-SIBR Statistics

Tue Jun 02, 2015

# Standards Incorporated by Reference (SIBR) Database
## Regulatory SIBR (R-SIBR)
## All Types of Standards

Within this application, Standards.gov provides links to external web sites containing information that may be of interest to you. Standards.gov does not endorse the views expressed or the facts presented on these external sites. Further, Standards.gov does not endorse any commercial products or services advertised or offered on or through these sites.

**Note**: Please be aware that because of the database size selecting the **Export to Excel** link for the entire database could take a long time to complete or might not complete at all depending on your Internet connection and computer configuration.

Record Count: 12944      New Search      Export to Excel      Printer Friendly

Pages [ **1** 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 100 101 102 103 104 105 106 107 108 109 110 111 112 113 114 115 116 117 118 119 120 121 122 123 124 125 126 127 128 129 130 ]

**1** to **100** of **12944** Rows      *Next* ▶      *Last* ▶▶|

### Regulatory SIBR Records

| SDO | Document Number | Document Title | Edition | Incorp By | CFR Location |
|---|---|---|---|---|---|
| American Association of Motor Vehicle Administrators, Inc. | AAMVA CDS | Driver's License/Identification Card Design Specifications, Annex A, section A.7.7.2 | 2005 | DHS/OS | 6 CFR 37.17(g)(1) |
| International Civil Aviation Organization (ICAO) | ICAO 9303 | Machine Readable Travel Documents | 2006 | DHS/OS | 6 CFR 37.17(m) |
| International Organization for Standardization / International Electrotechnical Commission (ISO/IEC) | ISO/IEC 15438:2006(E) | (REF) Information Technology—Automatic identification and data capture techniques—PDF417 symbology specification | 2006 | DHS/OS | 6 CFR 37.19 |
| International Organization for Standardization / International Electrotechnical Commission (ISO/IEC) | ISO/IEC 15438:2006(E) | Information Technology—Automatic identification and data capture techniques—PDF417 symbology specification | 2006 | DHS/OS | 6 CFR 37.19 |

| International Organization for Standardization / International Electrotechnical Commission (ISO/IEC) | ISO/IEC 19794-5:2005 (E) | Information technology—Biometric Data Interchange Formats—Part 5: Face Image Data | 2005 | DHS/OS | 6 CFR 37.17(e)(1) |
|---|---|---|---|---|---|
| National Fire Protection Association (NFPA) | NFPA 704 | Standard System for the Identification of the Hazards of Materials for Emergency Response | 2007 | DHS/OS | 6 CFR 27.204 (a)(2) |
| National Fire Protection Association (NFPA) | NFPA 704 | Standard System for the Identification of the Hazards of Materials for Emergency Response | 2007 | DHS/OS | 6 CFR 27.203 (b)(1)(v) |
| Department of the Army, U.S. Army Corps of Engineers (USACE) | USACE ER 1110-2-1155 | U.S. Army Corps of Engineers Engineering and Design Dam Safety Program, Appendix E | 1995 | USDA/RUS | 7 CFR 1724.55 (a)(2) |
| Department of the Army, U.S. Army Corps of Engineers (USACE) | USACE ER 1110-2-1155 | U.S. Army Corps of Engineers Engineering and Design Dam Safety Program, Appendix E | 1995 | USDA/RUS | 7 CFR 1724, Appendix A to Subpart E |
| Federal Emergency Management Agency (FEMA) | FEMA 93 | Federal Guidelines for Dam Safety | 1979 | USDA/RUS | 7 CFR 1724.55 (a)(1)(i) |
| Federal Specifications Standards and Test Methods | FedSpec H28 | Screw-Thread Standards for Federal Services including Change Notices 1, 2, and 3 | 1978 | USDA/RUS | 7 CFR 1755.522 (v)(4) |
| Federal Specifications Standards and Test Methods | FedSpec H28 | Screw-Thread Standards for Federal Services including Change Notices 1, 2, and 3 | 1986 | USDA/RUS | 7 CFR 1755.397 (k)(4) |
| National Institute of Standards and Technology, National Voluntary Laboratory Accreditation Program (NIST/NVLAP) | NIST Handbook 44 | Specifications, Tolerances, and Other Technical Requirements for Weighing and Measuring Devices | 1991 | USDA/FGIS | 7 CFR 801.12 (a) |
| National Institute of Standards and Technology, U.S. Department of Commerce (DOC/NIST) | NIST Handbook 105-1 | Specifications and Tolerances for Field Standard Weights | 1990 | USDA/FGIS | 7 CFR 802.0(a) |
| National Institute of Standards and | NIST Handbook 44 | Specifications, Tolerances, and Other | 1990 | USDA/FGIS | 7 CFR 802.0(a) |

| | | | | | |
|---|---|---|---|---|---|
| Technology, U.S. Department of Commerce (DOC/NIST) | | Technical Requirements for Weighing and Measuring Devices | | | |
| Occupational Safety and Health Administration, U.S. Department of Labor (DOL/OSHA) | OSHA Standards | OSHA Standards | NDG | USDA/RUS | 7 CFR 1755.910 (b)(4) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 345-3 | Acceptance of Standards, Specifications, Equipment Contract Forms, Manual Sections, Drawings, Materials and Equipment for the Telephone Program | NDG | USDA/RUS | 7 CFR 1755.900 (b)(1) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Informational Publication 344-2 | List of Materials Acceptable for Use on Telecommunications Systems of RUS Borrowers | NDG | USDA/RUS | 7 CFR 1755.900 (b)(15) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 345-54, PE-52 | RUS Specification for Telephone Cable Splicing Connectors | NDG | USDA/RUS | 7 CFR 1755.870 (l)(2) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 345-87, PE-87 | RUS Specification for Terminating (TIP) Cable | 1983 | USDA/RUS | 7 CFR 1755.522 (t)(6) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1728F-700 | RUS Specification for Wood Poles, Stubs and Anchor Logs | 1993 | USDA/RUS | 7 CFR 1728.202 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1728F-700 | RUS Specification for Wood Poles, Stubs and Anchor Logs | 2011 | USDA/RUS | 7 CFR 1728.202 (b)(3) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS TE&CM 823 | Electrical Protection by Use of Gas Tube Arresters | NDG | USDA/RUS | 7 CFR 1755.508 (p) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 345-55, PE-61 | Central Office Loop Extenders and Loop Extender Voice Frequency Repeater Combinations | 1973 | USDA/RUS | 7 CFR 1755.522 (f)(6)(ii) |
| Rural Utilities Service, U.S. | RUS Bulletin 345-50, PE-60 | RUS Specification for Trunk Carrier Systems | 1979 | USDA/RUS | |

| | | | | | |
|---|---|---|---|---|---|
| Department of Agriculture (USDA/RUS) | | | | | 7 CFR 1755.522 (w)(2) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (d) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (e) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (ee) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (g) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (j) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (jj) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (r) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (s) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (z)(1) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (z)(2) |
| Rural Utilities Service, U.S. | 7 CFR 1755.700 | Aerial service wires | NDG | USDA/RUS | |

| | | | | | |
|---|---|---|---|---|---|
| Department of Agriculture (USDA/RUS) | | | | | 7 CFR 1755.506 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.701 | Scope | 1989 | USDA/RUS | 7 CFR 1755.506 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.702 | Copper coated steel reinforced (CCSR) aerial service wire | NDG | USDA/RUS | 7 CFR 1755.506 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.703 | Nonmetallic reinforced (NMR) aerial service wire | NDG | USDA/RUS | 7 CFR 1755.506 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.704 | Requirements applicable to both CCSR and NMR aerial service wires | NDG | USDA/RUS | 7 CFR 1755.506 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.860 | Filled buried wires | NDG | USDA/RUS | 7 CFR 1755.505 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (k) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (ll) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (mm) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (p) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1753F-153 (RUS Form 515d) | Specifications and Drawings for Service Installations at Customer Access Locations (Form 515d) | 2001 | USDA/RUS | 7 CFR 1755.508 (u) |
| Rural Utilities Service, U.S. | RUS Bulletin 345-63 | RUS Specification for Acceptance Tests and | 1979 | USDA/RUS | |

| | | | | | |
|---|---|---|---|---|---|
| Department of Agriculture (USDA/RUS) | | Measurements of Telephone Plant, PC–4 | | | 7 CFR 1755.200 (c)(15) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 345-63 | RUS Specification for Acceptance Tests and Measurements of Telephone Plant, PC–4 | NDG | USDA/RUS | 7 CFR 1755.200 (e)(17) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1728F-700 | RUS Specification for Wood Poles, Stubs and Anchor Logs | 1993 | USDA/RUS | 7 CFR 1728.202 (b)(5) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1728H-701 | RUS Specification for Wood Crossarms (Solid and Laminated), Transmission Timbers and Pole Keys | 1993 | USDA/RUS | 7 CFR 1728.202 (b)(5) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 345-54, PE-52 | RUS Specification for Telephone Cable Splicing Connectors | 1971 | USDA/RUS | 7 CFR 1755.890 (o)(2) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1751F-640 | Design of Buried Plant- -Physical Considerations | NDG | USDA/RUS | 7 CFR 1755.505 (e)(5) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1753F-153 (RUS Form 515d) | Specifications and Drawings for Service Installations at Customer Access Locations | NDG | USDA/RUS | 7 CFR 1755.505 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1753F-153 (RUS Form 515d) | Specifications and Drawings for Service Installations at Customer Access Locations | NDG | USDA/RUS | 7 CFR 1755.506 (a) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1755I-100 | List of Materials Acceptable for Use on Telephone Systems of RUS Borrowers | NDG | USDA/RUS | 7 CFR 1755.522 (t)(6) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1755I-100 | List of Materials Acceptable for Use on Telephone Systems of RUS Borrowers | NDG | USDA/RUS | 7 CFR 1755.522 (t)(11) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.200 | Splicing copper and fiber optic cables | NDG | USDA/RUS | 7 CFR 1755.505 (c) |
| Rural Utilities Service, U.S. | 7 CFR 1755.390 | Filled telephone cables | NDG | USDA/RUS | |

JAROSZ03755

| | | | | | |
|---|---|---|---|---|---|
| Department of Agriculture (USDA/RUS) | | | | | 7 CFR 1755.505 (b) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.505 | Buried services | NDG | USDA/RUS | 7 CFR 1755.506 (dd) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.508 | Customer access location protection | NDG | USDA/RUS | 7 CFR 1755.505 (e)(2) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.505 (d) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.505 (f)(13) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (bb) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 345-54, PE-52 | RUS Specification for Telephone Cable Splicing Connectors | 1971 | USDA/RUS | 7 CFR 1755.390 (o)(2) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | 7 CFR 1755.510 | Construction and assembly unit drawings | NDG | USDA/RUS | 7 CFR 1755.506 (m) |
| Rural Utilities Service, U.S. Department of Agriculture (USDA/RUS) | RUS Bulletin 1728F-700 | Specification for Wood Poles, Stubs and Anchor Logs | 1993 | USDA/RUS | 7 CFR 1728.202 (c)(1)(ii) |
| Soil Conservation Service, U.S. Department of Agriculture (USDA/SCS) | USDA Publication | Hydric Soils of the United States | 1985 | USDA/OS | 7 CFR 12.31(a) (3) |
| State of Arizona, Department of Agriculture | AZ State Regulations | Citrus, Fruit Standards, Chapter 4--Plant Services Division, Article 7, Fruit And Vegetable Standardization, Section R3-4-733 Table Grape Standards | 1994 | USDA/AMS | 7 CFR 51.888 (a)(1) |

| State of California, Code of Regulations | CA State Regulations | California Code of Regulations, Title 3, Subchapter 4. Fresh Fruits, Nuts and Vegetables, Article 25, Table Grapes and Raisins | 1996 | USDA/AMS | 7 CFR 51.888 (a)(2) |
|---|---|---|---|---|---|
| State of Hawaii, Department of Agriculture (HAD) | AWPA M3 | Standard Quality Control Procedures for Wood Preserving Plants | 2005 | USDA/RUS | 7 CFR 1728.202 (e)(3) |
| State of Oregon, Department of Agriculture (ODA) | OR State Regulations | Oregon Grade Standards Hazelnuts in Shell | 1975 | USDA/AMS | 7 CFR 982.453 |
| State of Oregon, Department of Agriculture (ODA) | OR State Regulations | Oregon Grade Standards Hazelnuts in Shell | 1975 | USDA/AMS | 7 CFR 982.51 |
| State of Oregon, Department of Agriculture (ODA) | OR State Regulations | Oregon Grade Standards Hazelnuts in Shell | 1975 | USDA/AMS | 7 CFR 982.45 (a) |
| State of Oregon, Department of Agriculture (ODA) | OR State Regulations | Oregon Grade Standards for Filberts (Hazelnut) Kernels | 1976 | USDA/AMS | 7 CFR 982.50 (a) |
| U.S. Department of Agriculture (USDA) | USDA Walnut Color Chart | Walnut Color Chart: (Shelled Walnuts), (Walnuts in the Shell) | NDG | USDA/AMS | 7 CFR 51.2281 |
| U.S. Department of Agriculture (USDA) | USDA Walnut Color Chart | Walnut Color Chart: (Shelled Walnuts), (Walnuts in the Shell) | NDG | USDA/AMS | 7 CFR 51.2282 Table 2, Footnote 1 |
| U.S. Department of Agriculture (USDA) | USDA Walnut Color Chart | Walnut Color Chart: (Shelled Walnuts), (Walnuts in the Shell) | NDG | USDA/AMS | 7 CFR 51.2948 (a) |
| U.S. Department of Agriculture (USDA) | USDA Walnut Color Chart | Walnut Color Chart: (Shelled Walnuts), (Walnuts in the Shell) | NDG | USDA/AMS | 7 CFR 51.2949 (a) |
| U.S. Department of Agriculture (USDA) | USDA Walnut Color Chart | Walnut Color Chart: (Shelled Walnuts), (Walnuts in the Shell) | NDG | USDA/AMS | 7 CFR 51.2950 (a) |
| U.S. Department of Agriculture (USDA) | USDA Walnut Color Chart | Walnut Color Chart: (Shelled Walnuts), (Walnuts in the Shell) | NDG | USDA/AMS | 7 CFR 51.2954 |
| U.S. Department of Agriculture (USDA) | USDA Walnut Color Chart | Walnut Color Chart: (Shelled Walnuts), (Walnuts in the Shell) | NDG | USDA/AMS | 7 CFR 51.2963 |
| U.S. Department of Agriculture (USDA) | USDA Reference Manual B | Seed Health Testing and Phytosanitary Field Inspection Methods | 2001 | USDA/APHIS | 7 CFR 353.9(b) (3) |
| U.S. Department of Agriculture (USDA) | USDA Reference Manual A | Reference Manual for Administration, Procedures, and | 2000 | USDA/APHIS | 7 CFR 353.1, |

| | | Policies of the National Seed Health System | | | Reference Manual A |
|---|---|---|---|---|---|
| U.S. Department of Agriculture (USDA) | USDA Reference Manual B | Seed Health Testing and Phytosanitary Field Inspection Methods | 2001 | USDA/APHIS | 7 CFR 353.1, Reference Manual B |
| U.S. Department of Agriculture (USDA) | USDA Reference Manual B | Seed Health Testing and Phytosanitary Field Inspection Methods | 2001 | USDA/APHIS | 7 CFR 353.9(b)(2) |
| U.S. Department of Agriculture (USDA) | USDA Reference Manual A | Reference Manual for Administration, Procedures, and Policies of the National Seed Health System | 2001 | USDA/APHIS | 7 CFR 353.9(b)(3) |
| U.S. Department of Agriculture (USDA) | USDA Handbook 188 | Dry Kiln Operator's Manual | 1991 | USDA/APHIS | 7 CFR 300.2(b) |
| International Organization for Standardization / International Electrotechnical Commission (ISO/IEC) | ISO/IEC Guide 65 | General Requirements for Bodies Operating Product Certification Systems | 1996 | USDA/AMS | 7 CFR 37.2 |
| International Telecommunication Union-- Telecommunication (ITU-T) | ITU-T Recommendation G.657 | Series G: Transmission Systems and Media, Digital Systems and Networks, Transmission media characteristics—Optical fibre cables, Characteristics of a bending loss insensitive single mode optical fibre and cable for the access network | 2006 | USDA/RUS | 7 CFR 1755.903(o)(1) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ITU-T Recommendation G.652 | Series G: Transmission Systems and Media, Digital Systems and Networks, Transmission media characteristics—Optical fibre cables, Characteristics of a single-mode optical fibre and cable | 2005 | USDA/RUS | 7 CFR 1755.903(o)(1) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903(o)(1)(i) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903(o)(1)(ii) |

JAROSZ03758

| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903 (o)(1)(iii) |
|---|---|---|---|---|---|
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903 (o)(2) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903 (o)(5) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903 (o)(6) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-110-717 | Standard for Optical Drop Cable | NDG | USDA/RUS | 7 CFR 1755.903 (p)(1) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903 (p)(2) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ICEA S-87-640 | Standard for Optical Fiber Outside Plant Communications Cable, 4th edition | NDG | USDA/RUS | 7 CFR 1755.903 (s)(2) |
| International Telecommunication Union-- Telecommunication (ITU-T) | ASTM D 4566 | Standard Test Methods for Electrical Performance Properties of Insulations and Jackets for Telecommunications Wire and Cable | 1998 | USDA/RUS | 7 CFR 1755.903 (t)(1) |

1 to **100** of **12944** Rows          *Next* ≫          *Last* ≫≫|

◄◄ *Back Link*

Click this CANCEL LINK to **Cancel** this action.

**Standards.gov** is maintained and operated by the National Institute of Standards and Technology (NIST).
Standards.gov | Privacy Policy | Contact Us | Last Updated 3/7/2013



# Standards.gov

**Home**    **Regulatory**    **Help**

SIBR Search

Regulatory ∨

[          ]  Go

**Quick Links**

All Regulatory

R-SIBR Statistics

Tue Jun 02, 2015

## Standards Incorporated by Reference (SIBR) Database
### Regulatory SIBR (R-SIBR)
### Search by Keyword: 'nfpa'

Within this application, Standards.gov provides links to external web sites containing information that may be of interest to you. Standards.gov does not endorse the views expressed or the facts presented on these external sites. Further, Standards.gov does not endorse any commercial products or services advertised or offered on or through these sites.

**Note**: Please be aware that because of the database size selecting the **Export to Excel** link for the entire database could take a long time to complete or might not complete at all depending on your Internet connection and computer configuration.

**Record Count**: 592        New Search        Export to Excel        Printer Friendly

Pages [ **1** *2 3 4 5 6 7 8 9 10 11 12* ]

**1** to **50** of **592** Rows                Next ▶        Last ▶▶|

### Regulatory SIBR Records

| SDO | Document Number | Document Title | Edition | Incorp By | CFR Location |
|---|---|---|---|---|---|
| National Fire Protection Association (NFPA) | NFPA 211 | Standard for Chimneys, Fireplaces and Vents | 1988 | DOE | 10 CFR 440 Appendix A |
| National Fire Protection Association (NFPA) | NFPA 31 | Standard for the Installation of Oil-Burning Equipment | 1987 | DOE | 10 CFR 440 Appendix A |
| National Fire Protection Association (NFPA) | NFPA 58 | Standard for the Storage and Handling of Liquefied Petroleum Gases | 1989 | DOE | 10 CFR 440 Appendix A |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1993 | DOE | 10 CFR 440 Appendix A |
| National Fire Protection Association (NFPA) | NFPA 805 | Performance-Based Standard for Fire Protection for Light Water Reactor Electric Generating Plants | 2001 | NRC | 10 CFR 50.48(c)(2)(vii)(A) |
| National Fire Protection Association (NFPA) | NFPA 805 | Performance-Based Standard for Fire Protection for Light Water Reactor Electric Generating Plants | 2001 | NRC | 10 CFR 50.48(c)(3)(i) |

JAROSZ03760

| | | | | | |
|---|---|---|---|---|---|
| National Fire Protection Association (NFPA) | NFPA 805 | Performance-Based Standard for Fire Protection for Light Water Reactor Electric Generating Plants | 2001 | NRC | 10 CFR 50.48(c)(3)(ii) |
| National Fire Protection Association (NFPA) | NFPA 805 | Performance-Based Standard for Fire Protection for Light Water Reactor Electric Generating Plants | 2001 | NRC | 10 CFR 50.48(c)(4) |
| National Fire Protection Association (NFPA) | NFPA 805 | Performance-Based Standard for Fire Protection for Light Water Reactor Electric Generating Plants | 2001 | NRC | 10 CFR 50.48(c)(4)(i) |
| National Fire Protection Association (NFPA) | NFPA 805 | Performance-Based Standard for Fire Protection for Light Water Reactor Electric Generating Plants | 2001 | NRC | 10 CFR 50.48(f) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1999 | CPSC | 16 CFR 1211.2(c) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1978 | CPSC | 16 CFR 1505.5(e)(5) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1971 | CPSC | 16 CFR 1505.5(h)(2) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1993 | HUD/HC | 24 CFR 200.925c(a)(2) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1993 | HUD/HC | 24 CFR 200.925c(c)(2) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1993 | HUD/HC | 24 CFR 200.925c(c)(3) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 1993 | HUD/HC | 24 CFR 200.925c(c)(4) |
| National Fire Protection Association (NFPA) | NFPA 70A | Electrical Code for 1- and 2-Family Dwellings | 1990 | HUD/HC | 24 CFR 200.926b(a)(2) |
| National Fire Protection | NFPA 70A | Electrical Code for 1- and 2-Family Dwellings | 1990 | HUD/HC | 24 CFR 200.926b(c) |

JAROSZ03761

| | | | | | |
|---|---|---|---|---|---|
| National Fire Protection Association (NFPA) | | | | | |
| National Fire Protection Association (NFPA) | NFPA Publication | Fire Safety Code | NDG | HUD/HC | 24 CFR 201.2 Fire safety equipment loan |
| National Fire Protection Association (NFPA) | NFPA 501 | Standard for Mobile Home Heating, Cooling Load Calculations | 1976 | HUD/HC | 24 CFR 203.43f(c)(iii) |
| National Fire Protection Association (NFPA) | NFPA 220 | Standard Types of Building Construction | 1995 | HUD/HC | 24 CFR 3280.202 Limited Combustible (1) |
| National Fire Protection Association (NFPA) | NFPA 220 | Standard Types of Building Construction | 1995 | HUD/HC | 24 CFR 3280.202 Noncombustible material |
| National Fire Protection Association (NFPA) | NFPA 255 | Standard Method of Test of Surface Burning Characteristics of Building Materials | 1996 | HUD/HC | 24 CFR 3280.203 (a) |
| National Fire Protection Association (NFPA) | NFPA 31 | Standard for the Installation of Oil-Burning Equipment | 1997 | HUD/HC | 24 CFR 3280.703 |
| National Fire Protection Association (NFPA) | NFPA 54/ANSI Z223.1 | National Fuel Gas Code | 2002 | HUD/HC | 24 CFR 3280.703 |
| National Fire Protection Association (NFPA) | NFPA 90B | Warm Air Heating and Air Conditioning Systems | 1996 | HUD/HC | 24 CFR 3280.703 |
| National Fire Protection Association (NFPA) | NFPA 58 | Standard for the Storage and Handling of Liquefied Petroleum Gases | 2001 | HUD/HC | 24 CFR 3280.703 |
| National Fire Protection Association (NFPA) | NFPA 58 | Standard for the Storage and Handling of Liquefied Petroleum Gases | 2001 | HUD/HC | 24 CFR 3280.704 (b)(5)(i) |
| National Fire Protection Association (NFPA) | NFPA 31 | Standard for the Installation of Oil-Burning Equipment | 1997 | HUD/HC | 24 CFR 3280.707 (f) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.801 (a) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.801 (b) |

JAROSZ03762

| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.803 (k)(1) |
|---|---|---|---|---|---|
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.803 (k)(3) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.803 (k)(3)(ii) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.803 (k)(3)(iii) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.804 (a) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.804 (k) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.805 (a)(3)(iv) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.806 (a)(2) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.807 (c) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.808 (a) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.808 (m) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.808 (q) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3280.811 (b) |
|  | NFPA 70 | National Electrical Code | NDG | HUD/HC |  |

JAROSZ03763

| National Fire Protection Association (NFPA) | | | | | 24 CFR 3282.12(b)(3)(i)(A)(5) |
|---|---|---|---|---|---|
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | NDG | HUD/HC | 24 CFR 3282.12(b)(3)(i)(B)(5) |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | NDG | HUD/HC | 24 CFR 3282.12(b)(3)(i)(C)(4) |
| National Fire Protection Association (NFPA) | NFPA 501A | Standard for Fire Safety Criteria for Manufactured Home Installations, Sites, and Communities | 2003 | HUD/HC | 24 CFR 3285.101 |
| National Fire Protection Association (NFPA) | NFPA 70 | National Electrical Code | 2005 | HUD/HC | 24 CFR 3285.702(e)(1) |

**1** to **50** of **592** Rows          Next ≫          Last ≫≫

◄ *Back Link*

Click this CANCEL LINK to **Cancel** this action.

**Standards.gov** is maintained and operated by the National Institute of Standards and Technology (NIST).
Standards.gov  |  Privacy Policy  |  Contact Us  |  Last Updated 3/7/2013

JAROSZ03764