# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>    Plaintiffs-Counterdefendants, <br><br>  v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>    Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT-COUNTERCLAIMANT'S MOTION TO STRIKE JAROSZ REPORT** <br><br> Action Filed: August 6, 2013 |

  Having fully considered Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to Strike, and having reviewed all documents and argument in support thereof and in opposition thereto, and for good cause shown, this Court GRANTS Defendant-Counterclaimant Public.Resource.Org, Inc.'s Motion to Strike Exhibit 1 to the Declaration of Jordana Rubel in support of Plaintiffs' Motion for Summary Judgment and Permanent Injunction, ECF No. 118-12, namely the Report of John C. Jarosz.

  **IT IS HEREBY ORDERED** that Defendant's motion is GRANTED and the exhibit is stricken.

Dated: _____  _____
                       The Honorable Tanya S. Chutkan
                       UNITED STATES DISTRICT JUDGE