**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Case No. 1:13-cv-01215-TSC<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: August 6, 2013 |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2015, a copy of the foregoing documents:

- Memorandum of Points and Authorities in Support of Defendant-Counterclaimant Public.Resource.Org's Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and Permanent Injunction.
- Defendant Public.Resource.Org's Statement of Material Facts.
- Declaration of Matthew Becker in support of Defendant-Counterclaimant Public.Resource.org, Inc.'s Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and Permanent Injunction.
- Index of Consolidated Exhibits in support of Defendant-Counterclaimant Public.Resource.org, Inc.'s Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment and Permanent Injunction.; and
- The following Exhibits:

| Exh. No. | Description |
|---|---|
| 21 | Email from Donald Bliss to Ernest Petrin, dated July 31, 2013 (Exhibit 1003 to the deposition of Donald Bliss). |
| 22 | "Comments of ASTM International," (Exhibit 1025 to the deposition of Jeffrey Grove). |
| 53 | Email re: Executive Session and attachment entitled "The Next Decade at NFPA" (Exhibit 1212 to the deposition of Bruce Mullen). |
| 74 | "Form for Comments for NFPA Report on Proposals" (Exhibit 1270 to the deposition of Christian Dubay). |
| 75 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1275 to the deposition of Christian Dubay). |
| 76 | "Form for Proposals on NFPA Technical Committee Documents" (Exhibit 1280 to the deposition of Christian Dubay). |
| 80 | ASTM's 2011 Membership Renewal Notices (Exhibit 1293 to the deposition of Daniel Smith). |
| 82 | ASTM Membership Application (ASTM068894) (Exhibit 1296 to the deposition of Daniel Smith). |

| Exh. No. | Description |
|---|---|
| 83 | ASTM Membership Application (ASTM079420) (Exhibit 1297 to the deposition of Daniel Smith). |
| 84 | ASTM Application (ASTM073844) (Exhibit 1298 to the deposition of Daniel Smith). |
| 85 | ASTM Applications (ASTM066848–853) (Exhibit 1299 to the deposition of Daniel Smith). |
| 86 | ASTM Application ( ASTM067024) (Exhibit 1300 to the deposition of Daniel Smith). |
| 87 | ASTM Applications (ASTM066871, ASTM069213, ASTM069058, ASTM080176, ASTM061450, ASTM063146, ASTM063147, ASTM065682, and ASTM066345) (Exhibit 1301 to the deposition of Daniel Smith). |
| 88 | ASTM Renewal Invoices (ASTM066871, ASTM069213, ASTM069058, ASTM080176, ASTM061450, ASTM063146, ASTM063147, ASTM065682, ASTM066345) (Exhibit 1302 to the deposition of Daniel Smith). |
| 89 | ASTM Application (ASTM067024) (Exhibit 1303 to the deposition of Daniel Smith). |
| 90 | ASTM Renewal Invoice (ASTM075697) (Exhibit 1304 to the deposition of Daniel Smith). |
| 91 | ASTM renewal invoice with control number ASTM082973, which was marked as Exhibit 1305 to the deposition of Daniel Smith. |
| 92 | ASTM “Record Retention Policy,” with control number ASTM003501–22, which was marked as Exhibit 1311 to the deposition of Daniel Smith. |
| 93 | ASTM applications with control numbers ASTM052816, ASTM052817, ASTM062194, ASTM062195, ASTM062198, and ASTM062199 which were marked as Exhibit 1315 to the deposition of Daniel Smith. |
| 94 | Email thread ending with an email from Rosemary Wilson to Ashraf Khan, with control numbers ASTM087493–97, which was marked as Exhibit 1318 to the deposition of Daniel Smith. |
| 114 | ASTM Quote/Proforma, dated Jan. 13, 2010 (ASTM077993). |
| 129 | “Form for Proposals For 2011 National Electrical Code” (NFPA-PR0089775–782). |
| 140 | “2012 Accomplishments and 2013 Objectives” (Exhibit 1033 in the deposition of Jeffrey Grove). |
| 141 | Email from John Pace to Jeff Grove re “RE: Standards Summaries,” dated July 9, 2012 (Exhibit 1056 in the deposition of Jeffrey Grove). |
| 142 | Email from John Pace to Jeff Grove re “RE: Standards Summaries,” dated July 10, 2012 (Exhibit 1057 in the deposition of Jeffrey Grove). |

| Exh. No. | Description |
|---|---|
| 146 | Email from James Thomas to M. McKiel re "RE: FW: ANSI IPRPC: Malamud update, 1/15," dated Jan. 15, 2013 (Exhibit 1046 in the deposition of Jeffrey Grove). |
| 150 | Email from Jim Shannon to James Thomas re: Codes on the Web, produced by Plaintiffs as NFPA-PR0022674-675. |
| 153 | Email from Jeff Grove to "ASTM Senior Staff," re: Tee-up for Retreat Discussion on Public Access to Standards, produced at ASTM101778-779, (Exhibit 1036 to the deposition of Jeffrey Grove). |

were served via e-mail to the following counsel of record:

*Counsel for American Society for Testing and Materials dba ASTM International, Inc.*

Michael F. Clayton
J. Kevin Fee
Jordana S. Rubel
MORGAN, LEWIS & BOCKUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
mclayton@morganlewis.com
jkfee@morganlewis.com
jrubel@morganlewis.com

*Counsel for National Fire Protection Association, Inc.*

Anjan Choudhury
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Anjan.Choudhury@mto.com

Nathan M. Rehn
Jonathan H. Blavin
Kelly M. Klaus
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Thane.Rehn@mto.com
Jonathan.Blavin@mto.com
Kelly.Klaus@mto.com

*Counsel for American Society of Heating,*
*Refrigerating, and Air-Conditioning Engineers, Inc.*

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 2006-4707
jbucholtz@kslaw.com

Jason Blake Cunningham
Joseph R. Wetzel
Kenneth L. Steinthal
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
bcunningham@kslaw.com
jwetzel@kslaw.com
ksteinthal@kslaw.com

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: December 21, 2015

*/s/ Andrew P. Bridges*
Andrew P. Bridges