**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC.<br><br>                  Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>                  Defendant. | Case No. 1:13-cv-01215-TSC<br><br>**CERTIFICATE OF SERVICE**<br><br>Action Filed: August 6, 2013 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2015, a copy of the foregoing documents:

- NOTICE OF ELECTRONIC FILING;

- MOTION FOR LEAVE TO FILE UNDER SEAL MOTION TO STRIKE EXPERT REPORT OF JOHN JAROSZ AND SUPPORTING DOCUMENTS;

- MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S MOTION TO STRIKE JAROSZ REPORT [FILED UNDER SEAL];

- SEALED EXHIBITS 4, 6, AND 8 TO THE DECLARATION OF KATHLEEN LU IN SUPPORT OF DEFENDANT COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S MOTION TO STRIKE JAROSZ REPORT; and,

- CERTIFICATE OF SERVICE.

 were served via e-mail to the following counsel of record:


*Counsel for American Society for Testing and Materials dba ASTM International, Inc.*

Michael F. Clayton
J. Kevin Fee
Jordana S. Rubel
MORGAN, LEWIS & BOCKUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
mclayton@morganlewis.com
jkfee@morganlewis.com
jrubel@morganlewis.com

*Counsel for National Fire Protection Association, Inc.*

Anjan Choudhury
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Anjan.Choudhury@mto.com

Nathan M. Rehn
Jonathan H. Blavin
Kelly M. Klaus
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Thane.Rehn@mto.com
Jonathan.Blavin@mto.com
Kelly.Klaus@mto.com

1

*Counsel for American Society of Heating,*
*Refrigerating, and Air-Conditioning Engineers, Inc.*

Jeffrey S. Bucholtz
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 2006-4707
jbucholtz@kslaw.com

Jason Blake Cunningham
Joseph R. Wetzel
Kenneth L. Steinthal
KING & SPALDING LLP
101 Second Street, Suite 2300
San Francisco, CA 94105
bcunningham@kslaw.com
jwetzel@kslaw.com
ksteinthal@kslaw.com


        I declare under penalty of perjury under the laws of the State of California and the

 United States that the above is true and correct.



 Date: December 21, 2015                          */s/     Kathleen Lu*
                                                    Kathleen Lu