UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR TESTING AND )
MATERIALS d/b/a ASTM )
INTERNATIONAL, et al. )
)
       Plaintiffs, )  Civil Action No. 1:13-cv-01215-TSC
)
v. )
)
PUBLIC.RESOURCE.ORG, INC., )
)
       Defendant. )
)

## MOTION FOR ADMISSION *PRO HAC VICE* OF GERALD W. GRIFFIN

Pursuant to LCvR 83.2(d), BONNIE HOCHMAN ROTHELL, counsel for *amici* The American National Standards Institute, Inc. ("ANSI"), American Society of Safety Engineers ("ASSE"), The Institute of Electrical and Electronics Engineers, Incorporated ("IEEE"), International Association of Plumbing & Mechanical Officials ("IAPMO"), National Electrical Manufacturers Association ("NEMA"), North American Energy Standards Board ("NAESB"), and Underwriters Laboratories Inc. ("UL"), and a member in good standing of the bar of this Court, respectfully moves for admission of Gerald W. Griffin *pro hac vice*. Mr. Griffin's Declaration in support of his admission is attached as Exhibit 1.

As set forth in Mr. Griffin's Declaration, he is admitted and an active member in good standing of the bar of New York and the United States District Courts for the Southern and Eastern Districts of New York. Mr. Griffin is a partner at Carter Ledyard & Milburn LLP, located at 2 Wall Street, New York, NY 10005. Pursuant to LCvR 7(m), Mr. Griffin attempted to confer with counsel for Defendant regarding this *pro hac vice* motion on December 21, 2015

and December 28, 2015, but was unsuccessful in obtaining a response. In accordance with LCvR 7(c), a proposed Order is attached hereto.

WHEREFORE, BONNIE HOCHMAN ROTHELL respectfully requests that this Court admit Gerald W. Griffin *pro hac vice* for the purposes of filing an *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgement in this case.

DATED:   December 28, 2015            Respectfully submitted,

MORRIS, MANNING & MARTIN, LLP

*/s/ Bonnie Y. Hochman Rothell*
Bonnie Y. Hochman Rothell
   D.C. Bar # 421606
1401 Eye Street, N.W., Suite 600
Washington, DC 20005
bhrothell@mmmlaw.com
Telephone:  (202) 408-5153
Facsimile:   (202) 408-5146

## **CERTIFICATE OF SERVICE**

In accordance with LCvR 5.3, I certify that on December 28, 2015, I caused a true and correct copy of the Motion for Admission *pro hac vice* of Gerald W. Griffin to be forwarded by CM/ECF electronic service to Defendant's counsel of record, as detailed below.

Andrew Phillip Bridges
FENWICK & WEST, LLP
555 California Street
Suite 1200
San Francisco, CA 94104
(415) 875-2389
Email: abridges@fenwick.com

Mitchell L. Stoltz
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Fax: (415) 436-9993
Email: mitch@eff.org

Corynne McSherry
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
Fax: (415) 436-9993
Email: corynne@eff.org

David Elliot Halperin
1530 P Street, NW
Washington, DC 20005
(202) 905-3434
Email: davidhalperindc@gmail.com

Kathleen Lu
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104
Email: klu@fenwick.com

Matthew B. Becker
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
(650) 335-7930
Email: mbecker@fenwick.com

                                                                    */s/ Bonnie Y. Hochman Rothell*
                                                                    Bonnie Y. Hochman Rothell