# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-01215-TSC |

## DECLARATION OF GERALD W. GRIFFIN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Gerald W. Griffin, hereby state as follows:

1. My full name is Gerald William Griffin.

2. My office address and telephone number are: Carter Ledyard & Milburn LLP, 2 Wall Street, New York, NY 10005, (212) 732-3200.

3. I am a member in good standing of the bar of New York and the United States District Courts for the Southern and Eastern Districts of New York.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

2

I declare under penalty and perjury that the forgoing is true and correct.

Executed on December 28, 2015

                            CARTER LEDYARD & MILBURN LLP

                            _/s/ Gerald W. Griffin_

                            Gerald W. Griffin
                            2 Wall Street
                            New York, NY 10005
                            griffin@clm.com
                            Telephone:  (212) 732-3200
                            Facsimile:   (212) 732-3232