UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-01215-TSC |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF GERALD W. GRIFFIN

Upon consideration of the Motion for Admission *pro hac vice* of Gerald W. Griffin, it is ORDERED that this Motion for Admission *pro hac vice* be and hereby is GRANTED; and that Gerald W. Griffin is hereby admitted *pro hac vice* to appear and participate in the above-referenced action.

IT IS SO ORDERED.

DATED: _____

 

_____
Hon. Tanya S. Chutkan
United States District Court Judge