UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Unopposed Motion for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment, it is ORDERED that this Motion for Leave be and hereby is GRANTED, and that the *amicus* brief be filed within ____ days hereof.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1