UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>        Plaintiffs/Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>        Defendant/Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO STRIKE JAROSZ REPORT** <br><br> Complaint Filed: August 6, 2013 |

# **STIPULATION**

Counsel for Defendant Public.Resource.Org ("Public Resource") and Plaintiffs American Society for Testing and Materials ("ASTM"), National Fire Protection Association ("NFPA"), and American Society of Heating, Refrigerating, and Air-Conditioning Engineers ("ASHRAE") enter into the following Stipulation:

1. On December 21, 2015, Defendant filed a motion to strike the expert report of John Jarosz (Dkt. No. 124).

2. The parties stipulate that the time for Plaintiffs to file a response to the motion to strike the Jarosz report will be by January 21, 2016, and that the time for Defendant to file a reply brief in support of the motion to strike the Jarosz report will be February 4, 2016.

**IT IS SO STIPULATED.**

Dated:   December 28, 2015        FENWICK & WEST LLP

                                  By:   */s/ Matthew Becker*
                                        Matthew Becker

                                        Attorneys for Defendant
                                        PUBLIC.RESOURCE.ORG

Dated:   December 28, 2015        MORGAN, LEWIS & BOCKIUS LLP

                                  By:   */s/ J. Kevin Fee*
                                        J. Kevin Fee

                                        Attorneys for Plaintiff
                                        AMERICAN SOCIETY FOR TESTING
                                        AND MATERIALS

3

Dated:  December 28, 2015         KING & SPALDING LLP

                                  By:   */s/ J. Blake Cunningham*
                                        J. Blake Cunningham

                                        Attorneys for Plaintiff
                                        AMERICAN SOCIETY OF HEATING,
                                        REFRIGERATING, AND AIR
                                        CONDITIONING ENGINEERS

Dated:  December 28, 2015         MUNGER, TOLLES & OLSON LLP

                                  By:   */s/ Thane M. Rehn*
                                        Thane M. Rehn

                                        Attorneys for Plaintiff
                                        NATIONAL FIRE PROTECTION
                                        ASSOCIATION