# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING ENGINEERS, INC. <br><br>       Plaintiffs/Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>       Defendant/Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO STRIKE JAROSZ REPORT** <br><br> Complaint Filed: August 6, 2013 |

  Having fully considered the Joint Stipulation Regarding the Briefing Schedule for the Motion to Strike the Expert Report of John Jarosz, and for good cause shown, it is hereby

**ORDERED** that the Joint Stipulation Regarding the Briefing Schedule for the Motion to Strike the Expert Report of John Jarosz is GRANTED.


Dated: _____         _____
                         Honorable Tanya S. Chutkan
                         United States District Judge