UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL, NATIONAL, FIRE PROTECTION ASSOCIATION, INC., and AMERICAN SOCIETY OF HEATING REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>Plaintiff(s),<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.<br><br>Defendant. | 1:13-CV-01215 (TSC) |

**[PROPOSED] ORDER GRANTING ASSENTED-TO MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Assented-To Motion for Leave to File Amicus Curiae Brief in Support of Plaintiffs' Motion for Summary Judgment, it is ORDERED that this Motion for Leave to File is hereby GRANTED and that the amicus brief shall be filed by the January 11, 2016 deadline previously established by the Court.

SO ORDERED

DATED: _____

_____
Hon. Tanya S. Chutkan
United States District Court Judge

35597773.1