AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; <br><br> and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br> *Plaintiffs-Counterdefendants* <br> v. <br> PUBLIC.RESOURCE.ORG, INC. <br> *Defendant-Counterclaimnt* | Case No.  1:13-cv-01215-TSC-DAR |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sina Bahram

Date:    01/07/2016

*Attorney's signature*

Jeffrey T. Pearlman, CA #254759, DCD #CA00003
*Printed name and bar number*

559 Nathan Abbott Way
Stanford, CA 94303
*Address*

jef@law.stanford.edu
*E-mail address*

(650) 497-9443
*Telephone number*

(650) 723-4426
*FAX number*