# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>    Plaintiffs-Counterdefendants, <br><br>   v. <br><br> PUBLIC RESOURCE.ORG, INC., <br><br>    Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF SINA BAHRAM FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANT** <br><br> Action Filed: August 6, 2013 |

  Upon consideration of the Unopposed Motion of Sina Bahram for Leave to File Amicus Curiae Brief in Support of Defendant, it is ORDERED that this Motion for Leave be and hereby is GRANTED, consistent with the schedule previously set by the Court.

  IT IS SO ORDERED.

DATED: _____

                        _____
                        Hon. Tanya S. Chutkan
                        United States District Court Judge