IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, *et al*.<br><br>**Plaintiffs,**<br><br>v.<br><br>**PUBLIC.RESOURCE.ORG, INC.,**<br><br>**Defendant.** | Civil Action No. 1:13-cv-01215-TSC<br><br>NOTICE OF APPEARANCE |

To:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for *amicus* International Code Council, Inc.


DATED:  January 8, 2016                        Respectfully submitted,

/s/ Anthony Onorato
Anthony A. Onorato
D.D.C. Bar #482074
FISHERBROYLES LLP
445 Park Avenue, Ninth Floor
New York, NY 10022
tony.onorato@fisherbroyles.com
Telephone:  (202) 459-3599
Facsimile:  (516) 706-9809

2

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2016, I caused a true and correct copy of the foregoing Notice of Appearance to be served on all parties of record via the Court's CM/ECF system.


/s/ Anthony Onorato_____
Anthony A. Onorato