IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Civil Action No. 1:13-cv-01215-TSC<br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF ALAN S. WERNICK |

Pursuant to LCvR 83.2(d), ANTHONY A. ONORATO, counsel for *amicus* International Code Council, Inc., and a member in good standing of the bar of this Court, respectfully moves for admission of Alan S. Wernick *pro hac vice.* Mr. Wernick's Declaration in support of his admission is attached as Exhibit 1.

As set forth in Mr. Wernick's Declaration, he is admitted and an active member in good standing of the bars of the District of Columbia, Illinois, New York, Ohio, and the United States District Courts for the Northern District of Illinois, the Northern and Southern Districts of Ohio, the United States Court of Appeal for the 6th Circuit and 7th Circuit, and the United States Supreme Court. Mr. Wernick is a partner at FisherBroyles LLP, located at 203 North LaSalle Street, Suite 2100, Chicago, IL 60601.

Pursuant to LCvR 7(m), Mr. Wernick conferred with counsel for Defendant regarding this *pro hac vice* motion on January 6, 2016, and Defendant's counsel had no objection to this motion or the filing of the *amicus* brief. In accordance with LCvR 7(c), a proposed Order is attached hereto.

WHEREFORE, ANTHONY A. ONORATO respectfully requests that this Court admit Alan S. Wernick *pro hac vice* for the purposes of filing an *amicus curiae* brief in support of Plaintiffs' Motion for Summary Judgment in this case.

DATED:  January 8, 2016                    Respectfully submitted,

                                           /s/ Anthony Onorato
                                           Anthony A. Onorato
                                           D.D.C. Bar #482074
                                           FISHERBROYLES LLP
                                           445 Park Avenue, Ninth Floor
                                           New York, NY 10022
                                           tony.onorato@fisherbroyles.com
                                           Telephone: (202) 459-3599
                                           Facsimile:  (516) 706-9809

## **CERTIFICATE OF SERVICE**

I certify that on January 8, 2016, I caused a true and correct copy of the foregoing Motion for Admission *pro hac vice* of Alan S. Wernick to be served on all parties via the Court's CM/ECF system, including Defendant's counsel of record, as detailed below.

| | |
|---|---|
| Andrew Phillip Bridges<br>FENWICK & WEST, LLP<br>555 California Street, Suite 1200<br>San Francisco, CA 94104<br>(415) 875-2389<br>Email: abridges@fenwick.com | David Elliot Halperin<br>1530 P Street, NW<br>Washington, DC 20005<br>(202) 905-3434<br>Email: davidhalperindc@gmail.com |
| Mitchell L. Stoltz<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>(415) 436-9333<br>Fax: (415) 436-9993<br>Email: mitch@eff.org | Kathleen Lu<br>FENWICK & WEST LLP<br>555 California Street 12th Floor<br>San Francisco, CA 94104<br>(415) 875-2434<br>Email: klu@fenwick.com |
| Corynne McSherry<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>(415) 436-9333<br>Fax: (415) 436-9993<br>Email: corynne@eff.org | Matthew B. Becker<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 335-7930<br>Email: mbecker@fenwick.com |

/s/ Anthony Onorato
Anthony A. Onorato