# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL,** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**PUBLIC.RESOURCE.ORG, INC.,**<br><br>**Defendant.** | Civil Action No. 1:13-cv-01215-TSC |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE** *AMICUS CURIAE* **BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Unopposed Motion for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Summary Judgment, it is ORDERED that this Motion for Leave be and hereby is GRANTED, and that the *amicus* brief be filed within __ days hereof.

IT IS SO ORDERED.

DATED: _____          _____
                                 Hon. Tanya S. Chutkan
                                 United States District Court Judge