IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br>Defendant. | Case No. 1:13-cv-01215-TSC<br><br>DECLARATION OF<br>ALAN S. WERNICK<br>IN SUPPORT OF MOTION FOR<br>ADMISSION PRO HAC VICE |

I, Alan S. Wernick, hereby state as follows:

1. My full name is Alan Stone Wernick.

2. My office address and telephone number are: FisherBroyles LLP, 203 North LaSalle Street, Suite 2100, Chicago, IL 60601; Phone – 847.786.1005.

3. I am a member in good standing of the bars of the District of Columbia, Illinois, New York, Ohio, and the United States District Courts for the Northern District of Illinois, the Northern and Southern Districts of Ohio, the United States Court of Appeal for the 6th Circuit and 7th Circuit, and the United States Supreme Court.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not practice law out of an office in Washington, D.C.

I declare under penalty and perjury that the forgoing is true and correct.

Executed on January 6, 2016

FisherBroyles LLP

_____
Alan S. Wernick (D.C. Bar: 410058)
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
E-mail: Alan.Wernick@FisherBroyles.com
Telephone: 847.786.1005
Facsimile: 847.412.9965