IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, *et al*.<br><br>**Plaintiffs,**<br><br>v.<br><br>**PUBLIC.RESOURCE.ORG, INC.,**<br><br>**Defendant.** | Civil Action No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF ALAN S. WERNICK**

Upon consideration of the Motion for Admission *pro hac vice* of Alan S. Wernick, it is ORDERED that this Motion for Admission *pro hac vice* be and hereby is GRANTED, and that Alan S. Wernick is hereby admitted *pro hac vice* to appear and participate in the above-referenced action.

IT IS SO ORDERED.

DATED: _____         _____
                                                                 Hon. Tanya S. Chutkan
                                                                 United States District Court Judge