IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br>  *Plaintiffs/Counter-Defendants*,<br>      v.<br>PUBLIC.RESOURCE.ORG, INC.,<br>  *Defendant/Counter-Plaintiff*. | No. 1:13-cv-1215 (TSC/DAR) |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:  Pursuant to Local Civil Rule 83.6(a) of this Court, I am admitted to practice in this Court, and I appear in this case as counsel for *amici curiae* Public Knowledge, Knowledge Ecology International, and the American Library Association. The identification information required by the rule appears below in the signature.

            Respectfully submitted,

Dated: January 11, 2016      */s/ Charles Duan*
            Charles Duan (D.C. Bar No. 1013998)
            Public Knowledge
            1818 N Street NW, Suite 410
            Washington, DC 20036
            (202) 861-0020
            cduan@publicknowledge.org

            *Counsel for amici curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, I caused the foregoing **Notice of Appearance** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: January 11, 2016    */s/ Charles Duan*
Charles Duan
*Counsel for amici curiae*