**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>      *Plaintiffs/Counter-Defendants*, <br><br>      v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>      *Defendant/Counter-Plaintiff.* | No. 1:13-cv-1215 (TSC/DAR) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE A BRIEF OF *AMICI CURIAE***

THIS CAUSE COMING to be heard on motion by Public Knowledge, Knowledge Ecology International, and the American Library Association for leave to file a brief of *amici curiae*, proper notice having been served, and the Court being fully advised on the matter:

IT IS HEREBY ORDERED that the motion is **GRANTED**.

SO ORDERED:

Dated: January _____, 2016      */s/ Charles Duan* _____

The Honorable _____