**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> *Defendant/Counter-Plaintiff*. | No. 1:13-cv-1215 (TSC/DAR) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1 of this Court, I, the undersigned, counsel of record for Public Knowledge, Knowledge Ecology International, and the American Library Association, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of which have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: January 11, 2016

*/s/ Charles Duan*

Charles Duan (D.C. Bar No. 1013998)
Public Knowledge
1818 N Street NW, Suite 410
Washington, DC 20036
(202) 861-0020
cduan@publicknowledge.org

*Counsel for amici curiae*

Rev. 8c93107e

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2016, I caused the foregoing **Corporate Disclosure State-**

**ment** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically

send email notification of such filing to all counsel of record.

Dated: January 11, 2016                    */s/ Charles Duan*
                                            Charles Duan
                                            *Counsel for amici curiae*