# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | **Civil Action No. 1:13-cv-01215-TSC** |

## (PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON BEHALF OF LAW SCHOLARS IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION

Upon consideration of the Unopposed Motion for Leave to File *Amicus Curiae* Brief on Behalf of Law Scholars in support of Defendant-Counterclaimant Public.Resource.org's Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment and Permanent Injunction, it is ORDERED that this Motion for Leave be hereby GRANTED.

IT IS SO ORDERED.

DATED: _____   _____
Hon. Tanya S. Chutkan
United States District Court Judge