AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERI )  | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:13-cv-01215-TSC-DAR |
| PUBLIC.RESOURCE.ORG, INC. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amicus The Reporters Committee for Freedom of the Press.

Date:   01/11/2016

/s/ Bruce D. Brown
*Attorney's signature*

Bruce D. Brown, D.C. Bar No. 57317
*Printed name and bar number*

1156 15th St. NW, Suite 1250
Washington, D.C. 20005

*Address*

bbrown@rcfp.org
*E-mail address*

(202) 795-9301
*Telephone number*

(202) 795-9310
*FAX number*