# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR TESTING
AND MATERIALS d/b/a ASTM
INTERNATIONAL;

NATIONAL FIRE PROTECTION
ASSOCIATION, INC.; and

AMERICAN SOCIETY OF HEATING,
REFRIGERATING, AND AIR
CONDITIONING ENGINEERS,

              Plaintiffs-Counterdefendants,

      v.

PUBLIC.RESOURCE.ORG, INC.,

              Defendant-Counterclaimant.

Case No. 1:13-cv-01215-TSC-DAR

**[PROPOSED] ORDER GRANTING MOTION OF THE REPORTERS COMMITTEE
FOR FREEDOM OF THE PRESS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT'S MOTION FOR SUMMARY
JUDGMENT AND IN OPPOSITION TO PLAINTIFFS-COUNTERDEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION**

THIS MATTER came before the court on the motion of the Reporters Committee for

Freedom of the Press ("Reporters Committee") for leave to file a brief as *amicus curiae* in

support of Defendant-Counterclaimant's motion for summary judgment and in opposition to

Plaintiffs-Counterdefendants' motion for summary judgment and for a permanent injunction.

      The Court, having considered the motion and any opposition, HEREBY ORDERS that

the Reporters Committee's motion for leave to file a brief as *amicus curiae* is GRANTED.

DATED this _____ day of _____, 2016.

_____

The Honorable Tanya S. Chutkan

Presented by:


Reporters Committee for Freedom of the Press


/s/ Bruce D. Brown_____
Bruce D. Brown (D.C. Bar No. 57317)
THE REPORTERS COMMITTEE
    FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: 202.795.9303
Email: bbrown@rcfp.org
*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2016, the foregoing document was filed electronically with the Clerk of the Court through the Court's CM/ECF system, which will automatically serve all counsel of record.


Dated: January 11, 2016

/s/ Bruce D. Brown
Bruce D. Brown (D.C. Bar No. 57317)
THE REPORTERS COMMITTEE
  FOR FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1250
Washington, D.C. 20005
Telephone: 202.795.9303
Email: bbrown@rcfp.org
*Counsel for Amicus Curiae*