UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Case No. 1:13-cv-01215-TSC-DAR |

**DECLARATION OF SEBASTIAN E. KAPLAN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Sebastian E. Kaplan, declare as follows:

1. My name is Sebastian E. Kaplan. I serve as counsel for Defendant Public.Resource.Org, Inc.

2. I am an attorney practicing with Fenwick & West LLP, located at 555 California Street, 12th Floor, San Francisco, California 94104. My phone number is (415) 875-2300.

3. I am a member in good standing of the Bar of California. I have also been admitted to practice before the courts listed in Attachment A to this Declaration.

4. I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5. I am not currently admitted to practice in the United States District Court for the District of Columbia.

6.  I have been admitted *pro hac vice* to practice in this Court once within the last two years.

7.  I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

8.  I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the Rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 13, 2016 at San Francisco, California.

_____
Sebastian E. Kaplan

Attachment A

**Sebastian E. Kaplan**
**Court Admissions**

| Court | Address | Date of Admission |
|---|---|---|
| USDC Northern District of California | 450 Golden Gate Avenue San Francisco, CA 94102 | February 6, 2007 |
| USDC Central District of California | 312 N. Spring Street Los Angeles, CA 90012 | July 25, 2012 |
| U.S. Court of Appeals for the Ninth Circuit | P.O. Box 193939 San Francisco, CA 94119 | February 16, 2007 |