**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, d/b/a ASTM INTERNATIONAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant. | Case No. 1:13-cv-01215-TSC-DAR |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SEBASTIAN E. KAPLAN**

Upon consideration of Defendant Public.Resource.Org, Inc.'s motion for the admission *pro hac vice* of Sebastian E. Kaplan, it is hereby ORDERED that the motion for the admission *pro hac vice* of Sebastian E. Kaplan on behalf of Public.Resource.Org, Inc. in the above-captioned case be GRANTED, and that Sebastian E. Kaplan is hereby admitted *pro hac vice* to appear and participate as co-counsel in the above-referenced action.

IT IS SO ORDERED.

Date: _____          _____
                                                                    Hon. Tanya S. Chutkan
                                                                    U.S. District Court Judge