# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs/<br>          Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/<br>          Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## SUPPLEMENTAL DECLARATION OF JORDANA S. RUBEL

Pursuant to 28 U.S.C. § 1746, I, Jordana S. Rubel, declare the following statements to be true under the penalties of perjury:

1.    I am over the age of 18 years and am fully competent to testify to the matters stated in this Declaration.

2.    This declaration is based on my personal knowledge.  If called to do so, I would and could testify to the matters stated herein.

3.    I am an associate at Morgan Lewis & Bockius LLP, which represents Plaintiff American Society for Testing and Materials in this matter.

4.    Attached as Exhibit 1 are true and correct copies of excerpts from the transcript of the deposition of James Fruchterman, which took place on July 31, 2015.

5.    Attached as Exhibit 2 is a true and correct copy of Exhibit 4006 to the deposition of James Fruchterman.

6.    Attached as Exhibit 3 are true and correct copies of excerpts from the transcript of the deposition of Daniel Smith, which took place on July 24, 2015.

7.    ASTM produced copies of tens of thousands of paper membership renewal forms to Defendant in this litigation.  The Bates range for these documents was ASTM0345596-ASTM088302.

8.    Attached as Exhibit 4 are true and correct copies of excerpts from the transcript of the deposition of Jeffrey Grove, which took place on March 4, 2015.

9.    Attached as Exhibit 5 are true and correct copies of excerpts from the transcript of the deposition of Carl Malamud, which took place on February 27, 2015.

10.    Attached as Exhibit 6 is a true and correct copy of a webpage that was accessed from the following URL on January 21, 2016:  https://www.acus.gov/contacts/emily-s-bremer.

11.    Attached as Exhibit 7 are true and correct copies of excerpts from the transcript of the deposition of Steven Comstock, which took place on March 5, 2015.

12.    Attached as Exhibit 8 are true and correct copies of excerpts from the transcript of the deposition of Stephanie Reiniche, which took place on March 30, 2015.

13.    Attached as Exhibit 9 are true and correct copies of excerpts from the transcript of the deposition of Bruce Mullen, which took place on March 31, 2015.

Dated:  January 21, 2016

_____
Jordana S. Rubel

# EXHIBIT 1

Case 1:13-cv-01215-TSC  Document 155-8  Filed 01/21/16  Page 4 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR
TESTING AND MATERIALS,
d/b/a ASTM INTERNATIONAL;
NATIONAL FIRE PROTECTION
ASSOCIATION, INC.; and
AMERICAN SOCIETY OF
HEATING, REFRIGERATION AND
AIR CONDITIONING ENGINEERS,

                 Plaintiffs and
   Counter-Defendants,

          v.               Civil Action No.
                            1:13-cv-01215-TSC
PUBLIC.RESOURCE.ORG, INC.,

             Defendant and
   Counter-Plaintiff.     PAGES 1 - 264
_____/

Videotaped Deposition of: JAMES FRUCHTERMAN

DATE:        Friday, July 31, 2015

TIME:        9:34 a.m.

LOCATION:    Morgan, Lewis & Brockius, LLP
              Two Palo Alto Square, Suite 700
              Palo Alto, California

REPORTED BY:  Kelli Combs
              Certified Shorthand Reporter
              License 7705.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Case 1:13-cv-01215-TSC Document 155-8 Filed 01/21/16 Page 5 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

52

1       Q     And what type of entities are authorized

2   entities?

3       A     I don't have the precise code cite, but

4   authorized entities have to meet some

5   qualifications, nonprofit or government agency,

6   primary mission to serve people with disabilities.

7   It has to be one of their -- one of their primary

8   missions.  There may be some other qualifications,

9   but those are the big ones I think of.

10      Q     So if you meet those two qualifications,

11  what exception are you provided?

12            MR. KAPLAN:  Objection; vague, incomplete

13  hypothetical, calls for a legal conclusion.

14            THE WITNESS:  So some of the provisions of

15  Chafee, as I recall, are that you can make an

16  accessible copy of a literary work with some

17  exceptions for people with qualifying print

18  disabilities.

19  BY MS. RUBEL:

20      Q     And you're permitted to make accessible

21  copies exclusively for people with disabilities; is

22  that right?

23            MR. KAPLAN:  Objection; argumentative,

24  calls for a legal conclusion, incomplete

25  hypothetical, vague.

53

1        THE WITNESS:  The word "exclusively"

2  probably appears in the statute, but I'm not

3  100 percent sure.

4  BY MS. RUBEL:

5     Q     Well, is it your understanding that under

6  the Chafee Amendment if you meet certain

7  requirements, you're permitted to make copies of the

8  literary work and distribute them to anyone?

9        MR. KAPLAN:  Objection; calls for a legal

10  conclusion, argumentative, incomplete hypothetical,

11  vague.

12        THE WITNESS:  As an organization that is

13  availing itself of the Chafee Amendment, among other

14  things, we go to some length to make sure that

15  people with print disabilities are the only people

16  that are eligible for our service.

17  BY MS. RUBEL:

18     Q     And do you go to those lengths because

19  it's your understanding that the Chafee Amendment

20  requires you to only make the materials accessible

21  to people with print disabilities?

22        MR. KAPLAN:  Objection; calls for a legal

23  conclusion, vague.

24        THE WITNESS:  As someone who operates

25  under the Chafee Amendment to support that, we need

54

1    to ensure that we only distribute them to people who

2    have qualifying disabilities.  Yes.

3    BY MS. RUBEL:

4       Q    Why is that?

5       A    Because --

6            MR. KAPLAN:  Objection; calls for a legal

7    conclusion, calls for speculation, vague.

8            THE WITNESS:  I -- I believe that's the

9    language of the statute, that it's -- that it's

10   making the materials available for people with

11   disabilities.

12   BY MS. RUBEL:

13      Q    And I think you mentioned that Benetech

14   operates as a nonprofit that you would consider an

15   authorized entity under the Chafee Amendment?

16           MR. KAPLAN:  Objection; misstates

17   testimony, calls for a legal conclusion, vague.

18           THE WITNESS:  Yes.

19   BY MS. RUBEL:

20      Q    Are there any other requirements that

21   Benetech must meet in order to provide copies of

22   literary works to people with print disabilities

23   under the Chafee Amendment?

24           MR. KAPLAN:  Objection; calls for a legal

25   conclusion, vague.

Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

80

1            Those are the three major ways that people

2   provide proof of disability.

3       Q    Would that be some kind of doctor?

4            MR. KAPLAN:  Objection; vague.

5            THE WITNESS:  It varies by disability what

6   professional credential someone needs to have to

7   provide a certification of disability.

8   BY MS. RUBEL:

9       Q    So to access materials from Bookshare that

10  are made pursuant to the Chafee Amendment, an

11  individual would have had to show some proof of

12  disability by one of the methods that you just

13  described; is that correct?

14           MR. KAPLAN:  Objection; misstates

15  testimony, vague.

16           THE WITNESS:  If the Chafee Amendment is

17  one of the mechanisms we're using to deliver the

18  book, then there has to be an association with a

19  person with a qualifying disability under the Chafee

20  Amendment to obtain a copyrighted work.  Yes.

21  BY MS. RUBEL:

22      Q    And you have that configured into the

23  software so that the person clicks to open that

24  work, you will have ensured that you have proof of

25  disability on file?

Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

81

1          MR. KAPLAN:  Objection; argumentative,

2   vague, lacks foundation.

3          THE WITNESS:  A user who's logged in who

4   chooses to download a copyrighted work where we're

5   using the Chafee Amendment as one of our

6   justifications for doing so, there is an electronic

7   indication in -- that that is something they're

8   permitted to do.

9          So someone who has not provided proof of

10  disability is not allowed to download a copyrighted

11  work under the Chafee Amendment, but they could

12  download a public domain or creative comments work.

13  BY MS. RUBEL:

14     Q    If it was a copyrighted work and they

15  attempted to download it, they did not have proof of

16  disability on file, what would happen?

17          MR. KAPLAN:  Objection; incomplete

18  hypothetical, lacks foundation.

19          THE WITNESS:  My understanding is if they

20  have not provided proof of disability, the

21  "Download" button does not appear on the title page,

22  so they can find out that we have the work, but they

23  can't download it unless their account has that

24  enabled, and then there's a button that shows up

25  that says, How do you want to download it?

84

1          MR. KAPLAN:  Objection; calls for

2  speculation, lacks foundation, vague.

3          THE WITNESS:  My understanding was that

4  one of the uses of the scanned books was to make

5  books accessible to people with disabilities.

6  BY MS. RUBEL:

7     Q    Do you know if that consortium had any

8  safeguards in place that ensured that only people

9  with print disabilities would be able to access the

10  copies of those books?

11          MR. KAPLAN:  Objection; vague, lacks

12  foundation, calls for speculation.

13          THE WITNESS:  I believe that only faculty,

14  students and staff of the research universities were

15  able to access information about the books so that

16  that access control was the primary access control.

17          I know less about the details of

18  disability-specific access, but I do believe that

19  there was some difference between regular,

20  nondisabled faculty, staff and students and disabled

21  faculty, staff and students.

22  BY MS. RUBEL:

23     Q    Do you believe there was some sort of

24  certification required to show that the person had a

25  print disability to get access to certain of the --

85

1  of the books?

2          MR. KAPLAN:  Objection; vague.

3          THE WITNESS:  There are a lot of research

4  libraries that were involved in the case, and I

5  don't know what their process was beyond saying

6  these people have print disabilities so they'll get

7  more extensive access to the works than regular

8  faculty and staff and students.

9  BY MS. RUBEL:

10     Q    Are you familiar with --

11          Aside from the consortium and the

12  HathiTrust and Benetech, are you familiar with other

13  organizations that provide access to copies of

14  copyrighted works under the Chafee Amendment?

15          MR. KAPLAN:  Objection; vague.

16          THE WITNESS:  There are some national

17  organizations that are well-known in the field:  The

18  National Library Service for the Blind, Visually

19  Impaired and Physically Disabled of the Library of

20  Congress; NLS is the largest, Learning Ally,

21  formerly known as Recording for the Blind and

22  Dyslexic; the American Printing House for the Blind,

23  National Braille Press.

24          Those would probably be the four

25  organizations most often cited, along with -- sorry,

86

1    including Bookshare, which is the library that my

2    nonprofit, Benetech, operates.

3           But there are other organizations, many

4    other organizations, that I believe would assert

5    that they operate under the Chafee Amendment.

6    BY MS. RUBEL:

7        Q    NLS, do they have some sort of requirement

8    that an individual provide proof of disability

9    before being able to access copyrighted materials

10   under the Chafee Amendment?

11       A    Yes.

12          MR. KAPLAN:  Objection; lacks foundation.

13   BY MS. RUBEL:

14       Q    What are their requirements?

15       A    They are stated on the NLS website, and

16   they're similar to those that we use, and we have a

17   agreement with NLS that if someone has submitted NLS

18   their qualifications, we accept that as proof of

19   disability for Bookshare services.

20       Q    What about Learning Ally; do they have a

21   requirement that the person certify that they have a

22   print disability before being able to access the

23   materials?

24          MR. KAPLAN:  Objection; vague, lacks

25   foundation.

Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

87

1          THE WITNESS:  Yes.

2   BY MS. RUBEL:

3       Q    How about the American Printing House for

4   the Blind; do they have the same requirement?

5          MR. KAPLAN:  Objection; vague, lacks

6   foundation.

7          THE WITNESS:  Their requirement is

8   different because they're more narrowly focused on

9   blind and visually impaired students, and I'm not

10  sure that if they're providing a Braille copy of a

11  book, that they require people to prove that they're

12  disabled, because Braille is not -- hard copy

13  Braille is not easy to make copies of.

14  BY MS. RUBEL:

15      Q    So they're not providing something, for

16  example, that could be read by a screen reader?

17         MR. KAPLAN:  Objection; misstates the

18  testimony, argumentative, lacks foundation, vague.

19         THE WITNESS:  They do.  They have some

20  kind of registration system for students who have

21  the visual impairments that their organization

22  serves, and I believe that the visually impaired

23  students they serve would generally be understood as

24  qualifying under Chafee.

25

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 14 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

88

1  BY MS. RUBEL:

2      Q    So they may not have a certification

3  requirement for people who are blind; is that your

4  understanding?

5          MR. KAPLAN:  Objection; argumentative,

6  misstates testimony, vague.

7          THE WITNESS:  I don't understand all of

8  their process, but I would say that their

9  identification of visually impaired students through

10 school systems and state education agencies is

11 comparable to our seeking a proof of disability from

12 the school systems, because the school systems are

13 legally obligated to serve blind and visually

14 impaired students.

15         But I did provide proviso that I could

16 imagine they might serve up Braille without a proof

17 of disability.  It's not uncommon in our field that

18 hard copy Braille is circulated more broadly, and no

19 publisher has ever objected to that.

20 BY MS. RUBEL:

21     Q    Okay.  I understand.

22         And what about the National Braille Press;

23 are they providing things only in Braille?

24         MR. KAPLAN:  Objection; lacks foundation,

25 vague.

Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

89

1          THE WITNESS:  It's my understanding they

2     primarily provide Braille books, but they may

3     provide other things.  I think of them as The

4     Braille Press, so...

5     BY MS. RUBEL:

6          Q     Do you know if they have a certification

7     requirement to show that you have a print

8     disability?

9          MR. KAPLAN:  Objection; vague.

10          THE WITNESS:  I don't -- sorry.

11               (Reporter clarification)

12          THE WITNESS:  They might.

13     BY MS. RUBEL:

14          Q     Prior to this case --

15          Prior to being retained as an expert in

16     this case, were you familiar with

17     Public.Resource.Org?

18          MR. KAPLAN:  Objection; vague.

19          THE WITNESS:  I had heard of them.

20     BY MS. RUBEL:

21          Q     In what context had you heard of them?

22          A     I had probably met Carl Malamud at some

23     point.  I don't recall meeting him, but I was aware

24     of his organization and that he had done different

25     things around making things accessible, and this is

Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

142

1        A    I think we focused on the website that

2    didn't have an accessible sign-up process, and I'm

3    happy to find out which one of the three standards

4    bodies had that problem, just so I correctly testify

5    to that.

6        Q    Sure.

7        A    So I'm looking at my expert report.  So we

8    focused our efforts on NFPA when we did our

9    in-person evaluation.

10       Q    Is Rob Turner blind?

11       A    Yes.

12       Q    What is his background?

13            MR. KAPLAN:  Objection; vague.

14            THE WITNESS:  He's a blind engineer for my

15    nonprofit organization.

16    BY MS. RUBEL:

17       Q    What -- what is his role --

18            Is he employed by Benetech?

19       A    Yes, he's employed by Benetech as a -- as

20    a Quality Assurance Engineer.

21       Q    So what does he do in that role?

22       A    He tests the quality of our products,

23    including our websites, evaluates accessibility, but

24    his focus is on our products.

25       Q    Why did you seek Rob Turner's assistance?

143

1      A      He's one of our blind employees who

2  happens to be in the office regularly as opposed to

3  being located in other locations; so I could go down

4  and talk to him.

5      Q      So you asked --

6             You asked Rob to try to access standards

7  from NFPA's website and see if he was able to do so?

8             MR. KAPLAN:  Objection; vague.

9             Go ahead.

10            THE WITNESS:  Correct.  First, I asked him

11 to look at the sign-up process to see if he could

12 sign up for a free reading account without needing

13 assistance from a sighted person, and he wasn't able

14 to do that.

15 BY MS. RUBEL:

16     Q      Was there anything else you asked him to

17 do?

18     A      After I pushed the "I Agree" button and

19 got him through that, that roadblock, I also asked

20 him to try to read the standard in question.

21     Q      Did you ask Rob to try to access any of

22 the Plaintiffs' standards that are posted on Public

23 Resource's website?

24     A      No, I did not.

25     Q      What are the Web content accessibility

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 18 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

175

1          MR. KAPLAN:  It's okay.  Got to give me a

2   breath here.

3          THE WITNESS:  Okay.  I will.  I'll try.

4   BY MS. RUBEL:

5      Q    As part of your analysis, did you analyze

6   whether the tables in the HTML were accessible --

7   the tables in HTML from Public Resource's website

8   were accessible to blind people?

9      A    I don't recall evaluating tables in

10  detail.

11     Q    Did you evaluate whether the graphics in

12  the standards -- in Plaintiffs' standards were

13  accessible to blind people from Public Resource's

14  website?

15     A    No.

16          THE VIDEOGRAPHER:  Is this a good place?

17          MS. RUBEL:  Sure.  We can take a break.

18  We ran out of tape.

19          THE VIDEOGRAPHER:  This is end of Disk 2.

20  We're off the record at 3:37.

21               (Recess taken.)

22          THE VIDEOGRAPHER:  This is beginning of

23  Disk 3.  We're back on the record at 3:48.

24  BY MS. RUBEL:

25     Q    Based on your analysis of the Plaintiffs'

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 19 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

176

1  standards that are available on Public Resource's

2  website in HTML format, do you have enough

3  information to determine whether an engineer who

4  wanted access to that standard would be able to

5  obtain all the necessary information from the

6  standard?

7          MR. KAPLAN:  Objection; incomplete

8  hypothetical.

9          THE WITNESS:  No.

10 BY MS. RUBEL:

11     Q    Do you know how many of the standards on

12 Public Resource's website -- how many of Plaintiff's

13 standards that are available on Public Resource's

14 website are only available in PDF format?

15     A    No.

16     Q    Do you know how many of the standards that

17 are at issue in this case are only available on

18 Public Resource's website in PDF format?

19     A    No.

20     Q    Do you know if the number that is

21 available in PDF format is greater than the number

22 available in HTML format?

23          MR. KAPLAN:  Objection; vague.

24          THE WITNESS:  It would be likely from my

25 inspection of the directories that there would be

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 20 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

205

1      A      (Reading):

2              "Having reviewed the

3      accessibility of the same standards

4      content rendered by

5      Public.Resource.Org and those of

6      the free access options provided by

7      the NFPA, ASHRAE and ASTM, it is my

8      opinion that Public.Resource.Org

9      currently provides the only

10     accessible option for

11     people/citizens with print

12     disabilities to access these

13     standards."

14     Q      And in forming that opinion, you compared

15 the standards that were available on

16 Public.Resource.Org's website with the free access

17 options provided by Plaintiffs in forming that

18 opinion; is that correct?

19     A      Correct.

20     Q      Did you evaluate any PDFs being sold by

21 NFPA in forming that opinion?

22     A      No.

23     Q      Did you evaluate any PDFs being sold by

24 ASHRAE in forming that opinion?

25     A      No.

Case 1:13-cv-01215-TSC  Document 155-8  Filed 01/21/16  Page 21 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

206

1     Q     Did you evaluate any PDFs sold by ASTM in

2    forming that opinion?

3     A     No.

4     Q     So when you say that Public.Resource.Org

5    currently provides the only accessible option for

6    people/citizens with print disabilities to access

7    these standards, you're excluding from that opinion

8    any PDFs that are being offered by the Plaintiffs?

9          MR. KAPLAN:  Objection; misstates the

10   document and testimony, misleading and vague.

11         THE WITNESS:  In that sentence I refer to

12   "free access options."

13   BY MR. REHN:

14    Q     So when you said the only accessible

15   options, what you actually meant to say was the only

16   freely accessible options without charge?

17         MR. KAPLAN:  Objection.  Thane, you're

18   getting a little badgering here, but you can answer

19   the question.

20         THE WITNESS:  Yes.

21   BY MR. REHN:

22    Q     Is it possible that documents being sold

23   can be described as accessible to people with print

24   disabilities?

25         MR. KAPLAN:  Objection; vague.

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 22 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

207

1          THE WITNESS:  Yes.

2    BY MR. REHN:

3      Q    Have you ever described a PDF for sale as

4    being accessible to someone with print disabilities?

5      A    Let's see.  I'm not sure I've described --

6    I'm sure I've described paid products in other

7    formats as accessible, and I'm sure that I've

8    described PDFs as accessible.  I'm not sure I've

9    described a paid PDF product as accessible.

10     Q    But it's fair to say that if the PDFs

11   being sold by Plaintiffs are accessible to people

12   with print disabilities, this sentence would be

13   potentially inaccurate?

14          MR. KAPLAN:  Objection; misleading, vague,

15   argumentative.

16          THE WITNESS:  I think it's accurate as I

17   wrote it, but I'm happy, as we have, to clarify what

18   I meant by that sentence.

19   BY MR. REHN:

20     Q    Sure.

21          And to clarify what you meant was you were

22   comparing just the free access options provided by

23   the Plaintiffs on their websites with the content

24   rendered by Public.Resource.Org?

25     A    Those were the content that I evaluated,

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 23 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

208

1  yes.

2       Q    Are you aware that NFPA sells eBook

3  versions of some of its standards?

4       A    I'm -- I'm not sure I'm aware of that.

5       Q    And did you evaluate any eBook versions of

6  standards sold by NFPA or the other two Plaintiffs

7  in this case?

8       A    No.  I was not asked to.

9       Q    So do you have an opinion on whether the

10 eBook versions sold by NFPA and the other two

11 Plaintiffs are accessible to persons with print

12 disabilities?

13      A    I can't express an opinion without looking

14 at them.

15      Q    Do you have opinion on whether the PDFs

16 being sold by NFPA and the other two Plaintiffs in

17 this case are accessible to persons with print

18 disabilities?

19      A    No.  But in my experience, most PDFs are

20 not accessible or are not -- let me correct that.

21 Not as accessible as, say, HTML versions of those

22 would be since accessibility is on a spectrum.

23      Q    But you don't have an opinion as to these

24 specific PDFs that are sold by NFPA?

25      A    I haven't examined them.

209

1          MR. KAPLAN:  Do you want to take a break?

2          THE WITNESS:  No, I'll keep going.  I'll

3   get water next time.

4          MR. REHN:  You can take a break whenever

5   you want.

6          THE WITNESS:  No problem.

7   BY MR. REHN:

8      Q    So you mentioned earlier that you were

9   aware of an NFPA standard that was available on

10  Bookshare?

11     A    Uh-huh.

12     Q    If I could just show you a document.

13         MR. REHN:  What number are we up to?

14         THE REPORTER:  We're at 4002.

15              (Plaintiffs' Exhibit 4002 marked

16              for identification.)

17  BY MR. REHN:

18     Q    Do you recognize this as a printout of the

19  Bookshare Web page?

20     A    Yes.

21     Q    And you'll see here that this says "NFPA

22  70-2014 Electrical Code Book"?

23     A    Yes.

24     Q    And I believe you said earlier that your

25  understanding was that a partner of Bookshare had

210

1    submitted this to Bookshare?

2        A    Correct.

3        Q    Is that on the second page of this

4    exhibit, you see it says "Submitted by Daproim

5    Africa"?

6        A    Yes.

7        Q    Is that who you understand submitted this

8    document?

9        A    Yes.

10       Q    How does Bookshare enable certain persons

11   to share documents with Bookshare?

12       A    So we're talking about essentially the

13   content intake mechanisms at Benetech, and you'd

14   like me to enumerate those different mechanisms?

15       Q    Well, let's start with this Daproim

16   Africa.  They're an adult educator; is that what you

17   said earlier?

18       A    No.

19       Q    What's your understanding --

20            Do you know who this submitter is?

21       A    Yes.

22       Q    And who are they?

23       A    They're a subcontractor to Benetech for

24   books -- they do the proofreading services on books

25   we've been asked for by a student.

211

```
 1      Q    So a student would have submitted a

 2  request and because it was educational, you would

 3  have approved that request; is that what you

 4  testified to earlier?

 5           MR. KAPLAN:  Objection; misstates

 6  testimony, calls for speculation.

 7           THE WITNESS:  Yes.

 8  BY MR. REHN:

 9      Q    And after you approved that request, you

10  would have had a subcontractor proofread the

11  document and then upload it to Bookshare?

12           MR. KAPLAN:  Objection; vague, calls for

13  speculation.

14           THE WITNESS:  Yes.

15  BY MR. REHN:

16      Q    Do you allow anybody to submit documents,

17  other than subcontractors?

18      A    Yes.

19      Q    Do you engage in any quality control on

20  documents that persons, other than subcontractors,

21  submit?

22      A    Yes.

23      Q    And what is that quality control process?

24      A    We run an automated quality evaluator that

25  scores the document on, for example, looking for OCR
```

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 27 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

212

1    errors, looking for swear words, looking for length;

2    it's supposed to be 100-page document and it's a

3    1-page document that's submitted or a thousand-page

4    document.

5           And we also have a human being take a

6    brief look at the document, kind of just do a check

7    also to make sure that it makes -- that it makes

8    sense.

9    Q    Are those documents that are submitted

10   generally PDFs or Word documents or HTML?  What

11   format do they usually come in?

12          MR. KAPLAN:  Objection; lacks foundation,

13   calls for speculation, vague.

14          THE WITNESS:  Bookshare has a detailed

15   description of how we want documents submitted to

16   us.  In general, we prefer documents that are --

17   when they're coming from volunteers that are

18   scanning that are more Microsoft Word or RTF, which

19   is a related format.  For those books that are

20   scanned, that's our preferred format, and we

21   wouldn't accept a PDF.

22   BY MR. REHN:

23   Q    So you accept documents or books that are

24   scanned by volunteers?

25          MR. KAPLAN:  Objection; misstates

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 28 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

213

1  testimony.

2          THE WITNESS:  We accept books from quite a

3  number of sources of which volunteers is one source.

4  BY MR. REHN:

5      Q    Can anybody sign up to be a volunteer to

6  submit books or documents?

7      A    I think right now you have to be a U.S.

8  resident or organization.

9      Q    So any U.S. resident could sign up to

10  submit books or documents to Bookshare?

11      A    Yes, and they must agree to our volunteer

12  agreement that specifies the limitations on what

13  they can do and what they can't do.

14      Q    So if a concerned citizen wanted to get

15  books or documents accessible to the visually

16  impaired, they could volunteer to scan those

17  documents, proofread them, ensure that they're free

18  of errors and then submit them to Bookshare, and if

19  they passed your quality control process, you would

20  make them available on your website?

21          MR. KAPLAN:  Objection; incomplete

22  hypothetical, vague.

23          THE WITNESS:  Yes.

24  BY MR. REHN:

25      Q    Do you try to encourage volunteers to

218

1   and implementing the standard?

2       A    No.

3       Q    Did you see any graphical material in that

4   standard?

5       A    I recall seeing graphical material in the

6   standards I evaluated.

7       Q    Did you assess whether that graphical

8   material was accessible via a screen reader in the

9   HTML version of the Public Resource website?

10          MR. KAPLAN:  Objection; vague.

11          THE WITNESS:  I didn't check for

12   additional accessible metadata on the images.

13   BY MR. REHN:

14      Q    So do you have an opinion on --

15          Do you have enough information to know

16   whether a visually impaired fire safety professional

17   could use the HTML version of NFPA 101 that is

18   available on Public Resource's website and safely

19   rely on that for professional purposes?

20          MR. KAPLAN:  Objection; vague.

21          THE WITNESS:  I am not a fire professional

22   expert, so I can't evaluate how this applies

23   specifically to that profession.

24   BY MR. REHN:

25      Q    So the answer to my question is "no"?

Case 1:13-cv-01215-TSC Document 155-8 Filed 01/21/16 Page 30 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

256

```
 1                    FURTHER EXAMINATION

 2  BY MR. REHN:

 3       Q    Good evening, Mr. Fruchterman.

 4       A    Hello.

 5       Q    And do you understand that you're still

 6  under oath?

 7       A    Yes.

 8       Q    Has anything happened between now and the

 9  last time we spoke that would affect your ability to

10  answer my questions fully and truthfully?

11       A    No.

12       Q    So I'd like to direct your attention to an

13  exhibit that we are marking as Exhibit Number 4006.

14       A    Yes.

15                    (Plaintiffs' Exhibit 4006 to be

16                     marked for identification.)

17  BY MR. REHN:

18       Q    Do you recognize this as an e-mail to

19  yourself from Rob Turner that was sent on April 10th

20  of this year at 10:56 a.m.?

21       A    Yes.

22       Q    And the subject line is "OCR Document"?

23       A    Yes.

24       Q    Do you recall receiving this e-mail?

25       A    Yes.
```

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 31 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

257

1      Q     And do you know what OCR document

2   Mr. Turner is referring to in the subject line?

3      A     Is there, like, an immediately prior

4   document that actually mentions this?  Sorry.

5   Sorry.  I mean, can I look through the list of

6   produced documents?

7            MR. KAPLAN:  You just got to answer his

8   question.

9   BY MR. REHN:

10     Q     Based on this e-mail, do you know which

11  document he's referring to?

12     A     I don't remember which one of the

13  image-based standards I shared with him, no.  But it

14  was one of the image-based PDFs that I asked him to

15  look at.

16     Q     So the image-based PDFs that you sent

17  Mr. Turner were -- those were PDFs you had taken

18  from Public Resource's website; is that correct?

19           MR. KAPLAN:  Objection; argumentative,

20  misleading and vague.

21           THE WITNESS:  It probably was an

22  image-based PDF from the Public.Resource.Org

23  website, and that's my -- that's my recollection.

24  Yes.

25

Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

258

1  BY MR. REHN:

2      Q    Did you make any image-based PDFs of

3  documents from any of Plaintiffs' websites?

4      A    I didn't make any documents from

5  Plaintiffs' websites.  I downloaded whatever

6  document -- no, I downloaded -- I viewed the

7  document, yes.  So, no.

8      Q    After you sent him a document, it would

9  have been one from Public Resource's website?

10     A    That's correct.  Thank you.

11     Q    And if I could direct you to the last

12  sentence of the first paragraph of his e-mail, would

13  you read that sentence, please?

14     A    The one "I don't think..."?

15     Q    Yes.

16     A    Yes.

17          "I don't think this type of

18          document can be considered to be

19          accessible."

20     Q    So based on your prior testimony, is it

21  your understanding that he is saying that the

22  image-based PDF from Public Resource's website that

23  you sent to Mr. Turner, in his opinion, cannot be

24  considered to be accessible?

25          MR. KAPLAN:  Objection; misleading,

Case 1:13-cv-01215-TSC   Document 155-8   Filed 01/21/16   Page 33 of 87
Capital Reporting Company
American Society for Testing and Materials, et al. v. Public Resources 07-31-2015

259

1  argumentative, vague.

2          THE WITNESS:  I think Rob Turner doesn't

3  believe it meets our accessibility standards, which

4  is what his job is to primarily work on our library

5  for the blind.  We would not post an image-based PDF

6  and call it accessible.

7  BY MR. REHN:

8      Q    And do you agree with Mr. Turner's

9  assessment that this type of document cannot be

10  considered to be accessible?

11      A    I think it's less accessible than many of

12  the other documents and more than others, as I wrote

13  in my expert report.  I can probably quote from the

14  report.

15      Q    There's no question pending.  So...

16      A    Okay.  I would direct you to my last

17  sentence of my report --

18          MR. KAPLAN:  Jim, there's no question

19  pending.

20          THE WITNESS:  All right.

21          MR. REHN:  I have no further questions.

22  And I believe that concludes Plaintiffs' questioning

23  of this witness.

24          MR. KAPLAN:  I have no questions at this

25  time.

# EXHIBIT 2

From:    Rob Turner
Sent:    Fri 4/10/2015 10:56 AM (GMT-07:00)
To:      Jim Fruchterman
Cc:
Bcc:
Subject: OCR document

Hi Jim,

I was able to read part of t e document using the JAWS Convenient OCR feature. However, it is not intended for a document that large,  o only part of the document was processed before I stopped it. It would require Open Book or Kurzweil to read    in its entirety. Too bad Adobe Reader wouldn't recognize the text. I don't think this type of document can be c nsidered to be accessible.


OK enough, back to work


Rob



# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
 2                    -  -  -
      AMERICAN SOCIETY FOR       :  Case No.
 3    TESTING AND MATERIALS d/b/a:  1:13-cv-01215-PSC-DAR
      ASTM INTERNATIONAL;         :
 4                                :
      NATIONAL FIRE PROTECTION    :
 5    ASSOCIATION, INC.; and      :
                                  :
 6    AMERICAN SOCIETY OF         :
      HEATING, REFRIGERATING,     :
 7    AND AIR-CONDITIONING        :
      ENGINEERS, INC.             :
 8           Plaintiffs,          :
                                  :
 9           vs.                  :
                                  :
10    PUBLIC.RESOURCE.ORG, INC., :
             Defendant.           :
11    _____:
      AND RELATED COUNTERCLAIMS. :
12    _____:
13
14              Videotaped 30(b)(6) deposition
15    of American Society for Testing & Materials,
16    through DANIEL SMITH, held in the offices of
17    Veritext Philadelphia, 1801 Market Street,
18    Ten Penn Center, Suite 1800, Philadelphia,
19    Pennsylvania 19103, commencing at 10:43 a.m.,
20    July 24, 2015, before Linda Rossi Rios, a
21    Federally Approved RPR, CCR and Notary
22    Public.
23
24
25    PAGES 1 - 292
```

Page 1

1          A.      I think she started back in
2     1984, I think she may have said.
3          Q.      Do you know who was filling out
4     ASTM Certificate of Copyright Registration
5     forms prior to Kathe Hooper?
6          A.      A name was mentioned yesterday,
7     but I don't recall the name.
8          Q.      Was that individual Robert L.
9     Meltzer?
10         A.      I recognize that name, but I
11    don't know if Robert Meltzer was the one that
12    was filling out this form.
13         Q.      Do you know who Robert Meltzer
14    is?
15         A.      He was a former vice president
16    of publications.
17         Q.      Did Kathe Hooper say what
18    communications with the copyright office led
19    to her decision to check box 2a of the
20    copyright registrations?
21         A.      What led her to fill out this
22    form that way?
23         Q.      Did she say what communications
24    she had with the copyright office that led
25    her to fill out the forms to check box 2a?

Page 126

1          A.      She had said that her

2     predecessor had a conversation with the

3     copyright office, and they had informed her

4     that it should be filled out that way.

5          Q.      Do you know if Kathe Hooper had

6     any interactions with the copyright office in

7     which the copyright office told her to fill

8     out the registrations by checking box 2a?

9          A.      I don't believe she did.

10          Q.      What is Kathe Hooper's role at

11     ASTM?

12          A.      She assists the vice president

13     of publications.

14          Q.      How long has Kathe Hooper held

15     that role for at ASTM?

16          A.      I can't say for certain, but I

17     think she said yesterday, since about 1984

18     she was in that role.

19          Q.      And currently the vice

20     president of publications is John Pace.

21     Correct?

22          A.      Correct.

23          Q.      Do you know how long John Pace

24     has held that role for?

25          A.      It's been about 11 years.

Page 127

# EXHIBIT 4

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3     ----------------------------------
       AMERICAN SOCIETY FOR TESTING AND   ) Case No.
 4     MATERIALS d/b/a ASTM INTERNATIONAL;) 1:13-cv-01215-EGS
                                          )
 5     NATIONAL FIRE PROTECTION           )
       ASSOCIATION, INC.; and             )
 6                                        )
       AMERICAN SOCIETY OF HEATING,       )
 7     REFRIGERATING, AND                 )
       AIR-CONDITIONING ENGINEERS, INC.,  )
 8                                        )
              Plaintiffs,                 )
 9        vs.                             )
                                          )
10     PUBLIC.RESOURCE.ORG, INC.,         )
                                          )
11              Defendant.                )
       ----------------------------------)
12     AND RELATED COUNTERCLAIMS.         )
       ----------------------------------)
13
14
15       RULE 30(B)(6) VIDEOTAPED DEPOSITION OF AMERICAN
16      STANDARDS SOCIETY FOR TESTING AND MATERIALS, BY AND
17                  THROUGH ITS DESIGNEE,
18                     JEFFREY GROVE
19                    WASHINGTON, D.C.
20               WEDNESDAY, MARCH 4, 2015
21
22     Reported by:
23     NANCY J. MARTIN, CSR No. 9504, RMR
24     Job No. 2010158
25     PAGES 1 - 284
```

Page 1

| | | |
|---|---|---|
| 1 | their codes, and I wouldn't be able to tell you what | 12:31:09 |
| 2 | codes, but I believe it goes all the way back to 2004, | 12:31:11 |
| 3 | 2005. | 12:31:18 |
| 4 | Q.  In the answer you just gave, you referred to | 12:31:19 |
| 5 | when you started working with NFPA and exchanged | 12:31:23 |
| 6 | information with them.  When do you date that? | 12:31:23 |
| 7 | A.  That would be, I think I've met -- the | 12:31:25 |
| 8 | standards community in Washington is a small | 12:31:31 |
| 9 | community.  So I've met the various Washington | 12:31:34 |
| 10 | representatives for agencies.  Excuse me.  For SDO's, | 12:31:35 |
| 11 | standards development organizations, many times in my | 12:31:39 |
| 12 | career.  And I would say I've worked cooperatively and | 12:31:41 |
| 13 | individually whenever necessary throughout my career | 12:31:45 |
| 14 | at ASTM.  So... | 12:31:48 |
| 15 | Q.  Well, I think that doesn't quite answer my | 12:31:56 |
| 16 | question.  I think you said you developed this | 12:31:59 |
| 17 | interest when you began to hear -- sorry.  When you | 12:32:02 |
| 18 | began to -- when you started working with them on | 12:32:06 |
| 19 | exchanging information.  I'm just trying to find out | 12:32:10 |
| 20 | what year you're referring to when you said that. | 12:32:12 |
| 21 | MR. FEE:  Objection.  Mischaracterizes his | 12:32:14 |
| 22 | testimony. | 12:32:15 |
| 23 | THE WITNESS:  I wouldn't be able to give you | 12:32:19 |
| 24 | an exact year except for I know when we began the APCO | 12:32:20 |
| 25 | related work, that was 2011 time frame. | 12:32:25 |

Page 109

1    BY MR. BRIDGES:                                        12:32:29

2        Q.  And did your interest in providing a reading   12:32:31

3    room arise about the same time as the APCO engagement  12:32:32

4    arose?                                                 12:32:38

5        A.  Similar time line.  I believe it began to --   12:32:40

6    I began to introduce the idea and socialize it before  12:32:43

7    then.  Maybe a year or so before then.                 12:32:45

8        Q.  You introduced the idea of a reading room?     12:32:48

9        A.  The idea of figuring out a way to strike the   12:32:51

10   right balance.  I think another idea we had at the     12:32:53

11   time that I introduced was perhaps figuring out if     12:32:57

12   there was a way we could provide better summaries of   12:33:01

13   our standards to the public rather than relying on     12:33:04

14   abstracts.  So there was various ideas that I began to 12:33:07

15   socialize with ASTM staff about how to strike this     12:33:13

16   delicate balance between providing the public with     12:33:17

17   greater access to our documents while still preserving 12:33:20

18   what we need to preserve in order to meet -- continue  12:33:25

19   the enterprise of developing standards, keeping the    12:33:28

20   barriers to participation low, and ensuring that would 12:33:31

21   continue to provide the important value that we do in  12:33:35

22   high-quality market-relevant standards that protect    12:33:39

23   the public.                                            12:33:42

24       Q.  How did you introduce the idea of providing a  12:33:44

25   reading room in the discussion you were referring to?  12:33:46

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | specifically.  Using the NIST database as a guideline, | 12:49:53 |
| 2 | we've incorporated, you know, as much of that as | 12:50:02 |
| 3 | possible in the reading room.  At times I believe we | 12:50:04 |
| 4 | also tried to add a little bit more intelligence to it | 12:50:06 |
| 5 | to determine if an agency was undertaking a subsequent | 12:50:09 |
| 6 | rule-making, and we became aware that the agency had | 12:50:18 |
| 7 | published a new final rule which either changed the | 12:50:24 |
| 8 | reference to an ASTM standard that we had placed in | 12:50:27 |
| 9 | the reading room or added a new ASTM standard to the | 12:50:31 |
| 10 | reading room. | 12:50:38 |
| 11 | Then we took steps to add that to the reading | 12:50:39 |
| 12 | room.  It's not an exact science.  We don't pay a | 12:50:42 |
| 13 | vendor to perform the service for us.  We rely either | 12:50:48 |
| 14 | exclusively on the NIST database or we -- it's based | 12:50:55 |
| 15 | on intelligence that we've gathered about new | 12:50:58 |
| 16 | rulemakings. | 12:51:01 |
| 17 | Q.  How do you gather intelligence about | 12:51:03 |
| 18 | incorporations of ASTM standards by reference? | 12:51:08 |
| 19 | A.  Well, as much as possible we read the federal | 12:51:14 |
| 20 | register.  I'd like to think we read it on a regular | 12:51:17 |
| 21 | basis, but sometimes it's more infrequent than that. | 12:51:20 |
| 22 | So we will search key terms in the federal register to | 12:51:24 |
| 23 | see if it's mentioning ASTM and if there's a rule that | 12:51:30 |
| 24 | has resulted in the publication of standards.  And | 12:51:34 |
| 25 | sometimes we're ahead of it because ASTM has a policy | 12:51:38 |

Page 123

| | | |
|---|---|---|
| 1 | of working with agencies during the notice of proposed | 12:51:41 |
| 2 | rule-making process. | 12:51:45 |
| 3 | Any agency that comes to us and asks us to | 12:51:46 |
| 4 | put a standard up for public review during the public | 12:51:50 |
| 5 | review period of a rule, we work with them to make | 12:51:53 |
| 6 | that possible.  So at times we know that a certain | 12:51:57 |
| 7 | number of ASTM standards have been in a notice to | 12:52:01 |
| 8 | proposed rulemaking and that the new rule's expected | 12:52:04 |
| 9 | to come out, so we can look for it. | 12:52:08 |
| 10 | Q.  Does ASTM provide assistance to the | 12:52:16 |
| 11 | government in any way when the government is | 12:52:18 |
| 12 | considering whether to incorporate an ASTM standard by | 12:52:20 |
| 13 | reference? | 12:52:23 |
| 14 | MR. FEE:  Objection.  Vague. | 12:52:24 |
| 15 | THE WITNESS:  So we do -- I'm familiar with a | 12:52:29 |
| 16 | couple things that either I do or a member of my staff | 12:52:31 |
| 17 | does.  We look to see -- when we're aware that an ASTM | 12:52:34 |
| 18 | standard is going to be used and incorporated by | 12:52:39 |
| 19 | reference in some type of an action, we look to see | 12:52:43 |
| 20 | what version of the standard and what designation of | 12:52:46 |
| 21 | the standard is being used, and I believe on occasion | 12:52:50 |
| 22 | if they're using -- proposing to use an outdated | 12:52:54 |
| 23 | version of a standard, or, quite frankly, we've seen | 12:52:59 |
| 24 | errors where they've attempted to use an ASTM biofuel | 12:53:02 |
| 25 | standard, and rather than referencing D6751 they've | 12:53:06 |

Page 124

| | | |
|---|---|---|
| 1 | A.  I believe close to the full collection.  So | 15:31:36 |
| 2 | as many as 1,300 ASTM documents. | 15:31:38 |
| 3 | Q.  What announcements to the press did ASTM make | 15:31:43 |
| 4 | about its reading room going live? | 15:31:48 |
| 5 | A.  I don't recall if we made a lot of | 15:31:54 |
| 6 | announcements when it went live in January.  I believe | 15:31:55 |
| 7 | we were concerned about if it would function and work, | 15:31:58 |
| 8 | and I think we wanted to get a little experience with | 15:32:05 |
| 9 | it before we broadcast it too widely. | 15:32:08 |
| 10 | Q.  Did ASTM ever make announcements to the press | 15:32:12 |
| 11 | about the availability of its reading room? | 15:32:15 |
| 12 | MR. FEE:  Objection.  Vague. | 15:32:17 |
| 13 | THE WITNESS:  Yes.  Through our flagship | 15:32:19 |
| 14 | communication, Standardization News, which we | 15:32:21 |
| 15 | delivered to all of our members and stakeholders.  I | 15:32:25 |
| 16 | believe 30,000 individuals receive it six times a | 15:32:27 |
| 17 | year.  Mention of it was made in the magazine. | 15:32:33 |
| 18 | BY MR. BRIDGES: | 15:32:36 |
| 19 | Q.  When was that? | 15:32:36 |
| 20 | A.  I'm sorry.  I don't know specifically. | 15:32:37 |
| 21 | Q.  How long after the launch of the reading room | 15:32:39 |
| 22 | did that occur? | 15:32:45 |
| 23 | A.  I'm sorry.  I don't recall.  It was in 2013. | 15:32:53 |
| 24 | Q.  Did ASTM ever make an announcement to the | 15:32:59 |
| 25 | press about the availability of its reading room | 15:33:03 |

Page 181

```
 1    beyond the announcement in Standardization News?      15:33:08

 2            MR. FEE:  Objection to form.                  15:33:13

 3            THE WITNESS:  I believe it was also announced  15:33:15

 4    at the ASTM annual business meeting in 2013.          15:33:16

 5    BY MR. BRIDGES:                                        15:33:22

 6       Q.  The "ASTM business meeting" being a meeting    15:33:22

 7    of ASTM members and stakeholders?                     15:33:25

 8       A.  Yes.                                            15:33:28

 9       Q.  What other public announcements did ASTM make  15:33:32

10    about the availability of its reading room beyond      15:33:36

11    announcements to its own members and stakeholders?    15:33:40

12       A.  I also believe that there was a reference to   15:33:44

13    it in the ASTM annual report in 2013, which was       15:33:46

14    published in 2014.                                     15:33:50

15       Q.  What else?                                      15:33:52

16       A.  I make it part of my message, when I'm         15:33:58

17    visiting with stakeholders that I interact with, that 15:34:01

18    ASTM has this reading room.                            15:34:05

19       Q.  What else?                                      15:34:07

20       A.  Jim Thomas, our president, mentions it in his  15:34:08

21    interactions on a worldwide basis.                    15:34:12

22       Q.  With whom?                                      15:34:16

23       A.  Jim Thomas is a popular figure in the          15:34:19

24    standards community, a well-known expert, and he      15:34:22

25    speaks to many groups.  So I wouldn't be able to give 15:34:25
```

Page 182

1    you specifics without reviewing his calendar.          15:34:30

2        Q.  What else?                                      15:34:34

3        A.  ASTM has an electronic newsletter.  I believe  15:34:40

4    we mentioned it in the newsletter in 2013.             15:34:45

5        Q.  To ASTM's members and stakeholders?            15:34:49

6        A.  Yes.  To anyone interested in subscribing.     15:34:52

7        Q.  What else?                                      15:34:54

8        A.  We previously discussed some efforts to        15:35:02

9    educate policy makers and stakeholders in Washington   15:35:07

10   through an APCO public relations campaign.  I believe  15:35:10

11   the reading room was part of that messaging as well in 15:35:14

12   2013.                                                   15:35:17

13       Q.  What else?                                      15:35:19

14       A.  That's all I can recall at this time.  It had  15:35:28

15   a place on our website as well.                        15:35:34

16       Q.  Of all the persons who had access to --        15:35:40

17   sorry.  Were you about to mention another?             15:35:43

18       A.  I'm sorry.  We also sent a few letters to      15:35:46

19   agencies informing them of the creation of the reading 15:35:49

20   room.                                                   15:35:54

21       Q.  By "agencies," do you mean government          15:35:57

22   agencies?                                               15:35:58

23       A.  To government agencies, to the office of       15:35:58

24   management and budget, and to the office of the        15:36:01

25   federal register at NARA, the National Archives        15:36:04

Page 183

# EXHIBIT 5

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

AMERICAN SOCIETY FOR TESTING AND
MATERIALS D/B/A ASTM INTERNATIONAL;
NATIONAL FIRE PROTECTION, INC.;
AND AMERICAN SOCIETY OF HEATING,
REFRIGERATING, AND AIR-CONDITIONING
ENGINEERS, INC.

        Plaintiffs,/
        Counter-Defendants,      Case No.:

   vs.                  1:13-cv-01215-EGS

PUBLIC.RESOURCE.ORG, INC.

        Defendant/
        Counter-Plaintiff
_____/

-HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY-

VIDEOTAPED DEPOSITION OF CARL MALAMUD

DATE:         Thursday, February 27, 2015

TIME:         9:11 a.m.

LOCATION:     1 Market Street, Spear Tower, Suite
              2000, San Francisco, California

Reported by:  Ashley Soevyn
              Certified Shorthand Reporter
              License Number 12019

Capital Reporting Company
Malamud, Carl (Confidential) 02-27-2015

47

| | | |
|---|---|---|
| 1 | other plaintiffs' standards, you expect the viewers | 9:53:12AM |
| 2 | of those standards at your website to understand | 9:53:17AM |
| 3 | that the language or text that you're posting as | |
| 4 | standard is, in fact, the standard that you purport | 9:53:24AM |
| 5 | it to be? | 9:53:28AM |
| 6 | MR. BRIDGES: Objection, lacks | |
| 7 | argumentative, may be hypothetical, vague and | 9:53:31AM |
| 8 | ambiguous. | 9:53:37AM |
| 9 | THE WITNESS: Yes. | 9:53:42AM |
| 10 | BY MR. FEE: | 9:53:42AM |
| 11 | Q   And that's the whole point of your | 9:53:43AM |
| 12 | website, right, is to provide access to the | 9:53:44AM |
| 13 | standards? | 9:53:48AM |
| 14 | MR. BRIDGES: Objection, argumentative, | 9:53:48AM |
| 15 | misstates testimony, lacks foundation, vague | 9:53:48AM |
| 16 | and ambiguous. | 9:53:52AM |
| 17 | THE WITNESS: The purpose of our service | 9:53:53AM |
| 18 | is to make the law available to citizens. | 9:53:56AM |
| 19 | BY MR. FEE: | 9:53:58AM |
| 20 | Q   Including standards incorporated by | 9:54:00AM |
| 21 | reference, correct? | 9:54:03AM |
| 22 | A   Yes. | 9:54:03AM |
| 23 | Q   Now, Public Resource solicits donations | |
| 24 | its website, doesn't it? | 9:54:23AM |
| 25 | A   We have -- yes. | 9:54:26AM |

# EXHIBIT 6

**ADMINISTRATIVE CONFERENCE**
**OF THE UNITED STATES**

*"ACUS is a public-private partnership designed*
*to make the government work better."*
PRESIDENT BARACK OBAMA

| Home | Conference | Committees | Research Projects | Meetings & Events | Documents | Newsroom | Contacts |

**Contacts:**
- Chairman
- Council
- Members
- Staff
- Advanced Search

Home > Contacts > Emily S. Bremer

# Emily S. Bremer
**External Contact**



**Email:** ebremer@uwyo.edu     in LinkedIn Profile

**Tags:** Administrative Procedure Act (APA), Code of Federal Regulations (CFR), E-Rulemaking, Federalism, Freedom of Information Act (FOIA), Health and Safety Regulation, Hybrid Rulemaking, Incorporation by Reference, Midnight Rules, Paperwork Reduction Act, Publication, Rulemaking, Technical Standards

Professor Bremer joined the University of Wyoming College of Law in August 2015. She was previously the Research Chief of the Administrative Conference of the United States (ACUS), a small, free standing federal agency charged with improving government processes, procedures, and performance.  She joined the agency in 2010, when it was reconstituted under the leadership of Chairman Paul R. Verkuil.

A graduate of New York University School of Law, Professor Bremer previously served as an associate in the telecommunications and appellate litigation group at Wiley Rein LLP in Washington, DC and as a law clerk for Hon. Andrew J. Kleinfeld on the U.S. Court of Appeals for the Ninth Circuit.  During law school, she was the Executive Notes Editor for the NYU Journal of Law & Liberty and a student editor for the International Journal of Constitutional Law.

| Experience | Education |
|---|---|
| Assistant Professor of Law, University of Wyoming College of Law | 2006, J.D., New York University School of Law |
| | 2003, B.A., New York University, Honors Politics |

# EXHIBIT 7

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3

4   AMERICAN SOCIETY FOR TESTING

5   AND MATERIALS d/b/a ASTM

6   INTERNATIONAL; NATIONAL FIRE

7   PROTECTION ASSOCIATION, INC.,;

8   and AMERICAN SOCIETY OF HEATING,

9   REFRIGERATING, AND AIR-CONDITIONING

10  ENGINEERS, INC.

11             Plaintiffs,    CIVIL ACTION FILE

12      vs.                   NO. 1:13-CV-01215-EGS

13  PUBLIC.RESOURCE.ORG, INC.,

14             Defendant.

15

16        30(b)(6) VIDEOTAPED DEPOSITION OF

17               STEVEN COMSTOCK

18               March 5, 2015

19               10:20 a.m.

20            1075 Peachtree Street

21               Suite 3625

22            Atlanta, Georgia  30309

23       Lee Ann Barnes, CCR-1852, RPR, CRR

24

25  PAGES 1 - 199

                                        Page 1

```
 1                 APPEARANCES OF COUNSEL
 2
 3    On behalf of the Plaintiff American Society of
      Heating, Refrigerating, and Air-Conditioning
 4    Engineers, Inc.:
           KING & SPALDING LLP
 5         ANTONIO E. LEWIS, ESQ.
           100 N. Tryon Street
 6         Suite 3900
           Charlotte, North Carolina  28202
 7         704.503.2583
           704.503.2622 (facsimile)
 8         alewis@kslaw.com
 9
      On behalf of the Plaintiff National Fire Protection
10    Association, Inc.:
11         MUNGER TOLLES & OLSON LLP
           THANE REHN, ESQ. (via telephone)
12         560 Mission Street
           27th Floor
13         San Francisco, California  94105
           415.512.4000
14         thane.rehn@mto.com
15
      On behalf of the Plaintiff American Society for
16    Testing and Materials d/b/a ASTM International:
17         MORGAN LEWIS & BOCKIUS
           JORDANA S. RUBEL, ESQ. (via telephone)
18         J. KEVIN FEE, ESQ. (via telephone)
           1111 Pennsylvania Ave., NW
19         Washington, D.C. 20004-2541
           202.739.5118
20         202.739.3001 (facsimile)
           jrubel@morganlewis.com
21         jkfee@morganlewis.com
22
23
24
25
```

Page  2

1              APPEARANCES OF COUNSEL (Continued)

2

   On behalf of the Defendant Public.Resource.Org:

3        FENWICK & WEST LLP
         ANDREW P. BRIDGES, ESQ.

4        MATTHEW B. BECKER, ESQ.
         555 California Street

5        San Francisco, CA 94104
         415.875.2300

6        415.281.1350 (facsimile)
         abridges@fenwick.com

7        mbecker@fenwick.com

8

9

10   Also Present:
         Carl Malamud (via telephone)

11       Spencer Bush, Videographer

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  3

1                    INDEX OF EXAMINATION

2    WITNESS:   STEVEN COMSTOCK

3    EXAMINATION                                  PAGE

     By Mr. Bridges                                 8

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  4

1      A.    Yeah, about 12 years ago I had one taken.

2      Q.    Is that the only deposition?

3      A.    That's the only one.

4      Q.    What kind of case did that involve?

5      A.    That was a personnel matter for our

6  organization.

7      Q.    Did you testify at trial?

8      A.    No, I did not.

9      Q.    Did you have a chance to meet with

10  Mr. Lewis or other counsel before this deposition to

11  prepare for the deposition?

12      A.    Yes, I did.

13      Q.    I'll ask you to look at Exhibit 1076 --

14           (Defendant's Exhibit 1076 was marked for

15           identification.)

16      Q.    (By Mr. Bridges)  -- which is Defendant's

17  Notice of 30(b)(6) deposition of ASHRAE.  Please take

18  a look at it, Mr. Comstock.

19           Do you understand that you are here today

20  testifying as a representative of ASHRAE on Topics 4,

21  5, 7, 8, 9, 10, 12, 13, 14, 18, 23, 24, 30, and 31?

22      A.    Yes, that's my understanding.

23      Q.    When did ASHRAE start providing a reading

24  room for public access to ASHRAE's standards?

25      A.    We made selected standards available for

Page 10

1    read-only access, and I believe that was about 15

2    years ago.  I don't have the exact date.  It was in

3    that -- that range of time.

4         Q.   How did ASHRAE select what standards to

5    make available?

6         A.   These are our -- our most popular

7    standards, the ones for which there was the greatest

8    demand.

9         Q.   How many standards -- strike that.

10             How many current standards does ASHRAE

11   publish?

12        A.   I don't have the exact number.  My

13   recollection would be in the neighborhood of -- of

14   75.

15        Q.   How many of those standards are on ASHRAE's

16   reading room available to the public now?

17        A.   At the current time, I believe there are 10

18   of those standards available.

19        Q.   Does ASHRAE also make available through its

20   reading room earlier versions of those 10 standards?

21        A.   We provide -- we provide the current

22   versions of those standards.

23        Q.   But not the earlier versions?

24        A.   I believe that's the case.

25        Q.   Do you know why ASHRAE began providing

Page 11

1   public access to some of its standards?

2       A.   We were actually hoping to increase our

3   sales of those standards.  It would be to the -- to

4   allow somebody to view those standards, but not be

5   able to download those standards or print those

6   standards.  So that would drive demand for those --

7   for those standards.

8       Q.   What was ASHRAE's experience in that

9   regard?

10      A.   It was -- our experience was that it was

11  relatively flat.  It didn't have -- seem to have much

12  of a positive impact, nor in -- in that case did it

13  seem to have a negative impact.

14      Q.   Does ASHRAE have information about how many

15  persons have accessed the standards in its reading

16  room?

17      A.   We did.  We changed the -- the -- the

18  software platform from which they were made available

19  for viewing.  We originally used -- we originally

20  used a RealRead vendor-supplied system and then we

21  went -- they went out of business, I believe, and

22  then we switched to iWrapper.

23           But I -- I know for certain when we were

24  with RealRead, we would track the views.  There was

25  no registration so we wouldn't know who those people

1             So I -- I would -- I would assume that
2    the -- the largest -- the most substantial revenue
3    stream that they provide to us in royalty comes from
4    network licenses.
5         Q.   And how much would you estimate that to be
6    on an annual basis?
7         A.   Do you mean the -- the -- the total revenue
8    or the part from -- or the part from network
9    licenses?
10        Q.   Let's say the total revenue from
11   value-added resellers to begin with and then
12   understanding whether you can break out network --
13        A.   Yeah.
14        Q.   -- licenses.
15        A.   Our -- our total royalty revenue would be
16   roughly 1.2 million to 1.4 million.
17        Q.   And when you identify your total royalty
18   revenue, that revenue number is separate from the
19   revenue number you gave me earlier about publications
20   revenue; is that correct?
21        A.   Yes, that's correct.
22        Q.   So to understand the total -- I hate to use
23   the word, but monetization value of publications, one
24   would have to add in the publications revenue and the
25   royalty revenue; correct?

                                        Page  34

1        A.    That is correct.

2        Q.    What other components would be missing if I

3   had just the publication revenue and the royalty

4   revenue?

5        A.    Now, we are speaking just -- of just

6   publications?

7        Q.    Right, and really specifically standards.

8        A.    Standards.  Just running through our

9   financial statements in my mind.  That -- that's it.

10            Again, there's educational components that

11  we may use standards in which -- but there's no --

12  but sometimes like we include a standard in a

13  registration fee for a conference, so there's no

14  direct revenue from that standard.

15            But if you added together the royalty sales

16  and you added together our direct sales of

17  publications, that would represent our -- our total

18  publication revenue.

19        Q.    Do you have an estimate as to what

20  percentage of that total revenue is attributable, in

21  your mind -- or in ASHRAE's mind, to all versions of

22  90.1?

23            MR. LEWIS:  Objection.

24            THE WITNESS:  So what percentage of our

25        total publications revenue, if that total

Page 35

1          revenue is both what we sell and the royalties,

2          what's the component of that that is

3          attributable to --

4          Q.   (By Mr. Bridges)  90.1 --

5          A.   -- 90.1?

6          Q.   -- all versions.

7          A.   Yeah.  And let me just go through some math

8     as I'm -- as I'm speaking.

9               And this would not be any of the kind of

10    indirect educational or, you know, credibility and

11    other -- other ways that that may impact us.

12         Q.   Right.

13         A.   Yes, just give me -- okay.  Now let me just

14    run through those numbers now.

15              Well, when it gets to the royal- -- the

16    problem is for the royalty part I'm really making

17    guesses, because it's -- because I don't have -- you

18    know, it -- it -- I -- I don't have those numbers,

19    you know, broken down as such.

20         Q.   I'll just ask you for your best estimate.

21         A.   Best estimate.

22              MR. LEWIS:  Objection.

23              THE WITNESS:  So the best estimate, if the

24         total was $450,000 --

25         Q.   (By Mr. Bridges)  Out of the total.

Page 36

1        A.    Out of the total as an estimate, just
2    conjecturing.
3        Q.    Is -- excuse me, I may have -- I don't
4    think I asked the exact same question.  I may have
5    asked a similar question earlier.  Forgive me if I
6    repeat myself because I'm working on one hour of
7    sleep.
8            Is 90.1 ASHRAE's -- I think -- strike that.
9            I think you said it was ASHRAE's most
10   popular standard; is that correct?
11       A.    (Witness nodded head affirmatively.)
12            MR. LEWIS:  Objection.
13       Q.    (By Mr. Bridges)  What would you consider
14   the second most popular standard to be?
15       A.    Second I would consider Standard 62.1,
16   which is ventilation requirements for buildings.
17       Q.    What would round out the rest of the top
18   five, in your view?
19       A.    Top five.  Standard 55, which is a thermal
20   comfort standard; Standards 15 and 34, which relate
21   to refrigerant use and -- in air-conditioning and
22   refrigeration systems.
23       Q.    I think, based on the number of years
24   you've been at ASHRAE, is it correct that you started
25   at ASHRAE before ASHRAE first published 90.1?

                                          Page 37

 1  context.  You nodded, but the court reporter can't
 2  take nods down.
 3          Do you understand, broadly speaking,
 4  monetization of publications through revenue sources
 5  like purchasing and licensing and the like?
 6      A.   Yes.
 7      Q.   And royalties?
 8      A.   Yes.
 9      Q.   What proportion of ASHRAE's yearly revenues
10  comes from the monetization of its standards as
11  publications?
12      A.   I'm making sure I'm doing the math right.
13      Q.   That's fair.  That's fair.
14      A.   Let's see.  It would be -- directly
15  attributable to standards would be approximately
16  10 percent.
17      Q.   How else does ASHRAE earn revenue, other
18  than through the monetization of its standards?
19      A.   Membership dues, conference registrations,
20  advertising, subscription sales, educational course
21  registrations, certification, exposition income.
22          And when you said "publications," if -- so
23  in addition to publications, we have books.  So
24  books, if -- if -- if -- if that's -- if you
25  distinguish between standards in your questions, then

Page 59

1  there would be books.  And I believe that -- that --

2  that covers it.

3      Q.   Roughly what percentage of ASHRAE's

4  expenses pertain to the organization and supervision

5  of the standards development process and the costs of

6  publication and the costs of administering the

7  permissions and distributions and the like?

8          MR. LEWIS:  Objection.

9          THE WITNESS:  I can speak to the side of

10         that process that deals with the -- the -- the

11         publications part.  I do not know what the --

12         the costs would be to support the development of

13         the product.  My role begins when we push that

14         standard out to the -- to -- to the marketplace.

15         What would be -- I -- I'd probably say

16         there are staff salaries that would be

17         attributable to standards activities from the

18         publication side of things, production, so on.

19         If you add portions of people's time together,

20         we're probably speaking of four people from the

21         publications side.

22         And then the -- the cost of the

23         infrastructure for the book- -- for the

24         bookstore, the on-line process, and warehousing,

25         and finally the -- the -- the work that may be

Page 60

1   what a subvention is of a publication?

2       A.   I do not.

3       Q.   Has ASHRAE ever received any grants to

4   support the publication of any particular standards?

5       A.   I have no knowledge of ASHRAE receiving

6   funds for that.

7       Q.   Is ASHRAE aware of any monetary losses that

8   it has suffered as a consequence of the defendant's

9   conduct in this case?

10      A.   I can't speak to any -- any tracking of --

11  of losses.  And anecdotally, people say if -- they've

12  asked me if a standard is available on the Internet,

13  is that -- is that allowed, is that permissible, so

14  we -- in those cases, we will seek to remove them.

15           But we don't -- we -- I don't have any

16  record of tracking such loss of -- of revenue.

17      Q.   Apart from tracking it, does ASHRAE have

18  any information regarding monetary losses it has

19  suffered as a consequence of defendant's conduct?

20      A.   I -- I do recall there was one message we

21  got from somebody who refer- -- I think it was

22  somebody with Carrier Corporation, if I recall, who

23  referred to -- who referred to that.  I don't know if

24  they had intended to purchase or not, but that was

25  one specific case I do recall.

Veritext Legal Solutions
866 299-5127

# EXHIBIT 8

Page 1

1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLUMBIA
2

    -----------------------------------
3   AMERICAN SOCIETY FOR TESTING AND   ) Case No.
    MATERIALS d/b/a ASTM INTERNATIONAL;) 1:13-cv-01215-EGS
4   NATIONAL FIRE PROTECTION            )
    ASSOCIATION, INC.; and              )
5   AMERICAN SOCIETY OF HEATING,        )
    REFRIGERATING, AND                  )
6   AIR-CONDITIONING ENGINEERS, INC.,   )
7           Plaintiffs,                 )
8       vs.                             )
9
    PUBLIC.RESOURCE.ORG, INC.,          )
10
            Defendant.                  )
11  -----------------------------------)
12  AND RELATED COUNTERCLAIMS.          )
    -----------------------------------)
13

        RULE 30(B)(6) VIDEOTAPED DEPOSITION OF AMERICAN
14    SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING
                     ENGINEERS, INC.
15

                BY AND THROUGH ITS DESIGNEE,
16

                   STEPHANIE REINICHE
17

                MONDAY, MARCH 30, 2015
18                    9:10 a.m.
19

                VERITEXT LEGAL SOLUTIONS
20                1075 PEACHTREE STREET
                     SUITE 3625
21                 ATLANTA, GEORGIA
22

23  Reported By:
24  SHARON A. GABRIELLI, CCR B-2002
25  Job No. 2035289

## Page 2

1
2  APPEARANCES OF COUNSEL:
3
4
     FOR THE PLAINTIFF ASTM:
5
6     MORGAN LEWIS & BOCKIUS LLP
7     BY:  J. KEVIN FEE, ESQ.
8     1111 Pennsylvania Avenue NW
9     Washington, D.C.  20004
10    (202) 739-5353
11    JKFEE@MORGANLEWIS.COM
12
13
14   FOR THE PLAINTIFF ASHRAE:
15
      KING & SPALDING
16
      BY:  J. BLAKE CUNNINGHAM, ESQ.
17
      101 Second Street
18
      Suite 2300
19
      San Francisco, California 94105
20
      (415) 318-1218
21
      bcunningham@kslaw.com
22
23
24
25
                                    Page  2

## Page 3

1
2
3  APPEARANCES OF COUNSEL (CONTINUING):
4
5
6  FOR THE DEFENDANT:
7
    FENWICK & WEST LLP
8
    BY:  MATTHEW BECKER, ESQ.
9
    555 California Street
10
    12th Floor
11
    San Francisco, California  94104
12
    (415) 875-2389
13
    mbecker@fenwick.com
14
15
16
17  ALSO PRESENT:
18
      Carl Malamud, Public.Resource.Org (via telecon)
19
      Corynne McSherry, Electronic Frontier Foundation
20
21          --oOo--
22
23
24
25
                                    Page  3

## Page 4

1                           INDEX
2
                        EXAMINATION
3
     Witness Name                           Page
4
5    STEPHANIE REINICHE
6      By Mr. Becker ............................. 10
7      By Mr. Cunningham .......................... 223
8
                         EXHIBIT
9

| Exhibit | Description | Page |
|---|---|---|
| 10 | | |
| Exhibit 1119 | Status Report and Proposed Order | 55 |
| 11 | on Outstanding Discovery Requests | |
| Exhibit 1120 | ASHRAE0002835-02841 | 55 |
| Exhibit 1121 | ASHRAE0002553-2560 | 55 |
| Exhibit 1122 | ASHRAE0002561-2568 | 62 |
| Exhibit 1123 | ASHRAE0002610-2617 | 62 |
| Exhibit 1124 | ASHRAE0002578-2585 | 62 |
| Exhibit 1125 | ASHRAE0002847-2854 | 62 |
| Exhibit 1126 | ASHRAE0002872-2879 | 63 |
| Exhibit 1127 | ASHRAE0002895-2901 | 63 |
| Exhibit 1128 | ASHRAE0013632-13639 | 63 |
| Exhibit 1129 | ASHRAE0002902-2909 | 63 |
| Exhibit 1130 | ASHRAE0016583-16591 | 64 |
| Exhibit 1131 | ASHRAE0005359-5367 | 64 |
| Exhibit 1132 | ASHRAE0002467-2468 | 65 |
| Exhibit 1133 | ASHRAE0002469-2470 | 68 |

                                    Page  4

## Page 5

1                    EXHIBITS (CONTINUED)

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1134 | ASHRAE0022821-22822 | 69 |
| Exhibit 1135 | ASHRAE0022819 | 71 |
| Exhibit 1136 | ASHRAE0022823-22824 | 74 |
| Exhibit 1137 | ASHRAE0022825-22826 | 75 |
| Exhibit 1138 | ASHRAE0022820 | 76 |
| Exhibit 1139 | ASHRAE0022814-22816 | 76 |
| Exhibit 1140 | ASHRAE0022817-22818 | 78 |
| Exhibit 1141 | ASHRAE0022813 | 79 |
| Exhibit 1142 | ASHRAE0001618 | 80 |
| Exhibit 1143 | ASHRAE0001601 | 80 |
| Exhibit 1144 | ASHRAE0001602-1603 | 81 |
| Exhibit 1145 | ASHRAE0001606 | 81 |
| Exhibit 1146 | ASHRAE0001600 | 82 |
| Exhibit 1147 | ASHRAE0001604 | 83 |
| Exhibit 1148 | ASHRAE0001608-1609 | 83 |
| Exhibit 1149 | ASHRAE0001610-1611 | 84 |
| Exhibit 1150 | ASHRAE0001605 | 85 |
| Exhibit 1151 | ASHRAE001613-1615 | 85 |
| Exhibit 1152 | ASHRAE0001616-1617 | 86 |
| Exhibit 1153 | ASHRAE0001612 | 87 |
| Exhibit 1154 | ASHRAE0022827 | 90 |
| Exhibit 1155 | ASHRAE0001598-1599 | 93 |
| Exhibit 1156 | ASHRAE0026227-26228 | 107 |

                                    Page  5

Pages  2  to  5

```
 1    A  I moved from Michigan to Georgia.       09:21
 2    Q  And what was your first job that you took   09:29
 3  once you moved to Georgia?                    09:23
 4    A  ASHRAE.                                   09:25
 5    Q  Okay.  Did you move to Georgia to work at   09:26
 6  ASHRAE?                                       09:28
 7    A  No.                                       09:29
 8    Q  Okay.  And when was it that you started   09:29
 9  working at ASHRAE?                            09:21
10    A  November 2003.                           09:23
11    Q  Okay.  How was it that you came to start   09:23
12  working at ASHRAE?                            09:24
13    A  I applied online.  I -- I saw a job posting,   09:27
14  at that time it was for a procedures administrator, and   09:21
15  I submitted a résumé.                         09:23
16    Q  Had you ever heard of ASHRAE before that   09:21
17  point?                                        09:23
18    A  No.                                       09:23
19    Q  Were you familiar with the air-conditioning,   09:24
20  heating and cooling industry prior to that point?   09:26
21    A  No.                                       09:21
22    Q  What was it that made you qualified for the   09:22
23  job at ASHRAE?                                09:26
24    A  I suppose because it was -- at that time, it   09:20
25  was about procedures and process, and so just legal   09:23
```
Page 18

```
 1    A  That title, till 2014.                   09:21
 2    Q  And so were you promoted once again in 2014?   09:27
 3    A  Yes.                                      09:20
 4    Q  And what is the title that you were promoted   09:21
 5  to?                                           09:23
 6    A  Senior manager of standards.             09:24
 7    Q  And is that the title that you hold today?   09:21
 8    A  Yes.                                      09:24
 9    Q  Okay.  And do you have any other roles at   09:24
10  ASHRAE, other than senior manager of standards?   09:24
11    A  No.                                       09:29
12    Q  Have you served on any of the committees in   09:29
13  ASHRAE?                                       09:21
14    A  No.                                       09:23
15    Q  Have you -- what involvement in the design of   09:24
16  standards have you played?                    09:21
17    A  I oversee the development of all the      09:23
18  standards at ASHRAE.                          09:26
19    Q  And what does that involve?              09:26
20    A  It involves a lot of things.  It involves   09:23
21  reviewing all the documentation for membership,   09:22
22  overseeing the documentation for public reviews, could   09:27
23  be change proposals, could be minutes, the publication   09:24
24  drafts, editing and reviewing those, working with the   09:20
25  appeals.                                      09:27
```
Page 20

```
 1  background and ability to -- to write and things like   09:27
 2  that.                                         09:29
 3    Q  And what -- how long were you a procedures   09:24
 4  administrator at ASHRAE for?                  09:20
 5    A  I want to say until December 2004.       09:27
 6    Q  And were you promoted at that time?      09:24
 7    A  Yes.                                      09:25
 8    Q  And what was -- what position were you      09:26
 9  promoted to?                                  09:29
10    A  Standards administrator.                 09:20
11    Q  And how long did you hold the title of      09:26
12  standards administrator for?                  09:22
13    A  I think it was about three years.        09:24
14    Q  And were you promoted after three years?   09:21
15    A  Yes.                                      09:23
16    Q  And what title were you promoted to?     09:24
17    A  Assistant manager of standards            09:27
18  administration.                              09:28
19    Q  And how long did you hold that position for?   09:27
20    A  A year or two.                           09:20
21    Q  And were you promoted again after that point?   09:26
22    A  Yes.                                      09:29
23    Q  And what title were you promoted to?     09:20
24    A  Manager of standards.                    09:22
25    Q  And how long did you hold that position for?   09:29
```
Page 19

```
 1    Q  And when you say you oversee the          09:25
 2  documentation for membership and for public reviews and   09:29
 3  change proposals and publication drafts, what does that   09:23
 4  entail?                                       09:26
 5    A  It can entail -- well, making sure that the   09:28
 6  document for membership, that the documentation is all   09:22
 7  complete, meaning every -- all the, you know, parts are   09:25
 8  filled out, everything is properly signed.  And it   09:29
 9  could involve talking with the chairs of project   09:23
10  committees to help them make sure their committee is   09:29
11  balanced.                                     09:24
12    Q  What do you mean by making sure the project   09:27
13  committees are balanced?                      09:20
14    A  Under our ANSI rules, our committees have to   09:22
15  be balanced, meaning for nonsafety standards, no more   09:25
16  than 50 percent of the people can be in any one      09:29
17  interest category; and for safety standards, no more   09:23
18  than one-third in each interest category.     09:26
19    Q  And what is an interest category?        09:22
20    A  It's -- it describes the -- the role a person   09:25
21  plays typically in their job or their duties that   09:22
22  they're doing, and that shows their bias for that   09:25
23  particular standard that's being developed.   09:20
24    Q  Could you list for me the interest       09:27
25  categories?                                   09:29
```
Page 21

Pages 18 to 21

```
 1    A   For which standard?              09:21
 2    Q   So the interest categories are different for  09:23
 3  particular standards?                   09:25
 4    A   They can be, yes.                 09:26
 5    Q   Okay.  Do you know the -- off the top of your  09:27
 6  head the interest categories for the 90.1 standards?  09:20
 7    A   I can list some of them, but I would have to  09:26
 8  look at a roster to verify they're all correct.  09:28
 9    Q   Okay.                            09:22
10    A   There's compliance, industry, utility,  09:22
11  general, and I think user.               09:21
12    Q   And what does -- what are the -- those  09:27
13  categories?  Excuse me, let me rephrase.  09:25
14        What -- what kind of a person would a --  09:29
15  would fall into the compliance category?  09:22
16    A   I would need to look at the application that  09:26
17  shows the definition to give you an exact person, the  09:28
18  exact definition; but for example, somebody that's  09:22
19  involved in codes would be a compliance person.  09:26
20    Q   When you say someone who's involved in codes,  09:20
21  like what -- what kind of role do you mean by that?  09:24
22    A   A code official.                  09:27
23    Q   A code --                        09:29
24    A   A building code person; that type of person.  09:20
25    Q   Would that be something like a regulator?  09:23
                                         Page 22
```

```
 1    A   Could be.                        09:26
 2    Q   Okay.  So that would -- that would encompass  09:27
 3  somebody in a government position, then, would be under  09:21
 4  compliance?                             09:27
 5        MR. CUNNINGHAM:  Object to form.  09:28
 6        THE WITNESS:  I would have to look at  09:29
 7    the roster to see how a government employee  09:20
 8    would be listed.  It depends on where they  09:22
 9    work, what they do.  Without looking at an  09:26
10    individual, I can't tell you for sure that  09:20
11    they would go under compliance.         09:21
12    Q   (BY MR. BECKER)  Okay.  What other categories  09:24
13  could a government official go under, other than  09:25
14  compliance?                             09:28
15    A   Depending on the -- it depends on what the  09:29
16  definition is.  I really probably should look at the  09:21
17  definitions to tell you for sure.        09:24
18    Q   And where would the definitions be found?  09:25
19    A   The definitions would be as part of the  09:28
20  application.                            09:20
21    Q   The membership application?        09:21
22    A   Yes, sir.                        09:22
23    Q   You also said that one of your jobs is to  09:21
24  make sure that documentation is complete.  What does  09:24
25  that involve?                           09:27
                                         Page 23
```

```
 1    A   For which part of the process?  After  09:29
 2  membership?                             09:22
 3    Q   Let's talk about membership applications.  09:23
 4    A   So for membership applications, there is an  09:27
 5  application form that would list the -- you know, what  09:20
 6  project committee they're applying for, their name,  09:24
 7  what interest category they believe they should be  09:27
 8  categorized.  And then they would have -- then there is  09:33
 9  a signature at the bottom and their voting status, what  09:35
10  they would like to be on that committee.  09:39
11        There's a bias/conflict of interest form,  09:32
12  which gives background on where they've worked for the  09:36
13  last five years, other organizations that they've been  09:30
14  involved with, who pays their way to participate, and  09:34
15  any public statements they would have made in regards  09:38
16  to the particular standard they're applying for, and  09:31
17  that, too, is signed.                   09:34
18        And then there's a biographical record that  09:36
19  is done through the ASHRAE website which gives their  09:38
20  background, like where they -- you know, their degrees  09:33
21  and things like that, whether -- other committees  09:38
22  they've been involved in within ASHRAE, awards; things  09:3?
23  like that.                              09:36
24    Q   Are you the person who makes sure that all of  09:36
25  these fields are filled out?             09:39
                                         Page 24
```

```
 1    A   I have a staff person that does that, but  09:31
 2  then they are reviewed by another committee.  And when  09:32
 3  there's a question, then I'm the one that helps work  09:35
 4  with that.                              09:39
 5    Q   And what is the name of the staff person who  09:30
 6  checks these forms?                     09:32
 7    A   It's varied over the years.        09:35
 8    Q   What is the name of the person today?  09:37
 9    A   Katrina Shingles.                 09:30
10    Q   And is there -- does Katrina Shingles have a  09:36
11  specific position?                      09:31
12    A   She's a secretary.                09:32
13    Q   Is there a specific position for the person  09:38
14  who has always checked the -- the forms?  09:32
15    A   It's been a secretary or an administrative  09:37
16  assistant.                              09:30
17    Q   And you said there's also a committee that  09:37
18  looks over that?                        09:39
19    A   Yes.  There's a staff liaison, and then there  09:30
20  is -- in addition to that, and then there is --  09:34
21  depending -- the process has changed slightly.  There  09:37
22  could be up to two oversight committees.  09:30
23    Q   And you said that the process has changed.  09:33
24  When did the process change?             09:37
25    A   This year.                      09:30
                                         Page 25
```

Page 30

```
 1      Q   And what's special about it being referenced   09:43
 2  in federal law?                                          09:47
 3      A   It is -- let's see if I get this right --        09:48
 4  it's referenced in the EPAct, so it's the minimum        09:40
 5  energy code for commercial buildings.                    09:45
 6      Q   I'm sorry, could you spell that, EPAct?          09:48
 7      A   E-P-A-C-T.  It's the Energy Policy Act.          09:43
 8      Q   And what does the Energy Policy Act do?          09:47
 9      A   That's the federal law for -- it's the           09:41
10  minimum efficiency for commercial codes as it relates    09:46
11  to 90.1.  So 90.1 is the minimum.  That's the code in    09:40
12  EPAct.                                                    09:47
13      Q   The -- I'm sorry, the minimum for what?          09:48
14      A   Commercial buildings.                            09:40
15      Q   Is that the minimum level of energy              09:42
16  efficiency?                                               09:44
17      A   Yes.                                              09:45
18      Q   So if I understand you correctly, ASHRAE         09:40
19  Standard 90.1 is referenced in the EPAct as the minimum  09:44
20  standard for energy efficiency for commercial            09:44
21  buildings?                                                09:47
22      A   Correct.                                          09:48
23      Q   So who is it who has to follow the EPAct?        09:44
24          MR. CUNNINGHAM:  Object to form.                 09:40
25          THE WITNESS:  To the best of my                  09:44
```

Page 31

```
 1  knowledge, it's the -- the requirement is all            09:45
 2  states are supposed to become compliant with            09:48
 3  it or deem to comply by another method every            09:43
 4  so many years to the latest version of                  09:49
 5  90.1.                                                    09:41
 6      Q   (BY MR. BECKER)  When you say that all states    09:45
 7  must become compliant, does that mean that the states    09:47
 8  have to adopt this into their regulations or does it     09:40
 9  mean that these states have to build their buildings to  09:45
10  comply with the EPAct?                                    09:49
11          MR. CUNNINGHAM:  Object to form.                 09:41
12          THE WITNESS:  It means they're supposed          09:43
13  to adopt a code that is equivalent to the               09:45
14  current version of 90.1 within two -- I                 09:48
15  believe it's within two years of each year,             09:41
16  or there is some other rules that they have             09:45
17  to follow if they don't deem to comply.                 09:48
18      It does not have to be 90.1.  It could               09:42
19  be another version of a different code.                 09:44
20  So...                                                    09:47
21      Q   (BY MR. BECKER)  What other codes would --       09:45
22  would suffice to -- to satisfy the EPAct?                09:40
23          MR. CUNNINGHAM:  Object to form.                 09:44
24          THE WITNESS:  The IECC.                          09:47
25      Q   (BY MR. BECKER)  What is the IECC?               09:40
```

Page 32

```
 1      A   International Energy -- I'm not positive.  I      09:44
 2  just speak in acronyms, so I can't remember.  I have to  09:49
 3  look it up, to be honest.  But it's through             09:42
 4  International Code Council.  It's their energy          09:47
 5  efficiency code.                                         09:42
 6      Q   The International Code Council, are they          09:46
 7  known as ICC?                                            09:48
 8      A   Yes.                                              09:40
 9      Q   What's the -- is there any relationship of       09:44
10  the IECC to ASHRAE's Standard 90.1?                     09:47
11      A   90.1 is a compliance option to the IECC.        09:43
12      Q   What does that mean?                             09:42
13      A   It means you can choose -- if you adopt that     09:44
14  as your code and you adopt it in its entirety and       09:49
15  then -- and 90.1 is a reference as a compliance option  09:43
16  at the -- whatever level you're -- design your code --  09:49
17  wherever that code is adopted, if they -- if the        09:43
18  builder wants to build according to what's in 90.1,     09:46
19  they have that option or they can build according to    09:49
20  the IECC, and then that's their choice.                 09:42
21      Q   Does the IECC say within it that someone can    09:41
22  comply with ASHRAE Standard 90.1 and that would be      09:47
23  sufficient?                                              09:40
24          MR. CUNNINGHAM:  Object to form.                 09:41
25          THE WITNESS:  It -- there is a reference         09:43
```

Page 33

```
 1  as -- yeah, as a compliance option to the               09:44
 2  IECC, yes.                                               09:49
 3      Q   (BY MR. BECKER)  So compliance option, then,    09:40
 4  means an alternative?                                    09:42
 5      A   Correct.                                         09:44
 6      Q   And is -- does that mean that ASHRAE's           09:45
 7  Standard 90.1 is more rigorous than the IECC?           09:40
 8          MR. CUNNINGHAM:  Object to form.                 09:41
 9          THE WITNESS:  I would have to review.            09:41
10  It depends on what version.  Off the top of            09:42
11  my head, I -- I don't know.                             09:44
12      Q   (BY MR. BECKER)  Taking a step back,            09:40
13  Ms. Reiniche, who do you report to at ASHRAE?           09:41
14      A   Claire Ramspeck.                                 09:48
15      Q   And what is Ms. Ramspeck's position?            09:48
16      A   Director of technology.                          09:43
17      Q   And do you report to anybody else?              09:48
18      A   I suppose you could say Jeff Littleton.          09:44
19      Q   And what is Mr. Littleton's position?           09:47
20      A   Executive vice president.                        09:40
21      Q   And is there anybody else that you report to?   09:40
22      A   No.                                              09:42
23      Q   And is there anyone who reports to you?         09:43
24      A   Yes.                                             09:46
25      Q   And who are those people?                        09:47
```

Pages 30 to 33

| | |
|---|---|
| 1 | A   Mark -- Mark Weber, Carmen Manning, Nicole   09:41 |
| 2 | Jones, Angela McFarlin, Katrina Shingles, Steve   09:40 |
| 3 | Ferguson, Beverly Fulks, Tanishe Meyers-Lisle, Susan   09:43 |
| 4 | LeBlanc, and Bert Etheridge.   09:41 |
| 5 | Q   And what is Mr. Weber's position?   09:42 |
| 6 | A   He is the manager of standards American.   09:46 |
| 7 | Q   Does that mean he's in charge of the American   09:41 |
| 8 | ASHRAE standards?   09:44 |
| 9 | A   Yes, but there's some that are assigned to   09:46 |
| 10 | other people; but the majority of them, yes.   09:48 |
| 11 | Q   And why would some of them be assigned to   09:41 |
| 12 | other people?   09:43 |
| 13 | A   We provide staff support for some of the   09:44 |
| 14 | standards, and we divide them up because of the   09:47 |
| 15 | schedule that one person can provide higher levels of   09:40 |
| 16 | support.   09:44 |
| 17 | Q   So does Mark Weber provide staff support to   09:45 |
| 18 | range of standards, with the exception of some other   09:43 |
| 19 | group of standards?   09:46 |
| 20 | A   He does -- he's the main point of contact for   09:47 |
| 21 | the majority of the standards.  There's some that he is   09:42 |
| 22 | specifically the staff liaison to, and then there's   09:47 |
| 23 | several others that are assigned to other managers in   09:40 |
| 24 | the department.   09:43 |
| 25 | Q   Okay.  And why is it that there are others   09:44 |

Page 34

| | |
|---|---|
| 1 | that are assigned to other managers in the department?   09:47 |
| 2 | A   We just -- we just split them up because   09:41 |
| 3 | of staff loads.  One person can't support them based on   09:44 |
| 4 | their meeting schedules; one person can't do all of   09:40 |
| 5 | them.  Some of them, it's based on their prior   09:43 |
| 6 | expertise.   09:47 |
| 7 | Q   And do you know what standards they are that   09:49 |
| 8 | are not assigned to Mark Weber that are American   09:41 |
| 9 | standards?   09:45 |
| 10 | A   Yes.   09:45 |
| 11 | Q   And which standards are those?   09:46 |
| 12 | A   90.1, 90.2, 90.4, 189.1, 15, 34.   09:49 |
| 13 | Q   And who is Standard 90.1 assigned to?   09:53 |
| 14 | A   Steve Ferguson.   09:50 |
| 15 | Q   And you say that Steve Ferguson reports to   09:50 |
| 16 | you as well?   09:53 |
| 17 | A   Yes.   09:53 |
| 18 | Q   And what is Steve Ferguson's position?   09:55 |
| 19 | A   Manager of standards for codes.   09:58 |
| 20 | Q   And he's also the staff liaison for 90.1, you   09:56 |
| 21 | were saying?   09:51 |
| 22 | A   Yes.   09:51 |
| 23 | Q   Okay.  What does Mr. Ferguson do as staff   09:54 |
| 24 | liaison for 90.1?   09:57 |
| 25 | A   A lot of things.  He'll -- he does -- he'll   09:59 |

Page 35

| | |
|---|---|
| 1 | do a double review of the membership items reviewed by   09:53 |
| 2 | Katrina, works with the project committee chair to help   09:58 |
| 3 | come up with a balance committee, looking at terms, you   09:54 |
| 4 | know, helping making sure they, you know, get -- rotate   09:59 |
| 5 | people in and out per our rules.  He attends all the   09:52 |
| 6 | full project committee meetings, some of the   09:59 |
| 7 | subcommittee meetings.   09:52 |
| 8 | He processes the letter ballots for approval   09:55 |
| 9 | of all drafts.  He reviews the drafts to make sure   09:57 |
| 10 | they're written consistently.  He points out conflicts   09:52 |
| 11 | when they make one change to a section and then they   09:56 |
| 12 | haven't made a similar change to another section so   09:58 |
| 13 | there's not conflicts.   09:53 |
| 14 | He reviews all of the public -- final   09:55 |
| 15 | publication drafts in the final roll-ups of the 90.1   09:58 |
| 16 | for each new version every three years.  He does the   09:53 |
| 17 | minutes.   09:57 |
| 18 | Q   Are you aware of any other work that   09:53 |
| 19 | Mr. Ferguson does as the staff liaison for 90.1?   09:55 |
| 20 | A   That's -- that's pretty much the general   09:51 |
| 21 | stuff that I can think of.  He has other duties besides   09:54 |
| 22 | 90.1.   09:57 |
| 23 | Q   Does Mr. Ferguson draft any of the text for   09:58 |
| 24 | 90.1?   09:53 |
| 25 | A   He reviews the drafts and points out   09:54 |

Page 36

| | |
|---|---|
| 1 | conflicts.   09:57 |
| 2 | Q   But he doesn't contribute text directly to   09:57 |
| 3 | 90.1?   09:51 |
| 4 | A   No.  He may comment when they're discussing   09:52 |
| 5 | proposed text changes to make them aware of something,   09:56 |
| 6 | but he does not necessarily, unless they wrote   09:50 |
| 7 | something in the incorrect format.   09:53 |
| 8 | Q   And what would he do if they had written   09:56 |
| 9 | something in an incorrect format?   09:58 |
| 10 | A   He would edit it, send it back.  If it's a   09:50 |
| 11 | substantive change to fix it, then it would have to go   09:53 |
| 12 | back to the committee for a new vote.  If it's   09:56 |
| 13 | editorial, then the chair or a subcommittee -- or in   09:59 |
| 14 | consultation with a subcommittee chair can say that's   09:54 |
| 15 | correct and -- then move it forward in whatever   09:58 |
| 16 | step in the process it's in.   09:50 |
| 17 | Q   When you say he edits it and sends it back,   09:51 |
| 18 | does that mean that he actually changes the text, or   09:54 |
| 19 | does this mean that he sends a comment that there is a   09:56 |
| 20 | conflict or something like that and leaves it to the   09:50 |
| 21 | committee to make the change?   09:52 |
| 22 | A   If it's -- it depends.  If it's a conflict   09:54 |
| 23 | and he understands -- he has an engineering degree, so   09:57 |
| 24 | if he understands how to change it, he can propose a --   09:51 |
| 25 | he may propose the wording change.  If it's not   09:55 |

Page 37

Pages 34 to 37

1  something he understands and it's a conflict, then    09:50
2  he'll comment and ask the committee for direction.    09:53
3      Q  And is there any record of the wording    **09:53**
4  changes that Mr. Ferguson has proposed?    **09:56**
5      A  There's probably -- if he sent something    09:52
6  back, it -- to the committee, it would have been sent    09:54
7  via email.    09:58
8      Q  If you wanted to go back and find any    **09:51**
9  proposed changes that Mr. Ferguson had made, how would    **09:57**
10  you go about doing that?    **09:51**
11      A  I'd have to look in his email.  He wouldn't    09:52
12  have proposed them in the minutes.  That's not    09:55
13  something recorded in the minutes, so he would have    09:57
14  sent it via email.    09:59
15      Q  And how would that -- would that change be    **09:52**
16  reflected in the minutes in -- in any way?    **09:54**
17      A  Not -- not unless it was -- if he sent a    09:58
18  change back, this assumes that the committee has    09:54
19  already approved the proposed change.  And if there was    09:57
20  an issue and he sent it back, then if -- if a change    09:59
21  had to be made that was substantive, there would be    09:54
22  another -- there would be a letter ballot.  So then it    09:57
23  would be reflected in a letter ballot.  If it's    09:51
24  editorial, the chair would accept it.    09:54
25      Q  Who makes the determination for a substantive    **09:59**

1      Q  There's -- is there a single SPLS for ASHRAE?    09:50
2      A  There is a single SPLS for ASHRAE.  They    09:53
3  review all the standards.    09:58
4      Q  And who is -- who composes SPLS?    **09:50**
5      A  That is a subcommittee of standards committee    09:54
6  of approximately -- I think it's 15 members.    09:58
7      Q  And are they elected or are they appointed?    **09:55**
8      A  The standards committee members are elected    09:50
9  by the board of directors, and then the subcommittee    09:55
10  assignments are done by the incoming chair and vice    09:50
11  chair, along with myself every year.  So it just    09:53
12  depends.  It's a rotating four-year term.    09:50
13      Q  So when you say that the assignments are done    **09:51**
14  by the incoming chair and a vice chair along with    **09:56**
15  yourself every year and that it's a rotating four-year    **09:51**
16  term, the -- are you saying that these appointments are    **09:53**
17  made for a subset of the 15 people every -- every year?    **09:50**
18      A  No.  It's -- standards committee has 26    09:54
19  members, and then there's multiple subcommittees.    09:57
20  Standards committee, about one-third rolls off every    09:54
21  four years.  So we don't have a new standards committee    09:53
22  every four years.  So there's some consistency.  So    09:57
23  there might be just a couple people that were on SPLS    09:55
24  one year that will roll off, and so we're adding some    09:55
25  new or moving some others into SPLS.    09:59

1  change versus an editorial change?    **09:53**
2      A  If staff -- the difference between a    09:57
3  substantive and an editorial change is a substantive    09:50
4  change changes the requirements of the standard.  So    09:53
5  changing a "should" to a "shall" would be a substantive    09:58
6  change.    09:51
7          If it's editorial, like, you know, changing    09:52
8  an "a" to a "the" or something like that, it's clear    09:54
9  that's an editorial.    09:59
10         If staff questions acceptance of a change as    09:51
11  substantive and the committee does not want to send a    09:54
12  new letter ballot out, when it goes to the next body,    09:57
13  we make the next body aware for approval, which would    09:50
14  be SPLS for public reviews or standards for publication    09:54
15  approval.  We make them aware of it -- that concern,    09:50
16  and then SPLS looks at it and makes a determination of    09:53
17  whether or not it's substantive or editorial.  And then    09:50
18  if it's substantive and they didn't vote it out, it    09:52
19  goes back to the project committee.    09:54
20      Q  Could you tell me again what the acronym SPLS    **09:55**
21  stands for?    **09:59**
22      A  Standards Project Liaison Subcommittee.    09:50
23      Q  And is there a separate SPLS for each    **09:54**
24  standard?    **09:59**
25      A  No.    09:59

1      Q  What are some of the other subcommittees for    **09:55**
2  a standards -- standards committee?    **09:21**
3      A  Then there's the standards reaffirmation    09:53
4  subcommittee.  There's the code interaction    09:51
5  subcommittee.  There's the policy, procedures, and    09:53
6  interpretation subcommittee -- I'm doing acronyms in my    09:58
7  head -- and an international liaison subcommittee    10:07
8  and -- /intersociety association subcommittee.  And    10:03
9  then there's a -- there's an ExCom.    10:09
10      Q  I'm sorry, there's --    **10:04**
11      A  ExCom.    10:06
12      Q  What is ExCom?    **10:08**
13      A  Executive committee.    10:00
14      Q  Returning to SPLS, what is their role?    **10:00**
15      A  SPLS is the oversight committee.  They're the    10:06
16  first level to go to -- they have -- they're assigned    10:00
17  to -- liaisons are assigned to multiple project    10:04
18  committees to help in addition to staff provide    10:09
19  guidance, and they're the -- the person that moves    10:01
20  forward any of the issues from those project    10:05
21  committees.    10:07
22         They review title, purpose and scope changes,    10:09
23  membership, public review drafts, work plans, and deal    10:04
24  with issues common to project committees that get    10:09
25  brought before them.    10:03

1       Now, Ms. Reiniche, I'm handing you what's   13:05
2  been marked as Exhibit 1155. It's Bates number   13:09
3  ASHRAE0001598. So, Ms. Reiniche, my sincere apologies. 13:07
4  I had missed this one last document that pertains to   13:04
5  the subject that we were discussing prior to lunch.   13:08
6       Can you tell me if you recognize this   13:02
7  document?   13:04
8     A  Yes.   13:04
9     Q  And can you tell me what this document is?   13:05
10     A  This is an Application for Membership on   13:09
11  ASHRAE Standard or Guideline Project Committee.   13:01
12     Q  And can you tell me if this document contains 13:03
13  a copyright assignment?   13:06
14     A  Yes, under number 7.   13:08
15     Q  Okay. And could you tell me if after seeing   13:09
16  this document if that changes any of your answers   13:01
17  earlier today?   13:05
18     A  No, it does not.   13:05
19     Q  Thank you.   13:07
20       Ms. Reiniche, could you walk me through at a 13:07
21  high level how ASHRAE standard -- standards are   13:00
22  created?   13:03
23     A  Sure. So it starts with a title, purpose and 13:03
24  scope being submitted for consideration to be approved. 13:08
25  That would have been approved by the procedures, policy 13:03

Page 94

1  interpretation subcommittee, then forwarded to the   13:07
2  standards committee for approval. Depending on what   13:07
3  year, it would have had to go to tech council, but   13:06
4  always ends up at our board of directors to approve the 13:00
5  title, purpose and scope for a new standard project   13:03
6  committee or guideline.   13:07
7       Then after that, you would do a call for   13:09
8  members, people would submit the membership   13:02
9  applications, and then the committee chair would   13:05
10  recommend to the standards project liaison subcommittee 13:08
11  and standards committee their membership.   13:01
12       And then the committee would -- would begin 13:06
13  working on drafting the document. Then they would   13:00
14  approve it for public review. And then depending on   13:03
15  what type of committee, would dictate how much more   13:08
16  oversight. So standards project liaison subcommittee   13:03
17  or the SPLS liaison would -- would say it's okay to go 13:06
18  out for public review. It goes out for comment.   13:01
19       The committee reviews all the comments,   13:05
20  responds to all the commenters. And then the   13:07
21  commenters have to indicate their resolution status.   13:00
22  And then the committee needs to decide whether or not   13:03
23  changes need to be made to the standard -- to the   13:06
24  document based on the comments received, or if not --   13:09
25  if not, it goes for -- they'll approve it for   13:02

Page 95

1  publication. If they need to make more changes, it   13:06
2  will go back to the public review process.   13:08
3     Q  So in this process that you were describing,   13:01
4  it's the standards committee that would begin drafting 13:05
5  the document; is that correct?   13:08
6     A  No. It's the project committee that drafts   13:09
7  the document.   13:01
8     Q  And the process that you just described, is   13:01
9  that the process that's used for ASHRAE Standard 90.1? 13:06
10     A  It would have when it was started. The   13:02
11  difference -- there's a little difference now because   13:04
12  it's on continuous maintenance.   13:06
13     Q  And what -- what does that difference mean?   13:08
14     A  The difference is the membership is on a   13:00
15  four-year rotating cycle, so one -- basically, roughly   13:04
16  one-third of the committee would roll off every four   13:08
17  years, so they're not -- everyone is not coming off at 13:01
18  the same time. And new members will be added, so   13:04
19  they're added continuously, typically once a year.   13:07
20       Then instead of the full draft going out,   13:07
21  their addenda are issued to go out for public review   13:07
22  and comment. They'd either come from stuff that has   13:00
23  been generated by the committee or through a formal   13:03
24  maintenance change proposal. And then the rest of the 13:05
25  process would follow the same way.   13:07

Page 96

1     Q  And the -- who drafts the title, purpose and   13:03
2  scope?   13:07
3     A  The title, purpose and scope can be -- a new   13:02
4  one can be submitted by anyone. I could submit one;   13:05
5  you could submit one. The technical committee within   13:07
6  ASHRAE is usually how it's submitted.   13:01
7     Q  And is the technical committee, are they   13:02
8  volunteers or are they employees of ASHRAE?   13:07
9     A  Volunteers.   13:00
10     Q  And the project committee as well is   13:01
11  volunteers, correct?   13:03
12     A  That's correct.   13:04
13     Q  How are ASHRAE employees involved in the   13:01
14  creation and maintenance of ASHRAE Standard 90.1?   13:05
15     A  In the -- are you talking from now or are you 13:01
16  talking about when it was first started?   13:04
17     Q  Let's -- let's go from when it first started   13:07
18  until now.   13:09
19     A  So when the title, purpose and scope would   13:01
20  have been proposed, a staff member would -- would   13:03
21  review that to make sure it's in the correct format   13:05
22  and, if there is some questions, would actually send it 13:09
23  back to whoever had proposed it to make -- to correct   13:01
24  it or say if they're okay, if we met their intent, and 13:05
25  then send it forward to -- it probably when -- 19 --   13:09

Page 97

Pages 94 to 97

1 90.1 was developed in, I think, 1975. They probably    13:05
2 didn't have all the subcommittees that we have now, but    13:01
3 would have went through the approving bodies up through    13:04
4 the board that way.    13:07
5    Q    And would there have been a project committee    13:07
6 as well for -- for the original 90.1?    13:09
7    A    Yes.    13:01
8    Q    And during that process, did staff members    13:09
9 draft any of the text for 90.1?    13:15
10    A    From the beginning?    13:10
11    Q    Yeah.    13:12
12    A    Not unless they were making the edits to --    13:13
13 because of conformity and -- or conflicts of things    13:16
14 like that.    13:19
15    Q    And would staff members have contributed any    13:12
16 text to subsequent versions of 90.1?    13:18
17    A    In the same way, either in the discussions,    13:10
18 if there's a conflict or stuff doesn't -- or through    13:13
19 the editing and review of the material.    13:17
20    Q    And does ASHRAE have any record of that?    13:12
21    A    If it was done -- it would have been done via    13:17
22 email, at the time email started. 90.1 started before    13:10
23 the Internet, so if the -- if -- if the records still    13:15
24 existed, it would have been in paper format.    13:10
25    Q    What is ASHRAE's purpose in creating these    13:11
Page 98

1    Q    (BY MR. BECKER)  And by "the codes," are you    13:18
2 referring to the standards that have been enacted into    13:19
3 regulation?    13:14
4    A    That and -- and the international codes, the    13:14
5 codes spelled by NFPA, IAPMO.    13:19
6    Q    Are there any other reasons why -- why    13:13
7 individuals who are not employees of ASHRAE participate    13:16
8 in the ASHRAE development -- standard development    13:19
9 process?    13:13
10    MR. CUNNINGHAM: Object to form.    13:14
11    THE WITNESS:  I'm sure there are.  I    13:15
12 just -- that's not a question I ask when    13:16
13 people apply for membership.    13:19
14    Q    (BY MR. BECKER)  Does ASHRAE draw -- draft    13:11
15 model laws or ordinances?    13:14
16    A    Where we would start with the drafting for    13:16
17 the law, is that what you mean?    13:11
18    Q    Does ASHRAE oversee the drafting of model    13:12
19 laws and ordinances?    13:16
20    A    We submit comments on things that are coming    13:18
21 out through -- through -- through the -- through    13:10
22 Congress or that have been posted in the Federal    13:12
23 Register; things like that.    13:15
24    Q    And what's the purpose of submitting comments    13:16
25 in -- for things that are coming out in legislation and    13:19
Page 100

1 standards?    13:14
2    A    It's to -- the purpose is to advance the    13:16
3 building sciences.  We have a long mission statement,    13:12
4 but that's essentially what it is.    13:16
5    Q    Does ASHRAE's mission statement reflect its    13:15
6 purposes in -- in developing these standards?    13:18
7    A    I would say yes.    13:13
8    Q    And how does ASHRAE advance the building    13:16
9 sciences?    13:19
10    A    I would -- well, I would say through the    13:12
11 development of the -- the standards that affect, you    13:15
12 know, the energy efficiency of buildings, indoor air    13:18
13 quality, indoor environmental quality.  I'm sure    13:12
14 there's other things that we create, courses and books    13:15
15 that are outside the standards development process that    13:18
16 we do as well.    13:11
17    Q    And why is it that individuals who are not    13:10
18 employees of ASHRAE participate in the standard design    13:16
19 process?    13:19
20    MR. CUNNINGHAM: Object to form.    13:13
21    THE WITNESS:  I would say because for    13:14
22 various reasons it could affect their    13:18
23 company.  Maybe they want to make the world a    13:10
24 better place, maybe it affects the codes.  It    13:13
25 varies.  It depends on the individuals.    13:16
Page 99

1 regulation as you're describing?    13:11
2    A    The purpose is to -- to -- typically, you    13:14
3 want stuff that's been done through consensus process    13:19
4 and has the expertise, so that may be a reason.    13:13
5 Another reason may be to have consistent language    13:17
6 with what's already out there in our standards or    13:10
7 others; that type of thing.    13:14
8    Q    When you say "you want stuff that's been done    13:15
9 through the consensus process," who is "you" in that    13:10
10 sentence?    13:14
11    A    ASHRAE.    13:15
12    Q    ASHRAE.  Okay.    13:15
13    And why is it that ASHRAE wants things that    13:18
14 have been done through the consensus process?    13:11
15    A    Because the -- the proper experts are    13:14
16 participating in the development of those documents,    13:17
17 it's -- it's been vetted in the industry, people have    13:13
18 had a chance to comment.  We've tried to reach    13:13
19 resolution so, you know, an equal amount of people are    13:17
20 unhappy.    13:10
21    Q    And you referred to an interest in expertise    13:14
22 in the process of drafting legislation and regulation.    13:18
23 Does that also reflect ASHRAE's interest in -- in    13:13
24 having expertise reflected in that process?    13:17
25    MR. CUNNINGHAM: Object to the form.    13:19
Page 101

Pages 98 to 101

Page 110

```
 1    standards through training programs, including      13:37
 2    self-directed learning, building code interaction and  13:30
 3    ASHRAE chapter oriented training.           13:33
 4        What is the Department of Energy's role in   13:36
 5    that?                      13:38
 6     A   They -- Department of Energy provides      13:39
 7    training not only ASHRAE, but other code bodies' codes,  13:33
 8    so it would be supported through software development,  13:30
 9    maybe at the DOE level, they give trainings on what's  13:35
10    in 90.1; things like that.              13:37
11        Q   Does the Department of Energy provide funding  13:33
12    to ASHRAE?                  13:37
13     A   No.                13:37
14        Q   Does the Department of Energy provide any   13:30
15    funds to ASHRAE?               13:34
16     A   I suppose if someone is a -- a member and the  13:38
17    Department of Energy pays their membership fees to    13:32
18    ASHRAE to be a member of ASHRAE, then yes, but it goes  13:34
19    to membership.                13:37
20        Q   On the second page of Exhibit 1157,      13:36
21    subsection 5 says, "Cooperating in promoting of     13:32
22    ANSI/ASHRAE standards adoption in the International   13:36
23    Standards Organization (ISO) standards."         13:39
24        What is that referring to?           13:32
25     A   That must have been -- that would have been a  13:35
```

Page 111

```
 1    new thing added.  The Department of Energy hasn't done  13:37
 2    anything that I'm aware of to promote the adoption of  13:30
 3    ASHRAE -- ANSI/ASHRAE standards in ISO.        13:32
 4        Q   And for section 8, where it refers to     13:38
 5    "Cooperating and promotion of ANSI/ASHRAE standards   13:30
 6    adoption in building codes," what does that refer to?  13:36
 7     A   That could be supporting proposals that would  13:33
 8    have been submitted to adopt 90.1 in -- in the     13:39
 9    international code, because that's the federal minimum,  13:33
10    and they would have provided supporting testimony,   13:37
11    probably.                  13:30
12        Q   When you say "they would have provided    13:31
13    supporting testimony, probably," is that the Department  13:33
14    of Energy that would provide that?          13:36
15     A   A -- a staff member from the Department of   13:37
16    Energy.                   13:30
17        Q   Okay.  Are there any other ways that ASHRAE,  13:31
18    ANSI and the Department of Energy have cooperated in   13:39
19    promoting these standards adoption in building codes?  13:33
20     A   I'm not aware of ANSI promoting standards    13:30
21    adoption in building codes, other than -- it's an    13:34
22    ANSI/ASHRAE standard going through their process.  They  13:39
23    don't go to building codes.  I can't think of anything  13:31
24    else with the Department of Energy.          13:36
25        Q   Anything else with regards to just ASHRAE and  13:38
```

Page 112

```
 1    the Department of Energy?              13:31
 2     A   No.                 13:32
 3        Q   And section 10 refers to "Advancing and    13:34
 4    supporting the professional development of DOE     13:36
 5    personnel by facilitating membership, attendance, and  13:39
 6    active participation at the local and society levels of  13:33
 7    ASHRAE, especially as a member of technical committees  13:37
 8    and standard project committees, and by providing a   13:30
 9    venue for publication of research and practice."     13:33
10        What kind of publication is this referring    13:36
11    to?                      13:37
12     A   They're talking about research publication.   13:31
13    If the DOE does research, they're publishing it     13:34
14    somewhere.  It's not referring to standards.       13:37
15        Q   Does ASHRAE publish DOE research?      13:30
16     A   Not that I'm aware of.            13:32
17        Q   With regards to section 13, do you know what  13:32
18    they are referring to with regards to counter-terrorism  13:38
19    design features?                13:35
20     A   No.                 13:30
21        Q   Do you know what -- under -- under section   13:34
22    14, the DOE Energy Efficient Building Systems Regional  13:38
23    Innovation Cluster Initiative is?           13:30
24     A   I don't think that exists anymore, but      13:30
25    there's been a collaborative where they've worked    13:32
```

Page 113

```
 1    together, and they just -- they talk about research and  13:34
 2    things like that.                13:37
 3        Q   Was the Memorandum of Understanding Between  13:31
 4    the DOE and ASHRAE, Exhibit 1157, eventually signed by  13:34
 5    both ASHRAE and the Department of Energy?        13:34
 6     A   I need to go back and check to see if it was  13:37
 7    signed.                   13:30
 8        Q   How would you characterize the relationship  13:32
 9    between the Department of Energy and ASHRAE?       13:34
10     A   I mean, they work -- we work together.     13:32
11    That's probably on -- not all -- not all of these    13:35
12    projects, but I mean some things.          13:30
13        Q   You mentioned that someone from the      13:30
14    Department of Energy would testify on behalf of ASHRAE  13:33
15    in terms of getting the Standard 90.1 adopted as a   13:38
16    building code.  How does ASHRAE benefit from having   13:38
17    90.1 endorsed by the DOE?             13:32
18        MR. CUNNINGHAM:  Object to the        13:35
19    characterization of prior testimony.         13:36
20        THE WITNESS:  They don't testify on       13:30
21    behalf of ASHRAE.  They testify on behalf of      13:31
22    the Department of Energy.             13:34
23        Q   (BY MR. BECKER)  Excuse me.        13:35
24     A   So the benefit is then the IECC and 90.1 can  13:36
25    be the same.  So it's a -- it's the benefit to having  13:35
```

Pages 110 to 113

**Page 114**

```
 1   a -- one code.                        13:39
 2       Q   And are the IECC and Standard 90.1 the same?  13:32
 3       A   They are not exactly the same.       13:36
 4       Q   And how do they differ?              13:39
 5       A   I would have to look at the versions and the  13:32
 6   comparisons.  In some instances, 90.1 would be more  13:35
 7   stringent, in other, IECC.                  13:30
 8       Q   On balance, would you characterize the IECC  13:30
 9   as being more stringent than ASHRAE 90.1 or vice versa?  13:34
10       A   They have a different process.  The IECC,  13:41
11   while it's a consensus process, is not an ANSI  13:45
12   consensus process, so it's comparing apples to oranges.  13:49
13       Q   What does ASHRAE do to educate governments  13:46
14   and government officials about its work?    13:49
15       A   It has a staff person and/or leadership talk  13:42
16   to the staff on the hill about what our process is,  13:49
17   what standards we have, certification programs, classes  13:44
18   and things like that.                       13:44
19       Q   And are there particular staff people who  13:45
20   talk to staff members on the hill?          13:47
21       A   Yes.                                13:40
22       Q   And what individuals are these?     13:41
23       A   Mark Ames and Doug Read.  And Jeff Littleton  13:45
24   might talk to some, too.                    13:49
25       Q   And you say ASHRAE has leadership that talks  13:49
```

**Page 115**

```
 1   to staff on the hill.  Is that Jeff Littleton?  13:42
 2       A   The -- it -- it could be Jeff, it could be  13:45
 3   whoever is the president for that given -- given  13:40
 4   society year or vice president that society year.  It  13:43
 5   depends on the year, it depends on who they're talking  13:47
 6   to.                                        13:42
 7       Q   And what are Mr. Ames' and Mr. Read's  13:42
 8   positions at ASHRAE?                       13:47
 9       A   Well, Mr. -- Mark's title is senior manager  13:49
10   of government affairs.  Doug's title was director.  He  13:46
11   has retired.                               13:49
12       Q   And was -- was Doug's -- Doug Read's title  13:46
13   just director or director of government affairs?  13:49
14       A   A Director of government affairs.    13:42
15       Q   Are there other employees of ASHRAE who work  13:48
16   with -- or who did work with Mr. Ames and Mr. Read on  13:43
17   government affairs?                        13:48
18       A   They have a secretary -- or an administrative  13:41
19   assistant that works there.  She doesn't talk to people  13:46
20   on the hill.  And they have a new person there, Jim  13:48
21   Scarborough.  He deals with local.          13:42
22       Q   Is that a local government that he works --  13:40
23   deals with?                                13:43
24       A   Yeah, the grassroots chapters within ASHRAE.  13:44
25       Q   So is government affairs its own department  13:49
```

**Page 116**

```
 1   within ASHRAE?                             13:43
 2       A   Yes.                               13:43
 3       Q   And is that located in Washington, D.C.?  13:43
 4       A   Yes.                               13:43
 5       Q   And what is -- why is it that ASHRAE has a  13:43
 6   separate department for government affairs that's  13:44
 7   located in Washington, D.C.?                13:44
 8       A   So they can -- it's easier to talk to people  13:44
 9   on the hill.  It's been there as long as I've been  13:44
10   there.                                     13:44
11       MR. BECKER:  All right.  Let's take a  13:44
12   break.                                     13:44
13       THE VIDEOGRAPHER:  Going off the record  13:44
14   at 13:44.                                  13:44
15   (Recess taken.)                           13:53
16       THE VIDEOGRAPHER:  Going on the record  13:56
17   at 13:56.                                  13:56
18       Q   (BY MR. BECKER)  Ms. Reiniche, are you aware  13:56
19   if DOE employees are on the 90.1 policy committee?  13:56
20       A   90.1 policy committee?  You mean on the  13:56
21   project committee?                         13:56
22       Q   Project committee, excuse me.       13:56
23       A   Yes.                               13:56
24       Q   They are?                          13:56
25       A   There is a staff person on there, yes.  13:56
```

**Page 117**

```
 1       Q   And have DOE employees been on the 90.1  13:53
 2   project committee -- committee in the past?  13:57
 3       A   Yes.                               13:59
 4       Q   Okay.  And so DOE employees provide -- they  13:50
 5   contribute to the development of 90.1; is that correct?  13:50
 6       MR. FEE:  Objection to form.            13:54
 7       THE WITNESS:  They participate in the  13:55
 8   process.  I'm not aware of any draft         13:57
 9   language.                                  13:50
10   (Exhibit 1158 marked for identification.)   13:51
11       Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing  13:52
12   you what's been marked as Exhibit 1158.  This is a  13:53
13   document with Bates number ASHRAE0005856.  It's labeled  13:50
14   "Marketing Task Force Report."             13:58
15       A   Okay.                              13:50
16       Q   Are you familiar with this document,  13:53
17   Ms. Reiniche?                              13:55
18       A   Yes.                               13:59
19       Q   Could you tell me what this document is?  13:50
20       A   This is a document that would have been  13:53
21   presented to the project committee on priorities -- on  13:54
22   trying to get things out in the marketplace.  13:56
23       Q   And could you tell me what -- do you know  13:53
24   what Chris Mathis's position is at ASHRAE?  13:56
25       A   He is not a staff member at ASHRAE.  13:50
```

**Veritext Legal Solutions**
**866 299-5127**

Q  Oh, really.  Who is Chris Mathis?  13:52

A  He's an ASHRAE member.  13:55

Q  Okay.  And is -- what was the purpose of  13:56
creating this document?  13:59

MR. CUNNINGHAM:  Object to form.  13:52

THE WITNESS:  Just to tell -- inform  13:58
people of where they were on these priorities  13:51
for marketing.  13:55

Q  (BY MR. BECKER)  Is there some kind of a  13:59
marketing committee that he was part of?  13:51

A  There must have been a marketing committee,  13:57
because there was a marketing task force, but it  13:58
wouldn't have been -- wouldn't have been a -- a committee  13:51
within 90.1.  13:53

Q  This would have been a -- a separate ASHRAE  13:58
committee?  13:52

A  An ad hoc or something like that.  13:53

Q  And is it typical to have individuals who are  13:56
not employees of ASHRAE who are on marketing committees  13:59
for ASHRAE?  13:54

A  In any ad hoc committee, we have members  13:58
on -- on those committees.  It's not typically just  14:01
ASHRAE staff.  14:05

Q  With regards to the fifth page of Bates  14:01
number ASHRAE0005859, it says, "Actions on each  14:01

Page 118

Priority (#2).  Increase the use of the standard by  14:00
architects, engineers and building officials."  14:00

Then as a -- subpoints under that, it says,  14:00
"Underway!  ASHRAE and DOE partnership to bring  14:00
train-the-trainer sessions to the Chapters!"  14:00

Do you know what these train-the-trainer  14:00
sessions are?  14:01

A  It's to train people to teach others about  14:01
90.1.  14:01

Q  And do you know how ASHRAE and DOE were  14:01
partnering to provide these training sessions?  14:01

A  I would have to check, because this would  14:01
have been when it was started.  14:01

Q  On the next page it says, "Expand the reach  14:01
of the standard," and then a subpoint, it says, "DOE  14:01
partnership activities underway (training)."  14:01

Is that referring to the train-the-trainer  14:01
sessions or is that referring to something else?  14:01

A  No, the train-the-trainer sessions.  14:01

Q  On the third-to-last page, marked Bates  14:02
number ASHRAE005865, it says "Obstacles Recognized."  14:02

Do you see that?  14:02

A  Yes.  14:02

Q  What is it about the format, printing,  14:02
beauty, readability, editing, style, images, voice,  14:02

Page 119

et cetera, that was considered an obstacle?  14:06

MR. CUNNINGHAM:  Object, insofar as this  14:02
leaves the scope of the topics this witness  14:03
was designated for.  14:07

THE WITNESS:  Well, it would have been  14:09
after this that we -- just the readability,  14:00
the formatting, we just changed -- went from  14:04
one column to two columns.  We would have  14:07
changed the chapter organization just to make  14:00
it flow better and easier for the reader to  14:03
understand.  14:06

Q  (BY MR. BECKER)  And is that something that  14:07
you know from your work at ASHRAE?  14:07

A  Yes, we have since -- since this, and we have  14:04
done one complete overhaul in the formatting.  14:04

Q  And what are they referring to by  14:00
"enforcement of EPAct" there?  14:04

A  They're probably talking about the fact that  14:00
not all states abide by it.  They don't -- there's a  14:02
lot of states that are on older versions of the code  14:07
when they're supposed -- when, according to EPAct,  14:00
they're supposed to be adopting the latest version  14:04
within two years of the determination that the newest  14:04
version of 90.1 is more energy efficient than the last.  14:02

Q  Just to clarify, when you say "older versions  14:08

Page 120

of the code," you mean older versions of ASHRAE 90.1?  14:00

A  ASHRAE 90.1 or something that's deemed to  14:02
comply, like the IECC, an older version of the IECC.  14:04

Q  And it says, "ASHRAE's history of marketing  14:02
successes."  14:05

Below that, "Good news!  ASHRAE has approved  14:07
funding to establish a marketing department!!!!"  14:03

Does ASHRAE now have a marketing department?  14:08

A  We had a marketing department, then they  14:00
dissolved it and moved them under, and now they're  14:03
starting back up a marketing section.  14:06

Q  And what is the -- the purpose of ASHRAE's  14:08
marketing department?  14:06

A  To market the ASHRAE products and classes and  14:06
things like that.  14:00

Q  Does that include marketing the standards  14:02
themselves?  14:04

A  Yes.  14:06

Q  And why was it that the marketing department  14:09
had been dissolved?  14:06

A  I don't know.  That's a -- was a decision  14:04
made by -- it would have been Jeff Littleton and  14:06
probably the board ExCom.  14:09

Q  And do you know why it was brought back?  14:02

A  That was another decision that was made by  14:06

Page 121

Pages 118 to 121

**Veritext Legal Solutions**
**866 299-5127**

1    Q   How am I mistaken?                    14:45
2    A   What this proposed legislation was, was to   14:48
3    set the baseline for which the DOE uses to make the   14:43
4    determination on whether or not the next version of   14:47
5    90.1 is more energy efficient.  So this was proposing   14:40
6    to use 90.1-2004 as the benchmark for each subsequent   14:44
7    version of 90.1.                             14:48
8        And then -- and that's only commercial.  And   14:40
9    then the IECC is for residential.  They're referenced   14:43
10   as the residential.  What's being advocated here is   14:48
11   that you use the IECC 2006 as the baseline for each   14:41
12   subsequent version of the IECC for residential moving   14:46
13   forward as for energy efficiency.           14:46
14   Q   Okay.  Does the IECC itself refer to       14:42
15   commercial buildings or is it only for residential   14:49
16   buildings?                                   14:42
17   A   There -- there's different I-codes within the   14:46
18   IECC.  So there's the IRC, which is residential, but   14:40
19   it's part of the whole body of codes.  So the IECC for   14:43
20   residential is just the energy efficiency stuff for   14:40
21   residential home -- residential stuff.       14:44
22   Q   On the following page, it says, "American   14:55
23   Clean Energy Leadership Act, S.1462."  It says,   14:58
24   "Introduced by Senator Jeff Bingaman, D-NM.  Updates   14:51
25   national building energy codes and standards at least   14:58

1    the -- but we explained that once you -- as you get   14:50
2    above -- when you're going between the 30 and the 50   14:53
3    percent, it gets more and more difficult to have   14:55
4    cost-effective equipment and things like that and -- in   14:58
5    there.  So it -- it wasn't put in the law.   14:52
6    Q   On page ASHRAE0024581, it says, "Additional   14:58
7    Washington office activities."  And it says for the   14:56
8    third major bullet point, "Building code adoptions,"   14:56
9    and then under that, "Standard 90.1 and Standard   14:50
10   189.1/IGCC promotion."                       14:54
11       Does this mean that the Washington office was   14:50
12   engaged in promoting the adoption of Standard 90.1 into   14:54
13   building codes?                              14:50
14   A   I don't remember.  And without seeing it, if   14:55
15   he -- he didn't have notes with it, so I don't think it   14:59
16   was at a building code level.  I think that's something   14:52
17   they were talking about expanding in the grassroots.   14:57
18   That was not done at that time.              14:52
19   Q   So that's something -- is that something   14:53
20   that's done in -- at this time?              14:55
21   A   We have started a grassroots program to reach   14:51
22   out when we are made aware of references to -- to   14:53
23   different standards.  And we could ask volunteers in   14:58
24   those jurisdictions to go.                   14:52
25   Q   And when you say "a grassroots program," who   14:53

1    every three years to achieve target energy savings of,"   14:51
2    and then it -- four bullet points down from that, it   14:55
3    says, "If DOE determines ASHRAE's future revised model   14:50
4    codes will not meet targets, DOE will propose or   14:55
5    establish a modified code or standard that meets the   14:58
6    above targets.  Uses 90.1-2004 as baseline for   14:50
7    commercial buildings IECC 2006 for residential."   14:56
8        When it references "Uses 90.1-2004 as   14:59
9    baseline for commercial buildings," is that in the same   14:53
10   capacity as the reference on the prior page that you   14:56
11   were just referring to?                      14:59
12   A   Yes.  One is a bill proposed in the House;   14:51
13   one is a bill proposed in the Senate.        14:54
14   Q   Did the Department of Energy propose or   14:53
15   establish a modified code or a standard that met the   14:56
16   above targets on page ASHRAE0024570?         14:50
17   A   This is -- this proposed language is not   14:58
18   in -- in law at this particular time.  This was -- this   14:51
19   was talking about what was being proposed at this point   14:55
20   in time in 2010.                             14:50
21   Q   What was the outcome?                    14:53
22   A   I don't -- I don't think they set -- I don't   14:56
23   believe that they set targets, because it's -- as part   14:59
24   of the -- these codes, it has to be cost effective.   14:56
25   And as ASHRAE explained -- and I'm not sure if it's   14:51

1    is involved in the grassroots program?       14:57
2    A   It's -- it's the individual ASHRAE chapters   14:50
3    within each state, and then each -- you know, there's   14:52
4    multiple chapters within a state.  So whoever is   14:55
5    closest to wherever the decision is being made.   14:58
6    Q   And so this is -- the grassroots program   14:52
7    works to advocate for building code adoptions --   14:59
8    adoptions of Standard 90.1 into building codes --   14:54
9        MR. CUNNINGHAM:  Objection.              14:58
10   Q   (BY MR. BECKER)  -- in states and local   14:59
11   governments?                                 14:51
12       MR. CUNNINGHAM:  Objection,              14:52
13   mischaracterization of prior testimony.      14:53
14       THE WITNESS:  It could include Standard   14:54
15   90.1.  It could include any other -- our      14:56
16   other standards as well.                     14:59
17   Q   (BY MR. BECKER)  And at the bottom of this   14:54
18   page, it says, "Empowering chapters to engage state and   14:56
19   local policy-makers."  Do you know what that   14:59
20   references?                                  14:52
21   A   That's referencing what I was talking about,   14:53
22   the grassroots, and encouraging local chapters to talk   14:55
23   to their state and local policy makers.      14:51
24   Q   And on the next page, it says, "Opportunities   14:55
25   for individual member participation.  Contact state and   14:59

1 compliance?                                          15:07
2    A   Not that I'm aware of.                        15:02
3    Q   Was there a specific reason why ASHRAE was    15:09
4 concerned that jurisdictions might not have the      15:01
5 necessary enforcement mechanisms and training to assure 15:07
6 compliance?                                          15:02
7    A   Well, this was at a time when the economy was 15:02
8 not doing so good, so places were cutting back, and  15:04
9 that included the local building departments.  So these 15:07
10 building code officials aren't able to do as much,   15:05
11 they're not able to check as much.  The codes have   15:05
12 gotten more complex, so it's harder for them to enforce 15:08
13 compliance.                                          15:02
14    Q   If you turn to Exhibit 1164, the followup     15:01
15 testimony of Kent W. Peterson.  And if you please turn 15:07
16 to the sixth page, ASHRAE0024250.  It says,          15:06
17 "Theoretically" -- excuse me, on -- on the fourth    15:07
18 paragraph down, essentially the middle of the page, it 15:08
19 says, "Theoretically, there exists a national baseline 15:00
20 for building energy codes (ASHRAE Standard 90.1-2004  15:02
21 for commercial buildings and the International Energy 15:06
22 Conservation Code for residential buildings)."       15:00
23    "EPAct 2005 requires states to adopt a            15:07
24 building energy code that is at least as stringent as 15:08
25 90.1-2004 and the IECC.  However, there are no       15:02

1 enforcement mechanisms against the states that do not 15:05
2 adopt codes that meet these requirements.  This is    15:03
3 largely due to the fact that building codes generally 15:03
4 are considered a state and local government issue."   15:05
5    Does this relate to ASHRAE's concern              15:04
6 regarding enforcement mechanisms concerning           15:06
7 Standard 90.1?                                       15:02
8    A   Say that one more time.                       15:06
9    Q   Does this relate to ASHRAE's concern          15:08
10 regarding enforcement mechanisms concerning          15:00
11 Standard 90.1?                                      15:05
12    A   Yes.                                         15:06
13    Q   Concerns such as reflected in Exhibit 1165    15:00
14 that we were just discussing?                       15:03
15    A   Yes, and it appears to be a little bit more   15:06
16 than that.                                          15:09
17    Q   I'm sorry, what do you mean by "it appears to 15:07
18 be a little bit more than that"?                    15:09
19    A   This also relates to the fact that while the  15:00
20 federal government under EPAct requires the states to 15:03
21 do this, there's no penalty if they don't.  So that's 15:07
22 an enforcement mechanism as well, so where's -- where's 15:00
23 the need for the states to adopt that if there's no way 15:05
24 to enforce it at a national level?                  15:08
25    Q   Is that still the case?                      15:07

1    A   Yes.                                          15:09
2       MR. BECKER:  Could we take a quick             15:18
3 break?                                              15:19
4       THE VIDEOGRAPHER:  Going off the record         15:10
5 at 15:10.                                           15:11
6 (Recess taken.)                                     15:26
7       THE VIDEOGRAPHER:  Going on the record          15:20
8 at 15:26.                                           15:22
9    Q   (BY MR. BECKER)  Ms. Reiniche, as part of the 15:21
10 process for developing the works at issue and updating 15:22
11 them, does ASHRAE have a process for correcting any   15:28
12 errors that might have occurred in previous versions of 15:23
13 Standard 90.1?                                      15:28
14    A   Yes.                                         15:20
15    Q   And what is that process called?             15:20
16    A   We issue an erratum.                         15:22
17    Q   Okay.  And how does that work?               15:25
18    A   Some -- somebody finds an issue where        15:27
19 there -- there's something wrong and believes that it  15:23
20 was changed such and such a way in a -- a previous     15:28
21 propose -- previous change that had been approved, it 15:21
22 gets sent into staff.  We consult with the chair of the 15:23
23 committee and/or the subcommittee, depending on where  15:26
24 it is, to make sure that that's correct.  If it's    15:20
25 correct, then we issue an erratum.                  15:22

1    Q   Okay.                                         15:25
2 (Exhibit 1166 marked for identification.)           15:23
3    Q   (BY MR. BECKER)  I'm handing you what's been  15:25
4 marked as Exhibit 1166.  It's a printout from the    15:27
5 ASHRAE website.  Do you recognize this document?     15:23
6    A   Yes.                                          15:27
7    Q   And what is this document?                    15:29
8    A   This is a page -- a printout of the page on   15:20
9 the website that lists all the erratum and for what   15:24
10 they apply for.                                     15:20
11    Q   And starting on the third page of this       15:23
12 document, are these the errata for standard ASHRAE    15:29
13 90.1?                                              15:27
14    A   If you -- well, the third major header starts 15:34
15 for the errata for 90.1-1989, and then the next one   15:37
16 down is the 19. -- 90.1-1999 I-P edition, and then the 15:33
17 next one is the SI edition.                         15:30
18    Q   And these documents appear to have dates on  15:35
19 the -- the end of them.  So for instance, under -- on  15:36
20 the third page under Standard 90.1-1989 errata, various 15:33
21 dates for the -- the second bullet point, it says,   15:38
22 "Errata sheet for fourth printing GG 3/94 and all     15:30
23 earlier editions September 16th, 1994."             15:36
24    What does the date September 16th, 1994 there     15:30
25 signify?                                            15:36

Veritext Legal Solutions
866 299-5127

# EXHIBIT 9

```
 1            UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF COLUMBIA

 3

 4   AMERICAN SOCIETY FOR            )

 5   TESTING AND MATERIALS,          )

 6   d/b/a ASTM INTERNATIONAL;       )

                                     )

 7   NATIONAL FIRE PROTECTION        )

 8   ASSOCIATION, INC.; and          )

                                     )

 9   AMERICAN SOCIETY OF             )

10   HEATING, REFRIGERATION AND      )

11   AIR CONDITIONING ENGINEERS,     )

12            Plaintiffs and         )

13   Counter-Defendants,             )

14   vs.                             ) Civil Action No.

15   PUBLIC.RESOURCE.ORG,INC.,       ) 1:13-cv-01215-TSC

16            Defendant and          ) VOLUME: I

17   Counter-Plaintiff.              )
     _____

18        Videotaped 30(b)(6) Deposition of

19        NATIONAL FIRE PROTECTION ASSOCIATION,

20        INC., BY BRUCE MULLEN, taken at

          42 Chauncy Street, Boston, Massachusetts,

21        commencing at 9:59 a.m., Tuesday,

22        March 31, 2015, before Jeanette N.

23        Maracas, RPR, Notary Public.

24   JOB No. 2038640

25   PAGES 1 - 234
```

Page 1

| | | | |
|---|---|---|---|
| 1 | A. | It will be 15 years in November, so | 10:03:20 |
| 2 | | 14-and-a-half years. | 10:03:26 |
| 3 | Q. | What was your job history before NFPA? | 10:03:27 |
| 4 | A. | I was a group deputy manager and director for | 10:03:33 |
| 5 | | a company in Zimbabwe. | 10:03:40 |
| 6 | Q. | What did that company do? | 10:03:42 |
| 7 | A. | It was a conglomerate, so it was a lot of | 10:03:43 |
| 8 | | different industries. | 10:03:47 |
| 9 | Q. | What was the name of the company? | 10:03:49 |
| 10 | A. | TSL Limited. | 10:03:50 |
| 11 | Q. | What did TSL stand for? | 10:03:54 |
| 12 | A. | It used to stand for Tobacco Sales Limited, | 10:03:56 |
| 13 | | but it changed its name to TSL.  It didn't | 10:04:00 |
| 14 | | really stand for anything. | 10:04:04 |
| 15 | Q. | What aspects of that job qualified you for | 10:04:05 |
| 16 | | the job you then took at NFPA? | 10:04:10 |
| 17 | A. | Business experience, financial experience. | 10:04:12 |
| 18 | Q. | And any particular types of business or | 10:04:21 |
| 19 | | financial experience? | 10:04:23 |
| 20 | A. | Just primarily financial experience, a little | 10:04:24 |
| 21 | | bit of merger and acquisition experience. | 10:04:30 |
| 22 | Q. | How did you get the job at NFPA? | 10:04:33 |
| 23 | A. | I responded to an advertisement in the Boston | 10:04:35 |
| 24 | | Globe. | 10:04:41 |
| 25 | Q. | What have your job titles been since you | 10:04:41 |

Page 9

| | | | |
|---|---|---|---|
| 1 | | arrived at NFPA? | 10:04:47 |
| 2 | A. | Chief financial officer, that's basically | 10:04:50 |
| 3 | | been the consistent title. | 10:04:56 |
| 4 | Q. | What other titles have you had since you | 10:04:58 |
| 5 | | arrived at NFPA? | 10:05:00 |
| 6 | A. | That's it, chief financial officer. | 10:05:02 |
| 7 | Q. | You're not a vice president of some sort? | 10:05:04 |
| 8 | A. | I am.  It's -- that goes with the title chief | 10:05:06 |
| 9 | | financial officer.  It's a sort of senior | 10:05:10 |
| 10 | | VP-level position, but my title is chief | 10:05:13 |
| 11 | | financial officer. | 10:05:16 |
| 12 | Q. | Has the title of vice president ever been | 10:05:16 |
| 13 | | part of your formal job title? | 10:05:22 |
| 14 | A. | Sometimes I may -- the full title may be | 10:05:24 |
| 15 | | senior vice president and chief financial | 10:05:31 |
| 16 | | officer or executive vice president and chief | 10:05:34 |
| 17 | | financial officer, but normally just CFO. | 10:05:36 |
| 18 | Q. | Did you arrive as a senior vice president | 10:05:38 |
| 19 | | and CFO at NFPA when you started working at | 10:05:41 |
| 20 | | NFPA? | 10:05:45 |
| 21 | A. | When I started working, I was -- my title was | 10:05:46 |
| 22 | | a consultant. | 10:05:51 |
| 23 | Q. | And that was in 2000? | 10:05:58 |
| 24 | A. | 2000. | 10:06:00 |
| 25 | Q. | When did your title change from consultant? | 10:06:03 |

Page 10