**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>            Plaintiffs/<br>            Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>            Defendant/<br>            Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**SUPPLEMENTAL DECLARATION OF JAMES THOMAS**

Pursuant to 28 U.S.C. § 1746, I, James Thomas, declare the following statements to be true under the penalties of perjury:

1. I am over the age of 18 years and am fully competent to testify to the matters stated in this Declaration.

2. This declaration is based on my personal knowledge. If called to do so, I would and could testify to the matters stated herein.

3. I am the President of ASTM International ("ASTM"), which is a not-for-profit organization headquartered in Pennsylvania. I have worked at ASTM since 1972.

4. In over 40 years working at ASTM, one of the premier international standards development organizations ("SDOs"), I have participated in numerous activities, committees and panels with executives from other SDOs.

5.  In addition, I have participated in activities of the American National Standards Institute ("ANSI") since 1976 and I have been on the ANSI Board of Directors since approximately 1993. ANSI administers and coordinates the voluntary standardization system in the United States and accredits the procedures of standards development organizations.

6.  As a result of my work with other SDOs and my involvement with ANSI, I am knowledgeable about many SDOs' procedures for developing standards and how standards are used, both in the United States and internationally.

Dated: January 20, 2016

_____
James Thomas