**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> Plaintiffs/ Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/ Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## MOTION FOR WITHDRAWAL OF REPRESENTATION

Plaintiff American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc. ("ASHRAE") respectfully request that Simeon M. Schopf, of King & Spalding LLP, be permitted to withdraw as counsel of record in the above action. Mr. Schopf will be leaving the firm as of January 29, 2016 and no longer practicing law with King & Spalding LLP.

ASHRAE will continue to be represented in the matter by the enrolled attorneys from King & Spalding LLP.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: January 25, 2016 | */s/ Jason Blake Cunningham* |
| | Jason Blake Cunningham <br> (*admitted pro hac vice*) <br> KING & SPALDING LLP <br> 401 Congress Avenue, Suite 3200 <br> Austin, TX 78701 <br> (512) 457-2000 <br> bcunningham@kslaw.com |

Jeffrey S. Bucholtz (D.C. Bar: 452385)
KING & SPALDING, LLP
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
(202) 737-0500
jbucholtz@kslaw.com
sschopf@kslaw.com

Kenneth L. Steinthal (*admitted pro hac vice*)
Joseph R. Wetzel (*admitted pro hac vice*)
Katherine E. Merk (*admitted pro hac vice*)
KING & SPALDING, LLP
101 2nd Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
ksteinthal@kslaw.com
jwetzel@kslaw.com
kmerk@kslaw.com

*Counsel for the American Society of Heating, Refrigerating, and Air-Conditioning Engineers, Inc.*

## CERTIFICATE OF SERVICE

In accordance with LCvR 5.3, I certify that on January 25, 2016 I caused a true and correct copy of the Notice of Withdrawal to be served on all counsel of record through the Courts CM/ECF system.

                                        */s/ Jason Blake Cunningham*
                                        Jason Blake Cunningham