# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>        Plaintiffs/<br>        Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant/<br>        Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## [PROPOSED ORDER] GRANTING MOTION FOR

## WITHDRAWAL OF REPRESENTATION

Upon consideration of the Motion for Withdrawal of Representation, it is ORDERED that the Motion for Withdrawal of Representation be and hereby is GRANTED, and that Simeon M. Schopf be removed from the registrar of counsel and ECF distribution lists for the above-referenced action.

IT IS SO ORDERED.

DATED:

                                                   _____
                                                   Hon. Tanya S. Chutkan
                                                   United States District Court Judge