**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>     Plaintiffs/ <br>     Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>     Defendant/ <br>     Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## MOTION TO ADMIT ATTORNEY ROSE LEDA EHLER *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), ANJAN CHOUDHURY, counsel for Plaintiff National Fire Protection Association, Inc. ("NFPA"), and a member in good standing of the bar of this Court, respectfully moves this Court for an Order admitting Rose Leda Ehler as counsel *pro hac vice*.  Ms. Ehler is a member in good standing of the Bar of California and is an associate in the law firm Munger, Tolles & Olson LLP, located at 560 Mission Street, 27th Floor, San Francisco, CA  94105-2907.

Accompanying this Motion is Ms. Ehler's declaration containing the information required for *pro hac vice* motions pursuant to Local Civil Rule 83.2(d).  Counsel for the NFPA has conferred with counsel for all parties to this case concerning this motion as required by

Local Civil Rule 7(m).  All parties consent to the *pro hac vice* motion.  In accordance with

Local Civil Rule 7(c), a proposed order is filed herewith.

Dated:  January 27, 2016                    Respectfully Submitted,

                                            */s/ Anjan Choudhury*

                                            Anjan Choudhury (D.C. Bar: 497271)
                                            Munger, Tolles & Olson LLP
                                            355 South Grand Avenue, 35th Floor
                                            Los Angeles, CA 90071
                                            Tel: 213.683.9100
                                            Email: Anjan.Choudhury@mto.com

                                            Kelly M. Klaus
                                            Jonathan H. Blavin
                                            Nathan M. Rehn
                                            Rose Leda Ehler
                                            Munger, Tolles & Olson LLP
                                            560 Mission St., 27th Floor
                                            San Francisco, CA 94105
                                            Tel: 415.512.4000
                                            Email: Kelly.Klaus@mto.com
                                                   Jonathan.Blavin@mto.com
                                                   Thane.Rehn@mto.com
                                                   Rose.Ehler@mto.com

                                            *Counsel for National Fire Protection*
                                            *Association, Inc.*