# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>        Plaintiffs/<br>        Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant/<br>        Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

# DECLARATION OF ROSE LEDA EHLER
# IN SUPPORT OF MOTION TO ADMIT *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Rose Leda Ehler, declare as follows:

1.      My name is Rose Leda Ehler.  I serve as counsel for National Fire Protection Association, Inc. ("NFPA").

2.      I am an attorney practicing with the law firm of Munger, Tolles & Olson LLP, located at 560 Mission Street, 27th Floor, San Francisco, CA  94105-2907.  My phone number is 415-512-4000.

3.      I am a member in good standing of the Bar of California.  I also have been admitted to practice before the courts listed in "Attachment A" to this Declaration.

4.      I certify that I have never been subject to discipline for my conduct as an attorney before any court or as a member of any bar association.

5.      I am not currently admitted to practice in the United States District Court for the District of Columbia and have not been admitted *pro hac vice* in this Court within the last two years.

6.      I am not a resident of the District of Columbia, nor do I practice law from an office located in the District of Columbia.

7.      I will, if admitted for purposes of this litigation, conduct myself in accordance with all applicable rules of professional conduct and the rules of this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 27, 2016

_____
                                        Rose Leda Ehler

**Attachment A**

**Rose Leda Ehler**
**Court Admissions**

| Court | Address |
|---|---|
| US Court of Appeals, Ninth Circuit | 95 7th Street<br>San Francisco, CA 94103 |
| USDC – Northern District of CA | 450 Golden Gate Avenue<br>San Francisco, CA  94102 |