**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>         Plaintiffs/ <br>         Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>         Defendant/ <br>         Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER OF ADMISSION *PRO HAC VICE***

Upon consideration of Plaintiff National Fire Protection Association, Inc.'s motion for the admission *pro hac vice* of Rose Leda Ehler, it is hereby

**ORDERED** that the motion for the admission *pro hac vice* of Rose Leda Ehler on behalf of National Fire Protection Association, Inc. in the above-captioned case be **GRANTED**, and that Rose Leda Ehler is hereby admitted *pro hac vice* to appear and participate as counsel in the above-referenced action.

    **IT IS SO ORDERED**.

Date: _____     _____
                                                    Hon. Tanya S. Chutkan
                                                    U.S. District Judge