**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>             Plaintiffs-Counterdefendants, <br><br>         v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>             Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **DECLARATION OF MATTHEW BECKER IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** <br><br> Action Filed: August 6, 2013 |

**REDACTED VERSION SOUGHT TO BE FILED UNDER SEAL**

I, Matthew Becker, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney admitted to practice in the District of Columbia and am an associate with the law firm of Fenwick & West LLP, counsel of record for Defendant/Counterclaimant Plaintiff Public.Resource.Org, Inc. Except where otherwise indicated, I have personal knowledge of the facts herein and could and would testify competently hereto.

2.      Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 1** is a true and correct copy of excerpts of John Jarosz's deposition, Plaintiffs' designated expert witness, dated August 27, 2015.

3.      Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 2** is a

true and correct copy of excerpts of Steven Comstock's deposition, as the corporate designee for ASHRAE, dated March 5, 2015.

4. Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 3** is a true and correct copy of excerpts of Donald Bliss's deposition, as the corporate designee for NFPA, dated March 3, 2015.

5. Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 4** is a true and correct copy of excerpts of **Daniel Smith's deposition**, as the corporate designee of ASTM, dated July 24, 2015.

6. I requested that the Clerk of the Court of Appeals for the Fifth Circuit send me copies of the *amicus curiae* briefs filed in the case of *Veeck v. Southern Building Code Congress International, Inc.*, No. 99-40632. Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 5** is a true and correct copy of the Brief of Amicus Curiae States of Ohio and Ten Other States and Territories Supporting Appellant Veeck Upon Rehearing En Banc, which I received in response to that request.

7. I requested that the Clerk of the Court of Appeals for the Fifth Circuit send me copies of the *amicus curiae* briefs filed in the case of *Veeck v. Southern Building Code Congress International*, Inc., No. 99-40632. Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 6** is a true and correct copy of the Brief of Amicus Curiae ASTM International in Support of Petition for a Writ of Certiorari, which I received in response to that request.

8. ████████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████

2

9. Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 8** is a true and correct copy of a printout of the webpage *Membership Types and Benefits*, ASTM.org (accessed Feb. 4, 2016), http://www.astm.org/MEMBERSHIP/MemTypes.htm.

10. Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 9** is a true and correct copy of a printout of the webpage *FAQs*, NFPA.org (accessed Feb. 4, 2016), http://www.nfpa.org/about-nfpa/international/faqs.

11. ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████
█████████

12. ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

13. I requested that the Clerk of the Court of Appeals for the Fifth Circuit send me copies of the *amicus curiae* briefs filed in the case of *Veeck v. Southern Building Code Congress International*, Inc., No. 99-40632. Attached to Public Resource's Index of Consolidated Exhibits as **Exhibit 17** is a true and correct copy of the Brief of Amicus Curiae Texas Municipal League, American National Standards Institute, National Fire Protection Association, American Society of Heating, Refrigerating, and Air-Conditioning Engineers, et al. in Support of Petition for a Writ of Certiorari, which I received in response to that request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of February, 2016 at San Francisco, CA.


                                        */s/ Matthew Becker*
                                        Matthew Becker