**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>              Plaintiffs/Counter-defendants, <br><br>      v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>              Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> **DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.'S CONSOLIDATED LIST OF EXHIBITS FOR ITS REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** <br><br> Action Filed:   August 6, 2013 |

**REDACTED VERSION SOUGHT TO BE FILED UNDER SEAL**

Defendant-Counterclaimant Public.Resource.Org, Inc. ("Public Resource") submits the following Consolidated List of Exhibits in Support of Defendant Public Resource's Reply Memorandum of Points and Authorities In Support of Its Motion for Summary Judgment, as follows:

| Exhibit No. | Document Title |
|---|---|
| 1. | Excerpts of John Jarosz's deposition, Plaintiffs' designated expert witness, dated August 27, 2015. |
| 2. | Excerpts of Steven Comstock's deposition, as the corporate designee for ASHRAE, dated March 5, 2015. |
| 3. | Excerpts of Donald Bliss's deposition, as the corporate designee for NFPA, dated March 3, 2015. |

| Exhibit No. | Document Title |
|---|---|
| 4. | Excerpts of **Daniel Smith's deposition**, as the corporate designee of ASTM, dated July 24, 2015. |
| 5. | *Veeck v. Southern Building Code Congress International, Inc*., No. 99-40632, Brief of Amicus Curiae States of Ohio and Ten Other States and Territories Supporting Appellant Veeck Upon Rehearing En Banc |
| 6. | *Veeck v. Southern Building Code Congress International, Inc.,* No. 99-40632, Brief of Amicus Curiae ASTM International in Support of Petition for a Writ of Certiorari |
| 7. | [redacted] |
| 8. | Webpage *Membership Types and Benefits*, ASTM.org (accessed Feb. 4, 2016), http://www.astm.org/MEMBERSHIP/MemTypes.htm |
| 9. | Webpage *FAQs*, NFPA.org (accessed Feb. 4, 2016), http://www.nfpa.org/about-nfpa/international/faqs. |
| 10. | [redacted] |
| 11. | [redacted] |
| 12. | Webpage of the U.S. Government Publishing Office entitled Browse Government Publications, at https://www.gpo.gov/fdsys/browse/collectiontab.action. |
| 13. | Memorandum for the Heads of Executive Departments and Agencies from John P. Holdren, Director of the Office of Science and Technology Policy, Executive Office of the President, regarding Increasing Access to the Results of Federally Funded Scientific Research, dated Feb. 22, 2013 and published at https://www.whitehouse.gov/sites/default/files/microsites/ostp/ostp_public_access_memo_2013.pdf. |
| 14. | Webpage of the U.S. Department of Justice entitled "Accessibility of State and Local Government Websites to People with Disabilities," at http://www.ada.gov/websites2.htm. |

| Exhibit No. | Document Title |
| --- | --- |
| 15. | Report of the Advisory Commission on Accessible Instructional Materials in Postsecondary Education for Students with Disabilities, dated December 6, 2011 and published on the U.S. Department of Education website at http://www2.ed.gov/about/bdscomm/list/aim/ meeting/aim-report.pdf. |
| 16. | Excerpts from the Alabama Electrical Code, Chapter 170-X-2, August 2008. |
| 17. | *Veeck v. Southern Building Code Congress International, Inc.,* No. 99-40632, Brief of Amicus Curiae Texas Municipal League, American National Standards Institute, National Fire Protection Association, American Society of Heating, Refrigerating, and Air-Conditioning Engineers, et al. in Support of Petition for a Writ of Certiorari |

4

Dated: February 4, 2016 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/   Andrew P. Bridges*
　　　　　　　　　　　　　　　　　　　　　Andrew P. Bridges (admitted)
　　　　　　　　　　　　　　　　　　　　　abridges@fenwick.com
　　　　　　　　　　　　　　　　　　　　　Sebastian E. Kaplan (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　skaplan@fenwick.com
　　　　　　　　　　　　　　　　　　　　　Matthew Becker (admitted)
　　　　　　　　　　　　　　　　　　　　　mbecker@fenwick.com
　　　　　　　　　　　　　　　　　　　　　FENWICK & WEST LLP
　　　　　　　　　　　　　　　　　　　　　555 California Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　　Telephone:    (415) 875-2300
　　　　　　　　　　　　　　　　　　　　　Facsimile:     (415) 281-1350

　　　　　　　　　　　　　　　　　　　　　Corynne McSherry (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　corynne@eff.org
　　　　　　　　　　　　　　　　　　　　　Mitchell L. Stoltz (D.C. Bar No. 978149)
　　　　　　　　　　　　　　　　　　　　　mitch@eff.org
　　　　　　　　　　　　　　　　　　　　　ELECTRONIC FRONTIER FOUNDATION
　　　　　　　　　　　　　　　　　　　　　815 Eddy Street
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94109
　　　　　　　　　　　　　　　　　　　　　Telephone:    (415) 436-9333
　　　　　　　　　　　　　　　　　　　　　Facsimile:     (415) 436-9993

　　　　　　　　　　　　　　　　　　　　　David Halperin (D.C. Bar No. 426078)
　　　　　　　　　　　　　　　　　　　　　davidhalperindc@gmail.com
　　　　　　　　　　　　　　　　　　　　　1530 P Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 905-3434

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant-Counterclaimant*
　　　　　　　　　　　　　　　　　　　　　Public.Resource.Org, Inc.