# EXHIBIT 2

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLUMBIA
 3
 4    AMERICAN SOCIETY FOR TESTING
 5    AND MATERIALS d/b/a ASTM
 6    INTERNATIONAL; NATIONAL FIRE
 7    PROTECTION ASSOCIATION, INC.,;
 8    and AMERICAN SOCIETY OF HEATING,
 9    REFRIGERATING, AND AIR-CONDITIONING
10    ENGINEERS, INC.
11              Plaintiffs,    CIVIL ACTION FILE
12       vs.                   NO. 1:13-CV-01215-EGS
13    PUBLIC.RESOURCE.ORG, INC.,
14              Defendant.
15
16           30(b)(6) VIDEOTAPED DEPOSITION OF
17                    STEVEN COMSTOCK
18                    March 5, 2015
19                      10:20 a.m.
20                 1075 Peachtree Street
21                      Suite 3625
22               Atlanta, Georgia  30309
23          Lee Ann Barnes, CCR-1852, RPR, CRR
24
25    PAGES 1 - 199
```

Page 1

**Page 94**

1  A.  The -- the -- the concerns that -- that --
2  that ASHRAE has is to be able to maintain control
3  over its -- its document for how it's -- it's used
4  and distributed in the market in accordance with
5  its -- with its terms.
6      Whether there's a specific harm that's been
7  seen from PR -- from the case at hand, I can't speak
8  to that.  But in -- in principle, the -- the
9  organization sees harm if -- if it -- if -- if its
10 documents are not able to be maintained.
11  Q.  And apart from that, has ASHRAE detected
12 any harms, financially or otherwise, to itself
13 arising from any acts, omissions, or operations of
14 Public Resource?
15  A.  I -- I've got no evidence.  I have not seen
16 cases of that.
17  Q.  Again, this overlaps a little bit with some
18 earlier questions.
19      What -- what are all the factors that you
20 understand ASHRAE considered in deciding to provide
21 free viewing to ASHRAE's standards?
22  A.  I was the one who actually launched that
23 effort, and it was -- so much of what we do is a
24 balance between trying to assist our members, trying
25 to help provide a better explanation of the

**Page 95**

1  technology, and allowing our -- our business model
2  to -- to -- to be supported.  So it was a combination
3  of those things.
4      Number one was to -- in -- in theory, when
5  we first decided to move in that direction, it was so
6  that our members could see a document and be able to
7  determine if they wished to buy it or not.  So they
8  had some familiarity that, yes, this is a document
9  that would be worthwhile for us to have, and then --
10 then to be able to build into that that notion that
11 then it's going to lead to a sale.
12      And then there are -- our mission statement
13 means that we are to advance technology, so then the
14 third element would be to make it available to other
15 people who would have an interest in -- in looking at
16 the standard, but -- but would not be an engineer or
17 part of the engineering community, so wouldn't need
18 the technical depth of the -- the document as a
19 working tool.
20      So it's those three factors that went into
21 our decision to create the -- the free viewing,
22 which, again, I'm -- I can't recall the exact year,
23 but it's -- it's 15 years ago, maybe even a little
24 bit longer than that.
25  Q.  How do the standards func- -- strike that.

**Page 96**

1      How do ASHRAE's standards function as
2  working tools for persons who are part of the
3  engineering community?
4  A.  ASHRAE's stan- -- they -- they provide a --
5  well, many of the standards are method of test, so
6  they provide methods of testing equipment so that
7  equipment can be measured -- can be compared with
8  similar levels of performance.
9      Our -- some of the standards set
10 definitions of refrigerants and classify those
11 refrigerants in terms of their flammability, in terms
12 of their toxicity, different characteristics.
13     And then you have a third type of standard,
14 which is a design standard, which actually provides
15 guidance that says, "You shall have a -- your design
16 shall do this in these circumstances."
17  Q.  And as you just mentioned, does that
18 guidance take the form of specific requirements that
19 are specified in the standard?
20  A.  It says "shall."
21  Q.  So that answer's yes?
22  A.  Yes.
23  Q.  Were there any other factors involved in
24 the decision to provide free viewing of ASHRAE's
25 standards?

**Page 97**

1  A.  No.  Those three factors were the -- that
2  was the -- the -- the thrust of our initiative.
3  Q.  Are there any protocols or procedures at
4  ASHRAE governing the granting of licenses or
5  permission requests to anyone outside the
6  organization?  And you can limit your answer to
7  standards.
8  A.  Typically, the factors that would be
9  considered would be amount of content that's to be
10 used.  Typically, we would want it to be less than
11 33 percent of a standard.  That's not a hard and fast
12 rule, but that's a general guideline that my
13 assistant has.
14     We would look at what the use is.  If it's
15 a classroom use, that's one thing; if it's posting it
16 on the Internet, that's another thing; if it's a
17 company brochure, that's another thing.  So it's --
18 it's -- it's how the distribution will be done and --
19 and who is doing it, for example, a company, as
20 opposed to an educator.
21     Then there would also be the -- you know,
22 our expectation that the -- the -- the -- that there
23 be a citation so that the doc- -- the document is
24 sourced.  And in that particular case, it would be
25 reprinted as it is unless it's specified that it

```
 1        C E R T I F I C A T E
 2
 3
    STATE OF GEORGIA:
 4
    COUNTY OF FULTON:
 5
 6
      I hereby certify that the foregoing transcript was
 7  taken down, as stated in the caption, and the
    questions and answers thereto were reduced to
 8  typewriting under my direction; that the foregoing
    pages represent a true, complete, and correct
 9  transcript of the evidence given upon said hearing,
    and I further certify that I am not of kin or counsel
10  to the parties in the case; am not in the regular
    employ of counsel for any of said parties; nor am I
11  in anywise interested in the result of said case.
12
13
14
15  *Lee Ann Barnes*
16  LEE ANN BARNES, CCR B-1852, RPR, CRR
17
18
19
20
21
22
23
24
25
                                              Page 198
```

```
 1          DEPOSITION ERRATA SHEET
 2
 3  Our Assignment No. 2023730
    Case Caption:  AMERICAN SOCIETY FOR TESTING
 4  AND MATERIALS d/b/a ASTM INTERNATIONAL, et al. vs.
    PUBLIC.RESOURCE.ORG, INC.
 5
       DECLARATION UNDER PENALTY OF PERJURY
 6     I declare under penalty of perjury
    that I have read the entire transcript of
 7  my Deposition taken in the captioned matter
    or the same has been read to me, and
 8  the same is true and accurate, save and
    except for changes and/or corrections, if
 9  any, as indicated by me on the DEPOSITION
    ERRATA SHEET hereof, with the understanding
10  that I offer these changes as if still under
    oath.
11       Signed on the _____ day of
    _____, 20___.
12
    _____
13       STEVEN COMSTOCK
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 199
```