# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
          Civil Action No. 1:13-cv-01215-TSC
 4
         AMERICAN SOCIETY FOR              )
 5       TESTING AND MATERIALS,            )
 6       d/b/a ASTM INTERNATIONAL;         )
 7       NATIONAL FIRE PROTECTION          )
 8       ASSOCIATION, INC.; and            )
 9       AMERICAN SOCIETY OF               )
10       HEATING, REFRIGERATION AND        )
11       AIR CONDITIONING ENGINEERS,       )
12                 Plaintiffs and          )
         Counter-Defendants,               )
13       vs.                               )
14       PUBLIC.RESOURCE.ORG,INC.,         )
15                 Defendant and           )
16       Counter-Plaintiff.
17
                 VIDEOTAPED 30(b)(6) DEPOSITION
18        OF DONALD P. BLISS, taken before Jeanette
19        N. Maracas, Registered Professional Reporter
20        and Notary Public in and for the Commonwealth
21        of Massachusetts, at 42 Chauncy Street, Boston,
22        Massachusetts, on Tuesday, March 3, 2015,
23        commencing at 9:10 a.m.
24
25       PAGES 1 - 244
```

Page 1

### Page 106

1  A. That's the standard for criteria for              12:30:10
2     conducting an origin and cause investigation     12:30:17
3     at a fire scene, guidance on the preservation    12:30:21
4     of evidence, preparation of reports,              12:30:23
5     determining the source or origin of a fire.       12:30:28
6  Q. It set out some method for them to bring         12:30:37
7     to their investigation of the fire?               12:30:39
8  A. Yes.                                              12:30:44
9  Q. Can you explain to me with some examples        12:30:44
10    perhaps how NFPA 921 contributed to the          12:31:00
11    activities of the fire investigation?            12:31:15
12        MR. REHN: Object as to form. It's            12:31:21
13    pretty vague.                                    12:31:24
14 A. One of the things that it provided was          12:31:30
15    consistency with how all of our fire              12:31:37
16    investigations were performed because it's       12:31:41
17    a standard or best practice to ensure that        12:31:45
18    the key elements of an investigation were        12:31:55
19    adhered to consistent with their training,       12:31:58
20    their education, their knowledge.                 12:32:02
21 Q. So it provided a consistent process for         12:32:04
22    the fire investigators to follow in their         12:32:07
23    investigations?                                    12:32:09
24 A. Yes.                                              12:32:11
25        MR. REHN: Object as to form.                  12:32:11

### Page 107

1  Q. Do you know how many standards or codes          12:32:15
2     NFPA publishes that have not been adopted         12:32:29
3     into law?                                          12:32:34
4  A. No.                                               12:32:38
5  Q. Do you know how many codes or standards          12:32:39
6     NFPA has published that are now what you          12:32:43
7     would consider to be current versions? By         12:32:51
8     that question I want you to exclude earlier       12:32:55
9     versions.                                          12:32:57
10 A. I don't know.                                     12:33:01
11 Q. Can you give an estimate?                         12:33:02
12 A. No.                                               12:33:05
13 Q. Are you aware of any NFA (sic) codes or          12:33:05
14    standards that have not been adopted into        12:33:10
15    law?                                               12:33:13
16 A. I couldn't speculate one way or the other,      12:33:13
17    so the answer, no.                                12:33:35
18 Q. I think I misspoke in my earlier question.      12:33:38
19    I said NFA, but you understood that question    12:33:42
20    to be NFPA?                                       12:33:45
21 A. Yes.                                              12:33:46
22 Q. So you're not aware, as you sit here, of        12:33:46
23    any NFPA codes or standards that have not        12:33:49
24    been adopted into law?                            12:33:52
25 A. If you're specifically referring to codes        12:33:56

### Page 108

1     and standards and not documents that are         12:33:58
2     considered guidelines or recommended             12:34:00
3     practices, then no.                              12:34:02
4  Q. What guidelines or recommended practice         12:34:03
5     documents have not been incorporated into       12:34:26
6     law or adopted into law?                         12:34:29
7        MR. REHN: Objection as to form,              12:34:32
8     may call for a legal conclusion.                 12:34:33
9  A. To my knowledge, none of them because           12:34:37
10    they're not in written, specifically not        12:34:39
11    written for the purposes of being adopted       12:34:45
12    as a regulation or a law.                        12:34:48
13 Q. Whereas the other parts of the standards       12:34:51
14    or codes are written for the purposes of        12:34:59
15    being adopted as a regulation or a law?         12:35:01
16        MR. REHN: Objection as to form.             12:35:05
17 A. The standards are written in such a fashion   12:35:07
18    that they may be adopted as a regulation       12:35:11
19    or a law.                                         12:35:15
20 Q. Your previous answer referred to purposes.    12:35:17
21    It sounded as though you were distinguishing  12:35:22
22    between guidelines and recommended practices, 12:35:26
23    on the one hand, and some other parts of       12:35:43
24    codes and standards, correct?                   12:35:52
25 A. Yes.                                             12:35:55

### Page 109

1  Q. What would you call the parts of standards     12:35:55
2     that are not guidelines or recommended           12:35:58
3     practices?                                        12:36:00
4        MR. REHN: Objection as to form,              12:36:03
5     vague.                                            12:36:08
6  A. I was just trying to clarify that a             12:36:08
7     recommended practice or a guideline, even       12:36:13
8     though it has a NFPA number, is not a           12:36:13
9     standard.                                         12:36:17
10 Q. I understand your statement on that, but      12:36:22
11    you were distinguishing the purpose of the     12:36:26
12    recommended guidelines -- sorry, of the        12:36:28
13    guidelines and recommended practices from      12:36:31
14    the purpose of other parts of these             12:36:35
15    documents, is that correct?                     12:36:39
16        MR. REHN: I believe that                     12:36:40
17    mischaracterizes the testimony. I object       12:36:41
18    on that basis.                                   12:36:44
19        MR. BRIDGES: I'm happy for him              12:36:46
20    to straighten me out because I want to         12:36:49
21    understand the distinction.                     12:36:51
22 A. The recommended practice or the guideline     12:36:55
23    is exactly what the category designation       12:36:57
24    implies, that it's a guidance document, not    12:37:02
25    an enforceable or a -- it doesn't reach the    12:37:08

```
 1   this is the end of Tape No. 4.          06:01:55
 2       MR. REHN: 6:02.                     06:01:57
 3       VIDEOGRAPHER: 6:02, excuse me. We   06:01:57
 4   are now off the record.                 06:02:00
 5       (Whereupon the deposition was       06:02:03
 6   concluded at 6:02 p.m.)
```

Page 242

```
 1      I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5      Executed on _____ , 20___,
 6   at _____, _____.
 7
 ...
11      _____
12          Donald Bliss
```

Page 243

```
 1   COMMONWEALTH OF MASSACHUSETTS)
 2   SUFFOLK, SS. )
 3
 4
 5      I, Jeanette Maracas, Registered
     Professional Reporter and Notary Public in
     and for the Commonwealth of Massachusetts, do
 6   hereby certify that there came before me on
     the 3rd day of March, 2015, at 9:10 a.m., the
 7   person hereinbefore named, who was by me duly
     sworn to testify to the truth and nothing but
 8   the truth of his knowledge touching and
     concerning the matters in controversy in this
 9   cause; that he was thereupon examined upon
     his oath, and his examination reduced to
10   typewriting under my direction; and that the
     deposition is a true record of the testimony
11   given by the witness.
12
        I further certify that I am neither
13   attorney or counsel for, nor related to or
     employed by, any attorney or counsel employed
14   by the parties hereto or financially
     interested in the action.
15
16      In witness whereof, I have hereunto
     set my hand this 9th day of March, 2015.
17
...
21           Notary Public
             My commission expires 8/14/20
```

Page 244