# EXHIBIT 8



All | Search topic, title, author, A53 | SIGN IN

**PRODUCTS & SERVICES** | **GET INVOLVED** | **ABOUT** | **NEWS**　　Languages | Contact | Cart

Get Involved / Membership / Membership Types

# Membership

Technical Committees
Membership
Meetings & Symposia
Students & Professors

**Participating Members**

Cost: $75

JOIN PARTICIPATING

Benefits

- Direct Committee Participation
- Free Volume
- Publication Discounts
- Standardization News

Participating Members are individuals who choose to join ASTM International technical committees. More>>

**Organizational Members**

Cost: $400

JOIN ORGANIZATIONAL

Benefits

- Customized ASTM Organizational Member Wall Plaque
- Free Listing in ASTM Membership Directory
- Transferable Membership
- Direct Committee Participation
- Free Volume
- Publication Discounts
- Standardization News

Organizational Members are organizations that support the ASTM International voluntary consensus process through the designation of one representative that may or may not choose to join ASTM International technical committees. More>>

**Informational Members**

Cost: $75

JOIN INFORMATIONAL

Benefits

- Discounted Standards
- Standardization News

Informational Members have an interest in ASTM International standards and related technical information, but choose not to participate on technical committees. More>>

**Student Members**

Benefits

Recommended



ASTM Proficiency Testing: improve your lab's performance

Meet accreditation requirements, compare your performance with other labs, document your expertise.

Case 1:13-cv-01215-TSC   Document 164-16   Filed 02/05/16   Page 3 of 3

Cost: Free

- Scholarship Opportunities
- ASTM International eNews

JOIN STUDENT

Student Members are full-time undergraduate or graduate students who receive information from ASTM International. More>>



| Home | About ASTM | Site Map | Support | Contact | Policies | Copyright/Permissions |

Copyright © 1996 - 2016 ASTM. All Rights Reserved. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA, 19428-2959 USA