# EXHIBIT 9

FAQs



# NATIONAL FIRE PROTECTION ASSOCIATION
The leading information and knowledge resource on fire, electrical and related hazards



**Search** Search this site

About NFPA

- NFPA overview
- NFPA operations
- NFPA leadership
- **International**
  - FAQs
  - Highlights
  - Code activity
  - Contact us & visitor information
  - International orders
- Our initiatives
- Offices
- Directions
- Contact Us

Home › About NFPA › International › FAQs

# FAQS

 0  

- Does NFPA have distance/online learning programs?
- How can I obtain a back issue of the Journal Latinoamericano?
- How can I order products from NFPA?
- How can I preview NFPA training videos?
- How can I submit a technical question to NFPA?
- How can my organization get a membership subscription to NFPA?
- How do I link to the NFPA website from my own site?
- What benefits does NFPA offer to members?
- What information does NFPA have that is available to the public?
- When will I receive my membership number?
- Who should I contact regarding licensing or translation of NFPA codes and standards?

**Does NFPA have distance/online learning programs?**
 Yes, NFPA has a variety of online courses and certificate programs.

**How can I obtain a back issue of the NFPA Journal Latinoamericano?**

E-mail internacional@nfpa.org and include your full name and address to where we can send the magazine. If you do not specify which issues you are requesting, you will automatically receive the last issue. We have a limited indexing capability to search for specific articles so we may not always be able to find the issue you are looking for by the article.

To be sure that you receive future issues of the NFPA Journal Latinoamericano, you must subscribe electronically on our Web site and complete ALL the information. At the top of the left column, there is a button that says "suscripción online" – please visit our site and subscribe online.

**How can I order products from NFPA?**
We are pleased to hear of your interest in NFPA products. There are two options for purchasing products from NFPA internationally:

1. Visit the NFPA Web site and locate a local distributor in your country.

2. Purchase the product directly from our online catalog (this option requires a credit card)

If you need additional assistance after visiting our web site, please contact our customer sales department at custsales@nfpa.org or +1 508 895-8301 or +1 617 770-3000.

**How can I preview NFPA training videos?**
You can preview a full range of NFPA safety training videos online.

**How can I submit a technical question to NFPA?**
NFPA offers technical advisory services as a "members only"   benefit. To submit a technical question to NFPA staff please go to the Document Information Pages on NFPA's website.Go to the "Technical Questions" tab on the document page for which you have a question at www.nfpa.org/doc## (example www.nfpa.org/101 or www.nfpa.org/72).

If you wish to submit your question via telephone you may call +1 800 344-3555, option 3, between the hours of 9:00 am-5:00 pm (EST) Monday through Friday. Please have your NFPA membership number on-hand.

**Please Note: NFPA members and public sector officials may request a Technical Document Interpretation. Interpretations are provided by NFPA staff on an informal basis. If you are not a member of NFPA and would like information on the benefits of membership, please call NFPA Customer Sales at +1 800 344-3555 or visit our website.**

NFPA members and public sector officials may request a Technical Document Interpretation. Interpretations are provided by NFPA staff on an informal basis. If you are not a member of NFPA and would like information on the benefits of membership, please call NFPA Customer Sales at +1 800 344-3555 or .

**How can my organization get a membership subscription to NFPA?**
Thank you for your interest in membership with NFPA. Membership is issued to individuals on behalf of their company or organization. Usually, the membership is issued to the director or president. Your organization's employees can then use the number to access benefits such as the 10% discount on our products, services and seminars, and technical assistance from our engineers (in English only). You can find the application form on our web site. (PDF, 104 KB)

The company will receive only one Journal in English; however, each industry professional can subscribe for free to the *NFPA Journal Latinoamericano* (Spanish and Portuguese only). Simply visit our Web site. On the top lefthand column you will see a small button for "Suscripción". Complete all the information; be sure to select the option of receiving the magazine at your home and you will automatically be added to our distribution list.

**How do I link to the NFPA Web site from my own site?**
We are pleased that you would like to provide a link from your site to NFPA's Web site. For information on how to link to our site and terms of use please review the "Linking to NFPA" section at NFPA:Terms of Use.

**What benefits does NFPA offer to members?**

Your NFPA membership comes with many benefits including as a subscription to the NFPA Journal and a 10% discount on all NFPA products and services. For a complete list of benefits, please visit our Web site at [NFPA: Join NFPA](#).

**What information does NFPA have that is available to the public?**
The NFPA has more than 300 codes and standards covering fire, electrical, construction, and life safety. You can view most of the codes we offer on our [electronic catalog](#) (products in English) and [Spanish electronic catalog](#). Visit all the resources in Spanish.

**When will I receive my membership number?**
If you joined NFPA by phone, the representative will be able to give you your membership number right away. If you order online or by mail, call customer service at +1 800 344-3555 or +1 617 770-3000 two weeks after submitting your application to verify your membership and your member number.

**Who should I contact regarding licensing or translation of NFPA codes and standards?**
Thank you for contacting us about the possibility of a language translation. NFPA is always open to considering granting license agreements to organizations that have the resources to translate our products in an area where there is demand. To formally make a license request, please mail or fax your request along with background information on your organization to the following address:

Mr. Dennis J. Berry
Director of Licensing
National Fire Protection Association
1 Batterymarch Park
Quincy , MA 02169
Or, by fax: +1-617-984-7777

---

**Customer Support:**  Help

**Codes and Standards:**  Complete list   Purchase   Free Access   National Fire Code Subscription Service (NFCSS)

**On the Web:**  Blogs  Buyers' Guide   Electric Vehicle Safety Training   Fire Adapted Communities   Fire Prevention Week   Fire Sprinkler Initiative   Firewise

NEC® Buyers' Guide    nec connect   Sparky the Fire Dog®



Home | Terms of use | Privacy policy | © National Fire Protection Association (NFPA) 2016