# EXHIBIT 12

About GPO | Newsroom/Media | Congressional Relations | Inspector General | Careers | Contact | askGPO | Help

Home | Customers | Vendors | Libraries

**FDsys:**
**GPO's Federal Digital System**
About FDsys
Search Government Publications
Browse Government Publications
FDsys Tutorials and Webinars

FDsys > Browse By Collection

BROWSE GOVERNMENT PUBLICATIONS

| Collection | Congressional Committee | Date |
|---|---|---|

**Government Author**

- Additional Government Publications
  Select Publications
- Budget of the United States Government
  Fiscal Years 1996 to Present
- Bulk Data
  Select Publications
- Coastal Zone Information Center
  1951 to 1999
- Code of Federal Regulations I XML Bulk Data
  1996 to Present
- Commerce Business Daily Bulk Data
  1996 to 2001
- Compilation of Presidential Documents
  1993 to Present
- Congressional Bills I XML Bulk Data  Texts and Summaries
  103rd Congress to Present
- Congressional Calendars
  104th Congress to Present
- Congressional Committee Prints including Ways and Means Committee Prints
  104th Congress to Present
- Congressional Directory
  104th Congress to Present
- Congressional Documents
  104th Congress to Present
- Congressional Hearings including House and Senate Appropriations Hearings
  104th Congress to Present
- Congressional Pictorial Directory including New Member Pictorial Directory
  105th Congress to Present
- Congressional Record (Bound)
  1999 to 2001
- Congressional Record (Daily)
  1994 to Present
- Congressional Record Index (Daily)
  1983 to Present
- Congressional Reports including Conference Reports
  104th Congress to Present
- Constitution of the United States of America: Analysis and Interpretation
  Historical Editions and Supplements
  Current Edition
- Economic Indicators
  1995 to Present
- Economic Report of the President
  1995 to Present
- Education Reports from ERIC
  1995 to 2004

- Federal Register I XML Bulk Data I FR 2.0
  1994 to Present
- GAO Reports and Comptroller General Decisions
  1994 to 2008
- History of Bills
  1983 to Present
- House Practice
  104th, 108th, and 112th Congresses
- House Rules and Manual
  104th Congress to Present
- Independent Counsel Investigations
  1998 to 2002
- Journal of the House of Representatives
  1992 to 2013
- List of CFR Sections Affected
  1997 to Present
- Precedents of the U.S. House of Representatives
  Cannon, Deschler, and Hinds
- Privacy Act Issuances
  1995 to 2005 and 2011 to 2013
- Public and Private Laws
  104th Congress to Present
- Public Papers of the Presidents of the United States I XML Bulk Data
  1991 to 2011
- Riddick's Senate Procedure
  101st Congress
- Senate Manual
  104th, 106th, 107th, 110th, 112th, 113th Congresses
- Supreme Court Decisions (FLITE) Bulk Data
  1937 to 1975
- Treasury Department
  Treasury Combined Statement of Receipts
  Treasury Reporting Rates of Exchange
  Official Register of the United States
  Account of the Receipts and Expenditures
  Internal Revenue Cumulative Bulletin to the Treasury Department
- Unified Agenda
  1994 to 2010 and 2011 to Present
- United States Code
  1994 to Present
- United States Courts Opinions
  Select Courts from 2004 to Present
- United States Government Manual I XML Bulk Data
  1995 to Present
- United States Government Policy and Supporting Positions (Plum Book)
  1996 to 2008
- United States Statutes at Large
  1951 to 2011

**Other Resources**

- Catalog of U.S. Government Publications
- Conference Reports
- Core Documents of Our Democracy
- CyberCemetery of Federal Government Web Sites
  partnership with University of North Texas
- Davis-Bacon
  Department of Labor Wage Determinations Online
- Digitization Projects Registry
- DOSFAN Electronic Research Collection
  partnership with Department of State
- eCFR (Electronic Code of Federal Regulations) I XML Bulk Data
  regularly updated, unofficial, non-legal edition of the CFR
- Export Administration Regulations
  current regulations only
- Federal Agency Internet Sites
  partnership with Louisiana State University
- Federal Bulletin Board

- Historic Government Publications from World War II
  partnership with Southern Methodist University
- Historical Publications of the United States Commission on Civil Rights
  partnership with the University of Maryland
- Information by Topic
  partnership with USA.gov
- Medical Subject Headings
  partnership with National Library of Medicine
- Medline/PubMed
  partnership with National Library of Medicine
- NLM LOCATORplus
  partnership with National Library of Medicine
- PACER
- Publications.usa.gov (formerly Consumer Information Center)
- Riddick's Senate Procedure
- Science.gov
- SciTech Connect (formerly Energy Citations Database)

- FRASER (Federal Reserve Archival System for Economic Research)
  partnership with the Federal Reserve Bank of St. Louis
- Guide to House and Senate Members

partnership with the Department of Energy (1948 forward)

- United States Government Manual
- University of North Texas Digital Library
  partnership with the University of North Texas

732 North Capitol Street, NW, Washington, DC 20401-0001    202.512.1800

GitHub  |  Sitemap  |  Bulk Data  |  Privacy  |  Accessibility