# EXHIBIT 16

Building Commission                           Chapter 170-X-2

ALABAMA BUILDING COMMISSION
ADMINISTRATIVE CODE

CHAPTER 170-X-2
ALABAMA STATE BUILDING CODE


TABLE OF CONTENTS

170-X-2-.01     Adopted Standard Codes
170-X-2-.02     Official "Recommendations"
170-X-2-.03     Obtaining The Adopted Codes
170-X-2-.04     Applicability Of Adopted Codes
170-X-2-.05     Precedence Of Codes
170-X-2-.06     Responsibility For Compliance
170-X-2-.07     ABC Code Supplements
Attachment

170-X-2-.01     <u>Adopted Standard Codes</u>.

        (1)        The minimum building standard codes adopted by
reference and enforced by the Alabama Building Commission are all
of the following:

        (a)        2006 – International Building Code.

        (b)        2006 – International Plumbing Code.

        (c)        2006 – International Fuel Gas Code.

        (d)        2006 – International Mechanical Code.

        (e)        2008 – National Electrical Code.

        (f)        2006 – International Fire Code.

        (g)        2004 – Alabama Building Energy Conservation Code.

        (h)        Americans with Disabilities Act Accessibility
Guidelines for Buildings and Facilities:  State and Local
Governments (ADAAG).

        (i)        ABC Code Supplements.

        (2)        The requirements of the Americans with
Disabilities Act Accessibility Guidelines for Buildings and

**Chapter 170-X-2**                                    **Building Commission**

Facilities supersede the handicapped requirements contained in the Standard Building Code.
**Author:** Kippy Tate, Director
**Statutory Authority:** <u>Code of Ala. 1975</u>, §§21-4-3, 41-9-161, 41-9-171.
**History:  Repealed and Replaced:**  Filed August 29, 1997; effective October 3, 1997.  **Amended:**  Filed September 18, 2001; effective October 23, 2001; operative November 1, 2001.  **Amended:**  Filed October 16, 2003; effective November 20, 2003.  **Amended:**    Filed March 14, 2005; effective April 18, 2005.  **Amended:**    Filed August 6, 2007; effective September 10, 2007; operative October 1, 2007.  **Amended:**  Filed January 4, 2008; effective February 8, 2008.


**170-X-2-.02    Official "Recommendations".**  The Commission adopts by reference, as official "recommendations" rather than as mandated regulations, Chapter 5 of the Architectural and Transportation Barriers Compliance Board (ATBCB) publication; "Recommendations for Accessibility Standards for Children's Environments".
**Author:**  Stedmann B. McCollough, Director
**Statutory Authority:** <u>Code of Ala. 1975</u>, §§21-4-3, 41-9-161.
**History:  Repealed and Replaced:**  Filed August 29, 1997; effective October 3, 1997.


**170-X-2-.03    Obtaining The Adopted Codes.**  The Technical Staff shall publish in the Manual of Procedures the necessary information to obtain copies of the adopted codes and official recommendations.
**Author:**  Stedmann B. McCollough, Director
**Statutory Authority:** <u>Code of Ala. 1975</u>, §§41-9-141, 41-9-161, 41-9-171.
**History:  Repealed and Replaced:**  Filed August 29, 1997; effective October 3, 1997.


**170-X-2-.04    Applicability Of Adopted Codes.**

     (1)        Except as stated in paragraphs (2) and (3), the STATE BUILDING CODE applies only to the following construction in Alabama:

     (a)         STATE BUILDING and CONSTRUCTION:  All buildings and other structures erected or acquired by or in behalf of the State of Alabama or any of its agencies or instrumentalities.

(b)       SCHOOLHOUSES:  Any building or other structure erected or acquired by the public schools of Alabama and also shall mean any private building in which 25 or more persons are congregated regularly for the purpose of instruction in any branch of knowledge.

(c)       HOTELS:  Any public inn or lodging house of 15 or more bedrooms, in which transient guests are lodged for pay.

(d)       MOVING PICTURE THEATERS:  Any building in which moving pictures are featured regularly for charge of admission.

(2)       The ALABAMA BUILDING ENERGY CONSERVATION CODE applies only to all buildings constructed or remodeled with state appropriated funds or funds from any other instrumentality of the state.

(3)       The Commission's responsibility to review plans and specifications for compliance with handicapped accessibility standards prescribed by the State Fire Marshal applies only to all buildings and facilities used by the public which are constructed in whole or in part by the use of state, county, or municipal funds, or the funds of any political subdivision of the state. (See §21-4-6 for shared jurisdiction.)
**Author:**  Stedmann B. McCollough, Director
**Authority:**  Code of Ala. 1975, §§21-4-4, 41-9-163, 41-9-171.
**History:  Repealed and Replaced:**  Filed August 29, 1997; effective October 3, 1997.


**170-X-2-.05      Precedence Of Codes.**

(a)       In case of conflict between the State Building Code, local codes, the Life Safety Code enforced by the State Fire Marshal, or other codes, the most stringent requirements shall prevail.

(b)       All food preparation facilities, private water systems, and sewage disposal systems shall also meet the requirements of and be approved by the applicable county health department.
**Author:**  Stedmann B. McCollough, Director
**Statutory Authority:**  Code of Ala. 1975, §41-9-141.
**History:  Repealed and Replaced:**  Filed August 29, 1997; effective October 3, 1997.

**170-X-2-.06    Responsibility For Compliance**.  The compliance of plans and specifications with code requirements, is the responsibility of the primary design professional and the awarding authority and approval of these documents by the Technical Staff does not relieve the primary design professional or the awarding authority of this responsibility.
**Author:**  Stedmann B. McCollough, Director
**Statutory Authority:**  Code of Ala. 1975, §§41-9-141.
**History:  Repealed and Replaced:**  Filed August 29, 1997; effective October 3, 1997.


**170-X-2.-07    ABC Code Supplements**.  To minimize reoccurring problems on public construction and improvement projects, from time to time the Commission will adopt and publish specific design and construction requirements or recommendations to supplement the State Building Code.  The following requirements and recommendations are adopted and bound  at the end of this chapter:

     (a)         ABC Code Supplement No. 1, LABELING OF FIRE DOORS AND FRAMES
**Author:**  Stedmann B. McCollough, Director
**Statutory Authority:**  Code of Ala. 1975, §§41-9-141, 41-9-161.
**History:  Repealed and Replaced:**  Filed August 29, 1997; effective October 3, 1997.

**Building Commission**                                    **Chapter 170-X-2**

**ATTACHMENT**

**170-X-2-.07(a)**

**ABC CODE SUPPLEMENT No. 1**

<u>**LABELING OF FIRE DOORS AND FRAMES**</u>

All door openings in fire resistive walls and partitions requiring a rating shall be protected by assemblies which include doors, frames, hardware, closing devices, anchorage, sills, etc., installed in accordance with the National Fire Protection Association (NFPA) 80, Standard for "Fire Doors and Fire Windows" and the State Building Code.

To further clarify the basic requirements and/or the correct method of labeling that will be acceptable to the Alabama Building Commission, the labels shall include the following:

1.       <u>Accessibility</u>:  Each component shall bear a label located so as to be accessible after installation.

2.       <u>Permanence</u>:  Each component shall bear a label of a type of material and be so attached that the life of the label and the attachment thereof can reasonably be expected to equal the life of the component to which it is attached.  Labels shall be raised or embossed on metal labels or stamped into metal frames.  Plastic or paper labels are unacceptable.

3.       <u>Legibility</u>:  The label design shall be such that it can be visible and legible at all times and must be clean of any paint or other coverage making the label illegible.

4.       <u>Fire Resistance</u>:  All approved labels on doors and on frames shall include thereon the fire resistance rating in hours and/or minutes for which the door or frame is labeled.  Labels on frames with transoms or sidelights must identify that the opening assembly includes same.

5.       <u>Other Requirements</u>:  The labels or stamps applied to frames must be provided by a manufacturer that has been approved by a laboratory or organization to provide testing and follow-up services for fire-rated opening assemblies.

**Author:**  Stedmann B. McCollough, Director
**Statutory Authority:**  <u>Code of Ala. 1975</u>, §§41-9-141; 41-9-161.
**History:  New:**  Filed August 29, 1997; effective October 3, 1997.

# NATIONAL ELECTRICAL CODE®
## International Electrical Code® Series





# NFPA 70™



Copyright © 2007
National Fire Protection Association®
One Batterymarch Park
Quincy, Massachusetts 02169-7471

*NFPA 70* is a trademark of the National Fire Protection Association.

*NFPA, National Fire Protection Association, National Electrical Code,* and *NEC*
are registered trademarks of the National Fire Protection Association.

## IMPORTANT NOTICE ABOUT THIS DOCUMENT

**Notice and Disclaimer of Liability Concerning the Use of NFPA® Documents**

NFPA codes, standards, recommended practices, and guides, of which the document contained herein is one, are developed through a consensus standards development process approved by the American National Standards Institute. This process brings together volunteers representing varied viewpoints and interests to achieve consensus on fire and other safety issues. While the NFPA administers the process and establishes rules to promote fairness in the development of consensus, it does not independently test, evaluate, or verify the accuracy of any information or the soundness of any judgments contained in its codes and standards.

The NFPA disclaims liability for any personal injury, property or other damages of any nature whatsoever, whether special, indirect, consequential or compensatory, directly or indirectly resulting from the publication, use of, or reliance on this document. The NFPA also makes no guaranty or warranty as to the accuracy or completeness of any information published herein.

In issuing and making this document available, the NFPA is not undertaking to render professional or other services for or on behalf of any person or entity. Nor is the NFPA undertaking to perform any duty owed by any person or entity to someone else. Anyone using this document should rely on his or her own independent judgment or, as appropriate, seek the advice of a competent professional in determining the exercise of reasonable care in any given circumstances.

The NFPA has no power, nor does it undertake, to police or enforce compliance with the contents of this document. Nor does the NFPA list, certify, test or inspect products, designs, or installations for compliance with this document. Any certification or other statement of compliance with the requirements of this document shall not be attributable to the NFPA and is solely the responsibility of the certifier or maker of the statement.

Important Notices and Disclaimers continue on inside back cover.

# NEC® QUESTIONS? WORK WITH LEADING-EDGE CODE SUPPORT!



nec 2008 HANDBOOK

Mark W. Earley

Jeffrey S. Sargent

Joseph V. Sheehan

E. William Buss

NATIONAL ELECTRICAL CODE®

Electrical Code® Series

NFPA

Your source for the 2008 NEC®



## THE INDUSTRY'S MOST TRUSTED *NEC®* RESOURCE DELIVERS:

- *Commentary from NEC experts recognized for their Code knowledge*

- *The full 2008 NEC text—no other resource has it!*

- *Over 500 full-color illustrations not in the Code*

- *Summaries of major changes by article*

- *First-time coverage of new articles only in the 2008 NEC.*

### NFPA's RISK-FREE SATISFACTION GUARANTEE

*NFPA®, the sole publisher of the NEC for nearly a century, guarantees your complete satisfaction with the NEC Handbook, and all our codes, standards, and training tools. If you are not satisfied with your order, just let us know within 30 days. We will provide a prompt replacement or refund.*

Mark W. Earley
Jeffrey S. Sargent
Joseph V. Sheehan
E. William Bres

NFPA70: NATIONAL ELECTRICAL COD
*International Electrical Code® Series*

**NFPA® Handbooks**
Your Roadmaps to the Codes

**Order your 2008 *NEC Handbook* now at 1-800-344-3555 or nfpacatalog.org**

# *Analysis of Changes* from IAEI and NFPA® explains how *NEC®* revisions impact your work!



Created by the International Association of Electrical Inspectors (IAEI) and NFPA, this full-color-illustrated reference is an accurate, reliable, and authoritative account of the significant revisions in the 2008 *NEC*. For all of the nearly 400 major revisions covered by *Analysis of Changes,* you'll have:

☐ A summary addressing the "Change at a Glance"

☐ Excerpts of actual 2008 *NEC* text, along with an in-depth analysis of the change and its impact on the electrical industry

☐ Information on why the change was initiated and accepted, including technical substantiation

☐ *NEC* page references, plus a useful cross-link to the Reports on Proposals and Comments

## Filled with the information you need to excel in the new era for electrical safety.

"It's critical that *NEC* users understand not only why Code changes are made, but how to implement each change. *Analysis of Changes* serves a valuable need for industry professionals, both for technical training and day-to-day productivity in the field," says Michael J. Johnston, IAEI's Director of Education, Codes and Standards. Order this must-have resource for electrical designers, engineers, trainers, and inspectors. (Spiralbound, Approx. 415 pp., 2007)

2008 NEC ANALYSIS OF CHANGES
○ Item No. PS-NEC08CHG
$56.25 (Members: $50.63)

**Order today at 1-800-344-3555 or nfpacatalog.org**

# THE OFFICIAL 2008 *NEC*® HA
# YOUR KEY TO TODAY'S

Article 210 — Branch Circuits

18 ft
22 ft
Parking Lot Lighting

lighting as required by
ceeding 600 volts between
mpholders.

Shunt trip
Solid-state circuitry
Push to test
Circuit breaker
Resistor
Line source
120-V load
Sensor

The circuitry and components of a typical GFCI.

ent returns by an alternative path, resulting current. The toroidal coil senses the unbal- a circuit is established to the shunt-trip cts and opens the circuit. Note that the ot require the presence of an equipment which is the reason 406.3(D)(3)(b) CIs as replacements for receptacles is does not exist. rrents of 5 mA. Listing standards o 6 mA. At trip levels of 5 mA ould be much higher), a shock the fault. The shock can lead may cause secondary accidents

2008 National Electrical Code H

Article 210 — Branch Circuits

such as falls. GFCIs do not protect persons from shock hazards where contact is between phase and neutral or between phase-to-phase conductors.

A variety of GFCIs are available, including portable and plug-in types and circuit-breaker types, types built into attachment plug caps, and receptacle types. Each type has a test switch so that units can be checked periodically to ensure proper operation. See Exhibits 210.7 and 210.8.

in type of GFCI. (Courtesy of

the main rule for GFCIs, other specific require the use of GFCIs. These additional specific applications are listed in Commentary Table 210.1.

FPN: See 215.9 for ground-fault circuit-interrupter protection for personnel on feeders.

(A) Dwelling Units All 125-volt, single-phase, 15- and 20-ampere receptacles installed in the locations specified in (1) through (8) shall have ground-fault circuit-interrupter protection for personnel.

(1) Bathrooms

GFCI receptacles in bathrooms prevent accidents. Therefore, 210.8(A)(1) requires that all 125-volt, single-phase, 15- and 20-ampere receptacles in bathrooms have GFCI protection, including receptacles that are integral with luminaires and, of course, wall-mounted receptacles adjacent to the basin.

National Electrical Code

Exhibit 210.8 A 15-ampere duplex receptacle with integral GFCI that also protects downstream loads. (Courtesy of Pass & Seymour/Legrand®)

Note that there are no exceptions to the bathroom GFCI requirement. For example, if a washing machine is located in the bathroom, the 15- or 20-ampere, 125 volt receptacle that is required to be supplied from the laundry branch circuit must be GFCI protected.

A *bathroom* is defined in Article 100 as "an area including a basin with one or more of the following: a toilet, a tub, or a shower." The term applies to the entire area, whether or not a separating door, as illustrated in Exhibit 210.9, is present. Note that 210.52(D) requires that a receptacle be located on the wall or partition adjacent to each basin location or in the side or face of the basin cabinet. However, if the basins are adjacent and in close proximity, then one receptacle outlet may satisfy the requirement, as shown in Exhibit 210.9 (top).

(2) Garages, and also accessory buildings that have a floor located at or below grade level not intended as habitable rooms and limited to storage areas, work areas, and areas of similar use

*Exception No. 1 to (2): Receptacles that are not readily accessible.*

*Exception No. 2 to (2): A single receptacle or a duplex receptacle for two appliances located within ... for each appliance that, in nor... from one place ...*

**500+ full-color graphics explain *NEC* rules for branch circuits, grounding, and other topics.**

**No other reference provides such a wealth of *NEC* information and advice!**

**Diagrams clarify how *NEC* requirements ensure safety.**

Type MC (metal-clad) cable is rated
and is listed in sizes 18 AWG and l
AWG and larger for aluminum or cop
it employs thermoset or thermoplast
Composite electrical MC and optical
ted by 770.9(C) and are marked
770.2 for an example.

Type MC cable must be mark
rated voltage, the proper insulation t
the AWG size or circular mil area. Tl

**Commentary discusses wiring methods, protection, and more.**

**Color photographs show equipment and field scenarios.**

# NDBOOK IS NEC!

## tay in command of the atest technologies and nstallation rules...

b be competitive, you've got to get *NEC* compli-
nce right—which is why so many electrical
ofessionals trust NFPA's *NEC Handbook*. As the
08 Code shapes the future of electrical safety
d security, the up-to-date and authoritative
*EC Handbook* provides the answers and solutions
ou need to avoid violations and redos:

- **The complete, current 2008** *NEC* **text** along with **exclusive commentary** from experts who understand your on-the-job challenges
- Hundreds of full-color wiring diagrams, illustrations, and photos of equipment that help you grasp today's electrical safety rules
- Summaries of key changes in each article, so you can gauge the impact of *NEC* revisions
- "Must-read" commentary on new *NEC* articles concerning timely topics such as Critical Operations Power Systems
- Comprehensive index with easy-to-see identifiers at the top of each page

**verything you need to design and install afe and efficient electrical systems!**

stallers, architects, electrical engineers, inspec-
rs, and AHJs rely on the *NEC Handbook* for full
pport. Order now! (Approx. 1,500 pp., 2008)

**2008 NATIONAL ELECTRICAL CODE HANDBOOK**
Durable Hardbound Print edition
○ Item No. PS-70HB08
$199.00  (Members: $177.00)
*Available in January, 2008.*



## Put your PC to work with the Handbook on CD!

## The *NEC Handbook* on CD includes the 2008, 2005, and 2002 *NECs*!

Search, print, or cut and paste commentary or
*NEC* text at the touch of a key! The 2008 *NEC
Handbook* on CD features lightning-fast searches
and total accuracy, giving you Code facts and
answers anytime 24/7.

○ Item No. PS-70HCD08  $185.00
(Members: $166.50)
*Available in February, 2008. Call for system requirements.
Downloadable twice onto user's computer.*



**SAVE 15%!**
NEC Handbook Print & CD-ROM Set
○ Item No. PS-70HBCD08
$315.00  $267.75
(Members: $240.98)



## Find it fast with *NEC Tabs!*

**Code or Handbook Tabs**
○ Item No. PS-NECTAB08
$16.50
(Members: $14.85)



**KNOW THE NEC.®**

*Advance your NEC skills with tools from NFPA,® the Code Source. Mail the card, call 1-800-344-3555 or go to nfpacatalog.org.*

□ **YES! Send me the NEC® resources marked below. Please bill me.***

| Qty | | Price Ea. | Total |
|---|---|---|---|
| | 2008 NEC Handbook—Print Edition *Available in January, 2008* Item No. PS-70HB08  $199.00 (Members: $177.00) | | |
| | NEC Handbook on CD-ROM—Item No. PS-70HCD08 *Available in February, 2008* $185.00 (Members: $166.50) | | |
| | NEC Handbook Print & CD Set—Item No. PS-70HBCD08 $315.00  $267.75 (Members: $240.98) | | |
| | Stallcup's® Illustrated Code Changes—Item No. PS-SICC08 $59.95 (Members: $53.96) | | |
| | 2008 NEC Analysis of Changes—Item No. PS-NECO8CHG $66.25 (Members: $50.63) | | |
| | Code/Handbook Tabs—Item No. PS-NECTAB08 $16.50 (Members: $14.85) | | |

*Prices valid through 12/31/07.*

Name _____

Title _____

Organization _____

Address _____
*Please list a PO Box address—indicate number and street address.*

City, State, Zip _____

Phone _____  E-mail _____

My Member Number is: _____
*To ensure your best price member discounts.*

| | Handling Charge | $7.95 |
|---|---|---|
| | Subtotal | |
| | Sales Tax* (CA only) | |
| | **Total** | |

*Must show reason and all applicable sales tax. Sales tax applies to total price plus handling charge. If tax exempt, please provide copy of certificate.

**Priority Code: PS-FLD-17**

*Industry leaders say...*

"The 2008 *National Electrical Code*® takes a logical step forward to address electrical fire and shock hazards. It's packed with recognition of new electrical safety technologies, and should be adopted as rapidly as possible."

– Jim Pauley, P.E.
Vice President, Industry and Government Relations
Schneider Electric/Square D Company
Lexington, KY

"The 2008 *NEC*® will have a far-reaching effect on safeguarding persons and property from electrical hazards. This includes worker safety, with revisions designed to reduce the significant number of injuries and deaths that occur on the job."

– Palmer Hickman
Director of Codes and Safety
National Joint Apprenticeship and Training
Committee (NJATC)
Upper Marlboro, MD

BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 9    AVON MA

POSTAGE WILL BE PAID BY ADDRESSEE

NFPA
FULL FILLMENT CENTER
11 TRACY DR
AVON MA 02322-9910

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# Shorten the 2008 *NEC*® learning curve with *Stallcup's*® Illustrated Code Changes!



Access relevant 2008 and 2005 *NEC* text plus *Stallcup's* advice!

Full-color graphics clarify tough Code concepts.

STALLCUP'S®
Illustrated Code Changes
Based on the *NEC*® and Related Standards
James G. Stallcup

**nec2008**

## Now that you have the 2008 *NEC*, bring your knowledge up-to-code fast.

Busy electrical professionals reach for *Stallcup's Illustrated Code Changes*! Updated for the 2008 *NEC*, this renowned guide written by electrical authority James G. Stallcup explains hundreds of Code revisions—highlighting the top 100 with the broadest impact on the field.

**Includes practical advice plus excerpts of 2008 and 2005 *NEC* text!**

Clear explanations, calcs, Code excerpts, and full-color illustrations and photographs help you apply new requirements accurately and efficiently on the spot. Quick-glance tables

reference NFPA 70E® and other related standards from OSHA, NEMA, and API. You'll find links to *NEC* Reports on Proposals and Reports on Comments for additional background facts, plus full analyses of three first-time articles that broaden the *NEC's* scope.

**Understand the impact of changes and the reasons behind them.**

Designers, installers, and trainers will gain valuable *NEC* insights and expertise with *Stallcup's*. (Softbound, Approx. 400 pp., 2007)

STALLCUP'S ILLUSTRATED CODE CHANGES
○ Item No. PS-SICC08
$59.95 (Members: $53.96)

## Order today at 1-800-344-3555 or nfpacatalog.org

Copyright © 2007, National Fire Protection Association®. All Rights Reserved

# NFPA 70™

# National Electrical Code®

## 2008 Edition

This edition of NFPA 70, *National Electrical Code*, was prepared by the National Electrical Code Committee and acted on by NFPA at its June Association Technical Meeting held June 3–7, 2007, in Boston, MA. It was issued by the Standards Council on July 26, 2007, with an effective date of August 15, 2007, and supersedes all previous editions.

This edition of NFPA 70 was approved as an American National Standard on August 15, 2007.

### History and Development of the *National Electrical Code*

The National Fire Protection Association has acted as sponsor of the *National Electrical Code* since 1911. The original *Code* document was developed in 1897 as a result of the united efforts of various insurance, electrical, architectural, and allied interests.

In accordance with the provisions of the NFPA Regulations Governing Committee Projects, a National Electrical Code Committee Report on Proposals containing proposed amendments to the 2005 *National Electrical Code* was published by NFPA in July 2006. This report recorded the actions of the various Code-Making Panels and the Correlating Committee of the National Electrical Code Committee on each proposal that had been made to revise the 2005 *Code*. The report was circulated to all members of the National Electrical Code Committee and was made available to other interested NFPA members and to the public for review and comment. Following the close of the public comment period, the Code-Making Panels met, acted on each comment, and reported their action to the Correlating Committee. NFPA published the National Electrical Code Committee Report on Comments in March 2007, which recorded the actions of the Code-Making Panels and the Correlating Committee on each public comment to the National Electrical Code Committee Report on Proposals. The National Electrical Code Committee Report on Proposals and the National Electrical Code Committee Report on Comments were presented to the 2007 June Association Technical Meeting for adoption.

NFPA has an Electrical Section that provides particular opportunity for NFPA members interested in electrical safety to become better informed and to contribute to the development of the *National Electrical Code* and other NFPA electrical standards. At the Electrical Section Codes and Standards Review Session held at the 2007 NFPA World Safety Conference and Exposition, Section members had opportunity to discuss and review the report of the National Electrical Code Committee prior to the adoption of this edition of the *Code* by the Association at its 2007 June Technical Session.

This 51st edition supersedes all other previous editions, supplements, and printings dated 1897, 1899, 1901, 1903, 1904, 1905, 1907, 1909, 1911, 1913, 1915, 1918, 1920, 1923, 1925, 1926, 1928, 1930, 1931, 1933, 1935, 1937, 1940, 1942, 1943, 1947, 1949, 1951, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1962, 1965, 1968, 1971, 1975, 1978, 1981, 1984, 1987, 1990, 1993, 1996, 1999, 2002, and 2005.

This *Code* is purely advisory as far as NFPA is concerned. It is made available for a wide variety of both public and private uses in the interest of life and property protection. These include both use in law and for regulatory purposes, and use in private self-regulation and standardization activities such as insurance underwriting, building and facilities construction and management, and product testing and certification.

This 2008 edition includes the following usability features as aids to the user. Changes other than editorial are highlighted with gray shading within sections and with vertical ruling for large blocks of changed or new text and for new tables and changed or new figures. Where one or more complete paragraphs have been deleted, the deletion is indicated by a bullet (•) between the paragraphs that remain. The index now has dictionary-style headers with helpful identifiers at the top of every index page.

# Contents

**ARTICLE**

90   Introduction ........................................ **70**– 21

## Chapter 1 General

100   Definitions ...................................... **70**– 24

   I.  General ...................................... **70**– 24
   II.  Over 600 Volts, Nominal .................... **70**– 31

110   Requirements for Electrical Installations ..... **70**– 32

   I.  General ...................................... **70**– 32
   II.  600 Volts, Nominal, or Less ................ **70**– 36
   III.  Over 600 Volts, Nominal .................... **70**– 38
   IV.  Tunnel Installations over 600 Volts, Nominal ...................................... **70**– 40
   V.  Manholes and Other Electrical Enclosures Intended for Personnel Entry, All Voltages ........................... **70**– 41

## Chapter 2  Wiring and Protection

200   Use and Identification of Grounded Conductors ...................................... **70**– 43

210   Branch Circuits .................................. **70**– 45

   I.  General Provisions ........................... **70**– 45
   II.  Branch-Circuit Ratings ...................... **70**– 49
   III.  Required Outlets ............................. **70**– 52

215   Feeders .......................................... **70**– 55

220   Branch-Circuit, Feeder, and Service Calculations ...................................... **70**– 57

   I.  General ...................................... **70**– 57
   II.  Branch-Circuit Load Calculations .......... **70**– 58
   III.  Feeder and Service Load Calculations .... **70**– 60
   IV.  Optional Feeder and Service Load Calculations ................................... **70**– 62
   V.  Farm Load Calculations .................... **70**– 66

225   Outside Branch Circuits and Feeders ......... **70**– 67

   I.  General ...................................... **70**– 67
   II.  More Than One Building or Other Structure ...................................... **70**– 70
   III.  Over 600 Volts .............................. **70**– 72

230   Services .......................................... **70**– 73

   I.  General ...................................... **70**– 73
   II.  Overhead Service-Drop Conductors ....... **70**– 74
   III.  Underground Service-Lateral Conductors ...................................... **70**– 75
   IV.  Service-Entrance Conductors .............. **70**– 76
   V.  Service Equipment — General ............. **70**– 78
   VI.  Service Equipment — Disconnecting Means .......................................... **70**– 78
   VII.  Service Equipment — Overcurrent Protection ...................................... **70**– 80
   VIII.  Services Exceeding 600 Volts, Nominal ...................................... **70**– 81

240   Overcurrent Protection .......................... **70**– 83

   I.  General ...................................... **70**– 83
   II.  Location ...................................... **70**– 86

**ARTICLE**

   III.  Enclosures ................................... **70**– 90
   IV.  Disconnecting and Guarding ............... **70**– 90
   V.  Plug Fuses, Fuseholders, and Adapters ... **70**– 90
   VI.  Cartridge Fuses and Fuseholders .......... **70**– 91
   VII.  Circuit Breakers ............................. **70**– 91
   VIII.  Supervised Industrial Installations ......... **70**– 92
   IX.  Overcurrent Protection over 600 Volts, Nominal ...................................... **70**– 93

250   Grounding and Bonding ........................ **70**– 94

   I.  General ...................................... **70**– 94
   II.  System Grounding .......................... **70**– 97
   III.  Grounding Electrode System and Grounding Electrode Conductor ............ **70**–104
   IV.  Enclosure, Raceway, and Service Cable Connections ............................ **70**–109
   V.  Bonding ...................................... **70**–109
   VI.  Equipment Grounding and Equipment Grounding Conductors ...................... **70**–113
   VII.  Methods of Equipment Grounding ........ **70**–117
   VIII.  Direct-Current Systems ..................... **70**–120
   IX.  Instruments, Meters, and Relays .......... **70**–121
   X.  Grounding of Systems and Circuits of 1 kV and Over (High Voltage) ............. **70**–121

280   Surge Arresters, Over 1 kV .................... **70**–123

   I.  General ...................................... **70**–123
   II.  Installation ................................... **70**–124
   III.  Connecting Surge Arresters ................ **70**–124

285   Surge-Protective Devices (SPDs), 1 kV or Less .............................................. **70**–124

   I.  General ...................................... **70**–124
   II.  Installation ................................... **70**–125
   III.  Connecting SPDs. ........................... **70**–125

## Chapter 3  Wiring Methods and Materials

300   Wiring Methods ................................. **70**–126

   I.  General Requirements ....................... **70**–126
   II.  Requirements for over 600 Volts, Nominal ...................................... **70**–136

310   Conductors for General Wiring ............... **70**–138

312   Cabinets, Cutout Boxes, and Meter Socket Enclosures ...................................... **70**–164

   I.  Installation ................................... **70**–164
   II.  Construction Specifications ................. **70**–165

314   Outlet, Device, Pull, and Junction Boxes; Conduit Bodies; Fittings; and Handhole Enclosures ...................................... **70**–167

   I.  Scope and General .......................... **70**–167
   II.  Installation ................................... **70**–168
   III.  Construction Specifications ................. **70**–174
   IV.  Pull and Junction Boxes for Use on Systems over 600 Volts, Nominal ......... **70**–175

320   Armored Cable: Type AC ...................... **70**–175

   I.  General ...................................... **70**–175
   II.  Installation ................................... **70**–175

**ARTICLE**

   III. Construction Specifications ................. 70–177

322   Flat Cable Assemblies: Type FC ............... 70–177

   I. General ......................................... 70–177
   II. Installation ................................... 70–177
   III. Construction ................................. 70–178

324   Flat Conductor Cable: Type FCC .............. 70–178

   I. General ......................................... 70–178
   II. Installation ................................... 70–178
   III. Construction ................................. 70–180

326   Integrated Gas Spacer Cable: Type IGS ...... 70–180

   I. General ......................................... 70–180
   II. Installation ................................... 70–180
   III. Construction Specifications ................ 70–181

328   Medium Voltage Cable: Type MV ............. 70–181

   I. General ......................................... 70–181
   II. Installation ................................... 70–181
   III. Construction Specifications ................ 70–182

330   Metal-Clad Cable: Type MC ................... 70–182

   I. General ......................................... 70–182
   II. Installation ................................... 70–182
   III. Construction Specifications ................ 70–183

332   Mineral-Insulated, Metal-Sheathed Cable:
   Type MI ........................................... 70–184

   I. General ......................................... 70–184
   II. Installation ................................... 70–184
   III. Construction Specifications ................ 70–185

334   Nonmetallic-Sheathed Cable: Types NM,
   NMC, and NMS .................................. 70–185

   I. General ......................................... 70–185
   II. Installation ................................... 70–185
   III. Construction Specifications ................ 70–187

336   Power and Control Tray Cable: Type TC .... 70–188

   I. General ......................................... 70–188
   II. Installation ................................... 70–188
   III. Construction Specifications ................ 70–188

338   Service-Entrance Cable: Types SE and
   USE ................................................. 70–189

   I. General ......................................... 70–189
   II. Installation ................................... 70–189
   III. Construction ................................. 70–190

340   Underground Feeder and Branch-Circuit
   Cable: Type UF .................................. 70–190

   I. General ......................................... 70–190
   II. Installation ................................... 70–190
   III. Construction Specifications ................ 70–191

342   Intermediate Metal Conduit: Type IMC ...... 70–191

   I. General ......................................... 70–191
   II. Installation ................................... 70–191
   III. Construction Specifications ................ 70–192

344   Rigid Metal Conduit: Type RMC .............. 70–192

   I. General ......................................... 70–192
   II. Installation ................................... 70–193
   III. Construction Specifications ................ 70–194

**ARTICLE**

348   Flexible Metal Conduit: Type FMC ........... 70–194

   I. General ......................................... 70–194
   II. Installation ................................... 70–195

350   Liquidtight Flexible Metal Conduit: Type
   LFMC ............................................. 70–196

   I. General ......................................... 70–196
   II. Installation ................................... 70–196
   III. Construction Specifications ................ 70–197

352   Rigid Polyvinyl Chloride Conduit: Type
   PVC ............................................... 70–197

   I. General ......................................... 70–197
   II. Installation ................................... 70–197
   III. Construction Specifications ................ 70–200

353   High Density Polyethylene Conduit: Type
   HDPE Conduit ................................... 70–200

   I. General ......................................... 70–200
   II. Installation ................................... 70–200
   III. Construction Specifications ................ 70–201

354   Nonmetallic Underground Conduit with
   Conductors: Type NUCC ...................... 70–201

   I. General ......................................... 70–201
   II. Installation ................................... 70–201
   III. Construction Specifications ................ 70–202

355   Reinforced Thermosetting Resin Conduit:
   Type RTRC ...................................... 70–203

   I. General ......................................... 70–203
   II. Installation ................................... 70–203
   III. Construction Specifications ................ 70–204

356   Liquidtight Flexible Nonmetallic Conduit:
   Type LFNC ...................................... 70–205

   I. General ......................................... 70–205
   II. Installation ................................... 70–206
   III. Construction Specifications ................ 70–207

358   Electrical Metallic Tubing: Type EMT ........ 70–207

   I. General ......................................... 70–207
   II. Installation ................................... 70–207
   III. Construction Specifications ................ 70–208

360   Flexible Metallic Tubing: Type FMT ......... 70–208

   I. General ......................................... 70–208
   II. Installation ................................... 70–209
   III. Construction Specifications ................ 70–209

362   Electrical Nonmetallic Tubing: Type ENT ... 70–210

   I. General ......................................... 70–210
   II. Installation ................................... 70–210
   III. Construction Specifications ................ 70–211

366   Auxiliary Gutters ................................. 70–212

   I. General ......................................... 70–212
   II. Installation ................................... 70–212
   III. Construction Specifications ................ 70–213

368   Busways .......................................... 70–214

   I. General Requirements ........................ 70–214
   II. Installation ................................... 70–214
   III. Construction ................................. 70–215

**ARTICLE**

IV. Requirements for Over 600 Volts,
Nominal ......................................... **70**–216

370 Cablebus ........................................... **70**–216

372 Cellular Concrete Floor Raceways ........... **70**–217

374 Cellular Metal Floor Raceways ............... **70**–218

I. Installation .................................... **70**–219
II. Construction Specifications ............... **70**–219

376 Metal Wireways .................................. **70**–219

I. General ....................................... **70**–219
II. Installation .................................. **70**–219
III. Construction Specifications ............... **70**–220

378 Nonmetallic Wireways .......................... **70**–221

I. General ....................................... **70**–221
II. Installation .................................. **70**–221
III. Construction Specifications ............... **70**–222

380 Multioutlet Assembly ........................... **70**–222

382 Nonmetallic Extensions ......................... **70**–222

I. General ....................................... **70**–222
II. Installation .................................. **70**–223
III. Construction Specifications
(Concealable Nonmetallic Extensions
only) ........................................... **70**–224

384 Strut-Type Channel Raceway .................. **70**–224

I. General ....................................... **70**–224
II. Installation .................................. **70**–224
III. Construction Specifications ............... **70**–225

386 Surface Metal Raceways ........................ **70**–226

I. General ....................................... **70**–226
II. Installation .................................. **70**–226
III. Construction Specifications ............... **70**–226

388 Surface Nonmetallic Raceways ................ **70**–227

I. General ....................................... **70**–227
II. Installation .................................. **70**–227
III. Construction Specifications ............... **70**–227

390 Underfloor Raceways ............................ **70**–228

392 Cable Trays ....................................... **70**–229

394 Concealed Knob-and-Tube Wiring ............. **70**–235

I. General ....................................... **70**–235
II. Installation .................................. **70**–236
III. Construction Specifications ............... **70**–236

396 Messenger-Supported Wiring .................. **70**–237

I. General ....................................... **70**–237
II. Installation .................................. **70**–237

398 Open Wiring on Insulators ..................... **70**–237

I. General ....................................... **70**–237
II. Installation .................................. **70**–238
III. Construction Specifications ............... **70**–239

**Chapter 4 Equipment for General Use**

400 Flexible Cords and Cables ..................... **70**–240

I. General ....................................... **70**–240

**ARTICLE**

II. Construction Specifications ................. **70**–249
III. Portable Cables Over 600 Volts,
Nominal ......................................... **70**–250

402 Fixture Wires ..................................... **70**–251

404 Switches ........................................... **70**–255

I. Installation .................................... **70**–255
II. Construction Specifications ................. **70**–258

406 Receptacles, Cord Connectors, and
Attachment Plugs (Caps) ....................... **70**–258

408 Switchboards and Panelboards ................ **70**–262

I. General ....................................... **70**–262
II. Switchboards ................................ **70**–263
III. Panelboards ................................. **70**–263
IV. Construction Specifications ................. **70**–264

409 Industrial Control Panels ...................... **70**–265

I. General ....................................... **70**–265
II. Installation .................................. **70**–266
III. Construction Specifications ............... **70**–266

410 Luminaires, Lampholders, and Lamps ........ **70**–267

I. General ....................................... **70**–267
II. Luminaire Locations ......................... **70**–268
III. Provisions at Luminaire Outlet Boxes,
Canopies, and Pans ........................... **70**–269
IV. Luminaire Supports .......................... **70**–269
V. Grounding ................................... **70**–270
VI. Wiring of Luminaires ........................ **70**–271
VII. Construction of Luminaires ................. **70**–272
VIII. Installation of Lampholders ................. **70**–273
IX. Construction of Lampholders ............... **70**–273
X. Lamps and Auxiliary Equipment ........... **70**–274
XI. Special Provisions for Flush and
Recessed Luminaires ......................... **70**–274
XII. Construction of Flush and Recessed
Luminaires .................................... **70**–274
XIII. Special Provisions for
Electric-Discharge Lighting Systems of
1000 Volts or Less ........................... **70**–274
XIV. Special Provisions for
Electric-Discharge Lighting Systems of
More Than 1000 Volts ....................... **70**–276
XV. Lighting Track ............................... **70**–277
XVI. Decorative Lighting and Similar
Accessories .................................... **70**–277

411 Lighting Systems Operating at 30 Volts or
Less ............................................. **70**–278

422 Appliances ........................................ **70**–278

I. General ....................................... **70**–278
II. Installation .................................. **70**–279
III. Disconnecting Means ........................ **70**–281
IV. Construction ................................ **70**–282
V. Marking ...................................... **70**–283

424 Fixed Electric Space-Heating Equipment ..... **70**–284

I. General ....................................... **70**–284
II. Installation .................................. **70**–284
III. Control and Protection of Fixed
Electric Space-Heating Equipment ......... **70**–284
IV. Marking of Heating Equipment ........... **70**–286

ARTICLE

    V. Electric Space-Heating Cables .............. 70–286
    VI. Duct Heaters ......................................... 70–288
    VII. Resistance-Type Boilers ....................... 70–289
    VIII. Electrode-Type Boilers ......................... 70–290
    IX. Electric Radiant Heating Panels and
          Heating Panel Sets ............................ 70–290

426  Fixed Outdoor Electric Deicing and
      Snow-Melting Equipment ......................... 70–292

    I. General ........................................... 70–292
    II. Installation ..................................... 70–293
    III. Resistance Heating Elements .............. 70–293
    IV. Impedance Heating ........................... 70–294
    V. Skin-Effect Heating .......................... 70–294
    VI. Control and Protection ...................... 70–295

427  Fixed Electric Heating Equipment for
      Pipelines and Vessels ............................. 70–295

    I. General ........................................... 70–295
    II. Installation ..................................... 70–296
    III. Resistance Heating Elements .............. 70–296
    IV. Impedance Heating ........................... 70–297
    V. Induction Heating ............................. 70–297
    VI. Skin-Effect Heating .......................... 70–298
    VII. Control and Protection ...................... 70–298

430  Motors, Motor Circuits, and Controllers ..... 70–298

    I. General ........................................... 70–298
    II. Motor Circuit Conductors .................. 70–304
    III. Motor and Branch-Circuit Overload
          Protection ...................................... 70–306
    IV. Motor Branch-Circuit Short-Circuit
          and Ground-Fault Protection ............... 70–310
    V. Motor Feeder Short-Circuit and
          Ground-Fault Protection ..................... 70–313
    VI. Motor Control Circuits ...................... 70–313
    VII. Motor Controllers ............................ 70–315
    VIII. Motor Control Centers ...................... 70–316
    IX. Disconnecting Means ........................ 70–317
    X. Adjustable-Speed Drive Systems .......... 70–320
    XI. Over 600 Volts, Nominal .................... 70–321
    XII. Protection of Live Parts — All
          Voltages ........................................ 70–322
    XIII. Grounding — All Voltages ................. 70–323
    XIV. Tables ........................................... 70–324

440  Air-Conditioning and Refrigerating
      Equipment .......................................... 70–327

    I. General ........................................... 70–327
    II. Disconnecting Means ........................ 70–329
    III. Branch-Circuit Short-Circuit and
          Ground-Fault Protection ..................... 70–330
    IV. Branch-Circuit Conductors ................. 70–331
    V. Controllers for Motor-Compressors ........ 70–331
    VI. Motor-Compressor and Branch-Circuit
          Overload Protection .......................... 70–332
    VII. Provisions for Room Air Conditioners .... 70–333

445  Generators ............................................ 70–334

450  Transformers and Transformer Vaults
      (Including Secondary Ties) ...................... 70–335

    I. General Provisions ............................ 70–335
    II. Specific Provisions Applicable to
          Different Types of Transformers ............ 70–339

ARTICLE

    III. Transformer Vaults ........................... 70–341

455  Phase Converters .................................... 70–342

    I. General ........................................... 70–342
    II. Specific Provisions Applicable to
          Different Types of Phase Converters ....... 70–343

460  Capacitors ............................................. 70–344

    I. 600 Volts, Nominal, and Under ........... 70–344
    II. Over 600 Volts, Nominal ................... 70–344

470  Resistors and Reactors ........................... 70–345

    I. 600 Volts, Nominal, and Under ........... 70–345
    II. Over 600 Volts, Nominal ................... 70–346

480  Storage Batteries ................................... 70–346

490  Equipment, Over 600 Volts, Nominal ........ 70–347

    I. General ........................................... 70–347
    II. Equipment — Specific Provisions ........ 70–347
    III. Equipment — Metal-Enclosed Power
          Switchgear and Industrial Control
          Assemblies ..................................... 70–350
    IV. Mobile and Portable Equipment ........... 70–352
    V. Electrode-Type Boilers ...................... 70–352

Chapter 5 Special Occupancies

500  Hazardous (Classified) Locations, Classes
      I, II, and III, Divisions 1 and 2 ................ 70–354

501  Class I Locations .................................. 70–362

    I. General ........................................... 70–362
    II. Wiring .......................................... 70–363
    III. Equipment ..................................... 70–368

502  Class II Locations ................................. 70–372

    I. General ........................................... 70–372
    II. Wiring .......................................... 70–372
    III. Equipment ..................................... 70–374

503  Class III Locations ................................ 70–378

    I. General ........................................... 70–378
    II. Wiring .......................................... 70–378
    III. Equipment ..................................... 70–379

504  Intrinsically Safe Systems ....................... 70–380

505  Class I, Zone 0, 1, and 2 Locations .......... 70–384

506  Zone 20, 21, and 22 Locations for
      Combustible Dusts or Ignitible
      Fibers/Flyings ..................................... 70–398

510  Hazardous (Classified) Locations —
      Specific .............................................. 70–404

511  Commercial Garages, Repair and Storage .... 70–404

513  Aircraft Hangars ................................... 70–407

514  Motor Fuel Dispensing Facilities .............. 70–410

515  Bulk Storage Plants ............................... 70–414

516  Spray Application, Dipping, and Coating
      Processes ............................................ 70–419

517  Health Care Facilities ............................ 70–425

    I. General ........................................... 70–425

**ARTICLE**

II. Wiring and Protection ......................... **70–427**
III. Essential Electrical System .................. **70–430**
IV. Inhalation Anesthetizing Locations ........ **70–437**
V. X-Ray Installations ........................... **70–440**
VI. Communications, Signaling Systems,
Data Systems, Fire Alarm Systems,
and Systems Less Than 120 Volts,
Nominal ........................................ **70–441**
VII. Isolated Power Systems ...................... **70–442**

518  Assembly Occupancies ........................... **70–443**

520  Theaters, Audience Areas of Motion
Picture and Television Studios,
Performance Areas, and Similar Locations ... **70–444**

I. General  ...................................... **70–444**
II. Fixed Stage Switchboards .................. **70–446**
III. Fixed Stage Equipment Other Than
Switchboards ................................. **70–447**
IV. Portable Switchboards on Stage ........... **70–448**
V. Portable Stage Equipment Other Than
Switchboards ................................. **70–451**
VI. Dressing Rooms ............................. **70–452**
VII. Grounding ................................... **70–453**

522  Control Systems for Permanent
Amusement Attractions ........................... **70–453**

I. General  ...................................... **70–453**
II. Control Circuits ............................. **70–453**
III. Control Circuit Wiring Methods .......... **70–454**

525  Carnivals, Circuses, Fairs, and Similar
Events ........................................... **70–455**

I. General Requirements ........................ **70–455**
II. Power Sources ............................... **70–455**
III. Wiring Methods .............................. **70–456**
IV. Grounding and Bonding ..................... **70–457**

530  Motion Picture and Television Studios
and Similar Locations ........................... **70–457**

I. General  ...................................... **70–457**
II. Stage or Set ................................. **70–458**
III. Dressing Rooms .............................. **70–460**
IV. Viewing, Cutting, and Patching Tables .... **70–460**
V. Cellulose Nitrate Film Storage Vaults ..... **70–460**
VI. Substations .................................. **70–460**

540  Motion Picture Projection Rooms ............ **70–461**

I. General  ...................................... **70–461**
II. Equipment and Projectors of the
Professional Type ............................ **70–461**
III. Nonprofessional Projectors ................. **70–462**
IV. Audio Signal Processing,
Amplification, and Reproduction
Equipment .................................... **70–462**

545  Manufactured Buildings ......................... **70–462**

547  Agricultural Buildings ........................... **70–463**

550  Mobile Homes, Manufactured Homes, and
Mobile Home Parks ............................... **70–466**

I. General  ...................................... **70–466**
II. Mobile and Manufactured Homes ........ **70–467**
III. Services and Feeders ........................ **70–474**

**ARTICLE**

551  Recreational Vehicles and Recreational
Vehicle Parks .................................... **70–475**

I. General  ...................................... **70–475**
II. Combination Electrical Systems ........... **70–477**
III. Other Power Sources ........................ **70–477**
IV. Nominal 120-Volt or 120/240-Volt
Systems ...................................... **70–478**
V. Factory Tests ................................ **70–485**
VI. Recreational Vehicle Parks ................. **70–485**

552  Park Trailers .................................... **70–488**

I. General  ...................................... **70–488**
II. Low-Voltage Systems ........................ **70–488**
III. Combination Electrical Systems ........... **70–489**
IV. Nominal 120-Volt or 120/240-Volt
Systems ...................................... **70–490**
V. Factory Tests ................................ **70–496**

553  Floating Buildings ............................... **70–497**

I. General  ...................................... **70–497**
II. Services and Feeders ........................ **70–497**
III. Grounding ................................... **70–497**

555  Marinas and Boatyards ......................... **70–498**

590  Temporary Installations ......................... **70–501**

**Chapter 6 Special Equipment**

600  Electric Signs and Outline Lighting .......... **70–504**

I. General  ...................................... **70–504**
II. Field-Installed Skeleton Tubing and
Wiring ........................................ **70–508**

604  Manufactured Wiring Systems ................. **70–509**

605  Office Furnishings (Consisting of Lighting
Accessories and Wired Partitions) ............. **70–510**

610  Cranes and Hoists .............................. **70–511**

I. General  ...................................... **70–511**
II. Wiring ....................................... **70–512**
III. Contact Conductors .......................... **70–514**
IV. Disconnecting Means ........................ **70–515**
V. Overcurrent Protection ...................... **70–515**
VI. Control ...................................... **70–516**
VII. Grounding ................................... **70–516**

620  Elevators, Dumbwaiters, Escalators,
Moving Walks, Platform Lifts, and
Stairway Chairlifts .............................. **70–517**

I. General  ...................................... **70–517**
II. Conductors .................................. **70–519**
III. Wiring ....................................... **70–520**
IV. Installation of Conductors .................. **70–523**
V. Traveling Cables ............................ **70–523**
VI. Disconnecting Means and Control ......... **70–524**
VII. Overcurrent Protection ...................... **70–526**
VIII. Machine Rooms, Control Rooms,
Machinery Spaces, and Control Spaces .... **70–526**
IX. Grounding ................................... **70–527**
X. Emergency and Standby Power
Systems ...................................... **70–527**

625  Electric Vehicle Charging System ............ **70–527**

I. General  ...................................... **70–527**

ARTICLE

II. Wiring Methods .................................. 70–528
III. Equipment Construction ...................... 70–528
IV. Control and Protection ...................... 70–529
V. Electric Vehicle Supply Equipment
Locations ...................................... 70–529

626 Electrified Truck Parking Spaces ............. 70–531

I. General ...................................... 70–531
II. Electrified Truck Parking Spaces
Electrical Wiring Systems ................... 70–532
III. Electrified Truck Parking Space Supply
Equipment ..................................... 70–533
IV. Transport Refrigerated Units (TRUs) ...... 70–535

630 Electric Welders ................................ 70–536

I. General ...................................... 70–536
II. Arc Welders ................................. 70–536
III. Resistance Welders .......................... 70–537
IV. Welding Cable ............................... 70–538

640 Audio Signal Processing, Amplification,
and Reproduction Equipment ................... 70–538

I. General ...................................... 70–538
II. Permanent Audio System Installations .... 70–542
III. Portable and Temporary Audio System
Installations .................................. 70–542

645 Information Technology Equipment ........... 70–544

647 Sensitive Electronic Equipment .............. 70–546

650 Pipe Organs .................................... 70–547

660 X-Ray Equipment ............................... 70–548

I. General ...................................... 70–548
II. Control ...................................... 70–549
III. Transformers and Capacitors ............... 70–549
IV. Guarding and Grounding ................... 70–549

665 Induction and Dielectric Heating
Equipment ...................................... 70–550

I. General ...................................... 70–550
II. Guarding, Grounding, and Labeling ....... 70–551

668 Electrolytic Cells .............................. 70–551

669 Electroplating .................................. 70–554

670 Industrial Machinery ........................... 70–555

675 Electrically Driven or Controlled
Irrigation Machines ............................ 70–556

I. General ...................................... 70–556
II. Center Pivot Irrigation Machines ......... 70–558

680 Swimming Pools, Fountains, and Similar
Installations .................................... 70–558

I. General ...................................... 70–558
II. Permanently Installed Pools ............... 70–561
III. Storable Pools .............................. 70–568
IV. Spas and Hot Tubs .......................... 70–568
V. Fountains .................................... 70–570
VI. Pools and Tubs for Therapeutic Use ...... 70–572
VII. Hydromassage Bathtubs .................... 70–572

682 Natural and Artificially Made Bodies of
Water .......................................... 70–573

I. General ...................................... 70–573

ARTICLE

II. Installation .................................. 70–573
III. Grounding and Bonding .................... 70–574

685 Integrated Electrical Systems ................. 70–575

I. General ...................................... 70–575
II. Orderly Shutdown ........................... 70–575

690 Solar Photovoltaic Systems .................... 70–575

I. General ...................................... 70–575
II. Circuit Requirements ........................ 70–578
III. Disconnecting Means ........................ 70–580
IV. Wiring Methods ............................. 70–581
V. Grounding .................................... 70–583
VI. Marking ..................................... 70–585
VII. Connection to Other Sources .............. 70–585
VIII. Storage Batteries ............................ 70–587
IX. Systems over 600 Volts ..................... 70–588

692 Fuel Cell Systems .............................. 70–588

I. General ...................................... 70–588
II. Circuit Requirements ........................ 70–589
III. Disconnecting Means ........................ 70–589
IV. Wiring Methods ............................. 70–590
V. Grounding .................................... 70–590
VI. Marking ..................................... 70–590
VII. Connection to Other Circuits .............. 70–590
VIII. Outputs Over 600 Volts ..................... 70–591

695 Fire Pumps .................................... 70–591

Chapter 7 Special Conditions

700 Emergency Systems ............................. 70–596

I. General ...................................... 70–596
II. Circuit Wiring ............................... 70–597
III. Sources of Power ............................ 70–598
IV. Emergency System Circuits for
Lighting and Power ........................... 70–600
V. Control — Emergency Lighting
Circuits ....................................... 70–600
VI. Overcurrent Protection ...................... 70–600

701 Legally Required Standby Systems ............ 70–601

I. General ...................................... 70–601
II. Circuit Wiring ............................... 70–602
III. Sources of Power ............................ 70–602
IV. Overcurrent Protection ...................... 70–603

702 Optional Standby Systems ..................... 70–604

I. General ...................................... 70–604
II. Circuit Wiring ............................... 70–605
III. Grounding .................................... 70–605
IV. Sources of Power ............................ 70–605

705 Interconnected Electric Power Production
Sources ........................................ 70–605

I. General ...................................... 70–605
II. Utility-Interactive Inverters ................ 70–608
III. Generators ................................... 70–609

708 Critical Operations Power Systems
(COPS) ......................................... 70–609

I. General ...................................... 70–609
II. Circuit Wiring and Equipment ............. 70–610

ARTICLE

III. Power Sources and Connection ............ **70–612**
IV. Overcurrent Protection ....................... **70–613**
V. System Performance and Analysis ......... **70–614**

720  Circuits and Equipment Operating at Less
     Than 50 Volts .................................... **70–614**

725  Class 1, Class 2, and Class 3
     Remote-Control, Signaling, and
     Power-Limited Circuits ......................... **70–614**

   I. General ....................................... **70–614**
  II. Class 1 Circuits .............................. **70–615**
 III. Class 2 and Class 3 Circuits ............... **70–617**
  IV. Listing Requirements ......................... **70–622**

727  Instrumentation Tray Cable: Type ITC ........ **70–624**

760  Fire Alarm Systems ............................. **70–625**

   I. General ....................................... **70–625**
  II. Non–Power-Limited Fire Alarm
      (NPLFA) Circuits .............................. **70–626**
 III. Power-Limited Fire Alarm (PLFA)
      Circuits ....................................... **70–628**
  IV. Listing Requirements ......................... **70–631**

770  Optical Fiber Cables and Raceways .......... **70–633**

   I. General ....................................... **70–633**
  II. Cables Outside and Entering
      Buildings ...................................... **70–634**
 III. Protection .................................... **70–635**
  IV. Grounding Methods ............................ **70–635**
   V. Installation Methods Within Buildings .... **70–636**
  VI. Listing Requirements ......................... **70–638**

**Chapter 8 Communications Systems**

800  Communications Circuits ....................... **70–640**

   I. General ....................................... **70–640**
  II. Wires and Cables Outside and
      Entering Buildings ............................ **70–641**
 III. Protection .................................... **70–642**
  IV. Grounding Methods ............................ **70–644**
   V. Installation Methods Within Buildings ... **70–645**
  VI. Listing Requirements ......................... **70–647**

810  Radio and Television Equipment .............. **70–649**

   I. General ....................................... **70–649**
  II. Receiving Equipment — Antenna
      Systems ........................................ **70–650**
 III. Amateur Transmitting and Receiving
      Stations — Antenna Systems ............... **70–652**
  IV. Interior Installation — Transmitting
      Stations ....................................... **70–653**

820  Community Antenna Television and Radio
     Distribution Systems ........................... **70–653**

   I. General ....................................... **70–653**
  II. Coaxial Cables Outside and Entering
      Buildings ...................................... **70–654**

ARTICLE

III. Protection ...................................... **70–655**
IV. Grounding Methods ............................ **70–656**
 V. Installation Methods Within Buildings .... **70–657**
VI. Listing Requirements ......................... **70–659**

830  Network-Powered Broadband
     Communications Systems ....................... **70–660**

   I. General ....................................... **70–660**
  II. Cables Outside and Entering Buildings ... **70–662**
 III. Protection .................................... **70–664**
  IV. Grounding Methods ............................ **70–666**
   V. Installation Methods Within Buildings .... **70–667**
  VI. Listing Requirements ......................... **70–669**

TABLES

**Chapter 9 Tables**

  1  Percent of Cross Section of Conduit and
     Tubing for Conductors ......................... **70–671**

  2  Radius of Conduit and Tubing Bends ......... **70–671**

  4  Dimensions and Percent Area of Conduit
     and Tubing
     (Areas of Conduit or Tubing for the
     Combinations of Wires Permitted in Table
     1, Chapter 9) ................................... **70–672**

  5  Dimensions of Insulated Conductors and
     Fixture Wires ................................... **70–676**

 5A  Compact Copper and Aluminum Building
     Wire Nominal Dimensions and Areas ......... **70–680**

  8  Conductor Properties ............................ **70–681**

  9  Alternating-Current Resistance and
     Reactance for 600-Volt Cables, 3-Phase,
     60 Hz, 75°C (167°F) — Three Single
     Conductors in Conduit .......................... **70–682**

11(A) Class 2 and Class 3 Alternating-Current
      Power Source Limitations ..................... **70–684**

11(B) Class 2 and Class 3 Direct-Current Power
      Source Limitations ............................. **70–684**

12(A) PLFA Alternating-Current Power Source
      Limitations .................................... **70–685**

12(B) PLFA Direct-Current Power Source
      Limitations .................................... **70–685**

     Annex A .......................................... **70–686**
     Annex B .......................................... **70–689**
     Annex C .......................................... **70–703**
     Annex D .......................................... **70–763**
     Annex E .......................................... **70–773**
     Annex F .......................................... **70–774**
     Annex G .......................................... **70–776**
     Annex H .......................................... **70–778**
     Index ............................................ **70–785**

# NATIONAL ELECTRICAL CODE COMMITTEE

*These lists represent the membership at the time the Committee was balloted on the final text of this edition. Since that time, changes in the membership may have occurred. A key to classifications is found at the back of this document.*

## Technical Correlating Committee

**James W. Carpenter,** *Chair*
International Association of Electrical Inspectors, TX [E]

**Mark W. Earley,** *Secretary*
National Fire Protection Association, MA
(nonvoting)

**Jean A. O'Connor,** *Recording Secretary*
National Fire Protection Association, MA
(nonvoting)

**James E. Brunssen,** Telcordia Technologies, Inc., NJ [UT]
  Rep. Alliance for Telecommunications Industry Solutions
**Merton W. Bunker, Jr.,** U.S. Department of State, VA [U]
  (VL to Document: 110, Document: 111, Document: 70,
  Document: 70B, Document: 70E, Document: 79)
**William R. Drake,** Marinco, CA [M]
**Palmer L. Hickman,** National Joint Apprentice & Training
Committee, MD [L]
  Rep. International Brotherhood of Electrical Workers
**John R. Kovacik,** Underwriters Laboratories Inc., IL [RT]
**William M. Lewis,** Martinsville, IN [U]
  Rep. American Chemistry Council
**Jim Pauley,** Square D Company/Schneider Electric, KY [M]
  Rep. National Electrical Manufacturers Association
**Michael D. Toman,** MEGA Power Electrical Services, Inc.,
MD [IM]
  Rep. National Electrical Contractors Association
**John W. Troglia,** Edison Electric Institute, WI [UT]
  Rep. Electric Light & Power Group/EEI
**Robert G. Wilkinson,** IEC Texas Gulf Coast, TX [IM]
  Rep. Independent Electrical Contractors, Inc.

### Alternates

**Jeffrey Boksiner,** Telcordia Technologies, Inc., NJ [UT]
  (Alt. to J. E. Brunssen)

**James M. Daly,** General Cable, NJ [M]
  (Alt. to J. Pauley)
**Stanley J. Folz,** Morse Electric Company, NV [IM]
  (Alt. to M. D. Toman)
**David L. Hittinger,** IEC of Greater Cincinnati, OH [IM]
  (Alt. to R. G. Wilkinson)
**Neil F. LaBrake, Jr.,** National Grid, NY [UT]
  (Alt. to J. W. Troglia)
**Danny Liggett,** Dupont Company, TX [U]
  (Alt. to W. M. Lewis)
**Mark C. Ode,** Underwriters Laboratories Inc., NC [RT]
  (Alt. to J. R. Kovacik)
**Richard P. Owen,** City of St. Paul, MN [E]
  (Alt. to J. W. Carpenter)

### Nonvoting

**David Mascarenhas,** Canadian Standards Association,
Canada [RT]
**Richard G. Biermann,** Biermann Electric Company, Inc.,
IA [IM]
  (Member Emeritus)
**D. Harold Ware,** Libra Electric Company, OK [IM]
  (Member Emeritus)

**Committee Scope:** This Committee shall have primary responsibility for documents on minimizing the risk of electricity as a source of electric shock and as a potential ignition source of fires and explosions. It shall also be responsible for text to minimize the propagation of fire and explosions due to electrical installations.

## CODE–MAKING PANEL NO. 1
### Articles 90, 100, 110, Annex A, Annex G

**John D. Minick,** *Chair*
National Electrical Manufacturers Association, TX [M]

**Michael A. Anthony,** University of Michigan, MI [U]
  Rep. Association of Higher Education Facilities Officers
**Louis A. Barrios,** Shell Global Solutions, TX [U]
  Rep. American Chemistry Council
**Kenneth P. Boyce,** Underwriters Laboratories Inc., IL [RT]
**William T. Fiske,** Intertek Testing Services NA, Inc., NY [RT]
**H. Landis Floyd,** The DuPont Company, DE [U]
  Rep. Institute of Electrical & Electronics Engineers, Inc.
**Palmer L. Hickman,** National Joint Apprentice & Training
Committee, MD [L]
  Rep. International Brotherhood of Electrical Workers

**David L. Hittinger,** IEC of Greater Cincinnati, OH [IM]
  Rep. Independent Electrical Contractors, Inc.
**Neil F. LaBrake, Jr.,** National Grid, NY [UT]
  Rep. Electric Light & Power Group/EEI
**Randall R. McCarver,** Telcordia Technologies, Inc., NJ [U]
  Rep. Alliance for Telecommunications Industry Solutions
**Lanny G. McMahill,** City of Phoenix, AZ [E]
  Rep. International Association of Electrical Inspectors
**H. Brooke Stauffer,** National Electrical Contractors
Association, MD [IM]

### Alternates

**Mark Christian,** IBEW Local Union 175, TN [L]
  (Alt. to P. L. Hickman)
**Benjamin F. Dunford,** Ben Dunford Electric Company Inc.,
TN [IM]
  (Alt. to D. L. Hittinger)
**Ernest J. Gallo,** Telcordia Technologies, Inc., NJ [U]
  (Alt. to R. R. McCarver)
**Russell J. Helmick, Jr.,** Orange, CA [E]
  (Alt. to L. G. McMahill)
**Donald H. McCullough, II,** Washington Savannah River
Company, SC [U]
  (Alt. to H. L. Floyd)

**Gil Moniz,** National Electrical Manufacturers Association,
MA [M]
  (Alt. to J. D. Minick)
**Alfredo M Ramirez,** Underwriters Laboratories Inc., IL [RT]
  (Alt. to K. P. Boyce)
**John W. Troglia,** Edison Electric Institute, WI [UT]
  (Alt. to N. F. LaBrake, Jr.)

### Nonvoting

**Ark Tsisserev,** City of Vancouver, Canada
  Rep. CSA/Canadian Electrical Code Committee

## CODE–MAKING PANEL NO. 2

### Articles 210, 215, 220, Annex D, Chapter 9 Examples 1 through 6

Raymond W. Weber,  *Chair*
State of Wisconsin, WI [E]
Rep. International Association of Electrical Inspectors

**Richard W. Becker,** Engineered Electrical Systems, Inc.,
WA [U]
  Rep. Institute of Electrical & Electronics Engineers, Inc.
**Lawrence Brown,** National Association of Home Builders,
DC [U]
**Frank Coluccio,** New York City Department of Buildings,
NY [E]
**Thomas L. Harman,** University of Houston-Clear Lake, TX
[SE]
**Donald M. King,** IBEW Local Union 313, DE [L]
  Rep. International Brotherhood of Electrical Workers
**Robert L. LaRocca,** Underwriters Laboratories Inc., NY [RT]
**Brian J. Nenninger,** The Dow Chemical Company, TX [U]
  Rep. American Chemistry Council
**Jim Pauley,** Square D Company/Schneider Electric, KY [M]
  Rep. National Electrical Manufacturers Association
**Ronald L. Purvis,** Sharpsburg, GA [UT]
  Rep. Electric Light & Power Group/EEI
**Michael D. Toman,** MEGA Power Electrical Services, Inc.,
MD [IM]
  Rep. National Electrical Contractors Association
**Robert G. Wilkinson,** IEC Texas Gulf Coast, TX [IM]
  Rep. Independent Electrical Contractors, Inc.

### Alternates

**James E. Degnan,** Sparling, WA [U]
  (Alt. to R. W. Becker)
**David A. Dini,** Underwriters Laboratories Inc., IL [RT]
  (Alt. to R. L. LaRocca)
**Daniel J. Kissane,** Pass & Seymour/Legrand, NY [M]
  (Alt. to J. Pauley)
**William Ross McCorcle,** American Electric Power, OK [UT]
  (Alt. to R. L. Purvis)
**William J. McGovern,** City of Plano, TX [E]
  (Alt. to R. W. Weber)
**Clifford L Rediger,** Independent Electrical Contractors
Training Fund, CO [IM]
  (Alt. to R. G. Wilkinson)
**Janet D. Skipper,** IBEW Local Union 606, FL [L]
  (Alt. to D. M. King)
**Joseph E. Wiehagen,** National Association of Home
Builders, MD [U]
  (Alt. to L. Brown)

### Nonvoting

**William Burr,** Canadian Standards Association, Canada [RT]
**Douglas A. Lee,** U.S. Consumer Product Safety
Commission, MD [C]
**Andrew M. Trotta,** U.S. Consumer Product Safety
Commission, MD [C]

## CODE–MAKING PANEL NO. 3

### Articles 300, 590, 720, 725, 727, 760, Chapter 9, Tables 11(A) and (B), and Tables 12(A) and (B)

Richard P. Owen,  *Chair*
City of St. Paul, MN [E]
Rep. International Association of Electrical Inspectors

**Lawrence S. Ayer,** Biz Com Electric, Inc., OH [IM]
  Rep. Independent Electrical Contractors, Inc.
**Paul J. Casparro,** Scranton Electricians JATC, PA [L]
  Rep. International Brotherhood of Electrical Workers
**Les Easter,** Allied Tube and Conduit, IL [M]
  Rep. National Electrical Manufacturers Association
**Sanford E. Egesdal,** Egesdal Associates PLC, MN [M]
  Rep. Automatic Fire Alarm Association, Inc.
**Thomas J. Guida,** Underwriters Laboratories Inc., NY [RT]
**Ray R. R. Keden,** ERICO, Inc., CA [M]
  Rep. Building Industry Consulting Services International

**Ronald E. Maassen,** Lemberg Electric Company, Inc.,
WI [IM]
  Rep. National Electrical Contractors Association
**Juan C. Menendez,** Southern California Edison Company,
CA [UT]
  Rep. Electric Light & Power Group/EEI
**Steven J. Owen,** Steven J. Owen, Inc., AL [IM]
  Rep. Associated Builders & Contractors, Inc.
**David A. Pace,** Olin Corporation, AL [U]
  Rep. American Chemistry Council

Melvin K. Sanders, Things Electrical Co., Inc.
(TECo., Inc.), IA [U]
   Rep. Institute of Electrical & Electronics Engineers, Inc.
John E. Sleights, St. Paul Travelers, CT [I]

### Alternates

Shane M. Clary, Bay Alarm Company, CA [M]
   (Alt. to S. E. Egesdal)
Adam D. Corbin, Corbin Electrical Services, Inc., NJ [IM]
   (Alt. to L. S. Ayer)
Danny Liggett, Dupont Company, TX [U]
   (Alt. to D. A. Pace)
T. David Mills, Bechtel Savannah River, Inc., SC [U]
   (Alt. to M. K. Sanders)
Mark C. Ode, Underwriters Laboratories Inc., NC [RT]
   (Alt. to T. J. Guida)

Roger S. Passmore, Davis Electrical Constructors, Inc., SC
[IM]
   (Alt. to S. J. Owen)
Marty L. Riesberg, IBEW Local Union 22, MD [L]
   (Alt. to P. J. Casparro)
George A. Straniero, Tyco/AFC Cable Systems, Inc., NJ
[M]
   (Alt. to L. Easter)
Robert J. Walsh, City of Hayward, CA [E]
   (Alt. to R. P. Owen)

### Nonvoting

Edward C. Lawry, Oregon, WI [E]
   (Member Emeritus)

## CODE–MAKING PANEL NO. 4
### Articles 225, 230

James M. Naughton, *Chair*
IBEW Local Union 103, MA [L]
Rep. International Brotherhood of Electrical Workers

Thomas L. Adams, Exelon Corporation, IL [UT]
   Rep. Electric Light & Power Group/EEI
Malcolm Allison, Ferraz Shawmut, MA [M]
Robert J. Deaton, The Dow Chemical Company, TX [U]
   Rep. Institute of Electrical & Electronics Engineers, Inc.
Howard D. Hughes, Hughes Electric Company Inc., AR [IM]
   Rep. National Electrical Contractors Association
Mark C. Ode, Underwriters Laboratories Inc., NC [RT]
James J. Rogers, Towns of Oak Bluffs, Tisbury, West
Tisbury, MA [E]
   Rep. International Association of Electrical Inspectors
John A. Sigmund, PPG Industries, Inc., LA [U]
   Rep. American Chemistry Council
John W. Young, Siemens Energy & Automation, Inc., GA [M]
   Rep. National Electrical Manufacturers Association
Vincent Zinnante, Advantage Electric, Inc., TX [IM]
   Rep. Independent Electrical Contractors, Inc.

### Alternates

Paul D. Barnhart, Underwriters Laboratories Inc., NC [RT]
   (Alt. to M. C. Ode)
Mark D. Gibbs, BWXT Y-12, LLC, TN [U]
   (Alt. to R. J. Deaton)
Kenneth W. Hengst, EAS Contracting, LP, TX [IM]
   (Alt. to V. Zinnante)
Mark R. Hilbert, State of New Hampshire, NH [E]
   (Alt. to J. J. Rogers)
Philip M. Piqueira, General Electric Company, CT [M]
   (Alt. to J. W. Young)
Mark H. Sumrall, IBEW Local Union 527, TX [L]
   (Alt. to J. M. Naughton)
Peter R. Walsh, Ferraz Shawmut, MA [M]
   (Alt. to M. Allison)

## CODE–MAKING PANEL NO. 5
### Articles 200, 250, 280, 285

Ronald J. Toomer, *Chair*
Toomer Electrical Company Inc., LA [IM]
Rep. National Electrical Contractors Association

Jeffrey Boksiner, Telcordia Technologies, Inc., NJ [UT]
   Rep. Alliance for Telecommunications Industry Solutions
David Brender, Copper Development Association, Inc., NY
[M]
   Rep. Copper Development Association Inc.
Martin J. Brett, Jr., Wheatland Tube Company, NJ [M]
   Rep. American Iron and Steel Institute
Paul Dobrowsky, Innovative Technology Services, NY [U]
   Rep. American Chemistry Council
Dan Hammel, IBEW Local Union 704, IA [L]
   Rep. International Brotherhood of Electrical Workers
G. Scott Harding, F. B. Harding, Inc., MD [IM]
   Rep. Independent Electrical Contractors, Inc.
William J. Helfrich, U.S. Department of Labor, PA [E]
Michael J. Johnston, International Association of Electrical
Inspectors, TX [E]
Chuck Mello, Underwriters Laboratories Inc., WA [RT]

Daleep C. Mohla, DCM Electrical Consulting Services, Inc.,
TX [U]
   Rep. Institute of Electrical & Electronics Engineers, Inc.
Gregory J. Steinman, Thomas & Betts Corporation, TN [M]
   Rep. National Electrical Manufacturers Association
Robert G. Stoll, Thomas Associates, Inc., OH [M]
   Rep. Power Tool Institute, Inc
Richard Temblador, Southwire Company, GA [M]
   Rep. The Aluminum Association
C. Douglas White, CenterPoint Energy, Inc., TX [UT]
   Rep. Electric Light & Power Group/EEI

### Alternates

Harold G. Alexander, American Electric Power, OH [UT]
   (Alt. to C. D. White)
Ron D. Alley, Northern New Mexico IEC, NM [IM]
   (Alt. to G. S. Harding)

**Joseph P. DeGregoria,** Underwriters Laboratories Inc., NY [RT]
   (Alt. to C. Mello)
**Ronald Lai,** FCI Electrical, NH [M]
   (Alt. to G. J. Steinman)
**Paul J. LeVasseur,** Bay City JEATC, MI [L]
   (Alt. to D. Hammel)
**Richard E. Loyd,** R & N Associates, AZ [M]
   (Alt. to M. J. Brett, Jr.)
**Michael E. McNeil,** FMC Corporation/Bio Polymer, ME [U]
   (Alt. to P. Dobrowsky)
**Nathan Philips,** Integrated Electronic Systems, OR [IM]
   (Alt. to R. J. Toomer)

**Paul R. Picard,** Tyco/AFC Cable Systems, Inc., MA [M]
   (Alt. to R. Temblador)
**Elliot Rappaport,** Electro Technology Consultants, Inc., FL [U]
   (Alt. to D. C. Mohla)
**Phil Simmons,** Simmons Electrical Services, WA [M]
   (Alt. to D. Brender)
**David A. Williams,** Delta Charter Township, MI [E]
   (Alt. to M. J. Johnston)

### Nonvoting

**Robert A. Nelson,** Canadian Standards Association, Canada [RT]

## CODE-MAKING PANEL NO. 6
### Articles 310, 400, 402, Chapter 9 Tables 5 through 9, Annex B

**Scott Cline,** *Chair*
McMurtrey Electric, Inc., CA [IM]
Rep. National Electrical Contractors Association

**Samuel B. Friedman,** General Cable Corporation, RI [M]
   Rep. National Electrical Manufacturers Association
**Robert L. Huddleston, Jr.,** Eastman Chemical Company, TN [U]
   Rep. American Chemistry Council
**G. W. "Jerry" Kent,** Kent Electric & Plumbing Systems, TX [IM]
   Rep. Independent Electrical Contractors, Inc.
**William F. Laidler,** South Shore VoTech/IBEW 223, MA [L]
   Rep. International Brotherhood of Electrical Workers
**L. Bruce McClung,** Electrical Safety Consulting Services, Inc., WV [U]
   Rep. Institute of Electrical & Electronics Engineers, Inc.
**Paul R. Picard,** Tyco/AFC Cable Systems, Inc., MA [M]
   Rep. The Aluminum Association
**Oran P. Post,** Akron, OH [E]
   Rep. International Association of Electrical Inspectors
**Carl Timothy Wall,** Alabama Power Company, AL [UT]
   Rep. Electric Light & Power Group/EEI
**Austin D. Wetherell,** Underwriters Laboratories Inc., NY [RT]
**Joseph S. Zimnoch,** The Okonite Company, NJ [M]
   Rep. Copper Development Association Inc.

### Alternates

**Jacob Benninger,** IBEW Local Union 241 JATC, NY [L]
   (Alt. to W. F. Laidler)
**Peter E. Bowers,** Satellite Electric Company, Inc., MD [IM]
   (Alt. to G. W. Kent)
**James M. Daly,** General Cable, NJ [M]
   (Alt. to J. S. Zimnoch)
**Timothy Edwards,** Alcan Cable Company, GA [M]
   (Alt. to P. R. Picard)
**Richard A. Holub,** E. I. DuPont de Nemours & Company, Inc., DE [U]
   (Alt. to R. L. Huddleston, Jr.)
**Lowell Lisker,** American Insulated Wire Corporation, MA [M]
   (Alt. to S. B. Friedman)
**Harry J. Sassaman,** Forest Electric Corporation, NJ [IM]
   (Alt. to S. Cline)
**Bradley J. Schmidt,** Underwriters Laboratories Inc., IL [RT]
   (Alt. to A. D. Wetherell)
**John Stacey,** City of St. Louis, MO [E]
   (Alt. to O. P. Post)
**Donald A. Voltz,** Mustang Engineering, Inc., TX [U]
   (Alt. to L. B. McClung)

## CODE-MAKING PANEL NO. 7
### Articles 320, 322, 324, 326, 328, 330, 332, 334, 336, 338, 340, 382, 394, 396, 398

**Gaylen D. Rogers,** *Chair*
Highland, UT [E]
Rep. International Association of Electrical Inspectors

**Martin D. Adams,** Adams Electric, Inc., CO [IM]
   Rep. National Electrical Contractors Association
**Harry C. Brown,** IBEW Local Union 606, FL [L]
   Rep. International Brotherhood of Electrical Workers
**John J. Cangemi,** Underwriters Laboratories Inc., NY [RT]
**James M. Daly,** General Cable, NJ [M]
   Rep. National Electrical Manufacturers Association
**Timothy Edwards,** Alcan Cable Company, GA [M]
   Rep. The Aluminum Association
**Chris J. Fahrenthold,** Design Electric, TX [IM]
   Rep. Independent Electrical Contractors, Inc.
**Herman J. Hall,** Austin, TX [M]
   Rep. Society of the Plastics Industry, Inc.

**Ronald G. Nickson,** National Multi Housing Council, DC [U]
**John W. "Wes" Ray,** Duke Energy Corporation, NC [UT]
   Rep. Electric Light & Power Group/EEI
**Gregory L. Runyon,** Eli Lilly and Company, IN [U]
   Rep. American Chemistry Council
**David E. Schumacher,** Associated Builders & Contractors, Inc., IA [IM]
**H. R. Stewart,** HRS Consulting, TX [U]
   Rep. Institute of Electrical & Electronics Engineers, Inc.
**George A. Straniero,** Tyco/AFC Cable Systems, Inc., NJ [M]
   Rep. Copper Development Association Inc.

**Alternates**

**William B. Crist,** Houston Stafford Electric Company, TX [IM]
  (Alt. to C. J. Fahrenthold)
**James D. Erwin,** Celanese, Ltd., TX [U]
  (Alt. to G. L. Runyon)
**Rogers Hester, Jr.,** Encore Wire Limited, TX [M]
  (Alt. to G. A. Straniero)
**James K. Hinrichs,** State of Washington, WA [E]
  (Alt. to G. D Rogers)
**Jacob Killinger,** Underwriters Laboratories Inc., IL [RT]
  (Alt. to J. J. Cangemi)

**Samuel R. LaDart,** City of Memphis, TN [L]
  (Alt. to H. C. Brown)
**David Mercier,** Southwire Company, GA [M]
  (Alt. to J. M. Daly)
**Dennis A. Nielsen,** Lawrence Berkeley National Laboratory, CA [U]
  (Alt. to H. R. Stewart)
**Peter Pollak,** The Aluminum Association, Inc., VA [M]
  (Alt. to T. Edwards)
**Thomas H. Wood,** Cecil B. Wood Inc., IL [IM]
  (Alt. to M. D. Adams)

## CODE-MAKING PANEL NO. 8

### Articles 342, 344, 348, 350, 352, 353, 354, 356, 358, 360, 362, 366, 368, 370, 372, 374, 376, 378, 380, 384, 386, 388, 390, 392, Chapter 9, Tables 1 through 4, Annex C

**Julian R. Burns,** *Chair*
Burns Electrical/Quality Power Solutions, Inc., NC [IM]
Rep. Independent Electrical Contractors, Inc.

**Joseph Dabe,** City of St. Paul, MN [L]
  Rep. International Brotherhood of Electrical Workers
**George R. Dauberger,** Thomas & Betts Corporation, TN [M]
  Rep. National Electrical Manufacturers Association
**James C. Dollins,** Tyco/AFC Cable Systems, MA [M]
  Rep. The Aluminum Association
**James T. Dwight,** Sasol North America, Inc., LA [U]
  Rep. American Chemistry Council
**M. Shan Griffith,** Kellogg, Brown & Root, Inc., TX [U]
  Rep. Institute of Electrical & Electronics Engineers, Inc.
**David G. Humphrey,** County of Henrico, Virginia, VA [E]
  Rep. International Association of Electrical Inspectors
**David H. Kendall,** Carlon, Lamson & Sessions, OH [M]
  Rep. Society of the Plastics Industry, Inc.
**Richard E. Loyd,** R & N Associates, AZ [M]
  Rep. American Iron and Steel Institute
**Stephen P. Poholski,** Newkirk Electric Associates, Inc., MI [IM]
  Rep. National Electrical Contractors Association
**George F. Walbrecht,** Underwriters Laboratories Inc., IL [RT]
**Leslie R. Zielke,** South Carolina Electric & Gas Company, SC [UT]
  Rep. Electric Light & Power Group/EEI

**Alternates**

**Richard J. Berman,** Underwriters Laboratories Inc., IL [RT]
  (Alt. to G. F. Walbrecht)
**Joyce Evans Blom,** The Dow Chemical Company, CA [U]
  (Alt. to J. T. Dwight)
**Duane A. Carlson,** PRS Consulting Engineers, WA [U]
  (Alt. to M. S. Griffith)
**Charles W. Forsberg,** Shaker Heights, OH [M]
  (Alt. to D. H. Kendall)
**James M. Imlah,** City of Hillsboro, OR [E]
  (Alt. to D. G. Humphrey)
**Kevin J. Lippert,** Eaton Corporation, PA [M]
  (Alt. to G. R. Dauberger)
**Gregory L. Maurer,** Wheatland Tube Company, AR [M]
  (Alt. to R. E. Loyd)
**Gary W. Pemble,** Montana Electrical JATC, MT [L]
  (Alt. to J. Dabe)
**C. Ernest Reynolds,** Hatfield-Reynolds Electric Company, AZ [IM]
  (Alt. to J. R. Burns)
**Richard Temblador,** Southwire Company, GA [M]
  (Alt. to J. C. Dollins)

## CODE-MAKING PANEL NO. 9

### Articles 312, 314, 404, 408, 450, 490

**Robert A. McCullough,** *Chair*
Ocean County Construction Inspection Department, NJ [E]
Rep. International Association of Electrical Inspectors

**Rodney D. Belisle,** NECA-IBEW Electrical Training Trust, OR [L]
  Rep. International Brotherhood of Electrical Workers
**Billy Breitkreutz,** Fluor Corporation, TX [U]
  Rep. Associated Builders & Contractors, Inc.
**Richard P. Fogarty,** Consolidated Edison Company of New York, Inc., NY [UT]
  Rep. Electric Light & Power Group/EEI
**Frederic P. Hartwell,** Hartwell Electrical Services, Inc., MA [SE]
**Thomas J. LeMay,** LeMay Electric, Inc., GA [IM]
  Rep. Independent Electrical Contractors, Inc.
**Robert D. Osborne,** Underwriters Laboratories Inc., NC [RT]

**Bradford D. Rupp,** Allied Moulded Products, Inc., OH [M]
  Rep. National Electrical Manufacturers Association
**Sukanta Sengupta,** FMC Corporation, NJ [U]
  Rep. Institute of Electrical & Electronics Engineers, Inc.
**Monte Szendre,** Wilson Construction Company, OR [IM]
  Rep. National Electrical Contractors Association
**Ralph H. Young,** Eastman Chemical Company, TN [U]
  Rep. American Chemistry Council

**Alternates**

**Charles L. Boynton,** The DuPont Company, TX [U]
  (Alt. to R. H. Young)

**Kevin J. Breen,** Breen Electrical Contractors Inc., NY [IM]
  (Alt. to T. J. LeMay)
**James C. Carroll,** Square D Company/Schneider Electric,
TN [M]
  (Alt. to B. D. Rupp)
**Kenneth L. McKinney, Jr.,** Underwriters Laboratories Inc.,
NC [RT]
  (Alt. to R. D. Osborne)
**James C. Missildine, Jr.,** Southern Company Services, Inc.,
AL [UT]
  (Alt. to R. P. Fogarty)

**Paul W. Myers,** Innovene LLC, OH [U]
  (Alt. to S. Sengupta)
**Donald R. Offerdahl,** North Dakota State Electrical Board,
ND [E]
  (Alt. to R. A. McCullough)
**Rhett A. Roe,** IBEW Local Union 26 JATC, MD [L]
  (Alt. to R. D. Belisle)

# CODE-MAKING PANEL NO. 10
## Articles 240, 780

**James T. Dollard, Jr.,** *Chair*
IBEW Local Union 98, PA [L]
Rep. International Brotherhood of Electrical Workers

**Charles K. Blizard,** American Electrical Testing Company,
Inc., MA [IM]
  Rep. InterNational Electrical Testing Association
**Madeline Borthick,** IEC of Houston, Inc., TX [IM]
  Rep. Independent Electrical Contractors, Inc.
**Dennis M. Darling,** Ayres, Lewis, Norris & May, Inc., MI [U]
  Rep. Institute of Electrical & Electronics Engineers, Inc.
**Charles Eldridge,** Indianapolis Power & Light Company, IN
[UT]
  Rep. Electric Light & Power Group/EEI
**Carl Fredericks,** The Dow Chemical Company, TX [U]
  Rep. American Chemistry Council
**C. W. Kimblin,** Eaton Electrical Corporation, PA [M]
  Rep. National Electrical Manufacturers Association
**John R. Kovacik,** Underwriters Laboratories Inc., IL [RT]
**Robert W. Mount, Jr.,** Hussmann Corporation, MO [M]
  Rep. Air-Conditioning and Refrigeration Institute
**George J. Ockuly,** O'Fallon, MO [M]
**Richard Sobel,** Quantum Electric Corporation, NY [IM]
  Rep. National Electrical Contractors Association
**Gerald W. Williams,** County of Ventura, California, CA [E]
  Rep. International Association of Electrical Inspectors

### Alternates

**Robert R. Gage,** National Grid, NY [UT]
  (Alt. to C. Eldridge)
**Roderic Hageman,** PRIT Service, Inc., IL [IM]
  (Alt. to C. K Blizard)
**Robert J. Kauer,** Middle Department Inspection Agency,
Inc., PA [E]
  (Alt. to G. W. Williams)
**Frank G. Ladonne,** Underwriters Laboratories Inc., IL [RT]
  (Alt. to J. R. Kovacik)
**Richard E. Lofton, II,** IBEW Local Union 280, OR [L]
  (Alt. to J. T. Dollard, Jr.)
**Alan Manche,** Square D Company/Schneider Electric, KY
[M]
  (Alt. to C. W. Kimblin)
**Vincent J. Saporita,** Cooper Bussmann, MO [M]
  (Alt. to G. J. Ockuly)
**Steve A. Struble,** Freeman's Electric Service, Inc., SD [IM]
  (Alt. to M. Borthick)
**Steven E. Townsend,** General Motors Corporation, MI [U]
  (Alt. to D. M. Darling)

# CODE-MAKING PANEL NO. 11
## Articles 409, 430, 440, 460, 470, Annex D, Example D8

**Wayne Brinkmeyer,** *Chair*
Britain Electric Company, TX [IM]
Rep. National Electrical Contractors Association

**Rick L. Bunch,** Tecumseh Products Company, MI [M]
  Rep. Air-Conditioning and Refrigeration Institute
**J. Ron Caccamese,** Alterman Electric Co., Ltd., TX [L]
  Rep. International Brotherhood of Electrical Workers
**Terry D. Cole,** Hamer Electric, Inc., WA [IM]
  Rep. Independent Electrical Contractors, Inc.
**Robert G. Fahey,** City of Janesville, WI [E]
  Rep. International Association of Electrical Inspectors
**William D. Glover,** PPG Industries, Inc., WV [U]
  Rep. American Chemistry Council
**Charles A. Goetz,** Underwriters Laboratories Inc., IL [RT]
**Paul E. Guidry,** Fluor Enterprises, Inc., TX [U]
  Rep. Associated Builders & Contractors, Inc.
**Leo H. Haas, Jr.,** CenterPoint Energy, Inc., TX [UT]
  Rep. Electric Light & Power Group/EEI

**Paul S. Hamer,** Chevron Energy Technology Company, CA
[U]
  Rep. American Petroleum Institute
**Vincent J. Saporita,** Cooper Bussmann, MO [M]
**Lynn F. Saunders,** Brighton, MI [U]
  Rep. Institute of Electrical & Electronics Engineers, Inc.
**Lawrence E. Todd,** Intertek Testing Services NA, Inc., OR
[RT]
**Ron Widup,** Shermco Industries, Inc., TX [IM]
  Rep. InterNational Electrical Testing Association
**James R. Wright,** Siemens Energy & Automation, Inc., IL
[M]
  Rep. National Electrical Manufacturers Association

### Alternates

**Larry W. Burns,** Burns Electric, Inc., TX [IM]
(Alt. to T. D. Cole)
**Ralph M. Esemplare,** Consolidated Edison Company of New York, NY [UT]
(Alt. to L. H. Haas, Jr.)
**James M. Fahey,** IBEW Local Union 103, MA [L]
(Alt. to J. R. Caccamese)
**Stanley J. Folz,** Morse Electric Company, NV [IM]
(Alt. to W. Brinkmeyer)
**Barry G. Karnes,** Underwriters Laboratories Inc., CA [RT]
(Alt. to C. A. Goetz)
**Robert J. Keough,** Emerson Motor Company, MO [M]
(Alt. to J. R. Wright)

**Thomas E. Moore,** City of North Royalton, OH [E]
(Alt. to R. G. Fahey)
**Arthur S. Neubauer,** Colonial Pipeline Company, GA [U]
(Alt. to P. S. Hamer)
**George J. Ockuly,** O'Fallon, MO [M]
(Alt. to V. J. Saporita)
**Charles L. Powell,** Eastman Chemical Company, TN [U]
(Alt. to W. D. Glover)
**Arthur J. Smith, III,** Waldemar S. Nelson & Company, Inc., LA [U]
(Alt. to L. F. Saunders)
**Russell A. Tiffany,** Johnson Controls, Inc., PA [M]
(Alt. to R. L. Bunch)

## CODE-MAKING PANEL NO. 12
### Articles 610, 620, 625, 630, 640, 645, 647, 650, 660, 665, 668, 669, 670, 685, Annex D, Examples D9 and D10

Timothy M. Croushore, *Chair*
Allegheny Power, PA [UT]
Rep. Electric Light & Power Group/EEI

**Kent B. Givens,** Alcoa, Inc., TX [M]
Rep. The Aluminum Association
(VL to 610, 625, 630, 645, 660, 665, 668, 669, 685)
**Thomas L. Hedges,** Hedges Electric & Construction Inc., CA [IM]
Rep. National Electrical Contractors Association
**Ron L. Janikowski,** City of Wausau, Wisconsin, WI [E]
Rep. International Association of Electrical Inspectors
**Robert E. Johnson,** ITE Safety, MA [U]
Rep. Information Technology Industry Council
(VL to 640, 645, 647, 685)
**Robert A. Jones,** Independent Electrical Contractors, Inc., TX [IM]
**Andy Juhasz,** Kone, Inc., IL [M]
Rep. National Elevator Industry Inc.
(VL to 610, 620, 630)
**Todd Lottmann,** Cooper Bussmann, MO [M]
Rep. National Electrical Manufacturers Association
**Sam Marcovici,** New York City Department of Buildings, NY [E]
**John H. Mortimer,** Inductotherm Corporation, NJ [U]
(VL to 610, 630, 665, 668, 669)
**Ralph C. Prichard,** Hercules Incorporated, DE [U]
Rep. Institute of Electrical & Electronics Engineers, Inc.
**David R. Quave,** IBEW Local Union 903, MS [L]
Rep. International Brotherhood of Electrical Workers
**Craig Sato,** Underwriters Laboratories Inc., CA [RT]
**Arthur E. Schlueter, Jr.,** A. E. Schlueter Pipe Organ Company, GA [M]
Rep. American Institute of Organ Builders
(VL to 640, 650)
**Kenneth White,** Olin Corporation, NY [U]
Rep. American Chemistry Council

### Alternates

**William E. Anderson,** The Procter & Gamble Company, OH [U]
(Alt. to R. C. Prichard)
**Jeffrey W. Blain,** Schindler Elevator Corporation, NY [M]
(VL to 610, 620, 630)
(Alt. to A. Juhasz)
**Thomas M. Burke,** Underwriters Laboratories Inc., CA [RT]
(Alt. to C. Sato)
**Jeffrey L. Holmes,** IBEW Local Union 1 JATC, MO [L]
(Alt. to D. R. Quave)
**Tim McClintock,** Wayne County, Ohio, OH [E]
(Alt. to R. L. Janikowski)
**Roger D. McDaniel,** Georgia Power Company, GA [UT]
(Alt. to T. M. Croushore)
**Peter Pollak,** The Aluminum Association, Inc., VA [M]
(VL to 610, 625, 630, 645, 660, 665, 668, 669, 685)
(Alt. to K. B. Givens)
**Lori L. Tennant,** Square D Company/Schneider Electric, NC [M]
(Alt. to T. Lottmann)
**George S. Tidden,** George's Electrical Service Inc., TX [IM]
(Alt. to R. A. Jones)
**Charles M. Trout,** Maron Electric Company, FL [IM]
(Alt. to T. L. Hedges)
**Robert C. Turner,** Oxford, MD [M]
(VL to 610, 630, 665, 668, 669)
(Alt. to J. H. Mortimer)

### Nonvoting

**Andre R. Cartal,** Yardley, PA [E]
(Member Emeritus)

## CODE-MAKING PANEL NO. 13
### Articles 445, 455, 480, 690, 692, 695, 700, 701, 702, 705

**Thomas H. Wood,** *Chair*
Cecil B. Wood Inc., IL [IM]
Rep. National Electrical Contractors Association

**Tarry L. Baker,** Broward County Board of Rules & Appeals, FL [E]
   Rep. International Association of Electrical Inspectors
**Ward I. Bower,** Sandia National Laboratories, NM [U]
   Rep. Solar Energy Industries Association
   (VL to 690, 692, 705)
**Douglas L. L. Elkins,** ExxonMobil Chemical Company, TX [U]
   Rep. American Chemistry Council
**George W. Flach,** George W. Flach Consultant, Inc., LA [SE]
**Ernest J. Gallo,** Telcordia Technologies, Inc., NJ [U]
   Rep. Alliance for Telecommunications Industry Solutions
   (VL to 445, 480, 690, 692)
**Robert J. Gustafson,** Ohio State University, OH [U]
   Rep. American Society of Agricultural & Biological Engineers
**Banks Hattaway,** Hattaway Brothers, Inc., AL [IM]
   Rep. Associated Builders & Contractors, Inc.
**Barry N. Hornberger,** PECO Energy Company, PA [UT]
   Rep. Electric Light & Power Group/EEI
**Kenneth Krastins,** Plug Power, Inc., NY [M]
   Rep. U.S. Fuel Cell Council
   (VL to 690, 692, 705)
**James S. Nasby,** Master Control Systems, Inc., IL [M]
   Rep. National Electrical Manufacturers Association
**Steven H. Pasternack,** Intertek Testing Services NA, Inc., NY [RT]
**Elliot Rappaport,** Electro Technology Consultants, Inc., FL [U]
   Rep. Institute of Electrical & Electronics Engineers, Inc.
**Duke W. Schamel,** Electrical Service Solutions, Inc., CO [IM]
   Rep. Independent Electrical Contractors, Inc.
**Todd W. Stafford,** National Joint Apprentice & Training Committee, TN [L]
   Rep. International Brotherhood of Electrical Workers

**Herbert V. Whittall,** Electrical Generating Systems Association, FL [M]
**Timothy P. Zgonena,** Underwriters Laboratories Inc., IL [RT]

### Alternates

**Paul D. Barnhart,** Underwriters Laboratories Inc., NC [RT]
   (Alt. to T. P. Zgonena)
**Daniel Batta, Jr.,** Constellation Power Source Generation, Inc., MD [UT]
   (Alt. to B. N. Hornberger)
**Ron B. Chilton,** North Carolina Department of Insurance, NC [E]
   (Alt. to T. L. Baker)
**Larry D. Cogburn,** Cogburn Bros, Inc., FL [IM]
   (Alt. to T. H. Wood)
**Brian L. Crise,** NIETC, OR [L]
   (Alt. to T. W. Stafford)
**Steven J. Fredette,** UTC Fuel Cells, LLC, CT [M]
   (VL to 690, 692, 705)
   (Alt. to K. Krastins)
**John P. Goodsell,** Hubbell Incorporated, CT [M]
   (Alt. to J. S. Nasby)
**Timothy D. Holleman,** AC Corporation, NC [IM]
   (Alt. to D. W. Schamel)
**Robert Swayne,** P2S Engineering, Inc., CA [U]
   (Alt. to E. Rappaport)
**Dale A. Triffo,** Shell Oil Products U.S., TX [U]
   (Alt. to D. L. L. Elkins)
**Robert H. Wills,** Intergrid, LLC, NH [U]
   (VL to 690, 692, 705)
   (Alt. to W. I. Bower)

### Nonvoting

**David Mascarenhas,** Canadian Standards Association, Canada [RT]

## CODE-MAKING PANEL NO. 14
### Articles 500, 501, 502, 503, 504, 505, 506, 510, 511, 513, 514, 515, 516

**Donald Cook,** *Chair*
Shelby County Development Services, AL [E]
Rep. International Association of Electrical Inspectors

**Troy Beall,** B & D Industries, Inc., NM [IM]
   Rep. National Electrical Contractors Association
**Marc J. Bernsen,** IBEW Local Union 291, ID [L]
   Rep. International Brotherhood of Electrical Workers
**Edward M. Briesch,** Underwriters Laboratories Inc., IL [RT]
**James D. Cospolich,** Waldemar S. Nelson & Company Inc., LA [U]
   Rep. Institute of Electrical & Electronics Engineers, Inc.
**Mark Goodman,** Jacobs Engineering Group, CA [U]
   Rep. American Petroleum Institute
**Gregory D. Hall,** Better-Way Electric, Inc., CO [IM]
   Rep. Independent Electrical Contractors, Inc.
**Joseph H. Kuczka,** Killark Electric Manufacturing Company, MO [M]
   Rep. National Electrical Manufacturers Association

**William G. Lawrence, Jr.,** FM Global, MA [I]
**L. Evans Massey,** Rockwell Automation, SC [M]
   Rep. Instrumentation, Systems & Automation Society
**Jeremy Neagle,** Intertek ETL SEMKO, NY [RT]
**Mike O'Meara,** Arizona Public Service Company, AZ [UT]
   Rep. Electric Light & Power Group/EEI
**David B. Wechsler,** The Dow Chemical Company, TX [U]
   Rep. American Chemistry Council
**Mark C. Wirfs,** R & W Engineering, Inc., OR [U]
   Rep. Grain Elevator and Processing Society

### Alternates

**Donald W. Ankele,** Underwriters Laboratories Inc., IL [RT]
   (Alt. to E. M. Briesch)

**A. W. Ballard,** Crouse-Hinds, NY [M]
    (Alt. to J. H. Kuczka)
**Mark W. Bonk,** Cargill Incorporated, MN [U]
    (Alt. to M. C Wirfs)
**Dave Burns,** Shell Exploration & Production Company, LA [U]
    (Alt. to M. Goodman)
**Larry E. Fuhrman,** City of Titusville, FL [E]
    (Alt. to D. Cook)
**Richard A. Holub,** E. I. DuPont de Nemours & Company, Inc., DE [U]
    (Alt. to D. B. Wechsler)
**Nicholas P. Ludlam,** FM Global, United Kingdom [I]
    (Alt. to W. G. Lawrence, Jr.)
**Christopher P. O'Neil,** NSTAR Electric & Gas Corporation, MA [UT]
    (Alt. to M. O'Meara)

**Ted H. Schnaare,** Rosemount Incorporated, MN [M]
    (Alt. to L. E. Massey)
**John L. Simmons,** Florida East Coast JATC, FL [L]
    (Alt. to M. J. Bernsen)
**Donald W. Zipse,** Zipse Electrical Engineering Inc., PA [U]
    (Alt. to J. D. Cospolich)

### Nonvoting

**Timothy J. Pope,** Canadian Standards Association, Canada [RT]
**Eduardo N. Solano,** Estudio Ingeniero Solano S.A., Argentina [SE]
**Fred K. Walker,** U.S. Department of the Air Force, FL [U]
    Rep. TC on Airport Facilities

## CODE-MAKING PANEL NO. 15
### Articles 517, 518, 520, 525, 530, 540

Donald J. Talka,   *Chair*
Underwriters Laboratories Inc., NY [RT]

**James R. Duncan,** Sparling Electrical Engineering & Technology Consulting, WA [U]
    Rep. Institute of Electrical & Electronics Engineers, Inc.
**Ronald E. Duren,** PacifiCorp, WA [UT]
    Rep. Electric Light & Power Group/EEI
**Douglas S. Erickson,** American Society for Healthcare Engineering, VI [U]
**Mitchell K. Hefter,** Entertainment Technology/Genlyte, TX [IM]
    Rep. Illuminating Engineering Society of North America
    (VL to 518, 520, 525, 530, 540)
**Kim Jones,** Funtastic Shows, OR [U]
    Rep. Outdoor Amusement Business Association, Inc.
    (VL to 525)
**Edwin S. Kramer,** Radio City Music Hall, NY [L]
    Rep. International Alliance of Theatrical Stage Employees
    (VL to 518, 520, 525, 530, 540)
**Larry Lau,** U.S. Department of Veterans Affairs, DC [U]
    (VL to 517, 518)
**Dennis W. Marshall,** TAG Electric Companies, TX [IM]
    Rep. Independent Electrical Contractors, Inc.
**Eugene E. Morgan,** County of Clackamas, Oregon, OR [E]
    Rep. International Association of Electrical Inspectors
**Hugh O. Nash, Jr.,** Nash Lipsey Burch, LLC, TN [SE]
    Rep. TC on Electrical Systems
**Bruce D. Shelly,** Shelly Electric Company, Inc., PA [IM]
    Rep. National Electrical Contractors Association
**Michael D. Skinner,** CBS Studio Center, CA [U]
    Rep. Alliance of Motion Picture and Television Producers
    (VL to 518, 520, 525, 530, 540)

**Kenneth E. Vannice,** Leviton Manufacturing Company Inc., OR [M]
    Rep. U.S. Institute for Theatre Technology
    (VL to 518, 520, 525, 530, 540)
**Michael Velvikis,** High Voltage Maintenance Corporation, WI [IM]
    Rep. InterNational Electrical Testing Association
**Andrew White,** IBEW Local Union 3, NY [L]
    Rep. International Brotherhood of Electrical Workers
**James L. Wiseman,** Square D Company/Schneider Electric, TN [M]
    Rep. National Electrical Manufacturers Association

### Alternates

**James L. Brown,** Detroit Edison, DTE Energy, MI [UT]
    (Alt. to R. E. Duren)
**Matthew B. Dozier,** IDesign Services, TN [U]
    (Alt. to J. R. Duncan)
**Samuel B. Friedman,** General Cable Corporation, RI [M]
    (Alt. to J. L. Wiseman)
**Stephen M. Lipster,** The Electrical Trades Center, OH [L]
    (Alt. to A. White)
**Joseph P. Murnane, Jr.,** Underwriters Laboratories Inc., NY [RT]
    (Alt. to D. J. Talka)
**Marcus R. Sampson,** Minnesota Department of Labor & Industry, MN [E]
    (Alt. to E. E. Morgan)
**James C. Seabury, III,** Enterprise Electric, LLC, TN [IM]
    (Alt. to D. W. Marshall)
**Steven R. Terry,** Electronic Theatre Controls Inc., NY [M]
    (VL to 518, 520, 525, 530, 540)
    (Alt. to K. E. Vannice)

## CODE-MAKING PANEL NO. 16
### Articles 770, 800, 810, 820, 830

**S. D. Kahn,** *Chair*
Tri-City Electric Company, Inc., CA [IM]
Rep. National Electrical Contractors Association

**J. Robert Boyer,** GE Infrastructure, Security, NJ [M]
Rep. National Electrical Manufacturers Association
**James E. Brunssen,** Telcordia, NJ [U]
Rep. Alliance for Telecommunications Industry Solutions
**Larry Chan,** City of New Orleans, LA [E]
Rep. International Association of Electrical Inspectors
**Gerald Lee Dorna,** Belden Wire & Cable, IN [M]
Rep. Insulated Cable Engineers Association Inc.
**Roland W. Gubisch,** Intertek Testing Services NA, Inc., MA [RT]
**Robert L. Hughes,** The DuPont Company, GA [U]
Rep. American Chemistry Council
**Robert W. Jensen,** dbi-Telecommunication Infrastructure Design, TX [IM]
Rep. Building Industry Consulting Services International
**Steven C. Johnson,** Time Warner Cable, NC [UT]
Rep. National Cable & Telecommunications Association
**Ronald G. Jones,** Ronald G. Jones, P.E., TX [U]
Rep. Institute of Electrical & Electronics Engineers, Inc.
**Harold C. Ohde,** IBEW-NECA Technical Institute, IL [L]
Rep. International Brotherhood of Electrical Workers
**Luigi G. Prezioso,** M. C. Dean, Inc., VA [IM]
Rep. Independent Electrical Contractors, Inc.
**James W. Romlein,** MV Labs LLC, WI [M]
Rep. Telecommunications Industry Association
**Susan L. Stene,** Underwriters Laboratories Inc., CA [RT]

**Kyle E. Todd,** Entergy Corporation, TX [UT]
Rep. Electric Light & Power Group/EEI

### Alternates

**Terry C. Coleman,** National Joint Apprentice & Training Committee, TN [L]
(Alt. to H. C. Ohde)
**Timothy D. Cooke,** Times Fiber Communications, Inc., VA [UT]
(Alt. to S. C. Johnson)
**Bill Hopple,** Tyco/SimplexGrinnell, CA [M]
(Alt. to J. R. Boyer)
**Randolph J. Ivans,** Underwriters Laboratories Inc., NY [RT]
(Alt. to S. L. Stene)
**Stanley Kaufman,** CableSafe, Inc./OFS, GA [M]
(Alt. to G. L. Dorna)
**William J. McCoy,** Verizon Wireless, TX [U]
(Alt. to R. G. Jones)
**Robert P. McGann,** City of Cambridge, MA [E]
(Alt. to L. Chan)
**W. Douglas Pirkle,** Pirkle Electric Company, Inc., GA [IM]
(Alt. to S. D. Kahn)
**David B. Schrembeck,** DBS Communications, Inc., OH [IM]
(Alt. to L. G. Prezioso)

## CODE-MAKING PANEL NO. 17
### Articles 422, 424, 426, 427, 680, 682

**Don W. Jhonson,** *Chair*
Interior Electric, Inc., FL [IM]
Rep. National Electrical Contractors Association

**Thomas V. Blewitt,** Underwriters Laboratories Inc., NY [RT]
**Richard J. Cripps,** Association of Home Appliance Manufacturers, VA [M]
(VL to 422, 424)
**Paul Crivell,** Camp, Dresser & McKee Inc., WA [U]
Rep. Institute of Electrical & Electronics Engineers, Inc.
**Larry M. Eils,** National Automatic Merchandising Association, IL [M]
(VL to 422)
**Christopher S. Gill,** New York Board of Fire Underwriters, NY [E]
**Bruce R. Hirsch,** Baltimore Gas & Electric Company, MD [UT]
Rep. Electric Light & Power Group/EEI
**Robert M. Milatovich,** Clark County Building Department, NV [E]
Rep. International Association of Electrical Inspectors
**Jurgen Pannock,** Whirlpool Corporation, TN [M]
Rep. Air-Conditioning and Refrigeration Institute
(VL to 422, 424)
**Marcos Ramirez,** Hatfield-Reynolds Electric company, AZ [IM]
Rep. Independent Electrical Contractors, Inc.
**Brian E. Rock,** Hubbell Incorporated, CT [M]
Rep. National Electrical Manufacturers Association

**Kenneth M. Shell,** Tyco Thermal Controls, CA [M]
Rep. Copper Development Association Inc.
(VL to 426, 427)
**Ronald Sweigart,** E.I. duPont de Nemours & Company, Inc., DE [U]
Rep. American Chemistry Council
(VL to 422, 424, 426, 427, 682)
**Lee L. West,** Balboa Instruments, Inc., CA [M]
Rep. National Spa and Pool Institute
(VL to 680)
**Randy J. Yasenchak,** IBEW Local Union 607, PA [L]
Rep. International Brotherhood of Electrical Workers

### Alternates

**Dennis L. Baker,** Springs & Sons Electrical Contractors Inc., AZ [IM]
(Alt. to M. Ramirez)
**Aaron B. Chase,** Leviton Manufacturing Company, Inc., NY [M]
(Alt. to B. E. Rock)
**James E. Maldonado,** City of Tempe, AZ [E]
(Alt. to R. M. Milatovich)
**Wayne E. Morris,** Association of Home Appliance Manufacturers, DC [M]
(VL to 422, 424)
(Alt. to R. J. Cripps)
**Brian Myers,** IBEW Local Union 98, PA [L]
(Alt. to R. J. Yasenchak)

Ronald F. Schapp, Intertek Testing Services NA, Inc., OH [RT]
  (Voting Alt. to Intertek Rep.)
Gary L. Siggins, Underwriters Laboratories Inc., CA [RT]
  (Alt. to T. V. Blewitt)
Joel G. Solis, Air-Conditioning & Refrigeration Institute, VA [M]
  (VL to 422, 424)
  (Alt. to J. Pannock)

Robert E. Wisenburg, Coates Heater Company, Inc., WA [M]
  (VL to 680)
  (Alt. to Lee L. West)

**Nonvoting**

Andrew M. Trotta, U.S. Consumer Product Safety Commission, MD [C]
Douglas A. Lee, U.S. Consumer Product Safety Commission, MD [C]

# CODE-MAKING PANEL NO. 18
## Articles 406, 410, 411, 600, 605

Michael N. Ber, *Chair*
IEC, Houston, TX [IM]
Rep. Independent Electrical Contractors, Inc.

Charles L. Boynton, The DuPont Company, TX [U]
  Rep. American Chemistry Council
Frederick L. Carpenter, Lithonia Lighting, GA [M]
  Rep. National Electrical Manufacturers Association
Paul Costello, NECA and IBEW Local 90 JATC, CT [L]
  Rep. International Brotherhood of Electrical Workers
Kenneth F. Kempel, Underwriters Laboratories Inc., NC [RT]
Stephen G. Kieffer, Kieffer & Company, Inc., WI [M]
  Rep. International Sign Association
  (VL to 600)
Steven A. Larson, BWXT Y-12, LLC, TN [U]
  Rep. Institute of Electrical & Electronics Engineers, Inc.
Michael S. O'Boyle, Lightolier Division of Genlyte Group, MA [M]
  Rep. American Lighting Association
  (VL to 410, 411)
Timothy S. Owens, City of Santa Clara, CA [E]
  Rep. International Association of Electrical Inspectors
Jim F. Pierce, Intertek Testing Services NA, Inc., OR [RT]
Michael W. Smith, Schaeffer Electric Company, MO [IM]
  Rep. National Electrical Contractors Association
Sondra K. Todd, Westar Energy, Inc., KS [UT]
  Rep. Electric Light & Power Group/EEI
Jack Wells, Pass & Seymour/Legrand, NC [M]

Randall K. Wright, RKW Consulting, PA [SE]

**Alternates**

Steve Campolo, Leviton Manufacturing Company, Inc., NY [M]
  (Alt. to F. L. Carpenter)
Robert T. Carlock, R. T. Carlock Company, TN [IM]
  (Alt. to M. N. Ber)
Melvyn J. Kochan, Young Electric Sign Company, NV [M]
  (VL to 600)
  (Alt. to S. G. Kieffer)
Charles S. Kurten, Underwriters Laboratories Inc., NY [RT]
  (Alt. to K. F. Kempel)
Amos D. Lowrance, Jr., City of Chattanooga, Tennessee, TN [E]
  (Alt. to T. S. Owens)
Terry K. McGowan, Lighting Ideas, Inc., OH [M]
  (VL to 410, 411)
  (Alt. to M. S. O'Boyle)
Ronald Michaelis, South Bend Vicinity Electrical JATC, IN [L]
  (Alt. to P. Costello)
Ronald Sweigart, E.I. duPont de Nemours & Company, Inc., DE [U]
  (Alt. to C. L. Boynton)

# CODE-MAKING PANEL NO. 19
## Articles 545, 547, 550, 551, 552, 553, 555, 604, 675, Annex D, Examples D11 and D12

Leslie Sabin-Mercado, *Chair*
San Diego Gas & Electric Company, CA [UT]
Rep. Electric Light & Power Group/EEI

Barry Bauman, Alliant Energy, WI [U]
  Rep. American Society of Agricultural & Biological Engineers
William Bruce Bowman, Fox Systems, Inc., GA [IM]
  Rep. Independent Electrical Contractors, Inc.
Roger L. Carlson, Monaco Coach Corporation, IN [M]
  (VL to 550, 551, 552)
Monte R. Ewing, Wisconsin Department of Commerce, WI [E]
  Rep. International Association of Electrical Inspectors
James W. Finch, Kampgrounds of America, Inc., MT [U]
  (VL to 550, 551, 552, 555)
Bruce A. Hopkins, Recreation Vehicle Industry Association, VA [M]
  (VL to 550, 551, 552)

Thomas R. Lichtenstein, Underwriters Laboratories Inc., IL [RT]
Linda J. Little, IBEW Local 1 Electricians JATC, MO [L]
  Rep. International Brotherhood of Electrical Workers
Timothy P. McNeive, Thomas & Betts Corporation, TN [M]
  Rep. National Electrical Manufacturers Association
John Mikel, Skyline Corporation, IN [M]
  Rep. Manufactured Housing Institute
  (VL to 550, 551, 552)
Tug L. Miller, National Association of RV Parks & Campgrounds, CA [U]
  Rep. National Assn. of RV Parks & Campgrounds
  (VL to 550, 551, 552)
Kenneth Weakley, Mountain Electric, Inc., CA [IM]
  Rep. National Electrical Contractors Association

Michael L. Zieman, RADCO, CA [RT]
(VL to 545, 550, 551, 552)

## Alternates

Glenn H. Ankenbrand, Delmarva Power, MD [UT]
(Alt. to L. Sabin-Mercado)
Steven J. Blais, EGS Electrical Group, IL [M]
(Alt. to T. P. McNeive)
Joseph M. Bolesina, Pinellas County Building Inspections,
FL [E]
(Alt. to M. R. Ewing)
William (Billy) E. Duggins, San Diego Electrical Training
Center, CA [L]
(Alt. to L. J. Little)

David W. Johnson, CenTex IEC, TX [IM]
(Alt. to W. B. Bowman)
Kent Perkins, Recreation Vehicle Industry Association, VA
[M]
(VL to 550, 551, 552)
(Alt. to B. A. Hopkins)
Michael J. Slifka, PFS Corporation, WI [M]
(VL to 550, 551, 552)
(Alt. to J. Mikel)
Raymond F. Tucker, Consulting Professional
Engineer/RADCO, CA [RT]
(VL to 545, 550, 551, 552)
(Alt. to M. L. Zieman)
Eugene W. Wirth, Underwriters Laboratories Inc., WA [RT]
(Alt. to T. R. Lichtenstein)

## CODE-MAKING PANEL NO. 20
### Articles 708 and Annexes F and G

**Donald P. Bliss,** *Chair*
National Infrastructure Institute, NH [U]

Tarry L. Baker, Broward County Board of Rules &
Appeals, FL [E]
Rep. International Association of Electrical Inspectors
Lawrence A. Bey, Cummins Power Generation, MN [M]
Richard Bingham, Dranetz-BMI, NJ [M]
Jeffrey Boksiner, Telcordia Technologies, Inc., NJ [UT]
Rep. Alliance for Telecommunications Industry Solutions
James C. Carroll, Square D Company/Schneider Electric,
TN [M]
Wayne G. Carson, Carson Associates, Inc., VA [SE]
George R. Dauberger, Thomas & Betts Corporation, TN
[M]
Palmer L. Hickman, National Joint Apprentice & Training
Committee, MD [L]
Rep. International Brotherhood of Electrical Workers
Ronald A. Keenan, M. C. Dean, Inc., VA [IM]
Rep. Independent Electrical Contractors, Inc.
Gil Moniz, National Electrical Manufacturers Association,
MA [M]
Wayne D. Moore, Hughes Associates, Inc., RI [SE]
Timothy S. Owens, City of Santa Clara, CA [E]
Rep. International Association of Electrical Inspectors

Leslie Sabin-Mercado, San Diego Gas & Electric Company,
CA [UT]
Evangelos Stoyas, U.S. Army Corps of Engineers, VA [E]
Timothy P. Zgonena, Underwriters Laboratories Inc., IL
[RT]

### Alternates

Paul J. Casparro, Scranton Electricians JATC, PA [L]
(Alt. to P. L. Hickman)
Robert Michael Forister, National Electrical Manufacturers
Association, WY [M]
(Alt. to G. Moniz)
Peyton S. Hale, Jr., U.S. Army Corps of Engineers, VA [E]
(Alt. to E. Stoyas)
John R. Kovacik, Underwriters Laboratories Inc., IL [RT]
(Alt. to T. P. Zgonena)
Alan Manche, Square D Company/Schneider Electric, KY
[M]
(Alt. to J. C. Carroll)
Stephen V. St. Croix, Primo Electric Company, Inc., MD
[IM]
(Alt. to R. A. Keenan)

### NFPA Electrical Engineering Division Technical Staff

Mark W. Earley, Assistant Vice President/Chief Electrical
Engineer
Ernest W. Buss, Senior Electrical Engineer
Mark Cloutier, Senior Electrical Engineer
Jean A. O'Connor, Electrical Project Specialist/Support
Supervisor
Lee F. Richardson, Senior Electrical Engineer
Richard J. Roux, Senior Electrical Specialist
Jeffrey S. Sargent, Senior Electrical Specialist
Joseph V. Sheehan, Principal Electrical Engineer

### Support Staff

Carol Henderson
Mary Warren-Pilson
Kimberly Shea

### NFPA Staff Editors

Joyce G. Grandy
Pamela Nolan
Kim Cervantes

Note: Membership on a committee shall not in and of itself constitute an endorsement of the Association or any
document developed by the Committee on which the member serves.

**Committee Scope:** This Committee shall have primary responsibility for documents on minimizing the risk of
electricity as a source of electric shock and as a potential ignition source of fires and explosions. It shall also be
responsible for text to minimize the propagation of fire and explosions due to electrical installations.

## NFPA 70

### National Electrical Code®

#### 2008 Edition

*IMPORTANT NOTE: This NFPA document is made available for use subject to important notices and legal disclaimers. These notices and disclaimers appear in all publications containing this document and may be found under the heading "Important Notices and Disclaimers Concerning NFPA Documents." They can also be obtained on request from NFPA or viewed at www.nfpa.org/disclaimers.*



# ARTICLE 90
# Introduction

## 90.1 Purpose.

**(A) Practical Safeguarding.** The purpose of this *Code* is the practical safeguarding of persons and property from hazards arising from the use of electricity.

**(B) Adequacy.** This *Code* contains provisions that are considered necessary for safety. Compliance therewith and proper maintenance results in an installation that is essentially free from hazard but not necessarily efficient, convenient, or adequate for good service or future expansion of electrical use.

> FPN: Hazards often occur because of overloading of wiring systems by methods or usage not in conformity with this *Code*. This occurs because initial wiring did not provide for increases in the use of electricity. An initial adequate installation and reasonable provisions for system changes provide for future increases in the use of electricity.

**(C) Intention.** This *Code* is not intended as a design specification or an instruction manual for untrained persons.

**(D) Relation to Other International Standards.** The requirements in this *Code* address the fundamental principles of protection for safety contained in Section 131 of International Electrotechnical Commission Standard 60364-1, *Electrical Installations of Buildings.*

> FPN: IEC 60364-1, Section 131, contains fundamental principles of protection for safety that encompass protection against electric shock, protection against thermal effects, protection against overcurrent, protection against fault currents, and protection against overvoltage. All of these potential hazards are addressed by the requirements in this *Code.*

## 90.2 Scope.

**(A) Covered.** This *Code* covers the installation of electrical conductors, equipment, and raceways; signaling and communications conductors, equipment, and raceways; and optical fiber cables and raceways for the following:

(1) Public and private premises, including buildings, structures, mobile homes, recreational vehicles, and floating buildings

(2) Yards, lots, parking lots, carnivals, and industrial substations

(3) Installations of conductors and equipment that connect to the supply of electricity

(4) Installations used by the electric utility, such as office buildings, warehouses, garages, machine shops, and recreational buildings, that are not an integral part of a generating plant, substation, or control center.

**(B) Not Covered.** This *Code* does not cover the following:

(1) Installations in ships, watercraft other than floating buildings, railway rolling stock, aircraft, or automotive vehicles other than mobile homes and recreational vehicles

> FPN: Although the scope of this *Code* indicates that the *Code* does not cover installations in ships, portions of this *Code* are incorporated by reference into Title 46, *Code of Federal Regulations*, Parts 110–113.

(2) Installations underground in mines and self-propelled mobile surface mining machinery and its attendant electrical trailing cable

(3) Installations of railways for generation, transformation, transmission, or distribution of power used exclusively for operation of rolling stock or installations used exclusively for signaling and communications purposes

(4) Installations of communications equipment under the exclusive control of communications utilities located outdoors or in building spaces used exclusively for such installations

(5) Installations under the exclusive control of an electric utility where such installations

  a. Consist of service drops or service laterals, and associated metering, or

  b. Are located in legally established easements or rights-of-way designated by or recognized by public service commissions, utility commissions, or other regulatory agencies having jurisdiction for such installations, or

  c. Are on property owned or leased by the electric utility for the purpose of communications, metering, generation, control, transformation, transmission, or distribution of electric energy.

> FPN to (4) and (5): Examples of utilities may include those entities that are typically designated or recognized by governmental law or regulation by public service/utility commissions and that install, operate, and maintain electric supply (such as generation, transmission, or distribution systems) or communication systems (such as telephone, CATV, Internet, satellite, or