UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>     Plaintiffs/ <br>     Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>     Defendant/ <br>     Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201(b), Plaintiffs/Counter-Defendants American Society for Testing and Materials ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE") (collectively, "Plaintiffs") respectfully request that the Court take judicial notice of the following document in connection with Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment:  Executive Office of the President, Office of Management and Budget, *Revision of OMG Circular A-119:  Federal Participation in*

*the Development and Use of Voluntary Consensus Standards and in Conformity Assessment Activities* ("Revised OMB Circular").[1]  A true and correct copy is attached hereto as Exhibit 1.

Federal Rule of Evidence 201(b) provides that this Court may take judicial notice of facts that are "not subject to reasonable dispute" because they are either "generally known within the trial court's territorial jurisdiction" or "can [] accurately and readily [be] determined from sources whose accuracy cannot reasonably be questioned."  Specifically, courts may "take judicial notice of materials published in the Federal Register."  *Banner Health v. Sebelius*, 797 F. Supp. 2d 97, 112 (D.D.C. 2011); 44 U.S.C. § 1507 ("The contents of the Federal Register shall be judicially noticed.").  Courts may also take judicial notice of "government documents available from reliable sources."  *Hamilton v. Paulson*, 542 F. Supp. 2d 37, 52 n.15 (D.D.C. 2008) (taking judicial notice of a document from the website of the United States Office of Personnel Management), *rev'd on other grounds sub. nom. Hamilton v. Geithner*, 666 F.3d 1344 (D.C. Cir. 2012).

The Revised OMB Circular is properly the subject of judicial notice.  It is published on a government website, announced in the Federal Register, and not subject to reasonable dispute. Plaintiffs seek judicial notice now because the Revised OMB Circular was only recently issued and updates the 1998 OMB Circular that Plaintiffs cite in their Motion for Summary Judgment. *See* Pls.' Mot. Summary Judgment at 9, 21.  In particular, the Revised OMB Circular provides additional guidance to federal agencies considering incorporating standards by reference and instructions on how to work with standard development organizations to ensure incorporated standards are reasonably available.  Exhibit 1 at 21.

---

[1] The Revision was made effective on January 27, 2016 and announced in the Federal Register.  81 Fed. Reg. 4673 (Jan. 27, 2016).  The revised Circular is available at
*https://www.whitehouse.gov/sites/default/files/omb/inforeg/revised_circular_a-119_as_of_1_22.pdf*.

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of the Revised OMB Circular.

Dated: February 8, 2016						Respectfully submitted,

/s/ J. Kevin Fee

Michael F. Clayton (D.C. Bar: 335307)
J. Kevin Fee (D.C. Bar: 494016)
Jordana S. Rubel (D.C. Bar: 988423)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202.739.5215
Email: mclayton@morganlewis.com
         jkfee@morganlewis.com
         jrubel@morganlewis.com

*Counsel For American Society For Testing And Materials d/b/a/ ASTM International*

/s/ Rose Leda Ehler

Anjan Choudhury (D.C. Bar: 497271)
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Tel: 213.683.9100
Email:  Anjan.Choudhury@mto.com

Kelly M. Klaus
Jonathan H. Blavin
Nathan M. Rehn
Rose Leda Ehler
Munger, Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel:  415.512.4000
Email: Kelly.Klaus@mto.com
         Jonathan.Blavin@mto.com
         Thane.Rehn@mto.com
         Rose.Ehler@mto.com

*Counsel for National Fire Protection Association, Inc.*

/s/ Joseph R. Wetzel

Jeffrey S. Bucholtz (D.C. Bar: 452385)
King & Spalding LLP

4

1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500
Email: jbucholtz@kslaw.com

Kenneth L. Steinthal
Joseph R. Wetzel
Blake Cunningham
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: ksteinthal@kslaw.com
    jwetzel@kslaw.com
    bcunningham@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*