**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br> Defendant and Counterclaimant. | Case No. 1:13-cv-01215-TSC <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL OF NATHAN M. REHN** <br><br> Filed:  August 6, 2013 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE BE ADVISED THAT, as of June 30, 2016, Nathan M. Rehn is withdrawing as counsel for Plaintiff National Fire Protection Association, Inc.  The law firm of Munger, Tolles & Olson LLP and its attorneys will continue to represent Plaintiff National Fire Protection Association, Inc. in this matter.

Dated:  June 30, 2016

Respectfully submitted,

   */s/Anjan Choudhury*

Anjan Choudhury (D.C. Bar: 497271)
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071
Tel: 213.683.9100
Email:  Anjan.Choudhury@mto.com

-2-

        Kelly M. Klaus
        Jonathan H. Blavin
        Nathan M. Rehn
        Munger, Tolles & Olson LLP
        560 Mission St., 27th Floor
        San Francisco, CA 94105
        Tel:  415.512.4000
        Email: Kelly.Klaus@mto.com,
        Jonathan.Blavin@mto.com,
        Thane.Rehn@mto.com
        *Counsel for National Fire Protection Association, Inc.*