IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>         Plaintiffs-Counterdefendants, <br><br>     v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>         Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR <br><br> Action Filed:   August 6, 2013 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE attorney Kathleen Lu hereby gives notice of withdrawal as counsel for Public.Resource.Org., Inc.  Kathleen Lu is leaving Fenwick & West LLP.  Defendant Public.Resource.Org, Inc. continues to be represented by its counsel at Fenwick & West LLP.  Defendant Public.Resource.Org, Inc. hereby requests that Kathleen Lu be removed as counsel of record and removed from the master service list in the above-entitled action.

Dated: October 14, 2016   Respectfully submitted,

*/s/    Kathleen Lu*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Sebastian E. Kaplan (admitted *pro hac vice*)
skaplan@fenwick.com
Matthew Becker (admitted *pro hac vice*)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    (415) 875-2300
Facsimile:     (415) 281-1350

Corynne McSherry (admitted *pro hac vice*)
corynne@eff.org
Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

*Attorneys for Defendant-Counterclaimant*
Public.Resource.Org, Inc.