IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>      Plaintiffs/Counter-defendants,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>      Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC-DAR<br><br>**NOTICE OF TRANSCRIPT ORDER BY DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG, INC.**<br><br>Action Filed: August 6, 2013 |

   Pursuant to Federal Rule of Appellate Procedure 10(b)(1), Defendant and Counterclaimant Public.Resource.Org, Inc. hereby gives notice that it has ordered the transcript for the September 12, 2016 proceedings on Plaintiffs' motion for summary judgment and Defendant's motion for summary judgment, as well as the transcript for the November 4, 2015 status hearing before the Court. These transcripts have been ordered out of an abundance of caution to ensure they are included in the record on appeal, and Defendant submits this notice because an order form or receipt was not provided by the court reporter.

Dated:  March 1, 2017

Respectfully submitted,

*/s/ Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Sebastian E. Kaplan (admitted *pro hac vice*)
skaplan@fenwick.com
Matthew B. Becker (admitted *pro hac vice*)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  (415) 875-2300
Facsimile:   (415) 281-1350

Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
Corynne McSherry (admitted *pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile:  (415) 436-9993

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
Washington, DC 20005
Telephone: (202) 905-3434

*Attorneys for Defendant-Counterclaimant Public.Resource.Org, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the Clerk of the Court for the District of Columbia and served on all counsel of record via the CM/ECF system on March 1, 2017.

*/s/ Andrew P. Bridges*
Andrew P. Bridges
