# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 17-7035**  **September Term, 2017**
FILED ON: JULY 17, 2018

AMERICAN SOCIETY FOR TESTING AND MATERIALS, ET AL.,
APPELLEES

v.

PUBLIC.RESOURCE.ORG, INC.,
APPELLANT

Consolidated with 17-7039

Appeals from the United States District Court
for the District of Columbia
(No. 1:13-cv-01215-TSC)

Before: TATEL, WILKINS, and KATSAS, *Circuit Judges*

### **JUDGMENT**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's permanent injunctions be vacated, the partial grant of summary judgment against PRO be reversed, and the case is hereby remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

BY:   /s/

                              Ken Meadows
                              Deputy Clerk

Date: July 17, 2018

Opinion for the court filed by Circuit Judge Tatel.
Concurring opinion filed by Circuit Judge Katsas.