UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, Plaintiffs/ Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., Defendant/ Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## NOTICE OF WITHDRAWAL OF APPEARANCE

King & Spalding LLP, counsel for Defendant, American Society of Heating, Refrigerating, and Air Conditioning Engineers hereby informs the Court that, effective January 1, 2019, Joseph R. Wetzel is no longer associated with the Firm, and requests that the Court withdraw the appearance of Mr. Wetzel as counsel in this matter.

Dated: December 27, 2018
San Francisco, California

KING & SPALDING LLP

/s/ Kenneth L. Steinthal
Kenneth L. Steinthal
*ksteinthal@kslaw.com*
101 Second Street, Suite 2300
San Francisco, CA 94105
Telephone: 415.318.1200
Facsimile: 415.318.1300

*Attorneys for* American Society of Heating, Refrigerating, and Air Conditioning Engineers