## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>         Plaintiffs/<br>         Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>         Defendant/<br>         Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Return This Case To The Court's Active Docket, it is hereby **ORDERED** that:

1. Case No. 1:13-cv-01215-TSC is returned to this Court's active docket;

2. Discovery remains closed; and

3. The parties shall brief issues of copyright and trademark fair use on the schedule set forth below.

| Event | Date |
|---|---|
| Opening cross motions for summary judgment | 60 days from the date of this Order |
| Amicus briefs | 30 days after the date opening cross motions are filed |

1

| Event | Date |
|---|---|
| Opposition briefs | 45 days after opening cross motions are filed |

**SO ORDERED.**

                                                  _____
                                                  Hon. Tanya S. Chutkan
                                                  United States District Judge