AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Society for Testing & Materials, et al.<br>*Plaintiff*<br>v.<br>Public.Resource.Org, Inc.<br>*Defendant* | )<br>)<br>)  Case No.  1:13-cv-01215-TSC-DAR<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Society for Testing & Materials

Date: 02/07/2019

*Attorney's signature*

Jane W. Wise (Bar No. 1027769)
*Printed name and bar number*

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004

*Address*

jane.wise@morganlewis.com
*E-mail address*

(202) 739-5596
*Telephone number*

(202) 739-3001
*FAX number*