AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Society for Testing & Materials, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:13-cv-01215-TSC |
| Public.Resource.Org, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Fire Protection Association, Inc.

Date:   03/05/2019

/s/ Rachel G. Miller-Ziegler
*Attorney's signature*

Rachel G. Miller Ziegler (Bar No. 229956)
*Printed name and bar number*

Munger, Tolles & Olson, LLP
1155 F Street NW, 7th Floor
Washington, D.C. 20004
*Address*

rachel.miller-ziegler@mto.com
*E-mail address*

(202) 220-1100
*Telephone number*

(202) 220-2300
*FAX number*