**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>    Plaintiffs/<br>    Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant/<br>    Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Stay All Deadlines Pending Decision of Untied States Supreme Court, *Georgia v. Public.Resource.Org*, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. This case is stayed pending the Supreme Court's disposition in *Georgia et al. v. Public.Resource.Org*, No. 18-1150.

**IT IS SO ORDERED**

Dated: _____

                       The Honorable Tanya S. Chutkan
                       UNITED STATES DISTRICT JUDGE