UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>　　　　　Plaintiffs/<br>　　　　　Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　Defendant/<br>　　　　　Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## STIPULATION FOR EXTENSION OF TIME

Plaintiffs and Defendant (together "Parties") hereby submit this Stipulation for Extension of Time to file Motions for Summary Judgment in light of the Court's notice that the CM/ECF system will be unavailable on October 4, 2019 starting at 1:00 PM.  The Parties seek a brief extension of time to move the existing deadlines to the following Monday as set forth below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Motion for Summary Judgment | October 4, 2019 | October 7, 2019 |
| Defendant's Combined Response and Motion for Summary Judgment | November 8, 2019 | November 11, 2019 |
| Amicus Briefs | November 22, 2019 | November 25, 2019 |
| Plaintiffs' Combined Reply/Response | December 6, 2019 | December 9, 2019 |
| Defendant's Reply | December 20, 2019 | December 23, 2019 |

1

Dated: October 1, 2019					Respectfully submitted,

/s/ Jane Wise
J. Kevin Fee (D.C. Bar: 494016)
Jane Wise (D.C. Bar: 1027769)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202.739.5215
Email: jkfee@morganlewis.com
          jwise@morganlewis.com

*Counsel For American Society For Testing And Materials d/b/a/ ASTM International*

/s/ Kelly M. Klaus
Kelly M. Klaus
Rose L. Ehler
Munger, Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel:  415.512.4000
Email: Kelly.Klaus@mto.com
          Rose.Ehler@mto.com

*Counsel for National Fire Protection Association, Inc.*

/s/ J. Blake Cunningham

Jeffrey S. Bucholtz (D.C. Bar: 452385)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500
Email: jbucholtz@kslaw.com

Kenneth L. Steinthal
J. Blake Cunningham
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: ksteinthal@kslaw.com
          bcunningham@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*


/s/ Matthew B. Becker

Andrew P. Bridges
Matthew B. Becker
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415.875.2300
Email: abridges@fenwick.com
             mbecker@fenwick.com

David Halperin
1530 P Street, NW
Washington DC 20005
Tel: 202.905.3434
Email: davidhalperindc@gmail.com

Corynne McSherry
Mitchell Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel: 415.436.9333
Email: corynne@eff.org
             mitch@eff.org

*Counsel for Public.Resource.Org, Inc.*