UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>        Plaintiffs/<br>        Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant/<br>        Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**PLAINTIFFS' SECOND MOTION FOR SUMMARY JUDGMENT
AND FOR A PERMANENT INJUNCTION**

Plaintiffs/Counter-Defendants American Society for Testing and Materials d/b/a ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air Conditioning Engineers ("ASHRAE") (collectively, "Plaintiffs") respectfully move for summary judgment that Defendant Public.Resource.Org, Inc.'s copying of Plaintiffs' standards and displaying and distribution of its copies of Plaintiffs' standards constitutes copyright and trademark infringement. Plaintiffs seek summary judgment with respect to their claims concerning the copyrighted works listed in Appendix A to this motion.

As detailed in the attached Memorandum of Law, there are no disputed issues of fact that prevent the Court from entering summary judgment. Plaintiffs own valid copyrights in the

works at issue and it is undisputed that Defendant copied the works and displayed and distributed its copies on the internet where the public can print, download and copy them without restriction. Defendant also used Plaintiffs' trademarks on versions of the works that Defendant altered and into which Defendant introduced errors. The defenses Defendant asserts, including fair use, are not supported by the undisputed facts or by the relevant case law. Thus, the Court should enter summary judgment in favor of Plaintiffs.

Additionally, Plaintiffs move for entry of a permanent injunction to address the irreparable harm Plaintiffs have suffered based on Defendant's infringement and will continue to suffer absent an injunction.

In support of their Motion, Plaintiffs submit the attached Memorandum of Law along with a Statement of Undisputed Material Facts and the supporting documentation. Plaintiffs also attach a Proposed Order and Permanent Injunction.

Dated: October 7, 2019   Respectfully submitted,

*/s/ J. Kevin Fee*

J. Kevin Fee (D.C. Bar: 494016)
Jane W. Wise (D.C. Bar: 1027769)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202.739.5353
Email: kevin.fee@morganlewis.com
           jane.wise@morganlewis.com

*Counsel for American Society for Testing and Materials d/b/a ASTM International*

*/s/ Kelly M. Klaus*

Kelly M. Klaus (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel: 415.512.4000
Email: Kelly.Klaus@mto.com

Rose L. Ehler (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213.683.9100
Email: Rose.Ehler@mto.com

Rachel G. Miller-Ziegler
MUNGER, TOLLES & OLSON LLP
1155 F St. NW, 7th Floor
Washington, DC 20004
Tel: 202.220.1100
Email: Rachel.Miller-Ziegler@mto.com

*Counsel for National Fire Protection Association, Inc.*


*/s/ J. Blake Cunningham*

Jeffrey S. Bucholtz (D.C. Bar: 452385)
David Mattern
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500
Email: jbucholtz@kslaw.com

J. Blake Cunningham
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: bcunningham@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*