# PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR SECOND MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION

# FILED UNDER SEAL