# APPENDIX A

Plaintiffs move for summary judgment on the 217 standards listed in this appendix.

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| A36 | 1977ae | Standard Specification for Structural Steel |
| A36/A36M | 1997ae1 | Standard Specification for Carbon Structural Steel |
| A82 | 1979 | Standard Specification for Cold-Drawn Steel Wire for Concrete Reinforcement |
| A106/A106M | 2004b | Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service |
| A184 | 1979 | Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement |
| A185 | 1979 | Standard Specification for Welded Steel Wire Fabric for Concrete Reinforcement |
| A203/A203M | 1997 | Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel |
| A242 | 1979 | Standard Specification for High-Strength Low-Alloy Structural Steel |
| A285 | 1978 | Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength |
| A307 | 1978e | Standard Specification for Carbon Steel Externally Threaded Standard Fasteners |
| A325 | 1979 | Standard Specification for High-Strength Bolts for Structural Steel Joints |
| A333/A333M | 1994 | Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service |
| A369/A369M | 1992 | Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service |
| A370 | 1977e2 | Standard Methods and Definitions for Mechanical Testing of Steel Products |
| A441 | 1979 | Standard Specification for High-Strength Low-Alloy Structural Manganese Vanadium Steel |
| A449 | 1978a | Standard Specification for Quenched and Tempered Steel Bolts and Studs |
| A475 | 1978(1984)e1 | Standard Specification for Zinc-Coated Steel Wire Strand |
| A490 | 1979 | Standard Specification for Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints |
| A496 | 1978 | Standard Specification for Deformed Steel Wire for Concrete Reinforcement |
| A497 | 1979 | Standard Specification for Welded Deformed Steel Wire Fabric for Concrete Reinforcement |
| A500 | 1978 | Standard Specification for Cold-Formed Welded and Seamless |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| | | Carbon Steel Structural Tubing in Rounds and Shapes |
| A501 | 1976 | Standard Specification for Hot-Formed Welded and Seamless Carbon Steel Structural Tubing |
| A502 | 1976 | Standard Specification for Steel Structural Rivets |
| A514 | 1977 | Standard Specification for High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding |
| A522/A 522M | 1995b | Standard Specification for Forged or Rolled 8 and 9 % Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature Service |
| A539 | 1990a | Standard Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines |
| A570 | 1979 | Standard Specification for Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality |
| A572 | 1979 | Standard Specification for High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality |
| A588 | 1979a | Standard Specification for High-Strength Low-Alloy Structural Steel with 50, 000 psi Minimum Yield Point to 4 in. Thick |
| A611 | 1972(1979) | Standard Specification for Steel, Cold-rolled Sheet, Carbon, Structural |
| A615 | 1979 | Standard Specification for Deformed and Plain Billet-Steel Bars for Concrete Reinforcement |
| A616 | 1979 | Standard Specification for Rail-Steel Deformed and Plain Bars for Concrete Reinforcement |
| A617 | 1979 | Standard Specification for Axle-Steel Deformed and Plain Bars for Concrete Reinforcement |
| A633 | 1979a | Standard Specification for Normalized High-Strength Low Alloy Structural Steel |
| B16 | 1992 | Standard Specification for Free-Cutting Brass Rod, Bar and Shapes for Use in Screw Machines |
| B21 | 1983b | Standard Specification for Naval Brass Rod, Bar, and Shapes |
| B21 | 1996 | Standard Specification for Naval Brass Rod, Bar, and Shapes |
| B42 | 1996 | Standard Specification for Seamless Copper Pipe, Standard Sizes |
| B68 | 1995 | Standard Specification for Seamless Copper Tube, Bright Annealed |
| B75 | 1997 | Standard Specification for Seamless Copper Tube |
| B85 | 1984 | Standard Specification for Aluminum-Alloy Die Castings |
| B88 | 1996 | Standard Specification for Seamless Copper Water Tube |
| B96 | 1993 | Standard Specification for Copper-Silicon Alloy Plate, Sheet, Strip, and Rolled Bar for General Purposes and Pressure Vessels |
| B111 | 1995 | Standard Specification for Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock |
| B122/B122M | 1995 | Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| | | Sheet, Strip and Rolled Bar |
| B124 | 1996 | Standard Specification for Copper and Copper-Alloy Forging Rod, Bar, and Shapes |
| B209 | 1996 | Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate |
| B224 | 1980e1 | Standard Classification of Coppers |
| B283 | 1996 | Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed) |
| B315 | 1993 | Standard Specification for Seamless Copper Alloy Pipe and Tube |
| B557 | 1984 | Standard Methods of Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products |
| B580 | 1979 | Standard Specification for Anodized Oxide Coatings on Aluminum |
| B694 | 1986 | Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding |
| C5 | 1979(1997) | Standard Specification for Quicklime for Structural Purposes |
| C150 | 1999a | Standard Specification for Portland Cement |
| C177 | 1997 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus |
| C236 | 1989(1993)e1 | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box |
| C330 | 1999 | Standard Specification for Lightweight Aggregates for Structural Concrete |
| C509 | 1984 | Standard Specification for Cellular Elastomeric Preformed Gasket and Sealing Material |
| C516 | 1980(1996)e1 | Standard Specification for Vermiculite Loose Fill Thermal Insulation |
| C518 | 1991 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus |
| C549 | 1981(1995)e1 | Standard Specification for Perlite Loose Fill Insulation |
| C564 | 1970(1982) | Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings |
| D86 | 2007 | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure |
| D129 | 1995 | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) |
| D396 | 1998 | Standard Specification for Fuel Oils |
| D512 | 1989(1999) | Standard Test Methods for Chloride Ion In Water |
| D611 | 1982(1998) | Standard Test Methods for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents |
| D665 | 1998e1 | Standard Test Method for Rust-Preventing Characteristics of |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| | | Inhibited Mineral Oil in the Presence of Water |
| D814 | 1995 | Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids |
| D975 | 1998b | Standard Specification for Diesel Fuel Oils |
| D975 | 2007 | Standard Specification for Diesel Fuel Oils |
| D1217 | 1993(1998) | Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer |
| D1246 | 1995(1999) | Standard Test Method for Bromide Ion in Water |
| D1253 | 1986(1996) | Standard Test Method for Residual Chlorine in Water |
| D1266 | 1998 | Standard Test Method for Sulfur in Petroleum Products (Lamp Method) |
| D1298 | 1999 | Standard Test Method for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products by Hydrometer Method |
| D1335 | 1967(1972) | Standard Method of Test for Tuft Bind of Pile Floor Coverings |
| D1412 | 1993(1997) | Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius |
| D1480 | 1993(1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer |
| D1481 | 1993(1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer |
| D1518 | 1985(1998)e1 | Standard Test Method for Thermal Transmittance of Textile Materials |
| D1535 | 1989 | Standard Test Method for Specifying Color by the Munsell System |
| D1552 | 1995 | Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) |
| D1688 | 1995 | Standard Test Methods for Copper in Water |
| D1785 | 1986 | Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 |
| D1835 | 1997 | Standard Specification for Liquefied Petroleum (LP) Gases |
| D1890 | 1996 | Standard Test Method for Beta Particle Radioactivity of Water |
| D1943 | 1996 | Standard Test Method for Alpha Particle Radioactivity of Water |
| D1945 | 1996 | Standard Test Method for Analysis of Natural Gas By Gas Chromatography |
| D1946 | 1990(1994)e1 | Standard Practice for Analysis of Reformed Gas by Gas Chromatography |
| D2013 | 1986(1994) | Standard Method of Preparing Coal Samples for Analysis |
| D2015 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Adiabatic Bomb Calorimeter |
| D2036 | 1998 | Standard Test Method for Cyanides in Water |
| D2163 | 1991(1996) | Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| D2216 | 1998 | Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass |
| D2234 | 1998 | Standard Practice for Collection of a Gross Sample of Coal |
| D2460 | 1997 | Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water |
| D2502 | 1992(1996) | Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements |
| D2503 | 1992(1997) | Standard Test Method for Relative Molecular Mass (Molecular Weight) of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure |
| D2597 | 1994(1999) | Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography |
| D2622 | 1998 | Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry |
| D2724 | 1987(1995) | Standard Test Methods for Bonded, Fused, and Laminated Apparel Fabrics |
| D2777 | 1998 | Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water |
| D2879 | 1997 | Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope |
| D2986 | 1995a(1999) | Standard Practice for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test |
| D3120 | 1996 | Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry |
| D3173 | 1987(1996) | Standard Test Method for Moisture in the Analysis Sample of Coal and Coke |
| D3178 | 1989(1997) | Standard Test Methods for Carbon and Hydrogen in the Analysis Sample of Coal and Coke |
| D3236 | 1988(1999) | Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials |
| D3246 | 1996 | Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry |
| D3286 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter |
| D3371 | 1995 | Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography |
| D3454 | 1997 | Standard Test Method for Radium-226 in Water |
| D3588 | 1998 | Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density of Gaseous Fuels |
| D3697 | 1992(1996) | Standard Test Method for Antimony in Water |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| D4177 | 1995 | Standard Practice for Automatic Sampling of Petroleum and Petroleum Products |
| D4239 | 1997e1 | Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods |
| D4268 | 1993 | Standard Test Method for Testing Fiber Ropes |
| D4294 | 1998 | Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry |
| D4329 | 1999 | Standard Practice for Fluorescent UV Exposure of Plastics |
| D4809 | 1995 | Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) |
| D4891 | 1989(1994)e1 | Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion |
| D4986 | 1998 | Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials |
| D5257 | 1997 | Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography |
| D5373 | 1993(1997) | Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke |
| D5489 | 1996a | Standard Guide for Care Symbols for Care Instructions Textile Products |
| D5673 | 1996 | Standard Test Method for Elements in Water by Inductively Coupled Plasma- Mass Spectrometry |
| D5865 | 1998a | Standard Test Method for Gross Calorific Value of Coal and Coke |
| D6216 | 1998 | Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications |
| D6228 | 1998 | Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection |
| D6420 | 1999 | Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry |
| D6503 | 1999 | Standard Test Method for Enterococci in Water Using Enterolert |
| E11 | 1995 | Standard Specification for Wire Cloth and Sieves for Testing Purposes |
| E23 | 1982 | Standard Test Methods for Notched Bar Impact Testing of Metallic Materials |
| E29 | 1990 | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications |
| E72 | 1980 | Standard Methods of Conducting Strength Tests of Panels for Building Construction |
| E96 | 1995 | Standard Test Methods for Water Vapor Transmission of Materials |
| E145 | 1994e1 | Standard Specification for Gravity-Convection and Forced- |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| | | Ventilation Ovens |
| E169 | 1987 | Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis |
| E185 | 1982 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels |
| E260 | 1996 | Standard Practice for Packed Column Gas Chromatography |
| E283 | 1991(1999) | Standard Test Method for Determining Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under Specified Pressure Differences Across the Specimen |
| E408 | 1971 | Standard Methods of Test for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques |
| E424 | 1971 | Standard Methods of Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials |
| E606 | 1980 | Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing |
| E681 | 1985 | Standard Test Method for Concentration Limits of Flammability of Chemicals |
| E695 | 1979(1997)e1 | Standard Method of Measuring Relative Resistance of Wall, Floor, and Roof Construction to Impact Loading |
| E711 | 1987(1992) | Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter |
| E773 | 1997 | Standard Test Method for Accelerated Weathering of Sealed Insulating Glass Units |
| E774 | 1997 | Standard Specifications for the Classification of the Durability of Sealed Insulating Glass Units |
| E776 | 1987(1992) | Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel |
| E885 | 1988 | Standard Test Methods for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy |
| E1337 | 1990(1996) | Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using a Standard Reference Test Tire |
| F462 | 1979(1999) | Standard Consumer Safety Specification for Slip-Resistant Bathing Facilities |
| F478 | 1992(1999) | Standard Specification for In-Service Care of Insulating Line Hose and Covers |
| F631 | 1980(1985) | Standard Method for Testing Full Scale Advancing Spill Removal Devices |
| F631 | 1993 | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments |
| F682 | 1982a(1988) | Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings |
| F715 | 1981(1986) | Standard Methods of Testing Spill Control Barrier Membrane |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
|  |  | Materials |
| F715 | 1995 | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage |
| F722 | 1982(1988) | Standard Specification for Welded Joints for Shipboard Piping Systems |
| F808 | 1983(1988)e1 | Standard Guide for Collecting Skimmer Performance Data in Uncontrolled Environments |
| F1003 | 1986(1992) | Standard Specification for Searchlights on Motor Lifeboats |
| F1006 | 1986(1997) | Standard Specification for Entrainment Separators for Use in Marine Piping Applications |
| F1007 | 1986(1996)e1 | Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application |
| F1014 | 1992 | Standard Specification for Flashlights on Vessels |
| F1020 | 1986(1996)e1 | Standard Specification for Line-Blind Valves for Marine Applications |
| F1120 | 1987(1998) | Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications |
| F1121 | 1987(1998) | Standard Specification for International Shore Connections for Marine Fire Applications |
| F1122 | 1987(1998) | Standard Specification for Quick Disconnect Couplings |
| F1123 | 1987(1998) | Standard Specification for Non-Metallic Expansion Joints |
| F1139 | 1988(1998) | Standard Specification for Steam Traps and Drains |
| F1155 | 1998 | Standard Practice for Selection and Application of Piping System Materials |
| F1172 | 1988(1998) | Standard Specification for Fuel Oil Meters of the Volumetric Positive Displacement Type |
| F1173 | 1995 | Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications |
| F1193 | 2006 | Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices |
| F1199 | 1988(1998) | Standard Specification for Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) |
| F1200 | 1988(1998) | Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) |
| F1201 | 1988(1998) | Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F |
| F1271 | 1990(1995)e1 | Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protections Applications |
| F1273 | 1991(1996)e1 | Standard Specification for Tank Vent Flame Arresters |
| F1321 | 1992 | Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship |

| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| | | Displacement and Centers of Gravity of a Vessel |
| F1323 | 1998 | Standard Specification for Shipboard Incinerators |
| F1471 | 1993 | Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System |
| F1546/F 1546M | 1996 | Standard Specification for Fire Hose Nozzles |
| F1548 | 1994 | Standard Specification for the Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications |
| F1951 | 1999 | Standard Specification for Determination of Accessibility of Surface Systems Under and Around Playground Equipment |
| G21 | 1990 | Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi |
| G151 | 1997 | Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources |
| G154 | 2000a | Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials |

| NATIONAL FIRE PROTECTION ASSOCIATION, INC. STANDARDS | | |
|---|---|---|
| **Designation** | **Edition** | **Title** |
| NFPA 1 | 2003 | Uniform Fire Code |
| NFPA 1 | 2006 | Uniform Fire Code |
| NFPA 11 | 2005 | Standard for Low Medium and High Expansion Foam |
| NFPA 12 | 2005 | Standard on Carbon Dioxide Extinguishing Systems |
| NFPA 10 | 2002 | Standard for Portable Fire Extinguishers (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") |
| NFPA 13 | 2002 | Installation of Sprinkler Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") |
| NFPA 25 | 2002 | Inspection, Testing and Maintenance of Water-Based Fire Protection Systems (Title of work on certificate of registration is "National Fire Codes Vol. 1-12 and Master Index") |
| NFPA 30 | 2003 | Flammable and Combustible Liquids Code |
| NFPA 54 | 2006 | National Fuel Gas Code |
| NFPA 58 | 2001 | Liquified Petroleum Gas Code (Title of work on certificate of registration is "National Fire Codes Vol 3") |
| NFPA 58 | 2004 | Liquefied Petroleum Gas Code |
| NFPA 59 | 2004 | Utility LP Gas Plant Code |
| NFPA 70 | 1999 | National Electrical Code |
| NFPA 70 | 2005 | National Electrical Code |
| NFPA 70 | 2008 | National Electrical Code |
| NFPA 70 | 2011 | National Electrical Code |
| NFPA 70 | 2014 | National Electrical Code |

| NATIONAL FIRE PROTECTION ASSOCIATION, INC. STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| NFPA 72 | 2002 | National Fire Alarm Code |
| NFPA 99 | 2005 | Health Care Facilities Code |
| NFPA 101 | 2000 | Life Safety Code |
| NFPA 101 | 2003 | Life Safety Code |
| NFPA 101 | 2006 | Life Safety Code |
| NFPA 704 | 2007 | Standard System for the Identification of the Hazards of Materials for Emergency Response |

| AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS STANDARDS | | |
|---|---|---|
| Designation | Edition | Title |
| ASHRAE 90.1 | 2004 | Energy Standard for Buildings Except Low-Rise Residential Buildings |
| ASHRAE 90.1 | 2007 | Energy Standard for Buildings Except Low-Rise Residential Buildings |
| ASHRAE 90.1 | 2010 | Energy Standard for Buildings Except Low-Rise Residential Buildings |