# PLAINTIFFS' SECOND SUPPLEMENTAL STATEMENT OF MATERIAL FACTS IN SUPPORT OF THEIR SECOND MOTION FOR SUMMARY JUDGMENT

## FILED UNDER SEAL