## Annex A

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| **A36** | **1977ae** | Standard Specification for Structural Steel | 1978 | TX 0-013-350 | 6 | 30 | 149 (A36-77ae at 1) |
| **A36/A36M** | **1997ae1** | Standard Specification for Carbon Structural Steel | 1999 | TX 4-873-764 | 27 | 31 | 149 (A36/A36M-97ae1 at ASTM003434) |
| **A82** | **1979** | Standard Specification for Cold-Drawn Steel Wire for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A82-79 at ASTM000364) |
| A106/A106M | 2004b | Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service | Individual Registration | TX 7-685-938 | -- | 33 | 149 (A106/A106M-04b at 5) |
| **A184** | **1979** | Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A184-79 at ASTM000172) |
| **A185** | **1979** | Standard Specification for Welded Steel Wire Fabric for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A185-79 at ASTM000175) |
| **A203/A203M** | **1997** | Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel | 1998 | TX 4-654-921 | 26 | 34 | 149 (A203/A203M-97 at ASTM000169) |

1

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| A242 | 1979 | Standard Specification for High-Strength Low-Alloy Structural Steel | 1980 | TX 0-464-573 | 8 | 32 | 149 (A242-79 at ASTM000181) |
| A285 | 1978 | Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength | 1979 | TX 0-243-321 | 7 | 35 | 149 (A285-78 at ASTM000183) |
| A307 | 1978e | Standard Specification for Carbon Steel Externally Threaded Standard Fasteners | 1979 | TX 0-226-040 | 7 | 36 | 149 (A307-78e at ASTM001683) |
| A325 | 1979 | Standard Specification for High-Strength Bolts for Structural Steel Joints | 1980 | TX 0-464-573 | 8 | 32 | 149 (A325 at ASTM000186) |
| A333/A333M | 1994 | Standard Specification for Seamless and Welded Steel Pipe for Low-Temperature Service | 1995 | TX 4-083-251 | 23 | 37 | 149 (A333/A333M at ASTM000195) |
| A369/A369M | 1992 | Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service | 1995 | TX 4-029-508 | 23 | 38 | 149 (A369/A369M at ASTM000202) |
| A370 | 1977e2 | Standard Methods and Definitions for | 1978 | TX 0-013-355 | 6 | 39 | 149 (A370-77e2 at ASTM000206) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| | | Mechanical Testing of Steel Products | | | | | |
| **A441** | **1979** | Standard Specification for High-Strength Low-Alloy Structural Manganese Vanadium Steel | 1980 | TX 0-464-573 | 8 | 32 | 149 (A441-79 at ASTM000262) |
| **A449** | **1978a** | Standard Specification for Quenched and Tempered Steel Bolts and Studs | 1979 | TX 0-243-321 | 7 | 35 | 149 (A449-78 at ASTM000264) |
| **A475** | **1978(1984)e1** | Standard Specification for Zinc-Coated Steel Wire Strand | 1979 | TX 0-278-720 | 7 | 40 | 149 (A475-78(1984)e1 at ASTM000269) |
| **A490** | **1979** | Standard Specification for Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints | 1980 | TX 0-464-573 | 8 | 32 | 149 (A490-79 at ASTM000274) |
| **A496** | **1978** | Standard Specification for Deformed Steel Wire for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A496-78 at ASTM000282) |
| **A497** | **1979** | Standard Specification for Welded Deformed Steel Wire Fabric for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A497-79 at ASTM000287) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| A500 | 1978 | Standard Specification for Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes | 1979 | TX 0-226-040 | 7 | 36 | 149 (A500-78 at ASTM000293) |
| A501 | 1976 | Standard Specification for Hot-Formed Welded and Seamless Carbon Steel Structural Tubing | 1976 | A 0-721-891 | 5 | 41 | 149 (A501-76 at ASTM000299) |
| A502 | 1976 | Standard Specification for Steel Structural Rivets | 1976 | A 0-721-891 | 5 | 41 | 149 (A502-76 at ASTM000304) |
| A514 | 1977 | Standard Specification for High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding | 1978 | TX 0-013-350 | 6 | 30 | 149 (A514-77 at ASTM000308) |
| A522/A 522M | 1995b | Standard Specification for Forged or Rolled 8 and 9 % Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature Service | 1996 | TX 4-179-992 | 24 | 42 | 149 (A522/A522M-95b at ASTM000318) |
| A539 | 1990a | Standard Specification for Electric-Resistance-Welded Coiled Steel | 1991 | TX 3-043-643 | 19 | 43 | 149 (A539-90a at ASTM000324) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| | | Tubing for Gas and Fuel Oil Lines | | | | | |
| A570 | 1979 | Standard Specification for Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality | 1980 | TX 0-464-573 | 8 | 32 | 149 (A570-79 at ASTM000326) |
| A572 | 1979 | Standard Specification for High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality | 1980 | TX 0-464-573 | 8 | 32 | 149 (A572-79 at ASTM000329) |
| A588 | 1979a | Standard Specification for High-Strength Low-Alloy Structural Steel with 50, 000 psi Minimum Yield Point to 4 in. Thick | 1980 | TX 0-464-573 | 8 | 32 | 149 (A588-79a at ASTM000332) |
| A611 | 1972(1979) | Standard Specification for Steel, Cold-rolled Sheet, Carbon, Structural | 1972 | A 0-316-410 | 4 | 44 | 149 (A611-72(1979) at ASTM000334) |
| A615 | 1979 | Standard Specification for Deformed and Plain Billet-Steel Bars for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A615-79 at ASTM000337) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| A616 | 1979 | Standard Specification for Rail-Steel Deformed and Plain Bars for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A616-79 at ASTM000343) |
| A617 | 1979 | Standard Specification for Axle-Steel Deformed and Plain Bars for Concrete Reinforcement | 1980 | TX 0-464-573 | 8 | 32 | 149 (A617-79 at ASTM000349) |
| A633 | 1979a | Standard Specification for Normalized High-Strength Low Alloy Structural Steel | 1980 | TX 0-464-573 | 8 | 32 | 149 (A633-79a at ASTM000360) |
| B16 | 1992 | Standard Specification for Free-Cutting Brass Rod, Bar and Shapes for Use in Screw Machines | 1993 | TX 3-614-178 | 21 | 45 | 149 (B16-92 at ASTM000391) |
| B21 | 1983b | Standard Specification for Naval Brass Rod, Bar, and Shapes | 1984 | TX 1-374-252 | 12 | 46 | 149 (B21-83b at 13) |
| B21 | 1996 | Standard Specification for Naval Brass Rod, Bar, and Shapes | 1997 | TX 4-497-885 | 25 | 47 | 149 (B21-96 at ASTM000430) |
| B42 | 1996 | Standard Specification for Seamless Copper Pipe, Standard Sizes | 1997 | TX 4-497-885 | 25 | 47 | 149  (B42-96 at ASTM000464) |
| B68 | 1995 | Standard Specification for Seamless Copper Tube, Bright Annealed | 1996 | TX 4-243-005 | 24 | 48 | 149 (B68-95 at ASTM000481) |

6

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| B75 | 1997 | Standard Specification for Seamless Copper Tube | 1998 | TX 4-737-834 | 26 | 49 | 149 (B75-97 at ASTM000493) |
| B85 | 1984 | Standard Specification for Aluminum-Alloy Die Castings | 1984 | TX 1-453-716 | 12 | 50 | 149 (B85-84 at ASTM000500) |
| B88 | 1996 | Standard Specification for Seamless Copper Water Tube | 1997 | TX 4-497-885 | 25 | 47 | 149 (B88-96 at ASTM000512) |
| B96 | 1993 | Standard Specification for Copper-Silicon Alloy Plate, Sheet, Strip, and Rolled Bar for General Purposes and Pressure Vessels | 1994 | TX 3-883-920 | 22 | 51 | 149 (B96-93 at ASTM000518) |
| B111 | 1995 | Standard Specification for Copper and Copper-Alloy Seamless Condenser Tubes and Ferrule Stock | 1996 | TX 4-243-005 | 24 | 48 | 149 (B111-95 at ASTM000368) |
| B122/B122 M | 1995 | Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, Sheet, Strip and Rolled Bar | 1996 | TX 4-243-005 | 24 | 48 | 149 (B122/B122M-95 at ASTM000376) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| **B124** | **1996** | Standard Specification for Copper and Copper-Alloy Forging Rod, Bar, and Shapes | 1997 | TX 4-497-885 | 25 | 47 | 149  (B124-96 at ASTM000382) |
| **B209** | **1996** | Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate | 1998 | TX 4-768-932 | 26 | 52 | 149 (B209-96 at ASTM000394) |
| **B224** | **1980e1** | Standard Classification of Coppers | 1980 | TX 0-648-336 | 8 | 53 | 149 (B224-80e1 at ASTM000435) |
| **B283** | **1996** | Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed) | 1997 | TX 4-497-885 | 25 | 47 | 149 (B283-96 at ASTM000448) |
| **B315** | **1993** | Standard Specification for Seamless Copper Alloy Pipe and Tube | 1994 | TX 3-883-920 | 22 | 51 | 149 (B315-93 at ASTM000456) |
| **B557** | **1984** | Standard Methods of Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products | 1984 | TX 1-453-716 | 12 | 50 | 149 (B557-84 at 18) |
| **B580** | **1979** | Standard Specification for Anodized Oxide Coatings on Aluminum | 1980 | TX 0-534-160 | 8 | 54 | 149 (B580-79 at 36) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| **B694** | **1986** | Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding | 1986 | TX 1-846-702 | 14 | 55 | 149 (B694-86 at ASTM000486) |
| **C5** | **1979(1997)** | Standard Specification for Quicklime for Structural Purposes | 1980 | TX 0-627-128 | 8 | 56 | 149 (C5-79(1997) at ASTM000522) |
| C150 | 1999a | Standard Specification for Portland Cement | Individual Registration | TX 7-685-927 | -- | 57 | 149 (C150-99a at ASTM000527) |
| **C177** | **1997** | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus | 1997 | TX 4-584-449 | 25 | 58 | 149 (C177-97 at ASTM000532) |
| **C236** | **1989(1993)e1** | Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box | 1990 | TX 2-984-931 | 18 | 59 | 149 (C236-89(1993)e1 at ASTM000554) |
| **C330** | **1999** | Standard Specification for Lightweight Aggregates for Structural Concrete | 1999 | TX 5-008-019 | 27 | 60 | 149 (C330-99 at 39) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| C509 | 1984 | Standard Specification for Cellular Elastomeric Preformed Gasket and Sealing Material | 1985 | TX 1-696-496 | 13 | 61 | 149 (C509-84 at ASTM000566) |
| C516 | 1980(1996)e1 | Standard Specification for Vermiculite Loose Fill Thermal Insulation | 1981 | TX 0-829-453 | 9 | 62 | 149 (C516-80(1996)e1 at ASTM000572) |
| C518 | 1991 | Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus | 1991 | TX 3-278-409 | 19 | 63 | 149 (C518-91 at ASTM000576) |
| C549 | 1981(1995)e1 | Standard Specification for Perlite Loose Fill Insulation | 1982 | TX 1-041-470 | 10 | 64 | 149 (C549-81(1995)e1 at ASTM000589) |
| C564 | 1970(1982) | Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings | 1970 | A 0-176-757 | 2 | 65 | 149 (C564-70(1982) at ASTM000594) |
| D86 | 2007 | Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure | Individual Registration | TX 7-685-941 | | Declaration of Thomas O'Brien, previously filed at Dkt. 118-7, ("O'Brien | 149 (D86-07 at ASTM001188) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| | | | | | | Decl.") ¶ 5, Ex. 1 | |
| **D129** | **1995** | Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) | 1996 | TX 4-223-325 | 24 | 66 | 149 (D129-95 at ASTM000631) |
| **D396** | **1998** | Standard Specification for Fuel Oils | 1999 | TX 4-862-934 | O'Brien Decl. ¶ 9, Ex. 3 | O'Brien Decl. ¶ 10, Ex. 4 | 149 (D396-98 at ASTM000996) |
| **D512** | **1989(1999)** | Standard Test Methods for Chloride Ion In Water | 1990 | TX 2-866-002 | 18 | 67 | 149 (D512-89(1999) at ASTM001090) |
| **D611** | **1982(1998)** | Standard Test Methods for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents | 1983 | TX 1-152-729 | 11 | 68 | 149 (D611-82(1998) at ASTM001124) |
| **D665** | **1998e1** | Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water | 1999 | TX 4-862-934 | 27 | O'Brien Decl. ¶ 10, Ex. 4 | 149 (D665-98e1 at ASTM001181) |
| **D814** | **1995** | Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids | 1995 | TX 4-145-800 | 23 | 69 | 149 (D814-95 at 43) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| **D975** | **1998b** | Standard Specification for Diesel Fuel Oils | 1999 | TX 4-862-934 | 27 | O'Brien Decl. ¶ 10, Ex. 4 | 149 (D975-98b at ASTM001236) |
| D975 | 2007 | Standard Specification for Diesel Fuel Oils | Individual Registration | TX 7-685-915 | -- | O'Brien Decl. ¶ 6, Ex. 2 | 149 (D975-07 at ASTM001216) |
| **D1217** | **1993(1998)** | Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer | 1994 | TX 3-840-415 | 22 | 70 | 149 (D1217-93(1998) at ASTM000601) |
| **D1246** | **1995(1999)** | Standard Test Method for Bromide Ion in Water | 1997 | TX 4-497-877 | 25 | 71 | 149 (D1246-95(1999) at ASTM000606) |
| **D1253** | **1986(1996)** | Standard Test Method for Residual Chlorine in Water | 1987 | TX 2-081-531 | 15 | 72 | 149 (D1253-86(1996) at ASTM000610) |
| **D1266** | **1998** | Standard Test Method for Sulfur in Petroleum Products (Lamp Method) | 1999 | TX 4-862-934 | 27 | O'Brien Decl. ¶ 10, Ex. 4 | 149 (D1266-98 at ASTM000614) |
| **D1298** | **1999** | Standard Test Method for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products by Hydrometer Method | 2000 | TX 5-071-596 | 28 | 73 | 149 (D1298-99 at ASTM000625) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D1335 | 1967(1972) | Standard Method of Test for Tuft Bind of Pile Floor Coverings | 1972 | A 0-942-436 | 1 | 74 | 149 (D1335-67(1972) at ASTM000634) |
| D1412 | 1993(1997) | Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius | 1994 | TX 3-936-510 | 22 | 75 | 149 (D1412-93(1997) at ASTM000639) |
| D1480 | 1993(1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer | 1994 | TX 3-840-415 | 22 | 70 | 148 (D1480-93(1997) at ASTM000647) |
| D1481 | 1993(1997) | Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer | 1994 | TX 3-840-415 | 22 | 70 | 148 (D1481-93(1997) at ASTM000653) |
| D1518 | 1985(1998)e1 | Standard Test Method for Thermal Transmittance of Textile Materials | 1985 | TX 1-725-733 | 13 | 76 | 149 (D1518-85(1998)e1 at ASTM000658) |
| D1535 | 1989 | Standard Test Method for Specifying Color by the Munsell System | 1990 | TX 2-814-346 | 18 | 77 | 149 (D1535-89 at ASTM000666) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D1552 | 1995 | Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) | 1996 | TX 4-223-325 | 24 | 66 | 149 (D1552-95 at ASTM000693) |
| D1688 | 1995 | Standard Test Methods for Copper in Water | 1996 | TX 4-257-533 | 24 | 78 | 149 (D1688-95 at ASTM000706) |
| D1785 | 1986 | Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 | 1987 | TX 2-058-606 | 15 | 79 | 149 (D1785-86 at ASTM000713) |
| D1835 | 1997 | Standard Specification for Liquefied Petroleum (LP) Gases | 1999 | TX 4-862-934 | 27 | O'Brien Decl. ¶ 10, Ex. 4 | 149 (D1835-97 at ASTM000726) |
| D1890 | 1996 | Standard Test Method for Beta Particle Radioactivity of Water | 1997 | TX 4-497-876 | 25 | 80 | 149 (D1890-96 at ASTM000730) |
| D1943 | 1996 | Standard Test Method for Alpha Particle Radioactivity of Water | 1997 | TX- 4-497-876 | 25 | 80 | 149 (D1943-96 at ASTM000736) |
| D1945 | 1996 | Standard Test Method for Analysis of Natural Gas By Gas Chromatography | 1997 | TX 4-557-835 | 25 | 81 | 149 (D1945-96 at 45) |
| D1946 | 1990(1994)e1 | Standard Practice for Analysis of Reformed Gas by Gas Chromatography | 1990 | TX 2-992-651 | 18 | 82 | 149 (D1946-90(1994)e1 at ASTM000757) |

14

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D2013 | 1986(1994) | Standard Method of Preparing Coal Samples for Analysis | 1987 | TX 2-201-054 | 15 | 83 | 149 (D2013-86(1994) at ASTM000762) |
| D2015 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Adiabatic Bomb Calorimeter | 1997 | TX 4-557-835 | 25 | 81 | 149 (D2015-96 at ASTM000774) |
| D2036 | 1998 | Standard Test Method for Cyanides in Water | 1999 | TX 4-929-091 | 27 | 84 | 149 (D2036-98 at ASTM000783) |
| D2163 | 1991(1996) | Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography | 1992 | TX 3-450-603 | 20 | 85 | 149 (D2163-91(1996) at ASTM000802) |
| D2216 | 1998 | Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass | 1999 | TX 4-893-151 | 27 | 86 | 149 (D2216-98 at ASTM000808) |
| D2234 | 1998 | Standard Practice for Collection of a Gross Sample of Coal | 1999 | TX 4-951-524 | 27 | 87 | 149 (D2234-98 at ASTM000813) |
| D2460 | 1997 | Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water | 1998 | TX 4-693-073 | 26 | 88 | 149 (D2460-97 at ASTM000830) |

15

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D2502 | 1992(1996) | Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements | 1993 | TX 3-512-412 | 21 | 89 | 149 (D2502-92(1996) at ASTM000835) |
| D2503 | 1992(1997) | Standard Test Method for Relative Molecular Mass (Molecular Weight) of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure | 1993 | TX 3-512-412 | 21 | 89 | 149 (D2503-92(1997) at ASTM000839) |
| D2597 | 1994(1999) | Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography | 1995 | TX 4-029-468 | 23 | 90 | 149 (D2597-94(1999) at ASTM000865) |
| D2622 | 1998 | Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry | 1999 | TX 4-898-490 | 27 | 91 | 149 (D2622-98 at ASTM000875) |

16

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D2724 | 1987(1995) | Standard Test Methods for Bonded, Fused, and Laminated Apparel Fabrics | 1987 | TX 2-209-876 | 15 | 92 | 149 (D2724-87(1995) at 60) |
| D2777 | 1998 | Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water | 1999 | TX 4-920-028 | 27 | 93 | 149 (D2777-98 at ASTM000888) |
| D2879 | 1997 | Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope | 1998 | TX 4-622-434 | 26 | 94 | 149 (D2879-97 at ASTM000903) |
| D2986 | 1995a(1999) | Standard Practice for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test | 1996 | TX 4-399-608 | 24 | 95 | 149 (D2986-95a(1999) at ASTM000909) |
| D3120 | 1996 | Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry | 1997 | TX 4-511-604 | 25 | 96 | 149 (D3120-96 at ASTM000914) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D3173 | 1987(1996) | Standard Test Method for Moisture in the Analysis Sample of Coal and Coke | 1987 | TX 2-201-054 | 15 | 83 | 149 (D3173-87(1996) at ASTM000920) |
| D3178 | 1989(1997) | Standard Test Methods for Carbon and Hydrogen in the Analysis Sample of Coal and Coke | 1990 | TX 2-992-651 | 18 | 82 | 149 (D3178-89(1997) at ASTM000929) |
| D3236 | 1988(1999) | Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials | 1989 | TX 2-567-321 | 17 | 148 | 149 (D3236-88(1999) at ASTM000943) |
| D3246 | 1996 | Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry | 1997 | TX 4-511-604 | 25 | 96 | 149 (D3246-96 at ASTM000951) |
| D3286 | 1996 | Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter | 1997 | TX 4-557-835 | 25 | 81 | 149 (D3286-96 at ASTM000958) |
| D3371 | 1995 | Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography | 1997 | TX 4-497-876 | 25 | 80 | 149 (D3371-95 at ASTM000967) |
| D3454 | 1997 | Standard Test Method for Radium-226 in Water | 1998 | TX 4-693-073 | 26 | 88 | 149 (D3454-97 at ASTM000971) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D3588 | 1998 | Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density of Gaseous Fuels | 1999 | TX 4-951-524 | 27 | 87 | 149 (D3588-98 at ASTM000978) |
| D3697 | 1992(1996) | Standard Test Method for Antimony in Water | 1993 | TX 3-553-811 | 21 | 97 | 149 (D3697-92(1996) at ASTM000987) |
| D4177 | 1995 | Standard Practice for Automatic Sampling of Petroleum and Petroleum Products | 1997 | TX 4-511-604 | 25 | 96 | 149 (D4177-95 at ASTM001019) |
| D4239 | 1997e1 | Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods | 1998 | TX 4-768-933 | 26 | 98 | 149 (D4239-97e1 at ASTM001045) |
| D4268 | 1993 | Standard Test Method for Testing Fiber Ropes | 1995 | TX 3-970-770 | 23 | 99 | 149 (D4268-93 at ASTM001054) |
| D4294 | 1998 | Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry | 1999 | TX 4-898-490 | 27 | 91 | 149 (D4294-98 at ASTM001061) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D4329 | 1999 | Standard Practice for Fluorescent UV Exposure of Plastics | 1999 | TX 4-951-512 | 27 | 100 | 149 (D4329-99 at ASTM001066) |
| D4809 | 1995 | Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method) | 1996 | TX 4-248-138 | 24 | 101 | 149 (D4809-95 at ASTM001071) |
| D4891 | 1989(1994)e1 | Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion | 1989 | TX 2-697-913 | 17 | 102 | 149 (D4891-89(1994)e1 at ASTM001080) |
| D4986 | 1998 | Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials | 1999 | TX 4-951-512 | 27 | 100 | 149 (D4986-98 at ASTM001084) |
| D5257 | 1997 | Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography | 1999 | TX 4-920-028 | 27 | 93 | 149 (D5257-97 at ASTM001097) |
| D5373 | 1993(1997) | Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory | 1993 | TX 3-614-549 | 21 | 103 | 149 (D5373-93(1997) at ASTM001103) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| | | Samples of Coal and Coke | | | | | |
| **D5489** | **1996a** | Standard Guide for Care Symbols for Care Instructions Textile Products | 1996 | TX 4-394-571 | 24 | 104 | 149 (D5489-96a at 67) |
| **D5673** | **1996** | Standard Test Method for Elements in Water by Inductively Coupled Plasma- Mass Spectrometry | 1997 | TX 4-497-877 | 25 | 71 | 149 (D5673-96 at ASTM001107) |
| **D5865** | **1998a** | Standard Test Method for Gross Calorific Value of Coal and Coke | 1999 | TX 4-951-524 | 27 | 87 | 149 (D5865-98a at ASTM001114) |
| **D6216** | **1998** | Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications | 1998 | TX 4-787-691 | 26 | 105 | 149 (D6216-98 at ASTM001131) |
| **D6228** | **1998** | Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection | 1998 | TX 4-768-933 | 26 | 98 | 149 (D6228-98 at ASTM001161) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| D6420 | 1999 | Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry | 2000 | TX 5-202-199 | 28 | 106 | 149 (D6420-99 at ASTM001167) |
| D6503 | 1999 | Standard Test Method for Enterococci in Water Using Enterolert | 2001 | TX 5-369-432 | 29 | 107 | 149 (D6503-99 at ASTM001174) |
| E11 | 1995 | Standard Specification for Wire Cloth and Sieves for Testing Purposes | 1995 | TX 4-143-803 | 23 | 108 | 149 (E11-95 at ASTM001262) |
| E23 | 1982 | Standard Test Methods for Notched Bar Impact Testing of Metallic Materials | 1982 | TX 0-988-070 | 10 | 109 | 149 (E23-82 at ASTM001321) |
| E29 | 1990 | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications | 1991 | TX-3-135-932 | 19 | 110 | 149 (E29-90 at ASTM001363) |
| E72 | 1980 | Standard Methods of Conducting Strength Tests of Panels for Building Construction | 1982 | TX 1-041-470 | 10 | 64 | 149 (E72-80 at ASTM001391) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| E96 | 1995 | Standard Test Methods for Water Vapor Transmission of Materials | 1998 | TX 4-811-646 | 26 | 111 | 149 (E96-95 at ASTM001441) |
| E145 | 1994e1 | Standard Specification for Gravity-Convection and Forced- Ventilation Ovens | 1995 | TX 4-143-803 | 23 | 108 | 149 (E145-94e1 at ASTM001272) |
| E169 | 1987 | Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis | 1987 | TX 2-153-942 | 15 | 112 | 149 (E169-87 at ASTM001297) |
| E185 | 1982 | Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels | 1983 | TX 1-210-036 | 11 | 113 | 149 (E185-82 at ASTM001312) |
| E260 | 1996 | Standard Practice for Packed Column Gas Chromatography | 1997 | TX 4-512-210 | 25 | 114 | 149 (E260-96 at ASTM001345) |
| E283 | 1991(1999) | Standard Test Method for Determining Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors Under Specified Pressure Differences Across the Specimen | 1995 | TX 3-972-349 | 23 | 115 | 149 (E283-91(1999) at ASTM001257) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| E408 | 1971 | Standard Methods of Test for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques | 1971 | A 0-257-751 | 3 | 116 | 149 (E408-71 at 72) |
| E424 | 1971 | Standard Methods of Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials | 1971 | A 0-257-751 | 3 | 116 | 149 (E424-71 at 74) |
| E606 | 1980 | Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing | 1980 | TX 0-565-132 | 8 | 117 | 149 (E606-80 at ASTM001367) |
| E681 | 1985 | Standard Test Method for Concentration Limits of Flammability of Chemicals | 1986 | TX 1-846-704 | 14 | 118 | 149 (E681-85 at 81) |
| E695 | 1979(1997)e1 | Standard Method of Measuring Relative Resistance of Wall, Floor, and Roof Construction to Impact Loading | 1981 | TX 0-829-453 | 9 | 62 | 149 (E695-79(1997)e1 at ASTM001380) |
| E711 | 1987(1992) | Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter | 1993 | TX 3-689-742 | 21 | 119 | 149 (E711-87(1992) at ASTM001384) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| E773 | 1997 | Standard Test Method for Accelerated Weathering of Sealed Insulating Glass Units | 1997 | TX 4-571-119 | 25 | 120 | 149 (E773-97 at ASTM001407) |
| E774 | 1997 | Standard Specifications for the Classification of the Durability of Sealed Insulating Glass Units | 1997 | TX 4-571-119 | 25 | 120 | 149 (E774-97 at ASTM001412) |
| E776 | 1987(1992) | Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel | 1988 | TX 2-407-753 | 16 | 121 | 149 (E776-87(1992) at 86) |
| E885 | 1988 | Standard Test Methods for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy | 1988 | TX 2-407-753 | 16 | 121 | 149 (E885-88 at ASTM001415) |
| E1337 | 1990(1996) | Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using a Standard Reference Test Tire | 1991 | TX 3-128-183 | 19 | 122 | 149 (E1337-90(1996) at ASTM001267) |
| F462 | 1979(1999) | Standard Consumer Safety Specification for Slip-Resistant Bathing Facilities | 1979 | TX 0-339-441 | 7 | 123 | 149 (F462-79(1999) at ASTM001618) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| F478 | 1992(1999) | Standard Specification for In-Service Care of Insulating Line Hose and Covers | 1992 | TX 3-450-276 | 20 | 124 | 149 (F478-92(1999) at ASTM001625) |
| F631 | 1980(1985) | Standard Method for Testing Full Scale Advancing Spill Removal Devices | 1980 | TX 0-565-140 | 8 | 125 | 149 (F631-80(1985) at 92) |
| F631 | 1993 | Standard Guide for Collecting Skimmer Performance Data in Controlled Environments | 1994 | TX 3-883-919 | 22 | 126 | 149 (F631-93 at ASTM001629) |
| F682 | 1982a(1988) | Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings | 1983 | TX 1-094-853 | 11 | 127 | 149 (F682-82a(1988) at ASTM001633) |
| F715 | 1981(1986) | Standard Methods of Testing Spill Control Barrier Membrane Materials | 1981 | TX 0-814-687 | 9 | 128 | 149 (F715-81(1986) at 96) |
| F715 | 1995 | Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage | 1995 | TX 4-126-631 | 23 | 129 | 149 (F715-95 at ASTM001638) |
| F722 | 1982(1988) | Standard Specification for Welded Joints for Shipboard Piping Systems | 1982 | TX 0-988-069 | 10 | 130 | 149 (F722-82(1988) at 98) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| **F808** | **1983(1988)e1** | Standard Guide for Collecting Skimmer Performance Data in Uncontrolled Environments | 1983 | TX 1-187-014 | 11 | 131 | 149 (F808-83(1988)e1 at ASTM001652) |
| **F1003** | **1986(1992)** | Standard Specification for Searchlights on Motor Lifeboats | 1987 | TX 2-046-852 | 15 | 132 | 149 (F1003-86(1992) at ASTM001449) |
| **F1006** | **1986(1997)** | Standard Specification for Entrainment Separators for Use in Marine Piping Applications | 1987 | TX 2-046-852 | 15 | 132 | 149 (F1006-86(1997) at ASTM001450) |
| **F1007** | **1986(1996)e1** | Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application | 1987 | TX 2-046-852 | 15 | 132 | 149 (F1007-86(1996)e1 at ASTM001453) |
| **F1014** | **1992** | Standard Specification for Flashlights on Vessels | 1993 | TX 3-524-687 | 21 | 133 | 149 (F1014-92 at ASTM001457) |
| **F1020** | **1986(1996)e1** | Standard Specification for Line-Blind Valves for Marine Applications | 1987 | TX 2-046-852 | 15 | 132 | 149 (F1020-86(1996)e1 at ASTM001458) |
| **F1120** | **1987(1998)** | Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications | 1989 | TX 2-606-739 | 17 | 134 | 149 (F1120-87(1998) at ASTM001460) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| F1121 | 1987(1998) | Standard Specification for International Shore Connections for Marine Fire Applications | 1989 | TX 2-606-739 | 17 | 134 | 149 (F1121-87(1998) at ASTM001467) |
| F1122 | 1987(1998) | Standard Specification for Quick Disconnect Couplings | 1989 | TX 2-606-739 | 17 | 134 | 149 (F1122-87(1998) at ASTM001469) |
| F1123 | 1987(1998) | Standard Specification for Non-Metallic Expansion Joints | 1989 | TX 2-606-739 | 17 | 134 | 149 (F1123-87(1998) at ASTM001482) |
| F1139 | 1988(1998) | Standard Specification for Steam Traps and Drains | 1989 | TX 2-606-739 | 17 | 134 | 149 (F1139-88(1998) at ASTM001485) |
| F1155 | 1998 | Standard Practice for Selection and Application of Piping System Materials | 1999 | TX 4-862-629 | 27 | 135 | 149 (F1155-98 at 108) |
| F1172 | 1988(1998) | Standard Specification for Fuel Oil Meters of the Volumetric Positive Displacement Type | 1989 | TX 2-606-739 | 17 | 134 | 149 (F1172-88(1998) at ASTM001489) |
| F1173 | 1995 | Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications | 1996 | TX 4-216-101 | 24 | 136 | 149 (F1173-95 at ASTM001492) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| F1193 | 2006 | Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices | Individual Registration | TX 7-763-690 | -- | 137 | 149 (F1193-06 at ASTM001516) |
| F1199 | 1988(1998) | Standard Specification for Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) | 1990 | TX 2-864-187 | 18 | 138 | 149 (F1199-88(1998) at ASTM001527) |
| F1200 | 1988(1998) | Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F) | 1990 | TX 2-864-187 | 18 | 138 | 149 (F1200-88(1998) at ASTM001530) |
| F1201 | 1988(1998) | Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F | 1990 | TX 2-864-187 | 18 | 138 | 149 (F1201-88(1998) at ASTM001534) |
| F1271 | 1990(1995)e1 | Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protections Applications | 1991 | TX 3-035-186 | 19 | 139 | 149 (F1271-90(1995)e1 at 134) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| F1273 | 1991(1996)e1 | Standard Specification for Tank Vent Flame Arresters | 1992 | TX 3-278-410 | 20 | 140 | 149 (F1273-91(1996)e1 at ASTM001542) |
| F1321 | 1992 | Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel | 1993 | TX 3-524-687 | 21 | 133 | 149 (F1321-92 at ASTM001547) |
| F1323 | 1998 | Standard Specification for Shipboard Incinerators | 1999 | TX 4-862-629 | 27 | 135 | 149 (F1323-98 at ASTM001575) |
| F1471 | 1993 | Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System | 1992 | TX 3-614-184 | 21 | 141 | 149 (F1471-93 at ASTM001582) |
| F1546/F1546M | 1996 | Standard Specification for Fire Hose Nozzles | 1998 | TX 4-654-755 | 26 | 142 | 149 (F1546/F1546M-96 at ASTM001594) |
| F1548 | 1994 | Standard Specification for the Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications | 1995 | TX 4-029-465 | 23 | 143 | 149 (F1548-94 at ASTM001600) |

| Standard | Edition | Title | Annual Book of Standards Year (BOS) | Reg. No. | BOS Index Located At | Registration Certificate Located At | Standard Located at |
|---|---|---|---|---|---|---|---|
| F1951 | 1999 | Standard Specification for Determination of Accessibility of Surface Systems Under and Around Playground Equipment | 1999 | TX 5-058-024 | 27 | 144 | 149 (F1951-99 at ASTM001605) |
| G21 | 1990 | Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi | 1991 | TX 3-114-937 | 19 | 145 | 149 (G21-90 at ASTM001679) |
| G151 | 1997 | Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources | 1998 | TX 4-755-309 | 26 | 146 | 149 (G151-97 at ASTM001660) |
| G154 | 2000a | Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials | 2001 | TX 5-410-705 | 29 | 147 | 149 (G154-00a at ASTM001670) |