## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>               Plaintiffs/<br>               Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>               Defendant/<br>               Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## DECLARATION OF JANE W. WISE

I, Jane W. Wise, hereby declare as follows:

1.      I am over the age of 18.  I am an associate with the law firm of Morgan, Lewis & Bockius LLP, which represents Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") in the above captioned matter.  I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of excerpts from Part 24 of the 1967 Annual Book of ASTM Standards showing ASTM D1335-67.  The copyright registration for Part 24 of the 1967 Book of ASTM Standards that identifies ASTM as the owner is attached as **Exhibit 74**.

3.      Attached as **Exhibit 2** is a true and correct copy of excerpts from the Index of the 1970 Annual Book of ASTM Standards.

1

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the Index of the 1971 Annual Book of ASTM Standards.

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the Index of the 1972 Annual Book of ASTM Standards.

6.      Attached as **Exhibit 5** is a true and correct copy of excerpts from the Index of the 1976 Annual Book of ASTM Standards.

7.      Attached as **Exhibit 6** is a true and correct copy of excerpts from the Index of the 1978 Annual Book of ASTM Standards.

8.      Attached as **Exhibit 7** is a true and correct copy of excerpts from the Index of the 1979 Annual Book of ASTM Standards.

9.      Attached as **Exhibit 8** are true and correct copies of excerpts from the Index of the 1980 Annual Book of ASTM Standards.

10.     Attached as **Exhibit 9** is a true and correct copy of excerpts from the Index of the 1981 Annual Book of ASTM Standards.

11.     Attached as **Exhibit 10** is a true and correct copy of excerpts from the Index of the 1982 Annual Book of ASTM Standards.

12.     Attached as **Exhibit 11** is a true and correct copy of excerpts from the Index of the 1983 Annual Book of ASTM Standards.

13.     Attached as **Exhibit 12** is a true and correct copy of excerpts from the Index of the 1984 Annual Book of ASTM Standards.

14.     Attached as **Exhibit 13** is a true and correct copy of excerpts from the Index of the 1985 Annual Book of ASTM Standards.

15.     Attached as **Exhibit 14** is a true and correct copy of excerpts from the Index of the 1986 Annual Book of ASTM Standards.

16.     Attached as **Exhibit 15** is a true and correct copy of excerpts from the Index of the 1987 Annual Book of ASTM Standards.

17.     Attached as **Exhibit 16** is a true and correct copy of excerpts from the Index of the 1988 Annual Book of ASTM Standards.

18.     Attached as **Exhibit 17** is a true and correct copy of excerpts from the Index of the 1989 Annual Book of ASTM Standards.

19.     Attached as **Exhibit 18** is a true and correct copy of excerpts from the Index of the 1990 Annual Book of ASTM Standards.

20.     Attached as **Exhibit 19** are true and correct copies of excerpts from the Index of the 1991 Annual Book of ASTM Standards.

21.     Attached as **Exhibit 20** are true and correct copies of excerpts from the Index of the 1992 Annual Book of ASTM Standards.

22.     Attached as **Exhibit 21** are true and correct copies of excerpts from the Index of the 1993 Annual Book of ASTM Standards.

23.     Attached as **Exhibit 22** are true and correct copies of excerpts from the Index of the 1994 Annual Book of ASTM Standards.

24.     Attached as **Exhibit 23** are true and correct copies of excerpts from the Index of the 1995 Annual Book of ASTM Standards.

25.     Attached as **Exhibit 24** are true and correct copies of excerpts from the Index of the 1996 Annual Book of ASTM Standards.

26.     Attached as **Exhibit 25** are true and correct copies of excerpts from the Index of the 1997 Annual Book of ASTM Standards.

27.     Attached as **Exhibit 26** are true and correct copies of excerpts from the Index of the 1998 Annual Book of ASTM Standards.

28.     Attached as **Exhibit 27** are true and correct copies of excerpts from the Index of the 1999 Annual Book of ASTM Standards.

29.     Attached as **Exhibit 28** are true and correct copies of excerpts from the Index of the 2000 Annual Book of ASTM Standards.

30.     Attached as **Exhibit 29** are true and correct copies of excerpts from the Index of the 2001 Annual Book of ASTM Standards.

31.     Attached as **Exhibit 30** is a true and correct copy of the registration certificate numbered TX 0-013-350 obtained from the Copyright Office for Part 4 of the 1978 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

32.     Attached as **Exhibit 31** is a true and correct copy of the registration certificate numbered TX 4-873-764 obtained from the Copyright Office for Volume 1.04 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

33.     Attached as **Exhibit 32** is a true and correct copy of the registration certificate numbered TX 0-464-573 obtained from the Copyright Office for Part 4 of the 1980 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

34.     Attached as **Exhibit 33** is a true and correct copy of the registration certificate numbered TX 7-685-938 obtained from the Copyright Office for A106/A106M that identifies ASTM as the owner of the copyright.

35.     Attached as **Exhibit 34** is a true and correct copy of the registration certificate numbered TX 4-654-921 obtained from the Copyright Office for Volume 1.04 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

36.     Attached as **Exhibit 35** is a true and correct copy of the registration certificate numbered TX 0-243-321 obtained from the Copyright Office for Part 4 of the 1979 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

37.     Attached as Exhibit **36** is a true and correct copy of the registration certificate numbered TX 0-226-040 obtained from the Copyright Office for Part 1 of the 1979 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

38.     Attached as **Exhibit 37** is a true and correct copy of the registration certificate numbered TX 4-083-251 obtained from the Copyright Office for Volume 1.01 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

39.     Attached as **Exhibit 38** is a true and correct copy of the registration certificate numbered TX 4-029-508 obtained at my direction from the Copyright Office for Volume 1.03 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

40.     Attached as **Exhibit 39** is a true and correct copy of the registration certificate numbered TX 0-013-355 obtained from the Copyright Office for Part 1 of the 1978 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

41.     Attached as **Exhibit 40** is a true and correct copy of the registration certificate numbered TX 0-278-720 obtained from the Copyright Office for Part 3 of the 1979 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

42.     Attached as **Exhibit 41** is a true and correct copy of the registration certificate numbered A 0-721-891 obtained from the Copyright Office for Part 4 of the 1976 Annual Book

of ASTM Standards that identifies ASTM as the owner of the copyright. These photos fairly and accurately depict the appearance of the registration certificate for A 0-721-891.

43.     Attached as **Exhibit 42** is a true and correct copy of the registration certificate numbered TX 4-179-992 obtained from the Copyright Office for Volume 1.01 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

44.     Attached as **Exhibit 43** is a true and correct copy of the registration certificate numbered TX 3-043-643 obtained from the Copyright Office for Volume 1.01 of the 1991 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

45.     Attached as **Exhibit 44** is a true and correct copy of the registration certificate numbered A 0-316-410 obtained from the Copyright Office for Part 4 of the 1972 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright. These photos fairly and accurately depict the appearance of the registration certificate for A 0-316-410.

46.     Attached as **Exhibit 45** is a true and correct copy of the registration certificate numbered TX 3-614-178 obtained from the Copyright Office for Volume 2.01 of the 1993 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

47.     Attached as **Exhibit 46** is a true and correct copy of the registration certificate numbered TX 1-374-252 obtained from the Copyright Office for Volume 2.01 of the 1984 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

48.     Attached as **Exhibit 47** is a true and correct copy of the registration certificate numbered TX 4-497-885 obtained from the Copyright Office for Volume 2.01 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

49.     Attached as **Exhibit 48** is a true and correct copy of the registration certificate numbered TX 4-243-005 obtained from the Copyright Office for Volume 2.01 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

50.     Attached as **Exhibit 49** is a true and correct copy of the registration certificate numbered TX 4-737-834 obtained from the Copyright Office for Volume 2.01 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

51.     Attached as **Exhibit 50** is a true and correct copy of the registration certificate numbered TX 1-453-716 obtained from the Copyright Office for Volume 2.02 of the 1984 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

52.     Attached as **Exhibit 51** is a true and correct copy of the registration certificate numbered TX 3-883-920 obtained from the Copyright Office for Volume 2.01 of the 1994 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

53.     Attached as **Exhibit 52** is a true and correct copy of the registration certificate numbered TX 4-768-932 obtained from the Copyright Office for Volume 2.02 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

54.     Attached as **Exhibit 53** is a true and correct copy of the registration certificate numbered TX 0-648-336 obtained from the Copyright Office for Part 8 of the 1980 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

55.     Attached as **Exhibit 54** is a true and correct copy of the registration certificate numbered TX 0-534-160 obtained from the Copyright Office for Part 9 of the 1980 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

56.     Attached as **Exhibit 55** is a true and correct copy of the registration certificate numbered TX 1-846-702 obtained from the Copyright Office for Volume 2.01 of the 1986 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

57.     Attached as **Exhibit 56** is a true and correct copy of the registration certificate numbered TX 0-627-128 obtained from the Copyright Office for Part 13 of the 1980 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

58.     Attached as **Exhibit 57** are true and correct copy the registration certificate numbered TX 7-685-927 for ASTM C150 that identifies ASTM as the owner.

59.     Attached as **Exhibit 58** is a true and correct copy of the registration certificate numbered TX 4-584-449 obtained from the Copyright Office for Volume 4.06 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

60.     Attached as **Exhibit 59** is a true and correct copy of the registration certificate numbered TX 2-984-931 obtained from the Copyright Office for Volume 4.06 of the 1990 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

61.     Attached as **Exhibit 60** is a true and correct copy of the registration certificate numbered TX 5-008-019 obtained from the Copyright Office for Volume 4.02 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

62.     Attached as **Exhibit 61** is a true and correct copy of the registration certificate numbered TX 1-696-496 obtained from the Copyright Office for Volume 9.02 of the 1985 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

63.     Attached as **Exhibit 62** is a true and correct copy of the registration certificate numbered TX 0-829-453 obtained from the Copyright Office for Part 18 of the 1981 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

8

64.      Attached as **Exhibit 63** is a true and correct copy of the registration certificate numbered TX 3-278-409 obtained from the Copyright Office for Volume 4.06 of the 1991 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

65.      Attached as **Exhibit 64** is a true and correct copy of the registration certificate numbered TX 1-041-470 obtained from the Copyright Office for Part 18 of the 1982 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

66.      Attached as **Exhibit 65** is a true and correct copy of the registration certificate numbered A 0-176-757 obtained from the Copyright Office for Part 28 of the 1970 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.  These photos fairly and accurately depict the appearance of the registration certificate for A 0-176-757.

67.      Attached as **Exhibit 66** is a true and correct copy of the registration certificate numbered TX 4-223-325 obtained from the Copyright Office for Volume 5.01 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

68.      Attached as **Exhibit 67** is a true and correct copy of the registration certificate numbered TX 2-866-002 obtained from the Copyright Office for Volume 11.01 of the 1990 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

69.      Attached as **Exhibit 68** is a true and correct copy of the registration certificate numbered TX 1-152-729 obtained from the Copyright Office for Volume 6.03 of the 1983 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

70.      Attached as **Exhibit 69** is a true and correct copy of the registration certificate numbered TX 4-145-800 obtained from the Copyright Office for Volume 9.01 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

71.     Attached as **Exhibit 70** is a true and correct copy of the registration certificate numbered TX 3-840-415 obtained from the Copyright Office for Volume 5.01 of the 1994 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

72.     Attached as **Exhibit 71** is a true and correct copy of the registration certificate numbered TX 4-497-877 obtained from the Copyright Office for Volume 11.01 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

73.     Attached as **Exhibit 72** is a true and correct copy of the registration certificate numbered TX 2-081-531 obtained from the Copyright Office for Volume 11.01 of the 1987 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

74.     Attached as **Exhibit 73** is a true and correct copy of the registration certificate numbered TX 5-071-596 obtained from the Copyright Office for Volume 5.01 of the 2000 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

75.     Attached as **Exhibit 74** is a true and correct copy of the registration certificate numbered A 0-942-436 for Part 24 of the 1967 Book of ASTM Standards that identifies ASTM as the owner of the copyright. These photos fairly and accurately depict the appearance of the registration certificate for A 0-942-436.

76.     Attached as **Exhibit 75** is a true and correct copy of the registration certificate numbered TX 3-936-510 obtained from the Copyright Office for Volume 5.05 of the 1994 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

77.     Attached as **Exhibit 76** is a true and correct copy of the registration certificate numbered TX 1-725-733 obtained from the Copyright Office for Volume 7.01 of the 1985 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

78.     Attached as **Exhibit 77** is a true and correct copy of the registration certificate numbered TX 2-814-346 obtained from the Copyright Office for Volume 6.01 of the 1990 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

79.     Attached as **Exhibit 78** is a true and correct copy of the registration certificate numbered TX 4-257-533 obtained from the Copyright Office for Volume 11.01 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

80.     Attached as **Exhibit 79** is a true and correct copy of the registration certificate numbered TX 2-058-606 obtained from the Copyright Office for Volume 8.04 of the 1987 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

81.     Attached as **Exhibit 80** is a true and correct copy of the registration certificate numbered TX 4-497-876 obtained from the Copyright Office for Volume 11.02 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

82.     Attached as **Exhibit 81** is a true and correct copy of the registration certificate numbered TX 4-557-835 obtained from the Copyright Office for Volume 5.05 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

83.     Attached as **Exhibit 82** is a true and correct copy of the registration certificate numbered TX 2-992-651 obtained from the Copyright Office for Volume 5.05 of the 1990 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

84.     Attached as **Exhibit 83** is a true and correct copy of the registration certificate numbered TX 2-201-054 obtained from the Copyright Office for Volume 5.05 of the 1987 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

85.     Attached as **Exhibit 84** is a true and correct copy of the registration certificate numbered TX 4-929-091 obtained from the Copyright Office for Volume 11.02 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

86.     Attached as **Exhibit 85** is a true and correct copy of the registration certificate numbered TX 3-450-603 obtained from the Copyright Office for Volume 5.02 of the 1992 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

87.     Attached as **Exhibit 86** is a true and correct copy of the registration certificate numbered TX 4-893-151 obtained from the Copyright Office for Volume 4.08 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

88.     Attached as **Exhibit 87** is a true and correct copy of the registration certificate numbered TX 4-951-524 obtained from the Copyright Office for Volume 5.05 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

89.     Attached as **Exhibit 88** is a true and correct copy of the registration certificate numbered TX 4-693-073 obtained from the Copyright Office for Volume 11.02 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

90.     Attached as **Exhibit 89** is a true and correct copy of the registration certificate numbered TX 3-512-412 obtained from the Copyright Office for Volume 5.01 of the 1993 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

91.     Attached as **Exhibit 90** is a true and correct copy of the registration certificate numbered TX 4-029-468 obtained from the Copyright Office for Volume 5.02 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

92.     Attached as **Exhibit 91** is a true and correct copy of the registration certificate numbered TX 4-898-490 obtained from the Copyright Office for Volume 5.02 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

93.     Attached as **Exhibit 92** is a true and correct copy of the registration certificate numbered TX 2-209-876 obtained from the Copyright Office for Volume 7.01 of the 1987 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

94.     Attached as **Exhibit 93** is a true and correct copy of the registration certificate numbered TX 4-920-028 obtained from the Copyright Office for Volume 11.01 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

95.     Attached as **Exhibit 94** is a true and correct copy of the registration certificate numbered TX 4-622-434 obtained from the Copyright Office for Volume 5.02 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

96.     Attached as **Exhibit 95** is a true and correct copy of the registration certificate numbered TX 4-399-608 obtained from the Copyright Office for Volume 11.03 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

97.     Attached as **Exhibit 96** is a true and correct copy of the registration certificate numbered TX 4-511-604 obtained from the Copyright Office for Volume 5.02 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

98.     Attached as **Exhibit 97** is a true and correct copy of the registration certificate numbered TX 3-553-811 obtained from the Copyright Office for Volume 11.02 of the 1993 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

99.     Attached as **Exhibit 98** is a true and correct copy of the registration certificate numbered TX 4-768-933 obtained from the Copyright Office for Volume 5.05 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

100.    Attached as **Exhibit 99** is a true and correct copy of the registration certificate numbered TX 3-970-770 obtained from the Copyright Office for Volume 7.02 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

101.    Attached as **Exhibit 100** is a true and correct copy of the registration certificate numbered TX 4-951-512 obtained from the Copyright Office for Volume 8.03 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

102.    Attached as **Exhibit 101** is a true and correct copy of the registration certificate numbered TX 4-248-138 obtained from the Copyright Office for Volume 5.03 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

103.    Attached as **Exhibit 102** is a true and correct copy of the registration certificate numbered TX 2-697-913 obtained from the Copyright Office for Volume 5.05 of the 1989 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

104.    Attached as **Exhibit 103** is a true and correct copy of the registration certificate numbered TX 3-614-549 obtained from the Copyright Office for Volume 5.05 of the 1993 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

105.    Attached as **Exhibit 104** is a true and correct copy of the registration certificate numbered TX 4-394-571 obtained from the Copyright Office for Volume 7.02 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

106.     Attached as **Exhibit 105** is a true and correct copy of the registration certificate numbered TX 4-787-691 obtained from the Copyright Office for Volume 11.03 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

107.     Attached as **Exhibit 106** is a true and correct copy of the registration certificate numbered TX 5-202-199 obtained from the Copyright Office for Volume 11.03 of the 2000 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

108.     Attached as **Exhibit 107** is a true and correct copy of the registration certificate numbered TX 5-369-432 obtained from the Copyright Office for Volume 11.02 of the 2001 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

109.     Attached as **Exhibit 108** is a true and correct copy of the registration certificate numbered TX 4-143-803 obtained from the Copyright Office for Volume 14.02 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

110.     Attached as **Exhibit 109** is a true and correct copy of the registration certificate numbered TX 0-988-070 obtained from the Copyright Office for Part 10 of the 1982 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

111.     Attached as **Exhibit 110** is a true and correct copy of the registration certificate numbered TX-3-135-932 obtained from the Copyright Office for Volume 2.03 of the 1991 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

112.     Attached as **Exhibit 111** is a true and correct copy of the registration certificate numbered TX 4-811-646 obtained from the Copyright Office for Volume 4.06 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

113.     Attached as **Exhibit 112** is a true and correct copy of the registration certificate numbered TX 2-153-942 obtained from the Copyright Office for Volume 14.01 of the 1987 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

114.     Attached as **Exhibit 113** is a true and correct copy of the registration certificate numbered TX 1-210-036 obtained from the Copyright Office for Volume 12.02 of the 1983 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

115.     Attached as **Exhibit 114** is a true and correct copy of the registration certificate numbered TX 4-512-210 obtained from the Copyright Office for Volume 14.02 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

116.     Attached as **Exhibit 115** is a true and correct copy of the registration certificate numbered TX 3-972-349 obtained from the Copyright Office for Volume 4.07 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

117.     Attached as **Exhibit 116** is a true and correct copy of the registration certificate numbered A 0-257-751 obtained from the Copyright Office for Part 30 of the 1971 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.  These photos fairly and accurately depict the appearance of the registration certificate for A 0-257-751.

118.     Attached as **Exhibit 117** is a true and correct copy of the registration certificate numbered TX 0-565-132 obtained from the Copyright Office for Part 10 of the 1980 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

119.     Attached as **Exhibit 118** is a true and correct copy of the registration certificate numbered TX 1-846-704 obtained from the Copyright Office for Volume 14.02 of the 1986 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

120.     Attached as **Exhibit 119** is a true and correct copy of the registration certificate numbered TX 3-689-742 obtained from the Copyright Office for Volume 11.04 of the 1993 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

121.     Attached as **Exhibit 120** is a true and correct copy of the registration certificate numbered TX 4-571-119 obtained from the Copyright Office for Volume 4.07 of the 1997 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

122.     Attached as **Exhibit 121** is a true and correct copy of the registration certificate numbered TX 2-407-753 obtained from the Copyright Office for Volume 11.04 of the 1988 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

123.     Attached as **Exhibit 122** is a true and correct copy of the registration certificate numbered TX 3-128-183 obtained from the Copyright Office for Volume 4.03 of the 1991 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

124.     Attached as **Exhibit 123** is a true and correct copy of the registration certificate numbered TX 0-339-441 obtained from the Copyright Office for Part 46 of the 1979 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

125.     Attached as **Exhibit 124** is a true and correct copy of the registration certificate numbered TX 3-450-276 obtained from the Copyright Office for Volume 10.03 of the 1992 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

126.     Attached as **Exhibit 125** is a true and correct copy of the registration certificate numbered TX 0-565-140 obtained from the Copyright Office for Part 46 of the 1980 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

127.    Attached as **Exhibit 126** is a true and correct copy of the registration certificate numbered TX 3-883-919 obtained from the Copyright Office for Volume 11.04 of the 1994 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

128.    Attached as **Exhibit 127** is a true and correct copy of the registration certificate numbered TX 1-094-853 obtained from the Copyright Office for Volume 1.02 of the 1983 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

129.    Attached as **Exhibit 128** is a true and correct copy of the registration certificate numbered TX 0-814-687 obtained from the Copyright Office for Part 46 of the 1981 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

130.    Attached as **Exhibit 129** is a true and correct copy of the registration certificate numbered TX 4-126-631 obtained from the Copyright Office for Volume 11.04 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

131.    Attached as **Exhibit 130** is a true and correct copy of the registration certificate numbered TX 0-988-069 obtained from the Copyright Office for Part 46 of the 1982 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

132.    Attached as **Exhibit 131** is a true and correct copy of the registration certificate numbered TX 1-187-014 obtained from the Copyright Office for Volume 11.04 of the 1983 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

133.    Attached as **Exhibit 132** is a true and correct copy of the registration certificate numbered TX 2-046-852 obtained from the Copyright Office for Volume 1.02 of the 1987 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

134.     Attached as **Exhibit 133** is a true and correct copy of the registration certificate numbered TX 3-524-687 obtained from the Copyright Office for Volume 1.07 of the 1993 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

135.     Attached as **Exhibit 134** is a true and correct copy of the registration certificate numbered TX 2-606-739 obtained from the Copyright Office for Volume 1.02 of the 1989 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

136.     Attached as **Exhibit 135** is a true and correct copy of the registration certificate numbered TX 4-862-629 obtained from the Copyright Office for Volume 1.07 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

137.     Attached as **Exhibit 136** is a true and correct copy of the registration certificate numbered TX 4-216-101 obtained from the Copyright Office for Volume 1.07 of the 1996 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

138.     Attached as **Exhibit 137** is a true and correct copy of the registration certificate numbered TX 7-763-690 for ASTM F1193 obtained from the Copyright Office that identifies ASTM as the owner of the copyright.

139.     Attached as **Exhibit 138** is a true and correct copy of the registration certificate numbered TX 2-864-187 obtained from the Copyright Office for Volume 1.07 of the 1990 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

140.     Attached as **Exhibit 139** is a true and correct copy of the registration certificate numbered TX 3-035-186 obtained from the Copyright Office for Volume 1.07 of the 1991 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

141.    Attached as **Exhibit 140** is a true and correct copy of the registration certificate numbered TX 3-278-410 obtained from the Copyright Office for Volume 1.07 of the 1992 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

142.    Attached as **Exhibit 141** is a true and correct copy of the registration certificate numbered TX 3-614-184 obtained from the Copyright Office for Volume 14.02 of the 1993 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

143.    Attached as **Exhibit 142** is a true and correct copy of the registration certificate numbered TX 4-654-755 obtained from the Copyright Office for Volume 1.07 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

144.    Attached as **Exhibit 143** is a true and correct copy of the registration certificate numbered TX 4-029-465 obtained from the Copyright Office for Volume 1.07 of the 1995 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

145.    Attached as **Exhibit 144** is a true and correct copy of the registration certificate numbered TX 5-058-024 obtained from the Copyright Office for Volume 15.07 of the 1999 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

146.    Attached as **Exhibit 145** is a true and correct copy of the registration certificate numbered TX 3-114-937 obtained from the Copyright Office for Volume 8.03 of the 1991 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

147.    Attached as **Exhibit 146** is a true and correct copy of the registration certificate numbered TX 4-755-309 obtained from the Copyright Office for Volume 14.02 of the 1998 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

20

148.   Attached as **Exhibit 147** is a true and correct copy of the registration certificate numbered TX 5-410-705 obtained from the Copyright Office for Volume 14.04 of the 2001 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

149.   Attached as **Exhibit 148** is a true and correct copy of the registration certificate numbered TX 2-567-321 obtained from the Copyright Office for Volume 5.02 of the 1989 Annual Book of ASTM Standards that identifies ASTM as the owner of the copyright.

150.   Attached as **Exhibit 149** is a compilation of true and correct copies of the 191 ASTM standards shown in Annex A to Plaintiffs' Motion for Summary Judgment.

151.   Attached as **Exhibit 150** is a compilation of true and correct copies of the PRO infringing standards, which are the subject of this motion, as produced by PRO in this matter, including:

| | | | | |
|---|---|---|---|---|
| PRO_00082456, | PRO_00083027, | PRO_00092094, | PRO_00079099, | PRO_00080317, |
| PRO_00082342, | PRO_00082371, | PRO_00082401, | PRO_00082439, | PRO_00085147, |
| PRO_00086108, | PRO_00086524, | PRO_00087387, | PRO_00087615, | PRO_00088099, |
| PRO_00089056, | PRO_00089070, | PRO_00089092, | PRO_00089127, | PRO_00090507, |
| PRO_00090524, | PRO_00090715, | PRO_00091622, | PRO_00091642, | PRO_00091681, |
| PRO_00091708, | PRO_00091718, | PRO_00091848, | PRO_00091891, | PRO_00091919, |
| PRO_00091991, | PRO_00092428, | PRO_00092802, | PRO_00093012, | PRO_00093103, |
| PRO_00093196, | PRO_00093234, | PRO_00093301, | PRO_00093351, | PRO_00092176, |
| PRO_00092264, | PRO_00092306, | PRO_00092702, | PRO_00092827, | PRO_00092925, |
| PRO_00092980, | PRO_00093036, | PRO_00093063, | PRO_00093139, | PRO_00093990, |
| PRO_00093661, | PRO_00093765, | PRO_00093904, | PRO_00093937, | PRO_00094004, |
| PRO_00094070, | PRO_00094023, | PRO_00094157, | PRO_00094182, | PRO_00106152, |
| PRO_00094717, | PRO_00104153, | PRO_00104757, | PRO_00105023, | PRO_00105309, |
| PRO_00105881, | PRO_00106163, | PRO_00106312, | PRO_00094595, | PRO_00094611, |
| PRO_00094626, | PRO_00094675, | PRO_00094756, | PRO_00094822, | PRO_00094836, |
| PRO_00094914, | PRO_00094936, | PRO_00095007, | PRO_00095921, | PRO_00096949, |
| PRO_00097934, | PRO_00100185, | PRO_00101043, | PRO_00101068, | PRO_00101090, |
| PRO_00101136, | PRO_00101163, | PRO_00101220, | PRO_00101269, | PRO_00101349, |
| PRO_00101825, | PRO_00101844, | PRO_00101895, | PRO_00102865, | PRO_00102894, |
| PRO_00102907, | PRO_00103138, | PRO_00103173, | PRO_00103201, | PRO_00103260, |
| PRO_00103325, | PRO_00103385, | PRO_00103410, | PRO_00103442, | PRO_00103727, |
| PRO_00103788, | PRO_00103821, | PRO_00103869, | PRO_00103893, | PRO_00103921, |
| PRO_00104044, | PRO_00104096, | PRO_00104357, | PRO_00104411, | PRO_00104441, |
| PRO_00104464, | PRO_00104481, | PRO_00104686, | PRO_00104707, | PRO_00104729, |

PRO_00104786,     PRO_00104803,     PRO_00104844,     PRO_00104938,     PRO_00104991,
PRO_00105075,     PRO_00105128,     PRO_00105157,     PRO_00105237,     PRO_00106413,
PRO_00106690,     PRO_00106769,     PRO_00106868,     PRO_00106994,     PRO_00106516,
PRO_00106663,     PRO_00106679,     PRO_00106732,     PRO_00106751,     PRO_00106805,
PRO_00106810,     PRO_00106820,     PRO_00165936,     PRO_00106851,     PRO_00106859,
PRO_00106889,     PRO_00106896,     PRO_00106908,     PRO_00106963,     PRO_00106508,
PRO_00107383,     PRO_00107415,     PRO_00107437,     PRO_00107445,     PRO_00107451,
PRO_00107458,     PRO_00107463,     PRO_00107471,     PRO_00107483,     PRO_00107005,
PRO_00107009,     PRO_00107015,     PRO_00107023,     PRO_00107030,     PRO_00107035,
PRO_00107047,     PRO_00107055,     PRO_00107069,     PRO_00107074,     PRO_00107080,
PRO_00107106,     PRO_00107111,     PRO_00107151,     PRO_00107162,     PRO_00107168,
PRO_00241177,     PRO_00107183,     PRO_00107216,     PRO_00107247,     PRO_00107256,
PRO_00107283,     PRO_00107291,     PRO_00107297,     PRO_00107520,     PRO_00107496,
PRO_00107508, PRO_00091668.

     152.    Attached as **Exhibit 151** is a true and correct copy of a collection of screenshots

taken on September 20, 2019 from the Internet Archive from the following websites:

      https://archive.org/details/gov.law.astm.a36.1977/page/n3;
      https://archive.org/details/gov.law.astm.a36.1997;
      https://archive.org/details/gov.law.astm.a82.1979;
      https://archive.org/details/gov.law.astm.a184.1979;
      https://archive.org/details/gov.law.astm.a185.1979;
      https://archive.org/details/gov.law.astm.a203.1997;
      https://archive.org/details/gov.law.astm.a242.1979;
      https://archive.org/details/gov.law.astm.a285.1978;
      https://archive.org/details/gov.law.astm.a307.1978;
      https://archive.org/details/gov.law.astm.a325.1979;
      https://archive.org/details/gov.law.astm.a370.1977;
      https://archive.org/details/gov.law.astm.a441.1979;
      https://archive.orgkletails/gov.law.astm.a449.1978;
      https://archive.org/details/gov.Law.astm.a475.1978;
      https://archive.org/details/gov.law.astm.a490.1979;
      https://archive.org/details/gov.law.astm.a496.1976;
      https://archive.org/details/gov.law.astm.a497.1979;
      https://archive.org/details/gov.law.astm.a500.1978;
      https://archive.org/details/gov.law.astm.a501.1976;
      https://archive.org/details/gov.law.astm.a502.1976;
      https://archive.org/details/gov.law.astm.a514.1977;
      https://archive.org/details/gov.law.astm.a516.1990/page/n1;
      https://archive.org/details/gov.law.astm.a570.1979;
      https://archive.org/details/gov.law.astm.a572.1979;
      https://archive.org/details/gov.law.astm.a588.1979;
      https://archive.org/details/gov.law.astm.a611.1972;
      https://archive.org/details/gov.law.astm.a615.1979;
      https://archive.org/details/gov.law.astm.a616.1979;

https://archive.org/details/gov.law.astm.a617.1979/page/n1;
https://archive.org/details/gov.law.astm.a633.1979;
https://archive.org/details/gov.law.astm.b21.1983;
https://archive.org/details/gov.law.astm.b85.1984;
https://archive.org/details/gov.law.astm.b209.1996/page/n1;
https://archive.org/details/gov.law.astm.b224.1980;
https://archive.org/details/gov.law.astm.b557.1984;
https://archive.org/details/gov.law.astm.b580.1979;
https://archive.org/details/gov.law.astm.b694.1986;
https://archive.org/details/gov.law.astm.c5.1979;
https://archive.org/details/gov.law.astm.c150.1999/page/n1;
https://archive.org/details/gov.law.astm.c177.1997;
https://archive.org/details/gov.law.astm.c236.1989;
https://archive.org/details/gov.law.astm.c330.1999;
https://archive.org/details/gov.law.astm.c509.1984;
https://archive.org/details/gov.law.astm.c516.1980/page/n1;
https://archive.org/details/gov.law.astm.c518.1991;
https://archive.org/details/gov.law.astm.c549.1981;
https://archive.org/details/gov.law.astm.c564.1970;
https://archive.org/details/gov.law.astm.d86.2007;
https://archive.org/details/gov.law.astm.d129.1995/page/n1;
https://archive.org/details/gov.law.astm.d396.1998;
https://archive.org/orgidetails/gov.law.astm.d512.1999;
https://archive.org/details/gov.law.astm.d611.1982;
https://archive.org/details/gov.law.astm.d665.1998;
https://archive.org/orgidetails/gov.law.astm.d814.1995;
https://archive.org/cletills/gov.law.astm.d975.1998/page/n2;
https://archive.org/cletills/gov.law.astm.d975.2007/page/n2;
https://archive.org/details/gov.law.astm.d1217.1993;
https://archive.org/details/gov.law.astm.d1246.1995;
https://archive.org/details/gov.law.astm.d1253.1986;
https://archive.org/details/gov.law.astm.d1266.19981page/n2;
https://archive.org/detills/gov.law.astm.d1298.1999;
https://archive.org/details/gov.law.astm.d1335.1967;
https://archive.org/details/gov.law.astm.d1412.1993;
https://archive.org/details/gov.law.astm.d1480.1993;
https://archive.org/details/gov.law.astm.d1481.1993;
https://archive.org/details/gov.law.astm.d1518.1985;
https://archive.org/details/gov.law.astm.d1535.1989;
https://archive.org/details/gov.law.astm.d1552.1995;
https://archive.org/details/gov.law.astm.d1688.1995/page/n2;
https://archive.org/details/gov.law.astm.d1785.1986/page/n2;
https://archive.org/details/gov.law.astm.d1835.1997;
https://archive.org/details/gov.law.astm.d1890.1996;
https://archive.org/details/gov.law.astm.d1943.1996;
https://archive.org/details/gov.law.astm.d1945.1996;

https://archive.org/details/gov.law.astm.d1946.1990;
https://archive.org/details/gov.law.astm.d2013.1986;
https://archive.org/details/gov.law.astm.d2015.1996;
https://archive.org/details/gov.law.astm.d2036.1998/page/n2;
https://archive.org/details/gov.law.astm.d2163.1991;
https://archive.org/details/gov.law.astm.d2216.1998;
https://archive.org/details/gov.law.astm.d2234.1998;
https://archive.org/details/gov.law.astm.d2460.1997;
https://archive.org/details/gov.law.astm.d2502.1992;
https://archive.org/details/gov.law.astm.d2503.1992;
https://archive.org/details/gov.law.astm.d2597.1994;
https://archive.org/details/gov.law.astm.d2622.1998;
https://archive.org/details/gov.law.astm.d2724.1987/page/n2;
https://archive.org/details/gov.law.astm.d2777.1998;
https://archive.org/details/gov.law.astm.d2879.1997;
https://archive.org/details/gov.law.astm.d2986.1995;
https://archive.org/details/gov.law.astm.d3120.1996;
https://archive.org/details/gov.law.astm.d3173.1987;
https://archive.org/details/gov.law.astm.d3178.1989;
https://archive.org/details/gov.law.astm.d3236.1988;
https://archive.orgideballs/gov.law.astm.d3246.1996;
https://archive.org/details/gov.law.asirn.d3286.1996;
https://archive.org/details/gov.law.astm.d3371.1995;
https://archive.org/details/gov.law.astm.d3454.1997/page/n2;
https://archive.org/details/gov.law.astm.d3588.1998;
https://archive.org/details/gov.law.astm.d3697.1992;
https://archive.org/details/gov.law.astm.d4177.1995;
https://archive.org/details/gov.law.astm.d4239.1997;
https://archive.org/details/gov.law.astm.d4268.1993/page/n2;
https://archive.org/details/gov.law.astm.d4294.1998;
https://archive.org/details/gov.law.astm.d4809.1995;
https://archive.org/details/gov.law.astm.d4891.1989;
https://archive.org/details/gov.law.astm.d5257.1997;
https://archive.org/details/gov.law.astm.d5373.1993;
https://archive.org/details/gov.law.astm.d5489.1996;
https://archive.org/details/gov.law.astm.d5673.1996;
https://archive.org/details/gov.law.astm.d5865.1998;
https://archive.org/details/gov.law.astm.d6216.1998/page/n2;
https://archive.org/details/gov.law.astm.d6228.1998;
https://archive.org/details/gov.law.astm.d6420.1999;
https://archive.org/details/gov.law.astm.d6503.1999/page/n2;
https://archive.org/details/gov.law.astm.e11.1995;
https://archive.org/details/gov.law.astm.e23.1982;
https://archive.org/details/gov.law.astm.e29.1990;
https://archive.orgidetails/gov.law.astm.e72.1980;
https://archive.orgkietailsigov.law.astm.e96.1995;

https://archive.org/details/gov.law.astm.e145.1994;
https://archive.org/details/gov.law.astm.e169.1987;
https://archive.org/details/gov.law.astm.e185.1982;
https://archive.org/details/gov.law.astm.e260.1996/page/n2;
https://archive.org/detills/gov.law.astm.e283.1991;
https://archive.org/details/gov.law.astm.e408.1971;
https://archive.org/details/gov.law.astm.e424.1971;
https://archive.org/details/gov.law.astm.e606.1980;
https://archive.org/detills/gov.law.astm.e681.1985;
https://archive.org/details/gov.law.astm.e695.1979;
https://archive.org/details/gov.law.astm.e711.1987;
https://archive.org/details/gov.law.astm.e773.1997;
https://archive.org/details/gov.law.astm.e774.1997;
https://archive.org/details/gov.law.astm.e776.1987;
https://archive.org/details/gov.law.astm.e885.1988;
https://archive.org/details/gov.law.astm.e1337.1990;
https://archive.orgidetails/gov.Law.astm.f478.1992;
https://archive.org/details/gov.law.astm.f631.1980;
https://archive.org/details/gov.law.astm.f631.1993;
https://archive.org/details/gov.law.astm.f682.1982;
https://archive.org/details/gov.law.astm.f715.1981;
https://archive.orgidetails/gov.law.astm.f715.1995;
https://archive.org/details/gov.law.astm.f722.1982/page/n2;
https://archive.org/details/gov.law.astm.f808.1983/page/n2;
https://archive.org/details/gov.law.astm.f1003.1986;
https://archive.org7details/gov.law.astm.f1006.1986;
https://archive.org/cletalls/gov.law.astm.f1007.1986;
https://archive.org/details/gov.law.astm.f1014.1992;
https://archive.org/details/gov.law.astm.f1020.1986;
https://archive.org/details/gov.law.astm.f1120.1987/page/n2;
https://archive.org/details/gov.law.astm.f1121.1987;
https://archive.org/details/gov.law.astm.f1122.1987/page/n2;
https://archive.org/details/gov.law.astm.f1123.1987;
https://archive.org/details/gov.law.astm.f1155.1998;
https://archive.org/Petalls/gov.law.astm.f1172.1988;
https://archive.org/details/gov.law.astm.f1173.1995/page/n2;
https://archive.orgidetails/gov.law.astm.f1193.2006;
https://archive.org/details/gov.law.astm.f1199.1988;
https://archive.org/details/gov.law.astm.f1201.1988;
https://archive.org/details/gov.law.astm.f1271.1990;
https://archive.org/details/gov.law.astm.f1273.1991;
https://archive.org/details/gov.law.astm.f1321.1992;
https://archive.org/details/gov.law.astm.f1323.1993/page/n2;
https://archive.org/details/gov.law.astm.f1471.1993;
https://archive.org/details/gov.law.astm.f1546.1996/page/n2;
https://archive.org/details/gov.law.astm.f1548.1994;

https://archive.org/details/gov.law.astm.g21.1990;
https://archive.org/details/gov.law.astm.g151.1997/page/n2; and
https://archive.org/details/gov.law.astm.g154.2000.

153.    Attached as **Exhibit 152** is a true and correct compilation of true and correct PDF

copies of each work located at the links identified in paragraph 152 above, which were

downloaded at my direction.

154.    Attached as **Exhibit 153** is a true and correct copy of a collection of screenshots

taken on October 4, 2019 from the SCRIBD from the following websites:

https://www.scribd.com/document/422711187/ASTM-a106;
https://www.scribd.com/document/145607450/astm-a370-1977;
https://www.scribd.com/document/272291878/astm-a416-1974;
https://www.scribd.com/document/278686918/ASTM-A500;
https://www.scribd.com/document/234203008/astm-a514-1977;
https://www.scribd.com/document/210869899/astm-a633-1979;
https://www.scribd.com/doc/201446820/astm-b21-1983;
https://www.scribd.com/document/321080180/astm-b283-1996-pdf;
https://www.scribd.com/document/178057925/Astm-d396-Fuel-Oil-Specx;
https://www.scribd.com/document/401765858/astm-d 1072-1990-1;
https://www.scribd.com/document/263895462/astm-d1945-1996-pdf;
https://www.scribd.com/document/401765953/astm-d2986-1995-2-pdf;
https://www.scribd.com/document/288410402/astm-d3236-1988;
https://www.scribd.com/document/401765954/astm-d4177-1995-2-pdf;
https://www.scribd.com/document/322545138/astm-d4268-1993;
https://www.scribd.com/document/244512162/astm-d5373-1993-pdf;
https://www.scribd.com/document/343818451/astm-d 5489-1996;
https://www.scribd.com/clocument/234571707/astm-d5673-1996;
https://www.scribd.com/document/401765963/astm-d6216-1998-1-pdf;
https://www.scribd.com/document/237036558/astm-e96-1995;
https://www.scribd.com/document/234585391/astm-e145-1994;
https://www.scribd.com/doc./201446851/astm-f478-1992;
https://www.scribd.com/document/201446855/astm-f682-1982; and
https://www.scribd.com/document/401765965/astm-f1007-1986-2-pdf.

155.    Attached hereto as **Exhibit 154** is a true and correct copy of a screenshot of the

webpage located at https://support.scribd.com/hc/en-us/articles/210134106-Premium-

Membership#Where-do-I-go-to-join, taken on September 25, 2019.

156.    Attached hereto as **Exhibit 155** is a true and correct copy of a screenshot of the webpage located at https://www.astm.org/BOOKSTORE/BOS/TOCS_2019/02.05.html, taken on October 4, 2019.

157.    Attached hereto as **Exhibit 156** is a true and correct copy of a screenshot of the webpage located at https://www.astm.org/READINGLIBRARY/VIEW/PHMSA.html, taken on October 6, 2019.

158.    Attached hereto as **Exhibit 157** is a true and correct copy of a document *Bates* labeled ASTM103291, which was produced by ASTM in this matter.

159.    Attached hereto as **Exhibit 158** are true and correct copies of a document *Bates* labeled ASTM103527, which was produced by ASTM in this matter.

160.    Attached hereto as **Exhibit 159** are true and correct copies of a document *Bates* labeled ASTM103529, which was produced by ASTM in this matter.

161.    Attached hereto as **Exhibit 160** are true and correct copies of *Bates* a document Bates labeled ASTM003523, which was produced by ASTM in this matter.

162.    Attached hereto as **Exhibit 161** are true and correct copies of a document *Bates* labeled ASTM003631, which was produced by ASTM in this matter.

163.    Attached hereto as **Exhibit 162** is a true and correct copy of a document Bates labeled PRO_00245530, which was produced by PRO in this matter.

164.    Attached hereto as **Exhibit 163** is a true and correct copy of a document Bates labeled PRO_00232651, which was produced by PRO in this matter.

165.    Attached as **Exhibit 164** is a true and correct copy of Defendant's responses to Interrogatories Nos. 17 to 23 served by American Society for Testing and Materials, dated June 3, 2019.  Defendant did not serve supplemental responses to these interrogatories.

166.    Attached as **Exhibit 165** is a true and correct copy of a webpage that was accessed from the following URL on October 2, 2019:

https://ia800700.us.archive.org/20/items/gov.law.astm.d86.2007/astm.d86.2007.html.

167.    Attached as **Exhibit 166** are true and correct copies of excerpts from a webpage that was accessed from the following URL on October 2, 2019:

https://archive.org/stream/gov.law.nfpa.nec.2011/nfpa.nec.2011_djvu.txt.

168.    Attached as **Exhibit 167** are true and correct copies of screenshots taken on October 4, 2019 of the following webpages on the Internet Archive:

https://archive.org/details/gov.law.nfpa.101.2000;
https://archive.org/details/gov.law.nfpa.nec.2005;
https://archive.org/details/gov.law.nfpa.30.2003;
https://archive.org/details/gov.law.nfpa.99.2005;
https://archive.org/details/gov.law.nfpa.nec.2011; and
https://archive.org/details/gov.law.nfpa.nec.2017.

169.    Attached as **Exhibit 168** are true and correct copies of excerpts of webpages that were accessed from the following URLs on October 3, 2019:

https://ia800105.us.archive.org/33/items/gov.law.nfpa.nec.2011/nfpa.nec.2011.pdf; and

https://ia802908.us.archive.org/26/items/gov.law.nfpa.nec.2014/nfpa.nec.2014.pdf.

170.    Attached as **Exhibit 169** is a true and correct copy of screenshots from the Internet Archive containing the "cover sheets" placed on Internet Archive's posting of ASHRAE Standard 90.1-2004 and ASHRAE Standard 90.1-2007, which were retrieved from the following websites: https://archive.org/details/gov.law.ashrae.90.1.2004; and

https://archive.org/details/gov.law.ashrae.90.1.2007.

171.    Attached as **Exhibit 170** is a true and correct copy of a collection of screenshots from the Building Codes Assistance Project, which tracks the status of state commercial and residential building codes, which were retrieved from the following websites:

28

http://bcapcodes.org/code-status/state/minnesota/; http://bcapcodes.org/code-status/state/maine/;
http://bcapcodes.org/code-status/state/nevada/; http://bcapcodes.org/code-status/state/illinois/;
and http://bcapcodes.org/code-status/state/california/.

172.    Attached as **Exhibit 171** is a true and correct copy of a screenshot taken on
October 4, 2019 of the following webpage on the Internet Archive:
https://archive.org/details/gov.law.astm.e23.1982.

173.    Attached as **Exhibit 172** is a true and correct copy of an excerpt from the
document that was accessed from the following URL on October 3, 2019:
https://ia800105.us.archive.org/33/items/gov.law.nfpa.nec.2011/nfpa.nec.2011.pdf

174.    Attached as **Exhibit 173** are true and correct copies of documents Bates stamped
PRO_00267241-43 and PRO_00267293-94, which were produced by Public.Resource.Org.

*    *    *


I declare under the penalty of perjury under the laws of the United States of America that
the foregoing is true and correct pursuant to 28 U.S.C. § 1746.


Dated:  October 7, 2019

Jane W. Wise