# EXHIBIT 30

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 13-350**

**October 2, 2019**



United States Register of Copyrights and Director

C-731 — 03/2019

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   13-350

TX          TXU

EFFECTIVE DATE OF REGISTRATION

MAR 2 1 1978

Month          Day          Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**①**
Title

**TITLE OF THIS WORK:** 1978 Annual Book of ASTM Standards Part 4,Structural Steel; Concrete Reinforcing Steel; Pressure Vessel Plate and Forgings; Steel Rails, Wheels, and Tires; Steel Fasteners.

**PREVIOUS OR ALTERNATIVE TITLES:**

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: . . . . . . . . . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . . Date . . . . . . . . . . . . Pages . . . . . . . . . . . . . .

**②**
Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** American Society for Testing & Materials

Was this author's contribution to the work a "work made for hire"?  Yes. [X]  No . . . . .

**DATES OF BIRTH AND DEATH:**
Born . . . . . . . . Died . . . . . . .
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . . . . . . . . . } or { Domiciled in . . U.S.A . . . . .
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes . . . .  No . . . . .
Pseudonymous?  Yes . . . .  No . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes . . . . .  No . . . . .

**DATES OF BIRTH AND DEATH:**
Born . . . . . . . . Died . . . . . . .
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . .
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes . . . .  No . . . . .
Pseudonymous?  Yes . . . .  No . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?  Yes . . . . .  No . . . . .

**DATES OF BIRTH AND DEATH:**
Born . . . . . . . . Died . . . . . . .
(Year)          (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . . . . . . . . . } or { Domiciled in . . . . . . . . . . .
(Name of Country)                              (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes . . . .  No . . . . .
Pseudonymous?  Yes . . . .  No . . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③**
Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year . . 1977 . . .

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date . . February . . . . . 1 . . . . . 1978
(Month)          (Day)          (Year)

Nation . . United States . . . . . . .
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④**
Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, Pennsylvania    19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of . . . . pages

| EXAMINED BY | | APPLICATION RECEIVED: | | |
|---|---|---|---|---|
| CHECKED BY: | | MAR 11 1978 | | FOR |
| CORRESPONDENCE: ☐ Yes | | DEPOSIT RECEIVED: MAR 11 1978 MAR 11 1978 | | COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED: ☒ | | REMITTANCE NUMBER AND DATE 136751  MAR 21 78 | | |

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

---

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes **XX**    No .......
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ...... **A 836245** ...... Year of Registration ...... **1977** ......

**(5) Previous Registration**

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
{ **1977 Edition, Annual Book of ASTM Standards, Part 4**

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
{ **Compilation of previously published text plus additional text.**

**(6) Compilation or Derivative Work**

---

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| **Waverly Press, Inc.** | **Easton, Maryland** |

**(7) Manufacturing**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or  (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**(8) License For Handicapped**

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: .......................................

Account Number: .......................................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Robert L. Meltzer, ASTM**
Address: **1916 Race Street**
**Philadelphia, Pennsylvania 19103**
(City)          (State)          (ZIP)

**(9) Fee and Correspondence**

---

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)   **American Society for Testing**
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of   **and Materials**
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Robert L. Meltzer*

Typed or printed name: **Robert L. Meltzer** ....... Date **3/14/78**

**(10) Certification (Application must be signed)**

---

| MAIL CERTIFICATE TO | **(11) Address For Return of Certificate** |
|---|---|

**American Society for Testing and Materials**
(Name)
**1916 Race Street**
(Number, Street and Apartment Number)
**Philadelphia, Pennsylvania 19103**
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

---

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1977 O - 248-641

# EXHIBIT 31

# CERTIFICATE OF REGISTRATION



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TX 4-873-764**

*TX0004873764*

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS ★
OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

**MAR 1 2 1999**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

**1999 Annual Book of ASTM Standards** - STEEL - STRUCTURAL, REINFORCING, Pressure Vessel, RAILWAY

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.04 | 01 | JANUARY | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**

a. **American Society for Testing and Materials**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: **Entire Text**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

b.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

**NAME OF AUTHOR ▼**

c.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

## 3

a. **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
**1999** ◀ Year

b. **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ JAN     Day ▶ 27     Year ▶ 1999
**U.S.A.** ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
MAR 12 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 12 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of ___ pages

ASTM000097

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM SE**

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ i Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼       Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼
1998 Annual Book of ASTM Standards, Section 01 , Volume 01.06
b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

---

**—space deleted—**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** ·   A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a. ☒ Copies and Phonorecords         b. ☐ Copies Only         c. ☐ Phonorecords Only

**8**

See instructions.

---

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   American Society for
Testing and Materials
Account Number ▼   # DA078328

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959
Area Code & Telephone Number ▶ 610-832-9632

**9**

Be sure to
give your
daytime phone
number.

---

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society
for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer
date ▶ 2/26/99

⟋  (Handwritten signature (X)) ▼
Robert L. Meltzer

**10**

---

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Kathe Hooper, ASTM
Number Street Apartment Number ▼
100 Barr Harbor Drive
City State ZIP ▼
West Conshohocken, PA  19428-2959

· YOU MUST:
· Complete all necessary spaces
· Sign your application in space 10
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

Copyright fees are ad-
justed at 5-year inter-
vals, based on in-
creases or decreases in
the Consumer Price In-
dex. The next adjust-
ment is due in 1995.
Contact the Copyright
Office in January 1995
for the new fee sched-
ule.

---

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992–312-432/80,002

ASTM000098

# EXHIBIT 32

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

**REGISTER OF COPYRIGHTS**
*United States of America*

| REGISTRATION NUMBER |
| --- |
| TX     464-573 |
| TX          TXU |

| EFFECTIVE DATE OF REGISTRATION |
| --- |
| 4     21     80 |
| Month     Day     Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 4, Steel-Structural, Reinforcing, Pressure Vessel, Railway; Fasteners

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol. ...... No. ...... Issue Date ......

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ...... Vol. ...... No. ...... Date ...... Pages ......

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** American Society for Testing and Materials
Was this author's contribution to the work a "work made for hire"? Yes. X... No......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...... (Name of Country) } or { Domiciled in ...U.S.A... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...... (Name of Country) } or { Domiciled in ...... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"? Yes...... No......
**DATES OF BIRTH AND DEATH:** Born ...... (Year) Died ...... (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ...... (Name of Country) } or { Domiciled in ...... (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1980
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date February 29 1980
(Month) (Day) (Year)
Nation United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing and Materials
1916 Race Street
Philadelphia, PA.   19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

**DO NOT WRITE HERE**
Page 1 of ...... pages

ASTM000109

| | EXAMINED BY | APPLICAT... | ...EIVED | | |
|---|---|---|---|---|---|
| | CHECKED BY: | APR 21  80 | | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: APR 21 1980 | APR 21 1980 | | FOR COPYRIGHT OFFICE USE ONLY |
| TX   464-573 | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 217631 APR 21 80 | | | |

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes  X ....   No ...... .
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number   TX 243-321       Year of Registration   1979

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{   1979 Annual Book of ASTM Standards, Part 4

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{   Compilation of previously published text plus additional text

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office:  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or  (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ...........................

Account Number: ...................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Robert L. Meltzer, ASTM
Address: 1916 Race Street
Philadelphia,      PA        19103
(City)              (State)        (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)   American Society for Testing and

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of:   Materials
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

👉   Handwritten signature: (X) *Robert L. Meltzer*

Typed or printed name: Robert L. Meltzer          Date 3/25/80

**⑩ Certification (Application must be signed)**

American Society for Testing and Materials
(Name)

1916 Race Street
(Number, Street and Apartment Number)

Philadelphia,     PA        19103
(City)        (State)     (ZIP code)

**MAIL CERTIFICATE TO
MAY 30 1980**
(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

✱ 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

⊛ U.S. GOVERNMENT PRINTING OFFICE : 1977 O - 248-641

ASTM000110

# EXHIBIT 33

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-685-938**

**Effective date of
registration:**

March 5, 2013

## Title

**Title of Work:** ASTM A106/A106M-04b Standard Specification for Seamless Carbon Steel Pipe for
High Temperature Service

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** December 1, 2004          **Nation of 1st Publication:** United States

## Author

**Author:** ASTM International

**Author Created:** Entire Text

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** ASTM International

100 Barr Harbor Drive, West Conshohocken, PA, 19428, United States

## Limitation of copyright claim

**Material excluded from this claim:** text

**Previous registration and year:** TX 5-914-334     2004

TX 5-665-928     2003

**New material included in claim:** text, editing

## Rights and Permissions

**Organization Name:** ASTM International

**Name:** Kathleen  Hooper

**Email:** khooper@astm.org                                    **Telephone:** 610-832-9634

**Address:** 100 Barr Harbor Drive

West Conshohocken, PA 19428  United States

## Certification

Page 1 of 2

ASTM000163

**Name:** Kathleen Hooper

**Date:** March 1, 2013

ASTM000164

# EXHIBIT 34

# CERTIFICATE OF REGISTRATION



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



**TX 4–654–921**

*TX0004654921*



UNITED STATES COPYRIGHT OFFICE

★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

EFFECTIVE DATE OF REGISTRATION

Month **3**  Day **20**  Year **98**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards, Iron and Steel Products: Steel–Structural, Reinforcing, Pressure, Railway

| Volume | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.04 | 01 | January 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

**a** NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶   United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:  Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE  Complete this information ONLY if this work has been published.
Month ▶ February   Day ▶ 25   Year ▶ 1998     ◀ Nation

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

See instructions before completing this space.

APPLICATION RECEIVED
MAR 20 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 20 1998
REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE OFFICE USE ONLY*

2

ASTM000079

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____   Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
  1997 Annual Book of ASTM Standards, Section 01 , Volume 01.04.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b. ☐ Copies Only    c. ☐ Phonorecords Only

See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name                                             Account Number ▼
  American Society for Testing and Materials         DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to
give your
daytime phone
number.

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
  ☐ author
  ☐ other copyright claimant
  ☐ owner of exclusive right(s)
  ☒ authorized agent of  American Society for Testing & Materials
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                                   date ▶  3-5-98

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼
  Kathe Hooper, ASTM
Number/Street/Apartment Number
  100 Barr Harbor Drive
City/State/ZIP ▼
  West Conshohocke, PA  19428-2959

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

# EXHIBIT 35

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 243-321**

**October 2, 2019**

*Kay H. Teste*

United States Register of Copyrights and Director

C-731 · 03/2019

# FORM TX

UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

TX   **243-321**

☐ TX          ☐ TXU

EFFECTIVE DATE OF REGISTRATION

**APR 9 1979**

Month ........ Day ........ Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:**   1979 Annual Book of ASTM Standards, Part 4: Steel-Structural, Reinforcing, Pressure Vessel, Railway; Fasteners

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol ..... No ..... Issue Date .....

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ..... Vol ..... No ..... Date ..... Pages .....

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**   American Society for Testing & Materials

**DATES OF BIRTH AND DEATH:**
Born ......... Died .........
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?   Yes. X .   No. .....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... { (Name of Country) } or { Domiciled in ..... U.S.A. ..... (Name of Country) }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**2**

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ......... Died .........
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?   Yes .....   No .....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... { (Name of Country) } or { Domiciled in ..... (Name of Country) }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

**DATES OF BIRTH AND DEATH:**
Born ......... Died .........
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?   Yes .....   No .....

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ..... { (Name of Country) } or { Domiciled in ..... (Name of Country) }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes ...... No ......
Pseudonymous?   Yes ...... No ......
If the answer to either of these questions is "Yes, see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year. 1979 .....

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date..... March ..... 1 ..... 1979 .....
(Month)        (Day)      (Year)

Nation..... United States .....
(Name of Country)

(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA  19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

**DO NOT WRITE HERE**

Page 1 of ..... pages

| EXAMINED BY: | | APPLICATION RECEIVED: | | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| CHECKED BY: | | APR 09 1979 | | |
| CORRESPONDENCE:<br>☐ Yes | | DEPOSIT RECEIVED:<br>APR 09 1979 | APR 09 1979 | |
| | DEPOSIT ACCOUNT FUNDS USED:<br>☐ | REMITTANCE NUMBER AND DATE<br>201061 APR 979 | | |

**TX   243-321**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes  X   No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number ..TX 13-350...... Year of Registration ...1978...

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)

{ 1978 Annual Book of ASTM Standards, Part 4

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ Compilation of previously published text plus additional text

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: ..Robert L. Meltzer, ASTM....
Address: ..1916 Race Street..............
......Philadelphia, PA  19103..........  (Apt.)
     (City)            (State)      (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION: #** I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: American Society for Testing and Materials
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Robert L. meltz_

Typed or printed name ...Robert L. Meltzer...... Date 3/23/79

**⑩ Certification (Application must be signed)**

| MAIL CERTIFICATE TO | ⑪ Address For Return of Certificate |
|---|---|

..American Society for Testing & Materials..........
                    (Name)
..1916 Race Street.....................................
     (Number, Street and Apartment Number)
..Philadelphia, PA  19103..........
     (City)          (State)    (ZIP code)

1 8 JUN 1979

(Certificate will be mailed in window envelope)

**#** 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977 O - 246-641

# EXHIBIT 36

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 226-040**

**October 3, 2019**



United States Register of Copyrights and Director

c-731 · 03/2019

claimant(s) obtained ownership of the copyright.)



# FORM TX

UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
| --- |
| TX        226-040 |
| TX          TXU |

EFFECTIVE DATE OF REGISTRATION

**APR 9 1979**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**(1) Title**

TITLE OF THIS WORK:   1979 Annual Book of ASTM Standards,
Part 1: Steel-Piping, Tubing, Fittings

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol...... No...... Issue Date......

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)
Title of Collective Work:........................ Vol...... No...... Date...... Pages............

**(2) Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1** NAME OF AUTHOR: American Society for Testing & Materials
DATES OF BIRTH AND DEATH: Born...... (Year) Died...... (Year)
Was this author's contribution to the work a "work made for hire"? Yes.. X.. No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of................ (Name of Country) } or { Domiciled in..U.S.A. (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)

**2** NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born...... Died......
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of................ (Name of Country) } or { Domiciled in................ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)

**3** NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Born...... Died...... (Year)
Was this author's contribution to the work a "work made for hire"? Yes...... No......
AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of................ (Name of Country) } or { Domiciled in................ (Name of Country)
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes, see detailed instructions attached.
AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year...... 1979
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date   March 1, 1979
(Month) (Day) (Year)
Nation   United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

| DO NOT WRITE HERE |
| --- |
| Page 1 of ...... pages |

EXAMINED BY
CHECKED BY

CORRESPONDENCE
☐ Yes

DEPOSIT ACCOUNT FUNDS USED: ☐

APPLICATION RECEIVED
APR 09 1979

DEPOSIT RECEIVED
APR 09 1979

REMITTANCE NUMBER AND DATE
201061 APR 9 1979

FOR COPYRIGHT OFFICE USE ONLY

TX   226-040

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**
- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes X   No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number   TX 13-355   Year of Registration   1978

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
{ 1978 Annual Book of ASTM Standards, Part 1
MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
{ Compilation of previously published text plus additional text

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)
- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically-handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols): or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name:
Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Robert L. Meltzer, ASTM
Address: 1916 Race Street
Philadelphia, PA   19103
(City)  (State)  (ZIP)  (Apt.)

**(9) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)   AmericanSociety for Testing
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of:   and Materials
(Name of author or other copyright claimant or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Robert L. Meltzer_
Typed or printed name: Robert L. Meltzer   Date 3/23/79

**(10) Certification (Application must be signed)**

American Society for TEsting & Materials
(Name)
1916 Race Street
(Number, Street and Apartment Number)
Philadelphia, PA   19103
(City)  (State)  (ZIP code)

MAIL CERTIFICATE TO

10 MAY 1979

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE : 1977 O – 248-641

# EXHIBIT 37

# CERTIFICATE OF REGISTRATION



**FORM SE**
UNITED STATES COPYRIGHT OFFICE



★ UNITED STATES COPYRIGHT OFFICE ★
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

**TX 4-083-251**

*TX004083251*

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 8 | 30 | 95 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1995 Annual Book of ASTM Standards: *Iron and Steel Products: Steel—Piping, Tubing, Fittings*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 01 | 01 | Jan. 1995 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NOTE**

### a
**NAME OF AUTHOR ▼**

American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

### b
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

*01557188S*

## 3

### a
**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** *This information must be given in all cases.*
1995 ◀ Year

### b
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
*Complete this information ONLY if this work has been published.*
Month *August* Day *24* Year *1995* ◀ Nation **U.S.A.**

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA    19103-1187

*See instructions before completing this space*

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 30 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 30 1995
REMITTANCE NUMBER AND DATE

*DO NOT WRITE HERE / OFFICE USE ONLY*

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ____ pages

ASTM000049

| EXAMINED BY | | FORM SE |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office? **5**

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ Year of Registration ▼

TX# *4-059-536* *1994*

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation. **6**

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

*1994* **Annual Book of ASTM Standards, Section** *01*, **Volume** *01* .

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions before completing this space.

**—space deleted—** **7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both. **8**

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **9**

Name ▼ *American Society for Testing and Materials* Account Number ▼ *DA 078328*

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

Be sure to give your daytime phone number

Area Code & Telephone Number ▶ **215-299-5431**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the **10**

Check one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer** date ▶ *August 24, 1995*

Handwritten signature (X) ▼ *Robert L. Meltzer*

**MAIL CERTIFICATE TO** **11**

Name ▼ **Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼ **1916 Race Street**

City/State/ZIP ▼ **Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000050

# EXHIBIT 38

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-029-508**



EFFECTIVE DATE OF REGISTRATION

**MAR 16 1995**
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1**

TITLE OF THIS SERIAL ▼
**1995 Annual Book of ASTM Standards:** *Iron and Steel Products:*
*Steel-Plate, Sheet, Strip, Wire*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *01* | *03* | *February 1995* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

NAME OF AUTHOR ▼

**a** **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ _____
☐ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
*1995* ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *February* Day ▶ *10* Year ▶ *1995*
Nation ▶ **U.S.A.**

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 16 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 16 1995

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
    Yes

**FORM SE**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give **Previous Registration Number** ▼     **Year of Registration** ▼

TX# 3-841-005          1994

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1994 **Annual Book of ASTM Standards, Section** _01_**, Volume** _03_.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name Address Apt City State Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**     date ▶ _March 8, 1994_

☞ Handwritten signature (X) ▼     _Robert L. Meltzer_

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
**Kathe Hooper, ASTM**

Number Street Apartment Number ▼
**1916 Race Street**

City State ZIP ▼
**Philadelphia, PA    19103-1187**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

*Register of Copyrights
Library of Congress
Washington, D.C. 20559*

**11**

December 1990—75,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# EXHIBIT 39

FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX        13-355

TX          TXU

EFFECTIVE DATE OF REGISTRATION

MAR 2 1 1978
Month        Day          Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET

**1**
Title

TITLE OF THIS WORK: 1978 Annual Book of ASTM Standards, Part 1, Steel Piping, Tubing and Fittings

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give: Vol. ..... No. ..... Issue Date .....

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ..... Vol. ..... No. ..... Date ..... Pages .....

**2**
Author(s)

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1

NAME OF AUTHOR: American Society for Testing & Materials

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?   Yes XX   No .....

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..... } or { Domiciled in ..... U.S.A. .....
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes .....   No .....
Pseudonymous?   Yes .....   No .....
If the answer to either of these questions is "Yes, see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

2

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?   Yes .....   No .....

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..... } or { Domiciled in .....
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes .....   No .....
Pseudonymous?   Yes .....   No .....
If the answer to either of these questions is "Yes, see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)        (Year)

Was this author's contribution to the work a "work made for hire"?   Yes .....   No .....

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ..... } or { Domiciled in .....
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes .....   No .....
Pseudonymous?   Yes .....   No .....
If the answer to either of these questions is "Yes, see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
Creation
and
Publication

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1977
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date January 1 1978
(Month)   (Day)   (Year)

Nation United States
(Name of Country)

(Complete this block ONLY if this work has been published.)

**4**
Claimant(s)

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
American Society for Testing and Materials
1916 Race Street
Philadelphia, Pennsylvania     19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ..... pages

| | |
|---|---|
| EXAMINED BY: ✓ | APPLICATION RECEIVED |
| CHECKED BY: | MAR 1 1978 |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED MAR 21 1978 |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE 136761  MAR 21 78 |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE.  IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes **XX**  No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number **A 828474**  Year of Registration **1977**

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates )
**1977 Edition, Annual Book of ASTM Standards, Part1**

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
**Compilation of previously published text plus additional text.**

**(6) Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, Maryland |

**(7) Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**(8) License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:
Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Robert L. Metzer, ASTM**
Address: **1916 Race Street**
**Philadelphia    Pennsylvania  19103**
(City)            (State)      (Zip)

**(9) Fee and Correspondence**

**CERTIFICATION: *** I, the undersigned, hereby certify that I am the: (Check one) ☐ author ☐ other copyright claimant ☒ owner of exclusive right(s) ☒ authorized agent of: **American Society for Testing and Materials**
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Robert L. Metzer*

Typed or printed name: **Robert L. Meltzer**    Date: **3/14/78**

**(10) Certification (Application must be signed)**

MAIL CERTIFICATE TO

**American Society for Testing & Materials**
(Name)
**1916 Race Street**
(Number, Street and Apartment Number)
**Philadelphia    Pennsylvania  19103**
(City)            (State)    (Zip Code)

(Certificate will be mailed in window envelope)

**(11) Address For Return of Certificate**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1977 O - 248-841

# EXHIBIT 40

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 278-720**

**October 1, 2019**

United States Register of Copyrights and Director

# FORM TX

UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

TX   278-720

TX          TXU

EFFECTIVE DATE OF REGISTRATION

6         28        79
Month      Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**(1) Title**

**TITLE OF THIS WORK:**
1979 Annual Book of ASTM Standards, Part 3; Steel-Plates, Sheet, Strip, Wire; Metallic Coated Products

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol No    Issue Date

**PUBLICATION AS A CONTRIBUTION:** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.

Title of Collective Work           Vol    No    Date           Pages

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
**NAME OF AUTHOR:** American Society for Testing and Materials
Was this author's contribution to the work a "work made for hire"?   Yes **X**   No
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)  } or { Domiciled in U.S.A. (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**2**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes   No
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)  } or { Domiciled in _____ (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**3**
**NAME OF AUTHOR:**
Was this author's contribution to the work a "work made for hire"?   Yes   No
**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of _____ (Name of Country)  } or { Domiciled in _____ (Name of Country)
**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached.

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 1979
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date April 1 1979
(Month) (Day) (Year)
Nation United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA  19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of _____ pages

| | EXAMINED BY | _lc_ | APPLICATION RECEIVED | | |
|---|---|---|---|---|---|
| | CHECKED BY | | | | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ Yes | | DEPOSIT RECEIVED | | |
| TX ³    278-720 | DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE 287161 3042619 | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes **X**   No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number    TX 13-554    Year of Registration    1978

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates)

  1978 Edition, Annual Book of ASTM Standards, Part 3

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed)

  Compilation of previously published text plus additional text.

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☒ Copies and phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name
Account Number

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent)
Name: Robert L. Meltzer, ASTM
Address: 1916 Race Street      (Apt)
Philadelphia, PA   19103
(City)      (State)      (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION: #** I, the undersigned, hereby certify that I am the: (Check one)
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of   American Society for Testing and Materials
(Name of author or other copyright claimant or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  _Robert L. Meltzer_

Typed or printed name   Robert L. Meltzer    Date 6/11/79

**⑩ Certification (Application must be signed)**

American Society for Testing and Materials
(Name)
1916 Race Street
(Number, Street and Apartment Number)
Philadelphia, PA   19103
(City)      (State)      (ZIP code)

MAIL CERTIFICATE TO

31 JUL 1979

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

# 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U. S. GOVERNMENT PRINTING OFFICE: 1977 O — 246-041

# EXHIBIT 41

# Application
## for Registration of a Claim to Copyright
### in a published book manufactured in
### the United States of America

FORM A

REGISTRATION NO.

A 721891

CLASS

**A**

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 10 and the **AFFIDAVIT** (line 11) **must be COMPLETED AND NOTARIZED.** The application should not be submitted until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should be carbon copies and pages 1 and 2, but may be carbon copies. Mail all pages of application to the Register of Copyrights, Library of Congress, Washington, D.C. 20559, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ......American Society for Testing and Materials......

Address ......1916 Race Street, Philadelphia, Pennsylvania 19103......

Name ..........................................................................

Address ......................................................................

**2. Title:** ......Part 4 of the 1976 Annual Book of ASTM Standards: Structural Steel;......
......Concrete Reinforcing Steel; Pressure Vessel Plate and Forgings; Steel Rails;......
(Give the title of the book as it appears on the title page)
......Wheels, and Tires; Fasteners......

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers,

translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name ......American Society For Testing and Materials...... Citizenship ...U.S....
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes ..XX.. No ...... Address ...1916 Race Street, Phila., Pa. 19103......

Name .......................................................................... Citizenship ............................
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ......................................................

Name .......................................................................... Citizenship ............................
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ......................................................

**4. Date of Publication of This Edition:** Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or

printed should not be confused with the date of publication. **NOTE:** The full date (month, day, and year) must be given. For further information, see page 4.

......February 20, 1976......
(Month) (Day) (Year)

➤➤ **(NOTE: Leave line 5 blank unless the following instructions apply to this work.)** ◄◄

**5. New Matter in This Version:** If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first

time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

......Compilation of previously published text and additional text.......

➤➤ **NOTE:** Leave line 6 blank unless there has been a **PREVIOUS FOREIGN EDITION in the English language.** ◄◄

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ...................... (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes .......... No ..........

EXAMINER

If your answer is "Yes," give registration number ......................

*Complete all applicable spaces on next page*

7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ___American Society for Testing and Materials, 1916 Race Street, Phila., Pa.19103

9. Send certificate to:

(Type or print Name ___American Society for Testing and Materials
name and
address) Address ___1916 Race Street
(Number and street)
Philadelphia, Pennsylvania 19103
(City)      (State)      (ZIP code)

10. **Certification:** (NOTE: Application not acceptable unless signed)
I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

A. L. Batik      _(Signature of copyright claimant or duly authorized agent)_   (2) Sign attention to those marked "**(X)**." (2) Sign

11. **Affidavit (required by law).** Instructions: (1) Fill in the blank spaces within the United States, such as a notary public. (3) Have the officer sign the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer sign and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only on or after the date of publication or completion of printing which it states.
The affidavit _must_ be signed by an individual.

I, the undersigned, depose and say that I am the
☐ Person claiming copyright in the book described in this application;
XXX Duly authorized agent of the person or organization claiming copyright in the book described in this application;
☐ Printer of the book described in this application.

STATE OF ___Pennsylvania
}ss:
COUNTY OF ___Philadelphia

That the book was published or the printing was completed on: (X) ___February 20, 1976
(Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein; or the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States, that such type and that the printing of the text and the binding (if any) were also performed within the limits of the United States; that such type setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:
(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC.)

Names **(X)** ___Waverly Press, Inc.      Addresses **(X)** ___Easton, Maryland

A. L. Batik
_(Signature of affiant)_

**(Sign and notarize only on or after date given above)**

Subscribed and sworn to before me this ___26th

affirmed

day of ___February ___19 76

_Mae E. Renner_
_(Signature of notary)_

PLACE
NOTARIAL SEAL
HERE

Notary Public, Philadelphia, Philadelphia Co.
My Commission Expires January 22, 1978

| | FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|---|
| Application and affidavit received FEB. 27 1976 | | |
| Two copies received FEB. 27 1976 | | |
| Fee received 172440 Feb 27 '76 | | |
| Renewal | | |

# EXHIBIT 42

# CERTIFICATE OF REGISTRATION



**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGIS



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

TX 4-179-992
U

**EFFECTIVE DATE OF REGISTRATION**

3 / 19 / 96
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**
1996 Annual Book of ASTM Standards: *Iron and Steel Products — Steel–Piping, Tubing, Fittings*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01 | 01 | January '96 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other: **Entire Text**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**
1996 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ January Day ▶ 25 Year ▶ 1996
Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA    19103-1187

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
MAR 19 1996
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 19 1996
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page

**DO NOT WRITE HERE**

081424987

ASTM000053

EXAMINED BY

CHECKED BY *AWD*

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

TX# 4-083-251   1995

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

1995 **Annual Book of ASTM Standards, Section** 01, **Volume** 01.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions before completing this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ *American Society*   Account Number ▼ DA078328
*Testing and Materials*

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

Be sure to give your daytime phone number

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**   date ▶ *March 13, 1996*

Handwritten signature (X) ▼ *Robert L. Meltzer*

**10**

**MAIL CERTIFI-CATE TO**

Name ▼
**Kathe Hooper, ASTM**
Number/Street/Apartment Number ▼
**1916 Race Street**
City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ASTM000054

# EXHIBIT 43



**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX    3 043-643



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

U

EFFECTIVE DATE OF REGISTRATION

APR 15 1991

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼

**1991 Annual Book of ASTM Standards:** *Iron and Steel Products: STEEL - PiPiNG, TubiNG, FittiNGS*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 01.01 | 01 | JANUARY | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a**  NAME OF AUTHOR ▼

**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NOTE
Under the law.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: **Entire Text**

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
**1991** ◀ Year
This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ ___ Day ▶ 02 Year ▶ 91    **U.S.A.** ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page ___ of ___ pages

ASTM000027

TX  3 043-643

FORM SE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼
TX 3 864 188                                               1990

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates.
**1990 Annual Book of ASTM Standards, Section** 01 **, Volume** 01.01

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space.

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                           Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**
Area Code & Telephone Number ▶  **215-299-5431**

**9**

Be sure to
give your
daytime phone
▶ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the                 ☐ author
                                                              ☐ other copyright claimant
                          Check one ▶                        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made       ☒ authorized agent of  **American Society**
by me in this application are correct to the best of my knowledge.                            **for Testing and Materials**
                                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                                                        date ▶  3/21/91

Ⓧ  Handwritten signature (X) ▼
*Robert L Meltzer*

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**1916 Race Street**

**Certificate
will be
mailed in
window
envelope**

City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

**11**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

\* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

December 1990—75,000                                                    ☆U.S. GOVERNMENT PRINTING OFFICE  1990: 282-170/20,005

ASTM000028

# EXHIBIT 44



Page 3

FORM A

| CLASS | REGISTRATION NO. |
|-------|------------------|
| A A | 316410 |
| | DO NOT WRITE HERE |

# Application for Registration of a Claim to Copyright
## in a published book manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 10 and the AFFIDAVIT (line 11) must be COMPLETED AND NOTARIZED. The application should not be signed until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ..... American Society for Testing and Materials

Address ..... 1916 Race St., Phila., Pa. 19103

Name .....

Address .....

**2. Title:** Give the title of the book as it appears on the title page.

Part 4 - 1972 Annual Book of ASTM Standards -- Structural Steel; Concrete Reinforcing Steel; Pressure Vessel Plate; Steel Rails, Wheels, and Tires; Bearing Steel; Steel Forgings

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers,

translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name ..... American Society for Testing and Materials
(Give legal name followed by pseudonym if latter appears on the copies)          Citizenship ..... U.S.
                                                                                  (Name of country)

Domiciled in U.S.A. Yes ..... XX ..... No ..... Address ..... 1916 Race St., Phila., Pa. 19103

Name .....
(Give legal name followed by pseudonym if latter appears on the copies)          Citizenship .....
                                                                                  (Name of country)

Domiciled in U.S.A. Yes ..... No ..... Address .....

Name .....
(Give legal name followed by pseudonym if latter appears on the copies)          Citizenship .....
                                                                                  (Name of country)

Domiciled in U.S.A. Yes ..... No ..... Address .....

**4. Date of Publication of This Edition:** Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or

printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given. For further information, see page 4.

8 March 1972
(Month)          (Day)          (Year)

➤➤ (NOTE: Leave line 5 blank unless the following instructions apply to this work.) ◄◄

**5. New Matter in This Version:** If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

Compilation of previously published texts and additional text ◄◄

➤➤ NOTE: Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language.

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ..................... (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ......... No .....

EXAMINER
HAS

If your answer is "Yes," give registration number .....................

*Complete all applicable spaces on next page*

**7.** If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account: ...................................................................

**8.** Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ....American Society for Testing and Materials.... Address ...1916 Race St., Phila., Pa. 19103

**9.** Send certificate to:

(Type or print name and address)

Name ....American Society for Testing and Materials....

Address ....1916 Race Street.... (Number and street)

....Phila., Pa. 19103.... (City) (State) (ZIP code)

**10. Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

.......................Albert L. Batik.................... (Signature of copyright claimant or duly authorized agent)

**11. Affidavit (required by law.)** Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) Sign the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer sign and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which it states. The affidavit *must* be signed by an individual.

STATE OF ....Pennsylvania....

COUNTY OF ....Philadelphia.... }ss:

I, the undersigned, depose and say that I am the
☐ Person claiming copyright in the book described in this application;
☒ Duly authorized agent of the person or organization claiming copyright in the book described in this application;
☐ Printer of the book described in this application.

That the book was published or the printing was completed on: (X) ....8 March 1972.... (Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein; or the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States; and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such type-setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments and individuals at the following addresses:
**(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC.)**

Names (X) ....Waverly Press, Inc.....   Addresses (X) ....Easton, Maryland (U.S.A.)....

.........................Albert L. Batik......................... (Signature of affiant)
**(Sign and notarize only on or after date given above)**

PLACE NOTARIAL SEAL HERE

Subscribed and sworn to before me this ...13th...
~~affirmed~~

day of ....March...., 19.72..

....Mae E. Bernow....
(Signature of notary public) Philadelphia, Philadelphia Co.

My Commission Expires January 20, 1975

FOR COPYRIGHT OFFICE USE ONLY

Application and affidavit received
MAR 16 1972

Two copies received
MAR 16 1972

Fee received
133220 MAR 16 '72

Renewal

Page 2

★ U.S. GOVERNMENT PRINTING OFFICE : 1970 O—380-972