# EXHIBIT 82

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on



**TX 2-992-651**

**October 2, 2019**

United States Register of Copyrights and Director

C-731 · 03/2019

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX    2-992-651

EFFECTIVE DATE OF REGISTRATION

FEB    04    1991
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS SERIAL ▼
1990 Annual Book of ASTM Standards: *Gaseous Fuels; Coal & Coke*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05 | 05.05 | October 1990 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**  NAME OF AUTHOR ▼
a  American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
or { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
or { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
or { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**3**  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1990

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Month ▶    Day ▶    Year ▶
Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA    19103

APPLICATION RECEIVED
FEB 04 1991

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 04 1991

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2

TX   2-992-651

EXAMINED BY *TMS*   FORM SE

CHECKED BY *mrl*

□ CORRESPONDENCE   Yes

□ DEPOSIT ACCOUNT   FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   □ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. □ This is the first published version of an issue previously registered in unpublished form.

b. □ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   TX 1 893 973        Year of Registration ▼   1988

**6**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates ▼

1988 Annual Book of ASTM Standards, Section 05 Volume 05.05

See instructions before completing this space.

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼        Places of Manufacture ▼

Waverly Press, Inc.        Easton, MD

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office. (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. □ Copies and Phonorecords        b. □ Copies Only        c. □ Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼        Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Be sure to give your daytime phone number

Area Code & Telephone Number ▶   (215) 299-5431

**10**

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

□ author
□ other copyright claimant
□ owner of exclusive right(s)   American Society
☒ authorized agent of   for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer        date ▶ 12/31/90

Handwritten signature (X) ▼   *Robert L. Meltzer*

**11**

**MAIL CERTIFICATE TO**

Kathleen M. Hooper

Name ▼

ASTM, 1916 Race Street

Number/Street/Apartment Number ▼

Philadelphia, PA   19103

City/State/Zip ▼

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10
• Enclosed check or money order for $10 payable to Register of Copyrights
• Enclose your deposit material with the application and fee

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1989-241-289/42,604

July 1985—120,000

# EXHIBIT 83

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on



**TX 2-201-054**

**October 2, 2019**

United States Register of Copyrights and Director

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   2-201-054

EFFECTIVE DATE OF REGISTRATION

10      26      87
Month      Day      Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS SERIAL ▼**

1987 Annual Book of ASTM Standards, Gaseous Fuels; Coal & Coke

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.05 | 05 | October 1987 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other   Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other

**3**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1987

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ _____   Year ▶ 1987
U.S.A.   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
Oct 2 1987

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
Oct 16 1987

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY _____   **FORM SE**

CHECKED BY _____ MRC

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX   2-201-054

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☑ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give  Previous Registration Number ▼        Year of Registration ▼

TX 1-937-204                                          1986

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1986 Annual Book of ASTM Standards Section 05 Volume 05.05

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                           Places of Manufacture ▼

Waverly Press, Inc.                                Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                           Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM

1916 Race Street

Philadelphia, PA 19103

Area Code & Telephone Number ▶        215-299-5431

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Society for
                        Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                              date ▶ 10/16/87

Handwritten signature (X) ▼

Robert L. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/Zip ▼
Philadelphia, PA 19103

**Certificate
will be
mailed in
window
envelope**

Have you:
• Completed all necessary
  spaces?
• Signed your application in space
  10?
• Enclosed check or money order
  for $10 payable to Register of
  Copyrights?
• Enclosed your deposit material
  with the application and fee?

MAIL TO: Register of Copyrights,
Library of Congress, Washington,
D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1986-491-566/40 094                    July 1986—120,000

# EXHIBIT 84



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 4-929-091

EFFECTIVE DATE OF REGISTRATION

6 / 1 / 99
Month   Day   Year



10706983.

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**  TITLE OF THIS SERIAL ▼

1999 Annual Book of ASTM Standards, Water (II)

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.02 | 11 | May 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**  NAME OF AUTHOR ▼

**a** American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3  a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1999 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 12   Year ▶ 1999
United States ◀ Nation

---

**4**  COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
JUN 01 1999

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 01 1999

REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

FORM SE

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give:  Previous Registration Number _____  Year of Registration ▼ _____

**6** DERIVATIVE WORK OR COMPILATION  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
   1998 Annual Book of ASTM Standards,   Section 11, Volume 11.02

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
   Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**7**

---

## ---space deleted---

---

**8** REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
   a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only      See instructions.

**9** DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number
   American Society for Testing and Materials         DA078328

CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
◀ number.

Area Code & Telephone Number ▶  (610) 832-9634

**10** CERTIFICATION*  I, the undersigned, hereby certify that I am the
                                    ☐ author
              Check only one ▶     ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☒ authorized agent of  American Society for Testing & Materials
by me in this application are correct to the best of my knowledge.                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼    If this application gives a date of publication in space 3, do not sign and submit it before that date.
                    Robert L. Meltzer                                       date ▶  5-24-99

Handwritten signature (X) ▼

**11**

MAIL
CERTIFICATE
TO

Name
   Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
   100 Barr Harbor Drive
City/State/ZIP ▼
   West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

*17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 85

FORM SE
UNITED STATES COPYRIGHT OFFICE

TX 3 450 603

EFFECTIVE DATE OF REGISTRATION

**JAN 12 1993**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS SERIAL ▼
1992 Annual Book of ASTM Standards: Petroleum Products and Lubricants (II): D 1949 - D 3601

Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼
05 | 02 | March | Annual

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other    Entire Text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other

**3**

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1992

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Month ▶ March   Day ▶ 23   Year ▶ 1992
Nation ▶ U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 1 ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

APPLICATION RECEIVED
JAN 12 1993

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 12 1993

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

MORE ON BACK ▶

DO NOT WRITE HERE

TX 3 450 603

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION**

Previous Registration Number: TX# 3 035-160   Year of Registration: 1991

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material: 1991 Annual Book of ASTM Standards, Section 05, Volume 02.

Material Added to This Work: Compilation of previous published text plus additional text.

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**

**DEPOSIT ACCOUNT**

**CORRESPONDENCE**

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187

215-299-5431

**CERTIFICATION**

American Society
for Testing and Materials

Robert L. Meltzer

Date: December 23, 1992

Robert L. Meltzer

**MAIL CERTIFICATE TO**

Kathe Hooper, ASTM
1916 Race Street
Philadelphia, PA   19103-1187

# EXHIBIT 86



**CERTIFICATE OF REGISTRATION**



UNITED STATES COPYRIGHT OFFICE
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4 – 893 – 151**

*TX0004893151*

EFFECTIVE DATE OF REGISTRATION

Month **4** Day **29** Year **99**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS SERIAL ▼

1999 Annual Book of ASTM Standards: Soil and Rock (I): D 420- D 4915

| Volume ▼ | Number ▼ | Date on Copies | Frequency of Publication ▼ |
|---|---|---|---|
| 04.08 | 04 | March 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶  United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ April   Day ▶ 1   Year ▶ 1999
United States ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 29 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 29 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of **2** pages

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number**          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 04, Volume 04.08

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

**6**

**---space deleted---**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions.

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number**

American Society for Testing and Materials          DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA   19428-2959

Area Code & Telephone Number ▶ (610) 832-9634

Be sure to
give your
daytime phone
number.

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer          date ▶ 4-8-99

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

**Name** ▼   Kathe Hooper, ASTM

**Number/Street/Apartment Number** ▼   100 Barr Harbor Drive

**City/State/ZIP**   West Conshohocken, PA   19428-2959

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 87

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-951-524**



EFFECTIVE DATE OF REGISTRATION

**AUG - 9 1999**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1999 Annual Book of ASTM Standards - Gaseous Fuels; Coal and Coke

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.05 | 05 | September 1999 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** **a** NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
1999 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 3   Year ▶ 1999
United States ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG. 0 9 1999
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG. 0 9 1999
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

ASTM000103

EXAMINED BY

CHECKED BY

**FORM SE**

☐ CORRESPONDENCE
   Yes

**FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box)

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**       **Year of Registration ▼**

---

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards,   Section 05, Volume 05.05

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

---

**7**

**---space deleted---**

---

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

See instructions.

---

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                    **Account Number ▼**

American Society for Testing and Materials                    DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA   19428-2959

Be sure to give your daytime phone number.

**Area Code & Telephone Number ▶** (610) 832-9634

---

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼**   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                    date ▶ 8-3-99

**Handwritten signature (X)**

---

**11**

**MAIL CERTIFICATE TO**

Name
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA   19428-2959

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

---

*17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000104

# EXHIBIT 88

100714536

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE



TX 4-693-073



EFFECTIVE DATE OF REGISTRATION

MAY 22 1998

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS SERIAL**

1998 Annual Book of ASTM Standards, Water (II)

| Volume ▼ | Number ▼ | Date on Copies | Frequency of Publication ▼ |
|----------|----------|----------------|----------------------------|
| 11.02 | 11 | May 1998 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2** **NAME OF AUTHOR ▼**

**a** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3** **a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1998

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 1   Year ▶ 1998
United States        ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
MAY 22 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAY 22 1998

REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 10.

Page 1 of ___ pages

DO NOT WRITE HERE

FORM SE

EXAMINED BY

CHECKED BY

| | CORRESPONDENCE | FOR |
| | Yes | COPYRIGHT |
| | | OFFICE |
| | | USE |
| | | ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards, Section 11, Volume 11.02.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

**6**

---

---space deleted---

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☒ Copies and Phonorecords          **b** ☐ Copies Only          **c** ☐ Phonorecords Only

See instructions.

**8**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name**          **Account Number** ▼

American Society for Testing and Materials          DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶   (610) 832-9634

Be sure to give your daytime phone number.

**9**

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶   ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer          date ▶   5-11-98

Handwritten signature (X)

**10**

---

| MAIL CERTIFICATE TO | **Name** ▼ |
| | Kathe Hooper, ASTM |
| | Number/Street/Apartment Number ▼ |
| | 100 Barr Harbor Drive |
| Certificate will be mailed in window envelope | City/State/ZIP ▼ |
| | West Conshohocken, PA  19428-2959 |

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**11**

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 89

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim
of copyright registered under number

In testimony whereof, the seal of this office
is affixed hereto on

**TX 3-512-412**

**October 1, 2019**

United States Register of Copyrights and Director

C·731 · 03/2019

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   3 512-412

EFFECTIVE DATE OF REGISTRATION

4 Month  13 Day  93 Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

# 1

**TITLE OF THIS SERIAL ▼**
1993 Annual Book of ASTM Standards: *Petroleum Products, Lubricants,* and *Fossil Fuels: Petroleum Products and Lubricants (I): D56-D2596*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05 | 01 | *FEBRUARY 1993* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

# 2

**a  NAME OF AUTHOR ▼**
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: **Entire Text**

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
      Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

# 3

**a  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**  This information must be given in all cases.
**1993**  ◄ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**  Complete this information ONLY if this work has been published.
Month  2  Day  16  Year  93  Nation  U.S.A.

# 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

APPLICATION RECEIVED
APR 13 1993

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 13 1993

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions     • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of **2**

EXAMINED BY _____  FORM SE

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX   3 512-412

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TX 3 450 577                                    1992

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
1992 Annual Book of ASTM Standards, Section 15, Volume 01 .

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Compilation of previous published text plus additional text.

See instructions
before completing
this space

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187
Area Code & Telephone Number ▶ 215-299-5431

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of American Society for Testing and Materials
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                                    date ▶ 3/12/93

Handwritten signature (X) ▶

**MAIL CERTIFICATE TO**
Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/Zip ▼
Philadelphia, PA   19103-1187

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

J SC § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE 1990–282-170/20,005

# EXHIBIT 90



# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-029-468**

EFFECTIVE DATE OF REGISTRATION

**MAR 16 1995**
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS SERIAL ▼
1995 Annual Book of ASTM Standards: *Petroleum Products, Lubricants and Fossil Fuels, Petroleum Products and Lubricants (IV): D2597 - D4629*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05 | 02 | March 1995 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼
a  **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

NAME OF AUTHOR ▼
b

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other

NAME OF AUTHOR ▼
c

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other

**3**

a  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
**1995** ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE  Complete this information ONLY if this work has been published.
Month *March*   Day *1*   Year *1995*
**U.S.A.** ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187**

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 16 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 16 1995
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions          • Sign the form at line 10

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY _____ *db* _____     **FORM SE**

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes" give **Previous Registration Number** ▼     **Year of Registration** ▼

TX# 3-881-479          1994

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1994  **Annual Book of ASTM Standards, Section** _5_ **, Volume** _02_ **.**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**
                    Area Code & Telephone Number ▶ **215-299-5431**

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                          date ▶ *March 8, 1995*

✍ **Handwritten signature (X)** ▼     *Robert L Meltzer*

**MAIL
CERTIFI-
CATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**1916 Race Street**

City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-170-20,003

# EXHIBIT 91

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SE
For a Serial



UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

TX 4-898-490

*TX004898490*

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 4 | 20 | 99 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards, Petroleum Products and Lubricants (II): D 2597 - D 4927

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|--------|------------------|----------------------------|
| 05.02 | 05 | March 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2** **NAME OF AUTHOR ▼**

**a** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ March   Day ▶ 24   Year ▶ 1999
United States ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APR. 20, 1999 APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR. 20, 1999

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of ___ pages

ASTM000099

EXAMINED BY ⟋⟍                                                    FORM SE

CHECKED BY

☐ CORRESPONDENCE                                                 FOR
Yes                                                             COPYRIGHT
                                                                OFFICE
                                                                USE
                                                                ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**6**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards,  Section 05, Volume 05.02

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼    See instructions before completing this space.

Compilation of previous published text plus additional text.

**---space deleted---**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only          See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**9**

Name ▼                                              Account Number ▼

American Society for Testing and Materials                    DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive                                          Be sure to give your

West Conshohocken, PA  19428-2959                             daytime phone number.

Area Code & Telephone Number ▶   (610) 832-9634

**CERTIFICATION*** I, the undersigned, hereby certify that I am the                 ☐ author

**10**

Check only one ▶   ☐ other copyright claimant

                    ☐ owner of exclusive right(s)

of the work identified in this application and that the statements made   ☒ authorized agent of   American Society for Testing & Materials

by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                              date ▶   3-29-99

Handwritten signature (X) ▼

*Robert L. Meltzer* (signature)

**MAIL CERTIFICATE TO**

Name

Kathe Hooper, ASTM

Number/Street/Apartment Number ▼

100 Barr Harbor Drive

City/State/ZIP ▼

West Conshohocken, PA  19428-2959

**11**

Certificate will be mailed in window envelope

CHECKLIST
• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

*17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 92

**FORM SE**

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX : **2-209-876**

U

EFFECTIVE DATE OF REGISTRATION

*12* *10* *87*

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

# 1

**TITLE OF THIS SERIAL ▼**
1987 Annual Book of ASTM Standards, Textiles – Yarns, Fabrics, and General Test Methods

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 07.01 | 07 | October 1987 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

# 2

**a**

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1987 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information Month ▶ November Day ▶ 11 Year ▶ 1987
ONLY if this work has been published.
U. S. A. ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA    19103

APPLICATION RECEIVED
DEC. 10 1987
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 10 1987
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

**FORM SE**

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 2-209-876

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  **Year of Registration** ▼
TX 1-959-457                                    1986

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼
1986 Annual Book of ASTM Standards Section 07 Volume 07.01

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**6**

See instructions before completing this space.

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

**Names of Manufacturers** ▼
Waverly Press, Inc.

**Places of Manufacture** ▼
Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA    19103

Area Code & Telephone Number ▶          215-299-5431

Be sure to give your daytime phone number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of

**American Society for Testing and Materials**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer                              12/02/87

date ▶

Handwritten signature (X) ▼
Robert L Meltzer

**10**

**MAIL CERTIFI-CATE TO**

**Certificate will be mailed in window envelope**

Name ▼
Kathe Scholl, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA    19103

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560.40,004

July 1986—120,000

# EXHIBIT 93



# FORM SE
**For a Serial**
UNITED STATES COPYRIGHT OFFICE

R'



TX 4-920-028

U



107069884

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 6 | 1 | 99 |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards, Water (I)

| Volume | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|--------|----------|------------------|----------------------------|
| 11.01 | 11 | April 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼**

American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work   Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work   Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work   Other:

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**
This information must be given in all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 7   Year ▶ 1999
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE / OFFICE USE ONLY

**APPLICATION RECEIVED**
JUN. 01. 1999
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUN. 01. 1999
**REMITTANCE NUMBER AND DATE**

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a.  ☐ This is the first published version of an issue previously registered in unpublished form.

b.  ☐ This is the first application submitted by this author as copyright claimant.

c.  ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number _____   Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards, Section 11, Volume 11.01

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

## ---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

American Society for Testing and Materials        DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶ (610) 832-9634

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                  date ▶ 5-24-99

Handwritten signature (X) ▼

_Robert J. Meltzer_

**MAIL
CERTIFICATE
TO**

Name
Kathe Hooper, ASTM

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

**11**

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

\*17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 94

# CERTIFICATE OF REGISTRATION





**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-622-434**

EFFECTIVE DATE OF REGISTRATION

**FEB 2 0 1998**
Month        Day        Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS SERIAL ▼
1998 Annual Book of ASTM Standards PETROLEUM PRODUCTS, LUBRICANTS, AND FOSSIL FUELS: PETROLEUM PRODUCTS and LUBRICANTS (II): D2597 - D4629

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05.02 | 05 | MARCH 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For

**a** NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
This information must be given in all cases.
**1998** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ FEB  Day ▶  Year ▶ 1998    U.S.A. ◀ Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959**

APPLICATION RECEIVED
FEB. 20 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB. 20 1998
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE

Page 1 of **2** pages

ASTM000075

\* Amended by C.O. authority telephone call
of 3-16-98 with Ms. Hooper

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes" give: **Previous Registration Number** ▼ _____  **Year of Registration** ▼ 1997

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼
1997 Annual Book of ASTM Standards, Section 03, Volume 05.02.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions
before completing
this space

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ American Society for          Account Number ▼
Testing and Materials                                    # DA070520

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number

Area Code & Telephone Number ▶ 610-832-9632

**9**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society
for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                                              date ▶ 2/13/98

Handwritten signature (X) ▼ Robert L. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Hooper, ASTM

Number Street Apartment Number ▼
100 Barr Harbor Drive

City State ZIP ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are sub-
ject to change. For
current fees, check the
Copyright Office web-
site at www.loc.gov/
copyright, write the
Copyright Office, or
call (202) 707-3000.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

June 1992—50,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/60,002

ASTM000076

# EXHIBIT 95

# CERTIFICATE OF REGISTRATION



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TX 4-399-608**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

12 / 13 / 1996
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1996 Annual Book of ASTM Standards; *Water and Environmental Technology, Occupational Health and Safety, Atmospheric Analysis, Protective clothing*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 03 | *October 1996* | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a NAME OF AUTHOR ▼**

**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

**NOTE**

**b NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

## 3

**a YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
**1996** ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ *December* Day ▶ 3 Year ▶ *1996*
Nation ▶ **U.S.A.**

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

APPLICATION RECEIVED
DEC 13 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 13 1996
REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ 2 ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

**FORM SE**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  TH# 4-174-346        **Year of Registration** ▼  1996

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates.
1996 Annual Book of ASTM Standards, Section // , Volume 09.

**b.** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instructions
before completing
this space

**6**

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a  ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼  American Society for
Testing and Materials          **Account Number** ▼  DA078328

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶  610-832-9632

Be sure to
give your
daytime phone
◀ number

**9**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society
                              for Testing and Materials
Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer          date ▶ December 3, 1996

☒  Handwritten signature (X) ▼
Robert L. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

**Name** ▼
Judy Helm, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are ad-
justed at 5-year inter-
vals, based on in-
creases or decreases in
the Consumer Price In-
dex. The next adjust-
ment is due in 1995.
Contact the Copyright
Office in January 1995
for the new fee sched-
ule.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

# EXHIBIT 96

# CERTIFICATE OF REGISTRATION



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE
REGI

**TX 4-511-604**

EFFECTIVE DATE OF REGISTRATION

7    1    1997
Month    Day    Year



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS SERIAL ▼**

1997 Annual Book of ASTM Standards:
and Fossil Fuels   Petroleum Products and Lubricants

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05 | 03 | May, 1997 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a** **NAME OF AUTHOR ▼**

American Society for Testing and Materials

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | OR { Citizen of ▶ / Domiciled in ▶ United States | Anonymous? [ ] Yes [ ] No / Pseudonymous? [ ] Yes [ ] No — If the answer to either of these questions is "Yes," see detailed instructions |

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work   Other **Entire Text**

**NOTE**

**NAME OF AUTHOR ▼**

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ / Domiciled in ▶ | Anonymous? [ ] Yes [ ] No / Pseudonymous? [ ] Yes [ ] No — If the answer to either of these questions is "Yes," see detailed instructions |

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work   Other

**NAME OF AUTHOR ▼**

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ / Domiciled in ▶ | Anonymous? [ ] Yes [ ] No / Pseudonymous? [ ] Yes [ ] No — If the answer to either of these questions is "Yes," see detailed instructions |

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work   Other

**3** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.

1997    ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.

Month ▶ May   Day ▶ 14   Year ▶ 1997
U.S.A.    ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

American Society for Testing & Materials
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ **Yes** ☐ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form

**b.** ☐ This is the first application submitted by this author as copyright claimant

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application

If your answer is "Yes" give: **Previous Registration Number** ▼          **Year of Registration** ▼

TH# 4-363-3/C                              1996                              **5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

**a.** Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

1997 Annual Book of ASTM Standards, Section 05, Volume 03

**b.** Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

a. ☒ Copies and Phonorecords          b. ☐ Copies Only          c. ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼ American Society for          Account Number ▼
       Testing and Materials                    # DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name Address Apt City State Zip ▼

Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA 19428-2959

Area Code & Telephone Number ▶ 610-832-9632

Be sure to
give your
daytime phone
◀ number

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of

American Society
for Testing and Materials

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                        date ▶

✍ **Handwritten signature (X)** ▼

Robert L. Meltzer

**10**

**MAIL CERTIFICATE TO**

Name ▼ Judy Helm, ASTM

Number Street Apartment Number ▼ 100 Barr Harbor Drive

City State ZIP ▼ West Conshohocken, PA 19428-2959

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fee are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

**11**

* 17 U S C § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE  1992—312-432/60,002

# EXHIBIT 97

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 3-553-811**

**October 1, 2019**

*Kay A. Tesler*

United States Register of Copyrights and Director

C-731 - 03/2019

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

TX 3  553-811

EFFECTIVE DATE OF REGISTRATION

JUNE 21 1993
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS SERIAL ▼
1993 Annual Book of ASTM Standards: *WATER AND ENVIRONMENTAL TECHNOLOGY · WATER (1)*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.02 | 11 | APRIL 1993 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**
**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE Complete this information ONLY if this work has been published.
Month ▶ 4   Day ▶ 29   Year ▶ 93   Nation ▶ U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

APPLICATION RECEIVED
JUN 21 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 21 1993
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page   • See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

TX 3 553-811

EXAMINED BY ____ OR ____

CHECKED BY ____

☐ CORRESPONDENCE
  Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ TX#     **Year of Registration** ▼ 1992

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1992 Annual Book of ASTM Standards, Section //, Volume 11.02

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**     A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA     19103-1187

Area Code & Telephone Number ▶ 215-299-5431

**9**

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **American Society for Testing and Materials**
                    Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                              date ▶ 5/27/93

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA   19103-1187

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

Certificate will be mailed in window envelope

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000          ☆U.S. GOVERNMENT PRINTING OFFICE 1990—282-170/20,005

# EXHIBIT 98

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER




**TX 4-768-933**

U

EFFECTIVE DATE OF REGISTRATION

**SEP 1 0 1998**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

1998 Annual Book off ASTM Standards, Gaseous Fuels; Coal and Coke

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication |
|---|---|---|---|
| 05.05 | 05 | September 1998 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work    Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1998 ◀ Year
This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 1   Year ▶ 1998
United States ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

Page 1 of        pages

DO NOT WRITE HERE

ASTM000085

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No    If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

1997 Annual Book of ASTM Standards, Section   05, Volume 05.05

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before completing
this space.

## ---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in
one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and
physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼

**9**

American Society for Testing and Materials          DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶   (610) 832-9634

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)

Check only one ▶

**10**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

☒ authorized agent of   American Society for Testing & Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼    If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶   9-1-98

Handwritten signature (X) ▼

**MAIL
CERTIFICATE
TO**

**Name** ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996.  Please
contact the Copyright
Office after July 1996 to
determine the actual fee
schedule.

*17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000086

# EXHIBIT 99



**FORM SE**
UNITED STATES COPYRIGHT OFFICE

TX 3-970-770
*TX0003970770*

U

EFFECTIVE DATE OF REGISTRATION

FEB 0 1 1995
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1
TITLE OF THIS SERIAL ▼
**1994 Annual Book of ASTM Standards:** *Textiles (11): D 3333 - Latest*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *07* | *02* | *November* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

NAME OF AUTHOR ▼
**a   American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ **United States**
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:   **Entire Text**

NAME OF AUTHOR ▼
**b**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼
**c**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

"made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

## 3
**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED    This information must be given in all cases.
**1994** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE    Complete this information ONLY if this work has been published.
Month ▶ *January*  Day ▶ *14*  Year ▶ *1995*
**U.S.A.** ◀ Nation

## 4
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space

APPLICATION RECEIVED
FEB 01 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 01 1995
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

TX# 3-735-002                     1993

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1993 **Annual Book of ASTM Standards, Section** 07**, Volume** 02.

**b.** Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☒ Copies and Phonorecords          **b** ☐ Copies Only          **c** ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**                                    date▶ January 19, 1995

✎ Handwritten signature (X) ▼

Robert L. Meltzer

**10**

**MAIL
CERTIFI-
CATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number Street Apartment Number ▼
**1916 Race Street**

City State ZIP ▼
**Philadelphia, PA    19103-1187**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
in check or money order
payable to *Register of Copyrights*
3. Deposit material

*MAIL TO*
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e):  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000                                          ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# EXHIBIT 100

# FORM SE

**For a Serial**

UNITED STATES COPYRIGHT OFFICE





REGISTRATION NUMBER

**TX 4-951-512**

EFFECTIVE DATE OF REGISTRATION

**AUG – 9 1999**

Month                    Day                    Year



10866972.

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1999 Annual Book of ASTM Standards, Plastics (III): D 4329 - latest

| Volume | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 08.03 | 08 | July 1999 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼**

American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born                    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work        Other: Entire Text

### NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼                    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work        Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼                    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work        Other:

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED**
This information must be given in all cases.
1999 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 7   Year ▶ 1999
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.

American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA  19428-2959

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**DO NOT WRITE HERE OFFICE USE ONLY**

APPLICATION RECEIVED
AUG. 0 9 1999

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 0 9 1999

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
                             • See detailed instructions.          • Sign the form at line 10.

DO NOT WRITE HERE
pages

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ **Yes** ☐ **No**   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1998 Annual Book of ASTM Standards,    Section 08, Volume 08.03

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

## ---space deleted---

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**a** ☒ Copies and Phonorecords        **b** ☐ Copies Only        **c** ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                    **Account Number** ▼

American Society for Testing and Materials                    DA078328

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area Code & Telephone Number ▶  (610) 832-9634

**9**

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶   8-3-99

Handwritten signature (X) ▼

**10**

**MAIL
CERTIFICATE
TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

**Certificate
will be
mailed in
window
envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C.  20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996.  Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

**11**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 101

# CERTIFICATE OF REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

**TX 4-248-138**

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**
1996 Annual Book of ASTM Standards: *Petroleum Products, Lubrican and Fossil Fuels*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 05 | 03 | March '96 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**
a **American Society for Testing and Materials**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶ **United States**
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: **Entire Text**

**NOTE**
Under the law, the "author" of a ...

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

## 3

a **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
**1996** ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month *March* Day *21* Year *1996*
**U.S.A.** ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA 19103-1187**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

See instructions before completing this space

APPLICATION RECEIVED
MAR 28 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 28 1996

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY _T.M's_ | FORM SE |
|---|---|
| CHECKED BY _MRC_ | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  TX# _4-029-509_   Year of Registration ▼ _1995_

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**1995 Annual Book of ASTM Standards, Section _15_, Volume _03_.**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions before completing this space

**7** —space deleted—

**8** **REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

See instructions

**9** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _American Society for Testing and Materials_   Account Number ▼ _DA078328_

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA    19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

Be sure to give your daytime phone number

**10** **CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**   date ▶ _March 21, 1996_

☞ Handwritten signature (X) ▼ _Robert L. Meltzer_

**11** MAIL CERTIFICATE TO

Name ▼
**Kathe Hooper, ASTM**
Number/Street/Apartment Number ▼
**1916 Race Street**
City/State/ZIP ▼
**Philadelphia, PA    19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# EXHIBIT 102

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

IX   2-697-913

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

NOV 09 1989

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼

1989 Annual Book of ASTM Standards, *GASEOUS FUELS; COAL & COKE*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 05 | 05.05 | OCTOBER 1989 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** NAME OF AUTHOR ▼     DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

**a** American Society for Testing and Materials

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**NOTE**

**b** NAME OF AUTHOR ▼     DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**c** NAME OF AUTHOR ▼     DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**3** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**1989** ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ _89_   Day ▶ _31_   Year ▶ _89_
U.S.A   ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 09 1989
ONE DEPOSIT RECEIVED
NOV 09 1989
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of _____ pages

FORM SE

EXAMINED BY

CHECKED BY

FOR COPYRIGHT OFFICE USE ONLY

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

TX   2-697-913

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   TX 2469 788        **Year of Registration** ▼   1989

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼
1988 Annual Book of ASTM Standards, Section 05 Volume 05

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

**6**

See instructions before completing this space.

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                    Places of Manufacture ▼

Waverly Press, Inc.                          Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords            b ☐ Copies Only            c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                     Account Number ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Area Code & Telephone Number ▶   **(215) 299-5431**

Be sure to give your daytime phone ◀ number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)  **American Society**
☒ authorized agent of  **for Testing and Materials**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                date ▶ 10/23/89

Handwritten signature (X) ▼

**MAIL CERTIFI-CATE TO**

Certificate will be mailed in window envelope

Name ▼
Kathleen M. Hooper

Number/Street/Apartment Number ▼
ASTM, 1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560/40 004                    July 1986—120,000

# EXHIBIT 103



# Additional Certificate of Registration
## of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim        In testimony whereof, the seal of this office
of copyright registered under number              is affixed hereto on



**TX 3-614-549**                    **October 1, 2019**

United States Register of Copyrights and Director

c-731 · 03/2019




**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX  3 614 549

EFFECTIVE DATE OF REGISTRATION

OCT 18 1993

Month      Day      Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

TITLE OF THIS SERIAL ▼

1993 Annual Book of ASTM Standards: *Gaseous Fuels; Coal and Coke*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 0505 | 05 | *September* | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

## 2

**a** NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: **Entire Text**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

## 3

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
1993 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *August*  Day ▶ 30  Year ▶ 1993  Nation ▶ U.S.A.

## 4

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA     19103-1187

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
OCT. 18. 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT. 18. 1993
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

TX 3 614 549

EXAMINED BY KW

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼ TX 3 447 183    **Year of Registration** ▼ 1992

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates ▼
1992 Annual Book of ASTM Standards, Section 25, Volume 25.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Compilation of previous published text plus additional text.

See instructions before completing this space

**6**

— space deleted —

**7**

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                    Account Number ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/Zip ▼
Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA    19103-1187
Area Code & Telephone Number ▶ 215-299-5431

Be sure to give your daytime phone number

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society for Testing and Materials**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer                    date ▶ September 8, 1993

Handwritten signature (X) ▼ Robert L. Meltzer

**MAIL
CERTIFI-
CATE TO**

Name ▼
Kathe Hooper, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA   19103-1187

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# EXHIBIT 104



**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

**CERTIFICATE OF REGISTRATION**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

OFFICIAL SEAL

**TX 4-394-571**

*TX00043945710*

EFFECTIVE DATE OF REGISTRATION

12    13    96
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼

**1996 Annual Book of ASTM Standards:** *Textiles*

*Textiles (11) : D3333 - latest*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *07* | *02* | *November 1996* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a
NAME OF AUTHOR ▼

**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

**NOTE**
Under the law,

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**3**

a
YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED This information must be given in all cases.
**1996** ◀ Year

b
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *December* Day ▶ *3* Year ▶ *1996*
Nation **U.S.A.**

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA 19428-2959**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
DEC 13 1996
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 13 1996
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of *2* pages

ASTM000065

| EXAMINED BY | | FORM SE |
|---|---|---|
| CHECKED BY | AWD | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   TH# *4-883-733*   Year of Registration ▼ **1996**

**6**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

**1996 Annual Book of ASTM Standards, Section** *01,* **Volume** *04.*

b. Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions before completing this space

**7**

## —space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords   b ☐ Copies Only   c ☐ Phonorecords Only

See instructions

**9**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ **American Society for Testing and Materials**   Account Number ▼ # **DA078328**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

Be sure to give your daytime phone ◀ number

Area Code & Telephone Number ▶ **610-832-9632**

**10**

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**   date *December 3, 1996*

✍ Handwritten signature (X) ▼   *Robert L. Meltzer*

**11**

**MAIL CERTIFICATE TO**

**Certificate will be mailed in window envelope**

Name ▼   **Judy Helm, ASTM**

Number/Street/Apartment Number ▼   **100 Barr Harbor Drive**

City/State/ZIP ▼   **West Conshohocken, PA  19428-2959**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000   ☆U.S. GOVERNMENT PRINTING OFFICE: 1992–312-432/60,002

ASTM000066

# EXHIBIT 105




**FORM SE**
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



101885578

TX 4-787-691

*TX0004787691*

EFFECTIVE DATE OF REGISTRATION

| 10 | 14 | 98 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** **TITLE OF THIS SERIAL ▼**

1998 Annual Book of ASTM Standards, Atmospheric Analysis; Occupational Health and Safety; Protective Clothing

| Volume ▼ | Number | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|--------|------------------|----------------------------|
| 11.03 | 11 | October 1998 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2** **NAME OF AUTHOR ▼**

**a** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work    Other: Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work    Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work    Other:

---

**3** **a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 1   Year ▶ 1998
United States ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
OCT. 14 1998
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT. 14 1998
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of  2  pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1997 Annual Book of ASTM Standards,  Section 11, Volume 11.03

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions before completing this space.

---

## ---space deleted---

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

See instructions.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                      **Account Number ▼**

American Society for Testing and Materials                    DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP

Kathe Hooper, American Society for Testing and Materials

100 Barr Harbor Drive

West Conshohocken, PA   19428-2959

Be sure to give your daytime phone number.

**Area Code & Telephone Number ▶**   (610) 832-9634

---

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                      date ▶   10-1-98

**Handwritten signature (X) ▼**

---

**MAIL CERTIFICATE TO**

**Name ▼**   Kathe Hooper, ASTM

**Number/Street/Apartment Number ▼**   100 Barr Harbor Drive

**City/State/ZIP ▼**   West Conshohocken, PA   19428-2959

Certificate will be mailed in window envelope

**11**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1996. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

Register of Copyrights
Library of Congress
Washington, D.C. 20559

---

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

# EXHIBIT 106

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE



**TX 5 – 202 – 199**

**EFFECTIVE DATE OF REGISTRATION**

| 11 | 13 | 00 |
|----|----|----|
| Month | Day | Year |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1** TITLE OF THIS SERIAL ▼
2000 Annual Book of ASTM Standards, Atmospheric Analysis; Occupational Health and Safety; Protective Clothing

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 11.03 | 11 | October 2000 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2** **a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

---

**3** **a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
2000 ◀ Year   This information must be given in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ 10   Day ▶ 6   Year ▶ 2000
United States ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA   19428-2959

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
NOV 13 2000
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

NOV 13 2000
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000125

| EXAMINED BY _Be_ | | FORM SE |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

1999 Annual Book of ASTM Standards, Volume _11.03_, Section _11_         **a**

**Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.         **b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                    **Account Number** ▼

American Society for Testing and Materials         DA078328         **a**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959         **b**

**Area code and daytime telephone number** ▶ 610-832-9634      **Fax number** ▶   610-832-9635

**Email** ▶  khooper@astm.org

**7**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  American Society for Testing and Materials

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                   **Date** ▶ 10/27/00

☞ **Handwritten signature (X)** ▼

X _Robert L McBain_

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Kathe Hooper, ASTM | **9** |
|---|---|---|
| | **Number/Street/Apt** ▼<br>100 Barr Harbor Drive | |
| | **City/State/ZIP** ▼<br>West Conshohocken, PA  19428-2959 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order
   payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

**\*17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—50,000
WEB REV: June 1999         ♻ PRINTED ON RECYCLED PAPER         ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60

ASTM000126

# EXHIBIT 107

# CERTIFICATE OF REGISTRATION

**FORM SE**
For a Serial
UNIT
REGI

**TX 5-369-432**

*TX0005369432*   U

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 07 | 02 | 2001 |

OFFICIAL SEAL — DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼** 2001 Annual Book of ASTM Standards: Water (11)

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|----------|----------|------------------|----------------------------|
| 11.02 | 11 | May 2001 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼** American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 18   Year ▶ 2001   United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
JUL 02 2001
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUL 02 2001
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000131

FORM SE

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**6**

DERIVATIVE WORK OR COMPILATION  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a** Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

2000 Annual Book of ASTM Standards, Section 11        Volume 1102

See instructions
before completing
this space.

**b** Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**7**

DEPOSIT ACCOUNT  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**a** Name ▼                                       Account Number ▼

American Society for Testing and Materials        DA078328

**b** CORRESPONDENCE  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Area code and daytime telephone number ▶ 610-832-9634        Fax number ▶        610-832-9635
Email ▶    khooper@astm.org

**8**

CERTIFICATION*  I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for Testing and Materials
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                       Date ▶ 6/20/01

Handwritten signature (X) ▼

X _____

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Kathe Hooper, ASTM

Number/Street/Apt ▼
100 Barr Harbor Drive

City/State/ZIP ▼
West Conshohocken, PA  19428-2959

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form SE
is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—50,000          ⊛ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/60
WEB REV: June 1999

ASTM000132

# EXHIBIT 108

# CERTIFICATE OF REGISTRATION

 

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 4-143-803**

*TX0004143803*



UNITED STATES COPYRIGHT OFFICE ★ SEAL ★
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

**AUG 01 1995**
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS SERIAL ▼
**1995 Annual Book of ASTM Standards:** General Methods and Instrumentation, General Test Methods, Nonmetal; Chromatography, Durability, etc. Nonmetallic Materials, Forensic Sciences, Laboratory Apparatus, Statistical method.

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14 | 02 | June 1995 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

NOTE
Under the law,

NAME OF AUTHOR ▼
a. **American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: **Entire Text**

NAME OF AUTHOR ▼
b.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

NAME OF AUTHOR ▼
c.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**3**
a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1995** ◀ Year

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 23   Year ▶ 1995
U.S.A.   ◀ Nation

**4**
See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
**American Society for Testing and Materials**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

APPLICATION RECEIVED
AUG 01 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 01 1995
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

ASTM000051

EXAMINED BY

**FORM SE**

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of this issue, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼

TX# 3-890-675

Year of Registration ▼

1994

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation

a.   Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates ▼

1994 **Annual Book of ASTM Standards, Section** 14, **Volume** 02.

b.   Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**Compilation of previous published text plus additional text.**

See instructions
before completing
this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**       A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords         b ☐ Copies Only         c ☐ Phonorecords Only

See instructions

**8**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ American Society for Testing
and Materials

Account Number ▼

#DA 018328

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA   19103-1187**

Area Code & Telephone Number ▶ **215-299-5431**

Be sure to
give your
daytime phone
◀ number

**9**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **American Society**
**for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

**Robert L. Meltzer**

date▶ July 26, 1995

✍ Handwritten signature (X) ▼

Robert L. Meltzer

**10**

**MAIL CERTIFI-CATE TO**

Name ▼
**Kathe Hooper, ASTM**

Number/Street/Apartment Number ▼
**1916 Race Street**

City/State/ZIP ▼
**Philadelphia, PA   19103-1187**

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

ASTM000052

# EXHIBIT 109

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 988-070**

**October 2, 2019**

United States Register of Copyrights and Director

C-731 · 03/2019



# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX ᴗSS-070

TX          TXU

EFFECTIVE DATE OF REGISTRATION

10       6       82
(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)

**1 Title**

TITLE OF THIS WORK: 1982 Annual Book of ASTM Standards
Part 10: Metals-Physical, Mechanical, Corrosion Testing

PREVIOUS OR ALTERNATIVE TITLES:

If a periodical or serial give Vol.      No.      Issue Date

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection give information about the collective work in which the contribution appeared)

Title of Collective Work                Vol      No      Date              Pages

**2 Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank

1

NAME OF AUTHOR: American Society for Testing and Materials

DATES OF BIRTH AND DEATH:
Born            Died
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?   Yes X   No

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____ (Name of Country) or { Domiciled in U.S.A. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Text

2

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born            Died
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?   Yes   No

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____ (Name of Country) } or { Domiciled in _____ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

3

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born            Died
(Year)          (Year)

Was this author's contribution to the work a "work made for hire"?   Yes   No

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____ (Name of Country) } or { Domiciled in _____ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes   No
Pseudonymous?   Yes   No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3 Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1982
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date: August 10, 1982
(Month)   (Day)   (Year)
Nation: United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

**4 Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA 19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached          • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of _____ pages

| | EXAMINED BY: ~~JC~~ | APPLICATION RECEIVED 06 OCT 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| TX 988-070 | CHECKED BY: JC | | |
| | CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED 06 OCT 1982   06 OCT 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE 04691 OCT 6 82 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?     Yes X     No
- If your answer is "Yes." why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☐ This is a changed version of the work, as shown by line 6 of this application
- If your answer is "Yes." give: Previous Registration Number   TX 814-684     Year of Registration 1982

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates )

{ 1981 Annual Book of ASTM Standards Part 10

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed )

{ Compilation of previously published text plus additional text

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed cer tain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, MD |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Of fice   (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or   (2) phonorecords embodying a fixation of a reading of that work, or (3) both

  a ☒ Copies and phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name

Account Number

**CORRESPONDENCE:** (Give name and address to which corre-spondence about this application should be sent )

Name   Robert L. Meltzer, ASTM
Address   1916 Race Street
Philadlepha,   PA   19103   (Apt )
(City)   (State)   (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION: #** I, the undersigned, hereby certify that I am the: (Check one)  American Society for Testing and

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of   Materials
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Robert L. Meltzer_

Typed or printed name   Robert L. Meltzer   Date 9/15/82

**⑩ Certification** (Application must be signed)

| American Soceity for Testing and Materials |
|---|
| (Name) |
| 1916 Race Street, 2nd floor RLM |
| (Number, Street and Apartment Number) |
| Philadelphia,   PA   19103 |
| (City)   (State)   (ZIP code) |

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑪ Address For Return of Certificate**

⊛ 17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application  shall be fined not more than $2,500
⊛ U.S. GOVERNMENT PRINTING OFFICE: 1980: 341-278/1

Nov. 1980 — 500,000