# EXHIBIT 110

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 3-135-932**

**October 2, 2019**



United States Register of Copyrights and Director

C-731 · 03/2019



**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX  3 135 932



EFFECTIVE DATE OF REGISTRATION

**JUL 23 1991**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS SERIAL ▼
1991 Annual Book of ASTM Standards: ELECTRICAL CONDUCTORS

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 02 | 02.03 | MAY 1991 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2** a  NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: **Entire Text**

NOTE
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other

**3** a  YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1991 ◀ Year

b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE  Complete this information ONLY if this work has been published.
Month ▶ 4  Day ▶ 25  Year ▶ 91
U.S.A. ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
American Society for Testing & Materials
1916 Race Street
Philadelphia, PA  19103-1187

APPLICATION RECEIVED
JUL 23 1991
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 23 1991
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages



EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 3 135 932

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  TX8  2 848  195   Year of Registration ▼  1990

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1990 Annual Book of ASTM Standards, Section 02 , Volume 02.03

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

Compilation of previous published text plus additional text.

**6**

See instructions before completing this space

**———space deleted———**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                                                Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA    19103-1187

Area Code & Telephone Number ▶  215-299-5431

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☒ authorized agent of  **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive rights(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                         date ▶ 6/11/91

Handwritten signature (X) ▼   Robert L Meltzer

**10**

**MAIL CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103-1187

• Complete all necessary spaces
• Sign your application in space 10

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1. Application form
2. Nonrefundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—282-170/20,005

# EXHIBIT 111

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

## FORM SE
For a Serial
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



TX 4-811-646

U

EFFECTIVE DATE OF REGISTRATION

*12*  *10*  *1998*
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼

1998 Annual Book of ASTM Standards:  Thermal Insulation; Environmental Acoustics

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.06 | 04 | November 1998 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

**a** NAME OF AUTHOR ▼
American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[X] Collective Work    Other:  Entire Text

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work    Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
[ ] Collective Work    Other:

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1998 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE  Complete this information ONLY if this work has been published.
Month ▶ November  Day ▶ 10  Year ▶ 1998
United States
◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

See instructions before completing this space.

TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE  OFFICE USE ONLY

APPLICATION RECEIVED
10.13.98
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
10.13.98
REMITTANCE NUMBER AND DATE

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

Page 1 of  *2*  pages

DO NOT WRITE HERE

ASTM000091

EXAMINED BY                                                    FORM SE

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**5**

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** _____   **Year of Registration** ▼ _____

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**6**

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   1997 Annual Book of ASTM Standards,  Section 04, Volume 04.06

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Compilation of previous published text plus additional text.

See instructions
before completing
this space.

---

**---space deleted---**

**7**

---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

**8**

a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

See instructions.

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name                                                    Account Number ▼

   American Society for Testing and Materials          DA078328

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.     Name/Address/Apt/City/State/ZIP ▼

Kathe Hooper, American Society for Testing and Materials
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶ (610) 832-9634

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for Testing & Materials

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶   11-25-98

Handwritten signature (X) ▼

---

MAIL
CERTIFICATE
TO

Name ▼
   Kathe Hooper, ASTM

Number/Street/Apartment Number
   100 Barr Harbor Drive

City/State/ZIP ▼
   West Conshohocken, PA  19428-2959

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has
the authority to adjust
fees at 5-year intervals,
based on changes in the
Consumer Price Index.
The next adjustment is
due in 1996. Please
contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

**11**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

ASTM000092

# EXHIBIT 112

FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 2 153 942

U

EFFECTIVE DATE OF REGISTRATION

9   14   87
Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS SERIAL ▼**
1987 Annual Book of ASTM Standards, General Test Methods, Nonmetal Laboratory Apparatus; Statistical Methods; Appearance of Metals Durability of Nonmetallic Materials

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.01 | 14 | June 1987 | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**2**

**a**

**NAME OF AUTHOR ▼**
American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

0159385 • 01593853 •

**3**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1987   ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶
Nation ▶ U. S. A.   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

**See instructions before completing this space**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
SEP 14 1987
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
SEP 14 1987
REMITTANCE NUMBER AND DATE
DO NOT WRITE HERE   OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10.

DO NOT WRITE HERE

TX 2 155 942

FORM SE

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼               **Year of Registration** ▼

TX 1-836 314                                            1986

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

1986 Annual Book of ASTM Standards Section 14 Volume 14.01

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS**  If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed **must** be given. See instructions for details.

**Names of Manufacturers** ▼                           **Places of Manufacture** ▼

Waverly Press, Inc.                                   Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**    A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                         **Account Number** ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM

1916 Race Street

Philadelphia, PA   19103
                    Area Code & Telephone Number ▶                    215-299-5431

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲  Testing and Materials

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                      date ▶ 8/24/87

Handwritten signature (X) ▼

Robert L. Meltzer

**10**

**MAIL CERTIFI-CATE TO**

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA   19103

**Certificate will be mailed in window envelope**

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1986-491-560/40,004

July 1986-120,000

# EXHIBIT 113

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dvid Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   1-210-036

EFFECTIVE DATE OF REGISTRATION

10   20   83
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**   1983 Annual Book of ASTM Standards Section 12, Volume 12.02 Nuclear (II), Solar, and Geothermal Energy

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**a** **NAME OF AUTHOR ▼**   American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:   Entire Text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

## 3

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 25   Year ▶ 1983
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing and Materials
1916 Race Street
Philadelphia, Pa   19103

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
20 OCT 1983
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
20 OCT 1983

REMITTANCE NUMBER AND DATE
17182 OCT 20 83

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

ASTM000003

TX 1-210-036

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TX 932-027 and Txl-020-736          1982

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.** Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

1982 Annual Book of ASTM Standards, Parts 41, 45

**b.** Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

Compilation of previously published text plus additional text

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                    Places of Manufacture ▼

Waverly Press, Inc.                    Easton, MD

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**9**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM

1916 Race Street

Philadelphia, PA  19103

Area Code & Telephone Number ▶  215-299-5431

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society for
Testing and Materials

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                    date ▶  10/10/83

Handwritten signature (X) ▼

*Robert L. Meltzer*

**MAIL CERTIFI-CATE TO**

Name ▼
American Society for Testing and Materials   (RLM)

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia,   PA    19103

Certificate
will be
mailed in
window
envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to Register of Copyrights?
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ASTM000004

# EXHIBIT 114

FORM TX
UNITED STATES COPYRIGHT OFFICE

**TX 4-512-210**

*TX0004512210*

EFFECTIVE DATE OF REGISTRATION

**JUL 0 8 1997**

Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS SERIAL ▼**

*General Methods and Instrumentation; Metal, Chromatography; Durability of nonmetallic Materials; Forensic Sciences; Laboratory Apparatus;*

1997 Annual Book of ASTM Standards;

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ *Statistical Methods* |
|---|---|---|---|
| *14* | *02* | *July 1997* | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

**2**

**NAME OF AUTHOR ▼**

**American Society for Testing and Materials**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Collective Work        Other **Entire Text**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Collective Work        Other

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Collective Work        Other

NOTE

---

**3**

**YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
**1997** ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE**
Complete this information ONLY if this work has been published.
Month ▶ *June* Day ▶ *23* Year ▶ *1997*
**U.S.A.** ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 08 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 08 1997

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions        • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

Yes ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

TX# _4-333-636_        _1996_

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

_1997 Annual Book of ASTM Standards, Section/4 , Volume 23_.

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_Compilation of previous published text plus additional text._

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ _American Society for_
_Testing and Materials_        **Account Number** ▼ # _DA078328_

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

_Robert L. Meltzer, ASTM_
_100 Barr Harbor Drive_
_West Conshohocken, PA   19428-2959_

Area Code & Telephone Number ▶ _610-832-9632_

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   _American Society_
_for Testing and Materials_

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_Robert L. Meltzer_        date ▶ _July 2, 1997_

✋   Handwritten signature (X) ▼

_Robert L. Meltzer_

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
_Judy Helm, ASTM_

**Number/Street/Apartment Number** ▼
_100 Barr Harbor Drive_

**City/State/ZIP** ▼
_West Conshohocken, PA   19428-2959_

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1996. Contact the Copyright Office in January 1996 for the new fee schedule.

**11**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1992—50,000        ☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

# EXHIBIT 115

# FORM SE
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

TX 3-972-349

U

EFFECTIVE DATE OF REGISTRATION

FEB 01 1995

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS SERIAL ▼**

1994 Annual Book of ASTM Standards: *Building Seals and Sealants; Fire Standards; Building Construction; Dimension Stone*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| *04* | *07* | *November* | **Annual** |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

---

## 2

**a** **NAME OF AUTHOR ▼**

American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☒ Yes ☐ No | Name of Country OR { Citizen of ▶ _____  Domiciled in ▶ **United States** | Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No   *If the answer to either of these questions is "Yes," see detailed instructions* |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: **Entire Text**

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | Name of country OR { Citizen of ▶ _____  Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No   *If the answer to either of these questions is "Yes," see detailed instructions.* |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: _____

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK |
|---|---|---|
| ☐ Yes ☐ No | OR { Citizen of ▶ _____  Domiciled in ▶ _____ | Anonymous? ☐ Yes ☐ No   Pseudonymous? ☐ Yes ☐ No   *If the answer to either of these questions is "Yes," see detailed instructions.* |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other: _____

*(margin note:)* any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

## 3

**a** **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** *This information must be given in all cases.*
**1994** ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** *Complete this information ONLY if this work has been published.*
Month ▶ *January* Day ▶ *19* Year ▶ *1995*
Nation ▶ **U.S.A.**

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

*See instructions before completing this space.*

**DO NOT WRITE HERE OFFICE USE ONLY**
APPLICATION RECEIVED
FEB 01 1995
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
FEB 01 1995
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions   • Sign the form at line 10

**DO NOT WRITE HERE**
Page 1 of _____ pages

EXAMINED BY _____

CHECKED BY _____

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

TX# 3-735-605        1993

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

1993 **Annual Book of ASTM Standards, Section** 04, **Volume** 07.

b.  Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**Compilation of previous published text plus additional text.**

**6**

See instructions
before completing
this space.

## —space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103-1187

Area Code & Telephone Number ▶  **215-299-5431**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                    date ▶ January 19, 1995

✗_____ Handwritten signature (X) ▼

*Robert L Meltzer*

**10**

**MAIL CERTIFI-CATE TO**

Certificate will be mailed in window envelope

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103-1187

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—282-170/20,005

# EXHIBIT 116

Page 1

# Application for Registration of a Claim to Copyright
## in a published book manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be SIGNED at line 10 and the AFFIDAVIT (line 11) must be COMPLETED and NOTARIZED. The application should not be completed until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ... American Society for Testing and Materials ...........................

Address ... 1916 Race St., Phila., Pa. 19103 ...........................

**2. Title:** ... Part 30 - 1971 Annual Book of ASTM Standards:   General Testing Methods;
Radioisotopes and Radiation Effects; Statistical Methods; Appearance of Materials;
Emission, Molecular and Mass Spectroscopy; Sensory Evaluation of Materials and
Chromatography;   Temperature Measurement;  Space Simulation;  Resinography;
Microscopy;   Deterioration of Nonmetallic Materials

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers, translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name ... American Society for Testing and Materials ......... Citizenship ... U.S. ...
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes ... XX ... No ...... Address ... 1916 Race St., Phila., Pa. 19103 .....

Name ................................................. Citizenship ...............
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ...................................

Name ................................................. Citizenship ...............
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ...................................

**4. Date of Publication of This Edition:** Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. NOTE: The full date (month, day, and year) must be given. For further information, see page 4.

... 15 July 1971 ...
(Month)        (Day)        (Year)

▶▶ (NOTE: Leave line 5 blank unless the following instructions apply to this work.) ◀◀

**5. New Matter in This Version:** If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

Compilation of previously published texts and additional text

▶▶ NOTE: Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language. ◀◀

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition .................. (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ...... No ......

If your answer is "Yes," give registration number ..................................

EXAMINER

*Complete all applicable spaces on next page*

7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ...American Society for Testing and Materials... Address ...1916 Race St., Phila., Pa....

9. **Send certificate to:**

(Type or print name and address)

Name ...American Society for Testing and Materials...

Address ...1916 Race Street...

...Phila., Pa. 19103...

(Number and street)

(City)      (State)      (ZIP code)

10. **Certification:** (NOTE: Application not acceptable unless signed)
    I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

...Albert L. Batik... (Signature of copyright claimant or duly authorized agent)

11. **Affidavit (required by law.)** Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)". (2) Sign the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer sign and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which is now.

The affidavit *must* be signed by an individual.

I, the undersigned, depose and say that I am the
☐ Person claiming copyright in the book described in this application;
XXX Duly authorized agent of the person or organization claiming copyright in the book described in this application;
☐ Printer of the book described in this application.

STATE OF ...Pennsylvania...
COUNTY OF ...Philadelphia...
} ss:

That the book was published or the printing was completed on: (X) ...15 July 1971...
(Give month, day, and year)

That, of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein; that the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States; and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such type setting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:

(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC.)

Names (X) ...WAVERLY PRESS, INC.... Addresses (X) ...Easton, Maryland (U.S.A.)...

...Albert L. Batik... (Signature of affiant)

**(Sign and notarize only on or after date given above)**

Subscribed and sworn to ~~affirmed~~ before me this ...22nd...

day of ...July..., 19...71...

...Mae E. ...... (Signature of notary public)
Philadelphia, Philadelphia Co.
My Commission Expires January 20, 1975

PLACE
NOTARIAL SEAL
HERE

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received | |
| JUL 23 1971 | |
| Two copies received | |
| JUL 23 1971 | |
| Fee received | |
| 7710 JUL 23 71 | |
| Renewal | |

Page 1

In a published book manufactured

Instructions: Make sure that all the form...
before you submit the AFFIDAVIT
SIGNED and NOTARIZED. The app...
COMPLETED and NOTARIZED...
complete until after the date of publ...
indicate then the fact which exis...
further information, see page 4.

1. Copyright Claimant(s) and Address
   name(s) should be the same as in the ...

Name ...University of Wa...

Address ...Seattle, Washing...

Address ...Roads and Tr...

2. Title: ...

3. Authors: Citizenship and domi...
   given. Where a work was made fo...
   cases. The citizenship of organiz...
   Federal or State law should be ...

Name ...Frederi...
(Give legal name to ...

Domiciled in U.S.A. Yes ... X ...

Name ...
(Give legal name ...

Domiciled in U.S.A. Yes ...

Name ...
(Give legal ...

Domiciled in U.S.A. Yes ...

4. Date of Publication of T...
   date when copies of this par...
   on sale, sold, or publicly dis...

5. New Matter in This Vers...
   work has been previously c...
   general statement of the na...

...Editorial...

NOTE: [Leave li...]

6. Book in English Previo...
   previously manufactured ...

Date of first publication ...

If your answer is "Yes...

# EXHIBIT 117

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 565-132**

**October 2, 2019**

*Karyn A. Temple*

United States Register of Copyrights and Director

C-731 · 03/2019

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX -- 565-132

TX            TXU

EFFECTIVE DATE OF REGISTRATION

14 OCT 1980

(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**① Title**

**TITLE OF THIS WORK:** 1980 Annual Book of ASTM Standards, Part 10: Metals-Physical, Mechanical, Corrosion Testing

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol. ___ No ___ Issue Date ___

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work ___ Vol ___ No ___ Date ___ Pages ___

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank

**1**

**NAME OF AUTHOR:** American Society for Testing & Materials

Was this author's contribution to the work a "work made for hire"? YesXXX No

**DATES OF BIRTH AND DEATH:**
Born ___ (Year)   Died ___ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ___ (Name of Country) } or { Domiciled in U.S.A. (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ___ No ___
Pseudonymous? Yes ___ No ___
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution) Entire Text

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ___ No ___

**DATES OF BIRTH AND DEATH:**
Born ___ (Year)   Died ___ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ___ (Name of Country) } or { Domiciled in ___ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ___ No ___
Pseudonymous? Yes ___ No ___
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes ___ No ___

**DATES OF BIRTH AND DEATH:**
Born ___ (Year)   Died ___ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of ___ (Name of Country) } or { Domiciled in ___ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes ___ No ___
Pseudonymous? Yes ___ No ___
If the answer to either of these questions is "Yes," see detailed instructions attached

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 1980 (This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date September 5, 1980
(Month) (Day) (Year)
Nation United STates
(Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing & Materials
1916 Race STreet
Philadelphia, Pa. 19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• *Complete all applicable spaces (numbers 5-11) on the reverse side of this page*
• *Follow detailed instructions attached*   • *Sign the form at line 10*

DO NOT WRITE HERE

Page 1 of 2 pages

| | EXAMINED BY: | APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 12461 OCT 1480 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes  X  No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☒ This is a changed version of the work, as shown by line 6 of this application
- If your answer is "Yes," give: Previous Registration Number  TX 343-482    Year of Registration  1979

**(5)** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL. (Identify any preexisting work or works that this work is based on or incorporates.)

{ 1979 Annual Book of ASTM STandards, Part 10

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

{ Compilation of previously published text plus addtional text

**(6)** Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, Maryland |

**(7)** Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office  (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or  (2) phonorecords embodying a fixation of a reading of that work or (3) both

  a ☒ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**(8)** License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name.  Robert L. Meltzer
Address:  ASTM   1916 Race STreet
(City) Philadelphia, Pa.     (State)     19103 (Apt.) (ZIP)

**(9)** Fee and Correspondence

**CERTIFICATION:**  ☒ I, the undersigned, hereby certify that I am the (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of

American Society for Testing and Materials
(Name of author or other copyright claimant or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) Robert L. Meltzer

Typed or printed name   Robert L. Meltzer          Date 9/15/80

**(10)** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

American Society for Testing & Materials
(Name)
1916 Race Street
(Number, Street and Apartment Number)
Philadelphia, Pa.    19103
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**(11)** Address For Return of Certificate

- 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
☆ U.S. GOVERNMENT PRINTING OFFICE: 1979-281-421/4

Mar. 1979-200,000

# EXHIBIT 118

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 1 846 704**

EFFECTIVE DATE OF REGISTRATION

7 / 7 / 86
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼ Annual Book of ASTM Standards, General Test Methods, Nonmetal; Laboratory Apparatus, Statistical Methods; Appearance of Materials; Durability of Nonmetallic Materials

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 14.02 | 14 | June 1986 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer.

**a** NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to e of these question "Yes," see detaile instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to of these questio "Yes," see detail instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to of these questio "Yes," see detaile instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:



---

**3**

YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1986 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 30   Year ▶ 1986
U.S.A.

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

American Society for Testing and Materials
1916 Race Street

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY



APPLICATION RECEIVED
JUL 07 1986
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 07 1986
REMITTANCE NUMBER AND DATE

DO NOT WRITE H

MORE ON BACK ▶

EXAMINED BY  R²N

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

☐ DEPOSIT ACCOUNT
☐ FUNDS USED

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX 1 846 704

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published version of an issue previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐☒This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

TX 1-626-727                                        1985

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.** **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.** **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

See instructions
before comple
this space.

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed **must** be given. See instructions for details.
**Names of Manufacturers** ▼                          **Places of Manufacture** ▼

Waverly Press, Inc.                               Easton, MD

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**      A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

☒ **a** ☐  Copies and Phonorecords          **b** ☐   Copies Only          **c** ☐   Phonorecords Only

See instructi

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                          **Account Number** ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA    19103
                          Area Code & Telephone Number ▶        215-299-5431

Be sure to
give your
daytime pho
number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s) American Society for
☒ authorized agent of  Testing and Materials
         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Robert L. Meltzer                                        date ▶ 6/30/86

Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
American Society for Testing and Materials

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA    19103

**Certificate
will be
mailed in
window
envelope**

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# EXHIBIT 119

# CERTIFICATE OF REGISTRATION

## FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   3 689 742

U

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

OCT 0 6 1993

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS SERIAL ▼

**1993 Annual Book of ASTM Standards:** *Pesticides; Resources Recovery; Hazardous Substances and Oil Spill Responses; Waste Management; Biological Effects*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11 | 04 | *August 1993* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

---

NAME OF AUTHOR ▼

**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶ **United States**
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other: **Entire Text**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work     Other:

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED   This information must be given in all cases.
**1993** ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ *July*   Day ▶ *28*   Year ▶ *1993*
Nation ▶ **U.S.A.**

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**1916 Race Street**
**Philadelphia, PA     19103-1187**

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
OCT. 06.1993

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
OCT. 06.1993

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

ASTM000041

EXAMINED BY _____     FORM SE

CHECKED BY _____

☐ CORRESPONDENCE          FOR
   Yes                    COPYRIGHT
                          OFFICE
                          USE
                          ONLY

TX 3 689 742

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TX# 3 450-279                              1992

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

1992 Annual Book of ASTM Standards, Section 11 , Volume 04 .

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**          A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**8**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                              Account Number ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA  19103-1187

Area Code & Telephone Number ▶  215-299-5431

**9**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the

Check one ▶  ☐ author
             ☐ other copyright claimant
             ☐ owner of exclusive right(s)
             ☒ authorized agent of  **American Society for Testing and Materials**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                              date ▶ 8/11/93

Handwritten signature (X) ▼

*Robert L. Meltzer*

**0**

MAIL
CERTIFI-
CATE TO

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/ZIP ▼
Philadelphia, PA   19103-1187

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ASTM000042

# EXHIBIT 120

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**For a Serial**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

**TX 4-571-119**

*TX0004571119*

EFFECTIVE DATE OF REGISTRATION

**OCT   22   1997**
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  TITLE OF THIS SERIAL ▼

**1997 Annual Book of ASTM Standards:** *Construction; Building Seals and Sealants; Fire Standards; Dimension Stone*

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04.07 | 04 | *November 1997* | **Annual** |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**

a. NAME OF AUTHOR ▼
**American Society for Testing and Materials**

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed ▼
☒ Collective Work    Other: **Entire Text**

**NOTE**
Under the law the "author" of a work made for hire is generally the employer not the em-...

b. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other.

c. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work    Other:

**3**

a. YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
**1997** ◀ Year

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information Month ▶ *Oct*  Day ▶ *10*  Year ▶ *1997*
ONLY if this work has been published.  **U.S.A.** ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

**American Society for Testing & Materials**
**100 Barr Harbor Drive**
**West Conshohocken, PA  19428-2959**

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
**OCT 22 1997**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**OCT 22 1997**
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of  **2**  pages

ASTM000071

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This is the first published version of an issue previously registered in unpublished form
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of this issue, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼  TH**     **Year of Registration** ▼  1996

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation
**a.**  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼
1997 Annual Book of ASTM Standards, Section     , Volume

**b.**  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
Compilation of previous published text plus additional text.

**6**

See instructions before completing this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
**a** ☒ Copies and Phonorecords  **b** ☐ Copies Only  **c** ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**  American Society for
Testing and Materials
**Account Number ▼**  # DA078328

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name Address Apt City State Zip ▼
Robert L. Meltzer, ASTM
100 Barr Harbor Drive
West Conshohocken, PA  19428-2959
**Area Code & Telephone Number ▶**  610-832-9632

**9**

Be sure to give your daytime phone number

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  American Society for Testing and Materials
**Name of author or other copyright claimant, or owner of exclusive right(s) ▲**
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert L. Meltzer  **date ▶** 11/1/97

Handwritten signature (X) ▼

**10**

**MAIL CERTIFICATE TO**
**Name ▼**  Kathe Hooper, ASTM
**Number Street Apartment Number ▼**  100 Barr Harbor Drive
**City State ZIP ▼**  West Conshohocken, PA  19428-2959

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

Copyright fees are adjusted at 5-year intervals, based on increases or decreases in the Consumer Price Index. The next adjustment is due in 1995. Contact the Copyright Office in January 1995 for the new fee schedule.

* 17 U.S.C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500

June 1992—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1992—312-432/60,002

ASTM000072

# EXHIBIT 121

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM SE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX   2-407 753

EFFECTIVE DATE OF REGISTRATION

9 / 23 / 88
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS SERIAL ▼
1988 Annual Book of ASTM Standards, Pesticides; Resource Recovery; Hazardous Substances & Oil Spill Response; Waste Disposal; Biologi Effects

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 11.04 | 11 | August 1988 | Annual |

PREVIOUS OR ALTERNATIVE TITLES ▼

**2**
a
NAME OF AUTHOR ▼ American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other: Entire Text

**NOTE**
Under the law, the "author" of a "work made for

b
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION T THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questi "Yes," see deta instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:

c
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION T THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questi "Yes," see instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work   Other:



**3**
YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED  This information must be given in all cases.
1988 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 30   Year ▶ 1988
U. S. A. ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
American Society for Testing and Materials
1916 Race Street
Philadelphia, PA   19103

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
SEP 23 1988
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
SEP 23 1988
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

DO NOT WRITE

EXAMINED BY _MHT_   FORM S

CHECKED BY

☐ CORRESPONDENCE
   Yes

☐ DEPOSIT ACCOUNT
   FUNDS USED

FOR
COPYRIG
OFFICE
USE
ONLY

TX   2-407 753

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼
TX 2-193-676                    1987

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼
1987 Annual Book of ASTM Standards Section 11 Volume 11.04

b.  Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Compilation of previous published text plus additional text.

See instruc
before num
this space.

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.

Names of Manufacturers ▼                         Places of Manufacture ▼
Waverly Press, Inc.                              Easton, MD

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a. ☒ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

See instr

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                         Account Number ▼

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
R. L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA   19103

Area Code & Telephone Number ▶     215-299-5431

Be sure
give you
daytime
◀ number.

**CERTIFICATION**   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s) **American Society for**
☒ authorized agent of   **Testing and Materials**
of the work identified in this application and that the statements made
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Robert L. Meltzer                              date 09/23/88

Handwritten signature (X) ▼ _Robert L. Meltzer_

**MAIL CERTIFICATE TO**

Name ▼
Kathe Scholl, ASTM
Number/Street/Apartment Number ▼
1916 Race Street
City/State/ZIP ▼
Philadelphia, PA   19103

Certificate will be mailed in window envelope

Have you:
● Completed all necessary spaces?
● Signed your application in space 10?
● Enclosed check or money order for $10 payable to Register of Copyrights?
● Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress. Washington. D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT 122**

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 3-128-183**

**October 2, 2019**



United States Register of Copyrights and Director

C-731 · 03/2019

**FORM SE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 128 183

u

EFFECTIVE DATE OF REGISTRATION

JUL 25 1991

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

TITLE OF THIS SERIAL ▼

1991 Annual Book of ASTM Standards: ROAD and PAVING MATERIALS, PAVEMENT MANAGEMENT TECHNOLOGIES

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 04 | 04.03 | APRIL 1991 | ANNUAL |

PREVIOUS OR ALTERNATIVE TITLES ▼

**a** NAME OF AUTHOR ▼

American Society for Testing and Materials

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: **Entire Text**

**NOTE**

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: _____

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
☐ Collective Work Other: _____

**3 a** YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED
1991 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE
Month ▶ 4 Day ▶ 10 Year ▶ 91
U.S.A.

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA 19103-1187

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 25 1991
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 25 1991
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

TX 3 128 183

EXAMINED BY ~~~

CHECKED BY ~~~

☐ CORRESPONDENCE
Yes

FORM SE

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?

☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published version of an issue previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   TX 3 89 463    **Year of Registration** ▼   1990

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work, complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

1990 Annual Book of ASTM Standards, Section 04 , Volume 04.03

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Compilation of previous published text plus additional text.

**6**

See instructions
before completing
this space

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☒ Copies and Phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Robert L. Meltzer, ASTM
1916 Race Street
Philadelphia, PA    19103-1187

Area Code & Telephone Number ▶  215-299-5431

**9**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   American Society
for Testing and Materials

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Robert L. Meltzer                                    date ▶  6/14/91

Handwritten signature (X) ▼   ~~Robert L. Meltzer~~

**MAIL
CERTIFICATE TO**

Name ▼
Kathe Hooper, ASTM

Number/Street/Apartment Number ▼
1916 Race Street

City/State/Zip ▼
Philadelphia, PA    19103-1187

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—273-170/20,005

# EXHIBIT 123

# FORM TX

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

IX   **339-441**

(TX)          TXU

EFFECTIVE DATE OF REGISTRATION

OCT   2 1979
Month        Day        Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET**

**① Title**

**TITLE OF THIS WORK:**   1979 Annual Book of ASTM Standards, Part 46: End Use and Consumer Products

**PREVIOUS OR ALTERNATIVE TITLES:**

If a periodical or serial give: Vol _____   No. _____   Issue Date _____

**PUBLICATION AS A CONTRIBUTION:** (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: _____   Vol _____   No _____   Date _____   Pages _____

**② Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:**   American Society for Testing and Materials

Was this author's contribution to the work a "work made for hire"?   Yes  X   No

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country) } or { Domiciled in   U.S.A. (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes _____  No _____
Pseudonymous?  Yes _____  No _____
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes _____   No _____

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country) } or { Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes _____  No _____
Pseudonymous?  Yes _____  No _____
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"?   Yes _____   No _____

**DATES OF BIRTH AND DEATH:**
Born _____ (Year)   Died _____ (Year)

**AUTHOR'S NATIONALITY OR DOMICILE:**

Citizen of _____ (Name of Country) } or { Domiciled in _____ (Name of Country)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous?  Yes _____  No _____
Pseudonymous?  Yes _____  No _____
If the answer to either of these questions is "Yes," see detailed instructions attached.

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**

Year   1979

(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**

Date   August (Month)   2 (Day)   1979 (Year)

Nation   United States (Name of Country)

(Complete this block ONLY if this work has been published.)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA  19103

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

_____ all applicable spaces (numbers 5-11) on the reverse side of this page
_____ iled instructions attached
_____ m at line 10

DO NOT WRITE HERE

Page 1 of _____ pages

| | EXAMINED BY:  ~~O2~~ | APPLICATION RECEIVED: | |
|---|---|---|---|
| TX    339-441 | CHECKED BY: LD    IC.97 | | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: IC.97    IC.97 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE **2041** OCT 279 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

* Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?    Yes  X    No
* If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☒ This is a changed version of the work, as shown by line 6 of this application.
* If your answer is "Yes," give: Previous Registration Number . . . . . . . TX 134-979 . . . Year of Registration . . . . 1978

⑤ Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
{ . . . . . 1978 Annual Book of ASTM Standards, Part 46 . . . . .
MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
{ . . . . . Compilation of previously published text plus additional text . . . . .

⑥ Compilation or Derivative Work

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed *must* be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| . . . Waverly Press, Inc. . . . | . . . Easton, MD. . . . |

⑦ Manufacturing

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

* Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or  (2) phonorecords embodying a fixation of a reading of that work or (3) both.

  a ☒ Copies and phonorecords          b ☐ Copies Only          c ☐ Phonorecords Only

⑧ License For Handicapped

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: . . . . . . . . . . . . . . . .
Account Number: . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name:  Robert L. Meltzer, ASTM
Address:  1916 Race Street          (Apt.)
Philadelphia, PA  19103
(City)          (State)          (ZIP)

⑨ Fee and Correspondence

**CERTIFICATION:** # I, the undersigned, hereby certify that I am the: (Check one)    American Society for Testing
☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of:    and Materials
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Robert L. Meltzer*          9/11/79

Typed or printed name:  Robert L. Meltzer          Date ▸

⑩ Certification

| | MAIL | ⑪ |
|---|---|---|
| . . . . American Society for Testing & Materials . . . . (Name) | **CERTIFICATE** | Address For Return of Certificate |
| . . . . 1916 Race Street . . . . (Number, Street and Apartment Number) | **TO** 2 6 OCT 1979 | |
| . . . . Philadelphia, PA  19103 . . . . (City)          (State)          (ZIP code) | **(Certificate will be mailed in window envelope)** | |

# 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

6 U. S. GOVERNMENT PRINTING OFFICE : 1977 O - 243-141

# EXHIBIT 124

# Additional Certificate of Registration of a Claim to Copyright

This is to certify that the statements set forth in the attached have been made a part of the records of the Copyright Office with claim of copyright registered under number

In testimony whereof, the seal of this office is affixed hereto on

**TX 3-450-276**

**October 1, 2019**

United States Register of Copyrights and Director

**FORM SE**
UNITED STATES COPYRIGHT OFFICE



REGISTRATION NUMBER

TX   3 450 276
U

EFFECTIVE DATE OF REGISTRATION

JAN 12 1993

Month        Day        Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS SERIAL ▼**

1992 Annual Book of ASTM Standards: Electrical Insulating Liquids and Gases; Electrical Protective Equipment

| Volume ▼ | Number ▼ | Date on Copies ▼ | Frequency of Publication ▼ |
|---|---|---|---|
| 10 | 03 | May | Annual |

**PREVIOUS OR ALTERNATIVE TITLES ▼**

## 2

**NAME OF AUTHOR ▼**

a American Society for Testing and Materials

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work   Other: **Entire Text**

**NOTE**
Under the law,

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work   Other:

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed ▼
☐ Collective Work   Other:

## 3

a **YEAR IN WHICH CREATION OF THIS ISSUE WAS COMPLETED** This information must be given in all cases.
1992 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR ISSUE** Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 15   Year ▶ 1992
Nation ▶ U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

American Society for Testing & Materials
1916 Race Street
Philadelphia, PA   19103-1187

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED
JAN 12 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 12 1993
REMITTANCE NUMBER AND DATE

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• See detailed instructions
• Sign the form at line 10

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM SE

FOR
COPYRIG-
FE CE
USE
ONLY

TX  **3 450 276**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this issue, or for an earlier version of this particular issue, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published version of an issue previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of this issue, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼  **TX# 3 135-938**    Year of Registration ▼  **1991**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼
**1991 Annual Book of ASTM Standards, Section 10 , Volume  03.**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼
**Compilation of previous published text plus additional text.**

---space deleted---

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 8, and a
check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind
and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space
1 of this application in Braille (or similar tactile symbols), or (2) phonorecords embodying a fixation of a reading of that work, or (3) both.
  a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                         Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
**Robert L. Meltzer, ASTM**
**1916 Race Street**
**Philadelphia, PA    19103-1187**
                      Area Code & Telephone Number ▶ **215-299-5431**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                          Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **American Society**
                         **for Testing and Materials**
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
**Robert L. Meltzer**                                          date ▶ **December 29, 1992**

          Handwritten signature (X) ▼   *Robert L. Meltzer*

MAIL
CERTIFI-
CATE TO

Name ▼
**Kathe Hooper, ASTM**
Number/Street/Apartment Number ▼
**1916 Race Street**
City/State/Zip ▼
**Philadelphia, PA    19103-1187**

Certificate
will be
mailed in
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in
connection with the application, shall be fined not more than $2,500.

December 1990—75,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1990—262-129/20,004

# EXHIBIT 125

# Additional Certificate of Registration
## of a Claim to Copyright

This is to certify that the statements set forth
in the attached have been made a part of the
records of the Copyright Office with claim      In testimony whereof, the seal of this office
of copyright registered under number            is affixed hereto on

**TX 565-140**                                  **October 1, 2019**

United States Register of Copyrights and Director

C-731 · 03/2019

# FORM TX

UNITED STATES COPYRIGHT OFFICE



---

REGISTRATION NUMBER

TX        565-140

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

14 OCT 1980

(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**①** **Title**

TITLE OF THIS WORK:

1980 Annual Book of ASTM Standards,
Part 46:  End Use and Consumer Products

If a periodical or serial give Vol.        No        Issue Date

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work                Vol        No        Date        Pages

---

**②** **Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1** NAME OF AUTHOR:
American Society for Testing and Materials
Was this author's contribution to the work a "work made for hire"?  Yes XX  No

DATES OF BIRTH AND DEATH:
Born        Died
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____ } or { Domiciled in U.S.A.
(Name of Country)        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes        No
Pseudonymous?  Yes        No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)
Entire Text

**2** NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes  No

DATES OF BIRTH AND DEATH:
Born        Died
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____ } or { Domiciled in
(Name of Country)        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes        No
Pseudonymous?  Yes        No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3** NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"?  Yes  No

DATES OF BIRTH AND DEATH:
Born        Died
(Year)        (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of _____ } or { Domiciled in
(Name of Country)        (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes        No
Pseudonymous?  Yes        No
If the answer to either of these questions is "Yes," see detailed instructions attached

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③** **Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1980
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date September    5,    1980
(Month)        (Day)        (Year)
Nation United States
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④** **Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

American Society for Testing & Materials
1916  Race Street
Philadelphia, Pa.    19103

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

• Complete all applicable spaces (numbers 5-11) on the reverse side of this page
• Follow detailed instructions attached        • Sign the form at line 10

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE 12461 OCT 1480 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM TX/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?   Yes X   No
- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form
  - ☐ This is the first application submitted by this author as copyright claimant
  - ☒ This is a changed version of the work, as shown by line 6 of this application.
- If your answer is "Yes," give: Previous Registration Number  TX 339-441         Year of Registration  1979

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL (Identify any preexisting work or works that this work is based on or incorporates)

{ 1979 Annual Book of ASTM STandards, Part 46

MATERIAL ADDED TO THIS WORK (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed)

{ Compilation of previously published text plus additional text

**⑥ Compilation or Derivative Work**

**MANUFACTURERS AND LOCATIONS:** (If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.)

| NAMES OF MANUFACTURERS | PLACES OF MANUFACTURE |
|---|---|
| Waverly Press, Inc. | Easton, Maryland |

**⑦ Manufacturing**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY-HANDICAPPED PERSONS:** (See instructions)

- Signature of this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both

  a ☒ Copies and phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**⑧ License For Handicapped**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE** (Give name and address to which correspondence about this application should be sent.)

Name  Robert L. Meltzer
Address  ASTM 1916 Race Street
Philadelphia,         Pa.     19103 (Apt)
(City)                (State)              (ZIP)

**⑨ Fee and Correspondence**

**CERTIFICATION: #** I, the undersigned, hereby certify that I am the: (Check one)  American Society for Testing & Materials

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of
(Name of author or other copyright claimant or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  _Robert L. Meltzer_

Typed or printed name  Robert L. Meltzer                    Date 9/25/80

**⑩ Certification (Application must be signed)**

| American Society for Testing & Materials (Name) | MAIL CERTIFICATE TO | **⑪ Address For Return of Certificate** |
|---|---|---|
| 1916 Race Street (Number, Street and Apartment Number) | | |
| Philadelphia, Pa. 19103 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) | |

# 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1979-281-421/4                                                                   Mar. 1979-200,000