# EXHIBIT 149

# FILED UNDER SEAL