# EXHIBIT 151
# PART 1

Case 1:13-cv-01215-TSC    Document 198-30    Filed 10/07/19    Page 2 of 187

9/20/2019        ASTM A36: Standard Specification for Carbon Structural Steel : American Society for Testing and Materials : Free Download, Borrow, an…

# ASTM A36: Standard Specification for Carbon Structural Steel

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1977-01-01 |
| Usage | CC0 1.0 Universal © ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR Part 200

**Name of Legally Binding Document:** ASTM A36: Standard Specification for Carbon Structural Steel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a36.1977 |
| Identifier-ark | ark:/13960/t7gq82t79 |

9/20/2019          ASTM A36: Standard Specification for Carbon Structural Steel : American Society for Testing and Materials : Free Download, Borrow, an…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

 Add Review

**Reviewer:** Mai Pham -  - November 25, 2015
**Subject:** ASTM A36: Standard Specification for Carbon Structural Steel
all document

## 1,304 Views

## 1 Review

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

15 Files

9 Original

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 4 of 187

9/20/2019          ASTM A36: Standard Specification for Carbon Structural Steel : American Society for Testing and Materials : Free Download, Borrow, an…

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 5 of 187

9/20/2019          ASTM A36: Standard Specification for Carbon Structural Steel : American Society for Testing and Materials : Free Download, Borrow, an…

# ASTM A36: Standard Specification for Carbon Structural Steel

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 160.035-3(b)(2)

**Name of Legally Binding Document:** ASTM A36: Standard Specification for Carbon Structural Steel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a36.1997 |
| Identifier-ark | ark:/13960/t6640ww5h |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 615 Views

## DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| --- | --- |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

## IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019        ASTM A82: Cold-Drawn Steel Wire for Concrete Reinforcement : American Society for Testing and Materials : Free Download, Borrow, a…

# ASTM A82: Cold-Drawn Steel Wire for Concrete Reinforcement

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A82: Cold-Drawn Steel Wire for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a82.1979 |
| Identifier-ark | ark:/13960/t4wh3qz4f |

9/20/2019          ASTM A82: Cold-Drawn Steel Wire for Concrete Reinforcement : American Society for Testing and Materials : Free Download, Borrow, a…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

884 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

8

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 10 of 187

9/20/2019          ASTM A82: Cold-Drawn Steel Wire for Concrete Reinforcement : American Society for Testing and Materials : Free Download, Borrow, a…

Government Documents

Additional Collections

Uploaded by
## Public Resource
on July 1, 2012

# ASTM A184: Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A184: Standard Specification for Fabricated Deformed Steel Bar Mats for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a184.1979 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t2989d281 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 163 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                14 Files

8 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A185: Steel Wire Fabric for Concrete Reinforcement
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A185: Steel Wire Fabric for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a185.1979 |
| Identifier-ark | ark:/13960/t3kw6k12k |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

2,616 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                        18 Files
                                                 12 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019          ASTM A203: Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel : American Society for Testing and Materials : Free D…

# ASTM A203: Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 54.05-20(b)

**Name of Legally Binding Document:** ASTM A203: Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a203.1997 |
| Identifier-ark | ark:/13960/t10p2745t |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 149 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 19 of 187

9/20/2019                ASTM A203: Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel : American Society for Testing and Materials : Free D…

Government Documents

Additional Collections

Uploaded by
## Public Resource
on July 1, 2012

9/20/2019    ASTM A242: Standard Specification for High-Strength Low-Alloy Structural Steel : American Society for Testing and Materials : Free Dow…

# ASTM A242: Standard Specification for High-Strength Low-Alloy Structural Steel

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal (cc)(0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A242: Standard Specification for High-Strength Low-Alloy Structural Steel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a242.1979 |
| Identifier-ark | ark:/13960/t9q252w0v |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 367 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A285: Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1978-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 179.300-7(a)

**Name of Legally Binding Document:** ASTM A285: Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a285.1978 |

| Identifier-ark | ark:/13960/t74t7rw52 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 175 Views

### DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

9/20/2019          ASTM A307: Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength : American Society for Testing and Materials : Free Download, B...

# ASTM A307: Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1978-01-01 |
| Usage | CC0 1.0 Universal © ℗ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.25-20(b)

**Name of Legally Binding Document:** ASTM A307: Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a307.1978 |
| Identifier-ark | ark:/13960/t8ff4xt5c |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 417 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 1, 2012

9/20/2019          ASTM A325: High-Strength Bolts for Structural Steel Joists : American Society for Testing and Materials : Free Download, Borrow, and St…

# ASTM A325: High-Strength Bolts for Structural Steel Joists

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal (cc)(o) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A325: High-Strength Bolts for Structural Steel Joists
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a325.1979 |
| Identifier-ark | ark:/13960/t5v70kz4v |

9/20/2019          ASTM A325: High-Strength Bolts for Structural Steel Joists : American Society for Testing and Materials : Free Download, Borrow, and St…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 479 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| SHOW ALL | 14 Files |
| | 8 Original |

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 31 of 187

9/20/2019          ASTM A325: High-Strength Bolts for Structural Steel Joists : American Society for Testing and Materials : Free Download, Borrow, and St…

Government Documents

Additional Collections

Uploaded by
## Public Resource
on July 1, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 32 of 187

9/20/2019          ASTM A370: Standard Test Method and Definitions for Mechanical Testing of Steel Products : American Society for Testing and Materials…

# ASTM A370: Standard Test Method and Definitions for Mechanical Testing of Steel Products

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1977-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 179.102-1(a)(1)

**Name of Legally Binding Document:** ASTM A370: Standard Test Method and Definitions for Mechanical Testing of Steel Products
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a370.1977 |

| Identifier-ark | ark:/13960/t2q53rh2h |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Pages | 2 |
| Ppi | 600 |
| Year | 1977 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

10,391 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 42 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

162 Files

156 Original

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 34 of 187

9/20/2019          ASTM A370: Standard Test Method and Definitions for Mechanical Testing of Steel Products : American Society for Testing and Materials…

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

9/20/2019          ASTM A441: High-Strength Low-Alloy Structural Manganese Vanadium Steel : American Society for Testing and Materials : Free Downlo…

# ASTM A441: High-Strength Low-Alloy Structural Manganese Vanadium Steel
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal (cc)(0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A441: High-Strength Low-Alloy Structural Manganese Vanadium Steel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a441.1979 |
| Identifier-ark | ark:/13960/t38068301 |

9/20/2019        ASTM A441: High-Strength Low-Alloy Structural Manganese Vanadium Steel : American Society for Testing and Materials : Free Downlo…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 368 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                    14 Files
                                             8 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM A441: High-Strength Low-Alloy Structural Manganese Vanadium Steel : American Society for Testing and Materials : Free Downlo…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019          ASTM A449: Quenched and Tempered Steel Bolts and Studs : American Society for Testing and Materials : Free Download, Borrow, and …

# ASTM A449: Quenched and Tempered Steel Bolts and Studs

by <u>American Society for Testing and Materials</u>

| | |
|---|---|
| Publication date | <u>1978-01-01</u> |
| Usage | <u>CC0 1.0 Universal</u> ⓒ ⓪ |
| Topics | <u>federalregister.gov</u>, <u>public.resourc</u> <u>e.org</u> |
| Collection | <u>publicsafetycode</u>; <u>USGovernment</u> <u>Documents</u>; <u>additional_collections</u> |
| Language | <u>English</u> |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate into law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A449: Quenched and Tempered Steel Bolts and Studs
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a449.1978 |
| Identifier-ark | ark:/13960/t1zc9348v |

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 39 of 187

9/20/2019          ASTM A449: Quenched and Tempered Steel Bolts and Studs : American Society for Testing and Materials : Free Download, Borrow, and …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 257 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

SIMILAR ITEMS (based on metadata)_

9/20/2019     ASTM A475: Standard Specification for Zinc-Coated Steel Wire Strand : American Society for Testing and Materials : Free Download, Bo…

# ASTM A475: Standard Specification for Zinc-Coated Steel Wire Strand

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1978-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 7 CFR 1755.370(b)

**Name of Legally Binding Document:** ASTM A475: Standard Specification for Zinc-Coated Steel Wire Strand
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a475.1978 |
| Identifier-ark | ark:/13960/t8tb28c59 |

9/20/2019          ASTM A475: Standard Specification for Zinc-Coated Steel Wire Strand : American Society for Testing and Materials : Free Download, Bo…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1978 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

508 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|---|---|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM A490: Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A490: Quenched and Tempered Alloy Steel Bolts for Structural Steel Joints
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a490.1979 |
| Identifier-ark | ark:/13960/t0ns1x68q |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|-------------------------------------|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 357 Views

---

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                    14 Files
                                                           8 Original

---

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 1, 2012

9/20/2019          ASTM A496: Deformed Steel Wire for Concrete Reinforcement : American Society for Testing and Materials : Free Download, Borrow, an…

# ASTM A496: Deformed Steel Wire for Concrete Reinforcement

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1978-01-01 |
| Usage | CC0 1.0 Universal 🅭 🄍 |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A496: Deformed Steel Wire for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a496.1978 |
| Identifier-ark | ark:/13960/t9d51st87 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 390 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019          ASTM A497: Welded Deformed Steel Wire, Fabric for Concrete Reinforcement : American Society for Testing and Materials : Free Downl…

# ASTM A497: Welded Deformed Steel Wire, Fabric for Concrete Reinforcement

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A497: Welded Deformed Steel Wire, Fabric for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a497.1979 |
| Identifier-ark | ark:/13960/t83j4mw8x |

9/20/2019          ASTM A497: Welded Deformed Steel Wire, Fabric for Concrete Reinforcement : American Society for Testing and Materials : Free Downl…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 973 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

18 Files

12 Original

### IN COLLECTIONS

Global Public Safety Codes

[Government Documents](#)

[Additional Collections](#)

Uploaded by
# [Public Resource](#)
on July 1, 2012

# ASTM A500: Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1978-01-01 |
| Usage | CC0 1.0 Universal (cc)(0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A500: Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a500.1978 |

9/20/2019          ASTM A500: Cold-Formed Welded and Seamless Carbon Steel Structural Tubing in Rounds and Shapes : American Society for Testing …

| | |
|---|---|
| Identifier-ark | ark:/13960/t2x35z49c |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 325 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019          ASTM A501: Hot-Formed Welded and Seamless Carbon Steel Structural Tubing : American Society for Testing and Materials : Free Dow…

# ASTM A501: Hot-Formed Welded and Seamless Carbon Steel Structural Tubing
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1976-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A501: Hot-Formed Welded and Seamless Carbon Steel Structural Tubing
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a501.1976 |
| Identifier-ark | ark:/13960/t9281gx1d |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

295 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 1, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 59 of 187

9/20/2019          ASTM A502: Steel Structural Rivets : American Society for Testing and Materials : Free Download, Borrow, and Streaming : Internet Arch…

# ASTM A502: Steel Structural Rivets
by [American Society for Testing and Materials](#)

| | |
|---|---|
| Publication date | [1976-01-01](#) |
| Usage | [CC0 1.0 Universal](#) (cc)(0) |
| Topics | [federalregister.gov](#), [public.resource.org](#) |
| Collection | [publicsafetycode](#); [USGovernment Documents](#); [additional_collections](#) |
| Language | [English](#) |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A502: Steel Structural Rivets
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a502.1976 |
| Identifier-ark | ark:/13960/t3vt2t52j |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 781 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM A502: Steel Structural Rivets : American Society for Testing and Materials : Free Download, Borrow, and Streaming : Internet Arch…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019          ASTM A514: High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding : American Society for Testing and Ma...

# ASTM A514: High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1977-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A514: High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a514.1977 |
| Identifier-ark | ark:/13960/t2m62p387 |

9/20/2019          ASTM A514: High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding : American Society for Testing and Ma…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 315 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                             14 Files
                                                    8 Original

## IN COLLECTIONS

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 64 of 187

9/20/2019          ASTM A514: High-Yield Strength, Quenched and Tempered Alloy Steel Plate, Suitable for Welding : American Society for Testing and Ma…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A516: Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1990-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 178.337-2(b)(2)(i)

**Name of Legally Binding Document:** ASTM A516: Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a516.1990 |

| Identifier-ark | ark:/13960/t19k5h55g |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 321 Views

### DOWNLOAD OPTIONS

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

### IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 67 of 187

9/20/2019          ASTM A516: Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service : American …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

9/20/2019          ASTM A570: Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality : American Society for Testing and Materials : Free Download, …

# ASTM A570: Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A570: Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a570.1979 |
| Identifier-ark | ark:/13960/t7dr4119r |

9/20/2019     ASTM A570: Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality : American Society for Testing and Materials : Free Download, …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 364 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files
 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM A570: Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality : American Society for Testing and Materials : Free Download, …

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A572: High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A572: High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a572.1979 |
| Identifier-ark | ark:/13960/t8qc16024 |

9/20/2019          ASTM A572: High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality : American Society for Testing and Materials : Fr…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 222 Views

## DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
|----------|--------|
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                  15 Files
                                                          9 Original

## IN COLLECTIONS

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 73 of 187

9/20/2019          ASTM A572: High-Strength Low-Alloy Columbium-Vanadium Steels of Structural Quality : American Society for Testing and Materials : Fr…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A588: High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yield Point to 4 inches Thick

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A588: High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yield Point to 4 inches Thick
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a588.1979 |

| Identifier-ark | ark:/13960/t6446v35f |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 202 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A611: Steel, Cold-rolled Sheet, Carbon, Structural

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1972-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A611: Steel, Cold-rolled Sheet, Carbon, Structural
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a611.1972 |
| Identifier-ark | ark:/13960/t3jw9j398 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 638 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|----------|--------|
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

9/20/2019          ASTM A615: Deformed and Plain Billet-Steel Bars for Concrete Reinforcement : American Society for Testing and Materials : Free Downl…

# ASTM A615: Deformed and Plain Billet-Steel Bars for Concrete Reinforcement

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A615: Deformed and Plain Billet-Steel Bars for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a615.1979 |
| Identifier-ark | ark:/13960/t4th9p54c |

9/20/2019        ASTM A615: Deformed and Plain Billet-Steel Bars for Concrete Reinforcement : American Society for Testing and Materials : Free Downl…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

497 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 82 of 187

9/20/2019          ASTM A615: Deformed and Plain Billet-Steel Bars for Concrete Reinforcement : American Society for Testing and Materials : Free Downl…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A616: Rail-Steel Deformed and Plain Bars for Concrete Reinforcement

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A616: Rail-Steel Deformed and Plain Bars for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a616.1979 |
| Identifier-ark | ark:/13960/t0zp56797 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 288 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019          ASTM A617: Axle-Steel Deformed and Plain Bars for Concrete Reinforcement : American Society for Testing and Materials : Free Downl…

# ASTM A617: Axle-Steel Deformed and Plain Bars for Concrete Reinforcement
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ Ⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM A617: Axle-Steel Deformed and Plain Bars for Concrete Reinforcement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a617.1979 |
| Identifier-ark | ark:/13960/t9p28206x |

9/20/2019          ASTM A617: Axle-Steel Deformed and Plain Bars for Concrete Reinforcement : American Society for Testing and Materials : Free Downl…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 293 Views

## DOWNLOAD OPTIONS

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

## IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

# ASTM A633: Standard Specification for Normalized High-Strength Low Alloy Structural Steel

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 178.338-2(a)

**Name of Legally Binding Document:** ASTM A633: Standard Specification for Normalized High-Strength Low Alloy Structural Steel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.a633.1979 |

Case 1:13-cv-01215-TSC    Document 198-30    Filed 10/07/19    Page 90 of 187

9/20/2019        ASTM A633: Standard Specification for Normalized High-Strength Low Alloy Structural Steel : American Society for Testing and Materials…

| Identifier-ark | ark:/13960/t72v3q380 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 396 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                          14 Files
                                                                  8 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 1, 2012

9/20/2019          ASTM B21: Standard Specification for Naval Brass Rod, Bar, and Shapes : American Society for Testing and Materials : Free Download, …

# ASTM B21: Standard Specification for Naval Brass Rod, Bar, and Shapes
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1983-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-2

**Name of Legally Binding Document:** ASTM B21: Standard Specification for Naval Brass Rod, Bar, and Shapes
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.b21.1983 |
| Identifier-ark | ark:/13960/t4xh0rj73 |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1983 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 460 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

### IN COLLECTIONS

9/20/2019          ASTM B21: Standard Specification for Naval Brass Rod, Bar, and Shapes : American Society for Testing and Materials : Free Download, …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

9/20/2019    ASTM B85: Standard Specification for Aluminum-Alloy Die Castings : American Society for Testing and Materials : Free Download, Borro…

# ASTM B85: Standard Specification for Aluminum-Alloy Die Castings
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1984-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-2

**Name of Legally Binding Document:** ASTM B85: Standard Specification for Aluminum-Alloy Die Castings
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.b85.1984 |
| Identifier-ark | ark:/13960/t12n68n3s |

9/20/2019       ASTM B85: Standard Specification for Aluminum-Alloy Die Castings : American Society for Testing and Materials : Free Download, Borro…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |
| Year | 1984 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

1,164 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM B209: Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal 🅭 🄍 |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 58.50-5, Table 58.50-5(a)

**Name of Legally Binding Document:** ASTM B209: Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.b209.1996 |
| Identifier-ark | ark:/13960/t9s194c93 |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1996 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 1,638 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 17 Files

 11 Original

### IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 100 of 187

9/20/2019        ASTM B209: Standard Specification for Aluminum and Aluminum Alloy Sheet and Plate : American Society for Testing and Materials : Fr…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM B224: Standard Classification of Coppers
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1980-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 7 CFR 1755.890(i)(5)(vi)

**Name of Legally Binding Document:** ASTM B224: Standard Classification of Coppers
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.b224.1980 |
| Identifier-ark | ark:/13960/t5s76j54s |

9/20/2019        ASTM B224: Standard Classification of Coppers : American Society for Testing and Materials : Free Download, Borrow, and Streaming : I…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 274 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY <br> For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
## Public Resource
on July 1, 2012

9/20/2019          ASTM B557: Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products : American Society for Testing and Materials : …

# ASTM B557: Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1984-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 178.46(i)(3)(i)

**Name of Legally Binding Document:** ASTM B557: Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.b557.1984 |
| Identifier-ark | ark:/13960/t8gf1zf6h |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 400 |
| Year | 1984 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 961 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 18 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 85 Files

 79 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 106 of 187

9/20/2019          ASTM B557: Tension Testing Wrought and Cast Aluminum and Magnesium-Alloy Products : American Society for Testing and Materials : …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

9/20/2019          ASTM B580: Standard Specification for Anodized Oxide Coatings on Aluminum : American Society for Testing and Materials : Free Down…

# ASTM B580: Standard Specification for Anodized Oxide Coatings on Aluminum

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 171.7

**Name of Legally Binding Document:** ASTM B580: Standard Specification for Anodized Oxide Coatings on Aluminum
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.b580.1979 |
| Identifier-ark | ark:/13960/t75t4sh1s |

9/20/2019          ASTM B580: Standard Specification for Anodized Oxide Coatings on Aluminum : American Society for Testing and Materials : Free Down…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1979 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

1,131 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 109 of 187

9/20/2019          ASTM B580: Standard Specification for Anodized Oxide Coatings on Aluminum : American Society for Testing and Materials : Free Down…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

# ASTM B694: Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 7 CFR 1755.390(i)(5)(v)

**Name of Legally Binding Document:** ASTM B694: Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.b694.1986 |

| Identifier-ark | ark:/13960/t5w67mj8f |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1986 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 247 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

9/20/2019          ASTM C5: Standard Specification for Quicklime for Structural Purposes : American Society for Testing and Materials : Free Download, B…

# ASTM C5: Standard Specification for Quicklime for Structural Purposes

## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM C5: Standard Specification for Quicklime for Structural Purposes
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.c5.1979 |
| Identifier-ark | ark:/13960/t4mk7gh8c |

9/20/2019          ASTM C5: Standard Specification for Quicklime for Structural Purposes : American Society for Testing and Materials : Free Download, B…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1979 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 237 Views

### DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files
 8 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

# ASTM C150: Standard Specification for Portland Cement
by <u>American Society for Testing and Materials</u>

| | |
|---|---|
| Publication date | <u>1999-01-01</u> |
| Usage | <u>CC0 1.0 Universal</u> ⓒ ⓪ |
| Topics | <u>federalregister.gov</u>, <u>public.resource.org</u> |
| Collection | <u>publicsafetycode</u>; <u>USGovernment Documents</u>; <u>additional_collections</u> |
| Language | <u>English</u> |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 30 CFR 250.198

**Name of Legally Binding Document:** ASTM C150: Standard Specification for Portland Cement
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.c150.1999 |
| Identifier-ark | ark:/13960/t7sn1bk5z |

9/20/2019          ASTM C150: Standard Specification for Portland Cement : American Society for Testing and Materials : Free Download, Borrow, and Stre…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1999 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 561 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 118 of 187

9/20/2019          ASTM C150: Standard Specification for Portland Cement : American Society for Testing and Materials : Free Download, Borrow, and Stre…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM C177: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal © ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 10 CFR 431.102

**Name of Legally Binding Document:** ASTM C177: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| Identifier | gov.law.astm.c177.1997 |
|---|---|
| Identifier-ark | ark:/13960/t4hm6d44q |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 340 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 13 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 53 Files

 47 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
## Public Resource
on July 1, 2012

# ASTM C236: Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1989-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 10 CFR 434.402.1.2.1(a)

**Name of Legally Binding Document:** ASTM C236: Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.c236.1989 |

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 123 of 187

9/20/2019          ASTM C236: Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box : Am…

| Identifier-ark | ark:/13960/t1xd2280r |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 354 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 6 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                   36 Files

                                                        30 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 124 of 187

9/20/2019            ASTM C236: Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box : Am…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

9/20/2019          ASTM C330: Standard Specification for Lightweight Aggregates for Structural Concrete : American Society for Testing and Materials : Fre…

# ASTM C330: Standard Specification for Lightweight Aggregates for Structural Concrete
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1999-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 30 CFR 250.901(a)(18)

**Name of Legally Binding Document:** ASTM C330: Standard Specification for Lightweight Aggregates for Structural Concrete
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.c330.1999 |
| Identifier-ark | ark:/13960/t9378hh6g |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |
| Year | 1999 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

1,212 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

9/20/2019          ASTM C330: Standard Specification for Lightweight Aggregates for Structural Concrete : American Society for Testing and Materials : Fre…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 128 of 187

9/20/2019        ASTM C509: Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material : American Society for Testing and ...

# ASTM C509: Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1984-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM C509: Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.c509.1984 |

9/20/2019          ASTM C509: Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material : American Society for Testing and …

| Identifier-ark | ark:/13960/t42r5010f |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1984 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 721 Views

### DOWNLOAD OPTIONS

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

15 Files

9 Original

### IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 130 of 187

9/20/2019          ASTM C509: Standard Specification for Elastomeric Cellular Preformed Gasket and Sealing Material : American Society for Testing and …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

9/20/2019          ASTM C516: Standard Specification for Vermiculite Loose Fill Thermal Insulation : American Society for Testing and Materials : Free Dow…

# ASTM C516: Standard Specification for Vermiculite Loose Fill Thermal Insulation
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1980-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM C516: Standard Specification for Vermiculite Loose Fill Thermal Insulation
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.c516.1980 |
| Identifier-ark | ark:/13960/t0ms4w98g |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 278 Views

---

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| SHOW ALL | 14 Files |
| | 8 Original |

---

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

# ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1991-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 160.174-17(f)

**Name of Legally Binding Document:** ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 135 of 187

9/20/2019          ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the He…

| Identifier | gov.law.astm.c518.1991 |
|---|---|
| Identifier-ark | ark:/13960/t9b57r22q |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 318 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                    30 Files

                                           24 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 136 of 187

9/20/2019        ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the He…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 1, 2012

9/20/2019          ASTM C549: Standard Specification for Perlite Loose Fill Insulation : American Society for Testing and Materials : Free Download, Borro…

# ASTM C549: Standard Specification for Perlite Loose Fill Insulation

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1981-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 10 CFR 440 Appendix A

**Name of Legally Binding Document:** ASTM C549: Standard Specification for Perlite Loose Fill Insulation
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.c549.1981 |
| Identifier-ark | ark:/13960/t1bk2hs5q |

9/20/2019       ASTM C549: Standard Specification for Perlite Loose Fill Insulation : American Society for Testing and Materials : Free Download, Borro…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1981 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 507 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|---|---|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files
 8 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 139 of 187

9/20/2019          ASTM C549: Standard Specification for Perlite Loose Fill Insulation : American Society for Testing and Materials : Free Download, Borro…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 140 of 187

9/20/2019          ASTM C564: Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings : American Society for Testing and Materials …

# ASTM C564: Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1970-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 3280.611(d)(5)(iv)

**Name of Legally Binding Document:** ASTM C564: Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.c564.1970 |
| Identifier-ark | ark:/13960/t2t44tz7j |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1970 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 663 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 20 Files

 14 Original

## IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 142 of 187

9/20/2019          ASTM C564: Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe and Fittings : American Society for Testing and Materials ...

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 2007 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 1065.710

**Name of Legally Binding Document:** ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d86.2007 |
| Identifier-ark | ark:/13960/t2t44ts5b |

9/20/2019          ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure : American Society for Testing and Mat…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 393 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 13 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

57 Files

51 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 145 of 187

9/20/2019          ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atmospheric Pressure : American Society for Testing and Mat…

Government Documents

Additional Collections

Uploaded by

# Public Resource

on May 26, 2012

# ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General Bomb Method)
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal ©℗ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.106(j)(2)

**Name of Legally Binding Document:** ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General Bomb Method)
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d129.1995 |
| Identifier-ark | ark:/13960/t59c8362p |

9/20/2019          ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) : American Society for Testing and Material…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1995 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 118 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 16 Files
 10 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 148 of 187

9/20/2019          ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General Bomb Method) : American Society for Testing and Material…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 149 of 187

9/20/2019          ASTM D396: Standard Specification for Fuel Oils : American Society for Testing and Materials : Free Download, Borrow, and Streaming : …

# ASTM D396: Standard Specification for Fuel Oils
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal (cc) (0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.41b

**Name of Legally Binding Document:** ASTM D396: Standard Specification for Fuel Oils
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d396.1998 |
| Identifier-ark | ark:/13960/t1fj3m837 |

9/20/2019          ASTM D396: Standard Specification for Fuel Oils : American Society for Testing and Materials : Free Download, Borrow, and Streaming : …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |
| Year | 1998 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 419 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|----------|--------|
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 151 of 187

9/20/2019          ASTM D396: Standard Specification for Fuel Oils : American Society for Testing and Materials : Free Download, Borrow, and Streaming : …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D512: Standard Test Methods for Chloride Ion In Water : American Society for Testing and Materials : Free Download, Borrow, an…

# ASTM D512: Standard Test Methods for Chloride Ion In Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1989 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a)

**Name of Legally Binding Document:** ASTM D512: Standard Test Methods for Chloride Ion In Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d512.1999 |
| Identifier-ark | ark:/13960/t7mp65q4w |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 580 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

22 Files

16 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on May 26, 2012

# ASTM D611: Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1982-01-01 |
| Usage | CC0 1.0 Universal ⓒⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 21 CFR 177.1520(b)

**Name of Legally Binding Document:** ASTM D611: Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d611.1982 |

9/20/2019       ASTM D611: Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents : America…

| Identifier-ark | ark:/13960/t04x6f99c |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1982 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 355 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

28 Files
22 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 157 of 187

9/20/2019          ASTM D611: Standard Test Method for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents : America…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 158 of 187

9/20/2019          ASTM D665: Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water : American Soci…

# ASTM D665: Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 61.20-17(a)

**Name of Legally Binding Document:** ASTM D665: Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d665.1998 |

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 159 of 187

9/20/2019          ASTM D665: Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water : American Soci…

| Identifier-ark | ark:/13960/t2d80g83n |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 359 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 6 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

35 Files

29 Original

## IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 160 of 187

9/20/2019          ASTM D665: Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water : American Soci…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
## Public Resource
on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 161 of 187

9/20/2019          ASTM D814: Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids : American Society for Testing and Mater…

# ASTM D814: Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 1051.245(e)(1)

**Name of Legally Binding Document:** ASTM D814: Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d814.1995 |
| Identifier-ark | ark:/13960/t0bv8mw4k |

9/20/2019     ASTM D814: Standard Test Method for Rubber Property--Vapor Transmission of Volatile Liquids : American Society for Testing and Mater…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |
| Year | 1995 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 147 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

9/20/2019          ASTM D975: Standard Specification for Diesel Fuel Oils : American Society for Testing and Materials : Free Download, Borrow, and Stre…

# ASTM D975: Standard Specification for Diesel Fuel Oils

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 160.176-13(r)

**Name of Legally Binding Document:** ASTM D975: Standard Specification for Diesel Fuel Oils
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d975.1998 |
| Identifier-ark | ark:/13960/t9184fj2c |

9/20/2019          ASTM D975: Standard Specification for Diesel Fuel Oils : American Society for Testing and Materials : Free Download, Borrow, and Stre…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 923 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY  For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 12 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

44 Files

38 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

# ASTM D975: Standard Specification for Diesel Fuel Oils

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 2007 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 1065.701

**Name of Legally Binding Document:** ASTM D975: Standard Specification for Diesel Fuel Oils
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d975.2007 |
| Identifier-ark | ark:/13960/t6c261p3n |

9/20/2019          ASTM D975: Standard Specification for Diesel Fuel Oils : American Society for Testing and Materials : Free Download, Borrow, and Stre…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 861 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 13 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

81 Files
75 Original

**IN COLLECTIONS**

Global Public Safety Codes

[Government Documents](#)

[Additional Collections](#)

Uploaded by

# Public Resource

on May 26, 2012

Case 1:13-cv-01215-TSC   Document 198-30   Filed 10/07/19   Page 170 of 187

9/20/2019          ASTM D1217: Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer : American S…

# ASTM D1217: Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix D

**Name of Legally Binding Document:** ASTM D1217: Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1217.1993 |

| Identifier-ark | ark:/13960/t9t16525q |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1993 |

# Reviews                                          Add Review

There are no reviews yet. Be the first one to write a review.

## 252 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 4 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                          30 Files

24 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D1246: Bromide - Titrimetric : American Society for Testing and Materials : Free Download, Borrow, and Streaming : Internet Archive

# ASTM D1246: Bromide - Titrimetric
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a) Table IB

**Name of Legally Binding Document:** ASTM D1246: Bromide - Titrimetric
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1246.1995 |
| Identifier-ark | ark:/13960/t3rv1ps6x |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 149 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM D1246: Bromide - Titrimetric : American Society for Testing and Materials : Free Download, Borrow, and Streaming : Internet Archive

Government Documents

Additional Collections

Uploaded by
# Public Resource
on May 26, 2012

9/20/2019          ASTM D1253: Standard Test Method for Residual Chlorine in Water : American Society for Testing and Materials : Free Download, Borro...

# ASTM D1253: Standard Test Method for Residual Chlorine in Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 21 CFR 165.110(b)(4)(iii)(I)(5)(i)

**Name of Legally Binding Document:** ASTM D1253: Standard Test Method for Residual Chlorine in Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1253.1986 |
| Identifier-ark | ark:/13960/t2g74hv5f |

9/20/2019     ASTM D1253: Standard Test Method for Residual Chlorine in Water : American Society for Testing and Materials : Free Download, Borro…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 396 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

18 Files

12 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM D1253: Standard Test Method for Residual Chlorine in Water : American Society for Testing and Materials : Free Download, Borro…

Government Documents

Additional Collections

Uploaded by

# Public Resource

on May 26, 2012

9/20/2019          ASTM D1266: Standard Test Method for Sulfur in Petroleum Products (Lamp Method) : American Society for Testing and Materials : Free…

# ASTM D1266: Standard Test Method for Sulfur in Petroleum Products (Lamp Method)

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.106(j)(2)

**Name of Legally Binding Document:** ASTM D1266: Standard Test Method for Sulfur in Petroleum Products (Lamp Method)
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1266.1998 |
| Identifier-ark | ark:/13960/t2x35xn86 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1998 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 381 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

31 Files

25 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D1298: Standard Practice for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1999-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix D, Section 2.2.6

**Name of Legally Binding Document:** ASTM D1298: Standard Practice for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| Identifier | gov.law.astm.d1298.1999 |
|---|---|
| Identifier-ark | ark:/13960/t4nk4h69d |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1999 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 786 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 27 Files

 21 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D1335: Standard Test Method for Tuft Bind of Pile Floor Coverings : American Society for Testing and Materials : Free Download, …

# ASTM D1335: Standard Test Method for Tuft Bind of Pile Floor Coverings

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1967-01-01 |
| Usage | CC0 1.0 Universal ©© ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200.945(a)(1)(ii)

**Name of Legally Binding Document:** ASTM D1335: Standard Test Method for Tuft Bind of Pile Floor Coverings
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1335.1967 |
| Identifier-ark | ark:/13960/t2892bw6c |

9/20/2019          ASTM D1335: Standard Test Method for Tuft Bind of Pile Floor Coverings : American Society for Testing and Materials : Free Download, …

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1967 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 1,084 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 22 Files

 16 Original

### IN COLLECTIONS

9/20/2019          ASTM D1335: Standard Test Method for Tuft Bind of Pile Floor Coverings : American Society for Testing and Materials : Free Download, …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012