# EXHIBIT 151
# PART 2

# ASTM D1412: Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 30 CFR 870.19

**Name of Legally Binding Document:** ASTM D1412: Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1412.1993 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t13n3999s |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1993 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 495 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

18 Files

12 Original

**IN COLLECTIONS**

188

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 4 of 181

9/20/2019          ASTM D1412: Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30 Degrees Celsius : Am…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 5 of 181

9/20/2019          ASTM D1480: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer : A…

# ASTM D1480: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal Ⓒ Ⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix D

**Name of Legally Binding Document:** ASTM D1480: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1480.1993 |

Identifier-ark          ark:/13960/t5z61p519
Ocr                     ABBYY FineReader 11.0
                        (Extended OCR)
Ppi                     600
Year                    1993

# Reviews                                    Add Review

There are no reviews yet. Be the first one to write a review.

# 281 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                      34 Files
                                             28 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D1481: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a) Table IC

**Name of Legally Binding Document:** ASTM D1481: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1481.1993 |

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 9 of 181

9/20/2019          ASTM D1481: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycno…

| Identifier-ark | ark:/13960/t3bz7b855 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1993 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 286 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 4 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

27 Files

21 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 10 of 181

9/20/2019          ASTM D1481: Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycno…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

9/20/2019          ASTM D1518: Standard Test Method for Thermal Transmittance of Textile Materials : American Society for Testing and Materials : Free D…

# ASTM D1518: Standard Test Method for Thermal Transmittance of Textile Materials

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1985-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 160.174-17(f)

**Name of Legally Binding Document:** ASTM D1518: Standard Test Method for Thermal Transmittance of Textile Materials
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1518.1985 |
| Identifier-ark | ark:/13960/t5s76hw1b |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1985 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

1,009 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 3 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 26 Files

 20 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 13 of 181

9/20/2019          ASTM D1518: Standard Test Method for Thermal Transmittance of Textile Materials : American Society for Testing and Materials : Free D…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

9/20/2019          ASTM D1535: Specifying Color by the Munsell System : American Society for Testing and Materials : Free Download, Borrow, and Strea…

# ASTM D1535: Specifying Color by the Munsell System

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1989-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 7 CFR 1755.860(c)(3)

**Name of Legally Binding Document:** ASTM D1535: Specifying Color by the Munsell System
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1535.1989 |
| Identifier-ark | ark:/13960/t37096x0s |

9/20/2019          ASTM D1535: Specifying Color by the Munsell System : American Society for Testing and Materials : Free Download, Borrow, and Strea…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1989 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 454 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 16 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

69 Files

63 Original

**IN COLLECTIONS**

9/20/2019          ASTM D1535: Specifying Color by the Munsell System : American Society for Testing and Materials : Free Download, Borrow, and Strea…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 17 of 181

9/20/2019          ASTM D1552: Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) : American Society for Testing and Ma…

# ASTM D1552: Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method)
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal ©️ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60, Appendix A-7

**Name of Legally Binding Document:** ASTM D1552: Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method)
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1552.1995 |
| Identifier-ark | ark:/13960/t4qj8k06w |

9/20/2019          ASTM D1552: Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) : American Society for Testing and Ma…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1995 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 637 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 3 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                           26 Files
                                                    20 Original

**IN COLLECTIONS**

9/20/2019          ASTM D1552: Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method) : American Society for Testing and Ma…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D1688: Standard Test Method for Copper in Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 141.23(k)(1)

**Name of Legally Binding Document:** ASTM D1688: Standard Test Method for Copper in Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1688.1995 |
| Identifier-ark | ark:/13960/t79s2wp5b |

9/20/2019        ASTM D1688: Standard Test Method for Copper in Water : American Society for Testing and Materials : Free Download, Borrow, and Str…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 300 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 299 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

16 Files
10 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on May 26, 2012

9/20/2019   ASTM D1785: Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120 : American Society for Testi…

# ASTM D1785: Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pipe, Schedules 40, 80, and 120

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.01-2

**Name of Legally Binding Document:** ASTM D1785: Standard Specification for Poly (Vinyl Chloride) (PVC) Plastic Pipe, Schedules 40, 80, and 120
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1785.1986 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t9b57qs0r |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1986 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 1,294 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

9/20/2019        ASTM D1835: Standard Specification for Liquefied Petroleum (LP) Gases : American Society for Testing and Materials : Free Download, …

# ASTM D1835: Standard Specification for Liquefied Petroleum (LP) Gases

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 180.209(e)

**Name of Legally Binding Document:** ASTM D1835: Standard Specification for Liquefied Petroleum (LP) Gases
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1835.1997 |
| Identifier-ark | ark:/13960/t22c05b3r |

9/20/2019       ASTM D1835: Standard Specification for Liquefied Petroleum (LP) Gases : American Society for Testing and Materials : Free Download, …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1997 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 814 Views

### DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

### IN COLLECTIONS

9/20/2019          ASTM D1835: Standard Specification for Liquefied Petroleum (LP) Gases : American Society for Testing and Materials : Free Download, …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D1890: Standard Test Method for Beta Particle Radioactivity of Water : American Society for Testing and Materials : Free Downloa...

# ASTM D1890: Standard Test Method for Beta Particle Radioactivity of Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a)

**Name of Legally Binding Document:** ASTM D1890: Standard Test Method for Beta Particle Radioactivity of Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1890.1996 |
| Identifier-ark | ark:/13960/t6155qr2w |

9/20/2019     ASTM D1890: Standard Test Method for Beta Particle Radioactivity of Water : American Society for Testing and Materials : Free Downloa…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|-----|
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 164 Views

**DOWNLOAD OPTIONS**

| | |
|-----|-----|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 31 of 181

9/20/2019          ASTM D1890: Standard Test Method for Beta Particle Radioactivity of Water : American Society for Testing and Materials : Free Downloa…

Government Documents

Additional Collections

Uploaded by

## Public Resource

on May 26, 2012

9/20/2019          ASTM D1943: Standard Test Method for Alpha Particle Radioactivity of Water : American Society for Testing and Materials : Free Downlo…

# ASTM D1943: Standard Test Method for Alpha Particle Radioactivity of Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a)

**Name of Legally Binding Document:** ASTM D1943: Standard Test Method for Alpha Particle Radioactivity of Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d1943.1996 |
| Identifier-ark | ark:/13960/t4qj8js97 |

9/20/2019       ASTM D1943: Standard Test Method for Alpha Particle Radioactivity of Water : American Society for Testing and Materials : Free Downlo…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 184 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 14 Files

 8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 34 of 181

9/20/2019                    ASTM D1943: Standard Test Method for Alpha Particle Radioactivity of Water : American Society for Testing and Materials : Free Downlo…

Government Documents

Additional Collections

Uploaded by
## Public Resource
on May 26, 2012

# ASTM D1945: Standard Test Method for Analysis of Natural Gas By Gas Chromatography

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.45(f)(5)(i)

**Name of Legally Binding Document:** ASTM D1945: Standard Test Method for Analysis of Natural Gas By Gas Chromatography
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1945.1996 |
| Identifier-ark | ark:/13960/t0rr30d16 |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1996 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

1,653 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 16 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                  74 Files
                                          68 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D1946: Standard Method for Analysis of Reformed Gas by Gas Chromatography : American Society for Testing and Materials : Fr…

# ASTM D1946: Standard Method for Analysis of Reformed Gas by Gas Chromatography
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1990-01-01 |
| Usage | CC0 1.0 Universal (cc)(0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying will frequently introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.614(e)(4)

**Name of Legally Binding Document:** ASTM D1946: Standard Method for Analysis of Reformed Gas by Gas Chromatography
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d1946.1990 |
| Identifier-ark | ark:/13960/t4xh0rb9c |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1990 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 786 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 3 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                    25 Files

19 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019        ASTM D2013: Standard Method of Preparing Coal Samples for Analysis : American Society for Testing and Materials : Free Download, B…

# ASTM D2013: Standard Method of Preparing Coal Samples for Analysis

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60, Appendix A-7

**Name of Legally Binding Document:** ASTM D2013: Standard Method of Preparing Coal Samples for Analysis
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2013.1986 |
| Identifier-ark | ark:/13960/t49p46881 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1986 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 1,071 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 6 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

37 Files

31 Original

**IN COLLECTIONS**

9/20/2019          ASTM D2013: Standard Method of Preparing Coal Samples for Analysis : American Society for Testing and Materials : Free Download, B…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D2015: Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter : American Society for Te…

# ASTM D2015: Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal 🅭🄍 |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.45(f)(5)(ii)

**Name of Legally Binding Document:** ASTM D2015: Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2015.1996 |

9/20/2019          ASTM D2015: Standard Test Method for Gross Calorific Value of Solid Fuel by the Adiabatic Bomb Calorimeter : American Society for Te…

Identifier-ark    ark:/13960/t31271b5k

Ocr    ABBYY FineReader 11.0 (Extended OCR)

Ppi    600

Year    1996

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 2,409 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL        27 Files

21 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D2036: Standard Test Method for Cyanides in Water : American Society for Testing and Materials : Free Download, Borrow, and S…

# ASTM D2036: Standard Test Method for Cyanides in Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

By Authority of the Code of Federal Regulations: 40 CFR 136.3(a) Table IB

**Name of Legally Binding Document:** ASTM D2036: Standard Test Method for Cyanides in Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d2036.1998 |
| Identifier-ark | ark:/13960/t3dz1cv7h |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 404 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 4 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

28 Files

22 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on May 26, 2012

# ASTM D2163: Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1991-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 86.1313-94(f)(3)

**Name of Legally Binding Document:** ASTM D2163: Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatography
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2163.1991 |

| Identifier-ark | ark:/13960/t0ft9qc1m |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1991 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 841 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 4 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                         27 Files
                                                 21 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 52 of 181

9/20/2019        ASTM D2163: Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propane Concentrates by Gas Chromatograph…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

9/20/2019         ASTM D2216: Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass : American Soc…

# ASTM D2216: Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 258.41(a)(4)(iii)(A)

**Name of Legally Binding Document:** ASTM D2216: Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d2216.1998 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t2w38wz8n |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

1,952 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 17 Files

 11 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 55 of 181

9/20/2019          ASTM D2216: Standard Test Method for Laboratory Determination of Water (Moisture) Content of Soil and Rock by Mass : American Soc...

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 16, 2012

9/20/2019      ASTM D2234: Standard Practice for Collection of a Gross Sample of Coal : American Society for Testing and Materials : Free Download, …

# ASTM D2234: Standard Practice for Collection of a Gross Sample of Coal
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓍⓍ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60, Appendix A-7

**Name of Legally Binding Document:** ASTM D2234: Standard Practice for Collection of a Gross Sample of Coal
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2234.1998 |
| Identifier-ark | ark:/13960/t3zs3wb51 |

9/20/2019          ASTM D2234: Standard Practice for Collection of a Gross Sample of Coal : American Society for Testing and Materials : Free Download, …

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 835 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 4 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 26 Files

 20 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D2460: Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water : American Society for Testing and Material…

# ASTM D2460: Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a) Table IE

**Name of Legally Binding Document:** ASTM D2460: Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d2460.1997 |
| Identifier-ark | ark:/13960/t24b46x61 |

9/20/2019        ASTM D2460: Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water : American Society for Testing and Material…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 134 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

21 Files

15 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 61 of 181

9/20/2019          ASTM D2460: Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water : American Society for Testing and Material…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on May 26, 2012

# ASTM D2502: Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1992-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix G

**Name of Legally Binding Document:** ASTM D2502: Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils from Viscosity Measurements
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2502.1992 |
| Identifier-ark | ark:/13960/t1qf9vd25 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1992 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 350 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 18 Files

 12 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 65 of 181

9/20/2019          ASTM D2503: Standard Method of Test for Molecular Weight of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure : Amer…

# ASTM D2503: Standard Method of Test for Molecular Weight of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1992-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 98.254

**Name of Legally Binding Document:** ASTM D2503: Standard Method of Test for Molecular Weight of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2503.1992 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t58d1289x |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1992 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 294 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 68 of 181

9/20/2019          ASTM D2597: Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxid…

# ASTM D2597: Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1994-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.335(b)(9)(i)

**Name of Legally Binding Document:** ASTM D2597: Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance. Have a nice day.

| Identifier | gov.law.astm.d2597.1994 |
|---|---|
| Identifier-ark | ark:/13960/t7vm5d556 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1994 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 160 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 44 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

154 Files

148 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

# ASTM D2622: Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 80.46(a)(1)

**Name of Legally Binding Document:** ASTM D2622: Standard Test Method for Sulfur in Petroleum Products by Wavelength Dispersive X-ray Fluorescence Spectrometry
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2622.1998 |

| Identifier-ark | ark:/13960/t9475j680 |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 278 Views

**DOWNLOAD OPTIONS**

| ABBY GZ | 1 file |
|---|---|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

21 Files

15 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 74 of 181

9/20/2019          ASTM D2724: Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics : American Society for Testing and Materials : F...

# ASTM D2724: Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics

by [American Society for Testing and Materials](#)

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal ⓒ 🄌 |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 238 Appendix B(a)(1)(ii)

**Name of Legally Binding Document:** ASTM D2724: Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d2724.1987 |
| Identifier-ark | ark:/13960/t54f2xx1d |

9/20/2019          ASTM D2724: Standard Test Method for Bonded, Fused, and Laminated Apparel Fabrics : American Society for Testing and Materials : F…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1987 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 1,183 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

260

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM D2777: Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998 |
| Usage | CC0 1.0 Universal Ⓒ Ⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 162.050-15(f)(1)

**Name of Legally Binding Document:** ASTM D2777: Standard Practice for Determination of Precision and Bias of Applicable Test Methods of Committee D-19 on Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d2777.1998 |

| Identifier-ark | ark:/13960/t0tq7204w |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 150 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 11 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                              46 Files

 40 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on May 26, 2012

# ASTM D2879: Standard Test Method for Vapor Pressure--Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.116b(e)(3)(ii)

**Name of Legally Binding Document:** ASTM D2879: Standard Test Method for Vapor Pressure--Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| Identifier | gov.law.astm.d2879.1997 |
| --- | --- |
| Identifier-ark | ark:/13960/t9572k37r |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1997 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 391 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                    34 Files
                                                            28 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

9/20/2019        ASTM D2986: Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test : American…

# ASTM D2986: Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

By Authority of the Code of Federal Regulations: 40 CFR 86.1310-2007(b)(7)(i)(A)

**Name of Legally Binding Document:** ASTM D2986: Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d2986.1995 |

9/20/2019          ASTM D2986: Standard Method for Evaluation of Air, Assay Media by the Monodisperse DOP (Dioctyl Phthalate) Smoke Test : American…

| Identifier-ark | ark:/13960/t2p56qd4j |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1995 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 399 Views

### DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 3 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

20 Files

14 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

# ASTM D3120: Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 80.46(a)(3)(iii)

**Name of Legally Binding Document:** ASTM D3120: Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d3120.1996 |

| Identifier-ark | ark:/13960/t7hq53759 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1996 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 205 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 14 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 57 Files

 51 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D3173: Standard Test Method for Moisture in the Analysis Sample of Coal and Coke

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal cc 0 |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60, Appendix A-7

**Name of Legally Binding Document:** ASTM D3173: Standard Test Method for Moisture in the Analysis Sample of Coal and Coke
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d3173.1987 |
| Identifier-ark | ark:/13960/t9s194610 |

9/20/2019          ASTM D3173: Standard Test Method for Moisture in the Analysis Sample of Coal and Coke : American Society for Testing and Materials : ...

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1987 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 924 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

22 Files

16 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019          ASTM D3178: Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke : American Society for Testing a…

# ASTM D3178: Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1989-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.45(f)(5)(i)

**Name of Legally Binding Document:** ASTM D3178: Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d3178.1989 |

Identifier-ark          ark:/13960/t8tb2857k

Ocr                     ABBYY FineReader 11.0
                        (Extended OCR)

Ppi                     600

Year                    1989

# Reviews                                    Add Review

There are no reviews yet. Be the first one to write a review.

# 313 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                18 Files
                                        12 Original

**IN COLLECTIONS**

9/20/2019          ASTM D3178: Standard Test Method for Carbon and Hydrogen in the Analysis Sample of Coal and Coke : American Society for Testing a…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 95 of 181

9/20/2019          ASTM D3236: Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials : American Society for Testing…

# ASTM D3236: Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1988-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 21 CFR 177.1520(b)

**Name of Legally Binding Document:** ASTM D3236: Standard Test Method for Apparent Viscosity of Hot Metal Adhesives and Coating Materials
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d3236.1988 |

| Identifier-ark | ark:/13960/t1rf6w94c |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1988 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 729 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|---|---|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

15 Files

9 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 98 of 181

9/20/2019          ASTM D3246: Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry : American Society for Testing and Materi…

# ASTM D3246: Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.335(b)(10)(ii)

**Name of Legally Binding Document:** ASTM D3246: Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d3246.1996 |
| Identifier-ark | ark:/13960/t3mw3kd8k |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1996 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 556 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 11 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

49 Files

43 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 100 of 181

9/20/2019          ASTM D3246: Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry : American Society for Testing and Materi…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

# ASTM D3286: Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.17

**Name of Legally Binding Document:** ASTM D3286: Standard Test Method for Gross Calorific Value of Coal and Coke by the Isoperibol Bomb Calorimeter
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d3286.1996 |

| Identifier-ark | ark:/13960/t12n68f4k |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1996 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 582 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 3 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 23 Files

 17 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D3371: Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995 |
| Usage | CC0 1.0 Universal ⓒⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a) Table IF

**Name of Legally Binding Document:** ASTM D3371: Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d3371.1995 |
| Identifier-ark | ark:/13960/t6zw2kr36 |

9/20/2019          ASTM D3371: Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography : American Society for Testing and …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 142 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

22 Files

16 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 106 of 181

9/20/2019          ASTM D3371: Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography : American Society for Testing and …

Government Documents

Additional Collections

Uploaded by

Public Resource

on May 26, 2012

9/20/2019          ASTM D3454: Standard Test Method for Radium-226 in Water : American Society for Testing and Materials : Free Download, Borrow, an…

# ASTM D3454: Standard Test Method for Radium-226 in Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a) Table IE

**Name of Legally Binding Document:** ASTM D3454: Standard Test Method for Radium-226 in Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d3454.1997 |
| Identifier-ark | ark:/13960/t88g9rp8n |

9/20/2019        ASTM D3454: Standard Test Method for Radium-226 in Water : American Society for Testing and Materials : Free Download, Borrow, an…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 147 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 6 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 36 Files

 30 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
## Public Resource
on May 26, 2012

**294**

# ASTM D3588: Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density (Specific Gravity) of Gaseous Fuels
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix F

**Name of Legally Binding Document:** ASTM D3588: Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density (Specific Gravity) of Gaseous Fuels
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d3588.1998 |

| Identifier-ark | ark:/13960/t2b86dg92 |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 964 Views

**DOWNLOAD OPTIONS**

| ABBY GZ | 1 file |
| --- | --- |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 57 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

181 Files

175 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 112 of 181

9/20/2019          ASTM D3588: Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density (Specific Gravity) of Gaseous F…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

9/20/2019          ASTM D3697: Standard Test Method for Antimony in Water : American Society for Testing and Materials : Free Download, Borrow, and S…

# ASTM D3697: Standard Test Method for Antimony in Water

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1992 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 21 CFR 165.110(b)(4)(iii)(E)(1)(iv)

**Name of Legally Binding Document:** ASTM D3697: Standard Test Method for Antimony in Water
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d3697.1992 |
| Identifier-ark | ark:/13960/t33212x8d |

9/20/2019          ASTM D3697: Standard Test Method for Antimony in Water : American Society for Testing and Materials : Free Download, Borrow, and S...

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 138 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 21 Files

 15 Original

**IN COLLECTIONS**

Global Public Safety Codes

https://archive.org/details/gov.law.astm.d3697.1992

Government Documents

Additional Collections

Uploaded by
## Public Resource
on May 26, 2012

**300**

9/20/2019          ASTM D4177: Standard Practice for Automatic Sampling of Petroleum and Petroleum Products : American Society for Testing and Materi…

# ASTM D4177: Standard Practice for Automatic Sampling of Petroleum and Petroleum Products
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 80.330(b)(2)

**Name of Legally Binding Document:** ASTM D4177: Standard Practice for Automatic Sampling of Petroleum and Petroleum Products
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d4177.1995 |
| Identifier-ark | ark:/13960/t75t4s94j |

9/20/2019        ASTM D4177: Standard Practice for Automatic Sampling of Petroleum and Petroleum Products : American Society for Testing and Materi…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1995 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 603 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|---|---|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 69 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

217 Files
211 Original

**IN COLLECTIONS**

9/20/2019          ASTM D4177: Standard Practice for Automatic Sampling of Petroleum and Petroleum Products : American Society for Testing and Materi…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D4239: Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60, Appendix A-7

**Name of Legally Binding Document:** ASTM D4239: Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d4239.1997 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t9b57qk21 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1997 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 834 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 5 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

32 Files

26 Original

## IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 121 of 181

9/20/2019          ASTM D4239: Standard Test Methods for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combu…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

9/20/2019          ASTM D4268: Standard Test Method for Testing Fiber Ropes : American Society for Testing and Materials : Free Download, Borrow, and …

# ASTM D4268: Standard Test Method for Testing Fiber Ropes

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 164.74(a)(3)(i)

**Name of Legally Binding Document:** ASTM D4268: Standard Test Method for Testing Fiber Ropes
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d4268.1993 |
| Identifier-ark | ark:/13960/t17m1f37x |

9/20/2019          ASTM D4268: Standard Test Method for Testing Fiber Ropes : American Society for Testing and Materials : Free Download, Borrow, and …

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1993 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 572 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 124 of 181

9/20/2019          ASTM D4268: Standard Test Method for Testing Fiber Ropes : American Society for Testing and Materials : Free Download, Borrow, and …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 125 of 181

9/20/2019          ASTM D4294: Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectro…

# ASTM D4294: Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix A, Section 2.1.1.1(c)

**Name of Legally Binding Document:** ASTM D4294: Standard Test Method for Sulfur in Petroleum and Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectrometry
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d4294.1998 |

| Identifier-ark | ark:/13960/t09w1ks65 |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 654 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| --- | --- |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D4809: Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method)

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 61.245(e)(3)

**Name of Legally Binding Document:** ASTM D4809: Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method)
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d4809.1995 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t47q04h2n |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1995 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 707 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 17 Files

 11 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 131 of 181

9/20/2019            ASTM D4891: Standard Test Method for Heating Value of Gases in Natural Gas Range by Stolchiometric Combustion : American Society…

# ASTM D4891: Standard Test Method for Heating Value of Gases in Natural Gas Range by Stolchiometric Combustion

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1989 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix F, Section 5.5.2

**Name of Legally Binding Document:** ASTM D4891: Standard Test Method for Heating Value of Gases in Natural Gas Range by Stolchiometric Combustion
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d4891.1989 |

| Identifier-ark | ark:/13960/t0gt6r22n |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 102 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY  For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 3 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

23 Files

17 Original

### IN COLLECTIONS

9/20/2019          ASTM D4891: Standard Test Method for Heating Value of Gases in Natural Gas Range by Stolchiometric Combustion : American Society…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on May 26, 2012

# ASTM D5257: Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997 |
| Usage | CC0 1.0 Universal ⓒⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a)

**Name of Legally Binding Document:** ASTM D5257: Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d5257.1997 |

9/20/2019          ASTM D5257: Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography : American Society for Testin…

| | |
|---|---|
| Identifier-ark | ark:/13960/t9766mp82 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 228 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 3 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                    23 Files

17 Original

**IN COLLECTIONS**

320

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 136 of 181

9/20/2019        ASTM D5257: Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography : American Society for Testin…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on May 26, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 137 of 181

9/20/2019          ASTM D5373: Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and …

# ASTM D5373: Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal (cc) (0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 75, Appendix G

**Name of Legally Binding Document:** ASTM D5373: Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

Identifier          gov.law.astm.d5373.1993

| Identifier-ark | ark:/13960/t39038g9g |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1993 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 1,064 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| --- | --- |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 17 Files

 11 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 139 of 181

9/20/2019        ASTM D5373: Standard Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

# ASTM D5489: Standard Guide for Care Symbols for Care Instructions on Textile Products
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal (cc) (0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 16 CFR 423.8(g)

**Name of Legally Binding Document:** ASTM D5489: Standard Guide for Care Symbols for Care Instructions on Textile Products
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d5489.1996 |
| Identifier-ark | ark:/13960/t6349sx56 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |
| Year | 1996 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

537 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 4 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

30 Files

24 Original

**IN COLLECTIONS**

9/20/2019        ASTM D5489: Standard Guide for Care Symbols for Care Instructions on Textile Products : American Society for Testing and Materials : …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM D5673: Standard Test Method for Elements in Water by Inductively Coupled Plasma
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 444.12(b)(1)

**Name of Legally Binding Document:** ASTM D5673: Standard Test Method for Elements in Water by Inductively Coupled Plasma
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d5673.1996 |
| Identifier-ark | ark:/13960/t6n028t1n |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 153 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY <br> For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

14 Files

8 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 145 of 181

9/20/2019          ASTM D5673: Standard Test Method for Elements in Water by Inductively Coupled Plasma : American Society for Testing and Materials : …

Government Documents

Additional Collections

Uploaded by

## Public Resource

on May 26, 2012

9/20/2019 ASTM D5865: Standard Test Method for Gross Calorific Value of Coal and Coke : American Society for Testing and Materials : Free Dow…

# ASTM D5865: Standard Test Method for Gross Calorific Value of Coal and Coke

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.45(f)(5)(ii)

**Name of Legally Binding Document:** ASTM D5865: Standard Test Method for Gross Calorific Value of Coal and Coke
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d5865.1998 |
| Identifier-ark | ark:/13960/t21c34f5g |

9/20/2019          ASTM D5865: Standard Test Method for Gross Calorific Value of Coal and Coke : American Society for Testing and Materials : Free Dow…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1998 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 2,161 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|---|---|
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 21 Files

 15 Original

**IN COLLECTIONS**

9/20/2019          ASTM D5865: Standard Test Method for Gross Calorific Value of Coal and Coke : American Society for Testing and Materials : Free Dow…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D6216: Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60, Appendix B

**Name of Legally Binding Document:** ASTM D6216: Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.d6216.1998 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t0qr5zh41 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews                                                    Add Review

There are no reviews yet. Be the first one to write a review.

# 410 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 16 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                              36 Files
                                                    30 Original

**IN COLLECTIONS**

335

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 151 of 181

9/20/2019          ASTM D6216: Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on June 6, 2012

# ASTM D6228: Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.334(h)(1)

**Name of Legally Binding Document:** ASTM D6228: Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance. Have a nice day.

| Identifier | gov.law.astm.d6228.1998 |
| --- | --- |
| Identifier-ark | ark:/13960/t9f48t775 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1998 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 560 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                           18 Files
                                                   12 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM D6420: Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1999-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 63.5850(e)(4)

**Name of Legally Binding Document:** ASTM D6420: Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 156 of 181

9/20/2019          ASTM D6420: Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass …

| Identifier | gov.law.astm.d6420.1999 |
|---|---|
| Identifier-ark | ark:/13960/t84j1n94z |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1999 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 188 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|---|---|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 7 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                         36 Files

 30 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

9/20/2019        ASTM D6503: Standard Test Method for Enterococci in Water Using Enterolert : American Society for Testing and Materials : Free Downl…

# ASTM D6503: Standard Test Method for Enterococci in Water Using Enterolert

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1999 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 136.3(a) Table IH

**Name of Legally Binding Document:** ASTM D6503: Standard Test Method for Enterococci in Water Using Enterolert
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.d6503.1999 |
| Identifier-ark | ark:/13960/t5bc53w0v |

9/20/2019   ASTM D6503: Standard Test Method for Enterococci in Water Using Enterolert : American Society for Testing and Materials : Free Downl…

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 428 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| HTML | 1 file |
| ITEM TILE | 1 file |
| JPEG | 2 files |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

16 Files
10 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
## Public Resource
on May 26, 2012

# ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purposes
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 159.125

**Name of Legally Binding Document:** ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purposes
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e11.1995 |
| Identifier-ark | ark:/13960/t1kh1rb0g |

9/20/2019          ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purposes : American Society for Testing and Materials : Free Do…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 273 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purposes : American Society for Testing and Materials : Free Do…

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 1, 2012

9/20/2019          ASTM E23: Standard Test Methods for Notched Bar Impact Testing of Metallic Materials : American Society for Testing and Materials : Fr…

# ASTM E23: Standard Test Methods for Notched Bar Impact Testing of Metallic Materials

## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1982-01-01 |
| Usage | CC0 1.0 Universal (cc) (0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.50-105(a)(1)(ii)

**Name of Legally Binding Document:** ASTM E23: Standard Test Methods for Notched Bar Impact Testing of Metallic Materials
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e23.1982 |
| Identifier-ark | ark:/13960/t2698939r |

9/20/2019    ASTM E23: Standard Test Methods for Notched Bar Impact Testing of Metallic Materials : American Society for Testing and Materials : Fr…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|-----|
| Ppi | 600 |
| Year | 1982 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 3,059 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|-----|-----|
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC    Document 198-31    Filed 10/07/19    Page 166 of 181

9/20/2019          ASTM E23: Standard Test Methods for Notched Bar Impact Testing of Metallic Materials : American Society for Testing and Materials : Fr…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

# ASTM E29: Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1990-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 86.000-28(a)(4)(iii)

**Name of Legally Binding Document:** ASTM E29: Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e29.1990 |

Identifier-ark     ark:/13960/t9n310s97
Ocr                ABBYY FineReader 11.0
                   (Extended OCR)
Ppi                600
Year               1990

# Reviews                                        Add Review

There are no reviews yet. Be the first one to write a review.

# 495 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                          13 Files
                                                  7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM E72: Standard Test Methods of Conducting Strength Tests of Panels for Building Construction
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1980-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 30 CFR 75.333(e)(1)(i)

**Name of Legally Binding Document:** ASTM E72: Standard Test Methods of Conducting Strength Tests of Panels for Building Construction
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.e72.1980 |
| Identifier-ark | ark:/13960/t1pg2th7w |

9/20/2019    ASTM E72: Standard Test Methods of Conducting Strength Tests of Panels for Building Construction : American Society for Testing and …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 567 |
| Year | 1980 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

1,111 Views

DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
|----------|--------|
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                    13 Files
                                           7 Original

IN COLLECTIONS

Global Public Safety Codes

9/20/2019          ASTM E72: Standard Test Methods of Conducting Strength Tests of Panels for Building Construction : American Society for Testing and …

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

9/20/2019      ASTM E96: Standard Test Methods for Water Vapor Transmission of Materials : American Society for Testing and Materials : Free Downl…

# ASTM E96: Standard Test Methods for Water Vapor Transmission of Materials

by [American Society for Testing and Materials](#)

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 3280.504(a)

**Name of Legally Binding Document:** ASTM E96: Standard Test Methods for Water Vapor Transmission of Materials
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e96.1995 |
| Identifier-ark | ark:/13960/t9087f42t |

9/20/2019          ASTM E96: Standard Test Methods for Water Vapor Transmission of Materials : American Society for Testing and Materials : Free Downl…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 1,225 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM E96: Standard Test Methods for Water Vapor Transmission of Materials : American Society for Testing and Materials : Free Downl…

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 1, 2012

SIMILAR ITEMS (based on metadata)_

360

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 176 of 181

9/20/2019          ASTM E145: Standard Specification for Gravity-Convection and Forced- Ventilation Ovens : American Society for Testing and Materials : …

# ASTM E145: Standard Specification for Gravity-Convection and Forced- Ventilation Ovens

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1994-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 63.4581

**Name of Legally Binding Document:** ASTM E145: Standard Specification for Gravity-Convection and Forced- Ventilation Ovens
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e145.1994 |
| Identifier-ark | ark:/13960/t71v6nx59 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1994 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 1,160 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM E145: Standard Specification for Gravity-Convection and Forced- Ventilation Ovens : American Society for Testing and Materials : …

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-31   Filed 10/07/19   Page 179 of 181

9/20/2019          ASTM E169: Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis : American Society for Testing and M…

# ASTM E169: Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 264.1063(d)(1)

**Name of Legally Binding Document:** ASTM E169: Standard Practices for General Techniques of Ultraviolet-Visible Quantitative Analysis
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e169.1987 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t0ks7v44q |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1987 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 394 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012