# EXHIBIT 151
# PART 3

# ASTM E185: Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1982-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 10 CFR 50 App. H, I

**Name of Legally Binding Document:** ASTM E185: Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e185.1982 |

9/20/2019   ASTM E185: Standard Practice for Conducting Surveillance Tests for Light-Water Cooled Nuclear Power Reactor Vessels : American So…

| | |
|---|---|
| Identifier-ark | ark:/13960/t80k3hx9n |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1982 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 231 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

368

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

9/20/2019          ASTM E260: Standard Practice for Packed Column Gas Chromatography : American Society for Testing and Materials : Free Download, …

# ASTM E260: Standard Practice for Packed Column Gas Chromatography

## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 60.485(d)(1)

**Name of Legally Binding Document:** ASTM E260: Standard Practice for Packed Column Gas Chromatography
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e260.1996 |
| Identifier-ark | ark:/13960/t7pp0860t |

9/20/2019        ASTM E260: Standard Practice for Packed Column Gas Chromatography : American Society for Testing and Materials : Free Download, …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 300 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 355 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 1, 2012

9/20/2019        ASTM E283: Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors : Amer…

# ASTM E283: Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1991-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 10 CFR 434.402.2

**Name of Legally Binding Document:** ASTM E283: Standard Test Method for Determining the Rate of Air Leakage Through Exterior Windows, Curtain Walls, and Doors
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e283.1991 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t5db96280 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1991 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 882 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 11 of 142

9/20/2019          ASTM E408: Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques : American Society for T…

# ASTM E408: Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1971-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 16 CFR 460.5(b)

**Name of Legally Binding Document:** ASTM E408: Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e408.1971 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t2t44v60q |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1971 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 558 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 13 of 142

9/20/2019          ASTM E408: Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques : American Society for T…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

9/20/2019   ASTM E424: Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials : American Society for Testing and Mat…

# ASTM E424: Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1971-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200, Subpart S

**Name of Legally Binding Document:** ASTM E424: Test for Solar Energy Transmittance and Reflectance (Terrestrial) of Sheet Materials
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e424.1971 |
| Identifier-ark | ark:/13960/t07w7j66s |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|-----|
| Ppi | 600 |
| Year | 1971 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

583 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

9/20/2019          ASTM E606: Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing : American Society for Testing and Ma…

# ASTM E606: Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1980-01-01 |
| Usage | CC0 1.0 Universal © |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200.946

**Name of Legally Binding Document:** ASTM E606: Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e606.1980 |
| Identifier-ark | ark:/13960/t8z90cz0w |

9/20/2019          ASTM E606: Standard Recommended Practice for Constant-Amplitude Low-Cycle Fatigue Testing : American Society for Testing and Ma…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1980 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

1,220 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

# ASTM E681: Standard Test Method for Concentration Limits of Flammability of Chemicals
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1985-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 173.115(a)(2)

**Name of Legally Binding Document:** ASTM E681: Standard Test Method for Concentration Limits of Flammability of Chemicals
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e681.1985 |
| Identifier-ark | ark:/13960/t7np3709w |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1985 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 982 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| SHOW ALL | 13 Files |
| | 7 Original |

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 22 of 142

9/20/2019          ASTM E681: Standard Test Method for Concentration Limits of Flammability of Chemicals : American Society for Testing and Materials : …

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

9/20/2019        ASTM E695: Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading : American Soci…

# ASTM E695: Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1979-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 200.946(a)(1)(viii)

**Name of Legally Binding Document:** ASTM E695: Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.e695.1979 |

9/20/2019    ASTM E695: Standard Method of Measuring Relative Resistance of Wall, Floor and Roof Construction to Impact Loading : American Soci…

| | |
|---|---|
| Identifier-ark | ark:/13960/t7fr11f6v |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1979 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 346 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

# ASTM E711: Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 63, Subpart DDDDD, Table 6

**Name of Legally Binding Document:** ASTM E711: Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e711.1987 |

Case 1:13-cv-01215-TSC    Document 198-32    Filed 10/07/19    Page 27 of 142

9/20/2019          ASTM E711: Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter : American Society for Tes…

| Identifier-ark | ark:/13960/t6c26228d |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1987 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 699 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files
 7 Original

## IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 28 of 142

9/20/2019        ASTM E711: Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter : American Society for Tes…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM E773: Standard Test Method for Seal Durability of Sealed Insulating Glass Units
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 4 CFR 3280.403(d)(2)

**Name of Legally Binding Document:** ASTM E773: Standard Test Method for Seal Durability of Sealed Insulating Glass Units
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e773.1997 |
| Identifier-ark | ark:/13960/t52f8w458 |

9/20/2019      ASTM E773: Standard Test Method for Seal Durability of Sealed Insulating Glass Units : American Society for Testing and Materials : Fre…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |
| Year | 1997 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 245 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

9/20/2019      ASTM E774: Standard Specifications for Sealed Insulating Glass Units : American Society for Testing and Materials : Free Download, Bo…

# ASTM E774: Standard Specifications for Sealed Insulating Glass Units

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal (cc)(0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 24 CFR 3280.403(d)(2)

**Name of Legally Binding Document:** ASTM E774: Standard Specifications for Sealed Insulating Glass Units
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e774.1997 |
| Identifier-ark | ark:/13960/t3rv1q62s |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |
| Year | 1997 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

1,030 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|----------|--------|
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

9/20/2019            ASTM E776: Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel : American Society for Testing and Materials : Free Do…

# ASTM E776: Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal (cc) (0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 63, Subpart DDDDD, Table 6

**Name of Legally Binding Document:** ASTM E776: Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e776.1987 |
| Identifier-ark | ark:/13960/t16m4d67p |

9/20/2019    ASTM E776: Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel : American Society for Testing and Materials : Free Do…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |
| Year | 1987 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 415 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| SHOW ALL | 13 Files |
| | 7 Original |

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 37 of 142

9/20/2019          ASTM E776: Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel : American Society for Testing and Materials : Free Do…

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

Case 1:13-cv-01215-TSC    Document 198-32    Filed 10/07/19    Page 38 of 142

9/20/2019          ASTM E885: Standard Test Method for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy : American Societ…

# ASTM E885: Standard Test Method for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1988-01-01 |
| Usage | CC0 1.0 Universal ⓒⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 63, Subpart DDDDD, Table 6

**Name of Legally Binding Document:** ASTM E885: Standard Test Method for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.e885.1988 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t8md0312c |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1988 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

260 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM E1337: Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using Standard Reference Test Tire

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1990-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 571.105 S6.9.2(a)

**Name of Legally Binding Document:** ASTM E1337: Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using Standard Reference Test Tire
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.e1337.1990 |
| Identifier-ark | ark:/13960/t30300f7v |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1990 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 582 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                     13 Files
                                             7 Original

### IN COLLECTIONS

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 43 of 142

9/20/2019          ASTM E1337: Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using Standard Referenc…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

# ASTM F478: Standard Specification for In-Service Care of Insulating Line Hose and Covers
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1992-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 29 CFR 1910.137(b)(2)(ix)

**Name of Legally Binding Document:** ASTM F478: Standard Specification for In-Service Care of Insulating Line Hose and Covers
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f478.1992 |
| Identifier-ark | ark:/13960/t3fx8f513 |

9/20/2019        ASTM F478: Standard Specification for In-Service Care of Insulating Line Hose and Covers : American Society for Testing and Materials …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1992 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

275 Views

DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                    13 Files
7 Original

IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

# ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Controlled Environments

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1980-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 156.40

**Name of Legally Binding Document:** ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Controlled Environments
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f631.1980 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t4qj8k653 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1980 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 214 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

## IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Controlled Environments
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 154 Appendix C

**Name of Legally Binding Document:** ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Controlled Environments
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f631.1993 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t25b18692 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1993 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 218 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

# ASTM F682: Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1982-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.01-2

**Name of Legally Binding Document:** ASTM F682: Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f682.1982 |
| Identifier-ark | ark:/13960/t9184gc8f |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 300 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 180 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                          13 Files
                                                  7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 55 of 142

9/20/2019          ASTM F682: Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings : American Society for Testing and Materials …

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 11, 2012

9/20/2019        ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage : American Society for Testing and Materi…

# ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1981-01-01 |
| Usage | CC0 1.0 Universal (cc)(0) |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 154.106

**Name of Legally Binding Document:** ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f715.1981 |
| Identifier-ark | ark:/13960/t0vq43880 |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1981 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 204 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| SHOW ALL | 13 Files |
| | 7 Original |

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 59 of 142

9/20/2019          ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage : American Society for Testing and Materi…

# ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal Ⓒ Ⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 155, Appendix B, 2.4

**Name of Legally Binding Document:** ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f715.1995 |
| Identifier-ark | ark:/13960/t9k36z159 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1995 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 173 Views

### DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                  13 Files
                                          7 Original

### IN COLLECTIONS

Global Public Safety Codes

425

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 61 of 142

9/20/2019          ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage : American Society for Testing and Materi…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 16, 2012

# ASTM F722: Standard Specification for Welded Joints for Shipboard Piping Systems

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1982-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 155.140

**Name of Legally Binding Document:** ASTM F722: Standard Specification for Welded Joints for Shipboard Piping Systems
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f722.1982 |
| Identifier-ark | ark:/13960/t7qn79f6w |

9/20/2019          ASTM F722: Standard Specification for Welded Joints for Shipboard Piping Systems : American Society for Testing and Materials : Free …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|---------------------------------------|
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 230 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 11, 2012

# ASTM F808: Guide for Collecting Skimmer Performance Data in Uncontrolled Environments

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1983-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 154, Appendix C

**Name of Legally Binding Document:** ASTM F808: Guide for Collecting Skimmer Performance Data in Uncontrolled Environments
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

_HEED THIS NOTICE!_ Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.f808.1983 |
| Identifier-ark | ark:/13960/t0cv5nk44 |

| | |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1983 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 85 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

431

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 67 of 142

9/20/2019          ASTM F808: Guide for Collecting Skimmer Performance Data in Uncontrolled Environments : American Society for Testing and Materials…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on June 6, 2012

9/20/2019          ASTM F1003: Standard Specification for Searchlights on Motor Lifeboats : American Society for Testing and Materials : Free Download, …

# ASTM F1003: Standard Specification for Searchlights on Motor Lifeboats
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 199.175(a)(28)(i)

**Name of Legally Binding Document:** ASTM F1003: Standard Specification for Searchlights on Motor Lifeboats
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1003.1986 |
| Identifier-ark | ark:/13960/t6f204h2h |

9/20/2019          ASTM F1003: Standard Specification for Searchlights on Motor Lifeboats : American Society for Testing and Materials : Free Download, …

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 139 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
## Public Resource
on July 11, 2012

# ASTM F1006: Standard Specification for Entrainment Separators for Use in Marine Piping Applications

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1006: Standard Specification for Entrainment Separators for Use in Marine Piping Applications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1006.1986 |

9/20/2019          ASTM F1006: Standard Specification for Entrainment Separators for Use in Marine Piping Applications : American Society for Testing an…

| Identifier-ark | ark:/13960/t3tt5sn08 |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 126 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

### IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

# ASTM F1007: Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1007: Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1007.1986 |

| | |
|---|---|
| Identifier-ark | ark:/13960/t2j68mq08 |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 153 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 76 of 142

9/20/2019          ASTM F1007: Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application : American Society f…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

9/20/2019        ASTM F1014: Standard Specification for Flashlights on Vessels : American Society for Testing and Materials : Free Download, Borrow, a…

# ASTM F1014: Standard Specification for Flashlights on Vessels

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1992-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 35.30-20(c)(3)

**Name of Legally Binding Document:** ASTM F1014: Standard Specification for Flashlights on Vessels
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1014.1992 |
| Identifier-ark | ark:/13960/t00019q47 |

9/20/2019          ASTM F1014: Standard Specification for Flashlights on Vessels : American Society for Testing and Materials : Free Download, Borrow, a…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 170 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM F1014: Standard Specification for Flashlights on Vessels : American Society for Testing and Materials : Free Download, Borrow, a…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

9/20/2019    ASTM F1020: Standard Specification for Line-Blind Valves for Marine Applications : American Society for Testing and Materials : Free Do…

# ASTM F1020: Standard Specification for Line-Blind Valves for Marine Applications

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1986-01-01 |
| Usage | CC0 1.0 Universal Ⓒ Ⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1020: Standard Specification for Line-Blind Valves for Marine Applications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1020.1986 |
| Identifier-ark | ark:/13960/t17m1fr8x |

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 81 of 142

9/20/2019        ASTM F1020: Standard Specification for Line-Blind Valves for Marine Applications : American Society for Testing and Materials : Free Do…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 159 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                        13 Files
                                                7 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019         ASTM F1020: Standard Specification for Line-Blind Valves for Marine Applications : American Society for Testing and Materials : Free Do…

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 11, 2012

# ASTM F1120: Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1120: Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1120.1987 |

9/20/2019     ASTM F1120: Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications : American Society for T…

| Identifier-ark | ark:/13960/t8pc45f9r |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 284 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

449

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 11, 2012

# ASTM F1121: Standard Specification for International Shore Connections for Marine Fire Applications

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 126.15(a)(5)

**Name of Legally Binding Document:** ASTM F1121: Standard Specification for International Shore Connections for Marine Fire Applications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1121.1987 |

9/20/2019          ASTM F1121: Standard Specification for International Shore Connections for Marine Fire Applications : American Society for Testing and …

Identifier-ark          ark:/13960/t7cr70h60

Ocr          ABBYY FineReader 11.0
                        (Extended OCR)

Ppi          600

# Reviews          Add Review

There are no reviews yet. Be the first one to write a review.

## 325 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL          13 Files
                              7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 88 of 142

9/20/2019          ASTM F1121: Standard Specification for International Shore Connections for Marine Fire Applications : American Society for Testing and …

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

9/20/2019        ASTM F1122: Standard Specification for Quick Disconnect Couplings : American Society for Testing and Materials : Free Download, Borr…

# ASTM F1122: Standard Specification for Quick Disconnect Couplings

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 154.500(d)(3)

**Name of Legally Binding Document:** ASTM F1122: Standard Specification for Quick Disconnect Couplings
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1122.1987 |
| Identifier-ark | ark:/13960/t6349tk35 |

9/20/2019       ASTM F1122: Standard Specification for Quick Disconnect Couplings : American Society for Testing and Materials : Free Download, Borr…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 284 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

## IN COLLECTIONS

Global Public Safety Codes

455

9/20/2019          ASTM F1122: Standard Specification for Quick Disconnect Couplings : American Society for Testing and Materials : Free Download, Borr…

Government Documents

Additional Collections

Uploaded by
## Public Resource
on July 11, 2012

456

# ASTM F1123: Standard Specification for Non-Metallic Expansion Joints
## by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1987-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1123: Standard Specification for Non-Metallic Expansion Joints
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1123.1987 |
| Identifier-ark | ark:/13960/t4sj2nn15 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 268 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

## IN COLLECTIONS

Global Public Safety Codes

458

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 11, 2012

# ASTM F1155: Standard Practice for Selection and Application of Piping System Materials

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 33 CFR 154

**Name of Legally Binding Document:** ASTM F1155: Standard Practice for Selection and Application of Piping System Materials
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>HEED THIS NOTICE!</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1155.1998 |
| Identifier-ark | ark:/13960/t26989r8s |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 702 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

461

9/20/2019          ASTM F1155: Standard Practice for Selection and Application of Piping System Materials : American Society for Testing and Materials : F…

[Government Documents](#)

[Additional Collections](#)

Uploaded by

## Public Resource

on July 11, 2012

# ASTM F1172: Fuel Oil Meters of the Volumetric Positive Displacement Type

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1988-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1172: Fuel Oil Meters of the Volumetric Positive Displacement Type
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

HEED THIS NOTICE! Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1172.1988 |
| Identifier-ark | ark:/13960/t0xp85q4h |

9/20/2019       ASTM F1172: Fuel Oil Meters of the Volumetric Positive Displacement Type : American Society for Testing and Materials : Free Downloa…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 190 Views

## DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| SHOW ALL | 13 Files |
| | 7 Original |

## IN COLLECTIONS

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 11, 2012

# ASTM F1173: Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1995-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1173: Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1173.1995 |

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 102 of 142

9/20/2019          ASTM F1173: Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications : American…

| Identifier-ark | ark:/13960/t5r79hn2h |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

## Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 235 Views

## DOWNLOAD OPTIONS

| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

## IN COLLECTIONS

Global Public Safety Codes

9/20/2019          ASTM F1173: Standard Specification for Thermosetting Resin Fiberglass Pipe and Fittings to be Used for Marine Applications : American…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

# ASTM F1193 (2006): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 2006-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**LEGALLY BINDING DOCUMENT**
**United States of America**

All citizens and residents are hereby advised that this is a legally binding document duly incorporated by reference and that failure to comply with such requirements as hereby detailed within may subject you to criminal or civil penalties under the law. Ignorance of the law shall not excuse noncompliance and it is the responsibility of the citizens to inform themselves as to the laws that are enacted in the United States of America and in the states and cities contained therein.

**Name of Legally Binding Document:** ASTM F1193 (2006): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices
**Name of Standards Organization:** American Society for Testing and Materials

| | |
|---|---|
| Identifier | gov.law.astm.f1193.2006 |
| Identifier-ark | ark:/13960/t8bg3vz5c |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |

9/20/2019          ASTM F1193 (2006): Standard Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices : American Society…

Ppi                                        600

# Reviews                                          Add Review

There are no reviews yet. Be the first one to write a review.

## 326 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                      12 Files
                                              6 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

470

Additional Collections

Uploaded by
# Public Resource
on July 31, 2012

9/20/2019          ASTM F1199: Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) : America…

# ASTM F1199: Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum)

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1988-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1199: Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum)
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1199.1988 |

9/20/2019          ASTM F1199: Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) : America…

| Identifier-ark | ark:/13960/t1wd51q7c |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 271 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |
| SHOW ALL | 13 Files |
| | 7 Original |

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 109 of 142

9/20/2019          ASTM F1199: Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150 Degrees F Maximum) : America…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 110 of 142

9/20/2019          ASTM F1201: Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F : American Society for T…

# ASTM F1201: Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1988-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.60-1(b)

**Name of Legally Binding Document:** ASTM F1201: Standard Specification for Fluid Conditioner Fittings in Piping Applications Above Zero Degrees F
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1201.1988 |

| Identifier-ark | ark:/13960/t35155s0s |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 157 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
|---|---|
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 113 of 142

9/20/2019         ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications : American Soci…

# ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1990-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 39.20-9(c)(1)

**Name of Legally Binding Document:** ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1271.1990 |

9/20/2019        ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications : American Soci…

| Identifier-ark | ark:/13960/t0ks7vs5q |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

## Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

# 137 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC    Document 198-32    Filed 10/07/19    Page 115 of 142

9/20/2019          ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protection Applications : American Soci…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

480

9/20/2019   ASTM F1273: Standard Specification for Tank Vent Flame Arresters : American Society for Testing and Materials : Free Download, Borro…

# ASTM F1273: Standard Specification for Tank Vent Flame Arresters

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1991-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 32.20-10

**Name of Legally Binding Document:** ASTM F1273: Standard Specification for Tank Vent Flame Arresters
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1273.1991 |
| Identifier-ark | ark:/13960/t9960qh8d |

9/20/2019          ASTM F1273: Standard Specification for Tank Vent Flame Arresters : American Society for Testing and Materials : Free Download, Borro…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|-----|--------------------------------------|
| Ppi | 600 |

## Reviews                                    Add Review

There are no reviews yet. Be the first one to write a review.

# 229 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                     13 Files

                                             7 Original

**IN COLLECTIONS**

Global Public Safety Codes

482

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 118 of 142

9/20/2019          ASTM F1273: Standard Specification for Tank Vent Flame Arresters : American Society for Testing and Materials : Free Download, Borro…

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 11, 2012

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 119 of 142

9/20/2019     ASTM F1321: Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Disp…

# ASTM F1321: Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1992-01-01 |
| Usage | CC0 1.0 Universal ⓒ Ⓞ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 28.535(d)

**Name of Legally Binding Document:** ASTM F1321: Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vessel
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 120 of 142

9/20/2019        ASTM F1321: Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine Light Ship Disp…

| Identifier | gov.law.astm.f1321.1992 |
| --- | --- |
| Identifier-ark | ark:/13960/t80k3jk7m |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 300 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 642 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| --- | --- |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                                                      13 Files
                                                              7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on July 11, 2012

486

9/20/2019          ASTM F1323: Standard Specification for Shipboard Incinerators : American Society for Testing and Materials : Free Download, Borrow, a…

# ASTM F1323: Standard Specification for Shipboard Incinerators

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1998-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 63.25-9

**Name of Legally Binding Document:** ASTM F1323: Standard Specification for Shipboard Incinerators
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

<u>*HEED THIS NOTICE!*</u> Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1323.1998 |
| Identifier-ark | ark:/13960/t6pz6cn71 |

**487**

9/20/2019          ASTM F1323: Standard Specification for Shipboard Incinerators : American Society for Testing and Materials : Free Download, Borrow, a…

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| --- | --- |
| Ppi | 600 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 114 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| --- | --- |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Global Public Safety Codes

9/20/2019          ASTM F1323: Standard Specification for Shipboard Incinerators : American Society for Testing and Materials : Free Download, Borrow, a…

Government Documents

Additional Collections

Uploaded by

## Public Resource

on July 11, 2012

489

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 125 of 142

9/20/2019        ASTM F1471: Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System : American Society f…

# ASTM F1471: Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1993-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 40 CFR 86.1310-2007(b)(1)(iv)(B)

**Name of Legally Binding Document:** ASTM F1471: Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance. Have a nice day.

| | |
|---|---|
| Identifier | gov.law.astm.f1471.1993 |

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 126 of 142

9/20/2019          ASTM F1471: Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System : American Society f…

Identifier-ark          ark:/13960/t9378h98r
Ocr                     ABBYY FineReader 11.0
                        (Extended OCR)
Ppi                     600
Year                    1993

# Reviews                                    Add Review

There are no reviews yet. Be the first one to write a review.

# 323 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY<br>For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL                              13 Files
                                     7 Original

**IN COLLECTIONS**

9/20/2019        ASTM F1471: Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System : American Society f…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 6, 2012

9/20/2019        ASTM F1546: Standard Specification for Firehose Nozzles : American Society for Testing and Materials : Free Download, Borrow, and St…

# ASTM F1546: Standard Specification for Firehose Nozzles
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1996 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 162.027-3(a)

**Name of Legally Binding Document:** ASTM F1546: Standard Specification for Firehose Nozzles
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into federal regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1546.1996 |
| Identifier-ark | ark:/13960/t1fj3m260 |

| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
|---|---|
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 215 Views

### DOWNLOAD OPTIONS

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY <br> For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

### IN COLLECTIONS

Global Public Safety Codes

494

Government Documents

Additional Collections

Uploaded by

## Public Resource

on May 26, 2012

# ASTM F1548: Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1994-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 46 CFR 56.30-35(a)

**Name of Legally Binding Document:** ASTM F1548: Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.f1548.1994 |

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 132 of 142

9/20/2019          ASTM F1548: Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications : American Society for T…

| Identifier-ark | ark:/13960/t5db96q6j |
|---|---|
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |

# Reviews

Add Review

There are no reviews yet. Be the first one to write a review.

## 165 Views

**DOWNLOAD OPTIONS**

| | |
|---|---|
| ABBYY GZ | 1 file |
| DAISY For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

13 Files

7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 133 of 142

9/20/2019          ASTM F1548: Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications : American Society for T…

Government Documents

Additional Collections

Uploaded by
# Public Resource
on July 11, 2012

# ASTM G21: Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1990-01-01 |
| Usage | CC0 1.0 Universal |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.

Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.

You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 7 CFR 1755.910(d)(5)(iv)

**Name of Legally Binding Document:** ASTM G21: Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.g21.1990 |

9/20/2019          ASTM G21: Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi : American Society for Testing and …

| Identifier-ark | ark:/13960/t88g9s331 |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1990 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 1,441 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| --- | --- |
| DAISY
For print-disabled users | 1 file |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

9/20/2019          ASTM G21: Standard Practice for Determining Resistance of Synthetic Polymeric Materials to Fungi : American Society for Testing and …

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 137 of 142

9/20/2019          ASTM G151: Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources : Ame…

# ASTM G151: Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources
by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 1997-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 571.106 S12.7(b)

**Name of Legally Binding Document:** ASTM G151: Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.g151.1997 |

Case 1:13-cv-01215-TSC   Document 198-32   Filed 10/07/19   Page 138 of 142

9/20/2019          ASTM G151: Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources : Ame…

| Identifier-ark | ark:/13960/t5p85f65h |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 1997 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

## 1,000 Views

**DOWNLOAD OPTIONS**

| ABBYY GZ | 1 file |
| --- | --- |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

9/20/2019        ASTM G151: Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources : Ame…

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012

504

# ASTM G154: Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials

by American Society for Testing and Materials

| | |
|---|---|
| Publication date | 2000-01-01 |
| Usage | CC0 1.0 Universal ⓒ ⓪ |
| Topics | federalregister.gov, public.resource.org |
| Collection | publicsafetycode; USGovernment Documents; additional_collections |
| Language | English |

*This document was posted by Public.Resource.Org, which is not affiliated with nor authorized by the United States government, the State governments, or the American Society for Testing and Materials (ASTM). We posted this document in order to allow citizens to read the laws that govern us.*

*Note that many of these documents had to be procured on the used marketplace. Many of the laws in this collection were re-keyed into HTML and diagrams redrawn for increased usability and accessibility. Please note that the process of scanning, OCR, and rekeying might introduce errors. In addition, standards bodies will frequently issue errata or reissue standards over time and governmental bodies may change which standards they incorporate to law.*

*You are urged to check with the standards organizations or governmental authorities for further information and access to definitive versions of these important laws.*

**BY ORDER OF THE EXECUTIVE DIRECTOR**
**Office of the Federal Register**
**Washington, D.C.**

*By Authority of the Code of Federal Regulations:* 49 CFR 571.106 S12.7(b)

**Name of Legally Binding Document:** ASTM G154: Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials
**Name of Standards Organization:** American Society for Testing and Materials

**LEGALLY BINDING DOCUMENT**

This document has been duly INCORPORATED BY REFERENCE into Federal Regulations and shall be considered legally binding upon all citizens and residents of the United States of America.

*HEED THIS NOTICE!* Criminal penalties may apply for noncompliance.

| | |
|---|---|
| Identifier | gov.law.astm.g154.2000 |

| Identifier-ark | ark:/13960/t34184720 |
| --- | --- |
| Ocr | ABBYY FineReader 11.0 (Extended OCR) |
| Ppi | 600 |
| Year | 2000 |

# Reviews

 Add Review

There are no reviews yet. Be the first one to write a review.

# 3,065 Views

**DOWNLOAD OPTIONS**

| | |
| --- | --- |
| ABBYY GZ | 1 file |
| DAISY | 1 file |
| For print-disabled users | |
| EPUB | 1 file |
| FULL TEXT | 1 file |
| ITEM TILE | 1 file |
| KINDLE | 1 file |
| PDF | 1 file |
| SINGLE PAGE PROCESSED JP2 ZIP | 1 file |

SHOW ALL

 13 Files

 7 Original

**IN COLLECTIONS**

Global Public Safety Codes

Government Documents

Additional Collections

Uploaded by

# Public Resource

on June 16, 2012