# EXHIBIT 153
# PART 1

9/23/2019    ASTM a106 | Pipe (Fluid Conveyance) | Mechanical Engineering

Search

Sign In    Join

**Download**    7    of 10    Search document

# ASTM a106

Uploaded by **Miguel Anchaluisa**

ASTM a106 **Full description**

Save    Embed    Share    Print

ITP All

Crush It!: Why
NOW Is the Tim...

ASME B16.9-200

**Download**    7    of 10    Search document

## By Authority Of

### THE UNITED STATES OF AMERICA

## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has
INCORPORATED BY REFERENCE and shall be considere

**Related titles**

https://www.scribd.com/document/422711187/ASTM-a106    1/17

1

Download            7     of 10



**CFR Section(s):**     49 CFR 192.113

**Standards Body:**     American Society for Testing and Mate

*Official Incorporator:*

THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

SCRIBD

*Trusted by over 1 million members*

Try Scribd **FREE** for 30 days to access over 125 million titles without ads or interruptions!

Start Free Trial

Cancel Anytime.

Related titles

Search

Sign In    Join

Download        7    of 10        Search document

Fitting

Crush It!: Why
NOW Is the Tim…

ASME B16.9-2007

IELTS General
Writing: How To…

ASME B16.25-2017
Buttwelding Ends

Networking All-in-
One For Dummies

**Related titles**

Fitting    Crush It!: Why    ASME B16.9-2007    IELTS General    ASME B16.25-2017    Networking All-in
           NOW Is the Tim…                     Writing: How To…    Buttwelding Ends    One For Dummie





Designation: A 106/A 106M – 04b

# Standard Specification for
# Seamless Carbon Steel Pipe for High-Temperature S

This standard is issued under the fixed designation A 106/A 106M; the number immediately following the designatio
of original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the yea
A superscript epsilon ($\epsilon$) indicates an editorial change since the last revision or reapproval.

*This standard has been approved for use by agencies of the Department of Defense.*

## 1. Scope*

1.1 This specification[2] covers seamless carbon steel pipe for high-temperature service (Note 1) in NPS ⅛ to NPS 48 [DN 6 to DN 1200] (Note 2) inclusive, with nominal (average) wall thickness as given in ASME B 36.10M. It shall be permissible to furnish pipe having other dimensions provided such pipe complies with all other requirements of this specification. Pipe ordered under this specification shall be suitable for bending, flanging, and similar forming operations, and for welding. When the steel is to be welded, it is presupposed that a welding procedure suitable to the grade of steel and intended use or service will be utilized.

Note 1—It is suggested, consideration be given to possible graphitization.

## 2. Referenced Documents

2.1 *ASTM Standards:* [3]
A 530/A 530M  Specification f
  Specialized Carbon and Allo
E 213  Practice for Ultrasonic
  and Tubing
E 309  Practice for Eddy-Curre
  bular Products Using Magnet
E 381  Method of Macroetch
  Blooms, and Forgings
E 570  Practice for Flux Leaka
  netic Steel Tubular Products
2.2  *ASME Standard:*
ASME  B 36.10M  Welded  an

**Related titles**

**Download**      7   of 10        Search document



test method portion: Sections 11, 12, 13, 14, and 15 of this
specification. *This standard does not purport to address all of
the safety concerns, if any, associated with its use. It is the
responsibility of the user of this standard to establish appro-
priate safety and health practices and determine the applica-
bility of regulatory limitations prior to use.*

[1] This specification is under the jurisdiction of Committee A01 on Steel,
Stainless Steel and Related Alloys and is the direct responsibility of Subcommittee
A01.09 on Carbon Steel Tubular Products.
    Current edition approved Oct. 1, 2004. Published October 2004. Originally
approved in 1926. Last previous edition in 2004 as A 106/A 106M – 04a.
[2] For ASME Boiler and Pressure Vessel Code applications see related Specifi-
cations SA-106 in Section II of that Code.

3.1 The inclusion of the follow
the desired material adequately
specification:

    3.1.1 Quantity (feet, metres, or

[3] For referenced ASTM standards, visit
contact ASTM Customer Service at service
*Standards* volume information, refer to the st
the ASTM website.
    [4] Available from American Society of M
International Headquarters, Three Park Ave.,
    [5] Available from Standardization Docum
Section D, 700 Robbins Ave., Philadelphia,
    [6] Available from Steel Structures Paintin
Floor, Pittsburgh, PA 15222-4656.

**\*A Summary of Changes section appears at the end of this standard.**

Copyright © ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA 19428-2959, United States.

28

 A 106/A 106M – 04b

    3.1.2 Name of material (seamless carbon steel pipe),
    3.1.3 Grade (Table 1),
    3.1.4 Manufacture (hot-finished or cold-drawn),
    3.1.5 Size (NPS [DN] and weight class or schedule number,
or both; outside diameter and nominal wall thickness; or inside
diameter and nominal wall thickness),

## 6. General Requirements

    6.1 Material furnished to this
the applicable requirements of
cation A 530/A 530M unless ot

## 7. Chemical Composition

**Related titles**

5



Fitting          Crush It: Why          ASME B16.9-2007     IELTS General          ASME B16.25-2017     Networking All-in-
                 NOW Is the Tim…                            Writing: How To…     Buttwelding Ends     One For Dummie…

### 3.1.14 Special requirements.

## 4. Process

4.1  The steel shall be killed steel, with the primary melting process being open-hearth, basic-oxygen, or electric-furnace, possibly combined with separate degassing or refining. If secondary melting, using electroslag remelting or vacuum-arc remelting is subsequently employed, the heat shall be defined as all of the ingots remelted from a single primary heat.

4.2  Steel cast in ingots or strand cast is permissible. When steels of different grades are sequentially strand cast, identification of the resultant transition material is required. The producer shall remove the transition material by any established procedure that positively separates the grades.

4.3  For pipe NPS 1½ [DN 40] and under, it shall be permissible to furnish hot finished or cold drawn.

4.4  Unless otherwise specified, pipe NPS 2 [DN 50] and over shall be furnished hot finished. When agreed upon between the manufacturer and the purchaser, it is permissible to furnish cold-drawn pipe.

## 5. Heat Treatment

5.1  Hot-finished pipe need not be heat treated. Cold-drawn pipe shall be heat treated after the final cold draw pass at a temperature of 1200 °F (650 °C) or higher.

### TABLE 1   Chemical Requirements

| | Composition, % | | |
|---|---|---|---|
| | Grade A | Grade B | Grade C |
| Carbon, max[A] | 0.25 | 0.30 | 0.35 |
| Manganese | 0.27–0.93 | 0.29–1.06 | 0.29–1.06 |
| Phosphorus, max | 0.035 | 0.035 | 0.035 |
| Sulfur, max | 0.035 | 0.035 | 0.035 |
| Silicon, min | 0.10 | 0.10 | 0.10 |
| Chrome, max[B] | 0.40 | 0.40 | 0.40 |
| Copper, max[B] | 0.40 | 0.40 | 0.40 |
| Molybdenum, max[B] | 0.15 | 0.15 | 0.15 |
| Nickel, max[B] | 0.40 | 0.40 | 0.40 |
| Vanadium, max[B] | 0.08 | 0.08 | 0.08 |

be reported to the purchaser or t
and shall conform to the require

## 9. Product Analysis

9.1  At the request of the pur from each lot (Note 3) of 400 l each size up to, but not including each lot of 200 lengths or fractio [DN 150] and over, shall be made finished pipe. The results of thes the purchaser or the purchase conform to the requirements spe

9.2  If the analysis of one of t not conform to the requireme analyses shall be made on add original number from the sam conform to requirements specifie

NOTE 3—A lot shall consist of the Sections 9 and 21 of the same size and of steel.

## 10. Tensile Requirements

10.1  The material shall confo tensile properties given in Table

## 11. Bending Requirements

11.1  For pipe NPS 2 [DN 50] of pipe shall stand being bent cylindrical mandrel, the diameter outside diameter (as shown in AS without developing cracks. When pipe shall stand being bent co cylindrical mandrel, the diameter outside diameter (as shown in AS without failure.

11.2  Subject to the approval

### Related titles

Case 1:13-cv-01215-TSC   Document 198-38   Filed 10/07/19   Page 8 of 243

Download      7  of 10      Search document

Fitting | Crush It!: Why NOW Is the Tim… | ASME B16.9-2007 | IELTS General Writing: How To… | ASME B16.25-2017 Buttwelding Ends | Networking All-in-One For Dummies



**TABLE 2  Tensile Requirements**

| | Grade A | | Grade B | |
|---|---|---|---|---|
| Tensile strength, min, psi [MPa] | 48 000 [330] | | 60 000 [415] | |
| Yield strength, min, psi [MPa] | 30 000 [205] | | 35 000 [240] | |
| | Longitu-dinal | Transverse | Longitu-dinal | Transv |
| Elongation in 2 in. [50 mm], min, %: | | | | |
| Basic minimum elongation transverse strip tests, and for all small sizes tested in full section | 35 | 25 | 30 | 16. |
| When standard round 2-in. [50-mm] gage length test specimen is used | 28 | 20 | 22 | 12 |
| For longitudinal strip tests | A | | A | |
| For transverse strip tests, a deduction for each ⅟₃₂-in. [0.8-mm] decrease in wall thickness below ⁵⁄₁₆ in. [7.9 mm] from the basic minimum elongation of the following percentage shall be made | | 1.25 | | 1.0 |

A The minimum elongation in 2 in. [50 mm] shall be determined by the following equation:

$$e = 625\ 000A^{0.2} / U^{0.9}$$

for SI units, and

$$e = 1\ 940A^{0.2} / U^{0.9}$$

for inch-pound units,

where:

$e$ = minimum elongation in 2 in. [50 mm], %, rounded to the nearest 0.5 %,
$A$ = cross-sectional area of the tension test specimen, in.² [mm²], based upon specified outside diameter or nominal specime rounded to the nearest 0.01 in.² [1 mm²]. (If the area thus calculated is equal to or greater than 0.75 in.² [500 mm²], the be used.), and
$U$ = specified tensile strength, psi [MPa].

the bend being 1 in. [25 mm], without cracking on the outside portion of the bent portion.

11.3  For pipe whose diameter exceeds 25 in. [635 mm] and whose diameter to wall thickness ratio is 7.0 or less, the bend test described in 11.2 shall be conducted instead of the flattening test.

NOTE 4—Diameter to wall thickness ratio = specified outside diameter/ nominal wall thickness.

Example: For 28 in. [711 mm] diameter 5.000 in. [127 mm] thick pipe the diameter to wall thickness ratio = 28/5 = 5.6 [711/127 = 5.6].

shall be permissible for the full b with a nondestructive electric tes

13.3  Where specified in the permissible for pipe to be furnishe and without the nondestructive e this case, each length so furnishec marking of the letters "NH." It s meeting the requirements of 13.1 pipe without either the hydrostat

**Related titles**

Download                    7   of 10        Search document



Fitting side surface at the saw and twelve o'clock locations. Cracks at these locations shall not be cause for rejection if the D-to-t ratio is less than ten.

### 13. Hydrostatic Test

13.1  Except as allowed by 13.2, 13.3, and 13.4, each length of pipe shall be subjected to the hydrostatic test without leakage through the pipe wall.

13.2  As an alternative to the hydrostatic test at the option of the manufacturer or where specified in the purchase order, it

14.1  As an alternative to the hy... the manufacturer or where specifi... alternative or addition to the hyd... each pipe shall be tested with a ... accordance with Practice E 213, ... the marking of each length of pi... the letters "NDE." It is the intent ... test to reject pipe with imperfect... equal to or greater than that ... calibration standard.

30

---

A 106/A 106M – 04b

14.2  Where the nondestructive electric test is performed, the lengths shall be marked with the letters "NDE." The certification, where required, shall state "Nondestructive Electric Tested" and shall indicate which of the tests was applied. Also, the letters "NDE" shall be appended to the product specification number and material grade shown on the certification.

14.3  The following information is for the benefit of the user of this specification:

14.3.1  The reference standards defined in 14.4 through 14.6 are convenient standards for calibration of nondestructive testing equipment. The dimensions of such standards are not to be construed as the minimum sizes of imperfections detectable by such equipment.

14.3.2  The ultrasonic testing referred to in this specification

| NPS | DN |
|---|---|
| ≤ ½ | ≤ 15 |
| > ½ ≤ 1¼ | > 15 ≤ 32 |
| > 1¼ ≤ 2 | > 32 ≤ 50 |
| > 2 ≤ 5 | > 50 ≤ 125 |
| >5 | > 125 |

14.5.2  *Transverse Tangential* ... file with a ¼-in. [6-mm] diame... milled tangential to the surface ... dinal axis of the pipe. The n...

**Related titles**

☰ 𝕊       Search   🔍          ↑   Sign In   Join

Download          7   of 10          🔍 Search document   ⤢



tions. However, different techniques need to be employed for the detection of such differently oriented imperfections:

14.3.5  The hydrostatic test referred to in Section 13 has the capability of finding defects of a size permitting the test fluid to leak through the tube wall and may be either visually seen or detected by a loss of pressure. Hydrostatic testing is not necessarily capable of detecting very tight, through-the-wall imperfections or imperfections that extend an appreciable distance into the wall without complete penetration.

14.3.6  A purchaser interested in ascertaining the nature (type, size, location, and orientation) of discontinuities that can be detected in the specific applications of these examinations is directed to discuss this with the manufacturer of the tubular product.

14.4  For ultrasonic testing, the calibration reference notches shall be, at the option of the producer, any one of the three common notch shapes shown in Practice E 213. The depth of notch shall not exceed 12½ % of the specified wall thickness of the pipe or 0.004 in. [0.1 mm], whichever is greater.

14.5  For eddy current testing, the calibration pipe shall contain, at the option of the producer, any one of the following discontinuities to establish a minimum sensitivity level for rejection:

14.5.1  *Drilled Hole*—The calibration pipe shall contain depending upon the pipe diameter three holes spaced 120° apart or four holes spaced 90° apart and sufficiently separated longitudinally to ensure separately distinguishable responses. The holes shall be drilled radially and completely through the pipe wall, care being taken to avoid distortion of the pipe while drilling. Depending upon the pipe diameter the calibration pipe shall contain the following hole:

radial plane parallel to the pipe ax[...]
½ in. [12.7 mm], outside and in[...]
wall thicknesses equal to and abo[...]
outside notch shall be used. Notch[...]
% of the specified wall thickne[...]
whichever is greater. Notch leng[...]
mm], and the width shall not[...]
diameter and inside diameter no[...]
ciently apart to allow separatio[...]
signals.

14.7  Pipe containing one or m[...]
duce a signal equal to or greater th[...]
calibration standard shall be rejec[...]
signal shall be reexamined.

14.7.1  Test signals produced by[...]
be identified, or produced by crack[...]
shall result in rejection of the pip[...]
retested. To be accepted, the pipe[...]
cation test to which it was origina[...]
the remaining wall thickness is[...]
permitted by this specification. The[...]
may be reduced by the amount so[...]

14.7.2  Test signals produced by[...]
those listed below may be evalua[...]
provisions of Section 18:

14.7.2.1  Dinges,

14.7.2.2  Straightener marks,

14.7.2.3  Cutting chips,

14.7.2.4  Scratches,

14.7.2.5  Steel die stamps,

14.7.2.6  Stop marks, or

31

Related titles

Download    7   of 10

**A06A 106M 04b**

14.7.2.7  Pipe reducer ripple.

14.8  The test methods described in this section are not necessarily capable of inspecting the end portion of pipes, a condition referred to as "end effect." The length of such end effect shall be determined by the manufacturer and, when specified in the purchase order, reported to the purchaser.

## 15. Nipples

15.1  Nipples shall be cut from pipe of the same dimensions and quality described in this specification.

## 16. Dimensions, Mass, and Permissible Variations

16.1  *Mass*—The mass of any length of pipe shall not vary more than 10 % over and 3.5 % under that specified. Unless otherwise agreed upon between the manufacturer and the purchaser, pipe in NPS 4 [DN 100] and smaller may be weighed in convenient lots; pipe larger than NPS 4 [DN 100] shall be weighed separately.

16.2  *Diameter*—The tolerances for diameter shall be in accordance with the following:

16.2.1  Except for pipe ordered as special outside diameter tolerance pipe or as inside diameter tolerance pipe, variations in outside diameter shall not exceed those given in Table 3.

16.2.2  For pipe over 10 in. [250 mm] OD ordered as special outside diameter tolerance pipe, the outside diameter shall not vary more than 1 % over or 1 % under the specified outside diameter.

16.2.3  For pipe over 10 in. [250 mm] ID ordered as inside diameter tolerance pipe, the inside diameter shall not vary more than 1 % over or 1 % under the specified inside diameter.

16.3  *Thickness*—The minimum wall thickness at any point shall not be more than 12.5 % under the specified wall thickness.

17.1.3  If definite lengths are ordered in single random lengths with 5 % 12 to 16 ft [3.7 to 4.8 m], with a minimum average of 35 f length of 22 ft [6.7 m] with 5 %

## 18. Workmanship, Finish and A

18.1  The pipe manufacturer sh ber of visual surface imperfecti assurance that they have been pro to depth. Exploration of all su required but consideration should exploring all surface imperfection 18.2.

18.2  Surface imperfections that of the nominal wall thickness or wall thickness shall be consider defects shall be given one of the

18.2.1  The defect shall be rem that the remaining wall thickness in 16.3.

18.2.2  Repaired in accordanc provisions of 18.6.

18.2.3  The section of pipe cont off within the limits of requireme

18.2.4  Rejected.

18.3  To provide a workmanlik ating conformance with 18.2 th remove by grinding the following

18.3.1  Mechanical marks, abra of which imperfections are deepe

18.3.2  Visual imperfections co seams, laps, tears, or slivers fou

**Related titles**

Search
Sign In Join
Download
7 of 10
Search document

| Fitting | in. | mm | in. | mm |
|---|---|---|---|---|
| ⅛ to 1½ [6 to 40], incl | 1⁄64 (0.015) | 0.4 | 1⁄64 (0.015) | 0.4 |
| Over 1½ to 4 [40 to 100], incl | 1⁄32 (0.031) | 0.8 | 1⁄32 (0.031) | 0.8 |
| Over 4 to 8 [100 to 200], incl | 1⁄16 (0.062) | 1.6 | 1⁄32 (0.031) | 0.8 |
| Over 8 to 18 [200 to 450], incl | 3⁄32 (0.093) | 2.4 | 1⁄32 (0.031) | 0.8 |
| Over 18 to 26 [450 to 650], incl | ⅛ (0.125) | 3.2 | 1⁄32 (0.031) | 0.8 |
| Over 26 to 34 [650 to 850], incl | 5⁄32 (0.156) | 4.0 | 1⁄32 (0.031) | 0.8 |
| Over 34 to 48 [850 to 1200], incl | 3⁄16 (0.187) | 4.8 | 1⁄32 (0.031) | 0.8 |

Crush It!: Why NOW Is the Tim…
ASME B16.9-2007
IELTS General Writing: How To…
ASME B16.25-2017 Buttwelding Ends
Networking All-in-One For Dummie

permitted to be reduced by the a…

18.5.1 Wall thickness measure… mechanical caliper or with a prop… testing device of appropriate acc… measurement determined by use o… govern.

18.6 Weld repair shall be pe… approval of the purchaser and in a… A 530/A 530M.

18.7 The finished pipe shall b…

NOTE 5—Marks and abrasions are de… marks, roll marks, ball scratches, score…

32

Related titles

9/23/2019                                  ASTM a106 | Pipe (Fluid Conveyance) | Mechanical Engineering

Fitting

Crush It!: Why NOW Is the Tim…

ASME B16.9-2007

IELTS General Writing: How To…

ASME B16.25-2017 Buttwelding Ends

Networking All-in One For Dummies

**Related titles**

Search
Sign In Join
Download
7 of 10
Search document

Fitting
Crush It!: Why NOW Is the Tim…
ASME B16.9-2007
IELTS General Writing: How To…
ASME B16.25-2017 Buttwelding Ends
Networking All-in One For Dummie

Related titles

Search
Sign In
Join
Download
7 of 10
Search document

Fitting
Crush It!: Why NOW Is the Tim…
ASME B16.9-2007
IELTS General Writing: How To…
ASME B16.25-2017 Buttwelding Ends
Networking All-in One For Dummie

Related titles

9/23/2019                        ASTM a106 | Pipe (Fluid Conveyance) | Mechanical Engineering



Fitting          Crush It!: Why      ASME B16.9-2007    IELTS General       ASME B16.25-2017   Networking All-in
                 NOW Is the Tim…                        Writing: How To…    Buttwelding Ends   One For Dummies

# Reward Your Curiosity

Everything you want to read.
Anytime. Anywhere. Any device.



**Related titles**

9/23/2019

ASTM a106 | Pipe (Fluid Conveyance) | Mechanical Engineering



**Download**

7 of 10

Search document

Fitting   Crush It!: Why   ASME B16.9-2007   IELTS General   ASME B16.25-2017   Networking All-in-
NOW Is the Tim…   Writing: How To…   Buttwelding Ends   One For Dummies

## Related Interests

Pipe (Fluid Conveyance)   Mechanical Engineering   Building Materials

Building Engineering   Materials

## Documents Similar To ASTM a106

**ITP All**
UPLOADED BY
Muhammadiq…

**ASME B16.9-2007**
UPLOADED BY
loreto

**ASME B16.25-2017 Buttwelding Ends**
UPLOADED BY
Lucas Romani

**API 570 Day 2 Book (1 to 51)**
UPLOADED BY
AbdulQuddus

**Fitting**
UPLOADED BY
Paijo Tejo

## Popular in Building Materials

## Related titles



Search

Sign In Join

Download

7 of 10

Search document

Fitting

Crush It!: Why NOW Is the Tim…

ASME B16.9-2007

IELTS General Writing: How To…

ASME B16.25-2017 Buttwelding Ends

Networking All-in One For Dummie

Press

Our blog

Join our team!

Contact Us

Join today

Invite Friends

Gifts

Accessibility

Purchase help

AdChoices

Publishers

LEGAL

Terms

Privacy

Copyright

Download on the App Store

Get it on Google play

Copyright © 2019 Scribd Inc. · Browse Books · Site Directory · Site Language: English

Related titles



Search

Sign In | Join

291 views    👍 0   👎 1

# astm.a370.1977

Uploaded by **joe_joe_suriyon6445**

A370 **Full description**

Save   Embed   Share   Print

**RELATED TITLES**





ASTM B 221M – 02 ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

Download Now          1    of 58          🔍 Search document



# CERTIFICATE

## By Authority Of
### THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has
INCORPORATED BY REFERENCE and shall be considered

binding upon all citizens and residents of the United States of

**18**

Search

Sign In   Join



ASTM B 221M - 02   ATEX Rating Chart   ASTM A36.pdf   ASTM A992   ASTM A6
ALUMINUM ALL...                                        2011.pdf   2011.pdf   45th
                                                                  Edition   ASTM-A6

**CFR Section(s):**   49 CFR 179.102-1(e)(1)

**Standards Body:**   American Society for Testing and Materials

*Official Incorporator:*
THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02 ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In   Join



ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02 ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

Search

Sign In   Join

ASTM B 221M - 02 ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ng

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search                    Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In | Join

| ASTM B 221M - 02 ALUMINUM ALL… | ATEX Rating Chart | ASTM A36.pdf | ASTM A992 2011.pdf | API 5L 45th Edition | ASTM-A6 |

10/4/2019                                    astm.a370.1977

Search

Sign In     Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Sign In     Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In

Join

| ASTM B 221M - 02 ALUMINUM ALL… | ATEX Rating Chart | ASTM A36.pdf | ASTM A992 2011.pdf | API 5L 45th Edition | ASTM-A6 |

astm.a370.1977

Search   Sign In   Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

10/4/2019                                                                                astm.a370.1977

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

10/4/2019                                     astm.a370.1977

Search                    🔍          ⬆        Sign In        Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

ASTM B 221M - 02 ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

Search      Sign In   Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In   Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02 ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In     Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

ASTM B 221M - 02 ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In   Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search   Sign In   Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M – 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In | Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

10/4/2019                                                astm.a370.1977

Search                                    Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In   Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search    🔍    ⬆    Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

| | | | | | |
|---|---|---|---|---|---|
| ASTM B 221M - 02 ALUMINUM ALL… | ATEX Rating Chart | ASTM A36.pdf | ASTM A992 2011.pdf | API 5L 45th Edition | ASTM-A6 |

Search     🔍      Sign In     Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In   Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

10/4/2019                                                     astm.a370.1977

Search                    Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In   Join

ASTM B 221M - 02 ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

10/4/2019                                    astm.a370.1977



ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In | Join

ASTM B 221M - 02 ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02 ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992 2011.pdf

API 5L 45th Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL...

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

astm.a370.1977

Search

Sign In

Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

Search

Sign In     Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

10/4/2019

astm.a370.1977

Search

Sign In    Join

ASTM B 221M - 02
ALUMINUM ALL…

ATEX Rating Chart

ASTM A36.pdf

ASTM A992
2011.pdf

API 5L 45th
Edition

ASTM-A6

## Reward Your Curiosity

Everything you want to read.

Anytime. Anywhere. Any device.

10/4/2019                                   astm.a370.1977

Search

Sign In   Join

ASTM B 221M - 02       ATEX Rating Chart     ASTM A36.pdf        ASTM A992          API 5L 45th         ASTM-A6
ALUMINUM ALL...                                                  2011.pdf           Edition

## Documents Similar To astm.a370.1977

**ASTM B 221M - 02**        **ATEX Rating Chart**      **ASTM A36.pdf**       **ASTM A992**          **API 5L 45th Edition**
**ALUMINUM ALLO...**                                                          **2011.pdf**

UPLOADED BY             UPLOADED BY            UPLOADED BY            UPLOADED BY            UPLOADED BY

LazarasBenny ...        Ashish Joshi           Nindy Aulia            Javier Ricardo...      Chelito Ix

## More From joe_joe_suriyon6445

**Material**                **ISO-1127**               **misumi-3**           **misumi-2**           **Pig Trap Data Sheet**
**Comparison**

UPLOADED BY             UPLOADED BY            UPLOADED BY            UPLOADED BY            UPLOADED BY

joe_joe_suriy...        joe_joe_suriy...       joe_joe_suriy...       joe_joe_suriy...       Shafqat Afridi

10/4/2019                                    astm.a370.1977



ASTM B 221M – 02
ALUMINUM ALL...          ATEX Rating Chart      ASTM A36.pdf      ASTM A992          API 5L 45th          ASTM-A6
                                                                  2011.pdf           Edition

LEGAL

Terms

Privacy

Copyright

Download on the App Store

Get it on Google play

Copyright © 2019 Scribd Inc.   ·   Browse Books   ·   Site Directory   ·   Site Language:  English

9/24/2019                                    astm.a416.1974 | Specification (Technical Standard) | Wire

**Download**          1   of 7          Search document

# astm.a416.1974

Uploaded by **Leo Schloss**

NORMA ASTM 416 **Full description**

Save    Embed    Share    Print

astm Standart    Neuromancer    A 416 A41
a416.1974

**Download**          1   of 7          Search document

## By Authority Of
### THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has i
INCORPORATED BY REFERENCE and shall be considere

binding upon all citizens and residents of the United States of

https://www.scribd.com/document/272291878/astm-a416-1974                                              1/14

**97**



Search

Sign In Join

Download

1 of 7

Search document

astm Standart a416.1974

A 416 A416-M – 99

250574632-Astm-a416-Ar16m.pdf

Recommendation for Prestressed…

A416-A416M-06 Steel Strand.pdf

PTI Catalog.v6

**CFR Section(s):** 24 CFR 200, Subpart S

**Standards Body:** American Society for Testing and Materials

***Official Incorporator*:**

THE EXECUTIVE DIRECT

OFFICE OF THE FEDERAL

WASHINGTON, D.C.

Pages 2-7 for members only

Unlock Full Access with a 30 Day Free Trial

Continue Reading With Trial

9/24/2019                    astm.a416.1974 | Specification (Technical Standard) | Wire

Download          1   of 7          Search document



astm Standart       A 416 A416-M – 99    250574632-Astm-      Recommendations      A416-A416M-06      PTI Catalog.v6
a416.1974                                a416-Ar16m.pdf       for Prestressed…     Steel Strand.pdf

## SCRIBD

### You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

Search

Sign In Join

Download

1 of 7

Search document

astm Standart a416.1974

A 416 A416-M – 99

250574632-Astm-a416-Ar16m.pdf

Recommendations for Prestressed…

A416-A416M-06 Steel Strand.pdf

PTI Catalog.v6

AMERICAN NATIONAL STANDARD ANSI/ASTM A 416 – 74

Highway and Trans

Standard Specification for

UNCOATED SEVEN-WIRE STRESS-RELI

STRAND FOR PRESTRESSED CONCRET

This Standard is issued under the fixed designation A 416; the number immediately following the des of original adoption or, in the case of revision, the year of last revision. A number in parentheses reapproval.

*This specification has been approved for use by agencies of the Department of Defense for listi Specifications and Standards.*

1. Scope

1.1 This specification covers two grades of seven-wire, uncoat strand for use in p sioned prestressed Grade 250 and Gr ultimate strengths o

4.1.1 Quantity (feet),

4.1.2 Diameter of stranc

SCRIBD

You're Reading a Preview

Download                    1   of 7              Search document

astm Standart
a416.1974

A 416 A416-M – 99

250574632-Astm-
a416-Ar16m.pdf

Recommendations
for Prestressed...

A416-A416M-06
Steel Strand.pdf

PTI Catalog.v6

Applicable Documents

2.1 *ASTM Standards*

A 370, Methods and Definitions for Me-
chanical Testing of Steel Products

E 380, Metric Practice

3. Description of Terms

3.1 *Strand*—All strand shall be of the seven-
wire type having a center wire enclosed tightly
by six helically placed outer wires with a
uniform pitch of not less than 12 and not more
than 16 times the nominal diameter of the
strand.

4. Ordering Information

4.1 Orders for seven-wire stress relieved
strand under this specification shall include the
following information:

drawn finish.

5.3 *Stress Relieving*—A
strand shall be subjected t
continuous heat treatment
scribed mechanical propert
which may result from the s
ation are considered norm
appearance of this strand.

381

astm.a416.1974 | Specification (Technical Standard) | Wire

**Download**

1 of 7



astm Standart
a416.1974

A 416 A416-M – 99

250574632-Astm-
a416-Ar16m.pdf

Recommendations
for Prestressed…

A416-A416M-06
Steel Strand.pdf

PTI Catalog.v6

**SCRIBD**

## You're Reading a Preview

Scribd members can read and download full
documents. Your first 30 days are free!

**Continue Reading with Trial**

9/24/2019                                    astm.a416.1974 | Specification (Technical Standard) | Wire

Download | 1 of 7 | Search document

astm Standart
a416.1974

A 416 A416-M – 99

250574632-Astm-
a416-Ar16m.pdf

Recommendations
for Prestressed…

A416-A416M-06
Steel Strand.pdf

PTI Catalog.v6

9/24/2019                                    astm.a416.1974 | Specification (Technical Standard) | Wire

Download

1 of 7

Search document

astm Standart
a416.1974

A 416 A416-M – 99

250574632-Astm-
a416-Ar16m.pdf

Continuec Rearsling vertical Wrist
for Prestressed...
Steel Strand.pdf

PTI Catalog.v6

Search
Sign In
Join
Download
1 of 7
Search document

astm Standart a416.1974
A 416 A416-M – 99
250574632-Astm-a416-Ar16m.pdf
Recommendations for Prestressed…
A416-A416M-06 Steel Strand.pdf
PTI Catalog.v6

SCRIBD
You're Reading a Preview
Scribd members can read and download full documents. Your first 30 days are free!
Continue Reading with Trial



Search

Sign In

Join

**Download**

1 of 7

Search document

astm Standart
a416.1974

A 416 A416-M – 99

250574632-Astm-
a416-Ar16m.pdf

Recommendations
for Prestressed...

A416-A416M-06
Steel Strand.pdf

PTI Catalog.v6

9/24/2019                              astm.a416.1974 | Specification (Technical Standard) | Wire

≡  ⑤        [Search                    🔍]                    ↑   Sign In   Join

**Download**            |  1  | of 7         🔍 Search document        ⤢

astm Standart        A 416 A416-M – 99   250574632-Astm-   Recommendations   A416-A416M-06   PTI Catalog.v6
a416.1974                                a416-Ar16m.pdf    for Prestressed…  Steel Strand.pdf

9/24/2019                           astm.a416.1974 | Specification (Technical Standard) | Wire



Download    | 1 | of 7     Search document



Read Free For 30 Days

No Commitment. Cancel anytime.

## Share this document



## Related Interests

Specification (Technical Standard)   Wire   Prestressed Concrete   Strength Of Materials   Enginee

## Documents Similar To astm.a416.1974

**astm Standart a416.1974**
UPLOADED BY
Setyasasmita

**A 416 A416-M – 99**
UPLOADED BY
Tan Tanju

**250574632-Astm-a416-Ar16m.pdf**
UPLOADED BY
aahtago

**Recommendations for Prestressed…**
UPLOADED BY
Jaime Coronell

**Lecture Plan Baru**
UPLOADED BY
Walid FarHan

9/24/2019                     astm.a416.1974 | Specification (Technical Standard) | Wire



Download                          1   of 7              Search document

astm Standart          A 416 A416-M – 99   250574632-Astm-   Recommendations   A416-A416M-06    PTI Catalog.v6
a416.1974                                  a416-Ar16m.pdf    for Prestressed…   Steel Strand.pdf
UPLOADED BY            UPLOADED BY
   Leo Schloss            Leo Schloss       Leo Schloss         Leo Schloss        Leo Schloss

## Popular in Technology (General)

XPoIFPanel739707-   Weather Conditions    Notice: Spent Fuel   2015.05_POV_Jayar   Compact
739708              and Air Pollution     Storage Casks;…                          Equipment Tire…
UPLOADED BY         UPLOADED BY           UPLOADED BY          UPLOADED BY         UPLOADED BY
Wahyu Fadli S…      Marudavanan …         Justia.com           sonu                rjan7pe

ABOUT                              SUPPORT

About Scribd                      Help / FAQ

Press                             Accessibility

Our blog                          Purchase help

Join our team!                    AdChoices

Contact Us                        Publishers

Join today

Invite Friends

Gifts

9/24/2019                    astm.a416.1974 | Specification (Technical Standard) | Wire



**Download**          1 of 7          Search document

astm Standart a416.1974

A 416 A416-M – 99

250574632-Astm-a416-Ar16m.pdf

Recommendations for Prestressed…

A416-A416M-06 Steel Strand.pdf

PTI Catalog.v6

9/23/2019                                                    ASTM A500 | Engineering Tolerance | Fracture

☰ �€                    Search 🔍                                           ↑   Sign In   Join

**Download**            1  of 8            🔍 Search document    ⤢

## ASTM A500

Uploaded by **Anthony Cordova Moreno**

ASTM A500 **Full description**

🔖 Save   ‹› Embed   ⤴ Share   🖨 Print

Super Block     Neuromancer     Hollow St Sections l

**Download**            1  of 8            🔍 Search document    ⤢



# CERTIFICATE

## By Authority Of
### THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has
INCORPORATED BY REFERENCE and shall be considere

binding upon all citizens and residents of the United States of

https://www.scribd.com/document/278686918/ASTM-A500                                          1/15

**111**

9/23/2019                          ASTM A500 | Engineering Tolerance | Fracture



**CFR Section(s):**     24 CFR 200, Subpart S

**Standards Body:**     American Society for Testing and Materials

*Official Incorporator:*

THE EXECUTIVE DIRECTOR
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-8 for members only 🔒

**Unlock Full Access with a 30 Day Free Trial**

**Continue Reading With Trial**



Super Block   Hollow Structural Sections Lrfd…   Ipe Section Good   ASTM B88 - 1996 - Standard…   Cim   Design and Drafting…

You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**



Case 1:13-cv-01215-TSC Document 198-38 Filed 10/07/19 Page 115 of 243

Search

Sign In Join

Download

1 of 8

Search document

Super Block

Hollow Structural Sections Lrfd…

Ipe Section Good

ASTM B88 - 1996 - Standard…

Cim

Design and Drafting…

SCRIBD



Search

Sign In Join

Download

1 of 8

Search document

Super Block

Hollow Structural Sections Lrfd…

Ipe Section Good

ASTM B88 - 1996 - Standard…

Cim

Design and Drafting…

Search
Sign In
Join
Download
1 of 8
Search document
Super Block
Hollow Structural Sections Lrfd…
Ipe Section Good
ASTM B88 - 1996 - Standard…
Cim
Design and Drafting…
SCRIBD
You're Reading a Preview
Scribd members can read and download full documents. Your first 30 days are free!
Continue Reading with Trial

9/23/2019                                ASTM A500 | Engineering Tolerance | Fracture



Super Block | Hollow Structural Sections Lrfd… | Ipe Section Good | ASTM B88 - 1996 - Standard… | Cim | Design and Drafting…



Search

Sign In Join

Download

1 of 8

Search document

Super Block

Hollow Structural Sections Lrfd…

Ipe Section Good

ASTM B88 - 1996 - Standard…

Cim

Design and Drafting…

Continue Reading with Trial



Super Block     Hollow Structural     Ipe Section Good     ASTM B88 - 1996 -     Cim     Design and
               Sections Lrfd…                             Standard…                    Drafting…

9/23/2019                                    ASTM A500 | Engineering Tolerance | Fracture



Super Block

Hollow Structural
Sections Lrfd…

Ipe Section Good

ASTM B88 - 1996 -
Standard…

Cim

Design and
Drafting…



Super Block    Hollow Structural    Ipe Section Good    ASTM B88 - 1996 -    Cim    Design and
               Sections Lrfd…                           Standard…                   Drafting…

ASTM A500 | Engineering Tolerance | Fracture



Super Block

Hollow Structural Sections Lrfd…

Ipe Section Good

ASTM B88 - 1996 - Standard…

Cim

Design and Drafting…

Download | 1 of 8 | Search document

Super Block

Hollow Structural Sections Lrfd…

Ipe Section Good

ASTM B88 - 1996 - Standard…

Cim

Design and Drafting…

## Reward Your Curiosity

Everything you want to read.
Anytime. Anywhere. Any device.

Read Free For 30 Days



9/23/2019                                    ASTM A500 | Engineering Tolerance | Fracture



## Documents Similar To ASTM A500

**Super Block**
UPLOADED BY
👤 jet

**Hollow Structural Sections Lrfd…**
UPLOADED BY
👤 Jhonny Alvarez

**Ipe Section Good**
UPLOADED BY
👤 Omer Taha

**ASTM B88 - 1996 - Standard…**
UPLOADED BY
👤 fininho555

**TopCorBelco 104 SM**
UPLOADED BY
👤 naseema1

## More From Anthony Cordova Moreno

**Crane**

**Conveyor**

**Phosphate 101**

**Nicholas Liberto**

**Fosfatizado**



Download    1  of 8    Search document

Super Block    Hollow Structural    Ipe Section Good    ASTM B88 - 1996 -    Cim    Design and
                Sections Lrfd…                            Standard…                   Drafting…

**BA_RF180C_76_en-    SOAL USEK 76-    ifrs    Filter Press, Side-    Modeling the Non-
US**    150(2015)        bar and Overhea…    Stationary Flow…

UPLOADED BY    UPLOADED BY    UPLOADED BY    UPLOADED BY    UPLOADED BY
Sagar Pawar    Vahrus Nuril Albi    Miracle Vertera    John Rodrigo    TI Journals Pu…

## ABOUT

About Scribd

Press

Our blog

Join our team!

Contact Us

Join today

Invite Friends

Gifts

## LEGAL

Terms

Privacy

Copyright

## SUPPORT

Help / FAQ

Accessibility

Purchase help

AdChoices

Publishers

Download on the App Store

Get it on Google play

Copyright © 2019 Scribd Inc.   ·   Browse Books   ·   Site Directory   ·   Site Language: English

216 views          👍 0   👎 0

# By Authority Of Legally Binding Document: The United States Of America

**Original Title:** astm.a514.1977

Uploaded by **Elumalai Srinivasan**

ASTM A 514-1997 **Full description**

Save    Embed    Share    Print

**Download**          1    of 6          🔍 Search document

**RELATED TITLES**

Arcelormittal a514 and T-1

Neuromancer

ASTM A-7(





**CERTIFICATE**

By Authority Of
THE UNITED STATES OF AMERICA

Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has

9/24/2019     By Authority Of Legally Binding Document: The United States Of America



**Document Name:** ASTM A514: High-Yield Strength, Quenched Tempered Alloy Steel Plate, Suitable for Wel

**CFR Section(s):** 24 CFR 200, Subpart S

**Standards Body:** American Society for Testing and Materials

*Official Incorporator:*
THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Arcelormittal a514 and T-1

ASTM A-709

ASTM A564_2010

AISI 1040

ASTM A500

A786A786M.PDF

Pages 2-6 for members only 🔒

## Unlock Full Access with a 30 Day Free Trial

**Continue Reading With Trial**

9/24/2019By Authority Of Legally Binding Document: The United States Of America



Arcelormittal a514 and T-1

ASTM A-709

ASTM A564_2010

AISI 1040

ASTM A500

A786A786M.PDF



## SCRIBD

## You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

9/24/2019

By Authority Of Legally Binding Document: The United States Of America



Arcelormittal a514 and T-1

ASTM A-709

ASTM A564_2010

AISI 1040

ASTM A500

A786A786M.PDF

9/24/2019

By Authority Of Legally Binding Document: The United States Of America

Search

Sign In   Join



Arcelormittal a514 and T-1

ASTM A-709

ASTM A564_2010

AISI 1040

ASTM A500

A786A786M.PDF

9/24/2019

By Authority Of Legally Binding Document: The United States Of America



Arcelormittal a514 and T-1

ASTM A-709

ASTM A564_2010

AISI 1040

ASTM A500

A786A786M.PDF



## SCRIBD

### You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

9/24/2019

By Authority Of Legally Binding Document: The United States Of America



Arcelormittal a514 and T-1

ASTM A-709

ASTM A564_2010

AISI 1040

ASTM A500

A786A786M.PDF

9/24/2019 — By Authority Of Legally Binding Document: The United States Of America



Arcelormittal a514 and T-1     ASTM A-709     ASTM A564_2010     AISI 1040     ASTM A500     A786A786M.PDF

By Authority Of Legally Binding Document: The United States Of America



Arcelormittal a514 and T-1

ASTM A-709

ASTM A564_2010

AISI 1040

ASTM A500

A786A786M.PDF

## Reward Your Curiosity

Everything you want to read.

Anytime. Anywhere. Any device.

**Read Free For 30 Days**

No Commitment. Cancel anytime.



9/24/2019                    By Authority Of Legally Binding Document: The United States Of America



Arcelormittal a514    ASTM A-709    ASTM A564_2010    AISI 1040    ASTM A500    A786A786M.PDF
and T-1

## Documents Similar To astm.a514.1977



**Arcelormittal a514**    **ASTM A-709**    **ASTM A564_2010**    **AISI 1040**    **ASTM A500**
**and T-1**

UPLOADED BY       UPLOADED BY       UPLOADED BY       UPLOADED BY       UPLOADED BY

Antra Chowdh...   Alejandro Espi...   Cristiano          Abhinav Bhat...   notsofar

## More From Elumalai Srinivasan



**Fifty Famous**      **RFQ Dated 10sep14**    **chap-84**      **More Rhymes**    **JEST syllabus.pdf**
**Curves - Stephen...**

UPLOADED BY       UPLOADED BY       UPLOADED BY       UPLOADED BY       UPLOADED BY

gauss202          Elumalai Srini...   Elumalai Srini...   Elumalai Srini...   Samarth Kash...

9/24/2019

By Authority Of Legally Binding Document: The United States Of America



ABOUT

About Scribd

Press

Our blog

Join our team!

Contact Us

Join today

Invite Friends

Gifts

LEGAL

Terms

Privacy

Copyright

SUPPORT

Help / FAQ

Accessibility

Purchase help

AdChoices

Publishers

Copyright © 2019 Scribd Inc.  ·  Browse Books  ·  Site Directory  ·  Site Language:  English

Sign In     Join

46 views        👍 0    👎 0

# By Authority Of Legally Binding Document: The United States Of America

**Original Title:** astm.a633.1979

**Uploaded by** ingmichaelgarcia

**Full description**

Save    Embed    Share    Print

Download Now          | 1 | of 6          🔍 Search document

**RELATED TITLES**



CCVC-SAFETY-0003 Specificati…

En 10025 s235jrg2 Steel

ASTM-A656



By Authority Of

THE UNITED STATES OF AMERICA

Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has

Search    Sign In    Join

CCVC-SAFETY-0003 Specificati...    En 10025 s235jrg2 Steel    ASTM-A656    astm.a514.1977    Materials for Sour Service Steel    S3L

**Document Name:**    ASTM A633: Standard Specification for Norm High-Strength Low-Alloy Structural Steel

**CFR Section(s):**    49 CFR 178.338-2(a)

**Standards Body:**    American Society for Testing and Materials

*Official Incorporator:*
THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-6 for members only 🔒

**Unlock Full Access with a 30 Day Free Trial**

**Continue Reading With Trial**

astm.a633.1979 | Heat Treating | Structural Steel



CCVC-SAFETY-0003 Specificati…

En 10025 s235jrg2 Steel

ASTM-A656

astm.a514.1977

Materials for Sour Service Nao Spc…

S3L



# You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

Search

Sign In        Join

CCVC-SAFETY-
0003 Specificati…

En 10025 s235jrg2
Steel

ASTM-A656

astm.a514.1977

Materials for Sour
Service Nao Spc…

S3L

Search

Sign In

Join



CCVC-SAFETY-
0003 Specificati...

En 10025 s235jrg2
Steel

ASTM-A656

astm.a514.1977

Materials for Sour
Service Nao Spc...

S3L



CCVC-SAFETY-0003 Specificati…

En 10025 s235jrg2 Steel

ASTM-A656

astm.a514.1977

Materials for Sour Service Nao Spc…

S3L



## You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

10/4/2019

astm.a633.1979 | Heat Treating | Structural Steel



CCVC-SAFETY-0003 Specificati...

En 10025 s235jrg2 Steel

ASTM-A656

astm.a514.1977

Materials for Sour Service Nao Spc...

S3L



CCVC-SAFETY-0003 Specificati...

En 10025 s235jrg2 Steel

ASTM-A656

astm.a514.1977

Materials for Sour Service Nao Spc...

S3L



CCVC-SAFETY-
0003 Specificati...

En 10025 s235jrg2
Steel

ASTM-A656

astm.a514.1977

Materials for Sour
Service Nao Spc...

S3L



CCVC-SAFETY-0003 Specificati…    En 10025 s235jrg2 Steel    ASTM-A656    astm.a514.1977    Materials for Sour Service Nao Spc…    S3L

## Reward Your Curiosity

Everything you want to read.
Anytime. Anywhere. Any device.

**Read Free For 30 Days**

No Commitment. Cancel anytime.



astm.a633.1979 | Heat Treating | Structural Steel

Search

Sign In    Join

CCVC-SAFETY-
0003 Specificati…

En 10025 s235jrg2
Steel

ASTM-A656

astm.a514.1977

Materials for Sour
Service Nao Spc …

S3L

**CCVC-SAFETY-0003
Specification for…**
UPLOADED BY
Jorge Serrano

**En 10025 s235jrg2
Steel**
UPLOADED BY
santyago

**ASTM-A656**
UPLOADED BY
josefonte

**astm.a514.1977**
UPLOADED BY
Elumalai Srini…

**Materials for Sour
Service Nao Spc …**
UPLOADED BY
Tahir Alzuhd

## More From ingmichaelgarcia

**English Grammar**
UPLOADED BY
marios r

**A1 Exercises**
UPLOADED BY
thaziz

**38b7051e-0659-
4900-b001-…**
UPLOADED BY
ingmichaelgar…

**2013 c Fps
Registration Form**
UPLOADED BY
ingmichaelgar…

**Camtasia Studio
8.1 Hotkeys**
UPLOADED BY
Kelly Mullins

## Popular in Politics

Search

Sign In   Join

CCVC-SAFETY-0003 Specificati...

En 10025 s235jrg2 Steel

ASTM-A656

astm.a514.1977

Materials for Sour Service Nao Spc...

S3L

**ABOUT**

About Scribd

Press

Our blog

Join our team!

Contact Us

Join today

Invite Friends

Gifts

**LEGAL**

Terms

Privacy

Copyright

**SUPPORT**

Help / FAQ

Accessibility

Purchase help

AdChoices

Publishers

Download on the App Store

Get it on Google play

Copyright © 2019 Scribd Inc.   ·   Browse Books   ·   Site Directory   ·   Site Language:   English

10/4/2019                                                                                          astm.b21.1983



14 views     👍 0   👎 0

## astm.b21.1983

Uploaded by **dharlanuctcom**

ASTM Specification **Full description**

  

Save   Embed   Share   Print

**RELATED TITLES**


Cold Finish Carbon Bars an…


Alloy Steels


Mechanical Properties and…

Download Now      | 1 |  of 6      🔍 Search document



https://www.scribd.com/doc/201446820/astm-b21-1983                                                    1/11

**149**



**CFR Section(s):** 46 CFR 56.60-2

**Standards Body:** American Society for Testing and Materials

*Official Incorporator:*
THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-6 for members only 🔒

## Unlock Full Access with a 30 Day Free Trial

**Continue Reading With Trial**

10/4/2019                                                          astm.b21.1983

Cold Finish
Carbon Bars an…

Alloy Steels

Mechanical
Properties and…

Stainless Steels
and Super Alloys

Sequence
Software 3.0…

astm.f853.2005

**You're Reading a Preview**

Scribd members can read and download full
documents. Your first 30 days are free!

Continue Reading with Trial

astm.b21.1983

Search

Sign In

Join

Cold Finish
Carbon Bars an…

Alloy Steels

Mechanical
Properties and…

Stainless Steels
and Super Alloys

Sequence
Software 3.0…

astm.f853.2005

SCRIBD

**You're Reading a Preview**

Scribd members can read and download full
documents. Your first 30 days are free!

astm.b21.1983

Search

Sign In

Join

Cold Finish
Carbon Bars an…

Alloy Steels

Mechanical
Properties and…

Stainless Steels
and Super Alloys

Sequence
Software 3.0…

astm.f853.2005

10/4/2019                                                                                          astm.b21.1983

Cold Finish Carbon Bars an…

Alloy Steels

Mechanical Properties and…

Stainless Steels and Super Alloys

Sequence Software 3.0…

astm.f853.2005

SCRIBD

**You're Reading a Preview**

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

10/4/2019                                                astm.b21.1983

Cold Finish
Carbon Bars an…

Alloy Steels

Mechanical
Properties and…

Stainless Steels
and Super Alloys

Sequence
Software 3.0…

astm.f853.2005

10/4/2019                                    astm.b21.1983

Search

Sign In        Join

Cold Finish        Alloy Steels        Mechanical         Stainless Steels      Sequence          astm.f853.2005
Carbon Bars an…                        Properties and…    and Super Alloys     Software 3.0…

astm.b21.1983

Search

Sign In

Join

Cold Finish
Carbon Bars an…

Alloy Steels

Mechanical
Properties and…

Stainless Steels
and Super Alloys

Sequence
Software 3.0…

astm.f853.2005

## Reward Your Curiosity

Everything you want to read.

Anytime. Anywhere. Any device.

10/4/2019                                             astm.b21.1983

Search                    Sign In    Join



Cold Finish
Carbon Bars an...

Alloy Steels

Mechanical
Properties and…

Stainless Steels
and Super Alloys

Sequence
Software 3.0…

astm.f853.2005

## More From dharlanuctcom

Cold Finish Carbon
Bars and Cold...

UPLOADED BY
dharlanuctcom

Alloy Steels

UPLOADED BY
dharlanuctcom

Mechanical
Properties and…

UPLOADED BY
dharlanuctcom

Stainless Steels
and Super Alloys

UPLOADED BY
Renan Almeida

Sequence Software
3.0 Object Chart

UPLOADED BY
dharlanuctcom

**ABOUT**

About Scribd

Press

Our blog

Join our team!

Contact Us

Join today

Invite Friends

Gifts

**LEGAL**

Terms

**SUPPORT**

Help / FAQ

Accessibility

Purchase help

AdChoices

Publishers

10/4/2019

astm.b21.1983



Search

Sign In

Join

Cold Finish
Carbon Bars an…

Alloy Steels

Mechanical
Properties and…

Stainless Steels
and Super Alloys

Sequence
Software 3.0…

astm.f853.2005

9/23/2019                    astm.b283.1996.pdf | International System Of Units | Pascal (Unit)

231 views          👍 0    👎 0

RELATED TITLES

**astm.b283.1996.pdf**

Uploaded by **revelk**

**Full description**

Save    Embed    Share    Print

MIL-C-7438 Core
Material...

Neuromancer

00. FRP Ar
Caesar II

Download          1   of 10          🔍 Search document



CERTIFICATE

# By Authority Of
## THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has
INCORPORATED BY REFERENCE and shall be considere

binding upon all citizens and residents of the United States of

160

9/23/2019                    astm.b283.1996.pdf | International System Of Units | Pascal (Unit)



MIL-C-7438 Core
Material...

00. FRP Analysis in
Caesar II

BS ISO 80000-5-
2007

materials and
processes...

SCI Course
Lecture-1

Engineering
Steels.pdf

**CFR Section(s):**

**Standards Body:** American Society for Testing and Mate

*Official Incorporator:*

THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-10 for members only 🔒

**Unlock Full Access with a 30 Day Free Trial**

**Continue Reading With Trial**

9/23/2019                    astm.b283.1996.pdf | International System Of Units | Pascal (Unit)



MIL-C-7438 Core Material…

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes…

SCI Course Lecture-1

Engineering Steels.pdf



# You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

9/23/2019 astm.b283.1996.pdf | International System Of Units | Pascal (Unit)

Search   Sign In   Join

MIL-C-7438 Core Material…

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes…

SCI Course Lecture-1

Engineering Steels.pdf

Designation: B 283 – 96

## Standard Specification for
## Copper and Copper-Alloy Die Forgings (Hot-Pressed

This standard is issued under the fixed designation B 283; the number immediately following the designation original adoption or, in the case of revision, the year of last revision. A number in parentheses indicates the year superscript epsilon (ε) indicates an editorial change since the last revision or reapproval.

This specification has been approved for use by agencies of the Department of Defense. Consult the DoD Index Standards for the specific year of issue which has been adopted by the Department of Defense.

### 1. Scope*

1.1 This specification covers the requirements for copper and copper alloy die forgings produced by the hot pressing method. The following copper and copper alloys are included:

Copper or Copper Alloy UNS No.

C11000
C14500
C18700
C36500
C37700
C46400
C48200
C48500
C61900
C62300
C63000
C64200
C64210
C65500
C67500
C63000
C77400

1.2 The values stated regarded as the standard

B 846 Terminology for Cop
E 8 Test Methods for Tensi
ials[a]
E 54 Test Methods for C
Brasses and Bronzes[a]
E 62 Test Methods for Che
Copper Alloys (Photomet
E 76 Test Method for Chem
Alloys[a]

SCRIBD

**You're Reading a Preview**

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

9/23/2019                    astm.b283.1996.pdf | International System Of Units | Pascal (Unit)



MIL-C-7438 Core Material...

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes...

SCI Course Lecture-1

Engineering Steels.pdf

Copper Alloys—Wrought and Cast

[1] This specification is under the jurisdiction of ASTM Committee B-5 on Copper and Copper Alloys and is the direct responsibility of Subcommittee B05.07 on Rod, Bar, Wire, Shapes, and Forgings.
Current edition approved Sept. 10, 1996. Published December 1996. Originally published as B 283 – 53 T. Last previous edition B 283 – 94.
[2] Annual Book of ASTM Standards, Vol 02.01.

4.   Terminology
4.1  Definitions

[3] Annual Book of ASTM Standards, Vol.
[4] Annual Book of ASTM Standards, Vol.
[5] Available from American National Floor, New York, NY 10036.

* A Summary of Changes section appears at the end of this specification.

472

B 283

4.1.1  For definition of terms related to copper and copper alloys refer to Terminology B 846.
4.2  Definition of Term Specific to This Standard:
4.2.1  hot pressed forging, n—a product made by pressing a heated blank or section of wrought copper or copper alloy in a closed impression die.

5.  Ordering Information
5.1  Orders for product to this specification should include the following information:
5.1.1  ASTM designation and year of issue.
5.1.2  Copper or Copper Alloy UNS No. designation (Section 1).
5.1.3  Drawing showing the shape dimensions and tolerances (Section 11).
5.1.4  Temper (Section 8).
5.1.5  Quantity: total weight or number of pieces for each

C48500 and 99.5 % for all

8.  Temper
8.1  Tempers, as defined this specification are M10 (forged-quenched) and TQ5 annealed).

9.  Mechanical Property Re
9.1  Mechanical properti agreement between the ma
9.2  Product specified to ASME Boiler and Pressure properties as prescribed in with Test Methods E 8.

10.  Heat Treatment
10.1  Product mechanical

Search
Sign In
Join

MIL-C-7438 Core Material…
00. FRP Analysis in Caesar II
BS ISO 80000-5-2007
materials and processes…
SCI Course Lecture-1
Engineering Steels.pdf

documents. Your first 30 days are free!

Continue Reading with Trial

7. Chemical Composition

7.1 The materials shall conform to the requirements specified in Table 1 for the Copper or Copper Alloy UNS No. designated in the ordering information.

7.2 These composition limits do not preclude the presence of other elements when limits for unnamed elements are required, they shall be established by agreement between manufacturer or supplier and the purchaser.

7.2.1 For copper alloys in which zinc is specified as a remainder, either copper or zinc is permitted to be taken as the difference between the sum of results for all the elements analyzed and 100 %. When copper is so determined, that difference value shall conform to the requirements given in Table 1.

7.2.2 For copper alloys for which copper is specified as the remainder, copper may be taken as the difference between the sum of all the elements analyzed and 100 %.

7.3 When all the elements in Table 1 are determined for the individual alloy, the sum of results shall be 99.6 % min for Copper Alloy UNS No. C36500, C46400, C48200,



Search

Sign In Join

MIL-C-7438 Core Material…

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes…

SCI Course Lecture-1

Engineering Steels.pdf

You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

Search

Sign In Join

MIL-C-7438 Core Material...

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes...

SCI Course Lecture-1

Engineering Steels.pdf

SCRIBD

You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

Case 1:13-cv-01215-TSC   Document 198-38   Filed 10/07/19   Page 169 of 243

9/23/2019

astm.b283.1996.pdf | International System Of Units | Pascal (Unit)



**You're Reading a Preview**

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

Search

Sign In Join

MIL-C-7438 Core Material…

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes…

SCI Course Lecture-1

Engineering Steels.pdf

476

B 283

X2. DIMENSIONAL TOLERANCES

X2.1 The data in Table X2.1 do not constitute a part of this specification. They are given merely to indicate to the purchaser the various forging types and some dimensional tolerances used on commercially designed hot-pressed forgings up to 2 lb (0.91 … applicable to heavier forgin… consulted.

TABLE X2.1 Dimensional Tolerances

| | Tolerances, plus and mi… Except as Indica… | |
|---|---|---|
| | Copper or Copper Allo… | |
| | C 11000<br>C 14500<br>C 14700<br>C 61900<br>C 62300<br>C 64200<br>C 64210 | C 36500<br>C 37700<br>C 46400<br>C 48200<br>C 48500<br>C 67500<br>C 67600 |
| Forging types: | | |
| Solid | 0.010 (0.25) | 0.008 (0.20) |
| Solid, with symmetrical cavity | 0.010 (0.25) | 0.008 (0.20) |
| Solid, with eccentric cavity | 0.012 (0.30) | 0.008 (0.20) |
| Solid, deep extrusion | | |
| Hollow, deep extrusion | | |
| Thin section, short (up to… | | |
| Thin section, long (over 6… | | |
| Thin section, round | | |
| Draft angles, outside and in… | | |
| Machining allowance (on on… | | |
| Flatness (maximum deviatio… | | |

SCRIBD





MIL-C-7438 Core Material...

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes...

SCI Course Lecture-1

Engineering Steels.pdf

477

B 283

X3. TYPICAL MECHANICAL PROPERTIES

X3.1 Mechanical properties of any forging are influenced by shape and size. Unless otherwise specified to the purchase order or specifically guaranteed by the manufacturer, acceptance of forgings under this specification shall not depend on

tests. (Frequently, the design adequate test sections.) Therefore not constitute a part of this sp general information only. They

Search

Sign In Join

MIL-C-7438 Core Material…

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes…

SCI Course Lecture-1

Engineering Steels.pdf

SCRIBD

You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial



9/23/2019                                     astm.b283.1996.pdf | International System Of Units | Pascal (Unit)



MIL-C-7438 Core Material...

00. FRP Analysis in Caesar II

BS ISO 80000-5-2007

materials and processes...

SCI Course Lecture-1

Engineering Steels.pdf



## SCRIBD

## You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

9/23/2019                                astm.b283.1996.pdf | International System Of Units | Pascal (Unit)



| MIL-C-7438 Core Material… | 00. FRP Analysis in Caesar II | BS ISO 80000-5-2007 | materials and processes… | SCI Course Lecture-1 | Engineering Steels.pdf |

## Reward Your Curiosity

Everything you want to read.
Anytime. Anywhere. Any device.

**Read Free For 30 Days**

No Commitment. Cancel anytime.



## Share this document

    

## Related Interests

International System Of Units     Pascal (Unit)     Specification (Technical Standard)

Brass     Strength Of Materials

9/23/2019                astm.b283.1996.pdf | International System Of Units | Pascal (Unit)





MIL-C-7438 Core
Material:...
UPLOADED BY
Jayaram Pothnis

00. FRP Analysis in
Caesar II
UPLOADED BY
Babyface888

BS ISO 80000-5-
2007
UPLOADED BY
ccamayo

materials and
processes...
UPLOADED BY
John Paul Del

SCI Course
Lecture-1
UPLOADED BY
pk2varma

Engineering
Steels.pdf

## More From revelk



Flange ANSI.pdf
UPLOADED BY
Raul Reyes

2. Design of Welded
Connections - AWS
UPLOADED BY
nunosobral

A572 - 572M.pdf
UPLOADED BY
Rajan Steeve

PW4
UPLOADED BY
Ma'den-i Envâ...

PW3
UPLOADED BY
Mujaffar Shaikh

## Popular in Tempering (Metallurgy)



Offshore
Construction _....

Aluminium
UPLOADED BY

ASTM-A194
UPLOADED BY

Molar DeRotation
UPLOADED BY

4340 fracture
toughness.pdf



MIL-C-7438 Core
Material...

00. FRP Analysis in
Caesar II

BS ISO 80000-5-
2007

materials and
processes...

SCI Course
Lecture-1

Engineering
Steels.pdf

Contact Us

Join today

Invite Friends

Gifts

LEGAL

Terms

Privacy

Copyright

Download on the App Store

Get it on Google play

Copyright © 2019 Scribd Inc.   ·   Browse Books   ·   Site Directory   ·   Site Language: English

9/25/2019                                                     Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



242 views

Astm.d396 Fuel Oil Specx

Uploaded by **mikosan**

Fuel Oil Specifications ASTM D396
Standard **Full description**

Save   Embed   Share   Print

Download        1   of 8

Astm.d396.2002
Standar of FUEL

Protect and
Defend: A Thriller

Astm d396 Fuel
Oils

By Authority Of
THE UNITED STATES OF AMERICA
Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has

Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



**Document Name:** ASTM D396: Standard Specification for Fuel O

**CFR Section(s):** 40 CFR 63.7575

**Standards Body:** American Society for Testing and Materials

*Official Incorporator*:

THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-8 for members only 🔒

**Unlock Full Access with a 30 Day Free Trial**

**Continue Reading With Trial**

9/25/2019                                   Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Astm.d396.2002 Standar of FUEL

Protect and Defend: A Thriller

Astm d396 Fuel Oils

The Field Updated Ed: The Quest f…

ASTM D396

The Final Day: A John Matherso…



SCRIBD

**You're Reading a Preview**

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

9/25/2019                                    Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Astm.d396.2002 Standar of FUEL

Protect and Defend: A Thriller

Astm d396 Fuel Oils

The Field Updated Ed: The Quest f…

ASTM D396

The Final Day: A John Matherso…



## SCRIBD

## You're Reading a Preview

Scribd members can read and download full

9/25/2019                                                    Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Astm.d396.2002   Protect and      Astm d396 Fuel   The Field Updated   ASTM D396      The Final Day: A
Standar of FUEL   Defend: A Thriller   Oils          Ed: The Quest f...                 John Matherso...

Search
Sign In
Join
Download
1 of 8
Search document

Astm.d396.2002 Standar of FUEL
Protect and Defend: A Thriller
Astm d396 Fuel Oils
The Field Updated Ed: The Quest f...
ASTM D396
The Final Day: A John Matherso...

R

You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial



9/25/2019                                    Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Astm.d396.2002 Standar of FUEL

Protect and Defend: A Thriller

Astm d396 Fuel Oils

The Field Updated Ed: The Quest f...

ASTM D396

The Final Day: A John Matherso...

**SCRIBD**

## You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

**Continue Reading with Trial**

9/25/2019                                    Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Astm.d396.2002 Standar of FUEL

Protect and Defend: A Thriller

Astm d396 Fuel Oils

The Field Updated Ed: The Quest f...

ASTM D396

The Final Day: A John Matherso...

Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Astm.d396.2002
Standar of FUEL

Protect and
Defend: A Thriller

Astm d396 Fuel
Oils

The Field Updated
Ed: The Quest f…

ASTM D396

The Final Day: A
John Matherso…



Astm.d396.2002
Standar of FUEL

Protect and
Defend: A Thriller

Astm d396 Fuel
Oils

The Field Updated
Ed: The Quest f…

ASTM D396

The Final Day: A
John Matherso…

Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Astm.d396.2002 Standar of FUEL

Protect and Defend: A Thriller

Astm d396 Fuel Oils

The Field Updated Ed: The Quest f...

ASTM D396

The Final Day: A John Matherso...

https://www.scribd.com/document/178057925/Astm-d396-Fuel-Oil-Specx

9/25/2019                          Astm.d396 Fuel Oil Specx | Fuel Oil | Petroleum



Download          1 of 8          Search document

Reward Your Curiosity

Astm.d396.2002 Standar of FUEL

Protect and Defend: A Thriller

Astm d396 Fuel Oils

The Field Updated Ed: The Quest f…

ASTM D396

The Final Day: A John Mathers…

Everything you want to read.

Anytime. Anywhere. Any device.

**Read Free For 30 Days**

No Commitment. Cancel anytime.

## Share this document

## Related Interests

Fuel Oil    Petroleum    Combustion    Chemistry    Chemical Substances

## Documents Similar To Astm.d396 Fuel Oil Specx



**Astm.d396.2002**    **Astm d396 Fuel Oils**    **ASTM D396**    **Heavy Fuel Oil**    **ASTM D4007 BS&W**

Search

Sign In Join

Download

1 of 8

Search document

Astm.d396.2002 Standar of FUEL

Protect and Defend: A Thriller

Astm d396 Fuel Oils

The Field Updated Ed: The Quest f…

ASTM D396

The Final Day: A John Matherso…

**Leadership Matrix Self Assessment…**
UPLOADED BY
Kanupriyam

**Asean Community**
UPLOADED BY
mikosan

**Tibetan Reincarnation**
UPLOADED BY
mikosan

**Fast Track**
UPLOADED BY
mykeyos1870

**Davison Oil**
UPLOADED BY
mikosan

## Popular in Business

**A152 BWFF2033 Syllabus -Studen…**
UPLOADED BY
hannah

**mvg_exercisesheet_**
UPLOADED BY
lukkio

**Valvoline ATF Dexron III Mercon**
UPLOADED BY
Nyamdavaa K…

**KS-CCC-HPC-Mix**
UPLOADED BY
Ha Läm

**12.docx**
UPLOADED BY
Nagendra babu

ABOUT

About Scribd

Press

Our blog

Join our team!

SUPPORT

Help / FAQ

Accessibility

Purchase help



Copyright © 2019 Scribd Inc.   ·   Browse Books   ·   Site Directory   ·   Site Language:   English

10/4/2019

astm.d1072.1990 (1) | Sodium Hydroxide | Flow Measurement

Search

Sign In    Join

0 views    👍 0    💬 0

# astm.d1072.1990 (1)

Uploaded by **Hsaam Hsaam**

astm.d1072.1990 (1) **Full description**

Save    Embed    Share

RELATED TITLES



IMAT 2016_shuffled -...

RO Cleaning Procedure

Insert.NaOHD - SMS - SmpCln1.

1    of 7    Search document



CERTIFICATE

By Authority Of
THE UNITED STATES OF AMERICA
Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has
INCORPORATED BY REFERENCE and shall be considere

binding upon all citizens and residents of the United States of

Search

Sign In    Join

IMAT
2016_shuffled-...

RO Cleaning
Procedure

Insert.NaOHD -
SMS - SmpCln1...

astm d 4274
hydroxyl numbe...

research on
geopolymer

Pf032200_00
Idropol Mrc Tds...

**CFR Section(s):**   40 CFR 60.335(b)(10)(ii)

**Standards Body:**   American Society for Testing and Materials

*Official Incorporator:*
THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-7 for members only 🔒

**Unlock Full Access with a 30 Day
Free Trial**

**Continue Reading With Trial**



IMAT 2016_shuffled -...

RO Cleaning Procedure

Insert.NaOHD - SMS - SmpCln1...

astm d 4274 hydroxyl numbe...

research on geopolymer

Pf032200_00 Idropol Mrc Tds..

**SCRIBD**

## You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial



IMAT 2016_shuffled - ...

RO Cleaning Procedure

Insert.NaOHD - SMS - SmpCln1...

astm d 4274 hydroxyl numbe...

research on geopolymer

Pf032200_00 Idropol Mrc Tds..

**You're Reading a Preview**

Scribd members can read and download full documents. Your first 30 days are free!

10/4/2019

astm.d1072.1990 (1) | Sodium Hydroxide | Flow Measurement

Search

Sign In

Join



IMAT 2016_shuffled - ...

RO Cleaning Procedure

Insert.NaOHD - SMS - SmpCln1...

astm d 4274 hydroxyl numbe...

research on geopolymer

Pf032200_00 Idropol Mrc Tds..



Search                    Sign In    Join



IMAT
2016_shuffled - ...

RO Cleaning
Procedure

Insert.NaOHD -
SMS - SmpCln1...

astm d 4274
hydroxyl numbe...

research on
geopolymer

Pf032200_00
Idropol Mrc Tds...

Search

Sign In   Join

IMAT 2016_shuffled - ...

RO Cleaning Procedure

Insert.NaOHD - SMS - SmpCln1...

astm d 4274 hydroxyl numbe...

research on geopolymer

Pf032200_00 Idropol Mrc Tds...

10/4/2019                                    astm.d1072.1990 (1) | Sodium Hydroxide | Flow Measurement

Search     Sign In     Join

IMAT
2016_shuffled - …

RO Cleaning
Procedure

Insert.NaOHD -
SMS - SmpCln1…

astm d 4274
hydroxyl numbe…

research on
geopolymer

Pf032200_00
Idropol Mrc Tds..

10/4/2019                    astm.d1072.1990 (1) | Sodium Hydroxide | Flow Measurement



IMAT
2016_shuffled -...

RO Cleaning
Procedure

Insert.NaOHD -
SMS - SmpCln1...

astm d 4274
hydroxyl numbe...

research on
geopolymer

Pf032200_00
Idropol Mrc Tds..

  

Search    Sign In    Join



IMAT 2016_shuffled - …

RO Cleaning Procedure

Insert.NaOHD - SMS - SmpCln1…

astm d 4274 hydroxyl numbe…

research on geopolymer

Pf032200_00 Idropol Mrc Tds…

# Reward Your Curiosity

Everything you want to read.

Anytime. Anywhere. Any device.

**Read Free For 30 Days**

No Commitment. Cancel anytime.



## Share this document

    

## Related Interests

Sodium Hydroxide    Flow Measurement    Titration    Pressure Measurement    Pressure

## Documents Similar To astm.d1072.1990 (1)

10/4/2019

astm.d1072.1990 (1) | Sodium Hydroxide | Flow Measurement

Search

Sign In    Join



IMAT 2016_shuffled -...

RO Cleaning Procedure

Insert.NaOHD - SMS - SmpCln1...

astm d 4274 hydroxyl numbe...

research on geopolymer

Pf032200_00 Idropol Mrc Tds...

**ISO_2531_2009**
UPLOADED BY
Mohamed Salem

**Interim Geotechnical...**
UPLOADED BY
Hsaam Hsaam

**BS-en-12101-5**
UPLOADED BY
Hsaam Hsaam

BS-EN-14064-12010
UPLOADED BY
Hsaam Hsaam

**BS-En12715 Execuation of...**
UPLOADED BY
IbrahimGeotech

## Popular in Pressure

**Wind Load Coefficient**
UPLOADED BY
Edison Lu

env2103_2008xs1
UPLOADED BY
Frank Fioravanti

**Dry Friction in Wheel-rail Contact**
UPLOADED BY
paco morelli

Canal Lining
UPLOADED BY
Sunita Chaura...

9116.pdf
UPLOADED BY
ljboor



IMAT
2016_shuffled – ...          RO Cleaning
                             Procedure          Insert.NaOHD –
                                                SMS – SmpCln1...          astm d 4274
                                                                         hydroxyl numbe          research on
                                                                                                 geopolymer          Pf032200_00
                                                                                                                     Idropol Mrc Tds...

Terms
Privacy
Copyright

Download on the
App Store

Get it on
Google play

Copyright © 2019 Scribd Inc.    ·    Browse Books    ·    Site Directory    ·    Site Language:  English

10/4/2019                                      astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In    Join

908 views     👍 5    💬 0

# astm.d1945.1996.pdf

Uploaded by **linalima**

**Full description**

🔖 Save     <> Embed     🔗 Share     🖨 Print

**RELATED TITLES**



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

Download Now          1   of 17          🔍 Search document          ⛶



# CERTIFICATE

## By Authority Of
### THE UNITED STATES OF AMERICA
## Legally Binding Document

By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has
INCORPORATED BY REFERENCE and shall be considere

binding upon all citizens and residents of the United States of
*HEED THIS NOTICE*: Criminal penalties may apply for noncomp

10/4/2019

astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In

Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

**CFR Section(s):** 40 CFR 60.45(f)(5)(i)

**Standards Body:** American Society for Testing and Materials

*Official Incorporator:*
THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-17 for members only 🔒

Unlock Full Access with a 30 Day Free Trial

Continue Reading With Trial

https://www.scribd.com/document/263895462/astm-d1945-1996-pdf

2/27

**204**

10/4/2019

astm.d1945.1996.pdf | Gas Chromatography | Pressure



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

SCRIBD

**You're Reading a Preview**

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

10/4/2019                           astm.d1945.1996.pdf | Gas Chromatography | Pressure



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945



**You're Reading a Preview**

Scribd members can read and download full documents. Your first 30 days are free!

10/4/2019                                    astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search                    Sign In    Join



AGA Report no 3 -        ASTM D1945 -        ISO 6976        ASTM D 1265        AGA 12-1        Astm d1945
Part 4 [Intro].pdf       Standard Test…

astm.d1945.1996.pdf | Gas Chromatography | Pressure





AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

Search

Sign In | Join

AGA Report no 3 -
Part 4 [Intro].pdf

ASTM D1945 -
Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

Search

Sign In     Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

astm.d1945.1996.pdf | Gas Chromatography | Pressure



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

10/4/2019                                    astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In    Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In    Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

Search

Sign In   Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

10/4/2019                                    astm.d1945.1996.pdf | Gas Chromatography | Pressure

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test...

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945



Search

Sign In    Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

Search    Sign In    Join



AGA Report no 3 - Part 4 [Intro].pdf | ASTM D1945 - Standard Test… | ISO 6976 | ASTM D 1265 | AGA 12-1 | Astm d1945

10/4/2019                astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In     Join

| AGA Report no 3 - Part 4 [Intro].pdf | ASTM D1945 - Standard Test… | ISO 6976 | ASTM D 1265 | AGA 12-1 | Astm d1945 |

Search

Sign In          Join

AGA Report no 3 -          ASTM D1945 -          ISO 6976          ASTM D 1265          AGA 12-1          Astm d1945
Part 4 [Intro].pdf          Standard Test…

10/4/2019                          astm.d1945.1996.pdf | Gas Chromatography | Pressure



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

Search

Sign In

Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

10/4/2019                                         astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In     Join

AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In   Join



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test...

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

10/4/2019     astm.d1945.1996.pdf | Gas Chromatography | Pressure



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

10/4/2019                                    astm.d1945.1996.pdf | Gas Chromatography | Pressure



AGA Report no 3 -        ASTM D1945 -        ISO 6976          ASTM D 1265        AGA 12-1            Astm d1945
Part 4 [Intro].pdf       Standard Test…

# Reward Your Curiosity

Everything you want to read.
Anytime. Anywhere. Any device.

**Read Free For 30 Days**

No Commitment. Cancel anytime.



## Share this document

10/4/2019

astm.d1945.1996.pdf | Gas Chromatography | Pressure

Search

Sign In

Join



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

ASTM D 1265

AGA 12-1

Astm d1945

AGA Report no 3 - Part 4 [Intro].pdf

UPLOADED BY

Ridho Satya A…

ASTM D1945 - Standard Test…

UPLOADED BY

severo97

ISO 6976

UPLOADED BY

mmissuari

ASTM D 1265

UPLOADED BY

Jorge Kovach …

AGA 12-1

UPLOADED BY

Nantiya Wann…

## Popular in Phases Of Matter

System Analysis for Pumping…

UPLOADED BY

moxlinde

Breakdown in Insulations 2011…

UPLOADED BY

Kung ChinHan

55413_ty

UPLOADED BY

Rachan Engch…

GASESS

UPLOADED BY

Roberta Marti…

refrigerant r22.rtf

UPLOADED BY

Syed Shahbaz

ABOUT

About Scribd

SUPPORT

Help / FAQ

astm.d1945.1996.pdf | Gas Chromatography | Pressure

Sign In   Join



AGA Report no 3 - Part 4 [Intro].pdf

ASTM D1945 - Standard Test…

ISO 6976

AGA 12-1

Astm d1945

Copyright © 2019 Scribd Inc.   ·   Browse Books   ·   Site Directory   ·   Site Language: English

10/4/2019                                       astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol

Search

Sign In     Join

0 views     👍 0   💬 0

# astm.d2986.1995 (2).pdf

Uploaded by **Hsaam Hsaam**

**Full description**

Save   Embed   Share   Print

RELATED TITLES



2

Calibration of Venturimeter

Experimental Investigation of.

Download Now        1     of 7        🔍 Search document



By the Authority Vested By Part 5 of the United States Code § 5
Part 1 of the Code of Regulations § 51 the attached document has
INCORPORATED BY REFERENCE and shall be considere

binding upon all citizens and residents of the United States of

Search    Sign In    Join

**CFR Section(s):**    40 CFR 86.1310-2007(b)(9)(i)(A)

| | | | |
|---|---|---|---|
| Calibration of Venturimeter | Experimental Investigation of… | ASTM Standards for Natural Gas… | Product Range - Variable Area Fl.. |

**Standards Body:**    American Society for Testing and Materials

*Official Incorporator:*
THE EXECUTIVE DIRECT
OFFICE OF THE FEDERAL
WASHINGTON, D.C.

Pages 2-7 for members only 🔒

## Unlock Full Access with a 30 Day Free Trial

**Continue Reading With Trial**

10/4/2019                                    astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol

2

Calibration of Venturimeter

Experimental Investigation of…

Indian Standards for Natural Gas…

Step Rate Test

Product Range - Variable Area Fl…

SCRIBD

You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

10/4/2019                                astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol



Search

Sign In     Join

2                     Calibration of      Experimental       Indian Standards      Step Rate Test      Product Range -
                      Venturimeter       Investigation of…   for Natural Gas…                          Variable Area Fl..

SCRIBD

**You're Reading a Preview**

Scribd members can read and download full
documents. Your first 30 days are free!

Search

Sign In    Join

| 2 | Calibration of Venturimeter | Experimental Investigation of… | Indian Standards for Natural Gas… | Step Rate Test | Product Range - Variable Area Fl… |

10/4/2019                          astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol



2          Calibration of     Experimental        Indian Standards    Step Rate Test    Product Range -
           Venturimeter       Investigation of…   for Natural Gas…                      Variable Area Fl..

## You're Reading a Preview

Scribd members can read and download full documents. Your first 30 days are free!

Continue Reading with Trial

10/4/2019                    astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol



| 2 | Calibration of Venturimeter | Experimental Investigation of… | Indian Standards for Natural Gas… | Step Rate Test | Product Range - Variable Area Fl… |
|---|---|---|---|---|---|

10/4/2019                    astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol

2

Calibration of Venturimeter

Experimental Investigation of...

Indian Standards for Natural Gas...

Step Rate Test

Product Range - Variable Area Fl...

astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol

Search

Sign In   Join

| 2 | Calibration of Venturimeter | Experimental Investigation of... | Indian Standards for Natural Gas... | Step Rate Test | Product Range - Variable Area Fl... |
|---|---|---|---|---|---|

astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol



| 2 | Calibration of Venturimeter | Experimental Investigation of... | Indian Standards for Natural Gas... | Step Rate Test | Product Range - Variable Area Fl.. |

10/4/2019                          astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol



| 2 | Calibration of Venturimeter | Experimental Investigation of… | Indian Standards for Natural Gas… | Step Rate Test | Product Range - Variable Area Fl.. |

# Reward Your Curiosity

Everything you want to read.
Anytime. Anywhere. Any device.



> **Read Free For 30 Days**

No Commitment. Cancel anytime.

## Share this document

    

## Related Interests

Flow Measurement    Aerosol    Particulates    Calibration    Optics

## Documents Similar To astm.d2986.1995 (2).pdf

10/4/2019

astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol

Search   Sign In   Join



## More From Hsaam Hsaam

Calibration of Venturimeter

Experimental Investigation of...

Indian Standards for Natural Gas...

Step Rate Test

Product Range - Variable Area Fl...

**ISO_2531_2009**
UPLOADED BY
Mohamed Salem

**Interim Geotechnical...**
UPLOADED BY
Hsaam Hsaam

**BS-en-12101-5**
UPLOADED BY
Hsaam Hsaam

**BS-EN-14064-12010**
UPLOADED BY
Hsaam Hsaam

**BS-En12715 Execuation of...**
UPLOADED BY
IbrahimGeotech

## Popular in Patent, Copyright And Trademark

**Tire Engineering and Distribution...**
UPLOADED BY
Dhenry591

**IEEE Style Manual for Students**
UPLOADED BY
vamsi_1990

**Calculating Freight Charges as a...**
UPLOADED BY
mks210

**Warrant - Heaven (Guitar)**
UPLOADED BY
Dani HDZ

**ipr**
UPLOADED BY
Kumar Neeraj

astm.d2986.1995 (2).pdf | Flow Measurement | Aerosol

Search

Sign In    Join



2        LEGAL        Calibration of       Experimental          Indian Standards      Step Rate Test      Product Range -
                      Venturimeter         Investigation of...   for Natural Gas...                        Variable Area Fl...
         Terms

         Privacy

         Copyright