# EXHIBIT 154



English (US)   ⌄        Submit a request        Sign in

Scribd Help Center  >  Using Scribd  >  Purchases, memberships, and refunds

🔍 Search

## Premium Membership

 **Katy O.**
September 09, 2019 19:44

Follow

- Where do I go to join the premium membership service?
- What are the benefits of having a paid membership?
- How many books can I read each month?
- Will my membership automatically renew?
- Can I cancel at any time?
- How many books are included in the service?
- What countries can I use Scribd in?
- What mobile devices can I use with Scribd?
- How do I find the content I'm interested in?
- Is there a way to use Scribd for free?
- Are authors being paid when I read books this way?
- What are some additional perks to being a Scribd member?
- I'm a publisher. Can I add my books to Scribd?
- How can I learn more if this didn't answer all my questions?

### Recently viewed articles

General Terms of Use

How to cancel your premium membership

Refunds

### Related articles

How to cancel your premium membership

Subscriber Agreement

Installing the Scribd app

Deleting your Scribd account

Refunds

A Scribd membership is your ticket to a world of books. For $8.99 USD per month, you'll get access to our library of bestsellers, award winners, obscure indie titles, and reader favorites. We have ebooks, audiobooks, and magazines on Scribd. Even better, we'll give you personalized recommendations and special collections assembled by our editors to help you find books we think you'll love. Armed with the Scribd app on your phone, tablet, and web, you'll never be without a good book to read again.

Scribd is all about books. E-books, audiobooks, magazines, news, sheet music, articles, documents, and more - if you want it, there's a good chance we have it (or are trying to get it!).

Dive into an adventure, puzzle over a mystery, learn a new language, discover a new culture, get swept off your feet by a knight in shining armor - there's something for everyone to enjoy!

Have a few questions? We thought you might! We've answered some of the most common ones below.

## Where do I go to join the premium membership service?

**Click here** to get started and enjoy some free membership time on us!

You can find a helpful guide on how to join **here** and you won't be disappointed. Enjoy access to our ebooks, documents, news & magazines articles, and sheet music selections while you're at it!

## What are the benefits of having a paid membership?

With a premium membership, you get to read thousands of professionally published, popular books in a wide variety of genres. In addition, you'll have full access to millions of user-contributed written works such as short stories and essays. For a book lover, the benefit is obvious - $8.99 USD per month for monthly access to our ever-growing library. Talk about savings!

## How many books can I read each month?

As many as you can! We strive to provide the most comprehensive catalog to all of our members.  We can't guarantee the immediate availability of any specific title, but our members can always read an unlimited number of books and audiobooks each month. Occasionally, we have to limit the titles that you're able to access within a specific content library in a 30-day period.

## Will my membership automatically renew?

Yes, your premium membership will automatically renew when your free trial period expires and you will be billed $8.99 USD within 24-hours prior to the end of the current period for as long as your subscription remains active. It is a monthly recurring payment which you can _cancel anytime_ to stop it from being renewed.

- Your subscription automatically renews monthly unless canceled at least 24-hours before the end of the current period.
- Your account will be charged for renewal within 24-hours prior to the end of the current period for $8.99 USD.
- Your subscription can be managed and auto-renewal can be turned off at any time
- We have in-depth instructions on how to cancel your subscription available here.

Please note: if you purchased your subscription to Scribd using iTunes, you will be billed by Apple to the iTunes account that you used to purchase the subscription.

## Can I cancel at any time?

Yes, of course! After you cancel, your premium membership will stay active for the remainder of the time you've last paid for. When this time is up, your account will revert to its free features. You'll still have access to your personalized profile and Scribd's vibrant community of readers even without a paid membership with us, and you'll be

able to purchase a new premium membership any time to restore access to the full breadth of Scribd's catalog.

Please note: All subscriptions purchased through iTunes are solely handled by Apple - their security policy prevents us from being able to cancel or refund any charges on our members' behalf. If your subscription was started through our iPhone or iPad app using iTunes, you will need to cancel it through iTunes as well. Similarly, subscriptions purchased using direct carrier mobile billing must be canceled via <u>Fortumo</u>.

For a full rundown on how to cancel your subscription, please see our support article, "<u>How do I cancel my premium membership?</u>"

## How many books are included in the service?

Thousands! Hundreds of thousands! Quite literally over half a million books are up on Scribd, and better yet, more books are added all the time. The service includes a plethora of best-sellers and new releases in every genre and there's sure to be new and exciting titles to read each and every day. But don't take our word for it, go <u>explore</u> through the collection and see for yourself!

## What countries can I use Scribd in?

Scribd is available worldwide! Going on a vacation somewhere fun? Bring us along! You can take Scribd with you when you travel by installing our app on one of your mobile devices and saving books for offline reading. No internet connection is no reason to be without book options!

Due to our agreements with authors and publishers, we do have to say that not all books are available to read in all countries. We understand that this can be frustrating and are working hard to make every book available to every reader. Rest assured: Most of our library is available worldwide, and if one title isn't, there are plenty of others to choose from.

## What mobile devices can I use with Scribd?

You're always ready to read books on Scribd through a web-browser on any computer, or using the web-browser built into almost all smartphones and tablets. Along with that, you can install our apps on your iPhone or iPad (iOS 10 or higher is required), your Android device (Android 5.0 or higher is required), your Fire tablet, or your Nook Tablet to store books for offline reading when an internet connection isn't available.

Readers with other web-connected tablets can use Scribd from the mobile website. Unfortunately, e-Ink based readers like the Kindle Paperwhite or Nook Simple Touch are not supported.

We have a full breakdown of the devices we support (with links to the apps!) in our support article, "<u>What devices can I use the Scribd app on? How do I install it?</u>"

## How do I find the content I'm interested in?

We create a personalized experience for all our members on Scribd. When you join we'll ask you about your reading interests and then offer you personalized recommendations. You'll also be able to explore our library by subject, find specific content using our search features, and follow your favorite authors and publishers to see when they've uploaded new titles. You'll be sure to find authors you love and discover new ones to fall for! Need some more help finding your next literary adventure? Check out our article with tips and tricks on exploring our library here.

## Is there a way to use Scribd for free?

A subscription with us isn't necessary if you'd like to upload documents, and many documents shared on Scribd can be read without a subscription. However, to access Scribd's extensive library of bestsellers and new releases, you'll need to purchase a membership. In some cases, full versions of documents available on Scribd may also only be visible to Scribd subscribers.

If you'd like to explore our library and see what books are available, our best recommendation is to sign up for a free trial. Your subscription will renew each month for as long as it remains active after the free trial period. *Cancel before your trial period ends and you won't be charged!* If you're not ready to sign up for a free trial, no problem — you can also browse through our full catalog, install our mobile apps, and read free excerpts of all books without ever needing to enter payment details.

## Are authors being paid when I read books this way?

Of course! Credit is paid where credit is due. Scribd's membership service operates legally through agreements we've made with our authors and publishing partners. Revenue that Scribd earns from monthly membership fees is paid out to authors, ensuring that they can continue to write great books we all get to enjoy.

## What are some additional perks to being a premium Scribd member?

Besides the main benefits of being able to read thousands of best-selling books on a variety of devices, you'll be able to use Scribd free of advertisements! Nothing will get in the way of your reading. You'll also be able to download many member-contributed documents as DRM-free PDF files for printing or reading offline. A premium membership is the best way to experience Scribd, and we highly recommend it.

## I'm a publisher. Can I add my books to Scribd?

We'd love to hear from you! Thank you in advance for your interest in putting your work up on Scribd. Check out our **publisher page** to learn more and to get in touch with us.

## How can I learn more if this didn't answer all my questions?

Browse answers to common questions in our **Help Center** or use the search box at the top of this page. If your question isn't answered here, you can **ask our customer support team** who is always happy to help.

With thousands of great books at your fingertips and more being added all the time, we hope you consider joining the membership program. We look forward to having you spend your time reading with us!

Was this article helpful?    👍   👎    117 out of 215 found this helpful

Have more questions? Submit a request

0 Comments

Article is closed for comments.

Powered by Zendesk

# EXHIBIT 155

# ASTM Volume 02.05, May 2019

## Metallic and Inorganic Coatings; Metal Powders and Metal Powder Products

**Table of Contents**

B136-84(2018) Standard Method for Measurement of Stain Resistance of Anodic Coatings on Aluminum

B137-95(2014) Standard Test Method for Measurement of Coating Mass Per Unit Area on Anodically Coated Aluminum

B177/B177M-11(2017) Standard Guide for Engineering Chromium Electroplating

B183-18 Standard Practice for Preparation of Low-Carbon Steel for Electroplating

B200-85(2015) Standard Specification for Electrodeposited Coatings of Lead and Lead-Tin Alloys on Steel and Ferrous Alloys

B201-80(2019) Standard Practice for Testing Chromate Coatings on Zinc and Cadmium Surfaces

B212-17 Standard Test Method for Apparent Density of Free-Flowing Metal Powders Using the Hall Flowmeter Funnel

B213-17 Standard Test Methods for Flow Rate of Metal Powders Using the Hall Flowmeter Funnel

B214-16 Standard Test Method for Sieve Analysis of Metal Powders

B215-15 Standard Practices for Sampling Metal Powders

B242-99(2014)e1 Standard Guide for Preparation of High-Carbon Steel for Electroplating

B243-19 Standard Terminology of Powder Metallurgy

B244-09(2014) Standard Test Method for Measurement of Thickness of Anodic Coatings on Aluminum and of Other Nonconductive Coatings on Nonmagnetic Basis Metals with Eddy-Current Instruments

B252-92(2014) Standard Guide for Preparation of Zinc Alloy Die Castings for Electroplating and Conversion Coatings

B253-11(2017) Standard Guide for Preparation of Aluminum Alloys for Electroplating

B254-92(2014) Standard Practice for Preparation of and Electroplating on Stainless Steel

B276-05(2015) Standard Test Method for Apparent Porosity in Cemented Carbides

B281-88(2019)e1 Standard Practice for Preparation of Copper and Copper-Base Alloys for Electroplating and Conversion Coatings

B294-17 Standard Test Method for Hardness Testing of Cemented Carbides

B311-17 Standard Test Method for Density of Powder Metallurgy (PM) Materials Containing Less Than Two Percent Porosity

B312-14 Standard Test Method for Green Strength of Specimens Compacted from Metal Powders

B319-91(2014) Standard Guide for Preparation of Lead and Lead Alloys for Electroplating

B320-60(2019) Standard Practice for Preparation of Iron Castings for Electroplating

B322-99(2014) Standard Guide for Cleaning Metals Prior to Electroplating

B329-18 Standard Test Method for Apparent Density of Metal Powders and Compounds Using the Scott Volumeter

B330-15 Standard Test Methods for Estimating Average Particle Size of Metal Powders and Related Compounds Using Air Permeability

B331-16 Standard Test Method for Compressibility of Metal Powders in Uniaxial Compaction

B343-92a(2014) Standard Practice for Preparation of Nickel for Electroplating with Nickel

B368-09(2014) Standard Test Method for Copper-Accelerated Acetic Acid-Salt Spray (Fog) Testing (CASS Test)

B374-06(2011) Standard Terminology Relating to Electroplating

B380-97(2018) Standard Test Method for Corrosion Testing of Decorative Electrodeposited Coatings by the Corrodkote Procedure

B406-96(2015) Standard Test Method for Transverse Rupture Strength of Cemented Carbides

B417-18 Standard Test Method for Apparent Density of Non-Free-Flowing Metal Powders Using the Carney Funnel

B438-17 Standard Specification for Bronze-Base Powder Metallurgy (PM) Bearings (Oil-Impregnated)

B439-18 Standard Specification for Iron-Base Powder Metallurgy (PM) Bearings (Oil-Impregnated)

B449-93(2015) Standard Specification for Chromates on Aluminum

B456-17 Standard Specification for Electrodeposited Coatings of Copper Plus Nickel Plus Chromium and Nickel Plus Chromium

B457-67(2018) Standard Test Method for Measurement of Impedance of Anodic Coatings on Aluminum

B480-88(2017) Standard Guide for Preparation of Magnesium and Magnesium Alloys for Electroplating

B481-68(2019) Standard Practice for Preparation of Titanium and Titanium Alloys for Electroplating

B482-85(2019) Standard Practice for Preparation of Tungsten and Tungsten Alloys for Electroplating

B487-85(2013) Standard Test Method for Measurement of Metal and Oxide Coating Thickness by Microscopical Examination of Cross Section

B488-18 Standard Specification for Electrodeposited Coatings of Gold for Engineering Uses

B489-85(2018) Standard Practice for Bend Test for Ductility of Electrodeposited and Autocatalytically Deposited Metal Coatings on Metals

B490-09(2014) Standard Practice for Micrometer Bend Test for Ductility of Electrodeposits

B499-09(2014) Standard Test Method for Measurement of Coating Thicknesses by the Magnetic Method: Nonmagnetic Coatings on Magnetic Basis Metals

B504-90(2017) Standard Test Method for Measurement of Thickness of Metallic Coatings by the Coulometric Method

B507-14 Standard Practice for Design of Articles to Be Electroplated on Racks

B527-15 Standard Test Method for Tap Density of Metal Powders and Compounds

B528-16 Standard Test Method for Transverse Rupture Strength of Powder Metallurgy (PM) Specimens

B530-09(2014) Standard Test Method for Measurement of Coating Thicknesses by the Magnetic Method: Electrodeposited Nickel Coatings on Magnetic and Nonmagnetic Substrates

B532-85(2014) Standard Specification for Appearance of Electroplated Plastic Surfaces

B533-85(2013) Standard Test Method for Peel Strength of Metal Electroplated Plastics

B537-70(2013) Standard Practice for Rating of Electroplated Panels Subjected to Atmospheric Exposure

B545-13 Standard Specification for Electrodeposited Coatings of Tin

B555-86(2018) Standard Guide for Measurement of Electrodeposited Metallic Coating Thicknesses by Dropping Test

B556-90(2018) Standard Guide for Measurement of Thin Chromium Coatings by Spot Test

B558-79(2019) Standard Practice for Preparation of Nickel Alloys for Electroplating

B567-98(2014) Standard Test Method for Measurement of Coating Thickness by the Beta Backscatter Method

B568-98(2014) Standard Test Method for Measurement of Coating Thickness by X-Ray Spectrometry

B571-18 Standard Practice for Qualitative Adhesion Testing of Metallic Coatings

B578-87(2015) Standard Test Method for Microhardness of Electroplated Coatings

B579-73(2019) Standard Specification for Electrodeposited Coatings of Tin-Lead Alloy (Solder Plate)

B580-79(2019) Standard Specification for Anodic Oxide Coatings on Aluminum

B595-11(2016) Standard Specification for Sintered Aluminum Structural Parts

B602-88(2016) Standard Test Method for Attribute Sampling of Metallic and Inorganic Coatings

B604-91(2015) Standard Specification for Decorative Electroplated Coatings of Copper Plus Nickel Plus Chromium on Plastics

B605-95a(2015) Standard Specification for Electrodeposited Coatings of Tin-Nickel Alloy

B607-15 Standard Specification for Autocatalytic Nickel Boron Coatings for Engineering Use

B610-13 Standard Test Method for Measuring Dimensional Changes Associated with Processing Metal Powders

B629-77(2019) Standard Practice for Preparation of Molybdenum and Molybdenum Alloys for Electroplating

B630-88(2017) Standard Practice for Preparation of Chromium for Electroplating with Chromium

B633-19 Standard Specification for Electrodeposited Coatings of Zinc on Iron and Steel

B634-14a Standard Specification for Electrodeposited Coatings of Rhodium for Engineering Use

B635-00(2015) Standard Specification for Coatings of Cadmium-Tin Mechanically Deposited

B636/B636M-15 Standard Test Method for Measurement of Internal Stress of Plated Metallic Coatings with the Spiral Contractometer

B650-95(2018) Standard Specification for Electrodeposited Engineering Chromium Coatings on Ferrous Substrates

B651-83(2015) Standard Test Method for Measurement of Corrosion Sites in Nickel Plus Chromium or Copper Plus Nickel Plus Chromium Electroplated Surfaces with Double-Beam Interference Microscope

B657-18 Standard Guide for Metallographic Identification of Microstructure in Cemented Carbides

B659-90(2014) Standard Guide for Measuring Thickness of Metallic and Inorganic Coatings

B665-08(2012) Standard Guide for Metallographic Sample Preparation of Cemented Tungsten Carbides

B678-86(2017) Standard Test Method for Solderability of Metallic-Coated Products

B679-98(2015) Standard Specification for Electrodeposited Coatings of Palladium for Engineering Use

B680-80(2014) Standard Test Method for Seal Quality of Anodic Coatings on Aluminum by Acid Dissolution

B689-97(2016) Standard Specification for Electroplated Engineering Nickel Coatings

B695-04(2016) Standard Specification for Coatings of Zinc Mechanically Deposited on Iron and Steel

B696-00(2015) Standard Specification for Coatings of Cadmium Mechanically Deposited

B697-88(2016) Standard Guide for Selection of Sampling Plans for Inspection of Electrodeposited Metallic and Inorganic Coatings

B699-86(2015) Standard Specification for Coatings of Cadmium Vacuum-Deposited on Iron and Steel

B700-08(2014) Standard Specification for Electrodeposited Coatings of Silver for Engineering Use

B703-17 Standard Test Method for Apparent Density of Metal Powders and Related Compounds Using the Arnold Meter

B727-04(2014) Standard Practice for Preparation of Plastics Materials for Electroplating

B733-15 Standard Specification for Autocatalytic (Electroless) Nickel-Phosphorus Coatings on Metal

B734-97(2018) Standard Specification for Electrodeposited Copper for Engineering Uses

B748-90(2016) Standard Test Method for Measurement of Thickness of Metallic Coatings by Measurement of Cross Section with a Scanning Electron Microscope

B761-17 Standard Test Method for Particle Size Distribution of Metal Powders and Related Compounds by X-Ray Monitoring of Gravity Sedimentation

B762-90(2016) Standard Test Method of Variables Sampling of Metallic and Inorganic Coatings

B764-04(2014) Standard Test Method for Simultaneous Thickness and Electrode Potential Determination of Individual Layers in Multilayer Nickel Deposit (STEP Test)

B765-03(2018) Standard Guide for Selection of Porosity and Gross Defect Tests for Electrodeposits and Related Metallic Coatings

B766-86(2015) Standard Specification for Electrodeposited Coatings of Cadmium

B767-88(2016) Standard Guide for Determining Mass Per Unit Area of Electrodeposited and Related Coatings by Gravimetric and Other Chemical Analysis Procedures

B771-11(2017) Standard Test Method for Short Rod Fracture Toughness of Cemented Carbides

B783-13 Standard Specification for Materials for Ferrous Powder Metallurgy (PM) Structural Parts

B795-13 Standard Test Method for Determining the Percentage of Alloyed or Unalloyed Iron Contamination Present in Powder Forged (PF) Steel Materials

B796-14 Standard Test Method for Nonmetallic Inclusion Content of Ferrous Powders Intended for Powder Forging (PF) Applications

B797-15 Standard Test Method for Surface Finger Oxide Penetration Depth and Presence of Interparticle Oxide Networks in Powder Forged (PF) Steel Parts

B809-95(2018) Standard Test Method for Porosity in Metallic Coatings by Humid Sulfur Vapor ("Flowers-of-Sulfur")

B816-00(2015) Standard Specification for Coatings of Cadmium-Zinc Mechanically Deposited

B821-10(2016) Standard Guide for Liquid Dispersion of Metal Powders and Related Compounds for Particle Size Analysis

B822-17 Standard Test Method for Particle Size Distribution of Metal Powders and Related Compounds by Light Scattering

B823-15 Standard Specification for Materials for Copper Base Powder Metallurgy (PM) Structural Parts

B832-93(2018) Standard Guide for Electroforming with Nickel and Copper

B839-04(2014) Standard Test Method for Residual Embrittlement in Metallic Coated, Externally Threaded Articles, Fasteners, and Rod-Inclined Wedge Method

B840-15 Standard Specification for Electrodeposited Coatings of Zinc Cobalt Alloy Deposits

B841-18 Standard Specification for Electrodeposited Coatings of Zinc Nickel Alloy Deposits

B842-99(2016) Standard Specification for Electrodeposited Coatings of Zinc Iron Alloy Deposits

B848-15 Standard Specification for Powder Forged (PF) Ferrous Materials

B849-02(2019) Standard Specification for Pre-Treatments of Iron or Steel for Reducing Risk of Hydrogen Embrittlement

B850-98(2015) Standard Guide for Post-Coating Treatments of Steel for Reducing the Risk of Hydrogen Embrittlement

B851-04(2014) Standard Specification for Automated Controlled Shot Peening of Metallic Articles Prior to Nickel, Autocatalytic Nickel, or Chromium Plating, or as Final Finish

B853-16 Standard Specification for Powder Metallurgy (PM) Boron Stainless Steel Structural Components

B855-17 Standard Test Method for Volumetric Flow Rate of Metal Powders Using the Arnold Meter and Hall Flowmeter Funnel

B859-13(2018) Standard Practice for De-Agglomeration of Refractory Metal Powders and Their Compounds Prior to Particle Size Analysis

B866-95(2018) Standard Test Method for Gross Defects and Mechanical Damage in Metallic Coatings by Polysulfide Immersion

B867-95(2018) Standard Specification for Electrodeposited Coatings of Palladium-Nickel for Engineering Use

B873-17 Standard Test Method for Measuring Volume of Apparent Density Cup Used in Test Methods B212, B329, and B417

B874-96(2018) Standard Specification for Chromium Diffusion Coating Applied by Pack Cementation Process

B875-96(2018) Standard Specification for Aluminum Diffusion Coating Applied by Pack Cementation Process

B877-96(2018) Standard Test Method for Gross Defects and Mechanical Damage in Metallic Coatings by the Phosphomolybdic Acid (PMA) Method

B879-17 Standard Practice for Applying Non-Electrolytic Conversion Coatings on Magnesium and Magnesium Alloys

B883-19 Standard Specification for Metal Injection Molded (MIM) Materials

B886-19 Standard Test Method for Determination of Magnetic Saturation (Ms) of Cemented Carbides

B887-12(2019) Standard Test Method for Determination of Coercivity (Hcs) of Cemented Carbides

B890-07(2012) Standard Test Method for Determination of Metallic Constituents of Tungsten Alloys and Tungsten Hardmetals by X-Ray Fluorescence Spectrometry

B893-98(2018) Standard Specification for Hard-Coat Anodizing of Magnesium for Engineering Applications

B895-16 Standard Test Methods for Evaluating the Corrosion Resistance of Stainless Steel Powder Metallurgy (PM) Parts/Specimens by Immersion in a Sodium Chloride Solution

B904-00(2014) Standard Specification for Autocatalytic Nickel over Autocatalytic Copper for Electromagnetic Interference Shielding

B905-00(2016) Standard Test Methods for Assessing the Adhesion of Metallic and Inorganic Coatings by the Mechanized Tape Test

B912-02(2018) Standard Specification for Passivation of Stainless Steels Using Electropolishing

B915-01(2017) Standard Test Method for Measuring Static Heat Resistance of Self-Cleaning Oven Coating

B916-01(2017) Standard Test Method for Adherence of Porcelain Enamel Coatings to Sheet Metal

B921-08(2018) Standard Specification for Non-hexavalent Chromium Conversion Coatings on Aluminum and Aluminum Alloys

B922-17 Standard Test Method for Metal Powder Specific Surface Area by Physical Adsorption

B923-16 Standard Test Method for Metal Powder Skeletal Density by Helium or Nitrogen Pycnometry

B925-15 Standard Practices for Production and Preparation of Powder Metallurgy (PM) Test Specimens

B930-03(2017) Standard Test Method for Rating Grain Size and Frequency of Abnormally Large Grains in Cemented Tungsten Carbides (Hardmetals)

B931-14(2018)e1 Standard Test Method for Metallographically Estimating the Observed Case Depth of Ferrous Powder Metallurgy (PM) Parts

B933-16 Standard Test Method for Microindentation Hardness of Powder Metallurgy (PM) Materials

B934-15 Standard Test Method for Effective Case Depth of Ferrous Powder Metallurgy (PM) Parts Using Microindentation Hardness Measurements

B935-16 Standard Guide for Steam Treatment of Ferrous Powder Metallurgy (PM) Materials

B939-15 Standard Test Method for Radial Crushing Strength, K, of Powder Metallurgy (PM) Bearings and Structural Materials

B940-05(2014) Standard Practice for Testing Non-Chromate Coatings on Zinc and Cadmium Surfaces

B946-11(2016) Standard Test Method for Surface Finish of Powder Metallurgy (PM) Products

B962-17 Standard Test Methods for Density of Compacted or Sintered Powder Metallurgy (PM) Products Using Archimedes' Principle

B963-17 Standard Test Methods for Oil Content, Oil-Impregnation Efficiency, and Surface-Connected Porosity of Sintered Powder Metallurgy (PM) Products Using Archimedes' Principle

B964-16 Standard Test Methods for Flow Rate of Metal Powders Using the Carney Funnel

B975-18 Standard Test Method for Measurement of Internal Stress of Metallic Coatings by Split Strip Evaluation (Deposit Stress Analyzer Method)

B984-12 Standard Specification for Electrodeposited Coatings of Palladium- Cobalt Alloy for Engineering Use

B988-18 Standard Specification for Powder Metallurgy (PM) Titanium and Titanium Alloy Structural Components

B994/B994M-15 Standard Specification for Nickel-Cobalt Alloy Coating

B995-15a Standard Test Method for Chloride Resistance Test for Chromium Electroplated Parts (Russian Mud Test)

B999-15 Standard Specification for Titanium and Titanium Alloys Plating, Electrodeposited Coatings of Titanium and Titanium Alloys on Conductive and Non-Conductive Substrate

B1000-15 Standard Practices for Casting Preparation and Test Procedure of Porcelain Enamel-lined Pipe, Fittings, and Valves for Use in the Municipal Wastewater, Sewage, and Water Treatment Industry

C282-10(2015) Standard Test Method for Acid Resistance of Porcelain Enamels(Citric Acid Spot Test)

C283-13(2017) Standard Test Methods for Resistance of Porcelain Enameled Utensils to Boiling Acid

C285-10(2015)e1 Standard Test Methods for Sieve Analysis of Wet-Milled and Dry-Milled Porcelain Enamel

C286-99(2017) Standard Terminology Relating to Porcelain Enamel and Ceramic-Metal Systems

C346-87(2018) Standard Test Method for 45-deg Specular Gloss of Ceramic Materials

C374-14(2018) Standard Test Methods for Fusion Flow of Porcelain Enamel Frits (Flow-Button Methods)

C375-58(2016) Standard Classification of Water Used in Milling of Porcelain Enamel

C385-58(2018) Standard Test Method for Thermal Shock Resistance of Porcelain-Enameled Utensils

C448-88(2016) Standard Test Methods for Abrasion Resistance of Porcelain Enamels

C536-83(2018) Standard Test Method for Continuity of Coatings in Glassed Steel Equipment by Electrical Testing

C537-87(2018) Standard Test Method for Reliability of Glass Coatings on Glassed Steel Reaction Equipment by High Voltage

C538-83(2018) Standard Test Method for Color Retention of Red, Orange, and Yellow Porcelain Enamels

C539-84(2016) Standard Test Method for Linear Thermal Expansion of Porcelain Enamel and Glaze Frits and Ceramic Whiteware Materials by Interferometric Method

C614-10(2015) Standard Test Method for Alkali Resistance of Porcelain Enamels

C632-88(2016) Standard Test Method for Reboiling Tendency of Sheet Steel for Porcelain Enameling

C633-13(2017) Standard Test Method for Adhesion or Cohesion Strength of Thermal Spray Coatings

C660-81(2015) Standard Practices for Production and Preparation of Gray Iron Castings for Porcelain Enameling

C664-10(2015) Standard Test Methods for Thickness of Diffusion Coating

C694-90a(2016) Standard Test Method for Weight Loss (Mass Loss) of Sheet Steel During Immersion in Sulfuric Acid Solution

C703-72(2016) Standard Test Methods for Spalling Resistance of Porcelain Enameled Aluminum

C715-90(2016) Standard Test Method for Nickel on Steel for Porcelain Enameling by Photometric Analysis

C743-87(2018) Standard Test Method for Continuity of Porcelain Enamel Coatings

C756-87(2016) Standard Test Method for Cleanability of Surface Finishes

C774-88(2016) Standard Test Method for Yield Strength of Enameling Steels After Straining and Firing

C810-90(2016) Standard Test Method for Nickel on Steel for Porcelain Enameling by X-Ray Emission Spectrometry

C839-82(2015) Standard Test Method for Compressive Stress of Porcelain Enamels by Loaded-Beam Method

C872-10(2015) Standard Test Method for Lead and Cadmium Release from Porcelain Enamel Surfaces

D1730-09(2014) Standard Practices for Preparation of Aluminum and Aluminum-Alloy Surfaces for Painting

D1731-09(2014) Standard Practices for Preparation of Hot-Dip Aluminum Surfaces for Painting

D1732-03(2018) Standard Practices for Preparation of Magnesium Alloy Surfaces for Painting

E159-17 Standard Test Method for Loss of Mass in a Reducing Gas Atmosphere for Cobalt, Copper, Tungsten, and Iron Powders (Hydrogen Loss)

E194-10(2015) Standard Test Method for Acid-Insoluble Content of Copper and Iron Powders

E1338-09(2015) Standard Guide for Identification of Metals and Alloys in Computerized Material Property Databases

R0001- Cross Index of Standards for Metal Powders and Metal Powder Products

**More Information**

ORDERING OPTIONS

Print or **NOW** get Online Access to this Volume
(Basic or Plus)

**View Contents**

- 2019
  Standards: 196
  Pages: 1104

- 2019
  Standards: 196
  Pages: 1104

All

*Search topic, title, author, A53*

GO

Home

About ASTM

Site Map

Support

Contact

Policies

Privacy Policy

Copyright/Permissions

Reading Room

Copyright © 1996 - 2019 ASTM. All Rights Reserved. ASTM International, 100 Barr Harbor Drive, PO Box C700, West Conshohocken, PA, 19428-2959 USA

# EXHIBIT 156

# ASTM Reading Room

A20/A20M-1993a ⓘ Standard Specification for General requirements for Steel Plates for Pressure Vessels

A20/A20M-1997b ⓘ

  Current Active Version: A20/A20M-2019 ⓘ

A36/A36M-1997ae1 ⓘ Standard Specification for Carbon Structural Steel

  Current Active Version: A36/A36M-2019 ⓘ

A47-1968 ⓘ Standard Specifications For Malleable Iron Castings

A47M-1990 ⓘ

A47M-1990(1996) ⓘ

A53-1976 ⓘ Standard Specification for Pipe, Steel, Black and Hot-Dipped, Zinc-Coated Welded and Seamless

A53-1979 ⓘ

A53-1993a ⓘ

A53-1996 ⓘ

A53/A53M-1998a ⓘ

A53/A53M-2010 ⓘ

  Current Active Version: A53/A53M-2018 ⓘ

A74-1975 ⓘ Standard Specification for Cast Iron Soil Pipe And Fittings

A74-1992 ⓘ

  Current Active Version: A74-2017 ⓘ

A82-1979 ⓘ Standard Specification for Cold-Drawn Steel Wire For Concrete Reinforcement

  Replaced By: A1064/A1064M ⓘ

A99-1976 ⓘ Standard Specification for Ferromanganese

A99-1982(1992) ⓘ

A99-1982(2000) ⓘ

Current Active Version: A99-2003(2014) ⓘ

A100-1969(1974) ⓘ Standard Specification for Ferrosilicon

A100-1993(2000) ⓘ

Current Active Version: A100-2007(2018) ⓘ

A101-1973 ⓘ Standard Specification for Ferrochromium

A101-1993(2000) ⓘ

Current Active Version: A101-2004(2014)e1 ⓘ

A106-1995 ⓘ Standard Specification for Seamless Carbon Steel Pipe for High-Temperature Service

A106/A106M-2004 ⓘ

A106/A106M-2004b ⓘ

A106/A106M-2010 ⓘ

Current Active Version: A106/A106M-2019 ⓘ

A109/A109M-1998a ⓘ Standard Specification for Steel, Strip, Carbon (0.25 Maximum Percent), Cold-Rolled

Current Active Version: A109/A109M-2016(2018) ⓘ

A116-1973 ⓘ Standard Specification for Zinc- Coated (Galvanized) Iron Or Steel Farm- Field And Railroad Right-Of-Way Wire Fencing

Current Active Version: A116-2011(2016) ⓘ

A126-1966 ⓘ Standard Specifications For Gray Iron Castings For Valves, Flanges, And Pipe Fittings

A126-1995e1 ⓘ

Current Active Version: A126-2004(2014) ⓘ

A134-1996 ⓘ Standard Specification for Pipe, Steel, Electric-Fusion (Arc)-Welded (Sizes NPS 16 and Over)

A134-1996(2012) ⓘ

Current Active Version: A134/A134M-2018 ⓘ

A135-1997c ⓘ Standard Specification for Electric-Resistance-Welded Steel Pipe

   Current Active Version: A135/A135M-2019 ⓘ

A139-1996 ⓘ Standard Specification for Electric-Fusion (Arc)-Welded Steel Pipe (NPS 4 and Over)

   Current Active Version: A139/A139M-2016 ⓘ

A148/A148M-1993b(1998) ⓘ Standard Specification for Steel Castings, High Strength, for Structural Purposes

   Current Active Version: A148/A148M-2019 ⓘ

A153-1982(1987) ⓘ Standard Specification for Zinc Coating (Hot-Dip) on Iron and Steel Hardware

   Current Active Version: A153/A153M-2016a ⓘ

A167-1977 ⓘ Standard Specification for Stainless And Heat-Resisting Chromium-Nickel Steel Plate, Sheet. And Strip

A178/A178M-1995(2000) ⓘ Standard Specification for Electric-Resistance-Welded Carbon Steel and Carbon-Manganese Steel Boiler and Superheater Tubes

   Current Active Version: A178/A178M-2002(2012) ⓘ

A179/A179M-1990a(2005) ⓘ Standard Specification for Seamless Cold-Drawn Low-Carbon Steel Heat-Exchanger and Condenser Tubes

A179/A179M-1990a(2012) ⓘ

   Current Active Version: A179/A179M-2019 ⓘ

A182/A182M-1997c ⓘ Standard Specification for Forged or Rolled Alloy-Steel Pipe Flanges, Forged Fittings, and Valves and Parts for High-Temperature Service

   Current Active Version: A182/A182M-2019 ⓘ

A184-1979 ⓘ Standard Specification for Fabricated Deformed Steel Bar Mats For Concrete Reinforcement

   Current Active Version: A184/A184M-2019 ⓘ

A185-1979 ⓘ Standard Specification for Welded Steel Wire Fabric For Concrete Reinforcement

   Replaced By: A1064/A1064M ⓘ

A192/A192M-1991(1996)ε1 ⓘ Standard Specification for Seamless Carbon Steel Boiler Tubes for High-Pressure Service

Current Active Version: A192/A192M-2017 ⓘ

A193-1990a ⓘ Standard Specification for Alloy-Steel and Stainless Steel Bolting Materials for High-Temperature Service

A193/A193M-1998a ⓘ

Current Active Version: A193/A193M-2017 ⓘ

A194/A194M-1998b ⓘ Standard Specification for Carbon and Alloy Steel Nuts for Bolts for High Pressure or High Temperature Service, or Both

Current Active Version: A194/A194M-2018 ⓘ

A197M-1987(1992) ⓘ Specification for Cupola Malleable Iron [Metric] (Withdrawn 1999)

A197/A197M-1998 ⓘ

Current Active Version: A197/A197M-2000(2015) ⓘ

A203/A203M-1997 ⓘ Standard Specification for Pressure Vessel Plates, Alloy Steel, Nickel

A203/A203M-1997(2007)e1 ⓘ

Current Active Version: A203/A203M-2017 ⓘ

A210/A210M-1996 ⓘ Standard Specification for Seamless Medium-Carbon Steel Boiler and Superheater Tubes

Current Active Version: A210/A210M-2019 ⓘ

A213/A213M-1995a ⓘ Standard Specification for Seamless Ferritic and Austenitic Alloy-Steel Boiler, Superheater, and Heat-Exchanger Tubes

Current Active Version: A213/A213M-2018b ⓘ

A214/A214M-1996 ⓘ Standard Specification for Electric-Resistance-Welded Carbon Steel Heat-Exchanger and Condenser Tubes

A214/A214M-1996(2012) ⓘ

Current Active Version: A214/A214M-2019 ⓘ

A216/A216M-1993(1998) ℹ️ Standard Specification for Steel Castings, Carbon, Suitable for Fusion Welding, for High- Temperature Service

Current Active Version: A216/A216M-2018 ℹ️

A226/A226M-1995 ℹ️ Specification for Electric-Resistance-Welded Carbon Steel Boiler Superheater Tubes for High-Pressure Service (Withdrawn 1997)

Replaced By: No_Replacement

A234/A234M-1997 ℹ️ Standard Specification for Piping Fittings of Wrought Carbon Steel and Alloy Steel for Moderate and High Temperature Service

Current Active Version: A234/A234M-2018a ℹ️

A240/A240M-1999b ℹ️ Standard Specification for Chromium and Chromium-Nickel Stainless Steel Plate, Sheet, and Strip for Pressure Vessels and for General Applications

Current Active Version: A240/A240M-2018 ℹ️

A242-1979 ℹ️ Standard Specification for High-Strength Low-Alloy Structural Steel

A242-1981 ℹ️

Current Active Version: A242/A242M-2013(2018) ℹ️

A249/A249M-1996a ℹ️ Standard Specification for Welded Austenitic Steel Boiler, Superheater, Heat-Exchanger, and Condenser Tubes

Current Active Version: A249/A249M-2018a ℹ️

A262-1998 ℹ️ Standard Practices for Detecting Susceptibility to Intergranular Attack in Austenitic Stainless Steels

Current Active Version: A262-2015 ℹ️

A268/A268M-1996 ℹ️ Standard Specification for Seamless and Welded Ferritic and Martensitic Stainless Steel Tubing for General Service

Current Active Version: A268/A268M-2010(2016) ℹ️

A276-1998b ℹ️ Standard Specification for Stainless Steel Bars and Shapes

Current Active Version: A276/A276M-2017 ℹ️

A285-1978 ℹ Standard Specification for Pressure Vessel Plates, Carbon Steel, Low- and Intermediate-Tensile Strength

    Current Active Version: A285/A285M-2017 ℹ

A300-1958 ℹ Standard Specification for Steel Plates For Pressure Vessels For Service At Low Temperatures

A300-1968 ℹ

A302/A302M-1993 ℹ Standard Specification for Pressure Vessel Plates, Alloy Steel, Manganese-Molybdenum and Manganese-Molybdenum-Nickel

A302/A302M-1997e1 ℹ

    Current Active Version: A302/A302M-2017 ℹ

A307-1978 ℹ Standard Specification for Carbon Steel Externally Threaded Standard Fasteners

A307-1997 ℹ

    Current Active Version: A307-2014e1 ℹ

A308-1978e1 ℹ Standard Specification for Steel, Sheet, Cold-Rolled, Long Terne Coated

A312/A312M-1995ae1 ℹ Standard Specification for Seamless and Welded Austenitic Stainless Steel Pipes

    Current Active Version: A312/A312M-2018a ℹ

A320/A320M-1997 ℹ Standard Specification for Alloy/Steel Bolting Materials for Low-Temperature Service

    Current Active Version: A320/A320M-2018 ℹ

A325-1979 ℹ Standard Specification for High-Strength Bolts For Structural Steel Joints

A333-1967 ℹ Standard Specifications For Seamless And Welded Steel Pipe For Low-Temperature Service

A333/A333M-1994 ℹ

A333/A333M-2011 ℹ

    Current Active Version: A333/A333M-2018 ℹ

A334/A334M-1996 ⓘ Standard Specification for Seamless and Welded Carbon and Alloy-Steel Tubes for Low-Temperature Service

Current Active Version: A334/A334M-2004a(2016) ⓘ

A335/A335M-1995a ⓘ Standard Specification for Seamless Ferritic Alloy-Steel Pipe for High-Temperature Service

Current Active Version: A335/A335M-2019a ⓘ

A350/A350M-1997 ⓘ Standard Specification for Carbon and Low-Alloy Steel Forgings, Requiring Notch Toughness Testing for Piping Components

Current Active Version: A350/A350M-2018 ⓘ

A351/A351M-1994 ⓘ Standard Specification for Castings, Austenitic, Austenitic- Ferritic (Duplex), for Pressure-Containing Parts

Current Active Version: A351/A351M-2018e1 ⓘ

A352/A352M-1993(1998) ⓘ Standard Specification for Steel Castings, Ferritic and Martensitic, for Pressure-Containing Parts, Suitable for Low-Temperature Service

Current Active Version: A352/A352M-2018a ⓘ

A358/A358M-1995ae1 ⓘ Standard Specification for Electric-Fusion-Welded Austenitic Chromium-Nickel Alloy Steel Pipe for High-Temperature Service

Current Active Version: A358/A358M-2015 ⓘ

A361-1976(1981)e1 ⓘ Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) By The Hot-Dip Process For Roofing And Siding

A366/A366M-1997e1 ⓘ Standard Specification for Commercial Steel (CS) Sheet, Carbon (0.15 Maximum Percent) Cold-Rolled (Withdrawn 2000)

Replaced By: A1008/A1008M

A369/A369M-1992 ⓘ Standard Specification for Carbon and Ferritic Alloy Steel Forged and Bored Pipe for High-Temperature Service

Current Active Version: A369/A369M-2018a ⓘ

A370-1968 ⓘ Standard Methods And Definitions For Mechanical Testing Of Steel Products

A370-1994 ⓘ

A370-1997a

Current Active Version: A370-2019e1 ⓘ

A372/A372M-2003(2008) ⓘ Standard Specification for Carbon and Alloy Steel Forgings for Thin-Walled Pressure Vessels

A372/A372M-2010 ⓘ

Current Active Version: A372/A372M-2016 ⓘ

A376/A376M-1998 ⓘ Standard Specification for Seamless Austenitic Steel Pipe for High-Temperature Central-Station Service

Current Active Version: A376/A376M-2017 ⓘ

A381-1996(2001) ⓘ Standard Specification for Metal-Arc-Welded Steel Pipe for Use With High-Pressure Transmission Systems

A381-1996(2005) ⓘ

Current Active Version: A381/A381M-2018 ⓘ

A391-1965 ⓘ Standard Specifications For Alloy Steel Chain

Current Active Version: A391/A391M-2007(2012) ⓘ

A395-1968 ⓘ Standard Specifications For Ductile Iron For Pressure Containing Castings For Use At Elevated Temperatures

A395/A395M-1998 ⓘ

Current Active Version: A395/A395M-1999(2018) ⓘ

A403/A403M-1998 ⓘ Standard Specification for Wrought Austenitic Stainless Steel Piping Fittings

Current Active Version: A403/A403M-2019 ⓘ

A412-1975 ⓘ Standard Specification for Stainless And Heat-Resisting Chromium-Nickel-Manganese Steel Plate, Sheet, And Strip

A416-1974 ⓘ Standard Specification for Uncoated Seven-Wire Stress-Relieved Strand For Prestressed Concrete

Current Active Version: A416/A416M-2018 ⓘ

A420/A420M-1998 ℹ Standard Specification for Piping Fittings of Wrought Carbon Steel and Alloy Steel for Low-Temperature Service

   Current Active Version: A420/A420M-2019 ℹ

A421/A421M-1998a ℹ Standard Specification for Uncoated Stress-Relieved Steel Wire for Prestressed Concrete

   Current Active Version: A421/A421M-2015 ℹ

A441-1979 ℹ Standard Specification for High- Strength Low- Alloy Structural Manganese Vanadium Steel

A441-1981 ℹ

A446-1976(1981)e1 ℹ Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) By The Hot-Dip Process, Structural (Physical) Quality

   Replaced By: A653/A653M ℹ

A449-1978a ℹ Standard Specification for Quenched And Tempered Steel Bolts And Studs

   Current Active Version: A449-2014 ℹ

A475-1978 ℹ Standard Specification for Zinc-Coated Steel Wire Strand

   Current Active Version: A475-2003(2014) ℹ

A482-1976 ℹ Standard Specification for Ferrochrome-Silicon

A482-1993(2000) ℹ

   Current Active Version: A482/A482M-2011(2016) ℹ

A483-1964(1980) ℹ Standard Specification for Silicomanganese

A483-1964(1994) ℹ

A483-1964(2000) ℹ

   Current Active Version: A483/A483M-2010(2015) ℹ

A490-1979 ℹ Standard Specification for Quenched And Tempered Alloy Steel Bolts For Structural Steel Joints

A495-1976 ℹ Standard Specification for Calcium-Silicon And Calcium-Manganese-Silicon

A495-1994(2000) ℹ

Current Active Version: A495-2006(2015)

A496-1978 ⓘ Standard Specification for Deformed Steel Wire For Concrete Reinforcement

   Replaced By: A1064/A1064M ⓘ

A497-1979 ⓘ Standard Specification for Welded Deformed Steel Wire Fabric For Concrete Reinforcement

   Replaced By: A1064/A1064M ⓘ

A500-1978 ⓘ Standard Specification for Cold-Formed Welded And Seamless Carbon Steel Structural Tubing In Rounds And Shapes

   Current Active Version: A500/A500M-2018 ⓘ

A501-1976 ⓘ Standard Specification for Hot-Formed Welded And Seamless Carbon Steel Structural Tubing

   Current Active Version: A501/A501M-2014 ⓘ

A502-1976 ⓘ Standard Specification for Steel Structural Rivets

   Current Active Version: A502-2003(2015) ⓘ

A505-1987(1998) ⓘ Standard Specification for Steel, Sheet and Strip, Alloy, Hot-Rolled and Cold-Rolled, General Requirements for

   Current Active Version: A505-2016 ⓘ

A514-1977 ⓘ Standard Specification for High-Yield- Strength, Quenched And Tempered Alloy Steel Plate, Suitable For Welding

A514-1981 ⓘ

   Current Active Version: A514/A514M-2018e1 ⓘ

A515/A515M-2003 ⓘ Standard Specification for Pressure Vessel Plates, Carbon Steel, for Intermediate- and Higher-Temperature Service

   Current Active Version: A515/A515M-2017 ⓘ

A516/A516M-1990(2001) ⓘ Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate- and Lower-Temperature Service

   Current Active Version: A516/A516M-2017 ⓘ

A520-1997 ⓘ Standard Specification for Supplementary Requirements for Seamless and Electric-Resistance-Welded Carbon Steel Tubular Products for High-Temperature Service Conforming to ISO Recommendations for Boiler Construction (Withdrawn 2000)

Replaced By: No_Replacement

A522/A522M-1995b ⓘ Standard Specification for Forged or Rolled 8 and 9% Nickel Alloy Steel Flanges, Fittings, Valves, and Parts for Low-Temperature Service

Current Active Version: A522/A522M-2014(2019) ⓘ

A525-1979 ⓘ Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) By The Hot-Dip Process, General Requirements

A525-1991be1 ⓘ

Current Active Version: A653/A653M-2019a ⓘ

A526/A526M-1985 ⓘ Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) by the Hot-Dip Process, Commercial Quality

Replaced By: A653/A653M ⓘ

A529-1975 ⓘ Standard Specification for Structural Steel With 42 000 Psi (290 Mpa) Minimum Yield Point (1/2 In. (12.7 Mm) Maximum Thickness)

Current Active Version: A529/A529M-2019 ⓘ

A536-1984(1993) ⓘ Standard Specification for Ductile Iron Castings

A536-1984(2009) ⓘ

Current Active Version: A536-1984(2019)e1 ⓘ

A537/A537M-1991 ⓘ Standard Specification for Pressure Vessel Plates, Heat-Treated, Carbon-Manganese-Silicon Steel

Current Active Version: A537/A537M-2013(2019) ⓘ

A539-1990a ⓘ Standard Specification for Electric-Resistance-Welded Coiled Steel Tubing for Gas and Fuel Oil Lines

A568/A568M-2000b ⓘ Standard Specification for Steel, Sheet, Carbon, and High-Strength, Low-Alloy, Hot-Rolled and Cold-Rolled, General Requirements for

Current Active Version: A568/A568M-2017a ⓘ

A569/A569M-1991a(1993)e1 ⓘ Standard Specification for Steel, Carbon (O. 15 Maximum, Percent), Hot-Rolled Sheet and Strip Commercial Quality

Replaced By: A1011/A1011M ⓘ

A570-1979 ⓘ Standard Specification for Hot-Rolled Carbon Steel Sheet And Strip, Structural Quality

Replaced By: A1011/A1011M ⓘ

A572-1979 ⓘ Standard Specification for High-Strength Low-Alloy Columbium-Vanadium Steels Of Structural Quality

A572-1982 ⓘ

Current Active Version: A572/A572M-2018 ⓘ

A575-1996 ⓘ Standard Specification for Steel Bars, Carbon, Merchant Quality, M-Grades

A575-1996(2007) ⓘ

Current Active Version: A575-1996(2018) ⓘ

A576-1990b(2000) ⓘ Standard Specification for Steel Bars, Carbon, Hot-Wrought, Special Quality

A576-1990b(2012) ⓘ

Current Active Version: A576-2017 ⓘ

A578/A578M-1996(2001) ⓘ Standard Specification for Straight-Beam Ultrasonic Examination of Plain and Clad Steel Plates for Special Applications

Current Active Version: A578/A578M-2017 ⓘ

A588-1979a ⓘ Standard Specification for High-Strength Low-Alloy Structural Steel With 50 000 psi Minimum Yield Point To 4 in. Thick

A588-1981 ⓘ

Current Active Version: A588/A588M-2019 ⓘ

A591/A591M-1989 ⓘ Standard Specification for Steel Sheet, Electrolytic Zinc-Coated, for Light Coating Mass Applications

Replaced By: A879/A879M ⓘ

A606-1975 ⓘ Standard Specification for Steel Sheet and Strip, Hot-Rolled and Cold-Rolled, High-Strength, Low-Alloy, with Improved Corrosion Resistance

A606-1998 ⓘ

   Current Active Version: A606/A606M-2018 ⓘ

A607-1975(1981) ⓘ Standard Specification for Steel Sheet And Strip, Hot-Rolled And Cold-Rolled, High-Strength, Low-Alloy Columbium And / Or Vanadium

A607-1998 ⓘ

A611-1972(1979) ⓘ Standard Specification for Steel, Cold-Rolled Sheet, Carbon, Structural

   Replaced By: A1008/A1008M ⓘ

A612-1972a ⓘ Standard Specification for High-Strength Steel Plates for Pressure Vessels for Moderate- and Lower-Temperature Service

   Current Active Version: A612/A612M-2012(2019) ⓘ

A615-1979 ⓘ Standard Specification for Deformed And Plain Billet-Steel Bars For Concrete Reinforcement

   Current Active Version: A615/A615M-2018e1 ⓘ

A616-1979 ⓘ Standard Specification for Rail-Steel Deformed And Plain Bars For Concrete Reinforcement

   Replaced By: A996/A996M ⓘ

A617-1979 ⓘ Standard Specification for Axle-Steel Deformed And Plain Bars For Concrete Reinforcement

   Replaced By: A996/A996M ⓘ

A618-1974 ⓘ Standard Specification for Hot-Formed Welded And Seamless High-Strength Low-Alloy Structural Tubing

   Current Active Version: A618/A618M-2004(2015) ⓘ

A621/A621M-1991 ⓘ Standard Specification for Steel, Sheet and Strip, Carbon, Hot-Rolled, -Drawing Quality

A633-1979a ⓘ Standard Specification for Normalized High-Strength Low-Alloy Structural Steel

   Current Active Version: A633/A633M-2018 ⓘ

A653/A653M-1998a ⓘ Standard Specification for Steel Sheet, Zinc-Coated (Galvanized) or Zinc-Iron Alloy-Coated (Galvannealed) by the Hot-Dip Process

Current Active Version: A653/A653M-2019a ⓘ

A668-1981a ⓘ Standard Specification for Steel Forgings, Carbon And Alloy, For General Industrial Use

Current Active Version: A668/A668M-2019a ⓘ

A671-1994 ⓘ Standard Specification for Electric-Fusion-Welded Steel Pipe for Atmospheric and Lower Temperatures

A671-2004 ⓘ

A671/A671M-2010 ⓘ

Current Active Version: A671/A671M-2016a ⓘ

A672-1996(2001) ⓘ Standard Specification for Electric-Fusion-Welded Steel Pipe for High-Pressure Service at Moderate Temperatures

A672/A672M-2009 ⓘ

Current Active Version: A672/A672M-2014 ⓘ

A691-1998(2007) ⓘ Standard Specification for Carbon and Alloy Steel Pipe, Electric-Fusion-Welded for High-Pressure Service at High Temperatures

A691/A691M-2009 ⓘ

Current Active Version: A691/A691M-2018a ⓘ

A715-1981e1 ⓘ Standard Specification for Steel Sheet and Strip, Hot-Rolled, High-Strength, Low-Alloy, with Improved Formability

Replaced By: A1008/A1008M,A1011/A1011M

A1008/A1008M-2003 ⓘ Standard Specification for Steel, Sheet, Cold-Rolled, Carbon, Structural, High-Strength Low-Alloy and High-Strength Low-Alloy with Improved Formability

Current Active Version: A1008/A1008M-2018 ⓘ

A1011/A1011M-2003 ⓘ Standard Specification for Steel, Sheet and Strip, Hot-Rolled, Carbon, Structural, High-Strength Low-Alloy and High-Strength Low-Alloy with Improved Formability

A1011/A1011M-2003a ⓘ

Current Active Version: A101/A101M-2018a ⓘ

B3-1990 ⓘ Standard Specification for Soft or Annealed Copper Wire

Current Active Version: B3-2013(2018) ⓘ

B16-1992 ⓘ Standard Specification for Free-Cutting Brass Rod, Bar and Shapes for Use in Screw Machines

Current Active Version: B16/B16M-2010(2015) ⓘ

B21-1996 ⓘ Standard Specification for Naval Brass Rod, Bar, and Shapes

Replaced By: B21/B21M

B26/B26M-1997 ⓘ Standard Specification for Aluminum-Alloy Sand Castings

Current Active Version: B26/B26M-2018e1 ⓘ

B33-1991 ⓘ Standard Specification for Tinned Soft or Annealed Copper Wire for Electrical Purposes

Current Active Version: B33-2010(2014) ⓘ

B41-1991 ⓘ Standard Specification for Seamless Red Brass Pipe, Standard Sizes

Replaced By: E39

B42-1993 ⓘ Standard Specification for Seamless Copper Pipe, Standard Sizes

B42-1996 ⓘ

Current Active Version: B42-2015a ⓘ

B43-1991 ⓘ Standard Specification for Seamless Red Brass Pipe, Standard Sizes

B43-1996 ⓘ

Current Active Version: B43-2015 ⓘ

B68-1995 ⓘ Standard Specification for Seamless Copper Tube, Bright Annealed

Current Active Version: B68/B68M-2019 ⓘ

B75-1997 ⓘ Standard Specification for Seamless Copper Tube

Current Active Version: B75/B75M-2019 ⓘ

B85-1996 ⓘ Standard Specification for Aluminum-Alloy Die Castings

    Current Active Version: B85/B85M-2018e1 ⓘ

B88-1966a ⓘ Standard Specification for Seamless Copper Water Tube

B88-1983a ⓘ

B88-1993a ⓘ

B88-1996 ⓘ

    Current Active Version: B88-2016 ⓘ

B96-1993 ⓘ Standard Specification for Copper-Silicon Alloy Plate, Sheet, Strip, and Rolled Bar for General Purposes and Pressure Vessel

    Current Active Version: B96/B96M-2016 ⓘ

B111-1995 ⓘ Standard Specification for Copper and Copper- Alloy Seamless Condenser Tubes and Ferrule Stock

    Current Active Version: B111/B111M-2018a ⓘ

B117-1964 ⓘ Standard Method Of Salt Spray (Fog) Testing

B117-1973(1979) ⓘ

B117-1990 ⓘ

B117-1997 ⓘ

B117-2003 ⓘ

    Current Active Version: B117-2018 ⓘ

B122/B122M-1995 ⓘ Standard Specification for Copper-Nickel-Tin Alloy, Copper-Nickel-Zinc Alloy (Nickel Silver), and Copper-Nickel Alloy Plate, Sheet, Strip, and Rolled Bar

    Current Active Version: B122/B122M-2016 ⓘ

B124-1996 ⓘ Standard Specification for Copper and Copper Alloy Forging Rod, Bar, and Shapes

    Current Active Version: B124/B124M-2019 ⓘ

B127-1993ae1 ⓘ Standard Specification for Nickel-Copper Alloy (UNS N04400) Plate, Sheet, and Strip

B127-1998 ⓘ

Current Active Version: B127-2005(2014) ℹ️

B152-1997 ℹ️ Standard Specification for Copper Sheet, Strip, Plate, and Rolled Bar

Current Active Version: B152/152M-2013 ℹ️

B161-1993 ℹ️ Standard Specification for Nickel Seamless Pipe and Tube

Current Active Version: B161-2005(2019) ℹ️

B162-1993ae1 ℹ️ Standard Specification for Nickel Plate, Sheet, and Strip

Current Active Version: B162-1999(2019) ℹ️

B165-1993 ℹ️ Standard Specification for Nickel-Copper Alloy (UNS N04400)* Seamless Pipe and Tube

Current Active Version: B165-2005(2014) ℹ️

B167-1997a ℹ️ Standard Specification for Nickel-Chromium-Iron Alloys (UNS N06600, N06601, N06603, N06690, N06025, and N06045)* Seamless Pipe and Tube

Current Active Version: B167-2018 ℹ️

B171/B171M-1999 ℹ️ Standard Specification for Copper-Alloy Plate and Sheet for Pressure Vessels, Condensers, and Heat Exchangers

Current Active Version: B171/B171M-2018 ℹ️

B193-1987(1992) ℹ️ Standard Test Method for Resistivity of Electrical Conductor Materials

Current Active Version: B193-2016 ℹ️

B209-1993 ℹ️ Standard Specification for Aluminum and Aluminum-Alloy Sheet and Plate

B209-1996 ℹ️

Current Active Version: B209-2014 ℹ️

B210-1968 ℹ️ Standard Specifications For Aluminum-Alloy Drawn Seamless Tubes

B210-1995 ℹ️

Current Active Version: B210/B210M-2019 ℹ️

B221-1976a ℹ️ Standard Specification for Aluminum-Alloy Extruded Bars, Rods, Wire, Shapes, and Tubes

Current Active Version: B221-2014 ℹ️

B224-1980e1 ⓘ Standard Classification of COPPERS

B224-1991 ⓘ

    Current Active Version: B224-2016 ⓘ

B227-1970(1980) ⓘ Standard Specification for Hard-Drawn Copper-Clad Steel Wire

    Current Active Version: B227-2015 ⓘ

B234-1995 ⓘ Standard Specification for Aluminum and Aluminum-Alloy Drawn Seamless Tubes for Condensers and Heat Exchangers

    Current Active Version: B234-2017 ⓘ

B241-1969 ⓘ Standard Specifications For Aluminum-Alloy Seamless Pipe And Seamless Extruded Tube

B241/B241M-1996 ⓘ

    Current Active Version: B241/B241M-2016 ⓘ

B251-1993 ⓘ Standard Specification for General Requirements for Wrought Seamless Copper and Copper-Alloy Tube

    Current Active Version: B251/B251M-2017 ⓘ

B280-1993a ⓘ Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Field Service

B280-1995a ⓘ

    Current Active Version: B280-2018 ⓘ

B283-1996 ⓘ Standard Specification for Copper and Copper-Alloy Die Forgings (Hot-Pressed)

    Current Active Version: B283/B283M-2019 ⓘ

B306-1992 ⓘ Standard Specification for Copper Drainage Tube (DWV)

    Current Active Version: B306-2013 ⓘ

B315-1993 ⓘ Standard Specification for Seamless Copper Alloy Pipe and Tube

    Current Active Version: B315-2019 ⓘ

B361-1995 ⓘ Standard Specification for Factory-Made Wrought Aluminum and Aluminum-Alloy Welding Fittings

Current Active Version: B361-2016 ⓘ

B370-1977 ⓘ Standard Specification for Copper Sheet And Strip For Building Construction

Current Active Version: B370-2012 ⓘ

B456-1995 ⓘ Standard Specification for Electrodeposited Coatings of Copper Plus Nickel Plus Chromium and Nickel Plus Chromium

Current Active Version: B456-2017 ⓘ

B539-1990 ⓘ Standard Test Methods for Measuring Contact Resistance of Electrical Connections (Static Contacts)

Current Active Version: B539-2018 ⓘ

B557-1984 ⓘ Standard Methods of TENSION TESTING WROUGHT AND CAST ALUMINUM- AND MAGNESIUM-ALLOY PRODUCTS

B557-1984e1 ⓘ

Current Active Version: B557-2015 ⓘ

B580-1979(2000) ⓘ Standard Specification for Anodic Oxide Coatings on Aluminum

Current Active Version: B580-1979(2019) ⓘ

B587-1980 ⓘ Standard Specification for Welded Brass Tube

Current Active Version: B587-2019 ⓘ

B633-1985e1 ⓘ Standard Specification for Electrodeposited Coatings of Zinc on Iron and Steel

Current Active Version: B633-2019 ⓘ

B694-1986 ⓘ Standard Specification for Copper, Copper Alloy, and Copper-Clad Stainless Steel Sheet and Strip for Electrical Cable Shielding

Current Active Version: B694-2019 ⓘ

B736-1992a ⓘ Standard Specification for Aluminum, Aluminum Alloy and Aluminum-Clad Steel Cable Shielding Stock

B858-1995 ⓘ Standard Test Method for Ammonia Vapor Test for Determination Susceptibility to Stress Corrosion Cracking in Copper Alloys

Current Active Version: B858-2006(2018) ⓘ

C4-1962 ⓘ Standard Specifications For Clay Drain Tile

Current Active Version: C4-2004(2018) ⓘ

C5-1979(1997) ⓘ Standard Specification for Quicklime for Structural Purposes

Current Active Version: C5-2018 ⓘ

C12-1998e1 ⓘ Standard Practice for Installing Vitrified Clay Pipe Lines

Current Active Version: C12-2017 ⓘ

C14-1981 ⓘ Standard Specification for Concrete Sewer, Storm Drain, And Culvert Pipe

Current Active Version: C14-2015a ⓘ

C22-1977 ⓘ Standard Specification for Gypsum

Current Active Version: C22/C22M-2000(2015) ⓘ

C28-1980 ⓘ Standard Specification for Gypsum Plasters

Current Active Version: C28/C28M-2010(2015) ⓘ

C32-1973 ⓘ Standard Specification for Sewer And Manhole Brick ( ade From Clay Or Shale)

Current Active Version: C32-2013(2017) ⓘ

C33-1985 ⓘ Standard Specification for Concrete Aggregates

C33-2007 ⓘ

Current Active Version: C33/C33M-2018 ⓘ

C34-1962 ⓘ Standard Specifications For Structural, Clay Load-Bearing Wall Tile

Current Active Version: C34-2017 ⓘ

C35-1976 ⓘ Standard Specification for Inorganic Aggregates For Use In Gypsum Plaster

Current Active Version: C35-2001(2019) ⓘ

C36-1980 ⓘ Standard Specification for Gypsum Wallboard

C36-1993 ⓘ

C36/C36M-1999e1 ⓘ

   Current Active Version: C1396/C1396M-2017 ⓘ

C37-1981 ⓘ Standard Specification for Gypsum Lath

   Replaced By: C1396/C1396M ⓘ

C52-1954(1965) ⓘ Standard Specifications For Gypsum Partition Tile Or Block

C55-1975 ⓘ Standard Specification for Concrete Building Brick

   Current Active Version: C55-2017 ⓘ

C56-1971 ⓘ Standard Specification for Structural Clay Non-Load-Bearing Tile

   Current Active Version: C56-2013(2017) ⓘ

C57-1957(1965) ⓘ Standard Specifications For Structural Clay Floor Tile

C61-1976 ⓘ Standard Specification for Gypsum Keenes Cement

   Current Active Version: C61/C61M-2000(2015) ⓘ

C62-1981 ⓘ Standard Specification for Building Brick (Solid Masonry Units Made From Clay Or Shale)

   Current Active Version: C62-2017 ⓘ

C64-1972(1977) ⓘ Standard Specification for Refractories for Incinerators and Boilers

C73-1975 ⓘ Standard Specification for Calcium Silicate Face Brick (Sand-Lime Brick)

   Current Active Version: C73-2017 ⓘ

C76-2000 ⓘ Standard Specification for Reinforced Concrete Culvert, Storm Drain, and Sewer Pipe

   Current Active Version: C76-2019a ⓘ

C79-1978 ⓘ Standard Specification for Gypsum Sheathing Board

   Replaced By: C1396/C1396M ⓘ

C88-1976 ⓘ Standard Test Method for Soundness Of Aggregates By Use Of Sodium Sulfate Or Magnesium Sulfate

Current Active Version: C88/C88M-2018 ⓘ

C90-2000 ⓘ Standard Specification for Loadbearing Concrete Masonry Units

Current Active Version: C90-2016a ⓘ

C91-1978e1 ⓘ Standard Specification for Masonry Cement

Current Active Version: C91/C91M-2018 ⓘ

C94-1981 ⓘ Standard Specification for Ready-Mixed Concrete

C94/C94M-2007 ⓘ

Current Active Version: C94/C94M-2019a ⓘ

C126-1971 ⓘ Standard Specification for Ceramic Glazed Structural Clay Facing Tile, Facing Brick, And Solid Masonry Units

Current Active Version: C126-2018 ⓘ

C129-1975 ⓘ Standard Specification for Non-Load-Bearing Concrete Masonry Units

Current Active Version: C129-2017 ⓘ

C139-1973 ⓘ Standard Specification for Concrete Masonry Units For Construction Of Catch Basins And Manholes

Current Active Version: C139-2017 ⓘ

C143-1978 ⓘ Standard Test Method for Slump Of Portland Cement Concrete

Current Active Version: C143/C143M-2015a ⓘ

C144-1976 ⓘ Standard Specification for Aggregate For Masonry Mortar

Current Active Version: C144-2018 ⓘ

C150-1956 ⓘ Standard Specifications for Portland Cement

C150-1981 ⓘ

C150-1994b ⓘ

C150-2007

Current Active Version: C150/C150M-2019a ⓘ

C157-1975 ⓘ Standard Test Method for Length Change Of Hardened Cement Mortar And Concrete

Current Active Version: C157/C157M-2017 ⓘ

C177-1985(1993)e1 ⓘ Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Guarded-Hot-Plate Apparatus

C177-1997 ⓘ

C177-2004 ⓘ

Current Active Version: C177-2019 ⓘ

C206-1979 ⓘ Standard Specification for Finishing Hydrated Lime

Current Active Version: C206-2014 ⓘ

C207-1979(1988)e1 ⓘ Standard Specification for Hydrated Lime for Masonry Purposes

Current Active Version: C207-2018 ⓘ

C208-1972 ⓘ Standard Specification for Insulating Board (Cellulosic Fiber), Structural And Decorative

C208-1972(1982) ⓘ

Current Active Version: C208-2012(2017)e1 ⓘ

C209-1972 ⓘ Standard Methods of Testing Insulating Board (Cellulosic Fiber), Structural And Decorative

Current Active Version: C209-2015 ⓘ

C212-1960(1975) ⓘ Standard Specification for Structural Clay Facing Tile

C212-1960(1986) ⓘ

Current Active Version: C212-2017 ⓘ

C216-1981e1 ⓘ Standard Specification for Facing Brick (Solid Masonry Units Made From Clay Or Shale)

Current Active Version: C216-2017a ⓘ

C220-1991(2004) ⓘ Standard Specification for Flat Asbestos-Cement Sheets

Current Active Version: C220-1991(2015) ⓘ

C221-1977 ⓘ Standard Specification for Corrugated Asbestos-Cement Sheets

Current Active Version: C221-1998(2014) ⓘ

C222-1978 ⓘ Standard Specification for Asbestos-Cement Roofing Shingles

Current Active Version: C222-1997(2014) ⓘ

C223-1978(1984) ⓘ Standard Specification for Asbestos-Cement Siding

Current Active Version: C223-1998(2014) ⓘ

C236-1989(1993)e1 ⓘ Standard Test Method for Steady-State Thermal Performance of Building Assemblies by Means of a Guarded Hot Box (Withdrawn 2001)

Replaced By: C1363 ⓘ

C260-1977 ⓘ Standard Specification for Air-Entraining Admixtures for Concrete

Current Active Version: C260/C260M-2010a(2016) ⓘ

C270-1980a ⓘ Standard Specification for Mortar For Unit Masonry

Current Active Version: C270-2019ae1 ⓘ

C315-1978c(1983) ⓘ Standard Specification for Clay Flue Linings

Current Active Version: C315-2007(2016) ⓘ

C317-1976 ⓘ Standard Specification for Gypsum Concrete

Current Active Version: C317/C317M-2000(2019) ⓘ

C330-1980 ⓘ Standard Specification for Lightweight Aggregates For Structural Concrete

C330-2005 ⓘ

Current Active Version: C330/C330M-2017a ⓘ

C377-1966(1977) ⓘ Standard Specification for Precast Reinforced Gypsum Slabs

C412-1981a ⓘ Standard Specification for Concrete Drain Tile

Current Active Version: C412-2019 ⓘ

C425-1977(1982) ⓘ Standard Specification for Compression Joints for Vitrified Clay Pipe and Fittings

Current Active Version: C425-2004(2018) ⓘ

C428-1978 ⓘ Standard Specification for Asbestos-Cement Nonpressure Sewer Pipe

C428-1981(1985) ⓘ

Current Active Version: C428/C428M-2005(2019) ⓘ

C475-1964 ⓘ Standard Specifications For Joint Treatment Materials For Gypsum Wallboard Construction

Current Active Version: C475/C475M-2017 ⓘ

C476-1971 ⓘ Standard Specification for Mortar And Grout For Reinforced Masonry

Current Active Version: C476-2018 ⓘ

C494-1979 ⓘ Standard Specification for Chemical Admixtures For Concrete

Current Active Version: C494/C494M-2017 ⓘ

C495-1999a ⓘ Standard Test Method for Compressive Strength of Lightweight Insulating Concrete

Current Active Version: C495/C495M-2012 ⓘ

C508-1998 ⓘ Standard Specification for Asbestos-Cement Underdrain Pipe

Current Active Version: C508/C508M-2000(2015) ⓘ

C509-1979 ⓘ Standard Specification for Cellular Elastomeric Preformed Gasket And Sealing Material

Current Active Version: C509-2006(2015) ⓘ

C514-1977 ⓘ Standard Specification for Nails For The Application Of Gypsum Wallboard

Current Active Version: C514-2004(2014) ⓘ

C516-1975 ⓘ Standard Specification for Vermiculite Loose Fill Insulation

C516-1980(1996)e1 ⓘ

Current Active Version: C516-2019 ⓘ

C517-1971(1979) ⓘ Standard Specification for Diatomaceous Earth Block and Pipe Thermal Insulation

C518-1991 ⓘ Standard Test Method for Steady-State Heat Flux Measurements and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus

C518-2004 ⓘ

   Current Active Version: C518-2017 ⓘ

C530-1970(1975) ⓘ Standard Specification for Structural Clay Non-Load-Bearing Screen Tile

C530-1970(1986) ⓘ

   Current Active Version: C530-2013(2017) ⓘ

C533-1985(1990) ⓘ Standard Specification for Calcium Silicate Block and Pipe Thermal Insulation

   Current Active Version: C533-2017 ⓘ

C534-1988 ⓘ Standard Specification for Performed Flexible Elastomeric Cellular Thermal Insulation in Sheet and Tubular Form

   Current Active Version: C534/C534M-2019 ⓘ

C547-1977 ⓘ Standard Specification for Mineral Fiber Preformed Pipe Insulation

   Current Active Version: C547-2017 ⓘ

C549-1973 ⓘ Standard Specification for Perlite Loose Fill Insulation

C549-1981(1986) ⓘ

   Current Active Version: C549-2018 ⓘ

C552-1988 ⓘ Standard Specification for Cellular Glass Thermal Insulation

   Current Active Version: C552-2017e1 ⓘ

C553-1970(1977) ⓘ Standard Specification for Mineral Fiber Blanket And Felt Insulation (Industrial Type)

   Current Active Version: C553-2013 ⓘ

C564-1970 ⓘ Standard Specification for Rubber Gaskets For Cast Iron Soil Pipe And Fittings

C564-1970(1976) ⓘ

C564-1988 ⓘ

C564-1997 ⓘ

Current Active Version: C564-2014 ⓘ

C570-1972(1989)e1 ⓘ Standard Specification for Oil- and Resin-Base Caulking Compound for Building Construction

C578-1987a ⓘ Standard Specification for Preformed, Cellular Polystyrene Thermal Insulation

C578-1992 ⓘ

Current Active Version: C578-2019 ⓘ

C587-1968 ⓘ Standard Specifications For Gypsum Veneer Plaster

Current Active Version: C587-2004(2018) ⓘ

C588-1980 ⓘ Standard Specification for Gypsum Base For Veneer Plasters

Replaced By: C1396/C1396M ⓘ

C591-1985 ⓘ Standard Specification for Unfaced Preformed Rigid Cellular Polyurethane Thermal Insulation

Current Active Version: C591-2019 ⓘ

C592-1980 ⓘ Standard Specification for Mineral Fiber Blanket Insulation and Blanket-Type Pipe Insulation )Metal-Mesh Covered) (Industrial Type)

Current Active Version: C592-2016 ⓘ

C595-1979 ⓘ Standard Specification for Blended Hydraulic Cements

C595-2008 ⓘ

Current Active Version: C595/C595M-2019 ⓘ

C610-1985 ⓘ Standard Specification for Expanded Perlite Block and Pipe Thermal Insulation

Current Active Version: C610-2017 ⓘ

C612-1983e1 ⓘ Standard Specification for Mineral Fiber Block and Board Thermal Insulation

Current Active Version: C612-2014 ⓘ

C618-1978 ⓘ Standard Specification for Fly Ash And Raw Or Calcined Natural Pozzolan For Use As A Mineral Admixture In Portland Cement Concrete

Current Active Version: C618-2019 ⓘ

C630-1978 ⓘ Standard Specification for Water-Resistant Gypsum Backing Board

Replaced By: C1396/C1396M ⓘ

C652-1977 ⓘ Standard Specification for Hollow Brick (Hollow Masonry Units Made From Clay Or Shale)

Current Active Version: C652-2019a ⓘ

C654-1980 ⓘ Standard Specification for Porous Concrete Pipe

Current Active Version: C654-2019 ⓘ

C655-1977 ⓘ Standard Specification for Reinforced Concrete D-Load Culvert,,Storm Drain, And Sewer Pipe

Current Active Version: C655-2019a ⓘ

C665-1988 ⓘ Standard Specification for Mineral-Fiber Blanket Thermal Insulation for Light Frame Construction and Manufactured Housing

Current Active Version: C665-2017 ⓘ

C666-1977 ⓘ Standard Test Method for Resistance Of Concrete To Rapid Freezing And Thawing

Current Active Version: C666/C666M-2015 ⓘ

C669-1975(1989)e1 ⓘ Standard Specification for Glazing Compounds for Back Bedding and Face Glazing of Metal Sash

C700-1978a(1983) ⓘ Standard Specification for Vitrified Clay Pipe, Extra Strength, Standard Strength, and Perforated

Current Active Version: C700-2018 ⓘ

C720-1989(1994)e1 ⓘ Specification for Spray-Applied Fibrous Thermal Insulation for Elevated Temperature (Withdrawn 1999)

Replaced By: No_Replacement

C726-1981 ⓘ Standard Specification for Mineral Fiber And Mineral Fiber, Rigid Cellular Polyurethane Composite Roof Insulation Board

C726-1988 ⓘ

Current Active Version: C726-2017 ⓘ

C728-1989a ⓘ Stnandard Specification for Perlite Thermal Insulation Board

Current Active Version: C728-2017a ⓘ

C739-1977 ⓘ Standard Specification for Cellulosic Fiber (Wood-Base) Loose-Fill Thermal Insulation

C739-1988 ⓘ

C739-2003 ⓘ

Current Active Version: C739-2017 ⓘ

C754-1979 ⓘ Standard Specification for Installation Of Steel Framing Members To Receive Screw-Attached Gypsum Wallboard, Backing Board, Or Water-Resistant Backing Board

Current Active Version: C754-2018 ⓘ

C755-1985(1990) ⓘ Standard Practice for Selection of Vapor Retarders for Thermal Insulation

Current Active Version: C755-2019a ⓘ

C764-1988 ⓘ Standard Specification for Mineral Fiber loose-Fill Thermal Insulation

Current Active Version: C764-2019 ⓘ

C803-1979 ⓘ Standard Test Method for Penetration Resistance Of Hardened Concrete

Current Active Version: C803/C803M-2018 ⓘ

C834-1976(1986) ⓘ Standard Specification for Latex Sealing Compounds

Current Active Version: C834-2017 ⓘ

C840-1979 ⓘ Standard Specification for Application And Finishing Of Gypsum Board

Current Active Version: C840-2019 ⓘ

C843-1976 ⓘ Standard Specification for Application Of Gypsum Veneer Plaster

Current Active Version: C843-2017 ⓘ

C844-1979 ⓘ Standard Specification for Application Of Gypsum Base To Receive Gypsum Veneer Plaster

Current Active Version: C844-2015 ⓘ

C846-1976(1982)e1 ⓘ Standard Practice for Application Of Structural Insulating Board (FiberBoard) Sheathing

   Current Active Version: C846-2016 ⓘ

C847-1977 ⓘ Standard Specification for Metal Lath

   Current Active Version: C847-2018 ⓘ

C892-1989 ⓘ Standard Specification for High-Temperature Fiber Blanket Thermal Insulation

   Current Active Version: C892-2019 ⓘ

C902-1979 ⓘ Standard Specification for Pedestrian And Light Traffic Paving Brick

C902-1984 ⓘ

   Current Active Version: C902-2015 ⓘ

C920-1987 ⓘ Stnadard Specification for Elastomeric Joint Sealants

C920-2002 ⓘ

   Current Active Version: C920-2018 ⓘ

C971-1982(1992) ⓘ Standard Guide for Selection and Application of Insulation Systems for Heating, Ventilating, and Air Conditioning Duct Work

C976-1990(1996)e1 ⓘ Standard Test Method for Thermal Performance of Building Assemblies by Means of a Calibrated Hot Box (Withdrawn 2002)

   Replaced By: C1363 ⓘ

C1045-2001 ⓘ Standard Practice for Calculating Thermal Transmission Properties Under Steady-State Conditions

   Current Active Version: C1045-2019 ⓘ

C1114-2000 ⓘ Standard Test Method for Steady-State Thermal Transmission Properties by Means of the Thin-Heater Apparatus

   Current Active Version: C1114-2006(2019) ⓘ

C1149-2002 ⓘ Standard Specification for Self-Supported Spray Applied Cellulosic Thermal Insulation

   Current Active Version: C1149-2017 ⓘ

C1166-2000 ℹ Standard Test Method for Flame Propagation of Dense and Cellular Elastomeric Gaskets and Accessories

Current Active Version: C1166-2006(2016) ℹ

C1186-1991 ℹ Standard Specification for Flat Non-Asbestos Fiber-Cement Sheets

Current Active Version: C1186-2008(2016) ℹ

C1224-2003 ℹ Standard Specification for Reflective Insulation for Building Applications

Current Active Version: C1224-2015 ℹ

C1264-2011 ℹ Standard Specification for Sampling, Inspection, Rejection, Certification, Packaging, Marking, Shipping, Handling, and Storage of Gypsum Panel Products

Current Active Version: C1264-2014a ℹ

C1265-1994(2011) ℹ Standard Test Method for Determining the Tensile Properties of an Insulating Glass Edge Seal for Structural Glazing Applications

Current Active Version: C1265-2017 ℹ

C1315-1995 ℹ Standard Specification for Liquid Membrane-Forming Compounds Having Special Properties for Curing and Sealing Concrete

Current Active Version: C1315-2019 ℹ

C1363-1997 ℹ Standard Test Method for the Thermal Performance of Building Assemblies by Means of a Hot Box Apparatus

Current Active Version: C1363-2019 ℹ

C1371-2004 ℹ Standard Test Method for Determination of Emittance of Materials Near Room Temperature Using Portable Emissometers

Current Active Version: C1371-2015 ℹ

C1374-1997 ℹ Standard Test Method for Determination of Installed Thickness of Pneumatically Applied Loose-Fill Building Insulation

C1374-2003 ℹ

Current Active Version: C1374-2018 ℹ

C1549-2009 ⓘ Standard Test Method for Determination of Solar Reflectance Near Ambient Temperature Using a Portable Solar Reflectometer

Current Active Version: C1549-2016 ⓘ

D5-1965 ⓘ Standard Method Of Test For Penetration Of Bituminous Materials

D5-1973(1978) ⓘ

Current Active Version: D5/D5M-2019 ⓘ

D36-1976 ⓘ Standard Test Method for Softening Point Of Bitumen (Ring-And-Ball Apparatus)

Current Active Version: D36/D36M-2014e1 ⓘ

D56-1970 ⓘ Standard Method Of Test For Flash Point By Tag Closed Tester

D56-1987 ⓘ

D56-1993 ⓘ

D56-2005 ⓘ

Current Active Version: D56-2016a ⓘ

D86-1978 ⓘ Standard Method for Distillation Of Petroleum Products

D86-1982e2 ⓘ

D86-1990e2 ⓘ

D86-1993 ⓘ

D86-1995 ⓘ

D86-1996 ⓘ

D86-2001 ⓘ

D86-2007 ⓘ

D86-2007a ⓘ

D86-2012 ⓘ

Current Active Version: D86-2018 ⓘ

D88-1956(1968) ⓘ Standard Method Of Test For Saybolt Viscosity

D88-1981(1987)e1 ⓘ

   Current Active Version: D88/D88M-2007(2019)e1 ⓘ

D92-1985 ⓘ Standard Test Method for Flash and Fire Points by Cleveland Open Cup

D92-1997 ⓘ

   Current Active Version: D92-2018 ⓘ

D93-1971 ⓘ Standard Method Of Test For Flash Point By Pensky-Martens Closed Tester

D93-1980e1 ⓘ

D93-1985 ⓘ

D93-1990e1 ⓘ

D93-1994 ⓘ

D93-1997 ⓘ

D93-2002 ⓘ

D93-2007 ⓘ

D93-2008 ⓘ

D93-2013 ⓘ

   Current Active Version: D93-2018 ⓘ

D95-2005(2010) ⓘ Standard Test Method for Water in Petroleum Products and Bituminous Materials by Distillation

   Current Active Version: D95-2013(2018) ⓘ

D97-1987e1 ⓘ Standard Test Method for Pour Point of Petroleum Oils

   Current Active Version: D97-2017b ⓘ

D120-1987e1 ⓘ Standard Specification for Rubber Insulating Gloves

   Current Active Version: D120-2014a ⓘ

D127-1963(1977) ⓘ Standard Test Method for Drop Melting Point Of Petroleum Wax Including Petrolatum

   Current Active Version: D127-2008(2015) ⓘ

D129-1964(1968)  Standard Method Of Test For Sulfur In Petroleum Products By The Bomb Method

D129-1964(1978) ⓘ

D129-1995 ⓘ

D129-2000 ⓘ

   Current Active Version: D129-2018 ⓘ

D150-1987 ⓘ Standard Test Methods for A-C Loss Characteristics and Permittivity (Dielectric Constant) of Solid Electrical Insulating Materials

   Current Active Version: D150-2018 ⓘ

D156-1982 ⓘ Standard Test Method for Saybolt Color of Petroleum Products (Saybolt Chromometer Method)

   Current Active Version: D156-2015 ⓘ

D173-1997b ⓘ Standard Specification for Bitumen-Saturated Cotton Fabrics Used in Roofing and Waterproofing

   Current Active Version: D173/D173M-2003(2018) ⓘ

D178-1988 ⓘ Standard Specification for Rubber Insulating Matting

D178-1993(1998) ⓘ

   Current Active Version: D178-2019 ⓘ

D224-1975 ⓘ Standard Specification for Smooth-Surfaced Asphalt Roll Roofing (Organic Felt)

   Replaced By: D6380 ⓘ

D225-1965(1978) ⓘ Standard Specification for Asphalt Shingles (Organic Felt) Surfaced With Mineral Granules

D227-1981 ⓘ Standard Specification for Coal-Tar-Saturated Organic Felt Used In Roofing And Waterproofing

   Current Active Version: D227/D227M-2003(2018) ⓘ

D240-1976 ⓘ Standard Test Method for Heat Of Combustion Of Liquid Hydrocarbon Fuels By Bomb Calorimeter

D240-1987(1991)e1 ⓘ

D240-1987e1

D240-1992(1997)e2 ⓘ

D240-2000 ⓘ

D240-2009 ⓘ

   Current Active Version: D240-2017 ⓘ

D250-1977e1 ⓘ Standard Specification for Asphalt-Saturated Asbestos Felt Used In Roofing And Waterproofing

D257-1999 ⓘ Standard Test Methods for DC Resistance or Conductance of Insulating Materials

   Current Active Version: D257-2014 ⓘ

D270-1965(1980) ⓘ Methods of Sampling Petroleum and Petroleum Products (Withdrawn 1982)

   Replaced By: D4057 and D4177

D287-1992(2000)e1 ⓘ Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer Method)

   Current Active Version: D287-2012b ⓘ

D297-1981 ⓘ Standard Methods for Rubber Products - Chemical Analysis

   Current Active Version: D297-2015 ⓘ

D302-1958(1975) ⓘ Standard Specification for Ethyl Acetate (85 To 88 Percent Grade)

   Replaced By: D4614 ⓘ

D312-1978 ⓘ Standard Specification for Asphalt Used In Roofing

   Current Active Version: D312/D312M-2016a ⓘ

D323-1958(1968) ⓘ Standard Method Of Test For Vapor Pressure Of Petroleum Products (Reid Method)

D323-1982e2 ⓘ

D323-1990 ⓘ

D323-1994 ⓘ

   Current Active Version: D323-2015a ⓘ

D362-1975 🛈 Standard Specification for Industrial Grade Toluene

D362-1984 🛈

D381-1980e1 🛈 Standard Test Method for Existent Gum in Fuels by Jet Evaporation

    Current Active Version: D381-2012(2017) 🛈

D388-1977 🛈 Standard Specification for Classification Of Coals By Rank

D388-1988 🛈

D388-1990 🛈

D388-1991 🛈

D388-1991a 🛈

D388-1992 🛈

D388-1995 🛈

D388-1998 🛈

D388-1999 🛈

D388-1999(2004)e1 🛈

    Current Active Version: D388-2019 🛈

D396-1978 🛈 Standard Specification for Fuel Oils

D396-1989 🛈

D396-1990 🛈

D396-1992 🛈

D396-1996 🛈

D396-1998 🛈

D396-2002 🛈

D396-2010 🛈

    Current Active Version: D396-2019 🛈

D412-1968 🛈 Standard Method Of Tension Testing Of Vulcanized Rubber

D412-1998a

Current Active Version: D412-2016 ⓘ

D413-1998 ⓘ Standard Test Methods for Rubber Property-Adhesion to Flexible Substrate

Current Active Version: D413-1998(2017) ⓘ

D418-1982 ⓘ Standard Methods of Testing Pile Yarn Floor Covering Construction

D418-1992 ⓘ

D439-1985a ⓘ Standard Specification for Automotive Gasoline

Replaced By: D4814 ⓘ

D445-1965 ⓘ Standard Method Of Test For Viscosity Of Transparent And Opaque Liquids (Kinematic And Dynamic Viscosities)

D445-1974 ⓘ

D445-1988 ⓘ

D445-1994e1 ⓘ

D445-2001 ⓘ

D445-2006 ⓘ

D445-2012 ⓘ

Current Active Version: D445-2019 ⓘ

D449-1973e1 ⓘ Standard Specification for Asphalt Used In Dampproofing And Waterproofing

Current Active Version: D449/D449M-2003(2014)e1 ⓘ

D450-1978 ⓘ Standard Specification for Coal-Tar Bitumen Used In Roofing, Dampproofing, And Waterproofing

Current Active Version: D450/D450M-2007(2018) ⓘ

D465-1982(1987)e1 ⓘ Standard Test Methods for Acid Number of Rosin

Current Active Version: D465-2015 ⓘ

D471-1996 ⓘ Standard Test Method for Rubber Property–Effect of Liquids

D471-1998e1

Current Active Version: D471-2016a ⓘ

D484-1971 ⓘ Standard Specification for Hydrocarbon Dry Cleaning Solvents

Replaced By: D235 ⓘ

D509-1970(1987) ⓘ Standard Test Methods of Sampling and Grading Rosin

Current Active Version: D509-2015 ⓘ

D511-2003 ⓘ Standard Test Methods for Calcium and Magnesium In Water

Current Active Version: D511-2014 ⓘ

D512-1989(1999) ⓘ Standard Test Methods for Chloride Ion In Water

Current Active Version: D512-2012 ⓘ

D516-1990(1995)e1 ⓘ Standard Test Method for Sulfate Ion in Water

D516-2002 ⓘ

Current Active Version: D516-2016 ⓘ

D523-1989(1999) ⓘ Standard Test Method for Specular Gloss

Current Active Version: D523-2014(2018) ⓘ

D524-1988 ⓘ Standard Test Method for Ramsbottom Carbon Residue of Petroleum Products

Current Active Version: D524-2015 ⓘ

D566-1976 ⓘ Standard Test Method for Dropping Point Of Lubricating Grease

D566-1976(1982)e1 ⓘ

Current Active Version: D566-2017 ⓘ

D570-1995 ⓘ Standard Test Method for Water Absorption of Plastics

Current Active Version: D570-1998(2018) ⓘ

D579-1990 ⓘ Standard Specification for Greige Woven Glass Fabrics

Current Active Version: D579/D579M-2015 ⓘ

D610-1985(1989)e1 ℹ️ Standard Test Method for Evaluating Degree of Rusting on Painted Steel Surfaces

Current Active Version: D610-2008(2019) ℹ️

D611-1982(1998) ℹ️ Standard Test Methods for Aniline Point and Mixed Aniline Point of Petroleum Products and Hydrocarbon Solvents

Current Active Version: D611-2012(2016) ℹ️

D613-1995 ℹ️ Standard Test Method for Cetane Number of Diesel Fuel Oil

D613-2001 ℹ️

D613-2005 ℹ️

D613-2013 ℹ️

Current Active Version: D613-2018a ℹ️

D629-1988 ℹ️ Standard Test Methods for Quantitative Analysis of Textiles

Current Active Version: D629-2015 ℹ️

D635-1997 ℹ️ Standard Test Method for Rate of Burning and/or Extent and Time of Burning of Plastics in a Horizontal Position

Current Active Version: D635-2018 ℹ️

D638-2003 ℹ️ Standard Test Method for Tensile Properties of Plastics

Current Active Version: D638-2014 ℹ️

D660-1944(1970) ℹ️ Standard Method Of Evaluating Degree Of Resistance To Checking Of Exterior Paints

Current Active Version: D660-1993(2011) ℹ️

D661-1944(1975) ℹ️ Standard Method of Evaluating Degree Of Cracking Of Exterior Paints

Current Active Version: D661-1993(2011) ℹ️

D665-1998e1 ℹ️ Standard Test Method for Rust-Preventing Characteristics of Inhibited Mineral Oil in the Presence of Water

Current Active Version: D665-2014e1 ℹ️

D714-1956(1981)e1 ⓘ Standard Method of Evaluating Degree of Blistering of Paints

Current Active Version: D714-2002(2017) ⓘ

D721-1968(1982) ⓘ Standard Test Method for Oil Content of Petroleum Waxes

D721-1997 ⓘ

Current Active Version: D721-2017 ⓘ

D729-1995 ⓘ Standard Specification for Vinylidene Chloride Molding Compounds (Withdrawn 2000)

Replaced By: No_Replacement

D750-1968 ⓘ Recommended Practice for Operating Light - And Weather-Exposure Apparatus (Carbon-Arc Type) For Artificial Weather Testing Of Rubber Compounds

Current Active Version: D750-2012(2017) ⓘ

D751-1995e1 ⓘ Standard Test Methods for Coated Fabrics

Current Active Version: D751-2019 ⓘ

D756-1978 ⓘ Standard Practice for Determination Of Weight And Shape Changes Of Plastics Under Accelerated Service Conditions

D772-1947(1975) ⓘ Standard Method of Evaluating Degree Of Flaking (Scaling) Of Exterior Paints

Current Active Version: D772-2018 ⓘ

D781-1968(1973) ⓘ Method of Test for Puncture and Stiffness of Paperboard, Corrugated and Solid Fiberboard (Withdrawn 1984)

Replaced By: No_Replacement

D808-1987 ⓘ Standard Test Method for Chlorine in New and Used Petroleum Products (Bomb Method)

Current Active Version: D808-2016 ⓘ

D814-1995(2000) ⓘ Standard Test Method for Rubber Property- Vapor Transmission of Volatile Liquids

Current Active Version: D814-1995(2014) ⓘ

D822-1980 ⓘ Standard Practice for Operating Light - and Water-Exposure Apparatus (Carbon-Arc Type) For Testing Paint, Varnish, Lacquer, and Related Products

Current Active Version: D822/D822M-2013(2018) ⓘ

D835-1985 ⓘ Standard Specification for Refined Benzene-485

D836-1984 ⓘ Specification for Industrial Grade Benzene (Withdrawn 1989)

Replaced By: No_Replacement

D858-2002 ⓘ Standard Test Methods for Manganese in Water

Current Active Version: D858-2017 ⓘ

D882-1997 ⓘ Standard Test Method for Tensile Properties of Thin Plastic Sheeting

Current Active Version: D882-2018 ⓘ

D910-2007 ⓘ Standard Specification for Aviation Gasolines

Current Active Version: D910-2017a ⓘ

D923-1986 ⓘ Standard Methods of Sampling Electrical Insulating Liquids

D923-1989 ⓘ

Current Active Version: D923-2015 ⓘ

D938-1971(1981) ⓘ Standard Test Method for Congealing Point of Petroleum Waxes, Including Petrolatum

Current Active Version: D938-2012(2017) ⓘ

D968-1981(1986)e1 ⓘ Standard Test Methods for Abrasion Resistance of Organic Coatings by Falling Abrasive

Current Active Version: D968-2017 ⓘ

D971-1991 ⓘ Standard Test Method for Interfacial Tension of Oil Against Water by the Ring Method

Current Active Version: D971-2012 ⓘ

D975-1978 ⓘ Standard Specification for Diesel Fuel Oils

D975-1991 ⓘ

D975-1993 ⓘ

D975-1996a

D975-1998be1 ⓘ

D975-2004 ⓘ

D975-2007 ⓘ

D975-2008a ⓘ

D975-2011b ⓘ

D975-2013a ⓘ

   Current Active Version: D975-2019b ⓘ

D976-1980(1990)e1 ⓘ Standard Test Methods for Calculated Cetane Index of Distillate Fuels

D976-1991(2000)e1 ⓘ

D976-2006(2011) ⓘ

   Current Active Version: D976-2006(2016) ⓘ

D994-1971(1982)e1 ⓘ Standard Specification for Performed Expansion Joint Filler for Concrete (Bituminous Type)

   Current Active Version: D994/D994M-2011(2016) ⓘ

D1003-1992 ⓘ Standard Test Method for Haze and Luminous Transmittance of Transparent Plastics

   Current Active Version: D1003-2013 ⓘ

D1004-1994a ⓘ Standard Test Method for Initial Tear Resistance of Plastic Film and Sheeting

   Current Active Version: D1004-2013 ⓘ

D1037-1978 ⓘ Standard Methods of Evaluating the Properties of Wood-Base Fiber and Particle Panel Materials

   Current Active Version: D1037-2012 ⓘ

D1048-1988ae1 ⓘ Standard Specification for Rubber Insulating Blankets

D1048-1993 ⓘ

   Current Active Version: D1048-2014(2019) ⓘ

D1049-1988 ⓘ Standard Specification for Rubber Insulating Covers

D1049-1993e1 ⓘ

   Current Active Version: D1049-1998(2017) ⓘ

D1050-1990(1999) ⓘ Standard Specification for Rubber Insulating Line Hose

   Current Active Version: D1050-2005(2017) ⓘ

D1051-1987 ⓘ Standard Specification for Rubber Insulating Sleeves

   Current Active Version: D1051-2019 ⓘ

D1056-1968e1 ⓘ Standard Specification for Sponge and Expanded Cellular Rubber Products

   Current Active Version: D1056-2014 ⓘ

D1067-1988 ⓘ Standard Test Methods for Acidity or Alkalinity of Water

   Current Active Version: D1067-2016 ⓘ

D1068-2003 ⓘ Standard Test Methods for Iron in Water

   Current Active Version: D1068-2015 ⓘ

D1072-1990(1999) ⓘ Standard Test Method for Total Sulfur in Fuel Gases

   Current Active Version: D1072-2006(2017) ⓘ

D1078-2005 ⓘ Standard Test Method for Distillation Range of Volatile Organic Liquids

   Current Active Version: D1078-2011(2019) ⓘ

D1081-1960(1968) ⓘ Standard Method of Test for Evaluating Pressure Sealing Properties Of Rubber And Rubber- Like Materials

D1121-1967 ⓘ Standard Method Of Test For Reserve Alkalinity Of Engine Antifreezes And Antirusts

   Current Active Version: D1121-2011 ⓘ

D1123-1959(1968) ⓘ Standard Method Of Test For Water In Concentrated Engine Antifreezes By The Iodine Reagent Method

   Current Active Version: D1123-1999(2015) ⓘ

D1126-1996 ⓘ Standard Test Method for Hardness in Water

  Current Active Version: D1126-2017 ⓘ

D1137-1953(1975) ⓘ Method for Analysis of Natural Gases and Related Types of Gaseous Mixtures by the Mass Spectrometer (Withdrawn 1981)

  Replaced By: No_Replacement

D1143-1981(1987)e1 ⓘ Standard Test Method for Piles Under Static Axial Compressive Load

  Current Active Version: D1143/D1143M-2007(2013)e1 ⓘ

D1149-1978a ⓘ Standard Test Method for Rubber Deterioration - Surface Ozone Cracking In A Chamber ( Flat Specimen)

  Current Active Version: D1149-2018 ⓘ

D1153-1983 ⓘ Standard Specification for Methly Isobutyl Ketone

D1153-1994(1997) ⓘ

  Current Active Version: D1153-2012 ⓘ

D1193-1970 ⓘ Standard Specification For Reagent Water

D1193-1977e1 ⓘ

D1193-1991 ⓘ

  Current Active Version: D1193-2006(2018) ⓘ

D1194-1972(1987)e1 ⓘ Standard Test Method for Bearing Capacity of Soil for Static Load and Spread Footings

D1200-1970 ⓘ Standard Method Of Test For Viscosity Of Paints, Varnishes, And Lacquers By Ford Viscosity Cup

  Current Active Version: D1200-2010(2018) ⓘ

D1217-1993(1998) ⓘ Standard Test Method for Density and Relative Density (Specific Gravity) of Liquids by Bingham Pycnometer

  Current Active Version: D1217-2015 ⓘ

D1218-1982 ⓘ Standard Test Method for Refractive Index and Refractive Dispersion of Hydrocarbon Liquids

Current Active Version: D1218-2012(2016) ⓘ

D1238-1985 ⓘ Standard Test Method for Flow Rates of Thermoplastics by Extrusion Plastometer

D1238-1990b ⓘ

Current Active Version: D1238-2013 ⓘ

D1240-1982 ⓘ Standard Test Method for Rosin Acids in Fatty Acids

Current Active Version: D1240-2014(2018) ⓘ

D1243-1979 ⓘ Standard Test Method for Dilute Solution Viscosity Of Vinyl Chloride Polymers

Current Active Version: D1243-2015 ⓘ

D1246-1995(1999) ⓘ Standard Test Method for Bromide Ion in Water

Current Active Version: D1246-2016 ⓘ

D1248-1984(1989)e1 ⓘ Standard Specification for Polyethylene Plastics Molding and Extrusion Materials

Current Active Version: D1248-2016 ⓘ

D1250-2007 ⓘ Standard Guide for Use of the Petroleum Measurement Tables

Current Active Version: D1250-2019 ⓘ

D1252-1995 ⓘ Standard Test Methods for Chemical Oxygen Demand (Dichromate Oxygen Demand) of Water

Current Active Version: D1252-2006(2012)e1 ⓘ

D1253-1986(1996) ⓘ Standard Test Method for Residual Chlorine in Water

D1253-2003 ⓘ

Current Active Version: D1253-2014 ⓘ

D1266-1987 ⓘ Standard Test Method for Sulfur in Petroleum Products (Lamp Method)

D1266-1991(1995) ⓘ

D1266-1998 ⓘ

Current Active Version: D1268-2018 ⓘ

D1267-2002(2007) ⓘ Standard Test Method for Gage Vapor Pressure of Liquefied Petroleum (LP) Gases (LP-Gas Method)

Current Active Version: D1267-2018 ⓘ

D1293-1984(1990) ⓘ Standard Test Methods for pH of Water

D1293-1999 ⓘ

Current Active Version: D1293-2018 ⓘ

D1298-1985(1990)e1 ⓘ Standard Practice for Density, Relative Density (Specific Gravity), or API Gravity of Crude Petroleum and Liquid Petroleum Products by Hydrometer Method

D1298-1999 ⓘ

Current Active Version: D1298-2012b(2017) ⓘ

D1303-1955(1979)e1 ⓘ Standard Test Method for Total Chlorine In Vinyl Chloride Polymers And Copolymers

D1308-1979(1981)e1 ⓘ Standard Test Method for Effect of Household Chemicals on Clear and Pigmented Organic Finishes

Current Active Version: D1308-2002(2013) ⓘ

D1310-1986(1997)e1 ⓘ Standard Test Method for Flash Point and Fire Point of Liquids by Tag Open-Cup Apparatus

Current Active Version: D1310-2014 ⓘ

D1319-1989 ⓘ Standard Test Method for Hydrocarbon Types in Liquid Petroleum Products by Fluorescent Indicator Absorption

D1319-1995a ⓘ

D1319-2002a ⓘ

D1319-2003 ⓘ

D1319-2013 ⓘ

Current Active Version: D1319-2019 ⓘ

D1331-1989(1995) ❶ Standard Test Methods for Surface and Interfacial Tension of Solutions of Surface-Active Agents

Current Active Version: D1331-2014 ❶

D1335-1967 ❶ Standard Method Of Test For Tuft Bind Of Pile Floor Coverings

D1335-1967(1972) ❶

Current Active Version: D1335-2017e1 ❶

D1353-1983e1 ❶ Standard Test Method for Nonvolatile Matter in Volatile Solvents for Use in Paint, Varnish, Lacquer, and Related Products

D1353-1996 ❶

D1353-1996(2000)e1 ❶

Current Active Version: D1353-2013 ❶

D1386-1983(1993)e1 ❶ Standard Test Method for Acid Number (Empirical) of Synthetic and Natural Waxes

D1386-1998 ❶

Current Active Version: D1386-2015 ❶

D1387-1984 ❶ Standard Test Method for Saponification Number (Empirical) of Synthetic and Natural Waxes

D1387-1989(2002) ❶

Current Active Version: D1387-1989(2019) ❶

D1412-1993(1997) ❶ Standard Test Method for Equilibrium Moisture of Coal at 96 to 97 Percent Relative Humidity and 30ûC

Current Active Version: D1412/D1412M-2019 ❶

D1415-1968 ❶ Standard Test Method for International Hardness Of Vulcanized Rubber

D1415-1988(1999) ❶

Current Active Version: D1415-2018 ❶

D1418-1999 ❶ Standard Practice for Rubber and Rubber Latices-Nomenclature

Current Active Version: D1418-2017 ❶

D1426-2003 ⓘ Standard Test Methods for Ammonia-Nitrogen In Water

Current Active Version: D1426-2015 ⓘ

D1434-1982(1998) ⓘ Standard Test Method for Determining Gas Permeability Characteristics of Plastic Film and Sheeting

D1434-1982(2009)e1 ⓘ

Current Active Version: D1434-1982(2015)e1 ⓘ

D1435-1994 ⓘ Standard Practice for Outdoor Weathering of Plastics

Current Active Version: D1435-2013 ⓘ

D1440-1977(1982) ⓘ Standard Test Method for Length and Length Distribution of Cotton Fibers (array Method)

Current Active Version: D1440-2007(2019) ⓘ

D1457-1983 ⓘ Standard Specification for PTFE Molding and Molding and Extrusion Materials

Replaced By: D4894,D4895

D1475-1960(1968) ⓘ Standard Method Of Test For Density Of Paint, Varnish, Lacquer, And Related Products

D1475-1985 ⓘ

D1475-1998 ⓘ

D1475-1998(2003) ⓘ

Current Active Version: D1475-2013 ⓘ

D1480-1993(1997) ⓘ Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Bingham Pycnometer

Current Active Version: D1480-2015 ⓘ

D1481-1991 ⓘ Standard Test Method for Density and Relative Density (Specific Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer

D1481-1993(1997) ⓘ

Current Active Version: D1481-2017 ⓘ

D1492-1978(1984)e1 ⓘ Standard Test Method for Bromine Index of Aromatic Hydrocarbons by Coulometric Titration

  Current Active Version: D1492-2013 ⓘ

D1500-1982 ⓘ Standard Test Method for ASTM Color of Petroleum Products (ASTM Color Scale)

  Current Active Version: D1500-2012(2017) ⓘ

D1505-1968(1979) ⓘ Standard Test Method for Density Of Plastics By The Density-Gradient Technique

D1505-1985(1990)e1 ⓘ

  Current Active Version: D1505-2018 ⓘ

D1518-1985(1998)e1 ⓘ Standard Test Method for Thermal Transmittance of Textile Materials

  Current Active Version: D1518-2014 ⓘ

D1525-1987 ⓘ Standard Test Method for Vicat Softening Temperature of Plastics

  Current Active Version: D1525-2017e1 ⓘ

D1535-1968 ⓘ Standard Method Of Specifying Color By The Munsell System

D1535-1989 ⓘ

  Current Active Version: D1535-2014(2018) ⓘ

D1545-1976(1989)e1 ⓘ Standard Test Method for Viscosity of Transparent Liquids by Bubble Time Method

  Current Active Version: D1545-2013(2017) ⓘ

D1552-1983 ⓘ Standard Test Method for Sulfur in Petroleum Products (High-Temperature Method)

D1552-1990e1 ⓘ

D1552-1995 ⓘ

D1552-2001 ⓘ

  Current Active Version: D1552-2016e1 ⓘ

D1564-1971e1 ⓘ Standard Methods of Testing Slab Flexible Urethane Foam

  Replaced By: D3574 ⓘ

D1565-1976 ⓘ Standard Specification For Flexible Cellular Materials - Vinyl Chloride Polymers And Copolymers ( Open-Cell Foam)

D1593-1961(1969) ⓘ Standard Specification For Nonrigid Vinyl Chloride Plastic Sheeting

    Current Active Version: D1593-2013 ⓘ

D1601-1978 ⓘ Standard Test Method for Dilute Solution Viscosity Of Ethylene Polymers

    Current Active Version: D1601-2018 ⓘ

D1608-1960(1967) ⓘ Standard Method Of Test For Oxides Of Nitrogen In Gaseous Combustion Products (Phenol-Disulfonic Acid Procedure)

    Current Active Version: D1608-2016 ⓘ

D1613-1996(1999) ⓘ Standard Test Method for Acidity in Volatile Solvents and Chemical Intermediates Used in Paint, Varnish, Lacquer, and Related Products

    Current Active Version: D1613-2017 ⓘ

D1621-1994 ⓘ Standard Test Method for Compressive Properties of Rigid Cellular Plastics

    Current Active Version: D1621-2016 ⓘ

D1622-1993 ⓘ Standard Test Method for Apparent Density of Rigid Cellular Plastics

    Current Active Version: D1622/D1622M-2014 ⓘ

D1640-1983(1989)e1 ⓘ Standard Test Methods for Drying, Curing, or Film Formation of Organic Coatings at Room Temperature

    Current Active Version: D1640/D1640M-2014(2018) ⓘ

D1646-1981 ⓘ Standard Test Method for Rubber - Viscosity And Vulcanization Characteristics ( Mooney Viscometer)

D1646-1992 ⓘ

    Current Active Version: D1646-2019 ⓘ

D1654-1992(2000) ⓘ Standard Test Method for Evaluation of Painted or Coated Specimens Subjected to Corrosive Environments

    Current Active Version: D1654-2008(2016)e1 ⓘ

D1655-1985a ⓘ Standard Specification for Aviation Turbine Fuels

D1655-2007 ⓘ

   Current Active Version: D1655-2019 ⓘ

D1667-1976(1990) ⓘ Standard Specification for Flexible Cellular MaterialsÐVinyl Chloride Polymers and Copolymers (Closed-Cell Foam)

   Current Active Version: D1667-2017 ⓘ

D1687-1992 ⓘ Standard Test Methods for Chromium in Water

D1687-2002 ⓘ

   Current Active Version: D1687-2017 ⓘ

D1688-1990 ⓘ Standard Test Methods for Copper in Water

D1688-1995 ⓘ

D1688-2002 ⓘ

   Current Active Version: D1688-2017 ⓘ

D1691-1990 ⓘ Standard Test Methods for Zinc in Water

   Current Active Version: D1691-2017 ⓘ

D1692-1968 ⓘ Standard Method Of Test For Flammability Of Plastic Sheeting And Cellular Plastics

D1693-1994 ⓘ Standard Test Method for Environmental Stress-Cracking of Ethylene Plastics

D1693-2000 ⓘ

   Current Active Version: D1693-2015 ⓘ

D1709-2001 ⓘ Standard Test Methods for Impact Resistance of Plastic Film by the Free-Falling Dart Method

   Current Active Version: D1709-2016ae1 ⓘ

D1747-1962(1978) ⓘ Standard Test Method for Refractive Index Of Viscous Materials

   Current Active Version: D1747-2009(2019) ⓘ

D1751-1999 ℹ Standard Specification for Preformed Expansion Joint Filler for Concrete Paving and Structural Construction (Nonextruding and Resilient Bituminous Types)

Current Active Version: D1751-2018 ℹ

D1752-1967 ℹ Standard Specifications For Preformed Expansion Joint Fillers For Concrete Paving And Structural Construction1 Nonextruding And Resilient Nonbituminous Types

Current Active Version: D1752-2018 ℹ

D1776-1967e1 ℹ Standard Method Of Conditioning Textiles And Textile Products For Testing

Current Active Version: D1776/D1776M-2016 ℹ

D1796-1983(1990)e1 ℹ Standard Test Method for Water and Sediment in Fuel Oils by the Centrifuge Method (Laboratory Procedure)

Current Active Version: D1796-2011(2016) ℹ

D1824-1966(1972) ℹ Standard Method Of Test For Apparent Viscosity Of Plastisols And Organosols At Low Shear Rates By Brookfield Viscometer

D1824-1966(1980)e1 ℹ

Current Active Version: D1824-2016 ℹ

D1826-1977 ℹ Standard Test Method for Calorific Value Of Gases In Natural Gas Range By Continuous Recording Calorimeter

D1826-1994(1998) ℹ

Current Active Version: D1826-1994(2017) ℹ

D1835-1997 ℹ Standard Specification for Liquefied Petroleum (LP) Gases

D1835-2003 ℹ

Current Active Version: D1835-2018a ℹ

D1836-1983 ℹ Standard Specification for Commercial. Hexanes

Current Active Version: D1836-2007(2013) ℹ

D1837-2002a(2007) ℹ Standard Test Method for Volatility of Liquefied Petroleum (LP) Gases

D1838-1964(1968) ⓘ Standard Method Of Test For Copper Strip Corrosion By Liquefied Petroleum (Lp) Gases

D1838-2007 ⓘ

  Current Active Version: D1838-2016 ⓘ

D1861-1977 ⓘ Standard Specification for Homogeneous Bituminized Fiber Drain And Sewer Pipe

D1862-1977 ⓘ Standard Specification for Laminated-Wall Bituminized Fiber Drain And Sewer Pipe

D1863-1977 ⓘ Standard Specification for Mineral Aggregate Used On Built-Up Roofs

  Current Active Version: D1863/D1863M-2005(2018) ⓘ

D1886-1994(1998) ⓘ Standard Test Methods for Nickel in Water

  Current Active Version: D1886-2014 ⓘ

D1890-1996 ⓘ Standard Test Method for Beta Particle Radioactivity of Water

  Current Active Version: D1890-2015(2017) ⓘ

D1922-2000a ⓘ Standard Test Method for Propagation Tear Resistance of Plastic Film and Thin Sheeting by Pendulum Method

  Current Active Version: D1922-2015 ⓘ

D1943-1996 ⓘ Standard Test Method for Alpha Particle Radioactivity of Water

  Current Active Version: D1943-2005(2012) ⓘ

D1945-1991 ⓘ Standard Test Method for Analysis of Natural Gas by Gas Chromatography

D1945-1996(2001) ⓘ

D1945-1996e1 ⓘ

D1945-2003 ⓘ

D1945-2003(2010) ⓘ

  Current Active Version: D1945-2014 ⓘ

D1946-1977 ⓘ Standard Method for Analysis Of Reformed Gas By Gas Chromatography

D1946-1982 ⓘ

D1946-1990(1994)e1 ℹ

D1946-1990(2000) ℹ

D1946-1990(2006) ℹ

   Current Active Version: D1946-1990(2015)e1 ℹ

D1962-1985(1989)e1 ℹ Standard Test Method for Saponification Value of Drying Oils, Fatty Acids, and Polymerized Fatty Acids

D1962-1985(1995) ℹ

D2008-1985 ℹ Ultraviolet Absorbance and Absorptivity of Petroleum Products

D2008-1991(1996)e1 ℹ

   Current Active Version: D2008-2012(2018) ℹ

D2013-1972 ℹ Standard Method Of Preparing Coal Samples For Analysis

D2013-1986(1994) ℹ

D2013-2001 ℹ

   Current Active Version: D2013/D2013M-2018 ℹ

D2015-1985 ℹ Standard Test Method for Gross Calorific Value of Coal and Coke by the Adiabatic Bomb Calorimeter

D2015-1996 ℹ

D2016-1974(1983) ℹ Methods of Test for Moisture Content of Wood (Withdrawn 1987)

   Replaced By: No_Replacement

D2036-1991 ℹ Standard Test Methods for Cyanides in Water

D2036-1998 ℹ

   Current Active Version: D2036-2009(2015) ℹ

D2099-2000 ℹ Standard Test Method for Dynamic Water Resistance of Shoe Upper Leather by the Maeser Water Penetration Tester

   Current Active Version: D2099-2014 ℹ

D2103-1997 ⓘ Standard Specification for Polyethylene Film and Sheeting

　　Current Active Version: D2103-2015 ⓘ

D2117-1982(1988)e1 ⓘ Standard Test Method for Melting Point of Semicrystalline Polymers by the Hot Stage Microscopy Method (Withdrawn 1994)

　　Replaced By: No_Replacement

D2133-1966(1972) ⓘ Standard Specification For Acetal Resin Injection Molding And Extrusion Materials

D2156-1965(1970) ⓘ Standard Test Method for Smoke Density In The Flue Gases From Distillate Fuels

D2156-1980(1988)e1 ⓘ

　　Current Active Version: D2156-2009(2018) ⓘ

D2158-1989 ⓘ Standard Test Method for Residues in Liquefied Petroleum (LP) Gases

D2158-2005 ⓘ

　　Current Active Version: D2158-2016ae1 ⓘ

D2161-1966 ⓘ Standard Method Of Test For Conversion Of Kinematic Viscosity To Saybolt Universal Viscosity Or To Saybolt Furol Viscosity

D2161-1982 ⓘ

　　Current Active Version: D2161-2019 ⓘ

D2163-1991(1996) ⓘ Standard Test Method for Analysis of Liquefied Petroleum (LP) Gases and Propene Concentrates by Gas Chromatography (Withdrawn 2005)

D2163-2007 ⓘ

　　Current Active Version: D2163-2014(2019) ⓘ

D2178-1976 ⓘ Standard Specification for Asphalt-Impregnated Glass Mat Used In Roofing And Waterproofing

　　Current Active Version: D2178/D2178M-2015a ⓘ

D2197-1986(1991)e1 ⓘ Standard Test Method for Adhesion of Organic Coatings by Scrape Adhesion

　　Current Active Version: D2197-2016 ⓘ

D2216-1971 ⓘ Standard Method of Laboratory Determination Of Moisture Content Of Soil

D2216-1998 ⓘ

Current Active Version: D2216-2019 ⓘ

D2234-1976 ⓘ Standard Methods for Collection Of A Gross Sample Of Coal

D2234-1989e1 ⓘ

D2234-1996 ⓘ

D2234-1997a ⓘ

D2234-1998 ⓘ

D2234-2000 ⓘ

Current Active Version: D2234/D2234M-2017 ⓘ

D2235-1988 ⓘ Standard Specification for Solvent Cement for Acrylonitrile-Butadiene-Styrene (ABS) Plastic Pipe and Fittings

Current Active Version: D2235-2004(2016) ⓘ

D2236-1970 ⓘ Standard Method Of Test For Dynamic Mechanical Properties Of Plastics By Means Of A Torsional Pendulum

D2236-1970(1976) ⓘ

Current Active Version: D4065-2012 ⓘ

D2247-1968(1973) ⓘ Standard Method for Testing Coated Metal Specimens At 100% Relative Humidity

D2247-1992 ⓘ

Current Active Version: D2247-2015 ⓘ

D2267-1968 ⓘ Standard Method Of Test For Aromatics In Light Naphthas And Aviation Gasolines By Gas Chromatography

D2267-1988 ⓘ

Current Active Version: -19 ⓘ

D2287-1981(1988)e1 ⓘ Standard Specification for Nonrigid Vinyl Chloride Polymer and Copolymer Molding and Extrusion Compounds

Current Active Version: D2287-2012 ⓘ

D2311-1977(1981) ⓘ Standard Specification for Perforated, Homogeneous Bituminized Fiber Pipe for General Drainage

D2316-1975 ⓘ Standard Recommended Practice for Installing Bituminized Fiber Drain And Sewer Pipe

D2321-1974 ⓘ Recommended Practice for Underground Installation Of Flexible Thermoplastic Sewer Pipe

   Current Active Version: D2321-2018 ⓘ

D2359-1985a ⓘ Standard Specification for Refined Benzene-535

D2359-1993 ⓘ

   Current Active Version: D2359-2018a ⓘ

D2369-1981e1 ⓘ Standard Test Method for Volatile Content of Coatings

D2369-1987 ⓘ

D2369-1990 ⓘ

D2369-1992 ⓘ

D2369-1993 ⓘ

D2369-1995 ⓘ

   Current Active Version: D2369-2010(2015)e1 ⓘ

D2372-1985(1999) ⓘ Standard Practice for Separation of Vehicle From Solvent-Reducible Paints

   Current Active Version: D2372-1985(2015) ⓘ

D2382-1976 ⓘ Standard Test Method for Heat Of Combustion Of Hydrocarbon Fuels By Bomb Calorimeter (High-Precision Method)

D2382-1983 ⓘ

D2382-1988 ⓘ

   Current Active Version: D4809-2018 ⓘ

D2417-1977(1981) ⓘ Standard Specification for Perforated, Laminated-Wall Bituminized Fiber Pipe for General Drainage

D2459-1972(1981)e1 ⓘ Standard Test Method for Gamma Spectrometry of Water

D2459-1972(1991)e1

D2460-1997 ℹ Standard Test Method for Alpha-Particle-Emitting Isotopes of Radium in Water

    Current Active Version: D2460-2007(2013) ℹ

D2487-1969(1975) ℹ Standard Test Method for Classification Of Soils For Engineering Purposes

    Current Active Version: D2487-2017 ℹ

D2488-1969(1975) ℹ Recommended Practice for Description Of Soils (Visual-Manual Procedure)

    Current Active Version: D2488-2017e1 ℹ

D2502-1992(1996) ℹ Standard Test Method for Estimation of Molecular Weight (Relative Molecular Mass) of Petroleum Oils From Viscosity Measurements

    Current Active Version: D2502-2014(2019) ℹ

D2503-1982(1987)e1 ℹ Standard Test Method for Molecular Weight (Relative Molecular Mass) of Hydrocarbons by Thermoelectric Measurement of Vapor Pressure

D2503-1992(1997) ℹ

    Current Active Version: D2503-1992(2016) ℹ

D2504-1967 ℹ Standard Method Of Test For Noncondensable Gases In C3 And Lighter Hydro-Carbon Products By Gas Chromatography

D2504-1967(1977) ℹ

D2504-1988(1998) ℹ

    Current Active Version: D2504-1988(2015) ℹ

D2513-1987 ℹ Standard Specification for Thermoplastic Gas Pressure Piping Systems

D2513-1999 ℹ

D2513-2009a ℹ

D2513-2012ae1 ℹ

    Current Active Version: D2513-2019 ℹ

D2515-1966 ℹ Standard Specification For Kinematic Glass Viscometers

D2517-2000 ⓘ Standard Specification for Reinforced Epoxy Resin Gas Pressure Pipe and Fittings

    Current Active Version: D2517-2018 ⓘ

D2564-1991 ⓘ Standard Specification for Solvent Cements for Poly (Vinyl Chloride) (PVC) Plastic Piping Systems

D2564-1991a ⓘ

D2564-2012 ⓘ

    Current Active Version: D2564-2012(2018) ⓘ

D2565-1970 ⓘ Standard Recommended Practice For Operating Xenon Arc-Type (Water-Cooled) Light - And Water-Exposure Apparatus For Exposure Of Plastics

D2565-1992 ⓘ

    Current Active Version: D2565-2016 ⓘ

D2570-1991 ⓘ Standard Test Method for Simulated Service Corrosion Testing of Engine Coolants

    Current Active Version: D2570-2016 ⓘ

D2584-1968 ⓘ Standard Method Of Test For Ignition Loss Of Cured Reinforced Resins

D2584-1968(1979)e1 ⓘ

D2584-1968(1985) ⓘ

D2584-1994 ⓘ

    Current Active Version: D2584-2018 ⓘ

D2597-1994(1999) ⓘ Standard Test Method for Analysis of Demethanized Hydrocarbon Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography

D2598-2002(2007) ⓘ Standard Practice for Calculation of Certain Physical Properties of Liquefied Petroleum (LP) Gases from Compositional Analysis

    Current Active Version: D2598-2016 ⓘ

D2622-1987e1 ⓘ Standard Test Method for Sulfur in Petroleum Products by X-Ray Spectrometry

D2622-1992e1 ⓘ

D2622-1994 ⓘ

D2622-1998

D2622-2003 ⓘ

D2622-2007 ⓘ

D2622-2010 ⓘ

    Current Active Version: D2622-2016 ⓘ

D2633-1982(1989) ⓘ Standard Methods of Testing Thermoplastic Insulations and Jackets for Wire and Cable

    Current Active Version: D2633-2013a ⓘ

D2646-1979 ⓘ Standard Methods of Testing Backing Fabrics

D2646-1987 ⓘ

    Current Active Version: D2646-2018 ⓘ

D2654-1967 ⓘ Tentative Methods of Test for Amount Of Moisture In Textile Materials

D2661-1978 ⓘ Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) Plastic Drain, Waste, And Vent Pipe And Fittings

D2661-1991 ⓘ

    Current Active Version: D2661-2014e1 ⓘ

D2665-1978 ⓘ Standard Specification for Poly(inyl Chloride) (PVC) Plastic Drain, Waste, And Vent Pipe And Fittings

D2665-1991 ⓘ

D2665-1991a ⓘ

D2665-1991b ⓘ

    Current Active Version: D2665-2014 ⓘ

D2697-1986(1998) ⓘ Standard Test Method for Volume Nonvolatile Matter in Clear or Pigmented Coatings

    Current Active Version: D2697-2003(2014) ⓘ

D2699-1992 ⓘ Standard Test Method for Knock Characteristics of Motor Fuels by the Research Method

D2699-2013b

Current Active Version: D2699-2019 ⓘ

D2700-1992 ⓘ Standard Test Method for Knock Characteristics of Motor and Aviation Fuels by the Motor Method

D2700-2013b ⓘ

Current Active Version: D2700-2019 ⓘ

D2709-1988 ⓘ Standard Test Method for Water and Sediment in Distillate Fuels by Centrifuge

Current Active Version: D2709-2016 ⓘ

D2713-1991(2001) ⓘ Standard Test Method for Dryness of Propane (Valve Freeze Method)

Current Active Version: D2713-2015e1 ⓘ

D2724-1987(1995) ⓘ Standard Test Methods for Bonded, Fused, and Laminated Apparel Fabrics

Current Active Version: D2724-2019 ⓘ

D2729-1978e1 ⓘ Standard Specification for Poly(Vinyl Chloride) (PVC) Sewer Pipe And Fittings

Current Active Version: D2729-2017 ⓘ

D2751-1977ae1 ⓘ Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) Sewer Pipe And Fittings

D2776-1979e1 ⓘ Standard Test Methods for Corrosivity of Water in the Absence of Heat Transfer (Electrical Methods)

Replaced By: G96 ⓘ

D2777-1998 ⓘ Standard Practice for Determination of Precision and Bias of Applicable Methods of Committee D-19 on Water

Current Active Version: D2777-2013 ⓘ

D2784-1989 ⓘ Standard Test Method for Sulfur in Liquefied Petroleum Gases (Oxy-Hydrogen Burner or Lamp)

D2784-2006 ⓘ

D2794-1992 ⓘ Standard Test Method for Resistence of Organic Coatings to the Effects of Rapid Deformation (Impact)

   Current Active Version: D2794-1993(2019) ⓘ

D2842-1997 ⓘ Standard Test Method for Water Absorption of Rigid Cellular Plastics

   Current Active Version: D2842-2019 ⓘ

D2846-1992 ⓘ Standard Specification for Chlorinated Poly(Vinyl Chloride) (CPVC) Plastic Hot- and Cold-Water Distribution Systems

D2846-1992a ⓘ

   Current Active Version: D2846/D2846M-2019a ⓘ

D2857-1970(1977) ⓘ Standard Test Method for Dilute Solution Viscosity Of Polymers

   Current Active Version: D2857-2016 ⓘ

D2863-1995 ⓘ Standard Test Method for Measuring the Minimum Oxygen Concentration to Support Candle-like Combustion of Plastics (Oxygen Index)

   Current Active Version: D2863-2017a ⓘ

D2879-1983 ⓘ Standard Test Method for Vapor Pressure-Temperature Relationship and Initial Decomposition Temperature of Liquids by Isoteniscope

D2879-1986 ⓘ

D2879-1992e1 ⓘ

D2879-1996 ⓘ

D2879-1997 ⓘ

D2879-1997(2002)e1 ⓘ

   Current Active Version: D2879-2018 ⓘ

D2880-1978 ⓘ Standard Specification for Gas Turbine Fuel Oils

D2880-1990 ⓘ

D2880-1990a ⓘ

D2880-1996 ⓘ

D2880-1996a

D2880-2003 ⓘ

   Current Active Version: D2880-2018a ⓘ

D2898-1977 ⓘ Standard Methods for Accelerated Weathering Of Fire-Retardant-Treated Wood For Fire Testing

   Current Active Version: D2898-2010(2017) ⓘ

D2908-1974(1980)e1 ⓘ Standard Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography

D2908-1991(2001) ⓘ

D2908-1991(2005) ⓘ

D2908-1991(2011) ⓘ

   Current Active Version: D2908-1991(2017) ⓘ

D2949-1978 ⓘ Standard Specification for 3.25- In. Outside Diameter Poly(Vinyl Chloride) (PVC) Plastic Drain, Waste, And Vent Pipe And Fittings

   Current Active Version: D2949-2018 ⓘ

D2972-1993 ⓘ Standard Test Methods for Arsenic in Water

D2972-2003 ⓘ

D2972-2015 ⓘ

   Current Active Version: D2972-2015 ⓘ

D2986-1971 ⓘ Standard Method For Evaluation Of Air Assay Media By The Monodisperse Dop (Dioctyl Phthalate) Smoke Test

D2986-1971(1978)e1 ⓘ

D2986-1995 ⓘ

D2986-1995a ⓘ

D2986-1995a(1999) ⓘ

D3043-1987(1993)e1 ⓘ Standard Methods of Testing Structural Panels in Flexure

Current Active Version: D3043-2017 ⓘ

D3086-1985(1990) ⓘ Standard Test Method for Organchlorine Pesticides in Water

   Replaced By: D5812

D3120-1996 ⓘ Standard Test Method for Trace Quantities of Sulfur in Light Liquid Petroleum Hydrocarbons by Oxidative Microcoulometry

   Current Active Version: D3120-2008(2019) ⓘ

D3172-1989(2002) ⓘ Standard Practice for Proximate Analysis of Coal and Coke

   Current Active Version: D3172-2013 ⓘ

D3173-1973 ⓘ Standard Test Method for Moisture In The Analysis Sample Of Coal And Coke

D3173-1987(1996) ⓘ

D3173-2003 ⓘ

D3173-2003(2008) ⓘ

   Current Active Version: D3173/D3173M-2017a ⓘ

D3174-2000 ⓘ Standard Test Method for Ash in the Analysis Sample of Coal and Coke from Coal

   Current Active Version: D3174-2012(2018) ⓘ

D3176-1974 ⓘ Standard Method for Ultimate Analysis Of Coal And Coke

D3176-1989(2002) ⓘ

   Current Active Version: D3176-2015 ⓘ

D3177-1975 ⓘ Standard Test Methods for Total Sulfur In The Analysis Sample Of Coal And Coke

D3177-1989(1997) ⓘ

D3177-1989(2002) ⓘ

D3177-2002(2007) ⓘ

   Current Active Version: D4239-2018e1 ⓘ

D3178-1984 ⓘ Standard Test Methods for Carbon and Hydrogen in the Analysis Sample of Coal and Coke

D3178-1989(1997) ℹ️

D3178-1989(2002) ℹ️

   Current Active Version: D5373-2016 ℹ️

D3223-1991 ℹ️ Standard Test Method for Total Mercury in Water

D3223-2002 ℹ️

   Current Active Version: D3223-2017 ℹ️

D3231-1989 ℹ️ Standard Test Method for Phosphorus in Gasoline

D3231-2007 ℹ️

D3231-2013 ℹ️

   Current Active Version: D3231-2018 ℹ️

D3236-1988(1999) ℹ️ Standard Test Method for Apparent Viscosity of Hot Melt Adhesives and Coating Materials

   Current Active Version: D3236-2015 ℹ️

D3237-2006 ℹ️ Standard Test Method for Lead in Gasoline by Atomic Absorption Spectroscopy

D3237-2012 ℹ️

   Current Active Version: D3237-2017 ℹ️

D3238-1995(2000)e1 ℹ️ Standard Test Method for Calculation of Carbon Distribution and Structural Group Analysis of Petroleum Oils by the n-d-M Method

   Current Active Version: D3238-2017a ℹ️

D3246-1981(1987)e1 ℹ️ Standard Test Method for Sulfur in Petroleum Gas by Oxidative Microcoulometry

D3246-1992 ℹ️

D3246-1996 ℹ️

   Current Active Version: D3246-2015 ℹ️

D3257-1993e1 ℹ️ Standard Test Methods for Aromatics in Mineral Spirits by Gas Chromatography

   Current Active Version: D3257-2006(2012) ℹ️

D3270-1980 ⓘ Standard Method for Analysis for Fluoride Content of the Atmosphere and Plant Tissues (Semiautomated Method)

D3270-1991(1995)e1 ⓘ

D3270-1991e1 ⓘ

Current Active Version: D3270-2013 ⓘ

D3273-1986(1991)e1 ⓘ Standard Test Method for Resistance to Growth of Moid on the Surface of Interior Coatings in an Enviormental Chamber

Current Active Version: D3273-2016 ⓘ

D3278-1982e1 ⓘ Standard Test Methods for Flash Point of Liquids by Setaflash Closed-Cup Apparatus

D3278-1996(2004)e1 ⓘ

D3278-1996e1 ⓘ

Current Active Version: D3278-1996(2011) ⓘ

D3286-1985e1 ⓘ Standard Test Method for Gross Caloric Value of Coal and Coke by the Isoperibol Bomb Calorimeter

D3286-1996 ⓘ

Current Active Version: D5865/D5865M-2019 ⓘ

D3302-1991 ⓘ Standard Test Method for Total Moisture in Coal

Current Active Version: D3302/D3302M-2017 ⓘ

D3309-1992 ⓘ Standard Specification for Polybutylene (PB) Plastic Hot-and Cold-Water Distribution Systems

D3309-1992a ⓘ

D3311-1992 ⓘ Standard Specification for Drain, Waste, and Vent (DWV) Plastic Fittings Patterns

Current Active Version: D3311-2017 ⓘ

D3338-1992 ⓘ Standard Test Method for Estimation of Net Heat of Combustion of Aviation Fuels

Current Active Version: D3338/D3338M-2009(2014)e2 ⓘ

D3343-1990 ⓘ Standard Test Method for Estimation of Hydrogen Content of Aviation Fuels

Current Active Version: D3343-2016 ⓘ

D3349-1986 ⓘ Standard Test Method for Absorption Coefficient of Carbon Black Pigmented Ethylene Plastic

Current Active Version: D3349-2017 ⓘ

D3370-1976 ⓘ Standard Practices for Sampling Water

D3370-1995a(1999)e1 ⓘ

D3370-2007 ⓘ

D3370-2008 ⓘ

D3370-2010 ⓘ

Current Active Version: D3370-2018 ⓘ

D3371-1995 ⓘ Standard Test Method for Nitriles in Aqueous Solution by Gas-Liquid Chromatography (Withdrawn 2002)

Replaced By: No_Replacement

D3418-1982(1988)e1 ⓘ Standard Test Method for Transition Temperatures of Polymers By Thermal Analysis

Current Active Version: D3418-2015 ⓘ

D3454-1997 ⓘ Standard Test Method for Radium-226 in Water

Current Active Version: D3454-2018 ⓘ

D3462-1976 ⓘ Standard Specification for Asphalt Shingles Made From Glass Mat And Surfaced With Mineral Granules

Current Active Version: D3462/D3462M-2019 ⓘ

D3492-1997 ⓘ Standard Specification for Rubber Contraceptives (Male Condoms)

Current Active Version: D3492-2016 ⓘ

D3498-1993 ⓘ Standard Specification for Adhesives for Field-Gluing Plywood to Lumber Framing for Floor Systems

Current Active Version: D3498-2019a ⓘ

D3536-1976e1 ⓘ Standard Test Method for Molecular Weight Averages And Molecular Weight Distribution Of Polystyrene By Liquid Exclusion Chromatography (Gel Permeation Chromatography - Gpc)

    Replaced By: D5296 ⓘ

D3557-1990 ⓘ Standard Test Methods for Cadmium in Water

D3557-2002 ⓘ

D3557-2002(2007)e1 ⓘ

    Current Active Version: D3557-2017 ⓘ

D3558-1994(1998) ⓘ Standard Test Methods for Cobalt in Water

D3558-2003 ⓘ

    Current Active Version: D3558-2015 ⓘ

D3559-2003 ⓘ Standard Test Methods for Lead in Water

D3559-2008 ⓘ

D3559-2015 ⓘ

    Current Active Version: D3559-2015 ⓘ

D3574-1977e2 ⓘ Standard Methods of Testing Flexible Cellular Materials-Slab, Bonded, And Molded Urethane Foams

D3574-1995 ⓘ

    Current Active Version: D3574-2017 ⓘ

D3588-1998 ⓘ Standard Practice for Calculating Heat Value, Compressibility Factor, and Relative Density of Gaseous Fuels

    Current Active Version: D3588-1998(2017) ⓘ

D3590-2002 ⓘ Standard Test Methods for Total Kjeldahl Nitrogen in Water

D3590-2002(2006) ⓘ

    Current Active Version: D3590-2017 ⓘ

D3606-1992 ⓘ Standard Test Method for Determination of Benzene and Toluene in Finished Motor and Aviation Gasoline by Gas Chromatography

D3606-2007

Current Active Version: D3606-2017 ⓘ

D3645-2003 ⓘ Standard Test Methods for Beryllium in Water

Current Active Version: D3645-2015 ⓘ

D3649-1991 ⓘ Standard Test Method for High-Resolution Gamma-Ray Spectrometry of Water

D3649-1998a ⓘ

Current Active Version: D3649-2006(2014) ⓘ

D3656-1978 ⓘ Standard Specification for Insect Screening And Louver Cloth Woven From Vinyl-Coated-Glass Fiber Yarn

Current Active Version: D3656/D3656M-2013 ⓘ

D3675-1998 ⓘ Standard Test Method for Surface Flammability of Flexible Cellular Materials Using A Radiant Heat Energy Source

Current Active Version: D3675-2019 ⓘ

D3676-1978(1989)e1 ⓘ Standard Specification for Rubber Cellular Cushion Used for Carpet or Rug Underlay

D3676-1978e1 ⓘ

Current Active Version: D3676-2018 ⓘ

D3678-1988 ⓘ Standard Specification for Rigid Poly(Vinyl Chloride) (PVC) Interior-Profile Extrusions

Current Active Version: D3678-2014 ⓘ

D3695-1988 ⓘ Standard Test Method for volatile Alcohols in Water by Direct Aqueous-Injection Gas Chromatogrpahy

D3695-1995 ⓘ

Current Active Version: D3695-1995(2013) ⓘ

D3697-1992(1996) ⓘ Standard Test Method for Antimony in Water

Current Active Version: D3697-2017 ⓘ

D3699-1978 ⓘ Standard Specification for Kerosine

D3699-2008 ℹ

  Current Active Version: D3699-2018a ℹ

D3792-1979e2 ℹ Standard Test Method for Water Content of Water-Reducible Paints by Direct Injection into a Gas Chromatography

D3792-1991e1 ℹ

  Current Active Version: D3792-2016 ℹ

D3826-1991e1 ℹ Standard Practice for Determining Degradation End Point in Degradable Polyethylene and Polypropylene Using a Tensile Test

  Current Active Version: D3826-2018 ℹ

D3828-1997 ℹ Standard Test Methods for Flash Point by Small Scale Closed Tester

  Current Active Version: D3828-2016a ℹ

D3835-1979(1983) ℹ Standard Test Method for Rheological Properties of Thermoplastics with a Capillary Rheometer

  Current Active Version: D3835-2016 ℹ

D3859-2015 ℹ Standard Test Methods for Selenium in Water

  Current Active Version: D3859-2015 ℹ

D3912-1980(1989) ℹ Standard Test Method for Chemical Resistance of Coatings Used in Light-Water Nuclear Power Plants

  Current Active Version: D3912-2010(2017) ℹ

D3925-1981(1985) ℹ Standard Practice for Sampling Liquid and Related Pigmented Coatings

  Current Active Version: D3925-2002(2015) ℹ

D3928-1989 ℹ Standard Test Method for Evaluation of Gloss or Sheen Uniformity

  Current Active Version: D3928-2000a(2018) ℹ

D3936-1980 ℹ Standard Test Method for Delamination Strength of Secondary Backing of Pile Floor coverings

  Current Active Version: D3936-2017 ℹ

D3953-1991 ⓘ Standard Specification for Strapping, Flat Steel and Seals

D3953-1997 ⓘ

  Current Active Version: D3953-2015 ⓘ

D3972-2002 ⓘ Standard Test Method for Isotopic Uranium in Water by Radiochemistry

  Current Active Version: D3972-2009(2015) ⓘ

D3980-1987 ⓘ Standard Practice for Interlaboratory Testing of Paint and Related Materials

D4006-2011 ⓘ Standard Test Method for Water in Crude Oil by Distillation

  Current Active Version: D4006-2016e1 ⓘ

D4017-1981(1987)e1 ⓘ Standard Test Method for Water in Paints and Paint Materials by Karl Fischer Method

D4017-1990 ⓘ

D4017-1996a ⓘ

  Current Active Version: D4017-2002(2015) ⓘ

D4052-1996(2002)e1 ⓘ Standard Test Method for Density and Relative Density of Liquids by Digital Density Meter

D4052-2011 ⓘ

  Current Active Version: D4052-2018a ⓘ

D4057-1981e2 ⓘ Standard Practice for Manual Sampling of Petroleum and Petroleum Products

D4057-1995(2000) ⓘ

D4057-2006(2011) ⓘ

  Current Active Version: D4057-2019 ⓘ

D4066-1996 ⓘ Standard Classification System for Nylon Injection and Extrusion Materials (PA)

D4066-1996ae1 ⓘ

  Current Active Version: D4066-2013 ⓘ

D4082-1989 ⓘ Standard Test Method for Effects of Gamma Radiation on Coatings for Use in Light-Water Nuclear Power Plants

Current Active Version: D4082-2010(2017) ⓘ

D4084-1982(1988) ⓘ Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead Acetate Reaction Rate Method)

D4084-1994(1999) ⓘ

Current Active Version: D4084-2007(2017) ⓘ

D4099-1989e1 ⓘ Standard Specification for Poly(Vinyl Chloride) (PVC) Prime Windows/Sliding Glass Doors

D4099-1995 ⓘ

D4101-1982(1988)e1 ⓘ Standard Specification for Propylene Plastic Injection and Extrusion Materials

Current Active Version: D4101-2017e1 ⓘ

D4107-1998(2002)e1 ⓘ Standard Test Method for Tritium in Drinking Water

Current Active Version: D4107-2008(2013) ⓘ

D4130-1982(1998) ⓘ Standard Test Method for Sulfate Ion in Brackish Water, Seawater, and Brines

Current Active Version: D4130-2015 ⓘ

D4177-1995 ⓘ Standard Practice for Automatic Sampling of Petroleum and Petroleum Products

D4177-1995(2000) ⓘ

D4177-1995(2010) ⓘ

Current Active Version: D4177-2016e1 ⓘ

D4190-1982(1988)e1 ⓘ Standard Test Method for Elements in Water by Direct-Current Argon Plasma atomic Emission Spectroscopy

D4190-1999 ⓘ

Current Active Version: D4190-2015 ⓘ

D4206-1996 ⓘ Standard Test Method for Sustained Burning of Liquid Mixtures Using the Small Scale Open-Cup Apparatus

Current Active Version: D4206-1996(2018) ⓘ

D4208-2002(2007) ⓘ Standard Test Method for Total Chlorine in Coal by the Oxygen Bomb Combustion/Ion Selective Electrode Method

Current Active Version: D4208-2018 ⓘ

D4236-1994(2011) ⓘ Standard Practice for Labeling Art Materials for Chronic Health Hazards

Current Active Version: D4236-1994(2016)e1 ⓘ

D4239-1994 ⓘ Standard Test Method for Sulfur in the Analysis Sample of Coal and Coke Using High Temperature Tube Furnace Combustion Methods

D4239-1997e1 ⓘ

D4239-2002 ⓘ

Current Active Version: D4239-2018e1 ⓘ

D4256-1989(1994)e1 ⓘ Test Method for Determination of the Decontaminability of Coatins Used in Light-Water Nuclear Power Plants (Withdrawn 1995)

Replaced By: No_Replacement

D4268-1993 ⓘ Standard Test Methods for Testing Fiber Ropes (Withdrawn 2002)

Replaced By: No_Replacement

D4294-1990(1998)e1 ⓘ Standard Test Method for Sulfur in Petroleum Products by Energy-Dispersive X-Ray Fluorescence Spectroscopy

D4294-1998 ⓘ

D4294-2002 ⓘ

D4294-2003 ⓘ

Current Active Version: D4294-2016e1 ⓘ

D4327-2003 ⓘ Standard Test Method for Anions in Water by Chemically Suppressed Ion Chromatography

Current Active Version: D4327-2017 ⓘ

D4329-1999 ⓘ Standard Practice for Fluorescent UV Exposure of Plastics

D4359-1990(2000)e1 ⓘ Standard Test Method for Determining Whether a Material Is a Liquid or a Solid

D4359-1990(2006) ⓘ

  Current Active Version: D4359-1990(2019) ⓘ

D4382-2002 ⓘ Standard Test Method for Barium in Water, Atomic Absorption Spectrophotometry, Graphite Furnace

  Current Active Version: D4382-2018 ⓘ

D4420-1994(1999)e1 ⓘ Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography (Withdrawn 2004)

  Replaced By: D5580 ⓘ

D4442-1984 ⓘ Standard Test Methods for Direct Moisture Content Measurement of Wood and Wood-Base Materials

D4442-1992(1997)e1 ⓘ

  Current Active Version: D4442-2016 ⓘ

D4444-1992(1998)e1 ⓘ Standard Test Methods for Use and Calibration of Hand-Held Moisture Meters

  Current Active Version: D4444-2013(2018) ⓘ

D4457-1985(1996)e1 ⓘ Standard Test Method for Determination of Dichloromethane and 1,1,1-Trichloroethane in Paints and Coatings by Direct Injection into a Gas Chromatograph

  Current Active Version: D4457-2002(2014) ⓘ

D4468-1985(2000) ⓘ Standard Test Method for Total Sulfur in Gaseous Fuels by Hydrogenolysis and Rateometric Colorimetry

  Current Active Version: D4468-1985(2015) ⓘ

D4565-1990 ⓘ Standard Test Methods for Physical and Enviormental Performance Properties of Insulations and Jackets for Telecommunications Wire and Cable

D4565-1990a ⓘ

  Current Active Version: D4565-2015 ⓘ

D4566-1990 ⓘ Standard Test Method for Electrical Performance Properties of Insulations and Jackets for Telecommunications Wire and Cable

Current Active Version: D4566-2014 ⓘ

D4568-1986 ⓘ Standard Test Methods for Evaluating Compatibility Between Cable Filling and Flooding Compounds and Polyolefin Cable Materials

Current Active Version: D4568-2013 ⓘ

D4596-1993 ⓘ Standard Practice for Collection of Channel Samples of Coal in a Mine

Current Active Version: D4596-2009(2015) ⓘ

D4606-2003 ⓘ Standard Test Method for Determination of Arsenic and Selenium in Coal by the Hydride Generation/Atomic Absorption Method

D4606-2003(2007) ⓘ

Current Active Version: D4606-2015 ⓘ

D4629-2002 ⓘ Standard Test Method for Trace Nitrogen in Liquid Petroleum Hydrocarbons by Syringe/Inlet Oxidative Combustion and Chemiluminescence Detection

Current Active Version: D4629-2017 ⓘ

D4635-2001 ⓘ Standard Specification for Polyethylene Films Made from Low-Density Polyethylene for General Use and Packaging Applications

Current Active Version: D4635-2016 ⓘ

D4657-1992(1998) ⓘ Standard Test Method for Polynuclear Aromatic Hydrocarbons in Water (Withdrawn 2005)

Replaced By: No_Replacement

D4734-1987 ⓘ Standard Specification for Refined Benzene-545

D4734-1996 ⓘ

D4734-1996a ⓘ

D4734-1996b ⓘ

Current Active Version: D4734-2018a ⓘ

D4763-1988(2001) ⓘ Standard Practice for Identification of Chemicals in Water by Fluorescence Spectroscopy

   Current Active Version: D4763-2006(2012) ⓘ

D4785-1993 ⓘ Standard Test Method for Low-Level Iodine-131 in Water

D4785-2000a ⓘ

   Current Active Version: D4785-2008(2013)e1 ⓘ

D4809-1995 ⓘ Standard Test Method for Heat of Combustion of Liquid Hydrocarbon Fuels by Bomb Calorimeter (Precision Method)

D4809-2000 ⓘ

   Current Active Version: D4809-2018 ⓘ

D4814-1992a ⓘ Standard Specification for Automotive Spark-Ignition Engine Fuel

D4814-1993a ⓘ

D4814-1995a ⓘ

D4814-2007 ⓘ

   Current Active Version: D4814-2019 ⓘ

D4872-1988 ⓘ Standard Test Method for Dielectric Testing of Wire and Cable filling Compounds

   Current Active Version: D4872-2014 ⓘ

D4891-1989(1994)e1 ⓘ Standard Test Method for Heating Value of Gases in Natural Gas Range by Stoichiometric Combustion

D4891-1989(2006) ⓘ

   Current Active Version: D4891-2013(2018) ⓘ

D4956-1990e1 ⓘ Standard Specification for Retroreflective Sheeting for Traffic Contol

   Current Active Version: D4956-2019 ⓘ

D4965-1996(2002) ⓘ Standard Terminology of Seams and Seam Finishes in Home Sewing

D4965-1996(2008) ⓘ

   Current Active Version: D5646-2013(2018) ⓘ

D4986-1998 ⓘ Standard Test Method for Horizontal Burning Characteristics of Cellular Polymeric Materials

   Current Active Version: D4986-2018 ⓘ

D5066-1991(2001) ⓘ Standard Test Method for Determination of the Transfer Efficiency Under Production Conditions for Spray Application of Automotive Paints-Weight Basis

   Current Active Version: D5066-1991(2017) ⓘ

D5087-2002 ⓘ Standard Test Method for Determining Amount of Volatile Organic Compound (VOC) Released from Solventborne Automotive Coatings and Available for Removal in a VOC Control Device (Abatement)

   Current Active Version: D5087-2002(2014) ⓘ

D5174-1997 ⓘ Standard Test Method for Trace Uranium in Water by Pulsed-Laser Phosphorimetry

D5174-2002 ⓘ

   Current Active Version: D5174-2007(2013) ⓘ

D5186-1991 ⓘ Standard Test Method for Determination of Aromatic Content of Diesel Fuels by Supercritical Fluid Chromatography

D5186-1999 ⓘ

D5186-2003 ⓘ

D5186-2003(2009) ⓘ

   Current Active Version: D5186-2019 ⓘ

D5191-2007 ⓘ Standard Test Method for Vapor Pressure of Petroleum Products (Mini Method)

D5191-2013 ⓘ

   Current Active Version: D5191-2019 ⓘ

D5192-1991 ⓘ Standard Practice for Collection of Coal Samples from Core

D5192-2009 ⓘ

   Current Active Version: D5192-2009(2015) ⓘ

D5198-1992(2003) ⓘ Standard Practice for Nitric Acid Digestion of Solid Waste

D5208-1991 ⓘ Standard Practice for Fluorescent Ultraviolet (UV) Exposure of Photodegradable Plastics (Withdrawn 2000)

Replaced By: No_Replacement ⓘ

D5257-1997 ⓘ Standard Test Method for Dissolved Hexavalent Chromium in Water by Ion Chromatography

Current Active Version: D5257-2017 ⓘ

D5259-1992(2000) ⓘ Standard Test Method for Isolation and Enumeration of Enterococci from Water by the Membrane Filter Procedure

Current Active Version: D5259-2019 ⓘ

D5261-1992(1996) ⓘ Standard Test Method for Measuring Mass per Unit Area of Geotextiles

Current Active Version: D5261-2010(2018) ⓘ

D5291-1992 ⓘ Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Petroleum Products and Lubricants

D5291-2002 ⓘ

Current Active Version: D5291-2016 ⓘ

D5373-1993(1997) ⓘ Standard Test Methods for Instrumental Determination of Carbon, Hydrogen, and Nitrogen in Laboratory Samples of Coal and Coke

D5373-1993(2002) ⓘ

D5373-2002(2007) ⓘ

Current Active Version: D5373-2016 ⓘ

D5392-1993(2000) ⓘ Standard Test Method for Isolation and Enumeration of *Escherichia Coli* in Water by the Two-Step Membrane Filter Procedure

Current Active Version: D5392-2019 ⓘ

D5403-1993(2002) ⓘ Standard Test Methods for Volatile Content of Radiation Curable Materials

Current Active Version: D5403-1993(2013) ⓘ

D5453-2000 ⓘ Standard Test Method for Determination of Total Sulfur in Light Hydrocarbons, Motor Fuels and Oils by Ultraviolet Fluorescence

D5453-2003 ⓘ

D5453-2006 ⓘ

Current Active Version: D5453-2019a ⓘ

D5489-1996c ⓘ Standard Guide for Care Symbols for Care Instructions on Textile Products

Current Active Version: D5489-2018 ⓘ

D5500-1994 ⓘ Standard Test Method for Vehicle Evaluation of Unleaded Automotive Spark-Ignition Engine Fuel for Intake Valve Deposit Formation

Current Active Version: D5500-2018 ⓘ

D5504-2001 ⓘ Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Chemiluminescence

Current Active Version: D5504-2012 ⓘ

D5598-1994 ⓘ Standard Test Method for Evaluating Unleaded Automotive Spark-Ignition Engine Fuel for Electronic Port Fuel Injector Fouling

Current Active Version: D5598-2018 ⓘ

D5599-2000 ⓘ Standard Test Method for Determination of Oxygenates in Gasoline by Gas Chromatography and Oxygen Selective Flame Ionization Detection

Current Active Version: D5599-2018 ⓘ

D5673-1996 ⓘ Standard Test Method for Elements in Water by Inductively Coupled Plasma—Mass Spectrometry

D5673-2003 ⓘ

Current Active Version: D5673-2016 ⓘ

D5762-2002 ⓘ Standard Test Method for Nitrogen in Petroleum and Petroleum Products by Boat-Inlet Chemiluminescence

Current Active Version: D5762-2018a ⓘ

D5769-1998 ⓘ Standard Test Method for Determination of Benzene, Toluene, and Total Aromatics in Finished Gasolines by Gas Chromatography/Mass Spectrometry

Current Active Version: D5769-2015 ⓘ

D5797-2007 ⓘ Standard Specification for Fuel Methanol (M70-M85) for Automotive Spark-Ignition Engines

Current Active Version: D5797-2018 ⓘ

D5798-2007 ⓘ Standard Specification for Fuel Ethanol (Ed75-Ed85) for Automotive Spark-Ignition Engines

Current Active Version: D5798-2019b ⓘ

D5812-1996(2002)e1 ⓘ Standard Test Method for Determination of Organochlorine Pesticides in Water by Capillary Column Gas Chromatography (Withdrawn 2011)

Replaced By: No_Replacement

D5842-1995(2000) ⓘ Standard Practice for Sampling and Handling of Fuels for Volatility Measurement

Current Active Version: D5842-2017 ⓘ

D5854-1996(2000) ⓘ Standard Practice for Mixing and Handling of Liquid Samples of Petroleum and Petroleum Products

Current Active Version: D5854-2019a ⓘ

D5864-2011 ⓘ Standard Test Method for Determining Aerobic Aquatic Biodegradation of Lubricants or Their Components

Current Active Version: D5864-2018 ⓘ

D5865-1998a ⓘ Standard Test Method for Gross Calorific Value of Coal and Coke

D5865-2001 ⓘ

D5865-2004 ⓘ

Current Active Version: D5865/D5865M-2019 ⓘ

D5965-2002 ⓘ Standard Test Methods for Specific Gravity of Coating Powders

Current Active Version: D5965-2019 ⓘ

D6053-2000 ⓘ Standard Test Method for Determination of Volatile Organic Compound (VOC) Content of Electrical Insulating Varnishes

Current Active Version: D6053-2014(2018) ⓘ

D6093-1997 ⓘ Standard Test Method for Percent Volume Nonvolatile Matter in Clear or Pigmented Coatings Using a Helium Gas Pycnometer

D6093-1997(2003) ⓘ

   Current Active Version: D6093-1997(2016) ⓘ

D6216-1998 ⓘ Standard Practice for Opacity Monitor Manufacturers to Certify Conformance with Design and Performance Specifications

   Current Active Version: D6216-2012 ⓘ

D6228-1998 ⓘ Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection

   Current Active Version: D6228-2019 ⓘ

D6266-2000a ⓘ Test Method for Determining the Amount of Volatile Organic Compound (VOC) Released From Waterborne Automotive Coatings and Available for Removal in a VOC Control Device (Abatement)

   Current Active Version: D6266-2000a(2017) ⓘ

D6299-2002 ⓘ Standard Practice for Applying Statistical Quality Assurance Techniques to Evaluate Analytical Measurement System Performance

   Current Active Version: D6299-2018 ⓘ

D6323-1998 ⓘ Standard Guide for Laboratory Subsampling of Media Related to Waste Management Activities

   Current Active Version: D6323-2019 ⓘ

D6348-2003 ⓘ Standard Test Method for Determination of Gaseous Compounds by Extractive Direct Interface Fourier Transform Infrared (FTIR) Spectroscopy

   Current Active Version: D6348-2012e1 ⓘ

D6357-2004 ⓘ Test Methods for Determination of Trace Elements in Coal, Coke, & Combustion Residues from Coal Utilization Processes by Inductively Coupled Plasma Atomic Emission, Inductively Coupled Plasma Mass, & Graphite Furnace Atomic Absorption Spectrometry

D6357-2011 ⓘ

Current Active Version: D6357-2019 ⓘ

D6366-1999 ⓘ Standard Test Method for Total Trace Nitrogen and Its Derivatives in Liquid Aromatic Hydrocarbons by Oxidative Combustion and Electrochemical Detection (Withdrawn 2006)

  Replaced By: No_Replacement

D6419-2000 ⓘ Standard Test Method for Volatile Content of Sheet-Fed and Coldset Web Offset Printing Inks

  Current Active Version: D6419-2000(2017) ⓘ

D6420-1999 ⓘ Standard Test Method for Determination of Gaseous Organic Compounds by Direct Interface Gas Chromatography-Mass Spectrometry

  D6420-1999(2004) ⓘ

  Current Active Version: D6420-2018 ⓘ

D6428-1999 ⓘ Test Method for Total Sulfur in Liquid Aromatic Hydrocarbons and Their Derivatives by Oxidative Combustion and Electrochemical Detection (Withdrawn 2006)

  Replaced By: No_Replacement

D6503-1999 ⓘ Standard Test Method for Enterococci in Water Using Enterolert$_{TM}$

  Current Active Version: D6503-2019 ⓘ

D6508-2015 ⓘ Standard Test Method for Determination of Dissolved Inorganic Anions in Aqueous Matrices Using Capillary Ion Electrophoresis and Chromate Electrolyte

  Current Active Version: D6508-2015 ⓘ

D6522-2000 ⓘ Standard Test Method for Determination of Nitrogen Oxides, Carbon Monoxide, and Oxygen Concentrations in Emissions from Natural Gas-Fired Reciprocating Engines, Combustion Turbines, Boilers, and Process Heaters Using Portable Analyzers

  D6522-2000(2005) ⓘ

  Current Active Version: D6522-2011 ⓘ

D6615-2006 ⓘ Standard Specification for Jet B Wide-Cut Aviation Turbine Fuel

  Current Active Version: D6615-2015a ⓘ

D6667-2001 ℹ️ Standard Test Method for Determination of Total Volatile Sulfur in Gaseous Hydrocarbons and Liquefied Petroleum Gases by Ultraviolet Fluorescence

D6667-2004 ℹ️

  Current Active Version: D6667-2014(2019) ℹ️

D6721-2001 ℹ️ Standard Test Method for Determination of Chlorine in Coal by Oxidative Hydrolysis Microcoulometry

  Current Active Version: D6721-2001(2015) ℹ️

D6735-2001 ℹ️ Standard Test Method for Measurement of Gaseous Chlorides and Fluorides from Mineral Calcining Exhaust Sources—Impinger Method

D6751-2007 ℹ️ Standard Specification for Biodiesel Fuel Blend Stock (B100) for Middle Distillate Fuels

D6751-2011b ℹ️

  Current Active Version: D6751-2019 ℹ️

D6784-2002 ℹ️ Standard Test Method for Elemental, Oxidized, Particle-Bound and Total Mercury in Flue Gas Generated from Coal-Fired Stationary Sources (Ontario Hydro Method)

D6784-2002(2008) ℹ️

  Current Active Version: D6784-2016 ℹ️

D6866-2012 ℹ️ Standard Test Methods for Determining the Biobased Content of Solid, Liquid, and Gaseous Samples Using Radiocarbon Analysis

  Current Active Version: D6866-2018 ℹ️

D6883-2004 ℹ️ Standard Practice for Manual Sampling of Stationary Coal from Railroad Cars, Barges, Trucks, or Stockpiles

  Current Active Version: D6883-2017 ℹ️

D6888-2004 ℹ️ Standard Test Method for Available Cyanide with Ligand Displacement and Flow Injection Analysis (FIA) Utilizing Gas Diffusion Separation and Amperometric Detection

  Current Active Version: D6888-2016 ℹ️

D6919-2003 ℹ️ Standard Test Method for Determination of Dissolved Alkali and Alkaline Earth Cations and Ammonium in Water and Wastewater by Ion Chromatography

  Current Active Version: D6919-2017 ℹ️

D6920-2007 ⓘ Standard Test Method for Total Sulfur in Naphthas, Distillates, Reformulated Gasolines, Diesels, Biodiesels, and Motor Fuels by Oxidative Combustion and Electrochemical Detection

D6985-2004 ⓘ Standard Specification for Middle Distillate Fuel Oil-Military Marine Applications

D7036-2004 ⓘ Standard Practice for Competence of Air Emission Testing Bodies

    Current Active Version: D7036-2016 ⓘ

D7283-2017 ⓘ Standard Test Method for Alpha and Beta Activity in Water By Liquid Scintillation Counting

    Current Active Version: D7283-2017 ⓘ

D7309-2007 ⓘ Standard Test Method for Determining Flammability Characteristics of Plastics and Other Solid Materials Using Microscale Combustion Calorimetry

    Current Active Version: D7309-2019 ⓘ

D7430-2011ae1 ⓘ Standard Practice for Mechanical Sampling of Coal

    Current Active Version: D7430-2018a ⓘ

D7467-2010 ⓘ Standard Specification for Diesel Fuel Oil, Biodiesel Blend (B6 to B20)

    Current Active Version: D7467-2019 ⓘ

D7520-2013 ⓘ Standard Test Method for Determining the Opacity of a Plume in the Outdoor Ambient Atmosphere

    Current Active Version: D7520-2016 ⓘ

E1-1998e1 ⓘ Standard Specification for ASTM Thermometers

E1-2001 ⓘ

    Current Active Version: E1-2014 ⓘ

E4-1979 ⓘ Standard Methods of Load Verification Of Testing Machines

E4-2003 ⓘ

    Current Active Version: E4-2016 ⓘ

E8-1991 ⓘ Standard Test Method of Tension Testing of Metallic Materials

E8-1999 ⓘ

   Current Active Version: E8/E8M-2016a ⓘ

E11-1995 ⓘ Standard Specification for Wire Cloth and Sieves for Testing Purposes

   Current Active Version: E11-2017 ⓘ

E23-1996 ⓘ Standard Test Method for Notched Bar Impact Testing of Metallic Materials

   Current Active Version: E23-2018 ⓘ

E28-1967 ⓘ Standard Method Of Test For Softening Point By Ring-And-Ball Apparatus

E28-1967(1977) ⓘ

E28-1967(1982)e1 ⓘ

   Current Active Version: E28-2018 ⓘ

E29-1967 ⓘ Recommended Practice For Indicating Which Places Of Figures Are To Be Considered Significant In Specified Limiting Values

E29-1967(1980)e1 ⓘ

E29-1990 ⓘ

E29-1993a(1999) ⓘ

E29-2002e1 ⓘ

   Current Active Version: E29-2013(2019) ⓘ

E50-1990 ⓘ Standard Practices for Apparatus, Reagents, and Safety Precautions for Chemical Analysis of Metals

E50-1990(1995)e1 ⓘ

   Current Active Version: E50-2017 ⓘ

E72-1977 ⓘ Standard Methods of Conducting Strength Tests Of Panels For Building Construction

E72-1980 ⓘ

   Current Active Version: E72-2015 ⓘ

E77-1966 ⓘ Standard Method for Inspection, Test, And Standardization Of Liquid-in-Glass Thermometers

Current Active Version: E77-2014e1 ⓘ

E84-1981a ⓘ Standard Test Method for Surface Burning Characteristics Of Building Materials

E84-1989a ⓘ

E84-1998e1 ⓘ

E84-2001 ⓘ

Current Active Version: E84-2019b ⓘ

E96-1990 ⓘ Standard Test Method for Water Vapor Transmission of Materials

E96-1995 ⓘ

Current Active Version: E96/E96M-2016 ⓘ

E100-1972(1978) ⓘ Standard Specification for Astm Hydrometers

Current Active Version: E100-2019 ⓘ

E108-1980a ⓘ Standard Methods of Fire Tests Of Roof Coverings

Current Active Version: E108-2017 ⓘ

E112-1988 ⓘ Standard Test Methods for Determining Grain Size

E112-1996e1 ⓘ

Current Active Version: E112-2013 ⓘ

E114-1995 ⓘ Standard Practice for Ultrasonic Pulse-Echo Straight-Beam Examination by the Contact Method

Current Active Version: E114-2015 ⓘ

E119-1988e1 ⓘ Standard Test Methods for Fire Tests of Building Construction and Materials

E119-1998 ⓘ

E119-2000a ⓘ

Current Active Version: E119-2018ce1 ⓘ

E131-1981a ⓘ Standard Definitions of Terms and Symbols Relating to Molecular Spectroscopy

Current Active Version: E131-2010(2015) ⓘ

E145-1994(2001) 🛈 Standard Specification for Gravity-Convection And Forced-Ventilation Ovens

Current Active Version: E145-2019 🛈

E154-1968 🛈 Standard Methods Of Testing Materials For Use As Vapor Barriers Under Concrete Slabs And As Ground Cover In Crawl Spaces

Current Active Version: E154/E154M-2008a(2019) 🛈

E162-1987 🛈 Standard Test Method for Surface Flammability of Materials Using a Radiant Heat Energy Source

E162-1990e1 🛈

E162-1994 🛈

E162-1998 🛈

Current Active Version: E162-2016 🛈

E163-1980 🛈 Standard Methods of Fire Tests Of Window Assemblies

Replaced By: E2010

E168-1967(1977) 🛈 Standard Recommended Practices for General Techniques Of Infrared Quantitative Analysis

E168-1988 🛈

E168-1992 🛈

Current Active Version: E168-2016 🛈

E169-1963(1977) 🛈 Standard Recommended Practices for General Techniques Of Ultraviolet Quantitative Analysis

E169-1963(1981)e1 🛈

E169-1987 🛈

E169-1993 🛈

Current Active Version: E169-2016 🛈

E180-1985 🛈 Standard Practice for Determining the Precision of ASTM Methods for Analysis and Testing of Industrial Chemicals

E180-1993 🛈

E185-1973 ⓘ Standard Recommended Practice for Surveillance Tests For Nuclear Reactor Vessels

E185-1979 ⓘ

E185-1982e2 ⓘ

   Current Active Version: E185-2016 ⓘ

E208-1995a ⓘ Standard Test Method for Conducting Drop-Weight Test to Determine Nil-Ductility Transition Temperature of Ferritic Steels

   Current Active Version: E208-2017e1 ⓘ

E213-1998 ⓘ Standard Practice for Ultrasonic Examination of Metal Pipe and Tubing

   Current Active Version: E213-2014e1 ⓘ

E220-1986(1996)e1 ⓘ Standard Test Method for Calibration of Thermocouples By Comparison Techniques

   Current Active Version: E220-2013 ⓘ

E258-1967(1996)e1 ⓘ Standard Test Method for Total Nitrogen in Organic Materials by Modified Kjeldahl Method

   Current Active Version: E258-2007(2015) ⓘ

E260-1973 ⓘ Standard Recommended Practice for General Gas Chromatography Procedures

E260-1985 ⓘ

E260-1991 ⓘ

E260-1996 ⓘ

   Current Active Version: E260-1996(2019) ⓘ

E274-1965 ⓘ Tentative Method Of Test For Skid Resistance Of Pavements Using A Two-Wheel Trailer

E274-1979 ⓘ

   Current Active Version: E274/E274M-2015 ⓘ

E283-1973 ⓘ Standard Test Method for Rate Of Air Leakage Through Exterior Windows, Curtain Walls, And Doors

E283-1991(1999) ⓘ

Current Active Version: E283/E283M-2019 ⓘ

E290-1997a ⓘ Standard Test Method for Bend Testing of Material for Ductility

Current Active Version: E290-2014 ⓘ

E298-1968 ⓘ Standard Methods For Assay Of Organic Peroxides

Current Active Version: E298-2017a ⓘ

E300-1986 ⓘ Standard Practice for Sampling Industrial Chemicals

Current Active Version: E300-2003(2017) ⓘ

E324-1979(1989)e1 ⓘ Standard Test Method for Relative Initial and Final Melting Points and the Melting Range of Organic Chemicals

Current Active Version: E324-2016 ⓘ

E330-1979 ⓘ Standard Test Method for Structural Performance Of Exterior Windows, Curtain Walls, And Doors By Uniform Static Air Pressure Difference

E330-1990 ⓘ

Current Active Version: E330/E330M-2014 ⓘ

E331-1970(1975) ⓘ Standard Test Method for Water Penetration Of Exterior Windows, Curtain Walls, And Doors By Uniform Static Air Pressure Difference

Current Active Version: E331-2000(2016) ⓘ

E380-1979 ⓘ Standard for Metric Practice

E380-1993 ⓘ

E408-1971(2002) ⓘ Standard Test Methods for Total Normal Emittance of Surfaces Using Inspection-Meter Techniques

Current Active Version: E408-2013 ⓘ

E413-1973 ⓘ Standard Classification for Determination of Sound Transmission Class

Current Active Version: E413-2016 ⓘ

E447-1974 ⓘ Standard Test Methods for Compressive Strength Of Masonry Prisms

E492-1977 ⓘ Standard Method of Laboratory Measurement Of Impact Sound Transmission Through Floor-Ceiling Assemblies Using The Tapping Machine

Current Active Version: E492-2009(2016)e1 ⓘ

E501-1976 ⓘ Standard Specification for Standard Tire For Pavement Skid-Resistance Tests

Current Active Version: E501-2008(2015) ⓘ

E515-1995(2000) ⓘ Standard Test Method for Leaks Using Bubble Emission Techniques

Current Active Version: E515-2011(2018) ⓘ

E648-1978 ⓘ Standard Test Method for Critical Radiant Flux Of Floor-Covering Systems Using A Radiant Heat Energy Source

E648-1997e1 ⓘ

E648-2000 ⓘ

Current Active Version: E648-2019 ⓘ

E662-1997 ⓘ Standard Test Method for Specific Optical Density of Smoke Generated by Solid Materials

E662-2001 ⓘ

Current Active Version: E662-2019 ⓘ

E681-1985 ⓘ Standard Test Method for Concentration Limits of Flammability of Chemicals (Vapors and Gases)

E681-1998 ⓘ

Current Active Version: E681-2009(2015) ⓘ

E695-1979(1991) ⓘ Standard Method of Measuring Relative Resistance of Wall, Floor, and Roof Construction to Impact Loading

Current Active Version: E695-2003(2015)e1 ⓘ

E711-1987(2004) ⓘ Standard Test Method for Gross Calorific Value of Refuse-Derived Fuel by the Bomb Calorimeter (Withdrawn 2004)

Replaced By: No_Replacement

E773-1988 ⓘ Standard Test Methods for Seal Durability of Sealed Insulating Glass Units

E773-1997 ⓘ

E774-1992 ⓘ Standard Specification for Sealed Insulating Glass Units

E774-1997 ⓘ

E775-1987(2004) ⓘ Standard Test Methods for Total Sulfur in the Analysis Sample of Refuse-Derived Fuel

   Current Active Version: E775-2015 ⓘ

E776-1987(2004) ⓘ Standard Test Method for Forms of Chlorine in Refuse-Derived Fuel

E776-1987(2009) ⓘ

   Current Active Version: E776-2016 ⓘ

E871-1982(1998) ⓘ Standard Method of Moisture Analysis of Particulate Wood Fuels

   Current Active Version: E871-1982(2019) ⓘ

E885-1988(1996) ⓘ Standard Test Methods for Analyses of Metals in Refuse-Derived Fuel by Atomic Absorption Spectroscopy

E1084-1986(2009) ⓘ Standard Test Method for Solar Transmittance (Terrestrial) of Sheet Materials Using Sunlight

   Current Active Version: E1084-1986(2015) ⓘ

E1136-1993(1998) ⓘ Standard Specification for A Radial Standard Reference Test Tire

E1136-1993(2003) ⓘ

   Current Active Version: E1136-2017 ⓘ

E1333-1996 ⓘ Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber

   Current Active Version: E1333-2014 ⓘ

E1337-1990(2002) ⓘ Standard Test Method for Determining Longitudinal Peak Braking Coefficient of Paved Surfaces Using a Standard Reference Test Tire

E1337-1990(2008) ⓘ

Current Active Version: E1337-1990(2018) ⓘ

E1354-1999 ⓘ Standard Test Method for Heat and Visible Smoke Release Rates for Materials and Products Using an Oxygen Consumption Calorimeter

  Current Active Version: E1354-2017 ⓘ

E1367-1992 ⓘ Standard Guide for Conducting 10-day Static Sediment Toxicity Tests with Marine and Estuarine Amphipods

  Current Active Version: E1367-2003(2014) ⓘ

E1537-1999 ⓘ Standard Test Method for Fire Testing of Real Scale Upholstered Furniture

  Current Active Version: E1537-2016 ⓘ

E1590-2001 ⓘ Standard Test Method for Fire Testing of Mattresses

  Current Active Version: E1590-2017 ⓘ

E1625-1994(2001) ⓘ Standard Test Method for Determining Biodegradability of Organic Chemicals in Semi-Continuous Activated Sludge (SCAS)

E1719-1997 ⓘ Standard Test Method for Vapor Pressure of Liquids by Ebulliometry

  Current Active Version: E1719-2012(2018) ⓘ

E1918-2006 ⓘ Standard Test Method for Measuring Solar Reflectance of Horizontal and Low-Sloped Surfaces in the Field

  Current Active Version: E1918-2016 ⓘ

E2213-2003 ⓘ Standard Specification for Telecommunications and Information Exchange Between Roadside and Vehicle Systems — 5 GHz Band Dedicated Short Range Communications (DSRC) Medium Access Control (MAC) and Physical Layer (PHY) Specifications

  Current Active Version: E2213-2003(2018) ⓘ

F34-1976(1980)e1 ⓘ Standard Test Method for Liquid Extraction of Flexible Barrier Materials

  Current Active Version: F34-2013(2018) ⓘ

F146-1980 ⓘ Standard Test Methods for Fluid Resistance Of Gasket Materials

  Current Active Version: F146-2012(2019)e1 ⓘ

F337-1971(1979) ⓘ Recommended Practice for Dimensions and Tolerances for Bone Plates (Withdrawn 1982)

Replaced By: F786 ⓘ

F377-1980 ⓘ Standard Method for Calibration Of Braking Force For Testing Of Pneumatic Tires

Current Active Version: F377-2003(2015) ⓘ

F405-1977ae1 ⓘ Standard Specification for Corrugated Polyethylene (PE) Tubing And Fittings

F406-2010a ⓘ Standard Consumer Safety Specification for Non-Full-Size Baby Cribs/Play Yards

F406-2013 ⓘ

F406-2017 ⓘ

Current Active Version: F406-2019 ⓘ

F462-1979(1999) ⓘ Consumer Safety Specification for Slip-Resistant Bathing Facilities

F476-1984(1996) ⓘ Standard Test Methods for Security of Swinging Door Assemblies

F476-2014 ⓘ

Current Active Version: F476-2014 ⓘ

F478-1992(1999) ⓘ Standard Specification for In-Service Care of Insulating Line Hose and Covers

Current Active Version: F478-2014a(2019) ⓘ

F479-1993 ⓘ Standard Specification for In-Service Care of Insulating Blankets

F479-1995 ⓘ

Current Active Version: F479-2006(2017) ⓘ

F496-1993b ⓘ Standard Specification for In-Service Care of Insulating Gloves and Sleeves

F496-1997 ⓘ

Current Active Version: F496-2014a ⓘ

F589-1985 ⓘ Standard Consumer Safety Specification for Non-Powder Guns

Current Active Version: F589-2017 ⓘ

F628-1979e1 ⓘ Standard Specification for Acrylonitrile-Butadiene-Styrene (ABS) Plastic Drain, Waste, And Vent Pipe Having A Foam Core

F628-1991 ⓘ

    Current Active Version: F628-2012e3 ⓘ

F631-1993 ⓘ Standard Guide for Collecting Skimmer Performance Data in Controlled Environments

    Current Active Version: F631-2015 ⓘ

F682-1982a(1998) ⓘ Standard Specification for Wrought Carbon Steel Sleeve-Type Pipe Couplings

F682-1982a(2008) ⓘ

    Current Active Version: F682-1982a(2018) ⓘ

F715-1995 ⓘ Standard Test Methods for Coated Fabrics Used for Oil Spill Control and Storage

    Current Active Version: F715-2007(2018) ⓘ

F722-1982(1998) ⓘ Standard Specification for Welded Joints for Shipboard Piping Systems

F722-1982(2008) ⓘ

    Current Active Version: F722-2018 ⓘ

F792-1988(1993)e1 ⓘ Standard Practice for Evaluating the Imaging Performance of Security X-Ray Systems

    Current Active Version: F792-2017e1 ⓘ

F808-1983(1988)e1 ⓘ Standard Guide for Collecting Skimmer performance Data in Uncontrolled Enviorments

F833-2013b ⓘ Standard Consumer Safety Performance Specification for Carriages and Strollers

    Current Active Version: F833-2019 ⓘ

F876-2010 ⓘ Standard Specification for Crosslinked Polyethylene (PEX) Tubing

    Current Active Version: F876-2019a ⓘ

F877-2007 ⓘ Standard Specification for Crosslinked Polyethylene (PEX) Plastic Hot- and Cold-Water Distribution Systems

    Current Active Version: F877-2018a ⓘ

F963-2007e1 ⓘ Standard Consumer Safety Specification for Toy Safety

F963-2017 ⓘ

   Current Active Version: F963-2017 ⓘ

F977-2007 ⓘ Standard Consumer Safety Specification for Infant Walkers

F977-2012 ⓘ

   Current Active Version: F977-2018 ⓘ

F1003-1986(1992) ⓘ Standard Specification for Searchlights on Motor Lifeboats

   Replaced By: No_Replacement ⓘ

F1006-1986(1992) ⓘ Standard Specififcation for Entrainment Separators for Use in Marine Piping Applications

F1006-1986(2008) ⓘ

   Current Active Version: F1006-1986(2018) ⓘ

F1007-1986(1996)e1 ⓘ Standard Specification for Pipe-Line Expansion Joints of the Packed Slip Type for Marine Application

F1007-1986(2007) ⓘ

   Current Active Version: F1007-2018 ⓘ

F1014-1992 ⓘ Specification for Flashlights on Vessels

F1014-2002(2007) ⓘ

   Current Active Version: F1014-2002(2012)e1 ⓘ

F1020-1986(1996)e1 ⓘ Standard Specification for Line-Blind Valves for Marine Applications

F1020-1986(2011) ⓘ

   Current Active Version: F1020-1986(2018) ⓘ

F1055-1998 ⓘ Standard Specification for Electrofusion Type Polyethylene Fittings for Outside Diameter Controlled Polyethylene Pipe and Tubing

F1055-1998(2006) ⓘ

Current Active Version: F1055-2016a ⓘ

F1120-1987(1998) ⓘ Standard Specification for Circular Metallic Bellows Type Expansion Joints for Piping Applications

F1120-1987(2010) ⓘ

   Current Active Version: F1120-1987(2015) ⓘ

F1121-1987(1998) ⓘ Standard Specification for International Shore Connections for Marine Fire Applications

F1121-1987(2010) ⓘ

   Current Active Version: F1121-1987(2015) ⓘ

F1122-1987(1992) ⓘ Standard Specification for Quick Disconnect Couplings

F1122-1987(1998) ⓘ

   Current Active Version: F1122-2004(2015)e1 ⓘ

F1123-1987(1998) ⓘ Standard Specification for Non-Metallic Expansion Joints

F1123-1987(2010) ⓘ

   Current Active Version: F1123-1987(2015) ⓘ

F1139-1988(1998) ⓘ Standard Specification for Steam Traps and Drains

F1139-1988(2010) ⓘ

   Current Active Version: F1139-1988(2015) ⓘ

F1155-1998 ⓘ Standard Practice for Selection and Application of Piping System Materials

   Current Active Version: F1155-2010(2015) ⓘ

F1169-2010 ⓘ Standard Consumer Safety Specification for Full-Size Baby Cribs

F1169-2011 ⓘ

   Current Active Version: F1169-2019 ⓘ

F1172-1988(1998) ⓘ Standard Specification for Fuel Oil Meters of the Volumetric Positive Displacement Type

Current Active Version: F1172-1988(2015)e1 ⓘ

F1173-1995 ⓘ Standard Specification for Thermosetting Resin Fiberglass Pipe Systems to Be Used for Marine Applications

Current Active Version: F1173-2001(2018) ⓘ

F1193-2006 ⓘ Practice for Quality, Manufacture, and Construction of Amusement Rides and Devices

Current Active Version: F1193-2018a ⓘ

F1196-1994(2000) ⓘ Standard Specification for Sliding Watertight Door Assemblies

Current Active Version: F1196-2019 ⓘ

F1197-1989(2000) ⓘ Standard Specification for Sliding Watertight Door Control Systems

Current Active Version: F1197-2019 ⓘ

F1199-1988(1998) ⓘ Standard Specification for Cast (All Temperatures and Pressures) and Welded Pipe Line Strainers (150 psig and 150°F Maximum)

F1199-1988(2010) ⓘ

Current Active Version: F1199-1988(2015) ⓘ

F1200-1988(1998) ⓘ Standard Specification for Fabricated (Welded) Pipe Line Strainers (Above 150 psig and 150°F)

F1200-1988(2010) ⓘ

Current Active Version: F1200-1988(2016) ⓘ

F1201-1988(2010) ⓘ Standard Specification for Fluid Conditioner Fittings in Piping Applications Above 0°F

Current Active Version: F1201-1988(2016) ⓘ

F1235-2018 ⓘ Standard Consumer Safety Specification for Portable Hook-On Chairs

Current Active Version: F1235-2018 ⓘ

F1271-1990(1995)e1 ⓘ Standard Specification for Spill Valves for Use in Marine Tank Liquid Overpressure Protections Applications

Current Active Version: F1271-1990(2018) ℹ

F1273-1991(1997)e1 ℹ Standard Specification for Tank Vent Flame Arresters

F1273-1991(2007) ℹ

Current Active Version: F1273-1991(2013) ℹ

F1292-1999 ℹ Standard Specification for Impact Attenuation of Surface Systems Under and Around Playground Equipment

F1292-2004 ℹ

Current Active Version: F1292-2018 ℹ

F1321-1992 ℹ Standard Guide for Conducting a Stability Test (Lightweight Survey and Inclining Experiment) to Determine the Light Ship Displacement and Centers of Gravity of a Vessel

F1321-1992(2004) ℹ

Current Active Version: F1321-2014 ℹ

F1323-1998 ℹ Standard Specification for Shipboard Incinerators

Current Active Version: F1323-2014 ℹ

F1387-1993(1998) ℹ Standard Specification for Performance of Mechanically Attached Fittings

Current Active Version: F1387-1999(2012) ℹ

F1443-1993 ℹ Standard Test Methods for Equipment and Procedures Used in Evaluating the Performance Characteristics of Protective Headgear

F1446-1993 ℹ Standard Test Methods for Equipment and Procedures Used in Evaluating the Performance Characteristics of Protective Headgear

F1446-1994 ℹ

Current Active Version: F1446-2015b ℹ

F1447-1993 ℹ Standard Specification for Protective Headgear Used in Bicycling

F1447-1994 ℹ

Current Active Version: F1447-2018 ℹ

F1471-1993 ⓘ Standard Test Method for Air Cleaning Performance of a High-Efficiency Particulate Air-Filter System

F1471-1993(2001) ⓘ

F1476-1995a ⓘ Standard Specification for Performance of Gasketed Mechanical Couplings for Use in Piping Applications

   Current Active Version: F1476-2007(2013) ⓘ

F1487-2001 ⓘ Standard Consumer Safety Performance Specification for Playground Equipment for Public Use

   Current Active Version: F1487-2017 ⓘ

F1546/F1546M-1996 ⓘ Standard Specification for Fire Hose Nozzles

F1546/F1546M-1996(2012) ⓘ

F1546-1996(2012)e1 ⓘ

   Current Active Version: F1546-1996(2018) ⓘ

F1548-1994 ⓘ Standard Specification for the Performance of Fittings for Use with Gasketed Mechanical Couplings Used in Piping Applications

   Current Active Version: F1548-2001(2018) ⓘ

F1626-1995(2000) ⓘ Standard Practice for Preparing Shipboard Fire Control Plans

F1805-2000 ⓘ Standard Test Method for Single Wheel Driving Traction in a Straight Line on Snow- and Ice-Covered Surfaces

   Current Active Version: F1805-2018 ⓘ

F1821-2009 ⓘ Standard Consumer Safety Specification for Toddler Beds

F1821-2013 ⓘ

F1821-2016 ⓘ

   Current Active Version: F1821-2019e1 ⓘ

F1924-2012 ⓘ Standard Specification for Plastic Mechanical Fittings for Use on Outside Diameter Controlled Polyethylene Gas Distribution Pipe and Tubing

Current Active Version: F1924-2019 ⓘ

F1948-2012 ⓘ Standard Specification for Metallic Mechanical Fittings for Use on Outside Diameter Controlled Thermoplastic Gas Distribution Pipe and Tubing

Current Active Version: F1948-2015 ⓘ

F1950-1999 ⓘ Standard Specification for Physical Information to be Transferred With Used Amusement Rides and Devices (Withdrawn 2008)

Replaced By: No_Replacement

F1951-1999 ⓘ Standard Specification for Determination of Accessibility of Surface Systems Under and Around Playground Equipment

Current Active Version: F1951-2014 ⓘ

F1967-2011a ⓘ Standard Consumer Safety Specification for Infant Bath Seats

Current Active Version: F1967-2019 ⓘ

F1973-2013 ⓘ Standard Specification for Factory Assembled Anodeless Risers and Transition Fittings in Polyethylene (PE) and Polyamide 11 (PA11) and Polyamide 12 (PA12) Fuel Gas Distribution Systems

Current Active Version: F1973-2013(2018) ⓘ

F2085-2012 ⓘ Standard Consumer Safety Specification for Portable Bed Rails

Current Active Version: F2085-2012(2019) ⓘ

F2088-2013 ⓘ Standard Consumer Safety Specification for Infant Swings

Current Active Version: F2088-2015 ⓘ

F2145-2013 ⓘ Standard Specification for Polyamide 11 (PA 11) and Polyamide 12 (PA12) Mechanical Fittings for Use on Outside Diameter Controlled Polyamide 11 and Polyamide 12 Pipe and Tubing

Current Active Version: F2145-2013(2018) ⓘ

F2194-2013 ⓘ Standard Consumer Safety Specification for Bassinets and Cradles

Current Active Version: F2194-2016e1 ⓘ

F2236-2014 ⓘ Standard Consumer Safety Specification for Soft Infant and Toddler Carriers

Current Active Version: F2236-2016a ⓘ

F2412-2005 ⓘ Standard Test Methods for Foot Protection

Current Active Version: F2412-2018a ⓘ

F2413-2005 ⓘ Standard Specification for Performance Requirements for Foot Protection

Current Active Version: F2413-2018 ⓘ

F2517-2017 ⓘ Standard Specification for Determination of Child Resistance of Portable Fuel Containers for Consumer Use

Current Active Version: F2517-2017 ⓘ

F2600-2009 ⓘ Standard Specification for Electrofusion Type Polyamide-11 Fittings for Outside Diameter Controlled Polyamide-11 Pipe and Tubing

Current Active Version: F2600-2009(2018) ⓘ

F2613-2017a ⓘ Standard Consumer Safety Specification for Children's Chairs and Stools

Current Active Version: F2613-2017a ⓘ

F2620-2012 ⓘ Standard Practice for Heat Fusion Joining of Polyethylene Pipe and Fittings

Current Active Version: F2620-2019 ⓘ

F2670-2018 ⓘ Standard Consumer Safety Specification for Infant Bath Tubs

Current Active Version: F2670-2018 ⓘ

F2767-2012 ⓘ Standard Specification for Electrofusion Type Polyamide-12 Fittings for Outside Diameter Controlled Polyamide-12 Pipe and Tubing for Gas Distribution

Current Active Version: F2767-2018 ⓘ

F2785-2012 ⓘ Standard Specification for Polyamide 12 Gas Pressure Pipe, Tubing, and Fittings

Current Active Version: F2785-2018a ⓘ

F2817-2010 ⓘ Standard Specification for Poly (Vinyl Chloride) (PVC) Gas Pressure Pipe and Fittings For Maintenance or Repair

Current Active Version: F2817-2013(2019) ⓘ

F2853-2010 ℹ️ Standard Test Method for Determination of Lead in Paint Layers and Similar Coatings or in Substrates and Homogenous Materials by Energy Dispersive X-Ray Fluorescence Spectrometry Using Multiple Monochromatic Excitation Beams

Current Active Version: F2853-2010(2015) ℹ️

F2876-2010 ℹ️ Standard Practice for Thermal Rating and Installation of Internal Combustion Engine Packages for use in Hazardous Locations in Marine Applications

Current Active Version: F2876-2010(2015) ℹ️

F2906-2013 ℹ️ Standard Consumer Safety Specification for Bedside Sleepers

Current Active Version: F2906-2013 ℹ️

F2907-2015 ℹ️ Standard Consumer Safety Specification for Sling Carriers

Current Active Version: F2907-2015 ℹ️

F2945-2012a ℹ️ Standard Specification for Polyamide 11 Gas Pressure Pipe, Tubing, and Fittings

Current Active Version: F2945-2018 ℹ️

F3264-2017 ℹ️ Standard Specification for Normal Category Aeroplanes Certification

F3264-2018 ℹ️

F3264-2018b ℹ️

Current Active Version: F3264-2018b ℹ️

G1-1972 ℹ️ Recommended Practice for Preparing, Cleaning, And Evaluating Corrosion Test Specimens

Current Active Version: G1-2003(2017)e1 ℹ️

G16-1971(1984) ℹ️ Standard Practice for Applying Statistics to Analysis of Corrosion Data

Current Active Version: G16-2013(2019) ℹ️

G21-1990 ℹ️ Standard Practice for Determining Resistance of Synthetic Polymetric Materials to Fungi

Current Active Version: G21-2015 ℹ️

G23-1969 ℹ️ Standard Recommended Practice For Operating Light - And Water-Exposure Apparatus (Carbon-Arc Type) For Exposure Of Nonmetallic Materials

G23-1969(1975) ℹ️

G23-1981 ℹ️

G23-1990 ℹ️

G23-1993 ℹ️

    Current Active Version: G152-2013 ℹ️

G26-1970 ℹ️ Recommended Practice for Operating Light - And Water-Exposure Apparatus (Xenon-Arc Type) For Exposure Of Nonmetallic Materials

    Replaced By: G155 ℹ️

G46-1976(1986)e1 ℹ️ Standard Practice for Examination and Evaluation of Pitting Corrosion

    Current Active Version: G46-1994(2018) ℹ️

G151-1997 ℹ️ Standard Practice for Exposing Nonmetallic Materials in Accelerated Test Devices that Use Laboratory Light Sources

    Current Active Version: G151-2019 ℹ️

G154-2000 ℹ️ Standard Practice for Operating Fluorescent Light Apparatus for UV Exposure of Nonmetallic Materials

    Current Active Version: G154-2016 ℹ️

All

*Search topic, title, author, A53*

GO

Home

About ASTM

Site Map

Support

Contact

Policies

Privacy Policy

Copyright/Permissions

Reading Room

Copyright © 1996 ASTM All rights reserved ASTM International Barr Harbor PO Box Conshohocken, PA, 19428-2959 USA