# EXHIBIT 157

# FILED UNDER SEAL