# EXHIBIT 158

# FILED UNDER SEAL