# EXHIBIT 159

# FILED UNDER SEAL