# EXHIBIT 161

# FILED UNDER SEAL