# EXHIBIT 163

**THIS DOCUMENT HAS BEEN PRODUCED IN NATIVE FORMAT**

PRO_00232651

| downloads | identifier | title |
|---|---|---|
| 27 | gov.law.as | ASTM D1246: Bromide - Titrimetric |
| 57 | gov.law.as | ASTM B224: Standard Classification of Coppers |
| 93 | gov.law.as | ASTM A483: Standard Specification for Silicomanganese |
| 133 | gov.law.as | ASTM A502: Steel Structural Rivets |
| 87 | gov.law.as | ASTM A100: Standard Specification for Ferrosilicon |
| 39 | gov.law.as | ASTM D3559: Standard Test Methods for Lead in Water |
| 37 | gov.law.as | ASTM F1014: Standard Specification for Flashlights on Vessels |
| 45 | gov.law.as | ASTM C5: Standard Specification for Quicklime for Structural Purposes |
| 33 | gov.law.as | ASTM E29: Standard Specification for Diesel Fuel Oils |
| 37 | gov.law.as | ASTM C56: Standard Specification for Structural Clay Nonloadbearing Tile |
| 29 | gov.law.as | ASTM F1323: Standard Specification for Shipboard Incinerators |
| 49 | gov.law.as | ASTM A496: Deformed Steel Wire for Concrete Reinforcement |
| 46 | gov.law.as | ASTM C150: Standard Specification for Portland Cement |
| 74 | gov.law.as | ASTM D1835: Standard Specification for Liquefied Petroleum (LP) Gases |
| 38 | gov.law.as | ASTM F1273: Standard Specification for Tank Vent Flame Arresters |
| 77 | gov.law.as | ASTM D396: Standard Specification for Fuel Oils |
| 78 | gov.law.as | ASTM F1123: Standard Specification for Non-Metallic Expansion Joints |
| 32 | gov.law.as | ASTM D3697: Standard Test Method for Antimony in Water |
| 62 | gov.law.as | ASTM F2413: Performance Requirements for Protective Footware |
| 71 | gov.law.as | ASTM D1081: Test for Evaluating Rubber Property--Sealing Pressure |
| 36 | gov.law.as | ASTM F1003: Standard Specification for Searchlights on Motor Lifeboats |
| 57 | gov.law.as | ASTM F1139: Standard Specification for Steam Traps and Drains |
| 31 | gov.law.as | ASTM B227: Hard-Drawn Copper-Clad Steel Wire |
| 159 | gov.law.as | ASTM D975: Standard Specification for Diesel Fuel Oils |
| 47 | gov.law.as | ASTM E260: Standard Practice for Packed Column Gas Chromatography |
| 48 | gov.law.as | ASTM F1122: Standard Specification for Quick Disconnect Couplings |
| 83 | gov.law.as | ASTM C549: Standard Specification for Perlite Loose Fill Insulation |
| 101 | gov.law.as | ASTM C32: Standard Specification for Sewer and Manhole Brick |
| 262 | gov.law.as | ASTM C150: Standard Specification for Portland Cement |
| 59 | gov.law.as | ASTM F1196: Standard Specification for Sliding Watertight Door Assemblies |
| 42 | gov.law.as | ASTM D1687: Standard Test Methods for Chromium in Water |
| 47 | gov.law.as | ASTM D396: Standard Specification for Fuel Oils |
| 28 | gov.law.as | ASTM F1546: Standard Specification for Firehose Nozzles |
| 100 | gov.law.as | ASTM D1535: Specifying Color by the Munsell System |
| 97 | gov.law.as | ASTM A325: High-Strength Bolts for Structural Steel Joists |
| 70 | gov.law.as | ASTM E163: Methods for Fire Tests of Window Assemblies |
| 62 | gov.law.as | ASTM D1126: Standard Test Method for Hardness in Water |
| 78 | gov.law.as | ASTM C52: Specification for Gypsum Partition Tile or Block |
| 173 | gov.law.as | ASTM D1068: Standard Test Methods for Iron in Water |
| 83 | gov.law.as | ASTM A82: Cold-Drawn Steel Wire for Concrete Reinforcement |
| 41 | gov.law.as | ASTM C720: Spray Applied Fibrous Insulation for Elevated Temperature |
| 101 | gov.law.as | ASTM C150: Standard Specification for Portland Cement |
| 113 | gov.law.as | ASTM D1535: Specifying Color by the Munsell System |
| 50 | gov.law.as | ASTM A449: Quenched and Tempered Steel Bolts and Studs |
| 84 | gov.law.as | ASTM A611: Steel, Cold-rolled Sheet, Carbon, Structural |
| 120 | gov.law.as | ASTM B85: Standard Specification for Aluminum-Alloy Die Castings |
| 208 | gov.law.as | ASTM A391: Standard Specification for Alloy Steel Chain |
| 92 | gov.law.as | ASTM E774: Standard Specifications for Sealed Insulating Glass Units |

| downloads | identifier | title |
|---|---|---|
| 89 | gov.law.as | ASTM D975: Standard Specification for Diesel Fuel Oils |
| 96 | gov.law.as | ASTM D4268: Standard Test Method for Testing Fiber Ropes |
| 120 | gov.law.as | ASTM A36: Standard Specification for Carbon Structural Steel |
| 311 | gov.law.as | ASTM D1193: Standard Specification for Reagent Water |
| 179 | gov.law.as | ASTM A185: Steel Wire Fabric for Concrete Reinforcement |
| 32 | gov.law.as | ASTM D2036: Standard Test Method for Cyanides in Water |
| 187 | gov.law.as | ASTM A36: Standard Specification for Carbon Structural Steel |
| 144 | gov.law.as | ASTM D388: Standard Classification of Coals by Rank |
| 179 | gov.law.as | ASTM D2515: Standard Specification for Kinematic Glass Viscosity |
| 324 | gov.law.as | ASTM C476: Standard Specification for Grout for Masonry |
| 497 | gov.law.as | ASTM D88: Standard Test Method for Saybolt Viscosity |
| 226 | gov.law.as | ASTM A47: Standard Specification for Malleable Iron Castings |
| 248 | gov.law.as | ASTM E298: Standard Methods for Assay of Organic Peroxides |
| 64 | gov.law.as | ASTM F2412: Standard Test Methods for Foot Protection |
| 41 | gov.law.as | ASTM D1688: Standard Test Method for Copper in Water |
| 31 | gov.law.as | ASTM F1006: Standard Specification for Entrainment Separators for Use in Ma |
| 47 | gov.law.as | ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Cont |
| 41 | gov.law.as | ASTM D814: Standard Test Method for Rubber Property--Vapor Transmission |
| 25 | gov.law.as | ASTM D5673: Standard Test Method for Elements in Water by Inductively Cou |
| 45 | gov.law.as | ASTM D3454: Standard Test Method for Radium-226 in Water |
| 32 | gov.law.as | ASTM A616: Rail-Steel Deformed and Plain Bars for Concrete Reinforcement |
| 47 | gov.law.as | ASTM A285: Standard Specification for Pressure Vessel Plates, Carbon Steel, |
| 20 | gov.law.as | ASTM D3371: Standard Test Method for Nitriles in Aqueous Solution by Gas-L |
| 43 | gov.law.as | ASTM E773: Standard Test Method for Seal Durability of Sealed Insulating Gla |
| 44 | gov.law.as | ASTM F1197: Standard Specificatiion for Sliding Watertight Door Control Syste |
| 42 | gov.law.as | ASTM C564: Standard Specification for Rubber Gaskets for Cast Iron Soil Pipe |
| 41 | gov.law.as | ASTM D1552: Standard Test Method for Sulfur in Petroleum Products (High-Te |
| 44 | gov.law.as | ASTM D4444: Standard Test Method for Use and Calibration of Hand-Held Mo |
| 39 | gov.law.as | ASTM D1415: Standard Practice for Rubber and Rubber Latices--Nomenclatur |
| 45 | gov.law.as | ASTM E168: Standard Practices for General Techniques of Infrared Quantitativ |
| 71 | gov.law.as | ASTM B21: Standard Specification for Naval Brass Rod, Bar, and Shapes |
| 43 | gov.law.as | ASTM E168: Standard Practices for General Techniques of Infrared Quantitativ |
| 75 | gov.law.as | ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atm |
| 79 | gov.law.as | ASTM D3173: Standard Test Method for Moisture in the Analysis Sample of Co |
| 34 | gov.law.as | ASTM D1266: Standard Test Method for Sulfur in Petroleum Products (Lamp M |
| 45 | gov.law.as | ASTM F1548: Performance of Fittings for Use with Gasketed Mechanical Coup |
| 29 | gov.law.as | ASTM E1590: Standard Test Method for Fire Testing of Mattresses |
| 61 | gov.law.as | ASTM D6503: Standard Test Method for Enterococci in Water Using Enterolert |
| 87 | gov.law.as | ASTM D512: Standard Test Methods for Chloride Ion In Water |
| 74 | gov.law.as | ASTM D3176: Standard Practice for Ultimate Analysis of Coal and Coke |
| 63 | gov.law.as | ASTM D2234: Standard Practice for Collection of a Gross Sample of Coal |
| 31 | gov.law.as | ASTM D660: Evaluating Degree of Resistant to Checking of Exterior Paints |
| 65 | gov.law.as | ASTM A242: Standard Specification for High-Strength Low-Alloy Structural Ste |
| 42 | gov.law.as | ASTM D1200: Viscosity of Paints, Varnishes and Lacquers by Ford Viscosity C |
| 38 | gov.law.as | ASTM F1172: Fuel Oil Meters of the Volumetric Positive Displacement Type |
| 54 | gov.law.as | ASTM F715: Standard Test Methods for Coated Fabrics Used for Oil Spill Cont |
| 42 | gov.law.as | ASTM D3168: Standard Recommended Practices for Qualitative Identification o |
| 43 | gov.law.as | ASTM F1121: Standard Specification for International Shore Connections for N |

PRO_00232651

| downloads | identifier | title |
|---|---|---|
| 43 | gov.law.as | ASTM F682: Standard Specification for Wrought Carbon Steel Sleeve-Type Pir |
| 62 | gov.law.as | ASTM D445: Standard Test Method for Kinematic Viscosity of Transparent and |
| 26 | gov.law.as | ASTM D1890: Standard Test Method for Beta Particle Radioactivity of Water |
| 26 | gov.law.as | ASTM D1253: Standard Test Method for Residual Chlorine in Water |
| 143 | gov.law.as | ASTM D1518: Standard Test Method for Thermal Transmittance of Textile Mat |
| 36 | gov.law.as | ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Con |
| 37 | gov.law.as | ASTM D4763: Standard Practice for Identification of Chemicals in Water by Flu |
| 60 | gov.law.as | ASTM F631: Standard Guide for Collecting Skimmer Performance Data in Con |
| 57 | gov.law.as | ASTM E84: Standard Test Method for Surface Burning Characteristics of Buildi |
| 17 | gov.law.as | ASTM D1943: Standard Test Method for Alpha Particle Radioactivity of Water |
| 34 | gov.law.as | ASTM D1946: Standard Method for Analysis of Reformed Gas by Gas Chroma |
| 61 | gov.law.as | ASTM E169: Standard Practices for General Techniques of Ultraviolet-Visible ( |
| 28 | gov.law.as | ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General |
| 28 | gov.law.as | ASTM D5257: Standard Test Method for Dissolved Hexavalent Chromium in W |
| 109 | gov.law.as | ASTM D2857: Standard Method of Test for Dilute Solution Viscosity of Polymer |
| 64 | gov.law.as | ASTM D1253: Standard Test Method for Residual Chlorine in Water |
| 53 | gov.law.as | ASTM F478: Standard Specification for In-Service Care of Insulating Line Hose |
| 71 | gov.law.as | ASTM C1045: Standard Practice for Calculating Thermal Transmission Propert |
| 66 | gov.law.as | ASTM D56: Standard Test Method for Flash Point by Tag Closed Cup Tester |
| 62 | gov.law.as | ASTM A514: High-Yield Strength, Quenched and Tempered Alloy Steel Plate, ! |
| 40 | gov.law.as | ASTM F1020: Standard Specification for Line-Blind Valves for Marine Applicati |
| 51 | gov.law.as | ASTM A617: Axle-Steel Deformed and Plain Bars for Concrete Reinforcemen |
| 87 | gov.law.as | ASTM A490: Quenched and Tempered Alloy Steel Bolts for Structural Steel Jo |
| 225 | gov.law.as | ASTM F1155: Standard Practice for Selection and Application of Piping Systen |
| 141 | gov.law.as | ASTM E72: Standard Test Methods of Conducting Strength Tests of Panels fo |
| 85 | gov.law.as | ASTM B557: Tension Testing Wrought and Cast Aluminum and Magnesium-Al |
| 99 | gov.law.as | ASTM E681: Standard Test Method for Concentration Limits of Flammability of |
| 157 | gov.law.as | ASTM C330: Standard Specification for Lightweight Aggregates for Structural ( |
| 57 | gov.law.as | ASTM E776: Standard Test Method for Forms of Chlorine in Refuse-Derived Fi |
| 92 | gov.law.as | ASTM D1415: Tentative Method of Test for International Hardness of Vulcaniz |
| 218 | gov.law.as | ASTM D785: Standard Method of Test for Rockwell Hardness of Plastics and E |
| 91 | gov.law.as | ASTM A475: Standard Specification for Zinc-Coated Steel Wire Strand |
| 205 | gov.law.as | ASTM E119: Standard Test Methods for Fire Tests of Building Construction an |
| 240 | gov.law.as | ASTM B117: Standard Practice for Operating Salt Spray (Fog) Apparatus |
| 148 | gov.law.as | ASTM D5489: Standard Guide for Care Symbols for Care Instructions on Texti |
| 130 | gov.law.as | ASTM B193: Standard Test Method for Resistivity of Electrical Conductor Mate |
| 33 | gov.law.as | ASTM F808: Guide for Collecting Skimmer Performance Data in Uncontrolled E |
| 87 | gov.law.as | ASTM A307: Carbon Steel Bolts and Studs, 60,000 PSI Tensile Strength |
| 189 | gov.law.as | ASTM D257: Standard Test Method for DC Resistance of Conductance of Insu |
| 101 | gov.law.as | ASTM D3236: Standard Test Method for Apparent Viscosity of Hot Metal Adhe |
| 64 | gov.law.as | ASTM D976: Standard Test Method for Calculated Cetane Index of Distillate Fi |
| 68 | gov.law.as | ASTM C516: Standard Specification for Vermiculite Loose Fill Thermal Insulati |
| 48 | gov.law.as | ASTM F1201: Standard Specification for Fluid Conditioner Fittings in Piping Ap |
| 40 | gov.law.as | ASTM A203: Standard Specification for Pressure Vessel Plates, Alloy Steel, Ni |
| 54 | gov.law.as | ASTM F722: Standard Specification for Welded Joints for Shipboard Piping Sy |
| 82 | gov.law.as | ASTM A500: Cold-Formed Welded and Seamless Carbon Steel Structural Tub |
| 59 | gov.law.as | ASTM A633: Standard Specification for Normalized High-Strength Low Alloy St |
| 67 | gov.law.as | ASTM A416: Uncoated Seven-Wire Stress-Relieved Strand for Prestressed Co |

PRO_00232651

| downloads | identifier | title |
|---|---|---|
| 161 | gov.law.a | ASTM G21: Standard Practice for Determining Resistance of Synthetic Polyme |
| 62 | gov.law.a | ASTM C4: Standard Specification for Clay Drain Tile and Perforated Clay Drain |
| 25 | gov.law.a | ASTM A184: Standard Specification for Fabricated Deformed Steel Bar Mats fo |
| 64 | gov.law.a | ASTM A501: Hot-Formed Welded and Seamless Carbon Steel Structural Tubir |
| 47 | gov.law.a | ASTM D4420: Standard Test Method for Determination of Aromatics in Finishe |
| 152 | gov.law.a | ASTM D1692: Test for Flammability of Plastic Sheeting and Cellular Plastics |
| 81 | gov.law.a | ASTM D1072: Standard Test Method for Total Sulfur in Fuel Gases |
| 129 | gov.law.a | ASTM D2156: Method of Tests for Smoke Density in Flue Gases from Distillate |
| 37 | gov.law.a | ASTM E23: Standard Test Method for Notched Bar Impact Testing of Metallic M |
| 118 | gov.law.a | ASTM E408: Standard Test Methods for Total Normal Emittance of Surfaces U |
| 104 | gov.law.a | ASTM D1945: Standard Test Method for Analysis of Natural Gas By Gas Chror |
| 159 | gov.law.a | ASTM C64: Specification for Fireclay Brick Refractories for Heavy Duty Station |
| 583 | gov.law.a | ASTM G154: Standard Practice for Operating Fluorescent Light Apparatus for |
| 60 | gov.law.a | ASTM D3246: Standard Test Method for Sulfur in Petroleum Gas by Oxidative |
| 133 | gov.law.a | ASTM D1303: Standard Method of Test for Total Chlorine in Vinyl Chloride Pol |
| 70 | gov.law.a | ASTM C1224: Standard Specification for Reflective Insulation for Building Appl |
| 100 | gov.law.a | ASTM D2247: Standard Practice for Testing Water Resistance of Coatings in 1 |
| 56 | gov.law.a | ASTM E1719: Standard Test Method for Vapor Pressure of Liquids by Ebullior |
| 74 | gov.law.a | ASTM D1475: Standard Test Method for Density of Paint, Varnish, Lacquer, ar |
| 79 | gov.law.a | ASTM D750: Recommended Practice for Rubber Deterioration in Carbon-Arc c |
| 369 | gov.law.a | ASTM E606: Standard Recommended Practice for Constant-Amplitude Low-Cy |
| 231 | gov.law.a | ASTM E258: Standard Test Method for Total Nitrogen Inorganic Material by Mc |
| 159 | gov.law.a | ASTM D1335: Standard Test Method for Tuft Bind of Pile Floor Coverings |
| 104 | gov.law.a | ASTM D4177: Standard Practice for Automatic Sampling of Petroleum and Pet |
| 126 | gov.law.a | ASTM D86: Standard Test Method for Distillation of Petroleum Products at Atn |
| 84 | gov.law.a | ASTM C139: Standard Specification for Concrete Masonry Units for Constructi |
| 83 | gov.law.a | ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purpc |
| 138 | gov.law.a | ASTM B580: Standard Specification for Anodized Oxide Coatings on Aluminur |
| 130 | gov.law.a | ASTM A497: Welded Deformed Steel Wire, Fabric for Concrete Reinforcement |
| 75 | gov.law.a | ASTM A570: Hot-Rolled Carbon Steel Sheet and Strip, Structural Quality |
| 49 | gov.law.a | ASTM A441: High-Strength Low-Alloy Structural Manganese Vanadium Steel |
| 62 | gov.law.a | ASTM D413: Standard Test Method for Rubber Property--Adhesion to Flexible |
| 47 | gov.law.a | ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General |
| 197 | gov.law.a | ASTM B209: Standard Specification for Aluminum and Aluminum Alloy Sheet a |
| 188 | gov.law.a | ASTM E145: Standard Specification for Gravity-Convection and Forced- Ventila |
| 154 | gov.law.a | ASTM D93: Standard Test Method for Flash Point by Pensky-Martens Closed ( |
| 82 | gov.law.a | ASTM E11: Standard Specification for Wire Cloth and Sieves for Testing Purpc |
| 168 | gov.law.a | ASTM E96: Standard Test Methods for Water Vapor Transmission of Materials |
| 46 | gov.law.a | ASTM A618: Hot-Formed Welded and Seamless High-Strength Low-Alloy Stru |
| 232 | gov.law.a | ASTM C90: Standard Specification for Hollow Load-Bearing Concrete Masonry |
| 102 | gov.law.a | ASTM A615: Deformed and Plain Billet-Steel Bars for Concrete Reinforcement |
| 131 | gov.law.a | ASTM C34: Standard Specification for Structural Clay Load-Bearing Wall Tile |
| 109 | gov.law.a | ASTM D129: Standard Test Method for Sulfur in Petroleum Products (General |
| 519 | gov.law.a | ASTM D323: Standard Test Method for Vapor Pressure of Petroleum Products |
| 340 | gov.law.a | ASTM D1505: Standard Test Method for Density of Plastics by the Density-Gra |
| 1007 | gov.law.a | ASTM D445: Standard Test Method for Kinematic Viscosity of Transparent and |
| 292 | gov.law.a | ASTM D4057: Standard Practice for Manual Sampling of Petroleum and Petrol |
| 93 | gov.law.a | ASTM E424: Test for Solar Energy Transmittance and Reflectance (Terrestrial) |

| downloads | identifier | title |
|---|---|---|
| 35 | gov.law.as | ASTM D2460: Standard Test Method for Alpha-Particle-Emitting Isotopes of Ra |
| 50 | gov.law.as | ASTM A572: High-Strength Low-Alloy Columbium-Vanadium Steels of Structur |
| 155 | gov.law.as | ASTM D2724: Standard Test Method for Bonded, Fused, and Laminated Appa |
| 37 | gov.law.as | ASTM C1149: Standard Specification for Self-Supported Spray Applied Cellulo |
| 987 | gov.law.as | ASTM D412: Standard Test Methods for Vulcanized Rubber and Thermoplastic |
| 53 | gov.law.as | ASTM C509: Standard Specification for Elastomeric Cellular Preformed Gaske |
| 114 | gov.law.as | ASTM D1564: Standard Method of Testing Flexible Cellular Materials--Slab Ure |
| 103 | gov.law.as | ASTM D1056: Standard Specification for Flexible Cellular Materials Sponge or |
| 869 | gov.law.as | ASTM A370: Standard Test Method and Definitions for Mechanical Testing of S |
| 168 | gov.law.as | ASTM D1067: Standard Test Method for Acidity or Alkalinity of Water |
| 303 | gov.law.as | ASTM D5865: Standard Test Method for Gross Calorific Value of Coal and Cok |
| 411 | gov.law.as | ASTM E23: Standard Test Methods for Notched Bar Impact Testing of Metallic |
| 154 | gov.law.as | ASTM F476: Standard Test Method for Security of Swinging Door Assemblies |
| 36 | gov.law.as | ASTM F1120: Standard Specification for Circular Metallic Bellows Type Expans |
| 134 | gov.law.as | ASTM D2013: Standard Method of Preparing Coal Samples for Analysis |
| 43 | gov.law.as | ASTM F1957 (1999): Standard Test Method for Composite Foam Hardness Du |
| 31 | gov.law.as | ASTM F1193 (2004): Standard Practice for Quality, Manufacture, and Construt |
| 28 | gov.law.as | ASTM F853 (2004): Standard Practice for Maintenance Procedures for Amuse |
| 104 | gov.law.as | ASTM F2291 (2004): Standard Practice for Design of Amusement Rides and D |
| 29 | gov.law.as | ASTM F2374 (2000): Standard Practice for Design, Manufacture, Operation, ar |
| 37 | gov.law.as | ASTM F770 (2006): Standard Practice for Ownership and Operation of Amuser |
| 34 | gov.law.as | ASTM F747 (2006): Standard Terminology Relating to Amusement Rides and I |
| 31 | gov.law.as | ASTM F846 (1992): Standard Guide for Testing Performance of Amusement R |
| 40 | gov.law.as | ASTM F770 (1993): Standard Practice for Ownership and Operation of Amuser |
| 24 | gov.law.as | ASTM F747 (1997): Standard Terminology Relating to Amusement Rides and I |
| 44 | gov.law.as | ASTM F1193 (2006): Standard Practice for Quality, Manufacture, and Construt |
| 22 | gov.law.as | ASTM F853 (2005): Standard Practice for Maintenance Procedures for Amuse |
| 55 | gov.law.as | ASTM F893 (2005): Standard Guide for Inspection of Amusement Rides and D |
| 32 | gov.law.as | ASTM F2137 (2001): Standard Practice for Measuring the Dynamic Characteri: |
| 37 | gov.law.as | ASTM F2291 (2006): Standard Practice for Design of Amusement Rides and D |
| 140 | gov.law.as | ASTM E2187 (2004): Standard Test Method for Measuring the Ignition Strengtl |
| 30 | gov.law.as | ASTM D1480: Standard Test Method for Density and Relative Density (Specific |
| 89 | gov.law.as | ASTM D2267: Standard Test Method for Aromatics in Light Naphthas and Avia |
| 39 | gov.law.as | ASTM E695: Standard Method of Measuring Relative Resistance of Wall, Floor |
| 49 | gov.law.as | ASTM C126: Standard Specification for Ceramic Glazed Structural Clay Facing |
| 45 | gov.law.as | ASTM D2622: Standard Test Method for Sulfur in Petroleum Products by Wave |
| 55 | gov.law.as | ASTM E154: Materials for Use as Vapor Barriers Under Concrete Slabs and as |
| 52 | gov.law.as | ASTM D2503: Standard Method of Test for Molecular Weight of Hydrocarbons |
| 31 | gov.law.as | ASTM D2879: Standard Test Method for Vapor Pressure--Temperature Relatic |
| 58 | gov.law.as | ASTM D2163: Standard Test Method for Analysis of Liquefied Petroleum (LP) ( |
| 40 | gov.law.as | ASTM F1471: Standard Test Method for Air Cleaning Performance of a High-E |
| 35 | gov.law.as | ASTM D611: Standard Test Method for Aniline Point and Mixed Aniline Point o |
| 45 | gov.law.as | ASTM E29: Standard Practice for Using Significant Digits in Test Data to Deter |
| 43 | gov.law.as | ASTM D2986: Standard Method for Evaluation of Air, Assay Media by the Mon |
| 42 | gov.law.as | ASTM D6216: Standard Practice for Opacity Monitor Manufacturers to Certify ( |
| 22 | gov.law.as | ASTM D3120: Standard Test Method for Trace Quantities of Sulfur in Light Liqu |
| 76 | gov.law.as | ASTM D287: Standard Test Method for API Gravity of Crude Petroleum and Pe |
| 76 | gov.law.as | ASTM E775: Standard Test Methods for Total Sulfur in the Analysis Sample of |

PRO_00232651

| downloads | identifier | title |
| --- | --- | --- |
| 66 | gov.law.as | ASTM B16: Standard Specification for Free-Cutting Brass Rod, Bar, and Shape |
| 24 | gov.law.as | ASTM D2502: Standard Test Method for Estimation of Molecular Weight (Rela |
| 79 | gov.law.as | ASTM D756: Standard Practice for Determination of Weight and Shape Chang |
| 62 | gov.law.as | ASTM D3177: Standard Test Method for Total Sulfur in the Analysis Sample of |
| 41 | gov.law.as | ASTM F1199: Cast (All Temperatures and Pressures) and Welded Pipe Line S |
| 52 | gov.law.as | ASTM F1271: Standard Specification for Spill Valves for Use in Marine Tank Li |
| 62 | gov.law.as | ASTM E885: Standard Test Method for Analyses of Metals in Refuse-Derived F |
| 51 | gov.law.as | ASTM A516: Standard Specification for Pressure Vessel Plates, Carbon Steel, |
| 36 | gov.law.as | ASTM C1114: Standard Test Method for Steady-State Thermal Transmission F |
| 44 | gov.law.as | ASTM D6420: Standard Test Method for Determination of Gaseous Organic Co |
| 25 | gov.law.as | ASTM D2908: Standard Practice for Measuring Volatile Organic Matter in Wate |
| 31 | gov.law.as | ASTM D3695: Standard Test Method for Volatile Alcohols in Water by Direct A |
| 54 | gov.law.as | ASTM D2908: Standard Practice for Measuring Volatile Organic Matter in Wate |
| 31 | gov.law.as | ASTM D1217: Standard Test Method for Density and Relative Density (Specific |
| 76 | gov.law.as | ASTM D665: Standard Test Method for Rust-Preventing Characteristics of Inhi |
| 139 | gov.law.as | ASTM E711: Standard Test Method for Gross Calorific Value of Refuse-Derive |
| 35 | gov.law.as | ASTM D1481: Standard Test Method for Density and Relative Density (Specific |
| 36 | gov.law.as | ASTM A588: High-Strength Low-Alloy Structural Steel with 50 ksi Minimum Yie |
| 60 | gov.law.as | ASTM E1337: Standard Test Method for Determining Longitudinal Peak Brakin |
| 49 | gov.law.as | ASTM F1200: Standard Specification for Fabricated (Welded) Pipe Line Straine |
| 19 | gov.law.as | ASTM D4891: Standard Test Method for Heating Value of Gases in Natural Ga |
| 125 | gov.law.as | ASTM D4442: Standard Test Method for Direct Moisture Content Measuremen |
| 56 | gov.law.as | ASTM F1173: Standard Specification for Thermosetting Resin Fiberglass Pipe |
| 79 | gov.law.as | ASTM D2505: Standard Test Method for Ethylene, Other Hydrocarbons, and C |
| 165 | gov.law.as | ASTM C1371: Standard Test Method for Determination of Emittance of Materia |
| 143 | gov.law.as | ASTM D3588: Standard Practice for Calculating Heat Value, Compressibility Fa |
| 103 | gov.law.as | ASTM D4084: Standard Test Method for Analysis of Hydrogen Sulfide in Gase |
| 208 | gov.law.as | ASTM D5373: Standard Methods for Instrumental Determination of Carbon, Hy |
| 25 | gov.law.as | ASTM C1374: Standard Test Method for Determination of Installed Thickness o |
| 98 | gov.law.as | ASTM D1331: Standard Test Methods for Surface and Interfacial Tension of So |
| 138 | gov.law.as | ASTM D3286: Standard Test Method for Gross Calorific Value of Coal and Cok |
| 78 | gov.law.as | ASTM D1319: Standard Test Method for Hydrocarbon Types in Liquid Petroleu |
| 181 | gov.law.as | ASTM D1962: Standard Test Method for Saponification Value of Drying Oils, F |
| 72 | gov.law.as | ASTM D2099: Standard Test Method for Dynamic Water Resistance of Shoe U |
| 229 | gov.law.as | ASTM G151: Standard Practice for Exposing Nonmetallic Materials in Accelera |
| 622 | gov.law.as | ASTM E29: Standard Practice for Using Significant Digits in Test Data to Deter |
| 280 | gov.law.as | ASTM D2161: Standard Method of Conversion of Kinematic Viscosity to Saybo |
| 141 | gov.law.as | ASTM E283: Standard Test Method for Determining the Rate of Air Leakage Tl |
| 199 | gov.law.as | ASTM D1785: Standard Specification for Poly (Vinyl Chloride)(PVC) Plastic Pip |
| 102 | gov.law.as | ASTM D781: Standard Test Methods for Puncture and Stiffness of Paperboard |
| 33 | gov.law.as | ASTM D3178: Standard Test Method for Carbon and Hydrogen in the Analysis |
| 41 | gov.law.as | ASTM F1007: Standard Specification for Pipe-Line Expansion Joints of the Pac |
| 57 | gov.law.as | ASTM D2236: Standard Method of Test for Dynamic Mechanical Properties of |
| 74 | gov.law.as | ASTM D4809: Standard Test Method for Heat of Combustion of Liquid Hydroca |
| 131 | gov.law.as | ASTM D2015: Standard Test Method for Gross Calorific Value of Solid Fuel by |
| 189 | gov.law.as | ASTM D2216: Standard Test Method for Laboratory Determination of Water (M |
| 74 | gov.law.as | ASTM E185: Standard Practice for Conducting Surveillance Tests for Light-Wa |
| 116 | gov.law.as | ASTM D4294: Standard Test Method for Sulfur in Petroleum and Petroleum Pr |

| downloads | identifier | title |
|---|---|---|
| 26 | gov.law.as | ASTM F2007 (2006): Standard Practice for Design, Manufacture, and Operatio |
| 20 | gov.law.as | ASTM F1950 (1999): Standard Specification for Physical Information to be Tra |
| 25 | gov.law.as | ASTM F2007 (2000): Standard Practice for Design, Manufacture, and Operatio |
| 33 | gov.law.as | ASTM F698 (1994): Standard Specification for Physical Information to be Provi |
| 52 | gov.law.as | ASTM F2376 (2006): Standard Practice for Classification, Design, Manufacture |
| 25 | gov.law.as | ASTM F1305 (1994): Standard Guide for Classification of Amusement Ride an |
| 4 | gov.in.is.14 | IS 1448-12: Methods of test for petroleum and its products, Part 12: Colour by |
| 24 | gov.law.as | ASTM D5392: Standard Test Method for Isolation and Enumeration of Escheric |
| 64 | gov.law.as | ASTM D1060: Standard Method of Core Sampling of Raw Wool Packages for I |
| 43 | gov.law.as | ASTM C177: Standard Test Method for Steady-State Heat Flux Measurements |
| 29 | gov.law.as | ASTM A529: Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point ( |
| 81 | gov.law.as | ASTM C177: Standard Test Method for Steady-State Heat Flux Measurements |
| 52 | gov.law.as | ASTM A529: Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point ( |
| 36 | gov.law.as | ASTM D2597: Standard Test Method for Analysis of Demethanized Hydrocarb |
| 74 | gov.law.as | ASTM C236: Standard Test Method for Steady-State Thermal Performance of |
| 56 | gov.law.as | ASTM D6228: Standard Test Method for Determination of Sulfur Compounds i |
| 88 | gov.law.as | ASTM D4239: Standard Test Methods for Sulfur in the Analysis Sample of Coa |
| 26 | gov.law.as | ASTM D2777: Standard Practice for Determination of Precision and Bias of Ap |
| 83 | gov.law.as | ASTM D1412: Standard Test Method for Equilibrium Moisture of Coal at 96 to 9 |
| 376 | gov.law.as | ASTM G26: Standard Recommended Practice for Light- and Water-Exposure A |
| 230 | gov.law.as | ASTM G23: Standard Practice for Operating Light Exposure Apparatus (Carbo |
| 137 | gov.law.as | ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements |
| 73 | gov.law.as | ASTM F1321: Standard Guide for Conducting a Stability Test (Lightweight Sur |
| 199 | gov.law.as | ASTM D2565: Standard Practice for Operating Xenon Arc-Type Light-Exposure |
| 54 | gov.law.as | ASTM B694: Standard Specification for Copper, Copper Alloy, and Copper-Cla |
| 74 | gov.law.as | ASTM C518: Standard Test Method for Steady-State Heat Flux Measurements |
| 168 | gov.law.as | ASTM D1298: Standard Practice for Density, Relative Density (Specific Gravity |
| 157 | gov.law.as | ASTM E1333: Standard Test Method for Determining Formaldehyde Levels fro |
| 86 | gov.law.as | ASTM F1159 (2003): Standard Practice for Design and Manufacture of Patron |
| 121 | gov.law.as | ASTM D6522: Standard Test Method for Determination of Nitrogen Oxides, Ca |

PRO_00232651

PRO_00232651

arine Piping Applications
trol and Storage
of Volatile Liquids
pled Plasma

Low- and Intermediate-Tensile Strength
iquid Chromatography
ss Units
ems
e and Fittings
emperature Method)
isture Meters
e
ve Analysis

ve Analysis
nospheric Pressure
al and Coke
Method)
lings Used in Piping Applications

t

el
up

trol and Storage
of Polymers in Emulsion Paints
arine Fire Applications

PRO_00232651

be Couplings
d Opaque Liquids


erials
trolled Environments
orescence Spectroscopy
trolled Environments
ing Materials


tography
Quantitative Analysis
Bomb Method)
ater by Ion Chromatography
rs


e and Covers
ties from Steady-State Heat Flux Measurements


Suitable for Welding
ons


ints
n Materials
r Building Construction
loy Products
Chemicals
Concrete
uel
ed Natural and Synthetic Rubbers
Electrical Insulating Materials


d Materials


le Products
erials
Environments


lating Materials
sives and Coating Materials
uels
on
plications Above Zero Degrees F
ckel
stems
ing in Rounds and Shapes
tructural Steel
oncrete

eric Materials to Fungi
n Tile
or Concrete Reinforcement
ng
d Gasoline by Gas Chromatography

e Fuels
Materials
Ising Inspection-Meter Techniques
matography
ary Boiler Service
UV Exposure of Nonmetallic Materials
Microcoulometry
ymers and Copolymers
ications
l00 Percent Relative Humidity
netry
nd Related Products
or Weathering Apparatus
ycle Fatigue Testing
odified Kjeldahl Method

roleum Products
nospheric Pressure
on of Catch Basins and Manholes
ases
n
t

Substrate
Bomb Method)
nd Plate
ation Ovens
Cup Tester
ases
s
ctural Tubing
 Units

Bomb Method)
 (Reid Method)
adient Technique
d Opaque Liquids
eum Products
) of Sheet Materials

adium in Water
al Quality
rel Fabrics
sic Thermal Insulation
c Elastomers-Tension
t and Sealing Material
ethane Foam
Expanded Rubber
Steel Products

ke
Materials

sion Joints for Piping Applications

rometer Hardness
ction of Amusement Rides and Devices
ment Rides and Devices
evices
nd Maintenance of Inflatable Amusement Devices
ment Rides and Devices
Devices
ides and Devices
ment Rides and Devices
Devices
ction of Amusement Rides and Devices
ment Rides and Devices
evices
stics of Amusement Rides and Devices
evices
h of Cigarettes
Gravity) of Viscous Materials by Bingham Pycnometer
tion Gasoline by Gas Chromatography
r and Roof Construction to Impact Loading
g Tile, Facing Brick, and Solid Masonry Units
elength Dispersive X-ray Fluorescence Spectrometry
Ground Cover in Crawl Spaces
by Thermoelectric Measurement of Vapor Pressure
nship and Initial Decomposition Temperature of Liquids by Isoteniscope
Gases and Propane Concentrates by Gas Chromatography
fficiency Particulate Air-Filter System
f Petroleum Products and Hydrocarbon Solvents
rmine Conformance with Specifications
odisperse DOP (Dioctyl Phthalate) Smoke Test
Conformance with Design and Performance Specifications
uid Petroleum Hydrocarbons by Oxidative Microcoulometry
etroleum Products (Hydrometer Method)
Refuse-Derived Fuel

es for Use in Screw Machines

tive Molecular Mass) of Petroleum Oils from Viscosity Measurements

es of Plastics Under Accelerated Service Conditions

Coal and Coke

trainers (150 psig and 150 Degrees F Maximum)

quid Overpressure Protection Applications

Fuel by Atomic Absorption Spectroscopy

for Moderate and Lower-Temperature Service

Properties by Means of the Thin-Heater Apparatus

ompounds by Direct Interface Gas Chromatography-Mass Spectrometry

er by Aqueous-Injection Gas Chromatography

queous-Injection Gas Chromatography

er by Aqueous-Injection Gas Chromatography

Gravity) of Liquids by Bingham Pycnometer

bited Mineral Oil in the Presence of Water

d Fuel by the Bomb Calorimeter

Gravity) of Viscous Materials by Lipkin Bicapillary Pycnometer

ld Point to 4 inches Thick

g Coefficient of Paved Surfaces Using Standard Reference Test Tire

ers (Above 150 psig and 150°F)

s Range by Stolchiometric Combustion

t of Wood and Wood-Based Materials

and Fittings to be Used for Marine Applications

arbon Dioxide in High-Purity Ethylene by Gas Chromatography

ls Near Room Temperature Using Portable Emissometers

ctor, and Relative Density (Specific Gravity) of Gaseous Fuels

ous Fuels (Lead Acetate Reaction Rate Method)

rdrogen, and Nitrogen in Laboratory Samples of Coal and Coke

of Pneumatically Applied Loose-Fill Building Insulation

lutions of Surface Active Agents

ke by the Isoperibol Bomb Calorimeter

m Products by Fluorescent Indicator Adsorption

atty Acids, and Polymerized Fatty Acids

Jpper Maeser Water Penetration Tester

ted Test Devices that Use Laboratory Light Sources

rmine Conformance with Specifications

lt Universal Viscosity or to Saybolt Furol Viscosity

hrough Exterior Windows, Curtain Walls, and Doors

e, Schedules 40, 80, and 120

and Corrugated and Solid Fiberboard

Sample of Coal and Coke

cked Slip Type for Marine Application

Plastics by Means of a Torsional Pendulum

arbon Fuels by Bomb Calorimeter (Precision Method)

the Adiabatic Bomb Calorimeter

loisture) Content of Soil and Rock by Mass

ter Cooled Nuclear Power Reactor Vessels

oducts by Energy-Dispersive X-Ray Fluorescence Spectrometry

n of Concession Go Karts and Facilities
nsferred With Used Amusement Rides and Devices
n of Concession Go Karts and Facilities
ided for Amusement Rides and Devices
e, Construction, and Operation of Water Slide Systems
d Device Related Injuries and Illnesses
ASTM colour scale
chia Coli in Water by the Two-Step Membrane Filter Procedure
Determination of Percentage of Clean Wool Fiber Present
and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus
1/2 in (12.7 mm) Maximum Thickness
and Thermal Transmission Properties by Means of the Guarded Hot-Plate Apparatus
1/2 in (12.7 mm) Maximum Thickness
n Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography
Building Assemblies by Means of a Guarded Hot Box
n Natural Gas and Gaseous Fuels by Gas Chromatography and Flame Photometric Detection
l and Coke Using High Temperature Tube Furnace Combustion Methods
plicable Test Methods of Committee D-19 on Water
97 Percent Relative Humidity and 30 Degrees Celsius
Apparatus (Xenon-Arc Type) for Exposure of Non-metallic Materials
n Arc Type) With and Without Water for Exposure of Nonmetallic Materials
and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus
vey and Inclining Experiment) to Determine Light Ship Displacement and Centers of Gravity of a Vesse
e Apparatus With or Without Water for Exposure of Plastics
d Stainless Steel Sheet and Strip for Electrical Cable Shielding
and Thermal Transmission Properties by Means of the Heat Flow Meter Apparatus
), or API Gravity of Crude Petroleum and Liquid Petroleum Products
m Wood Products Under Defined Test Conditions Using a Large Chamber
Directed, Artificial Climbing Walls, Dry Slide, Coin Operated and Purposeful Water Immersion Amuser
rbon Monoxide, and Oxygen Concentrations in Emissions from Natural Gas-Fired Reciprocating Engir

PRO_00232651

PRO_00232651

PRO_00232651

PRO_00232651

PRO_00232651

PRO_00232651

PRO_00232651



el

ment
nes, Combustion Turbines, Boilers, and Process Heaters Using Portable Analyzers

PRO_00232651