# EXHIBIT A

(Filed Under Seal)

# EXHIBIT B

## (Filed Under Seal)

# EXHIBIT C

(Filed Under Seal)

# EXHIBIT D

## (Filed Under Seal)

# EXHIBIT E

## (Filed Under Seal)

# EXHIBIT F

## (Filed Under Seal)

# EXHIBIT G

## (Filed Under Seal)

# EXHIBIT H

## (Filed Under Seal)

# EXHIBIT I

## (Filed Under Seal)

# EXHIBIT J

(Filed Under Seal)

# EXHIBIT K

## (Filed Under Seal)

# EXHIBIT L

## (Filed Under Seal)

# EXHIBIT M

## (Filed Under Seal)

# EXHIBIT N
## (Filed Under Seal)

# EXHIBIT O

(Filed Under Seal)

# EXHIBIT P

(Filed Under Seal)

# EXHIBIT Q

(Filed Under Seal)

# EXHIBIT R

## (Filed Under Seal)

# EXHIBIT S

## (Filed Under Seal)

# EXHIBIT T

(Filed Under Seal)

# EXHIBIT U

## (Filed Under Seal)

# EXHIBIT V

## (Filed Under Seal)