UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>    Plaintiffs/<br>    Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant/<br>    Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**PROPOSED ORDER AND INJUNCTION**

Having reviewed the record and the applicable law, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment and Permanent Injunction is GRANTED. The Court finds that Defendant infringed Plaintiffs' copyrights and trademarks when it copied Plaintiffs' standards and posted its copies of Plaintiffs' standards on the internet.

Having determined that Defendant's actions constitute copyright and trademark infringement and that Defendant has no valid defense, the Court also finds that a permanent injunction is necessary. Plaintiffs have been and will continue to be irreparably harmed by Defendant's actions and Plaintiffs' harm is not redressable through remedies available at law.

It is therefore hereby ORDERED that, within 5 days of the date of this Order, Defendant shall remove all versions of copyrighted standards owned by Plaintiffs from its website, the Internet Archive, and any other website where Defendant has posted Plaintiffs' standards.

It is further ORDERED that Defendant, its officers, agents, servants, employees and attorneys, and all those in active concert with it or in participation with it, be permanently restrained and enjoined from:

(1) All further unauthorized reproduction, distribution and/or display of versions of Plaintiffs' standards by any means or method and from preparation of derivative works based upon any standards published by Plaintiffs; and

(2) All use of any trademarks owned by Plaintiffs, as well as any colorable imitations thereof or confusingly similar marks.

It is further ORDERED that Defendant shall file a declaration under penalty of perjury state that it has complied with the requirements set forth above within 10 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____      _____
                                                        TANYA S. CHUTKAN
                                                        UNITED STATES DISTRICT JUDGE