# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>  Plaintiffs/Counter-defendants,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>  Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING PUBLIC RESOURCE'S SECOND MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS-COUNTERDEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**

The Court has considered the second motion for summary judgment of Defendant-Counterclaimant Public.Resource.Org., Inc. and its opposition to the second motion for summary judgment and for a permanent injunction [198] of Plaintiffs-Counterdefendants American Society for Testing and Materials d/b/a ASTM International, National Fire Protection Association, Inc., and American Society of Heating, Refrigerating, and Air Conditioning Engineers.  The Court **HEREBY GRANTS** Public Resource's second motion for summary judgment and **DENIES** the Plaintiffs-Counterdefendants' second motion for summary judgment and a permanent injunction.

**IT IS SO ORDERED.**

Dated: _____        _____
                                                                **TANYA S. CHUTKAN**
                                                                **UNITED STATES DISTRICT JUDGE**