IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>    Plaintiffs/Counter-defendants,<br><br>  v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC |

**DEFENDANT-COUNTERCLAIMANT PUBLIC RESOURCE ORG., INC.'S CONSOLIDATED INDEX OF EXHIBITS IN OPPOSITION TO [198] PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION AND IN SUPPORT OF DEFENDANT PUBLIC RESOURCE'S SECOND MOTION FOR SUMMARY JUDGMENT**

Defendant-Counterclaimant Public.Resource.Org, Inc. ("Defendant") submits the following Consolidated Index of Exhibits in Opposition to [198] Plaintiffs' Motion for Summary Judgment and Permanent Injunction and in Support of Defendant's Second Motion for Summary Judgment:

| Exh. No. | Document Title |
|---|---|
| 1 | John Markoff, "Turning the Desktop PC Into a Talk Radio Medium," New York Times, March 4, 1993 |
| 2 | John Markoff, "Plan Opens More Data To Public," New York Times, October 22, 1993 |
| 3 | Correspondence from the Securities and Exchange Commission on August 31, 1995 , stating in part: "Looking forward to your support as we continue down the road you've paved." Service available at https://www.sec.gov/edgar.shtml. |
| 4 | John Schwartz, "Superhighway Routed Through Capitol Hill," Washington Post, September 9, 1994 |
| 5 | Correspondence from Senator Connie Mack on June 16, 1995, concerning the first congressional hearing on Internet. |
| 6 | Katie Hafner, "The Man With Ideas: The Robert Moses of Cyberspace Plans a 1996 World's Fair," Newsweek, July 24, 1995. |
| 7 | "Foreword by His Holiness the Dalai Lama," A World's Fair for the Information Age, MIT Press (1997). |
| 8 | John Schwartz, "Ideas Whose Time for Free Access Has Come," Washington Post, June 29, 1998. |
| 9 | John Markoff, "U.S. to Release Patent Data On a World Wide Web Site," New York Times, June 25, 1998. |
| 10 | Correspondence from the Public Printer of the United States on July 27, 2006. |
| 11 | Correspondence from Hon. Nancy Pelosi, the Speaker of the House of Representatives, on April 17, 2008, supporting "FedFlix" initiative. |
| 12 | James Fallows, "Another Win for Carl Malamud," Atlantic Monthly, March 9, 2007. |

| Exh. No. | Document Title |
|---|---|
| 13 | Correspondence from Speaker Boehner and Chairman Issa on January 5, 2011. |
| 14 | Remarks of Congressman Issa titled "Commemorating the Tenth Anniversary of Public.Resource.Org," Congressional Record, Page E285, March 7, 2017. |
| 15 | Suzanne Perry, "IRS Plans to Begin Releasing Electronic Nonprofit Tax Forms Next Year," Chronicle of Philanthropy, June 30, 2015. |
| 16 | Robert Ambrogi, "1.8M Pages of Federal Case Law To Go Public," Law Sites, November 14, 2007. |
| 17 | Correspondence from the Hon. Lee H. Rosenthal, Chair of the Committee on Rules of Practice and Procedure of the Judicial Conference of the United States, on July 16, 2008 |
| 18 | Correspondence from Chief Judge Royce C. Lamberth, U.S. District Court for the District of Columbia, on January 28, 2009. |
| 19 | Correspondence from U.S. Senator Joseph I. Lieberman to Hon. Lee H. Rosenthal, on February 27, 2009. |
| 20 | Prepared statement by Carl Malamud before the U.S. Court of Appeals for the Ninth Circuit on June 23, 2010. |
| 21 | Submission by Carl Malamud to the Presidential Transition Effort ("Change.Gov"), titled "Federal Register 2.0," on January 5, 2009. |
| 22 | Correspondence from the Hon. David Ferriero, Archivist of the United States to me, on April 2, 2019. |
| 23 | Prepared statement by Carl Malamud before the Oregon State Legislature Legislative Counsel Committee on June 19, 2008. |
| 24 | The Editorial Board, "The Law©?," New York Times, June 25, 2019. |
| 25 | "Notice of Incorporation," dated March 15, 2012. |
| 26 | Carl Malamud Response to SMACNA, on January 11, 2013. |
| 27 | Response to SMACNA, on January 11, 2013. |
| 28 | ANSI website, titled "ANSI Launches Online Portal for Standards Incorporated by Reference," dated October 28, 2013. |

| Exh. No. | Document Title |
|---|---|
| 29 | Prepared remarks by Carl Malamud before the ABA House of Delegates on August 9, 2016. |
| 30 | Lorelei Laird, "After debate, ABA House calls for publication of privately drafted standards used in legislation," ABA Journal, August 9, 2016. |
| 31 | Hon. David Ferriero, "Federal Register 2.0," The White House Blog, July 26, 2010. |
| 32 | History of the Federal Register, March 14, 2006. |
| 33 | Cornell Legal Information Institute, "Worth A Thousand Words: We're Upping Our Game for Images," April 4, 2019. |
| 34 | Email correspondence on March 1, 2016, with Amy Bunk, Director of Legal Affairs and Policy at the Office of the Federal Register. |
| 35 | John Adams' "Dissertation on the Canon and Feudal Law." |
| 36 | Deposition of Mia D. Marvelli, dated August 19, 2019. |
| 37 | Deposition of Mary H. Saunders, dated August 15, 2019. |
| 38 | Deposition of Plaintiffs' expert, John Jarosz, dated August 27, 2015. |
| 39 | Deposition of Public Resource's expert, James Fruchterman, dated July 31, 2015. |
| 40 | Deposition of Daniel Smith, one of ASTM's Rule 30(b)(6) designees, dated July 24, 2015. |
| 41 | Deposition of Christian Dubay, one of NFPA's Rule 30(b)(6) designees, dated April 1, 2015 |
| 42 | SEALED Deposition of Bruce Mullen, one of NFPA's Rule 30(b)(6) designees, dated March 31, 2015. |
| 43 | Deposition of Stephanie Reiniche, one of ASHRAE's Rule 30(b)(6) designees, dated March 30, 2015. |
| 44 | Deposition of Steven Comstock, one of ASHRAE's Rule 30(b)(6) designees, dated March 5, 2015. |

| Exh. No. | Document Title |
|---|---|
| 45 | Deposition of Jeffrey Grove, one of ASTM's Rule 30(b)(6) designees, dated March 4, 2015. |
| 46 | SEALED Deposition of Donald Bliss, one of NFPA's Rule 30(b)(6) designees, dated March 3, 2015. |
| 47 | SEALED Deposition of Carl Malamud, dated February 27, 2015. |
| 48 | Deposition of Carl Malamud as Rule 30(b)(6) designee for Public Resource, dated February 26, 2015. |
| 49 | Deposition of Vikas Bhutada, Rule 30(b)(6) designee for third party HTC Global Services, dated November 5, 2014. |
| 50 | Deposition of Rebecca Malamud, Rule 30(b)(6) designee for third party Point B Studio, dated November 13, 2014. |
| 51 | ASHRAE Interrogatories 2019 |
| 52 | NFPA Interrogatories 2019 |
| 53 | ASTM Second Amended Interrogatories 2019 |
| 54 | ASTM Interrogatories 2014 |
| 55 | SEALED ASHRAE Financials 2016-17 |
| 56 | SEALED ASHRAE Financials 2017-18 |
| 57 | SEALED Exhibit 5 from the deposition of Mary Saunders. |
| 58 | Exhibit 9 from the deposition of Mary Saunders. |
| 59 | SEALED Exhibit 10 from the deposition of Mary Saunders. |
| 60 | Exhibit 11 from the deposition of Mary Saunders. |
| 61 | SEALED Exhibit 13 from the deposition of Mary Saunders. |
| 62 | SEALED Exhibit 14 from the deposition of Mary Saunders. |
| 63 | SEALED Exhibit 21 from the deposition of Mary Saunders. |

| Exh. No. | Document Title |
|---|---|
| 64 | SEALED Exhibit 23 from the deposition of Mary Saunders |
| 65 | SEALED Exhibit 24 from the deposition of Mary Saunders. |
| 66 | SEALED Exhibit 25 from the deposition of Mary Saunders. |
| 67 | SEALED Exhibit 26 from the deposition of Mary Saunders. |
| 68 | SEALED Exhibit 28 from the deposition of Mary Saunders. |
| 69 | SEALED Exhibit 37 from the deposition of Mary Saunders. |
| 70 | SEALED Exhibit 43 from the deposition of Mary Saunders. |
| 71 | SEALED Exhibit 46 from the deposition of Mary Saunders. |
| 72 | SEALED December 31, 2015 and 2014 National Fire Protection Association Financial Statements, produced as begin Bates reference NFPA-PR0097912. |
| 73 | SEALED December 31, 2016 and 2015 National Fire Protection Association Financial Statements, produced as begin Bates reference NFPA-PR0097936. |
| 74 | SEALED December 31, 2017 and 2016 National Fire Protection Association Financial Statements, produced as begin Bates reference NFPA-PR0097961. |
| 75 | SEALED December 31, 2018 and 2017 National Fire Protection Association Financial Statements, produced as begin Bates reference NFPA-PR0097987. |
| 76 | NFPA income statement, produced as begin Bates reference NFPA-PR0098016. |
| 77 | SEALED Code and Standard Units Sold, produced as begin Bates reference NFPA-PR0098022. |
| 78 | SEALED Page view and sales information, produced as begin Bates reference NFPA-PR0098023. |
| 79 | SEALED NFPA Publication sales 2009-2013, produced as begin Bates reference NFPA-PR0098028. |
| 80 | SEALED NFPA Publication sales 2014-2018, produced as begin Bates reference NFPA-PR0098029. |

| Exh. No. | Document Title |
|---|---|
| 81 | SEALED Email produced as begin Bates reference NFPA-PR0098030. |
| 82 | NEC adoption maps, produced as begin Bates reference NFPA-PR0098046. |
| 83 | CodeFinder Tool Disclaimer, produced as begin Bates reference NFPA-PR0098059. |
| 84 | Exhibit 3 from the deposition of Mia Marvelli. |
| 85 | Exhibit 4 from the deposition of Mia Marvelli. |
| 86 | Exhibit 7 from the deposition of Mia Marvelli. |
| 87 | Exhibit 8 from the deposition of Mia Marvelli. |
| 88 | Exhibit 9 from the deposition of Mia Marvelli. |
| 89 | Table of the ASHRAE standards at issue in this case. |
| 90 | Table of the ASTM standards at issue in this case. |
| 91 | Table of the NFPA standards at issue in this case. |
| 92 | Printout from the National Archives website, titled "Incorporation by Reference", available at http://www.archives.gov/federal-register/cfr/ibr-locations.html. |
| 93 | Declaration in Support of Probable Cause, *California v. Harris*, No. 17-CR-017349A (Cal. Super. Ct. June 5, 2017), *available at* https://www.scribd.com/document/350446988/Ghost-Ship-fire-criminal-charges. |
| 94 | Criminal Complaint, *California v. Harris*, No. 17-CR-017349A (Cal. Super. Ct. June 5, 2017), *available at* https://web.archive.org/web/20170729051241/https://cbssanfran.files.wordpress.com/2017/06/almena-and-harris-complaint.pdf.) |
| 95 | SEALED Exhibit 1056 to the deposition of Jeffrey Grove. |
| 96 | SEALED Exhibit 1033 to the deposition of Jeffrey Grove. |
| 97 | SEALED Exhibit 1033 to the deposition of Jeffrey Grove. |

Dated: November 12, 2019  Respectfully submitted,

*/s/   Andrew P. Bridges*
Andrew P. Bridges (admitted)
abridges@fenwick.com
Matthew B. Becker (admitted *pro hac vice*)
mbecker@fenwick.com
Armen N. Nercessian (pending *pro hac vice*)
anercessian@fenwick.com
Shannon E. Turner (pending *pro hac vice*)
sturner@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Corynne McSherry (admitted *pro hac vice*)
corynne@eff.org
Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW
CSRL 2nd Floor
Washington, DC 20005
Telephone: (202) 905-3434

*Attorneys for Defendant-Counterclaimant*
Public.Resource.Org, Inc.