# EXHIBIT 10



**BRUCE R. JAMES**
PUBLIC PRINTER OF THE UNITED STATES

July 27, 2006

Mr. Carl Malamud
Public Memory Trust
1333 H Street, NW, 10th Floor
Washington, DC 20005

Dear Carl,

    I was very pleased over the last few months to learn details about the Washington Bridge, your plans for a public works project which will place live and permanently archived video from Congressional and Executive branch public proceedings on the Internet.

    The Government Printing Office's Strategic Vision for the 21st Century encourages nationwide community facilities for the perpetual, free and ready public access to the printed and electronic documents and other information products of the Federal government. I welcome your new initiative and look forward to frequent updates as you progress.

    I would be pleased if you would accept my suggestion of naming Mike Wash, the Chief Technical Officer of the Government Printing Office, as a member of the Council of Public Engineers, the technical advisory board of the Public Memory Trust. Additionally, I would encourage you to work with Judith Russell, the Superintendent of Documents, on ways the GPO and the Public Memory Trust might work together.

    Best regards,

*Bruce R. James*

UNITED STATES GOVERNMENT PRINTING OFFICE
NORTH CAPITOL AND H STREETS, NW  WASHINGTON, DC 20401  (202) 512-0000  E-MAIL: BJAMES@GPO.GOV