# EXHIBIT 11

NANCY PELOSI
8TH DISTRICT, CALIFORNIA

SPEAKER OF THE HOUSE

H-232, THE CAPITOL
WASHINGTON, DC 20515-6501

One Hundred Tenth Congress
U.S. House of Representatives
Office of the Speaker

April 17, 2008

Carl Malamud
President & CEO
Public.Resource.Org, Inc.
1005 Gravenstein Highway North
Sebastopol, CA 95472

Dear Carl:

Thank you for your letter regarding FedFlix. The new Congressional web video guidelines the Franking Commission and Committee on House Administration are working on are a significant step towards bringing House rules into the multimedia age. The guidelines are non-company specific and will allow Members to upload web video content outside the House so long as the site hosting the web video and the content of the web video are consistent with the Decorum of the House.

FedFlix sounds like a wonderful program and one that I will certainly make my colleagues aware of. My staff will continue to work with you as the Committee on House Administration finalizes the new guidelines.  I see no reason why Members of Congress wouldn't be able to utilize your program under the new guidelines.

I thank you for your work to increase public discourse on technology, public domain, and transparency issues and look forward to continuing to work with you.

best regards,

*Nancy Pelosi*

NANCY PELOSI
Speaker of the House