# EXHIBIT 14

Ichiro Fujisaki, and arranged for a public apology on behalf of Japan to the surviving POWs. He also worked with the Japanese government to establish the U.S.-Japan POW Friendship Program, which allows former POWs and their families to visit Japan annually. Finally, Dr. Tenney received a personal apology from Japanese Prime Minister Shinzo Abe in 2015 and just last month received a letter of apology from Mitsubishi Materials Corporation, one of the companies that profited from POW labor at the time. I have been fortunate enough to know Dr. Tenney. His courage and tenacity are an inspiration to all, and his moving story demonstrates how much impact one person can have on world affairs.

Dr. Tenney's legacy is admirable and his impressive achievements in U.S.-Japan relations will be remembered for years to come. He is survived by his wife, Betty, and his son, two stepsons, seven grandchildren, and two great-grandchildren. I extend my condolences to his family in this difficult time.

---

HONORING NORTHEASTERN HIGH SCHOOL KNIGHTS BOYS VARSITY BASKETBALL TEAM

## HON. LUKE MESSER

OF INDIANA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, March 7, 2017*

Mr. MESSER. Mr. Speaker, I rise today to honor Northeastern High School on its 2017 IHSAA Class 2A Sectional 41 championship in boys' basketball.

The Knights faced off against the Union County Patriots, defeating them 54–41.

I am proud of these young men for not only their remarkable win, but also for the Hoosier sportsmanship that they displayed throughout this exciting season. I want to commend Coach Brent Ross as well as all of the assistant coaches who led these young men to victory.

Congrats, Knights.

---

HONORING THE LIFELONG CONTRIBUTIONS OF PAUL KALINIAN

## HON. JIM COSTA

OF CALIFORNIA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, March 7, 2017*

Mr. COSTA. Mr. Speaker, I rise today to honor and pay tribute to Fresnan Paul Kalinian, a philanthropic and award winning filmmaker known especially for his documentary on Armenian-American William Saroyan.

Paul Kalinian was born in Beirut, Lebanon on February 14, 1932, but spent the majority of his childhood in Damascus, Syria. At age 14, he discovered his passion for photography and began learning the skill at the Photo Gulbenk Studio in Damascus. Four years later, he returned to Beirut, opening his first photography studio, Photo Paul in 1961. In 1964, he moved to Canada, then to the United States to further pursue a future in photography and filmmaking. Attending the New York Institute of Photography, Paul received degrees in Photography and Motion Picture Production in 1967. That same year, he returned to Beirut to marry his longtime sweetheart, Araxie Deuvletian. They immigrated to the United States and were blessed with twins: a son Harold and a daughter Susie, making Fresno, California their permanent home, the birthplace of his childhood hero William Saroyan.

In 1972, Paul opened his second studio, Paul's Photography Studio, in Fresno, California. Throughout the years, he photographed countless people from all walks of life, from politicians and generals, to models, musicians and clergy leaders. His works have been published in over a dozen books, and numerous newspapers and magazines, and have been displayed in over a dozen different locations such as government buildings, museums, schools and libraries.

Aside from having a passion for photography, Paul had a dream of one day being able to photograph internationally renowned Armenian-American Pulitzer Prize and Oscar winner, William Saroyan. After 12 years of chasing this dream, Paul was finally able to capture portraits of the famous writer and playwright on March 26, 1976. One such characteristic portrait was selected by the United States and Soviet Union Postal Services, among 400 other photographs, to be used for their Commemorative Postal Stamps. This was the first time in history that an individual was selected as a humanitarian symbol of peace and friendship between two superpower nations. First-day-issue ceremonies took place simultaneously on May 22, 1991 in Fresno, California and in Yerevan, Armenia.

After William Saroyan's death in 1981, Paul created a 22 minute presentation of Saroyan's portraits, along with his narration "How I shot Saroyan," which was shown over 100 times in various cities, and televised on public stations. In light of the positive response, Paul and his daughter, Dr. Susie Kalinian, decided to collaborate and create a documentary film about Saroyan's life and works, narrated by another famous Fresnan whom Kalinian admires and respects, television and motion picture star, actor Mike Connors. Entitled William Saroyan; The Man The Writer, the film was written and directed by Paul and produced by his daughter. It is a symbol of Paul's admiration for Saroyan as one of the greatest writers of our time. The film was created to preserve and present Saroyan's works, recognize his dual cultural heritage, and spread his message of peace and hope around the world. The film, a labor of love, won numerous awards of recognition, including six international film festival awards and a Gold Award for Best Documentary Film among 12 competing nations. The film premiered on April 9, 1991 in Fresno at the William Saroyan Theatre. Today, over one million people have seen the film in more than 60 cities in 19 countries around the world. This film not only pays tribute to Saroyan, but pays tribute to Armenians and Fresno, California.

Mr. Speaker, today I ask my colleagues to join me in celebrating a man who has dedicated his life to preserving American and Armenian culture through the art of photography and film. It is both fitting and appropriate that we recognize Paul Kalinian for his educational and philanthropic contributions to his community, his country, and our world. I join Paul's family in wishing him health and happiness for years to come.

---

HONORING SOUTH RIPLEY RAIDERS BOYS VARSITY BASKETBALL TEAM

## HON. LUKE MESSER

OF INDIANA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, March 7, 2017*

Mr. MESSER. Mr. Speaker, I rise today to honor South Ripley High School on its 2017 IHSAA Class 2A Sectional 45 championship in boys' basketball.

The Raiders faced off against the Milan Indians, defeating them 47–42.

I am proud of these young men for not only their remarkable win, but also for the Hoosier sportsmanship that they displayed throughout this exciting season. I want to commend Coach Travis Wrightsman as well as all of the assistant coaches who led these young men to victory.

Congrats, Raiders.

---

COMMEMORATING THE TENTH ANNIVERSARY OF PUBLIC.RESOURCE.ORG

## HON. DARRELL E. ISSA

OF CALIFORNIA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, March 7, 2017*

Mr. ISSA. Mr. Speaker, I rise today in recognition of the tenth anniversary of Public.Resource.Org, a nonprofit organization promoting openness and transparency in all three branches of the federal government.

In the past decade, organizations like Public Resource have been instrumental in utilizing modern technology and the Internet as vehicles to make the proceedings and reports of the House of Representatives readily available to the general public. While I served as Chairman of the Committee on Oversight and Government Reform, our staff worked with Public Resource to upload a video archive of all its proceedings to the Internet and used official transcripts to add closed captioning to our hearings. In addition to the Oversight Committee, their team uploaded over 3,000 hearings from all committees to the Internet Archive, particularly documenting activity in the House from 2005 through 2011.

In the Judicial Branch, Public Resource published all the historical opinions of the U.S. Court of Appeals and millions of pages of briefs from significant judicial opinions. They also worked with numerous executive agencies, including the Department of Defense, the Archivist of the United States, the National Technical Information Service, and the Internal Revenue Service to post thousands of government videos and upload over 9 million tax documents of nonprofit organizations for the public record.

As the organization celebrates this milestone, I would like to congratulate Public Resource for its service to Congress and the ongoing effort to provide American citizens with the tools they need to scrutinize the activities of the federal government.

## FINDLAY NAMED TOP MICROPOLITAN COMMUNITY IN THE UNITED STATES

### HON. ROBERT E. LATTA

OF OHIO

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, March 7, 2017*

Mr. LATTA. Mr. Speaker, I would like to recognize the City of Findlay, Ohio for being named a 2016 Top Micropolitan Community in the United States. This is the third year in a row that Findlay has been selected by Site Selection magazine for this honor.

Site Selection ranks micropolitan areas, which have populations ranging between 10,000 and 50,000, by evaluating different sets of criteria for opportunities to provide proven sustainable success. Findlay, once again, ranked highest out of these cities with 22 projects that secure and grow the local economic growth of the community.

Findlay has made quite a name for itself by focusing their efforts on steady economic development. Site Selection has deemed this the "Findlay Formula," the building of strong, reliable partnerships from the local government arena to both business and nonprofit organizations.

Mr. Speaker, the success in Findlay is a testament to the strong leadership and tight-knit community that exists in Hancock County. I'm excited about potential future development and the benefits it will bring to residents and businesses that are proud to call Findlay home. Congratulations once again to the City of Findlay for being named a top Micropolitan community.

## HONORING HAUSER HIGH SCHOOL JETS BOYS VARSITY BASKETBALL TEAM

### HON. LUKE MESSER

OF INDIANA

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, March 7, 2017*

Mr. MESSER. Mr. Speaker, I rise today to honor Hauser High School on its 2017 IHSAA Class 1A Sectional 60 championship in boys' basketball.

The Jets faced off against the Oldenburg Academy Twisters, defeating them 64–61.

I am proud of these young men for not only their remarkable win, but also for the Hoosier sportsmanship that they displayed throughout this exciting season. I want to commend Coach Bob Nobbe as well as all of the assistant coaches who led these young men to victory.

Congrats, Jets.

## HONORING PACKANACK LAKE FIRE COMPANY

### HON. RODNEY P. FRELINGHUYSEN

OF NEW JERSEY

IN THE HOUSE OF REPRESENTATIVES

*Tuesday, March 7, 2017*

Mr. FRELINGHUYSEN. Mr. Speaker, I rise today to honor the 75th Anniversary of the Packanack Lake Fire Company No. 5, located in Wayne, New Jersey.

Beginning in 1942, during the midst of World War II, the Packanack Lake community of 500 homes at the time was very concerned about the threat of attacks from the Axis powers. Six residents found the need for a local fire department in order to provide protection to the community. The residents applied for use of Civil Defense equipment. With great effort, they were organized as a civil defense unit and equipment was allocated. Funds were later loaned in order to purchase a truck from a nearby fire company in Mountain View, New Jersey. Over the years two more trucks were added; increasing the capabilities of the fire company. In 1946, the state of New Jersey passed legislation that officially recognized the Packanack Lake Fire and Emergency Squad as a fire company, and allowed Wayne Township to allocate extra funds to the emergency squad. After several expansions of the emergency squad, the need for a fire house emerged. Property was donated by Packanack Homes and a two story fire house was built by the volunteer firefighters themselves. Materials were gathered from nearby demolished buildings and construction was complete by 1948. While construction was nearing completion the spouses of the volunteers formed the Packanack Lake Ladies Auxiliary who dedicated their time raising funds and supporting the fire company. And, the Auxiliary remains very active today!

Today, the fire company is a prominent entity in Packanack Lake. Membership has never been higher and they are now equipped with four trucks and one heavy rescue truck. With over 700 calls a year the fire company is always utilizing these resources to the best of their abilities. From six residents who saw the necessity to protect their community, grew a fine fire company who still supports and protects their community.

Like all fire companies, the Packanack Lake Company is more than fighting fires. From serving as a safe haven during natural disasters, floods in particular, the first to respond to home emergencies, and to functioning as a social hub for the community to connect with one another, I commend Company #5 for its distinguished 75 years and its support of the four other Wayne companies and their mutual aid to neighboring towns.

Mr. Speaker, I ask that you and our colleagues join me in congratulating Packanack Lake Fire and Emergency Squad No. 5 on the occasion of its 75th Anniversary.