# EXHIBIT 18

United States District Court
for the District of Columbia
Washington, D C 20001

Chambers of
Chief Judge
Royce C. Lamberth
United States District Judge

January 28, 2009

Mr. Carl Malamud
President & CEO
Public. Resource.Org
1005 Gravenstein Highway North
Sebastopol, CA 95472

Dear Mr. Malamud,

      This is in response to the your December 30, 2008 letter regarding the audit your organization conducted of our Court's database. Our Clerk's Office confirmed that the documents you cited included social security numbers that should have been redacted by counsel prior to filing. Those documents are no longer available for public viewing. Counsel for the parties have been notified to file redacted documents that are in compliance with the E-Government Act.

      Thank you for bringing this to our attention. We appreciate your interest in our Court.

Sincerely,

Royce C. Lamberth
Chief Judge