# EXHIBIT 22



**NATIONAL ARCHIVES**

ARCHIVIST of the
UNITED STATES

DAVID S. FERRIERO
T: 202.357.5900
F: 202.357.5901
david.ferriero@nara.gov

2 April 2019

Carl Malamud, President
Public.Resource.Org ("Public Resource")
1005 Gravenstein Highway North
Sebastopol, CA 95472

Dear Carl,

As the nation's record keeper, the National Archives and Records Administration (NARA) is responsible for collecting, protecting, and making available the records of our Government whether you are documenting your family history, in need of benefits as a veteran of military service, or doing in depth historical research. And we depend upon citizen archivists such as Public Resource to help us carry out this mission.

On a blustery morning in February of 2011, you and I trudged through a blizzard here in Washington to inaugurate the International Amateur Scanning League, a group of volunteers you organized to come to the National Archives and copy Federal Government created videos to provide broader public access to the treasures in our vaults. Ten years later, I am delighted that your "FedFlix" channel has been such a success. Over 6,000 videos posted on YouTube and the Internet Archive have received 85 million views.

Public Resource has shown a long-term commitment to public access. In 2010 and 2011, you assisted our Office of the Federal Register as we moved our Government's official daily newspaper from an old print format to a modern website. And I was especially proud in December of 2011 to accept the first annual Walter Gellhorn Innovation Award as the most innovative Federal agency of 2011 by the Administrative Conference of the United States.

Public Resource provides a valuable service those of us working in Government. Your technical expertise in making information available on the Internet and your commitment to public service helps us fulfill our mission in new and innovative ways. While it is easy to sit back and criticize how our Government works, you have focused on helping us work smarter to the benefit of all Americans. Our Founding Fathers believed that an informed and involved citizenry was key to our democracy and Public Resource helps us makes this true.

David S. Ferriero
Archivist of the United States

NATIONAL ARCHIVES and
RECORDS ADMINISTRATION

700 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20408-0001
www.archives.gov