# EXHIBIT 25





# TRANSMITTAL

## TRANSMITTAL Nº 1

The Honorable Maria A. Pallante
Register of Copyrights
U.S. Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559

Attached for your consideration is <u>Facsimile № 11 of 25</u> of a set of 73 documents Incorporated by Reference into the Code of Federal Regulations. Because these edicts of government cost $7,414.26 to purchase from private parties, it is likely you have not seen these laws that are binding on the citizenry and critical to the public safety. Three matters are respectfully brought to your attention by means of this transmittal:

1ˢᵗ. Section 206.01 of the Compendium II of Copyright Office Practices states that "edicts of government…are not copyrightable for reasons of public policy." In Veeck v. SBCCI (293 F.3d 791, 2002), the Fifth Circuit ruled that technical standards incorporated by reference, such as building codes, are edicts of government. The 73 federal samples furnished to you are as important and compulsory as state building codes.

2ᵈ. Since 2007, Public.Resource.Org has posted state public safety codes incorporated by reference. Our aim is expand on the transformation we have made to California's Title 24 to create a unified XHTML interface to all standards currently incorporated at the state and federal levels and make it available at no charge and with no restrictions on use.

3ᵈ. Going forward, before incorporating additional standards, we believe officials need to revise ambiguous and conflicting public policies. For example, the Copyright Office, contrary to stated policy, registers edicts of government including the Building Code of New York (TX-5-677-213) and the Missouri Revised Statutes (TX-5-416-097).



Bureau of Standards speeds up photomicrography with new apparatus. By means of this new apparatus just designed by the metallurgical divisions of the National Bureau of Standards, it is now possible to make 700 micrographs per working day of the structural effect of corrosion on cross sections of metallic specimans. This new machine uses roll film of 900 negatives at one loading, thus dispensing with the repeated loading and unloading of individual film holders by which method the Bureau was only formerly able to make 12 micrographs per working day. Willard H. Mutohler, one of the designers of the apparatus is shown photographing the corrosion on airplace materials, 8/18/37, Courtesy of Library of Congress, Photo by Harris & Ewing.

# TRANSMITTAL

## TRANSMITTAL Nº 2

The Honorable Paul R. Verkuil
Chairman of the Conference
Administrative Conference of the United States
1120 20th St., N.W.
Washington, DC 20036

Attached for your consideration is *Facsimile Nº 12 of 25* of a set of 73 documents Incorporated by Reference into the Code of Federal Regulations. Because these edicts of government cost $7,414.26 to purchase from private parties, it is likely you have not seen these laws that are binding on the citizenry and critical to the public safety. Three matters are respectfully brought to your attention by means of this transmittal:

1ˢᵗ. In hearings prior to passage of ACUS Recommendation 2011-5, a non-governmental member testified in committee as follows: "I don't see what the problem is! Heck, a $60 standard is just 4 beers on Dupont Circle!" Since most governmental members of ACUS cannot afford $15 beers or $60 standards, please make the attached documents available for their inspection.

2ᵈ. In his keynote address to the 54th Plenary Session of the Conference, Senior Fellow Justice Stephen Breyer concluded by stating "if a law isn't public, it isn't a law." Can the Conference pursue a study to determine if the Breyer Test for public access to the law has been met in the Code of Federal Regulations and is properly considered in ACUS 2011-5?

3ᵈ. In "Outsourcing Sovereignty" (Cambridge University Press: 2007), you make a strong case that "delegations of public power to private hands [undermines] the capacity to govern." The Conference should consider pursuing a study to determine if this "privatization of government functions threatens democracy."



Flame propogation in gas engines photographed. A study of the mechanism of the flame propogation in the cylinder of a internal combustion engine is being made at the U.S. Bureau of Standards for the National Advisory Committee for Aeronautics. A secial bomb made of steel, shown in the foreground, and designed to withstand pressures up to 500 lbs. to the square inch is used to show the progress of the flame and the rise in pressure which may be recorded photographically during the gas explosions under carefully controlled conditions. The camera, where the recordings are made, is in front of Dr. Ernest F. Flock of the Bureau of Standards, carries its film on a drum which may be revolved up to 4,000 revolutions per minute. 8/26/37, Courtesy Library of Congress, Photo by Harris & Ewing.

# TRANSMITTAL

## TRANSMITTAL N° 3

The Honorable Chuck Grassley
U.S. Senator for Iowa
United States Senate
135 Hart Senate Office Building
Washington, D.C. 20510

The Honorable Sheldon Whitehouse
U.S. Senator for Rhode Island
United States Senate
717 Hart Senate Office Building
Washington, D.C. 20510

Attached for your consideration is <u>Facsimile № 13 of 25</u> of a set of 73 documents Incorporated by Reference into the Code of Federal Regulations. Because these edicts of government cost $7,414.26 to purchase from private parties, it is likely you have not seen these laws that are binding on the citizenry and critical to the public safety. Three matters are respectfully brought to your attention by means of this transmittal:

1ˢᵗ. Section 4958 of the Internal Revenue Code imposes intermediate sanctions on excess benefit transactions and federal policy prohibits "more than reasonable compensation for services rendered." Yet, CEO compensation for the 10 nonprofit Standards Development Organizations represented in this facsimile range from a "low" of $420,960 up to an eye-popping $2,075,984.

2ᵈ. 1 CFR §1.1 establishes the Official Journals of Government to notify citizens of "documents having general applicability and legal effect." How can those purposes be met when such a broad swath of the federal regulatory base is hidden behind a cash register, a poll tax on access to regulations when they are proposed or after they are promulgated?

3ᵈ. Most of these standards are simply unavailable to the public. The few that are available are hidden behind mechanisms that severely limit the functionality available to readers. It is important that the text of laws be available for transformative uses, so that citizens have the opportunity to better educate themselves and for the legal profession to have better tools for the administration of justice.



U.S. testing liveliness of baseballs. Washington, D.C., Feb. 21. Experiments to test the liveliness of American, National and International League baseballs began at the National Bureau of Standards today. Edward B. Eynon, (left) Secretary of the Washington Baseball Club, and Dr. Hugh L. Dryden, Chief of the Mechanics and Sound Division, who designed the unique machine used in the tests, are discussing the first ball to be hit by the Government Fence Buster, 2/21/38, Courtesy Library of Congress, Photo by Harris & Ewing.

# TRANSMITTAL

## TRANSMITTAL Nº 4

The Honorable Jon Leibowitz
Chairman of the Commission
U.S. Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580

Attached for your consideration is *Facsimile Nº 14 of 25* of a set of 73 documents Incorporated by Reference into the Code of Federal Regulations. Because these edicts of government cost $7,414.26 to purchase from private parties, it is likely you have not seen these laws that are binding on the citizenry and critical to the public safety. Three matters are respectfully brought to your attention by means of this transmittal:

1st. The Standards Development Organizations represented in this facsimile appear to coordinate closely on distribution channels, standard boilerplate, pricing mechanisms, and distribution formats. Has the Bureau of Competition examined the SDO industry to make sure that there is no cahootenizing in restraint of trade?

2d. Overreaching and scare tactics in the labeling and terms of use attached to these documents hurts consumers by discouraging them from attempting to read the law or to exercise their rights to fair use. Has the Bureau of Consumer Protection examined how this industry deals with the public in an area that is so vital to public safety and economic innovation?

3d. Federal policy encouraging the use of voluntary, consensus standards activities also requires that the process be transparent, that all interested or affected parties have an opportunity to participate, and that the process further governmental and national interests. Has the Bureau of Economics studied the standards-making processes to determine if as currently implemented they are a transaction tax on economic activity?



New machine to test brake linings designed by Bureau of Standards. A new machine, both in design and operations, has been installed at the National Bureau of Standards for the testing of brake linings. The machine permits the study of brake linings under conditions closely approaching those of actual service and yet which can be accurately controlled. It will make less difficult the complex job of revising the Federal Government's specification for auto brake linings. Wil. Holt of the Bureau is shown in the photograph, 3/16/38, Courtesy Library of Congress, Photo by Harris & Ewing.

# TRANSMITTAL

## TRANSMITTAL N° 5

The Honorable Cass R. Sunstein
Office of Information and Regulatory Affairs
The White House
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500

Attached for your consideration is *Facsimile № 15 of 25* of a set of 73 documents Incorporated by Reference into the Code of Federal Regulations. Because these edicts of government cost $7,414.26 to purchase from private parties, it is likely you have not seen these laws that are binding on the citizenry and critical to the public safety. Three matters are respectfully brought to your attention by means of this transmittal:

1ˢᵗ  Of the 9,486 Regulatory Incorporations registered by the National Institute of Standards, 6,194 of the Incorporations are for standards from 1995 or earlier. The mechanism used has forced regulators into using out-of-date standards, hurting American competitiveness and public safety.

2ᵈ  OMB Circular No. A-119, "Federal Participation in the Development and Use of Voluntary Consensus Standards" was last revised on February 10, 1998. Federal policy in this area dates back to the print era and hobbles the federal workforce in their attempts to make policy for the Internet era.

3ᵈ  One reason the Internet exploded was that the specifications that define the network are open for all to read and to expand upon. If the standards governing the Internet of things in the physical world were open for all to read, they would be a valuable tool for students who want to learn how our world works and how to make it better. Open technical standards are a vital ingredient for realizing the President's goals for revitalizing STEM education in the U.S.



How much wear will your carpet stand? A machine that produces the bending, slipping, twisting, and compression of the pile that takes place when a carpet is walked upon, has been developed by the National Bureau of Standards to test the durability of carpets. H.F. Schiefer, physicist at the Bureau, is shown in the photograph, 3/19/38, Courtesy Library of Congress, Photo by Harris & Ewing.

# TRANSMITTAL

## TRANSMITTAL № 6

The Honorable David S. Ferriero
Archivist of the United States
National Archives and Records Administration
700 Pennsylvania Avenue, N.W.
Washington, D.C. 20408

Attached for your consideration is <u>Facsimile № 16 of 25</u> of a set of 73 documents Incorporated by Reference into the Code of Federal Regulations. Because these edicts of government cost $7,414.26 to purchase from private parties, it is likely you have not seen these laws that are binding on the citizenry and critical to the public safety. Three matters are respectfully brought to your attention by means of this transmittal:

1st. 1 CFR § 51, which governs Incorporation by Reference, was last updated through 47 FR 34108, August 6, 1982. In Federal Register Doc. 2012-4399, filed 2-24-12, the Office of the Federal Register has requested comments on revision in response to a petition drafted by leading administrative law experts. Please accept these transmittals and this facsimile of 73 standards as a submission to your docket NARA 12-0002.

2d. The Office of the Federal Register maintains a file of all documents Incorporated by Reference. May Public.Resource.Org install a high-speed scanner at OFR for purposes of digitizing these materials to provide public access and to give NARA a copy of these documents in digital form?

3d. Does the National Archives and Records Administration systematically archive all American National Standards as approved by ANSI in order to "ensure continuing access to the essential documentation of the rights of American citizens and the actions of the their government"? While ANSI standards incorporated by reference are only a subset of American National Standards, the full corpus deserves a place in the National Archives.



Test electric light bulbs for Uncle Sam. Purchasing on an average of 4,000,000 electric light bulbs annually, Uncle Sam is probably one of the largest users of light in the country. The National Bureau of Standards sees that the government gets value received in purchases by continually testing the incandescent lamps to determine their life and the amount of light they give. Using a special machine designed by the Bureau, Louis Barbrow is shown measuring the amount of light given by a lamp, 3/21/38, Courtesy Library of Congress, Photo by Harris & Ewing.

# TRANSMITTAL

## TRANSMITTAL Nº 7

The Honorable Darrell Issa  
Member of Congress  
U.S. House of Representatives  
2347 Rayburn House Office Building  
Washington, D.C. 20515

The Honorable Zoe Lofgren  
Member of Congress  
U.S. House of Representatives  
1401 Longworth House Office Building  
Washington, D.C. 20515

Attached for your consideration is *Facsimile Nº 17 of 25* of a set of 73 documents Incorporated by Reference into the Code of Federal Regulations. Because these edicts of government cost $7,414.26 to purchase from private parties, it is likely you have not seen these laws that are binding on the citizenry and critical to the public safety. Three matters are respectfully brought to your attention by means of this transmittal:

1ˢᵗ  Any hobbyist or small business owner wishing to put a new kind of vehicle on the road—or to modify a vehicle to add a new component, such as a car alarm—must conform to many Federal Motor Vehicle Safety Standards, yet at $65 per copy for dozens of such standards, we have precluded these makers and doers and risk-takers. The high cost of standards incorporated into law are a damper on economic activity for small business.

2ᵈ  While it certainly costs money to fund standards-making activities, the Standard Development Organizations have resisted even the most basic public access. Our Federal Depository Library system does not have copies of these public safety specifications, indeed few libraries in America have any standards at all in their collections.

3ᵈ  The debate on Incorporation by Reference has occurred in a vacuum, with very few U.S. citizens or policy makers having access to the essential documents in question. If the House of Representatives were to hold hearings on this topic and enter the enclosed technical standards into the record, all Americans could judge for themselves this important question of access to the law in our democratic system of government.



And now a beer meter. To aid Uncle Same in collecting the tax on the millions of barrels of beer brewed in this country every year, the National Bureau of Standards has designed a master beer meter for use of the alcohol unit of the Bureau of Internal Revenue, U.S. Treasury. Government inspectors employ this master meter in checking the accuracy of the brewery beer meter to determine the volume of beer brewed. In the photograph the large tank receives the liquid after passing thru the meter where it is weighed to get the true volume, April 1, 1937, Courtesy Library of Congress, Photo by Harris & Ewing.

# SHIPPING MANIFEST

| Standard Citation | Alternative Citation | CFR Section | Document Title |
|---|---|---|---|
| 1.us.sibr.001.001 | ANSI-A10.3-1970 | 29 CFR 1926 | Safety Requirements for Powder Actuated Fastening Systems |
| 1.us.sibr.001.002 | ANSI-A10.4-1963 | 29 CFR 1926 | Safety Requirements for Workmen's Hoists |
| 1.us.sibr.001.003 | ANSI-A10.5-1969 | 29 CFR 1926 | Safety Requirements for Material Joists |
| 1.us.sibr.001.004 | ANSI-A14.1-1990 | 29 CFR 1917 | Ladders—Wood—Safety Requirements |
| 1.us.sibr.001.005 | ANSI-A14.2-1990 | 29 CFR 1917 | Ladders—Portable Metal—Safety |
| 1.us.sibr.001.006 | ANSI-A92.2-1969 | 29 CFR 453 | Vehicle Mounted Elevating and Rotating Work Platforms |
| 1.us.sibr.001.007 | ANSI-B7.1-1970 | 29 CFR 1926 | Safety Code for the Use, Care, and Protection of Abrasive Wheels |
| 1.us.sibr.001.008 | ANSI-B20.1-1957 | 29 CFR 1926 | Safety Code for Conveyors, Cableways, and Related Equipment |
| 1.us.sibr.001.009 | ANSI-B30.6-1969 | 29 CFR 1926 | Safety Code for Derricks |
| 1.us.sibr.001.010 | ANSI-B56.1-1969 | 29 CFR 1926 | Safety Standard for Powered Industrial Trucks |
| 1.us.sibr.001.011 | ANSI-O1.1-1961 | 29 CFR 1926 | Safety Code for Woodworking Machinery |
| 1.us.sibr.001.012 | ANSI-S3.22-2003 | 21 CFR 801 | Specification of Hearing Aid Characteristics |
| 1.us.sibr.001.013 | ANSI-Z35.1-1968 | 29 CFR 1926 | Specifications for Accident Prevention Signs |
| 1.us.sibr.001.014 | ANSI-Z35.2-1968 | 29 CFR 1926 | Specifications for Accident Prevention Tags |
| 1.us.sibr.004.001 | ANSI-Z49.1-1967 | 29 CFR 1926 | Safety in Welding and Cutting |
| 1.us.sibr.001.015 | ANSI-Z87.1-2003 | 29 CFR 1910 | Practice for Occupational and Educational Eye and Face Protection |
| 1.us.sibr.001.016 | ANSI-Z88.2-1992 | 30 CFR 250 | American National Standard for Respiratory Protection |
| 1.us.sibr.001.017 | ANSI-Z89.1-1969 | 29 CFR 1926 | Safety Requirements for Industrial Head Protection |
| 1.us.sibr.001.018 | ANSI-Z89.2-1971 | 29 CFR 1926 | Industrial Protective Helmets for Electrical Workers |
| 1.us.sibr.001.019 | ANSI-Z90.4-1984 | 16 CFR 1203 | Protective Headgear for Bicyclists |
| 1.us.sibr.001.020 | ANSI-Z245.1-1992 | 40 CFR 243 | Mobile Refuse Collection and Compaction—Safety Requirements |
| 1.us.sibr.001.021 | ANSI-Z245.2-1997 | 40 CFR 243 | Stationary Compactors—Safety Requirements |
| 1.us.sibr.002.001 | ASME-B30.2-2005 | 29 CFR 1926 | Safety Requirements for Overhead and Gantry Cranes |
| 1.us.sibr.002.002 | ASME-B30.5-2004 | 29 CFR 1926 | Safety Requirements for Mobile and Locomotive Cranes |
| 1.us.sibr.002.003 | ASME-B30.7-2001 | 29 CFR 1926 | Safety Requirements for Base-Mounted Drum Hoists |
| 1.us.sibr.002.004 | ASME-B30.14-2004 | 29 CFR 1926 | Safety Requirements for Side Boom Tractors |
| 1.us.sibr.003.001 | ASTM-D1126-2002 | 40 CFR 136 | Standard Test Method for Hardness in Water |
| 1.us.sibr.003.002 | ASTM-D3559-2003 | 40 CFR 136 | Standard Test Methods for Lead in Water |
| 1.us.sibr.003.003 | ASTM-F2412-2005 | 29 CFR 1910 | Standard Test Methods for Foot Protection |
| 1.us.sibr.003.004 | ASTM-F2413-2005 | 29 CFR 1910 | Performance Requirements for Protective Footware |
| 1.us.sibr.005.001 | BS-EN-13000-2004 | 29 CFR 1926 | Cranes—Safety—Mobile Cranes |
| 1.us.sibr.005.002 | BS-EN-14439-2006 | 29 CFR 1926 | Cranes—Safety—Tower Cranes |
| 1.us.sibr.006.001 | IEEE-1202-1991 | 46 CFR 111 | Standard for Flame Testing of Cables |
| 1.us.sibr.009.001 | ISO-6406-2005 | 49 CFR 180 | Seamless Steel Gas Cylinders—Inspection and Testing |
| 1.us.sibr.009.002 | ISO-10461-2005 | 49 CFR 180 | Seamless Aluminum Alloy Gas Cylinders—Inspection and Testing |
| 1.us.sibr.009.003 | ISO-10462-2005 | 49 CFR 180 | Transportable Cylinders for Dissolved Acetylene |
| 1.us.sibr.009.004 | ISO-11623-2002 | 49 CFR 180 | Periodic Inspection and Testing of Composite Gas Cylinders |
| 1.us.sibr.009.005 | ISO-11660-1-2008 | 29 CFR 1926 | Cranes: Access, Guards and Restraints: General |
| 1.us.sibr.009.006 | ISO-11660-2-1994 | 29 CFR 1926 | Cranes: Access, Guards and Restraints: Mobile Cranes |
| 1.us.sibr.009.007 | ISO-11660-3-2008 | 29 CFR 1926 | Cranes: Access, Guards and Restraints: Tower Cranes |



# SHIPPING MANIFEST

| Standard Citation | Alternative Citation | CFR Section | Document Title |
|---|---|---|---|
| 1.us.sibr.009.008 | ISO-18902-2001 | 36 CFR 1237 | Photographic Processed Films, Plates, and Papers |
| 1.us.sibr.009.009 | ISO-18906-2000 | 36 CFR 1237 | Photographic Films—Specifications for Safety Film |
| 1.us.sibr.008.001 | NFPA-10-2002 | 29 CFR 1915 | Standard for Portable Fire Extinguishers |
| 1.us.sibr.008.002 | NFPA-11-2005 | 29 CFR 1915 | Standard for Foam—Low-, Medium-, and High-Expansion |
| 1.us.sibr.008.003 | NFPA-12-2005 | 29 CFR 1915 | Standard for Carbon Dioxide Extinguishing Systems |
| 1.us.sibr.008.004 | NFPA-25-2002 | 29 CFR 1915 | Standard for Water-Based Fire Protection Systems |
| 1.us.sibr.008.005 | NFPA-30-2003 | 49 CFR 192 | Flammable and Combustible Liquids Code |
| 1.us.sibr.008.006 | NFPA-54-2002 | 24 CFR 3280 | National Fuel and Gas Code |
| 1.us.sibr.008.007 | NFPA-58-2001 | 49 CFR 173 | Standard for Liquefied Petroleum Gases |
| 1.us.sibr.008.008 | NFPA-72-2002 | 29 CFR 1915 | National Fire Alarm Code |
| 1.us.sibr.008.009 | NFPA-101-2000 | 59 CFR 130 | Life Safety Code |
| 1.us.sibr.007.001 | NSF-61-2001 | 24 CFR 3280 | Drinking Water System Components—Health Effects |
| 1.us.sibr.011.001 | SAE-J211-1-1995 | 49 CFR 571 | Instrumentation for Impact Test |
| 1.us.sibr.011.002 | SAE-J387-1987 | 49 CFR 571 | Terminology: Motor Vehicle Lighting |
| 1.us.sibr.011.003 | SAE-J573D-1968 | 49 CFR 571 | Requirements for Lamp Bulbs and Sealed Units |
| 1.us.sibr.011.004 | SAE-J576-1991 | 49 CFR 571 | Plastic Materials for Use in Optical Parts |
| 1.us.sibr.011.005 | SAE-J578-1995 | 49 CFR 571 | Color Specification for Electric Signal Lighting Devices |
| 1.us.sibr.011.006 | SAE-J584-1993 | 49 CFR 571 | Requirements for Motorcycle Headlamps |
| 1.us.sibr.011.020 | SAE-J587-1981 | 49 CFR 571 | License Plate Lamps (Rear Registration Lamps) |
| 1.us.sibr.011.007 | SAE-J588-1984 | 49 CFR 571 | Requirements for Turn Signal Lamps |
| 1.us.sibr.011.008 | SAE-J592-1992 | 49 CFR 571 | Clearance, Side Marker, and Identification Lamps |
| 1.us.sibr.011.009 | SAE-J594F-1977 | 49 CFR 571 | Requirements for Reflex Reflectors |
| 1.us.sibr.011.010 | SAE-J602-1980 | 49 CFR 571 | Mechanically Aimable Sealed Beam Headlamps |
| 1.us.sibr.011.011 | SAE-J759-1995 | 49 CFR 571 | Lighting Identification Code |
| 1.us.sibr.011.012 | SAE-J826-1995 | 49 CFR 571 | Defining and Measuring Vehicle Seating Accommodation |
| 1.us.sibr.011.013 | SAE-J1100-2001 | 49 CFR 571 | Motor Vehicle Dimensions |
| 1.us.sibr.011.014 | SAE-J1383-1985 | 49 CFR 571 | Performance Requirements for Motor Vehicle Headlamps |
| 1.us.sibr.011.015 | SAE-J1395-1985 | 49 CFR 571 | Turn Signal Lamps for Use on Motor Vehicles |
| 1.us.sibr.011.016 | SAE-J1398-1985 | 49 CFR 571 | Stop Lamps for Use on Motor Vehicles |
| 1.us.sibr.011.017 | SAE-J1703-1995 | 49 CFR 571 | Motor Vehicle Brake Fluids |
| 1.us.sibr.011.018 | SAE-J1733-1994 | 49 CFR 572 | Sign Convention for Vehicle Crash Testing |
| 1.us.sibr.011.019 | SAE-J2009-1993 | 49 CFR 571 | Discharge Forward Lighting Systems |
| 1.us.sibr.010.001 | UL-142-1968 | 49 CFR 1910 | Steel Above Ground Tanks for Flammable and Combustible Liquids |

**PUBLIC SAFETY!**



*"It's Everybody's Business!"*