# EXHIBIT 37

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF COLUMBIA
 3   _____
     AMERICAN SOCIETY FOR TESTING  ) Case No.
 4   AND MATERIALS d/b/a ASTM       ) 1:13-cv-01215
     INTERNATIONAL;                 ) TSC-DAR
 5                                  )
     NATIONAL FIRE PROTECTION       )
 6   ASSOCIATION, INC.; and         )
                                    )
 7   AMERICAN SOCIETY OF HEATING,   )
     REFRIGERATING, AND AIR         )
 8   CONDITIONING ENGINEERS,        )
                                    )
 9     Plaintiffs-Counterdefendants )
                                    )
10   vs.                            )
                                    )
11   PUBLIC.RESOURCE.ORG, INC.,     )
       Defendant-Counterclaimant    )
12   _____  )
13
14     Videotaped Deposition of Mary H. Saunders
15              Washington, D.C.
16              August 15, 2019
17               10:16 a.m.
18
19   Reported by:
20   Bonnie L. Russo
21   Job No. 3461686
22   Pages 1 - 334
```

Page 2

```
 1
 2
 3
 4
 5
 6
 7
 8
 9   Videotaped Deposition of Mary Saunders held at:
10
11          Veritext Legal Solutions
12          1250 Eye Street, N.W.
13          Washington, D.C.
14
15   Pursuant to Notice, when were present on behalf
16   of the respective parties:
17
18
19
20
21
22
```

Page 3

```
 1   APPEARANCES:
 2   On behalf of American Society for Testing and
 3   Materials d/b/a ASTM International:
 4     J. KEVIN FEE, ESQ.
 5     JANE W. WISE, ESQ.
 6     MORGAN, LEWIS & BOCKIUS, LLP
 7     1111 Pennsylvania Avenue, N.W.
 8     Washington, D.C. 20004
 9     202-739-5596
10     kevin.fee@morganlewis.com
11     jane.wise@morganlewis.com
12
13   On behalf of National Fire Protection
14   Association, Inc.:
15     RACHEL G. MILLER-ZIEGLER, ESQ.
16     MUNGER, TOLLES & OLSON, LLP
17     1155 F Street, N.W.
18     Washington, D.C. 20004
19     202-220-1115
20     rachel.miller-ziegler@mto.com
21
22
```

Page 4

```
 1   APPEARANCES (CONTINUED):
 2   On behalf of Public.Resource.Org, Inc.:
 3     MATTHEW B. BECKER, ESQ.
 4     ANDREW P. BRIDGES, ESQ.
 5     FENWICK & WEST, LLP
       555 California Street, 12th Floor
 6     San Francisco, California 94104
 7     415-875-2300
 8     mbecker@fenwick.com
 9     abridges@fenwick.com
10
11   On behalf of the Witness:
12     GERALD W. GRIFFIN, ESQ.
13     CARTER, LEDYARD & MILBURN, LLP
14     2 Wall Street
15     New York, New York 10005
16     212-238-8672
17     griffin@clm.com
18
19   Also Present:
20     Sally P. Everett, Vice President and General
21     Counsel, National Fire Protection Association
22     Daniel Russo, Videographer
```

Page 5

# CONTENTS

1

2  EXAMINATION OF MARY SAUNDERS          PAGE

3  BY MR. BECKER                  12, 323

4

   BY MR. FEE                   311, 331

5

6

7          EXHIBITS

   Exhibit 1   Subpoena to Testify        15

8         at a Deposition in

        a Civil Trial

9  Exhibit 2   Letter dated 7-29-19       16

10 Exhibit 3   ANSI Organization Chart    117

11         ANSI 1536

   Exhibit 4   E-Mail Chain dated 8-28-15  118

12         PRO_00264718-723

13 Exhibit 5   Draft Report          150

14         4-21-11

15         ANSI 2690-2692

16 Exhibit 6   Draft Agenda          156

17         4-21-11

18         ANSI 2296

19 Exhibit 7   Agenda             157

20         4-21-11

        ANSI 2538

21 Exhibit 8   Agreement on Technical    160

22         Barriers to Trade

Page 6

1  EXHIBITS (CONTINUED):

2  Exhibit 9   IBR Handbook          164

        July 2018

3  Exhibit 10  Draft Minutes         179

4         3-22-12

5         ANSI 0638-0644

6  Exhibit 11  E-Mail dated 4-27-12     190

7         PRO_00167221-7222

8  Exhibit 12  Draft Proposed Agenda    204

9         ANSI 0303-307

10 Exhibit 13  Copyright Infringement and  205

11         Incorporation by Reference

12         Recent Developments

        ANSI 0308-0327

13 Exhibit 14  Draft Minutes         229

14         5-16-13

15         ANSI 0328-0336

   Exhibit 15  E-Mail dated 3-1-12      230

16         ANSI 2860

17 Exhibit 16  E-Mail dated 3-15-12     232

18         ANSI 3083

19 Exhibit 17  ANSI Response to Request for 235

20         Comments on Incorporation

21         by Reference

22         ANSI 3084-3089

Page 7

1  EXHIBITS (CONTINUED):

2  Exhibit 18  E-Mail Chain dated 3-18-12   237

        ANSI 3121-3122

3  Exhibit 19  ANSI Response to Request    237

        for Comments on

4         Incorporation by Reference

5         ANSI 3123-3128

6  Exhibit 20  E-Mail Chain dated 4-10-12   240

7         ANSI 3602-3604

8  Exhibit 21  E-Mail Chain dated 6-27-12   245

9         ANSI 3792-793

10 Exhibit 22  E-Mail Chain dated 7-16-12   247

11         ANSI 3844

12 Exhibit 23  E-Mail Chain dated 7-16-12   250

13         ANSI 4530-531

14 Exhibit 24  House Outreach Matrix     250

15         ANSI 4472-4481

   Exhibit 25  E-Mail Chain dated 1-8-14    256

16         ANSI 8056

17 Exhibit 26  E-Mail Chain dated 2-27-13   259

18         ANSI 8802-805

19 Exhibit 27  E-Mail Chain dated 2-27-12   268

20         ANSI 9053-056

21 Exhibit 28  E-Mail Chain dated 5-29-12   271

22         ANSI 9121-124

Page 8

1  EXHIBITS (CONTINUED):

2  Exhibit 29  LinkedIn Profile        278

3         of Mary Saunders

4  Exhibit 31  Draft Meeting Report      288

5         10-27-11

6         ASTMO16254-265

7  Exhibit 32  Draft Meeting Report      289

        5-21-12

8         ANSI 1179-187

9  Exhibit 33  Draft Proposed Agenda     289

10         ANSI 0263-267

11 Exhibit 34  Standards Incorporated     290

12         by Reference into Law

13         ANSI 0268-0276

14 Exhibit 35  Draft Minutes         291

        5-24-12

15         ANSI 0277-284

16 Exhibit 36  Draft Proposed Agenda     292

17         ANSI 0680-684

18 Exhibit 37  Draft Minutes         293

19         3-21-13

20         ANSI 0685-691

21 Exhibit 38  Draft Meeting Report      294

22         ANSI 1527-535

1  EXHIBITS (CONTINUED):
2  Exhibit 39  Draft Agenda                295
        ANSI 0715-719
3  Exhibit 40  Draft Minutes              296
4          11-6-13
5          ANSI 0729-736
6  Exhibit 41  Discussion on Changes      296
7          to the Office of Management
8          and Budget Circular A-119
        ANSI 0033-51
9  Exhibit 42  Draft Agenda               297
10         7-24-14
11         ANSI 0771-775
12  Exhibit 43  Federal Engagement in     298
13         Standards Activities
14         ANSI 0776-782
15  Exhibit 44  Draft Minutes             299
        7-24-14
16         ANSI 0783-790
17  Exhibit 45  Draft Minutes             300
18         11-19-14
19         ANSI 0791-797
20  Exhibit 46  Letter dated 6-28-19      301
21         Attachment
22         SAU 001-162

1          P R O C E E D I N G S
2
3          THE VIDEOGRAPHER:  Good morning.  We
4  are going on the record at 10:16 a.m. on August
5  15, 2019.
6          Please note that the microphones are
7  sensitive and may pick up whispering, private
8  conversations and cellular interference.
9  Please turn off all cell phones or place them
10  away from the microphones as they can interfere
11  with the deposition audio.  Audio and video
12  recording will continue to take place unless
13  all parties agree to go off the record.
14          This is Media Unit 1 of the
15  video-recorded deposition of Mary Saunders
16  taken by counsel for defendant in the matter of
17  American Society for Testing and Materials
18  d/b/a ASTM International, National Fire
19  Protection Association, Incorporated, and
20  American Society of Heating, Refrigerating and
21  Air Conditioning Engineers,
22  plaintiffs-counterdefendants, versus

1  Public.Resource.Org, Incorporated,
2  defendant-counterclaimant, filed in the United
3  States District Court for the District of
4  Columbia, Case No. 1:13-cv-01215-TSC-DAR.
5          This deposition is being held at
6  Veritext Legal Solutions located at 1250 Eye
7  Street, Northwest, Washington, D.C.
8          My name is Daniel Russo from the
9  firm Veritext Legal Solutions and I am your
10  videographer today.  The court reporter is
11  Bonnie Russo from the firm Veritext Legal
12  Solutions.
13          Counsel and all present in the room
14  and everyone attending remotely will now state
15  their appearances and affiliations for the
16  record, please.
17          MR. BECKER:  Good morning.  My name
18  is Matthew Becker of the law firm Fenwick &
19  West representing Public.Resource.Org and with
20  me is my colleague Andrew Bridges.
21          MR. GRIFFIN:  Gerald Griffin,
22  Carter, Ledyard & Milburn, representing the

1  witness.
2          MR. FEE:  Kevin Fee from Morgan
3  Lewis on behalf of ASTM.
4          MS. WISE:  Jane Wise from Morgan
5  Lewis on behalf of ASTM.
6          MS. MILLER-ZIEGLER:  Rachel
7  Miller-Ziegler, Munger, Tolles & Olsen on
8  behalf of NFPA.
9          MS. EVERETT:  Sally Everett, NFPA.
10          THE VIDEOGRAPHER:  Will the court
11  reporter please swear in the witness.
12          MARY H. SAUNDERS,
13  being first duly sworn, to tell the truth, the
14  whole truth and nothing but the truth,
15          testified as follows:
16          EXAMINATION BY COUNSEL DEFENDANT
17          BY MR. BECKER:
18     Q.    Good morning, Ms. Saunders.  Have
19  you ever had your deposition taken before?
20     A.    I have not.
21     Q.    Have you ever been involved in any
22  lawsuits before?

Page 13

1    A.    I have not.

2    Q.    Let's see.  So in that case, we will

3 set out some preliminaries.  In a deposition,

4 I'm going to be asking you questions and you

5 will provide answers.

6        Do you understand that you are

7 giving testimony under oath today?

8    A.    I do.

9    Q.    Just as you would in a court of law?

10    A.    Yes, I do.

11    Q.    You understand that the court

12 reporter is taking down everything that you

13 say.

14    A.    Yes, I do.

15    Q.    In that case, we need only audible

16 responses and not just gestures or sort of

17 something of the like.

18    A.    I understand.

19    Q.    Thank you.  If at any point you

20 don't understand a question, will you please

21 let me know and I will try to rephrase?

22    A.    I will.

Page 14

1    Q.    And in that case, I'm going to try

2 to give you the clearest questions I can so

3 long as you promise to let me know if you don't

4 understand the question.  All right?

5    A.    Yes.

6    Q.    All right.  If you ever need a break

7 for any reason, please let me know and as long

8 as a question isn't pending, I'll provide one.

9    A.    Yes, thank you, I understand.

10    Q.    If you come to realize that any of

11 your answers that you previously provided is

12 not completely correct, just let me know and we

13 will address it.  Okay?

14    A.    Yes.

15    Q.    After the transcript and deposition

16 is prepared, you will have a chance to review

17 it and make changes to it.  However, I can

18 comment on any changes that you make.  Do you

19 understand?

20    A.    Understood.

21    Q.    Is there any reason preventing you

22 from giving your best testimony today?

Page 15

1    A.    No.

2        MR. BECKER:  Please mark this

3 Exhibit 1.

4        (Deposition Exhibit 1 was marked for

5 identification.)

6        BY MR. BECKER:

7    Q.    Ms. Saunders, I am handing you what

8 has been marked as Exhibit 1.

9        Do you recognize this document?

10    A.    Yes, I do.

11    Q.    What is this document?

12    A.    It's a subpoena to testify at a

13 deposition in a civil action.

14    Q.    Is this a subpoena that you

15 received?

16    A.    I did receive it.

17    Q.    And are you familiar with this

18 lawsuit, ASTM, et al., versus

19 Public.Resource.Org?

20    A.    Yes.  I'm generally aware of the

21 lawsuit, yes.

22        MR. BECKER:  Can you please mark

Page 16

1 this as Exhibit 2.

2        (Deposition Exhibit 2 was marked for

3 identification.)

4        BY MR. BECKER:

5    Q.    Ms. Saunders, I am handing you what

6 has been marked as Exhibit No. 2.

7        Have you seen this document before?

8    A.    I have seen this document.

9    Q.    What is this document?

10    A.    It's a letter from Russell Craig,

11 who's the associate chief of the general

12 litigation division at the U.S. Department of

13 Commerce, RE:  Subpoenas to Mary H. Saunders

14 for a deposition and document production.

15    Q.    When you say it's a letter to --

16    A.    I'm sorry.

17    Q.    You mean it's a letter to --

18    A.    It's a letter to Russell Craig from

19 you as I remember.

20    Q.    Do you understand what the purpose

21 of this letter is?

22    A.    I do.

Page 17

1    Q.    What is the purpose of this letter?

2    A.    My understanding is that you had a

3 conversation with Mr. Craig and Henry Wixon who

4 is the general counsel for the National

5 Institute of Standards and Technology regarding

6 topics that were not open for discussion with

7 me since I'm testifying in my personal capacity

8 from the time when I was a government official.

9 These are internal -- any internal government

10 deliberations are protected under process

11 privilege.

12    Q.    Did you have any conversation with

13 Mr. Craig about this matter?

14    A.    About the letter?

15    Q.    About this litigation.

16    A.    I'm not following.  About the letter

17 or about the --

18    Q.    Have you had any conversation with

19 Mr. Craig about the Public Resource litigation?

20    A.    I had a conversation with Mr. Craig

21 and Henry Wixon about my deposition, not about

22 the litigation per se.

Page 18

1    Q.    When did that conversation take

2 place?

3    A.    That was yesterday.  That was

4 yesterday at 2:00.

5    Q.    And what did you talk about?

6    A.    We talked about the contents of this

7 letter that you sent to Mr. Craig.  We just

8 wanted to make sure that I had the same

9 understanding that he and Henry, Mr. Wixon with

10 regarding -- with respect to what is not open

11 for discussion.

12        I also asked if they were planning

13 to be available and I understand Mr. Craig and

14 Mr. Wixon will be available by phone if needed.

15    Q.    Did you talk about anything else?

16    A.    No.

17    Q.    Is there any other time, other than

18 yesterday at 2:00, that you talked to Mr. Craig

19 about this litigation?

20    A.    No, there is no other time.

21    Q.    And is there any other time that you

22 talked with Mr. Wixon about this litigation?

Page 19

1    A.    No.  I did not talk -- I spoke with

2 both Henry and Russell Craig yesterday at 2:00.

3    Q.    Do you have any written

4 communications with Mr. Craig or Mr. Wixon

5 about this litigation?

6    A.    Not about the litigation.  I sent an

7 e-mail to Russell Craig, I believe a couple of

8 weeks ago asking if he had actually engaged

9 with you regarding what would be permissible

10 and not permissible.  That's all that I have.

11    Q.    Did you receive a response?

12    A.    Yes.  He said that he had, and

13 that's -- the result is this letter as I

14 understand it.

15        MR. BECKER:  Would it be possible to

16 see a copy of that e-mail?

17        MR. GRIFFIN:  If you are requesting

18 it, we will go back and look for it.

19        MR. BECKER:  Sure, on a break, that

20 would be great.  Thank you.

21        MR. GRIFFIN:  I'm not sure I'll be

22 able to get it to you today, but after the

Page 20

1 deposition, yes.

2        Can we agree that this is the letter

3 that memorializes your agreement with Russell

4 Craig with respect to the questions that you

5 can and cannot ask Ms. Saunders today?

6        MR. BECKER:  Yes.

7        MR. GRIFFIN:  Okay.  Thank you.

8        MR. BRIDGES:  By this, Counsel,

9 you're referring to --

10        MR. GRIFFIN:  Exhibit 2, correct.

11        BY MR. BECKER:

12    Q.    Ms. Saunders, are there any other

13 names other than Mary Saunders that you have

14 gone by?

15    A.    My maiden name is Mary Catherine

16 Howard.

17    Q.    Ms. Saunders, where do you work

18 today?

19    A.    I'm currently the vice president for

20 government relations and public policy at the

21 American National Standards Institute.

22    Q.    And that's -- the American National

Page 21

1 Standards Institute is more commonly referred
2 to as ANSI?
3    A.   That's correct.
4    Q.   How long have you held that position
5 for?
6    A.   I have held that position since the
7 1st of March, 2017.
8    Q.   What was your employment immediately
9 before being VP of government relations and
10 public policy at ANSI?
11   A.   I was the associate director for
12 management resources at the National Institute
13 of Standards and Technology also known as NIST.
14 I retired from federal service on the 3rd of
15 February, 2017.
16   Q.   What is NIST?
17   A.   NIST is the National Measurement
18 Institute for the United States.  It is a
19 bureau of the U.S. Department of Commerce and
20 it has additional response -- mission related
21 responsibilities I can go into if you would
22 like me to, which were delegated under the --

Page 22

1 in 1988, under a revision to NIST
2 responsibilities.  So NIST has broader
3 technology and standards-related
4 responsibilities as well as being the National
5 Measurement Institute for the United States.
6    Q.   How long did you hold the role of
7 associate director for management resources for
8 NIST?
9    A.   From the end of November 2012 until
10 the time that I retired, which as I mentioned,
11 was the 3rd of February, 2017.
12   Q.   Did you hold any other employment
13 positions between -- sorry, let me rephrase
14 this.
15        Were you employed in any other
16 positions at any organization or entity between
17 November 2012 and today, other than the two
18 that you just referred to?
19   A.   The two -- I'm sorry.  I'm not
20 following.  I was a federal employee so I was
21 employed at NIST from --
22   Q.   Since November 2012 --

Page 23

1    A.   Yes.
2    Q.   -- have you held -- have you been
3 employed in any position other than the VP of
4 government relations and public policy at ANSI
5 and the associate director for management
6 resources at NIST?
7    A.   I understand.  No, I have not.
8    Q.   What was your employment immediately
9 before being associate director at NIST?
10   A.   You want me to go backwards.  Okay.
11        So from March, the end of March 2011
12 through November 2012, I was the director of
13 the standards coordination office at NIST.
14   Q.   Prior to that position, what was
15 your employment?
16   A.   No, it's easier for me to do it
17 doing forward.
18        So going backwards, I was -- prior
19 to that, I was the deputy assistant secretary
20 for manufacturing and services at the
21 International Trade Administration which is
22 also a bureau of the Department of Commerce.  I

Page 24

1 occupied that position from the 18th of
2 December, 2008, through the end of March 2011.
3    Q.   What position did you hold before
4 that?
5    A.   From October 2001 through the 18th
6 of -- well, 17th of December, 2008, I was the
7 chief of the standards services division at --
8 which is a component of technology services at
9 the National Institute of Standards and
10 Technology.
11   Q.   And what was your employment
12 immediately prior to that?
13   A.   So I transferred from the
14 international trade administration to NIST in
15 July of 1993 and I was an international
16 economist in -- what was called in 1993, the
17 office of standards services.
18        The office of standards services was
19 renamed the standards services division as part
20 of a realignment within NIST, so '93 to 2001, I
21 was in the -- what became the standards
22 services division but I was -- became the chief

Page 25

1 in October of 2001.

2     Q.    Prior to July of 1993, what was your
3 employment immediately prior to that?

4     A.    So I began my commerce department
5 career in January of 1996 at the International
6 Trade Administration.  I held positions as an
7 international trade specialist in two offices
8 of the International Trade Administration, the
9 office of capital goods and the second position
10 was in the office of European community
11 affairs.

12     Q.    When I refer to "standards," do you
13 know what I'm referring to?

14     A.    Yes.

15         MR. GRIFFIN:  Objection.

16         BY MR. BECKER:

17     Q.    How would you define a standard?

18     A.    So depending on context, there may
19 be a variety of definitions but the -- there
20 are standards of conduct, there are a variety
21 of standards, but if you are asking me about
22 technical standards, those are standards for

Page 26

1 products, processes or services.  There is a
2 definition.  The International Organization for
3 Standardization has a definition, the World
4 Trade Organization's technical barriers to
5 trade agreement has a definition.  Those are
6 the definitions I believe you are referring to.

7     Q.    Between those two definitions, is
8 there any difference?

9         MR. GRIFFIN:  Objection.

10         THE WITNESS:  I don't know.  I don't
11 believe there is, but I haven't looked in
12 detail at those documents recently.  I believe
13 the WTO TBT agreement takes its definition from
14 ISO.

15         BY MR. BECKER:

16     Q.    What does standards coordination
17 mean?

18     A.    In the context of the standards
19 coordination office?

20     Q.    Yes.

21     A.    So in the context of the standards
22 coordination office, it means coordinating

Page 27

1 internally within NIST with respect to
2 standards-related activities, documentary
3 standards-related activities and it means
4 working externally within -- with other federal
5 agencies and with White House offices and the
6 private sector in the context of the NIST
7 activities related to documentary standards,
8 particularly policy activities related to
9 documentary standards.

10     Q.    When you refer to policy activities
11 related to document -- related to standards,
12 what is it that you are referring to?

13     A.    I am referring to responsibilities
14 that NIST has under the National Technology
15 Transfer and Advancement Act of 1995,
16 specifically as expressed in NIST's mission as
17 it's described by Congress.

18     Q.    What is the National Technology
19 Transfer and Advancement Act of 1995?

20     A.    So I can't speak to the entire
21 National Technology Transfer Act of 1995, it
22 was a -- it's a revision.  I can speak

Page 28

1 specifically to Section 12 of the National
2 Technology Transfer -- NTTAA of 1995 which
3 specifically directs federal agencies to use
4 technical standards developed by voluntary
5 consensus bodies in support of mission
6 activities where relevant and appropriate in
7 lieu of developing government-unique standards.

8     Q.    Do you understand that today when I
9 use the word "standards," I will be referring
10 to technical standards unless I say otherwise?

11     A.    Yes, I do.

12         MR. GRIFFIN:  Objection.

13         THE WITNESS:  Sorry.  I will pause.

14         MR. GRIFFIN:  That's okay.

15         BY MR. BECKER:

16     Q.    When did you first begin working in
17 a position that required you to be familiar
18 with standards?

19     A.    In my first position at the
20 International Trade Administration around the
21 time period 1989, I was in the office of
22 capital goods at the time, a component of the

Page 29

1 International Trade Administration and the
2 European community at that time led by the
3 European commission was embarking upon its
4 internal market program, which involved the
5 passage of a large amount of European
6 legislation related to product -- related to
7 how the European community would deal with
8 product safety and health requirements,
9 otherwise supported by standards.
10      These are technical regulations, but
11 in the European community at the time, now the
12 European Union, there are technical standards
13 that support legislation and that's how I first
14 became involved in standards in the trade
15 context.
16  Q.   Had you been involved in standards
17 in any other context prior to that?
18  A.   No.
19  Q.   Does the United States develop its
20 own standards?
21  A.   It's a little bit difficult to
22 answer that question.  So standards are -- by

Page 30

1 the United States, do you mean the United
2 States Government or the United States -- I'm
3 not quite following.
4  Q.   The United States Government.  Does
5 the United States Government develop standards?
6  A.   The United States Government at
7 large does not develop its own standards.
8 Individual federal agencies may develop
9 government-unique standards in support of
10 mission activities.  I mentioned the National
11 Technology Transfer and Advancement Act, so
12 individual agencies may engage in standards
13 activities.
14  Q.   In what situations do individual
15 U.S. Government agencies develop their own
16 standards?
17      MR. GRIFFIN:  Objection.
18      THE WITNESS:  So let me give you a
19 little bit more background.  The
20 standardization system in the United States is
21 private sector led with government agency's
22 participation.  In areas where government, a

Page 31

1 specific government agency or a part of an
2 agency has a need to support a regulation or --
3 a regulation or an other mission-related
4 activity and there is no technical standard
5 available in the private sector, the agency may
6 write its own documents.  They are called
7 government-unique standards.
8      BY MR. BECKER:
9  Q.   Typically, why is it that there
10 wouldn't be a standard available in the private
11 sector as required by the agency?
12      MR. GRIFFIN:  Objection.
13      THE WITNESS:  I don't know the
14 answer to that.
15      BY MR. BECKER:
16  Q.   Do you offhand know of any standards
17 that a U.S. Government agency has developed?
18  A.   I am aware generally of EPA test
19 methods which in some cases are -- have been
20 developed by the Environmental Protection
21 Agency.
22  Q.   Do you know the names of any of

Page 32

1 those?
2  A.   I do not.
3  Q.   Do you know why the EPA would have
4 developed those standards rather than using a
5 standard that was privately developed?
6      MR. GRIFFIN:  Objection to form.
7      MR. FEE:  Objection.
8      THE WITNESS:  I can't answer that
9 question.  You would have to ask someone at the
10 EPA about that.
11      BY MR. BECKER:
12  Q.   Have you ever had affiliations with
13 standard development organizations?
14  A.   If by "affiliations," you mean have
15 I served on the boards of standards -- specific
16 standards development organizations, yes.
17  Q.   Have you been a member of standards
18 development organizations?
19  A.   I have, yes.  During my federal
20 career, I was a member of ASTM International.
21 For a period of time, I was also a member of
22 the Institute for Electrical and Electronics

Page 33

1 Engineers.
2    Q.    And that last organization is often
3 referred to as the IEEE, correct?
4    A.    It is, correct.
5    Q.    Any other standards development
6 organizations?
7         MR. GRIFFIN:  Objection.
8         THE WITNESS:  Can you clarify, have
9 I been a member --
10        BY MR. BECKER:
11   Q.    A member of --
12   A.    -- of any other standards
13 development organizations?
14   Q.    Yes.
15   A.    No, I have not.
16   Q.    Do you understand what I am
17 referring to when I use the term "standards
18 development organization?"
19        MR. GRIFFIN:  Objection.
20        THE WITNESS:  Yes, I do.
21        BY MR. BECKER:
22   Q.    What is a standards development

Page 34

1 organization?
2    A.    A standards development organization
3 is an organization that engages in the
4 administration of process that leads to the
5 development of standards.  We typically focus
6 on voluntary consensus standards.
7    Q.    What is a voluntary consensus
8 standard?
9    A.    A voluntary consensus standard is
10 defined in OMB Circular A-119, and I will be
11 paraphrasing, a voluntary consensus standard is
12 produced through a process that includes
13 characteristics of openness, transparency,
14 balance and consensus, due process as well.
15   Q.    Is there an alternative to a
16 voluntary consensus standard?
17        MR. GRIFFIN:  Objection.
18        THE WITNESS:  There are many
19 different types of standards.  There are
20 standards developed by treaty organizations
21 such as the International Telecommunications
22 Union.  There are, as I mentioned, voluntary

Page 35

1 consensus standards developed under a process
2 including the characteristics that I
3 highlighted.
4         There are consortia standards.
5 There are open standards.  There are many
6 different types of standards that are used
7 widely globally and in the United States.
8         BY MR. BECKER:
9    Q.    What is an open standard?
10   A.    And so my understanding here is
11 limited, but an open standard might -- as I
12 have heard it described, it's very common in
13 the IT sector.  It's a standard where
14 individual technical experts come together and
15 discuss a particular technical area and may --
16 the document is open to input manipulation --
17 manipulation is a bad word, but open to input
18 and change from a variety of different sources.
19 It's, as I said, common in the IT sector.
20   Q.    When you referred to a voluntary
21 consensus standard, you said that it's a
22 standard produced by a process that includes

Page 36

1 characteristics of openness, transparency,
2 balance and consensus and due process; is that
3 correct?
4    A.    That is correct.
5    Q.    What do you mean by "balance?"
6    A.    A balance of interest across
7 materially interested in affected parties, so
8 there are interest categories which may vary
9 depending on what type of standard is under
10 consideration, but generally speaking, interest
11 categories might include producer, user,
12 general interest, might include consumer, might
13 include labor interest.  It's an intent to
14 achieve balance or a representation amongst --
15 across a range of interests in a particular
16 topic.
17   Q.    What stakeholders participate in the
18 development of voluntary consensus standards?
19        MR. FEE:  Objection to form.
20        THE WITNESS:  It's -- I can't
21 speak -- that's a very general question.  I
22 can't speak to that.  I said materially

Page 37

1 interested in affected parties which may differ
2 depending on the technical topic.
3      BY MR. BECKER:
4   Q.   Do members of government participate
5 in the development of voluntary consensus
6 standards in the United States?
7      MR. FEE:  Objection to form.
8      THE WITNESS:  They -- technical
9 staff and individual federal agencies may
10 participate in the development of standards.
11 They would be classified in the general
12 interest category.
13      BY MR. BECKER:
14   Q.   Who else would be in the general
15 interest category?
16   A.   I can't speak to that.  It's not
17 solely government, but again, it depends on the
18 standard at -- under development as to who
19 would have a general interest.  It would be any
20 individual organization that is not either a
21 producer, a user or in another category, but I
22 can't speak specifically to your -- in answer

Page 38

1 to your question.
2   Q.   What are the -- other than the
3 general interest category, what are the other
4 categories of participants?
5   A.   Again, that depends on the balance
6 and how that is achieved depends on the
7 individual standard at -- at issue.  I am
8 speaking to high level categories as laid out
9 in the ANSI essential requirements for the
10 development of American national standards,
11 producer, user, general interests.  Other
12 possible categories depending on the standard
13 include consumer interest, labor interests.  It
14 depends.
15   Q.   Is there industry interests?
16   A.   Of course, producer, user, those can
17 both -- those categories can include industry
18 representatives.
19   Q.   Any other interests?
20      MR. FEE:  Objection to form.
21      THE WITNESS:  It depends on the
22 standard under -- under development.

Page 39

1      BY MR. BECKER:
2   Q.   Do government and representatives
3 participate in standard development?
4      MR. GRIFFIN:  Objection.
5      THE WITNESS:  So the National
6 Technology Transfer and Advancement Act, as I
7 mentioned, Section 12, specifically directs
8 federal agencies to use technical standards
9 developed by voluntary consensus standards
10 bodies.  The law also directs the agencies to
11 participate in standards development activities
12 when those activities are relevant to their
13 mission interests.
14      BY MR. BECKER:
15   Q.   And how -- how do members of
16 government participate in standards development
17 activities when those activities are relevant
18 to their mission interests?
19      MR. GRIFFIN:  Objection.
20      MR. FEE:  Objection to form.
21      THE WITNESS:  The type of
22 participation, as I understand, will vary from

Page 40

1 agency to agency.  Individual agencies have
2 particular guidelines for how their technical
3 staff participate in standards development
4 activities, so I -- I can't speak to the
5 general question.  It varies from agency to
6 agency.
7      BY MR. BECKER:
8   Q.   When you refer to "technical staff,"
9 are you referring to government employees?
10   A.   Yes, I am referring to government
11 employees.
12   Q.   Is ANSI an SDO?
13   A.   No.  ANSI is not a standards
14 development organization.
15   Q.   What is ANSI?
16   A.   ANSI is the -- ANSI's mission is to
17 represent the private sector-led
18 standardization system in the United States and
19 represent its interests.
20      ANSI is also -- as part of that
21 mission, ANSI is the national standards body
22 representing -- national standards body to the

1  International Organization for Standardization
2  and through the U.S. national committee to the
3  International Electrotechnical Commission which
4  are two international -- two organizations that
5  develop international standards.
6      Q.   So by that, do you mean ANSI
7  represents standards development organizations?
8      MR. GRIFFIN:  Objection.
9      THE WITNESS:  No, I do not mean that
10 ANSI represents -- you mean generally speaking?
11     Standards -- ANSI has several member
12 categories where ANSI is a federation, there is
13 a government member category, so government
14 agencies are members of ANSI.  Organizational
15 membership category which includes standards
16 development organizations and other
17 organizations.  There is a company member
18 category, there is a consumer category.
19     BY MR. BECKER:
20     Q.   Any other categories?
21     MR. GRIFFIN:  Objection.
22     THE WITNESS:  Those are all the ones

1  I remember.
2      BY MR. BECKER:
3      Q.   You said that organizational
4  category includes standards development
5  organizations and other organizations.
6      What other organizations?
7      A.   Trade associations that may not
8  develop standards.
9      Q.   Any other organizations?
10     A.   Not that I can enumerate currently.
11     Q.   Are you a member of ANSI?
12     A.   I'm on the staff of ANSI.  I'm not a
13 member of ANSI.
14     Q.   Were you previously a member of
15 ANSI?
16     A.   Personally, no.  The National
17 Institute of Standards and Technology was -- is
18 a government member of ANSI and I was a staff
19 member of the National Institute of Standards
20 and Technology.
21     Q.   So you were never personally a
22 member of ANSI but you were -- you participated

1  in ANSI through NIST?
2      A.   That's correct.
3      MR. GRIFFIN:  Objection.  Wait one
4  second.
5      BY MR. BECKER:
6      Q.   How did you participate in ANSI
7  through NIST?
8      A.   In a variety of ways.  I was a
9  member of the ANSI national policy committee.
10 I served as chair of the national policy
11 committee for a term.  I participated in
12 international policy committee, I participated
13 in representing NIST in ANSI activities that
14 are relevant to the NIST mission.
15     Q.   Did NIST pay any membership or
16 participation fee for you when you were
17 participating in ANSI?
18     MR. GRIFFIN:  Objection.
19     THE WITNESS:  Not for me personally.
20     BY MR. BECKER:
21     Q.   Did NIST pay any membership or
22 participation fee so that you were able to

1  participate in ANSI as a member -- as a person
2  employed by NIST?
3      A.   Yes.
4      Q.   Do you know what fees those were?
5      A.   I mentioned that ANSI has different
6  membership categories.  NIST paid the fees
7  relevant to the government membership category.
8  I don't have the details of those dues.
9      Q.   Did you participate in any standards
10 development organizations in your capacity at
11 NIST?
12     A.   I participated as a member of an
13 ASTM committee from 1993 probably for a couple
14 of years specifically.  I believe the number is
15 E50.  It's the ASTM committee that served as
16 the -- that administered the technical advisory
17 group to ISO, Technical 207 which is
18 environmental management systems, so I was a
19 member of that committee for a period of time.
20     Q.   Do you know approximately how long
21 you were a member of that committee for?
22     A.   Approximately two years would be my

Page 45

1 guess.  It's been -- '93, 2003, it's been more
2 than 25 years.
3     Q.    Did NIST pay your membership dues
4 when you were participating in that committee?
5         MR. GRIFFIN:  Objection.
6         THE WITNESS:  I paid my $75
7 membership dues to ASTM when I was
8 participating in that committee personally.
9         BY MR. BECKER:
10    Q.    Did you get those dues reimbursed?
11    A.    No, I did not.
12    Q.    Were you participating in that ASTM
13 committee in your personal capacity or in -- or
14 in a government employee capacity?
15        MR. FEE:  Objection to form.
16        THE WITNESS:  So as I mentioned
17 earlier, the National Technology Transfer and
18 Advancement Act directs federal agency
19 employees to participate in standards
20 development activities that are relevant to
21 their missions and that direction is also
22 codified in OMB Circular A119, so yes, I was

Page 46

1 participating pursuant to law and policy as a
2 NIST employee.
3         BY MR. BECKER:
4     Q.    Did ASTM have a government
5 membership category at that time?
6     A.    I'm not following that question.
7     Q.    Was there -- did you pay a different
8 fee to ASTM as a member of government as
9 opposed to one you might pay if you were a
10 member of the private sector at the time?
11    A.    No.  My understanding is that the
12 $75 membership fee applies to anyone who would
13 like to be a member of ASTM.
14    Q.    Did you participate in the IEEE in
15 your capacity as a government employee?
16    A.    I was a member of the IEEE standards
17 association board for one term in my capacity
18 as a NIST employee.
19    Q.    When was that?
20    A.    I would have to look at my risumi to
21 remember.  I believe it was the early 2007,
22 2008, but I would have to look at my risumi to

Page 47

1 remind myself of the actual timing.
2     Q.    Have you participated in any
3 standards development organizations in your
4 personal capacity?
5     A.    No, I have not.
6     Q.    When did you first become involved
7 with ANSI?
8     A.    Again, it's been a long time.  Let
9 me think.  I mentioned I moved from the
10 International Trade Administration to NIST to
11 July of 1993 to the office of standards
12 services, it would have been sometime following
13 July of 1993.
14    Q.    How were you involved with ANSI
15 initially?
16        MR. GRIFFIN:  Objection.
17        THE WITNESS:  I -- as I mentioned,
18 in 1993, that's more than 25 years ago.  I
19 would have to go -- I can't give you a specific
20 answer.  It would probably have been -- I can't
21 give you a specific answer.
22        BY MR. BECKER:

Page 48

1     Q.    When you said that you were -- first
2 became involved with ANSI in July 1993, are you
3 referring to work that involved ANSI or in your
4 government capacity?
5         MR. GRIFFIN:  Objection.
6         THE WITNESS:  So as I mentioned
7 earlier, I moved to NIST to the office of
8 standard services in July of 1993.  NIST, at
9 that time and still, is a member on behalf of
10 the Department of Commerce in ANSI.
11        So I would have been aware as a
12 staff person in the office of standards
13 services about NIST's participation in ANSI.  I
14 believe at that time, participation in policy
15 committees was limited to board members so I
16 would not, at that time, have been directly
17 engaged in policy activities.
18        BY MR. BECKER:
19    Q.    When did you first become directly
20 engaged in activities at ANSI?
21    A.    Again, I would have to go look at my
22 risumi to remind myself of the particular

Page 49

1 dates, but as I mentioned, it's likely -- let's
2 see.  Chief of global standards program --
3 2001, which is when I became chief of the
4 standards services division would be a
5 reasonable time frame to begin engagement in
6 policy activities at ANSI.
7    Q.   What kind of policy activities were
8 you involved in with ANSI in -- when you were
9 chief of standards services division?
10   A.   So I -- as I mentioned, I had a term
11 as the chair of the international policy
12 committee of ANSI.  I also served as the chair
13 of the national -- not at the same time,
14 consecutively, as the chair of the national
15 policy committee of ANSI.  I was on an
16 accreditation board dealing with environmental
17 management systems for a period of time.
18   Q.   Subsequent to that, what other --
19 can you tell me the -- the positions that you
20 have held in ANSI in chronological order?
21      MR. GRIFFIN:  Objection.
22      THE WITNESS:  I would be happy to

Page 50

1 provide you with a copy of my risumi.  I don't
2 have that data in my head that I could tell
3 you.
4      BY MR. BECKER:
5    Q.   Do you recall some of the other
6 positions that you've held at ANSI?
7      MR. GRIFFIN:  Objection.
8      THE WITNESS:  Not off the top of my
9 head, no.
10     BY MR. BECKER:
11   Q.   No other positions than those?
12     MR. GRIFFIN:  Objection.
13     THE WITNESS:  I would be happy to
14 provide you with my risumi which lists all the
15 positions.
16     BY MR. BECKER:
17   Q.   Do you have a copy of your risumi
18 available today?
19   A.   No, but I can send you one.
20   Q.   What work did you do as chair of
21 international -- of the international policy
22 committee at ANSI?

Page 51

1    A.   So the international policy
2 committee of ANSI is a committee which provides
3 information to ANSI members or members of the
4 community on international activities ranging
5 from the activities in the International
6 Organization for Standardization and the
7 International Electrotechnical Commission to --
8 reports on standards developments in other
9 parts of the world, such as the European Union,
10 China and so forth, its international policy.
11   Q.   What work did you do as a member of
12 the national policy committee at ANSI?
13   A.   So the responsibilities of the
14 national policy committee are to look at
15 national issues related to standardization.
16 The national policy committee has a committee
17 on education which focuses on education related
18 to standards activities, so that was a topic of
19 discussion and the national policy committee
20 also was the policy committee to which the ANSI
21 executive standards council and the board of
22 standards review reported.

Page 52

1      Those two committees are responsible
2 for overseeing the ANSI essential -- the
3 implementation of the ANSI essential
4 requirement and the development of American
5 national standards.
6    Q.   What do you mean by "education
7 related to standards activities?"
8    A.   So, there is a great interest in the
9 community at large, the private sector and the
10 government community in ensuring future
11 availability of standards professionals and
12 there are -- there are a growing number of
13 universities that include standards -- a
14 component in their education, engineering,
15 legal education, other education programs,
16 education programs focused on those types of
17 activities.
18   Q.   So the committee on -- correct me if
19 I am mistaken, the committee on education
20 assisted in the education of future standards
21 professionals?
22     MR. GRIFFIN:  Objection.

Page 53

1     THE WITNESS:  You can look at the
2 information on the committee on education, I
3 believe it's available on the ANSI website but
4 the committee on education was a committee of
5 interested ANSI members who would either
6 provide materials that might be used in
7 universities or -- or discuss the value of
8 including knowledge about standards in various
9 university -- relevant university programs.
10     BY MR. BECKER:
11     Q.   Other than as a member of the ASTM
12 Committee E50, have you had any other roles at
13 ASTM?
14     A.   As I mentioned earlier, I was on the
15 board of ASTM for one term from 2010 to 2012.
16     Q.   What did you do as a member of the
17 board of ASTM?
18     A.   So I -- as a member of the board, I
19 heard reports from the president of ASTM and
20 from -- reports from the head of technical
21 operations at ASTM.  We received reports and
22 had discussions.

Page 54

1     Q.   Did you participate in
2 decisionmaking activities for ASTM when you
3 were a member of the board?
4     MR. GRIFFIN:  Objection.
5     THE WITNESS:  From my experience in
6 one term on the ASTM board, I don't remember
7 taking any specific decisions.  As a government
8 employee, I recused -- would recuse myself from
9 any budgetary issues, items, fiduciary items.
10     BY MR. BECKER:
11     Q.   Did you recuse yourself from any
12 other items other than budgetary and fiduciary
13 at ASTM?
14     A.   No.  As I -- no.
15     Q.   How did you become a member of the
16 board at ASTM?
17     A.   So NIST, as I have experienced, I
18 can only speak to NIST, NIST has had a -- had,
19 previously had a member of the ASTM board for
20 many -- for several terms.  I was actually
21 asked to stand for a member election as a
22 potential member of the ASTM board when I was

Page 55

1 in the International Trade Administration
2 because of my trade expertise, and I agreed to
3 be a candidate for the board and I was elected
4 by the membership of the board.
5     Q.   Who asked --
6     A.   By the membership of ASTM.
7     Q.   Who asked you to stand?
8     A.   I -- it's -- I believe Jim Thomas
9 who was then the president of ASTM asked me if
10 I was willing to be a candidate.
11     Q.   Were there other government
12 employees who were a member of the board of
13 ASTM at the time that you served as a member of
14 the board?
15     A.   I would have to go back and look at
16 the membership at the time.  That's almost ten
17 years ago.  It's possible.  I just can't
18 remember off the top of my head.
19     Q.   Do you recall approximately how many
20 people comprised the board of ASTM at the time
21 that you served?
22     A.   I believe it was 12 or 15.  Again,

Page 56

1 from memory.
2     Q.   Have you served in -- have you
3 participated as a member at ASTM in any other
4 capacity other than with E50 and as a member of
5 the board in 2010 to 2012?
6     A.   So for a couple of years toward the
7 end of my tenure at NIST, I was a member of E60
8 which is the sustainability committee.
9     Q.   What did you do as a member of E60?
10     A.   I commented on draft -- I voted on
11 draft documents.
12     Q.   When you say, "draft documents,"
13 what kind of documents?
14     A.   Standards.
15     Q.   Was that voting on the revision of
16 draft standards?
17     A.   So the sustainability committee was
18 created at the time that I became a member so
19 the initial effort was to develop new
20 standards.
21     Q.   Okay.  So you voted on drafts of new
22 standards --

Page 57

1   A.   That's correct.

2   Q.   -- as a member of E60?

3   A.   I did.

4   Q.   And at approximately what time was

5   that?

6   A.   Probably 2015 to -- or 2014 to 2017

7   when I retired.  Again, the time frame is

8   coming from memory.

9   Q.   When you were a member of the E60,

10  did E60 end up developing any standards that

11  were finalized and released to the public?

12  A.   I don't remember specifically.

13  Q.   What considerations went into your

14  decisions when you were voting on draft

15  standards?

16  A.   So sustainability is an area that

17  was of -- is of interest to the national -- to

18  NIST, and I looked at the draft documents to --

19  with a view to whether they were -- how they

20  were written and whether they were easy to

21  understand.

22  Q.   What is the purpose of voting on

Page 58

1   draft standards as a member of E60?

2         MR. GRIFFIN:  Objection.

3         MR. FEE:  Objection to form.

4         THE WITNESS:  The purpose of voting?

5   As I mentioned earlier, committees looked to

6   achieve a balance of interests and those

7   interests are -- it is the expectation that

8   those interests will vote on standards.

9         BY MR. BECKER:

10  Q.   Do the members of E60 have to

11  approve a standard by majority vote in order

12  for the draft to be published --

13        MR. FEE:  Objection to form.

14        MR. GRIFFIN:  Objection.

15        BY MR. BECKER:

16  Q.   -- as final?

17  A.   You would have to check with ASTM

18  about that, what their requirements are for

19  moving a draft through the various stages of

20  the process.

21  Q.   How were drafts of standards

22  developed when you were a member of E60?

Page 59

1         MR. FEE:  Objection to form.

2         THE WITNESS:  I was essentially a

3   corresponding member of E60.  I did not attend

4   a committee meeting so I can't speak to how

5   those drafts were developed.

6         BY MR. BECKER:

7   Q.   What does "corresponding member"

8   mean?

9   A.   It means I did not attend a meeting.

10  I received electronic versions of documents and

11  I voted on them.

12  Q.   Did you ever contribute any text to

13  a standard when you were participating with

14  ASTM?

15  A.   No, I did not.

16        MR. FEE:  Objection to form.

17        BY MR. BECKER:

18  Q.   What aspects of the draft standards

19  did you evaluate?

20        MR. GRIFFIN:  Objection.

21        THE WITNESS:  As I -- I'm not -- the

22  question is not clear.  Can you rephrase that.

Page 60

1         BY MR. BECKER:

2   Q.   Sure.  Were there certain criteria

3   you used when reviewing draft standards, draft

4   ASTM standards?

5   A.   My background is heavily in

6   trade-related issues, also I have a background

7   in political science and economics, so I looked

8   at the text of the draft standards, as I

9   mentioned earlier, for readability,

10  understandability, those types of issues, those

11  types of aspects.

12  Q.   Did you ever submit any comments

13  referring to -- did you ever submit any

14  comments when you were a member of E60

15  suggesting changes in any of the drafts that

16  you reviewed?

17  A.   I did not.

18  Q.   Was your participation as a member

19  of E60 limited to just voting?

20  A.   Yes.

21  Q.   Did you ever vote against a draft as

22  a member of E60?

Page 61

1    A.   I don't recall.
2    Q.   Did you ever vote for a draft as a
3  member of E60?
4    A.   Yes, I did.
5    Q.   Other than as a member of E60 and a
6  member of E50 and a board member in 2010 to
7  2012, have you participated in ASTM in any
8  other capacity?
9    A.   I was an invited speaker at an ASTM
10 event hosting standards -- national standards
11 bodies from I believe Latin America, so I was
12 an invited speaker on behalf of NIST at that
13 ASTM event.
14   Q.   Other than that and the involvement
15 we just previously discussed, is there any
16 other way in which you participated in ASTM?
17   A.   No.
18   Q.   How have you participated in IEEE?
19       MR. GRIFFIN:  Objection.
20       THE WITNESS:  As I mentioned, I was
21 on the IEEE Standards Association board of
22 governors for one term, I believe it was 2007,

Page 62

1  2008.  That is the extent of my engagement with
2  IEEE.
3        BY MR. BECKER:
4    Q.   What do you do in that position at
5  the IEEE?
6    A.   So the board of governors of the
7  standards association oversees
8  standards-related activities of the IEEE, so we
9  received reports from the patent committee, we
10 received reports from the various committees
11 that are available at IEEE to advise on
12 standards activities.
13   Q.   When you say, "you oversee
14 standards-related activities," what does that
15 involve?
16   A.   I should have said --
17       MR. GRIFFIN:  Objection.
18       THE WITNESS:  A better way to
19 support standards-related activities at the
20 IEEE.  I mentioned the patent committee.  At
21 the time that I was on the board of governors,
22 there was quite a bit of interest within the

Page 63

1  standards association at -- in expanding the
2  international visibility of IEEE, so I engaged
3  with other members of the board in activities
4  related to international engagement and
5  visibility.
6        BY MR. BECKER:
7    Q.   Is there any other way that you
8  participated as a member of the board of
9  governors at IEEE?
10   A.   Not that I remember, no.  I think
11 that characterizes my engagement.  Again, I was
12 -- understand primarily on the board of
13 governors because of my trade expertise.
14   Q.   How do you become a member of the
15 board of governors at IEEE?
16   A.   Again, there is an election of the
17 members.  The slate of proposed board of
18 governors, new board of governors members is
19 sent out to the membership for a vote.  A staff
20 person at the IEEE Standards Association asked
21 me if I would stand for election to the board
22 of governors.

Page 64

1    Q.   Do you know who that staff person
2  was?
3    A.   Judy Gorman who was at that time the
4  executive director of the standards
5  association.
6    Q.   When you refer to "the standards
7  association," what are you referring to?
8    A.   It's a subcomponent of IEEE.
9    Q.   Do you know why Judy Gorman asked
10 you to serve as a member of the board of
11 governors of IEEE?
12       MR. GRIFFIN:  Objection.
13       THE WITNESS:  I didn't ask her why
14 she asked me.  I assumed it's because of my
15 trade expertise.
16       BY MR. BECKER:
17   Q.   What board positions have you held
18 at ANSI?
19   A.   Board positions?
20   Q.   Yeah.
21       MR. GRIFFIN:  Objection.
22       THE WITNESS:  I was a director at

Page 65

1  large on the board of ANSI.  As I mentioned
2  earlier, as chair of the international policy
3  committee and also later as chair of the
4  national policy committee, those chairs are --
5  ex-officio are members of the board, so I was
6  both a director at large and I have also been
7  on the board as the IPC and the NPC chairs.
8       BY MR. BECKER:
9    Q.   Have you had any other involvement
10 with -- as a member of the board of ANSI?
11      MR. GRIFFIN:  Objection.
12      THE WITNESS:  Have I had any other
13 positions?  Is that your question?
14      BY MR. BECKER:
15   Q.   Yes.
16   A.   So I neglected to mention earlier
17 because I did not remember until now, that I
18 was -- I served as a vice chair of ANSI as well
19 and as a vice chair, I was also a member of the
20 board.
21   Q.   What is the role of a vice chair of
22 ANSI?

Page 66

1    A.   So there are -- there are four vice
2  chairs at ANSI.  And the four vice chairs,
3  along with the chairman of the board, the past
4  chair advice the president and CEO of ANSI on
5  issues that he raises with that small group.
6    Q.   When you refer to "that small
7  group," what are --
8    A.   The four vice chairs, the chairman
9  of the board and the past chair.
10   Q.   When were you vice chair of ANSI?
11   A.   Let me think.  It's in my risumi so
12 let's see.  It would have -- certainly through
13 2016.  So back up.
14      Probably, I would have to back it up
15 from there, but certainly through -- through
16 the end of 2016.
17   Q.   Do you know approximately how many
18 years you served in that position?
19   A.   I think it's two two-year terms.
20   Q.   Two separate two-year terms?
21   A.   Yes.
22   Q.   Were those consecutive?

Page 67

1    A.   Yes.
2    Q.   How did you become the vice chair of
3  ANSI?
4    A.   I put my hat in the ring to be
5  nominated to be a vice chair of ANSI and I was
6  selected by the nominating committee of ANSI --
7  or recommended by the nominating committee of
8  ANSI.
9    Q.   Were you already a director at large
10 at the time that you became vice chair of ANSI?
11   A.   I would have to go back and look if
12 I was a member of the board as -- on the basis
13 of chairing a policy committee or if I was a
14 director at large.  I don't have those dates at
15 my fingertips.
16   Q.   What were your responsibilities as a
17 director at large of ANSI?
18   A.   So the ANSI board is very large.
19 There's 53 members of the ANSI board and I was
20 one of those 53 individuals.  The board meets
21 twice a year and it receives briefings from the
22 staff of ANSI and the president and CEO on

Page 68

1  ANSI's activities.
2    Q.   Did you attend each of those
3  meetings?
4    A.   I did.
5    Q.   Did you have any other
6  responsibilities as director at large of ANSI?
7    A.   I'm not following your -- I was a
8  member of the board and --
9    Q.   Other than attending those meetings?
10   A.   And chairing the policy committees
11 when I -- at the time I was a chair?  No.
12   Q.   Was chairing the policy committees a
13 required component of being a director of the
14 board?
15   A.   No.  As I mentioned earlier, there
16 are different types of board members.  Chairs
17 of policy committees are automatically members
18 of the board ex-officio, and then other members
19 of the board are directors at large who are
20 elected based -- directly to the board.
21   Q.   As a member of the ANSI board, did
22 you vote on policy decisions by ANSI?

Page 69

1      MR. GRIFFIN:  Objection.
2      THE WITNESS:  So as I mentioned,
3  members of the board would receive briefings on
4  ANSI's activities.  ANSI's strategic objectives
5  were presented to the board every year, ANSI's
6  activities in ISO and ISE were briefed to the
7  board on a regular basis.
8          There probably were instances where
9  the board was asked to vote.  I don't remember
10  the specifics of those votes.  I would have
11  recused myself from any fiduciary votes that
12  the board -- the board approves the budget
13  every year.  I did not vote on that.
14  BY MR. BECKER:
15     Q.    Did you ever participate in any
16  votes of the board of ANSI?
17     A.    I'm sure I did.
18     Q.    Do you recall any of those votes
19  that you participated in?
20     MR. GRIFFIN:  Objection.
21     THE WITNESS:  Not off the top of my
22  head.

Page 70

1      BY MR. BECKER:
2      Q.    How did you become the VP of
3  government relations and public policy at ANSI?
4      A.    I applied for the position and I was
5  selected.
6      Q.    Were there other candidates for that
7  position?
8      A.    I don't know.
9      Q.    When did you apply for that
10  position?
11     A.    In the fall of 2016.  I had made my
12  retirement plans and I was looking at
13  post-government employment.  It was one of
14  several positions I applied for.
15     Q.    What were the other positions that
16  you applied for?
17     A.    I applied for positions at other
18  501(c)(3) organizations, that -- well, I
19  applied for a position at the Association for
20  the Advancement of Medical Instrumentation as
21  well.
22     Q.    Were there any other positions that

Page 71

1  you applied for at that time?
2      A.    No.
3      Q.    What is the Association for the
4  Advancement of Medical Instrumentation?
5      A.    It's a nonprofit organization that
6  engages in activities, including standards
7  development activities related to the health
8  technology sector.
9      Q.    When did you learn that you had
10  gotten the position as VP of government
11  relations and public policy at ANSI?
12     A.    As I said, I had already made my
13  retirement plans.  This was post-government
14  employment.  I filed all the required
15  disclosure forms with the Department of
16  Commerce.  I learned in December of 2016 that I
17  had been -- the job was offered to me in
18  December of 2016.
19     Q.    Do you know when you accepted the
20  job?
21     A.    I can't -- presumably about that
22  time.  I can't remember specifically.  As I

Page 72

1  said, I filed all the necessary disclosure
2  forms with the Department of Commerce prior to
3  engaging in a job search.
4      Q.    What are the -- those disclosure
5  forms?
6      A.    What organizations I was seeking a
7  position with and a disclaimer that I would --
8  information that I would recuse myself from any
9  decisions related to those organizations.
10     Q.    Did you recuse yourself from any
11  decisions related to ANSI during that time?
12     A.    I was the associate director for
13  management resources so I had -- at the time at
14  NIST, so I had no direct responsibilities with
15  respect to ANSI decisions in standards
16  activities.
17     Q.    What was your job as associate
18  director for management resources?
19     A.    So the associate director for
20  management resources is directly responsible
21  for all of the operational activities at NIST,
22  which are facilities and property management,

Page 73

1  acquisitions and grants management, health and
2  safety, human resources.  The chief financial
3  officer reported to me as did the chief
4  information officer, so all of the operational
5  activities at NIST.
6      Q.   So does that mean that you oversaw
7  the human resources department and other
8  departments?
9      A.   That's correct.  I reported to --
10 the chief officers reported to me.
11         MR. GRIFFIN:  Objection.
12         BY MR. BECKER:
13     Q.   What are your responsibilities as
14 the VP of government relations and public
15 policy at ANSI?
16     A.   I'm responsible for ANSI's
17 relationships with federal -- with government
18 agencies not just federal agencies.  Federal --
19 government agencies as well as keeping track of
20 any Congressional activities that might be
21 relevant to standards -- the standardization
22 community for ANSI.

Page 74

1      Q.   When you refer to "the
2  standardization community," what are you
3  referring to?
4      A.   I am referring to standards as well
5  as -- and assessment of conformity to
6  standards.  That's why we use the term
7  standardization.
8      Q.   When you refer to "assessment of
9  conformity to standards," what are you
10 referring to?
11     A.   Testing, product certification,
12 inspection, verification and validation.  Those
13 are confirming assessment activities.
14     Q.   Does ANSI itself engage in any
15 assessment of conformity to standards?
16     A.   No.  ANSI, through its division, the
17 American National Accreditation Board accredits
18 conformity assessment activities.  It does not
19 engage in the activities that I listed.
20     Q.   When you say it "accredits those
21 activities," what are you referring to?
22     A.   There are a suite of international

Page 75

1  standards establishing a hierarchy for what we
2  call conformity assessment activities.
3  accreditation.  It is a -- there are standards
4  at the accreditation level, ISO standards,
5  which speak to determining the competence of
6  conformity assessment organizations, so ANSI is
7  an accreditor.
8      Q.   What is a conformity assessment
9  organization?
10     A.   It could be a test lab, a product
11 certifier, an inspection body, a validation and
12 verification body, personnel certification.
13 There are a range of types of activities,
14 conformity assessment activities, all of which
15 have international standards associated with
16 them.
17     Q.   Are there any instances you are
18 aware of in which a conformity assessment
19 organization requires ANSI accreditation in
20 order to operate?
21     A.   Are you asking -- can you repeat the
22 question or clarify the question.

Page 76

1      Q.   Are there any instance you are aware
2  of in which a conformity assessment
3  organization requires ANSI accreditation in
4  order to operate?
5      A.   The question is still not clear.  So
6  ANSI accreditation -- you're asking me if ANSI
7  accreditation is mandatory in specific cases?
8      Q.   Yes.
9      A.   Not specifically ANSI accreditation.
10     Q.   What do you mean by that?
11     A.   Accreditation -- well, the U.S.
12 system for conformity assessment, like the U.S.
13 standards system, has a multiplicity of --
14 there is not a national accreditation body in
15 the United States.  There are multiple
16 accreditation bodies of which the ANSI national
17 accreditation board is one.
18         Accreditation generally may be --as
19 demonstration of a competence through
20 accreditation generally may be required by
21 purchasers, by specifiers, by particular
22 interests, and ANSI may be one of those

Page 77

1 accreditors.  It's not the only one.

2    Q.    Is accreditation ever required by
3 government law or regulation?

4        MR. FEE:  Objection to form.

5        THE WITNESS:  Do you want to
6 rephrase, please.

7    BY MR. BECKER:

8    Q.    Yeah.  Is accreditation ever
9 required by government law?

10        MR. FEE:  Objection to form.

11        THE WITNESS:  I can't -- I don't
12 know the answer whether any law requires
13 accreditation.  There are regulations where
14 accreditation is determined to be a means of
15 demonstrating competence.

16        I would have to go back and read --
17 the Food Safety Modernization Act might be one
18 example, but I'm more familiar with the
19 regulation activities than I am with the laws.

20    BY MR. BECKER:

21    Q.    Are there any specific regulations
22 that you know of, sitting here today, that

Page 78

1 require accreditation in this capacity?

2        MR. GRIFFIN:  Objection.

3        MR. FEE:  Objection to form.

4        THE WITNESS:  I mentioned the Food
5 Safety Modernization Act when the FDA
6 established its program for oversight of food
7 safety.  There is a provision for accreditation
8 of competent organizations.  The FDA
9 administers that overall program.  I mean -- go
10 ahead.

11    BY MR. BECKER:

12    Q.    Are there any other specific
13 regulations that you can think of, sitting here
14 today, that require accreditation?

15        MR. GRIFFIN:  Objection.

16        MR. FEE:  Objection.

17        THE WITNESS:  I'll speak generally.
18 A component of the National Technology Transfer
19 and Advancement Act, we covered the standards
20 related -- directions under Section 12.
21 Section 12 also directs federal agencies to
22 coordinate their conformity assessment

Page 79

1 activities with those of the private sector.

2        The most recent revision of OMB
3 Circular A119 has an extensive section on
4 conformity assessment activities in it which
5 reflect both developments in the -- at the
6 World Trade Organization's technical barriers
7 to trade agreement as well as other government
8 policies, and those documents encourage federal
9 agencies to rely on private sector conformity
10 assessment activities wherever feasible.

11        BY MR. BECKER:

12    Q.    Going back to my question:  Are
13 there specific examples of regulations, other
14 than the Food Safety Modernization Act, that
15 you know of that require accreditation?

16        MR. GRIFFIN:  Objection.

17        MR. FEE:  Objection to form.

18        THE WITNESS:  So the Federal
19 Communications Commission directs accredit --
20 that telecommunication certification bodies be
21 accredited.  FCC's recognition of testing
22 laboratories that do electromagnetic

Page 80

1 compatibility testing, requires accreditation.
2 EPA's Energy Star Program, but EPA administers
3 that program.

4        BY MR. BECKER:

5    Q.    Does ANSI provide the accreditation
6 in either the FCC examples that you just
7 provided or the Food Safety Modernization Act?

8    A.    Yes, both.  ANSI has been evaluated
9 and is recognized by both the FCC and EPA as a
10 qualified accreditation body as others.

11    Q.    Do you know approximately how many
12 other qualified accreditation bodies there are?

13    A.    Not off the top of my head.

14    Q.    Do you have an estimate?

15    A.    Let's see.  In the Food Safety
16 Management Act, I believe one other
17 accreditation body is -- has demonstrated
18 technically competent, but I -- again, you
19 would have to look on the -- at the FDA
20 website.

21    Q.    Do you recall what -- what
22 accreditation body that is?

Page 81

1   A.   I believe it's the American
2 Association for Laboratory Accreditation.
3   Q.   Does ANSI charge a fee for providing
4 accreditations?
5   A.   All accreditation bodies charge fees
6 for accreditation.
7   Q.   Do you know what ANSI's fee is?
8   A.   I do not.
9   Q.   And can I take that as a yes, that
10 ANSI does charge a fee to provide
11 accreditation?
12   A.   Yes, accreditation is a
13 fee-for-service activity.
14   Q.   Is ANSI listed in the Food Safety
15 Modernization Act as a body that can provide
16 accreditation?
17   A.   Not under the Act, no.
18   Q.   Is ANSI listed under a regulation as
19 a body that can provide accreditation under the
20 requirements of the Food Safety Modernization
21 And?
22   A.   As I mentioned, the Food and Drug

Page 82

1 Administration has evaluated ANSI with respect
2 to its competence to provide services related
3 to the Food Safety Modernization Act and its --
4 ANSI -- the American National Accreditation
5 Body, ANAB, the division of ANSI is listed I
6 believe by the FDA.
7   Q.   Listed in a regulation?
8   A.   No, listed on its website.
9   Q.   Okay.  Do any standards development
10 organizations provide conformity assessment --
11 provide accreditation for conformity assessment
12 organizations?
13     MR. FEE:  Objection to form.
14     THE WITNESS:  Are you asking me if
15 any standards development organizations are
16 also accreditors?
17     BY MR. BECKER:
18   Q.   Yes.
19   A.   No.  Not to my knowledge.
20   Q.   Why is that, do you know?
21     MR. FEE:  Objection to form.
22     THE WITNESS:  I -- I don't have an

Page 83

1 opinion on that.
2     BY MR. BECKER:
3   Q.   Do you know what -- approximately
4 what portion of ANSI's revenues are derived
5 from accreditation?
6   A.   I believe that information is
7 available in the annual report.  I don't have
8 that number at my fingertips.
9   Q.   Do you have an estimate?
10   A.   I would have to go look at the
11 annual report.
12   Q.   Is that annual report provided to
13 the public?
14   A.   Yes.
15   Q.   Under the Food Safety Modernization
16 Act and its related regulations, is there any
17 other means for a conformity assessment
18 organization to operate other than by
19 accreditation by ANSI or the other accreditors
20 that you had referenced?
21     MR. GRIFFIN:  Objection.
22     MR. FEE:  Objection to form.

Page 84

1     THE WITNESS:  I can't answer that.
2 You would have to go look at the FDA website.
3     BY MR. BECKER:
4   Q.   What's the role of a conformity
5 assessment organization in the scope of the
6 Food Safety Modernization Act?
7   A.   I can't answer that.
8     MR. FEE:  Objection to form.
9     THE WITNESS:  I don't have the
10 details on the Food Safety Modernization Act.
11 That wasn't within my area of expertise.
12     BY MR. BECKER:
13   Q.   Do you know what the term
14 "incorporation by reference" means?
15     MR. FEE:  Objection to form.
16     THE WITNESS:  In what context?
17     BY MR. BECKER:
18   Q.   In the context of law.
19     MR. FEE:  Same objection.
20     MR. GRIFFIN:  Objection.
21     THE WITNESS:  I am familiar with the
22 National Archives and Records Administration

Page 85

1  Incorporation by Reference Handbook for
2  incorporation into regulations, and I am
3  familiar with the OMB Circular A119 discussion
4  of incorporation by reference.
5        BY MR. BECKER:
6     Q.   What's the National Archives and
7  Records Administration's Incorporation by
8  Reference Handbook?
9     A.   The National Archives and Records
10  Administration houses the Office of Federal
11  Register.  The Incorporation by Reference
12  Handbook is NARA's instructions to agencies as
13  to the appropriate way to incorporate material
14  by reference into regulations which will become
15  part of the Code of Federal Regulations.
16     Q.   When you say, "it's NARA's
17  instructions to agencies," what do you mean by
18  that?
19     A.   As I mentioned, the National
20  Archives and Records Administration houses the
21  Office of Federal Register and in that context,
22  it provides instructions to regulation writers

Page 86

1  and agencies as to how to prepare materials for
2  publication in the Office of Federal Register,
3  and at the end of the rulemaking, in the Code
4  of Federal Regulations.
5     Q.   When you say, "it provides
6  instructions," are these instructions that the
7  regulation writers and agencies are required to
8  follow or is this just guidance?
9        MR. FEE:  Objection to form.
10        THE WITNESS:  The IBR -- the NARA
11  IBR handbook is available on the website.  You
12  can review it directly.  It is instructions for
13  how to prepare material to be published in the
14  Federal Register and in the Code of Federal
15  Regulations.
16        BY MR. BECKER:
17     Q.   And my question was:  Are those
18  instructions -- excuse me.
19        Are the writers of regulations and
20  agencies required to follow the instructions in
21  that handbook?
22        MR. FEE:  Objection to form.

Page 87

1        THE WITNESS:  Not having been a
2  regulation writer, I can't speak directly to
3  that.
4        BY MR. BECKER:
5     Q.   What is "incorporation by
6  reference?"
7     A.   Incorporation by reference is
8  incorporating a document by reference to that
9  document in a -- in a notice of proposed
10  rulemaking or a rule itself.
11     Q.   What is the effect of incorporation
12  by reference?
13        MR. GRIFFIN:  Objection.
14        MR. FEE:  Objection to form.
15        THE WITNESS:  I can only speak to
16  the effect of incorporation by reference as
17  defined in the NARA IBR handbook for materials
18  that are published in the Federal Register and
19  in the Code of Federal Regulations.  It's
20  incorporated in by reference into the Code of
21  Federal Regulations.  I can't speak beyond
22  that.

Page 88

1        BY MR. BECKER:
2     Q.   Why is incorporation by reference
3  used?
4        MR. FEE:  Objection to form.
5        MR. GRIFFIN:  Objection.
6        THE WITNESS:  Again, I refer to the
7  NARA handbook and the instructions.  There are
8  a variety of reasons and for reasons of
9  efficiency, for reasons of reducing the volume
10  of the materials that are actually published,
11  and very importantly for copyright reasons,
12  documents that are copyrighted have protection
13  under the law.
14        BY MR. BECKER:
15     Q.   Can you speak more to that?
16        MR. FEE:  Objection to form.
17        MR. GRIFFIN:  Objection.
18        THE WITNESS:  What -- I'm not clear
19  about what additional --
20        BY MR. BECKER:
21     Q.   When you say, "very importantly for
22  copyright reasons," what do you mean by that?

Page 89

1    A.    So NARA -- the NARA handbook lists
2 several considerations that agencies should
3 take under advisement, as does the OMB
4 circular, with respect to incorporating
5 materials by reference, and one of those is
6 copyright obligations, obligations to protect,
7 to -- obligations to protect copyright.
8    Q.    What do you mean by "obligations to
9 protect copyright?"
10    A.    Well, copyrighted documents are
11 protected by the Copyright Act.
12    Q.    So how does incorporation by
13 reference relate to an obligation to protect
14 copyright?
15    A.    Incorporation by reference is in
16 lieu of producing -- reproducing an entire
17 copyrighted document in a federal document.
18 mean --
19    Q.    And again, how does incorporation by
20 reference relate to an obligation to protect
21 copyright?
22       MR. FEE:  Objection.

Page 90

1       THE WITNESS:  I just -- I thought I
2 just answered that.
3       BY MR. BECKER:
4    Q.    Are you saying that by not
5 publishing a document in full in a law or
6 regulation, the entity that is publishing that
7 law or regulation thereby avoids copyright
8 infringement?
9       MR. FEE:  Objection.
10       MR. GRIFFIN:  Objection.
11       THE WITNESS:  Well, I'm not a
12 copyright lawyer so I can't speak to the
13 details of that.  I refer you to the OMB
14 circular which has a very extensive discussion
15 of considerations for agencies and
16 incorporating material by reference as well as
17 the NARA handbook.
18       BY MR. BECKER:
19    Q.    Do you know when the NARA handbook
20 was first published?
21    A.    I do not.
22    Q.    Do you know who drafts the NARA

Page 91

1 handbook?
2    A.    The staff of the Office of Federal
3 Register is my understanding.
4    Q.    Do you know how the NARA handbook is
5 drafted?
6    A.    I do not.
7       MR. GRIFFIN:  Objection.
8       BY MR. BECKER:
9    Q.    Do you know who has input on the
10 contents of the NARA handbook?
11       MR. GRIFFIN:  Objection.
12       THE WITNESS:  I do not.
13       BY MR. BECKER:
14    Q.    Do you have any estimate as to when
15 the NARA handbook was first issued?
16       MR. GRIFFIN:  Objection.
17       THE WITNESS:  I do not.
18       BY MR. BECKER:
19    Q.    How long have you been referring to
20 the NARA handbook?
21       MR. GRIFFIN:  Objection.
22       THE WITNESS:  As a source document?

Page 92

1 The NARA handbook was -- is updated
2 periodically.  The NARA handbook was updated in
3 -- following the publication -- I think
4 immediately prior to the publication of the
5 current version of the OMB circular.  OMB
6 deferred to NARA to update its regulations
7 prior to completing the update of the OMB
8 circular and I -- the current version of the
9 NARA handbook is dated 2018.
10       BY MR. BECKER:
11    Q.    Did you refer to the NARA handbook
12 as an authoritative source of information when
13 you were a government employee?
14       MR. GRIFFIN:  Objection.
15       THE WITNESS:  As I said, I never was
16 in a position to be a regulation writer.
17 Relevant documents are pointed to on
18 standards.gov and so it's the National
19 Technology Transfer and Advancement Act, the
20 OMB circular and the NARA handbook.  There may
21 be other documents as well, but I have never
22 been a regulation writer.

Page 93

1      BY MR. BECKER:
2    Q.   Did you ever refer to the NARA
3  handbook when you were a government employee?
4    A.   Personally, no, because I never
5  wrote a regulation.
6    Q.   Did you ever read the NARA handbook
7  while you were a government employee?
8    A.   I have read the NARA handbook, yes.
9    Q.   While you were a government
10  employee?
11    A.   Yes.
12    Q.   Why was it that you read the NARA
13  handbook while a government employee?
14    A.   As I mentioned, there are -- the
15  relevant documents are the National Technology
16  Transfer and Advancement Act, the OMB circular
17  and the NARA handbook.  There are related
18  executive orders as well as 1512866 and other
19  memos.  I read all those documents.  I was
20  familiar with those documents at a high level
21  because NIST is directed by Congress to promote
22  reliance on private voluntary consensus

Page 94

1  standards by federal agencies and those are
2  operative documents.
3    Q.   When you say, "operative documents,"
4  what do you mean?
5    A.   Those are relevant documents.
6    Q.   Okay.  How is the NARA handbook
7  relevant to the promotion of reliance on
8  private voluntary consensus standards by
9  federal agencies?
10    A.   It speaks to good practices in
11  incorporated material by reference in the Code
12  of Federal Regulations and the material may
13  include standards.
14    Q.   Is there a more authoritative source
15  of information on the practices for
16  incorporation by reference of material into
17  regulations?
18      MR. FEE:  Objection to form.
19      MR. GRIFFIN:  Objection.
20      THE WITNESS:  I have listed the
21  documents I am aware of.
22      BY MR. BECKER:

Page 95

1    Q.   But my question was:  Is there a
2  more authoritative document other than that?
3      MR. FEE:  Objection to form.
4      MR. GRIFFIN:  Objection.
5      THE WITNESS:  I don't know.
6      BY MR. BECKER:
7    Q.   Do you consider the IBR handbook to
8  be an authoritative document?
9      MR. FEE:  Objection to form.
10      THE WITNESS:  I consider the IBR
11  handbook to be relevant to agencies that are
12  incorporating material by reference.
13      BY MR. BECKER:
14    Q.   What kind of documents are
15  incorporated by reference into law?
16      MR. FEE:  Objection to form.
17      MR. GRIFFIN:  Objection.
18      THE WITNESS:  I'm familiar with
19  regulations, not the law.
20      BY MR. BECKER:
21    Q.   What's the distinction between law
22  and regulations?

Page 96

1      MR. GRIFFIN:  Objection.
2      THE WITNESS:  At the federal -- I am
3  familiar with the federal level, federal agency
4  activities only, which typically, agencies
5  issue regulations pursuant to laws that
6  Congress has passed.
7      BY MR. BECKER:
8    Q.   So by laws, are you referring to
9  statutes?
10      MR. FEE:  Objection.
11      THE WITNESS:  I'm referring to
12  legislation that passes Congress and is signed
13  by the President.
14      BY MR. BECKER:
15    Q.   Okay.  When I - today, when I refer
16  to "law,"
17  I will be including regulations in the term
18  law.
19      If I want to refer to statutes or
20  legislations specifically or regulations
21  specifically, I will use those terms.
22      Does that make sense to you?

Page 97

1    A.   I understand what you said.  I will
2  continue to refer to them as regulations though
3  because I see a difference.
4    Q.   What kind of documents are
5  incorporated by reference into regulations?
6        MR. FEE:  Objection to form.
7        THE WITNESS:  So I can't speak to
8  that general question.  I haven't looked at
9  every regulation in terms of what documents
10  might be incorporated.
11        BY MR. BECKER:
12    Q.   Can you give me examples of
13  documents that are incorporated by reference
14  into regulation?
15    A.   Yes.  There are -- some standards
16  are incorporated by reference into regulation.
17    Q.   Are you aware of other documents,
18  other than standards, that are incorporated by
19  reference into regulation in the United States?
20    A.   Not specifically.
21    Q.   Are you aware of specific -- excuse
22  me.

Page 98

1        Are you generally aware of other
2  documents that are incorporated by reference
3  into regulation in the United States other than
4  standards?
5    A.   I am aware that there is the
6  possibility that other documents may be
7  incorporated by reference.  I don't have any
8  direct experience.
9    Q.   Do you know what types of other
10  documents might be incorporated by reference
11  into regulation in the United States?
12    A.   I do not.
13        MR. GRIFFIN:  Objection.
14        BY MR. BECKER:
15    Q.   Who makes the decision to
16  incorporate a document by reference into a
17  regulation in the United States?
18        MR. GRIFFIN:  Objection.
19        MR. FEE:  Objection.
20        THE WITNESS:  Who makes the
21  decision?  So agencies -- regulatory agencies
22  have regulatory staff that write draft

Page 99

1  regulations which are subject to the
2  Administrative Procedures Act, which means that
3  they go out for public comment.  The agency
4  responds to those comments and then moves
5  through the process to a final rule.  So
6  agencies are responsible for proposing
7  regulations and proposing material incorporated
8  in those regulations.  Those actions are
9  subject to the Administrative Procedures Act.
10        BY MR. BECKER:
11    Q.   So when you say that "an agency is
12  responsible for proposing material incorporated
13  into regulations," who makes the final decision
14  as to what material will be incorporated into
15  those regulations?
16        MR. GRIFFIN:  Objection.
17        MR. FEE:  Objection to form.
18        THE WITNESS:  I can't speak to
19  internal agency processes as to who the
20  decisionmakers are.  Likely, various from
21  agency to agency.  It will be an internal
22  review process for a notice of proposed

Page 100

1  rulemaking, and for certain rules over a
2  certain economic threshold, the Office of
3  Management and Budget will also reviews those
4  proposed rules.
5        BY MR. BECKER:
6    Q.   Do members of the public have input
7  as to what documents will be incorporated by
8  reference into regulations in the United
9  States?
10        MR. GRIFFIN:  Objection.
11        MR. FEE:  Objection to form.
12        THE WITNESS:  I mentioned that
13  regulations are subject to the Administrative
14  Procedures Act which means they are subject to
15  notice and comment by the public.
16        BY MR. BECKER:
17    Q.   And what does notice and comment by
18  the public involve?
19        MR. GRIFFIN:  Objection.
20        THE WITNESS:  An agency develops and
21  publishes in the Office of Federal Register, a
22  notice of proposed rulemaking, allows a certain

Page 101

1 period of time for comment on that proposed
2 rule, and then under the Administrative
3 Procedures Act must take the comments into
4 account and respond to those comments and move
5 through the process.  That's what I mean.
6     BY MR. BECKER:
7     Q.   Earlier, you had discussed the
8 reasons for incorporation by reference and --
9 as opposed to stating the contents of the
10 document that would be incorporated verbatim
11 into the law or regulation, and you had
12 mentioned that those reasons included
13 efficiency and also copyright concerns; is that
14 correct?
15     A.   Yes.
16        MR. GRIFFIN:  Objection.
17        BY MR. BECKER:
18     Q.   Are there other reasons other than
19 efficiency and copyright concerns?
20        MR. GRIFFIN:  Objection.
21        THE WITNESS:  The OMB circular has
22 an extensive section on considerations that

Page 102

1 agencies need to take into account when
2 incorporating standards by reference into
3 regulations.  I don't have at my fingertips
4 that full list, but I would refer you to that.
5     BY MR. BECKER:
6     Q.   Are you referring to A119?
7     A.   I'm referring to OMB Circular A119,
8 correct.
9     Q.   What is the OMB Circular A119?
10     A.   OMB Circular A119 is instructions to
11 federal agencies on use of voluntary consensus
12 standards and participation and standards
13 activities.
14     Q.   Are you aware of any change in a
15 proposed incorporation by reference of a
16 standard in a regulation as a result of public
17 comment?
18        MR. GRIFFIN:  Objection.
19        THE WITNESS:  I wouldn't have that
20 information, since I have never worked at an
21 agency that issues regulations.
22        BY MR. BECKER:

Page 103

1     Q.   Are you aware of any instance in
2 which there has been a change in a proposed
3 incorporation by reference of a standard in a
4 regulation as a result of input by the standard
5 development organization that publishes that
6 standard that would be incorporated by
7 reference?
8     A.   I don't have the details of a
9 particular -- any particular rulemaking
10 process, so I can't speak to that.
11     Q.   Sitting here today, are you aware of
12 any such instances?
13        MR. GRIFFIN:  Objection.
14        THE WITNESS:  No.
15        BY MR. BECKER:
16     Q.   Are you aware of any instances in
17 which a standards development organization has
18 asked that its standard not be incorporated by
19 reference into a regulation?
20     A.   Not personally, no.
21     Q.   Are you aware of any change in a
22 proposed incorporation by reference of a

Page 104

1 standard in a regulation as a result of any
2 proceeding under the Administrative Procedure
3 Act?
4        MR. GRIFFIN:  Objection.
5        THE WITNESS:  I am not personally
6 aware of that.
7        BY MR. BECKER:
8     Q.   Are you generally aware of any
9 instance where a standards development
10 organization has asked that its standard not be
11 incorporated by reference into a regulation?
12     A.   No.
13        MR. GRIFFIN:  Objection.
14        BY MR. BECKER:
15     Q.   Are you generally aware of any
16 instances where a standards development
17 organization has asked that its standard be
18 incorporated by reference in a regulation?
19     A.   No.
20     Q.   So you are not aware of any instance
21 where a standards development organization has
22 asked that its standard be incorporated by

Page 105

1 reference into a regulation?

2     MR. GRIFFIN:  Objection.

3     THE WITNESS:  So my responsibilities

4 at NIST and the responsibilities of the

5 standards coordination office were at a very

6 high policy level.  We did not engage in

7 specific -- specific engagements between

8 standards development organizations and

9 agencies.

10     BY MR. BECKER:

11   Q.    What about in your role at ANSI or

12 at any of the standards development

13 organizations that you have participated with?

14     MR. GRIFFIN:  Objection.

15     MR. FEE:  Objection.

16     THE WITNESS:  M I aware of any

17 instance in which a standards development

18 organization asked to have a standard?  No.

19     BY MR. BECKER:

20   Q.    Have you ever discussed with anyone

21 the possibility of a standards development

22 organization asking that its standard not be

Page 106

1 incorporated by reference into a regulation?

2     MR. GRIFFIN:  Objection.

3     THE WITNESS:  Not to my knowledge.

4     BY MR. BECKER:

5   Q.    Did you ever come to hear directly

6 or indirectly that a standards development

7 organization asked that its standard not be

8 incorporated by reference into a regulation?

9     MR. GRIFFIN:  Objection.

10     THE WITNESS:  Not to my knowledge.

11     BY MR. BECKER:

12   Q.    Is there any benefit to a standards

13 development organization in having its standard

14 incorporated by reference into a regulation?

15     MR. FEE:  Objection to form.

16     THE WITNESS:  So since I have never

17 been employed by a standards development

18 organization, I can't speak to the benefit that

19 might accrue.

20     BY MR. BECKER:

21   Q.    Even despite being a board member of

22 two standards development organizations?

Page 107

1   A.    In my memory, those issues were not

2 discussed at the board level.

3   Q.    Was incorporation by reference ever

4 discussed at the board level at either of the

5 standards development organizations that you

6 were a board member of?

7   A.    Not that I represent.

8   Q.    Was incorporation by reference ever

9 discussed at the board level at ANSI?

10   A.    There are several board meetings

11 which reports on incorporation by reference

12 were provided.  I believe Public.Resource.Org

13 has those documents as a result of a FOIA

14 request made to NIST.

15   Q.    Does -- does ANSI advocate for the

16 incorporation by reference of standards into

17 regulation?

18     MR. GRIFFIN:  Objection.

19     MR. FEE:  Objection to form.

20     THE WITNESS:  ANSI advocates for

21 federal agencies reliance on voluntary

22 consensus standards in carrying out their

Page 108

1 mission responsibilities.

2     BY MR. BECKER:

3   Q.    When you say, "reliance," what do

4 you mean by that?

5   A.    So depending on the agency, organic

6 legislation and their authorities, there are

7 various ways that agencies can rely on

8 voluntary standards to carry out their

9 missions.

10   Q.    Does that -- including incorporation

11 by reference --

12   A.    Yes.

13   Q.    -- in the regulations?

14   A.    That includes incorporation by

15 reference into regulations.

16   Q.    What are the other ways that an

17 agency could rely on voluntary standards to

18 carry out its mission?

19     MR. FEE:  Objection to form.

20     THE WITNESS:  In the guidance area,

21 agencies can point to standards that are

22 relevant to an agency mission space and

Page 109

1 identify those for interested members of the
2 regulated community.
3      BY MR. BECKER:
4    Q.   When you say, "point to standards
5 that are relevant to an agency mission and
6 identify those for interested members of the
7 regulated community," what's the difference
8 between that and incorporation by reference?
9    A.   Incorporation by reference is a very
10 specific term.  It's for documents that are
11 incorporated by reference into the Code of
12 Federal Regulations, so that is different than
13 identifying standards as part of guidance.
14    Q.   Why wouldn't an agency just identify
15 a standard as part of guidance?
16      MR. GRIFFIN:  Objection.
17      THE WITNESS:  It depends on the
18 agency.  What their -- their organic act and
19 the -- Congress, the direction Congress has
20 given to them as to how to carry out their
21 regulatory responsibilities so it's unique, it
22 depends on the agency.

Page 110

1      BY MR. BECKER:
2    Q.   I'm not certain I understand.
3    A.   You would have to look to the
4 particular agency, scope of responsibilities
5 and how they are directed by Congress to carry
6 out those responsibilities.  It differs from
7 agency to agency.
8    Q.   So why would an agency -- why would
9 an agency just refer to a standard rather than
10 using incorporation by reference?
11    A.   It may not --
12      MR. GRIFFIN:  Objection.
13      MR. FEE:  Objection to form.
14      THE WITNESS:  It may not be
15 permitted under their authorizing legislation.
16      BY MR. BECKER:
17    Q.   Why wouldn't referring to a standard
18 be permitted under authorizing legislation?
19    A.   Well, I can't speak to that.
20      MR. FEE:  Objection to form.
21      MR. GRIFFIN:  Objection.
22      THE WITNESS:  You'd have to check

Page 111

1 with agency -- with those particular agencies.
2      MR. GRIFFIN:  Just pause for one
3 second.
4      Before you answer, just pause for
5 one second.
6      THE WITNESS:  Sorry.
7      BY MR. BECKER:
8    Q.   Are you aware of any instances where
9 an agency both refers to standards and uses
10 incorporation by reference?
11    A.   Not off the top of my head.  I'm
12 sure there are instances where that occurs.
13      MR. GRIFFIN:  We just hit the
14 two-hour mark, so whenever you --
15      MR. BECKER:  Sure.  We can take a
16 break in just a few minutes unless someone is
17 dying to take a break right now.
18      MR. GRIFFIN:  No, no.
19      BY MR. BECKER:
20    Q.   You said that ANSI advocates for
21 federal agencies to rely on consensus standards
22 in carrying out their mission responses, and

Page 112

1 that there are various ways that agencies can
2 rely on voluntary standards to carry out their
3 missions.
4      One way of relying on those
5 standards is by incorporation by reference and
6 the other is by simply referring to those
7 standards, correct?
8      MR. FEE:  Objection.
9      MR. GRIFFIN:  Objection.
10      THE WITNESS:  "An" other way, not
11 "the" other way.
12      BY MR. BECKER:
13    Q.   And what are -- other than
14 incorporation by reference and referring to
15 these standards, are there other ways that an
16 agency could rely on voluntary standards to
17 carry out its mission?
18    A.   So that is outside of my area of
19 expertise.
20    Q.   Are you aware of any other ways,
21 other than referring to standards or
22 incorporating standards by reference into

Page 113

1 regulation?
2    A.   So I'm not going to guess as to
3 possible ways agencies may rely.  It differs
4 from agency to agency.
5    Q.   Does ANSI ever advocate for an
6 agency referring to a standard rather than
7 incorporating a standard by reference into
8 regulation?
9    A.   That's the agency's decision.
10   Q.   Is that a no?
11   A.   That's a no.
12   Q.   Does ANSI ever advocate for an
13 agency incorporating a standard by reference
14 into regulation rather than simply referring to
15 the standard?
16   A.   No.  I said that's the agency's
17 decision.
18   Q.   Does ANSI ever discuss the benefits
19 or detriments of incorporation by reference
20 versus other reference to a standard in
21 regulation?
22       MR. GRIFFIN:  Objection.

Page 114

1        THE WITNESS:  ANSI as an institute?
2 I referred to the OMB Circular A119 and other
3 relevant documents I referred to earlier that
4 provides the overall context for this situation
5 so ANSI operates within that context.
6        BY MR. BECKER:
7    Q.   And my question is:  Does ANSI, as
8 an organization, ever discuss the benefits or
9 detriments of incorporation by reference versus
10 other reference to a standard in regulation?
11       MR. GRIFFIN:  Objection.
12       THE WITNESS:  With agencies?
13       BY MR. BECKER:
14   Q.   Or generally.
15   A.   No, not at that level of
16 specificity.
17   Q.   Do they do so at a different level
18 of specificity?
19   A.   No, you are asking for my personal
20 recollection.
21       MR. GRIFFIN:  Objection.
22       THE WITNESS:  The institute does not

Page 115

1 get into those types of differentiations.
2        BY MR. BECKER:
3    Q.   Did NIST ever advocate for reference
4 to a standard as opposed to incorporation by
5 reference of a standard into regulation?
6    A.   No, again, that's the agency's
7 decision.
8    Q.   Did NIST ever provide guidance as to
9 when an agency should reference a standard
10 versus incorporate the standard by reference
11 into regulation?
12   A.   No.  That's the responsibility of
13 the individual regulatory agency.
14       MR. BECKER:  We can take a break.
15       THE VIDEOGRAPHER:  We are going off
16 the record.  This is the end of Media Unit No.
17 1.  The time is 12:23.
18       (A short recess was taken.)
19       THE VIDEOGRAPHER:  We are going back
20 on the record.  This is the start of Media Unit
21 No. 2.  The time is 1:11.
22       BY MR. BECKER:

Page 116

1    Q.   Ms. Saunders, are there any answers
2 to questions earlier today that you realized
3 are incorrect or that you would like to change?
4    A.   I think we've covered the point that
5 I neglected to mention the first time you asked
6 me about my positions in which -- at ANSI,
7 which I neglected to mention, I was a vice
8 chair but we covered that in a later exchange.
9        Beyond that, I don't think I have
10 any connections.
11   Q.   Okay.  And, Ms. Saunders, if you
12 wouldn't mind, if you could just try to speak a
13 little bit slower --
14   A.   I am trying.
15   Q.   So our court reporter can get
16 everything and your attorney can make
17 objections.  I know it's -- it's hard to do --
18 speak at the cadence required for a deposition.
19   A.   I will do my best.
20       MR. BECKER:  Can you please mark
21 that.  I believe that is Exhibit 3.
22       (Deposition Exhibit 3 was marked for

Page 117

1 identification.)
2      BY MR. BECKER:
3   Q.   I have handed you what has been
4 marked as Exhibit No. 3.
5      This is the document produced by
6 ANSI at Bates No. ANSI 1536.
7      Do you recognize this document?
8   A.   Yes, I do.
9   Q.   What is this document?
10  A.   This is the current ANSI
11 organizational chart.
12  Q.   So this document was produced in
13 2015. Is there -- has there been any change to
14 the ANSI organizational chart between 2015 and
15 today that you are aware of?
16      MR. GRIFFIN:  Objection.
17      THE WITNESS:  This looks -- this
18 looks accurate as of 2019.
19      BY MR. BECKER:
20  Q.   Great.  What positions on this ANSI
21 organization chart have you held?
22      MR. GRIFFIN:  Objection.

Page 118

1      THE WITNESS:  I have served, as we
2 noted earlier, on the ANSI board of directors.
3 I have served on the national policy committee
4 and as the chair of the national policy
5 committee.  I have actually served on the
6 appeals board.  This is one level below the
7 national policy committee.
8      I have served as a member and also a
9 chair of the international policy committee,
10 and as a government member, I was a member of
11 the government member from up here.
12      BY MR. BECKER:
13  Q.   That's the government member listing
14 under forums?
15  A.   Correct.  And I served on several
16 occasions on the nominating committee which is
17 not a standing committee that's reconstituted
18 every year.  Hold on a second.  That's it.
19      (Deposition Exhibit 4 was marked for
20 identification.)
21      BY MR. BECKER:
22  Q.   Ms. Saunders, I have handed you what

Page 119

1 has been marked as Exhibit No. 4.
2      This is a document produced as
3 PRO_00264718 to PRO_00264723.
4      Have you ever seen this document
5 before?
6   A.   I must have, since it was a document
7 provided as part of discovery in response to
8 the FOIA request.  It is a printout, as it says
9 at the top, of the NIST standard committee
10 participation database.
11  Q.   Starting on the third to last page
12 of Exhibit No. 4 which is Bates-stamped
13 PRO_00264721, does this have a listing of the
14 SDOs that you have had a membership with?
15      MR. GRIFFIN:  Objection.
16      MR. FEE:  Objection to form.
17      THE WITNESS:  It lists the standards
18 activities in which I participated that are
19 recorded in the standard committee
20 participation database.  It appears to include
21 everything.
22      BY MR. BECKER:

Page 120

1   Q.   Here, it lists ANSI as an SDO; is
2 that correct?
3   A.   It lists ANSI as an SDO.  It doesn't
4 list ANSI -- it lists ANSI as an SDO because
5 the database does not make provisions for other
6 types of organizations.  ANSI is not an SDO.
7   Q.   Are there other types of
8 organizations other than SDOs and ANSI that
9 would be listed in this database?
10      MR. FEE:  Objection.
11      THE WITNESS:  No.  ANSI is the only
12 one, but ANSI is unique in that the database
13 was developed to track standards committee
14 participation which is mostly in SDOs.  ANSI is
15 a policy level organization and it is included
16 in the database.
17      BY MR. BECKER:
18  Q.   Looking over the -- this list, are
19 there any committees that you have been part of
20 for an SDO or ANSI that are not listed here?
21  A.   The standards committee
22 participation database does not list my

Page 121

1  participation in ASTM E50 because I believe
2  that would have been 1993.  That predated the
3  existence of the database.
4      Q.   Anything else?
5      A.   No.
6      Q.   When you were participating with --
7  on the committee for ASTM E50, what was your
8  role?
9          MR. GRIFFIN:  Objection.
10         THE WITNESS:  I was a member of the
11 standards committee.
12         BY MR. BECKER:
13     Q.   What does a member of the standards
14 committee do?
15     A.   A member of the standards committee
16 participate in the development of documents --
17 standards under the -- that come under the
18 purview of that committee.
19         In this specific case, because E50
20 operated and operates as a U.S. technical
21 advisory group to the International
22 Organization for Standardization technical

Page 122

1  committee 207, it operated as -- in developing
2  U.S. positions on standards that were being
3  developed in ISO.
4      Q.   Did E50 develop any ASTM standards?
5          MR. FEE:  Objection to form.
6          THE WITNESS:  I was specifically
7  participating in that committee in its role as
8  the U.S. technical advisory group to ISO, so
9  the documents I commented on and in which I
10 participated in discussions were to be ISO
11 standards.
12         BY MR. BECKER:
13     Q.   When you say, "to be ISO standards,"
14 what's the distinction between that and an ASTM
15 standard?
16     A.   Those are two different --
17         MR. GRIFFIN:  Objection.
18         THE WITNESS:  Those are two
19 different standards organizations.  The
20 International Organization for Standardization
21 is headquartered in Geneva, participation is on
22 a national standards body basis, and ANSI is

Page 123

1  the national standards body representing the
2  U.S. to ISO.  ANSI accredits U.S. technical
3  advisory groups.  In this case, the technical
4  advisory group to TC 207 was administered by
5  ASTM.
6          BY MR. BECKER:
7      Q.   Going back to Exhibit No. 3, and now
8  that you have the benefit of having Exhibit No.
9  4 in front of you, are there any additional
10 positions on the ANSI organization chart that
11 you have participated in that you didn't
12 previously tell me about?
13     A.   I neglected to mention the executive
14 committee and I think a reason I did not
15 mention that is by dent of my -- it's a
16 chairman chair position first for the IPC and
17 the national policy committee, you are -- those
18 chairs are also automatically members of the
19 ANSI executive committee as are ANSI vice
20 chairs are automatically members of the ANSI
21 executive committee.
22     Q.   Approximately how many individuals

Page 124

1  are on the ANSI executive committee?
2      A.   Approximately 18.
3      Q.   What is the role of the ANSI
4  executive committee?
5      A.   The ANSI executive committee is --
6  serves as a subset of the ANSI board.  The
7  executive committee meets three times a year
8  and is typically the committee where ANSI
9  policy positions that will be further
10 deliberated by the board are first -- first
11 discussed.
12         The executive committee is also
13 responsible for approving nominations of chair
14 positions I believe.
15     Q.   What are the ANSI forums that's
16 listed here on the upper left side of Exhibit
17 No. 3?
18     A.   As I mentioned earlier, ANSI has
19 different membership categories.  These --
20 there is a forum for each of the membership
21 categories.
22     Q.   When you say, "there is a forum for

Page 125

1 each of the membership categories," what
2 exactly is the forum?
3     A.    So as a government member of -- I
4 say representative of a government member,
5 ANSI, I was automatically a member of the
6 forum.  It is -- each of the fora are -- forums
7 are places where a membership category can meet
8 or -- to discuss shared interests and can share
9 information.
10    Q.    So this is where government -- the
11 government member forum would be one where
12 government members of ANSI would meet and share
13 information?
14    A.    Yes.
15        MR. GRIFFIN:  Objection.
16        BY MR. BECKER:
17    Q.    Did you ever participate in the ANSI
18 government member forum?
19        MR. GRIFFIN:  Objection.
20        THE WITNESS:  As an employee of a
21 government member, I was automatically a member
22 of the government member forum.

Page 126

1        BY MR. BECKER:
2    Q.    Did you use that forum to engage in
3 communications with other government members?
4    A.    Well, official communications?  I
5 mean, can you clarify?  I mean, the forum
6 periodically -- the forum periodically had
7 meetings.
8    Q.    Did you participate in those
9 meetings?
10    A.    I probably participated in a few of
11 those meetings.
12    Q.    Do you know how regularly they had
13 meetings?
14    A.    The forum -- the government member
15 forum did not meet regularly.
16    Q.    Would that be once a year or there
17 is just no -- when you say, "it doesn't meet
18 regularly," do you mean that there is no set
19 number of meetings per year?
20        MR. GRIFFIN:  Objection.
21        THE WITNESS:  What I meant is that
22 in my memory, the government member forum would

Page 127

1 meet periodically.
2        BY MR. BECKER:
3    Q.    Do you recall approximately how
4 frequently?
5    A.    One to two times a year.
6    Q.    What is the role of the appeals
7 board on the national policy committee?
8    A.    So the -- I mentioned earlier, that
9 two of the committees which currently come
10 under the responsibility of the national policy
11 committee are the ANSI executive -- the ANSI
12 board of standards review and the ANSI
13 executive standards council.  These two
14 entities are responsible for managing the
15 process by which American national standards
16 are developed and approved.
17        As part of the ANSI essential
18 requirements for process, there is a dispute
19 settlement provision so -- and there can be an
20 appeal at several levels of an action that is
21 taken by an accredited standards developing
22 organization or -- and there can be appeal

Page 128

1 about a particular standard, an American
2 national standard as well.  The appeals board
3 is the final level of appeal at ANSI with
4 respect to actions related to American national
5 standards.
6    Q.    What kind of disputes would come
7 under that dispute settlement provision?
8        MR. GRIFFIN:  Objection.
9        THE WITNESS:  Organizations can
10 raise questions about conformance to the ANSI
11 essential requirement, emulates to the process
12 of developing American national standards.  It
13 specifically does not touch on the technical
14 content of the standard.
15        BY MR. BECKER:
16    Q.    What are the ANSI essential
17 requirements?
18    A.    So you can find a copy of the ANSI
19 essential requirements documents on the ANSI
20 website.  As I mentioned earlier, the ANSI
21 essential requirements relate to openness,
22 transparency, balance, due process and

Page 129

1 consensus.

2    Q.   Are you aware of any instances when
3 anyone has complained about the difficulty in
4 accessing a standard that is incorporated by
5 reference into federal regulation?

6    A.   May I just add to my previous
7 answer.

8    Q.   Of course.

9    A.   Lack of dominance is an essential
10 requirement that I forgot.

11   Q.   What is lack of dominance?

12   A.   So balance and lack of dominance are
13 related, a balance of interest and the lack of
14 dominance of any particular interest category
15 in the consensus process.

16   Q.   So does that mean that if, say,
17 industry had a majority of members or something
18 like that in the development of a standard,
19 then it might not be given ANSI accreditation?

20      MR. GRIFFIN:  Objection.

21      THE WITNESS:  What it means is that
22 standards developing organizations who process,

Page 130

1 conform to the essential requirements must make
2 best efforts to ensure balance, but also within
3 that balance, lack of dominance.

4      They may do that a variety of ways,
5 so if one interest category has a larger number
6 of participants then another interest category,
7 they can address -- they can address lack of
8 dominance through weighted devoting.  There are
9 a variety of different ways.

10      BY MR. BECKER:

11   Q.   Are you aware of any instance where
12 ANSI refused to -- or excuse me.

13      Are you aware of any instance where
14 ANSI declined to provide accreditation for a
15 particular standard?

16      MR. GRIFFIN:  Objection.

17      THE WITNESS:  So the actual
18 terminology would be that ANSI accredits
19 standards developing organizations, as
20 standards developing organizations may apply
21 for accreditation by ANSI, and the
22 accreditation relates to the conformance of the

Page 131

1 process that the standards developing
2 organization administers to the ANSI essential
3 requirements.

4      Only accredited SDOs can submit
5 draft -- can submit draft standards for
6 consideration as American national standards.
7 So they -- so they don't -- ANSI does not
8 accredit the standard.  It accredits the
9 standards developing organization.

10      BY MR. BECKER:

11   Q.   Thank you.

12      What is the benefit of having an
13 organization accredited by ANSI so that it can
14 submit draft standards for consideration as an
15 American national standard?

16      MR. GRIFFIN:  Objection.

17      THE WITNESS:  So ANSI considers the
18 benefit to be that the essential requirements
19 are the bedrock of the voluntary consensus
20 standards process.  Very similar requirements
21 are reflected in the World Trade Organization's
22 technical barriers to trade agreement in its

Page 132

1 description of the process for international
2 standards development.

3      Typically, and a standards
4 developing organization will submit a
5 particular project for processes in American
6 national standard because its stakeholders find
7 that valuable.  That may be -- its stakeholders
8 find that valuable.

9      BY MR. BECKER:

10   Q.   Are there other benefits to being
11 able to submit a standard as an American
12 national standard?

13      MR. GRIFFIN:  Objection.

14      THE WITNESS:  Yes, but I can't
15 recall them -- I can't reflect them for you
16 right off the top of my head.  We have an
17 entire set of pages on the American national
18 standards process and a presentation that our
19 senior standards coordinator gives
20 periodically, but I'm not recalling all the
21 benefits at this time.

22      BY MR. BECKER:

Page 133

1    Q.    Are American national standards more
2  likely to be used by industry versus if a
3  standard is not designated an American national
4  standard?
5        MR. GRIFFIN:  Objection.
6        THE WITNESS:  The American national
7  -- the body of American national standards is a
8  very small subset of the overall body of
9  standards that are used generally in the United
10  States or globally.  There are about 12,000 and
11  they tend to be -- they tend to be -- have
12  tended to be health and safety standards in
13  long established industry sectors.
14  BY MR. BECKER:
15    Q.    Going back to my question:  Are
16  American national standards more likely to be
17  used by industry versus if a standard is not
18  designated an American national standard?
19        MR. GRIFFIN:  Objection.
20        THE WITNESS:  Not to my knowledge.
21  BY MR. BECKER:
22    Q.    Are American national standards more

Page 134

1  likely to be used by agencies for incorporation
2  by reference than standards that are not
3  designated American national standards?
4        MR. FEE:  Objection to form.
5        THE WITNESS:  So ANSI does not track
6  the implementation of particular American
7  national standards.  ANSI is responsible for
8  the process by which those standards are
9  developed.
10  BY MR. BECKER:
11    Q.    What do you mean by
12  "implementation?"
13    A.    Use.  The use of the standard.
14    Q.    Is incorporation by reference a form
15  of implementation?
16    A.    Yes.
17    Q.    What are some other forms of
18  implementation?
19    A.    A purchaser of a product that may be
20  -- as covered by an American national standard
21  may specify to suppliers that in order to be
22  considered a part of their supply chain, they

Page 135

1  must conform to a standard.
2        So purchasers of products, either
3  individual products or retailers, for example,
4  who have requirements for qualified suppliers,
5  it's possible insurance companies could give a
6  preference to particular standards.
7    Q.    Did -- does NIST track the
8  incorporation by reference of standards into
9  regulations?
10    A.    So NIST until 2016 maintained the
11  standards incorporated by reference database,
12  and in that sense, yes, provided information on
13  incorporations into the Code of Federal
14  Regulations.
15    Q.    What happened in 2016?
16        MR. GRIFFIN:  Objection.
17        THE WITNESS:  The database had been
18  maintained by a contractor to the standard
19  services division.  I believe that contractor
20  retired.  In addition, ANSI had begun the
21  development and maintenance of the ANSI
22  incorporation by reference portal.

Page 136

1        BY MR. BECKER:
2    Q.    So what is the ANSI incorporation by
3  reference portal?
4    A.    So the ANSI IBR portal is a
5  read-only portal providing read-only access to
6  standards that are incorporated by reference
7  into the Code of Federal Regulations.
8    Q.    So earlier, when I said, are
9  American national standards more likely to be
10  used by agencies for incorporation by reference
11  than standards that are not designated American
12  national standards, you said ANSI does not
13  track the temporary -- excuse me.  The text is
14  not complete here.
15        But I believe you said that ANSI
16  doesn't track the incorporation by reference of
17  standards; is that true?
18        MR. GRIFFIN:  Objection.
19        THE WITNESS:  So ANSI, as an
20  institute, does not track the incorporation by
21  reference in the Code of Federal Regulations.
22  ANSI -- NIST provided the database, the

Page 137

1 standards incorporated by reference database to
2 ANSI as a basis for the creation of the -- of
3 the ANSI portal and ANSI maintains that portal.
4        When federal agencies incorporate a
5 standard by reference, either as part of a
6 notice of proposed rulemaking or later on as an
7 actual final rule, they reach out to ANSI and
8 ask to have that standard reflected in the
9 portal.
10       BY MR. BECKER:
11   Q.   How did the creation of the ANSI IBR
12 portal affect the maintenance of the SIBR
13 database?
14       MR. FEE:  Objection.
15       THE WITNESS:  So the standards
16 incorporated by reference database is different
17 than the ANSI IBR portal.  The standards
18 incorporated by reference database listed the
19 -- would list the reference, the specific
20 reference in the Code of Federal Regulations.
21 The agency that was incorporating the reference
22 and the place in the Code of Federal

Page 138

1 Regulations where the reference could be found,
2 and a -- and the number or title, in most cases
3 there is a number of the standard and the
4 sponsoring standards developing organization.
5        The SIBR database did not include
6 any standards content.  It simply identified
7 the referenced document by title or by number.
8 The ANSI IBR portal provides read-only access
9 to the documents that are incorporated by
10 reference for those SDOs that do not maintain
11 their own link, their own portal for reasonable
12 availability.
13       BY MR. BECKER:
14   Q.   Was the creation of the ANSI IBR
15 portal a factor in NIST's decision to stop
16 maintaining the SIBR database?
17       MR. GRIFFIN:  Objection.
18       THE WITNESS:  I don't know the
19 answer to that because that decision was taken
20 while I was the associate director for
21 management resources, so I have no part in that
22 decision.

Page 139

1       BY MR. BECKER:
2   Q.   Why is it then that you referenced
3 the creation of the ANSI IBR database when I
4 asked what happened in 2016 to cause the --
5 NIST to cease maintaining the SIBR database?
6   A.   2016 was also the year that they
7 revised OMB Circular A119 was published in
8 January of 2016 with an extensive discussion of
9 reasonable availability when agencies
10 incorporate by reference.
11       My understanding is that ANSI
12 developed and offered the IBR portal as a means
13 of reasonable availability, and as I mentioned
14 earlier, it was my understanding that NIST
15 standards coordination office provided the SIBR
16 database to ANSI as a basis for that portal,
17 but I wasn't part of the decision as to timing.
18   Q.   When did ANSI create the IBR portal?
19   A.   I wasn't part of that decision as to
20 timing so I can't speak to that.
21   Q.   Do you know why ANSI created the IBR
22 portal?

Page 140

1       MR. GRIFFIN:  Objection.
2       THE WITNESS:  To assist the federal
3 agency community with addressing the reasonable
4 availability principle.
5       BY MR. BECKER:
6   Q.   Was there a concern that without the
7 ANSI IBR portal, standards incorporated by
8 reference into regulations otherwise would not
9 be reasonably available?
10       MR. GRIFFIN:  Objection.
11       THE WITNESS:  ANSI provided the
12 portal as an assistance, an aid to small
13 standards developing organizes that might not
14 have the resources to provide their own
15 read-only access provisions.
16       ANSI also as the national standards
17 body to ISO and IEC is the only organization in
18 the U.S. that could arrange with ISO and IEC
19 for access to those documents.
20       BY MR. BECKER:
21   Q.   My question was:  Was there a
22 concern that without the ANSI IBR portal,

Page 141

1  standards incorporated by reference into
2  regulations otherwise would not be reasonably
3  available?
4      MR. GRIFFIN:  Objection.
5      MR. FEE:  Objection.
6      THE WITNESS:  No, I don't believe
7  that was the -- there was a general concern.  I
8  believe -- ANSI provided the portal as an
9  assistance to small SDOs to minimize the burden
10  with respect to reasonable availability.  I
11  would not say that there was a concern that
12  without it, there wouldn't be reasonable
13  availability.
14      BY MR. BECKER:
15      Q.   Have you ever heard someone say that
16  without a read-only access, standards
17  incorporated by reference into regulations are
18  not reasonably available?
19      A.   No.  Both the OMB circular -- the
20  OMB circular specifically lists a variety of
21  different ways, which I will not be able to
22  repeat since I don't have the circular in front

Page 142

1  of me, for it to assure reasonable availability
2  including read-only access but not limited to
3  read-only access.
4      Q.   So you are saying you have never
5  heard the -- anyone opine that without
6  read-only access, standards incorporated by
7  reference into regulations are not reasonably
8  available?
9      MR. GRIFFIN:  Objection.
10      THE WITNESS:  I can't answer that.
11  That is very general.  I mean, I may have heard
12  an individual say that.  It's not something
13  that I can attest to.
14      BY MR. BECKER:
15      Q.   Have you ever heard -- have you ever
16  heard anyone opine that standards incorporated
17  by reference into regulations generally are not
18  reasonably available?
19      MR. GRIFFIN:  Objection.
20      MR. FEE:  Objection.
21      THE WITNESS:  I may have heard that
22  comment.  Again, I can't attest to that

Page 143

1  comment.
2      BY MR. BECKER:
3      Q.   Have you ever heard Carl Malamud say
4  that standards incorporated by reference into
5  regulations are not reasonably available?
6      A.   Yes.
7      Q.   Have you heard anybody else say that
8  standards incorporated by reference into
9  regulations are not reasonably available?
10      MR. GRIFFIN:  Objection.
11      THE WITNESS:  So there were
12  significant discussions as part of the
13  administrative conference for the -- of the
14  U.S., and as part of the administrative
15  conference of the U.S., who the administrative
16  of conference developed their recommendation of
17  incorporation by reference, and as part of
18  those discussions, in which I believe Carl
19  Malamud participated as well as did many other
20  individuals, administrative law practitioners
21  and many others, I'm sure those comments came
22  up.

Page 144

1      BY MR. BECKER:
2      Q.   Did you participate in that?
3      A.   Yes.
4      Q.   Who else participated in that -- in
5  that discussion?
6      MR. GRIFFIN:  Objection.
7      THE WITNESS:  You would have to --
8  I'm sure the ACUS -- the administrative
9  conference of the U.S. has the records of the
10  participation.  There were several public
11  meetings and I think at least a six-month
12  process of discussion in the development of the
13  ACUS, A-C-U-S recommendation.
14      BY MR. BECKER:
15      Q.   Have you ever heard someone say that
16  a particular standard is not reasonably
17  available -- excuse me.
18      Have you ever heard someone opine
19  that a particular standard incorporated by
20  reference into regulations is not reasonably
21  available?
22      MR. GRIFFIN:  Objection.

Page 145

1    THE WITNESS:  I can't speak to that.
2 It's very -- nonspecific question, have I ever
3 heard.
4    BY MR. BECKER:
5    Q.   Are you aware of any instance where
6 an individual has said that they were unable to
7 access a standard that was incorporated by
8 reference into regulation?
9    A.   It is likely that there are
10 constituencies that have made that comment.
11    Q.   So my question was:  Whether you
12 have ever heard that -- have you ever learned
13 of an individual complaining of not being able
14 to access a standard incorporated by reference
15 into regulation?
16    MR. FEE:  Objection to form.
17    THE WITNESS:  In my position at
18 NIST, we never -- I never -- I am not aware
19 that we received comments -- a comment directly
20 from an individual about that.
21    BY MR. BECKER:
22    Q.   What about other than in your

Page 146

1 position at NIST?
2    MR. FEE:  Same objection.
3    THE WITNESS:  I didn't -- I haven't
4 received any of that -- any comment of that
5 type from -- in my position at ANSI.
6    BY MR. BECKER:
7    Q.   Have you ever heard of an individual
8 saying that, that individual was unable to
9 access a standard that was incorporated by
10 reference into regulation?
11    MR. FEE:  Objection to form.
12    THE WITNESS:  It's possible.  I
13 don't have a specific memory.
14    BY MR. BECKER:
15    Q.   Do you have a general memory of an
16 individual stating that he or she was unable to
17 access a standard that was incorporated by
18 reference into regulation?
19    MR. FEE:  Objection to form.
20    MR. GRIFFIN:  Objection.
21    THE WITNESS:  So what I can speak to
22 is the fact that there are a variety of means

Page 147

1 that agencies make available to their -- the
2 regulated constituency and the public reading
3 rooms, depository libraries, a variety of
4 different means to access regulations and
5 related documentation.
6    BY MR. BECKER:
7    Q.   I don't think you have answered my
8 question, so I'm going to go back and say it
9 again.
10    Do you have a general memory of an
11 individual stating that he or she was unable to
12 access a standard that was incorporated by
13 reference into a regulation?
14    MR. GRIFFIN:  Objection.  Asked and
15 answered.
16    MR. FEE:  Objection.
17    THE WITNESS:  As I said, I don't
18 have a memory of an individual expressing that
19 concern.  I am aware that there were extensive
20 discussions under the auspices of the
21 administrative conference of the U.S. and in
22 the process of revising the OMB circular where

Page 148

1 those comments may have been made.
2    BY MR. BECKER:
3    Q.   Are you aware of any instance where
4 a government employee has said that he or she
5 was unable to access a standard that had been
6 incorporated by reference into a regulation?
7    MR. FEE:  Objection to form.
8    MR. GRIFFIN:  Objection.
9    THE WITNESS:  I -- you have to give
10 me an example.  I can't answer that general --
11 a general statement like that.  It's --
12    BY MR. BECKER:
13    Q.   Is there any instance you know of
14 where a government employee has said that he or
15 she was unable to access a standard that had
16 been incorporated by reference into a
17 regulation?
18    MR. FEE:  Objection.
19    MR. GRIFFIN:  Objection.
20    THE WITNESS:  Not to my knowledge.
21    BY MR. BECKER:
22    Q.   Did you ever learn of a report of a

Page 149

1 person or entity saying that they were unable
2 to access a standard incorporated by reference
3 into regulation?
4        MR. GRIFFIN:  Objection.
5        THE WITNESS:  I thought I answered
6 that.  A report -- can you repeat the question.
7 BY MR. BECKER:
8    Q.    Yes.  Did you ever learn of a report
9 of a person or entity saying that they were
10 unable to access a standard incorporated by
11 reference into regulation?
12        MR. GRIFFIN:  Objection.
13        THE WITNESS:  So I was chief of the
14 standard services division for seven years and
15 the head of the standards coordination office
16 for -- in my position as chief of the standard
17 services division for seven years and director
18 of the standards coordination office for a
19 little over a year and a half, it is possible
20 that I came into contact with a comment like
21 that but I have no specific memory about that.
22        (Deposition Exhibit 5 was marked for

Page 150

1 identification.)
2        BY MR. BECKER:
3    Q.    I've handed you what's been marked
4 as Exhibit 5.
5        This is the document produced by
6 ANSI as ANSI 2690 to ANSI 2692.
7        Do you recognize this document?
8    A.    I remember the joint meeting, yes.
9    Q.    What is this document?
10    A.    It's the draft report of a joint
11 interagency committee on standards policy, ANSI
12 government member forum meeting with standards
13 developers.
14    Q.    What is ICSP?
15    A.    The ICSP is the Interagency
16 Committee on Standards Policy.  The committee
17 is established under OMB Circular A119 and it
18 is comprised of the standards executives of the
19 federal agencies that are tasked with
20 implementing the circular.
21    Q.    Is that a government committee?
22    A.    That is.

Page 151

1    Q.    What is GMF?
2    A.    GMF is the ANSI Government Member
3 Forum.
4    Q.    So is this a meeting of a government
5 committee and an ANSI committee?
6    A.    That's correct.
7    Q.    This took place on April 21, 2011?
8    A.    That's what the document says, yes.
9    Q.    Were you present at that meeting?
10    A.    Yes.
11    Q.    It says that you conducted the
12 opening of the meeting; is that correct?
13    A.    Yes, in my position as chair of the
14 interagency committee on standards policy.
15    Q.    Do you remember what the purpose of
16 this meeting was?
17        MR. GRIFFIN:  Objection.
18        THE WITNESS:  The purpose of the
19 meeting is outlined in Paragraph 3:  "ANSI
20 staff agreed to arrange a meeting that would
21 allow the SDO community to showcase their
22 efforts to meet the needs of federal agencies

Page 152

1 with respect to access to standards and
2 participation in the development of standards."
3        BY MR. BECKER:
4    Q.    What were the needs of the federal
5 agencies for access to standards?
6    A.    So federal agencies -- it is useful
7 for federal agencies, regulatory agencies in
8 particular to have access to standards as -- in
9 support of them conducting their mission
10 activities which include but are not limited to
11 development -- writing regulations.
12    Q.    What is the role of federal agencies
13 in the development of standards?
14        MR. FEE:  Objection to form.
15        THE WITNESS:  So as I mentioned
16 earlier, the law, the National Technology
17 Transfer and Advancement Act as supported by
18 the OMB circular directs federal agencies where
19 consistent with the mission and public need to
20 also -- not only use voluntary consensus
21 standards but to participate in their
22 development.

Page 153

1    BY MR. BECKER:
2    Q.   How is it that federal employees
3  participate in the development of standards?
4      MR. FEE:  Objection to form.
5      THE WITNESS:  From my experience as
6  a NIST employee, we -- technical staff at NIST
7  participated as members of committees.  They
8  might, if determined by the committee, actually
9  chair a committee.  Those are methods of
10 participation.  Obviously, serving on boards of
11 standards developing organizations as well
12 where relevant.
13     BY MR. BECKER:
14     Q.   At this meeting, did federal
15 employees opine that they would like to have
16 free access to standards?
17     MR. FEE:  Objection to form.
18     MR. GRIFFIN:  Objection.
19     THE WITNESS:  I have no memory of
20 that.
21     BY MR. BECKER:
22     Q.   Could you turn to the third page of

Page 154

1  Exhibit No. 5.
2      Could you read the paragraph at the
3  top of that page.
4      A.   "At least one federal agency noted
5  that they billed standards into their business
6  models and opined that it would be more
7  beneficial to pay the same membership dues as
8  all other participants, if it meant that access
9  to the standards was free.  Free access to
10 standards as part of their membership would
11 also support their participation in the
12 development process as opposed to paying for
13 individual standards and receiving a special
14 membership discount."
15     Q.   How is it that free access to
16 standards as part of a membership would support
17 government participation in the development
18 process?
19     MR. GRIFFIN:  Objection.
20     MR. FEE:  Objection to form.
21     THE WITNESS:  I can't -- I can't
22 speak to that comment since it came from an

Page 155

1  unidentified federal agency and I don't know.
2      BY MR. BECKER:
3      Q.   Three paragraphs below that, it
4  says:  "The open discussion concluded noting
5  that each of the six SDOs have different
6  business models but nonetheless each one makes
7  provisions to accommodate the needs of the
8  federal agencies to achieve greater
9  participation in the development process and
10 access to the standards themselves."
11     What kind of provisions do SDOs
12 engage in to accommodate the needs of federal
13 agencies to access standards?
14     MR. FEE:  Objection to form.
15     MR. GRIFFIN:  Objection.
16     THE WITNESS:  So while I know
17 generally that they do, I am not privy to the
18 business operations of individual SDOs so I
19 can't answer that.
20     BY MR. BECKER:
21     Q.   Does this draft report accurately
22 characterize the discussion at the meeting to

Page 156

1  the best of your knowledge?
2      MR. FEE:  Objection to form.
3      THE WITNESS:  So given that the
4  meeting took place more than eight years ago, I
5  -- it seems accurate to me.
6      BY MR. BECKER:
7      Q.   Were these reports regarding the --
8  this meeting and other meetings like it
9  regularly prepared and maintained in the course
10 of ANSI business?
11     MR. FEE:  Objection to form.
12     THE WITNESS:  Meeting reports of all
13 -- of policy commitments are developed and
14 maintained and certainly for forum meetings as
15 well, yes.
16     (Deposition Exhibit 6 was marked for
17 identification.)
18     BY MR. BECKER:
19     Q.   I am handing you what has been
20 marked as Exhibit No. 6.
21     This is a document produced by ANSI
22 as ANSI 2296.

Page 157

1      Do you recognize this document?
2    A.   It is the draft agenda of the same
3  meeting we just discussed.
4    Q.   Were draft agendas such as this
5  regularly prepared and maintained in the course
6  of ANSI business?
7    A.   Yes, draft agendas for meetings are
8  generally maintained -- prepared and
9  maintained.
10      (Deposition Exhibit 7 was marked for
11  identification.)
12      BY MR. BECKER:
13    Q.   Including this one?
14      MR. GRIFFIN:  Objection.
15      BY MR. BECKER:
16    Q.   Exhibit No. 6?
17      MR. GRIFFIN:  Objection.
18      THE WITNESS:  So this was a joint
19  meeting of the interagency committee on
20  standards policy and the joint and the
21  government member forum.  A portion of the
22  meeting involving the government member forum

Page 158

1  was an open meeting.  The follow-on session
2  after lunch, the interagency committee on
3  standards policy was a closed session just for
4  government members of the interagency
5  committee.
6      BY MR. BECKER:
7    Q.   My question to you was whether
8  Exhibit No. 6 had been prepared and maintained
9  in the course of business?
10      MR. GRIFFIN:  Objection.
11      MR. FEE:  Objection.
12      THE WITNESS:  So I'm not following
13  your reference.  The two are exactly the same
14  except the second one includes the closed
15  session of the interagency committee on
16  standards policy.
17      BY MR. BECKER:
18    Q.   Do you have any reason to believe
19  that either Exhibit 6 or Exhibit 7 are not --
20  excuse me.
21      Do you have any reason to believe
22  that Exhibit 6 is a document that was not

Page 159

1  maintained -- prepared and maintained in the
2  regular course of business?
3      MR. GRIFFIN:  Objection.
4      THE WITNESS:  This agenda would have
5  been developed and maintained as part of the
6  regular course of business for ANSI and for the
7  ICSP.
8      BY MR. BECKER:
9    Q.   I have handed you Exhibit No. 7
10  which is ANSI 2538.
11      Do you recognize this document?
12    A.   As I said earlier, it's the same
13  agenda for the joint meeting but includes the
14  reference to the closed ICSP session that
15  followed the joint meeting.
16      MR. BECKER:  Let's take a short
17  break.
18      THE VIDEOGRAPHER:  We are going off
19  the record.  This is the end of Media Unit No.
20  2.  The time is 2:07.
21      (A short recess was taken.)
22      THE VIDEOGRAPHER:  We are going back

Page 160

1  on the record.  This is the start of Media Unit
2  No. 3.  The time is 2:36.
3      BY MR. BECKER:
4    Q.   Ms. Saunders, during the break, have
5  you come to the realization that any of your
6  prior answers was incorrect that you would like
7  to -- or are there any answers that you would
8  like to amend?
9    A.   I would simply like to note that
10  Exhibit 6 is the draft agenda for the joint
11  meeting and Exhibit 7 is the final agenda which
12  includes what was in the draft plus the
13  addition of the closed session.  That's the
14  only difference I seen between the two
15  documents.
16      (Deposition Exhibit 8 was marked for
17  identification.)
18      BY MR. BECKER:
19    Q.   Ms. Saunders, I have handed you what
20  has been marked as Exhibit 8 which starts with
21  the Page No. 1 and says:  "Technical barriers
22  to trade," at the very top and then ends on

Page 161

1  Page 26.
2       Do you know what this document is?
3     A.   It's the World Trade Organization's
4  technical barriers to trade agreement.
5     Q.   Is this the document that you had
6  referenced earlier when you talked about the
7  definition for standards?
8     A.   Yes.
9     Q.   And if you turn -- if you turn to
10  Page 23, is that the definition for standards
11  at Bullet Point No. 3 towards the bottom that
12  you had referenced earlier:
13    A.   "A technical specification approved
14  by a recognized standardizing body for repeated
15  or continuous application with which compliance
16  is not mandatory."  That is accurate.  That's
17  not the -- yes.
18    Q.   What were you going to say?
19    A.   I was referring to the ISO
20  definition of standardization which I believe
21  is the same.
22    Q.   Okay.  So it says:  "A standard is a

Page 162

1  technical specification approved by a
2  recognized standardizing body for repeated or
3  continuous application with which compliance is
4  not mandatory," correct?
5     A.   Yes.
6     Q.   And above, at Bullet Point No. 1, it
7  references the definition of technical
8  specification; is that correct?
9     A.   Yes.
10    Q.   It says:  "A specification contained
11  in a document which lays down characteristics
12  of a product such as levels of quality,
13  performance, safety or dimensions.  It may
14  include or deal exclusively with terminology
15  symbols, testing and test methods, packaging,
16  marking or labeling requirements as they apply
17  to a product;" is that correct?
18    A.   Yes.  So you take the two together.
19  This is a technical specification and then down
20  in standard, it's a technical specification,
21  referring to this paragraph, which is approved
22  by a recognized standardizing body.  Take the

Page 163

1  two together.
2     Q.   And then it references at Point No.
3  2, technical regulation --
4     A.   Yes.
5     Q.   -- and defines that as:  "A
6  technical specification including the
7  applicable administrative provisions with which
8  compliance is mandatory;" is that correct?
9     A.   Yes.
10    Q.   What is -- in your understanding,
11  what is the difference between a technical
12  specification and a technical regulation?
13    A.   One is mandatory and the other is
14  not.
15    Q.   Is a standard that has been
16  incorporated by reference into a regulation a
17  technical regulation?
18       MR. GRIFFIN:  Objection.
19       MR. FEE:  Objection.
20       THE WITNESS:  Not itself.  It's a
21  component of a technical regulation.
22       BY MR. BECKER:

Page 164

1     Q.   What are the other components of a
2  technical regulation?
3     A.   So depending on the agency, a
4  technical regulation would include all of the
5  requirements with which the agency deems
6  necessary for the regulated community to
7  comply.  It might, as part of that, might
8  include reporting requirements, a variety of
9  other actions.  So I can't speak any more
10  specifically than that.  It depends on the law
11  that is being implemented.
12       (Deposition Exhibit 9 was marked for
13  identification.)
14       BY MR. BECKER:
15    Q.   I have handed you what has been
16  marked as Exhibit 9.
17       This is a document titled:  "IBR
18  Handbook, July 2018, Office of the Federal
19  Register."
20       Do you recognize this document?
21    A.   I do.
22    Q.   What is this document?

Page 165

1    A.   This document is the IBR handbook
2 that is produced by the Office of the Federal
3 Register.
4    Q.   Is this the IBR handbook that we
5 were discussing earlier in the deposition
6 today?
7    A.   Yes, it is.
8    Q.   Could you please turn to Page 7 of
9 Exhibit 9.
10       And at the bottom of that page, it
11 says: "What is the required availability for
12 IBR material?  A, incorporated materials must
13 be reasonably available."
14       Do you see that?
15    A.   I do.
16    Q.   And do you see the paragraph
17 immediately under that that's labeled .1?
18    A.   Yes, I do.
19    Q.   It says: "Material that is
20 incorporated by reference must be 'reasonably
21 available' during the life cycle of the
22 relevant regulation and its regulatory

Page 166

1 programs.  This can pose a challenge for agency
2 especially when material is copyrighted.  We
3 interpret 'reasonably available' in a flexible
4 case-by-case manner that takes specific
5 considerations into consideration.  However,
6 the agency must provide the basis for a finding
7 of reasonably available."
8       Then it says: "2, when necessary,
9 the responsible agency should collaborate with
10 the standards development organizations and
11 other publishers of incorporated material to
12 ensure that the public has reasonable access to
13 the incorporated documents."
14       Do you see that?
15    A.   I do.
16    Q.   Are you aware of any efforts within
17 the U.S. Government to collaborate with SDOs to
18 ensure that the public has reasonable access to
19 incorporated documents?
20    A.   So an individual agency when it
21 engages in a rulemaking may reach out to the
22 owner of the copyrighted standards that the

Page 167

1 agency intends to incorporate in whole or in
2 part, to make -- to discuss with the owning SDO
3 ways to make the material reasonably available.
4       To publish a notice of proposed
5 rulemaking in the Office of the Federal
6 Register, it is good practice to have a copy of
7 the standard that is incorporated by reference
8 available at a minimum in an agency reading
9 room.
10       So yes, I am aware of times when
11 agencies have reached out to SDOs to discuss
12 access to incorporated documents.
13    Q.   What is an agency reading room?
14    A.   So each agency has a --
15 historically, it was a physical reading room, a
16 room that people -- that interested parties
17 could come to in an agency where -- for a
18 regulatory agency, hard copy notices of
19 proposed rules and other documents would be
20 available for reading.  Many agencies these
21 days have what are called electronic reading
22 rooms.

Page 168

1    Q.   Is that a reading room that is
2 available online?
3    A.   It can be, yes.
4    Q.   Do those agencies' electronic
5 reading rooms provide copies of standards that
6 are incorporated by reference into regulations?
7       MR. FEE:  Objection to form.
8       THE WITNESS:  So I don't know the
9 specifics of individual reading rooms.  I do
10 know that some agencies will point to the
11 owning organization, the owning centers
12 development organization, if that organization
13 has a -- their own portal or reading room.  In
14 some cases, agencies have pointed interested
15 parties to the ANSI IBR portal, because ANSI
16 posts documents on request from federal
17 agencies that are engaged in proposed
18 rulemaking.  It varies from agency to agency.
19       BY MR. BECKER:
20    Q.   Are you aware of specific instances
21 where agencies have collaborated with SDOs to
22 ensure that the public has reasonable access to

Page 169

1 an incorporated standard?

2    MR. GRIFFIN:  Objection.

3    THE WITNESS:  I think that's a good

4 practice for agencies, so yes.

5    BY MR. BECKER:

6    Q.   Can you name any of those particular

7 instances that you are aware of?

8    MR. GRIFFIN:  Objection.

9    THE WITNESS:  Department of

10 Transportation across a range of its programs

11 makes -- works with relevant SDOs to assure

12 reasonable access and there are likely others.

13    BY MR. BECKER:

14    Q.   How do you define "reasonable

15 access?"

16    MR. GRIFFIN:  Objection.

17    MR. FEE:  Objection to form.

18    THE WITNESS:  So as I mentioned

19 right down here on the bottom of Page 8B, NARA

20 outlines a few ways of -- that agencies may

21 make incorporated material reasonably

22 available.  There is also a discussion of

Page 170

1 reasonable availability in -- as part of the

2 ACUS proceeding, administrative conference of

3 the U.S. as well as in the OMB circular.

4    BY MR. BECKER:

5    Q.   It says at the bottom of Point B on

6 Page 8 that you're referencing:  "Remember,

7 read-only access on its own may not meet the

8 reasonable availability requirement at the

9 final rule stage of rulemaking.  If the

10 regulated parties are not able to use the

11 material (which may be different than simply

12 reading or accessing it) throughout the life of

13 the rulemaking, this could lead to enforcement

14 issues."

15    What do you understand that to mean?

16    MR. GRIFFIN:  Objection.

17    MR. FEE:  Objection to form.

18    THE WITNESS:  I understand that to

19 be an advice to agencies regarding the fact

20 that read-only access might need to be

21 supplemented by other means of access in -- at

22 the final rule stage, when the rule is finally

Page 171

1 in place.

2    BY MR. BECKER:

3    Q.   Are you aware of potential uses of

4 material that's been incorporated by reference

5 into regulations beyond uses that include

6 reading or accessing that material?

7    MR. FEE:  Objection to form.

8    MR. GRIFFIN:  Objection.

9    THE WITNESS:  I'm sorry.  Could you

10 repeat that.  I didn't quite follow.

11    BY MR. BECKER:

12    Q.   Yes.  Are you aware -- so other than

13 reading or accessing, are you aware of other

14 potential uses of IBR standards?

15    MR. FEE:  Objection to form.

16    MR. GRIFFIN:  Objection.

17    THE WITNESS:  I'm sorry, I'm still

18 not following.

19    BY MR. BECKER:

20    Q.   So it says in the second sentence

21 that I had read a moment ago:  "If the

22 regulated parties are not able to use the

Page 172

1 material which may be different than simply

2 reading or accessing it," what other uses of

3 incorporated material is there other than

4 reading or accessing?

5    MR. GRIFFIN:  Objection.

6    MR. FEE:  Objection.

7    THE WITNESS:  Well, many industry --

8 many industries that are regulated have

9 subscriptions to standards as a normal course

10 of business that they use in terms of

11 conducting their every day business, so a use

12 of a material would include actually

13 implementing and ensuring that if your product

14 needs to comply with a particular -- conform to

15 a particular standard, your engineers have

16 access to those documents so that they can

17 ensure that's the case.

18    BY MR. BECKER:

19    Q.   Would a use of the material also

20 include duplicating a portion of the

21 incorporated document and providing that to a

22 colleague?

Page 173

1    MR. GRIFFIN:  Objection.

2    MR. FEE:  Objection to form.

3    THE WITNESS:  So my understanding --

4 as I mentioned earlier, standards are

5 copyrighted documents and individuals in

6 companies or elsewhere can buy an individual

7 copy of a copyrighted document.  A company or

8 organization can pay for a -- what is called a

9 site license so that any number of individuals

10 at that company or organization can use the

11 document, but if you buy an individual copy, my

12 understanding of copyright protection is that

13 you are not to make copies of that document.

14    BY MR. BECKER:

15    Q.   Have you had any training in

16 copyright law?

17    MR. GRIFFIN:  Objection.

18    THE WITNESS:  No, I have not had any

19 training in copyright law.

20    BY MR. BECKER:

21    Q.   My question was:  Would the use of

22 incorporated material also include duplicating

Page 174

1 a portion of the incorporated document and

2 providing it to a colleague?  Yes or no.

3    MR. GRIFFIN:  Objection.

4    MR. FEE:  Same objection.

5    THE WITNESS:  I wouldn't call that

6 an authorized use of the material.

7    BY MR. BECKER:

8    Q.   I didn't ask about authorized use.

9    I said, would a use of a material

10 also include duplicating a portion of the

11 incorporated document and providing that to a

12 colleague?

13    MR. FEE:  Same objection.

14    MR. GRIFFIN:  Objection.

15    THE WITNESS:  You'd have to have

16 access to the entire document to begin with so

17 that you could copy the incorporated portion so

18 I mean, I don't know -- I'm not clear what you

19 are getting at, I mean.

20    BY MR. BECKER:

21    Q.   My -- so I am trying to identify

22 other uses of material incorporated by

Page 175

1 reference other than simply reading or

2 accessing it as described in the IBR handbook.

3    And I am asking if the transcription

4 of a portion of the incorporated document and

5 providing that transcription to a colleague

6 would constitute use?

7    MR. GRIFFIN:  Objection.

8    MR. FEE:  Objection.

9    THE WITNESS:  That's beyond my

10 capabilities to answer.  I mean, you can call

11 anything you want to use, I suppose.  I think

12 the intention of the National Archives and

13 Records Administration was with respect to what

14 we typically understand to be use of a standard

15 which is to purchase a copy and actually apply

16 it to the relevant product process or system.

17    BY MR. BECKER:

18    Q.   Have you consulted with any

19 copyright experts to form your views on

20 copyright as applied to incorporated by

21 reference standards?

22    MR. GRIFFIN:  Objection.

Page 176

1    THE WITNESS:  I have not.

2    BY MR. BECKER:

3    Q.   Do you know what the Fair Use

4 Doctrine is?

5    A.   I have a general idea.  I do not

6 know the specifics of the Fair Use Doctrine.

7    Q.   What do you know about the Fair Use

8 Doctrine?

9    MR. FEE:  Objection to form.

10    THE WITNESS:  That a very minimal

11 portion of a copyrighted document may be

12 subject to fair use, may be allowed to be

13 reproduced for fair use purposes.  I don't know

14 the extenuating circumstances.

15    BY MR. BECKER:

16    Q.   What is the basis of that view?

17    A.   My view?

18    Q.   Yes.

19    A.   As I said general -- I have heard

20 generally about the Fair Use Doctrine.  I know

21 nothing about the specifics of the Fair Use

22 Doctrine.

Page 177

1    Q.    Do you have a view as to the effect
2  on a regulation if an incorporated standard is
3  not reasonably available?
4         MR. GRIFFIN:  Objection.
5         MR. FEE:  Objection.
6         THE WITNESS:  No.
7  BY MR. BECKER:
8    Q.    Do you have a view as to the
9  enforcement of a regulation if an incorporated
10 standard is not reasonably available?
11        MR. GRIFFIN:  Objection.
12        MR. FEE:  Objection.
13        THE WITNESS:  I do not.
14 BY MR. BECKER:
15   Q.    I would like to turn to Page 9 of
16 this Exhibit No. 9.
17        At the top, it says:  "C, balancing
18 procedural requirement and substantive
19 statutory authority.  1, when you propose to
20 incorporate material by reference, under the
21 NTTAA, you must balance the following:  A,
22 statutory obligations regarding reasonable

Page 178

1  availability of the standards under FOIA, B,
2  U.S. copyright law, C, U.S. international trade
3  obligations, and D, the ability to
4  substantively regulate under its own
5  authorizing statutes."
6         What is -- do you know what NTTAA
7  refers to here?
8    A.    It's the National Technology
9  Transfer and Advancement Act.
10   Q.    Are you aware of any consultation by
11 any U.S. government agency with the copyright
12 office of the Library of Congress on copyright
13 issues related to incorporation by reference?
14        MR. FEE:  Objection.
15        THE WITNESS:  Not personally, no.
16 BY MR. BECKER:
17   Q.    Are you aware of the U.S. Copyright
18 Office's position on the copyrightability of
19 edicts of government?
20        MR. GRIFFIN:  Objection.
21        THE WITNESS:  No, I am not.
22 BY MR. BECKER:

Page 179

1    Q.    Are you aware of any standard
2  development organization consulting with the
3  copyright office regarding any copyright issues
4  concerning incorporation by reference?
5    A.    I'm not personally aware of any
6  interactions.
7    Q.    Have you received any information
8  about any party or individual consulting with
9  the U.S. Copyright Office regarding copyright
10 issues concerning incorporation by reference?
11   A.    Not that I remember.
12        (Deposition Exhibit 10 was marked
13 for identification.)
14        BY MR. BECKER:
15   Q.    I have handed you Exhibit 10 which
16 is produced as ANSI 0638 to 0644.
17        Do you recognize this document?
18   A.    Draft minutes of an executive
19 committee meeting of the ANSI board of
20 directors from 2012.
21   Q.    Were you present at that meeting?
22   A.    It's likely that I was.  I don't

Page 180

1  have a specific memory.
2    Q.    Could you please turn to Page 4 of
3  that document.
4    A.    Okay.
5    Q.    Agenda Item 2.3:  "Federal
6  engagement and standards activities."
7         It says that:  "Ms. Saunders
8  discussed the work of the National Science and
9  Technology Council subcommittee on standards
10 who met several times in 2011;" is that
11 correct?
12   A.    Yes.
13   Q.    So does this refresh your
14 recollection that you were --
15   A.    Yes.
16   Q.    -- present?  Okay.
17        On the following page, Page No. 5,
18 there is Agenda Item 2.6, current activities of
19 the copyright task group.
20        In the second paragraph -- well,
21 actually let me back up.
22        In the first paragraph it says Ms.

Page 181

1  Griffin.
2        Who is Ms. Griffin?
3     A.    Patty Griffin is the general counsel
4  for ANSI.
5     Q.    Do you know if she was a general
6  counsel at -- on this date, on March 22, 2012?
7     A.    She has been the general counsel
8  since 2004.
9     Q.    Okay.  It says: "Ms. Griffin
10  discussed recent activities of the ANSI
11  copyright task group including its development
12  of an ANSI position paper on copyright
13  implications of government incorporation of
14  voluntary consensus standards."
15        What is the ANSI copyright task
16  group?
17     A.    So ANSI -- intellectual property
18  rights policy committee has two task groups,
19  two standing task groups, and one is the
20  copyright task group and the other is the
21  trademark, I think, task group.  It's a task
22  group of the intellectual property rights

Page 182

1  policy committee.
2     Q.    Are you a member or have you ever
3  been a member of the ANSI copyright task group?
4     A.    I have not.
5        MR. GRIFFIN:  Objection.
6        BY MR. BECKER:
7     Q.    Have you ever assisted the ANSI
8  copyright task group?
9        MR. GRIFFIN:  Objection.
10        THE WITNESS:  I have not.
11        BY MR. BECKER:
12     Q.    Do you know what the ANSI position
13  paper on copyright implications of government
14  incorporation of voluntary consensus standards
15  is?
16     A.    I do not have a memory of that.  It
17  may be posted on the ANSI website but I don't
18  personally remember that.
19     Q.    It refers to a February 27, 2012
20  Federal Register Notice regarding a petition to
21  amend the National Archives and Records
22  Administration's regulations governing

Page 183

1  materials incorporated by reference into the
2  Code of Federal Regulations.
3        Do you know what that petition is
4  that it's referring to?
5     A.    I don't remember, that was eight,
6  not eight, seven years ago.
7     Q.    It says: "Ms. Griffin noted that a
8  position paper would be sent to the ANSI IPRPC
9  for further input prior to ANSI governance
10  review."
11        What is the ANSI IPRPC?
12     A.    It's the ANSI Intellectual Property
13  Rights Policy Committee.
14     Q.    Have you ever been a member of the
15  IPRPC?
16     A.    I have not.
17        MR. GRIFFIN:  Objection.
18        BY MR. BECKER:
19     Q.    Do you know what is referred to by
20  ANSI governance review?
21     A.    ANSI governance means executive
22  committee and board review.

Page 184

1     Q.    Remind me, were you on the ANSI
2  board as of March 22, 2012?
3     A.    I believe so.
4     Q.    The next paragraph says:  "Mr.
5  Cooper discussed a box of documents including
6  73 standards that had been sent to ANSI by Mr.
7  Carl Malamud, founder of Public.Resource.Org,
8  who has been challenging SDOs rights to charge
9  for standards especially those incorporated by
10  reference."
11        Do you see that?
12     A.    I do.
13     Q.    Had you known of Carl Malamud prior
14  to the date of this meeting on March 22, 2012?
15     A.    Yes.
16     Q.    How did you know of Carl Malamud?
17     A.    I had exchanges with Mr. Malamud
18  regarding -- early, much earlier than this,
19  regarding our -- the NIST standards
20  incorporated by reference database.  He had
21  some questions about the information in the
22  database and some recommendations as I remember

Page 185

1 for making the information more -- for
2 improving how the information was presented, so
3 I was aware of Mr. Malamud.
4    Q.   Do you know when those exchanges
5 occurred?
6    A.   That would have been when I was the
7 chief of the standards services division so
8 that would be -- would be no later than the end
9 of 2008.
10    Q.   This also refers to a related topic,
11 as it refers to it, the Pipeline Safety,
12 Regulatory Certainty and Job Creation Act of
13 2011, which is shortened to Pipeline Bill HR
14 2845.
15        Do you know what the pipeline bill
16 is?
17    A.   I remember the piece of legislation,
18 yes.
19    Q.   Going back just a moment, you had
20 said that Carl Malamud had sent recommendations
21 to you.
22        Do you recall what those

Page 186

1 recommendations were?
2    A.   I don't.  That would have been ten
3 years ago.  I do remember having exchanges with
4 him about the standard incorporated by
5 reference database, but that's the extent of my
6 memory.
7    Q.   Do you know if anyone acted on Mr.
8 Malamud's recommendations to you?
9        MR. GRIFFIN:  Objection.
10        THE WITNESS:  I believe that -- of
11 course, as a federal government employee, we
12 would have taken advice and implemented that
13 advice where we could, so yes, I don't remember
14 the specifics.
15        BY MR. BECKER:
16    Q.   It says -- so are you saying that
17 some of the recommendations that Carl Malamud
18 provided were implemented?
19        MR. GRIFFIN:  Objection.
20        MR. FEE:  Objection to form.
21        THE WITNESS:  I don't remember.  I
22 remember having an exchange with him explaining

Page 187

1 the underlying approach to creating the
2 standards incorporated by reference database.
3 I don't remember the specifics.
4        I think he may have pointed out some
5 incorrect references in the database and we
6 corrected those.
7        BY MR. BECKER:
8    Q.   Do you have any recollection as to
9 how much correspondence, in terms of number of
10 e-mails, you had with Mr. Malamud?
11    A.   Not specifically.
12    Q.   Do you have an estimate?
13    A.   My estimate would be three to four
14 exchanges.
15    Q.   Did you produce any of those
16 documents in your discovery responses?
17    A.   I don't have those documents.
18    Q.   And why is that?
19    A.   Because I retired from the federal
20 government and all my documents remained with
21 the Department of Commerce.  I have nothing.
22    Q.   And all of your communications were

Page 188

1 with your government e-mail address?
2    A.   That's correct.
3    Q.   Okay.  Further down on Page 5, it
4 says: "It was noted that ASTM is working with
5 ASME and NFPA on a public relations outreach
6 campaign and plans to meet with the heads of
7 regulatory agencies to talk about the
8 contributions of SDOs."
9        Do you see that?
10    A.   Yes, I do.
11    Q.   Do you know what is being referred
12 to there?
13    A.   Well, not more than what it says in
14 the text.
15    Q.   Do you have any recollection from
16 the -- what discussion occurred at the meeting
17 regarding the public outreach campaign?
18    A.   I do not.
19    Q.   It then says at the next paragraph:
20 "Mr. Pauley noted that it was important to
21 address the free standards issue and the
22 misunderstanding by some of how the

Page 189

1 standardization system works."
2         Do you know what the free standards
3 issue is?
4     A.   My understanding is that Mr. Pauley
5 is referring to the comment above that -- let's
6 see.  I want to get the exact wording.  The
7 standards incorporated by reference should be
8 available for free.
9     Q.   Who is Mr. Pauley?
10     A.   Jim Pauley at the time, 2012, was
11 the chairman of the board of ANSI.
12     Q.   Did -- was Mr. Pauley also
13 affiliated with NFPA at that time?
14     A.   He -- Mr. Pauley's employer was the
15 electronics company.  I am missing the name
16 now.  Anyway, he was employed by a private
17 company in the electronics --
18 electro-electronics field.  He may have been --
19 he was probably a member of the National Fire
20 Protection Association.  He is an engineer.
21     Q.   It goes on to say, this is referring
22 to Mr. Pauley:  "He suggested that ANSI may

Page 190

1 need to engage a public relations firm to help
2 ANSI's communications team craft the
3 appropriate messaging to explain how the
4 standard system works and the public benefits
5 it brings."
6         Do you know if ANSI engaged a public
7 relations firm for that purpose?
8     A.   ANSI did not.
9     Q.   Why is that?
10         MR. FEE:  Objection.
11         THE WITNESS:  I don't know.  I just
12 -- I know that ANSI -- the institute did not
13 engage a public relations firm.
14         (Deposition Exhibit 11 was marked
15 for identification.)
16         THE WITNESS:  My timing was wrong.
17         BY MR. BECKER:
18     Q.   That was going to be my next
19 question.
20     A.   I apologize.  I did not remember the
21 timing.
22     Q.   My reason for asking about the

Page 191

1 documents was because I had not seen any such
2 documents like that.
3         I have handed you what has been
4 marked as Exhibit No. 11.
5         This is the document produced as
6 PRO_00167221 to 167222.
7         Do you recognize this document?
8     A.   I do now that you give it to me, and
9 that was when I was -- it was not in 2008, but
10 the second stint at NIST.
11     Q.   This was the correspondence between
12 you and Carl Malamud that you were just
13 referring to; is that correct?
14     A.   Yes.
15     Q.   And so Mr. Malamud asked you
16 questions about the SIBR database; is that
17 correct?
18     A.   Yes, that's correct.
19     Q.   And he says that -- he is asking
20 about when the last time is that -- that NIST
21 had done an audit of the SIBR database; is that
22 correct?

Page 192

1     A.   Yes, that's correct.
2     Q.   And he is concerned that there are
3 errors?
4     A.   Correct.
5     Q.   And he also says that he is -- he
6 references a few instances or several instances
7 where he believes there are errors; is that
8 correct?
9     A.   Yes, correct.
10     Q.   And then he says he is finding a lot
11 of references to fed spec and fed STD
12 documents.
13     A.   Yes.
14     Q.   Do you know what those -- what that
15 refers to?
16     A.   GSA documents, General Services
17 Administration documents.
18     Q.   Are those produced by the U.S.
19 Government?
20     A.   Yes.
21     Q.   And then he raises a concern about
22 how current the database is.

Page 193

1    A.    Correct.  I see that.

2    Q.    And you respond that: "With respect
3  to the currency of the information compared to
4  the latest version of the C.F.R., the database
5  is not intended to be a real-time index of what
6  is in the C.F.R.  It does not represent any
7  specific C.F.R. citation as it may be on a
8  particular day other than the day that a
9  specific record was verified as identified in
10  the database;" is that correct?

11    A.    That's correct.

12    Q.    What did you mean by "verified?"

13    A.    As I mentioned earlier, we had an
14  individual on contract who was charged with
15  searching the Code of Federal Regulations on a
16  daily basis to identify citations that should
17  be included in the standards incorporated by
18  reference database, so he would verify on that
19  day but might not go back to reverify.

20    Q.    When you say, "might not go back to
21  reverify," what does that distinction mean?

22        MR. FEE:  Objection.

Page 194

1        THE WITNESS:  Well, what I -- what I
2  meant was, he would identify a record as needs
3  to be included in the standards incorporated by
4  reference database and on the day that he
5  identified it, it would be included.  If there
6  were updates to that reference later, they
7  might not be picked up.

8        BY MR. BECKER:

9    Q.    Your e-mail goes on to say: "The
10  range of review data to be incorporated into
11  the database runs from 2001 through 2011;" is
12  that correct?

13    A.    Where are you?  Oh, I see, the next
14  page.  Yes.  Yes, I said it in my e-mail.

15    Q.    And so what does that mean?

16        MR. GRIFFIN:  Objection.

17        THE WITNESS:  That the individual
18  was reviewing the Code of Federal Regulations
19  from, as it existed in 2001 through 2011.

20        BY MR. BECKER:

21    Q.    He then in the next paragraph
22  writes: "You noted that several entries in the

Page 195

1  SIBR database contained the letters NDG or no
2  date given in the edition column.  NIST uses
3  the acronym in the database when a text found
4  in a specific paragraph of the C.F.R.
5  references a voluntary consensus standard, VCS,
6  without citing a specific edition of the
7  standard."

8    A.    Yes.

9    Q.    Are there instances in U.S.
10  regulations where the text references a --
11  excuse me, where the text incorporates a
12  standard by reference but doesn't say what
13  edition of that standard is being incorporated
14  by reference?

15        MR. GRIFFIN:  Objection.

16        THE WITNESS:  Well, there must be at
17  least as reflected in the versions of the Code
18  of Federal Regulations that were being
19  reviewed.  It is considered best practice for
20  agencies to cite the year of the edition that
21  they are referencing.

22        BY MR. BECKER:

Page 196

1    Q.    You then write: "Some confusion may
2  occur when misuse of the acronym NDG for a
3  specific standard in one SIBR record, while it
4  cites the specific edition of the standard in
5  another related record from the same agency,
6  such as in the case identified in your
7  Public.Resources.Org comments to the OFR;" is
8  that correct?

9    A.    Yes.

10    Q.    Had you read Mr. Malamud's comments
11  to the OFR that you are referencing?

12    A.    I had at the time obviously.

13    Q.    You then say: "This is not an
14  error.  It is and has been NIST's practice to
15  cite regulatory language exactly as it appears
16  in the text of each specific C.F.R. citation
17  and to not make assumptions about what a
18  regulatory agency intended in its regulation;"
19  is that correct?

20    A.    That's correct.

21    Q.    Why didn't NIST make assumptions
22  about what a regulatory agency intended in its

Page 197

1 regulation?
2   A.   That would be irresponsible and out
3 of our scope of responsibility.
4   Q.   Why would that be irresponsible?
5   A.   NIST is not -- NIST is not a
6 regulatory agency.  We don't have any -- NIST
7 did not have any authority over regulatory
8 agency activities.  It's the responsibility of
9 the regulatory agency to make accurate
10 citations.
11   Q.   Wasn't NIST able to figure out what
12 edition of the standard was -- the agency had
13 intended to incorporate?
14      MR. FEE:  Objection to form.
15      THE WITNESS:  No.  Only the agency
16 would know that.
17      BY MR. BECKER:
18   Q.   Why is it a best practice to refer
19 to a particular edition of a standard when
20 incorporated by reference?
21   A.   Because agencies are incorporating
22 specific -- a standard as it stood in a

Page 198

1 specific point in time.  As the standard is
2 updated, the content of the standard may change
3 and an agency would have to make a separate
4 decision about incorporating an updated
5 reference.
6   Q.   Did NIST ever contact an agency to
7 try to find out what edition of a standard was
8 intended to be incorporated by reference into a
9 regulation?
10   A.   No.  Periodically, we distributed
11 portions of the standards incorporated by
12 reference database to each agency so you can
13 sort by agency as well as by -- you can sort by
14 any column.  We would distribute on a periodic
15 basis DOT's sections to the Department of
16 Transportation, Departments of Interior's
17 section to them and just note to them, you
18 might -- you might want to look at the data.
19 It's their responsibility, not NIST's
20 responsibility.
21   Q.   You then give an example, you say:
22 "For example," in the next paragraph:  "For

Page 199

1 example, when NIST compiled the initial
2 inventory of standards incorporated by
3 reference, the Mine Safety and Health
4 Administration, MSHA, referenced the National
5 Fire Protection Association, NFPA, National
6 Electric Code, NFPA 70 in 30 C.F.R. 57.12048,
7 without citing a specific edition.  NDG appears
8 in the edition column for that record."
9      "However, NIST also found other MSHA
10 references to NSPA 70 that identified a
11 specific edition.  For example, in Paragraph 3,
12 C.F.R. 75.513-1, MSHA references the 1968
13 edition of NFPA 70.  In this record, 1968
14 appears in the edition column.  NIST cannot
15 speculate that the nondated incorporation
16 refers to or is intended to refer to the 1968
17 edition of NFPA 70 referenced in the date of
18 incorporation."
19      "That intent or interpretation is up
20 to the regulatory agency promulgating the
21 regulation.  The format and manner in which
22 SIBRs are identified in the C.F.R. is an

Page 200

1 individual agency decision;" is that correct?
2   A.   That's correct.
3   Q.   So can you explain to me so I better
4 understand why is it that -- that NIST couldn't
5 just assume that the earlier reference to NFPA
6 70 in the MSHA referred to the 1968 edition,
7 seeing as elsewhere in the MSHA, it referred to
8 the 1968 edition?
9   A.   We wouldn't have the information
10 necessary to make that determination and we are
11 not going to guess.
12   Q.   In the next paragraph, you describe
13 NIST providing agency standards executives
14 Excel spreadsheets containing the referenced
15 records for their review.
16      Was that what you were earlier
17 describing in which NIST tried to point out
18 errors to certain agencies?
19   A.   When I --
20      MR. GRIFFIN:  Objection.
21      THE WITNESS:  -- mentioned earlier
22 that we would provide hard-copied portions of

Page 201

1 the database, the Department of Transportation
2 portion, the Department of Interior and so on,
3 to each agency to review through their
4 standards management system, yes, that's what I
5 was referring to.
6        BY MR. BECKER:
7    Q.   At the bottom of the page, you say:
8 "In addition to cross-references for
9 incorporation in the C.F.R., such as those
10 above, there are many federal specifications,
11 military specifications and other federal GSA
12 standard documents cited in the C.F.R. by
13 various agencies.  Many of these have been
14 withdrawn, replaced or updated by the issuing
15 agency but not by the using agency.  The
16 references will be retained in the database
17 until the using agency reviews and revises its
18 regulation in the C.F.R."
19        What's the distinction between an
20 issuing agency versus a using agency?
21    A.   So a military specification is a
22 Department of Defense document.  The Department

Page 202

1 of Defense might withdraw a military
2 specification.  If another agency such as the
3 Coast Guard or another component of an agency
4 outside of the Department of Defense had
5 referenced that military specifications, they
6 are the using agency.
7    Q.   Is that the same -- kind of the same
8 thing as where a standards development
9 organization might withdraw their standard but
10 it might still be listed as incorporated by
11 reference into a particular regulation?
12    A.   That's correct.
13    Q.   You then say:  "Finally, you note
14 that you identified five BSI standards
15 referenced in the C.F.R. while the SIBR
16 database only identified two.  This is likely
17 due to the fact that NIST's periodic review has
18 not yet captured the additional three
19 references.  We will take a closer look at this
20 specific case and update the database."
21        Was this the instance that you were
22 referring to about taking action on a

Page 203

1 particular recommendation that Mr. Malamud
2 made?
3    A.   Yes.
4    Q.   Do you know if the SIBR database
5 was, in fact, identified -- updated to reflect
6 additional BSI standards as a result of any
7 action in response to Mr. Malamud's e-mail?
8    A.   I can commit that the -- that the
9 person responsible for reviewing the Code of
10 Federal Regulations, I asked him to take a --
11 to take a specific look and update the database
12 if he identified additional references.
13        MR. BECKER:  Thank you.  Let's take
14 a short break.
15        THE WITNESS:  Okay.
16        THE VIDEOGRAPHER:  We are going off
17 the record.  This is the end of Media Unit No.
18 3.  The time is 3:29.
19        (A short recess was taken.)
20        THE VIDEOGRAPHER:  We are going back
21 on the record.  This is the start of Media Unit
22 No. 4.  The time is 3:41.

Page 204

1        (Deposition Exhibit 12 was marked
2 for identification.)
3        BY MR. BECKER:
4    Q.   I am handing you what has been
5 marked as Exhibit No. 12.
6        Do you recognize this document?
7        This is the document produced as
8 ANSI 0303 to ANSI 0307.
9    A.   Yes.  I recognize this to be an
10 agenda of the ANSI board of directors meeting.
11    Q.   Were you in attendance at this board
12 of directors meeting?
13    A.   I was.
14    Q.   As you -- it says on the third page
15 that you are listed as presenting the federal
16 engagement and standards activities
17 information/discussion; is that correct?
18    A.   Correct.
19    Q.   It says that you are going to
20 provide updates on recent activities of the
21 National Science and Technology Council
22 subcommittee on standards and OMB A119

1  revision.
2    A.   Yes.
3    Q.   And above that, it says that there
4  is going to be updates, that standards
5  incorporated by reference into law are going to
6  be discussed and there will be updates on
7  incorporation by reference, Public.Resource.Org
8  and IBR portal; is that correct?
9    A.   I see that, yes.
10       (Deposition Exhibit 13 was marked
11  for identification.)
12       BY MR. BECKER:
13    Q.   I have handed you what has been
14  marked as Exhibit No. 13.
15       This is a document produced as ANSI
16  0308 to ANSI 0327.
17       Do you recognize this document?
18    A.   Yes.
19    Q.   What is this document?
20    A.   It's the presentation that is
21  referenced in the board agenda on copyright
22  infringement and incorporation by reference,

1  recent developments.
2    Q.   Were you present for this
3  presentation?
4    A.   I'm sure I was.
5    Q.   It says on Slide 2, so that would be
6  the second page:  "Copyright infringement up
7  generally.  The posting of unauthorized
8  copyrighting standards on the internet has
9  skyrocketed over the last year;" is that
10  correct?
11    A.   That's what it says, yes.
12    Q.   Were you aware of concerns at that
13  time about the posting on the internet about
14  unauthorized copies of standards?
15    A.   Yes.
16    Q.   What is Attributor Guardian?
17    A.   I -- other than it appears to be a
18  service that searches the web for violations,
19  for posting of copyrighted documents.  Most of
20  the issues that were being faced -- many of the
21  issues being faced by copyright owners were
22  with respect to foreign postings, in China,

1  Brazil, I think was a significant problem area,
2  and India.
3    Q.   The next page says:  "The unique
4  problem, standards incorporated by reference,
5  IBR, into law.  Many countries are struggling
6  with what to do about standards that have been
7  incorporated by reference into law.  Arguments
8  have been made that such standards should be
9  freely available.  Counter-arguments have been
10  made that such standards are copyright
11  protected and that copyright should not yield
12  to free access;" is that correct?
13    A.   That's what it says on the slide.
14    Q.   Do you know who was making the
15  arguments that standards should be freely
16  available?
17    A.   Referring to Bullet 2?
18    Q.   Yes.
19    A.   Not specifically.  There are general
20  arguments on both -- on both sides of the
21  issue.
22    Q.   The following three pages refer to

1  countries either requiring free access to
2  standards that have been incorporated into law
3  or countries that -- as is phrased here, uphold
4  copyright in IBR standards; is that correct?
5    A.   Yes, that's correct.
6    Q.   It lists eight countries that have
7  acquired free access to standards that are
8  incorporated into law and it lists four
9  countries that have not; is that correct?
10    A.   Yes, that's correct.
11    Q.   It then goes on to list the --
12  U.S.A. requires reasonable access for IBR
13  standards, correct?
14    A.   Yes.
15    Q.   It says:  "Some U.S.-based SDOs make
16  IBR standards available on a read-only basis
17  online and without fees, e.g., ASTM reading
18  room, API government cited and safety
19  documents, NFPA free access.  Other SDOs do not
20  view reasonable access as requiring free online
21  access. "
22       What is the ASTM reading room?

1    A.    My understanding is that's ASTM's
2 electronic portal where they provide read-only
3 access to ASTM standards that have been
4 incorporated by reference into regulation.
5    Q.    What is the API government cited and
6 safety documents?
7    A.    I don't have specific knowledge, but
8 I assume it's a similar service, but I don't
9 know.
10    Q.    Is API a standards development
11 organization?
12    A.    It's the American Petroleum
13 Institute.
14    Q.    What is NFPA free access?
15    A.    National Fire Protection Association
16 free access.  Again, that would be an NFPA
17 service.
18    Q.    It says -- do you know what SDOs do
19 not view reasonable access as requiring free
20 online access?
21        MR. FEE:  Objection to form.
22        MR. GRIFFIN:  Objection.

1        THE WITNESS:  I don't have specific
2 knowledge about that.  There are 240 accredited
3 standards developing organizations in the
4 United States and many more that are not
5 accredited by ANSI.  It's a large number of
6 organizations.
7        BY MR. BECKER:
8    Q.    Do you know of any specific
9 standards setting organizations -- excuse me,
10 standards development organizations that do not
11 provide free online access to standards that
12 have been incorporated by reference?
13    A.    Well, I suppose I -- you could make
14 that determination by the process of
15 elimination.  The three standards developing
16 organizations who are listed here with the
17 reading rooms and the SDOs who have made their
18 standards available via the IBR portal.  I
19 don't have that number, but I can speak to the
20 positive.  I don't have information about the
21 negative.
22    Q.    The next page says:  "U.S. dialogue

1 on IBR, NARA petition."
2        What -- what does NARA stand for?
3    A.    The National Archives and Records
4 Administration.
5    Q.    It says:  "On February 27, 2012, a
6 Federal Register Notice called for comment on a
7 petition filed by a group of academics to amend
8 the National Archives and Records
9 Administration, NARA's regulations governing
10 the approval of agency requests to incorporate
11 materials by reference into the Code of Federal
12 Regulations."
13        Are you familiar with that Federal
14 Register Notice?
15    A.    Well, I was at the time.  I don't
16 have any memory of it currently.
17    Q.    Then it says:  "ANSI developed a
18 consensus response on behalf of the
19 standardization community;" is that correct?
20    A.    Yes.
21    Q.    Did you participate in the consensus
22 response that ANSI developed?

1    A.    I don't remember.
2    Q.    Do you remember what that consensus
3 response stated?
4    A.    No, but it should be available in
5 NARA's record.
6    Q.    On Slide 10, it refers to the
7 pipeline safety bill.
8    A.    Yes.
9    Q.    Do you recognize that to be the same
10 pipeline bill that we discussed earlier today?
11    A.    I do.
12    Q.    It says:  "The U.S. Department of
13 Transportation Pipeline Hazardous Materials
14 Safety Administration, PHMSA, contacted SDOs to
15 request that their standards incorporated by
16 reference in PHMSA legislation be made
17 available online for free;" is that correct?
18    A.    Yes.
19    Q.    Do you recall that event occurring?
20    A.    I recall hearing about it.
21    Q.    Do you know what the justification
22 was for asking SDOs to make their standards

Page 213

1 incorporated by reference in PHMSA legislation
2 available for -- online for free?
3       MR. GRIFFIN:  Objection.
4       MR. FEE:  Objection to form.
5       THE WITNESS:  So my -- well, if you
6 read the Section 4 of the bill, prohibited the
7 reference -- prohibited DOT from referencing
8 any standard unless the documents were made
9 available free of charge on an internet
10 website, so my understanding is that DOT then
11 reached out to SDOs to determine whether that
12 was feasible.  With a view to making the
13 argument to the Congressional committee that it
14 was -- that this was not necessarily feasible
15 in all cases.
16       BY MR. BECKER:
17    Q.   When you say, "with a view to making
18 the argument to the Congressional committee
19 that it was not necessarily feasible in all
20 cases," what is your basis for that knowledge?
21    A.   There was a technical correction
22 made to the -- not to bill itself but to the

Page 214

1 record related to the legislation, which
2 altered this requirement and made it -- made it
3 more flexible so DOT, Department of
4 Transportation, Congressional legislative
5 affairs folks worked with the committee on the
6 technical correction to the bill.
7    Q.   How is it that you -- strike that.
8       Have you -- had you spoken with
9 anybody from DOT about their views on the
10 pipeline bill?
11    A.   Not since the time period 2012, 2013
12 when that was in play.
13    Q.   At that time in 2012 or 2013, had
14 you spoken with anybody from the Department of
15 Transportation about their view on the pipeline
16 bill?
17    A.   I actually participated in an open
18 community meeting that the Department of
19 Transportation, Pipeline and Hazardous Material
20 Safety Administration convened to discuss the
21 incorporation by reference in the particular
22 context of the bill, so I participated in a

Page 215

1 meeting that they held.  It's on C-SPAN or
2 YouTube.  It's available.
3    Q.   So is it your view that the
4 Department of Transportation did not actually
5 want SDOs to make their standards incorporated
6 by reference in PHMSA legislation available
7 online for free?
8       MR. GRIFFIN:  Objection.
9       MR. FEE:  Objection to form.
10       THE WITNESS:  I don't have an
11 opinion on that.  The Department of
12 Transportation was working with the
13 Congressional committee to ensure that they
14 could comply with the committee's intent, while
15 at the same time, enable them to still continue
16 carrying out their regulatory responsibilities.
17       BY MR. BECKER:
18    Q.   Moving on to Slide 12, that slide
19 discusses Public.Resource.Org; is that correct?
20    A.   Yes, it does.
21    Q.   Slide 13 then refers to a lawsuit
22 between Public Resource and the Sheet Metal and

Page 216

1 Air Conditioning Contractor's National
2 Association, Inc.; is that correct?
3    A.   Yes.
4    Q.   And that is a SDO, correct?
5    A.   I believe so, yes, it's national
6 standards, yes.
7    Q.   It's referred to as SMACNA?
8    A.   Yes.
9    Q.   SMACNA sent Public Resource a cease
10 and desist letter using Attributor Guardian in
11 response to posting SMACNA standards; is that
12 correct?
13    A.   That's what the slide says, right.
14    Q.   Were you -- at this time, were you
15 keeping updated on developments in the SMACNA
16 lawsuit?
17    A.   No.
18    Q.   Did you subsequently keep updated on
19 developments in the SMACNA lawsuit?
20    A.   No.
21    Q.   Slide 14 discusses the ANSI IBR
22 portal.

Page 217

1    A.    Uh-huh.

2    Q.    It says: "ANSI intends to provide a
3  portal for read-only access to a subset of
4  standards incorporated by U.S. federal agencies
5  in rulemaking.  Goal is to make it easier for
6  interested parties to find IBR standards and to
7  access them via the internet at no cost."

8         How would this make it easier for
9  interested parties to find IBR standards and
10  access them via the internet with no cost?

11        MR. GRIFFIN:  Objection.

12        MR. FEE:  Objection.

13        THE WITNESS:  So the IBR portal is a
14  portal which provides read-only access to a
15  number of -- to standards that are maintained
16  by a number of standards developing
17  organizations including ISO and IEC in one
18  place, so having all that information in one
19  place would make it easier for interested
20  parties to find the standards.

21        BY MR. BECKER:

22    Q.    At this time, the ANSI IBR portal

Page 218

1  was not yet in existence; is that correct?

2    A.    Correct.

3    Q.    It says: "One important motivation
4  for providing this access is to encourage the
5  U.S. Government's reference to private sector
6  standards and regulations in lieu of having the
7  government develop its own standards;" is that
8  correct?

9         MR. FEE:  Object to form.

10        THE WITNESS:  That's correct.

11        BY MR. BECKER:

12    Q.    Can you explain that motivation?

13        MR. GRIFFIN:  Objection.

14        MR. FEE:  Objection.

15        THE WITNESS:  The National
16  Technology Transfer and Advancement Act directs
17  federal agencies to rely on private voluntary
18  consensus standards in lieu of developing their
19  own standards.  That's simply a repetition of
20  the text of what -- the direction under the
21  law.

22        BY MR. BECKER:

Page 219

1    Q.    How does the ANSI IBR portal factor
2  into that?

3         MR. GRIFFIN:  Objection.

4         MR. FEE:  Objection to form.

5         THE WITNESS:  Well, as you mentioned
6  earlier and the bullet above, it provides it
7  easier, simpler access to a range of standards
8  that are incorporated by reference into
9  regulations.

10        BY MR. BECKER:

11    Q.    And why would simpler access have
12  any relation to the U.S. Government's reference
13  to private sector standards and regulations in
14  lieu of having the government develop its own
15  standards?

16        MR. GRIFFIN:  Objection.

17        MR. FEE:  Objection.

18        THE WITNESS:  Well, I mentioned that
19  the Bullet 3 refers to the direction from
20  Congress to federal agencies.  That statement
21  simply supports what the direction that the law
22  provides.  ANSI's IBR portal is -- was intended

Page 220

1  to be and currently is a tool for assisting
2  federal agencies and providing reasonable
3  access, reasonable availability.

4         BY MR. BECKER:

5    Q.    It says on the next page: "Phase 1
6  will include only IBR standards that have been
7  developed by ANSI-accredited SDOs as well as by
8  IEC and ISO;" is that correct?

9    A.    That's what it says.

10    Q.    Is that -- when the ANSI IBR portal
11  was first made publicly available, did it
12  include only standards developed by
13  ANSI-accredited SDOs as well as by IEC and ISO?

14    A.    That's -- I believe that -- that's
15  what it says on the slide.  I can't
16  independently confirm that but I see no reason
17  to say that's not the case.

18    Q.    It says: "A number of SDOs have
19  already given permission for ANSI to either
20  include their standards or a link to their
21  site;" is that correct?

22    A.    That's what it says.

Page 221

1    Q.   Through your involvement with ANSI
2 at this time, were you aware of ANSI believing
3 that it needed to get permission in order to
4 include a SDO standard on its read-only site?
5        MR. GRIFFIN:  Objection.
6        THE WITNESS:  That copyright belongs
7 to the copyright owner which in all of these
8 cases is the standards development
9 organization, so yes, ANSI could not post
10 copyrighted information even for read-only
11 purposes without permission from the copyright
12 owner.
13       BY MR. BECKER:
14    Q.   Through your experience with ANSI at
15 this time, were you aware of ANSI believing it
16 needed to get permission from an SDO in order
17 to link to the SDO's own read-only site?
18       MR. GRIFFIN:  Objection.
19       MR. FEE:  Objection.
20       THE WITNESS:  I know what is listed
21 on the slide.  I don't think general practice
22 is -- I think it is good practice to reach out

Page 222

1 to owning organizations with respect to either
2 posting the copyrighted information or linking
3 to their cites for a specific purpose.
4        BY MR. BECKER:
5    Q.   And why is that good practice?
6    A.   Just sounds like good corporate
7 practice to me.
8        MR. FEE:  Objection.
9        THE WITNESS:  Why would you link
10 without permission.
11       BY MR. BECKER:
12    Q.   Do you think that people typically
13 ask for permission each time that they link to
14 somewhere on the internet?
15       MR. GRIFFIN:  Objection.
16       MR. FEE:  Objection to form.
17       THE WITNESS:  Well, that's ANSI's
18 practice.  I can't speak to any other
19 organization.
20       BY MR. BECKER:
21    Q.   Is that ANSI's practice for any
22 outbound link to another website?

Page 223

1    A.   I don't know.  You'd have to check
2 with our publications staff about that.
3    Q.   Does ANSI make IBR standards
4 available to the print disabled?
5        MR. FEE:  Objection to form.
6        THE WITNESS:  I don't know.  You
7 would have to look at the portal to see.
8        BY MR. BECKER:
9    Q.   Are you aware of any availability to
10 the print disabled of IBR standards?
11       MR. FEE:  Objection.  Form.
12       THE WITNESS:  I have no personal
13 knowledge.
14       BY MR. BECKER:
15    Q.   Slide 16 discusses -- it says:
16 "Multiple dimensions of protection."
17       Do you know what that is referring
18 to, or what do you understand that to refer to?
19    A.   I am assuming it is referring to the
20 bullets that are listed below the title.
21    Q.   What does -- what is protection
22 referring to?

Page 224

1    A.   Copyright protection is my
2 assumption.
3    Q.   It says:  "Read-only access users
4 can only open and read the licensed materials.
5 Print restriction, user cannot print the
6 licensed material.  Text copy prevention,
7 contact cannot be copied.  Screen shot
8 prevention, screen prints are disabled.
9 Machine limits, the licensed materials cannot
10 be copied to a different computer or network
11 file system.  Watermarks, a watermark
12 containing text provided by the content
13 provider will be added to the protected license
14 to materials;" is that correct?
15    A.   That's correct.
16    Q.   Is this referring to aspects of the
17 ANSI read-only portal?
18    A.   It's referring to the IBR -- the
19 ANSI IBR portal, yes.
20    Q.   It then says on the next page:
21 "User will be presented with a form that must
22 be completed before the user is given access to

Page 225

1 the licensed materials.  The form collects such
2 information as name, e-mail address, company or
3 organization name, and stores this information
4 in a secure database."
5        Do you know why users were required
6 to fill out this form before accessing the ANSI
7 IBR portal?
8        MR. GRIFFIN:  Objection.
9        THE WITNESS:  I do not.
10       BY MR. BECKER:
11   Q.   Do you know if ANSI still requires
12 users to fill out this form in order to access
13 the IBR portal?
14   A.   I do not know that.
15   Q.   Do you know -- what -- do you know
16 whether this information that is collected is
17 used by ANSI in any way?
18   A.   No.
19       MR. FEE:  Objection to form.
20       THE WITNESS:  I have no knowledge of
21 that.
22       BY MR. BECKER:

Page 226

1   Q.   Who would know whether this
2 information collected by ANSI is used in any
3 way?
4        MR. FEE:  Objection to form.
5        THE WITNESS:  That's a part of our
6 business operations so somebody in the
7 standards facilitation staff would probably
8 know.  I don't have that information and I
9 don't know who has that information.
10       BY MR. BECKER:
11   Q.   It then says:  "User will be
12 required to sign an end user license agreement,
13 EULA, before being permitted to access a
14 licensed material."
15       Do you recall any debate within ANSI
16 as to whether an end user license agreement
17 should be required in order to use the ANSI IBR
18 portal?
19   A.   I do not.
20   Q.   Do you know what the terms of the
21 end user license agreement are?
22   A.   I have no idea.

Page 227

1   Q.   On Slide 19, it says:  "The portal
2 will also include the following statement:
3 Caution, the standards available on this site
4 are the versions and year dates actually
5 referenced in the respective federal
6 legislation or law.  The standard reference may
7 not be the most recent or up-to-date version
8 available.  It is possible that the standard
9 and/or technology at issue has changed or been
10 updated during the period of time since the
11 regulation/law was enacted.  ANSI does not
12 control which standards and versions hereto are
13 referenced in federal regulations or laws of
14 the U.S.A."
15       Do you know why that statement was
16 included on the ANSI IBR portal?
17   A.   I don't have any personal knowledge
18 of why that statement was included.
19   Q.   Do you have a guess as to why this
20 statement was included?
21       MR. GRIFFIN:  Objection.
22       MR. FEE:  Objection to form.

Page 228

1        THE WITNESS:  You want me to guess.
2 I think it's good practice to let individuals
3 who access a particular source of information
4 know if the reference is not the most recent or
5 up-to-date version.
6        BY MR. BECKER:
7   Q.   Is there a concern -- are you
8 concerned that there could be a negative
9 result, as a result due to somebody relying on
10 an out-of-date standard?
11       MR. GRIFFIN:  Objection.
12       MR. FEE:  Objection to form.
13       THE WITNESS:  So as I mentioned
14 earlier, agencies incorporate standards by
15 reference into regulations when it's relevant
16 and it helps them fulfill their mission.  A
17 good practice is that agencies provide dated
18 references so it's the responsibility of the
19 agency to have a process in place to
20 periodically look to update references.  But if
21 they don't update references, then those are
22 the references that are relevant for a

Page 229

1  particular regulation.
2       BY MR. BECKER:
3    Q.   What does ANSI do for its IBR portal
4  when the regulation incorporating a standard
5  doesn't list the particular edition of that
6  standard?
7       MR. GRIFFIN:  Objection.
8       THE WITNESS:  I don't know the
9  answer of that.  I don't know the details of
10  the portal.  I have actually never looked at
11  it.
12       BY MR. BECKER:
13    Q.   You've never used the portal?
14    A.   No, I've never used the portal.
15       (Deposition Exhibit 14 was marked
16  for identification.)
17       BY MR. BECKER:
18    Q.   I have handed you what has been
19  marked as Exhibit No. 14.
20       This is a document produced as ANSI
21  0328 to 0336.
22       Do you recognize this document?

Page 230

1    A.   I do.
2    Q.   What is this document?
3    A.   These appear to be the minutes of
4  the -- related to two agenda items on the -- at
5  the May 16, 2013 meeting of the ANSI board of
6  directors.
7    Q.   This is the same meeting that we
8  have been discussing for the past several
9  minutes, correct?
10    A.   That's correct.
11       (Deposition Exhibit 15 was marked
12  for identification.)
13       BY MR. BECKER:
14    Q.   I have handed you what has been
15  marked as Exhibit No. 15.
16       This is the document marked as ANSI
17  2860.
18       Do you recognize this document?
19    A.   Yes.
20    Q.   What is it?
21    A.   It's an e-mail from Scott Cooper at
22  ANSI to Patricia Griffin, Fran Schrotter and

Page 231

1  Liz Neiman regarding my participation in an
2  ANSI review group.
3    Q.   Do you know what review group that
4  is?
5    A.   Let's see.  Given the date March 1,
6  2012, it is probably a response to the NARA
7  request for information, request for input.
8    Q.   It says further on:  "Mary Saunders,
9  she would be pleased to be part of an ANSI
10  review group.  She didn't think NIST would
11  respond on their own but I think she was
12  pleased to have the ANSI venue to allow her to
13  weigh in."
14       Do you know what is being -- what do
15  you understand it to mean when Scott Cooper
16  says:  "She didn't think NIST would respond on
17  their own?"
18       MR. GRIFFIN:  Objection.
19       THE WITNESS:  That NIST would not
20  submit NIST comments to NARA on the -- on the
21  request.
22       Although, I would note, since you

Page 232

1  have given me now the minutes that NARA --
2  there was a comprehensive -- let's see.  U.S.
3  Government, ICE -- no, never mind.  That's not
4  relevant.
5       Government agencies did not respond
6  to NARA's requests I don't think.
7       (Deposition Exhibit 16 was marked
8  for identification.)
9       BY MR. BECKER:
10    Q.   I have handed you what has been
11  marked as Exhibit No. 16.
12       This is the document Bates-stamped
13  ANSI 3083.
14       Do you recognize this document?
15    A.   I am an addressee on this -- or I'm
16  copied on this e-mail to -- it's hard to tell
17  who the addressees are, but I'm copied on the
18  e-mail.
19    Q.   It says on February 27 -- excuse me,
20  actually let me back up a moment.
21       Do you recall receiving this e-mail?
22    A.   No, I do not.

Page 233

1    Q.   Do you have any reason to believe
2  that this e-mail produced by ANSI and listing
3  your name and e-mail address as under the BCC
4  line is not authentic?
5    A.   No, I do not.
6    Q.   Do you have any reason to think that
7  you didn't receive this e-mail?
8    A.   No, I don't have any reason to think
9  I didn't get it.
10   Q.   And the e-mail that's listed for you
11 is Mary.Saunders@NIST.gov; is that correct?
12   A.   That's correct.
13   Q.   Did you always use your NIST e-mail
14 address when conversing with ANSI prior to
15 leaving NIST?
16   A.   Yes.
17   Q.   The e-mail says: "On February 27, a
18 Federal Register Notice called for comments on
19 a petition filed by a group of academics to
20 amend the National Archives and Records
21 Administration, NARA's regulations governing
22 the approval of agency requests to incorporate

Page 234

1  materials by reference, IBR, into the Code of
2  Federal Regulation.  I am writing to you
3  because you volunteered to take part in a
4  review group that would participate in the
5  development of ANSI's response to this notice;"
6  is that correct?
7    A.   Yes, that's correct.
8    Q.   Is this -- is the subject of this
9  Exhibit 16 the same as the subject of Exhibit
10 15?
11        MR. FEE:  Objection to form.
12        THE WITNESS:  Hold on.  Which is
13 Exhibit 15?
14        BY MR. BECKER:
15   Q.   That was the e-mail we just looked
16 at saying that --
17   A.   Got it.
18   Q.   -- "you would be pleased to be part
19 of an ANSI review group."
20   A.   Yes.
21   Q.   Did you volunteer to take part in
22 this particular review group?

Page 235

1    A.   I must have.
2        (Deposition Exhibit 17 was marked
3  for identification.)
4        BY MR. BECKER:
5    Q.   I have handed you what has been
6  marked as Exhibit 17.
7        This is produced by ANSI as Bates
8  No. 3084 to 3089.
9        Do you recognize this document?
10   A.   It's the ANSI response, request for
11 comments on incorporation by reference which
12 was sent to the National Archives and Records
13 Administration.
14   Q.   Is this the document that was
15 attached to the e-mail we just looked at,
16 Exhibit No. 15?
17        MR. FEE:  Objection.  Form.
18        THE WITNESS:  Well, I don't know.
19 This is the final -- this is the final document
20 that was submitted.
21        BY MR. BECKER:
22   Q.   Are you certain that this is the

Page 236

1  final document?
2        MR. FEE:  Objection.
3        THE WITNESS:  No, I'm not certain.
4  It looks like the final document but I can't
5  tell you.
6        BY MR. BECKER:
7    Q.   Looking back at Exhibit 16, the
8  e-mail, the attachment line says:  "ANSI
9  response IBR_031512_review.docX"; is that
10 correct?
11   A.   Yes, it does.
12   Q.   And in the third paragraph -- the
13 final sentence of the third paragraph says:
14 "As such, we respectfully request that you send
15 any comments you have on this document by noon
16 on Monday, March 19, staff will then compile
17 your comments into a new version that will go
18 to the IPRPC;" is that correct?
19   A.   That's what it says.
20   Q.   After reviewing that, does this
21 refresh -- excuse me.
22        Does this refresh your recollection

Page 237

1 that Exhibit 17 was a draft of the ANSI
2 response that was attached to Exhibit 16?
3      MR. GRIFFIN:  Objection.
4      THE WITNESS:  I can't tell.  There
5 is no date on that document.
6      (Deposition Exhibit 18 was marked
7 for identification.)
8 BY MR. BECKER:
9   Q.   I have handed you what has been
10 marked as Exhibit No. 18 which ANSI produced as
11 Bates No. 3121 to 3122.
12      Do you recognize this document?
13   A.   Yes.
14   Q.   What is this document?
15   A.   It's an e-mail from -- that I sent
16 to Liz Neiman at ANSI noting that I had
17 attached comments on the draft document all on
18 Page 6 of the draft.
19   Q.   It lists an attachment on this
20 e-mail; is that correct?
21   A.   Right.
22      (Deposition Exhibit 19 was marked

Page 238

1 for identification.)
2      BY MR. BECKER:
3   Q.   I have handed you what has been
4 marked as Exhibit 19.
5      This is the document produced as
6 ANSI 3123 to ANSI 3128.
7      Is this the draft that you had sent
8 as part of Exhibit No. 18?
9      MR. GRIFFIN:  Objection.
10      THE WITNESS:  Well, I can't tell.
11 There is no date or any other identification.
12      BY MR. BECKER:
13   Q.   If you turn to the -- actually, can
14 you compare the final page of Exhibit 19 with
15 the final page of Exhibit 17.
16   A.   Yes.
17   Q.   Do you see that in Exhibit 19, in
18 the -- let's see.  The second line at the top
19 of the page, it says:  "It is both an
20 independent federal agency and a federal
21 advisory committee."
22   A.   Yes.

Page 239

1   Q.   Do you recall inserting that text
2 into the draft?
3   A.   No, but I must have, it's a
4 statement of fact.
5   Q.   Do you recall inserting the
6 statement on the next line down:  "Which was
7 passed on a voice vote at the December 2011
8 ACUS Plenary?"
9   A.   I do not recall, but again, that's a
10 statement of fact.
11   Q.   And then under Bullet Point No. 9,
12 the final sentence of that paragraph says:
13 "This could have a chilling effect on agencies'
14 willingness to refer to voluntary standards in
15 support of regulatory actions."
16      Do you recall adding that text to
17 this draft?
18   A.   No, but I take the point that I must
19 have added it.
20   Q.   How would an extended review period
21 at various stages of rulemaking have a chilling
22 effect on agencies' willingness to refer to

Page 240

1 voluntary standards in support of regulatory
2 actions?"
3      MR. FEE:  Objection.
4      THE WITNESS:  My -- I don't have
5 memory -- my memory is not specific enough to
6 remember the context.  I mean, at the time, I
7 obviously had read the NARA petition and
8 related documents but it's been seven years so
9 I don't remember.
10      BY MR. BECKER:
11   Q.   Do you know what was being referred
12 to there regarding an extended review period?
13   A.   No, I don't remember it.  It must
14 have been part of the petition.
15      (Deposition Exhibit 20 was marked
16 for identification.)
17      BY MR. BECKER:
18   Q.   I have handed you what has been
19 marked as Exhibit No. 20.
20      This is a document produced as ANSI
21 3602 to ANSI 3604.
22      Do you recognize this document?

Page 241

1    A.    I am a recipient of the e-mail, so
2  yes.
3    Q.    What is this e-mail?
4    A.    It's an e-mail from Liz Neiman of
5  ANSI to all ANSI members plus additional
6  addressees regarding the fact that the deadline
7  for comment has been extended to June 1 for the
8  ANSI -- deadline for comment on the NARA
9  incorporation by reference petition.
10    Q.    Do you know why you were
11  specifically BCC'd on that?
12    A.    It's not BCC.  Those are all -- I'm
13  an addressee but in order to avoid every
14  addressee getting responses, they put you all
15  on BCC.  I misspoke the first time.
16        No, I don't know why we are called
17  out separately.
18    Q.    Do you know -- when it refers to all
19  ANSI members, is that all organizations that
20  are part of ANSI or is that a broader group?
21    A.    I don't know what that e-mail alias
22  refers to specifically.

Page 242

1    Q.    The following page lists questions
2  from the notice and the first one is:  "Does
3  reasonably available mean that the material
4  should be available for free to anyone online,"
5  and then it says:  "Create a digital divide by
6  excluding people without internet access."
7        Do you believe that if reasonable --
8  reasonably available meant that a document
9  needed to be available for free online that it
10  would create a digital divide by excluding
11  people with no internet access?
12        MR. GRIFFIN:  Objection.
13        MR. FEE:  Objection to form.
14        THE WITNESS:  So the question here
15  is, does reasonably available create a digital
16  divide by excluding people without internet
17  access.
18        Reasonable availability, as I
19  understand it under the circular and with
20  respect to NARA, includes as one option, if
21  available via internet.  There are other
22  options I mentioned, reading room, hard copy,

Page 243

1  depository libraries, so that people without
2  internet access could actually have access to
3  the documents.
4        BY MR. BECKER:
5    Q.    So in that case, do you think that
6  if reasonably available required online access
7  for free, that it wouldn't create a digital
8  divide by excluding people without internet
9  access?
10        MR. GRIFFIN:  Objection.
11        MR. FEE:  Objection.
12        THE WITNESS:  I don't have an
13  opinion on that.
14        BY MR. BECKER:
15    Q.    Are you aware of whether ANSI has an
16  opinion on whether requiring reasonably
17  available to include -- excuse me, let me
18  strike that.
19        Do you -- are you aware of whether
20  ANSI has an opinion on whether reasonably
21  available requiring free online access would
22  result in a digital divide?

Page 244

1        MR. FEE:  Objection.
2        THE WITNESS:  If you want, I can
3  read you the relevant section from the ANSI
4  response.  It does not speak directly to the
5  digital divide issue.
6        BY MR. BECKER:
7    Q.    What does it say?
8    A.    It says:  "ANSI believes the text of
9  standards and associated documents should be
10  available to all interested parties on a
11  reasonable basis, which may include
12  compensation where appropriate."  That
13  statement is footnoted.
14        "Reasonably available should not be
15  strictly defined using terms such as for free
16  and to anyone online.  Rather, the definition
17  should encompass a broad spectrum of access
18  options."
19        The ANSI response does not address
20  the question regarding digital divide, so I
21  don't -- I don't see that ANSI took a position
22  on that.

Page 245

1    Q.   If a standard is not available for
2  free online and a person must instead either
3  purchase the standard or fly to a location
4  where the standard is -- a physical copy of the
5  standard is housed to review the standard, does
6  that create a financial divide?
7       MR. GRIFFIN:  Objection.
8       MR. FEE:  Objection.
9       THE WITNESS:  Now you've asked me
10  about a financial divide.  I don't have an
11  opinion on that.
12       (Deposition Exhibit 21 was marked
13  for identification.)
14  BY MR. BECKER:
15   Q.   I have handed you what has been
16  marked as Exhibit No. 21.
17       This is the document produced by
18  ANSI as Bates No. 3792 to 3793.
19   A.   Yes.
20   Q.   Do you recognize this document?
21   A.   I do.
22   Q.   What is this document?

Page 246

1    A.   Well, it's an e-mail string.  The
2  operative portion of which is Ms. Griffin
3  asking me for my thoughts on Department of
4  Transportation's proposed public workshop,
5  which is where I participated as a speaker and
6  my response to her request.
7    Q.   Your response says:  "Patty, my
8  understanding is that DOT feels like they are
9  likely to be sued either way.  If they make
10  docs freely available, violating copyright, or
11  if they don't, pipeline safety community"
12  issue -- "issues.  The issues the FR notice
13  outlines are all valid issues.  My guess is
14  that DOT is looking for additional data to
15  support a request to the Hill for more time."
16       What was the basis for your guess
17  that DOT was looking for additional data to
18  support a request to the Hill for more time?
19   A.   Well, as I mentioned earlier in our
20  discussion about the pipeline safety bill, the
21  Department of Transportation, Congressional
22  legislative affairs and the technical folks

Page 247

1  felt that the requirements would have
2  significant -- of the bill as written
3  initially, would have significant adverse
4  effects on their ability to carry out their
5  regulatory responsibilities and they asked --
6  so they were seeking public comment for
7  suggestions on how to address that problem or
8  that issue.
9       And I also mentioned to you that the
10  Department of Transportation worked with the
11  Congressional committee to implement, to work
12  with the technical, the Congressional committee
13  as the committee developed a technical
14  correction to the bill which resolved the issue
15  further outlined here.
16       (Deposition Exhibit 22 was marked
17  for identification.)
18       BY MR. BECKER:
19   Q.   I have handed you what has been
20  marked as Exhibit 22.
21       This is a document Bates-stamped
22  ANSI 3844.

Page 248

1       This is an e-mail between Scott
2  Cooper and Elizabeth Neiman, CC'ing Patricia
3  Griffin and Fran Schrotter, and it says --
4  well, in the first e-mail, Elizabeth Neiman is
5  asking Scott Cooper about Friday, what is
6  referred to as Friday's workshop on the
7  webcast, and then Scott Cooper responds:  "I
8  thought it went quite well.  Mary Saunders and
9  Emily Bremer were showcased and were able to
10  make good points on importance of copyright for
11  USG, and need to continue to refine reasonable
12  availability."
13       Do you know what workshop they are
14  referring to?
15   A.   It's the workshop that I referred to
16  earlier and which is referred to in the earlier
17  e-mail as well.  It was a public workshop.  I
18  don't have the dates, but so DOT first is noted
19  in the earlier exchange should the Federal
20  Register Notice seeking public input on the
21  construction of the pipeline safety bill.  They
22  asked for public input and they -- public

Page 249

1 comment, they also had a public meeting.
2 That's the workshop I was referring to.
3      It was held at the Department of
4 Transportation, and as I mentioned earlier, I
5 was one of the speakers.
6   Q.   Who is Emily Bremer?
7   A.   Emily Bremer at the time was a staff
8 person working for the administrative
9 conference of the U.S.  She's an administrative
10 law lawyer.
11   Q.   Do you know Emily Bremer?
12   A.   I do know Emily.
13   Q.   How long have you known Emily Bremer
14 for?
15   A.   I met Emily during the ACUS
16 deliberations.
17   Q.   Did Emily Bremer have a standpoint
18 that you understood -- excuse me.
19      Did you understand Emily Bremer to
20 have a standpoint with regard to what
21 reasonable availability meant?
22      MR. FEE:  Objection.

Page 250

1      THE WITNESS:  So as I mentioned
2 earlier, the webcast of the pipeline safety
3 workshop is still available online.  You can
4 access it.  You can listen to Emily's statement
5 and mine as well.  I don't -- I don't remember
6 the specifics of Emily's position.
7      BY MR. BECKER:
8   Q.   Do you know if Emily Bremer
9 advocated against making standards available
10 for free?
11      MR. FEE:  Objection.
12      THE WITNESS:  I don't have that
13 information.  No, I do not know.
14      (Deposition Exhibit 23 was marked
15 for identification.)
16      (Deposition Exhibit 24 was marked
17 for identification.)
18      BY MR. BECKER:
19   Q.   I have handed you what has been
20 marked as Exhibit 23 which is ANSI 4530 to 31,
21 as well as Exhibit 24, ANSI 4472 --
22   A.   Right.

Page 251

1   Q.   -- to 4481.
2      Have you seen either of these
3 documents before?
4   A.   Not that I -- no, not that I
5 remember.  I am not an addressee on any of the
6 e-mails.
7   Q.   So on June 29, 2012, Emily Bremer
8 writes -- excuse me.
9      Scott Cooper writes to Emily Bremer
10 and describes what looks like elements of
11 perhaps a panel or something like that.  The
12 subject is:  "ACUS ANSI IBR Conference."
13      Do you know what is being referred
14 to as the ACUS ANSI IBR conference?
15   A.   No, I don't.
16   Q.   Then Scott Cooper forwards the
17 e-mail and says -- to Joe Bhatia.
18      Who is Joe Bhatia?
19   A.   Joe Bhatia is the president and CEO
20 of ANSI.
21   Q.   And he says:  "Dear Joe.  There are
22 a number of fronts where the IBR issues are

Page 252

1 being played out.  We have developed an
2 outreach plan to take the ANSI IBR message to
3 Congress and relevant agencies.  Attached is
4 the updated outreach list.  You and I have our
5 first meetings with the majority and minority
6 staff directors from the technology and
7 innovation subcommittee of health science on
8 July 27.  Patty and I are meeting with lawyers
9 from ACUS and the Coast Guard to talk about IBR
10 copyright on July 23rd."
11      And then Exhibit 24 is a spreadsheet
12 that on the first page is titled:  "House
13 Outreach Matrix," and then on the page
14 Bates-stamped ANSI 4478 is labeled:
15 "Administration Outreach Matrix."
16      Do you see that?
17   A.   I do.
18   Q.   And do you see yourself listed there
19 on Row 140, Mary Saunders.  It says:
20 "Relevance is missed."
21   A.   Right.  Apparently I am on their
22 outreach list.

Page 253

1    Q.    And then on the following page, Row
2  140 continued, and under where it says:  "Date
3  of meeting," it says:  "11-30-11 conference
4  call with Mary Saunders, Henry Wixon, Gordon
5  Gillerman and Ajit Jillavenkatese."
6    A.    Jillavenkatese.
7    Q.    Pardon me.
8          Do you recall having that conference
9  call?
10   A.    I do not.
11   Q.    Do you have any reason to doubt that
12 that conference call occurred?
13   A.    I do not.
14   Q.    Who is Henry Wixon?
15   A.    Henry Wixon is the general counsel
16 for NIST.
17   Q.    Who is Gordon Gillerman?
18   A.    Gordon Gillerman and Ajit
19 Jillavenkatese at that time were both staff
20 members of the standards coordination office
21 working for me.
22   Q.    Do you know why ANSI would have had

Page 254

1  an outreach call to you regarding IBR issues?
2          MR. GRIFFIN:  Objection.
3          MR. FEE:  Objection to form.
4          THE WITNESS:  I don't know why they
5  would or would not.
6          BY MR. BECKER:
7    Q.    What is your understanding of the
8  purpose of this outreach matrix?
9          MR. GRIFFIN:  Objection.
10         MR. FEE:  Objection to form.
11         THE WITNESS:  I have never seen it
12 so I don't know.  I can't speak to -- I mean,
13 this is a Scott Cooper document.  I don't know.
14         BY MR. BECKER:
15   Q.    What is your understanding of why
16 ANSI would have wanted to reach out to you on
17 the IBR message?
18         MR. GRIFFIN:  Objection.
19         MR. FEE:  Objection.
20         THE WITNESS:  They might -- they
21 might have wanted to inform us about their Hill
22 meetings.  I don't know.

Page 255

1          BY MR. BECKER:
2    Q.    What are their Hill meetings?
3    A.    The Hill meetings is what I am
4  talking about.
5    Q.    The meetings with each of the
6  members of Congress and their staff?
7    A.    Yes.
8    Q.    What is your understanding of why
9  ANSI set up meetings with members of Congress
10 and their staff on this issue?
11         MR. GRIFFIN:  Objection.
12         MR. FEE:  Objection.
13         THE WITNESS:  I don't know anything
14 more than is in this e-mail.  I didn't
15 participate in any of these meetings and I
16 don't remember.
17         BY MR. BECKER:
18   Q.    Bullet Point No. 3 in -- on Exhibit
19 23 says:  "We have agreement with ACUS to put
20 on a late fall ACUS ANSI IBR event that would
21 bring in Congressional staff and the SDO
22 community to discuss reasonable availability.

Page 256

1  There is a brief discussion on that proposed
2  event attached below."
3          Do you know what ACUS ANSI IBR event
4  is being referred to there?
5    A.    No, I didn't --
6          MR. GRIFFIN:  Objection.
7          THE WITNESS:  Sorry.  I do not.
8          (Deposition Exhibit 25 was marked
9  for identification.)
10         BY MR. BECKER:
11   Q.    I have handed you what has been
12 marked as Exhibit 25.
13         This is a document ANSI produced
14 Bates-stamped ANSI 8056.
15         In the lower e-mail on this page
16 titled:  "For review, IBR testimony for 1/14,"
17 in the second paragraph, the second says -- or
18 the first sentence says:  "Next step is to send
19 to the select group that Scott/Joe e-mailed
20 yesterday evening.  Patty also proposed that we
21 include Mary Saunders in this review group."
22         Do you know what review group they

Page 257

1 were discussing?
2    A.   It appears to be a group to review
3 the testimony that Patty Griffin gave before a
4 Congressional committee on January 14.
5    Q.   In the e-mail above, Joe Bhatia
6 writes: "Somewhere, somehow, we should mention
7 that standards development in this country is
8 one of the earliest and most successful
9 examples of the public private partnership
10 which has benefitted our nation tremendously on
11 many fronts" - particularly, excuse me,
12 competitiveness -- I'm sorry.
13 "Competitiveness, public safety, successfully
14 commercializing American innovations globally,
15 and on and on.  Congressmen particularly the
16 Republican ones should eat that up."
17    Why do you think that Joe Bhatia
18 would have suggested that Republican
19 Congressmen would be in favor of referring to a
20 public private partnership?
21    MR. GRIFFIN:  Objection to form.
22    THE WITNESS:  I have no insight into

Page 258

1 Joe's thinking on this matter.
2    BY MR. BECKER:
3    Q.   Have you ever heard Joe Bhatia
4 suggest that -- the reference to public private
5 partnership should be made related to IBR
6 issues?
7    A.   The public private partnership is
8 comprehensive.  It's the public private
9 partnership in the development of voluntary
10 consensus standards.
11    Q.   Do you recall any instances when Joe
12 Bhatia has suggested that referring to the
13 public private partnership would be especially
14 successful in influencing Republican
15 Congressmen?
16    A.   He never made that statement to me.
17    MR. GRIFFIN:  Objection.
18    BY MR. BECKER:
19    Q.   What is your understanding of why
20 Joe Bhatia would have said this?
21    MR. GRIFFIN:  Objection.
22    MR. FEE:  Objection to form.

Page 259

1    THE WITNESS:  I don't know.  I
2 wasn't in on that conversation.
3    (Deposition Exhibit 26 was marked
4 for identification.)
5    BY MR. BECKER:
6    Q.   I have handed you what has been
7 marked as Exhibit No. 26.
8    This is the document produced as
9 ANSI 8802 to ANSI 8805.
10    In the e-mails below the first and
11 most recent one, does this reflect an e-mail
12 correspondence that you had with -- with other
13 individuals?
14    A.   Yes.
15    Q.   Do you recall having this e-mail
16 correspondence?
17    A.   No.
18    Q.   Do you have any reason to think that
19 the e-mail correspondence is not accurate or
20 authentic?
21    A.   I do not.
22    Q.   In the earliest e-mail, if you turn

Page 260

1 to ANSI 8804, Patricia Griffin sends to you as
2 well as Mary McKiel an e-mail.
3    Who is Mary McKiel?
4    A.   Mary McKiel at that time was the
5 standards executive for the Environmental
6 Protection Agency.
7    Q.   Patricia Griffin says:  "Hi Mary and
8 Mary.  I hope you are doing well and
9 congratulations, Mary S on your new position."
10    What was that new position at the
11 time, do you recall?
12    A.   Must be associate director for
13 management resources position.
14    Q.   She goes on to say:  "I wanted to
15 bring to your attention that Carl Malamud has
16 filed a declaratory judgment lawsuit Friday
17 against an ANSI accredited SDO who has sent
18 Public.Resource.Org a cease and desist letter
19 relating to IBR standard posted to Malamud's
20 site.  I am going to be speaking to some
21 developers at U.S. and non-U.S. later in the
22 morning about steps others may be taking to

Page 261

1  address Malamud's activities."
2       Did you learn of steps that were
3  considered for addressing what is referred to
4  as Malamud's activities here?
5       MR. FEE:  Objection.
6       THE WITNESS:  I wasn't privy to
7  those conversations.
8       BY MR. BECKER:
9    Q.   Ms. Griffin goes on to say:  "One
10  question I will be asking is the status of the
11  U.S. Government efforts to address the
12  reasonable availability question is the
13  OMB/NARA initiative.  Last I recall, OMB had
14  crafted a draft which it circulated to other
15  federal agencies for input.  My understanding
16  was that a draft (either the original one or an
17  updated one) reflecting other agency comments
18  would then be available for public review at
19  some point.  Do you know of any developments
20  that you could share with me (and me with other
21  SDOs currently looking into this issue)?"
22       Do you know what she is requesting

Page 262

1  -- what do you understand her to be requesting
2  there?
3       MR. GRIFFIN:  Objection.
4       THE WITNESS:  She is asking if -- if
5  and when a draft of the revision to the OMB
6  circular -- she is asking me when and if a
7  draft of the revised circular would be
8  available for public comment which it was not
9  at that time.
10       BY MR. BECKER:
11    Q.   How is it that you would know
12  whether -- at that time whether a revision to
13  the OMB circular was available for public
14  comment at that time?
15    A.   If it was available for public
16  comment, it would have been posted in the
17  Federal Register so I would know about it.
18    Q.   What is your understanding of why
19  Ms. Griffin would have asked you instead of
20  checking the Federal Register herself?
21       MR. GRIFFIN:  Objection.
22       MR. FEE:  Objection to form.

Page 263

1       THE WITNESS:  I don't know.
2       BY MR. BECKER:
3    Q.   You then respond -- sorry.
4       Mary McKiel responds and then you
5  respond on top of that, saying:  "Patty and
6  Mary, the latest version of the draft circular
7  that I have seen still has the neutral language
8  that Mary McKiel references below.  I don't
9  think there is much/any interest at OMB in
10  leaning forward on this issue, that is, in
11  changing current practice dramatically."
12       What did you mean when you were
13  referring to "leaning forward?"
14    A.   Changing current practice
15  dramatically.
16    Q.   What do you mean by "changing
17  current practice dramatically?"
18    A.   The question was with respect to
19  incorporation by reference or reasonable
20  availability, so that's what I meant.  Changing
21  current practice with respect to -- in 2013,
22  and with respect to reasonable availability.

Page 264

1    Q.   What was the basis for your belief
2  that there wasn't much or any interest at OMB
3  in terms of changing current practice
4  dramatically?
5    A.   So I think this falls under the
6  exclusion that you talked with Henry and
7  Russell Craig about.  These are internal
8  government deliberations, specifically with
9  respect to the circular.  I can look at the
10  letter if you want.
11    Q.   And you shared your -- this
12  information with Ms. Griffin?
13    A.   No.  You asked me how I would know
14  and that is -- those are nonpublic aspects.  I
15  did not share any nonpublic information, but
16  you asked me how I would know about it through
17  discussions with OMB.  I made a high-level
18  statement.
19       MR. GRIFFIN:  I have to instruct her
20  not to answer the questions given the agreement
21  that you have with DOC that we put on the
22  record at the beginning until we get

Page 265

1 clarification if you need.
2     MR. BECKER:  I understand that, but
3 I would like to know why it would be
4 permissible to discuss this with Ms. Griffin at
5 that time.
6     MR. GRIFFIN:  She just said that she
7 didn't.
8     THE WITNESS:  I didn't.
9     BY MR. BECKER:
10   Q.   But you said that you believed that
11 there wasn't much or any interest at OMB in
12 changing current practice dramatically?
13   A.   It was a general statement.
14   Q.   So it's permissible to share a
15 general statement about internal political
16 deliberations, but it's not okay to share more
17 specific information?
18     MR. GRIFFIN:  Objection.
19     MR. FEE:  Objection to form.
20     THE WITNESS:  You asked me how I
21 knew, which leads -- which would have led me to
22 discuss internal government deliberations.  The

Page 266

1 information I shared was not privileged.
2     BY MR. BECKER:
3   Q.   What would be the distinction
4 between privileged and nonprivileged
5 information in this context?
6     MR. GRIFFIN:  Objection.
7     MR. FEE:  Objection.
8     MR. GRIFFIN:  Again, I'm going to
9 instruct her not to answer given the agreement
10 you have with DOC.
11     MR. BECKER:  I am not looking for
12 the specifics, but I would like to know --
13     MR. GRIFFIN:  You are sort of coming
14 close to that though.
15     MR. BECKER:  I want to know what the
16 basis is for the distinction that she's making.
17     MR. GRIFFIN:  Right.  And you're
18 going to have to talk to DOC about that as you
19 agreed to do in your letter.
20     MR. BECKER:  I don't think I need to
21 speak with DOC to know what the basis is for
22 her saying that one piece of information is

Page 267

1 privileged and another piece of information is
2 not privileged.
3     MR. GRIFFIN:  I'm telling you that I
4 think you are crossing the line on what she is
5 permitted pursuant to the agreement to testify
6 to, and I'm going to err on the side of caution
7 and you can discuss it with Russell Craig as
8 you agreed to do.
9     BY MR. BECKER:
10   Q.   Ms. Saunders, was it publicly known
11 at that time that OMB did not have much or any
12 interest in changing current practice
13 dramatically?
14     MR. FEE:  Objection to form.
15     THE WITNESS:  It might have been.  I
16 don't have any reason to -- I don't know.
17     BY MR. BECKER:
18   Q.   I'm sorry, you don't have any reason
19 to what?
20   A.   I don't have any -- I can't answer
21 that question, was it publicly known.  It's
22 likely.  OMB -- the OMB staff have

Page 268

1 conversations with quite a few people, private
2 sector and government.
3   Q.   Do you not know one way or the
4 other?
5   A.   I do not know one way or the other.
6     (Deposition Exhibit 27 was marked
7 for identification.)
8     BY MR. BECKER:
9   Q.   I have handed you what has been
10 marked as Exhibit No. 27.
11     This is a document produced by ANSI
12 as 9053 to 9056.
13     On the first page at the bottom,
14 there is an e-mail from Scott Cooper to Fran
15 Schrotter and Patricia Griffin and it says:  "I
16 sent a message to Mary Saunders to see if she
17 wanted NPC to offer its good offices for the
18 corner bakery SDO activities."
19     What -- do you know what -- what do
20 you understand NPC to mean there?
21   A.   National -- I don't know.  My first
22 thought would have been national policy

Page 269

1  committee, but that doesn't make any sense.
2      Q.    Why doesn't that make sense?
3      A.    It makes no sense to have the ANSI
4  national policy committee offer its good
5  offices for some bakery meeting.  I don't
6  understand what this e-mail is meaning.
7      Q.    Have you ever heard of the corner
8  bakery meetings?
9      A.    They are -- yes, they are meetings
10  of Washington representatives of standards
11  developing organizations who get together
12  monthly just to share information.
13     Q.    Do you know what the subjects of the
14  meetings are?
15     A.    Well, I do now since I am an ANSI
16  staff, but I didn't then.  I was not aware at
17  that point of the corner bakery meeting.
18     Q.    Have you ever provided an office for
19  a corner bakery meeting?
20     A.    No.
21     Q.    Do you know which standards
22  development organizations are involved in the

Page 270

1  corner bakery meetings?
2      A.    The -- as I mentioned, it's the
3  Washington reps SDOs.  Some SDOs have
4  Washington offices, others do not.  There are,
5  I believe about 28 individuals on the e-mail
6  list.
7      Q.    What is your understanding of why
8  SDOs maintain Washington offices?
9          MR. GRIFFIN:  Objection.
10         MR. FEE:  Objection to form.
11         THE WITNESS:  I don't have a
12  specific -- the same reason any nonprofit
13  organization or company would maintain a
14  Washington office.  I don't have anything more
15  specific than that.
16         BY MR. BECKER:
17     Q.    What does that mean?
18         MR. GRIFFIN:  Objection.
19         MR. FEE:  Objection to form.
20         THE WITNESS:  I can't speak to the
21  construct of individual SDO's Washington
22  offices.  I just know that some of them have

Page 271

1  offices with staff in Washington.
2          BY MR. BECKER:
3      Q.    Is it to be able to meet with
4  policymakers?
5          MR. GRIFFIN:  Objection.
6          MR. FEE:  Objection to form.
7          THE WITNESS:  I can't -- I can't
8  answer that.
9          (Deposition Exhibit 28 was marked
10  for identification.)
11         BY MR. BECKER:
12     Q.    I have handed you what has been
13  marked as Exhibit 28.
14         And this is a document produced by
15  ANSI as ANSI 9121 to ANSI 9124.
16         The earliest e-mail in this chain is
17  an e-mail from Ms. Griffin and it says:  "In
18  light of the discussions last week at the NPC
19  IPRPC and board meetings, I revamped the
20  proposed e-mail to the copyright group and
21  given the urgency of these issues, proposed
22  sending an e-mail along these lines out today."

Page 272

1          And then in the draft of the
2  copyright task group e-mail on the following
3  page, it says at the bottom of the second
4  paragraph:  "Recall that in response to the
5  NARA Federal Register Notice, ANSI said that
6  'reasonable available' should not be strictly
7  defined using terms such as for free and to
8  anyone online.  Rather, the definition should
9  encompass a broad spectrum of access options.
10  For example, some SDOs make certain standards
11  available online on a read-only basis and many
12  SDOs make standards available at discounts or
13  without charge to consumers, policymakers and
14  small businesses."
15         Do you believe that making a
16  standard that is incorporated by reference
17  available at a discount constitutes reasonably
18  available?
19         MR. GRIFFIN:  Objection.
20         MR. FEE:  Objection to form.
21         THE WITNESS:  As I mentioned
22  earlier, there are many different mechanisms

Page 273

1 for achieving reasonable availability. That
2 may be one of them.
3      BY MR. BECKER:
4   Q.   Why would SDOs -- what is your
5 understanding of why SDOs would make standards
6 that are incorporated by reference available at
7 a discount to policymakers?
8      MR. GRIFFIN: Objection.
9      MR. FEE: Objection to form.
10     THE WITNESS: The reference -- the
11 specific sentence speaks to NIST makes
12 standards at large generally available at
13 discounts or without charge to consumers, to
14 policymakers and small businesses. It speaks
15 to standards generally.
16     BY MR. BECKER:
17   Q.   Further down, on the two paragraphs
18 down, Ms. Griffin writes: "In light of the
19 forgoing, I would be grateful if you would send
20 by me Friday, June 1, specific examples of what
21 you are doing if anything to make incorporated
22 by reference standards reasonably available."

Page 274

1       Are you aware of any compilation by
2 ANSI of means that SDOs had taken to make
3 standards reasonably available?
4   A.   No, I am not.
5   Q.   In the e-mail that follows,
6 Elizabeth Neiman responds and says: "Hi,
7 Patty. Thanks very much for this. Just a few
8 typos below plus some other recommendations are
9 highlighted. More philosophically, I am not
10 sure though including the examples of access in
11 our own FR response. Beyond the deadline
12 issue, I think that it is enough for ANSI to
13 say that there are different ways to get it
14 done, as we have in the excerpt you included
15 below. If we get too specific, it may look
16 prescriptive, like, only the few examples given
17 are ANSI-endorsed. I am thinking here of ASME,
18 in particular, who are unlikely to give us an
19 example and may feel slighted by all the good
20 work that we could include from other
21 organizations, like ASTM, NFPA and others."
22       Do you know at that time what, if

Page 275

1 anything, ASME did to make standards reasonably
2 available?
3      MR. GRIFFIN: Objection.
4      THE WITNESS: I do not. I have no
5 knowledge of that.
6      BY MR. BECKER:
7   Q.   What is your understanding of what
8 Ms. Neiman meant by "the good work that we
9 could include from other organizations like
10 ASTM, NFPA and others?"
11     MR. GRIFFIN: Objection.
12     MR. FEE: Objection.
13     THE WITNESS: I don't know. I
14 wasn't the addressee on this e-mail.
15     BY MR. BECKER:
16   Q.   Is that referring to the fact that
17 ASTM and NFPA had their own read-only websites?
18     MR. GRIFFIN: Objection.
19     MR. FEE: Objection to form.
20     THE WITNESS: I don't know.
21     BY MR. BECKER:
22   Q.   Does it seem to you that that's

Page 276

1 likely what she was referring to?
2      MR. GRIFFIN: Objection.
3      MR. FEE: Objection to form.
4      THE WITNESS: It's possible.
5      BY MR. BECKER:
6   Q.   I just want to step back a moment to
7 Exhibit No. 26.
8       Do you have that in front of you?
9   A.   I do.
10   Q.   On the second page, there was an
11 e-mail from you that was responding to an
12 earlier e-mail from Ms. Griffin that referred
13 to the Carl Malamud SMACNA declaratory judgment
14 lawsuit, and at the bottom of your e-mail, you
15 say: "It would be very interesting to track
16 the California case that Public Resource
17 filed."
18       Do you see that?
19   A.   I do.
20   Q.   What -- why did you think that it
21 would be interesting to track the SMACNA
22 lawsuit?

Page 277

1    A.    I don't remember.  Let me look at
2  the e-mail to see if I can -- I don't know.
3    Q.    Did you track the SMACNA lawsuit?
4    A.    No, I did not.
5    Q.    Did you track the lawsuit that ASTM,
6  NFPA and ASHRAE have filed against Public
7  Resource?
8    A.    I did not.
9    Q.    Have you read any of the documents
10 that have been filed in the lawsuit filed by
11 ASTM, et al., against Public Resource?
12   A.    I have.  I read the ANSI amicus
13 filing and I read the recent circuit court
14 decision, the appeal, May 11 of last year or
15 something like that.  That's it.
16   Q.    No other documents?
17   A.    No.
18   Q.    When did you read those documents?
19   A.    Pretty close to the time that they
20 were published.
21   Q.    Why did you read those documents
22 around the time that they were published?

Page 278

1    A.    Why not?  I mean, I was on -- I was
2  a member of the ANSI board so I think we were
3  all -- ANSI membership was -- was circulated a
4  copy of the ANSI amicus brief, so I just read
5  it for general -- general interest.
6    Q.    How about the -- why did you read
7  the appeal decision?
8    A.    Because as an ANSI staff member, it
9  was circulated to me when it was issued.
10   Q.    Were there other filings in this
11 litigation that have been circulated to you?
12       MR. GRIFFIN:  Objection.
13       THE WITNESS:  No, not to my
14 knowledge.
15       BY MR. BECKER:
16   Q.    Did you have any involvement in the
17 organization or drafting of the ANSI amicus
18 brief?
19   A.    I don't remember having involvement
20 in the amicus brief.
21       (Deposition Exhibit 29 was marked
22 for identification.)

Page 279

1        BY MR. BECKER:
2    Q.    I have handed you what has been
3  marked as Exhibit No. 29.
4        This document was produced by ASTM,
5  Bates-stamped ASTM 015659 to --
6        MR. FEE:  Matt, you can't show her
7  this document unless it says on the face of the
8  document that she's received it as a
9  confidential under the protective order.
10       MR. BECKER:  My apologies.
11       MR. FEE:  We will just take it away
12 from you.
13       MR. GRIFFIN:  I suppose I can't see
14 it either.
15       It's 5:15 now.  Do you know how long
16 you're going to go and if it's longer, maybe we
17 could take a break.
18       MR. BECKER:  It is longer, but we
19 can take a break.  Sure.  That's fine.
20       THE VIDEOGRAPHER:  We are going off
21 the record.  This is the end of Media Unit No.
22 4.  The time is 5:18.

Page 280

1        (A short recess was taken.)
2        THE VIDEOGRAPHER:  We are going back
3  on the record.  This is the start of Media Unit
4  No. 5.  The time is 5:37.
5        (Deposition Exhibit 30 was marked
6  for identification.)
7        BY MR. BECKER:
8    Q.    Ms. Saunders, I have handed you what
9  has been marked as Exhibit No. 30.
10       What is this?
11   A.    It's my LinkedIn page.
12   Q.    Does this accurately reflect the
13 contents of your LinkedIn profile?
14   A.    Yes.
15   Q.    Is the information on your profile
16 accurate?
17   A.    To the best of my knowledge, yes.
18       MR. GRIFFIN:  I think we are on 29.
19       MR. BECKER:  Excuse me.  We struck
20 29 so this should actually be 30.  So we will
21 leave it as 30 and we are striking 29 for the
22 record.

Page 281

1       BY MR. BECKER:
2    Q.   Under ANSI vice president for
3 government relations and public policy, can you
4 please read to yourself what it says there.
5    A.   Mary leads ANSI --
6       MR. GRIFFIN:  No, read it to
7 yourself.
8       BY MR. BECKER:
9    Q.   You can read it to yourself.
10    A.   Oh, read it to myself.  Okay.  Fine.
11 Okay.
12    Q.   Where you write:  "Mary leads ANSI"
13 -- excuse me, actually let me just ask, have
14 you -- did you write this description?
15    A.   Yes.
16    Q.   Where you write:  "Mary leads ANSI'S
17 efforts to advocate greater use of voluntary
18 consensus standards and conformance programs by
19 government agencies," what do you mean by
20 "use?"
21    A.   I mean the same meaning that is in
22 the National Technology Transfer and

Page 282

1 Advancement Act and in OMB Circular A-119, use
2 in support of agency mission activities,
3 regulation, procurement and policy activities.
4    Q.   Can you break that down a little bit
5 more for me, like, what you personally mean
6 here when you say "greater use of voluntary
7 consensus standards?"
8       MR. GRIFFIN:  Objection.
9       BY MR. BECKER:
10    Q.   What are the examples of use?
11       MR. GRIFFIN:  Objection.
12       THE WITNESS:  Agencies may use
13 standards as we discussed by incorporating by
14 reference in regulation.  They may -- agencies
15 may use standards internally with respect to
16 their internal operations.  Agent --
17 procurement agencies may use standards as part
18 of procurement actions.  Agencies may use
19 standards in relationship to their policy
20 activities.  There is a variety of different
21 ways of using standards.
22       BY MR. BECKER:

Page 283

1    Q.   Do agencies enforce standards as one
2 of their uses?
3    A.   Agencies enforce regulations.
4    Q.   Do agencies enforce regulations that
5 incorporate standards by reference?
6       MR. GRIFFIN:  Objection.
7       MR. FEE:  Objection to form.
8       THE WITNESS:  Agencies enforce
9 regulations which may incorporate standards by
10 reference.
11       BY MR. BECKER:
12    Q.   Are you aware of any instances of an
13 agency enforcing the terms of a standard as
14 incorporated by reference into a regulation?
15    A.   I'm not specifically aware of agency
16 enforcement activities.  That is outside of my
17 agreement.
18    Q.   Are you aware that U.S. federal
19 agencies do enforce the terms of standards as
20 incorporated by reference into regulations?
21    A.   Agencies enforce regulations, some
22 of which incorporate standards by reference, so

Page 284

1 they enforce the regulation.  That's what I'm
2 aware of.  I don't have any specific examples
3 of enforcement actions by agencies.
4    Q.   And if those regulations contain
5 standards incorporated by reference, do those
6 agencies then also enforce the terms of the
7 standards as incorporated?
8       MR. GRIFFIN:  Objection.
9       MR. FEE:  Objection to form.
10       THE WITNESS:  I don't have direct
11 knowledge of how agencies enforce their
12 regulations so I can't speak to that.
13       BY MR. BECKER:
14    Q.   You also write:  "She also works
15 with ANSI members to create
16 standardization-related outreach programs to
17 legislators and to increase understanding of
18 the private sector standards community among
19 agencies involved in trading commerce issues."
20    A.   Yes.
21    Q.   What is the outreach that you are
22 describing there?

Page 285

1    A.    So the most common form of outreach
2  are posting panel events on the Hill in -- at
3  the Longworth Building and Rayburn Building,
4  for example.  These are open events where we --
5  ANSI hosts and features member organizations
6  talking about their standards activities and
7  how, in the case of the most recent event,
8  standards contribute to technology and
9  innovation supporting the nation's
10  infrastructure.
11        Those are informational events,
12  Congressional staff and others are invited to
13  attend those events.  It's simply an
14  information-sharing activity.
15    Q.    Does outreach legislature -- excuse
16  me.
17        Does outreach to legislators include
18  the suggestion of actions that they can take?
19    A.    Not by me.  ANSI is a 501(c)(3)
20  organization.  We don't lobby.  We educate, so
21  I don't make any recommendations about actions
22  that legislators might take.

Page 286

1    Q.    Do you consider making a
2  recommendation as to what a legislator -- or
3  what action a legislator might take to be
4  lobbying?
5        MR. GRIFFIN:  Objection.
6        MR. FEE:  Objection to form.
7        THE WITNESS:  I have a very narrow
8  definition of what is permitted under
9  educational activities and I adhere to that
10  definition.
11        BY MR. BECKER:
12    Q.    Does ANSI have its own definition as
13  to what is permitted under educational
14  activities?
15    A.    Not that is written down that I know
16  of.
17    Q.    What is your definition of what is
18  permitted under educational activities?
19    A.    In my personal role as the vice
20  president of government relations and public
21  policy, I provide fact-based information to
22  legislators.  I mentioned the Hill event, just

Page 287

1  a statement of actions that are activities that
2  are taking place, but I don't cross the line
3  into making a specific recommendation for --
4  with respect to a piece of legislation.
5    Q.    Does your outreach include the
6  suggestion that legislature -- legislation or
7  regulation favor the use of voluntary consensus
8  standards?
9        MR. GRIFFIN:  Objection.
10        THE WITNESS:  So as I have
11  mentioned, the law passed by Congress in early
12  -- and signed by presidential law in early
13  1996, directs federal agencies to rely on, to
14  use technical standards developed by voluntary
15  consensus standards organizations in conducting
16  their mission-related activities, so I hue to
17  that direction from Congress notifying
18  Congressional staff about the existence of the
19  law and the existence of OMB policy.  It's a
20  fact-based activity.
21        BY MR. BECKER:
22    Q.    Do you provide fact-based

Page 288

1  information about regulations that are suitable
2  for incorporation by reference?
3    A.    No.
4    Q.    Do you provide fact-based
5  information about standards that are suitable
6  for incorporation by reference?
7        MR. GRIFFIN:  Objection.
8        THE WITNESS:  No.
9        (Deposition Exhibit 31 was marked
10  for identification.)
11        BY MR. BECKER:
12    Q.    I am handing you what has been
13  marked as Exhibit 31.
14        This is the document produced as
15  ASTM 016254 to 016265.
16        What is this document?
17    A.    It's a draft meeting report of the
18  ANSI national policy committee meeting on -- of
19  October 27, 2011.
20    Q.    Were you present at that meeting?
21    A.    Yes.  I was the chair of the
22  meeting.

Page 289

1   Q.   Does this draft meeting report
2 appear to accurately reflect the proceedings of
3 that meeting?
4   A.   I'm guessing that it does.  I
5 haven't looked at it but I'm sure it does.
6       (Deposition Exhibit 32 was marked
7 for identification.)
8   BY MR. BECKER:
9   Q.   I have handed you what has been
10 marked as Exhibit 32.
11      This document was produced as ANSI
12 1179 to ANSI 1187.
13      What is this document?
14   A.   It's a draft meeting report of the
15 ANSI national policy committee meeting of May
16 21, 2012.
17   Q.   Does it accurately reflect the
18 proceedings?
19   A.   I assume so.
20      (Deposition Exhibit 33 was marked
21 for identification.)
22   BY MR. BECKER:

Page 290

1   Q.   I have handed you what has been
2 marked as Exhibit 33.
3       This is the document produced as
4 ANSI 0263.
5       What is this document?
6   A.   This is a draft proposed agenda for
7 the ANSI board of directors meeting of May 24,
8 2012.
9   Q.   Does it accurately reflect the
10 proceedings?
11   A.   It accurately reflects the proposed
12 agenda for that meeting, at least the portion
13 that is reproduced.
14      (Deposition Exhibit 34 was marked
15 for identification.)
16   BY MR. BECKER:
17   Q.   I have handed you what's been marked
18 as Exhibit 34.
19      This document was produced as ANSI
20 0268.
21      What is this document?
22   A.   It's a PowerPoint presentation

Page 291

1 entitled:  "Standards incorporated by reference
2 into law, presented by Scott Cooper, vice
3 president government relations, and Patricia
4 Griffin, vice president and general counsel at
5 the ANSI board meeting of May 24, 2012."
6   Q.   Is that a PowerPoint presentation
7 that was presented at that same meeting?
8   A.   I assume so.
9       MR. FEE:  Objection to form.
10      BY MR. BECKER:
11   Q.   Were you present at that meeting?
12   A.   Yes.
13      (Deposition Exhibit 35 was marked
14 for identification.)
15   BY MR. BECKER:
16   Q.   I have handed you what's been marked
17 as Exhibit 35.
18      This is a document produced as ANSI
19 02677.
20      What is that document?
21   A.   It is a draft minutes of the ANSI
22 board of directors meeting of May 24, 2012,

Page 292

1 specific excerpts, Agenda Items 2.2 through
2 2.4.
3   Q.   Does that document accurately
4 reflect the proceedings?
5       MR. FEE:  Objection to form.
6       THE WITNESS:  Without reading it, I
7 will stipulate that it does.
8       (Deposition Exhibit 36 was marked
9 for identification.)
10      BY MR. BECKER:
11   Q.   I have handed you what has been
12 marked as Exhibit 36.
13      This is a document produced as ANSI
14 0680.
15      What is this document?
16   A.   It's entitled:  "Proposed agenda
17 executive committee of ANSI board of
18 directors," of a meeting date is March 21,
19 2013, and it's an excerpt covering two agenda
20 items.
21   Q.   Does this accurately reflect the
22 proposed agenda for that meeting?

Page 293

1   A.   It appears to.
2   Q.   Were you present for that meeting?
3   A.   I was.
4   Q.   Who prepares the agendas for these
5 meetings?
6   A.   ANSI staff prepare the agendas for
7 these meetings.
8       (Deposition Exhibit 37 was marked
9 for identification.)
10      BY MR. BECKER:
11   Q.   When you say, "staff," what staff
12 are you referring to?
13   A.   The senior management team.  The
14 lead is typically taken by ANSI's general
15 counsel and Patricia Griffin with input from
16 ANSI senior staff with respect to agenda items
17 that would be relevant for discussion at either
18 the executive committee or the board.
19   Q.   I have handed you what has been
20 marked as Exhibit 37.
21      This is a document produced as ANSI
22 0685.

Page 294

1       What is this document?
2   A.   It's a draft minutes of the
3 executive committee of the ANSI board of
4 directors meeting of March 21, 2013.
5   Q.   That's the same meeting that the
6 previous document was referring to, right?
7   A.   Yes.
8   Q.   Does that -- does this exhibit
9 accurately reflect the proceedings?
10   A.   I will stipulate that it does
11 without reading it.
12      (Deposition Exhibit 38 was marked
13 for identification.)
14      BY MR. BECKER:
15   Q.   I have handed you what has been
16 marked as Exhibit 38, which has been produced
17 as ANSI 1527.
18      What is this document?
19   A.   It's a draft meeting report of the
20 -- an ANSI policy committee meeting, a joint
21 meeting of the conformity assessment policy
22 committee and the national policy committee on

Page 295

1 the 14th of May, 2013.
2   Q.   Were you present at that meeting?
3   A.   I believe I was.
4   Q.   Does this draft meeting report
5 accurately reflect the proceedings?
6   A.   I will agree that it does.  There
7 are two agenda items that are listed.
8       (Deposition Exhibit 39 was marked
9 for identification.)
10      BY MR. BECKER:
11   Q.   I have handed you what has been
12 marked as Exhibit 39.
13      That's the document produced as ANSI
14 0715.
15      What is this document?
16   A.   It's a draft agenda for the
17 executive committee of the ANSI board of
18 directors meeting, November 6, 2013.
19   Q.   Were you present for that meeting?
20   A.   Yes.
21   Q.   Does this document accurately
22 reflect the proceedings?

Page 296

1   A.   Yes.
2       (Deposition Exhibit 40 was marked
3 for identification.)
4      BY MR. BECKER:
5   Q.   I have handed you what has been
6 marked as Exhibit 40.
7       This is the document produced as
8 ANSI 0729.
9       What is this document?
10   A.   It's a draft minutes of the
11 executive committee of the ANSI board of
12 directors meeting, November 6, 2013.
13   Q.   Is that the same meeting that -- as
14 the previous exhibit?
15   A.   Yes.
16   Q.   And does this document accurately
17 reflect the proceedings?
18   A.   Yes.
19      (Deposition Exhibit 41 was marked
20 for identification.)
21      BY MR. BECKER:
22   Q.   I have handed you what has been

Page 297

1 marked as Exhibit 41.
2       This is a document produced as ANSI
3 0033.
4       What is this document?
5    A.   It's a copy of a PowerPoint
6 presentation entitled:  "Discussion on changes
7 to the Office of Management and Budget, OMB
8 Circular A-119 presented by Patricia Griffin
9 March 6, 2014."
10    Q.   Were you present for that
11 presentation on March 6, 2014?
12    A.   Let's see.  It's a webinar.  I see.
13 I was -- I did participate in the webinar.
14 Yes.
15    Q.   Does -- is this document, Exhibit
16 41, accurate and authentic?
17    A.   I believe so.
18       (Deposition Exhibit 42 was marked
19 for identification.)
20       BY MR. BECKER:
21    Q.   I have handed you what has been
22 marked as Exhibit 42.

Page 298

1       This is a document produced as ANSI
2 0771.
3       What is this document?
4    A.   It's a draft agenda of the executive
5 committee of the ANSI board of directors
6 meeting, July 24, 2014.
7    Q.   Were you present for that meeting?
8    A.   Yes.
9    Q.   Does this exhibit accurately reflect
10 the agenda for that meeting?
11    A.   Agenda Item 2.1.  It's the only one
12 reproduced.
13       (Deposition Exhibit 43 was marked
14 for identification.)
15       BY MR. BECKER:
16    Q.   I have handed you what has been
17 marked Exhibit 43.
18       This is a document produced as ANSI
19 0776.
20       What is this document?
21    A.   It's a copy of a PowerPoint
22 presentation entitled:  "Federal engagement and

Page 299

1 standards activities presented at the ANSI
2 executive committee meeting by Scott Cooper,
3 July 24, 2014."
4    Q.   Does this document correspond to the
5 same meeting that you said that you were
6 present for in the previous exhibit?
7    A.   Yes.
8    Q.   Is this Exhibit 43 accurate and
9 authentic?
10    A.   It appears to be.  It's not my
11 presentation.
12    Q.   Did you witness that presentation?
13    A.   I must have since I was at the
14 meeting.
15       (Deposition Exhibit 44 was marked
16 for identification.)
17       BY MR. BECKER:
18    Q.   I have handed you what has been
19 marked as Exhibit 44.
20       This document was produced as ANSI
21 0783.
22       What is this document?

Page 300

1    A.   Draft minutes of the executive
2 committee meeting of the ANSI board of
3 directors on July 24, 2014.
4    Q.   Were you present for that meeting?
5    A.   Yes.
6    Q.   Does that document accurately
7 reflect the proceedings?
8    A.   Yes.
9       (Deposition Exhibit 45 was marked
10 for identification.)
11       BY MR. BECKER:
12    Q.   I have handed you what has been
13 marked as Exhibit No. 45.
14       This is a document produced as ANSI
15 0791.
16       What is this document?
17    A.   Draft minutes of the executive
18 committee meeting of the ANSI board of
19 directors, November 19, 2014.
20    Q.   Were you present for that meeting?
21    A.   Yes.
22    Q.   Does this document accurately

Page 301

1 reflect the proceedings?

2    A.   With respect to Agenda Item 1.2,

3 approval of the agenda, yes.

4    Q.   Is there anything inaccurate in that

5 document?

6    A.   Not to my knowledge.

7    Q.   Have you discussed the certiorari

8 petition by the State of Georgia to the Supreme

9 Court regarding Georgia's litigation with

10 Public Resource?

11    A.   Have I discussed it?

12    Q.   Yes.

13    A.   No.

14       MR. GRIFFIN:  Objection.

15       BY MR. BECKER:

16    Q.   Have you discussed that case?

17       MR. GRIFFIN:  Objection.

18       THE WITNESS:  I haven't discussed

19 the case.

20       (Deposition Exhibit 46 was marked

21 for identification.)

22       BY MR. BECKER:

Page 302

1    Q.   I have handed you what's been

2 produced by your attorney in response to the

3 requests for production that were delivered to

4 you along with the subpoena that you are

5 responding to today.

6       Do you recognize these documents?

7    A.   Yes.

8    Q.   These are the documents produced as

9 SAU 1 to 162, and it -- along with the cover

10 letter from your -- from the law firm of your

11 attorney; is that correct?

12    A.   Yes.

13    Q.   So did you -- were you the one who

14 gathered the documents that are produced as

15 Exhibit 46?

16    A.   Yes.

17    Q.   Are there -- let's see.

18       How did you go about gathering the

19 documents to produce for Exhibit 46?

20    A.   I searched my e-mail files and my

21 hard copy files for relevant -- and my notes

22 for relevant information.

Page 303

1    Q.   Could you please turn to SAU 004.

2    A.   Yes.

3    Q.   This is an e-mail between you and

4 someone at the FAA; is that correct?

5    A.   That's correct.

6    Q.   Is this e-mail you produced

7 accurate?

8    A.   Yes.

9    Q.   The individual at the FAA -- is that

10 the Federal Aviation Administration?

11    A.   That's correct.

12    Q.   He says in his e-mail towards the

13 end of his e-mail:  "The portal description

14 says that these documents are accessible if

15 they are referenced in the C.F.R.s.  In most

16 cases, the references are in official advisory

17 circulars, guidance documents to the rules in

18 the C.F.R.s or in policy documents used in

19 conjunction with the C.F.R.s.  Do these

20 references count?"

21       And your response in the second

22 paragraph says that:  "Standards referenced in

Page 304

1 advisory circulars and/or policy documents are

2 not accessible via the IBR portal."

3       Why is it that those documents are

4 not accessible via the IBR portal?

5    A.   The IBR portal specifically focuses

6 on standards incorporated as referenced in the

7 Code of Federal Regulations.

8    Q.   Are these -- let's see.

9       Could you please turn to SAU 090.

10    A.   Yes.

11    Q.   Is this your handwriting?

12    A.   It is.

13    Q.   And in this and the following pages

14 through SAU 100, what is this that you are

15 writing about?

16       MR. GRIFFIN:  Objection.

17       THE WITNESS:  So I attended a

18 meeting on April 18, 2018, of the pipeline --

19 pipeline standards developing organization

20 coordinating committee.

21       BY MR. BECKER:

22    Q.   And what was discussed at that

Page 305

1 meeting?
2    A.    So the meeting included the
3 organizations listed in my notes as well as
4 representatives of the Department of
5 Transportation's public -- Pipeline and
6 Hazardous Materials Safety Administration.  It
7 is a standing committee that the DOT has
8 created.
9        Information was exchanged on what
10 standards are currently under development by
11 these organizations.
12        You want me to read my notes?
13    Q.    Sure.
14        MR. GRIFFIN:  Objection.  You want
15 her to read the entire document?
16        MR. BECKER:  Well, I just want to
17 know what the substance of the discussion was.
18        MR. GRIFFIN:  I think he means to
19 review it and see if you can summarize them.
20        THE WITNESS:  As I remember, it was
21 a general information session, the various
22 organizations updated the DOT folks on their

Page 306

1 current standards activities.  I spoke about
2 the IBR portal and ANSI accreditation of SDOs
3 generally.
4        BY MR. BECKER:
5    Q.    Could you please turn to -- towards
6 the end of this compilation of papers.
7        Could you please turn to SAU 157,
8 very close to the end.
9    A.    Ah, yes.
10    Q.    This is a document titled:
11 "Lobbying assignments for SDO education
12 outreach."
13        What is this document referring to?
14    A.    Oxymoron.  These are -- it's
15 referring to members of the House
16 administration committee and you can see
17 members of the House oversight and reform
18 committee and House judiciary.  It's a very
19 long list, and individual staff representatives
20 of government relations representatives, in my
21 case of ANSI, and in other cases of specific
22 SDOs, agreed to -- it's an inaccurate title,

Page 307

1 agreed to contact staff of these Congress
2 people to set up informational meetings.
3        Contacts were only made actually
4 with the House administration committee
5 members.  No other contacts were made.
6    Q.    Who prepared this document?
7    A.    Alec French who is an outside
8 consultant to the National Fire Protection
9 Association.
10    Q.    Alec French is at Thorsen French
11 Advocacy; is that correct?
12    A.    I believe so.
13    Q.    If you turn to SAU 155.
14    A.    Yes.
15    Q.    Is that an e-mail from Alec French
16 that is attaching the lobbying assignment
17 documents that we just discussed --
18        MR. GRIFFIN:  Objection to form.
19        THE WITNESS:  Yes.
20        BY MR. BECKER:
21    Q.    -- as well as a draft of the
22 copyright protection for codes and standards

Page 308

1 document as well as -- excuse me.  No, just
2 those two documents?
3        MR. GRIFFIN:  Objection.
4        THE WITNESS:  As I said, the title
5 of the attachment is inaccurate.  I did not
6 engage in any -- we did not -- the group did
7 not engage in any lobbying activities that I
8 participated in.
9        BY MR. BECKER:
10    Q.    Is Thorsen French Advocacy a
11 lobbying organization?
12        MR. GRIFFIN:  Objection.
13        THE WITNESS:  I have no idea.
14        BY MR. BECKER:
15    Q.    Do you know whether anyone
16 instructed Mr. French about lobbying
17 restrictions on 501(c)(3) organizations?
18    A.    I have no idea.
19    Q.    Turning to SAU 161.
20    A.    Yes.
21    Q.    Is this an e-mail to you -- excuse
22 me, an e-mail from you to Alice Yates and

Page 309

1 others?

2　　　MR. GRIFFIN:  Objection.

3　　　THE WITNESS:  No.  On 161?

4　　　BY MR. BECKER:

5　　Q.　Excuse me, you are right.  This is

6 from --

7　　A.　It's an e-mail from Alice Yates to

8 me.

9　　Q.　Yes, to you.  And does this e-mail

10 contain the attachment that -- the following

11 page SAU 162?

12　　A.　Yes.

13　　Q.　What is that document?

14　　A.　It's a one-pager providing

15 fact-based information on the importance of

16 copyright protection for codes and standards.

17　　Q.　Did anyone object to the

18 distribution of this document or contacting

19 individuals in government as potentially being

20 lobbying?

21　　　MR. FEE:  Objection to form.

22　　　THE WITNESS:  I'm not clear where

Page 310

1 you're going with this.  Did anyone object?

2　　　BY MR. BECKER:

3　　Q.　Did anybody object to this document

4 as being impermissible lobbying?

5　　　MR. FEE:  Objection to form.

6　　　THE WITNESS:  This is not a lobbying

7 document.  I shared this with ANSI, ANSI's

8 general counsel as well as the other senior

9 staff.  It's a fact-based statement of -- it's

10 a fact-based statement, it's not a lobbying

11 document.

12　　　BY MR. BECKER:

13　　Q.　Did anybody object to the document

14 titled:  "Lobbying assignments," on the basis

15 that you used the word "lobbying?"

16　　　MR. FEE:  Objection to form.

17　　　THE WITNESS:  I don't think anybody

18 was paying that much attention to the title of

19 the attachment.  As I said, it's not -- the

20 purpose was not lobbying.

21　　　MR. BECKER:  With that, feel free to

22 ask your questions.  I have concluded.

Page 311

1　　　MR. FEE:  I think it will be best if

2 we take just a two or three-minute break.

3　　　MR. BECKER:  Sure.

4　　　THE VIDEOGRAPHER:  We are going off

5 the record.  This is the end of Media Unit No.

6 5.  The time is 6:20.

7　　　(A short recess was taken.)

8　　　THE VIDEOGRAPHER:  We are going back

9 on the record.  This is the start of Media Unit

10 No. 6.  The time is 6:28.

11 EXAMINATION BY COUNSEL FOR ASTM INTERNATIONAL

12　　　BY MR. FEE:

13　　Q.　I just have a few questions for you.

14　　A.　No problem.

15　　Q.　I want to ask you primarily

16 questions about your time at NIST and the

17 positions that you took on behalf of NIST

18 during your employment there.  Okay?

19　　A.　Yes.

20　　Q.　So during the time that you were at

21 NIST, did NIST have a position as to whether or

22 not the standards development organization's

Page 312

1 development of standards was a benefit to

2 society?

3　　　MR. BECKER:  Object to form.

4　　　THE WITNESS:  Yes.  NIST doesn't

5 institute, felt that the activities of the

6 standards development organizations are a

7 benefit -- do benefit society.

8　　　BY MR. FEE:

9　　Q.　Can you identify some of the

10 benefits that NIST believed were -- arose out

11 of the standards development organization's

12 developments?

13　　　MR. BECKER:  Object to form.

14　　　THE WITNESS:  So a primary

15 contribution of the standards developing

16 organizations is to convene a wide range of

17 stakeholders in a particular technical activity

18 and to manage the process by which those

19 volunteers collaborate on the development of

20 voluntary standards.  In many cases, those

21 standards are relevant and help protect public

22 health, safety, security and the environment.

Page 313

1      BY MR. FEE:
2    Q.   Why did NIST believe it was
3  important to have a wide range of interests
4  participating in the development process as
5  opposed to just having industry regulators?
6      MR. BECKER:  Object to form.
7      THE WITNESS:  So as the national
8  measurement institute for the United States and
9  also with NIST's broader responsibilities given
10  to the institute by Congress under the National
11  Technology Transfer and Advancement Act, the
12  institute felt strongly that bringing in the
13  largest -- a large range of interested and
14  affected stakeholders was a best practice way
15  to produce robust documents that would meet the
16  broadest range of needs.  In fact, NIST
17  followed -- follows still that practice in its
18  own activities.
19      BY MR. FEE:
20    Q.   During your time at NIST, did you
21  become aware of the fact that it cost money to
22  develop these standards?

Page 314

1    A.   Yes, I was aware of the fact that it
2  is a costly endeavor to support the
3  infrastructure that enables the development of
4  voluntary consensus standards.
5    Q.   Do you have an understanding based
6  on your time at NIST, as to how standards
7  development organizations fund their
8  development activities?
9    A.   Generally speaking, yes.
10      MR. BECKER:  Object to form.
11      THE WITNESS:  I am not familiar with
12  the business model -- specific business model
13  for individual standards developers.
14      BY MR. FEE:
15    Q.   Were you aware of the fact that many
16  SDOs relied on copyright protection as part of
17  their method for funding their development
18  activities?
19      MR. BECKER:  Object to form.
20      THE WITNESS:  Yes, I'm aware of that
21  fact.
22      BY MR. FEE:

Page 315

1    Q.   Did NIST have a position during the
2  time that you were there as to whether or not
3  it was appropriate for standards development
4  organizations to fund their operations at least
5  in part through the sale and licensing of
6  copyrighted documents?
7      MR. BECKER:  Object to form.
8      THE WITNESS:  I don't remember NIST
9  taking a position one way or the other on that.
10      BY MR. FEE:
11    Q.   Does ANSI have a position with
12  respect to that?
13      MR. BECKER:  Object to form.
14      THE WITNESS:  ANSI strongly supports
15  the current private sector model of standards
16  development in the United States.
17      BY MR. FEE:
18    Q.   Does that include support for the
19  ability to fund standards development through
20  the use of copyrights on the standard at issue?
21      MR. BECKER:  Object to form.
22      THE WITNESS:  Yes, that's an ANSI

Page 316

1  position.
2      BY MR. FEE:
3    Q.   During the time that you were at
4  NIST, did the federal government have the
5  ability to write all the standards that were
6  adopted or incorporated by reference if there
7  were not standards development organizations
8  running those standards?
9      MR. BECKER:  Object to form.
10      THE WITNESS:  So in my personal
11  opinion, no, and -- in my personal opinion, no,
12  federal agencies did not and do not have the
13  capacity, the technical capacity or the
14  administrative capacity to develop all the
15  standards that they would need to carry out
16  their mission responsibilities.
17      BY MR. FEE:
18    Q.   And is that belief based upon the
19  work that you did at NIST?
20      MR. BECKER:  Object to form.
21      THE WITNESS:  Yes.  Pursuant to the
22  direction from Congress to federal agencies

Page 317

1 under the National Technology Transfer and
2 Advancement Act, we at NIST had several -- had
3 interactions with federal agencies and were
4 very cognizant of the limited technical
5 resources, the limited budget resources and the
6 value of relying on the private sector that led
7 to the standardization system.
8      BY MR. FEE:
9   Q.   During the time that you were at
10 NIST, did NIST take any positions with respect
11 to whether or not incorporation by reference
12 should respect copyright protection?
13   A.   No.
14   Q.   During the time you were at NIST,
15 were you aware of any other government agencies
16 taking the position on that front?
17   A.   No.
18      MR. BECKER:  Object to form.
19      BY MR. FEE:
20   Q.   Do you know if the OMB A-119 takes
21 any position with respect to whether government
22 agencies should respect copyrights of standards

Page 318

1 development organizations?
2      MR. BECKER:  Object to form.
3      THE WITNESS:  Beginning with the
4 1998 version of the OMB Circular A-119, which
5 is the first one with which I am familiar, all
6 versions pursuant -- succeeding versions have
7 directed agencies to respect the copyrights of
8 the standards developing organizations.
9      BY MR. FEE:
10   Q.   Are you familiar with 1 C.F.R. Part
11 51?
12   A.   No.  Does it have a title?
13   Q.   Yeah.  It's the Office of Federal
14 Register's regulation with respect to
15 incorporated by reference.
16   A.   Yes, I am familiar with it.
17   Q.   Do you know if the Office of Federal
18 Register's regulations with respect to
19 incorporation by reference, take the position
20 with respect to whether or not copyrights
21 should be terminated upon incorporation by
22 reference?

Page 319

1      MR. BECKER:  Object to form.
2      THE WITNESS:  I believe the
3 regulations as well as the related IBR handbook
4 direct agencies to respect the copyrights of
5 standards developing organizations.
6      BY MR. FEE:
7   Q.   During the time that you were at
8 NIST, were you involved in any discussion with
9 either the OMB or OFR with respect to the issue
10 of copyright protection for standards that are
11 incorporated by reference?
12   A.   I was involved in discussions with
13 OMB, the office of international -- information
14 and regulatory affairs and with representatives
15 of the Office of the Federal Register about --
16 about the policy of incorporation by reference.
17   Q.   Did you support OMB and OFR's
18 positions with respect to protection of
19 copyrighted works after incorporation by
20 reference?
21      MR. BECKER:  Object to form.
22      THE WITNESS:  Yes, and that was the

Page 320

1 Commerce Department's position as well.
2      BY MR. FEE:
3   Q.   During the time that you were at
4 NIST, did NIST take any positions with respect
5 to whether or not reasonable accessibility
6 required free online, ability to print and save
7 standards incorporated by reference?
8   A.   We -- the institute did not take a
9 position.
10   Q.   Are you aware of any government
11 agencies that took a position with respect to
12 that issue during the time that you were at
13 NIST?
14      MR. BECKER:  Object to form.
15      THE WITNESS:  No.
16      BY MR. FEE:
17   Q.   Are you aware of any government
18 agency that have ever required free online
19 access, including the ability to print and
20 download in order to be deemed reasonably
21 accessible under the Freedom of Information
22 Act?

Page 321

1       MR. BECKER:  Object to form.

2       THE WITNESS:  No, I'm not aware of

3 any.

4       BY MR. FEE:

5    Q.    During the time that you were on the

6 ANSI board as -- you're acting on behalf of

7 NIST, correct?

8    A.    That's correct.

9    Q.    Did you, on behalf of NIST, express

10 any objections to the positions that ANSI took

11 with respect to copyrightability of standards

12 after they become incorporated by reference?

13   A.    I did not.

14   Q.    To the best of your recollection,

15 did you agree with the positions that ANSI took

16 with respect to the need for copyright

17 protection after incorporation by reference?

18   A.    Yes, I did.

19   Q.    And you were doing that on behalf of

20 NIST?

21   A.    That's correct.

22       MR. BECKER:  I will object to form

Page 322

1 to that last one.

2       BY MR. FEE:

3    Q.    Were you doing that on behalf of

4 NIST?

5       MR. BECKER:  Object to form.

6       THE WITNESS:  Yes.

7       BY MR. FEE:

8    Q.    Okay.  Are you aware of any instance

9 in which an individual was unable to access an

10 ASTM standard?

11   A.    No, I am not aware of an instance.

12   Q.    Are you aware of any instance when

13 an individual was unable to access an NFPA

14 standard?

15   A.    No.

16   Q.    Are you aware of any instance when

17 an individual was unable to access an ASHRAE

18 standard?

19   A.    No, I am not.

20       MR. FEE:  I have no other questions.

21       MR. BECKER:  I would just like to do

22 a quick redirect on that.

Page 323

1       MR. GRIFFIN:  Okay.

2 FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

3    BY MR. BECKER:

4    Q.    Ms. Saunders, prior to -- when Mr.

5 Fee started talking to you at 6:28 today, were

6 you aware of any of the subjects that Mr. Fee

7 might ask you in the past several minutes since

8 he first began questioning you?

9    A.    No.

10   Q.    You said that it cost money to

11 develop standards, correct?

12   A.    Yes.

13   Q.    Do only SDOs pay those costs to

14 develop a standard?

15       MR. FEE:  Objection to form.

16       THE WITNESS:  SDOs bear the cost of

17 maintaining the infrastructure, including IT

18 infrastructure and organizational

19 infrastructure, staff, et cetera, to enable the

20 development of standards.  That's an expense on

21 the part of SDOs.

22       BY MR. BECKER:

Page 324

1    Q.    Do the individuals who participate

2 in the development of standards bear costs in

3 order to develop those standards?

4    A.    So it varies based on the interest

5 category in which the -- in which the

6 participants are categorized.  I mentioned many

7 standards developing organizations maintained

8 low or zero participation fees for the

9 volunteers, but volunteers or their home --

10 and/or their home organizations will of course

11 bear the cost of the travel of the staff to

12 participate in a technical committee meeting

13 when that travel is necessary.

14   Q.    And those costs might also include

15 hotel or accommodation costs as well, correct?

16   A.    It's possible, yes.

17   Q.    And those costs might also involve

18 time off of their job and other things like

19 that, correct?

20       MR. FEE:  Objection to form.

21       THE WITNESS:  So the costs of the

22 existing private sector-led standards

Page 325

1  development system are shared by all of the
2  participants in the system.  The standards
3  developing organizations as I mentioned bear a
4  significant share of the cost and the various
5  participants across a broad range of
6  stakeholders also bear some share of those
7  costs as well, distributed across a large range
8  of interested individuals and organizations.
9       BY MR. BECKER:
10      Q.   Companies pay costs for their
11  employees to participate in standards
12  development, correct?
13      MR. GRIFFIN:  Objection.
14      MR. FEE:  Objection.
15      THE WITNESS:  Companies have an --
16  that have an interest in standards because
17  those standards are relevant to their business
18  models in either domestic or global
19  competitiveness, they find that that's a
20  business expense that is relevant for
21  companies.
22      BY MR. BECKER:

Page 326

1       Q.   Governments pay costs for their
2  employees who participate in the development of
3  those standards, correct?
4       A.   Government --
5       MR. GRIFFIN:  Objection.
6       MR. FEE:  Objection to form.
7       THE WITNESS:  Government agencies do
8  support their technical staff participating in
9  standards development.
10      BY MR. BECKER:
11      Q.   That's at both the federal and state
12  level, correct?
13      A.   I can't --
14      MR. GRIFFIN:  Object to form.
15      MR. FEE:  Objection to form.
16      THE WITNESS:  -- speak to the state
17  level.
18      BY MR. BECKER:
19      Q.   Academics or their institutions pay
20  costs for the academics to participate in
21  standards development, correct?
22      MR. GRIFFIN:  Objection.

Page 327

1       MR. FEE:  Objection to form.
2       THE WITNESS:  I actually don't --
3  I'm not familiar with how universities fund or
4  do not fund their participants.  I'm only
5  familiar with the government agencies and
6  company representatives.
7       BY MR. BECKER:
8       Q.   Do the participants who develop the
9  standards receive any of the proceeds of the
10  sales of those standards?
11      MR. FEE:  Objection to form.
12      THE WITNESS:  No.  They are not the
13  copyright owner.
14      BY MR. BECKER:
15      Q.   Is that the sole determinant of who
16  should receive the proceeds?
17      MR. FEE:  Objection to form.
18      MR. GRIFFIN:  Objection.
19      THE WITNESS:  In my experience, the
20  participants in voluntary standards development
21  process do not receive a share of the proceeds
22  from the sale and licensing of those documents.

Page 328

1       BY MR. BECKER:
2       Q.   Even though they bear part of the
3  costs for the development of those documents?
4       MR. GRIFFIN:  Objection.
5       MR. FEE:  Objection to form.
6       THE WITNESS:  As I said, the cost is
7  borne across the entire private sector-led
8  system, it is widely distributed.
9       BY MR. BECKER:
10      Q.   You testified that SDOs have a wide
11  range of volunteer stakeholders and that they
12  manage the process by which -- sorry, one
13  second, excuse me.
14      You testified that SDOs have a wide
15  range of volunteers or stakeholders and that
16  they manage the process by which those people
17  collaborate; is that correct?
18      MR. GRIFFIN:  Objection.
19      MR. FEE:  Objection to form.
20      THE WITNESS:  Can you clarify what
21  you mean by "manage the process by which they
22  collaborate."

Page 329

1      BY MR. BECKER:
2    Q.   Do SDOs manage the collaboration
3  between individuals in -- in developing
4  standards?
5      MR. GRIFFIN:  Objection to form.
6      MR. FEE:  Objection to form.
7      THE WITNESS:  ANSI-accredited SDOs,
8  I can speak to from personal experience, manage
9  a process which adheres to the ANSI essential
10  requirements which are also reflected in the
11  World Trade Organization's technical barriers
12  to trade agreement, so that -- those processes
13  are open to all materially interested and
14  affected stakeholders.
15      There is a policy of seeking
16  balance, ensuring lack of dominance, ensuring
17  that there are dispute settlement procedures
18  and reaching consensus.
19      BY MR. BECKER:
20    Q.   You had said just earlier that SDOs
21  managed the process by which volunteers
22  collaborate; is that correct?

Page 330

1      MR. GRIFFIN:  Objection.
2      MR. FEE:  Objection to form.
3      THE WITNESS:  Did I say that
4  specifically?
5      BY MR. BECKER:
6    Q.   That was my recollection.
7      MR. GRIFFIN:  Objection.  That was
8  the question.
9      BY MR. BECKER:
10    Q.   Did those volunteers include U.S.
11  Government employees?
12      MR. GRIFFIN:  Objection.
13      MR. FEE:  Objection to form.
14      THE WITNESS:  In specific cases
15  where the standards development activity or the
16  -- either a new standard or the maintenance of
17  a standard has a direct -- is of a direct
18  interest to a particular agency, the agency may
19  assign staff to participate in that activity.
20      BY MR. BECKER:
21    Q.   And does that activity include the
22  drafting of standards?

Page 331

1      MR. FEE:  Objection to form.
2      THE WITNESS:  That activity includes
3  the process of developing the standard from
4  start to finish and participating in both -- as
5  the document moves from stage to stage.  I
6  can't speak to the details of whether federal
7  agencies staff actually put pen to paper.
8      BY MR. BECKER:
9    Q.   Do state and municipal governments
10  also send employees to participate in the
11  development of standards?
12      MR. GRIFFIN:  Objection.
13      MR. FEE:  Objection to form.
14      THE WITNESS:  I have no knowledge of
15  the state and municipal level activities.
16      MR. BECKER:  Okay.  All set.  Thank
17  you.
18      MR. FEE:  I actually have one more
19  question.
20  FURTHER EXAMINATION BY COUNSEL FOR ASTM
21           INTERNATIONAL
22      BY MR. FEE:

Page 332

1    Q.   Can you turn to Saunders Exhibit 1,
2  please, the subpoena.
3    A.   Yes.
4    Q.   I want you to look at Exhibit A
5  which is this -- this issue in this case.
6    A.   Yes.
7    Q.   My question is:  Do you have any
8  knowledge as to whether any government employee
9  played any role in any of the standards listed
10  in Exhibit A?
11    A.   I do not.
12      MR. FEE:  Okay.  That's the only
13  question I had.
14      MR. GRIFFIN:  Thank you all.
15      MR. BECKER:  Thank you.
16      THE VIDEOGRAPHER:  We are off the
17  record at 6:47 p.m.  This concludes today's
18  testimony given by Mary Saunders.  The total
19  number of media units used was six and will be
20  retained by Veritext Legal Solutions.
21      (Whereupon, the proceeding was
22  concluded at 6:47 p.m.)

Page 333

1
2     I declare under penalty of perjury
3  under the laws that the foregoing is
4  true and correct.
5
6      Executed on _____ , 20___,
7  at _____, _____.
8
9
10         _____
11          MARY SAUNDERS
12
13
14  SUBSCRIBED AND SWORN TO BEFORE ME
15
16  THIS _____DAY OF _____, 2019.
17
18  _____  _____
19  (NOTARY PUBLIC)    MY COMMISSION EXPIRES:
20
21
22

Page 334

1                CERTIFICATE OF NOTARY PUBLIC
2
3        I, Bonnie L. Russo, the officer before
4    whom the foregoing deposition was taken, do
5    hereby certify that the witness whose testimony
6    appears in the foregoing deposition was duly
     sworn by me; that the testimony of said witness
7    was taken by me in shorthand and thereafter
8    reduced to computerized transcription under my
9    direction; that said deposition is a true
10   record of the testimony given by said witness;
11   that I am neither counsel for, related to, nor
12   employed by any of the parties to the action in
     which this deposition was taken; and further,
13   that I am not a relative or employee of any
14   attorney or counsel employed by the parties
15   hereto, nor financially or otherwise interested
16   in the outcome of the action.
17
18
19
20         _____
21        Notary Public in and for
          the District of Columbia
22        My Commission expires:  June 30, 2020

# Transcript Word Index

[& - 1-8-14]

## &

**&**
3:6,16 4:5,13 11:18,22
12:7

## 0

**001-162**
9:22
**00167221**
191:6
**00167221-7222**
6:7
**00264718**
119:3
**00264718-723**
5:12
**00264721**
119:13
**00264723**
119:3
**0033**
297:3
**0033-51**
9:8
**004**
303:1
**01215**
1:4 11:4
**015659**
279:5
**016254**
288:15
**016265**
288:15
**0263**
290:4
**0263-267**
8:10
**02677**
291:19
**0268**
290:20
**0268-0276**
8:13
**0277-284**
8:15
**0303**
204:8
**0303-307**
6:9
**0307**
204:8
**0308**
205:16
**0308-0327**
6:12

**031512**
236:9
**0327**
205:16
**0328**
229:21
**0328-0336**
6:15
**0336**
229:21
**0638**
179:16
**0638-0644**
6:5
**0644**
179:16
**0680**
292:14
**0680-684**
8:17
**0685**
293:22
**0685-691**
8:20
**0715**
295:14
**0715-719**
9:2
**0729**
296:8
**0729-736**
9:5
**0771**
298:2
**0771-775**
9:11
**0776**
298:19
**0776-782**
9:14
**0783**
299:21
**0783-790**
9:16
**0791**
300:15
**0791-797**
9:19
**090**
304:9

## 1

**1**
1:22 5:7 10:14 15:3,4,8
115:17 160:21 162:6
165:17 177:19 220:5 231:5

**1 (cont.)**
241:7 273:20 302:9 318:10
332:1
**1.2**
301:2
**1/14**
256:16
**1:11**
115:21
**1:13**
1:4 11:4
**10**
6:3 179:12,15 212:6
**10:16**
1:17 10:4
**100**
304:14
**10005**
4:15
**10-27-11**
8:5
**11**
6:6 190:14 191:4 277:14
**1111**
3:7
**11-19-14**
9:18
**11-30-11**
253:3
**1155**
3:17
**11-6-13**
9:4
**117**
5:10
**1179**
289:12
**1179-187**
8:8
**118**
5:11
**1187**
289:12
**119**
9:8 34:10 282:1 297:8
317:20 318:4
**12**
5:3 6:8 28:1 39:7 55:22
78:20,21 204:1,5 215:18
**12,000**
133:10
**12:23**
115:17
**1250**
2:12 11:6

**12th**
4:5
**13**
6:10 205:10,14 215:21
**14**
6:13 216:21 229:15,19
257:4
**140**
252:19 253:2
**14th**
295:1
**15**
1:16 5:7 6:15 10:5 55:22
230:11,15 234:10,13
235:16
**150**
5:13
**1512866**
93:18
**1527**
294:17
**1527-535**
8:22
**1536**
5:11 117:6
**155**
307:13
**156**
5:16
**157**
5:19 306:7
**16**
5:9 6:17 223:15 230:5
232:7,11 234:9 236:7
237:2
**160**
5:21
**161**
308:19 309:3
**162**
302:9 309:11
**164**
6:2
**167222**
191:6
**17**
6:19 235:2,6 237:1 238:15
**179**
6:3
**17th**
24:6
**18**
7:2 124:2 237:6,10 238:8
304:18
**1-8-14**
7:15

**[18th - 30]**

**18th**
  24:1,5
**19**
  7:3 227:1 236:16 237:22
  238:4,14,17 300:19
**190**
  6:6
**1968**
  199:12,13,16 200:6,8
**1988**
  22:1
**1989**
  28:21
**1993**
  24:15,16 25:2 44:13 47:11
  47:13,18 48:2,8 121:2
**1995**
  27:15,19,21 28:2
**1996**
  25:5 287:13
**1998**
  318:4
**1st**
  21:7

**2**

**2**
  4:14 5:9 16:1,2,6 20:10
  115:21 159:20 163:3 166:8
  206:5 207:17
**2.1.**
  298:11
**2.2**
  292:1
**2.3**
  180:5
**2.4.**
  292:2
**2.6**
  180:18
**2:00**
  18:4,18 19:2
**2:07**
  159:20
**2:36**
  160:2
**20**
  7:6 240:15,19 333:6
**20004**
  3:8,18
**2001**
  24:5,20 25:1 49:3 194:11
  194:19
**2003**
  45:1

**2004**
  181:8
**2007**
  46:21 61:22
**2008**
  24:2,6 46:22 62:1 185:9
  191:9
**2010**
  53:15 56:5 61:6
**2011**
  23:11 24:2 151:7 180:10
  185:13 194:11,19 239:7
  288:19
**2012**
  22:9,17,22 23:12 53:15
  56:5 61:7 179:20 181:6
  182:19 184:2,14 189:10
  211:5 214:11,13 231:6
  251:7 289:16 290:8 291:5
  291:22
**2013**
  214:11,13 230:5 263:21
  292:19 294:4 295:1,18
  296:12
**2014**
  57:6 297:9,11 298:6 299:3
  300:3,19
**2015**
  57:6 117:13,14
**2016**
  66:13,16 70:11 71:16,18
  135:10,15 139:4,6,8
**2017**
  21:7,15 22:11 57:6
**2018**
  6:2 92:9 164:18 304:18
**2019**
  1:16 10:5 117:18 333:16
**2020**
  334:22
**202-220-1115**
  3:19
**202-739-5596**
  3:9
**204**
  6:8
**205**
  6:10
**207**
  44:17 122:1 123:4
**21**
  7:8 151:7 245:12,16
  289:16 292:18 294:4
**212-238-8672**
  4:16

**22**
  7:10 181:6 184:2,14
  247:16,20
**2-27-12**
  7:19
**2-27-13**
  7:17
**229**
  6:13
**2296**
  5:18 156:22
**23**
  7:12 161:10 250:14,20
  255:19
**230**
  6:15
**232**
  6:17
**235**
  6:19
**237**
  7:2,3
**23rd**
  252:10
**24**
  7:14 250:16,21 252:11
  290:7 291:5,22 298:6
  299:3 300:3
**240**
  7:6 210:2
**245**
  7:8
**247**
  7:10
**25**
  7:15 45:2 47:18 256:8,12
**250**
  7:12,14
**2538**
  5:20 159:10
**256**
  7:15
**259**
  7:17
**26**
  7:17 161:1 259:3,7 276:7
**268**
  7:19
**2690**
  150:6
**2690-2692**
  5:15
**2692**
  150:6
**27**
  7:19 182:19 211:5 232:19

**27 (cont.)**
  233:17 252:8 268:6,10
  288:19
**271**
  7:21
**278**
  8:2
**28**
  7:21 270:5 271:9,13
**2845**
  185:14
**2860**
  6:16 230:17
**288**
  8:4
**289**
  8:7,9
**29**
  8:2 251:7 278:21 279:3
  280:18,20,21
**290**
  8:11
**291**
  8:14
**292**
  8:16
**293**
  8:18
**294**
  8:21
**295**
  9:2
**296**
  9:3,6
**297**
  9:9
**298**
  9:12
**299**
  9:15

**3**

**3**
  5:10 70:18 116:21,22
  117:4 123:7 124:17 151:19
  160:2 161:11 199:11
  203:18 219:19 255:18
  285:19 308:17
**3:29**
  203:18
**3:41**
  203:22
**30**
  199:6 280:5,9,20,21
  334:22

**[300 - a.m.]**

**300**
9:17
**301**
9:20
**3083**
6:18 232:13
**3084**
235:8
**3084-3089**
6:22
**3089**
235:8
**31**
8:4 250:20 288:9,13
**311**
5:4
**3-1-12**
6:15
**3121**
237:11
**3121-3122**
7:2
**3122**
237:11
**3123**
238:6
**3123-3128**
7:5
**3128**
238:6
**3-15-12**
6:17
**3-18-12**
7:2
**32**
8:7 289:6,10
**3-21-13**
8:19
**3-22-12**
6:4
**323**
5:3
**33**
8:9 289:20 290:2
**331**
5:4
**334**
1:22
**34**
8:11 290:14,18
**3461686**
1:21
**35**
8:14 291:13,17
**36**
8:16 292:8,12

**3602**
240:21
**3602-3604**
7:7
**3604**
240:21
**37**
8:18 293:8,20
**3792**
245:18
**3792-793**
7:9
**3793**
245:18
**38**
8:21 294:12,16
**3844**
7:11 247:22
**39**
9:2 295:8,12
**3rd**
21:14 22:11

**4**

**4**
5:11 118:19 119:1,12
123:9 180:2 203:22 213:6
279:22
**40**
9:3 296:2,6
**41**
9:6 296:19 297:1,16
**4-10-12**
7:6
**415-875-2300**
4:7
**42**
9:9 297:18,22
**4-21-11**
5:14,17,20
**4-27-12**
6:6
**43**
9:12 298:13,17 299:8
**44**
9:15 299:15,19
**4472**
250:21
**4472-4481**
7:15
**4478**
252:14
**4481**
251:1
**45**
9:17 300:9,13

**4530**
250:20
**4530-531**
7:13
**46**
9:20 301:20 302:15,19

**5**

**5**
5:13 149:22 150:4 154:1
180:17 188:3 280:4 311:6
**5:15**
279:15
**5:18**
279:22
**5:37**
280:4
**501**
70:18 285:19 308:17
**51**
318:11
**5-16-13**
6:14
**5-21-12**
8:7
**5-24-12**
8:14
**5-29-12**
7:21
**53**
67:19,20
**555**
4:5
**57.12048**
199:6

**6**

**6**
5:16 156:16,20 157:16
158:8,19,22 160:10 237:18
295:18 296:12 297:9,11
311:10
**6:20**
311:6
**6:28**
311:10 323:5
**6:47**
332:17,22
**6-27-12**
7:8
**6-28-19**
9:20

**7**

**7**
5:19 157:10 158:19 159:9
160:11 165:8

**70**
199:6,10,13,17 200:6
**7-16-12**
7:10,12
**7-24-14**
9:10,15
**7-29-19**
5:9
**73**
184:6
**75**
45:6 46:12
**75.513-1**
199:12

**8**

**8**
5:21 160:16,20 170:6
**8056**
7:16 256:14
**8-28-15**
5:11
**8802**
259:9
**8802-805**
7:18
**8804**
260:1
**8805**
259:9
**8b**
169:19

**9**

**9**
6:2 164:12,16 165:9
177:15,16 239:11
**9053**
268:12
**9053-056**
7:20
**9056**
268:12
**9121**
271:15
**9121-124**
7:22
**9124**
271:15
**93**
24:20 45:1
**94104**
4:6

**a**

**a.m.**
1:17 10:4

**[a119 - agencies]**

**a119**
  45:22 79:3 85:3 102:6,7,9
  102:10 114:2 139:7 150:17
  204:22
**ability**
  178:3 247:4 315:19 316:5
  320:6,19
**able**
  19:22 43:22 132:11 141:21
  145:13 170:10 171:22
  197:11 248:9 271:3
**abridges**
  4:9
**academics**
  211:7 233:19 326:19,20
**accepted**
  71:19
**access**
  136:5 138:8 140:15,19
  141:16 142:2,3,6 145:7,14
  146:9,17 147:4,12 148:5
  148:15 149:2,10 152:1,5,8
  153:16 154:8,9,15 155:10
  155:13 166:12,18 167:12
  168:22 169:12,15 170:7,20
  170:21 172:16 174:16
  207:12 208:1,7,12,19,20
  208:21 209:3,14,16,19,20
  210:11 217:3,7,10,14
  218:4 219:7,11 220:3
  224:3,22 225:12 226:13
  228:3 242:6,11,17 243:2,2
  243:6,9,21 244:17 250:4
  272:9 274:10 320:19 322:9
  322:13,17
**accessibility**
  320:5
**accessible**
  303:14 304:2,4 320:21
**accessing**
  129:4 170:12 171:6,13
  172:2,4 175:2 225:6
**accommodate**
  155:7,12
**accommodation**
  324:15
**account**
  101:4 102:1
**accredit**
  79:19 131:8
**accreditation**
  49:16 74:17 75:3,4,19 76:3
  76:6,7,9,11,14,16,17,18,20
  77:2,8,13,14 78:1,7,14
  79:15 80:1,5,10,12,17,22
  81:2,5,6,11,12,16,19 82:4

**accreditation (cont.)**
  82:11 83:5,19 129:19
  130:14,21,22 306:2
**accreditations**
  81:4
**accredited**
  79:21 127:21 131:4,13
  210:2,5 220:7,13 260:17
  329:7
**accreditor**
  75:7
**accreditors**
  77:1 82:16 83:19
**accredits**
  74:17,20 123:2 130:18
  131:8
**accrue**
  106:19
**accurate**
  117:18 156:5 161:16 197:9
  259:19 280:16 297:16
  299:8 303:7
**accurately**
  155:21 280:12 289:2,17
  290:9,11 292:3,21 294:9
  295:5,21 296:16 298:9
  300:6,22
**achieve**
  36:14 58:6 155:8
**achieved**
  38:6
**achieving**
  273:1
**acquired**
  208:7
**acquisitions**
  73:1
**acronym**
  195:3 196:2
**act**
  27:15,19,21 30:11 39:6
  45:18 77:17 78:5,19 79:14
  80:7,16 81:15,17 82:3
  83:16 84:6,10 89:11 92:19
  93:16 99:2,9 100:14 101:3
  104:3 109:18 152:17 178:9
  185:12 218:16 282:1
  313:11 317:2 320:22
**acted**
  186:7
**acting**
  321:6
**action**
  15:13 127:20 202:22 203:7
  286:3 334:12,16

**actions**
  99:8 128:4 164:9 239:15
  240:2 282:18 284:3 285:18
  285:21 287:1
**activities**
  9:13 27:2,3,7,8,10 28:6
  30:10,13 39:11,12,17,17
  40:4 43:13 45:20 48:17,20
  49:6,7 51:4,5,18 52:7,17
  54:2 62:8,12,14,19 63:3
  68:1 69:4,6 71:6,7 72:16
  72:21 73:5,20 74:13,18,19
  74:21 75:2,13,14 77:19
  79:1,4,10 96:4 102:13
  119:18 152:10 180:6,18
  181:10 197:8 204:16,20
  261:1,4 268:18 282:2,3,20
  283:16 285:6 286:9,14,18
  287:1,16 299:1 306:1
  308:7 312:5 313:18 314:8
  314:18 331:15
**activity**
  31:4 81:13 285:14 287:20
  312:17 330:15,19,21 331:2
**actual**
  47:1 130:17 137:7
**acus**
  144:8,13 170:2 239:8
  249:15 251:12,14 252:9
  255:19,20 256:3
**add**
  129:6
**added**
  224:13 239:19
**adding**
  239:16
**addition**
  135:20 160:13 201:8
**additional**
  21:20 88:19 123:9 202:18
  203:6,12 241:5 246:14,17
**address**
  14:13 130:7,7 188:1,21
  225:2 233:3,14 244:19
  247:7 261:1,11
**addressee**
  232:15 241:13,14 251:5
  275:14
**addressees**
  232:17 241:6
**addressing**
  140:3 261:3
**adhere**
  286:9
**adheres**
  329:9

**administered**
  44:16 123:4
**administers**
  78:9 80:2 131:2
**administration**
  23:21 24:14 25:6,8 28:20
  29:1 34:4 47:10 55:1 82:1
  84:22 85:10,20 175:13
  192:17 199:4 211:4,9
  212:14 214:20 233:21
  235:13 252:15 303:10
  305:6 306:16 307:4
**administration's**
  85:7 182:22
**administrative**
  99:2,9 100:13 101:2 104:2
  143:13,14,15,20 144:8
  147:21 163:7 170:2 249:8
  249:9 316:14
**adopted**
  316:6
**advancement**
  27:15,19 30:11 39:6 45:18
  70:20 71:4 78:19 92:19
  93:16 152:17 178:9 218:16
  282:1 313:11 317:2
**adverse**
  247:3
**advice**
  66:4 170:19 186:12,13
**advise**
  62:11
**advisement**
  89:3
**advisory**
  44:16 121:21 122:8 123:3
  123:4 238:21 303:16 304:1
**advocacy**
  307:11 308:10
**advocate**
  107:15 113:5,12 115:3
  281:17
**advocated**
  250:9
**advocates**
  107:20 111:20
**affairs**
  25:11 214:5 246:22 319:14
**affect**
  137:12
**affiliated**
  189:13
**affiliations**
  11:15 32:12,14
**agencies**
  27:5 28:3 30:8,12,15 37:9

[agencies - apparently]

**agencies (cont.)**
39:8,10 40:1 41:14 73:18
73:18,19 78:21 79:9 85:12
85:17 86:1,7,20 89:2 90:15
94:1,9 95:11 96:4 98:21,21
99:6 102:1,11 105:9
107:21 108:7,21 111:1,21
112:1 113:3 114:12 134:1
136:10 137:4 139:9 147:1
150:19 151:22 152:5,6,7,7
152:12,18 155:8,13 167:11
167:20 168:4,10,14,17,21
169:4,20 170:19 188:7
195:20 197:21 200:18
201:13 217:4 218:17
219:20 220:2 228:14,17
232:5 239:13,22 252:3
261:15 281:19 282:12,14
282:17,18 283:1,3,4,8,19
283:21 284:3,6,11,19
287:13 316:12,22 317:3,15
317:22 318:7 319:4 320:11
326:7 327:5 331:7

**agency**
31:1,2,5,11,17,21 40:1,1,5
40:6 45:18 96:3 99:3,11,19
99:21,21 100:20 102:21
108:5,17,22 109:5,14,18
109:22 110:4,7,7,8,9 111:1
111:9 112:16 113:4,4,6,13
115:9,13 137:21 140:3
154:4 155:1 164:3,5 166:1
166:6,9,20 167:1,8,13,14
167:17,18 168:18,18
178:11 196:5,18,22 197:6
197:8,9,12,15 198:3,6,12
198:13 199:20 200:1,13
201:3,15,15,17,20,20
202:2,3,6 211:10 228:19
233:22 238:20 260:6
261:17 282:2 283:13,15
320:18 330:18,18

**agency's**
30:21 113:9,16 115:6

**agenda**
5:16,19 6:8 8:9,16 9:2,9
157:2 159:4,13 160:10,11
180:5,18 204:10 205:21
230:4 290:6,12 292:1,16
292:19,22 293:16 295:7,16
298:4,10,11 301:2,3

**agendas**
157:4,7 293:4,6

**agent**
282:16

**ago**
19:8 47:18 55:17 156:4
171:21 183:6 186:3

**agree**
10:13 20:2 295:4 321:15

**agreed**
55:2 151:20 266:19 267:8
306:22 307:1

**agreement**
5:21 20:3 26:5,13 79:7
131:22 161:4 226:12,16,21
255:19 264:20 266:9 267:5
283:17 329:12

**ah**
306:9

**ahead**
78:10

**aid**
140:12

**air**
1:7 10:21 216:1

**ajit**
253:5,18

**al**
15:18 277:11

**alec**
307:7,10,15

**alias**
241:21

**alice**
308:22 309:7

**allow**
151:21 231:12

**allowed**
176:12

**allows**
100:22

**altered**
214:2

**alternative**
34:15

**amend**
160:8 182:21 211:7 233:20

**america**
61:11

**american**
1:3,7 3:2 10:17,20 20:21
20:22 38:10 52:4 74:17
81:1 82:4 127:15 128:1,4
128:12 131:6,15 132:5,11
132:17 133:1,3,6,7,16,18
133:22 134:3,6,20 136:9
136:11 209:12 257:14

**amicus**
277:12 278:4,17,20

**amount**
29:5

**anab**
82:5

**andrew**
4:4 11:20

**annual**
83:7,11,12

**ansi**
5:10,11,15,18,20 6:5,9,12
6:15,16,18,19,22 7:2,3,5,7
7:9,11,13,15,16,18,20,22
8:8,10,13,15,17,20,22 9:2
9:5,8,11,14,16,19 21:2,10
23:4 38:9 40:12,13,15,16
40:20,21 41:6,10,11,12,14
42:11,12,13,15,18,22 43:1
43:6,9,13,17 44:1,5 47:7
47:14 48:2,3,10,13,20 49:6
49:8,12,15,20 50:6,22 51:2
51:3,12,20 52:2,3 53:3,5
64:18 65:1,10,18,22 66:2,4
66:10 67:3,5,6,8,10,17,18
67:19,22 68:6,21,22 69:16
70:3 71:11 72:11,15 73:15
73:22 74:14,16 75:6,19
76:3,6,6,9,16,22 80:5,8
81:3,10,14,18 82:1,4,5
83:19 105:11 107:9,15,20
111:20 113:5,12,18 114:1
114:5,7 116:6 117:6,6,10
117:14,20 118:2 120:1,3,4
120:4,6,8,11,12,14,20
122:22 123:2,10,19,19,20
124:1,3,5,6,8,15,18 125:5
125:12,17 127:11,11,12,17
128:3,10,16,18,19,20
129:19 130:12,14,18,21
131:2,7,13,17 134:5,7
135:20,21 136:2,4,12,15
136:19,22 137:2,3,3,7,11
137:17 138:8,14 139:3,11
139:16,18,21 140:7,11,16
140:22 141:8 146:5 150:6
150:6,6,11 151:2,5,19
156:10,21,22 157:6 159:6
159:10 168:15,15 179:16
179:19 181:4,10,12,15,17
182:3,7,12,17 183:8,9,11
183:12,20,21 184:1,6
189:11,22 190:6,8,12
204:8,8,10 205:15,16
210:5 211:17,22 216:21
217:2,22 219:1 220:7,10
220:13,19 221:1,2,9,14,15
223:3 224:17,19 225:6,11

**ansi (cont.)**
225:17 226:2,15,17 227:11
227:16 229:3,20 230:5,16
230:22 231:2,9,12 232:13
233:2,14 234:19 235:7,10
236:8 237:1,10,16 238:6,6
240:20,21 241:5,5,8,19,20
243:15,20 244:3,8,19,21
245:18 247:22 250:20,21
251:12,14,20 252:2,14
253:22 254:16 255:9,20
256:3,13,14 259:9,9 260:1
260:17 268:11 269:3,15
271:15,15,15 272:5 274:2
274:12,17 277:12 278:2,3
278:4,8,17 281:2,5,12
284:15 285:5,19 286:12
288:18 289:11,12,15 290:4
290:7,19 291:5,18,21
292:13,17 293:6,16,21
294:3,17,20 295:13,17
296:8,11 297:2 298:1,5,18
299:1,20 300:2,14,18
306:2,21 310:7 315:11,14
315:22 321:6,10,15 329:7
329:9

**ansi's**
40:16 68:1 69:4,4,5 73:16
81:7 83:4 190:2 219:22
222:17,21 234:5 281:16
293:14 310:7

**answer**
29:22 31:14 32:8 37:22
47:20,21 77:12 84:1,7
111:4 129:7 138:19 142:10
148:10 155:19 175:10
229:9 264:20 266:9 267:20
271:8

**answered**
90:2 147:7,15 149:5

**answers**
13:5 14:11 116:1 160:6,7

**anybody**
143:7 214:9,14 310:3,13
310:17

**anyway**
189:16

**api**
208:18 209:5,10

**apologies**
279:10

**apologize**
190:20

**apparently**
252:21

**appeal**
127:20,22 128:3 277:14
278:7
**appeals**
118:6 127:6 128:2
**appear**
230:3 289:2
**appearances**
3:1 4:1 11:15
**appears**
119:20 196:15 199:7,14
206:17 257:2 293:1 299:10
334:6
**applicable**
163:7
**application**
161:15 162:3
**applied**
70:4,14,16,17,19 71:1
175:20
**applies**
46:12
**apply**
70:9 130:20 162:16 175:15
**approach**
187:1
**appropriate**
28:6 85:13 190:3 244:12
315:3
**approval**
211:10 233:22 301:3
**approve**
58:11
**approved**
127:16 161:13 162:1,21
**approves**
69:12
**approving**
124:13
**approximately**
44:20,22 55:19 57:4 66:17
80:11 83:3 123:22 124:2
127:3
**april**
151:7 304:18
**archives**
84:22 85:6,9,20 175:12
182:21 211:3,8 233:20
235:12
**area**
35:15 57:16 84:11 108:20
112:18 207:1
**areas**
30:22
**argument**
213:13,18

**arguments**
207:7,9,15,20
**arose**
312:10
**arrange**
140:18 151:20
**ashrae**
277:6 322:17
**asked**
18:12 54:21 55:5,7,9 63:20
64:9,14 69:9 103:18
104:10,17,22 105:18 106:7
116:5 139:4 147:14 191:15
203:10 245:9 247:5 248:22
262:19 264:13,16 265:20
**asking**
13:4 19:8 25:21 75:21 76:6
82:14 105:22 114:19 175:3
190:22 191:19 212:22
246:3 248:5 261:10 262:4
262:6
**asme**
188:5 274:17 275:1
**aspects**
59:18 60:11 224:16 264:14
**assessment**
74:5,8,13,15,18 75:2,6,8
75:14,18 76:2,12 78:22
79:4,10 82:10,11 83:17
84:5 294:21
**assign**
330:19
**assignment**
307:16
**assignments**
306:11 310:14
**assist**
140:2
**assistance**
140:12 141:9
**assistant**
23:19
**assisted**
52:20 182:7
**assisting**
220:1
**associate**
16:11 21:11 22:7 23:5,9
72:12,17,19 138:20 260:12
**associated**
75:15 244:9
**association**
1:6 3:14 4:21 10:19 46:17
61:21 62:7 63:1,20 64:5,7
70:19 71:3 81:2 189:20
199:5 209:15 216:2 307:9

**associations**
42:7
**assume**
200:5 209:8 289:19 291:8
**assumed**
64:14
**assuming**
223:19
**assumption**
224:2
**assumptions**
196:17,21
**assure**
142:1 169:11
**astm**
1:4 3:3 10:18 12:3,5 15:18
32:20 44:13,15 45:7,12
46:4,8,13 53:11,13,15,17
53:19,21 54:2,6,13,16,19
52:5 55:6,9,13,20 56:3
58:17 59:14 60:4 61:7,9,13
61:16 121:1,7 122:4,14
123:5 188:4 208:17,22
209:3 274:21 275:10,17
277:5,11 279:4,5 288:15
311:11 322:10 331:20
**astmo16254-265**
8:6
**astm's**
209:1
**attached**
235:15 237:2,17 252:3
256:2
**attaching**
307:16
**attachment**
9:21 236:8 237:19 308:5
309:10 310:19
**attend**
59:3,9 68:2 285:13
**attendance**
204:11
**attended**
304:17
**attending**
11:14 68:9
**attention**
260:15 310:18
**attest**
142:13,22
**attorney**
116:16 302:2,11 334:14
**attributor**
206:16 216:10
**audible**
13:15

**audio**
10:11,11
**audit**
191:21
**august**
1:16 10:4
**auspices**
147:20
**authentic**
233:4 259:20 297:16 299:9
**authoritative**
92:12 94:14 95:2,8
**authorities**
108:6
**authority**
177:19 197:7
**authorized**
174:6,8
**authorizing**
110:15,18 178:5
**automatically**
68:17 123:18,20 125:5,21
**availability**
52:11 138:12 139:9,13
140:4 141:10,13 142:1
165:11 170:1,8 178:1
220:3 223:9 242:18 248:12
249:21 255:22 261:12
263:20,22 273:1
**available**
18:13,14 31:5,10 50:18
53:3 62:11 83:7 86:11
140:9 141:3,18 142:8,18
143:5,9 144:17,21 147:1
165:13,21 166:3,7 167:3,8
167:20 168:2 169:22 177:3
177:10 189:8 207:9,16
208:16 210:18 212:4,17
213:2,9 215:2,6 220:11
223:4 227:3,8 242:3,4,8,9
242:15,21 243:6,17,21
244:10,14 245:1 246:10
250:3,9 261:18 262:8,13
262:15 272:6,11,12,17,18
273:6,12,22 274:3 275:2
**avenue**
3:7
**aviation**
303:10
**avoid**
241:13
**avoids**
90:7
**aware**
15:20 31:18 48:11 75:18
76:1 94:21 97:17,21 98:1,5

[aware - board]

**aware (cont.)**
102:14 103:1,11,16,21
104:6,8,15,20 105:16
111:8 112:20 117:15 129:2
130:11,13 145:5,18 147:19
148:3 166:16 167:10
168:20 169:7 171:3,12,13
178:10,17 179:1,5 185:3
206:12 221:2,15 223:9
243:15,19 269:16 274:1
283:12,15,18 284:2 313:21
314:1,15,20 317:15 320:10
320:17 321:2 322:8,11,12
322:16 323:6

**b**

**back**
19:18 55:15 66:13,14
67:11 77:16 79:12 115:19
123:7 133:15 147:8 159:22
180:21 185:19 193:19,20
203:20 232:20 236:7 276:6
280:2 311:8

**background**
30:19 60:5,6

**backwards**
23:10,18

**bad**
35:17

**bakery**
268:18 269:5,8,17,19
270:1

**balance**
34:14 36:2,5,6,14 38:5
58:6 128:22 129:12,13
130:2,3 177:21 329:16

**balancing**
177:17

**barriers**
5:22 26:4 79:6 131:22
160:21 161:4 329:11

**based**
68:20 208:15 286:21
287:20,22 288:4 309:15
310:9,10 314:5 316:18
324:4

**basis**
67:12 69:7 122:22 137:2
139:16 166:6 176:16
193:16 198:15 208:16
213:20 244:11 246:16
264:1 266:16,21 272:11
310:14

**bates**
117:6 119:12 232:12 235:7
237:11 245:18 247:21

**bates (cont.)**
252:14 256:14 279:5

**bcc**
233:3 241:12,15

**bcc'd**
241:11

**bear**
323:16 324:2,11 325:3,6
328:2

**becker**
4:3 5:3 11:17,18 12:17
15:2,6,22 16:4 19:15,19
20:6,11 25:16 26:15 28:15
31:8,15 32:11 33:10,21
35:8 37:3,13 39:1,14 40:7
41:19 42:2 43:5,20 45:9
46:3 47:22 48:18 50:4,10
50:16 53:10 54:10 58:9,15
59:6,17 60:1 62:3 63:6
64:16 65:8,14 69:14 70:1
73:12 77:7,20 78:11 79:11
80:4 82:17 83:2 84:3,12,17
85:5 86:16 87:4 88:1,14,20
90:3,18 91:8,13,18 92:10
93:1 94:22 95:6,13,20 96:7
96:14 97:11 98:14 99:10
100:5,16 101:6,17 102:5
102:22 103:15 104:7,14
105:10,19 106:4,11,20
108:2 109:3 110:1,16
111:7,15,19 112:12 114:6
114:13 115:2,14,22 116:20
117:2,19 118:12,21 119:22
120:17 121:12 122:12
123:6 125:16 126:1 127:2
128:15 130:10 131:10
132:9,22 133:14,21 134:10
136:1 137:10 138:13 139:1
140:5,20 141:14 142:14
143:2 144:1,14 145:4,21
146:6,14 147:6 148:2,12
148:21 149:7 150:2 152:3
153:1,13,21 155:2,20
156:6,18 157:12,15 158:6
158:17 159:8,16 160:3,18
163:22 164:14 168:19
169:5,13 170:4 171:2,11
171:19 172:18 173:14,20
174:7,20 175:17 176:2,15
177:7,14 178:16,22 179:14
182:6,11 183:18 186:15
187:7 190:17 194:8,20
195:22 197:17 201:6
203:13 204:3 205:12 210:7
213:16 215:17 217:21
218:11,22 219:10 220:4

**becker (cont.)**
221:13 222:4,11,20 223:8
223:14 225:10,22 226:10
228:6 229:2,12,17 230:13
232:9 234:14 235:4,21
236:6 237:8 238:2,12
240:10,17 243:4,14 244:6
245:14 247:18 250:7,18
254:6,14 255:1,17 256:10
258:2,18 259:5 261:8
262:10 263:2 265:2,9
266:2,11,15,20 267:9,17
268:8 270:16 271:2,11
273:3,16 275:6,15,21
276:5 278:15 279:1,10,18
280:7,19 281:1,8 282:9,22
283:11 284:13 286:11
287:21 288:11 289:8,22
290:16 291:10,15 292:10
293:10 294:14 295:10
296:4,21 297:20 298:15
299:17 300:11 301:15,22
304:21 305:16 306:4
307:20 308:9,14 309:4
310:2,12,21 311:3 312:3
312:13 313:6 314:10,19
315:7,13,21 316:9,20
317:18 318:2 319:1,21
320:14 321:1,22 322:5,21
323:3,22 325:9,22 326:10
326:18 327:7,14 328:1,9
329:1,19 330:5,9,20 331:8
331:16 332:15

**bedrock**
131:19

**began**
25:4 323:8

**beginning**
264:22 318:3

**begun**
135:20

**behalf**
2:15 3:2,13 4:2,11 12:3,5,8
48:9 61:12 211:18 311:17
321:6,9,19 322:3

**belief**
264:1 316:18

**believe**
19:7 26:6,11,12 44:14
46:21 48:14 53:3 55:8,22
61:11,22 80:16 81:1 82:6
83:6 107:12 116:21 121:1
124:14 135:19 136:15
141:6,8 143:18 158:18,21
161:20 184:3 186:10 216:5
220:14 233:1 242:7 270:5

**believe (cont.)**
272:15 295:3 297:17
307:12 313:2 319:2

**believed**
265:10 312:10

**believes**
192:7 244:8

**believing**
221:2,15

**belongs**
221:6

**beneficial**
154:7

**benefit**
106:12,18 123:8 131:12,18
312:1,7,7

**benefits**
113:18 114:8 132:10,21
190:4 312:10

**benefitted**
257:10

**best**
14:22 116:19 130:2 156:1
195:19 197:18 280:17
311:1 313:14 321:14

**better**
62:18 200:3

**beyond**
87:21 116:9 171:5 175:9
274:11

**bhatia**
251:17,18,19 257:5,17
258:3,12,20

**bill**
185:13,15 212:7,10 213:6
213:22 214:6,10,16,22
246:20 247:2,14 248:21

**billed**
154:5

**bit**
29:21 30:19 62:22 116:13
282:4

**board**
46:17 48:15 49:16 51:21
53:15,17,18 54:3,6,16,19
54:22 55:3,4,12,14,20 56:5
61:6,21 62:6,21 63:3,8,12
63:15,17,18,21 64:10,17
64:19 65:1,5,7,10,20 66:3
66:9 67:12,18,19,20 68:8
68:14,16,18,19,20,21 69:3
69:5,7,9,12,12,16 74:17
76:17 106:21 107:2,4,6,9
107:10 118:2,6 124:6,10
127:7,12 128:2 179:19
183:22 184:2 189:11

[board - changes]

board (cont.)
204:10,11 205:21 230:5
271:19 278:2 290:7 291:5
291:22 292:17 293:18
294:3 295:17 296:11 298:5
300:2,18 321:6
boards
32:15 153:10
bockius
3:6
bodies
28:5 39:10 61:11 76:16
79:20 80:12 81:5
body
40:21,22 75:11,12 76:14
80:10,17,22 81:15,19 82:5
122:22 123:1 133:7,8
140:17 161:14 162:2,22
bonnie
1:20 11:11 334:3
borne
328:7
bottom
161:11 165:10 169:19
170:5 201:7 268:13 272:3
276:14
box
184:5
brazil
207:1
break
14:6 19:19 111:16,17
115:14 159:17 160:4
203:14 279:17,19 282:4
311:2
bremer
248:9 249:6,7,11,13,17,19
250:8 251:7,9
bridges
4:4 11:20 20:8
brief
256:1 278:4,18,20
briefed
69:6
briefings
67:21 69:3
bring
255:21 260:15
bringing
313:12
brings
190:5
broad
244:17 272:9 325:5
broader
22:2 241:20 313:9

broadest
313:16
bsi
202:14 203:6
budget
9:8 69:12 100:3 297:7
317:5
budgetary
54:9,12
building
285:3,3
bullet
161:11 162:6 207:17 219:6
219:19 239:11 255:18
bullets
223:20
burden
141:9
bureau
21:19 23:22
business
154:5 155:6,18 156:10
157:6 158:9 159:2,6
172:10,11 226:6 314:12,12
325:17,20
businesses
272:14 273:14
buy
173:6,11

**c**

c.f.r.
193:4,6,7 195:4 196:16
199:6,12,22 201:9,12,18
202:15 318:10
c.f.r.s
303:18
c.f.r.s.
303:15,19
cadence
116:18
california
4:5,6 276:16
call
75:2 174:5 175:10 253:4,9
253:12 254:1
called
24:16 31:6 167:21 173:8
211:6 233:18 241:16
campaign
188:6,17
candidate
55:3,10
candidates
70:6

capabilities
175:10
capacity
17:7 44:10 45:13,14 46:15
46:17 47:4 48:4 56:4 61:8
78:1 316:13,13,14
capital
25:9 28:22
captured
202:18
career
25:5 32:20
carl
143:3,18 184:7,13,16
185:20 186:17 191:12
260:15 276:13
carry
108:8,18 109:20 110:5
112:2,17 247:4 316:15
carrying
107:22 111:22 215:16
carter
4:13 11:22
case
1:3 11:4 13:2,15 14:1
121:19 123:3 166:4,4
172:17 196:6 202:20
220:17 243:5 276:16 285:7
301:16,19 306:21 332:5
cases
31:19 76:7 138:2 168:14
213:15,20 221:8 303:16
306:21 312:20 330:14
categories
36:8,11 38:4,8,12,17 41:12
41:20 44:6 124:19,21
125:1
categorized
324:6
category
37:12,15,21 38:3 41:13,15
41:18,18 42:4 44:7 46:5
125:7 129:14 130:5,6
324:5
catherine
20:15
cause
139:4
caution
227:3 267:6
cc'ing
248:2
cease
139:5 216:9 260:18
cell
10:9

cellular
10:8
centers
168:11
ceo
66:4 67:22 251:19
certain
60:2 100:1,2,22 110:2
200:18 235:22 236:3
272:10
certainly
66:12,15 156:14
certainty
185:12
certificate
334:1
certification
74:11 75:12 79:20
certifier
75:11
certify
334:5
certiorari
301:7
cetera
323:19
chain
5:11 7:2,6,8,10,12,15,17
7:19,21 134:22 271:16
chair
43:10 49:11,12,14 50:20
65:2,3,18,19,21 66:4,9,10
67:2,5,10 68:11 116:8
118:4,9 123:16 124:13
151:13 153:9 288:21
chairing
67:13 68:10,12
chairman
66:3,8 123:16 189:11
chairs
65:4,7 66:2,2,8 68:16
123:18,20
challenge
166:1
challenging
184:8
chance
14:16
change
35:18 102:14 103:2,21
116:3 117:13 198:2
changed
227:9
changes
9:6 14:17,18 60:15 297:6

[changing - compliance]

**changing**
263:11,14,16,20 264:3
265:12 267:12
**characteristics**
34:13 35:2 36:1 162:11
**characterize**
155:22
**characterizes**
63:11
**charge**
81:3,5,10 184:8 213:9
272:13 273:13
**charged**
193:14
**chart**
5:10 117:11,14,21 123:10
**check**
58:17 110:22 223:1
**checking**
262:20
**chief**
16:11 24:7,22 49:2,3,9
73:2,3,10 149:13,16 185:7
**chilling**
239:13,21
**china**
51:10 206:22
**chronological**
49:20
**circuit**
277:13
**circular**
9:8 34:10 45:22 79:3 85:3
89:4 90:14 92:5,8,20 93:16
101:21 102:7,9,10 114:2
139:7 141:19,20,22 147:22
150:17,20 152:18 170:3
242:19 262:6,7,13 263:6
264:9 282:1 297:8 318:4
**circulars**
303:17 304:1
**circulated**
261:14 278:3,9,11
**circumstances**
176:14
**citation**
193:7 196:16
**citations**
193:16 197:10
**cite**
195:20 196:15
**cited**
201:12 208:18 209:5
**cites**
196:4 222:3

**citing**
195:6 199:7
**civil**
5:8 15:13
**clarification**
265:1
**clarify**
33:8 75:22 126:5 328:20
**classified**
37:11
**clear**
59:22 76:5 88:18 174:18
309:22
**clearest**
14:2
**clm.com**
4:17
**close**
266:14 277:19 306:8
**closed**
158:3,14 159:14 160:13
**closer**
202:19
**coast**
202:3 252:9
**code**
85:15 86:3,14 87:19,20
94:11 109:11 135:13 136:7
136:21 137:20,22 183:2
193:15 194:18 195:17
199:6 203:9 211:11 234:1
304:7
**codes**
307:22 309:16
**codified**
45:22
**cognizant**
317:4
**collaborate**
166:9,17 312:19 328:17,22
329:22
**collaborated**
168:21
**collaboration**
329:2
**colleague**
11:20 172:22 174:2,12
175:5
**collected**
225:16 226:2
**collects**
225:1
**columbia**
1:2 11:4 334:21
**column**
195:2 198:14 199:8,14

**coming**
57:8 266:13
**comment**
14:18 99:3 100:15,17
101:1 102:17 142:22 143:1
145:10,19 146:4 149:20
154:22 189:5 211:6 241:7
241:8 247:6 249:1 262:8
262:14,16
**commented**
56:10 122:9
**comments**
6:20 7:3 60:12,14 99:4
101:3,4 143:21 145:19
148:1 196:7,10 231:20
233:18 235:11 236:15,17
237:17 261:17
**commerce**
16:13 21:19 23:22 25:4
48:10 71:16 72:2 187:21
284:19 320:1
**commercializing**
257:14
**commission**
29:3 41:3 51:7 79:19
333:19 334:22
**commit**
203:8
**commitments**
156:13
**committee**
41:2 43:9,11,12 44:13,15
44:19,21 45:4,8,13 49:12
49:15 50:22 51:2,2,12,14
51:16,16,19,20 52:18,19
53:2,4,4,12 56:8,17 59:4
62:9,20 65:3,4 67:6,7,13
118:3,5,7,9,16,17 119:9,19
120:13,21 121:7,11,14,15
121:18 122:1,7 123:14,17
123:19,21 124:1,4,5,7,8,12
127:7,11 150:11,16,16,21
151:5,5,14 153:8,9 157:19
158:2,5,15 179:19 181:18
182:1 183:13,22 213:13,18
214:5 215:13 238:21
247:11,12,13 257:4 269:1
269:4 288:18 289:15
292:17 293:18 294:3,20,22
294:22 295:17 296:11
298:5 299:2 300:2,18
304:20 305:7 306:16,18
307:4 324:12
**committees**
48:15 52:1 58:5 62:10
68:10,12,17 120:19 127:9

**committees (cont.)**
153:7
**committee's**
215:14
**common**
35:12,19 285:1
**commonly**
21:1
**communications**
19:4 79:19 126:3,4 187:22
190:2
**community**
25:10 29:2,7,11 51:4 52:9
52:10 73:22 74:2 109:2,7
140:3 151:21 164:6 211:19
214:18 246:11 255:22
284:18
**companies**
135:5 173:6 325:10,15,21
**company**
41:17 173:7,10 189:15,17
225:2 270:13 327:6
**compare**
238:14
**compared**
193:3
**compatibility**
80:1
**compensation**
244:12
**competence**
75:5 76:19 77:15 82:2
**competent**
78:8 80:18
**competitiveness**
257:12,13 325:19
**compilation**
274:1 306:6
**compile**
236:16
**compiled**
199:1
**complained**
129:3
**complaining**
145:13
**complete**
136:14
**completed**
224:22
**completely**
14:12
**completing**
92:7
**compliance**
161:15 162:3 163:8

[comply - copyrighted]

**comply**
164:7 172:14 215:14
**component**
24:8 28:22 52:14 68:13
78:18 163:21 202:3
**components**
164:1
**comprehensive**
232:2 258:8
**comprised**
55:20 150:18
**computer**
224:10
**computerized**
334:8
**concern**
140:6,22 141:7,11 147:19
192:21 228:7
**concerned**
192:2 228:8
**concerning**
179:4,10
**concerns**
101:13,19 206:12
**concluded**
155:4 310:22 332:22
**concludes**
332:17
**conditioning**
1:8 10:21 216:1
**conduct**
25:20
**conducted**
151:11
**conducting**
152:9 172:11 287:15
**conference**
143:13,15,16 144:9 147:21
170:2 249:9 251:12,14
253:3,8,12
**confidential**
279:9
**confirm**
220:16
**confirming**
74:13
**conform**
130:1 135:1 172:14
**conformance**
128:10 130:22 281:18
**conformity**
74:5,9,15,18 75:2,6,8,14
75:18 76:2,12 78:22 79:4,9
82:10,11 83:17 84:4
294:21

**confusion**
196:1
**congratulations**
260:9
**congress**
27:17 93:21 96:6,12
109:19,19 110:5 178:12
219:20 252:3 255:6,9
287:11,17 307:1 313:10
316:22
**congressional**
73:20 213:13,18 214:4
215:13 246:21 247:11,12
255:21 257:4 285:12
287:18
**congressmen**
257:15,19 258:15
**conjunction**
303:19
**connections**
116:10
**consecutive**
66:22
**consecutively**
49:14
**consensus**
28:5 34:6,7,9,11,14,16
35:1,21 36:2,18 37:5 39:9
93:22 94:8 102:11 107:22
111:21 129:1,15 131:19
152:20 181:14 182:14
195:5 211:18,21 212:2
218:18 258:10 281:18
282:7 287:7,15 314:4
329:18
**consider**
95:7,10 286:1
**consideration**
36:10 131:6,14 166:5
**considerations**
57:13 89:2 90:15 101:22
166:5
**considered**
134:22 195:19 261:3
**considers**
131:17
**consistent**
152:19
**consortia**
35:4
**constituencies**
145:10
**constituency**
147:2
**constitute**
175:6

**constitutes**
272:17
**construct**
270:21
**construction**
248:21
**consultant**
307:8
**consultation**
178:10
**consulted**
175:18
**consulting**
179:2,8
**consumer**
36:12 38:13 41:18
**consumers**
272:13 273:13
**contact**
149:20 198:6 224:7 307:1
**contacted**
212:14
**contacting**
309:18
**contacts**
307:3,5
**contain**
284:4 309:10
**contained**
162:10 195:1
**containing**
200:14 224:12
**content**
128:14 138:6 198:2 224:12
**contents**
18:6 91:10 101:9 280:13
**context**
25:18 26:18,21 27:6 29:15
29:17 84:16,18 85:21
114:4,5 214:22 240:6
266:5
**continue**
10:12 97:2 215:15 248:11
**continued**
4:1 6:1 7:1 8:1 9:1 253:2
**continuous**
161:15 162:3
**contract**
193:14
**contractor**
135:18,19
**contractor's**
216:1
**contribute**
59:12 285:8

**contribution**
312:15
**contributions**
188:8
**control**
227:12
**convene**
312:16
**convened**
214:20
**conversation**
17:3,12,18,20 18:1 259:2
**conversations**
10:8 261:7 268:1
**conversing**
233:14
**cooper**
184:5 230:21 231:15 248:2
248:5,7 251:9,16 254:13
268:14 291:2 299:2
**coordinate**
78:22
**coordinating**
26:22 304:20
**coordination**
23:13 26:16,19,22 105:5
139:15 149:15,18 253:20
**coordinator**
132:19
**copied**
200:22 224:7,10 232:16,17
**copies**
168:5 173:13 206:14
**copy**
19:16 50:1,17 128:18
167:6,18 173:7,11 174:17
175:15 224:6 242:22 245:4
278:4 297:5 298:21 302:21
**copyright**
6:10 88:11,22 89:6,7,9,11
89:14,21 90:7,12 101:13
101:19 173:12,16,19
175:19,20 178:2,11,12,17
179:3,3,9,9 180:19 181:11
181:12,15,20 182:3,8,13
205:21 206:6,21 207:10,11
208:4 221:6,7,11 224:1
246:10 248:10 252:10
271:20 272:2 307:22
309:16 314:16 317:12
319:10 321:16 327:13
**copyrightability**
178:18 321:11
**copyrighted**
88:12 89:10,17 166:2,22
173:5,7 176:11 206:19

[copyrighted - delivered]

**copyrighted (cont.)**
221:10 222:2 315:6 319:19
**copyrighting**
206:8
**copyrights**
315:20 317:22 318:7,20
319:4
**corner**
268:18 269:7,17,19 270:1
**corporate**
222:6
**correct**
14:12 20:10 21:3 33:3,4
36:3,4 43:2 52:18 57:1
73:9 101:14 102:8 112:7
118:15 120:2 151:6,12
162:4,8,17 163:8 180:11
188:2 191:13,17,18,22
192:1,4,8,9 193:1,10,11
194:12 196:8,19,20 200:1
200:2 202:12 204:17,18
205:8 206:10 207:12 208:4
208:5,9,10,13 211:19
212:17 215:19 216:2,4,12
218:1,2,8,10 220:8,21
224:14,15 230:9,10 233:11
233:12 234:6,7 236:10,18
237:20 302:11 303:4,5,11
307:11 321:7,8,21 323:11
324:15,19 325:12 326:3,12
326:21 328:17 329:22
333:4
**corrected**
187:6
**correction**
213:21 214:6 247:14
**correspond**
299:4
**correspondence**
187:9 191:11 259:12,16,19
**corresponding**
59:3,7
**cost**
217:7,10 313:21 323:10,16
324:11 325:4 328:6
**costly**
314:2
**costs**
323:13 324:2,14,15,17,21
325:7,10 326:1,20 328:3
**council**
51:21 127:13 180:9 204:21
**counsel**
4:21 10:16 11:13 12:16
17:4 20:8 181:3,6,7 253:15
291:4 293:15 310:8 311:11

**counsel (cont.)**
323:2 331:20 334:11,14
**count**
303:20
**counter**
207:9
**counterclaimant**
1:11 11:2
**counterdefendants**
1:9 10:22
**countries**
207:5 208:1,3,6,9
**country**
257:7
**couple**
19:7 44:13 56:6
**course**
38:16 129:8 156:9 157:5
158:9 159:2,6 172:9
186:11 324:10
**court**
1:1 11:3,10 12:10 13:9,11
116:15 277:13 301:9
**cover**
302:9
**covered**
78:19 116:4,8 134:20
**covering**
292:19
**craft**
190:2
**crafted**
261:14
**craig**
16:10,18 17:3,13,19,20
18:7,13,18 19:2,4,7 20:4
264:7 267:7
**create**
139:18 242:5,10,15 243:7
245:6 284:15
**created**
56:18 139:21 305:8
**creating**
187:1
**creation**
137:2,11 138:14 139:3
185:12
**criteria**
60:2
**cross**
201:8 287:2
**crossing**
267:4
**currency**
193:3

**current**
92:5,8 117:10 180:18
192:22 263:11,14,17,21
264:3 265:12 267:12 306:1
315:15
**currently**
20:19 42:10 127:9 211:16
220:1 261:21 305:10
**cv**
1:4 11:4
**cycle**
165:21

**d**

**d.c.**
1:15 2:13 3:8,18 11:7
**daily**
193:16
**daniel**
4:22 11:8
**dar**
1:4 11:4
**data**
50:2 194:10 198:18 246:14
246:17
**database**
119:10,20 120:5,9,12,16
120:22 121:3 135:11,17
136:22 137:1,13,16,18
138:5,16 139:3,5,16
184:20,22 186:5 187:2,5
191:16,21 192:22 193:4,10
193:18 194:4,11 195:1,3
198:12 201:1,16 202:16,20
203:4,11 225:4
**date**
181:6 184:14 195:2 199:17
227:7 228:5,10 231:5
237:5 238:11 253:2 292:18
**dated**
5:9,11 6:6,15,17 7:2,6,8,10
7:12,15,17,19,21 9:20 92:9
228:17
**dates**
49:1 67:14 227:4 248:18
**day**
172:11 193:8,8,19 194:4
333:16
**days**
167:21
**deadline**
241:6,8 274:11
**deal**
29:7 162:14
**dealing**
49:16

**dear**
251:21
**debate**
226:15
**december**
24:2,6 71:16,18 239:7
**decision**
98:15,21 99:13 113:9,17
115:7 138:15,19,22 139:17
139:19 198:4 200:1 277:14
278:7
**decisionmakers**
99:20
**decisionmaking**
54:2
**decisions**
54:7 57:14 68:22 72:9,11
72:15
**declaratory**
260:16 276:13
**declare**
333:2
**declined**
130:14
**deemed**
320:20
**deems**
164:5
**defendant**
1:11 10:16 11:2 12:16
323:2
**defense**
201:22 202:1,4
**deferred**
92:6
**define**
25:17 169:14
**defined**
34:10 87:17 244:15 272:7
**defines**
163:5
**definition**
26:2,3,5,13 161:7,10,20
162:7 244:16 272:8 286:8
286:10,12,17
**definitions**
25:19 26:6,7
**delegated**
21:22
**deliberated**
124:10
**deliberations**
17:10 249:16 264:8 265:16
265:22
**delivered**
302:3

[demonstrated - discussion]

**demonstrated**
80:17
**demonstrating**
77:15
**demonstration**
76:19
**dent**
123:15
**department**
16:12 21:19 23:22 25:4
48:10 71:15 72:2 73:7
169:9 187:21 198:15 201:1
201:2,22,22 202:4 212:12
214:3,14,18 215:4,11
246:3,21 247:10 249:3
305:4
**departments**
73:8 198:16
**department's**
320:1
**depending**
25:18 36:9 37:2 38:12
108:5 164:3
**depends**
37:17 38:5,6,14,21 109:17
109:22 164:10
**deposition**
1:14 2:9 5:8 10:11,15 11:5
12:19 13:3 14:15 15:4,13
16:2,14 17:21 20:1 116:18
116:22 118:19 149:22
156:16 157:10 160:16
164:12 165:5 179:12
190:14 204:1 205:10
229:15 230:11 232:7 235:2
237:6,22 240:15 245:12
247:16 250:14,16 256:8
259:3 268:6 271:9 278:21
280:5 288:9 289:6,20
290:14 291:13 292:8 293:8
294:12 295:8 296:2,19
297:18 298:13 299:15
300:9 301:20 334:4,6,9,12
**depository**
147:3 243:1
**deputy**
23:19
**derived**
83:4
**describe**
200:12
**described**
27:17 35:12 175:2
**describes**
251:10

**describing**
200:17 284:22
**description**
132:1 281:14 303:13
**designated**
133:3,18 134:3 136:11
**desist**
216:10 260:18
**despite**
106:21
**detail**
26:12
**details**
44:8 84:10 90:13 103:8
229:9 331:6
**determinant**
327:15
**determination**
200:10 210:14
**determine**
213:11
**determined**
77:14 153:8
**determining**
75:5
**detriments**
113:19 114:9
**develop**
29:19 30:5,7,8,15 41:5
42:8 56:19 122:4 218:7
219:14 313:22 316:14
323:11,14 324:3 327:8
**developed**
28:4 31:17,20 32:4,5 34:20
35:1 39:9 58:22 59:5
120:13 122:3 127:16 134:9
139:12 143:16 156:13
159:5 211:17,22 220:7,12
247:13 252:1 287:14
**developers**
150:13 260:21 314:13
**developing**
28:7 57:10 122:1 127:21
128:12 129:22 130:19,20
131:1,9 132:4 138:4
140:13 153:11 210:3,15
217:16 218:18 269:11
304:19 312:15 318:8 319:5
324:7 325:3 329:3 331:3
**development**
32:13,16,18 33:5,13,18,22
34:2,5 36:18 37:5,10,18
38:10,22 39:3,11,16 40:3
40:14 41:7,16 42:4 44:10
45:20 47:3 52:4 71:7 82:9
82:15 103:5,17 104:9,16

**development (cont.)**
104:21 105:8,12,17,21
106:6,13,17,22 107:5
121:16 129:18 132:2
135:21 144:12 152:2,11,13
152:22 153:3 154:12,17
155:9 166:10 168:12 179:2
181:11 202:8 209:10
210:10 221:8 234:5 257:7
258:9 269:22 305:10
311:22 312:1,6,11,19
313:4 314:3,7,8,17 315:3
315:16,19 316:7 318:1
323:20 324:2 325:1,12
326:2,9,21 327:20 328:3
330:15 331:11
**developments**
6:12 51:8 79:5 206:1
216:15,19 261:19 312:12
**develops**
100:20
**devoting**
130:8
**dialogue**
210:22
**differ**
37:1
**difference**
26:8 97:3 109:7 160:14
163:11
**different**
34:19 35:6,18 44:5 46:7
68:16 109:12 114:17
122:16,19 124:19 130:9
137:16 141:21 147:4 155:5
170:11 172:1 224:10
272:22 274:13 282:20
**differentiations**
115:1
**differs**
110:6 113:3
**difficult**
29:21
**difficulty**
129:3
**digital**
242:5,10,15 243:7,22
244:5,20
**dimensions**
162:13 223:16
**direct**
72:14 98:8 284:10 319:4
330:17,17
**directed**
93:21 110:5 318:7

**direction**
45:21 109:19 218:20
219:19,21 287:17 316:22
334:9
**directions**
78:20
**directly**
48:16,19 68:20 72:20
86:12 87:2 106:5 145:19
244:4
**director**
21:11 22:7 23:5,9,12 64:4
64:22 65:6 67:9,14,17 68:6
68:13 72:12,18,19 138:20
149:17 260:12
**directors**
68:19 118:2 179:20 204:10
204:12 230:6 252:6 290:7
291:22 292:18 294:4
295:18 296:12 298:5 300:3
300:19
**directs**
28:3 39:7,10 45:18 78:21
79:19 152:18 218:16
287:13
**disabled**
223:4,10 224:8
**disclaimer**
72:7
**disclosure**
71:15 72:1,4
**discount**
154:14 272:17 273:7
**discounts**
272:12 273:13
**discovery**
119:7 187:16
**discuss**
35:15 53:7 113:18 114:8
125:8 167:2,11 214:20
255:22 265:4,22 267:7
**discussed**
61:15 101:7 105:20 107:2
107:4,9 124:11 157:3
180:8 181:10 184:5 205:6
212:10 282:13 301:7,11,16
301:18 304:22 307:17
**discusses**
215:19 216:21 223:15
**discussing**
165:5 230:8 257:1
**discussion**
9:6 17:6 18:11 51:19 85:3
90:14 139:8 144:5,12
155:4,22 169:22 188:16
204:17 246:20 256:1

[discussion - electrical]

discussion (cont.)
293:17 297:6 305:17 319:8

discussions
53:22 122:10 143:12,18
147:20 264:17 271:18
319:12

dispute
127:18 128:7 329:17

disputes
128:6

distinction
95:21 122:14 193:21
201:19 266:3,16

distribute
198:14

distributed
198:10 325:7 328:8

distribution
309:18

district
1:1,2 11:3,3 334:21

divide
242:5,10,16 243:8,22
244:5,20 245:6,10

division
16:12 24:7,19,22 49:4,9
74:16 82:5 135:19 149:14
149:17 185:7

doc
264:21 266:10,18,21

docs
246:10

doctrine
176:4,6,8,20,22

document
15:9,11 16:7,8,9,14 27:11
35:16 87:8,9 89:17,17 90:5
91:22 95:2,8 98:16 101:10
117:5,7,9,12 119:2,4,6
138:7 150:5,7,9 151:8
156:21 157:1 158:22
159:11 161:2,5 162:11
164:17,20,22 165:1 172:21
173:7,11,13 174:1,11,16
175:4 176:11 179:17 180:3
191:5,7 201:22 204:6,7
205:15,17,19 229:20,22
230:2,16,18 232:12,14
235:9,14,19 236:1,4,15
237:5,12,14,17 238:5
240:20,22 242:8 245:17,20
245:22 247:21 254:13
256:13 259:8 268:11
271:14 279:4,7,8 288:14
288:16 289:11,13 290:3,5
290:19,21 291:18,20 292:3

document (cont.)
292:13,15 293:21 294:1,6
294:18 295:13,15,21 296:7
296:9,16 297:2,4,15 298:1
298:3,18,20 299:4,20,22
300:6,14,16,22 301:5
305:15 306:10,13 307:6
308:1 309:13,18 310:3,7
310:11,13 331:5

documentary
27:2,7,9

documentation
147:5

documents
26:12 31:6 56:11,12,13
57:18 59:10 79:8 88:12
89:10 92:17,21 93:15,19
93:20 94:2,3,5,21 95:14
97:4,9,13,17 98:2,6,10
100:7 107:13 109:10 114:3
121:16 122:9 128:19 138:9
140:19 160:15 166:13,19
167:12,19 168:16 172:16
173:5 184:5 187:16,17,20
191:1,2 192:12,16,17
201:12 206:19 208:19
209:6 213:8 240:8 243:3
244:9 251:3 277:9,16,18
277:21 302:6,8,14,19
303:14,17,18 304:1,3
307:17 308:2 313:15 315:6
327:22 328:3

doing
23:17 260:8 273:21 321:19
322:3

domestic
325:18

dominance
129:9,11,12,14 130:3,8
329:16

dot
213:7,10 214:3,9 246:8,14
246:17 248:18 305:7,22

dot's
198:15

doubt
253:11

download
320:20

draft
5:13,16 6:3,8,13 8:4,7,9,14
8:16,18,21 9:2,3,9,15,17
56:10,11,12,16 57:14,18
58:1,12,19 59:18 60:3,3,8
60:21 61:2 98:22 131:5,5
131:14 150:10 155:21

draft (cont.)
157:2,4,7 160:10,12
179:18 237:1,17,18 238:7
239:2,17 261:14,16 262:5
262:7 263:6 272:1 288:17
289:1,14 290:6 291:21
294:2,19 295:4,16 296:10
298:4 300:1,17 307:21

drafted
91:5

drafting
278:17 330:22

drafts
56:21 58:21 59:5 60:15
90:22

dramatically
263:11,15,17 264:4 265:12
267:13

drug
81:22

due
34:14 36:2 128:22 202:17
228:9

dues
44:8 45:3,7,10 154:7

duly
12:13 334:6

duplicating
172:20 173:22 174:10

dying
111:17

**e**

e.g.
208:17

e50
44:15 53:12 56:4 61:5
121:1,7,19 122:4

e60
56:7,9 57:2,9,10 58:1,10
58:22 59:3 60:14,19,22
61:3,5

earlier
45:17 48:7 53:14 58:5 60:9
65:2,16 68:15 101:7 114:3
116:2 118:2 124:18 127:8
128:20 136:8 139:14
152:16 159:12 161:6,12
165:5 173:4 184:18 193:13
200:5,16,21 212:10 219:6
228:14 246:19 248:16,16
248:19 249:4 250:2 272:22
276:12 329:20

earliest
257:8 259:22 271:16

early
46:21 184:18 287:11,12

easier
23:16 217:5,8,19 219:7

easy
57:20

eat
257:16

economic
100:2

economics
60:7

economist
24:16

edicts
178:19

edition
195:2,6,13,20 196:4
197:12,19 198:7 199:7,8
199:11,13,14,17 200:6,8
229:5

educate
285:20

education
51:17,17 52:6,14,15,15,16
52:19,20 53:2,4 306:11

educational
286:9,13,18

effect
87:11,16 177:1 239:13,22

effects
247:4

efficiency
88:9 101:13,19

effort
56:19

efforts
130:2 151:22 166:16
261:11 281:17

eight
156:4 183:5,6 208:6

either
37:20 53:5 80:6 107:4
135:2 137:5 158:19 208:1
220:19 222:1 245:2 246:9
251:2 261:16 279:14
293:17 319:9 325:18
330:16

elected
55:3 68:20

election
54:21 63:16,21

electric
199:6

electrical
32:22

[electro - exhibit]

electro
189:18
electromagnetic
79:22
electronic
59:10 167:21 168:4 209:2
electronics
32:22 189:15,17,18
electrotechnical
41:3 51:7
elements
251:10
elimination
210:15
elizabeth
248:2,4 274:6
embarking
29:3
emily
248:9 249:6,7,11,12,13,15
249:17,19 250:8 251:7,9
emily's
250:4,6
employed
22:15,21 23:3 44:2 106:17
189:16 334:12,14
employee
22:20 45:14 46:2,15,18
54:8 92:13 93:3,7,10,13
125:20 148:4,14 153:6
186:11 332:8 334:13
employees
40:9,11 45:19 55:12 153:2
153:15 325:11 326:2
330:11 331:10
employer
189:14
employment
21:8 22:12 23:8,15 24:11
25:3 70:13 71:14 311:18
emulates
128:11
enable
215:15 323:19
enables
314:3
enacted
227:11
encompass
244:17 272:9
encourage
79:8 218:4
endeavor
314:2
endorsed
274:17

ends
160:22
energy
80:2
enforce
283:1,3,4,8,19,21 284:1,6
284:11
enforcement
170:13 177:9 283:16 284:3
enforcing
283:13
engage
30:12 74:14,19 105:6
126:2 155:12 190:1,13
308:6,7
engaged
19:8 48:17,20 63:2 168:17
190:6
engagement
9:12 49:5 62:1 63:4,11
180:6 204:16 298:22
engagements
105:7
engages
34:3 71:6 166:21
engaging
72:3
engineer
189:20
engineering
52:14
engineers
1:8 10:21 33:1 172:15
ensure
130:2 166:12,18 168:22
172:17 215:13
ensuring
52:10 172:13 329:16,16
entire
27:20 89:16 132:17 174:16
305:15 328:7
entities
127:14
entitled
291:1 292:16 297:6 298:2
entity
22:16 90:6 149:1,9
entries
194:22
enumerate
42:10
environment
312:22
environmental
31:20 44:18 49:16 260:5

epa
31:18 32:3,10 80:2,9
epa's
80:2
err
267:6
error
196:14
errors
192:3,7 200:18
especially
166:2 184:9 258:13
esq
3:4,5,15 4:3,4,12
essential
38:9 52:2,3 127:17 128:11
128:16,19,21 129:9 130:1
131:2,18 329:9
essentially
59:2
established
78:6 133:13 150:17
establishing
75:1
estimate
80:14 83:9 91:14 187:12
187:13
et
15:18 277:11 323:19
eula
226:13
european
25:10 29:2,3,5,7,11,12
51:9
evaluate
59:19
evaluated
80:8 82:1
evening
256:20
event
61:10,13 212:19 255:20
256:2,3 285:7 286:22
events
285:2,4,11,13
everett
4:20 12:9,9
ex
65:5 68:18
exact
189:6
exactly
125:2 158:13 196:15
examination
5:2 12:16 311:11 323:2
331:20

example
77:18 135:3 148:10 198:21
198:22 199:1,11 272:10
274:19 285:4
examples
79:13 80:6 97:12 257:9
273:20 274:10,16 282:10
284:2
excel
200:14
excerpt
274:14 292:19
excerpts
292:1
exchange
116:8 186:22 248:19
exchanged
305:9
exchanges
184:17 185:4 186:3 187:14
excluding
242:6,10,16 243:8
exclusion
264:6
exclusively
162:14
excuse
86:18 97:21 130:12 136:13
144:17 158:20 195:11
210:9 232:19 236:21
243:17 249:18 251:8
257:11 280:19 281:13
285:15 308:1,21 309:5
328:13
executed
333:6
executive
51:21 64:4 93:18 123:13
123:19,21 124:1,4,5,7,12
127:11,13 179:18 183:21
260:5 292:17 293:18 294:3
295:17 296:11 298:4 299:2
300:1,17
executives
150:18 200:13
exhibit
5:7,9,10,11,13,16,19,21
6:2,3,6,8,10,13,15,17,19
7:2,3,6,8,10,12,14,15,17
7:19,21 8:2,4,7,9,11,14,16
8:18,21 9:2,3,6,9,12,15,17
9:20 15:3,4,8 16:1,2,6
20:10 116:21,22 117:4
118:19 119:1,12 123:7,8
124:16 149:22 150:4 154:1
156:16,20 157:10,16 158:8

[exhibit - filings]

**exhibit (cont.)**
158:19,19,22 159:9 160:10
160:11,16,20 164:12,16
165:9 177:16 179:12,15
190:14 191:4 204:1,5
205:10,14 229:15,19
230:11,15 232:7,11 234:9
234:9,13 235:2,6,16 236:7
237:1,2,6,10,22 238:4,8,14
238:15,17 240:15,19
245:12,16 247:16,20
250:14,16,20,21 252:11
255:18 256:8,12 259:3,7
268:6,10 271:9,13 276:7
278:21 279:3 280:5,9
288:9,13 289:6,10,20
290:2,14,18 291:13,17
292:8,12 293:8,20 294:8
294:12,16 295:8,12 296:2
296:6,14,19 297:1,15,18
297:22 298:9,13,17 299:6
299:8,15,19 300:9,13
301:20 302:15,19 332:1,4
332:10

**exhibits**
5:7 6:1 7:1 8:1 9:1

**existed**
194:19

**existence**
121:3 218:1 287:18,19

**existing**
324:22

**expanding**
63:1

**expectation**
58:7

**expense**
323:20 325:20

**experience**
54:5 98:8 153:5 221:14
327:19 329:8

**experienced**
54:17

**expertise**
55:2 63:13 64:15 84:11
112:19

**experts**
35:14 175:19

**expires**
333:19 334:22

**explain**
190:3 200:3 218:12

**explaining**
186:22

**express**
321:9

**expressed**
27:16

**expressing**
147:18

**extended**
239:20 240:12 241:7

**extensive**
79:3 90:14 101:22 139:8
147:19

**extent**
62:1 186:5

**extenuating**
176:14

**externally**
27:4

**eye**
2:12 11:6

**f**

**faa**
303:4,9

**face**
279:7

**faced**
206:20,21

**facilitation**
226:7

**facilities**
72:22

**fact**
146:22 170:19 202:17
203:5 239:4,10 241:6
275:16 286:21 287:20,22
288:4 309:15 310:9,10
313:16,21 314:1,15,21

**factor**
138:15 219:1

**fair**
176:3,6,7,12,13,20,21

**fall**
70:11 255:20

**falls**
264:5

**familiar**
15:17 28:17 77:18 84:21
85:3 93:20 95:18 96:3
211:13 314:11 318:5,10,16
327:3,5

**favor**
257:19 287:7

**fcc**
80:6,9

**fcc's**
79:21

**fda**
78:5,8 80:19 82:6 84:2

**feasible**
79:10 213:12,14,19

**features**
285:5

**february**
21:15 22:11 182:19 211:5
232:19 233:17

**fed**
192:11,11

**federal**
9:12 21:14 22:20 27:4 28:3
30:8 32:19 37:9 39:8 45:18
73:17,18,18 78:21 79:8,18
85:10,15,21 86:2,4,14,14
87:18,19,21 89:17 91:2
94:1,9,12 96:2,3,3 100:21
102:11 107:21 109:12
111:21 129:5 135:13 136:7
136:21 137:4,20,22 140:2
150:19 151:22 152:4,6,7
152:12,18 153:2,14 154:4
155:1,8,12 164:18 165:2
167:5 168:16 180:5 182:20
183:2 186:11 187:19
193:15 194:18 195:18
201:10,11 203:10 204:15
211:6,11,13 217:4 218:17
219:20 220:2 227:5,13
233:18 234:2 238:20,20
248:19 261:15 262:17,20
272:5 283:18 287:13
298:22 303:10 304:7 316:4
316:12,22 317:3 318:13,17
319:15 326:11 331:6

**federation**
41:12

**fee**
3:4 5:4 12:2,2 32:7 36:19
37:7 38:20 39:20 43:16,22
45:15 46:8,12 58:3,13 59:1
59:16 77:4,10 78:3,16
79:17 81:3,7,10,13 82:13
82:21 83:22 84:8,15,19
86:9,22 87:14 88:4,16
89:22 90:9 94:18 95:3,9,16
96:10 97:6 98:19 99:17
100:11 105:15 106:15
107:19 108:19 110:13,20
112:8 119:16 120:10 122:5
134:4 137:14 141:5 142:20
145:16 146:2,11,19 147:16
148:7,18 152:14 153:4,17
154:20 155:14 156:2,11
158:11 163:19 168:7
169:17 170:17 171:7,15
172:6 173:2 174:4,13

**fee (cont.)**
175:8 176:9 177:5,12
178:14 186:20 190:10
193:22 197:14 209:21
213:4 215:9 217:12 218:9
218:14 219:4,17 221:19
222:8,16 223:5,11 225:19
226:4 227:22 228:12
234:11 235:17 236:2 240:3
242:13 243:11 244:1 245:8
249:22 250:11 254:3,10,19
255:12 258:22 261:5
262:22 265:19 266:7
267:14 270:10,19 271:6
272:20 273:9 275:12,19
276:3 279:6,11 283:7
284:9 286:6 291:9 292:5
309:21 310:5,16 311:1,12
312:8 313:1,19 314:14,22
315:10,17 316:2,17 317:8
317:19 318:9 319:6 320:2
320:16 321:4 322:2,7,20
323:5,6,15 324:20 325:14
326:6,15 327:1,11,17
328:5,19 329:6 330:2,13
331:1,13,18,22 332:12

**feel**
274:19 310:21

**feels**
246:8

**fees**
44:4,6 81:5 208:17 324:8

**felt**
247:1 312:5 313:12

**fenwick**
4:5 11:18

**fenwick.com**
4:8,9

**fiduciary**
54:9,12 69:11

**field**
189:18

**figure**
197:11

**file**
224:11

**filed**
11:2 71:14 72:1 211:7
233:19 260:16 276:17
277:6,10,10

**files**
302:20,21

**filing**
277:13

**filings**
278:10

**[fill - getting]**

**fill**
225:6,12
**final**
58:16 99:5,13 128:3 137:7
160:11 170:9,22 235:19,19
236:1,4,13 238:14,15
239:12
**finalized**
57:11
**finally**
170:22 202:13
**financial**
73:2 245:6,10
**financially**
334:15
**find**
128:18 132:6,8 198:7
217:6,9,20 325:19
**finding**
166:6 192:10
**fine**
279:19 281:10
**fingertips**
67:15 83:8 102:3
**finish**
331:4
**fire**
1:5 3:13 4:21 10:18 189:19
199:5 209:15 307:8
**firm**
11:9,11,18 190:1,7,13
302:10
**first**
12:13 28:16,19 29:13 47:6
48:1,19 90:20 91:15 116:5
123:16 124:10,10 180:22
220:11 241:15 242:2 248:4
248:18 252:5,12 256:18
259:10 268:13,21 318:5
323:8
**five**
202:14
**flexible**
166:3 214:3
**floor**
4:5
**fly**
245:3
**focus**
34:5
**focused**
52:16
**focuses**
51:17 304:5
**foia**
107:13 119:8 178:1

**folks**
214:5 246:22 305:22
**follow**
86:8,20 158:1 171:10
**followed**
159:15 313:17
**following**
17:16 22:20 30:3 46:6
47:12 68:7 92:3 158:12
171:18 177:21 180:17
207:22 242:2 242:1 253:1
272:2 304:13 309:10
**follows**
12:15 274:5 313:17
**food**
77:17 78:4,6 79:14 80:7,15
81:14,20,22 82:3 83:15
84:6,10
**footnoted**
244:13
**fora**
125:6
**foregoing**
333:3 334:4,6
**foreign**
206:22
**forgoing**
273:19
**forgot**
129:10
**form**
32:6 36:19 37:7 38:20
39:20 45:15 58:3,13 59:1
59:16 77:4,10 78:3 79:17
82:13,21 83:22 84:8,15
86:9,22 87:14 88:4,16
94:18 95:3,9,16 97:6 99:17
100:11 106:15 107:19
108:19 110:13,20 119:16
122:5 134:4,14 145:16
146:11,19 148:7 152:14
153:4,17 154:20 155:14
156:2,11 168:7 169:17
170:17 171:7,15 173:2
175:19 176:9 186:20
197:14 209:21 213:4 215:9
218:9 219:4 222:16 223:5
223:11 224:21 225:1,6,12
225:19 226:4 227:22
228:12 234:11 235:17
242:13 254:3,10 257:21
258:22 262:22 265:19
267:14 270:10,19 271:6
272:20 273:9 275:19 276:3
283:7 284:9 285:1 286:6
291:9 292:5 307:18 309:21

**form (cont.)**
310:5,16 312:3,13 313:6
314:10,19 315:7,13,21
316:9,20 317:18 318:2
319:1,21 320:14 321:1,22
322:5 323:15 324:20 326:6
326:14,15 327:1,11,17
328:5,19 329:5,6 330:2,13
331:1,13
**format**
199:21
**forms**
71:15 72:2,5 134:17
**forth**
51:10
**forum**
124:20,22 125:2,6,11,18
125:22 126:2,5,6,14,15,22
150:12 151:3 156:14
157:21,22
**forums**
118:14 124:15 125:6
**forward**
23:17 263:10,13
**forwards**
251:16
**found**
138:1 195:3 199:9
**founder**
184:7
**four**
66:1,2,8 187:13 208:8
**fr**
246:12 274:11
**frame**
49:5 57:7
**fran**
230:22 248:3 268:14
**francisco**
4:6
**free**
153:16 154:9,9,15 188:21
189:2,8 207:12 208:1,7,19
208:20 209:14,16,19
210:11 212:17 213:2,9
215:7 242:4,9 243:7,21
244:15 245:2 250:10 272:7
310:21 320:6,18
**freedom**
320:21
**freely**
207:9,15 246:10
**french**
307:7,10,10,15 308:10,16
**frequently**
127:4

**friday**
248:5 260:16 273:20
**friday's**
248:6
**front**
123:9 141:22 276:8 317:16
**fronts**
251:22 257:11
**fulfill**
228:16
**full**
90:5 102:4
**fund**
314:7 315:4,19 327:3,4
**funding**
314:17
**further**
124:9 183:9 188:3 231:8
247:15 273:17 323:2
331:20 334:12
**future**
52:10,20

**g**

**gathered**
302:14
**gathering**
302:18
**general**
4:20 16:11 17:4 36:12,21
37:11,14,19 38:3,11 40:5
97:8 141:7 142:11 146:15
147:10 148:10,11 176:5,19
181:3,5,7 192:16 207:19
221:21 253:15 265:13,15
278:5,5 291:4 293:14
305:21 310:8
**generally**
15:20 31:18 36:10 41:10
76:18,20 78:17 98:1 104:8
104:15 114:14 133:9
142:17 155:17 157:8
176:20 206:7 273:12,15
306:3 314:9
**geneva**
122:21
**georgia**
301:8
**georgia's**
301:9
**gerald**
4:12 11:21
**gestures**
13:16
**getting**
174:19 241:14

[gillerman - hat]

**gillerman**
253:5,17,18

**give**
14:2 30:18 47:19,21 97:12
135:5 148:9 191:8 198:21
274:18

**given**
109:20 129:19 156:3 195:2
220:19 224:22 231:5 232:1
264:20 266:9 271:21
274:16 313:9 332:18
334:10

**gives**
132:19

**giving**
13:7 14:22

**global**
49:2 325:18

**globally**
35:7 133:10 257:14

**gmf**
151:1,2

**go**
10:13 19:18 21:21 23:10
47:19 48:21 55:15 67:11
77:16 78:9 83:10 84:2 99:3
147:8 193:19,20 236:17
279:16 302:18

**goal**
217:5

**goes**
189:21 194:9 208:11
260:14 261:9

**going**
10:4 13:4 14:1 23:18 79:12
113:2 115:15,19 123:7
133:15 147:8 159:18,22
161:18 185:19 190:18
200:11 203:16,20 204:19
205:4,5 260:20 266:8,18
267:6 279:16,20 280:2
310:1 311:4,8

**good**
10:3 11:17 12:18 94:10
167:6 169:3 221:22 222:5
222:6 228:2,17 248:10
268:17 269:4 274:19 275:8

**goods**
25:9 28:22

**gordon**
253:4,17,18

**gorman**
64:3,9

**gotten**
71:10

**governance**
183:9,20,21

**governing**
182:22 211:9 233:21

**government**
17:8,9 20:20 21:9 23:4
28:7 30:2,4,5,6,9,15,21,22
31:1,7,17 37:4,17 39:2,16
40:9,10 41:13,13 42:18
44:7 45:14 46:4,8,15 48:4
52:10 54:7 55:11 70:3,13
71:10,13 73:14,17,19 77:3
77:9 79:7 92:13 93:3,7,9
93:13 118:10,11,13 125:3
125:4,10,11,12,18,21,22
126:3,14,22 148:4,14
150:12,21 151:2,4 154:17
157:21,22 158:4 166:17
178:11,19 181:13 182:13
186:11 187:20 188:1
192:19 208:18 209:5 218:7
219:14 232:3,5 261:11
264:8 265:22 268:2 281:3
281:19 286:20 291:3
306:20 309:19 316:4
317:15,21 320:10,17 326:4
326:7 327:5 330:11 332:8

**governments**
326:1 331:9

**government's**
218:5 219:12

**governors**
61:22 62:6,21 63:9,13,15
63:18,18,22 64:11

**grants**
73:1

**grateful**
273:19

**great**
19:20 52:8 117:20

**greater**
155:8 281:17 282:6

**griffin**
4:12,17 11:21,21 19:17,21
20:7,10 25:15 26:9 28:12
28:14 30:17 31:12 32:6
33:7,19 34:17 39:4,19 41:8
41:21 43:3,18 45:5 47:16
48:5 49:21 50:7,12 52:22
54:4 58:2,14 59:20 61:19
62:17 64:12,21 65:11 69:1
69:20 73:11 78:2,15 79:16
83:21 84:20 87:13 88:5,17
90:10 91:7,11,16,21 92:14
94:19 95:4,17 96:1 98:13
98:18 99:16 100:10,19

**griffin (cont.)**
101:16,20 102:18 103:13
104:4,13 105:2,14 106:2,9
107:18 109:16 110:12,21
111:2,13,18 112:9 113:22
114:11,21 117:16,22
119:15 121:9 122:17
125:15,19 126:20 128:8
129:20 130:16 131:16
132:13 133:5,19 135:16
136:18 138:17 140:1,10
141:4 142:9,19 143:10
144:6,22 146:20 147:14
148:8,19 149:4,12 151:17
153:18 154:19 155:15
157:14,17 158:10 159:3
163:18 169:2,8,16 170:16
171:8,16 172:5 173:1,17
174:3,14 175:7,22 177:4
177:11 178:20 181:1,2,3,9
182:5,9 183:7,17 186:9,19
194:16 195:15 200:20
209:22 213:3 215:8 217:11
218:13 219:3,16 221:5,18
222:15 225:8 227:21
228:11 229:7 230:22
231:18 237:3 238:9 242:12
243:10 245:7 246:2 248:3
254:2,9,18 255:11 256:6
257:3,21 258:17,21 260:1
260:7 261:9 262:3,19,21
264:12,19 265:4,6,18
266:6,8,13,17 267:3
268:15 270:9,18 271:5,17
272:19 273:8,18 275:3,11
275:18 276:2,12 278:12
279:13 280:18 281:6 282:8
282:11 283:6 284:8 286:5
287:9 288:7 291:4 293:15
297:8 301:14,17 304:16
305:14,18 307:18 308:3,12
309:2 323:1 325:13 326:5
326:14,22 327:18 328:4,18
329:5 330:1,7,12 331:12
332:14

**group**
44:17 66:5,7 121:21 122:8
123:4 180:19 181:11,16,20
181:21,22 182:3,8 211:7
231:2,3,10 233:19 234:4
234:19,22 241:20 256:19
256:21,22 257:2 271:20
272:2 308:6

**groups**
123:3 181:18,19

**growing**
52:12

**gsa**
192:16 201:11

**guard**
202:3 252:9

**guardian**
206:16 216:10

**guess**
45:1 113:2 200:11 227:19
228:1 246:13,16

**guessing**
289:4

**guidance**
86:8 108:20 109:13,15
115:8 303:17

**guidelines**
40:2

**h**

**half**
149:19

**handbook**
6:2 85:1,8,12 86:11,21
87:17 88:7 89:1 90:17,19
91:1,4,10,15,20 92:1,2,9
92:11,20 93:3,6,8,13,17
94:6 95:7,11 164:18 165:1
165:4 175:2 319:3

**handed**
117:3 118:22 150:3 159:9
160:19 164:15 179:15
191:3 205:13 229:18
230:14 232:10 235:5 237:9
238:3 240:18 245:15
247:19 250:19 256:11
259:6 268:9 271:12 279:2
280:8 289:9 290:1,17
291:16 292:11 293:19
294:15 295:11 296:5,22
297:21 298:16 299:18
300:12 302:1

**handing**
15:7 16:5 156:19 204:4
288:12

**handwriting**
304:11

**happened**
135:15 139:4

**happy**
49:22 50:13

**hard**
116:17 167:18 200:22
232:16 242:22 302:21

**hat**
67:4

**[hazardous - incorporating]**

**hazardous**
212:13 214:19 305:6
**head**
50:2,9 53:20 55:18 69:22
80:13 111:11 132:16
149:15
**headquartered**
122:21
**heads**
188:6
**health**
29:8 71:7 73:1 133:12
199:3 252:7 312:22
**hear**
106:5
**heard**
35:12 53:19 141:15 142:5
142:11,15,16,21 143:3,7
144:15,18 145:3,12 146:7
176:19 258:3 269:7
**hearing**
212:20
**heating**
1:7 10:20
**heavily**
60:5
**held**
2:9 11:5 21:4,6 23:2 25:6
49:20 50:6 64:17 117:21
215:1 249:3
**help**
190:1 312:21
**helps**
228:16
**henry**
17:3,21 18:9 19:2 253:4,14
253:15 264:6
**hereto**
227:12 334:15
**hi**
260:7 274:6
**hierarchy**
75:1
**high**
38:8 93:20 105:6 264:17
**highlighted**
35:3 274:9
**hill**
246:15,18 254:21 255:2,3
285:2 286:22
**historically**
167:15
**hit**
111:13
**hold**
22:6,12 24:3 118:18

**hold (cont.)**
234:12
**home**
324:9,10
**hope**
260:8
**hosting**
61:10
**hosts**
285:5
**hotel**
324:15
**hour**
111:14
**house**
7:14 27:5 252:12 306:15
306:17,18 307:4
**housed**
245:5
**houses**
85:10,20
**howard**
20:16
**hr**
185:13
**hue**
287:16
**huh**
217:1
**human**
73:2,7

**i**

**ibr**
6:2 86:10,11 87:17 95:7,10
136:4 137:11,17 138:8,14
139:3,12,18,21 140:7,22
164:17 165:1,4,12 168:15
171:14 175:2 205:8 207:5
208:4,12,16 210:18 211:1
216:21 217:6,9,13,22
219:1,22 220:6,10 223:3
223:10 224:18,19 225:7,13
226:17 227:16 229:3 234:1
236:9 251:12,14,22 252:2
252:9 254:1,17 255:20
256:3,16 258:5 260:19
304:2,4,5 306:2 319:3
**ice**
232:3
**icsp**
150:14,15 159:7,14
**idea**
176:5 226:22 308:13,18
**identification**
15:5 16:3 117:1 118:20

**identification (cont.)**
150:1 156:17 157:11
160:17 164:13 179:13
190:15 204:2 205:11
229:16 230:12 232:8 235:3
237:7 238:1,11 240:16
245:13 247:17 250:15,17
256:9 259:4 268:7 271:10
278:22 280:6 288:10 289:7
289:21 290:15 291:14
292:9 293:9 294:13 295:9
296:3,20 297:19 298:14
299:16 300:10 301:21
**identified**
138:6 193:9 194:5 196:6
199:10,22 202:14,16 203:5
203:12
**identify**
109:1,6,14 174:21 193:16
194:2 312:9
**identifying**
109:13
**iec**
140:17,18 217:17 220:8,13
**ieee**
33:3 46:14,16 61:18,21
62:2,5,8,11,20 63:2,9,15
63:20 64:8,11
**immediately**
21:8 23:8 24:12 25:3 92:4
165:17
**impermissible**
310:4
**implement**
247:11
**implementation**
52:3 134:6,12,15,18
**implemented**
164:11 186:12,18
**implementing**
150:20 172:13
**implications**
181:13 182:13
**importance**
248:10 309:15
**important**
188:20 218:3 313:3
**importantly**
88:11,21
**improving**
185:2
**inaccurate**
301:4 306:22 308:5
**include**
36:11,12,13 38:13,17
52:13 94:13 119:20 138:5

**include (cont.)**
152:10 162:14 164:4,8
171:5 172:12,20 173:22
174:10 220:6,12,20 221:4
227:2 243:17 244:11
256:21 274:20 275:9
285:17 287:5 315:18
324:14 330:10,21
**included**
101:12 120:15 193:17
194:3,5 227:16,18,20
274:14 305:2
**includes**
34:12 35:22 41:15 42:4
108:14 158:14 159:13
160:12 242:20 331:2
**including**
35:2 53:8 71:6 96:17
108:10 142:2 157:13 163:6
181:11 184:5 217:17
274:10 320:19 323:17
**incorporate**
85:13 98:16 115:10 137:4
139:10 167:1 177:20
197:13 211:10 228:14
233:22 283:5,9,22
**incorporated**
8:11 10:19 11:1 87:20
94:11 95:15 97:5,10,13,16
97:18 98:2,7,10 99:7,12,14
100:7 101:10 103:6,18
104:11,18,22 106:1,8,14
109:11 129:4 135:11 136:6
137:1,16,18 138:9 140:7
141:1,17 142:6,16 143:4,8
144:19 145:7,14 146:9,17
147:12 148:6,16 149:2,10
163:16 165:12,20 166:11
166:13,19 167:7,12 168:6
169:1,21 171:4 172:3,21
173:22 174:1,11,17,22
175:4,20 177:2,9 183:1
184:9,20 186:4 187:2
189:7 193:17 194:3,10
195:13 197:20 198:8,11
199:2 202:10 205:5 207:4
207:7 208:2,8 209:4
210:12 212:15 213:1 215:5
217:4 219:8 272:16 273:6
273:21 283:14,20 284:5,7
291:1 304:6 316:6 318:15
319:11 320:7 321:12
**incorporates**
195:11
**incorporating**
87:8 89:4 90:16 95:12

incorporating (cont.)
102:2 112:22 113:7,13
137:21 197:21 198:4 229:4
282:13
incorporation
6:11,20 7:4 84:14 85:1,2,4
85:7,11 87:5,7,11,16 88:2
89:12,15,19 94:16 101:8
102:15 103:3,22 107:3,8
107:11,16 108:10,14 109:8
109:9 110:10 111:10 112:5
112:14 113:19 114:9 115:4
134:1,14 135:8,22 136:2
136:10,16,20 143:17
178:13 179:4,10 181:13
182:14 199:15,18 201:9
205:7,22 214:21 235:11
241:9 263:19 288:2,6
317:11 318:19,21 319:16
319:19 321:17
incorporations
135:13
incorrect
116:3 160:6 187:5
increase
284:17
independent
238:20
independently
220:16
index
193:5
india
207:2
indirectly
106:6
individual
30:8,12,14 35:14 37:9,20
38:7 40:1 115:13 135:3
142:12 145:6,13,20 146:7
146:8,16 147:11,18 154:13
155:18 166:20 168:9 173:6
173:11 179:8 193:14
194:17 200:1 270:21 303:9
306:19 314:13 322:9,13,17
individuals
67:20 123:22 143:20 173:5
173:9 228:2 259:13 270:5
309:19 324:1 325:8 329:3
industries
172:8
industry
38:15,17 129:17 133:2,13
133:17 172:7 313:5
influencing
258:14

inform
254:21
information
51:3 53:2 72:8 73:4 83:6
92:12 94:15 102:20 125:9
125:13 135:12 179:7
184:21 185:1,2 193:3
200:9 204:17 210:20
217:18 221:10 222:2 225:2
225:3,16 226:2,8,9 228:3
231:7 250:13 264:12,15
265:17 266:1,5,22 267:1
269:12 280:15 285:14
286:21 288:1,5 302:22
305:9,21 309:15 319:13
320:21
informational
285:11 307:2
infrastructure
285:10 314:3 323:17,18,19
infringement
6:10 90:8 205:22 206:6
initial
56:19 199:1
initially
47:15 247:3
initiative
261:13
innovation
252:7 285:9
innovations
257:14
input
35:16,17 91:9 100:6 103:4
183:9 231:7 248:20,22
261:15 293:15
inserting
239:1,5
insight
257:22
inspection
74:12 75:11
instance
76:1 103:1 104:9,20
105:17 130:11,13 145:5
148:3,13 202:21 322:8,11
322:12,16
instances
69:8 75:17 103:12,16
104:16 111:8,12 129:2
168:20 169:7 192:6,6
195:9 258:11 283:12
institute
17:5 20:21 21:1,12,18 22:5
24:9 32:22 42:17,19 114:1
114:22 136:20 190:12

institute (cont.)
209:13 312:5 313:8,10,12
320:8
institutions
326:19
instruct
264:19 266:9
instructed
308:16
instructions
85:12,17,22 86:6,6,12,18
86:20 88:7 102:10
instrumentation
70:20 71:4
insurance
135:5
intellectual
181:17,22 183:12
intended
193:5 196:18,22 197:13
198:8 199:16 219:22
intends
167:1 217:2
intent
36:13 199:19 215:14
intention
175:12
interactions
179:6 317:3
interagency
150:11,15 151:14 157:19
158:2,4,15
interest
36:6,8,10,12,13 37:12,15
37:19 38:3,13 52:8 57:17
62:22 129:13,14 130:5,6
263:9 264:2 265:11 267:12
278:5 324:4 325:16 330:18
interested
36:7 37:1 53:5 109:1,6
167:16 168:14 217:6,9,19
244:10 313:13 325:8
329:13 334:15
interesting
276:15,21
interests
36:15 38:11,13,15,19
39:13,18 40:19 58:6,7,8
76:22 125:8 313:3
interfere
10:10
interference
10:8
interior
201:2

interior's
198:16
internal
17:9,9 29:4 99:19,21 264:7
265:15,22 282:16
internally
27:1 282:15
international
1:4 3:3 10:18 23:21 24:14
24:15 25:5,7,8 26:2 28:20
29:1 32:20 34:21 41:1,3,4
41:5 43:12 47:10 49:11
50:21,21 51:1,4,5,7,10
55:1 63:2,4 65:2 74:22
75:15 118:9 121:21 122:20
132:1 178:2 311:11 319:13
331:21
internet
206:8,13 213:9 217:7,10
222:14 242:6,11,16,21
243:2,8
interpret
166:3
interpretation
199:19
inventory
199:2
invited
61:9,12 285:12
involve
62:15 100:18 324:17
involved
12:21 29:4,14,16 47:6,14
48:2,3 49:8 269:22 284:19
319:8,12
involvement
61:14 65:9 221:1 278:16
278:19
involving
157:22
ipc
65:7 123:16
iprpc
183:8,11,15 236:18 271:19
irresponsible
197:2,4
ise
69:6
iso
26:14 44:17 69:6 75:4
122:3,8,10,13 123:2
140:17,18 161:19 217:17
220:8,13
issue
38:7 96:5 188:21 189:3
207:21 227:9 244:5 246:12

[issue - level]

**issue (cont.)**
247:8,14 255:10 261:21
263:10 274:12 315:20
319:9 320:12 332:5
**issued**
91:15 278:9
**issues**
51:15 54:9 60:6,10 66:5
102:21 107:1 170:14
178:13 179:3,10 206:20,21
246:12,12,13 251:22 254:1
258:6 271:21 284:19
**issuing**
201:14,20
**item**
180:5,18 298:11 301:2
**items**
54:9,9,12 230:4 292:1,20
293:16 295:7

**j**

**jane**
3:5 12:4
**jane.wise**
3:11
**january**
25:5 139:8 257:4
**jillavenkatese**
253:5,6,19
**jim**
55:8 189:10
**job**
1:21 71:17,20 72:3,17
185:12 324:18
**joe**
251:17,18,19,21 256:19
257:5,17 258:3,11,20
**joe's**
258:1
**joint**
150:8,10 157:18,20 159:13
159:15 160:10 294:20
**judgment**
260:16 276:13
**judiciary**
306:18
**judy**
64:3,9
**july**
6:2 24:15 25:2 47:11,13
48:2,8 164:18 252:8,10
298:6 299:3 300:3
**june**
241:7 251:7 273:20 334:22
**justification**
212:21

**k**

**keep**
216:18
**keeping**
73:19 216:15
**kevin**
3:4 12:2
**kevin.fee**
3:10
**kind**
49:7 56:13 95:14 97:4
128:6 155:11 202:7
**knew**
265:21
**know**
13:21 14:3,7,12 25:13
26:10 31:13,16,22 32:3
44:4,20 64:1,9 66:17 70:8
71:19 77:12,22 79:15
80:11 81:7 82:20 83:3
84:13 90:19,22 91:4,9 95:5
98:9 116:17 126:12 138:18
139:21 148:13 155:1,16
161:2 168:8,10 174:18
176:3,6,7,13,20 178:6
181:5 182:12 183:3,19
184:16 185:4,15 186:7
188:11 189:2 190:6,11,12
192:14 197:16 203:4
207:14 209:9,18 210:8
212:21 221:20 223:1,6,17
225:5,11,14,15,15 226:1,8
226:9,20 227:15 228:4
229:8,9 231:3,14 235:18
240:11 241:10,16,18,21
248:13 249:11,12 250:8,13
251:13 253:22 254:4,12,13
254:22 255:13 256:3,22
259:1 261:19,22 262:11,17
263:1 264:13,16 265:3
266:12,15,21 267:16 268:3
268:5,19,21 269:13,21
270:22 274:22 275:13,20
277:2 279:15 286:15
305:17 308:15 317:20
318:17
**knowledge**
53:8 82:19 106:3,10
133:20 148:20 156:1 209:7
210:2 213:20 223:13
225:20 227:17 275:5
278:14 280:17 284:11
301:6 331:14 332:8
**known**
21:13 184:13 249:13
267:10,21

**l**

**lab**
75:10
**labeled**
165:17 252:14
**labeling**
162:16
**labor**
36:13 38:13
**laboratories**
79:22
**laboratory**
81:2
**lack**
129:9,11,12,13 130:3,7
329:16
**laid**
38:8
**language**
196:15 263:7
**large**
29:5 30:7 52:9 65:1,6 67:9
67:14,17,18 68:6,19 210:5
273:12 313:13 325:7
**larger**
130:5
**largest**
313:13
**late**
255:20
**latest**
193:4 263:6
**latin**
61:11
**law**
8:12 11:18 13:9 39:10 46:1
77:3,9,12 84:18 88:13 90:5
90:7 95:15,19,21 96:16,18
101:11 143:20 152:16
164:10 173:16,19 178:2
205:5 207:5,7 208:2,8
218:21 219:21 227:6,11
249:10 287:11,12,19 291:2
302:10
**laws**
77:19 96:5,8 227:13 333:3
**lawsuit**
15:18,21 215:21 216:16,19
260:16 276:14,22 277:3,5
277:10
**lawsuits**
12:22
**lawyer**
90:12 249:10

**lawyers**
252:8
**lays**
162:11
**lead**
170:13 293:14
**leads**
34:4 265:21 281:5,12,16
**leaning**
263:10,13
**learn**
71:9 148:22 149:8 261:2
**learned**
71:16 145:12
**leave**
280:21
**leaving**
233:15
**led**
29:2 30:21 40:17 265:21
317:6 324:22 328:7
**ledyard**
4:13 11:22
**left**
124:16
**legal**
2:11 11:6,9,11 52:15
332:20
**legislation**
29:6,13 96:12 108:6
110:15,18 185:17 212:16
213:1 214:1 215:6 227:6
287:4,6
**legislations**
96:20
**legislative**
214:4 246:22
**legislator**
286:2,3
**legislators**
284:17 285:17,22 286:22
**legislature**
285:15 287:6
**letter**
5:9 9:20 16:10,15,17,18,21
17:1,14,16 18:7 19:13 20:2
216:10 260:18 264:10
266:19 302:10
**letters**
195:1
**level**
38:8 75:4 93:20 96:3 105:6
107:2,4,9 114:15,17 118:6
120:15 128:3 264:17
326:12,17 331:15

**levels**
127:20 162:12

**lewis**
3:6 12:3,5

**libraries**
147:3 243:1

**library**
178:12

**license**
173:9 224:13 226:12,16,21

**licensed**
224:4,6,9 225:1 226:14

**licensing**
315:5 327:22

**lieu**
28:7 89:16 218:6,18
219:14

**life**
165:21 170:12

**light**
271:18 273:18

**limited**
35:11 48:15 60:19 142:2
152:10 317:4,5

**limits**
224:9

**line**
233:4 236:8 238:18 239:6
267:4 287:2

**lines**
271:22

**link**
138:11 220:20 221:17
222:9,13,22

**linkedin**
8:2 280:11,13

**linking**
222:2

**list**
102:4 120:4,18,22 137:19
208:11 229:5 252:4,22
270:6 306:19

**listed**
74:19 81:14,18 82:5,7,8
94:20 120:9,20 124:16
137:18 202:10 204:15
210:16 221:20 223:20
233:10 252:18 295:7 305:3
332:9

**listen**
250:4

**listing**
118:13 119:13 233:2

**lists**
50:14 89:1 119:17 120:1,3
120:4 141:20 208:6,8

**lists (cont.)**
237:19 242:1

**litigation**
16:12 17:15,19,22 18:19
18:22 19:5,6 278:11 301:9

**little**
29:21 30:19 116:13 149:19
282:4

**liz**
231:1 237:16 241:4

**llp**
3:6,16 4:5,13

**lobby**
285:20

**lobbying**
286:4 306:11 307:16 308:7
308:11,16 309:20 310:4,6
310:10,14,15,20

**located**
11:6

**location**
245:3

**long**
14:3,7 21:4 22:6 44:20
47:8 91:19 133:13 249:13
279:15 306:19

**longer**
279:16,18

**longworth**
285:3

**look**
19:18 46:20,22 48:21
51:14 53:1 55:15 67:11
80:19 83:10 84:2 110:3
198:18 202:19 203:11
223:7 228:20 264:9 274:15
277:1 332:4

**looked**
26:11 57:18 58:5 60:7 97:8
229:10 234:15 235:15
289:5

**looking**
70:12 120:18 236:7 246:14
246:17 261:21 266:11

**looks**
117:17,18 236:4 251:10

**lot**
192:10

**low**
324:8

**lower**
256:15

**lunch**
158:2

| m |
|---|

**machine**
224:9

**maiden**
20:15

**mail**
5:11 6:6,15,17 7:2,6,8,10
7:12,15,17,19,21 19:7,16
188:1 194:9,14 203:7
225:2 230:21 232:16,18,21
233:2,3,7,10,13,17 234:15
235:15 236:8 237:15,20
241:1,3,4,21 246:1 248:1,4
248:17 251:17 255:14
256:15 257:5 259:11,15,19
259:22 260:2 268:14 269:6
270:5 271:16,17,20,22
272:2 274:5 275:14 276:11
276:12,14 277:2 302:20
303:3,6,12,13 307:15
308:21,22 309:7,9

**mailed**
256:19

**mails**
187:10 251:6 259:10

**maintain**
138:10 270:8,13

**maintained**
135:10,18 156:9,14 157:5
157:8,9 158:8 159:1,1,5
217:15 324:7

**maintaining**
138:16 139:5 323:17

**maintains**
137:3

**maintenance**
135:21 137:12 330:16

**majority**
58:11 129:17 252:5

**making**
185:1 207:14 213:12,17
250:9 266:16 272:15 286:1
287:3

**malamud**
143:3,19 184:7,13,16,17
185:3,20 186:17 187:10
191:12,15 203:1 260:15
276:13

**malamud's**
186:8 196:10 203:7 260:19
261:1,4

**manage**
312:18 328:12,16,21 329:2
329:8

**managed**
329:21

**management**
9:7 21:12 22:7 23:5 44:18
49:17 72:13,18,20,22 73:1
80:16 100:3 138:21 201:4
260:13 293:13 297:7

**managing**
127:14

**mandatory**
76:7 161:16 162:4 163:8
163:13

**manipulation**
35:16,17

**manner**
166:4 199:21

**manufacturing**
23:20

**march**
21:7 23:11,11 24:2 181:6
184:2,14 231:5 236:16
292:18 294:4 297:9,11

**mark**
15:2,22 111:14 116:20

**marked**
15:4,8 16:2,6 116:22 117:4
118:19 119:1 149:22 150:3
156:16,20 157:10 160:16
160:20 164:12,16 179:12
190:14 191:4 204:1,5
205:10,14 229:15,19
230:11,15,16 232:7,11
235:2,6 237:6,10,22 238:4
240:15,19 245:12,16
247:16,20 250:14,16,20
256:8,12 259:3,7 268:6,10
271:9,13 278:21 279:3
280:5,9 288:9,13 289:6,10
289:20 290:2,14,17 291:13
291:16 292:8,12 293:8,20
294:12,16 295:8,12 296:2
296:6,19 297:1,18,22
298:13,17 299:15,19 300:9
300:13 301:20

**market**
29:4

**marking**
162:16

**mary**
1:14 2:9 5:2 8:3 10:15
12:12 16:13 20:13,15
231:8 248:8 252:19 253:4
256:21 260:2,3,4,7,8,9
263:4,6,8 268:16 281:5,12
281:16 332:18 333:11

**mary.saunders**
  233:11
**material**
  85:13 86:13 90:16 94:11
  94:12,16 95:12 99:7,12,14
  165:12,19 166:2,11 167:3
  169:21 170:11 171:4,6
  172:1,3,12,19 173:22
  174:6,9,22 177:20 214:19
  224:6 226:14 242:3
**materially**
  36:7,22 329:13
**materials**
  1:4 3:3 10:17 53:6 86:1
  87:17 88:10 89:5 165:12
  183:1 211:11 212:13 224:4
  224:9,14 225:1 234:1
  305:6
**matrix**
  7:14 252:13,15 254:8
**matt**
  279:6
**matter**
  10:16 17:13 258:1
**matthew**
  4:3 11:18
**mbecker**
  4:8
**mckiel**
  260:2,3,4 263:4,8
**mean**
  16:17 26:17 30:1 32:14
  36:5 41:6,9,10 52:6 59:8
  73:6 76:10 78:9 85:17
  88:22 89:8,18 94:4 101:5
  108:4 126:5,5,18 129:16
  134:11 142:11 170:15
  174:18,19 175:10 193:12
  193:21 194:15 231:15
  240:6 242:3 254:12 263:12
  263:16 268:20 270:17
  278:1 281:19,21 282:5
  328:21
**meaning**
  269:6 281:21
**means**
  26:22 27:3 59:9 77:14
  83:17 84:14 99:2 100:14
  129:21 139:12 146:22
  147:4 170:21 183:21 274:2
  305:18
**meant**
  126:21 154:8 194:2 242:8
  249:21 263:20 275:8
**measurement**
  21:17 22:5 313:8

**mechanisms**
  272:22
**media**
  10:14 115:16,20 159:19
  160:1 203:17,21 279:21
  280:3 311:5,9 332:19
**medical**
  70:20 71:4
**meet**
  125:7,12 126:15,17 127:1
  151:22 170:7 188:6 271:3
  313:15
**meeting**
  8:4,7,21 59:4,9 150:8,12
  151:4,9,12,16,19,20
  153:14 155:22 156:4,8,12
  157:3,19,22 158:1 159:13
  159:15 160:11 179:19,21
  184:14 188:16 204:10,12
  214:18 215:1 230:5,7
  249:1 252:8 253:3 269:5
  269:17,19 288:17,18,20,22
  289:1,3,14,15 290:7,12
  291:5,7,11,22 292:18,22
  293:2 294:4,5,19,20,21
  295:2,4,18,19 296:12,13
  298:6,7,10 299:2,5,14
  300:2,4,18,20 304:18
  305:1,2 324:12
**meetings**
  68:3,9 107:10 126:7,9,11
  126:13,19 144:11 156:8,14
  157:7 252:5 254:22 255:2
  255:3,5,9,15 269:8,9,14
  270:1 271:19 293:5,7
  307:2
**meets**
  67:20 124:7
**member**
  32:17,20,21 33:9,11 41:11
  41:13,17 42:11,13,14,18
  42:19,22 43:9 44:1,12,19
  44:21 46:8,10,13,16 48:9
  51:11 53:11,16,18 54:3,15
  54:19,21,22 55:12,13 56:3
  56:4,7,9,18 57:2,9 58:1,22
  59:3,7 60:14,18,22 61:3,5
  61:6,6 63:8,14 64:10 65:10
  65:19 67:12 68:8,21
  106:21 107:6 118:8,10,10
  118:11,13 121:10,13,15
  125:3,4,5,11,18,21,21,22
  126:14,22 150:12 151:2
  157:21,22 182:2,3 183:14
  189:19 278:2,8 285:5

**members**
  37:4 39:15 41:14 48:15
  51:3,3 53:5 58:10 63:3,17
  63:18 65:5 67:19 68:16,17
  68:18 69:3 100:6 109:1,6
  123:18,20 125:12 126:3
  129:17 153:7 158:4 241:5
  241:19 253:20 255:6,9
  284:15 306:15,17 307:5
**membership**
  41:15 43:15,21 44:6,7 45:3
  45:7 46:5,12 55:4,6,16
  63:19 119:14 124:19,20
  125:1,7 154:7,10,14,16
  278:3
**memorializes**
  20:3
**memory**
  56:1 57:8 107:1 126:22
  146:13,15 147:10,18
  149:21 153:19 180:1
  182:16 186:6 211:16 240:5
  240:5
**memos**
  93:19
**mention**
  65:16 116:5,7 123:13,15
  257:6
**mentioned**
  22:10 30:10 34:22 39:7
  44:5 45:16 47:9,17 48:6
  49:1,10 53:14 58:5 60:9
  61:20 62:20 65:1 68:15
  69:2 78:4 81:22 85:19
  93:14 100:12 101:12
  124:18 127:8 128:20
  139:13 152:15 169:18
  173:4 193:13 200:21 219:5
  219:18 228:13 242:22
  246:19 247:9 249:4 250:1
  270:2 272:21 286:22
  287:11 324:6 325:3
**message**
  252:2 254:17 268:16
**messaging**
  190:3
**met**
  180:10 249:15
**metal**
  215:22
**method**
  314:17
**methods**
  31:19 153:9 162:15
**microphones**
  10:6,10

**milburn**
  4:13 11:22
**military**
  201:11,21 202:1,5
**miller**
  3:15 12:6,7
**mind**
  116:12 232:3
**mine**
  199:3 250:5
**minimal**
  176:10
**minimize**
  141:9
**minimum**
  167:8
**minority**
  252:5
**minute**
  311:2
**minutes**
  6:3,13 8:14,18 9:3,15,17
  111:16 179:18 230:3,9
  232:1 291:21 294:2 296:10
  300:1,17 323:7
**missed**
  252:20
**missing**
  189:15
**mission**
  21:20 27:16 28:5 30:10
  31:3 39:13,18 40:16,21
  43:14 108:1,18,22 109:5
  111:22 112:17 152:9,19
  228:16 282:2 287:16
  316:16
**missions**
  45:21 108:9 112:3
**misspoke**
  241:15
**mistaken**
  52:19
**misunderstanding**
  188:22
**misuse**
  196:2
**model**
  314:12,12 315:15
**models**
  154:6 155:6 325:18
**modernization**
  77:17 78:5 79:14 80:7
  81:15,20 82:3 83:15 84:6
  84:10
**moment**
  171:21 185:19 232:20

[moment - object]

**moment** (cont.)
276:6
**monday**
236:16
**money**
313:21 323:10
**month**
144:11
**monthly**
269:12
**morgan**
3:6 12:2,4
**morganlewis.com**
3:10,11
**morning**
10:3 11:17 12:18 260:22
**motivation**
218:3,12
**move**
101:4
**moved**
47:9 48:7
**moves**
99:4 331:5
**moving**
58:19 215:18
**msha**
199:4,9,12 200:6,7
**mto.com**
3:20
**multiple**
76:15 223:16
**multiplicity**
76:13
**munger**
3:16 12:7
**municipal**
331:9,15

**n**

**n.w.**
2:12 3:7,17
**name**
11:8,17 20:15 169:6
189:15 225:2,3 233:3
**names**
20:13 31:22
**nara**
86:10 87:17 88:7 89:1,1
90:17,19,22 91:4,10,15,20
92:1,2,6,9,11,20 93:2,6,8
93:12,17 94:6 169:19
211:1,2 231:6,20 232:1
240:7 241:8 242:20 261:13
272:5

**nara's**
85:12,16 211:9 212:5
232:6 233:21
**narrow**
286:7
**nation**
257:10
**national**
1:5 3:13 4:21 10:18 17:4
20:21,22 21:12,17 22:4
24:9 27:14,18,21 28:1
30:10 38:10 39:5 40:21,22
41:2 42:16,19 43:9,10
45:17 49:13,14 51:12,14
51:15,16,19 52:5 57:17
61:10 65:4 74:17 76:14,16
78:18 82:4 84:22 85:6,9,19
92:18 93:15 118:3,4,7
122:22 123:1,17 127:7,10
127:15 128:2,4,12 131:6
131:15 132:6,12,17 133:1
133:3,6,7,16,18,22 134:3,7
134:20 136:9,12 140:16
152:16 175:12 178:8 180:8
182:21 189:19 199:4,5
204:21 209:15 211:3,8
216:1,5 218:15 233:20
235:12 268:21,22 269:4
281:22 288:18 289:15
294:22 307:8 313:7,10
317:1
**nation's**
285:9
**ndg**
195:1 196:2 199:7
**necessarily**
213:14,19
**necessary**
72:1 164:6 166:8 200:10
324:13
**need**
13:15 14:6 31:2 102:1
152:19 170:20 190:1
248:11 265:1 266:20
316:15 321:16
**needed**
18:14 221:3,16 242:9
**needs**
151:22 152:4 155:7,12
172:14 194:2 313:16
**negative**
210:21 228:8
**neglected**
65:16 116:5,7 123:13
**neiman**
231:1 237:16 241:4 248:2

**neiman** (cont.)
248:4 274:6 275:8
**neither**
334:11
**network**
224:10
**neutral**
263:7
**new**
4:15,15 56:19,21 63:18
236:17 260:9,10 330:16
**nfpa**
12:8,9 188:5 189:13 199:5
199:6,13,17 200:5 208:19
209:14,16 274:21 275:10
275:17 277:6 322:13
**nist**
21:13,16,17 22:1,2,8,21
23:6,9,13 24:14,20 27:1,6
27:14 43:1,7,13,14,15,21
44:2,6,11 45:3 46:2,18
47:10 48:7,8 54:17,18,18
56:7 57:18 61:12 72:14,21
73:5 93:21 105:4 107:14
115:3,8 119:9 135:7,10
136:22 139:5,14 145:18
146:1 153:6,6 184:19
191:10,20 195:2 196:21
197:5,5,6,11 198:6 199:1,9
199:14 200:4,13,17 231:10
231:16,19,20 233:13,15
253:16 273:11 311:16,17
311:21,21 312:4,10 313:2
313:16,20 314:6 315:1,8
316:4,19 317:2,10,10,14
319:8 320:4,4,13 321:7,9
321:20 322:4
**nist.gov**
233:11
**nist's**
27:16 48:13 138:15 196:14
198:19 202:17 313:9
**nominated**
67:5
**nominating**
67:6,7 118:16
**nominations**
124:13
**non**
260:21
**nondated**
199:15
**nonprivileged**
266:4
**nonprofit**
71:5 270:12

**nonpublic**
264:14,15
**nonspecific**
145:2
**noon**
236:15
**normal**
172:9
**northwest**
11:7
**notary**
333:19 334:1,21
**note**
10:6 160:9 198:17 202:13
231:22
**noted**
118:2 154:4 183:7 188:4
188:20 194:22 248:18
**notes**
302:21 305:3,12
**notice**
2:15 87:9 99:22 100:15,17
100:22 137:6 167:4 182:20
211:6,14 233:18 234:5
242:2 246:12 248:20 272:5
**notices**
167:18
**notifying**
287:17
**noting**
155:4 237:16
**november**
22:9,17,22 23:12 295:18
296:12 300:19
**npc**
65:7 268:17,20 271:18
**nspa**
199:10
**nttaa**
28:2 177:21 178:6
**number**
44:14 52:12 83:8 126:19
130:5 138:2,3,7 173:9
187:9 210:5,19 217:15,16
220:18 251:22 332:19

**o**

**oath**
13:7
**object**
218:9 309:17 310:1,3,13
312:3,13 313:6 314:10,19
315:7,13,21 316:9,20
317:18 318:2 319:1,21
320:14 321:1,22 322:5
326:14

[objection - organization]

**objection**
25:15 26:9 28:12 30:17
31:12 32:6,7 33:7,19 34:17
36:19 37:7 38:20 39:4,19
39:20 41:8,21 43:3,18 45:5
45:15 47:16 48:5 49:21
50:7,12 52:22 54:4 58:2,3
58:13,14 59:1,16,20 61:19
62:17 64:12,21 65:11 69:1
69:20 73:11 77:4,10 78:2,3
78:15,16 79:16,17 82:13
82:21 83:21,22 84:8,15,19
84:20 86:9,22 87:13,14
88:4,5,16,17 89:22 90:9,10
91:7,11,16,21 92:14 94:18
94:19 95:3,4,9,16,17 96:1
96:10 97:6 98:13,18,19
99:16,17 100:10,11,19
101:16,20 102:18 103:13
104:4,13 105:2,14,15
106:2,9,15 107:18,19
108:19 109:16 110:12,13
110:20,21 112:8,9 113:22
114:11,21 117:16,22
119:15,16 120:10 121:9
122:5,17 125:15,19 126:20
128:8 129:20 130:16
131:16 132:13 133:5,19
134:4 135:16 136:18
137:14 138:17 140:1,10
141:4,5 142:9,19,20
143:10 144:6,22 145:16
146:2,11,19,20 147:14,16
148:7,8,18,19 149:4,12
151:17 152:14 153:4,17,18
154:19,20 155:14,15 156:2
156:11 157:14,17 158:10
158:11 159:3 163:18,19
168:7 169:2,8,16,17
170:16,17 171:7,8,15,16
172:5,6 173:1,2,17 174:3,4
174:13,14 175:7,8,22
176:9 177:4,5,11,12
178:14,20 182:5,9 183:17
186:9,19,20 190:10 193:22
194:16 195:15 197:14
200:20 209:21,22 213:3,4
215:8,9 217:11,12 218:13
218:14 219:3,4,16,17
221:5,18,19 222:8,15,16
223:5,11 225:8,19 226:4
227:21,22 228:11,12 229:7
231:18 234:11 235:17
236:2 237:3 238:9 240:3
242:12,13 243:10,11 244:1
245:7,8 249:22 250:11

**objection (cont.)**
254:2,3,9,10,18,19 255:11
255:12 256:6 257:21
258:17,21,22 261:5 262:3
262:21,22 265:18,19 266:6
266:7 267:14 270:9,10,18
270:19 271:5,6 272:19,20
273:8,9 275:3,11,12,18,19
276:2,3 278:12 282:8,11
283:6,7 284:8,9 286:5,6
287:9 288:7 291:9 292:5
301:14,17 304:16 305:14
307:18 308:3,12 309:2,21
310:5,16 323:15 324:20
325:13,14 326:5,6,15,22
327:1,11,17,18 328:4,5,18
328:19 329:5,6 330:1,2,7
330:12,13 331:1,12,13

**objections**
116:17 321:10

**objectives**
69:4

**obligation**
89:13,20

**obligations**
89:6,6,7,8 177:22 178:3

**obviously**
153:10 196:12 240:7

**occasions**
118:16

**occupied**
24:1

**occur**
196:2

**occurred**
185:5 188:16 253:12

**occurring**
212:19

**occurs**
111:12

**october**
24:5 25:1 288:19

**offer**
268:17 269:4

**offered**
71:17 139:12

**offhand**
31:16

**office**
9:7 23:13 24:17,18 25:9,10
26:19,22 28:21 47:11 48:7
48:12 85:10,21 86:2 91:2
100:2,21 105:5 139:15
149:15,18 164:18 165:2
167:5 178:12 179:3,9
253:20 269:18 270:14

**office (cont.)**
297:7 318:13,17 319:13,15

**officer**
73:3,4 334:3

**officers**
73:10

**offices**
25:7 27:5 268:17 269:5
270:4,8,22 271:1

**office's**
178:18

**official**
17:8 126:4 303:16

**officio**
65:5 68:18

**ofr**
196:7,11 319:9

**ofr's**
319:17

**oh**
194:13 281:10

**okay**
14:13 20:7 23:10 28:14
56:21 82:9 94:6 96:15
116:11 161:22 180:4,16
181:9 188:3 203:15 265:16
281:10,11 311:18 322:8
323:1 331:16 332:12

**olsen**
12:7

**olson**
3:16

**omb**
34:10 45:22 79:2 85:3 89:3
90:13 92:5,5,7,20 93:16
101:21 102:7,9,10 114:2
139:7 141:19,20 147:22
150:17 152:18 170:3
204:22 261:13,13 262:5,13
263:9 264:2,17 265:11
267:11,22,22 282:1 287:19
297:7 317:20 318:4 319:9
319:13,17

**once**
126:16

**ones**
41:22 257:16

**online**
168:2 208:17,20 209:20
210:11 212:17 213:2 215:7
242:4,9 243:6,21 244:16
245:2 250:3 272:8,11
320:6,18

**open**
17:6 18:10 35:5,9,11,16,17
155:4 158:1 214:17 224:4

**open (cont.)**
285:4 329:13

**opening**
151:12

**openness**
34:13 36:1 128:21

**operate**
75:20 76:4 83:18

**operated**
121:20 122:1

**operates**
114:5 121:20

**operational**
72:21 73:4

**operations**
53:21 155:18 226:6 282:16
315:4

**operative**
94:2,3 246:2

**opine**
142:5,16 144:18 153:15

**opined**
154:6

**opinion**
83:1 215:11 243:13,16,20
245:11 316:11,11

**opposed**
46:9 101:9 115:4 154:12
313:5

**option**
242:20

**options**
242:22 244:18 272:9

**order**
49:20 58:11 75:20 76:4
134:21 221:3,16 225:12
226:17 241:13 279:9
320:20 324:3

**orders**
93:18

**organic**
108:5 109:18

**organization**
5:10 22:16 26:2 33:2,18
34:1,2,3 37:20 40:14 41:1
51:6 71:5 75:9,19 76:3
83:18 84:5 103:5,17
104:10,17,21 105:18,22
106:7,13,18 114:8 117:21
120:15 121:22 122:20
123:10 127:22 131:2,9,13
132:4 138:4 140:17 168:11
168:12,12 173:8,10 179:2
202:9 209:11 221:9 222:19
225:3 270:13 278:17
285:20 304:19 308:11

**organizational**
41:14 42:3 117:11,14
323:18

**organizations**
32:13,16,18 33:6,13 34:20
41:4,7,16,17 42:5,5,6,9
44:10 47:3 70:18 72:6,9
75:6 78:8 82:10,12,15
105:8,13 106:22 107:5
120:6,8 122:19 128:9
129:22 130:19,20 153:11
166:10 210:3,6,9,10,16
217:17 222:1 241:19
269:11,22 274:21 275:9
285:5 287:15 305:3,11,22
308:17 312:6,16 314:7
315:4 316:7 318:1,8 319:5
324:7,10 325:3,8

**organization's**
26:4 79:6 131:21 161:3
311:22 312:11 329:11

**organizes**
140:13

**original**
261:16

**outbound**
222:22

**outcome**
334:16

**outlined**
151:19 247:15

**outlines**
169:20 246:13

**outreach**
7:14 188:5,17 252:2,4,13
252:15,22 254:1,8 284:16
284:21 285:1,15,17 287:5
306:12

**outside**
112:18 202:4 283:16 307:7

**overall**
78:9 114:4 133:8

**oversaw**
73:6

**oversee**
62:13

**overseeing**
52:2

**oversees**
62:7

**oversight**
78:6 306:17

**owner**
166:22 221:7,12 327:13

**owners**
206:21

**owning**
167:2 168:11,11 222:1

**oxymoron**
306:14

**p**

**p.m.**
332:17,22

**packaging**
162:15

**page**
5:2 119:11 153:22 154:3
160:21 161:1,10 165:8,10
169:19 170:6 177:15 180:2
180:17,17 188:3 194:14
201:7 204:14 206:6 207:3
210:22 220:5 224:20
237:18 238:14,15,19 242:1
252:12,13 253:1 256:15
268:13 272:3 276:10
280:11 309:11

**pager**
309:14

**pages**
1:22 132:17 207:22 304:13

**paid**
44:6 45:6

**panel**
251:11 285:2

**paper**
181:12 182:13 183:8 331:7

**papers**
306:6

**paragraph**
151:19 154:2 162:21
165:16 180:20,22 184:4
188:19 194:21 195:4
198:22 199:11 200:12
236:12,13 239:12 256:17
272:4 303:22

**paragraphs**
155:3 273:17

**paraphrasing**
34:11

**pardon**
253:7

**part**
24:19 31:1 40:20 85:15
109:13,15 119:7 120:19
127:17 134:22 137:5
138:21 139:17,19 143:12
143:14,17 154:10,16 159:5
164:7 167:2 170:1 226:5
231:9 234:3,18,21 238:8
240:14 241:20 282:17
314:16 315:5 318:10

**part (cont.)**
323:21 328:2

**participants**
38:4 130:6 154:8 324:6
325:2,5 327:4,8,20

**participate**
36:17 37:4,10 39:3,11,16
40:3 43:6 44:1,9 45:19
46:14 54:1 69:15 121:16
125:17 126:8 144:2 152:21
153:3 211:21 234:4 255:15
297:13 324:1,12 325:11
326:2,20 330:19 331:10

**participated**
42:22 43:11,12 44:12 47:2
56:3 61:7,16,18 63:8 69:19
105:13 119:18 122:10
123:11 126:10 143:19
144:4 153:7 214:17,22
246:5 308:8

**participating**
43:17 45:4,8,12 46:1 59:13
121:6 122:7 313:4 326:8
331:4

**participation**
30:22 39:22 43:16,22
48:13,14 60:18 102:12
119:10,20 120:14,22 121:1
122:21 144:10 152:2
153:10 154:11,17 155:9
231:1 324:8

**particular**
35:15 36:15 40:2 48:22
76:21 103:9,9 110:4 111:1
128:1 129:14 130:15 132:5
134:6 135:6 144:16,19
152:8 169:6 172:14,15
193:8 197:19 202:11 203:1
214:21 228:3 229:1,5
234:22 274:18 312:17
330:18

**particularly**
27:8 257:11,15

**parties**
2:16 10:13 36:7 37:1
167:16 168:15 170:10
171:22 217:6,9,20 244:10
334:12,14

**partnership**
257:9,20 258:5,7,9,13

**parts**
51:9

**party**
179:8

**passage**
29:5

**passed**
96:6 239:7 287:11

**passes**
96:12

**patent**
62:9,20

**patricia**
230:22 248:2 260:1,7
268:15 291:3 293:15 297:8

**patty**
181:3 246:7 252:8 256:20
257:3 263:5 274:7

**pauley**
188:20 189:4,9,10,12,22

**pauley's**
189:14

**pause**
28:13 111:2,4

**pay**
43:15,21 45:3 46:7,9 154:7
173:8 323:13 325:10 326:1
326:19

**paying**
154:12 310:18

**pen**
331:7

**penalty**
333:2

**pending**
14:8

**pennsylvania**
3:7

**people**
55:20 167:16 222:12 242:6
242:11,16 243:1,8 268:1
307:2 328:16

**performance**
162:13

**period**
28:21 32:21 44:19 49:17
101:1 214:11 227:10
239:20 240:12

**periodic**
198:14 202:17

**periodically**
92:2 126:6,6 127:1 132:20
198:10 228:20

**perjury**
333:2

**permissible**
19:9,10 265:4,14

**permission**
220:19 221:3,11,16 222:10
222:13

**permitted**
110:15,18 226:13 267:5

[permitted - prevention]

**permitted (cont.)**
286:8,13,18
**person**
44:1 48:12 63:20 64:1
149:1,9 203:9 245:2 249:8
**personal**
17:7 45:13 47:4 114:19
223:12 227:17 286:19
316:10,11 329:8
**personally**
42:16,21 43:19 45:8 93:4
103:20 104:5 178:15 179:5
182:18 282:5
**personnel**
75:12
**petition**
182:20 183:3 211:1,7
233:19 240:7,14 241:9
301:8
**petroleum**
209:12
**phase**
220:5
**philosophically**
274:9
**phmsa**
212:14,16 213:1 215:6
**phone**
18:14
**phones**
10:9
**phrased**
208:3
**physical**
167:15 245:4
**pick**
10:7
**picked**
194:7
**piece**
185:17 266:22 267:1 287:4
**pipeline**
185:11,13,15 212:7,10,13
214:10,15,19 246:11,20
248:21 250:2 304:18,19
305:5
**place**
10:9,12 18:2 137:22 151:7
156:4 171:1 217:18,19
228:19 287:2
**places**
125:7
**plaintiffs**
1:9 10:22
**plan**
252:2

**planning**
18:12
**plans**
70:12 71:13 188:6
**play**
214:12
**played**
252:1 332:9
**please**
10:6,9 11:16 12:11 13:20
14:7 15:2,22 77:6 116:20
165:8 180:2 281:4 303:1
304:9 306:5,7 332:2
**pleased**
231:9,12 234:18
**plenary**
239:8
**plus**
160:12 241:5 274:8
**point**
13:19 108:21 109:4 116:4
161:11 162:6 163:2 168:10
170:5 198:1 200:17 239:11
239:18 255:18 261:19
269:17
**pointed**
92:17 168:14 187:4
**points**
248:10
**policies**
79:8
**policy**
20:20 21:10 23:4 27:8,10
43:9,10,12 46:1 48:14,17
49:6,7,11,15 50:21 51:1,10
51:12,14,16,19,20 65:2,4
67:13 68:10,12,17,22 70:3
71:11 73:15 105:6 118:3,4
118:7,9 120:15 123:17
124:9 127:7,10 150:11,16
151:14 156:13 157:20
158:3,16 181:18 182:1
183:13 268:22 269:4 281:3
282:3,19 286:21 287:19
288:18 289:15 294:20,21
294:22 303:18 304:1
319:16 329:15
**policymakers**
271:4 272:13 273:7,14
**political**
60:7 265:15
**portal**
135:22 136:3,4,5 137:3,3,9
137:12,17 138:8,11,15
139:12,16,18,22 140:7,12
140:22 141:8 168:13,15

**portal (cont.)**
205:8 209:2 210:18 216:22
217:3,13,14,22 219:1,22
220:10 223:7 224:17,19
225:7,13 226:18 227:1,16
229:3,10,13,14 303:13
304:2,4,5 306:2
**portion**
83:4 157:21 172:20 174:1
174:10,17 175:4 176:11
201:2 246:2 290:12
**portions**
198:11 200:22
**pose**
166:1
**position**
21:4,6 23:3,14 24:1,3 25:9
28:17,19 62:4 66:18 70:4,7
70:10,19 71:10 72:7 92:16
123:16 145:17 146:1,5
149:16 151:13 178:18
181:12 182:12 183:8
244:21 250:6 260:9,10,13
311:21 315:1,9,11 316:1
317:16,21 318:19 320:1,9
320:11
**positions**
22:13,16 25:6 49:19 50:6
50:11,15 64:17,19 65:13
70:14,15,17,22 116:6
117:20 122:2 123:10 124:9
124:14 311:17 317:10
319:18 320:4 321:10,15
**positive**
210:20
**possibility**
98:6 105:21
**possible**
19:15 38:12 55:17 113:3
135:5 146:12 149:19 227:8
276:4 324:16
**post**
70:13 71:13 221:9
**posted**
182:17 260:19 262:16
**posting**
206:7,13,19 216:11 222:2
285:2
**postings**
206:22
**posts**
168:16
**potential**
54:22 171:3,14
**potentially**
309:19

**powerpoint**
290:22 291:6 297:5 298:21
**practice**
167:6 169:4 195:19 196:14
197:18 221:21,22 222:5,7
222:18,21 228:2,17 263:11
263:14,17,21 264:3 265:12
267:12 313:14,17
**practices**
94:10,15
**practitioners**
143:20
**predated**
121:2
**preference**
135:6
**preliminaries**
13:3
**prepare**
86:1,13 293:6
**prepared**
14:16 156:9 157:5,8 158:8
159:1 307:6
**prepares**
293:4
**prescriptive**
274:16
**present**
2:15 4:19 11:13 151:9
179:21 180:16 206:2
288:20 291:11 293:2 295:2
295:19 297:10 298:7 299:6
300:4,20
**presentation**
132:18 205:20 206:3
290:22 291:6 297:6,11
298:22 299:11,12
**presented**
69:5 185:2 224:21 291:2,7
297:8 299:1
**presenting**
204:15
**president**
4:20 20:19 53:19 55:9 66:4
67:22 96:13 251:19 281:2
286:20 291:3,4
**presidential**
287:12
**presumably**
71:21
**pretty**
277:19
**preventing**
14:21
**prevention**
224:6,8

[previous - purposes]

**previous**
129:6 294:6 296:14 299:6
**previously**
14:11 42:14 54:19 61:15
123:12
**primarily**
63:12 311:15
**primary**
312:14
**principle**
140:4
**print**
223:4,10 224:5,5 320:6,19
**printout**
119:8
**prints**
224:8
**prior**
23:14,18 24:12 25:2,3
29:17 72:2 92:4,7 160:6
183:9 184:13 233:14 323:4
**private**
10:7 27:6 30:21 31:5,10
40:17 46:10 52:9 79:1,9
93:22 94:8 189:16 218:5
218:17 219:13 257:9,20
258:4,7,8,13 268:1 284:18
315:15 317:6 324:22 328:7
**privately**
32:5
**privilege**
17:11
**privileged**
266:1,4 267:1,2
**privy**
155:17 261:6
**pro**
5:12 6:7 119:3,3,13 191:6
**probably**
44:13 47:20 57:6 66:14
69:8 126:10 189:19 226:7
231:6
**problem**
207:1,4 247:7 311:14
**procedural**
177:18
**procedure**
104:2
**procedures**
99:2,9 100:14 101:3
329:17
**proceeding**
104:2 170:2 332:21
**proceedings**
289:2,18 290:10 292:4
294:9 295:5,22 296:17

**proceedings (cont.)**
300:7 301:1
**proceeds**
327:9,16,21
**process**
17:10 34:4,12,14 35:1,22
36:2 58:20 99:5,22 101:5
103:10 127:15,18 128:11
128:22 129:15,22 131:1,20
132:1,18 134:8 144:12
147:22 154:12,18 155:9
175:16 210:14 228:19
312:18 313:4 327:21
328:12,16,21 329:9,21
331:3
**processes**
26:1 99:19 132:5 329:12
**procurement**
282:3,17,18
**produce**
187:15 302:19 313:15
**produced**
34:12 35:22 117:5,12
119:2 150:5 156:21 165:2
179:16 191:5 192:18 204:7
205:15 229:20 233:2 235:7
237:10 238:5 240:20
245:17 256:13 259:8
268:11 271:14 279:4
288:14 289:11 290:3,19
291:18 292:13 293:21
294:16 295:13 296:7 297:2
298:1,18 299:20 300:14
302:2,8,14 303:6
**producer**
36:11 37:21 38:11,16
**producing**
89:16
**product**
29:6,8 74:11 75:10 134:19
162:12,17 172:13 175:16
**production**
16:14 302:3
**products**
26:1 135:2,3
**professionals**
52:11,21
**profile**
8:2 280:13,15
**program**
29:4 49:2 78:6,9 80:2,3
**programs**
52:15,16 53:9 166:1
169:10 281:18 284:16
**prohibited**
213:6,7

**project**
132:5
**promise**
14:3
**promote**
93:21
**promotion**
94:7
**promulgating**
199:20
**property**
72:22 181:17,22 183:12
**propose**
177:19
**proposed**
6:8 8:9,16 63:17 87:9
99:22 100:4,22 101:1
102:15 103:2,22 137:6
167:4,19 168:17 246:4
256:1,20 271:20,21 290:6
290:17 292:16,22
**proposing**
99:6,7,12
**protect**
89:6,7,9,13,20 312:21
**protected**
17:10 89:11 207:11 224:13
**protection**
1:5 3:13 4:21 10:19 31:20
88:12 173:12 189:20 199:5
209:15 223:16,21 224:1
260:6 307:8,22 309:16
314:16 317:12 319:10,18
321:17
**protective**
279:9
**provide**
13:5 14:8 50:1,14 53:6
80:5 81:10,15,19 82:2,10
82:11 115:8 130:14 140:14
166:6 168:5 200:22 204:20
209:2 210:11 217:2 228:17
286:21 287:22 288:4
**provided**
14:11 80:7 83:12 107:12
119:7 135:12 136:22
139:15 140:11 141:8
186:18 224:12 269:18
**provider**
224:13
**provides**
51:2 85:22 86:5 114:4
138:8 217:14 219:6,22
**providing**
81:3 136:5 172:21 174:2
174:11 175:5 200:13 218:4

**providing (cont.)**
220:2 309:14
**provision**
78:7 127:19 128:7
**provisions**
120:5 140:15 155:7,11
163:7
**public**
17:19 20:20 21:10 23:4
57:11 70:3 71:11 73:14
83:13 99:3 100:6,15,18
102:16 144:10 147:2
152:19 166:12,18 168:22
188:5,17 190:1,4,6,13
215:22 216:9 246:4 247:6
248:17,20,22,22 249:1
257:9,13,20 258:4,7,8,13
261:18 262:8,13,15 276:16
277:6,11 281:3 286:20
301:10 305:5 312:21
333:19 334:1,21
**public.resource.org**
1:11 4:2 11:1,19 15:19
107:12 184:7 205:7 215:19
260:18
**public.resources.org**
196:7
**publication**
86:2 92:3,4
**publications**
223:2
**publicly**
220:11 267:10,21
**publish**
167:4
**published**
58:12 86:13 87:18 88:10
90:20 139:7 277:20,22
**publishers**
166:11
**publishes**
100:21 103:5
**publishing**
90:5,6
**purchase**
175:15 245:3
**purchaser**
134:19
**purchasers**
76:21 135:2
**purpose**
16:20 17:1 57:22 58:4
151:15,18 190:7 222:3
254:8 310:20
**purposes**
176:13 221:11

[pursuant - reference]

**pursuant**
2:15 46:1 96:5 267:5
316:21 318:6
**purview**
121:18
**put**
67:4 241:14 255:19 264:21
331:7

**q**

**qualified**
80:10,12 135:4
**quality**
162:12
**question**
13:20 14:4,8 29:22 32:9
36:21 38:1 40:5 46:6 59:22
65:13 75:22,22 76:5 79:12
86:17 95:1 97:8 114:7
133:15 140:21 145:2,11
147:8 149:6 158:7 173:21
190:19 242:14 244:20
261:10,12 263:18 267:21
330:8 331:19 332:7,13
**questioning**
323:8
**questions**
13:4 14:2 20:4 116:2
128:10 184:21 191:16
242:1 264:20 310:22
311:13,16 322:20
**quick**
322:22
**quite**
30:3 62:22 171:10 248:8
268:1

**r**

**rachel**
3:15 12:6
**rachel.miller**
3:20
**raise**
128:10
**raises**
66:5 192:21
**range**
36:15 75:13 169:10 194:10
219:7 312:16 313:3,13,16
325:5,7 328:11,15
**ranging**
51:4
**rayburn**
285:3
**reach**
137:7 166:21 221:22
254:16

**reached**
167:11 213:11
**reaching**
329:18
**read**
77:16 93:6,8,12,19 136:5,5
138:8 140:15 141:16 142:2
142:3,6 154:2 170:7,20
171:21 196:10 208:16
209:2 213:6 217:3,14
221:4,10,17 224:3,4,17
240:7 244:3 272:11 275:17
277:9,12,13,18,21 278:4,6
281:4,6,9,10 305:12,15
**readability**
60:9
**reading**
147:2 167:8,13,15,20,21
168:1,5,9,13 170:12 171:6
171:13 172:2,4 175:1
208:17,22 210:17 242:22
292:6 294:11
**real**
193:5
**realignment**
24:20
**realization**
160:5
**realize**
14:10
**realized**
116:2
**reason**
14:7,21 123:14 158:18,21
190:22 220:16 233:1,6,8
253:11 259:18 267:16,18
270:12
**reasonable**
49:5 138:11 139:9,13
140:3 141:10,12 142:1
166:12,18 168:22 169:12
169:14 170:1,8 177:22
208:12,20 209:19 220:2,3
242:7,18 244:11 248:11
249:21 255:22 261:12
263:19,22 272:6 273:1
320:5
**reasonably**
140:9 141:2,18 142:7,18
143:5,9 144:16,20 165:13
165:20 166:3,7 167:3
169:21 177:3,10 242:3,8
242:15 243:6,16,20 244:14
272:17 273:22 274:3 275:1
320:20

**reasons**
88:8,8,9,11,22 101:8,12,18
**recall**
50:5 55:19 61:1 69:18
80:21 127:3 132:15 185:22
212:19,20 226:15 232:21
239:1,5,9,16 253:8 258:11
259:15 260:11 261:13
272:4
**recalling**
132:20
**receive**
15:16 19:11 69:3 233:7
327:9,16,21
**received**
15:15 53:21 59:10 62:9,10
145:19 146:4 179:7 279:8
**receives**
67:21
**receiving**
154:13 232:21
**recess**
115:18 159:21 203:19
280:1 311:7
**recipient**
241:1
**recognition**
79:21
**recognize**
15:9 117:7 150:7 157:1
159:11 164:20 179:17
191:7 204:6,9 205:17
212:9 229:22 230:18
232:14 235:9 237:12
240:22 245:20 302:6
**recognized**
80:9 161:14 162:2,22
**recollection**
114:20 180:14 187:8
188:15 236:22 321:14
330:6
**recommendation**
143:16 144:13 203:1 286:2
287:3
**recommendations**
184:22 185:20 186:1,8,17
274:8 285:21
**recommended**
67:7
**reconstituted**
118:17
**record**
10:4,13 11:16 115:16,20
159:19 160:1 193:9 194:2
196:3,5 199:8,13 203:17
203:21 212:5 214:1 264:22

**record (cont.)**
279:21 280:3,22 311:5,9
332:17 334:10
**recorded**
10:15 119:19
**recording**
10:12
**records**
84:22 85:7,9,20 144:9
175:13 182:21 200:15
211:3,8 233:20 235:12
**recuse**
54:8,11 72:8,10
**recused**
54:8 69:11
**redirect**
322:22
**reduced**
334:8
**reducing**
88:9
**refer**
25:12 27:10 40:8 64:6 66:6
74:1,8 88:6 90:13 92:11
93:2 96:15,19 97:2 102:4
110:9 197:18 199:16
207:22 223:18 239:14,22
**reference**
6:11,21 7:4 8:12 84:14
85:1,4,8,11,14 87:6,7,8,12
87:16,20 88:2 89:5,13,15
89:20 90:16 94:11,16
95:12,15 97:5,13,16,19
98:2,7,10,16 100:8 101:8
102:2,15 103:3,7,19,22
104:11,18 105:1 106:1,8
106:14 107:3,8,11,16
108:11,15 109:8,9,11
110:10 111:10 112:5,14,22
113:7,13,19,20 114:9,10
115:3,5,9,10 129:5 134:2
134:14 135:8,11,22 136:3
136:6,10,16,21 137:1,5,16
137:18,19,20,21 138:1,10
139:10 140:8 141:1,17
142:7,17 143:4,8,17
144:20 145:8,14 146:10,18
147:13 148:6,16 149:2,11
158:13 159:14 163:16
165:20 167:7 168:6 171:4
175:1,21 177:20 178:13
179:4,10 183:1 184:10,20
186:5 187:2 189:7 193:18
194:4,6 195:12,14 197:20
198:5,8,12 199:3 200:5
202:11 205:5,7,22 207:4,7

[reference - replaced]

**reference** (cont.)
209:4 210:12 211:11
212:16 213:1,7 214:21
215:6 218:5 219:8,12
227:6 228:4,15 234:1
235:11 241:9 258:4 263:19
272:16 273:6,10,22 282:14
283:5,10,14,20,22 284:5
288:2,6 291:1 316:6
317:11 318:15,19,22
319:11,16,20 320:7 321:12
321:17

**referenced**
83:20 138:7 139:2 161:6
161:12 199:4,17 200:14
202:5,15 205:21 227:5,13
303:15,22 304:6

**references**
162:7 163:2 187:5 192:6
192:11 195:5,10 199:10,12
201:8,16 202:19 203:12
228:18,20,21,22 263:8
303:16,20

**referencing**
170:6 195:21 196:11 213:7

**referred**
21:1 22:18 33:3 35:20
114:2,3 183:19 188:11
200:6,7 216:7 240:11
248:6,15,16 251:13 256:4
261:3 276:12

**referring**
20:9 25:13 26:6 27:12,13
28:9 33:17 40:9,10 48:3
60:13 64:7 74:3,4,10,21
91:19 96:8,11 102:6,7
110:17 112:6,14,21 113:6
113:14 161:19 162:21
183:4 189:5,21 191:13
223:17,19,22 224:16,18
248:14 249:2 257:19
258:12 263:13 275:16
276:1 293:12 294:6 306:13
306:15

**refers**
111:9 178:7 182:19 185:10
185:11 192:15 199:16
212:6 215:21 219:19
241:18,22

**refine**
248:11

**reflect**
79:5 132:15 203:5 259:11
280:12 289:2,17 290:9
292:4,21 294:9 295:5,22

**reflect** (cont.)
296:17 298:9 300:7 301:1

**reflected**
131:21 137:8 195:17
329:10

**reflecting**
261:17

**reflects**
290:11

**reform**
306:17

**refresh**
180:13 236:21,22

**refrigerating**
1:7 10:20

**refused**
130:12

**regard**
249:20

**regarding**
17:5 18:10 19:9 156:7
170:19 177:22 179:3,9
182:20 184:18,19 188:17
231:1 240:12 241:6 244:20
254:1 301:9

**register**
85:11,21 86:2,14 87:18
91:3 100:21 164:19 165:3
167:6 182:20 211:6,14
233:18 248:20 262:17,20
272:5 319:15

**register's**
318:14,18

**regular**
69:7 159:2,6

**regularly**
126:12,15,18 156:9 157:5

**regulate**
178:4

**regulated**
109:2,7 147:2 164:6
170:10 171:22 172:8

**regulation**
31:2,3 77:3,19 81:18 82:7
85:22 86:7 87:2 90:6,7
92:16,22 93:5 97:9,14,16
97:19 98:3,11,17 101:11
102:16 103:4,19 104:1,11
104:18 105:1 106:1,8,14
107:17 113:1,8,14,21
114:10 115:5,11 129:5
145:8,15 146:10,18 147:13
148:6,17 149:3,11 163:3
163:12,16,17,21 164:2,4
165:22 177:2,9 196:18
197:1 198:9 199:21 201:18

**regulation** (cont.)
202:11 209:4 227:11 229:1
229:4 234:2 282:3,14
283:14 284:1 287:7 318:14

**regulations**
29:10 77:13,21 78:13
79:13 83:16 85:2,14,15
86:4,15,19 87:19,21 92:6
94:12,17 95:19,22 96:5,17
96:20 97:2,5 99:1,7,8,13
99:15 100:8,13 102:3,21
108:13,15 109:12 135:9,14
136:7,21 137:20 138:1
140:8 141:2,17 142:7,17
143:5,9 144:20 147:4
152:11 168:6 171:5 182:22
183:2 193:15 194:18
195:10,18 203:10 211:9,12
218:6 219:9,13 227:13
228:15 233:21 283:3,4,9
283:20,21 284:4,12 288:1
304:7 318:18 319:3

**regulators**
313:5

**regulatory**
98:21,22 109:21 115:13
152:7 165:22 167:18
185:12 188:7 196:15,18,22
197:6,7,9 199:20 215:16
239:15 240:1 247:5 319:14

**reimbursed**
45:10

**relate**
89:13,20 128:21

**related**
21:20 22:3 27:2,3,7,8,11
27:11 29:6,6 31:3 51:15,17
52:7 60:6 62:8,14,19 63:4
71:7 72:9,11 78:20 82:2
83:16 93:17 128:4 129:13
147:5 178:13 185:10 196:5
214:1 230:4 240:8 258:5
284:16 287:16 319:3
334:11

**relates**
130:22

**relating**
260:19

**relation**
219:12

**relations**
20:20 21:9 23:4 70:3 71:11
73:14 188:5 190:1,7,13
281:3 286:20 291:3 306:20

**relationship**
282:19

**relationships**
73:17

**relative**
334:13

**released**
57:11

**relevance**
252:20

**relevant**
28:6 39:12,17 43:14 44:7
45:20 53:9 73:21 92:17
93:15 94:5,7 95:11 108:22
109:5 114:3 153:12 165:22
169:11 175:16 228:15,22
232:4 244:3 252:3 293:17
302:21,22 312:21 325:17
325:20

**reliance**
93:22 94:7 107:21 108:3

**relied**
314:16

**rely**
79:9 108:7,17 111:21
112:2,16 113:3 218:17
287:13

**relying**
112:4 228:9 317:6

**remained**
187:20

**remember**
16:19 42:1 46:21 54:6
55:18 57:12 63:10 65:17
69:9 71:22 150:8 151:15
170:6 179:11 182:18 183:5
184:22 185:17 186:3,13,21
186:22 187:3 190:20 212:1
212:2 240:6,9,13 250:5
251:5 255:16 277:1 278:19
305:20 315:8

**remind**
47:1 48:22 184:1

**remotely**
11:14

**renamed**
24:19

**repeat**
75:21 141:22 149:6 171:10

**repeated**
161:14 162:2

**repetition**
218:19

**rephrase**
13:21 22:13 59:22 77:6

**replaced**
201:14

[report - safety]

**report**
5:13 8:4,7,21 83:7,11,12
148:22 149:6,8 150:10
155:21 288:17 289:1,14
294:19 295:4
**reported**
1:19 51:22 73:3,9,10
**reporter**
11:10 12:11 13:12 116:15
**reporting**
164:8
**reports**
51:8 53:19,20,21 62:9,10
107:11 156:7,12
**represent**
40:17,19 107:7 193:6
**representation**
36:14
**representative**
125:4
**representatives**
38:18 39:2 269:10 305:4
306:19,20 319:14 327:6
**representing**
11:19,22 40:22 43:13
123:1
**represents**
41:7,10
**reproduced**
176:13 290:13 298:12
**reproducing**
89:16
**reps**
270:3
**republican**
257:16,18 258:14
**request**
6:19 7:3 107:14 119:8
168:16 212:15 231:7,7,21
235:10 236:14 246:6,15,18
**requesting**
19:17 261:22 262:1
**requests**
211:10 232:6 233:22 302:3
**require**
78:1,14 79:15
**required**
28:17 31:11 68:13 71:14
76:20 77:2,9 86:7,20
116:18 165:11 225:5
226:12,17 243:6 320:6,18
**requirement**
52:4 128:11 129:10 170:8
177:18 214:2
**requirements**
29:8 38:9 58:18 81:20

**requirements (cont.)**
127:18 128:17,19,21 130:1
131:3,18,20 135:4 162:16
164:5,8 247:1 329:10
**requires**
75:19 76:3 77:12 80:1
208:12 225:11
**requiring**
208:1,20 209:19 243:16,21
**resolved**
247:14
**resource**
17:19 215:22 216:9 276:16
277:7,11 301:10
**resources**
21:12 22:7 23:6 72:13,18
72:20 73:2,7 138:21
140:14 260:13 317:5,5
**respect**
18:10 20:4 27:1 72:15 82:1
89:4 128:4 141:10 152:1
175:13 193:2 206:22 222:1
242:20 263:18,21,22 264:9
282:15 287:4 293:16 301:2
315:12 317:10,12,21,22
318:7,14,18,20 319:4,9,18
320:4,11 321:11,16
**respectfully**
236:14
**respective**
2:16 227:5
**respond**
101:4 193:2 231:11,16
232:5 263:3,5
**responding**
276:11 302:5
**responds**
99:4 248:7 263:4 274:6
**response**
6:19 7:3 19:11 21:20 119:7
203:7 211:18,22 212:3
216:11 231:6 234:5 235:10
236:9 237:2 244:4,19
246:6,7 272:4 274:11
302:2 303:21
**responses**
13:16 111:22 187:16
241:14
**responsibilities**
21:21 22:2,4 27:13 51:13
67:16 68:6 72:14 73:13
105:3,4 108:1 109:21
110:4,6 215:16 247:5
313:9 316:16
**responsibility**
115:12 127:10 197:3,8

**responsibility (cont.)**
198:19,20 228:18
**responsible**
52:1 72:20 73:16 99:6,12
124:13 127:14 134:7 166:9
203:9
**restriction**
224:5
**restrictions**
308:17
**result**
19:13 102:16 103:4 104:1
107:13 203:6 228:9,9
243:22
**retailers**
135:3
**retained**
201:16 332:20
**retired**
21:14 22:10 57:7 135:20
187:19
**retirement**
70:12 71:13
**revamped**
271:19
**revenues**
83:4
**reverify**
193:19,21
**review**
14:16 51:22 86:12 99:22
127:12 183:10,20,22
194:10 200:15 201:3
202:17 231:2,3,10 234:4
234:19,22 239:20 240:12
245:5 256:16,21,22 257:2
261:18 305:19
**review.docx**
236:9
**reviewed**
60:16 195:19
**reviewing**
60:3 194:18 203:9 236:20
**reviews**
100:3 201:17
**revised**
139:7 262:7
**revises**
201:17
**revising**
147:22
**revision**
22:1 27:22 56:15 79:2
205:1 262:5,12
**right**
14:4,6 111:17 132:16

**right (cont.)**
169:19 216:13 237:21
250:22 252:21 266:17
294:6 309:5
**rights**
181:18,22 183:13 184:8
**ring**
67:4
**risumi**
46:20,22 48:22 50:1,14,17
66:11
**robust**
313:15
**role**
22:6 65:21 84:4 105:11
121:8 122:7 124:3 127:6
152:12 286:19 332:9
**roles**
53:12
**room**
11:13 167:9,13,15,16
168:1,13 208:18,22 242:22
**rooms**
147:3 167:22 168:5,9
210:17
**row**
252:19 253:1
**rule**
87:10 99:5 101:2 137:7
170:9,22,22
**rulemaking**
86:3 87:10 100:1,22 103:9
137:6 166:21 167:5 168:18
170:9,13 217:5 239:21
**rules**
100:1,4 167:19 303:17
**running**
316:8
**runs**
194:11
**russell**
16:10,18 19:2,7 20:3 264:7
267:7
**russo**
1:20 4:22 11:8,11 334:3

**s**
**safety**
29:8 73:2 77:17 78:5,7
79:14 80:7,15 81:14,20
82:3 83:15 84:6,10 133:12
162:13 185:11 199:3
208:18 209:6 212:7,14
214:20 246:11,20 248:21
250:2 257:13 305:6 312:22

**[sale - significant]**

sale
315:5 327:22
sales
327:10
sally
4:20 12:9
san
4:6
sau
9:22 302:9 303:1 304:9,14
306:7 307:13 308:19
309:11
saunders
1:14 2:9 5:2 8:3 10:15
12:12,18 15:7 16:5,13 20:5
20:12,13,17 116:1,11
118:22 160:4,19 180:7
231:8 248:8 252:19 253:4
256:21 267:10 268:16
280:8 323:4 332:1,18
333:11
save
320:6
saying
90:4 142:4 146:8 149:1,9
186:16 234:16 263:5
266:22
says
119:8 151:8,11 155:4
160:21 161:22 162:10
165:11,19 166:8 170:5
171:20 177:17 180:7,22
181:9 183:7 184:4 186:16
188:4,13,19 191:19 192:5
192:10 204:14,19 205:3
206:5,11 207:3,13 208:15
209:18 210:22 211:5,17
212:12 216:13 217:2 218:3
220:5,9,15,18,22 223:15
224:3,20 226:11 227:1
231:8,16 232:19 233:17
236:8,13,19 238:19 239:12
242:5 244:8 246:7 248:3
251:17,21 252:19 253:2,3
255:19 256:17,18 260:7
268:15 271:17 272:3 274:6
279:7 281:4 303:12,14,22
schrotter
230:22 248:3 268:15
science
60:7 180:8 204:21 252:7
scope
84:5 110:4 197:3
scott
230:21 231:15 248:1,5,7
251:9,16 254:13 256:19

scott (cont.)
268:14 291:2 299:2
screen
224:7,8
sdo
40:12 120:1,3,4,6,20
151:21 167:2 216:4 221:4
221:16 255:21 260:17
268:18 306:11
sdos
119:14 120:8,14 131:4
138:10 141:9 155:5,11,18
166:17 167:11 168:21
169:11 184:8 188:8 208:15
208:19 209:18 210:17
212:14,22 213:11 215:5
220:7,13,18 261:21 270:3
270:3,8 272:10,12 273:4,5
274:2 306:2,22 314:16
323:13,16,21 328:10,14
329:2,7,20
sdo's
221:17 270:21
se
17:22
search
72:3
searched
302:20
searches
206:18
searching
193:15
second
25:9 43:4 111:3,5 118:18
158:14 171:20 180:20
191:10 206:6 238:18
256:17,17 272:3 276:10
303:21 328:13
secretary
23:19
section
28:1 39:7 78:20,21 79:3
101:22 198:17 213:6 244:3
sections
198:15
sector
27:6 30:21 31:5,11 35:13
35:19 40:17 46:10 52:9
71:8 79:1,9 218:5 219:13
268:2 284:18 315:15 317:6
324:22 328:7
sectors
133:13
secure
225:4

security
312:22
seeing
200:7
seeking
72:6 247:6 248:20 329:15
seen
16:7,8 119:4 160:14 191:1
251:2 254:11 263:7
select
256:19
selected
67:6 70:5
send
50:19 236:14 256:18
273:19 331:10
sending
271:22
sends
260:1
senior
132:19 293:13,16 310:8
sense
96:22 135:12 269:1,2,3
sensitive
10:7
sent
18:7 19:6 63:19 183:8
184:6 185:20 216:9 235:12
237:15 238:7 260:17
268:16
sentence
171:20 236:13 239:12
256:18 273:11
separate
66:20 198:3
separately
241:17
serve
64:10
served
32:15 43:10 44:15 49:12
55:13,21 56:2 65:18 66:18
118:1,3,5,8,15
serves
124:6
service
21:14 81:13 206:18 209:8
209:17
services
23:20 24:7,8,17,18,19,22
26:1 47:12 48:8,13 49:4,9
82:2 135:19 149:14,17
185:7 192:16
serving
153:10

session
158:1,3,15 159:14 160:13
305:21
set
13:3 126:18 132:17 255:9
307:2 331:16
setting
210:9
settlement
127:19 128:7 329:17
seven
149:14,17 183:6 240:8
share
125:8,12 261:20 264:15
265:14,16 269:12 325:4,6
327:21
shared
125:8 264:11 266:1 310:7
325:1
sharing
285:14
sheet
215:22
short
115:18 159:16,21 203:14
203:19 280:1 311:7
shortened
185:13
shorthand
334:7
shot
224:7
show
279:6
showcase
151:21
showcased
248:9
sibr
137:12 138:5,16 139:5,15
191:16,21 195:1 196:3
202:15 203:4
sibrs
199:22
side
124:16 267:6
sides
207:20
sign
226:12
signed
96:12 287:12
significant
143:12 207:1 247:2,3
325:4

[similar - standards]

similar
131:20 209:8
simpler
219:7,11
simply
112:6 113:14 138:6 160:9
170:11 172:1 175:1 218:19
219:21 285:13
site
173:9 220:21 221:4,17
227:3 260:20
sitting
77:22 78:13 103:11
situation
114:4
situations
30:14
six
144:11 155:5 332:19
skyrocketed
206:9
slate
63:17
slide
206:5 207:13 212:6 215:18
215:18,21 216:13,21
220:15 221:21 223:15
227:1
slighted
274:19
slower
116:13
smacna
216:7,9,11,15,19 276:13
276:21 277:3
small
66:5,6 133:8 140:12 141:9
272:14 273:14
society
1:3,7 3:2 10:17,20 312:2,7
sole
327:15
solely
37:17
solutions
2:11 11:6,9,12 332:20
somebody
226:6 228:9
sorry
16:16 22:13,19 28:13
111:6 171:9,17 256:7
257:12 263:3 267:18
328:12
sort
13:16 198:13,13 266:13

sounds
222:6
source
91:22 92:12 94:14 228:3
sources
35:18
space
108:22
span
215:1
speak
27:20,22 36:21,22 37:16
37:22 40:4 54:18 59:4 75:5
78:17 87:2,15,21 88:15
90:12 97:7 99:18 103:10
106:18 110:19 116:12,18
139:20 145:1 146:21
154:22 164:9 210:19
222:18 244:4 254:12
266:21 270:20 284:12
326:16 329:8 331:6
speaker
61:9,12 246:5
speakers
249:5
speaking
36:10 38:8 41:10 260:20
314:9
speaks
94:10 273:11,14
spec
192:11
special
154:13
specialist
25:7
specific
31:1 32:15 47:19,21 54:7
76:7 77:21 78:12 79:13
97:21 105:7,7 109:10
121:19 137:19 146:13
149:21 166:4 168:20 180:1
193:7,9 195:4,6 196:3,4,16
197:22 198:1 199:7,11
202:20 203:11 209:7 210:1
210:8 222:3 240:5 265:17
270:12,15 273:11,20
274:15 284:2 287:3 292:1
306:21 314:12 330:14
specifically
27:16 28:1,3 37:22 39:7
44:14 57:12 71:22 76:9
96:20,21 97:20 122:6
128:13 141:20 164:10
187:11 207:19 241:11,22
264:8 283:15 304:5 330:4

specification
161:13 162:1,8,10,19,20
163:6,12 201:21 202:2
specifications
201:10,11 202:5
specificity
114:16,18
specifics
69:10 168:9 176:6,21
186:14 187:3 250:6 266:12
specifiers
76:21
specify
134:21
spectrum
244:17 272:9
speculate
199:15
spoke
19:1 306:1
spoken
214:8,14
sponsoring
138:4
spreadsheet
252:11
spreadsheets
200:14
staff
37:9 40:3,8 42:12,18 48:12
63:19 64:1 67:22 91:2
98:22 151:20 153:6 223:2
226:7 236:16 249:7 252:6
253:19 255:6,10,21 267:22
269:16 271:1 278:8 285:12
287:18 293:6,11,11,16
306:19 307:1 310:9 323:19
324:11 326:8 330:19 331:7
stage
170:9,22 331:5,5
stages
58:19 239:21
stakeholders
36:17 132:6,7 312:17
313:14 325:6 328:11,15
329:14
stamped
119:12 232:12 247:21
252:14 256:14 279:5
stand
54:21 55:7 63:21 211:2
standard
25:17 31:4,10 32:5,13 34:8
34:9,11,16 35:9,11,13,21
35:22 36:9 37:18 38:7,12
38:22 39:3 48:8 58:11

standard (cont.)
59:13 102:16 103:3,4,6,18
104:1,10,17,22 105:18,22
106:7,13 109:15 110:9,17
113:6,7,13,15,20 114:10
115:4,5,9,10 119:9,19
122:15 128:1,2,14 129:4
129:18 130:15 131:8,15
132:6,11,12 133:3,4,17,18
134:13,20 135:1,18 137:5
137:8 138:3 144:16,19
145:7,14 146:9,17 147:12
148:5,15 149:2,10,14,16
161:22 162:20 163:15
167:7 169:1 172:15 175:14
177:2,10 179:1 186:4
190:4 195:5,7,12,13 196:3
196:4 197:12,19,22 198:1
198:2,7 201:12 202:9
213:8 221:4 227:6,8
228:10 229:4,6 245:1,3,4,5
245:5 260:19 272:16
283:13 315:20 322:10,14
322:18 323:14 330:16,17
331:3
standardization
26:3 30:20 40:18 41:1 51:6
51:15 73:21 74:2,7 121:22
122:20 161:20 189:1
211:19 284:16 317:7
standardizing
161:14 162:2,22
standards
8:11 9:13 17:5 20:21 21:1
21:13 22:3 23:13 24:7,9,17
24:18,19,21 25:12,20,21
25:22,22 26:16,18,21 27:2
27:3,7,9,11 28:4,7,9,10,18
29:9,12,14,16,20,22 30:5,7
30:9,12,16 31:7,16 32:4,15
32:16,17 33:5,12,17,22
34:2,5,6,19,20 35:1,4,5,6
36:18 37:6,10 38:10 39:8,9
39:11,16 40:3,13,21,22
41:5,7,11,15 42:4,8,17,19
44:9 45:19 46:16 47:3,11
48:12 49:2,4,9 51:8,18,21
51:22 52:5,7,11,13,20 53:8
56:14,16,20,22 57:10,15
58:1,8,21 59:18 60:3,4,8
61:10,10,21 62:7,8,12,14
62:19 63:1,20 64:4,6 71:6
72:15 73:21 74:4,6,9,15
75:1,3,4,15 76:13 78:19
82:9,15 94:1,8,13 97:15,18
98:4 102:2,12,12 103:17

**[standards - sworn]**

**standards (cont.)**
104:9,16,21 105:5,8,12,17
105:21 106:6,12,17,22
107:5,16,22 108:8,17,21
109:4,13 111:9,21 112:2,5
112:7,15,16,21,22 119:17
120:13,21 121:11,13,15,17
122:2,4,11,13,19,22 123:1
127:12,13,15,21 128:5,12
129:22 130:19,20 131:1,5
131:6,9,14,20 132:2,3,18
132:19 133:1,7,9,12,16,22
134:2,3,7,8 135:6,8,11
136:6,9,11,12,17 137:1,15
137:17 138:4,6 139:15
140:7,13,16 141:1,16
142:6,16 143:4,8 149:15
149:18 150:11,12,16,18
151:14 152:1,2,5,8,13,21
153:3,11,16 154:5,9,10,13
154:16 155:10,13 157:20
158:3,16 161:7,10 166:10
166:22 168:5 171:14 172:9
173:4 175:21 178:1 180:6
180:9 181:14 182:14 184:6
184:9,19 185:7 187:2
188:21 189:2,7 193:17
194:3 198:11 199:2 200:13
201:4 202:8,14 203:6
204:16,22 205:4 206:8,14
207:4,6,8,10,15 208:2,4,7
208:13,16 209:3,10 210:3
210:9,10,11,15,18 212:15
212:22 215:5 216:6,11
217:4,6,9,15,16,20 218:6,7
218:18,19 219:7,13,15
220:6,12,20 221:8 223:3
223:10 226:7 227:3,12
228:14 239:14 240:1 244:9
250:9 253:20 257:7 258:10
260:5 269:10,21 272:10,12
273:5,12,15,22 274:3
275:1 281:18 282:7,13,15
282:17,19,21 283:1,5,9,19
283:22 284:5,7,18 285:6,8
287:8,14,15 288:5 291:1
299:1 303:22 304:6,19
305:10 306:1 307:22
309:16 311:22 312:1,6,11
312:15,20,21 313:22 314:4
314:6,13 315:3,15,19
316:5,7,8,15 317:22 318:8
319:5,10 320:7 321:11
323:11,20 324:2,3,7,22
325:2,11,16,17 326:3,9,21
327:9,10,20 329:4 330:15

**standards (cont.)**
330:22 331:11 332:9
**standards.gov**
92:18
**standing**
118:17 181:19 305:7
**standpoint**
249:17,20
**star**
80:2
**start**
115:20 160:1 203:21 280:3
311:9 331:4
**started**
323:5
**starting**
119:11
**starts**
160:20
**state**
11:14 301:8 326:11,16
331:9,15
**stated**
212:3
**statement**
148:11 219:20 227:2,15,18
227:20 239:4,6,10 244:13
250:4 258:16 264:18
265:13,15 287:1 310:9,10
**states**
1:1 11:3 21:18 22:5 29:19
30:1,2,2,4,5,6,20 35:7 37:6
40:18 76:15 97:19 98:3,11
98:17 100:9 133:10 210:4
313:8 315:16
**stating**
101:9 146:16 147:11
**status**
261:10
**statutes**
96:9,19 178:5
**statutory**
177:19,22
**std**
192:11
**step**
256:18 276:6
**steps**
260:22 261:2
**stint**
191:10
**stipulate**
292:7 294:10
**stood**
197:22

**stop**
138:15
**stores**
225:3
**strategic**
69:4
**street**
2:12 3:17 4:5,14 11:7
**strictly**
244:15 272:6
**strike**
214:7 243:18
**striking**
280:21
**string**
246:1
**strongly**
313:12 315:14
**struck**
280:19
**struggling**
207:5
**subcommittee**
180:9 204:22 252:7
**subcomponent**
64:8
**subject**
99:1,9 100:13,14 176:12
234:8,9 251:12
**subjects**
269:13 323:6
**submit**
60:12,13 131:4,5,14 132:4
132:11 231:20
**submitted**
235:20
**subpoena**
5:7 15:12,14 302:4 332:2
**subpoenas**
16:13
**subscribed**
333:14
**subscriptions**
172:9
**subsequent**
49:18
**subsequently**
216:18
**subset**
124:6 133:8 217:3
**substance**
305:17
**substantive**
177:18
**substantively**
178:4

**succeeding**
318:6
**successful**
257:8 258:14
**successfully**
257:13
**sued**
246:9
**suggest**
258:4
**suggested**
189:22 257:18 258:12
**suggesting**
60:15
**suggestion**
285:18 287:6
**suggestions**
247:7
**suitable**
288:1,5
**suite**
74:22
**summarize**
305:19
**supplemented**
170:21
**suppliers**
134:21 135:4
**supply**
134:22
**support**
28:5 29:13 30:9 31:2 62:19
152:9 154:11,16 239:15
240:1 246:15,18 282:2
314:2 315:18 319:17 326:8
**supported**
29:9 152:17
**supporting**
285:9
**supports**
219:21 315:14
**suppose**
175:11 210:13 279:13
**supreme**
301:8
**sure**
18:8 19:19,21 60:2 69:17
111:12,15 143:21 144:8
206:4 274:10 279:19 289:5
305:13 311:3
**sustainability**
56:8,17 57:16
**swear**
12:11
**sworn**
12:13 333:14 334:6

[symbols - training]

**symbols**
162:15
**system**
30:20 40:18 76:12,13
175:16 189:1 190:4 201:4
224:11 317:7 325:1,2
328:8
**systems**
44:18 49:17

**t**

**taken**
10:16 12:19 115:18 127:21
138:19 159:21 186:12
203:19 274:2 280:1 293:14
311:7 334:4,7,12
**talk**
18:5,15 19:1 188:7 252:9
266:18
**talked**
18:6,18,22 161:6 264:6
**talking**
255:6 285:6 323:5
**task**
180:19 181:11,15,18,19,20
181:21,21 182:3,8 272:2
**tasked**
150:19
**tbt**
26:13
**tc**
123:4
**team**
190:2 293:13
**technical**
5:21 25:22 26:4 28:4,10
29:10,12 31:4 35:14,15
37:2,8 39:8 40:2,8 44:16
44:17 53:20 79:6 121:20
121:22 122:8 123:2,3
128:13 131:22 153:6
160:21 161:4,13 162:1,7
162:19,20 163:3,6,11,12
163:17,21 164:2,4 213:21
214:6 246:22 247:12,13
287:14 312:17 316:13
317:4 324:12 326:8 329:11
**technically**
80:18
**technology**
17:5 21:13 22:3 24:8,10
27:14,18,21 28:2 30:11
39:6 42:17,20 45:17 71:8
78:18 92:19 93:15 152:16
178:8 180:9 204:21 218:16
227:9 252:6 281:22 285:8

**technology (cont.)**
313:11 317:1
**telecommunication**
79:20
**telecommunications**
34:21
**tell**
12:13 49:19 50:2 123:12
232:16 236:5 237:4 238:10
**telling**
267:3
**temporary**
136:13
**ten**
55:16 186:2
**tend**
133:11,11
**tended**
133:12
**tenure**
56:7
**term**
33:17 43:11 46:17 49:10
53:15 54:6 61:22 74:6
84:13 96:17 109:10
**terminated**
318:21
**terminology**
130:18 162:14
**terms**
54:20 66:19,20 96:21 97:9
172:10 187:9 226:20
244:15 264:3 272:7 283:13
283:19 284:6
**test**
31:18 75:10 162:15
**testified**
12:15 328:10,14
**testify**
5:7 15:12 267:5
**testifying**
17:7
**testimony**
13:7 14:22 256:16 257:3
332:18 334:5,6,10
**testing**
1:3 3:2 10:17 74:11 79:21
80:1 162:15
**text**
59:12 60:8 136:13 188:14
195:3,10,11 196:16 218:20
224:6,12 239:1,16 244:8
**thank**
13:19 14:9 19:20 20:7
131:11 203:13 331:16
332:14,15

**thanks**
274:7
**thing**
202:8
**things**
324:18
**think**
47:9 63:10 66:11,19 78:13
92:3 116:4,9 123:14
144:11 147:7 169:3 175:11
181:21 187:4 207:1 221:21
221:22 222:12 228:2
231:10,11,16 232:6 233:6
233:8 243:5 257:17 259:18
263:9 264:5 266:20 267:4
274:12 276:20 278:2
280:18 305:18 310:17
311:1
**thinking**
258:1 274:17
**third**
119:11 153:22 204:14
236:12,13
**thomas**
55:8
**thorsen**
307:10 308:10
**thought**
90:1 149:5 248:8 268:22
**thoughts**
246:3
**three**
124:7 155:3 187:13 202:18
207:22 210:15 311:2
**threshold**
100:2
**time**
17:8 18:17,20,21 22:10
28:21,22 29:2,11 32:21
44:19 46:5,10 47:8 48:9,14
48:16 49:5,13,17 55:13,16
55:20 56:18 57:4,7 62:21
64:3 67:10 68:11 71:1,22
72:11,13 101:1 115:17,21
116:5 132:21 159:20 160:2
189:10,13 191:20 193:5
196:12 198:1 203:18,22
206:13 211:15 214:11,13
215:15 216:14 217:22
221:2,15 222:13 227:10
240:6 241:15 246:15,18
249:7 253:19 260:4,11
262:9,12,14 265:5 267:11
274:22 277:19,22 279:22
280:4 311:6,10,16,20
313:20 314:6 315:2 316:3

**time (cont.)**
317:9,14 319:7 320:3,12
321:5 324:18
**times**
124:7 127:5 167:10 180:10
**timing**
47:1 139:17,20 190:16,21
**title**
138:2,7 223:20 306:22
308:4 310:18 318:12
**titled**
164:17 252:12 256:16
306:10 310:14
**today**
11:10 13:7 14:22 19:22
20:5,18 22:17 28:8 50:18
77:22 78:14 96:15 103:11
116:2 117:15 165:6 212:10
271:22 302:5 323:5
**today's**
332:17
**tolles**
3:16 12:7
**tool**
220:1
**top**
50:8 55:18 69:21 80:13
111:11 119:9 132:16 154:3
160:22 177:17 238:18
263:5
**topic**
36:16 37:2 51:18 185:10
**topics**
17:6
**total**
332:18
**touch**
128:13
**track**
73:19 120:13 134:5 135:7
136:13,16,20 276:15,21
277:3,5
**trade**
5:22 23:21 24:14 25:6,7,8
26:4,5 28:20 29:1,14 42:7
47:10 55:1,2 60:6 63:13
64:15 79:6,7 131:21,22
160:22 161:3,4 178:2
329:11,12
**trademark**
181:21
**trading**
284:19
**training**
173:15,19

[transcript - videographer]

**transcript**
14:15
**transcription**
175:3,5 334:8
**transfer**
27:15,19,21 28:2 30:11
39:6 45:17 78:18 92:19
93:16 152:17 178:9 218:16
281:22 313:11 317:1
**transferred**
24:13
**transparency**
34:13 36:1 128:22
**transportation**
169:10 198:16 201:1
212:13 214:4,15,19 215:4
215:12 246:21 247:10
249:4
**transportation's**
246:4 305:5
**travel**
324:11,13
**treaty**
34:20
**tremendously**
257:10
**trial**
5:8
**tried**
200:17
**true**
136:17 333:4 334:9
**truth**
12:13,14,14
**try**
13:21 14:1 116:12 198:7
**trying**
116:14 174:21
**tsc**
1:4 11:4
**turn**
10:9 153:22 161:9,9 165:8
177:15 180:2 238:13
259:22 303:1 304:9 306:5
306:7 307:13 332:1
**turning**
308:19
**twice**
67:21
**type**
36:9 39:21 146:5
**types**
34:19 35:6 52:16 60:10,11
68:16 75:13 98:9 115:1
120:6,7

**typically**
31:9 34:5 96:4 124:8 132:3
175:14 222:12 293:14
**typos**
274:8

## u

**u.s.**
16:12 21:19 30:15 31:17
41:2 76:11,12 121:20
122:2,8 123:2,2 140:18
143:14,15 144:9 147:21
166:17 170:3 178:2,2,11
178:17 179:9 192:18 195:9
208:15 210:22 212:12
217:4 218:5 219:12 232:2
249:9 260:21,21 261:11
283:18 330:10
**u.s.a.**
208:12 227:14
**uh**
217:1
**unable**
145:6 146:8,16 147:11
148:5,15 149:1,10 322:9
322:13,17
**unauthorized**
206:7,14
**underlying**
187:1
**understand**
13:6,11,18,20 14:4,9,19
16:20 18:13 19:14 23:7
28:8 33:16 39:22 57:21
63:12 97:1 110:2 170:15
170:18 175:14 200:4
223:18 231:15 242:19
249:19 262:1 265:2 268:20
269:6
**understandability**
60:10
**understanding**
17:2 18:9 35:10 46:11 91:3
139:11,14 163:10 173:3,12
189:4 209:1 213:10 246:8
254:7,15 255:8 258:19
261:15 262:18 270:7 273:5
275:7 284:17 314:5
**understood**
14:20 249:18
**unidentified**
155:1
**union**
29:12 34:22 51:9
**unique**
28:7 30:9 31:7 109:21

**unique (cont.)**
120:12 207:3
**unit**
10:14 115:16,20 159:19
160:1 203:17,21 279:21
280:3 311:5,9
**united**
1:1 11:2 21:18 22:5 29:19
30:1,1,2,4,5,6,20 35:7 37:6
40:18 76:15 97:19 98:3,11
98:17 100:8 133:9 210:4
313:8 315:16
**units**
332:19
**universities**
52:13 53:7 327:3
**university**
53:9,9
**update**
92:6,7 202:20 203:11
228:20,21
**updated**
92:1,2 198:2,4 201:14
203:5 216:15,18 227:10
252:4 261:17 305:22
**updates**
194:6 204:20 205:4,6
**uphold**
208:3
**upper**
124:16
**urgency**
271:21
**use**
28:3,9 33:17 39:8 74:6
96:21 102:11 126:2 134:13
134:13 152:20 170:10
171:22 172:10,11,19
173:10,21 174:6,8,9 175:6
175:11,14 176:3,6,7,12,13
176:20,21 226:17 233:13
281:17,20 282:1,6,10,12
282:15,17,18 287:7,14
315:20
**useful**
152:6
**user**
36:11 37:21 38:11,16
224:5,21,22 226:11,12,16
226:21
**users**
224:3 225:5,12
**uses**
111:9 171:3,5,14 172:2
174:22 195:2 283:2

**usg**
248:11

## v

**valid**
246:13
**validation**
74:12 75:11
**valuable**
132:7,8
**value**
53:7 317:6
**varies**
40:5 168:18 324:4
**variety**
25:19,20 35:18 43:8 88:8
130:4,9 141:20 146:22
147:3 164:8 282:20
**various**
53:8 58:19 62:10 99:20
108:7 112:1 201:13 239:21
305:21 325:4
**vary**
36:8 39:22
**vcs**
195:5
**venue**
231:12
**verbatim**
101:10
**verification**
74:12 75:12
**verified**
193:9,12
**verify**
193:18
**veritext**
2:11 11:6,9,11 332:20
**version**
92:5,8 193:4 227:7 228:5
236:17 263:6 318:4
**versions**
59:10 195:17 227:4,12
318:6,6
**versus**
10:22 15:18 113:20 114:9
115:10 133:2,17 201:20
**vice**
4:20 20:19 65:18,19,21
66:1,2,8,10 67:2,5,10
116:7 123:19 281:2 286:19
291:2,4
**video**
10:11,15
**videographer**
4:22 10:3 11:10 12:10

**[videographer - writes]**

**videographer (cont.)**
115:15,19 159:18,22
203:16,20 279:20 280:2
311:4,8 332:16
**videotaped**
1:14 2:9
**view**
57:19 176:16,17 177:1,8
208:20 209:19 213:12,17
214:15 215:3
**views**
175:19 214:9
**violating**
246:10
**violations**
206:18
**visibility**
63:2,5
**voice**
239:7
**volume**
88:9
**voluntary**
28:4 34:6,7,9,11,16,22
35:20 36:18 37:5 39:9
93:22 94:8 102:11 107:21
108:8,17 112:2,16 131:19
152:20 181:14 182:14
195:5 218:17 239:14 240:1
258:9 281:17 282:6 287:7
287:14 312:20 314:4
327:20
**volunteer**
234:21 328:11
**volunteered**
234:3
**volunteers**
312:19 324:9,9 328:15
329:21 330:10
**vote**
58:8,11 60:21 61:2 63:19
68:22 69:9,13 239:7
**voted**
56:10,21 59:11
**votes**
69:10,11,16,18
**voting**
56:15 57:14,22 58:4 60:19
**vp**
21:9 23:3 70:2 71:10 73:14
**vs**
1:10

**w**

**wait**
43:3

**wall**
4:14
**want**
23:10 77:5 96:19 175:11
189:6 198:18 215:5 228:1
244:2 264:10 266:15 276:6
305:12,14,16 311:15 332:4
**wanted**
18:8 254:16,21 260:14
268:17
**washington**
1:15 2:13 3:8,18 11:7
269:10 270:3,4,8,14,21
271:1
**watermark**
224:11
**watermarks**
224:11
**ways**
43:8 108:7,16 112:1,15,20
113:3 130:4,9 141:21
167:3 169:20 274:13
282:21
**web**
206:18
**webcast**
248:7 250:2
**webinar**
297:12,13
**website**
53:3 80:20 82:8 84:2 86:11
128:20 182:17 213:10
222:22
**websites**
275:17
**week**
271:18
**weeks**
19:8
**weigh**
231:13
**weighted**
130:8
**went**
57:13 248:8
**west**
4:5 11:19
**we've**
116:4
**whispering**
10:7
**white**
27:5
**wide**
312:16 313:3 328:10,14

**widely**
35:7 328:8
**willing**
55:10
**willingness**
239:14,22
**wise**
3:5 12:4,4
**withdraw**
202:1,9
**withdrawn**
201:14
**witness**
4:11 12:1,11 26:10 28:13
30:18 31:13 32:8 33:8,20
34:18 36:20 37:8 38:21
39:5,21 41:9,22 43:19 45:6
45:16 47:17 48:6 49:22
50:8,13 53:1 54:5 58:4
62:1 61:20 62:18 64:13
64:22 65:12 69:2,21 77:5
77:11 78:4,17 79:18 82:14
82:22 84:1,9,16,21 86:10
87:1,15 88:6,18 90:1,11
91:12,17,22 92:15 94:20
95:5,10,18 96:2,11 97:7
98:20 99:18 100:12,20
101:21 102:19 103:14
104:5 105:3,16 106:3,10
106:16 107:20 108:20
109:17 110:14,22 111:6
112:10 114:1,12,22 117:17
118:1 119:17 120:11
121:10 122:6,18 125:20
126:21 128:9 129:21
130:17 131:17 132:14
133:6,20 134:5 135:17
136:19 137:15 138:18
140:2,11 141:6 142:10,21
143:11 144:7 145:1,17
146:3,12,21 147:17 148:9
148:20 149:5,13 151:18
152:15 153:5,19 154:21
155:16 156:3,12 157:18
158:12 159:4 163:20 168:8
169:3,9,18 170:18 171:9
171:17 172:7 173:3,18
174:5,15 175:9 176:1,10
177:6,13 178:15,21 182:10
186:10,21 190:11,16 194:1
194:17 195:16 197:15
200:21 203:15 210:1 213:5
215:10 217:13 218:10,15
219:5,18 221:6,20 222:9
222:17 223:6,12 225:9,20
226:5 228:1,13 229:8

**witness (cont.)**
231:19 234:12 235:18
236:3 237:4 238:10 240:4
242:14 243:12 244:2 245:9
250:1,12 254:4,11,20
255:13 256:7 257:22 259:1
261:6 262:4 263:1 265:8
265:20 267:15 270:11,20
271:7 272:21 273:10 275:4
275:13,20 276:4 278:13
282:12 283:8 284:10 286:7
287:10 288:8 292:6 299:12
301:18 304:17 305:20
307:19 308:4,13 309:3,22
310:6,17 312:4,14 313:7
314:11,20 315:8,14,22
316:10,21 318:3 319:2,22
320:15 321:2 322:6 323:16
324:21 325:15 326:7,16
327:2,12,19 328:6,20
329:7 330:3,14 331:2,14
334:5,6,10
**wixon**
17:3,21 18:9,14,22 19:4
253:4,14,15
**word**
28:9 35:17 310:15
**wording**
189:6
**work**
20:17 48:3 50:20 51:11
180:8 247:11 274:20 275:8
316:19
**worked**
102:20 214:5 247:10
**working**
27:4 28:16 188:4 215:12
249:8 253:21
**works**
169:11 189:1 190:4 284:14
319:19
**workshop**
246:4 248:6,13,15,17
249:2 250:3
**world**
26:3 51:9 79:6 131:21
161:3 329:11
**write**
31:6 98:22 196:1 281:12
281:14,16 284:14 316:5
**writer**
87:2 92:16,22
**writers**
85:22 86:7,19
**writes**
194:22 251:8,9 257:6

**[writes - ziegler]**

**writes (cont.)**
  273:18
**writing**
  152:11 234:2 304:15
**written**
  19:3 57:20 247:2 286:15
**wrong**
  190:16
**wrote**
  93:5
**wto**
  26:13

**y**

**yates**
  308:22 309:7
**yeah**
  64:20 77:8 318:13
**year**
  66:19,20 67:21 69:5,13
  118:18 124:7 126:16,19
  127:5 139:6 149:19 195:20
  206:9 227:4 277:14
**years**
  44:14,22 45:2 47:18 55:17
  56:6 66:18 149:14,17
  156:4 183:6 186:3 240:8
**yesterday**
  18:3,4,18 19:2 256:20
**yield**
  207:11
**york**
  4:15,15
**youtube**
  215:2

**z**

**zero**
  324:8
**ziegler**
  3:15,20 12:6,7