# EXHIBIT 40

1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
2                      -   -   -
     AMERICAN SOCIETY FOR      :  Case No.
3    TESTING AND MATERIALS d/b/a:  1:13-cv-01215-PSC-DAR
     ASTM INTERNATIONAL;        :
4                               :
     NATIONAL FIRE PROTECTION   :
5    ASSOCIATION, INC.; and     :
                                :
6    AMERICAN SOCIETY OF        :
     HEATING, REFRIGERATING,    :
7    AND AIR-CONDITIONING       :
     ENGINEERS, INC.            :
8          Plaintiffs,          :
                                :
9          vs.                  :
                                :
10   PUBLIC.RESOURCE.ORG, INC., :
            Defendant.          :
11   _____:
     AND RELATED COUNTERCLAIMS. :
12   _____:
13
14              Videotaped 30(b)(6) deposition
15   of American Society for Testing & Materials,
16   through DANIEL SMITH, held in the offices of
17   Veritext Philadelphia, 1801 Market Street,
18   Ten Penn Center, Suite 1800, Philadelphia,
19   Pennsylvania 19103, commencing at 10:43 a.m.,
20   July 24, 2015, before Linda Rossi Rios, a
21   Federally Approved RPR, CCR and Notary
22   Public.
23
24
25   PAGES 1 - 292

                                              Page 1

1  A P P E A R A N C E S :

2

3  On behalf of the Plaintiffs
4      MORGAN LEWIS & BOCKIUS LLP
       BY:  J KEVIN FEE, ESQUIRE
5      1111 Pennsylvania Avenue NW
       Washington, D C  20004
6      (202) 739-5353
       jkfee@morganlewis com
7

8

    On behalf of the Defendant,
9  Public Resource Org, Inc
10     FENWICK & WEST LLP
       BY:  MATTHEW BECKER, ESQUIRE
11        and
       ANDREW P  BRIDGES, ESQUIRE
12     555 California Street
       12th Floor
13     San Francisco, California  94104
       (415) 875-2389
14     mbecker@fenwick com
       abridges@fenwick com
15

16

    A L S O   P R E S E N T :
17

       THOMAS B  O'BRIEN, JR , Vice President
18     and General Counsel, ASTM International
       CARL MALAMUD, Public Resource Org
19     (via telecon)

20

       RYAN ARMSTRONG, Videographer
21

               -  -  -
22

23

24

25

---

1          I N D E X

2

3  WITNESS                        PAGE

   DANIEL SMITH
4

   By Mr  Becker              10
5

   By Mr  Fee                 288
6

7

8          E X H I B I T S

9  MARKED     DESCRIPTION     PAGE

   Exhibit 1284 ASTM International     34
10     Participation and
       Acknowledgement Form,
11     ASTM103273
12 Exhibit 1285 Intellectual Property  60
       Policy of ASTM,
13     ASTM103277 - ASTM103284
14 Exhibit 1286 Intellectual Property  64
       Policy of ASTM
15     International ("Policy"),
       ASTM103285 - ASTM103290
16
   Exhibit 1287 Intellectual Property  65
17     Policy of ASTM
       International ("Policy"),
18     ASTM003445 - ASTM003448
19 Exhibit 1288 Intellectual Property  68
       Policy of ASTM
20     International ("Policy"),
       ASTM003437 - ASTM003441
21
   Exhibit 1289 Defendant            88
22     Public Resource Org,
       Inc 's Amended Notice of
23     Rule 30(b)(6) Deposition
       of American Society for
24     Testing and Materials
25 Exhibit 1290 Exhibit A from Complaint  121

---

1  Exhibit 1291 Certificates of Copyright  122
       Registration,
2      ASTM000001 - ASTM000168
3  Exhibit 1292 Check, ASTM049368    171
4  Exhibit 1293 2011 Membership renewal  173
       invoices,
5      ASTM086030 - ASTM086031
6  Exhibit 1294 Organizational Membership  181
       Directory
7
   Exhibit 1295 E-mail chain with    187
8      attachment,
       ASTM025633 - ASTM025640
9
   Exhibit 1296 Membership application,  195
10     ASTM068894
11 Exhibit 1297 2010 ASTM International  201
       Committee Membership
12     Application,
       ASTM079420
13
   Exhibit 1298 ASTM Application,    204
14     ASTM073844
15 Exhibit 1299 ASTM Applications,   205
       ASTM066848 - ASTM066853
16
   Exhibit 1300 Membership application,  209
17     ASTM067024
18 Exhibit 1301 Membership applications,  210
       ASTM066871, ASTM069213,
19     ASTM069058, ASTM080176,
       ASTM061450, ASTM063146,
20     ASTM063147, ASTM065682 &
       ASTM066345
21
   Exhibit 1302 Compilation of documents,  229
22     ASTM066829, ASTM067015,
       ASTM067321, ASTM067813,
23     ASTM070124, ASTM071068,
       ASTM074751, ASTM075283,
24     ASTM060533, ASTM051140,
       ASTM081145
25

---

1  Exhibit 1303 Compilation of documents,  232
       various Bates from
2      ASTM069093 to ASTM057841
3  Exhibit 1304 2010 Membership Renewal  235
       Invoice,
4      ASTM075697
5  Exhibit 1305 2011 Membership Renewal  238
       Invoice,
6      ASTM082973
7  Exhibit 1306 E-mail chain,        239
       ASTM101777 - ASTM101779
8
   Exhibit 1307 E-mail chain,        243
9      ASTM099502 - ASTM099506
10 Exhibit 1308 8/20/14 E-mail with  244
       attachment,
11     ASTM003314 & ASTM003315
12 Exhibit 1309 ASTM Collaboration Area,  253
       ASTM103272
13
   Exhibit 1310 ASTM Membership      255
14     Application,
       ASTM103274 - ASTM103276
15
   Exhibit 1311 Record Retention Policy,  257
16     ASTM003501 - ASTM003522
17 Exhibit 1312 11/21/08 E-mail with  260
       attachment,
18     ASTM088320 - ASTM088325
19 Exhibit 1313 Web site screenshots,  261
       ASTM001792 - ASTM001800
20
   Exhibit 1314 Screenshots,         263
21     ASTM001801 - ASTM001813
22 Exhibit 1315 ASTM Member Application  264
       Forms,
23     ASTM052816, ASTM052817,
       ASTM062194, ASTM062195,
24     ASTM062198 & ASTM062199
25 Exhibit 1316 Regulations Governing  266
       ASTM Technical Committees

2 (Pages 2 - 5)

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| Exhibit 1317 Participating Membership | 277 | |
| Applications, | | |
| ASTM064686 - ASTM064692 | | |
| Exhibit 1318 E-mail chain with | 277 | |
| attachment, | | |
| ASTM087493 - ASTM087497 | | |
| Exhibit 1319 2011 ASTM International | 278 | |
| Committee Membership | | |
| Application, | | |
| ASTM061183 | | |
| Exhibit 1320 How To Standards Writing | 279 | |
| 101 New Standards | | |
| Exhibit 1321 How Standards are | 280 | |
| Developed article | | |
| Exhibit 1322 8/13/08 E-mail, | 281 | |
| ASTM073852 | | |
| Exhibit 1323 Bates Numbers of | 284 | |
| Assignment Documents | | |

- - -

VIDEOGRAPHER:  We are now on is record.

Please note that the microphones are sensitive and may pick up whispering and private conversations. Please turn off all cell phones or place them away from the microphones as they can interfere with the deposition audio.  Recording will continue until all parties agree to go off the record.

My name is Ryan Armstrong representing Veritext Legal Solutions.

The date today is July 24, 2015, and the time is approximately 10:43 a.m.

This deposition is being held at Veritext located at 1801 Market Street, Suite 1800, Philadelphia, Pennsylvania, and is being taken by counsel for the defense.

The caption of this case is American Society for Testing and Materials International, et al. V

## DEPOSITION SUPPORT INDEX

Direction to Witness Not To Answer

| Page | Line | Page | Line |
|---|---|---|---|
| 161 | 21 | 286 | 13 |
| 241 | 7 | 286 | 20 |
| 242 | 12 | 287 | 1 |
| 243 | 5 | 287 | 10 |
| 286 | 2 | 287 | 22 |

Request For Production of Documents

| Page | Line | Page | Line |
|---|---|---|---|
| (None) | | | |

Stipulations

| Page | Line |
|---|---|
| 10 | 3 |

Questions Marked

| Page | Line | Page | Line |
|---|---|---|---|
| (None) | | | |

- - -

Public.Resource.Org, Incorporated.

This case is being held in the United States District Court for the District of Columbia, Case Number 1:13-cv-01215-EGS.  The name of the witness is Dan Smith.

At this time the attorneys present in the room and everyone attending remotely will identify themselves and the parties they represent.  Our court reporter Linda Rossi, representing Veritext Legal Solutions, will swear in the witness and we can proceed.

MR. BECKER:  This is Matthew Becker and Andrew Bridges of Fenwick & West for the defendant Public.Resource.Org.

MR. FEE:  Kevin Fee from Morgan Lewis on behalf of ASTM.

MR. BRIDGES:  We also have somebody there --

MR. O'BRIEN:  Tom O'Brien from ASTM.

MR. BRIDGES:  And then on the

1    phone is Carl Malamud of
2    Public.Resource.Org.
3        MR. FEE:  I'm sorry.  I did hear
4    the caption had EGS at the end.
5    That's the wrong caption now.  It's
6    re-assigned ending with PSC-DAR.
7        Before we get started, I want to
8    reserve reading and signing for the
9    witness.
10        - - -
11        DANIEL SMITH, after having been
12    duly sworn, was examined and testified
13    as follows:
14        - - -
15        EXAMINATION
16        - - -
17 BY MR. BECKER:
18    Q.    My name is Matthew Becker of
19 Fenwick & West for the defendant
20 Public.Resource.Org, and I'll be taking your
21 deposition today.
22        Could you, please, state your
23 full name for the record?
24    A.    Daniel Gerald Smith.
25    Q.    Mr. Smith, have you ever had

Page 10

1    your deposition taken before?
2    A.    No.
3    Q.    Mr. Smith, have you ever been
4 involved in any lawsuits before?
5    A.    No.
6        MR. FEE:  Objection.  Vague.
7    Remember give me a second to object
8    first.
9 BY MR. BECKER:
10    Q.    Mr. Smith, let's just go over
11 the rules so that you're familiar with them.
12 In a deposition I'll be asking the questions
13 and you'll be providing answers to those
14 questions.  Do you understand that you're
15 giving testimony under oath today as
16 though -- today as you would in a court of
17 law?
18    A.    Yes.
19    Q.    And do you understand that the
20 court reporter is taking down everything that
21 you say?
22    A.    Yes.
23    Q.    And that means that we need
24 audible responses to everything, not nods and
25 gestures.

Page 11

1    A.    Yes.
2    Q.    If at any point you do not
3 understand a question, will you, please, let
4 me know and I'll try to clarify the question?
5    A.    Yes.
6    Q.    And if you answer my question,
7 I'll assume that you understood.  Does that
8 make sense?
9    A.    Yes.
10        VIDEOGRAPHER:  The time is now
11    10:46.  We're going off the video
12    record.
13        - - -
14        (A recess was taken.)
15        - - -
16        VIDEOGRAPHER:  The time is now
17    10:46.  We're back on the video
18    record.
19 BY MR. BECKER:
20    Q.    Mr. Smith, if you ever need a
21 break for any reason, please let me know and
22 we'll take a break as long as I'm not in the
23 middle of a line of questioning.  If I am in
24 the middle of a line of questioning, then
25 I'll ask that we can finish that line of

Page 12

1 questioning and then you can take a break.
2 Does that sound good?
3    A.    Yes.
4        MR. FEE:  That's fine.  We'll
5    let you at least finish your question
6    and get an answer.
7 BY MR. BECKER:
8    Q.    And if you come to realize at
9 any point that one of your answers is not
10 completely correct, will you, please, let me
11 know and we can address it?
12    A.    Yes.
13    Q.    And after the deposition, the
14 transcript is prepared, you'll have a chance
15 to review it and make changes to it.
16 However, if you make any changes, I will be
17 able to comment on those changes.  Do you
18 understand?
19    A.    Yes.
20    Q.    Mr. Smith, is there any
21 medication or other reason that might prevent
22 you from giving your best testimony today?
23    A.    No.
24    Q.    Is there any reason that you
25 can think of that might prevent you from

Page 13

4 (Pages 10 - 13)

1  giving your best testimony today?
2      A.   No.
3      Q.   Mr. Smith, what do you do for a
4  living?
5      A.   I work for ASTM International.
6      Q.   And when you say you work for
7  ASTM International, what do you mean?
8      A.   I'm the vice --
9           MR. FEE:  Objection.  Vague.
10  You can answer.
11          THE WITNESS:  I'm the vice
12      president of technical committee
13      operations.
14  BY MR. BECKER:
15      Q.   And what is technical committee
16  operations?
17      A.   It's a division within ASTM.
18      Q.   What does technical committee
19  mean?
20      A.   Technical committees develop
21  standards.
22      Q.   When you say "standards," what
23  do you mean by that?
24      A.   Consensus standards.
25      Q.   By "consensus standards," what

Page 14

1  do you mean by that?
2      A.   Documents.
3      Q.   Any documents?
4      A.   Specifications, test methods,
5  practices, guides, classifications and
6  terminology.
7      Q.   Does the term "standards" have
8  any specific meaning to you?
9           MR. FEE:  Objection.  Vague.
10          THE WITNESS:  I'm not sure what
11      you mean by that.
12  BY MR. BECKER:
13      Q.   Can you define what a standard
14  is?
15      A.   Just what I said previously,
16  it's a test method, a specification, a
17  practice, a guide, classification or
18  terminology.
19      Q.   And you say that the technical
20  committees develop standards.  How do --
21  actually, let me back up.
22          What is a technical committee?
23      A.   I'm not sure how to answer
24  that.  I'm not sure what you mean by that.
25      Q.   How would you define a

Page 15

1  technical committee?
2      A.   A group of experts that develop
3  standards.
4      Q.   And who are those experts?
5      A.   Volunteers.
6      Q.   And are they only volunteers?
7           MR. FEE:  Objection.  Vague.
8           THE WITNESS:  For the most part
9      from my knowledge, they're all
10      volunteers.
11  BY MR. BECKER:
12      Q.   How does a technical committee
13  go about developing standards as you say?
14      A.   They use our consensus process.
15      Q.   What is the consensus process?
16      A.   It's two levels of voting
17  starting with the subcommittee and then the
18  main committee.
19      Q.   What's the difference between a
20  subcommittee and a main committee?
21      A.   A subcommittee is typically
22  smaller with a more narrow interest.  A main
23  committee has broader interest.
24      Q.   So within a technical
25  committee, then, there is -- is there just

Page 16

1  one main committee?
2      A.   A main committee is a technical
3  committee.
4      Q.   And are there numerous
5  subcommittees?
6      A.   Yes.
7      Q.   And how many subcommittees on
8  average?
9      A.   It varies.
10      Q.   Could you give me a range by
11  which it might vary?
12      A.   The best of my knowledge, maybe
13  from 3 to 40, 50.
14      Q.   When you say there is a
15  consensus process that involves voting in the
16  subcommittee and then voting at the main
17  committee level, can you elaborate on that
18  process?
19           MR. FEE:  Objection.  Vague.
20           THE WITNESS:  They vote on
21      standards so the folks on that
22      committee will vote on whether or not
23      they agree or not agree with the
24      content of the standard.
25  BY MR. BECKER:

Page 17

5 (Pages 14 - 17)

1     Q.   Is that agree or don't agree on
2  the content of a draft standard or the
3  finalized standard?
4     A.   A draft standard.
5     Q.   Could we just back up a little
6  bit and could you walk me through how a
7  standard is developed at ASTM?
8     A.   It varies, but it could be
9  by -- it starts typically with a task group.
10    Q.   And what does the task group
11  do?
12    A.   They'll develop the content of
13  the draft.
14    Q.   And who composes the task
15  group?
16        MR. FEE:  Objection.  Vague.
17        THE WITNESS:  The task group is
18    typically made up of volunteers who
19    wish to serve on the task group.
20  BY MR. BECKER:
21    Q.   Are -- is everyone in a task
22  group an ASTM member?
23    A.   No, not necessarily.
24    Q.   In what situations would
25  individuals who are not members of ASTM

1  average?
2     A.   It varies, but it could be
3  anywhere from 3 to 30 approximately.
4     Q.   And you said that the task
5  group develops the content or the original
6  draft of a standard.  Is that correct?
7        MR. FEE:  Objection.  Lack of
8    foundation.
9        THE WITNESS:  From my
10    experience, that's what a task group
11    does.
12  BY MR. BECKER:
13    Q.   How is a task group initially
14  formed?
15    A.   It's formed by a group of
16  volunteers who want to develop a standard or
17  a revision to a standard.
18    Q.   Do the members and -- excuse
19  me.
20        Do the ASTM members and
21  nonmembers of ASTM who compose task groups
22  generally have the same or similar interests?
23        MR. FEE:  Objection.  Calls for
24    speculation.
25        THE WITNESS:  I don't know.  I

1  compose members of the task group?
2        MR. FEE:  Objection to form.
3        THE WITNESS:  I'm not sure what
4    you mean by that.  Could you repeat
5    that or say that differently?
6  BY MR. BECKER:
7     Q.   Let's see.  Are -- let me back
8  up just a moment.
9        Are any members of the task
10  group also members of ASTM?
11    A.   Yes.
12    Q.   But some members of the task
13  groups are not members of ASTM?
14    A.   Could be.  It's mostly members.
15    Q.   And why would individuals who
16  are not members of ASTM be members of the
17  task group?
18        MR. FEE:  Objection.  Calls for
19    speculation.
20        THE WITNESS:  From my
21    experience, because they're interested
22    in the standard that's being
23    developed.
24  BY MR. BECKER:
25    Q.   How large are task groups on

1     would think they would have a variety
2     of different interests.
3  BY MR. BECKER:
4     Q.   Are there any characteristics
5  other than ASTM membership that would
6  distinguish ASTM members who are members of
7  task groups and those members of task groups
8  who are not ASTM members?
9        MR. FEE:  Objection to form.
10        THE WITNESS:  The members pay
11    the $75 membership fee.  Nonmembers
12    don't pay the membership.  That's the
13    only thing I can think of.
14  BY MR. BECKER:
15    Q.   How does a task group go about
16  developing the initial draft of a standard?
17    A.   They could do it in a variety
18  of ways.
19    Q.   Could you give me some examples?
20    A.   They could do it through the
21  use of our collaboration areas, an online
22  space that allows them to develop the draft.
23    Q.   And in what other ways?
24    A.   They could do it through course
25  of e-mail.

| | |
|---|---|
| 1     Q.   And in what other ways? | 1     outside of ASTM. |
| 2     A.   Through a meeting. | 2   BY MR. BECKER: |
| 3     Q.   And in what other ways? | 3     Q.   Do you know how drafts of |
| 4     A.   None other come to mind at this | 4   the -- of ASTM standards were exchanged |
| 5   point. | 5   between task group members prior to the |
| 6     Q.   Are there any differences in | 6   introduction of the online collaboration area |
| 7   how a task group would develop a draft of a | 7   by ASTM? |
| 8   standard today versus how they might have | 8     A.   My guess would be through mail |
| 9   developed a draft of a standard in the 1970s | 9   and fax. |
| 10   or 1980s? | 10     Q.   Do you know if that mail and |
| 11     MR. FEE: Objection. Lack of | 11   fax of drafts was facilitated by ASTM? |
| 12     foundation. Calls for speculation. | 12     MR. FEE: Objection. Vague. |
| 13     You can answer. | 13     THE WITNESS: I would imagine |
| 14     THE WITNESS: Just from common | 14     that some of them would have been |
| 15     sense, we wouldn't have had our Web | 15     facilitated by ASTM and others would |
| 16     tools, they wouldn't have been able to | 16     not have been. |
| 17     use our Web tools or our virtual | 17   BY MR. BECKER: |
| 18     meeting technology in the '70s. | 18     Q.   Prior to the introduction of |
| 19   BY MR. BECKER: | 19   the online collaboration area, were there |
| 20     Q.   Do you know how task groups | 20   specific forms that task group members were |
| 21   developed drafts in the 1970s and 1980s? | 21   made to fill out when drafting drafts of ASTM |
| 22     A.   I don't know firsthand, but my | 22   standards? |
| 23   guess is they would have done it at meetings. | 23     MR. FEE: Objection to form. |
| 24     Q.   When did ASTM first provide the | 24     THE WITNESS: I believe we had |
| 25   online collaboration areas for the use by | 25     forms starting in about 2003 on our |
| Page 22 | Page 24 |

| | |
|---|---|
| 1   task groups? | 1     membership applications that required |
| 2     A.   Guessing, it was sometime | 2     members to assign all rights to ASTM. |
| 3   probably in the early 2000s roughly. | 3   BY MR. BECKER: |
| 4     Q.   How long have you been at ASTM | 4     Q.   So the membership, the forms on |
| 5   for? | 5   the membership applications for ASTM that |
| 6     A.   About 23 years. | 6   asked individuals to assign all rights to |
| 7     Q.   So you were at ASTM for roughly | 7   ASTM, as you said, started in 2003 and didn't |
| 8   a decade, at least a decade prior to when the | 8   exist prior to that date? |
| 9   online collaboration area was first rolled | 9     A.   I believe that's correct. |
| 10   out. Is that correct? | 10     Q.   And this just concerned the |
| 11     A.   Approximately. | 11   membership applications. Correct? |
| 12     Q.   So prior to when the online | 12     MR. FEE: Objection. Vague. |
| 13   collaboration area was rolled out, how did | 13     THE WITNESS: We also had them |
| 14   task groups develop draft standards at ASTM? | 14     on our renewal forms, membership |
| 15     A.   To my knowledge, it would have | 15     renewal forms. And then we also had |
| 16   been at meetings. | 16     them on our work item registration, |
| 17     Q.   Were these meetings organized | 17     and then our collaboration. |
| 18   by ASTM? | 18   BY MR. BECKER: |
| 19     A.   Some of them. | 19     Q.   What is a work item registration |
| 20     Q.   But other meetings might not | 20   form? |
| 21   have been organized by ASTM, is that what | 21     A.   It's for essentially opening up |
| 22   you're saying? | 22   a new work item. |
| 23     MR. FEE: Objection. Vague. | 23     Q.   What is a work item? |
| 24     THE WITNESS: They could. They | 24     A.   Either a revision to a standard |
| 25     could organize their own meetings | 25   or development of a new standard. |
| Page 23 | Page 25 |

1    Q.    And when was the language that
2  you say concerns assignments of rights
3  introduced to the work item form?
4    A.    I think it was in about 2003,
5  '04, '05, somewhere in there.
6    Q.    So somewhere in the 2003 to
7  2005 period, you're not certain precisely
8  when?
9    A.    I believe so.
10    Q.    But it didn't exist on those
11  forms prior to at earliest 2003?
12    A.    That's correct.
13    Q.    Who fills out a work item form?
14    A.    A member.
15    Q.    Is it only ASTM members who
16  fill out work item forms?
17    A.    If a member would ask a staff
18  person to help facilitate filling out a form,
19  they may do that.
20    Q.    What is a collaboration form?
21    A.    The collaboration, if a member
22  wants to initiate a collaboration area, they
23  have to go through an online process to
24  initiate it.
25    Q.    Just so I understand, is that

1  to create the online collaboration area that
2  you had described earlier as being a location
3  online provided by ASTM where members of a
4  task group could go to help develop the draft
5  for a standard?
6    A.    Yes.
7    Q.    And so the collaboration form
8  was only introduced after the collaboration
9  areas had been provided by ASTM to its
10  members?
11    A.    Yes.
12    Q.    And when, again, did you say
13  that that was?
14    A.    I think it was about 2003.
15    Q.    People who are members of task
16  groups for developing standards but are not
17  themselves ASTM members, do they fill out
18  membership applications for ASTM?
19    A.    No.
20    Q.    And those individuals who I
21  just described a moment ago, do they fill out
22  renewal forms for ASTM?
23    A.    No.
24    Q.    And those individuals who I
25  just described a moment ago, do they fill out

1  work item registration forms for ASTM?
2    A.    No.
3    Q.    And those individuals I
4  described a moment ago, do they fill out
5  collaboration forms for ASTM?
6    A.    Yes.
7    Q.    They do.  Are they required to
8  fill out collaboration forms for ASTM in
9  order to participate in the development of a
10  draft of a standard?
11    MR. FEE:  Objection.  Vague.
12    THE WITNESS:  Yes.
13  BY MR. BECKER:
14    Q.    From approximately what year
15  forward have individuals who are members of
16  ASTM task groups but not themselves members
17  of ASTM been required to fill out
18  collaboration forms in order to participate
19  in the drafting of an ASTM standard?
20    A.    To my knowledge, since the
21  beginning.
22    Q.    When you say "since the
23  beginning," what do you mean?
24    A.    When we had -- when we created
25  the form.

1    Q.    So that would be approximately
2  2003, you're saying?
3    A.    Yes.
4    Q.    Were individuals who were
5  members of task groups but not themselves
6  members of ASTM required to fill out any
7  forms in order to participate in the drafting
8  of an ASTM standard prior to 2003?
9    A.    Not to my knowledge.
10    Q.    Is there any means by which
11  ASTM claims that individuals who are -- who
12  were members of task groups but not
13  themselves members of ASTM have assigned any
14  copyrights that they might have in the drafts
15  of the standards that were created and
16  eventually published through ASTM -- to ASTM?
17    MR. FEE:  Objection.  Calls for
18    a legal conclusion.  Instruct you not
19    to disclose any communications you
20    might have had with counsel regarding
21    that subject.  If you have an
22    independent knowledge that is
23    responsive, you can answer that.
24    THE WITNESS:  I don't know.  Not
25    to my knowledge.

8 (Pages 26 - 29)

BY MR. BECKER:

Q.    Today when individuals who are members of ASTM task groups but not members of ASTM fill out collaboration forms, does ASTM believe that by doing so those individuals are assigning their copyright interest to ASTM in the draft of the standard that they have created?

MR. FEE:  Objection.  Calls for a legal conclusion.  Again, I instruct you not to disclose your communications with counsel.  But if you have an understanding otherwise, you can answer.

THE WITNESS:  I believe it does.

BY MR. BECKER:

Q.    Does ASTM believe that it does?

MR. FEE:  Same objection and instruction.

THE WITNESS:  I would think so, yes.

BY MR. BECKER:

Q.    What are all the forms that nonmembers may provide to ASTM in the course of their activities with the technical

committees?

MR. FEE:  Objection to form. Vague as to time.  You may answer.

THE WITNESS:  The collaboration form.  No other forms come to mind that a nonmember would submit to ASTM, but there could be some.

BY MR. BECKER:

Q.    Are there any other means by which nonmembers of ASTM who are themselves members of an ASTM task group may assign their copyright interest to ASTM other than the collaboration form?

MR. FEE:  Objection. Calls for a legal conclusion.  I instruct you not to disclose your communications with counsel.  If you have any other responsive information, you can provide that.

THE WITNESS:  We had a form that we did use for assigning rights to ASTM.

BY MR. BECKER:

Q.    What form is this?

A.    It's a form for assigning

interest to ASTM.

Q.    And who is given this form?

A.    A task group or an individual who might be bringing something forward to contribute to ASTM.

Q.    Were all members of ASTM task groups given this form that you're describing?

A.    No.

Q.    What members of ASTM task groups were given this form that you're assigning?

A.    If an individual is bringing a significant -- like a document to ASTM that they wanted to convert into an ASTM standard.

Q.    When you say "a document," what do you mean by that?

A.    A piece of paper.

Q.    In what instances would individuals have brought documents such as you're describing to be converted into an ASTM standard?

A.    If an individual wanted to take a document that they had and make it into an ASTM standard, they brought it forward to

ASTM.

Q.    Could you give me some examples of why somebody might do that?

A.    Because they want to make it into an ASTM standard.

Q.    Would this be individuals or companies that had previously drafted standards that they would then like to see turned into ASTM standards?

MR. FEE:  Objection. Calls for speculation.

THE WITNESS:  Could be.

BY MR. BECKER:

Q.    What years -- from between which years were -- was this form that you're describing used?

A.    I think it was created in approximately 2002 or somewhere in that area.

Q.    Is this document still used?

A.    I'm not aware of any recent use, but it may have.

Q.    Do you know if this document was produced to Public.Resource?

MR. FEE:  Objection. Calls for speculation.

1          THE WITNESS: I don't know.
2          MR. BECKER: Counsel, do you
3     know if this document was produced to
4     Public.Resource?
5          MR. FEE: I'm not here to answer
6     your questions. You might want to
7     look at the documents that we sent you
8     today or yesterday. I think that
9     would be what he's talking about.
10         THE WITNESS: It was in the
11    packet.
12  BY MR. BECKER:
13    Q.    Do you know what the title of
14  the document that you're describing is?
15    A.    No, I'm not sure. It's just
16  one page.
17    Q.    Is it the ASTM International
18  Participation and Acknowledgement Form?
19    A.    I'm not sure. If I could see
20  it, I could tell you.
21         - - -
22         (Exhibit 1284, ASTM
23     International Participation and
24     Acknowledgement Form, Bates
25     ASTM103273, was marked for

Page 34

1     identification.)
2          - - -
3   BY MR. BECKER:
4     Q.    I'm handing you what's been
5   marked as Exhibit 1284.
6     A.    Yes.
7     Q.    This document was produced by
8   ASTM last night at approximately 9:00 p.m.,
9   and the document is Bates labeled ASTM103273.
10  And the document is titled: "ASTM
11  International Participation and
12  Acknowledgement Form." Is this the document
13  that you were just describing when you said
14  there was a form for assigning rights to
15  ASTM?
16    A.    Yes.
17         MR. FEE: Objection to the
18    extent that your preamble is you're
19    asking him to respond to any of that,
20    you should ask him that separately.
21    If you're asking him to respond to
22    your question is this the document, I
23    don't have an objection.
24  BY MR. BECKER:
25    Q.    Do you recognize this document?

Page 35

1     A.    Yes.
2     Q.    Could you tell me what this
3   document is?
4     A.    I believe it's a document that
5   we would give an individual who is interested
6   in bringing forward a document to have it
7   become an ASTM standard.
8     Q.    And is this document the
9   document that you had described just earlier
10  being a form for assigning rights to ASTM?
11    A.    Yes.
12    Q.    And you said that you believe
13  this document was first used in 2002. Is
14  that correct?
15    A.    I believe that's about right.
16    Q.    Is this form required for all
17  members of a task group to fill out?
18         MR. FEE: Objection. Vague.
19         THE WITNESS: No, not to my
20    knowledge, it's not.
21  BY MR. BECKER:
22    Q.    Is this form required for all
23  members of a task group who are contributing
24  to the drafting of a standard under ASTM?
25         MR. FEE: Objection. Are you

Page 36

1     done? Objection to the extent it
2     calls for a legal conclusion. Also
3     vague.
4          THE WITNESS: No, not to my
5     knowledge.
6   BY MR. BECKER:
7     Q.    What individuals does ASTM
8   require to fill out this form?
9          MR. FEE: Objection. Asked and
10    answered. You can answer again.
11         THE WITNESS: We would give this
12    form to an individual who is
13    interested in providing a document to
14    ASTM to make it into an ASTM standard.
15  BY MR. BECKER:
16    Q.    And so on this form where it
17  says number 1, "I am submitting my original
18  material," regardless of that statement, this
19  document is not required if a member of a
20  task group were to be drafting original
21  material for the use in the ASTM standard
22  draft so long as he was doing so directly
23  with the task group itself and not bringing
24  in outside documents?
25         MR. FEE: Objection. Calls for

Page 37

10 (Pages 34 - 37)

| | |
|---|---|
| 1    a legal conclusion.  Vague. | 1    Participation and Acknowledgement Form has |
| 2    Confusing.  You can answer if you can. | 2    ever been signed and returned to ASTM? |
| 3         THE WITNESS:  I think I'll | 3         A.    I don't know for sure, but I |
| 4    answer it by just saying the purpose | 4    would guess it has been. |
| 5    of this form is for when an individual | 5         Q.    And what's your basis for |
| 6    wants to bring a document into ASTM to | 6    guessing that it has been? |
| 7    make it into an ASTM standard. | 7         A.    I vaguely remember instances |
| 8    BY MR. BECKER: | 8    where we would have to use this. |
| 9         Q.    So this document is not | 9         Q.    And what instances were those? |
| 10   required of every member of a task group who | 10        A.    I can't remember. |
| 11   contributes original material to an ASTM | 11        Q.    What other information do you |
| 12   standard draft? | 12   recollect in conjunction with those instances |
| 13        MR. FEE:  Objection.  Vague.  To | 13   where you believe that you had to use this |
| 14   the extent it calls for a legal | 14   form as you describe it? |
| 15   conclusion. | 15        MR. FEE:  Objection.  Vague. |
| 16        THE WITNESS:  This form would | 16        THE WITNESS:  The only thing I |
| 17   not be. | 17   can remember is members interested in |
| 18   BY MR. BECKER: | 18   bringing forward documents that they |
| 19        Q.    When is the last time, to your | 19   were interested in having become ASTM |
| 20   knowledge, that this form, Exhibit 1284, was | 20   standard. |
| 21   used by ASTM? | 21   BY MR. BECKER: |
| 22        A.    I don't know. | 22        Q.    Prior to the introduction of |
| 23        Q.    Do you have any guess as to | 23   the Participation and Acknowledgement Form in |
| 24   what year this form was last used by ASTM? | 24   approximately 2002, was there any means by |
| 25        MR. FEE:  Objection.  Lack of | 25   which ASTM had members of task groups who |
| Page 38 | Page 40 |
| 1    foundation.  Calls for speculation. | 1    contributed original contents to the drafts |
| 2         THE WITNESS:  I don't know. | 2    of ASTM standards but were not themselves |
| 3    BY MR. BECKER: | 3    members of ASTM thereby transferred their |
| 4         Q.    Do you know any specific | 4    copyrights to ASTM? |
| 5    standards that this form was used in | 5         MR. FEE:  Objection.  Calls for |
| 6    conjunction with? | 6    a legal conclusion.  To the extent -- |
| 7         A.    I don't know offhand, no.  No | 7    you shouldn't disclose any |
| 8    specifics. | 8    communications you had with counsel |
| 9         Q.    Does ASTM retain the signed | 9    regarding the subject matter.  If you |
| 10   copies that it receives of this Participation | 10   have independent information that you |
| 11   and Acknowledgement Form? | 11   can share, go ahead and answer with |
| 12        A.    I'm not sure. | 12   respect to that. |
| 13        Q.    Do you know how many of these | 13        THE WITNESS:  I'm not aware of |
| 14   Participation and Acknowledgement Forms have | 14   any formal forms that we used prior to |
| 15   been signed and returned to ASTM? | 15   2003. |
| 16        A.    No. | 16   BY MR. BECKER: |
| 17        Q.    Do you have any approximate | 17        Q.    Are you aware of any informal |
| 18   guess as to how many of these Participation | 18   means by which individuals such as those that |
| 19   and Acknowledgement Forms have been signed | 19   I just described in my previous question |
| 20   and returned to ASTM? | 20   might have transferred their copyright to |
| 21        MR. FEE:  Objection.  Calls for | 21   ASTM? |
| 22   speculation. | 22        MR. FEE:  Same objection and |
| 23        THE WITNESS:  No. | 23   instruction. |
| 24   BY MR. BECKER: | 24        THE WITNESS:  I'm not sure what |
| 25        Q.    Do you know if this | 25   you mean by "informal." |
| Page 39 | Page 41 |

11 (Pages 38 - 41)

BY MR. BECKER:

1    Q.   I'm simply asking because you
2 say you're not aware any formal forms that
3 are used prior to 2003.  So I'm asking if
4 there were any informal means by which ASTM
5 believes that individuals transferred their
6 copyright to ASTM prior to 2003?
7        MR. FEE:  Objection.  Calls for
8    a legal conclusion.  You shouldn't
9    disclose your communications with
10    counsel on this subject, but if you
11    have other information, you can answer
12    about that.
13        THE WITNESS:  I don't believe --
14    we didn't feel like we needed any
15    formal, any formal assignment paper.
16 BY MR. BECKER:
17    Q.   Why didn't ASTM feel like it
18 needed any formal assignment paper?
19        MR. FEE:  Objection.  Calls for
20    a legal conclusion.  You shouldn't
21    disclose any communication you had
22    with counsel regarding the subject,
23    but if you have any other information
24    that's responsive, you can answer

Page 42

1    about that.
2        THE WITNESS:  Because we felt
3    that there was a basic understanding,
4    there is a basic understanding today
5    and there's been a basic understanding
6    for as long as ASTM has been around
7    that the reason they come to the table
8    is for the sole purpose of developing
9    an ASTM standard that will receive a
10    logo, and that will be copyrighted and
11    be distributed.  Our members buy the
12    resulting standards from ASTM.  We've
13    never, that I can recall, have had a
14    member or a nonmember take issue with
15    ASTM selling the resulting copyrighted
16    standard to them and to others.  I
17    believe that the reason they come to
18    the table is because they want --
19    they're there for the sole purpose of
20    having a standard that will have an
21    ASTM logo on it.
22 BY MR. BECKER:
23    Q.   Anything else?
24        MR. FEE:  Same objections and
25    instructions.

Page 43

1        THE WITNESS:  Not at this time.
2 BY MR. BECKER:
3    Q.   The basic understanding that
4 you just described, how is that basic
5 understanding documented?
6        MR. FEE:  Objection.  Again,
7    instruct you not to disclose
8    communications with counsel on that
9    subject, but if you have other
10    information, you can go ahead and
11    disclose that.
12        THE WITNESS:  I'm not sure what
13    you mean by "documented."
14 BY MR. BECKER:
15    Q.   Are there any documents that
16 reflect the basic understanding that you just
17 described concerning the reasons for
18 individuals contributing in the drafting of
19 ASTM standards?
20    A.   No, we didn't feel like
21 documentation was needed.
22    Q.   Does ASTM have any documents to
23 support its position that there was a basic
24 understanding between the members who --
25 excuse me, let me rephrase that.

Page 44

1        Does ASTM have any documents to
2 support its position that there was a basic
3 understanding between the individuals who
4 drafted ASTM standards and ASTM that the
5 copyright in those standards were to belong
6 to ASTM?
7        MR. FEE:  Objection.  Instruct
8    you not to disclose communications
9    with counsel on that subject.  If
10    you're aware of other documents, you
11    can go ahead and respond with respect
12    to them.
13        THE WITNESS:  I'm not aware of
14    any documents.
15 BY MR. BECKER:
16    Q.   Just a moment ago you were
17 describing the reasons why people participate
18 in the drafting of ASTM standards.  Could you
19 describe some of the incentives for
20 individuals to participate in the drafting of
21 ASTM standards?
22        MR. FEE:  Objection.  Lack of
23    foundation.  You can answer.
24        THE WITNESS:  In general, you
25    can say that an individual would -- or

Page 45

12 (Pages 42 - 45)

1       a company or an individual would be
2       interested in having an ASTM standard
3       that they could say their product or
4       service is in compliance with.
5   BY MR. BECKER:
6       Q.    Are there any other reasons?
7           MR. FEE:  Objection.
8           THE WITNESS:  I'm sure there are
9       other reasons, I just can't think of
10      any right now.
11  BY MR. BECKER:
12      Q.    Does ASTM have any forms by
13  which companies have assigned any copyrights
14  that they may have in the draft standards to
15  ASTM?
16          MR. FEE:  Objection.  To the
17      extent it calls for a legal
18      conclusion, I instruct you not to
19      disclose communications with counsel
20      on this subject, but if you have any
21      documents to identify, go ahead.
22          THE WITNESS:  I'm not aware of
23      any.
24  BY MR. BECKER:
25      Q.    Does ASTM distinguish between

Page 46

1   companies and individuals in the -- in its
2   understanding of the granting of copyright
3   rights to ASTM?
4           MR. FEE:  Objection.  Vague.  To
5       the extent I understand it, I think it
6       calls for a legal conclusion.  To the
7       extent you think that requires you to
8       disclose any communication from
9       counsel, you shouldn't do so.  If you
10      understand you have non-privileged
11      information that is responsive, go
12      ahead and provide it.
13          THE WITNESS:  I'm not sure what
14      you mean by that question.
15  BY MR. BECKER:
16      Q.    Let me rephrase.  If an
17  individual fills out a form that ASTM
18  believes assigns a copyright to ASTM but that
19  individual is employed by a company and is
20  acting in the scope of employment, does ASTM
21  believe that a copyright is granted to it?
22          MR. FEE:  Objection.  Calls for
23      a legal conclusion.  Calls for
24      speculation.  You shouldn't disclose
25      any communications with counsel that

Page 47

1       you might think are responsive to
2       that.  If you have other information,
3       you can go ahead and answer.
4           THE WITNESS:  My understanding
5       is that the members join as
6       individuals, and that when they come
7       to an ASTM meeting, they're
8       contributing their own knowledge to
9       the ASTM standard.
10  BY MR. BECKER:
11      Q.    When you say that's your
12  understanding, is that also ASTM's
13  understanding?
14      A.    Yes.
15          MR. FEE:  Same objections.
16          THE WITNESS:  Yes.
17          MR. FEE:  And instructions.
18  BY MR. BECKER:
19      Q.    When you say "members join as
20  individuals," does this also include
21  individuals who are government employees?
22      A.    Yes.
23      Q.    Does ASTM believe that
24  government employees who are acting within
25  the scope of their employment by the federal

Page 48

1   government join as individuals when they join
2   ASTM?
3           MR. FEE:  Objection.  Calls for
4       a legal conclusion.  Calls for
5       speculation.  Instruct you not to
6       disclose communications with counsel
7       on this subject, but you can answer if
8       you have other information.
9           THE WITNESS:  I'm not sure what
10      the individual members believe.  I
11      believe our committees believe that
12      the input they get on the standards
13      are from that individual, the
14      individual knowledge that they're
15      providing, not necessarily a company
16      or a government position.
17  BY MR. BECKER:
18      Q.    And what's your basis for
19  believing that that is what the members of
20  the committee believe?
21      A.    Just my experience.
22      Q.    What experience are you
23  referring to?
24      A.    My experience with working with
25  technical committees.

Page 49

1     Q.    Can you provide any specific
2    examples?
3          MR. FEE:  Objection.  Vague.
4          THE WITNESS:  I've managed
5     probably 20 maybe different committees
6     during my time.  A specific example
7     would be D04 road and paving
8     committee.
9    BY MR. BECKER:
10    Q.    And could you, please, describe
11   what instances you're referring to?
12         MR. FEE:  Objection.  Vague.
13         THE WITNESS:  Instances of what?
14   BY MR. BECKER:
15    Q.    Instances where you believe
16   that the participation of government, federal
17   government employees constituted their
18   participation in an individual capacity and
19   not in their capacity as employees of the
20   federal government?
21    A.    Just like I said, my
22   experience.  I'm not sure how I would be able
23   to characterize a specific example.
24    Q.    Could you refer to particular
25   individuals who you -- who were members, who

Page 50

1    relate to?
2          MR. BECKER:  This relates to the
3    issue of ownership and copyright.
4          The forms that were provided to
5    us include --
6          MR. FEE:  I'll let you answer
7    his question.
8          THE WITNESS:  I don't know.
9          MR. FEE:  We've been going about
10   an hour, could we take a short break
11   now?
12         MR. BECKER:  In just a couple of
13   minutes or so.
14         MR. FEE:  I'll give you a couple
15   more questions.  I'm ready to take a
16   break.  Go ahead.
17   BY MR. BECKER:
18    Q.    What communications do you have
19   with individuals who were employed by the
20   federal government and participated in at
21   least one of those 20 different committees
22   that you managed that reflected their
23   participation in an individual capacity and
24   not as federal government employees?
25         MR. FEE:  Objection.  Calls for

Page 52

1    are employed by the federal government that
2    you interacted with in your management of
3    these 20 different committees that you
4    believe were participating in their
5    individual capacity and not as employees of
6    the federal government?
7          MR. FEE:  Objection.  Calls for
8     a legal conclusion.
9          THE WITNESS:  No, I don't know.
10    I don't know for sure.
11   BY MR. BECKER:
12    Q.    The membership fees for federal
13   government employees, are these typically
14   paid by the individuals or paid by the
15   federal government?
16         MR. FEE:  Objection.  This is
17    beyond the scope, I think, of any of
18    the topics we're here to have
19    testimony today.  Does this have
20    something to do with one of the three
21    topics?
22         MR. BECKER:  I don't believe
23    this is beyond the scope.  This has to
24    do with --
25         MR. FEE:  Which topic does it

Page 51

1    a legal conclusion.  Compound.
2          THE WITNESS:  I'm not sure what
3    you're asking.
4    BY MR. BECKER:
5     Q.    Do you have any specific
6    communications that reflect your belief that
7    individuals who you interacted with on one of
8    these 20 different committees that you manage
9    were participating as in their individual
10   capacity and not as federal government
11   employees?
12         MR. FEE:  Objection.  Calls for
13    a legal conclusion.  Compound.
14         THE WITNESS:  I don't have any
15    concrete examples that I can think of.
16   BY MR. BECKER:
17    Q.    And do you have any specific
18   observations that you can think of that would
19   show that individuals who participated in one
20   of these 20 different committees were acting
21   in their individual capacity and not as
22   employees of the federal government?
23         MR. FEE:  Objection.  Calls for
24    a legal conclusion and compound.
25         THE WITNESS:  Again, just my

Page 53

14 (Pages 50 - 53)

1      experience in sitting in the meetings
2      and observing the individual members
3      contribute to the development of the
4      standards.
5   BY MR. BECKER:
6      Q.    What about those contributions
7   of those members gave you that impression?
8         MR. FEE: Objection. Calls for
9      a legal conclusion. Compound.
10        THE WITNESS: I'm not thinking
11     of any one example. I'm just thinking
12     over time in all of my different
13     committees and all the different
14     meetings that I've attended, to me it
15     appears that people are contributing
16     off the cuff spontaneously in the
17     development of the standard.
18  BY MR. BECKER:
19     Q.    When they participate, do
20  members of the federal government use their
21  federal government issued e-mail addresses?
22        MR. FEE: Objection. Compound.
23     Calls for speculation.
24        THE WITNESS: They may or they
25     may not.

Page 54

1   BY MR. BECKER:
2      Q.    What is it about off-the-cuff
3   or spontaneous contributions that you think
4   means that these individuals are
5   participating in their individual capacity
6   and not as federal government employees?
7         MR. FEE: Objection. Calls for
8      a legal conclusion.
9         THE WITNESS: Just my belief
10     based on what I'm observing that I
11     think it's a very spontaneous
12     conversation, people providing
13     contributions based on what they
14     believe, not necessarily what their
15     company believes.
16  BY MR. BECKER:
17     Q.    Are individuals who
18  participate -- excuse me.
19        Are federal government
20  employees who participate in ASTM committees
21  or task groups classified differently than
22  other individuals who participate in those
23  committees or task groups?
24        MR. FEE: Objection. Vague.
25        THE WITNESS: I'm not sure what

Page 55

1      you mean by "differently."
2   BY MR. BECKER:
3      Q.    Is there a specific
4   classification that's given to government
5   employees who participate in the development
6   of standards under ASTM?
7      A.    They're given a classification
8   just as all other members are.
9      Q.    And what is that classification?
10     A.    It could either be a producer,
11  user, general interest, depending upon the
12  scope of the committee.
13     Q.    Would a federal government
14  employee count as a producer?
15     A.    I can't think of a situation
16  where they would be.
17     Q.    Would a federal government
18  employee count as a user?
19     A.    They may.
20     Q.    Would a federal government
21  employee count as a general interest member?
22     A.    They may.
23     Q.    In what circumstances might a
24  federal government employee count as a user
25  versus a general interest member?

Page 56

1      A.    It depends on the scope of the
2   committee.
3      Q.    Could you give some examples?
4      A.    On my road and paving
5   committee, federal highway would be
6   considered a user.
7         MR. FEE: We've been going quite
8      some time. I asked to have a short
9      break. We're going to take a break
10     now, no question pending.
11        MR. BECKER: We can take a
12     break.
13        VIDEOGRAPHER: Time is now
14     11:48. We're going off the video
15     record.
16            - - -
17        (A recess was taken.)
18            - - -
19        VIDEOGRAPHER: The time is now
20     12:02. We're back on the video
21     record.
22  BY MR. BECKER:
23     Q.    Mr. Smith, do you have any
24  additional recollections or other information
25  that you would like to add in response to any

Page 57

15 (Pages 54 - 57)

1  of the questions we've discussed so far
2  today?
3      A.    Relative to our members'
4  awareness that they're assigning copyrights
5  to ASTM, I believe you had asked that
6  question prior to 2003.
7      Q.    Yes.
8      A.    ASTM also has an Intellectual
9  Property Policy that makes our members aware
10  of that as well.
11      Q.    And when was ASTM's
12  Intellectual Property Policy first
13  instituted?
14      A.    I'm not sure, but I believe it
15  was in the '90s.
16      Q.    Is there anything else other
17  than ASTM's Intellectual Property Policy that
18  you believe contributes to ASTM's belief that
19  there was an understanding that the copyright
20  of individuals who participated in the
21  drafting of ASTM standards was owned by ASTM?
22          MR. FEE:  Objection.  Asked and
23      answered.  Are you asking him to
24      repeat all the other things he
25      mentioned before or are you excluding

Page 58

1          - - -
2          (Exhibit 1285, Intellectual
3      Property Policy of ASTM, Bates
4      ASTM103277 - ASTM103284, was marked
5      for identification.)
6          - - -
7  BY MR. BECKER:
8      Q.    I'm handing you what's been
9  marked as Exhibit 1285.  Is this the
10  Intellectual Property Policy of ASTM that you
11  had just mentioned?
12      A.    Yes, I believe this is a
13  version of it.
14      Q.    Are there multiple versions of
15  the ASTM intellectual property policy?
16      A.    I believe there were at least
17  two or three.
18      Q.    This says it was approved on
19  April 28, 1999.  Correct?
20      A.    It does say that.
21      Q.    It says that at the top of the
22  first page and at the bottom of the last
23  page.  Is that correct?
24      A.    That's correct.
25          MR. FEE:  Objection.  It says

Page 60

1      those?
2          MR. BECKER:  Were there other
3  things that he mentioned before?
4          MR. FEE:  Oh, yeah.  I'll be
5  honest.  Actually I shouldn't say
6  that.  But you're asking him to list
7  everything he can think of now again?
8          MR. BECKER:  In terms of
9  documents.
10          MR. FEE:  Oh, documents.
11          MR. BECKER:  I don't think there
12  was anything else, was there?
13          MR. FEE:  Your prior question
14  wasn't limited to documents, that's
15  why I said that.
16          THE WITNESS:  Is it before 2003?
17  BY MR. BECKER:
18      Q.    Yes.
19      A.    I'm not aware of any other
20  documents.
21      Q.    Is there anything else that you
22  have to add to your earlier testimony other
23  than your mention of the IP Policy?
24      A.    I can't think of anything at
25  this time.

Page 59

1      adopted on the last page, not
2      approved.
3  BY MR. BECKER:
4      Q.    And for the record, this is the
5  document Bates number ASTM 103277 to
6  ASTM 103284 titled: "INTELLECTUAL PROPERTY
7  POLICY OF ASTM."  It says at the top of page
8  Bates number ASTM103277 "Approved 28
9  April 1999."  Is that correct?
10      A.    Yes.
11      Q.    Was this the first edition of
12  the Intellectual Property Policy of ASTM?
13      A.    I believe there was one prior
14  to this.
15      Q.    Do you know when the
16  Intellectual Property Policy of ASTM that
17  existed prior to this was created?
18      A.    No.
19      Q.    Do you have any idea?
20      A.    I think it was at some point in
21  the '90s.  Maybe mid '90s, but I'm not sure.
22      Q.    Does ASTM have any record of an
23  Intellectual Property Policy prior to this
24  one, Exhibit 1285?
25      A.    I'm not sure.

Page 61

16 (Pages 58 - 61)

1     Q.    Do you know how many versions
2  of ASTM's Intellectual Property Policy have
3  been formally adopted by ASTM over the years?
4         MR. FEE:  Objection.  Vague.
5         THE WITNESS:  I'm not sure.
6  BY MR. BECKER:
7     Q.    Do you know who drafted the
8  ASTM Intellectual Property Policy?
9         MR. FEE:  Objection.  Vague.
10         You're asking about 1285?
11  BY MR. BECKER:
12     Q.    Exhibit 1285.
13     A.    I'm not certain.
14     Q.    Do you know who might have
15  drafted Exhibit 1285?
16         MR. FEE:  Objection.  Calls for
17     speculation.
18         THE WITNESS:  I'm not certain.
19  BY MR. BECKER:
20     Q.    When you say you're not
21  certain, you mean you have no idea?
22     A.    I would assume it would have
23  been under general counsel.
24     Q.    And who would that have been on
25  April 28, 1999?

Page 62

1     A.    It would have been Moe Brooke.
2     Q.    Can you spell that for me,
3  please?
4     A.    B-R-O-O-K-E.
5     Q.    Do you know approximately what
6  years Moe Brooke was the general counsel of
7  ASTM from?
8     A.    Roughly from maybe 1980 to late
9  '90s.
10     Q.    And who took over as general
11  counsel after Moe Brooke?
12     A.    Tom O'Brien.
13     Q.    And Tom O'Brien is the current
14  general counsel.  Is that correct?
15     A.    Correct.
16     Q.    Do you know when Tom O'Brien
17  took over as general counsel of ASTM?
18     A.    I think it was in about 2004.
19     Q.    So was there anybody who was
20  the general counsel of ASTM between Moe
21  Brooke and Tom O'Brien?
22     A.    I don't believe on staff we had
23  anybody between Moe Brooke and Tom O'Brien.
24     Q.    Was there a gap of some years
25  between the time when Moe Brooke was general

Page 63

1  counsel and when Tom O'Brien took over as
2  general counsel?
3     A.    I'm not certain.
4         - - -
5         (Exhibit 1286, Intellectual
6     Property Policy of ASTM International
7     ("Policy"), Bates ASTM103285 -
8     ASTM103290, was marked for
9     identification.)
10         - - -
11  BY MR. BECKER:
12     Q.    I'm handing you what's been
13  marked as Exhibit 1286.  This is the document
14  produced by ASTM last night as Bates number
15  ASTM103285 to ASTM103290, titled:
16  "INTELLECTUAL PROPERTY POLICY OF ASTM
17  INTERNATIONAL ('POLICY')."
18         Do you recognize this document?
19     A.    It's our Intellectual Property
20  Policy.
21     Q.    What is the relationship of
22  this Exhibit 1286 to the document 1285 that
23  we were just discussing?
24         MR. FEE:  Objection.  Vague.
25         THE WITNESS:  It appears to be a

Page 64

1     revision.
2  BY MR. BECKER:
3     Q.    Can you tell me what the date
4  is that's in the top right-hand corner of
5  this document?
6     A.    It appears to be 3/17/10 maybe.
7  I assume.
8     Q.    At the bottom of the last page
9  it says, "As amended by the ASTM
10  International Board of Directors, October 28,
11  2003 and April 13, 2010."  Is that correct?
12     A.    It does say that.
13     Q.    Does this appear to be a
14  redline showing the changes to the
15  Intellectual Property Policy of ASTM that
16  were instituted in 2010?
17     A.    That's what it appears to be.
18         - - -
19         (Exhibit 1287, Intellectual
20     Property Policy of ASTM International
21     ("Policy"), Bates ASTM003445 -
22     ASTM003448, was marked for
23     identification.)
24         - - -
25  BY MR. BECKER:

Page 65

17 (Pages 62 - 65)

1      Q.   I'm handing you what's been
2  marked as Exhibit 1287.  This is a document
3  produced by ASTM as Bates number ASTM003445
4  to ASTM003448.  Do you recognize this
5  document?
6      A.   It appears to be a draft of the
7  Intellectual Property Policy.
8      Q.   Why do you say that it is a
9  draft of the Intellectual Property Policy?
10     A.   Or perhaps a version, I should
11 say.
12     Q.   Do you know what the date of
13 this version is?
14     A.   At the top it says, Originally
15 approved April 1999 [as read], and then on
16 the back it says, "As Amended by the Board of
17 Directors, _____2003."
18     Q.   Do you know if this version of
19 the ASTM Intellectual Property Policy went
20 into effect?
21     A.   I don't know for sure, this
22 particular version.
23     Q.   Who would know?
24        MR. FEE:  Objection.  Calls for
25     speculation.

Page 66

1  preparation for your deposition today?
2      A.   I believe it was one.
3      Q.   Do you know which version that
4  was that you reviewed in preparation for your
5  deposition today?
6      A.   The current 2013 -- or 2010
7  rather.  The one that was adopted in 2010.
8      Q.   Is the one adopted in 2010 the
9  most recent version of the ASTM Intellectual
10 Property Policy?
11     A.   To my knowledge, yes.
12        - - -
13        (Exhibit 1288, Intellectual
14     Property Policy of ASTM International
15     ("Policy"), Bates ASTM003437 -
16     ASTM003441, was marked for
17     identification.)
18        - - -
19 BY MR. BECKER:
20     Q.   I'm handing you what's been
21 marked as Exhibit 1288.  This is the document
22 produced by plaintiffs as Bates number
23 ASTM003437 to ASTM003441.  Do you recognize
24 this document?
25     A.   Yes.

Page 68

1        THE WITNESS:  I don't know.  Our
2     general counsel could probably figure
3     it out, I think.  I don't know if this
4     is the -- I just don't know if this is
5     the exact version that was approved --
6  BY MR. BECKER:
7      Q.   Did you review the --
8      A.   -- by the board.
9      Q.   Excuse me.  I'm sorry, go
10 ahead.
11     A.   I don't know if this is the
12 exact version that was adopted by our board
13 in 2003 since the exact date is not at the
14 end.
15     Q.   Did you review this document in
16 preparation for your deposition today?
17     A.   I don't know if I reviewed this
18 exact document.
19     Q.   Did you review any versions of
20 the ASTM Intellectual Property Policy in
21 preparation for your deposition today?
22     A.   Yes.
23     Q.   Do you know approximately how
24 many versions of the ASTM Intellectual
25 Property Policy that you reviewed in

Page 67

1      Q.   What is this document?
2      A.   It's the ASTM Intellectual
3  Property Policy.
4      Q.   What is the date of this
5  version of the ASTM Intellectual Property
6  Policy?
7      A.   It was originally approved in
8  April of 1999.  This particular version was
9  amended by the ASTM International Board of
10 Directors on October 28, 2003, and April 13,
11 2010.
12     Q.   So this is the most current
13 version of the ASTM Intellectual Property
14 Policy then?
15     A.   I would think.
16     Q.   Is this the version that you
17 reviewed in preparation for the deposition
18 today?
19     A.   Yes.
20     Q.   And on the final page of
21 Exhibit 1288 it says at the bottom, "As
22 amended by the ASTM International Board of
23 Directors October 28, 2003 and April 13,
24 2010," whereas on the front it says -- at the
25 top of the front page it says, "Originally

Page 69

18 (Pages 66 - 69)

1    Approved 28 April 1999."
2          So this document appears to
3    list three different versions of the ASTM
4    Intellectual Property Policy.  Is that
5    correct?
6       A.    Yes.
7       Q.    What is your basis for
8    believing -- excuse me, let me rephrase.
9          After reviewing these dates, do
10   you still believe there was a version of the
11   ASTM Intellectual Property Policy that
12   existed prior to April 28, 1999?
13      A.    I believe we did.
14      Q.    What is your basis for
15   believing that there was a prior version of
16   the ASTM Intellectual Property Policy?
17      A.    I just seem to recall, but I
18   could be wrong.  I thought there was.
19      Q.    If there was a prior version of
20   the ASTM Intellectual Property Policy prior
21   to April 28, 1999, that was formally adopted
22   by ASTM, who would know that?
23          MR. FEE:  Objection.  Calls for
24      speculation.
25          THE WITNESS:  I don't know.

Page 70

1    BY MR. BECKER:
2       Q.    Did you discuss the existence
3    of a version of the ASTM Intellectual
4    Property Policy that existed prior to
5    April 28, 1999, with anyone in preparation
6    for your deposition today?
7       A.    No.
8       Q.    Do you know why the ASTM
9    Intellectual Property Policy was revised on
10   at least two occasions?
11          MR. FEE:  Objection.  To the
12      extent that that calls for you to
13      disclose communications with counsel,
14      you shouldn't disclose those, but if
15      you know otherwise, you can answer.
16          THE WITNESS:  No, I don't.
17   BY MR. BECKER:
18      Q.    Looking at Exhibit 1285, the
19   April 28, 1999, version of the ASTM
20   Intellectual Property Policy, does ASTM
21   believe that this Intellectual Property
22   Policy grants it any copyrights in the drafts
23   of standards created by individuals who are
24   not employed by ASTM?
25          MR. FEE:  Objection.  Calls for

Page 71

1    a legal conclusion.  You shouldn't
2    disclose any communications you've had
3    with counsel regarding that subject.
4    If you otherwise can respond, go
5    ahead.
6          THE WITNESS:  I'm not a lawyer,
7    but in reading page 4 of the policy
8    part D, I believe that that does do
9    what you asked.
10   BY MR. BECKER:
11      Q.    That is the section V policy
12   part D?
13      A.    Yes.
14      Q.    Would you, please, compare that
15   section V part D for Exhibits 1285 and
16   Exhibit 1288?
17          MR. FEE:  Objection.  Vague if
18      that's the question.
19   BY MR. BECKER:
20      Q.    Do you see any differences
21   between section V part D in the Exhibit 1288
22   versus Exhibit 1285?
23      A.    I'd have to go through it word
24   by word.  Is there anything particular
25   that --

Page 72

1       Q.    Do you see that in the 2013 --
2    excuse me, 2010 edition, Exhibit 1288, it
3    adds the line, "Each member agrees by such
4    participation and enjoyment of his/her annual
5    membership benefits, to have transferred any
6    and all ownership interests, including
7    copyright, they possess or may possess in the
8    ASTM IP to ASTM"?
9       A.    I do see that.
10      Q.    Why did ASTM insert this
11   sentence into the ASTM Intellectual Property
12   Policy?
13          MR. FEE:  Objection.  Calls for
14      a legal conclusion.  I instruct you
15      not to disclose any communications you
16      had with counsel regarding that
17      subject.
18          THE WITNESS:  I don't know.
19   BY MR. BECKER:
20      Q.    Do you have any knowledge about
21   the revisions that were made to the ASTM
22   Intellectual Property Policy subsequent to
23   the 1999 version?
24          MR. FEE:  Objection.  Vague.
25      Compound.  You can answer yes or no.

Page 73

19 (Pages 70 - 73)

1       THE WITNESS:  Maybe.
2       MR. FEE:  Or maybe.
3  BY MR. BECKER:
4       Q.    When you say "maybe," what do
5  you mean?
6       A.    I'm not sure exactly what you
7  mean.  I know I can see right here there were
8  revisions, I could read these.  1286, like
9  the difference, the differences, but...
10      Q.    Could you tell me what is the
11  purpose of the clause at part IV C in
12  Exhibit 1286?
13      MR. FEE:  Objection to the
14      extent it calls for a legal
15      conclusion.  To the extent your
16      understanding of the purpose of any --
17      MR. BECKER:  Excuse me.
18      MR. FEE:  -- changes in clauses
19      is based upon communications with
20      counsel, I instruct you not to answer.
21      MR. BECKER:  Let me say -- let
22      me rephrase.
23  BY MR. BECKER:
24      Q.    I meant Exhibit 1288.
25      MR. FEE:  Same objections and

Page 74

1      instructions.
2  BY MR. BECKER:
3      Q.    Let me restate for the record.
4  In Exhibit 1288, what is the purpose of the
5  clause at part IV C?
6      MR. FEE:  Objection.  Calls for
7      a legal conclusion.  To the extent of
8      your understanding of the purpose of
9      that clause is based on communications
10     with counsel, you shouldn't disclose
11     that.  If you have another basis for
12     understanding the purpose of that
13     clause, go ahead and answer.
14     THE WITNESS:  I don't know what
15     that means.  It seems like it's very
16     legal speak.
17  BY MR. BECKER:
18     Q.    Who would know?
19     MR. FEE:  Objection.  Calls for
20     speculation.  To the extent that your
21     answering that question would require
22     you to disclose communications that
23     you've had with counsel, you shouldn't
24     disclose those.  If you otherwise know
25     who would know the answer to that

Page 75

1      question, go ahead and answer.
2      THE WITNESS:  I would imagine
3      our general counsel would know.
4  BY MR. BECKER:
5      Q.    If you look at Exhibit 1285,
6  does clause IV C exist in that document?
7      A.    I don't see it.
8      MR. FEE:  Objection.  The
9      document speaks for itself.
10  BY MR. BECKER:
11      Q.    Do you know why ASTM introduced
12  that clause at section IV C subsequent to the
13  April 28, 1999, version of the ASTM
14  Intellectual Property Policy?
15      MR. FEE:  Objection.  Calls for
16      a legal conclusion.  You shouldn't
17      disclose any communications with
18      counsel regarding that subject matter.
19      If you otherwise know why that was
20      done, you can answer it.
21      THE WITNESS:  No.
22  BY MR. BECKER:
23      Q.    Is ASTM aware of any ASTM
24  members seeking legal advice to explain any
25  of the language in the ASTM Intellectual

Page 76

1  Property Policy?
2      MR. FEE:  Hold on a second.  You
3      can answer it yes or no or maybe.
4      THE WITNESS:  I'm not aware of
5      any.
6  BY MR. BECKER:
7      Q.    If you don't know what the
8  clause at section IV C means, why would you
9  expect an ASTM member to know what that
10  clause means?
11      MR. FEE:  Objection.  Calls for
12      speculation.  Mischaracterizes his
13      testimony.  You can answer.
14      THE WITNESS:  I don't know.
15  BY MR. BECKER:
16      Q.    Does ASTM know whether any ASTM
17  member actually understands this language --
18      MR. FEE:  Objection.  Calls
19      for --
20  BY MR. BECKER:
21      Q.    -- in the IP Policy?
22      MR. FEE:  Vague.  Calls for
23      speculation.
24      THE WITNESS:  I don't know
25      either way.

Page 77

20 (Pages 74 - 77)

1    BY MR. BECKER:
2        Q.    Does ASTM know one way or
3    another whether any members actually
4    understand the language in its Intellectual
5    Property Policy?
6            MR. FEE:  Objection.  Calls for
7        speculation.
8            THE WITNESS:  I can't think of
9        any evidence either way.
10   BY MR. BECKER:
11       Q.    Returning to Exhibit 1288,
12   section V D, it says, "If requested by ASTM
13   International, such Participants and
14   committee members agree to execute any and
15   all documents deemed necessary or appropriate
16   by ASTM International to transfer and
17   effectuate ownership of all such rights,
18   including but not limited to copyrights, they
19   may possibly have in ASTM IP."  And the first
20   page, first paragraph says, "...Standards,
21   Draft Standards, Adjuncts, Certification
22   Programs and related materials, Technical
23   Papers, Research Reports, Manuals, Software,
24   Training Course Materials and Logos
25   collectively referred to as 'ASTM IP'"?

Page 78

1        A.    Where were you reading that
2    first sentence?
3        Q.    That was from the first
4    paragraph on the front page under
5    "INTRODUCTION," it defines ASTM IP as those
6    items that I just listed.
7        A.    Okay.
8        Q.    So returning to section V D,
9    are you aware of -- excuse me, is ASTM aware
10   of any instances where it has requested
11   individuals to agree to execute any documents
12   necessary to transfer copyright ownership to
13   ASTM?
14           MR. FEE:  Objection.  Vague.
15           THE WITNESS:  The only
16       situations that I can recall are the
17       ones that we talked about earlier
18       using that form.  I seem to remember
19       that there were instances where we
20       used that form, but I don't know the
21       specifics about them.
22   BY MR. BECKER:
23       Q.    Subsequent to the drafting of
24   any standards, has ASTM ever retroactively
25   asked an individual to assign their copyright

Page 79

1    in that draft standard to ASTM?
2            MR. FEE:  Objection.  Calls for
3        a legal conclusion.
4            THE WITNESS:  I'm not sure I
5        understand that question.
6    BY MR. BECKER:
7        Q.    Just to back up a moment.
8    When -- in your previous answer when you said
9    that the only situations you can recall are
10   the ones we talked about earlier using that
11   form, were you referring to Exhibit 1284, the
12   ASTM International Participation and
13   Acknowledgement Form?
14       A.    Yes.
15       Q.    Returning to my question, let's
16   see if I can clarify.  Section V D says, "If
17   requested by ASTM International, such
18   Participants and committee members agree to
19   execute any and all documents deemed
20   necessary, or appropriate by ASTM
21   International to transfer and effectuate
22   ownership of all such rights, including but
23   not limited to copyrights, they may possibly
24   have in ASTM IP."
25           Once a -- once an individual

Page 80

1    has contributed to the drafting of an ASTM
2    standard, has ASTM ever asked an individual
3    to assign the copyright in a draft document
4    that he or she has already created to ASTM?
5            MR. FEE:  Objection.  Calls for
6        a legal conclusion.
7            THE WITNESS:  I really don't
8        know either way.  It's possible.
9    BY MR. BECKER:
10       Q.    Other than your reference to
11   Exhibit 1284, are there other instances in
12   which ASTM has asked an individual to execute
13   an assignment of copyright to ASTM?
14       A.    Yes.
15       Q.    What instances are those?
16       A.    On our work item registration
17   process, there is a click through that
18   requests that that individual assign all
19   rights to their contributions both past and
20   present as well as on our membership
21   application and also on our renewal
22   application and also on our collaboration
23   area.
24       Q.    And those are the online forms
25   that you referred to earlier today as having

Page 81

21 (Pages 78 - 81)

1    first been instituted in approximately 2003.
2    Correct?
3        A.    Correct.
4        Q.    Who would know if ASTM has ever
5    asked an individual to assign the copyright
6    in a draft document that that individual has
7    already previously created to ASTM?
8            MR. FEE: Objection. Assumes
9        facts not in evidence. You can
10       answer.
11           THE WITNESS: Yeah, I don't know
12       who it would be because it would
13       depend on which committee it involved.
14   BY MR. BECKER:
15       Q.    Would a staff member be
16   involved in that or would it simply be a
17   volunteer committee member?
18           MR. FEE: Objection. Vague.
19           THE WITNESS: Involved in what
20       exactly?
21   BY MR. BECKER:
22       Q.    In the request for an
23   assignment of copyright for a work that had
24   already previously been created by an
25   individual to ASTM?

Page 82

1    BY MR. BECKER:
2        Q.    Yes.
3        A.    No.
4        Q.    Did you speak with any ASTM
5    staff members about documents that ASTM
6    believes generally assign copyright to
7    ASTM --
8            MR. FEE: Objection. Vague.
9    BY MR. BECKER:
10       Q.    -- in preparation for your
11   deposition today?
12       A.    In general, yes. And then
13   there were also a few specific forms, forms
14   that had actual members renewing or applying
15   for membership.
16       Q.    And who did you speak with,
17   excluding counsel, regarding the subjects of
18   copyright assignments to ASTM in preparation
19   for your deposition today?
20       A.    Specific examples of?
21       Q.    Both specific and general
22   examples.
23       A.    In general I talked to Marge
24   Cassidy, our treasurer.
25       Q.    Anybody else?

Page 84

1        A.    And that they would bring it in
2    to ASTM for the develop -- as developing as
3    an ASTM standard?
4        Q.    They -- or that they had
5    developed as part of an ASTM committee but
6    had not executed any assignments to ASTM for
7    that document.
8        A.    I'm sorry, is your question who
9    would know that?
10       Q.    Yeah, who would know that?
11       A.    The staff person, whoever the
12   staff manager for that particular committee
13   would be would have knowledge of that.
14       Q.    Would the ASTM general counsel
15   have knowledge of whether an assignment was
16   made concerning a particular work to ASTM
17   subsequent to the creation of that work?
18       A.    Maybe.
19       Q.    Did you speak with any ASTM
20   staff members about any assignments of
21   copyright to ASTM in preparation for your
22   deposition today?
23           MR. FEE: Objection. Vague.
24           THE WITNESS: Particular
25       assignments?

Page 83

1        A.    Jim Thomas, our president.
2        Q.    Anybody else?
3        A.    John Pace, our vice president
4    of -- our vice president of publications.
5        Q.    Anybody else?
6        A.    Phil Lively, our vice president
7    of technology.
8        Q.    Anybody else?
9        A.    Kathie Morgan, our executive
10   vice president.
11       Q.    Anybody else?
12       A.    I believe that's everybody.
13       Q.    What did you speak with Marge
14   Cassidy about in preparation for your
15   deposition today?
16       A.    Just any information that she
17   would have relative to assignment of
18   copyright by our members.
19       Q.    And what did you learn from
20   Marge Cassidy?
21       A.    Nothing.
22       Q.    What did Marge Cassidy say
23   about assignment of copyright from ASTM
24   members?
25       A.    She really didn't have any

Page 85

22 (Pages 82 - 85)

1  knowledge.
2      Q.    Did you approach Marge Cassidy
3  or did she approach you in preparation for
4  your deposition today?
5          MR. FEE:  Objection.  Lack of
6      foundation.
7          THE WITNESS:  I didn't initiate
8      it and she didn't initiate it.  We
9      called a meeting.  Our general counsel
10      called a meeting.
11  BY MR. BECKER:
12      Q.    Who was in attendance at that
13  meeting?
14      A.    Our legal team and Marge.
15      Q.    Do you know the date of that
16  meeting?
17      A.    It was yesterday.
18      Q.    How long did you meet for?
19      A.    Maybe 10, 15 minutes.
20      Q.    What did you speak with Marge
21  about at that meeting?
22      A.    Just wanted to get her
23  perspective on anything that has to do with
24  assigning copyright.
25      Q.    And what was Marge's

Page 86

1  perspective?
2      A.    She didn't have much of a
3  perspective as someone who works in
4  accounting.  But she's a senior staff person
5  who has been at ASTM for a long time, so I
6  was interested in that.
7      Q.    How long has Marge Cassidy been
8  at ASTM for?
9      A.    50 years.
10      Q.    Did you ask Marge about the
11  assignment of copyright at ASTM prior to your
12  tenure at ASTM?
13      A.    Yes.
14      Q.    And what did she say about
15  that?
16      A.    She didn't really remember
17  anything of significance that I can share.
18      Q.    Do you recall any details about
19  your conversation with Marge Cassidy about
20  the assignment of copyright?
21      A.    No.
22          VIDEOGRAPHER:  The time is now
23      12:54.  We're going off the video
24      record.  This concludes disc one.
25              - - -

Page 87

1          (A recess was taken.)
2              - - -
3          VIDEOGRAPHER:  The time is now
4  1:58.  We're back on the video record.
5  This begins disc two.
6              - - -
7          (Exhibit 1289, Defendant
8  Public.Resource.Org, Inc.'s Amended
9  Notice of Rule 30(b)(6) Deposition of
10  American Society for Testing and
11  Materials, was marked for
12  identification.)
13              - - -
14  BY MR. BECKER:
15      Q.    Mr. Smith, I'm handing you
16  what's been marked as Exhibit 1289.  This is
17  the "PUBLIC.RESOURCE.ORG AMENDED NOTICE OF
18  RULE 30(B)(6) DEPOSITION OF AMERICAN SOCIETY
19  FOR TESTING AND MATERIALS."  Do you recognize
20  this document?
21      A.    I do.
22      Q.    Have you seen this document
23  before?
24      A.    I believe I have.
25      Q.    And do you understand that you

Page 88

1  are testifying on behalf of ASTM today?
2      A.    I do.
3          MR. FEE:  Just so the record is
4      clear, he's testifying on behalf of
5      ASTM with respects to Topics 2, 3 and
6      24 only.
7          MR. BECKER:  And for the record,
8      Public.Resource.Org had requested that
9      ASTM provide a witness on additional
10      topics beyond 2, 3 and 24, and ASTM
11      has refused to provide that additional
12      witness that was requested.
13          MR. FEE:  That's not correct.
14      You've had a witness on every other
15      topic.  Jeff Grove.  Jeff Grove,
16      G-R-O-V-E.
17          MR. BECKER:  And as we've
18      discussed, Public.Resource.Org does
19      not believe that Jeff Grove was a
20      sufficient witness on many of those
21      topics and, therefore, has requested a
22      witness on the topics on which
23      Mr. Grove was deficient.
24          MR. FEE:  Suffice to say we
25      disagree with that.

Page 89

23 (Pages 86 - 89)

1    BY MR. BECKER:
2        Q.    Mr. Smith, you understand that
3    you are responsible for preparing to answer
4    questions on the topics on which you've been
5    noticed and which you are appearing on behalf
6    of ASTM.  Correct?
7        A.    Yes, I believe it's 2, 3 and
8    24.
9        Q.    And have you prepared to answer
10   questions on Topics 2, 3 and 24?
11       A.    Yes.
12       Q.    And you understand that you are
13   answering these questions on those topics on
14   behalf of ASTM?
15       A.    Yes.
16       Q.    Mr. Smith, when did you prepare
17   to answer topics at deposition today?
18           MR. FEE:  Objection.  Vague.
19           THE WITNESS:  Yesterday and on
20   Tuesday.
21   BY MR. BECKER:
22       Q.    Tuesday of this week?
23       A.    Correct.
24       Q.    And when were you first
25   notified that you would be appearing as the

Page 90

1    witness for the deposition today?
2        A.    I think we found out, exactly
3    the date was sometime in maybe the first week
4    in July.
5        Q.    Have you done any preparation
6    for your deposition today between the first
7    week of July and Tuesday of this week?
8        A.    Yes.
9        Q.    What did you do to prepare
10   during that time period?
11       A.    I reviewed the membership
12   screens, the renewal screens, the work item
13   registration pages and --
14       Q.    Did you do -- I'm sorry.
15       A.    -- any ASTM intellectual
16   property files.
17       Q.    And when you say the membership
18   screens, the renewal screens, and the work
19   item registration pages, are you referring to
20   the same pages that you had discussed near
21   the start of our deposition today?
22       A.    Yes.
23       Q.    And when you say that you
24   reviewed any ASTM intellectual property
25   files, what do you mean by that?

Page 91

1        A.    I reviewed our current ASTM
2    Intellectual Property Policy.
3        Q.    Did you do anything else to
4    prepare for the deposition today?
5        A.    I met with the people that I
6    mentioned previously.
7        Q.    Did you review any other
8    documents other than the ones that you've
9    just listed a moment ago?
10       A.    I reviewed documents that had
11   the Bates numbers associated with them.
12       Q.    Do you know which documents
13   that have Bates numbers associated with them
14   that you reviewed?
15           THE WITNESS:  Do we have them
16       somewhere, the ones that we produced?
17           MR. FEE:  You have to answer his
18       questions, I can't give you the
19       answers.
20           THE WITNESS:  I'm sorry.
21   BY MR. BECKER:
22       Q.    Do you recall the titles of any
23   of the documents that you reviewed that had
24   Bates numbers on them?
25       A.    There were specific examples of

Page 92

1    memberships that were filled out by a member.
2    I think it was a renewal that may have been
3    completed by a member.  Screens that I had
4    mentioned.  There were other documents I'm
5    not thinking of right now, but yes.
6        Q.    The other documents that you
7    reviewed, did they all have Bates numbers on
8    them?
9        A.    Yes.
10       Q.    So were there any other
11   documents other than the ones that you
12   described just a moment ago specifically that
13   you reviewed in preparation for your
14   deposition today that did not have Bates
15   numbers on them?
16           MR. FEE:  Objection.  Asked and
17       answered.  Go ahead.
18           THE WITNESS:  I don't believe
19       so.
20   BY MR. BECKER:
21       Q.    When did you meet with Jim
22   Thomas in preparation for your deposition
23   today?
24       A.    On Tuesday, whatever day that
25   was.  On Tuesday, last Tuesday.

Page 93

24 (Pages 90 - 93)

1    Q.    What did you discuss with Jim
2  Thomas when you met with him then?
3    A.    I asked Jim about any memory
4  that he has relative to assignments of
5  copyright.
6    Q.    And what did he say?
7    A.    Pretty much what I've explained
8  to you relative to formally getting
9  documentation from our members on assignment
10  from 2003 to the present relative to our
11  renewal forms, membership application forms,
12  collaboration area.  And then prior to that,
13  Jim's recollection and feelings were that
14  copyright assignment from our members was a
15  very basic understanding that our members had
16  and our staff have had, the sole purpose they
17  come to an ASTM meeting is to develop a
18  standard that's going to result in an ASTM
19  approved standard with a logo on it that's
20  copyrighted.
21    Q.    Did Mr. Thomas identify any
22  basis for his belief that copyright
23  assignment from ASTM members was a very basic
24  understanding, as you described it, that ASTM
25  members had with the purpose of developing an

Page 94

1  ASTM standard?
2    A.    Can you explain?
3    Q.    Let me rephrase that.  Did
4  Mr. Thomas identify any basis for his belief
5  that ASTM members had an understanding that
6  their drafts would be -- that the copyright
7  for their drafts would be held by ASTM?
8    A.    I think his basis was on the
9  fact that we've never had a member that has
10  really questioned, that we can recall, or
11  challenged ASTM copyrighting something.
12  Another basis being that we sell our
13  standards and our members are some of our
14  biggest customers, so they're buying the
15  standards from us.  Jim Thomas has provided
16  numerous presentations at different committee
17  meetings announcing about this lawsuit and
18  what the ramifications potentially could be.
19  How it could affect our business model and
20  how we want to maintain our low entry for
21  participation, $75 membership, no meeting
22  fees, and we sell our resulting standards so
23  that we can support our operations.  And the
24  members, based on the presentations that I've
25  seen, have embraced that concept.

Page 95

1    Q.    Did Jim Thomas say all of that
2  to you?  When I say "all of that," I'm
3  referring to your previous statement that you
4  attributed to Jim Thomas, were all of those
5  statements from Jim Thomas?
6        MR. FEE:  Objection.  Compound.
7        THE WITNESS:  Jim has told me
8    and I have seen Jim do these
9    presentations.
10  BY MR. BECKER:
11    Q.    When you spoke with Jim Thomas
12  on Tuesday, did he say that a member has
13  never challenged the copyright assertions by
14  ASTM?
15    A.    Yes.
16    Q.    And when you met with Jim
17  Thomas on Tuesday, did he say that the fact
18  that ASTM sells standards to its members is a
19  basis for why there may be an understanding
20  that by ASTM members, that their
21  contributions would be copyrighted by ASTM?
22    A.    He had indicated that the fact
23  that we sell the standards back to our
24  members is probably a real good indication
25  that there's a basic understanding from our

Page 96

1  members that we are copyrighting the material
2  that they contribute.
3    Q.    Did Jim Thomas say anything
4  else to you when you met with him on Tuesday?
5        MR. FEE:  Objection.  Vague.
6        THE WITNESS:  I can't think of
7    anything else specific that he said.
8  BY MR. BECKER:
9    Q.    Did you ask Jim Thomas any
10  questions when you met with him on Tuesday?
11    A.    No, I don't think I asked him
12  any questions.  I think the meeting was
13  basically to discuss copyright assignment.
14  And I don't know if -- it was more of a
15  discussion, I don't think we had -- I had
16  questions.  I mean, I didn't need to ask
17  questions.  It was a discussion.
18    Q.    A moment ago you referred to
19  the $75 fee.  Do ASTM members -- excuse me,
20  let me rephrase.
21        Do individuals have to pay ASTM
22  a fee to participate in the standard drafting
23  process?
24        MR. FEE:  Objection.  Asked and
25    answered.

Page 97

25 (Pages 94 - 97)

1      THE WITNESS:  They have to pay
2  $75 to be a member, but they don't
3  have to pay $75 to participate.  So an
4  individual can participate without
5  paying ASTM.
6  BY MR. BECKER:
7      Q.    What are the differences that
8  individuals who are members of ASTM enjoy in
9  their participation in the standard drafting
10  process versus individuals who are not
11  members?
12      MR. FEE:  Objection.  Vague.
13      THE WITNESS:  They get to --
14  free volume of standards and they get
15  to vote.  When it's on the ballots,
16  they get to cast votes.  Nonmembers do
17  not.
18  BY MR. BECKER:
19      Q.    When you say "on the ballots,"
20  what ballots are you referring to?
21      A.    On the technical standards.
22      Q.    Are those ballots for voting up
23  or down on the revision or creation of
24  particular standards?
25      A.    Correct.

Page 98

1      Q.    Have you had any other
2  communications with Jim Thomas about your
3  deposition today other than the meeting you
4  had with him on Tuesday?
5      A.    No.
6      Q.    And have you had any
7  communications with Marge Cassidy in
8  preparation for your deposition today other
9  than the meeting that you had with her?
10      A.    No.
11      Q.    You said you met with John
12  Pace, the vice president of publications, as
13  well in preparation for your deposition
14  today.  Correct?
15      A.    Uh-huh.
16      Q.    What did you discuss with
17  Mr. Pace?
18      A.    Any knowledge that he would
19  have relative to the assignment of copyright
20  from our members.
21      Q.    What did Mr. Pace say?
22      A.    He didn't provide any input.
23  He didn't have any knowledge.
24      Q.    Did you discuss any other
25  issues with Mr. Pace at that meeting?

Page 99

1      A.    No.
2      Q.    When was that meeting?
3      A.    That meeting was yesterday.
4      Q.    So Mr. Pace provided no
5  information to you on the subject of
6  copyright by individuals to ASTM?
7      A.    No.
8      MR. FEE:  Objection.  Vague.
9  BY MR. BECKER:
10      Q.    A moment ago you referred to
11  presentations by Jim Thomas.  Can you give
12  any specific -- can you tell me about any
13  specific presentations by Jim Thomas that you
14  think address issues of copyright ownership
15  by ASTM?
16      A.    I can't recall any
17  presentations that he did specific on that
18  subject.
19      Q.    What presentations were you
20  referring to?
21      A.    At ASTM conferences where we
22  have breakfast meetings with all of the
23  individuals attending that meeting, are
24  invited to a breakfast meeting.  And we hold
25  them in four different committee weeks; in

Page 100

1  January, April, May and June of every year.
2  I've heard Jim Thomas talk about what I said
3  at those breakfast meetings.
4      Q.    Do you recall on what dates
5  Mr. Thomas spoke about those issues at
6  breakfast meetings?
7      A.    I can't provide specific dates.
8      Q.    Do you have general dates as in
9  this year, last year or the year prior?
10      A.    I believe it was this year was
11  mentioned.  And it was probably last year as
12  well.
13      Q.    Do you recall Mr. Thomas
14  mentioning anything on this subject prior to
15  last year?
16      A.    I can't say for sure.
17      Q.    Are these breakfast meetings
18  recorded in any way?
19      A.    No.
20      Q.    Are there any minutes kept of
21  the breakfast meetings?
22      A.    No, but we have annual -- our
23  annual meeting -- we may have minutes from
24  our annual meeting, but I'm not sure.  I
25  think we might have slides actually,

Page 101

26 (Pages 98 - 101)

1    presentation slides that are available for
2    our annual meetings.
3        Q.    You said you also meet with
4    Phil Lively, the vice president of
5    technology.  Is that correct?
6        A.    Yes.
7        Q.    When did you meet with him?
8        A.    I met with Phil yesterday.
9        Q.    What did you speak with Phil
10   Lively about yesterday?
11       A.    About copyright assignments for
12   members to ASTM.
13       Q.    And what did Phil Lively tell
14   you?
15       A.    About his involvement and help
16   with having the language that we talked about
17   earlier on the membership application screens
18   and the membership renewal screens and the
19   collaboration area screen and the work item
20   registration screens.
21       Q.    When you say, "the language
22   that we talked about earlier," are you
23   referring to language that ASTM believes
24   assigns copyright from individuals to ASTM?
25           MR. FEE:  Objection.  Calls for

1    a legal conclusion.
2           THE WITNESS:  The language that
3       we talked about that is on the
4       membership applications, yes.  That
5       the members acknowledge when they're
6       either registering a work item or
7       joining as a new member or renewing
8       their membership or opening up a
9       collaboration area that assigns all of
10      their past, present and future
11      contributions to ASTM standards --
12      into ASTM standards to ASTM.
13   BY MR. BECKER:
14       Q.    What was Mr. Lively's
15   involvement in the language that you are
16   referring to?
17           MR. FEE:  Objection.  Vague.
18           THE WITNESS:  He helped us with,
19      from a technology standpoint, getting
20      that language up onto our Web site,
21      onto the screens.
22   BY MR. BECKER:
23       Q.    So you're saying that
24   Mr. Lively was involved in the -- Mr. Lively
25   did not draft the language, but Mr. Lively

1    helped create the electronic version of the
2    forms that appear on the ASTM Web site.  Is
3    that what you're saying?
4           MR. FEE:  Objection.  Compound.
5           THE WITNESS:  I'm not sure what
6       exactly you mean by that, but
7       essentially he was able to accomplish
8       getting the language up onto the
9       screens so that the members can
10      acknowledge the statement during the
11      process.
12   BY MR. BECKER:
13       Q.    Did Mr. Lively draft any of the
14   language on the membership application or
15   renewal forms or any of the other forms that
16   you're describing?
17           MR. FEE:  Objection.  Compound.
18           THE WITNESS:  I don't believe
19      so.
20   BY MR. BECKER:
21       Q.    What did Mr. Lively tell you
22   about the work that he did related to
23   copyright assignments?
24       A.    Just that he could remember
25   helping with putting the information up on

1    the Web screens, and he could remember when
2    he was a staff manager back in the very
3    beginning time, I think it was early '80s
4    when he was a staff manager, and kind of
5    reiterating what I had previously said about
6    there being an understanding that our members
7    understand that their contributions to ASTM,
8    is well understood that we're going to
9    copyright that material.
10       Q.    Did Mr. Lively provide any
11   basis for his statement that there was an
12   understanding in the early '80s that ASTM
13   would copyright the material provided by
14   individuals that was incorporated into the
15   standard drafts?
16       A.    Can you repeat that question?
17       Q.    Yes.  Did Mr. Lively provide
18   any basis for his statement that there was an
19   understanding in the early '80s that ASTM
20   would copyright the material provided by
21   individuals that was incorporated into the
22   standard drafts?
23       A.    No.  I think it was just his
24   belief just as it was my belief.
25       Q.    Did you discuss anything else

27 (Pages 102 - 105)

1  with Mr. Lively at that meeting?
2      A.   Not that I can recall.
3      Q.   Did you have any other
4  communications with Mr. Lively in preparation
5  for your deposition today other than that
6  meeting yesterday?
7      A.   No.
8      Q.   And did you have any other
9  communications with John Pace in preparation
10 for your deposition today other than your
11 meeting with him yesterday?
12     A.   No.
13     Q.   You said that you also met with
14 Kathie Morgan, the executive vice president,
15 in preparation for your deposition today.  Is
16 that true?
17     A.   Yes.
18     Q.   And when did you meet with
19 Kathie?
20     A.   Yesterday.
21     Q.   What did you discuss with
22 Kathie at your meeting yesterday?
23     A.   We discussed the form that we
24 had here, 1284, and her recollection of what
25 that form was used for.
Page 106

1      Q.   That's Exhibit 1284 you were
2  referencing?
3      A.   Yes.
4      Q.   What did Kathie Morgan say
5  about Exhibit 1284?
6      A.   She thought that that form was
7  used by ASTM whenever an individual who was
8  bringing forward a full document into ASTM,
9  that we would want to have that form filled
10 out which would assign the copyright of that
11 information to ASTM.
12     Q.   Did Kathie Morgan tell you
13 anything else about Exhibit 1284?
14     A.   Not that I can recall.
15     Q.   Did Kathie Morgan tell you when
16 Exhibit 1284 was first used by ASTM?
17     A.   I think -- I don't know for
18 sure.  I think our recollection was the same
19 as mine earlier, that it was about, you know,
20 maybe prior to 2003.
21     Q.   When you say "prior to 2003,"
22 approximately what year do you believe that
23 this form, Document 1284, was first used?
24     MR. FEE:  Objection.  Asked and
25     answered.
Page 107

1      THE WITNESS:  Yeah, I'm not
2  sure.  I think it -- it was -- I think
3  it was in the early 2000s.
4  BY MR. BECKER:
5      Q.   Taking a step back, when you
6  spoke with Phil Lively yesterday in
7  preparation for your deposition today, did
8  you ask him when the Web forms were first set
9  up that included language concerning
10 copyright assignments on the ASTM Web site?
11     MR. FEE:  Objection to form.
12     Compound.
13     THE WITNESS:  I don't believe I
14     asked him.
15 BY MR. BECKER:
16     Q.   Did Mr. Lively tell you
17 yesterday when the Web forms that include
18 language concerning copyright assignments on
19 the ASTM Web site were first set up?
20     MR. FEE:  Objection to form.
21     Compound.
22     THE WITNESS:  I don't believe
23     he -- I don't believe he said.
24 BY MR. BECKER:
25     Q.   Other than Marge Cassidy, Jim
Page 108

1  Thomas, John Pace, Phil Lively and Kathie
2  Morgan, was there anybody else that you met
3  with in preparation for your deposition
4  today?
5      A.   Besides our legal team?
6      Q.   Yes.
7      A.   No.
8      Q.   And other than those
9  individuals, was there anybody else that you
10 communicated with in preparation for your
11 deposition today?
12     A.   No.
13     Q.   Collectively about how much
14 time would you say that you spent in
15 preparation for your deposition today?
16     A.   Maybe 15 hours.
17     Q.   Returning to Exhibit 1288, the
18 ASTM Intellectual Property Policy from 2010,
19 please turn to section VI B, "Intellectual
20 Property Other Than Standards."  That's Bates
21 numbered ASTM003440.  Can you, please, review
22 subsections 1a and b from this document.  For
23 the record, that's section VI B1a and VI B1b.
24 Please tell me when you're done reviewing it.
25     A.   [Reviewing document.] Okay.
Page 109

28 (Pages 106 - 109)

1    Q.    This section says it relates to
2    "Intellectual Property Other Than Standards,"
3    and it says, "ASTM International recognizes
4    different ways to assign intellectual
5    property rights: ...When individual authors
6    submit manuscripts of technical papers for
7    publication by ASTM International, the author
8    must sign an agreement (Author Agreement)
9    whereby ownership of the material is assigned
10   to ASTM International...."
11         Why does ASTM have a special
12   agreement for authors of intellectual
13   property other than standards?
14         MR. FEE:  Objection.  Calls for
15         a legal conclusion.  To the extent you
16         can answer that question without
17         disclosing communications with
18         counsel, you may go ahead and do so.
19         THE WITNESS:  I don't know.
20   BY MR. BECKER:
21    Q.    Do you know who would know?
22         MR. FEE:  Objection.  Calls for
23         speculation.
24         THE WITNESS:  I would --
25         potentially in part the ASTM general

Page 110

1    counsel.
2    BY MR. BECKER:
3     Q.    Is there anybody else who would
4    know?
5         MR. FEE:  Same objection.
6         THE WITNESS:  I don't know.
7    BY MR. BECKER:
8     Q.    This document again goes on to
9    say, ".. however, if a technical paper was
10   prepared in the course of the author's
11   employment by the U.S., Canadian, or British
12   Governments, ASTM acknowledges that copyright
13   does not exist."
14         Why does ASTM acknowledge that
15   copyright doesn't exist if the technical
16   paper was prepared in the course of an
17   author's employment by one of these federal
18   governments?
19         MR. FEE:  Objection.  Calls for
20         a legal conclusion.  Instruct you not
21         to disclose communications with
22         counsel regarding that subject, but if
23         you have knowledge from some other
24         source, go ahead and answer.
25         THE WITNESS:  I don't know.

Page 111

1    BY MR. BECKER:
2     Q.    Does ASTM believe that if a
3    standard was prepared in the course of the
4    author's employment by the U.S., Canadian or
5    British governments, that a copyright exists
6    in that standard?
7         MR. FEE:  Objection.  Calls for
8         a legal conclusion.  Instruct you not
9         to disclose any communications with
10        counsel regarding that matter.  If you
11        can answer it without disclosing those
12        communications, go ahead.
13        THE WITNESS:  I don't know.
14   BY MR. BECKER:
15    Q.    Who would know?
16        MR. FEE:  Objection.  Calls for
17        speculation.
18        THE WITNESS:  I would
19        potentially think that our ASTM
20        general counsel would know.
21   BY MR. BECKER:
22    Q.    Is there anybody else who would
23   know?
24        MR. FEE:  Same objection.
25        THE WITNESS:  I don't know.

Page 112

1    BY MR. BECKER:
2     Q.    Does ASTM recognize a
3    distinction between standards and
4    intellectual property other than standards in
5    terms of its copyrightability when created by
6    someone who is acting in the course of their
7    employment by the U.S., Canadian or British
8    governments?
9         MR. FEE:  Objection.  Vague.
10        Confusing.  Compound.  Calls for
11        a legal conclusion.  Instruct you not to
12        disclose any communications with
13        counsel regarding that matter.  If you
14        have other information you can share,
15        go ahead.
16        THE WITNESS:  I really don't
17        know.
18   BY MR. BECKER:
19    Q.    Just to rephrase so we have a
20   clear question here, does ASTM recognize a
21   distinction between standards and
22   intellectual property other than standards in
23   terms of its copyrightability when created by
24   someone who is acting in the course of their
25   employment by the U.S. government?

Page 113

29 (Pages 110 - 113)

1    MR. FEE: Objection. Vague.
2  Compound. Calls for a legal
3  conclusion. Instruct you not to
4  disclose communications with counsel
5  regarding the subject. If you have
6  other information you can share, go
7  ahead.
8    THE WITNESS: I don't know.
9  BY MR. BECKER:
10   Q.    Who would know?
11   MR. FEE: Calls for speculation.
12  Objection.
13   THE WITNESS: Potentially our
14  general counsel.
15  BY MR. BECKER:
16   Q.    Did you discuss this issue in
17  preparation for your deposition today?
18   A.    No.
19   Q.    Did you inquire about the
20  copyrightability of material created by
21  employees of the federal government in the
22  course of their employment with the federal
23  government in preparation for your deposition
24  today?
25    MR. FEE: Hold on one second.

Page 114

1  recent version, so let me read that again.
2    Section VI B1b states, "When
3  ASTM International contracts, subsidizes, or
4  agrees with writers, authors, editors, or
5  others to prepare or otherwise help create
6  ASTM IP other than technical papers as given
7  in 1a above, a 'Work for Hire' Agreement must
8  be signed in which copyright is acknowledged
9  to reside in ASTM International or will be
10  assigned to ASTM International."
11    Have you ever seen one of these
12  "Work for Hire" Agreements that's referenced
13  in this clause?
14   A.    Not that I can recall.
15   Q.    Do you know of any situations
16  in which a "Work for Hire" Agreement as
17  described in clause VI B1b has been executed?
18   A.    I don't know of any specific
19  ones that have been executed.
20   Q.    Did you discuss the existence
21  of any "Work for Hire" Agreements in
22  preparation for your deposition today?
23   A.    No.
24   Q.    Do you know of any "Work for
25  Hire" Agreements that have been executed with

Page 116

1  You can answer it yes or no.
2    THE WITNESS: I don't think we
3  did. Not that I -- I can't recall
4  that we talked about that
5  specifically.
6  BY MR. BECKER:
7   Q.    The next clause of the
8  Intellectual Property Policy states, When
9  ASTM contracts, subsidizes, or agrees with
10  writers, authors, editors, or others to
11  prepare or otherwise help create ASTM
12  Intellectual Property other than technical
13  papers as given in 1a above, a "Work For
14  Hire" Agreement must be signed in which
15  copyright is acknowledged to reside in ASTM
16  or will be assigned to ASTM [as read].
17    MR. FEE: You skipped the word
18  "International" there twice, for the
19  record.
20    MR. BECKER: Excuse me.
21  BY MR. BECKER:
22   Q.    You're right, I'm looking at
23  the earlier version of the Intellectual
24  Property Policy, it appears that
25  international has been inserted into the more

Page 115

1  respect to any ASTM standards?
2   A.    No.
3   Q.    Have any "Work for Hire"
4  Agreements been executed with respect to any
5  ASTM standards?
6   A.    I'm not aware of any, but there
7  could have been.
8   Q.    Who would know?
9    MR. FEE: Objection. Calls for
10  speculation.
11    THE WITNESS: Whoever the vice
12  president of technical committee
13  operations has been for, you know,
14  however long you want to go back.
15  BY MR. BECKER:
16   Q.    I'm sorry, so that would be --
17  you're saying that the previous vice
18  president of technical committee operations
19  prior to yourself would know, might know if
20  there had been any "Work for Hire" Agreements
21  executed in relation to ASTM standards?
22    MR. FEE: Objection. Calls for
23  speculation.
24    THE WITNESS: They might. And
25  our general counsel might know as

Page 117

30 (Pages 114 - 117)

1     well.
2   BY MR. BECKER:
3       Q.     How long have you been the vice
4   president of technical committee operations?
5       A.     Six months.
6       Q.     Who was the vice president of
7   technical committee operations prior to you?
8       A.     Kathie Morgan.
9       Q.     How long was she the VP of
10  technical committee operations at ASTM?
11          MR. FEE:  Objection.  Calls for
12      speculation.  Lack of foundation.
13          THE WITNESS:  Roughly seven
14      years, eight years.
15  BY MR. BECKER:
16      Q.     And who was the vice president
17  of technical committee operations prior to
18  Kathie Morgan?
19      A.     Ken Pearson.
20      Q.     How long was he the vice
21  president of technical committee operations?
22      A.     Probably 25 years.  20 to 25
23  years.
24      Q.     Do you know who the vice
25  president of technical committee operations

Page 118

1       Q.     Do you know who would know if
2   an Intellectual Property Policy existed prior
3   to April 28, 1999?
4       A.     Yeah, I would like to go back,
5   if I could, to a previous answer that I
6   provided.
7       Q.     Please do.
8       A.     With respect to my meeting with
9   Jim Thomas, Jim Thomas also had discussion
10  during that meeting relative to his belief
11  that there was an Intellectual Property
12  Policy prior to 1999.
13      Q.     And did Jim Thomas state what
14  his basis was for thinking that there was an
15  Intellectual Property Policy prior to 1999?
16          MR. FEE:  Objection.
17          THE WITNESS:  I believe he was
18      just saying he remembered one, he
19      recalled that there was one.
20  BY MR. BECKER:
21      Q.     Did you do anything to try to
22  get a copy of any Intellectual Property
23  Policy that may have existed prior to 1999?
24      A.     No.
25      Q.     Is there anyone other than Jim

Page 120

1   was before Ken Pearson?
2       A.     I think it was Jim Thomas.
3       Q.     Do you know how long Jim Thomas
4   was the vice president of technical committee
5   operations?
6       A.     No.
7       Q.     When you spoke with Kathie
8   Morgan in preparation for your deposition
9   today, did you discuss "Work for Hire"
10  Agreements with her?
11      A.     No.
12      Q.     You stated earlier that you're
13  not certain if an Intellectual Property
14  Policy existed prior to April 28, 1999.  Is
15  that correct?
16          MR. FEE:  Objection.
17      Mischaracterizes his testimony.
18          THE WITNESS:  You're saying that
19      I wasn't sure --
20  BY MR. BECKER:
21      Q.     Yes.
22      A.     -- whether there was?
23      Q.     Yes.
24      A.     Yeah.  I thought I recalled
25  that there was.

Page 119

1   Thomas who would know whether an Intellectual
2   Property Policy existed prior to 1999?
3       A.     I don't think so.
4           MR. BECKER:  Counsel, given
5       Topic Number 2 in the Notice of
6       Deposition, we need somebody who is
7       able to say definitively whether an
8       Intellectual Property Policy existed
9       prior to 1999.
10          MR. FEE:  Do you have any other
11      questions for him or are you done?
12          MR. BECKER:  No, we're
13      continuing.
14          MR. FEE:  Okay.  Go ahead.
15              - - -
16          (Exhibit 1290, Exhibit A from
17      Complaint, was marked for
18      identification.)
19              - - -
20  BY MR. BECKER:
21      Q.     I'm handing you what's been
22  marked as Exhibit 1290.  This is Exhibit A
23  from the Complaint filed by plaintiffs.  Do
24  you recognize this document?
25      A.     I don't think I looked at this

Page 121

31 (Pages 118 - 121)

1    document.
2        Q.    Well, this is the listing of
3    standards that ASTM is asserting are
4    infringed by Public.Resource.Org.
5                    - - -
6            (Exhibit 1291, Certificates of
7        Copyright Registration, Bates
8        ASTM000001 - ASTM000168, was marked
9        for identification.)
10                   - - -
11   BY MR. BECKER:
12       Q.    I'm handing you what has been
13   marked as Exhibit 1291.  These are the
14   documents produced as Bates number ASTM000001
15   to ASTM000168.  Do you recognize this
16   document?
17           MR. FEE:  Objection.
18       Mischaracterizes what has been marked
19       as 1291 as one document.
20           THE WITNESS:  I think I saw an
21       example of one yesterday.
22   BY MR. BECKER:
23       Q.    What is Exhibit 1291?
24           MR. FEE:  Objection.  Lack of
25       foundation.

Page 122

1            THE WITNESS:  They look like
2        they're examples of Certificates of
3        Copyright Registration.
4    BY MR. BECKER:
5        Q.    I will represent to you that
6    Exhibit 1291 is all of the Certificates of
7    Copyright Registration that ASTM has produced
8    to Public.Resource in this action.
9            You said you saw an example of
10   one of these Certificates of Copyright
11   Registration yesterday?
12       A.    Yes.
13       Q.    Was that in preparation for
14   your deposition?
15       A.    Yes.
16       Q.    And in what context did you see
17   an example of the Certificate of Copyright
18   Registration?
19           MR. FEE:  Objection.  Vague.
20           THE WITNESS:  I'm not sure what
21       you mean by "context."
22   BY MR. BECKER:
23       Q.    Were you shown an example of
24   the Certificate of Copyright Registration by
25   anybody?

Page 123

1        A.    It was just in the materials
2    along with other Bates numbered documents.
3        Q.    Do you recall which Certificate
4    of Copyright Registration you viewed
5    yesterday?
6        A.    No.
7        Q.    Was it only one Certificate of
8    Copyright Registration that you looked at?
9        A.    I believe so.
10       Q.    Did you have any discussions
11   with anyone in preparation for your
12   deposition today concerning Certificates of
13   Copyright Registration by ASTM?
14           MR. FEE:  You can answer it yes
15       or no.
16           THE WITNESS:  Yes.
17   BY MR. BECKER:
18       Q.    And who did you have these
19   discussions with?
20       A.    I had a discussion with Kathe
21   Hooper.
22       Q.    Anybody else?
23       A.    Other than the legal team, I
24   don't think so.
25       Q.    I don't believe that Kathe

Page 124

1    Hooper was one of the people that you listed
2    as an individual that you spoke with in
3    preparation for your deposition?
4        A.    Yeah, we -- I didn't -- we did
5    not have a special meeting with her.
6        Q.    What did you discuss when you
7    spoke with Kathe Hooper in preparation for
8    your deposition today?
9        A.    We discussed why, when this
10   form was filled out, why we had checked off
11   the box yes to question 2a about "Was this
12   contribution to the work a work made for
13   hire."
14       Q.    And why is that, that box 2a
15   was checked off on the copyright
16   registrations?
17       A.    She said that the copyright
18   office had told her to fill out the form that
19   way.
20       Q.    Did she say why the copyright
21   office told her to fill out the form that
22   way?
23       A.    I don't believe so.
24       Q.    Was she the one who prepared
25   the copyright registrations?

Page 125

32 (Pages 122 - 125)

1    A.    I think she started back in
2  1984, I think she may have said.
3    Q.    Do you know who was filling out
4  ASTM Certificate of Copyright Registration
5  forms prior to Kathe Hooper?
6    A.    A name was mentioned yesterday,
7  but I don't recall the name.
8    Q.    Was that individual Robert L.
9  Meltzer?
10    A.    I recognize that name, but I
11  don't know if Robert Meltzer was the one that
12  was filling out this form.
13    Q.    Do you know who Robert Meltzer
14  is?
15    A.    He was a former vice president
16  of publications.
17    Q.    Did Kathe Hooper say what
18  communications with the copyright office led
19  to her decision to check box 2a of the
20  copyright registrations?
21    A.    What led her to fill out this
22  form that way?
23    Q.    Did she say what communications
24  she had with the copyright office that led
25  her to fill out the forms to check box 2a?

1    Q.    Do you know what had been the
2  discussion with the copyright office by Kathe
3  Hooper's predecessor concerning checking box
4  2a?
5    A.    Do I know?
6         MR. FEE:  Objection.
7  BY MR. BECKER:
8    Q.    Yeah.
9         MR. FEE:  Vague.
10         THE WITNESS:  I only know what
11  Kathe Hooper told me.
12  BY MR. BECKER:
13    Q.    And what precisely did Kathe
14  Hooper tell you about that?
15         MR. FEE:  Objection.  Asked and
16         answered.
17         THE WITNESS:  That the copyright
18         office had informed Kathe Hooper's
19         predecessor to check box yes to the
20         answer -- to the question on 2a.
21  BY MR. BECKER:
22    Q.    Did Kathe Hooper tell you any
23  information about what her predecessor had
24  said to the copyright office that led to the
25  copyright office telling her to check box 2a?

1    A.    She had said that her
2  predecessor had a conversation with the
3  copyright office, and they had informed her
4  that it should be filled out that way.
5    Q.    Do you know if Kathe Hooper had
6  any interactions with the copyright office in
7  which the copyright office told her to fill
8  out the registrations by checking box 2a?
9    A.    I don't believe she did.
10    Q.    What is Kathe Hooper's role at
11  ASTM?
12    A.    She assists the vice president
13  of publications.
14    Q.    How long has Kathe Hooper held
15  that role for at ASTM?
16    A.    I can't say for certain, but I
17  think she said yesterday, since about 1984
18  she was in that role.
19    Q.    And currently the vice
20  president of publications is John Pace.
21  Correct?
22    A.    Correct.
23    Q.    Do you know how long John Pace
24  has held that role for?
25    A.    It's been about 11 years.

1    A.    No.  My understanding is it was
2  just a question on how to fill out the form.
3    Q.    Did ASTM ever have a lawyer
4  review the applications for copyright
5  registration?
6    A.    I don't know.
7    Q.    Do you have any knowledge about
8  what information the copyright office had
9  obtained from ASTM when it said to check box
10  2a?
11    A.    No.
12    Q.    If ASTM had provided different
13  facts concerning the material that was being
14  copyrighted, that might call for a different
15  answer to whether box 2a should be checked on
16  the copyright registration form.  Correct?
17         MR. FEE:  Objection.  Calls for
18         speculation.  Calls for a legal
19         conclusion.  Calls for expert
20         testimony.  You can answer if you
21         know.
22         THE WITNESS:  I don't know.
23  BY MR. BECKER:
24    Q.    Why is ASTM listed as the
25  author under section 2a?

1        A.    I think the copyright office
2    told us to fill out the form in that manner.
3        Q.    Did Kathe Hooper tell you that
4    the copyright office said to fill out the
5    copyright registration form by putting
6    American Society for Testing and Materials
7    under name of author, section 2a?
8        A.    Yes.
9        Q.    Did Kathe Hooper tell you
10   anything else about listing ASTM under the
11   name of author field in section 2a?
12       A.    No.
13       Q.    Are there any documents that
14   reflect ASTM's communication with the
15   copyright office concerning how to fill out
16   section 2a of the forms for copyright
17   registration?
18            MR. FEE: Objection. Calls for
19        speculation. This is beyond the
20        scope. You can answer.
21            THE WITNESS: Not that I'm aware
22        of.
23   BY MR. BECKER:
24       Q.    Are there any letters that
25   reflect ASTM's communication with the

Page 130

1    concerning how to fill out section 2a of the
2    forms for copyright registration?
3            MR. FEE: Objection. Calls for
4        speculation. Beyond the scope of his
5        designation. You can answer.
6            THE WITNESS: I don't know.
7        Maybe the people that worked in our
8        publications department at the time
9        that that question was -- at the time
10       that the copyright office had informed
11       us.
12   BY MR. BECKER:
13       Q.    Do you know who was the
14   president of publications as of the time that
15   ASTM communicated with the copyright office
16   regarding how to fill out section 2a of the
17   copyright registration forms?
18       A.    I believe it was Bob Meltzer,
19   Robert Meltzer.
20       Q.    Do you know if Robert Meltzer
21   is still alive?
22       A.    I don't know for sure.
23            MR. FEE: Matt, is now a good
24        time to take a break?
25            MR. BECKER: We can in just a

Page 132

1    copyright office concerning how to fill out
2    section 2a of the forms for copyright
3    registration?
4            MR. FEE: Objection. Same
5        objections as before, plus you just
6        answered that question. You can
7        answer it again.
8            THE WITNESS: Not that I'm aware
9        of.
10   BY MR. BECKER:
11       Q.    Are there any internal memos
12   that reflect ASTM's communication with the
13   copyright office concerning how to fill out
14   section 2a of the forms for copyright
15   registration?
16            MR. FEE: Objection. Calls for
17        speculation. It's beyond the scope of
18        his designation. You can answer if
19        you know.
20            THE WITNESS: Not that I'm aware
21        of.
22   BY MR. BECKER:
23       Q.    Who would know whether any
24   documents exist that reflect ASTM's
25   communications with the copyright office

Page 131

1        moment.
2    BY MR. BECKER:
3        Q.    Please turn to page ASTM000107
4    of Exhibit 1291. I will represent to you
5    that this is the earliest copyright
6    registration that ASTM has provided to
7    Public.Resource in this action. Under
8    section 2-1, in the section that says, "NAME
9    OF AUTHOR," do you see that it lists
10   "American Society for Testing and Materials,"
11   and then says, "Was this author's
12   contribution to the work a 'work made for
13   hire,'" and then checks the box yes?
14       A.    Yes.
15       Q.    And then on the next page, do
16   you see that under the "CERTIFICATION" near
17   the bottom of the page, it lists "Robert L.
18   Meltzer," and then has his -- what appears to
19   be his signature --
20       A.    Yes.
21       Q.    -- with a date of January 31,
22   1980?
23       A.    Yes.
24       Q.    Is it your belief that as of at
25   least January 31, 1980, Kathe Hooper's

Page 133

34 (Pages 130 - 133)

1  predecessor had had a conversation with the
2  copyright office in which they instructed her
3  to check the box saying that the -- scratch
4  that.
5        Is it your understanding that
6  as of at least January 31, 1980, someone at
7  ASTM had had a conversation with someone from
8  the copyright office in which that person
9  from ASTM was instructed to check the box
10 saying that the work was a "work made for
11 hire," and listing the name "American Society
12 for Testing and Materials" under the "NAME OF
13 AUTHOR" field?
14       MR. FEE:  Objection to form.
15       THE WITNESS:  I'm not sure I
16    understand the question.  If you could
17    rephrase it, I'm a little lost.
18 BY MR. BECKER:
19    Q.   Sure.  Is it your -- after
20 looking at this document, page ASTM000107 to
21 108, is it your understanding that as of at
22 least January 31, 1980, someone at ASTM had a
23 conversation with someone from the copyright
24 office in which that person from ASTM was
25 instructed to check the box saying that the

Page 134

1  work was a "work made for hire," and listing
2  the names "American Society for Testing and
3  Materials" under the "NAME OF AUTHOR" field?
4        MR. FEE:  Objection.  Form.  Go
5     ahead.
6        THE WITNESS:  Yeah, I believe
7     that's right, I just don't know
8     when that con -- I don't know when
9     that conversation exactly was made.
10 BY MR. BECKER:
11    Q.   But you believe it was as of at
12 least January 31, 1980?
13    A.   I don't know.  It could have
14 been before that.  I really don't know.
15       MR. BECKER:  All right.  We can
16    go off the record.
17       VIDEOGRAPHER:  The time is now
18    3:08.  We're going off the video
19    record.
20              - - -
21       (A recess was taken.)
22              - - -
23       VIDEOGRAPHER:  The time is now
24    3:20.  We're back on the video record.
25 BY MR. BECKER:

Page 135

1    Q.    Mr. Smith, do you know which
2  standards at issue in this litigation each
3  copyright registration that ASTM has provided
4  corresponds to?
5    A.   I'm not sure I get the
6  question.
7    Q.   If you look at, we were just
8  discussing ASTM000107 in Exhibit 1291, that's
9  a standard, the title of the work is "1980
10 ANNUAL BOOK OF ASTM STANDARDS, Part
11 1:Steel-Piping, Tubing, Fittings."  Is that
12 correct?
13    A.   Correct.
14    Q.   Do you know how many standards
15 are in the 1980 Annual Book of ASTM
16 Standards, Part 1:Steel-Piping, Tubing,
17 Fittings?
18    A.   No.
19       MR. FEE:  Objection.  Beyond the
20    scope of his designation.
21       THE WITNESS:  No, I don't.
22       MR. BECKER:  I would disagree, I
23    don't think this is beyond the scope
24    of his designation.  This has to do
25    with the -- with copyright ownership

Page 136

1  and the chain of title.  This is --
2        MR. FEE:  You just asked him how
3     many chapters essentially there were
4     in a book.
5        MR. BECKER:  Well, that's one of
6     the questions I have, is related to
7     this particular registration.  It's a
8     registration for a work.
9        MR. FEE:  We disagree for the
10    record.
11 BY MR. BECKER:
12    Q.    Are there multiple standards
13 listed in the 1980 Annual Book of ASTM
14 Standards, Part 1:Steel-Piping, Tubing,
15 Fittings?
16       MR. FEE:  Same objection.
17       THE WITNESS:  Yes.
18 BY MR. BECKER:
19    Q.   How do you know that?
20    A.   Because it's our volume of
21 standards and volumes contain more than one
22 standard.
23    Q.    Is there a way to confirm --
24 excuse me, scratch that.
25       Do you know how to determine

Page 137

35 (Pages 134 - 137)

1   how many standards are in the 1980 Annual
2   Book of ASTM Standards, Part 1:Steel-Piping,
3   Tubing, Fittings?
4           MR. FEE:  Same objection.
5           THE WITNESS:  I don't know if
6       there would be a way to find that out
7       today.
8   BY MR. BECKER:
9       Q.    Why not?
10          MR. FEE:  Same objection.
11      Beyond the scope.
12          THE WITNESS:  I just don't know
13      if we still have that information from
14      35 years ago.
15  BY MR. BECKER:
16      Q.    How would you go about trying
17  to determine how many standards were in the
18  1980 Annual Book of ASTM Standards, Part
19  1:Steel-Piping, Tubing, Fittings?
20          MR. FEE:  Same objection.
21          THE WITNESS:  I would probably
22      ask our publications department if we
23      had any record of the index for that
24      book.  And if we did, you can count
25      them.

Page 138

1   BY MR. BECKER:
2       Q.    Would you be able to determine
3   this from anything else other than the book
4   itself or an index for that book?
5           MR. FEE:  Same objection.
6           THE WITNESS:  I don't know.
7   BY MR. BECKER:
8       Q.    Does ASTM keep complete copies
9   of every book it has published?
10          MR. FEE:  Same objection.
11          THE WITNESS:  I don't know.  I
12      don't think so.
13  BY MR. BECKER:
14      Q.    Who would know?
15          MR. FEE:  Objection.  Calls for
16      speculation.  Beyond the scope.
17          THE WITNESS:  Maybe folks from
18      our publications department.
19  BY MR. BECKER:
20      Q.    Would Kathe Hooper know?
21          MR. FEE:  Objection.  Calls for
22      speculation.  Beyond the scope.
23          THE WITNESS:  She might.
24  BY MR. BECKER:
25      Q.    Would John Pace know?

Page 139

1           MR. FEE:  Same objections.
2           THE WITNESS:  He might.
3   BY MR. BECKER:
4       Q.    Who else is in the publications
5   department other than Kathe Hooper and John
6   Pace?
7           MR. FEE:  Objection.  Beyond the
8       scope of his designation.
9   BY MR. BECKER:
10      Q.    Let me rephrase.  Who else
11  other than --
12      A.    50-some people.  I don't know.
13      Q.    Let me rephrase.  Other than
14  John Pace and Kathe Hooper, who else might
15  know whether the -- whether copies of all of
16  ASTM's publications are kept?
17      A.    I don't know.
18          MR. FEE:  Objection.  Beyond the
19      scope of his designation.
20          THE WITNESS:  I don't know.
21          MR. FEE:  Calls for speculation.
22  BY MR. BECKER:
23      Q.    If you look at Exhibit 1290 and
24  compare it with -- compare the second page of
25  1290 with ASTM0000107, the copyright

Page 140

1   registration page that we've been discussing,
2   you will see that in the middle of the page,
3   page 2 of Exhibit 1290 it lists ASTM A370 as
4   a designation, the edition 1997e2, "Standard
5   Methods and Definition for Mechanical Testing
6   of Steel Products" with a registration
7   certificate number TX 434-207.  Do you see
8   that?
9       A.    Yes.
10      Q.    Do you see that the
11  registration number TX 434-207 corresponds
12  with the registration number in the top
13  right-hand corner of the page ASTM000107 from
14  Exhibit 1291?
15      A.    Yes.
16      Q.    Do you know how ASTM
17  confirmed -- do you know if ASTM confirmed
18  that ASTM standard A370 1997e2 was in the
19  1980 Annual Book of ASTM Standards, Part
20  1:Steel-Piping, Tubing, Fittings?
21          MR. FEE:  Objection.  Beyond the
22      scope of his designation.
23          THE WITNESS:  I don't know if
24      you're suggesting that because the
25      registration certificate numbers in

Page 141

36 (Pages 138 - 141)

1    Exhibit 1291 and A370 in Exhibit 1292,
2    if you are suggesting because they are
3    the same certificate numbers, that
4    that confirms that this standard is in
5    this volume?  Is that what you're
6    asking me?
7  BY MR. BECKER:
8    Q.    Well, I'm wondering if that
9  does confirm that.
10   A.    I don't know because I'm not
11 sure how the registration number process
12 really works.  I don't know for sure.
13   Q.    So do you have any way of
14 telling us which standard that is at issue in
15 this litigation corresponds to which of the
16 copyright registrations that ASTM has
17 provided to Public.Resource?
18       MR. FEE:  Objection.  Beyond the
19   scope of his designation.  You can
20   answer.
21       THE WITNESS:  I don't know.  I
22   don't know.
23       MR. BECKER:  I just want to
24   state for the record I strongly
25   disagree that this is beyond the scope

Page 142

1    of his designation.  Topic 2 says,
2    "All elements of the Chain of Title of
3    copyright ownership, including
4    copyright authorship and ownership of
5    component parts of the Works-At-Issue
6    in this case."  The issue of what
7    standards are covered by which
8    registrations seems very relevant to
9    the question of copyright ownership,
10   at least to the extent that ASTM is
11   claiming copyright ownership.
12       Are you still objecting that
13   this is beyond the scope of his
14   designation?
15       MR. FEE:  Yes.  Just like every
16   other deposition objection, they're
17   not going to get resolved here, they
18   get resolved, if necessary, at a later
19   date.
20 BY MR. BECKER:
21   Q.    In preparation for your
22 deposition today, did you speak to anybody
23 about how to correlate the copyright
24 registrations that ASTM has provided to
25 Public.Resource with the standards that ASTM

Page 143

1  is suing Public.Resource over in this
2  litigation?
3       MR. FEE:  Objection.  Beyond the
4   scope of his designation.  You can
5   answer.
6       THE WITNESS:  No.
7  BY MR. BECKER:
8    Q.    Do you know if the 1980 Annual
9  Book of ASTM Standards, Part 1:Steel-Piping,
10 Tubing, and Fittings is available in ASTM's
11 digital library?
12       MR. FEE:  Objection.  Beyond the
13   scope of his designation.
14       THE WITNESS:  I don't know.
15 BY MR. BECKER:
16   Q.    Do you know how to determine
17 what works are available in ASTM's digital
18 library?
19       MR. FEE:  Objection.  Beyond the
20   scope of his designation.
21       THE WITNESS:  I think it's
22   searchable.
23 BY MR. BECKER:
24   Q.    Searchable by whom?
25       MR. FEE:  Same objection.

Page 144

1       THE WITNESS:  By standard.
2  BY MR. BECKER:
3    Q.    Can members of the public
4  search ASTM's digital library?
5       MR. FEE:  Same objection.
6   Objection.  Vague.
7       THE WITNESS:  If you pay for it
8    in a subscription.
9  BY MR. BECKER:
10   Q.    So members of the public cannot
11 search ASTM's digital library unless they pay
12 for a subscription?
13       MR. FEE:  Objection.  Vague.
14   Beyond the scope of his designation.
15       THE WITNESS:  Correct.
16 BY MR. BECKER:
17   Q.    Returning to Exhibit 1291 and
18 turning to the next page, ASTM 00108, it's
19 the back of this same copyright registration
20 form that we've been discussing.  The section
21 near the top that says, "PREVIOUS
22 REGISTRATION," and it says that -- checks yes
23 for the box that says, "Has registration for
24 this work or for an earlier version of this
25 work, already been made in the Copyright

Page 145

37 (Pages 142 - 145)

1   Office?" And then it says, "give: Previous
2   Registration Number," and the registration
3   number "TX 226-040 Year of Registration 1979"
4   is provided. Is that correct?
5        MR. FEE: Objection.
6     Mischaracterizes, eliminates portions
7     of that section.
8        THE WITNESS: That reads as you
9     said.
10  BY MR. BECKER:
11    Q.   Do you know if the standard
12  ASTM A370 1997e2 was featured in this other
13  work that's registered as TX 226-040 with the
14  year of registration 1979?
15       MR. FEE: Objection. Beyond the
16    scope of his designation.
17       THE WITNESS: I don't know for
18    sure. I don't know.
19  BY MR. BECKER:
20    Q.   Do you know how somebody would
21  determine what work is referenced by this
22  registration number that's provided?
23       MR. FEE: Objection. Vague.
24    Calls for speculation. Beyond the
25    scope of his designation.

Page 146

1       THE WITNESS: I think it's this,
2    the 1980 Annual Book of ASTM Standards
3    or the 1979 book correlates with this
4    registration.
5  BY MR. BECKER:
6    Q.   For ASTM A370 1997e2, what does
7  the 19 -- excuse me, did I say -- let me
8  rephrase that.
9       For ASTM A370 1977e2, what does
10  1977 designate?
11    A.   It means that's the year that
12  that version was approved. So A370 may have
13  been a new standard that was first approved
14  in 1977, or it could have been revised and
15  that version was approved in 1977.
16    Q.   So 1977 is the year of most
17  recent either approval or revision?
18       MR. FEE: Objection. Compound.
19    Vague. Mischaracterizes his testimony.
20       THE WITNESS: Not necessarily.
21    There could be -- there could be more
22    recent versions.
23  BY MR. BECKER:
24    Q.   For ASTM A370 1977e2, could
25  there have been more recent versions of it

Page 147

1  than 1977?
2    A.   Yes.
3    Q.   And in what case would there be
4  more recent versions?
5    A.   If the committee successfully
6  balloted a revision to the standard.
7    Q.   In what circumstances would a
8  revision result in a change of the year
9  that's listed from 1977 to a different year?
10    A.   If it was approved, if a
11  revision was approved in a different year, it
12  would be provided that year date.
13    Q.   But for the version that is
14  marked as 1977e2, was that version first
15  released in 1977?
16    A.   It depends when it was -- it
17  depends. If it was approved at the end of
18  1977, it could have been published in 1978.
19    Q.   Would it have been published
20  any later than 1978? Excuse me, would it
21  have been first published any later than
22  1978?
23    A.   This particular 1977 version, I
24  wouldn't have --
25    Q.   Yes.

Page 148

1    A.   I wouldn't have thought that it
2  would be published any later than 1978.
3    Q.   Does ASTM release a new version
4  of the Annual Book of ASTM Standards every
5  year?
6    A.   Yes.
7    Q.   What is contained in the Annual
8  Book of ASTM Standards? Is that every
9  standard that ASTM -- excuse me. Is that
10  every ASTM standard that is current as of
11  that year?
12       MR. FEE: Objection. Compound.
13       THE WITNESS: The Annual Book of
14    ASTM Standards comprises a collection
15    of volumes, so there are specific
16    volumes of ASTM standards. This Part
17    1:Steel-Piping, Tubing, Fittings is a
18    volume.
19  BY MR. BECKER:
20    Q.   Would volume have been -- would
21  there have been a 1979 Annual Book of ASTM
22  Standards, Part 1:Steel-Piping, Tubing,
23  Fittings?
24    A.   Yes.
25    Q.   Would there have been a 1978

Page 149

38 (Pages 146 - 149)

1    Annual Book of ASTM Standards, Part
2    1:Steel-Piping, Tubing, Fittings?
3        A.    I don't know specifically if
4    there would be -- you know, if it was called
5    the same thing, a Part 1 or -- because
6    sometimes we have to reshuffle our volumes
7    depending -- as they get bigger, we have to
8    manage the size of each volume.  So I don't
9    know if it was -- would have been called Part
10   1 or something else, but I also don't know if
11   the same exact standards that were in there
12   in 1979 are not necessarily in there in 1980.
13       Q.    Would ASTM A370 1977e2 have
14   been published in an Annual Book of ASTM
15   Standards prior to 1980?
16       A.    Most -- yeah, most likely, yep.
17       Q.    Do you know why ASTM has not
18   provided Public.Resource with the copyright
19   registrations for any such volumes prior to
20   1980?
21            MR. FEE:  Objection.  Calls for
22       speculation.  Beyond the scope of his
23       designation.
24            THE WITNESS:  I don't know.
25   BY MR. BECKER:

1        Q.    Why are some standards
2    re-approved?
3            MR. FEE:  Objection.  Beyond the
4        scope of his designations.
5            THE WITNESS:  The technical
6        committees make the decision as to
7        whether or not they want to re-approve
8        the standard through the consensus
9        process.
10   BY MR. BECKER:
11       Q.    And in what situations are
12   standards re-approved?
13            MR. FEE:  Same objection.
14            THE WITNESS:  If the committees
15       want -- it's up to the committees.  So
16       if there's -- if the committees are
17       happy with the current state of the
18       standard and they don't feel like
19       there's any revisions that are
20       necessary, then they can initiate a
21       ballot for a re-approval.
22   BY MR. BECKER:
23       Q.    And does that re-approval mean
24   there are no changes from the previous
25   version?

1        A.    Yes.  Nothing is technically
2    significant.
3        Q.    Returning to ASTM000108, just
4    below where it lists the information under
5    "PREVIOUS REGISTRATION," it has a section
6    that says, "COMPILATION OR DERIVATIVE WORK"
7    which says, "PREEXISTING MATERIAL."  And then
8    below that it says, "1979 Annual Book of ASTM
9    Standards, Part 1."  And then below that,
10   "MATERIAL ADDED TO THIS WORK," it says,
11   "Compilation of previously published text
12   plus additional text."
13           Do you know what that
14   additional text is that was added to the 1979
15   Annual Book of ASTM Standards, Part 1 to
16   create the 1980 Annual Book of ASTM
17   Standards, Part 1?
18       A.    I don't know exactly what that
19   text was, but it's -- my guess is that it
20   means revisions to the standards that were
21   included in the 1979 book that are also
22   included in the 1980 book, but there are also
23   revisions, and any new standards that were
24   approved that were not in the 1979 book but
25   made it to the 1980 book.

1        Q.    Is the basis of your previous
2    statement that typically the next years'
3    Annual Book of Standards includes standards
4    that had been recently approved or changed in
5    that past year?
6            MR. FEE:  Objection.
7        Mischaracterizes his testimony.  Vague
8        and confusing.
9            THE WITNESS:  Can you restate
10       that?
11   BY MR. BECKER:
12       Q.    Yeah.  Maybe I'll just ask you,
13   what's the basis for your guess that the
14   revisions to the standards that were included
15   in the 1979 book are -- excuse me.
16           What is the basis for your
17   statement that your guess is that any
18   revisions to the 1979 book of standards that
19   resulted in the 1980 book of standards is
20   attributable to new standards or revised
21   standards within that past year?
22            MR. FEE:  Objection.  Vague.
23       Confusing.
24            THE WITNESS:  I'm not sure I
25       completely understand what your

39 (Pages 150 - 153)

1    question means, but I'll just explain
2    it that if there -- let's just say,
3    for example, that there's a standard
4    that is in the 1979 book.  If that
5    standard is revised, then the revision
6    is included in the 1980 book.  Does
7    that kind of answer your question?
8         MR. BECKER:  Yes.
9    BY MR. BECKER:
10        Q.    And generally that's the case
11   for any successive Annual Book of Standards.
12   Is that correct?
13        MR. FEE:  Objection.  Vague.
14   Compound.
15        THE WITNESS:  Yeah, that's the
16   way it works.
17   BY MR. BECKER:
18        Q.    Is there a log of every
19   revision over time to any particular standard
20   from its first creation?
21        MR. FEE:  Objection.  Vague.
22        THE WITNESS:  ASTM is 115 years
23   old, so I don't think there is a log
24   that exists for standards that were
25   approved in our early stages.

Page 154

1    compound.
2         THE WITNESS:  It's internal to
3    ASTM, but we do make historical
4    versions of standards available from
5    our Web site.  I believe we started
6    that from 19 -- it might have been
7    like 2000.
8    BY MR. BECKER:
9         Q.    And who maintains these logs?
10        MR. FEE:  Objection.  Vague.
11        THE WITNESS:  It's part of our
12   automated system.
13   BY MR. BECKER:
14        Q.    Who is in charge of that
15   automated system?
16        A.    I guess the system itself, our
17   technology area.
18        Q.    Would that be the VP of
19   technology who is in charge of that?
20        A.    Uh-huh.  Yes.  I'm sorry.
21        Q.    On Exhibit 1291, please turn to
22   ASTM000149.  And when you have that open,
23   please also flip to ASTM000155.  If you look
24   at ASTM000149 under the section 2-1, it says,
25   "AUTHOR OF (Briefly describe nature of this

Page 156

1    BY MR. BECKER:
2         Q.    Does ASTM keep a log of every
3    revision over time to any particular standard
4    from its first creation for those standards
5    that have been created in the past ten years?
6         MR. FEE:  Objection.  Vague.
7         THE WITNESS:  We might.  It's
8    possible.
9    BY MR. BECKER:
10        Q.    Do you know who would know
11   whether this is the case or not?
12        A.    I just don't know the
13   particular time frame.  You say ten years, I
14   don't know if it's ten years or what the time
15   frame is that we have it in our system.
16        Q.    So are you saying that a log
17   exists but you're not certain how far back it
18   goes?
19        A.    Correct.
20        MR. FEE:  Objection.  Vague.
21        THE WITNESS:  Correct.
22   BY MR. BECKER:
23        Q.    And is that log publicly
24   available or is that only internal to ASTM?
25        MR. FEE:  Objection.  Vague, and

Page 155

1    author's contribution)," and it says, "Entire
2    Text."  In contrast, if you look at
3    ASTM000155 under section 2-1 "AUTHOR OF
4    (Briefly describe nature of this author's
5    contribution)," it says, "Collective Work."
6         Do you know why ASTM has said
7    that under one registration, that they are
8    the author of the entire text, but under a --
9    this other registration, ASTM000155, ASTM
10   says that it is a collective work?
11        A.    I don't know why.
12        MR. FEE:  Objection.
13   Mischaracterizes the document.  Did
14   you answer?  Sorry.
15        THE WITNESS:  I'm sorry, too.
16   BY MR. BECKER:
17        Q.    Who would know why there is
18   this difference between these two copyright
19   registrations?
20        MR. FEE:  Objection.  Calls for
21   speculation.
22        THE WITNESS:  I don't know.
23   BY MR. BECKER:
24        Q.    You don't know who would know
25   the answer to that question?

Page 157

40 (Pages 154 - 157)

1      MR. FEE: Objection. Asked and
2   answered.
3      THE WITNESS: I don't know. Bob
4   Meltzer maybe since it was from 1980.
5   BY MR. BECKER:
6      Q.    Please turn to ASTM000167 of
7   Exhibit 1291. This is a copyright
8   registration for "F1193-06 Standard Practice
9   for Quality, Manufacture, and Construction of
10  Amusement Rides and Devices." Is this a
11  registration for a single standard by ASTM?
12     MR. FEE: Objection. Calls for
13  a legal conclusion.
14     THE WITNESS: It appears to be.
15  BY MR. BECKER:
16     Q.    Is F1193-06 just one standard?
17     A.    Yes.
18     Q.    Why has ASTM here registered a
19  single standard whereas for the bulk of the
20  registrations that are provided by ASTM to
21  Public.Resource they have registered entire
22  volumes of standards?
23     MR. FEE: Objection. I think I
24  need to talk about a privilege issue
25  before he can respond to that

Page 158

1      copies were available prior to them
2   being available in the volume, we
3   began filing separate registrations.
4   BY MR. BECKER:
5      Q.    At approximately what time did
6   ASTM begin filing for separate registrations?
7      MR. FEE: Objection. Vague.
8      THE WITNESS: I'm not exactly
9   sure.
10  BY MR. BECKER:
11     Q.    Was it prior to 2013 when ASTM
12  first started filing for individual
13  registrations of individual standards?
14     A.    Yes.
15     Q.    The standard listed in
16  ASTM000167 that we're discussing says its
17  year of completion was 2006 and date of first
18  publication was March 3, 2006. But the
19  effective date of the registration as stated
20  in the top right-hand corner is April 10,
21  2013. Was this standard first registered in
22  2013?
23     MR. FEE: Objection. Calls for
24  speculation. Calls for a legal
25  conclusion. You can answer.

Page 160

1   question. Go outside for one second.
2      VIDEOGRAPHER: The time is now
3   3:56. We're going off the video
4   record. This concludes disc two.
5          - - -
6      (A recess was taken.)
7          - - -
8      VIDEOGRAPHER: The time is now
9   4:02. We're back on the video record.
10  This begins disc three.
11     MR. FEE: If you could just read
12  back the question so he can respond.
13         - - -
14     (The court reporter read the
15  pertinent part of the record.)
16         - - -
17     THE WITNESS: My understanding
18  was that back when we only published
19  books and we didn't make our standards
20  available as separates, we would
21  copyright, we would submit copyright
22  registrations for the entire volume.
23  As we began making standards available
24  as single standards available for
25  purchase, we began -- and those single

Page 159

1      THE WITNESS: Yeah. I really
2   don't know.
3   BY MR. BECKER:
4      Q.    If you look in Exhibit 1291 at
5   the four registrations immediately preceding
6   this registration we're discussing as
7   ASTM 00167, so that's the pages ASTM 00159 to
8   166. These are all copyright registrations
9   from 2013 -- excuse me, March 5, 2013, but
10  they concern standards that were first
11  published many years prior to 2013. Is that
12  correct?
13     MR. FEE: Objection. Compound.
14  Calls for speculation.
15     THE WITNESS: I don't know for
16  sure.
17  BY MR. BECKER:
18     Q.    Do you know if ASTM filed for
19  these registrations in preparation for
20  litigation with Public.Resource?
21     MR. FEE: Objection. I'm going
22  to instruct him not to answer that
23  question.
24     THE WITNESS: I won't answer
25  that question.

Page 161

41 (Pages 158 - 161)

1    MR. BECKER:  Counsel, why is it
2  that you're instructing him not to
3  answer that question?
4    MR. FEE:  If it's done in
5  anticipation of litigation, it's work
6  product.  You're asking him for work
7  product.
8    MR. BECKER:  Counsel, I'm not
9  certain if I agree with that.  This is
10  a public filing.
11    MR. FEE:  It doesn't matter if
12  you agree with it.  I'm not -- you can
13  say whatever you want, but his
14  instruction is what it is, he's going
15  to follow it.
16    MR. BECKER:  Counsel, I'll state
17  for the record that I believe that
18  this concerns a public filing and it's
19  not work product.
20    MR. FEE:  The reason why
21  something was done is not contained in
22  these public filings.  That's what
23  you're asking him.  If you want to ask
24  him questions about what appears in
25  the case of public filings, feel free.
Page 162

1  those.
2    THE WITNESS:  I'm not aware of
3  any other business reasons for why we
4  filed these as we would for any other
5  standard that we produced.
6  BY MR. BECKER:
7    Q.   What are the business reasons
8  for filing for Certificates of Registration
9  for any of these standards under ASTM's name?
10    MR. FEE:  Objection.  To the
11  extent that requires you to disclose
12  attorney-client communications, you
13  shouldn't do so.  If you're aware of
14  business reasons separate and apart
15  from legal communications, you can go
16  ahead and answer.
17    THE WITNESS:  My understanding
18  is that we copyright these standards
19  so that we can sell them and support
20  the operations of the organization.
21  BY MR. BECKER:
22    Q.   What are ASTM organizational
23  members?
24    A.   Organizational members are
25  essentially members that wish to support ASTM
Page 164

1    MR. BECKER:  Counsel, I'm not
2  interested in any attorney-client
3  communications here.  I'm simply
4  asking about the reasons why ASTM took
5  a particular action here.
6    MR. FEE:  I've instructed him
7  not to answer.  He said he's not
8  answering the question.
9  BY MR. BECKER:
10    Q.   Do you still refuse to answer
11  this question?
12    A.   Yes.
13    Q.   What was the business reason
14  for filing any of these five registrations
15  that I just discussed that were filed in
16  2013?
17    MR. FEE:  Objection.  Calls for
18  a legal -- strike that.
19    Objection.  To the extent that
20  that requires you to disclose
21  attorney-client communications, I
22  would direct you not to do so.  If you
23  are aware of business reasons
24  unrelated to attorney-client
25  communications, you can disclose
Page 163

1  through a larger membership fee of $400.
2    Q.   Is there any distinction other
3  than the payment of $400 that separates
4  organizational members from individual
5  members?
6    MR. FEE:  Objection.  Vague.
7  Beyond the scope of his designation.
8    THE WITNESS:  Organizational
9  members may get some other fringe
10  benefits that the individual members
11  don't receive.
12  BY MR. BECKER:
13    Q.   Do organizational members
14  constitute organizations as apart from
15  individuals?
16    MR. FEE:  Objection.  Vague.
17  Beyond the scope of his designation.
18    THE WITNESS:  Organizational
19  members get to designate a particular
20  individual on the committee.  Others
21  that would join ASTM from that
22  organization would be considered
23  individual members.
24  BY MR. BECKER:
25    Q.   Do individuals who are not part
Page 165

42 (Pages 162 - 165)

1  of any organizations typically sign up for
2  organizational memberships?
3      MR. FEE:  Objection.  Vague.
4  Beyond the scope of his designation.
5      THE WITNESS:  I don't know.
6  BY MR. BECKER:
7      Q.    Can organizational members be
8  members of technical committees?
9      A.    Yes.  As a matter --
10      MR. FEE:  There's no question
11  pending.
12  BY MR. BECKER:
13      Q.    I'm sorry, what were you about
14  to say?
15      A.    I believe all organizational
16  members are members of technical committees
17      Q.    Have any organizational members
18  executed copyright assignments for ASTM?
19      A.    Not to my knowledge.  I'm
20  sorry, can you repeat that question?
21      Q.    Yes.  Have any organizational
22  members executed copyright assignments for
23  ASTM?
24      A.    Through the membership
25  applications that we talked about earlier,
Page 166

1  through the renewal applications that we
2  talked about earlier, if they're involved in
3  a collaboration area, they would make an
4  assignment, and if they registered a work
5  item, they would make an assignment.
6      Q.    So those are the same -- the
7  same assignment language that would relate to
8  individual members you're saying would also
9  relate to organizational members when
10  organizational members sign up for
11  membership?
12      A.    Correct.
13      Q.    How do organizational members
14  participate in technical committees?
15      A.    The same way as participating
16  members, individual members.
17      Q.    Can you elaborate on that?
18      MR. FEE:  Objection.  Vague.
19      THE WITNESS:  I don't think I
20  can.  There's no difference.
21  BY MR. BECKER:
22      Q.    Do organizational members
23  designate an individual to participate on
24  their behalf?
25      MR. FEE:  Objection.  Asked and
Page 167

1  answered.
2      THE WITNESS:  No.  Organizations
3  designate a member, an employee to
4  participate on technical committees.
5  BY MR. BECKER:
6      Q.    What's the difference between
7  what you just said and an organizational
8  member designating an individual to
9  participate on technical committees on its
10  behalf?
11      MR. FEE:  Objection.
12  Mischaracterizes his testimony to the
13  extent it purports to summarize it.
14  You can answer.
15      THE WITNESS:  An organizational
16  member is an individual, it's not the
17  organization.  So the organization
18  designates a member, an employee to be
19  a member to represent it on a
20  technical committee.
21  BY MR. BECKER:
22      Q.    When you say the organization
23  designates an employee to be a member to be a
24  representative on a technical committee, when
25  you say representative, do you mean a
Page 168

1  representative of that organization?
2      A.    Maybe.
3      Q.    Does ASTM have any knowledge as
4  to whether organizational members, when they
5  designate an individual to participate in a
6  technical committee, whether those
7  organizations are designating that individual
8  on the organization's behalf?
9      MR. FEE:  Objection.  Vague.
10  May call for a legal conclusion.
11      THE WITNESS:  I think it varies.
12  I think organizational -- again,
13  organizations that choose to support
14  ASTM through an organizational
15  membership designate an individual to
16  participate on a technical committee.
17  That individual may be contributing to
18  the content of ASTM standards as an
19  individual even as an organizational
20  member, not necessarily representing
21  the organization's --
22  organizational views.
23  BY MR. BECKER:
24      Q.    For organizational memberships,
25  does the organization itself typically pay
Page 169

43 (Pages 166 - 169)

1   the $400 fee?
2       MR. FEE:  Objection.  Calls for
3    speculation.
4       THE WITNESS:  I don't know for
5    sure.  Not necessarily.  But probably
6    in most cases, probably.
7   BY MR. BECKER:
8    Q.   Do you know of any instance
9   when a person indicated that he or she
10  disagreed with his or her organization's
11  position with respect to an action on a
12  technical committee?
13    A.   No.
14    Q.   Do you know of any instance
15  when an individual indicated that he or she
16  was specifically speaking on his or her own
17  behalf as apart from the organization that he
18  or she is part of?
19    A.   No.
20    Q.   Are any U.S. federal agencies
21  organizational members of ASTM?
22    A.   I don't know.
23    Q.   Who would know if any federal
24  agencies are organizational members of ASTM?
25      MR. FEE:  Objection.  Calls for

Page 170

1    speculation.  Also beyond the scope of
2    his designation.
3      THE WITNESS:  We have an
4    organizational member directory on the
5    Web site.
6   BY MR. BECKER:
7    Q.   And where on the Web site is
8  that organizational member directory located?
9    A.   I think it's on the membership
10  page.
11        - - -
12    (Exhibit 1292, Check, Bates
13   ASTM049368, was marked for
14  identification.)
15        - - -
16  BY MR. BECKER:
17    Q.   I'm handing you what's been
18  marked as 1292.  This is the document
19  produced by plaintiffs as Bates number
20  ASTM049368.
21      Do you recognize this document?
22    A.   No.
23    Q.   Do you have any reason to
24  believe that this document produced by ASTM
25  is not authentic?

Page 171

1      MR. FEE:  Objection.  This is
2  beyond the scope of his designation.
3      THE WITNESS:  No.
4      MR. BECKER:  For the record, I
5  don't believe that this is beyond his
6  designation as this concerns an
7  organizational membership renewal.
8      MR. FEE:  I don't think he was
9  designated to authenticate checks from
10  2013, but we'll agree to disagree.
11  BY MR. BECKER:
12    Q.   Does this document indicate to
13  you that the Department of Consumer Affairs
14  from the State of California had paid for an
15  organizational membership renewal with ASTM?
16      MR. FEE:  Objection.  Calls for
17    speculation.  Beyond the scope of his
18    designation.
19      THE WITNESS:  I guess you could
20    assume that.  I don't know for sure.
21  BY MR. BECKER:
22    Q.   Do you have any reason for
23  thinking this -- that's not what this
24  document shows?
25      MR. FEE:  Same objections.

Page 172

1      THE WITNESS:  No, no reason not
2    to believe.
3        - - -
4    (Exhibit 1293, 2011 Membership
5    renewal invoices, Bates ASTM086030 -
6    ASTM086031, was marked for
7    identification.)
8        - - -
9   BY MR. BECKER:
10    Q.   I'm handing you what's been
11  marked as Exhibit 1293.  This is the document
12  produced by plaintiffs as ASTM086030 to
13  086031.  Can you tell me what this document
14  is?
15    A.   It is a 2011 membership renewal
16  invoice.
17    Q.   It is a different 2011
18  membership renewal invoice on each side.
19  Correct?
20    A.   Yeah.  For different persons,
21  yeah.
22    Q.   And these persons are employees
23  of NIST.  Is that correct?
24      MR. FEE:  Objection.  Calls for
25    speculation.  Beyond the scope of his

Page 173

44 (Pages 170 - 173)

1      designation.
2          THE WITNESS:  It says here
3      they're from NIST.
4  BY MR. BECKER:
5      Q.    NIST is a federal agency.
6  Correct?
7          MR. FEE:  Same objections.
8          THE WITNESS:  I believe.  Sorry.
9      I believe so.
10  BY MR. BECKER:
11     Q.    And they both give their NIST
12  e-mail addresses.  Is that correct?
13         MR. FEE:  Objection.  Calls for
14     speculation.  Beyond the scope of his
15     designation.  You can answer.
16         THE WITNESS:  The e-mail
17     addresses are on this piece of paper.
18  BY MR. BECKER:
19     Q.    And the e-mail addresses say
20  @nist.gov.  Correct?
21     A.    Yes.
22     Q.    And the addresses that they
23  provide are for NIST.  Correct?
24         MR. FEE:  Objection.  Calls for
25     speculation.  Beyond the scope of his

Page 174

1      where on these renewal invoices, if anywhere,
2  language exists that would assign any
3  copyright that Charles E. Gibson or Benjamin
4  K. Tsai, the individuals listed on these
5  membership renewal invoices, might have
6  granted to ASTM?
7          MR. FEE:  Objection.  Calls for
8      a legal conclusion.  Compound.  You
9      can answer if you know.
10         THE WITNESS:  No, there's
11     language in the middle of both pages
12     beginning with "You agree...."
13  BY MR. BECKER:
14     Q.    Is that where it says, "You
15  agree, by your participation in ASTM and
16  enjoyment of the benefits of your annual
17  membership, to have transferred and assigned
18  any and all interest you possess or may
19  possess, including copyright, in the
20  development or creation of ASTM standards or
21  ASTM IP to ASTM.  For additional information,
22  please see the ASTM IP Policy, available at
23  www.astm.org"?
24     A.    Yes.
25     Q.    For these membership renewal

Page 176

1      designation.
2          THE WITNESS:  Yes, the NIST
3      address is on these pieces of paper.
4  BY MR. BECKER:
5      Q.    And did -- the credit card
6  information and payer is the same for both
7  renewal invoices.  Correct?
8          MR. FEE:  Objection.  Beyond the
9      scope of his designation.
10         THE WITNESS:  It appears that
11     the names are the same.
12  BY MR. BECKER:
13     Q.    And that name appears to be
14  Aruella Kuehl, K-U-E-H-L.  Aruella is spelled
15  A-R-U-E-L-L-A -- excuse me, that's Arvella,
16  A-R-V-E-L-L-A.
17         MR. FEE:  Objection.  Beyond the
18     scope of his designation.
19  BY MR. BECKER:
20     Q.    Is that correct?
21         MR. FEE:  Same objection.
22         THE WITNESS:  If that's -- yeah,
23     that's the way you want to spell it.
24  BY MR. BECKER:
25     Q.    Could you, please, indicate

Page 175

1      invoices, are individuals required to check
2  any box showing that they have read and
3  understand the provision that I just read out
4  loud?
5          MR. FEE:  Objection.  Vague.
6      Compound.
7          THE WITNESS:  I don't see here
8      where there's a box to check off.
9  BY MR. BECKER:
10     Q.    For the membership renewal
11  invoices, are the members required to sign
12  anywhere on the renewal invoice?
13         MR. FEE:  Same objections.
14         THE WITNESS:  I don't see
15     anywhere else other than the signature
16     for where the credit card information
17     is.
18  BY MR. BECKER:
19     Q.    And if an individual pays by
20  some other means that doesn't require a
21  credit card, would it not be necessary to
22  sign this membership renewal invoice at all
23  in order to get a membership renewal?
24         MR. FEE:  Objection.  Calls for
25     speculation.  Form.

Page 177

45 (Pages 174 - 177)

1      THE WITNESS:  I don't know.  I
2   guess you could sign a check.  The
3   only other way you could pay is
4   through a check, so you could sign a
5   check.
6   BY MR. BECKER:
7      Q.    It also lists electronic
8   payments.  Correct?
9      A.    Yes.
10      Q.    So if somebody were to provide
11   an electronic payment, then they would not
12   need to sign anywhere on this form.  Is that
13   correct?
14      MR. FEE:  Objection.  Calls for
15   speculation.
16      THE WITNESS:  I suppose.
17   BY MR. BECKER:
18      Q.    Is there any means through the
19   membership renewal invoice that ASTM ensures
20   that it has the understanding and assent of
21   the individual renewing his or her membership
22   that any copyright he or she has in the
23   development or creation of ASTM standards is
24   to be assigned to ASTM?
25      MR. FEE:  Objection.  Vague and

1   that we read.
2   BY MR. BECKER:
3      Q.    And my question is, is there
4   any means through the membership renewal
5   invoice that ASTM ensures that it has the
6   understanding and assent of the individual
7   who is renewing his or her membership that
8   any copyright he or she has in the
9   development or creation of ASTM standards is
10   to be assigned to ASTM?
11      MR. FEE:  Same objections.  Plus
12   asked and answered.
13      THE WITNESS:  Plus what?
14      MR. FEE:  Asked and answered.
15      THE WITNESS:  Same answer.
16   BY MR. BECKER:
17      Q.    It's a yes or no answer.
18      MR. FEE:  No.  Answer it however
19   you want to answer it.
20      THE WITNESS:  Within the 2011
21   membership renewal invoice, there is
22   this clause that we feel is -- informs
23   the members that they're assigning
24   their copyright to us within their
25   participation at ASTM.

1   confusing.  Calls for speculation.
2   Calls for a legal conclusion.
3      THE WITNESS:  Through the
4   original membership application,
5   through the work item registration
6   process, and through the collaboration
7   registration process.
8   BY MR. BECKER:
9      Q.    My question was with regards to
10   the 2011 membership renewal invoice.  I'll
11   read it again.
12      Is there any means through the
13   membership renewal invoice that ASTM ensures
14   that it has the understanding and assent of
15   the individual renewing his or her membership
16   that any copyright he or she has in the
17   development or creation of ASTM standards is
18   to be assigned to ASTM?
19      MR. FEE:  Objection to form.
20   Vague and confusing.  Compound.  Calls
21   for speculation and calls for a legal
22   conclusion.
23      THE WITNESS:  Within the 2011
24   membership renewal invoice, the only
25   thing that is there is this language

1   BY MR. BECKER:
2      Q.    How does ASTM know that a
3   member has read that clause?
4      A.    We don't.
5      Q.    How does ASTM know that a
6   member agrees with that clause?
7      MR. FEE:  Objection to the
8   extent it calls for a legal
9   conclusion.  Also calls for
10   speculation.  You can answer.
11      THE WITNESS:  We don't know for
12   sure.
13                - - -
14      (Exhibit 1294, Organizational
15   Membership Directory, was marked for
16   identification.)
17                - - -
18   BY MR. BECKER:
19      Q.    I'm handing you what's been
20   marked as Exhibit 1294.  It's a document
21   titled: "Organizational Membership
22   Directory."  This is two separate printouts
23   combined.  It is the A to K listing and the L
24   to Z listing.  It's something -- it's over
25   100 pages long.

1    Do you recognize this document?
2    A.    Yes.
3         MR. FEE:  Objection.  You should
4    really look at the document before you
5    answer that question.
6         THE WITNESS:  The first page I
7    do.  I mean, if this is just the
8    organizational directory, I'm aware
9    that it exists and I recognize it.
10   BY MR. BECKER:
11   Q.    Is this the organizational
12   directory?
13   A.    It appears to be.
14   Q.    Is this the organizational
15   directory that you were discussing earlier
16   today that lists the organizational members
17   of ASTM?
18   A.    Yes.
19   Q.    This is the -- just to be
20   clear, this is the organizational membership
21   directory of ASTM.  Correct?
22   A.    Yes.
23   Q.    Unfortunately I don't think
24   that this document has page numbers on it,
25   but if you look, let's see, at the 11th from

1    last page, please.  This page, in about the
2    middle of the page you'll see the U.S. AIR
3    FORCE, U.S. AIR FORCE NONDESTRUCTIVE
4    INSPECTION OFFICE, U.S. AMC LOGSA PSCC, the
5    U.S. Army Engineering Research & Development
6    Center and the U.S. Army Natick Soldier RD&E
7    Center.  Let me know when you see that.
8    A.    Yes.
9    Q.    Does this indicate to you that
10   a number of federal agencies are
11   organizational members of ASTM?
12        MR. FEE:  Objection.  Beyond the
13        scope of the designation.
14        THE WITNESS:  Yes.
15   BY MR. BECKER:
16   Q.    Such as the U.S. Air Force, for
17   instance.  Correct?
18        MR. FEE:  Same objection.
19        THE WITNESS:  I don't see the
20   U.S. Air Force on here.
21   BY MR. BECKER:
22   Q.    Just above the middle of the
23   page, right below the ASTM logo that's in the
24   middle of the page.
25   A.    I have EPA that's below that.

1    Q.    Okay.
2    A.    Unless I'm on the wrong page.
3         MR. FEE:  Let me see your page.
4         THE WITNESS:  Maybe you meant
5    the 12th page in?
6    BY MR. BECKER:
7    Q.    Yes, I meant the next page.  Do
8    you see the U.S. Air Force now?
9    A.    Yes.
10   Q.    Okay.  So does this indicate to
11   you that the U.S. Air Force is an
12   organizational member of ASTM?
13        MR. FEE:  Objection.  Beyond the
14        scope of his designation.
15        THE WITNESS:  It would appear to
16        be.
17   BY MR. BECKER:
18   Q.    Looking at this page and the
19   following two pages, which lists a number of
20   U.S. federal agencies, please tell me if any
21   of them participate in standards development
22   at ASTM?
23        MR. FEE:  Objection.  Vague.
24        Beyond the scope of his designation.
25        Compound.

1         THE WITNESS:  I'm not sure how
2    to answer that other than if you had
3    asked me a specific question.  I might
4    know some of them, but I mean, they're
5    members, but also I'm not sure how you
6    define "participation."
7    BY MR. BECKER:
8    Q.    Do any of these U.S. government
9    agencies that are listed in those three pages
10   I mentioned help to draft standards at ASTM?
11        MR. FEE:  Objection.  Compound.
12        Vague.
13        THE WITNESS:  For my --
14        MR. FEE:  Sorry.
15        THE WITNESS:  That's okay.  I
16        mean, I can give you one example from
17        my personal experience is the USEPA
18        participates on our environmental
19        assessment committee.
20   BY MR. BECKER:
21   Q.    And when you say they
22   participate on the environmental assessment
23   committee, do you mean that they assist in
24   the drafting of standards?
25        MR. FEE:  Objection.  Vague.

1      THE WITNESS:  They make
2    contributions at the meetings.
3  BY MR. BECKER:
4      Q.    And do those contributions end
5  up in the final approved standards?
6        MR. FEE: Objection.  Vague.
7        THE WITNESS:  I don't -- I can't
8    say specifically.
9  BY MR. BECKER:
10     Q.    What kind of contributions do
11  they provide at these meetings?
12        MR. FEE: Objection.  Vague.
13        THE WITNESS:  Oral contributions.
14  BY MR. BECKER:
15     Q.    Do they provide any written
16  contributions?
17        MR. FEE: Objection.  Vague.
18        THE WITNESS:  They may through
19    the balloting process.
20  BY MR. BECKER:
21     Q.    Do they vote on standard drafts
22  or revisions?
23        MR. FEE: Objection.  Form.
24        THE WITNESS:  They may.  They
25    have the opportunity to.

1      A.    Yes.
2      Q.    Did you ever receive this
3  e-mail that's Exhibit 1295?
4      A.    I may have.
5      Q.    Do you have any reason to think
6  that if you had -- that you did not receive
7  this e-mail produced by ASTM that has your
8  name listed under the cc line?
9      A.    No.
10     Q.    Do you have any reason to
11  believe that this document provided by ASTM
12  is not authentic?
13        MR. FEE: Objection.  Calls for
14    a legal conclusion.
15        THE WITNESS:  I have no idea.
16  BY MR. BECKER:
17     Q.    Is that a yes or a no?
18     A.    I don't know.  I don't see any
19  reason why it wouldn't be.
20     Q.    If you turn to the second page,
21  it says -- this is an e-mail from Sarah
22  Petre, P-E-T-R-E, to Jeff Grove that says --
23  in which you are cc'd at dsmith@astm.org.  Is
24  that correct?
25     A.    Yes.

1        - - -
2      (Exhibit 1295, E-mail chain with
3    attachment, Bates ASTM025633 -
4    ASTM025640, was marked for
5    identification.)
6        - - -
7  BY MR. BECKER:
8      Q.    I'm handing you what's been
9  marked as Exhibit 1295.
10  Could you, please, take a
11  moment to try to put the pages for the
12  previous exhibit back in the same order that
13  they were provided to you, if possible?
14        MR. BRIDGES:  I'll do that.
15    Hand them to me, I'll do that.
16        THE WITNESS:  I think that's the
17    order.
18  BY MR. BECKER:
19     Q.    Do you recognize this document
20  that has been provided to you as
21  Exhibit 1295?  It is Bates number ASTM025633
22  to 025640.
23     A.    No.
24     Q.    Are you copied on this e-mail
25  that's Exhibit 1295?

1      Q.    And it says, "Jeff:  Attached
2  is a summary of all the potentially relevant
3  standards related to the UE's efforts that
4  focus on the environmental footprint of
5  products and services.  This list is more
6  over inclusive.  I also included a list of
7  the EPA members that participate in E50 or
8  E60."  Is that correct?
9      A.    That's what it says.
10     Q.    Then if you turn to Bates
11  number ASTM025637, the second paragraph from
12  the top says, "The following representatives
13  from EPA participate on the relevant ASTM
14  committees...," and then lists a number of
15  individuals.  Is that correct?
16     A.    Yes.
17     Q.    Do you know any of these
18  individuals that are listed?
19     A.    Yes.
20     Q.    Which individuals do you know?
21     A.    I know Deb Goldblum.  I know
22  Sven-Erik Kaiser.  And I know Patricia
23  Overmeyer.
24     Q.    Who is Deborah Goldblum?
25     A.    She works in the EPA.  It's --

48 (Pages 186 - 189)

1  I'm not sure what region it is, but it's in
2  Philadelphia, office in Philadelphia.
3      Q.   Do you know what her position
4  is?
5      A.   I don't.
6      Q.   Do you know what Sven-Erik
7  Kaiser's position is?
8      A.   No.
9      Q.   Do you know what Patricia
10 Overmeyer's position is?
11     A.   No.
12     Q.   How do you know Deborah
13 Goldblum?
14     A.   Through my work on Committee
15 E50 on environmental assessment.
16     Q.   And how do you know Sven-Erik
17 Kaiser?
18     A.   The same.
19     Q.   And how do you know Patricia
20 Overmeyer?
21     A.   The same.
22     Q.   How has Deborah Goldblum
23 participated on the Committee E50?
24         MR. FEE:  Objection.  Vague.
25         THE WITNESS:  She brought

Page 190

1      forward an idea for standards.
2  BY MR. BECKER:
3      Q.   What idea was that?
4      A.   It was there were standards for
5  green cleanup.
6      Q.   So she brought forward the idea
7  for a standard for green cleanup?
8      A.   Yes.
9      Q.   And what happened with her
10 idea?
11         MR. FEE:  Objection.  Vague.
12         THE WITNESS:  She presented --
13     my recollection is that she presented
14     it to the subcommittee in E50.
15 BY MR. BECKER:
16     Q.   Was that standard -- excuse me.
17     Was that idea that Deborah
18 Goldblum presented made into an official
19 standard under ASTM?
20         MR. FEE:  Objection.  Vague.
21         THE WITNESS:  I'm not sure.  I'm
22     no longer with that committee.
23 BY MR. BECKER:
24     Q.   What year is this that Deborah
25 Goldblum brought forward that idea?

Page 191

1      A.   Just roughly maybe 2009.  2008,
2  2010, in that time frame.
3      Q.   What happened after Deborah
4  Goldblum brought forward her idea in that
5  committee?
6         MR. FEE:  Objection.  Vague.
7     It's also beyond the scope of his
8     designation.
9         THE WITNESS:  I believe the
10    committee formed a task group to
11    develop the standard.
12 BY MR. BECKER:
13     Q.   And what happened at the task
14 group to develop that standard?
15         MR. FEE:  Same objection.
16     Beyond the scope and calls for
17     speculation.
18         THE WITNESS:  I mean, there were
19    many task group meetings, they had
20    discussions about developing content.
21 BY MR. BECKER:
22     Q.   What was Deborah Goldblum's
23 idea for a standard concerning green cleanup,
24 to the best of your knowledge?
25         MR. FEE:  Objection.  Beyond the

Page 192

1  scope of his designation.
2         THE WITNESS:  It was, I think,
3     for remediation at a construction
4     site.
5  BY MR. BECKER:
6      Q.   Do you know any other details
7  about Deborah Goldblum's idea for green
8  cleanup?
9         MR. FEE:  Same objection.
10        THE WITNESS:  No.
11 BY MR. BECKER:
12     Q.   What aspects of remediation at
13 a construction site did Deborah Goldblum's
14 idea concern?
15         MR. FEE:  Hold a second.
16         THE WITNESS:  I really --
17         MR. FEE:  Hold on.
18         THE WITNESS:  I'm sorry.
19         MR. FEE:  Objection.  Beyond the
20     scope of his designation.  Also asked
21     and answered.  Go ahead.
22         THE WITNESS:  I really don't
23     know.  I'm not a technical person.
24 BY MR. BECKER:
25     Q.   Did Sven-Erik Kaiser provide

Page 193

49 (Pages 190 - 193)

1    any contributions for standards or standard
2    revisions for Committee E50?
3            MR. FEE: Objection. Compound.
4        Form. You can answer.
5            THE WITNESS: I don't know.
6    BY MR. BECKER:
7        Q.    Did Patricia Overmeyer provide
8    any contributions for standards for Committee
9    E50?
10           MR. FEE: Objection. Vague.
11           THE WITNESS: I don't know other
12       than they -- Patricia participated at
13       the meetings and attended meetings.
14           MR. FEE: Matt, why don't we
15       take a break, we've been going an hour
16       and a half.
17           MR. BECKER: Just a moment.
18   BY MR. BECKER:
19       Q.    Did Patricia vote in the
20   Committee E50?
21       A.    I don't know.
22           MR. FEE: Objection. Beyond the
23       scope of his designation.
24   BY MR. BECKER:
25       Q.    Do you know if Deborah Goldblum

Page 194

1    marked as Exhibit 1296. This is the document
2    produced by plaintiffs as Bates number
3    ASTM068894. Can you tell me what this
4    document is?
5        A.    It appears to be a membership
6    application, but I -- an older version of a
7    membership application.
8        Q.    And what does the -- there's
9    a -- it looks like a stamp with some
10   handwriting in the bottom right-hand corner.
11   It says, "ACCT #," "ORD #," "DEC 02 2008,"
12   "PROCESSED BY: DG." And then it has some
13   other numbers associated with it. Do you
14   know what that is?
15       A.    The account number is the -- is
16   that individual's membership number. So when
17   you join, you get assigned a membership
18   number. I don't know what the order number
19   is. Dec 02, 2008, is, I guess, the date that
20   was processed by ASTM, but I don't know for
21   sure.
22       Q.    And do you know who DG is when
23   it says, "PROCESSED BY: DG"?
24       A.    No.
25       Q.    Does that designate an

Page 196

1    voted in Committee E50?
2            MR. FEE: Same objection.
3            THE WITNESS: No, I don't know.
4    BY MR. BECKER:
5        Q.    Do you know if Sven-Erik Kaiser
6    voted in Committee E50?
7            MR. FEE: Same objection.
8            THE WITNESS: I don't know.
9            MR. BECKER: We can take a
10       break.
11           VIDEOGRAPHER: The time is now
12       4:57. We're going off the video
13       record.
14               - - -
15           (A recess was taken.)
16               - - -
17           VIDEOGRAPHER: The time is now
18       5:05. We're back on the video record.
19               - - -
20       (Exhibit 1296, Membership
21       application, Bates ASTM068894, was
22       marked for identification.)
23               - - -
24   BY MR. BECKER:
25       Q.    I'm handing you what's been

Page 195

1    individual or a department?
2        A.    I don't know.
3        Q.    Does this stamp indicate that
4    this form has been processed and entered into
5    the system --
6            MR. FEE: Objection.
7    BY MR. BECKER:
8        Q.    -- at ASTM?
9            MR. FEE: Objection. Vague.
10       It's beyond the scope of his
11       designation.
12           THE WITNESS: I really don't
13       know the specifics of processing these
14       forms.
15   BY MR. BECKER:
16       Q.    Who would know whether this
17   stamp in the bottom right-hand corner of this
18   page designates that this application has
19   been processed into ASTM's system?
20           MR. FEE: Objection. Vague.
21       Beyond the scope.
22           Matt, can you explain to me how
23       this has anything to do with these
24       three topics you are supposed to be
25       talking about today?

Page 197

50 (Pages 194 - 197)

| | |
|---|---|
| 1  MR. BECKER: Yeah. It's a | 1  A.  Could have been.  I don't know |
| 2  membership application.  That's one of | 2  for sure, though. |
| 3  the ways that ASTM claims that it gets | 3  Q.  Do you know who else might have |
| 4  assignment of rights. | 4  been the head of internal sales in 2008? |
| 5  MR. FEE:  And the identity of | 5  A.  I'm not exactly sure. |
| 6  who DG is is relevant to all this | 6  Q.  Could you show me where, if |
| 7  because of what? | 7  anywhere, on this document Exhibit 1296 there |
| 8  MR. BECKER:  Because this is -- | 8  is language that ASTM believes it is assigned |
| 9  this is a feature on the membership | 9  copyright through? |
| 10  application and I need to understand | 10  MR. FEE:  Objection.  Calls for |
| 11  what it means. | 11  a legal conclusion.  To the extent |
| 12  MR. FEE:  I'll let you ask that | 12  that question calls for you to |
| 13  question, but I'm not going to allow | 13  disclose attorney-client |
| 14  too many more questions along these | 14  communications, I'd instruct you not |
| 15  lines, but go ahead. | 15  to do that.  If you have an answer |
| 16  MR. BECKER:  I think this is | 16  otherwise, you can go ahead and |
| 17  perfectly relevant right here.  My | 17  answer. |
| 18  question goes to whether this was | 18  THE WITNESS:  I don't see the |
| 19  entered into the system and whether | 19  language on this form that was on the |
| 20  this person is, therefore, a member of | 20  other forms. |
| 21  ASTM. | 21  BY MR. BECKER: |
| 22  MR. FEE:  Do you want to read | 22  Q.  Is there any language on this |
| 23  back the question?  Or do you know | 23  page that would transfer copyright from the |
| 24  what it is? | 24  individual who is listed on this form, Diana, |
| 25  THE WITNESS:  I'm not -- I'm a | 25  I believe it's M-E-N-A-G-E-D to ASTM? |
| Page 198 | Page 200 |

| | |
|---|---|
| 1  little -- | 1  MR. FEE:  Objection.  Calls for |
| 2  MR. FEE:  You can answer. | 2  a legal conclusion.  To the extent the |
| 3  THE WITNESS:  No.  Just for | 3  answer would disclose attorney-client |
| 4  clarity, I'd like it repeated, if | 4  communications, I instruct you not to |
| 5  possible. | 5  disclose that.  You can answer if you |
| 6  BY MR. BECKER: | 6  have knowledge of it otherwise. |
| 7  Q.  Who would know whether this | 7  THE WITNESS:  I don't see any |
| 8  stamp in the bottom right-hand corner of this | 8  language on this particular form that |
| 9  page designates that this application has | 9  would indicate that. |
| 10  been processed into ASTM's system? | 10  - - - |
| 11  MR. FEE:  Objection.  Vague. | 11  (Exhibit 1297, 2010 ASTM |
| 12  Beyond the scope of his designation. | 12  International Committee Membership |
| 13  THE WITNESS:  Possibly somebody | 13  Application, Bates ASTM079420, was |
| 14  who works in our customer service | 14  marked for identification.) |
| 15  department back in 2008. | 15  - - - |
| 16  BY MR. BECKER: | 16  BY MR. BECKER: |
| 17  Q.  Who heads the customer service | 17  Q.  I'm handing you what's been |
| 18  department at ASTM? | 18  marked as Exhibit 1297.  This is the document |
| 19  MR. FEE:  Objection.  Vague. | 19  produced by ASTM as ASTM079420.  Do you know |
| 20  THE WITNESS:  Derek Franco is | 20  what this document is? |
| 21  the director of our, I believe it's | 21  A.  It says, "2010 ASTM International |
| 22  called internal sales. | 22  Committee Membership Application." |
| 23  BY MR. BECKER: | 23  Q.  Is there any language on this |
| 24  Q.  Was Derek Franco the head of | 24  document, Exhibit 1297, that would assign |
| 25  internal sales in 2008? | 25  copyright from the applicant to ASTM? |
| Page 199 | Page 201 |

51 (Pages 198 - 201)

1            MR. FEE: Objection. Calls for
2    a legal conclusion. To the extent
3    that question would require you to
4    disclose attorney-client
5    communications, I instruct you not to
6    do so. If you can answer otherwise,
7    go ahead.
8            THE WITNESS: I don't see any
9    language on here similar to the
10   language that we had talked about
11   earlier.
12  BY MR. BECKER:
13   Q.    The applicant here, Raymond
14  Ortiz, is an organization member of the
15  Defense Energy Support Center. Is that
16  correct?
17           MR. FEE: Objection.
18   Mischaracterizes the document.
19           THE WITNESS: I don't see how
20   you're figuring out he's an
21   organizational member.
22  BY MR. BECKER:
23   Q.    Excuse me, let me rephrase
24  that.
25           Raymond Ortiz says -- lists his

Page 202

1    organization name as "Defense Energy Support
2    Center." Is that correct?
3    A.    That would appear to be right.
4    Q.    And he lists a, looks like a
5    military e-mail address. Is that correct?
6            MR. FEE: Objection. Calls for
7    speculation. Beyond the scope of his
8    designation.
9            THE WITNESS: That's what would
10   appear from this form.
11  BY MR. BECKER:
12   Q.    It would appear that Raymond
13  Ortiz is a member of the military. Is that
14  correct?
15           MR. FEE: Objection. Calls for
16   speculation. Beyond the scope of his
17   designation.
18           THE WITNESS: I suppose that
19   looks like that's the case.
20  BY MR. BECKER:
21   Q.    And it appears that someone
22  else, Zoe Fitzsimmonds is paying by credit
23  card, Visa, for Mr. Ortiz's committee
24  membership application. Is that correct?
25   A.    That's the name that appears,

Page 203

1    that is on the form.
2            - - -
3            (Exhibit 1298, ASTM Application,
4            Bates ASTM073844, was marked for
5            identification.)
6            - - -
7    BY MR. BECKER:
8    Q.    I'm handing you what's been
9    marked as Exhibit 1298. This is a document
10   produced by ASTM as ASTM073844. Can you tell
11   me what this document is?
12   A.    It looks like it's an ASTM
13  application.
14   Q.    Is there any language on this
15  document that -- Exhibit 1298, that ASTM
16  believes assigns copyright from the applicant
17  to ASTM?
18           MR. FEE: Objection. Calls for
19   a legal conclusion. To the extent
20   that question would require you to
21   disclose attorney-client
22   communication, I instruct you not to
23   do so. If you have other responsive
24   information, go ahead and do so.
25           THE WITNESS: I don't see the

Page 204

1    language on this form that was on the
2    previous forms.
3    BY MR. BECKER:
4    Q.    When you say "the previous
5    forms," are you referring to Exhibit 1293?
6    A.    Correct.
7    Q.    But you're not referring to
8    Exhibit 1297 or Exhibit 1296. Correct?
9    A.    Correct.
10           - - -
11           (Exhibit 1299, ASTM
12           Applications, Bates ASTM066848 -
13           ASTM066853, was marked for
14           identification.)
15           - - -
16  BY MR. BECKER:
17   Q.    I'm handing you what's been
18  marked as Exhibit 1299. These are the
19  documents produced by ASTM as ASTM066848 to
20  ASTM066853. Could you tell me what these
21  documents are?
22   A.    Looks like they're ASTM
23  applications.
24   Q.    These are ASTM applications
25  that are in Spanish. Correct?

Page 205

52 (Pages 202 - 205)

| | |
|---|---|
| 1    A.    Would appear to be that. | 1    reports on the use of ASTM standards. |
| 2    Q.    Are they membership applications? | 2        Q.    Are those national standards |
| 3    A.    I believe they are. | 3    bodies that you're describing government |
| 4    Q.    Is there any language on these | 4    bodies or private bodies? |
| 5    membership applications that ASTM believes | 5        MR. FEE:  Objection.  Beyond the |
| 6    assigns ASTM any copyright by the applicants? | 6        scope of his designation. |
| 7        MR. FEE:  Objection.  Calls for | 7        THE WITNESS:  I'm not exactly |
| 8        expert testimony to the extent it | 8        sure. |
| 9        requires a translation, to the extent | 9    BY MR. BECKER: |
| 10       it is in Spanish.  Calls for a legal | 10       Q.    What uses of ASTM standards do |
| 11       conclusion.  To the extent that that | 11   these national standards bodies report to |
| 12       question requires the disclosure of | 12   ASTM? |
| 13       any attorney-client communication, you | 13       MR. FEE:  Same objection. |
| 14       shouldn't disclose it.  You can answer | 14       THE WITNESS:  I'm not exactly |
| 15       it otherwise. | 15       sure.  I just think in general use, |
| 16       THE WITNESS:  I don't know. | 16       but I've never seen one of the |
| 17   BY MR. BECKER: | 17       reports. |
| 18       Q.    Do you speak Spanish? | 18   BY MR. BECKER: |
| 19       A.    No. | 19       Q.    When you say "general use," |
| 20       Q.    Have you seen this document | 20   what do you mean by that? |
| 21   previously? | 21       MR. FEE:  Same objection. |
| 22       A.    No. | 22       THE WITNESS:  How they may be |
| 23       Q.    In preparation for your | 23       utilizing ASTM standards within their |
| 24   deposition today, had you spoken with | 24       country. |
| 25   anybody -- excuse me, let me rephrase. | 25   BY MR. BECKER: |
| Page 206 | Page 208 |

| | |
|---|---|
| 1        In preparation for your | 1        Q.    When you say how they are |
| 2    deposition today, have -- had you | 2    utilizing ASTM standards within their |
| 3    communicated with anyone at ASTM about | 3    country, when you say "they," are you |
| 4    membership applications that were not in | 4    referring to these standards bodies? |
| 5    English? | 5        MR. FEE:  Same objection. |
| 6        A.    No. | 6        Vague. |
| 7        Q.    I will submit to you that there | 7        THE WITNESS:  I believe it's how |
| 8    is no assignment language on this document. | 8        they're -- the people are utilizing |
| 9        MR. FEE:  Move to strike that to | 9        them.  If they're referenced in |
| 10       the extent you're ever going to try to | 10       regulation or if they're being used. |
| 11       use it for something. | 11   BY MR. BECKER: |
| 12   BY MR. BECKER: | 12       Q.    When you say "the people," are |
| 13       Q.    Do you know what an MOU | 13   you referring to the actual citizens of |
| 14   affiliation is? | 14   that -- those countries? |
| 15       A.    It stands for Memorandum of | 15       MR. FEE:  Objection.  Beyond the |
| 16   Understanding. | 16       scope.  Matt, I'm going to let him |
| 17       Q.    What is a Memorandum of | 17       answer this question, but you are so |
| 18   Understanding? | 18       far off of the topics now, that this |
| 19       A.    It's part of our MOU program | 19       is going to be the last question on |
| 20   that we have with developing countries. | 20       this topic.  You can answer it.  Go |
| 21       Q.    What is the MOU program? | 21       ahead. |
| 22       A.    It's roughly that we will | 22       THE WITNESS:  I'm not sure. |
| 23   provide on a gratuitous basis standards to | 23           -  -  - |
| 24   national standards bodies of developing | 24       (Exhibit 1300, Membership |
| 25   countries.  And in return, they provide us | 25       application, Bates ASTM067024, was |
| Page 207 | Page 209 |

53 (Pages 206 - 209)

1     marked for identification.)
2             - - -
3   BY MR. BECKER:
4       Q.   I'm handing you what's been
5   marked as Exhibit 1300.  Could you, please,
6   identify this document?
7       A.   It says at the top "Laboratory
8   Inspection Program," but it would appear to
9   be a membership application.
10      Q.   I'll note that this document is
11  produced by ASTM as ASTM067024.  Is there any
12  mention of copyright assignment or ASTM's IP
13  Policy on this document?
14          MR. FEE:  Objection to form.
15          THE WITNESS:  I don't see that
16      language on here, no.
17            - - -
18          (Exhibit 1301, Membership
19      applications, Bates ASTM066871,
20      ASTM069213, ASTM069058, ASTM080176,
21      ASTM061450, ASTM063146, ASTM063147,
22      ASTM065682 & ASTM066345, was marked
23      for identification.)
24            - - -
25  BY MR. BECKER:

Page 210

1       Q.   I'm handing you what's been
2   marked as Exhibit 1301.  This is a
3   compilation of documents that were provided
4   by ASTM as single pages.  It is one example
5   from each year from which ASTM has provided a
6   membership application starting with the 2007
7   membership application and ending with the
8   2014 membership application.  And the Bates
9   numbers are ASTM066871, ASTM069213,
10  ASTM069058, ASTM080176, ASTM061450,
11  ASTM063146, ASTM063147, ASTM065682 and
12  ASTM066345.
13          Are these the ASTM membership
14  application forms for the years 2007 through
15  2014?
16          MR. FEE:  Objection to the
17      extent the witness has cherry picked
18      pages of membership applications that
19      were produced to you; to form as well,
20      and compound.
21          THE WITNESS:  These are versions
22      of the application from these years.
23  BY MR. BECKER:
24      Q.   Were there multiple versions of
25  the ASTM membership applications for these

Page 211

1   respective years, 2007 through 2014?
2           MR. FEE:  Objection to form.
3           THE WITNESS:  There probably
4       was, yes.
5   BY MR. BECKER:
6       Q.   How do you know that?
7       A.   Well, because I know our
8   applications, we have applications that have
9   the language that we spoke about earlier that
10  was on, was it 1293, Exhibit 1293?  We have
11  copies of membership applications that have
12  that language on there.
13      Q.   Exhibit 1293 is a membership
14  renewal invoice.  Correct?
15      A.   Yes.
16      Q.   And a membership renewal
17  invoice is different from a membership
18  application.  Correct?
19      A.   Yes.
20      Q.   So when you say that there are
21  different versions, do you mean that there is
22  different versions of the membership
23  applications for each year or that there is a
24  membership application and there also is a
25  membership renewal invoice --

Page 212

1           MR. FEE:  Objection.  Form.
2   BY MR. BECKER:
3       Q.   -- for each year?
4       A.   We have membership applications
5   for these years that have that language from
6   Exhibit 1293 on them.
7       Q.   How do you know that there are
8   membership applications for all of the years
9   2007 through 2014 that have the same language
10  that is from the 2011 membership renewal
11  invoice Exhibit 1293?
12          MR. FEE:  Objection to form.
13          THE WITNESS:  Because I believe
14      we put the language on the renewal
15      forms and the application forms at the
16      same time.
17  BY MR. BECKER:
18      Q.   Why would there be membership
19  applications that do not have the language
20  that you're referring to?  And to -- let
21  me -- hold on.  Let me clarify.
22          By the language that you're
23  referring to on Exhibit 1293, you're
24  referring to the purported copyright
25  assignment language that starts with "You

Page 213

54 (Pages 210 - 213)

1    agree. By your participation in ASTM...."
2    Correct?
3       A.   Yes.
4          MR. FEE:  Hold on.  Objection to
5    form.
6          THE WITNESS:  Sorry.
7          MR. FEE:  It's compound.  Calls
8    for a legal conclusion.
9          THE WITNESS:  The language that
10   I'm talking about is on Exhibit 1293
11   that begins with "You agree, by your
12   participation...."
13   BY MR. BECKER:
14      Q.   Why do you believe that ASTM
15   put the language that you're referring to on
16   the renewal forms and the application forms
17   at the same time?
18      A.   That's what I recall.
19      Q.   Recall from what?
20         MR. FEE:  Objection.  Vague.
21         THE WITNESS:  Just what I
22   remember.
23   BY MR. BECKER:
24      Q.   Do you know when ASTM first
25   used the language that you're referring to
Page 214

1    from Exhibit 1293?
2       A.   Not exactly sure.
3       Q.   Do you have any idea as to what
4    year ASTM first started using that language
5    that appears on Exhibit 1293?
6       A.   I thought it was in about 2005.
7       Q.   Do you have any way to confirm
8    when ASTM began using that language that was
9    featured on Exhibit 1293?
10         MR. FEE:  Objection.  Vague.
11         THE WITNESS:  Not right here,
12   now.
13   BY MR. BECKER:
14      Q.   How would you go about
15   confirming that?
16      A.   I would ask our general counsel.
17      Q.   Is there any other way that you
18   would confirm that?
19      A.   Not right now.
20      Q.   Is there anyone who would know
21   other than ASTM's general counsel when the
22   copyright assignment language that you're
23   referring to from 1293 was first used by ASTM
24   on membership forms?
25      A.   I'm not sure.
Page 215

1       Q.   How many different forms of
2    membership application existed in 2007?
3       A.   I don't know.
4       Q.   Do you know how many different
5    forms of membership application ASTM had for
6    the year 2008?
7       A.   No.
8       Q.   Do you know how many forms of
9    membership application ASTM had for the year
10   2009?
11      A.   No.
12      Q.   Do you know how many forms of
13   membership application ASTM had for 2010?
14      A.   No.
15      Q.   How about for 2011?
16      A.   No.
17      Q.   Or 2012?
18      A.   No.
19      Q.   Or 2013?
20      A.   No.
21      Q.   Or 2014?
22      A.   No.
23      Q.   Do you know why ASTM has
24   different membership application forms?
25         MR. FEE:  Objection.  To the
Page 216

1    extent that your answering that
2    question would disclose
3    attorney-client communications, you
4    shouldn't disclose that.  You can
5    answer otherwise.
6          THE WITNESS:  No.  My experience
7    has been that if we go to a very
8    focused individual conference, there
9    may be a -- it could be the staff
10   manager prepares an application for
11   that particular committee and did not
12   use the most current application.
13   BY MR. BECKER:
14      Q.   Is there a difference between
15   ASTM membership application forms and ASTM
16   committee membership application forms?
17         MR. FEE:  Objection.  Vague.
18         THE WITNESS:  We have a type of
19   membership that's called a
20   participating membership where you
21   join technical committees.  And then
22   we also have informational members
23   that just joined ASTM but they do not
24   join a particular technical committee.
25   But I'm not aware of a difference
Page 217

55 (Pages 214 - 217)

1    between a committee membership
2    application and a membership
3    application.
4    BY MR. BECKER:
5        Q.    If you look in this
6    Exhibit 1301 at page Bates number ASTM063146
7    and compare that with ASTM063147 following
8    it, do you see that ASTM063146 is a 2012
9    membership application whereas ASTM063147 is
10   an ASTM committee membership application?
11       A.    Yes.
12       Q.    Can you, please, indicate
13   where, if anywhere on ASTM063146, the 2012
14   membership application, there is any language
15   that ASTM believes assigns it copyright from
16   the applicant?
17       MR. FEE:  Objection.  Calls for
18   a legal conclusion.  To the extent
19   that requires you to disclose
20   attorney-client communications, you
21   shouldn't do so, but you can answer
22   otherwise.
23       THE WITNESS:  At the top it
24   mentions that by applying or renewing
25   your ASTM membership, you acknowledge

Page 218

1    you have read and agree and abide by
2    ASTM's Intellectual Property Policy.
3    The policy is available in the ASTM
4    Web site (www.astm.org) and/or by
5    request to ASTM International
6    headquarters [as read].
7    BY MR. BECKER:
8        Q.    Does this document, ASTM063146,
9    include any of the text from the ASTM
10   Intellectual Property Policy?
11       MR. FEE:  Objection.  The
12   document speaks for itself.  You can
13   answer.
14       THE WITNESS:  The document
15   speaks for itself.  It references the
16   intellectual -- recognizes and says,
17   "YOU ACKNOWLEDGE YOU HAVE READ AND
18   AGREE TO ABIDE BY ASTM'S INTELLECTUAL
19   PROPERTY POLICY."
20   BY MR. BECKER:
21       Q.    But does it include the text
22   from the ASTM Intellectual Property
23   that it requires members to abide by?
24       MR. FEE:  Same objection.
25       THE WITNESS:  Same answer.

Page 219

1    BY MR. BECKER:
2        Q.    And what's that answer?
3        MR. FEE:  Same objection again.
4    Asked and answered.
5        THE WITNESS:  At the top of the
6    page it says, "YOU ACKNOWLEDGE YOU
7    HAVE READ AND AGREE TO ABIDE BY ASTM'S
8    INTELLECTUAL PROPERTY POLICY."
9    BY MR. BECKER:
10       Q.    But does it include the text
11   from the Intellectual Property Policy that it
12   says that the membership applicant must abide
13   by?
14       MR. FEE:  Objection.  Asked and
15   answered.
16   BY MR. BECKER:
17       Q.    It's a yes or no question.
18       MR. FEE:  He can answer the
19   question however he feels appropriate.
20       THE WITNESS:  If you're asking
21   me if the actual text of the
22   Intellectual Property Policy is on
23   this membership application, the
24   answer is no.
25   BY MR. BECKER:

Page 220

1        Q.    This application is filled in
2    by hand.  Correct?
3        MR. FEE:  Objection.  Calls for
4    speculation.
5        THE WITNESS:  It appears to be.
6    BY MR. BECKER:
7        Q.    Does ASTM ever receive requests
8    for its Intellectual Property Policy by
9    anybody other than Public.Resource.Org?
10       A.    Possibly.
11       Q.    Do you know one way or the
12   other?
13       A.    No.
14       Q.    Who would know?
15       MR. FEE:  Objection.  Calls for
16   speculation.  It's also beyond the
17   scope of the designation.
18       THE WITNESS:  Anyone who has
19   ever received a request would know.
20   BY MR. BECKER:
21       Q.    Are you personally aware of any
22   requests?
23       MR. FEE:  Same objection.
24       THE WITNESS:  Not that I can
25   think of.

Page 221

56 (Pages 218 - 221)

BY MR. BECKER:

1 Q. On the next page, ASTM063147,
it has different language concerning the ASTM
Intellectual Property Policy than the 2012
membership application that we were just
discussing. Is that correct?

6     MR. FEE: Hold on one second.
7 You can answer.
8     THE WITNESS: Yes, that language
9 is different.

10 BY MR. BECKER:

11 Q. The language that's on
ASTM063147 is similar to the language that's
on Exhibit 1293, the 2011 membership renewal
invoice. Is that correct?

15     MR. FEE: Objection. Vague.
16     THE WITNESS: Yep, that looks
17 correct. Slightly different.

18 BY MR. BECKER:

19 Q. Why is this language different
for the 2012 committee membership application
than for the 2012 membership application?

22     MR. FEE: Objection. To the
23 extent that would require you to
24 disclose attorney-client

Page 222

---

MR. FEE: Objection to form. I
also object to the extent it calls for
attorney-client communications. You
shouldn't disclose any communications
between you and counsel, but you can
answer otherwise.

7     THE WITNESS: I believe the
8 language that is at the top of
ASTM063146 was language that we used
prior to the language that we used
that's contained on ASTM063147.

12 BY MR. BECKER:

13 Q. But if you then turn the page
to ASTM065682, that's a 2013 membership
application, and it has the same language
concerning the ASTM Intellectual Property
Policy as on ASTM063146. Correct?

18 A. That's what it looks like.
19 Q. If you turn the page to the
following page, the 2014 membership
application also has that same language.
Correct?

23 A. Yes.
24 Q. So ASTM has continued to use
this language into 2014?

Page 224

---

1 communications, you shouldn't do so.
2 If you can answer otherwise, go ahead.
3     THE WITNESS: My perspective is
4 that they're the same thing. They're
5 both intended for an individual to
6 join a particular committee.

7 BY MR. BECKER:

8 Q. Why is the copyright -- you say
they're the same thing, the copyright
assignment language?

11     MR. FEE: Same objection and
12 instruction.
13     THE WITNESS: No, I believe the
14 form is the same thing. It serves the
15 same purpose. It's an application so
16 an individual can join the technical
17 committee.

18 BY MR. BECKER:

19 Q. And my question was about the
actual language that ASTM believes concerns
copyright assignment. Why is there a
difference in the language concerning ASTM's
IP Policy on ASTM063146 as opposed to the
language concerning ASTM's IP Policy on
ASTM063147?

Page 223

---

1     MR. FEE: Objection. Vague.
2     THE WITNESS: That's what it
3 would appear to me.

4 BY MR. BECKER:

5 Q. Who knows how many different
versions exist for the membership
applications during each year from 2007 to
2014?

9 A. I don't know if anybody knows.
10 Q. Why is that?
11     MR. FEE: Objection. Calls for
12 speculation.
13     THE WITNESS: My experience as
14 being a staff manager is I don't think
15 people think about the version of an
16 application that's being used. I
17 think it's viewed as a tool that
18 enables an individual to join a
19 technical committee.

20 BY MR. BECKER:

21 Q. Who creates the membership
applications such as the 2014 membership
application ASTM066345?

24 A. I'm not sure who creates it.
25 Maybe our customer relations. Maybe it's our

Page 225

---

57 (Pages 222 - 225)

1    membership department.  But ASTM knows.
2        Q.    How can you find out how many
3    versions of the membership application exists
4    for each year from 2007 to 2014?
5        A.    I don't know if you can figure
6    it out.  I don't know if there's a way.
7        Q.    Who knows how many different
8    versions exist for ASTM committee
9    applications during each year from 2007 to
10   2014?
11       A.    Did you say who would know how
12   many versions?
13       Q.    I said -- yes.
14       A.    I don't know who would know.  I
15   don't know if anyone would know.
16       Q.    Has Public.Resource received
17   all applications and renewals of all
18   participants in all standards that ASTM is
19   seeking to enforce in this lawsuit going back
20   to the first creation of the standards at
21   issue in this litigation?
22           MR. FEE:  Hold on one second.
23       Objection.  Calls for
24       speculation.  Calls for a legal
25       conclusion.  It's beyond the scope of

Page 226

1        his designation.  You can answer if
2        you know.
3           THE WITNESS:  I have no idea.
4    BY MR. BECKER:
5        Q.    Who would know?
6           MR. FEE:  Same objections.
7           THE WITNESS:  I don't know.
8        Maybe possibly our general counsel.
9    BY MR. BECKER:
10       Q.    Would anyone other than ASTM's
11   general counsel know?
12           MR. FEE:  Same objections.
13           THE WITNESS:  I don't think so.
14   BY MR. BECKER:
15       Q.    Has ASTM collected for
16   production all applications and renewals of
17   all participants in all standards that ASTM
18   is seeking to enforce in this lawsuit going
19   back to the first creation of the standards
20   at issue in this litigation?
21           MR. FEE:  Objection.  Calls for
22       speculation.  Beyond the scope of his
23       designation.  Calls for a legal
24       conclusion.
25           THE WITNESS:  I don't understand

Page 227

1        what the question means, collection --
2        "collected for production."
3    BY MR. BECKER:
4        Q.    Has ASTM looked for and located
5    in order to comply with its discovery
6    obligations in this case all applications and
7    renewals of all participants in all standards
8    that ASTM is seeking to enforce in this
9    lawsuit going back to the first creation of
10   the standards at issue in this litigation?
11           MR. FEE:  Objection.  It's
12       beyond the scope of his designation.
13       Calls for speculation.  Legal
14       conclusion.
15           THE WITNESS:  I don't know.
16   BY MR. BECKER:
17       Q.    Who would know?
18           MR. FEE:  Same objections.
19           THE WITNESS:  Possibly our
20       general counsel.
21   BY MR. BECKER:
22       Q.    Would anybody other than ASTM's
23   general counsel know?
24           MR. FEE:  Same objections.
25           THE WITNESS:  I don't know.

Page 228

1               - - -
2        (Exhibit 1302, Compilation of
3    documents, Bates ASTM066829,
4    ASTM067015, ASTM067321, ASTM067813,
5    ASTM070124, ASTM071068, ASTM074751,
6    ASTM075283, ASTM060533, ASTM051140,
7    ASTM081145, was marked for
8    identification.)
9               - - -
10   BY MR. BECKER:
11       Q.    I'm handing you what's been
12   marked as Exhibit 1302.  This is a
13   compilation of documents produced by ASTM as
14   ASTM066829, ASTM067015, ASTM067321, 067813,
15   070124, 071068, 074751, 075283, 060533,
16   051140, 081145.
17           MR. FEE:  I object to the use of
18       cherry picked documents assembled in
19       this manner --
20           MR. BECKER:  That's fine.
21           MR. FEE:  -- used as an exhibit.
22           MR. BECKER:  That's fine.  There
23       are many more like this.
24   BY MR. BECKER:
25       Q.    Once you've had a chance to

Page 229

58 (Pages 226 - 229)

1  look at them, can you tell me what these
2  documents are?
3      A.   I believe these are portions of
4  our renewal notice that we send each year.
5      Q.   When ASTM members return the
6  renewal letters that ASTM sends them, do they
7  sometimes return only portions of the renewal
8  letters?
9          MR. FEE: Objection. Beyond the
10     scope of his designation. Calls for
11     speculation.
12         THE WITNESS: Possibly.
13 BY MR. BECKER:
14     Q.   Do you know one way or the
15 other?
16         MR. FEE: Same objections.
17         THE WITNESS: No.
18 BY MR. BECKER:
19     Q.   Who would know?
20         MR. FEE: Same objections.
21         THE WITNESS: I don't know. I
22     suppose the people at our customer
23     relations department that receives the
24     invoices to process.
25 BY MR. BECKER:

Page 230

1      Q.   Did you speak with anyone in
2  preparation for the deposition today about
3  individuals who had returned partial
4  membership invoices that did not include any
5  discussion of ASTM copyright or ASTM IP
6  Policy?
7      A.   I believe you asked if I talked
8  to any of the people who returned partial and
9  the answer to that is no.
10     Q.   I'll read back my question.
11 Did you speak with anyone in preparation for
12 the deposition today about individuals who
13 had returned partial membership invoices that
14 did not include any discussion of ASTM
15 copyright or ASTM IP Policy?
16     A.   No.
17     Q.   Is there any reason why ASTM
18 would remove any mention of ASTM copyright or
19 ASTM's IP Policy from membership renewal
20 invoices once they had received them from
21 members?
22         MR. FEE: Objection. Beyond the
23     scope of his designation. Calls for
24     speculation.
25         THE WITNESS: No, I don't know.

Page 231

1      The only possible thing I can think of
2  is that they're only including a
3  portion of the renewal notice that
4  pertains to the payment. I believe
5  it's about a four-page form or
6  five-page form that has other
7  information on there.
8              - - -
9      (Exhibit 1303, Compilation of
10     documents, various Bates from
11     ASTM069093 to ASTM057841, was marked
12     for identification.)
13             - - -
14 BY MR. BECKER:
15     Q.   I'm handing you what's been
16 marked as Exhibit 1303. This, again, is a
17 compilation of documents produced by ASTM.
18 It starts with ASTM069093, and I won't read
19 all of the page numbers in between, but I'll
20 simply say that the last page is Bates number
21 ASTM057841.
22         MR. FEE: Object to this exhibit
23     as well as being cherry picked
24     portions of documents or document
25     production.

Page 232

1          MR. BECKER: And as I noted
2      before, there are many more documents
3      that ASTM has produced that look just
4      like these.
5  BY MR. BECKER:
6      Q.   Could you tell me what these
7  documents appear to be?
8      A.   The same as the previous
9  exhibit.
10     Q.   When you say "the same as the
11 previous exhibit," do you mean it is a
12 partial membership application or partial
13 membership renewal form?
14     A.   Looks like it's the payment
15 information from the renewal form.
16     Q.   It appears for some of them
17 such as the second page ASTM069635, that this
18 payment section of the renewal form has been
19 torn off from the rest of the renewal form.
20 Correct?
21         MR. FEE: Objection. Beyond the
22     scope of his designation. Calls for
23     speculation.
24         THE WITNESS: I don't know that.
25 BY MR. BECKER:

Page 233

59 (Pages 230 - 233)

| | |
|---|---|
| 1 | Q.   How so? |
| 2 |      MR. FEE:  Same objections. |
| 3 |      THE WITNESS:  I just don't know |
| 4 | that. |
| 5 | BY MR. BECKER: |
| 6 |    Q.   Who would know that? |
| 7 |      MR. FEE:  Same objections. |
| 8 |      THE WITNESS:  I guess if the |
| 9 | person who processed this back in 2008 |
| 10 | would remember, maybe that person. |
| 11 | BY MR. BECKER: |
| 12 |    Q.   Is there any way to find out |
| 13 | whether, when these renewal invoices were |
| 14 | sent in to ASTM, if they included just this |
| 15 | single third section of the ASTM renewal |
| 16 | invoice? |
| 17 |      MR. FEE:  Same objections. |
| 18 |      THE WITNESS:  No, other than by |
| 19 | asking people that processed these. |
| 20 | BY MR. BECKER: |
| 21 |    Q.   Does ASTM keep the original |
| 22 | copies of renewal invoices that it receives |
| 23 | from members? |
| 24 |      MR. FEE:  Same objections. |
| 25 |      THE WITNESS:  I don't know. |

Page 234

| | |
|---|---|
| 1 | Probably for a certain period of time. |
| 2 | BY MR. BECKER: |
| 3 |    Q.   Who would know? |
| 4 |      MR. FEE:  Same objections. |
| 5 |      THE WITNESS:  People on our |
| 6 | internal sales. |
| 7 | BY MR. BECKER: |
| 8 |    Q.   Anybody else? |
| 9 |      MR. FEE:  Same objections. |
| 10 |      THE WITNESS:  Not that I'm aware |
| 11 | of. |
| 12 | BY MR. BECKER: |
| 13 |    Q.   Do you know any specific people |
| 14 | in ASTM's internal sales that would know the |
| 15 | answer to that question? |
| 16 |      MR. FEE:  Same objections. |
| 17 |      THE WITNESS:  Possibly Derek |
| 18 | Franco. |
| 19 | BY MR. BECKER: |
| 20 |    Q.   And what is Derek Franco's role |
| 21 | at ASTM? |
| 22 |    A.   He's the director of internal |
| 23 | sales. |
| 24 |           - - - |
| 25 |      (Exhibit 1304, 2010 Membership |

Page 235

| | |
|---|---|
| 1 | Renewal Invoice, Bates ASTM075697, was |
| 2 | marked for identification.) |
| 3 |           - - - |
| 4 | BY MR. BECKER: |
| 5 |    Q.   I'm handing you what's been |
| 6 | marked as Exhibit 1304.  This has been |
| 7 | produced by ASTM as ASTM075697.  Can you tell |
| 8 | me what this document is? |
| 9 |    A.   It says it's the "2010 |
| 10 | Membership Renewal Invoice." |
| 11 |    Q.   It would appear that somebody |
| 12 | has crossed out language on this renewal |
| 13 | invoice and it includes the language that |
| 14 | references the ASTM IP Policy.  Is that |
| 15 | correct? |
| 16 |      MR. FEE:  Objection. |
| 17 | Mischaracterizes the document. |
| 18 |      THE WITNESS:  Yes.  It looks |
| 19 | like that information and other |
| 20 | information is crossed out. |
| 21 | BY MR. BECKER: |
| 22 |    Q.   Does somebody review the |
| 23 | membership renewal invoices when they are |
| 24 | delivered to ASTM? |
| 25 |    A.   We have someone that processes |

Page 236

| | |
|---|---|
| 1 | that. |
| 2 |    Q.   Is a membership renewal ever |
| 3 | refused for crossing out the language |
| 4 | referencing the ASTM IP Policy? |
| 5 |      MR. FEE:  Objection.  Beyond the |
| 6 | scope of his designation.  Calls for |
| 7 | speculation. |
| 8 |      THE WITNESS:  I have no idea. |
| 9 | BY MR. BECKER: |
| 10 |    Q.   Who would know? |
| 11 |      MR. FEE:  Same objections. |
| 12 |      THE WITNESS:  I don't know. |
| 13 | BY MR. BECKER: |
| 14 |    Q.   Does ASTM attribute any |
| 15 | significance to the IP Policy language being |
| 16 | crossed out in membership invoices that are |
| 17 | returned to it? |
| 18 |      MR. FEE:  Objection.  Calls for |
| 19 | a legal conclusion.  To the extent |
| 20 | that question requires you to disclose |
| 21 | attorney-client communications, you |
| 22 | shouldn't do so.  If you can answer |
| 23 | that question otherwise, go ahead. |
| 24 |      THE WITNESS:  I don't know.  But |
| 25 | our online renewal process does not |

Page 237

60 (Pages 234 - 237)

1    allow you to not acknowledge it.
2    BY MR. BECKER:
3       Q.    ASTM continues to this day to
4    accept mail-in membership renewal forms.
5    Correct?
6       A.    Yes.
7             - - -
8             (Exhibit 1305, 2011 Membership
9        Renewal Invoice, Bates ASTM082973, was
10       marked for identification.)
11            - - -
12   BY MR. BECKER:
13      Q.    I'm handing you what's been
14   marked as Exhibit 1305.  Can you tell me what
15   this document is?
16      A.    It says it's the "2011
17   Membership Renewal Invoice."
18      Q.    And this document has the ASTM
19   IP Policy crossed out as well.  Correct?
20            MR. FEE:  Objection.
21       Mischaracterizes the document.
22            THE WITNESS: There's a line
23       through the section 2.
24   BY MR. BECKER:
25      Q.    And section 2 includes the

Page 238

1    produced by ASTM as ASTM101777 to 101779.  Is
2    that you addressed on this e-mail as Smith,
3    Dan at dsmith@astm.org [as read]?
4       A.    Yes.
5       Q.    Do you recognize this document?
6       A.    No.
7       Q.    Do you have any reason to
8    believe that you did not receive this
9    document?
10      A.    No.
11      Q.    Do you have any reason to
12   believe that this document is not authentic?
13      A.    No.
14      Q.    Do you know which retreat this
15   document is referring to when at the top line
16   of the e-mail it says, "One more 'talking
17   points' document for the retreat"?
18      A.    It was most likely for our
19   spring 2012 retreat.
20      Q.    What was the purpose of the
21   spring 2012 retreat?
22            MR. FEE:  Objection.  This is
23       beyond the scope.  Explain to me how
24       this has had anything to do with the
25       three topics.

Page 240

1    AS -- the language referencing the ASTM IP
2    Policy.  Correct?
3       A.    Yes, the statement is in there,
4    "You agree, by your participation...."
5       Q.    For the record, this is
6    document Bates number ASTM082973.
7             MR. BECKER:  We can go off the
8        record.
9             VIDEOGRAPHER:  The time is now
10       6:06.  We're going off the video
11       record.  This concludes disc three.
12            - - -
13            (A recess was taken.)
14            - - -
15            VIDEOGRAPHER:  The time is now
16       6:14.  We're back on the video record.
17       This begins disc four.
18            - - -
19            (Exhibit 1306, E-mail chain,
20       Bates ASTM101777 - ASTM101779, was
21       marked for identification.)
22            - - -
23   BY MR. BECKER:
24      Q.    I've handed you what's been
25   marked as Exhibit 1306.  This is a document

Page 239

1             MR. BECKER:  This has to do with
2        a document that he is included on.
3             MR. FEE:  That's it?
4             MR. BECKER:  We have a 30(b)(6)
5        designee and we can ask him documents
6        that relate to his work with ASTM.
7             MR. FEE:  I'm going to instruct
8        him not to answer that question.
9             MR. BECKER:  This also has to do
10       with copyright issues.
11            MR. FEE:  Copyright issues.  If
12       it has to do with one of the three
13       topics, he's not going to answer your
14       question about it, and I don't think
15       it has to do with any of the three.
16       You haven't articulated even an
17       argument that it does.
18            MR. BECKER:  I disagree, and I
19       believe that the witness should answer
20       any questions that are posed to him
21       that we have.  And we are entitled to
22       be able to ask the witness about his
23       background and his operations with
24       ASTM.
25            MR. FEE:  This isn't about his

Page 241

61 (Pages 238 - 241)

| | |
|---|---|
| 1    background.  I'm instructing him not | 1    A.    Yes. |
| 2  to answer this question. | 2    Q.    Do you recognize this document? |
| 3         MR. BECKER:  We are entitled to | 3    A.    No. |
| 4    ask the witness what we want.  As a | 4    Q.    Do you have any reason to |
| 5    30(b)(6) witness, we can ask him in | 5  believe that this document is not authentic? |
| 6    his individual capacity, and this | 6    A.    No. |
| 7    e-mail is fair game under that. | 7    Q.    Do you have any reason to |
| 8  BY MR. BECKER: | 8  believe that you did not receive this |
| 9    Q.    Mr. Smith, are you going to | 9  document at the time it was sent? |
| 10  answer the questions that we ask regarding | 10    A.    No. |
| 11  this document? | 11    Q.    Do you have any reason to |
| 12         MR. FEE:  No, he's not. | 12  believe that you didn't review this document |
| 13         THE WITNESS:  No, I'm not. | 13  at the time that it was sent to you? |
| 14         MR. BECKER:  Counsel, I believe | 14    A.    I'm not sure. |
| 15    that's in violation of the 30(b)(6) | 15         - - - |
| 16    requirements. | 16        (Exhibit 1308, 8/20/14 E-mail |
| 17         MR. FEE:  The court's order said | 17    with attachment, Bates ASTM003314 & |
| 18    that this was supposed to be on the | 18    ASTM003315, was marked for |
| 19    three topics that we've been talking | 19    identification.) |
| 20    about all day.  That's what the basis | 20         - - - |
| 21    for this deposition is. | 21  BY MR. BECKER: |
| 22         MR. BECKER:  The 30(b)(6) rules | 22    Q.    I'm handing you what's been |
| 23    allow us to ask questions of the | 23  marked as Exhibit 1308.  This is a document |
| 24    30(b)(6) designee.  They don't have to | 24  produced by ASTM as Bates number ASTM003314 |
| 25    be focused purely on those topics, but | 25  to 15. |
| Page 242 | Page 244 |

| | |
|---|---|
| 1    if they are outside of those topics, | 1         MR. BECKER:  I'll note simply to |
| 2    you can always object to them, but you | 2    counsel that in the court's order |
| 3    cannot instruct your client not to | 3    concerning the deposition for today, |
| 4    answer the question. | 4    the court did not limit the deposition |
| 5         MR. FEE:  The court has | 5    to any topics.  The court simply |
| 6    specifically ordered what the subject | 6    denied the plaintiff's motion for a |
| 7    matter of this deposition is going to | 7    protective order and ordered that a |
| 8    be.  It did not include anything other | 8    deposition was to commence. |
| 9    than those three topics, so I'm | 9  BY MR. BECKER: |
| 10    instructing him not to answer. | 10    Q.    Mr. Smith, do you see your name |
| 11         MR. BECKER:  I disagree. | 11  listed under the "To" line for Exhibit 1308? |
| 12         MR. FEE:  Disagree. | 12    A.    Yes. |
| 13         MR. BECKER:  The court | 13    Q.    Did you receive this e-mail? |
| 14    instructed -- | 14    A.    I'm sure I did. |
| 15         - - - | 15    Q.    Mr. Smith, do you -- is this |
| 16        (Exhibit 1307, E-mail chain, | 16  document as produced by ASTM authentic? |
| 17    Bates ASTM099502 - ASTM099506, was | 17         MR. FEE:  Objection.  Calls for |
| 18    marked for identification.) | 18    a legal conclusion.  Beyond the scope |
| 19         - - - | 19    of his designation. |
| 20  BY MR. BECKER: | 20         MR. BECKER:  How is a request |
| 21    Q.    Mr. Smith, I'm handing you the | 21    for authentication a -- |
| 22  document that's been marked as Exhibit 1307. | 22         MR. FEE:  Subject to the federal |
| 23  This is the document produced by ASTM as | 23    rules of evidence. |
| 24  ASTM099502 to ASTM099506.  Do you see that | 24         MR. BECKER:  Authentication? |
| 25  you are cc'd on this document? | 25  BY MR. BECKER: |
| Page 243 | Page 245 |

62 (Pages 242 - 245)

1     Q.    Mr. Smith, is this a correct
2  copy of the -- this e-mail that you received?
3     A.    It could be.  There's only
4  one -- looks like there's only one metric
5  attached here.
6     Q.    And is that the document
7  titled: "GMAC.DOCX," that's the first
8  attachment listed in the e-mail?
9         MR. FEE:  Objection.  Calls for
10        speculation.
11        THE WITNESS:  There's only one
12        attachment here, GMAC.
13  BY MR. BECKER:
14     Q.    What is page 2 of this document?
15     A.    It's one of the five metrics
16  that we have in 2015.
17     Q.    What do you mean "one of the
18  five metrics"?
19        MR. FEE:  Objection.  This is
20        beyond the scope of his designations.
21        Does this have something to do with
22        respect to three topics that are the
23        subject of today's deposition?
24        MR. BRIDGES:  Absolutely.
25        MR. FEE:  How?

Page 246

1        MR. BECKER:  This concerns the
2  federal government participation in
3  the creation of standards.
4        MR. FEE:  And that is relevant
5  to which of your three topics?
6        MR. BECKER:  Copyright ownership
7  and assignments and chain of title.
8        MR. FEE:  This is respective
9  works at issue.  Do you contend that
10  this document has something to do with
11  the work at issue?  It's seven years
12  after the most recent work of issue.
13        MR. BECKER:  But it still
14  concerns the, potentially the works
15  that are at issue given some of the
16  discussions that are on this document.
17        MR. FEE:  I'll give you a little
18  bit of leeway on this, but frankly I
19  don't see that that's going to be the
20  case.  Go ahead.
21  BY MR. BECKER:
22     Q.    What are the five metrics that
23  you were mentioning?
24     A.    We have five different metric
25  projects that we have focused on in 2015.

Page 247

1     Q.    And when you say "we," are
2  you -- do you mean ASTM?
3     A.    Correct.
4     Q.    And who specifically at ASTM is
5  focusing on these five projects?
6     A.    Our organization.
7     Q.    And what are the five different
8  metrics?
9        MR. FEE:  Objection.  This is
10        beyond the scope.  Did any of the five
11        metrics have to do with ownership of
12        copyrights?
13        THE WITNESS:  No.
14        MR. FEE:  I'd like to know
15        what the background of this document
16        is.
17        MR. FEE:  Is there any link to
18        the topics that are at issue in this?
19        MR. BRIDGES:  He's explained
20        that, Counsel.
21        MR. FEE:  It's turned out that
22        it has nothing do with copyright
23        issues.
24        MR. BRIDGES:  You don't get to
25        ask him the questions.

Page 248

1        MR. FEE:  He's already said it.
2  If you can link this to one of your
3  three topics, go ahead, but he's not
4  going to spend the next ten minutes
5  talking about a topic that's beyond
6  the scope of his designation.
7        MR. BECKER:  The document
8  concerns the 1,500 federal agency
9  participants in ASTM technical
10  committees.  I would like to know what
11  the background of this document is and
12  why it was created.
13        MR. FEE:  If you want to ask him
14  about the 1,500 federal government
15  participants, go ahead.
16  BY MR. BECKER:
17     Q.    What are the five metrics?
18        MR. FEE:  Objection.  Beyond the
19        scope.  Go ahead.  Let him ask a
20        couple more questions.
21        THE WITNESS:  That's fine.  This
22        is one metric.  We have another metric
23        that is investigating whether or not
24        there would be a value to hire
25        technical expertise within ASTM staff.

Page 249

63 (Pages 246 - 249)

1    We have another metric that is
2    piloting new technology for
3    collaborating in development of
4    documents.  We have another metric
5    that is evaluating a technology
6    options for consolidating or having a
7    content management system, a unified
8    content management system.  And
9    there's another one that I'm not
10   thinking of right now.
11   BY MR. BECKER:
12       Q.    What is -- what metric does
13   this document concern?
14           MR. FEE:  Objection.  Vague.
15           THE WITNESS: It deals with
16   coordinating, it says it right at the
17   top.  Addresses government interaction
18   issues and creates an ASTM Government
19   Member Advisory Committee to advance
20   the following objectives.
21   BY MR. BECKER:
22       Q.    What is the ASTM Government
23   Member Advisory Committee?
24       A.    There is not one.
25       Q.    So the ASTM Government Member

1    would know?
2           MR. FEE:  Same objections.
3           THE WITNESS: Not for sure.
4    BY MR. BECKER:
5        Q.    Was Jim Thomas in charge of
6    this metric?
7           MR. FEE: Objection.  Vague.
8           THE WITNESS: No.
9           MR. FEE:  Calls for speculation.
10      Beyond the scope of his designation.
11          THE WITNESS: No.
12   BY MR. BECKER:
13       Q.    The top bullet point statement
14   on the second page says, "Take inventory of
15   the existing 1,500 Federal agency
16   participants in ASTM technical committees to
17   identify areas of under-representation and
18   participation."
19          Do you know if that figure of
20   1,500 federal agency participants in ASTM
21   technical committees is correct?
22          MR. FEE: Objection.  Vague.
23          THE WITNESS: It's probably
24      ballpark.
25   BY MR. BECKER:

1    Advisory Committee was never created?
2        A.    No.
3        Q.    Does ASTM plan to -- is ASTM
4    still considering creating a Government
5    Member Advisory Committee?
6           MR. FEE: Objection.  Beyond the
7      scope.
8           THE WITNESS: We're considering
9      it.
10   BY MR. BECKER:
11       Q.    Who prepared this metric?
12          MR. FEE: Objection.  Vague.
13          THE WITNESS:  I'm not sure.
14   BY MR. BECKER:
15       Q.    Who would know?
16          MR. FEE: Objection.  Beyond the
17      scope.  Calls for speculation.
18          THE WITNESS: Jim Thomas.
19   BY MR. BECKER:
20       Q.    Would anybody else besides Jim
21   Thomas know who prepared this?
22          MR. FEE:  Same objections.
23          THE WITNESS: Possibly.
24   BY MR. BECKER:
25       Q.    Can you name anybody else who

1        Q.    Who would know what the exact
2    number of federal agency participants in ASTM
3    technical committees is?
4           MR. FEE: Objection.  Calls for
5      speculation.  Beyond the scope of his
6      designation.
7           THE WITNESS:  Perhaps somebody
8      in our membership department.  It's a
9      figure that changes on a daily basis.
10               - - -
11          (Exhibit 1309, ASTM
12      Collaboration Area, Bates ASTM103272,
13      was marked for identification.)
14               - - -
15   BY MR. BECKER:
16       Q.    I'm handing you what's been
17   marked as Exhibit 1309.  This is the document
18   that was produced by ASTM last night as Bates
19   number ASTM103272.  It's titled "ASTM
20   Collaboration Area."  And it appears that it
21   was printed on -- it was printed yesterday.
22   Could you tell me what this document is?
23       A.    I believe it is a picture of an
24   image on our Web site that indicates a member
25   must agree to the language that's stated

64 (Pages 250 - 253)

1  there before joining a collaboration area.
2      Q.    Is this the ASTM collaboration
3  area language concerning the ASTM IP Policy
4  and copyright that you had discussed earlier
5  today in the deposition?
6      A.    Looks like it's very similar,
7  yeah.
8      Q.    When you say it's "very
9  similar," is there any differences that you
10 see between this and the version that is on
11 the ASTM Web site that you were describing
12 earlier today?
13        MR. FEE: Objection. Vague.
14        THE WITNESS: I meant that this
15     is very similar to the language that
16     we talked about earlier that was on
17     the renewal form.
18 BY MR. BECKER:
19     Q.    When you described earlier that
20 participants in technical committees who set
21 up an ASTM collaboration area would have to
22 agree to language concerning copyright and
23 the ASTM IP Policy, were you describing this
24 document 1309?
25        MR. FEE: Objection to form.

1        THE WITNESS: When earlier was
2     that?
3  BY MR. BECKER:
4      Q.    At the start of the deposition.
5        MR. FEE: Same objection.
6        THE WITNESS: I may have been.
7     I'm not sure I recall the beginning of
8     the deposition, but I think that's
9     right.
10              - - -
11        (Exhibit 1310, ASTM Membership
12     Application, Bates ASTM103274 -
13     ASTM103276, was marked for
14     identification.)
15              - - -
16 BY MR. BECKER:
17     Q.    I'm handing you what's been
18 marked as Exhibit 1310.  This is the document
19 produced by ASTM last night as Bates number
20 ASTM103274 to ASTM103276.
21        Do you recognize this document?
22     A.    It looks like it's our
23 membership application that we have on our --
24 on the Web.
25     Q.    Is this a correct depiction of

1  the membership application as it currently
2  exists on the Web?
3      A.    It might be, or it might be
4  part of it.
5      Q.    What is missing, if anything,
6  from this document if it is the membership
7  application on the Web?
8      A.    This appears to be the 2003
9  version, so I don't think this is the most
10 recent version.  It appears that there is
11 language at the very bottom of page
12 ASTM013275, it asks for acknowledgment about
13 reading and understanding ASTM's Intellectual
14 Property Policy, and agree to abide by its
15 terms, [check off box].
16     Q.    It says, "put in weblink"
17 there.  Do you know why it says that?
18     A.    No, I don't know why.
19     Q.    Does this appear to be a draft
20 of the ASTM membership application as of
21 approximately 2003?
22     A.    I would -- I can't say for sure
23 but since it says, "Costs for 2003" up top, I
24 would say that's probably correct.
25     Q.    Do you know if this precise

1  version of the ASTM member application was
2  ever implemented online on the ASTM Web site?
3      A.    I don't know for sure, but I'm
4  guessing it was since this looks like a
5  picture from the ASTM Web site.
6      Q.    Who would know for certain?
7      A.    I don't know if anybody would
8  at this point since it was an online
9  application.
10        MR. BECKER: Let's go off the
11     record.
12        VIDEOGRAPHER: The time is now
13     6:40.  We're going off the video
14     record.
15              - - -
16        (A recess was taken.)
17              - - -
18        VIDEOGRAPHER: The time is now
19     7:01.  We're back on the video record.
20              - - -
21        (Exhibit 1311, Record Retention
22     Policy, Bates ASTM003501 - ASTM003522,
23     was marked for identification.)
24              - - -
25        MR. FEE: Before we get started,

1    I just want to say that Mr. Smith has
2    been available to be deposed since
3    10:00 a.m. this morning. It's now
4    7:00. We have about 55 minutes left.
5    We're not staying past 8:00. So if
6    you're going to take any other breaks,
7    it better be short. That was a
8    20-minute break and I think a complete
9    waste of time. Go ahead.
10   BY MR. BECKER:
11       Q.   Mr. Smith, I've handed you
12   what's marked as Exhibit 1311. This is a
13   document produced by ASTM as 003501 to 3522.
14   Could you, please, identify it?
15       A.   It says, "RECORD RETENTION
16   POLICY."
17       Q.   Is this ASTM's record retention
18   policy?
19       A.   Yes, I believe it is.
20       Q.   Have you -- did you review
21   ASTM's record retention policy in preparation
22   for the deposition today?
23       A.   I reviewed it very briefly.
24       Q.   Do you know what category under
25   the record retention policy that membership

Page 258

1    application forms would qualify as?
2           MR. FEE: Objection. It's
3    beyond the scope of his designation.
4           THE WITNESS: Are you referring
5    to any particular pages?
6    BY MR. BECKER:
7        Q.   Yes. If you look at ASTM 3502
8    and 3503, it says, "Types of Records." That
9    includes "Temporary Records," "Final Records"
10   and "Permanent Records." And then it also
11   has B is -- section B, "Types of Records That
12   have Legal or Regulatory Periods of
13   Retention," "Accounting and Corporate Tax
14   Records," "Corporate Records," "Employment
15   and Employee Records," "Bank Records," and
16   "Legal Records."
17       A.   I don't know what category
18   membership application would fall under,
19   would just -- I'm not sure.
20       Q.   Do you know what category the
21   ASTM IP Policy would fall under?
22           MR. FEE: Objection. Beyond the
23   scope.
24           THE WITNESS: No, I don't know.
25   I'm not very familiar with the "Types

Page 259

1    of Records," section III.
2            -   -   -
3           (Exhibit 1312, 11/21/08 E-mail
4    with attachment, Bates ASTM088320 -
5    ASTM088325, was marked for
6    identification.)
7            -   -   -
8    BY MR. BECKER:
9        Q.   I'm handing you what's been
10   marked as Exhibit 1312. This is the document
11   produced by ASTM as ASTM088320 to ASTM088325.
12   It is an e-mail with an attachment that says,
13   "ASTM International Author/Copyright Owner
14   Agreement." Is this attachment a correct
15   copy of the ASTM International
16   Author/Copyright Ownership Agreement?
17           MR. FEE: Objection. Vague as
18   to time. Beyond the scope of the
19   designation as well.
20           THE WITNESS: I'm not sure.
21   BY MR. BECKER:
22       Q.   Who would know whether this
23   attachment is a correct copy of the ASTM
24   International Author/Copyright Ownership
25   Agreement?

Page 260

1           MR. FEE: Objection. Beyond the
2    scope.
3           THE WITNESS: I would have to
4    read it first to possibly give you an
5    answer.
6           Our publications department
7    might be able to tell you whether or
8    not this is the correct
9    Author/Copyright Owner Agreement since
10   it's a journal paper, relevant to a
11   journal paper.
12            -   -   -
13          (Exhibit 1313, Web site
14   screenshots, Bates ASTM001792 -
15   ASTM001800, was marked for
16   identification.)
17            -   -   -
18   BY MR. BECKER:
19       Q.   I'm handing you what's been
20   marked as Exhibit 1313. This document was
21   produced by ASTM with Bates number ASTM001792
22   to 1800. What is this document?
23       A.   This looks like it is
24   screenshots from our Web site for how an
25   individual would renew their membership.

Page 261

66 (Pages 258 - 261)

1    Q.   Is this a correct copy of the
2  current language for the renewal -- for the
3  membership renewal process on the ASTM Web
4  site?
5        MR. FEE: Objection. Vague.
6        THE WITNESS:  These are Web
7        screenshots, so I'm not sure if this
8        is the current version or not.  It's
9        kind of hard to read, but it looks
10       like it was -- I mean, it could be
11       current.
12  BY MR. BECKER:
13     Q.   Did you review the membership
14  renewal online application in preparation for
15  your deposition today?
16     A.   Yes.
17     Q.   Is there any reason why you
18  think that this may not be an accurate copy
19  of the current membership renewal process on
20  the ASTM Web site?
21     A.   No.
22     Q.   Looking at Exhibit 1313, on the
23  second page near the top of the page
24  ASTM001793, does that depict the membership
25  renewal screen that discusses a copyright and

Page 262

1     A.   This is for joining a technical
2  committee. It's a participating membership
3  application.  So on page ASTM001802 you
4  select the type of membership that you want
5  to purchase.  And in this particular instance
6  the screenshots show that they've selected
7  the participating member.  And then after
8  that it's an example of what one would see if
9  they selected the organizational membership.
10  And then the informational and then the
11  student.
12        - - -
13       (Exhibit 1315, ASTM Member
14       Application Forms, Bates ASTM052816,
15       ASTM052817, ASTM062194, ASTM062195,
16       ASTM062198 & ASTM062199, was marked
17       for identification.)
18        - - -
19  BY MR. BECKER:
20     Q.   I'm handing you what's been
21  marked as Exhibit 1315.  This is a
22  document -- this is a number of documents
23  Bates labeled ASTM052816 to 817, ASTM062194
24  to 195, and ASTM062198 to 199.  Would you,
25  please, tell me what these documents are?

Page 264

1  the ASTM IP Policy?
2     A.   Yes.
3        MR. FEE: Objection. The
4        document speaks for itself.
5        THE WITNESS: It's a little
6        tough to read, but it would appear
7        that way.
8        - - -
9       (Exhibit 1314, Screenshots,
10       Bates ASTM001801 - ASTM001813, was
11       marked for identification.)
12        - - -
13  BY MR. BECKER:
14     Q.   I've handed you what's been
15  marked as Exhibit 1314.  This is the ASTM
16  document Bates labeled ASTM001801 to 1813.
17  Could you, please, identify this document?
18     A.   This looks like screenshots of
19  the path that an individual could take to
20  access the membership application and
21  complete it and submit it online so that they
22  can join a technical committee.
23     Q.   Is this for joining a technical
24  committee or is this for getting an ASTM
25  membership?

Page 263

1        MR. FEE: Object to the use of
2        randomly selected documents stapled
3        together as one exhibit.  You can
4        answer.
5        THE WITNESS:  It says at the top
6        in English "ASTM MEMBER APPLICATION
7        FORM."
8  BY MR. BECKER:
9     Q.   Is this an ASTM member
10  application form that's in English and
11  Chinese?
12        MR. FEE: Objection. Calls for
13        expert testimony to the extent you're
14        asking him to speak to what language
15        this is.
16        THE WITNESS:  I've never seen
17        this application before, but it says
18        ASTM member application form.  It's
19        perhaps something that we used as a
20        service to have Chinese members or
21        have Chinese individuals join ASTM.
22  BY MR. BECKER:
23     Q.   Are you aware of any discussion
24  of copyright or the ASTM IP Policy in these
25  forms that are in both English and Chinese

Page 265

67 (Pages 262 - 265)

1    that I've provided here as Exhibit 1315?
2         MR. FEE:  Same objections, plus
3    lack of formation -- or foundation.
4    Sorry.
5         THE WITNESS:  I'm not aware of
6    whether there was or there was not.
7         - - -
8         (Exhibit 1316, Regulations
9    Governing ASTM Technical Committees,
10   was marked for identification.)
11        - - -
12   BY MR. BECKER:
13        Q.   I'm handing you what's been
14   marked as Exhibit 1316. Could you, please,
15   tell me what this document is?
16        A.   The front page says the
17   "REGULATIONS GOVERNING ASTM TECHNICAL
18   COMMITTEES."
19        Q.   What are the Regulations
20   Governing ASTM Technical Committees?
21        A.   It's essentially this entire
22   document if it's all included here.
23        Q.   Does it appear to be all
24   included there?
25        A.   I'd have to go through it, but

Page 266

1    it could.  Looks like it.
2         Q.   What is the purpose of the
3    Regulations Governing ASTM Technical
4    Committees?
5         MR. FEE:  Objection.  Beyond the
6    scope.  Vague.
7         THE WITNESS:  Technical
8    committees follow the regulations and
9    develop member standards.
10   BY MR. BECKER:
11        Q.   Do you use the Regulations
12   Governing ASTM Technical Committees in the
13   course of your work with ASTM?
14        A.   Yes.
15        Q.   How do you use them?
16        A.   As staff people, we advise our
17   technical committees on the regulations so
18   that they -- the regulations can be followed
19   in the development of their standards.
20        Q.   Do staff members do other
21   things to assist the members of the technical
22   committees?
23        MR. FEE:  Objection.  Vague.
24        THE WITNESS:  Yes.
25   BY MR. BECKER:

Page 267

1         Q.   What do staff members do to
2    assist the members of technical committees?
3         MR. FEE:  Objection.  Vague.
4         THE WITNESS:  General
5    assistance.  Provide them with advice
6    on regulations, on our form and style
7    manual.  We have interlaboratory study
8    program that assists our members.  A
9    variety of things.  I don't know if
10   there's anything specific that you
11   want me to focus on.
12   BY MR. BECKER:
13        Q.   Does -- how does ASTM staff
14   members assist individual -- assist technical
15   committee members in the drafting or revision
16   of standards?
17        MR. FEE:  Objection.  Vague.
18        THE WITNESS:  We have -- we
19   provide them with editorial
20   assistance, so we'll provide editorial
21   help within the documents.  Our
22   interlaboratory study program is
23   responsible for organizing round-robin
24   studies for collecting the data and
25   doing the number crunching in order to

Page 268

1    produce precision statements.  Our ILS
2    team will produce the research reports
3    which are referenced in the standard.
4    We will help -- we have a graphics
5    department that will create graphics
6    for the standards, for committee
7    members.  We have an up-front editor
8    that provides a great deal of
9    assistance if we have a draft that
10   needs to be put into proper ASTM form
11   and style.  We provide them with
12   assistance on language for caveats
13   that are placed in the ASTM standards.
14   BY MR. BECKER:
15        Q.   Anything else?
16        A.   We provide an awful lot of
17   assistance, but nothing else that comes to
18   mind at this particular time.
19        Q.   When you say editorial
20   assistance, what do you mean by that?
21        A.   Grammatical things.  We'll
22   inform members if they have mandatory
23   language in a non-mandatory section, that
24   that's outside the form and style policy.  Or
25   vice versa, if they have non-mandatory

Page 269

68 (Pages 266 - 269)

1  language in a mandatory section, we'll
2  provide assistance in tweaking that language
3  so that it's within the form and style
4  guidelines.
5      Q.    Anything else in terms of
6  editorial assistance other than grammatical
7  assistance?
8      A.    We could take a document and
9  place it and organize it so that it has the
10  relevant sections as defined in the form and
11  style manual.
12      Q.    Do you mean to reorganize a
13  draft standard, is that what you're saying?
14      A.    Yes.
15      Q.    What are -- excuse me.
16          Anything else in terms of
17  editorial assistance?
18      A.    Our editors will also take a
19  document that's been approved through our
20  balloting process, if it's a new standard,
21  they'll put it into publication format and
22  work with the technical contacts to make sure
23  that everything looks good prior to
24  publication.
25      Q.    When you say they put it into

1  publication format, does that involve any
2  changes to the content of the draft standard?
3          MR. FEE: Objection. Vague.
4          THE WITNESS: It involves taking
5      what was balloted in the Word format
6      and placing it into our XML format
7      that we use for producing PDFs.
8  BY MR. BECKER:
9      Q.    Is that a no?
10          MR. FEE: Objection. You can
11      answer the question however you like.
12      You don't have to answer it yes or no.
13          THE WITNESS: Did you ask me is
14      that a no?
15  BY MR. BECKER:
16      Q.    Yeah.
17      A.    What was -- can you repeat the
18  original question?
19      Q.    The question was, when you say
20  you put it into publication format, does that
21  involve any changes to the content of the
22  draft standards?
23          MR. FEE: Objection. Vague.
24          THE WITNESS: It could,
25      editorial changes, yes.

1  BY MR. BECKER:
2      Q.    Is that the same grammatical
3  changes that you were referring to before?
4          MR. FEE: Objection.
5      Mischaracterizes his testimony.
6      Vague.
7  BY MR. BECKER:
8      Q.    I'm sorry, what did you say?
9      A.    The editors could work with the
10  technical contacts to incorporate editorial
11  changes, grammatical or reorganization of
12  content.
13      Q.    Who are the technical contacts?
14      A.    Who are they?
15      Q.    Yeah.
16      A.    They are individuals that take
17  the lead in developing a new standard or in
18  developing a revision to an existing
19  standard.
20      Q.    Are those volunteers or are
21  those employees of ASTM?
22          MR. FEE: Objection. Vague.
23      Calls for a legal conclusion.
24          THE WITNESS: They're
25      volunteers.

1  BY MR. BECKER:
2      Q.    What did you mean when you said
3  precision statements?
4      A.    Precision statements are
5  included in test methods.
6      Q.    What are precision statements?
7      A.    Precision statements include
8  statements on repeatability and reproducibility.
9      Q.    What do you mean by that?
10      A.    For a test method, a statement
11  of repeatability would be a laboratory taking
12  the ASTM test method and running the test in
13  the laboratory several times. And they take
14  the results of that test and they see how
15  close each iteration is. And if the results
16  are very close, then that would indicate good
17  precision. If it's -- if the results are not
18  close, then that would indicate poor
19  precision. So that's what repeatability is.
20  Then reproducibility is at least six labs
21  doing the same thing as what I just described
22  as that one lab. And then the
23  reproducibility is a statement that analyzes
24  the results from all six or more labs.
25      Q.    Do the same precision

| | |
|---|---|
| 1   statements appear in different standards? | 1        significantly when it's transformed |
| 2        A.   In test methods. | 2        into the published version. |
| 3        Q.   For test methods they do? | 3   BY MR. BECKER: |
| 4        A.   Yes. | 4        Q.   When you say it's not changed |
| 5        Q.   What is the work that the | 5   significantly, what do you mean? |
| 6   graphics department does? | 6        A.   There could be editorial |
| 7        MR. FEE:  Objection. Vague. | 7   changes.  So that's a service that our |
| 8        THE WITNESS:  Graphics, I don't | 8   editors perform.  When they're putting it |
| 9   know exactly everything that they do, | 9   into the published version, they will work |
| 10   but they will take figures that are | 10   with the technical contact to incorporate any |
| 11   perhaps old from years ago and we will | 11   editorial changes that may have been agreed |
| 12   use them in our technology, update | 12   upon by the committee. |
| 13   them to make them more user friendly. | 13        Q.   You mentioned caveats in ASTM |
| 14   BY MR. BECKER: | 14   standards.  What are those? |
| 15        Q.   Are these figures that were | 15        A.   There are caveats that are in |
| 16   created by committee members or how are these | 16   our form and style manual. |
| 17   figures created that the graphics department | 17        Q.   Are those -- what exactly are |
| 18   would update? | 18   the caveats in the form and style manual? |
| 19        MR. FEE:  Objection to form. | 19        MR. FEE:  Objection.  Vague. |
| 20        THE WITNESS:  I would assume by | 20        THE WITNESS:  I wouldn't be able |
| 21   the committee members. | 21   to name all of them for you, but there |
| 22   BY MR. BECKER: | 22   are caveats related to the use of |
| 23        Q.   Do members -- do committee | 23   units, so the standard will -- the -- |
| 24   members vote on the changes that -- or | 24   there will be a caveat that will |
| 25   additions that you just described? | 25   identify the use of units within a |
| Page 274 | Page 276 |

| | |
|---|---|
| 1        MR. FEE:  Objection. | 1   particular standard.  We have certain |
| 2   Mischaracterizes his testimony.  Vague | 2   safety caveats and hazardous caveats. |
| 3   and ambiguous. | 3   I think we have a caveat that deals |
| 4        THE WITNESS:  Yes. | 4   with mercury being used in the |
| 5   BY MR. BECKER: | 5   standard.  I'm sure there are some |
| 6        Q.   Do committee members vote on | 6   others. |
| 7   the final versions of ASTM standards? | 7        - - - |
| 8        A.   I'm not sure what you mean by | 8        (Exhibit 1317, Participating |
| 9   "final versions." | 9   Membership Applications, Bates |
| 10        Q.   Do committee members vote on | 10   ASTM064686 - ASTM064692, was marked |
| 11   ASTM standards, on the final appearance of | 11   for identification.) |
| 12   ASTM standards? | 12        - - - |
| 13        MR. FEE:  Objection.  Vague. | 13   BY MR. BECKER: |
| 14        THE WITNESS:  The final | 14        Q.   I'm handing you what's been |
| 15   appearance, the published format? | 15   marked as Exhibit 1317.  This document has |
| 16   BY MR. BECKER: | 16   been produced by ASTM as ASTM064686 to 64692. |
| 17        Q.   Yes. | 17   What is this document? |
| 18        A.   No. | 18        A.   This looks like a copy of an |
| 19        Q.   Do ASTM committee members vote | 19   old application that was downloaded and saved |
| 20   on the content that appears in the final form | 20   from our Web site and that was filled out by |
| 21   of ASTM standards? | 21   hand.  Best guess. |
| 22        MR. FEE:  Objection.  Vague. | 22        - - - |
| 23        THE WITNESS:  The content that | 23        (Exhibit 1318, E-mail chain with |
| 24   is balloted and approved through our | 24   attachment, Bates ASTM087493 - |
| 25   consensus process is not changed | 25   ASTM087497, was marked for |
| Page 275 | Page 277 |

70 (Pages 274 - 277)

1     identification.)
2          - - -
3   BY MR. BECKER:
4     Q.   I'm handing you what's been
5   marked as Exhibit 1318.  Does this exhibit
6   appear to show an individual who was
7   attempting to renew his application,
8   membership application with ASTM by phone --
9     A.   I'd have to read it.
10    Q.   -- and e-mail?
11    A.   [Reviewing document.]  Looks
12  like, based on what I'm reading here, they
13  were trying to renew the membership by phone,
14  but it doesn't say that it actually happened.
15    Q.   Can ASTM members renew their
16  membership by phone or e-mail?
17    A.   They could.  It's not -- I
18  don't think it's very common, but they could.
19         - - -
20         (Exhibit 1319, 2011 ASTM
21         International Committee Membership
22         Application, Bates ASTM061183, was
23         marked for identification.)
24         - - -
25  BY MR. BECKER:

1     Q.   I'm handing you what's been
2   marked as Exhibit 1319, document produced by
3   ASTM as Bates number ASTM061183.  What is
4   this document?
5     A.   It says, "2011 ASTM...Committee
6   Membership Application."
7     Q.   Does this document appear to
8   have a line crossed through the language
9   concerning the ASTM IP Policy?
10    MR. FEE:  Objection.  The
11       document speaks for itself.
12       THE WITNESS:  I can't say that
13       that's a line or whether that's an
14       indicator towards the individual's
15       account number.
16         - - -
17         (Exhibit 1320, How To Standards
18         Writing 101 New Standards, was marked
19         for identification.)
20         - - -
21  BY MR. BECKER:
22    Q.   I'm handing you what's been
23  marked as Exhibit 1320.  What is this
24  document?
25    A.   I'm not sure.  It says

1   Standards Writing 101 How To [as read].  It
2   looks like something that was written in
3   Standardization News back in 2000.
4     Q.   Does this document accurately
5   reflect the way that standards were developed
6   at ASTM in approximately March of 2000?
7     MR. FEE:  You're going to have
8       to read the whole document to answer
9       that question.
10      THE WITNESS:  This was, I
11      believe, a way that an individual
12      could request the development of a new
13      standard.
14  BY MR. BECKER:
15    Q.   So there were other ways that
16  an individual could request the development
17  of a new standard as of March 2000?
18    A.   Yeah, they could make a request
19  from the subcommittee or by the subcommittee
20  chairman.
21         - - -
22         (Exhibit 1321, How Standards are
23         Developed article, was marked for
24         identification.)
25         - - -

1   BY MR. BECKER:
2     Q.   I'm handing you what's been
3   marked as Exhibit 1321.  This document was
4   printed from the ASTM Web site at
5   www.astm.org/MEMBERSHIP/standardsdevelop.HTML.
6   What is this document?
7     A.   It looks like maybe an article.
8       MR. FEE:  Objection.  Lack of
9       foundation.
10      THE WITNESS:  Maybe an article
11      we have on our Web site that helps
12      provide guidance for our members.
13  BY MR. BECKER:
14    Q.   Do you know what a US TAG ISO
15  list is?
16    A.   A US --
17    Q.   US TAG ISO list.
18    A.   United States Technical
19  Advisory Group ISO list, I don't know if that
20  refers to the list of members that are
21  serving on the technical advisory group.
22         - - -
23         (Exhibit 1322, 8/13/08 E-mail,
24         Bates ASTM073852, was marked for
25         identification.)

71 (Pages 278 - 281)

1           - - -
2  BY MR. BECKER:
3     Q.   I'm handing you what's been
4  marked as Exhibit 1322 which has been
5  produced by ASTM as ASTM073852.  Can you tell
6  me what this document is?
7     A.   It's an e-mail from Tom O'Toole
8  to our customer service department.
9     Q.   Does this refresh your
10  recollection at all as to what a US TAG ISO
11  list is?
12    A.   I'm assuming it's the
13  membership list, because it says, "...listed
14  as members of the US TAG to ISO TC 160."
15    Q.   Is that an ASTM membership
16  list?
17    A.   It appears that it's ASTM
18  subcommittee C14.92, holds the US TAG to the
19  ISO technical committee 160.
20         MR. BECKER:  All right.  Let's
21  go off the record and take a short
22  break.
23         VIDEOGRAPHER:  The time is now
24  7:44.  We're going off the video
25  record.
                                    Page 282

1           - - -
2          (A recess was taken.)
3           - - -
4          VIDEOGRAPHER:  The time is now
5  7:49.  We're back on the video record.
6  BY MR. BECKER:
7     Q.   Looking at Exhibit 1289 which
8  is the Amended Notice of Rule 30(b)(6)
9  Deposition, topic --
10        MR. FEE:  Hold it.  Let him grab
11  it.
12  BY MR. BECKER:
13    Q.   Okay.  Do you have it?
14    A.   Yeah.
15    Q.   If you turn to page 7.  Topic
16  24 is -- on which you've been designated is,
17  "The bates numbers of at least one instance
18  of every form of assignment with which You
19  claim a person assigned any copyright in the
20  Works-At-Issue to You."
21         Could you, please, provide the
22  Bates number of at least one instance of
23  every form of assignment with which ASTM
24  claims that a person assigned any copyright
25  in the Works-At-Issue to ASTM?
                                    Page 283

1     A.   I believe I can.
2          MR. FEE:  Do you want to mark
3  that?
4          MR. BECKER:  Yeah.  Let's mark
5  this as the next one.
6           - - -
7          (Exhibit 1323, Bates Numbers of
8  Assignment Documents, was marked for
9  identification.)
10          - - -
11  BY MR. BECKER:
12    Q.   Is this your answer to my
13  question?
14    A.   Yes.
15    Q.   Is this correct to the best of
16  your -- is this Exhibit 1323 your answer to
17  my question concerning Topic 24?
18    A.   Yes.
19    Q.   Is this Exhibit 1323 correct,
20  to the best of your knowledge?
21    A.   Yes, to the best of my
22  knowledge.
23    Q.   Who prepared this document,
24  Exhibit 1323?
25    A.   I'm not sure.  I think our
                                    Page 284

1  counsel.
2     Q.   Were you provided this
3  document, Exhibit 1323, by counsel?
4     A.   Yes.
5     Q.   What did you do to confirm that
6  Exhibit 1323 is accurate?
7     A.   I didn't go through number by
8  number.
9     Q.   Did you look at any of the
10  Bates numbers that are listed on this
11  Exhibit 1323 and confirm that they
12  corresponded with any assignment language?
13    A.   We looked at them yesterday,
14  yes.
15    Q.   Did you look at all of them?
16    A.   I believe I did.
17    Q.   All of the Bates numbers that
18  are listed?
19    A.   I don't know if I looked at the
20  exact Bates numbers to correspond -- to
21  correspond with each individual document, but
22  I believe I looked at all of the documents.
23    Q.   Has there been any impairment
24  to the operations of the ASTM technical
25  committees that has arisen in the past five
                                    Page 285

1  years?
2       MR. FEE: Objection. Vague.
3    Beyond the scope of his designation.
4    What topic does this relate to? I'm
5    instructing him not to answer unless
6    there's a topic that this relates to.
7  BY MR. BECKER:
8    Q.  In your work with the ASTM
9  technical committees, are you familiar with
10 of any difficulties that have arisen in the
11 past five years that concern the operations
12 of the ASTM technical committees?
13      MR. FEE: Can you identify any
14   topic that relates to? I take
15   your silence as refusal to do so.
16   I'll instruct him not to answer.
17 BY MR. BECKER:
18   Q.  Have -- are you going to refuse
19 to answer that question?
20      MR. FEE: Yes, he is.
21      THE WITNESS: Yes.
22 BY MR. BECKER:
23   Q.  Has there been any lack of
24 resources for the operations of the ASTM
25 technical committees in the past five years?

Page 286

1       MR. FEE: Can you identify a
2    topic to which that relates? I take
3    that as a no. I'll instruct you not
4    to answer that question.
5       MR. BECKER: I don't have to
6    identify any topics to which that
7    relates.
8  BY MR. BECKER:
9    Q.  Will you answer that question?
10      MR. FEE: No, he won't.
11      THE WITNESS: No.
12 BY MR. BECKER:
13   Q.  In the scope of your work with
14 ASTM, are you familiar with any lack of
15 resources that members of ASTM technical
16 committees have encountered in the past five
17 years?
18      MR. FEE: Can you identify any
19   topic to which that relates?
20      MR. BECKER: I do not have to
21   identify a topic.
22      MR. FEE: If you don't do so,
23   I'm going to instruct him not to
24   answer.
25 BY MR. BECKER:

Page 287

1    Q.  Are you refusing to answer that
2  question?
3    A.  Yes.
4       MR. BECKER: Then I'm going to
5    end the deposition now and reserve my
6    right to follow up on those questions --
7       MR. FEE: Just so the record is
8    clear --
9       MR. BECKER: -- and the
10   questions that counsel instructed the
11   witness to refuse to answer.
12      MR. FEE: Okay. We're now at
13   six minutes and 50 -- six hours and
14   55 minutes of testimony, just so the
15   record is clear. I have one or two
16   questions for you.
17      - - -
18      EXAMINATION
19      - - -
20 BY MR. FEE:
21   Q.  Would you turn back to 1323.
22   A.  Yes.
23   Q.  I just want to make sure that
24 we're clear about one question. You see in
25 the middle, slightly above the middle of that

Page 288

1  page it says, "Bates Range of Paper
2  Membership Forms," and it says ASTM034596
3  through ASTM0088302. Did you review
4  approximately 54,000 pages in connection with
5  the creation of this document?
6    A.  No.
7       MR. BECKER: Object as to form.
8  BY MR. FEE:
9    Q.  Would you turn to Exhibit 1313.
10   A.  I'm afraid I --
11   Q.  That is, I believe, the
12 membership renewal --
13   A.  Got it. Got it.
14   Q.  -- pages of their screenshots.
15   A.  Yes.
16   Q.  Do you recall Mr. Becker
17 pointed you to, I believe, language on the
18 second page of this document and asked
19 whether or not that had any language related
20 to the IP Policy or assignments?
21   A.  Yes.
22      MR. BECKER: Object as to form.
23 BY MR. FEE:
24   Q.  Are there any other portions of
25 what's been marked as 1313 that relate to the

Page 289

73 (Pages 286 - 289)

| | |
|---|---|
| 1   IP Policy or assignments? | 1      I declare under penalty of perjury |
| 2        MR. BECKER:  Object as to form. | 2   under the laws that the foregoing is |
| 3        THE WITNESS:  There is | 3   true and correct. |
| 4   additional language.  This document | 4 |
| 5   identifies membership renewal Web | 5      Executed on _____ , 20___, |
| 6   screenshots for different types of | 6   at _____, _____. |
| 7   members.  So I identified page 2, and | 7 |
| 8   then there's also additional language | 8 |
| 9   on page ASTM001796 as well as | 9 |
| 10   ASTM001798.  And I believe that's it. | 10 |
| 11        MR. FEE:  I have no other | 11      _____ |
| 12   questions. | 12      DANIEL SMITH |
| 13        Do you have any other questions | 13 |
| 14   or is he done? | 14 |
| 15        MR. BECKER:  No, no redirect. | 15 |
| 16        MR. FEE:  Great.  Thank you. | 16 |
| 17        THE WITNESS:  Thanks. | 17 |
| 18        VIDEOGRAPHER:  The time is now | 18 |
| 19   7:57.  This concludes the videotape | 19 |
| 20   deposition of Dan Smith. | 20 |
| 21          - - - | 21 |
| 22        (Witness excused.) | 22 |
| 23          - - - | 23 |
| 24        (Deposition concluded at 7:57 | 24 |
| 25   p.m.) | 25 |
| Page 290 | Page 292 |

```
1        C E R T I F I C A T E
2
3
     I do hereby certify that I am a Notary
4   Public in good standing, that the aforesaid
    testimony was taken before me, pursuant to
5   notice, at the time and place indicated; that
    said deponent was by me duly sworn to tell
6   the truth, the whole truth, and nothing but
    the truth; that the testimony of said
7   deponent was correctly recorded in machine
    shorthand by me and thereafter transcribed
8   under my supervision with computer-aided
    transcription; that the deposition is a true
9   and correct record of the testimony given by
    the witness; and that I am neither of counsel
10   nor kin to any party in said action, nor
    interested in the outcome thereof.
11
        WITNESS my hand and official seal this
12   7th day of August, 2015.
13
14
15      _____
          Notary Public
16
17
18
19
20
21
22
23
24
25
                              Page 291
```

[& - 199]

| & | | |
|---|---|---|
| **&** 1:15 2:4,10 4:20 | | |
| 5:11,24 9:16 10:19 | | |
| 183:5 210:22 | | |
| 244:17 264:16 | | |

**0**

**00108** 145:18
**00159** 161:7
**00167** 161:7
**003501** 258:13
**01215** 1:3 9:5
**02** 196:11,19
**025640** 187:22
**04** 26:5
**05** 26:5
**051140** 229:16
**060533** 229:15
**067813** 229:14
**070124** 229:15
**071068** 229:15
**074751** 229:15
**075283** 229:15
**081145** 229:16
**086031** 173:13

**1**

**1** 1:25 7:6 37:17
136:11,16 137:14
138:2,19 141:20
144:9 149:17,22
150:2,5,10 152:9,15
152:17
**1,500** 249:8,14
252:15,20
**10** 3:4 7:6,15 86:19
160:20
**100** 181:25
**101** 6:8 279:18
280:1
**101779** 240:1
**103277** 61:5
**103284** 61:6
**108** 134:21

**10:00** 258:3
**10:46** 12:11,17
**11** 127:25
**11/21/08** 5:17 260:3
**1111** 2:5
**115** 154:22
**11:48** 57:14
**11th** 182:25
**12** 7:6
**121** 3:25
**122** 4:1
**1284** 3:9 34:22 35:5
38:20 80:11 81:11
106:24 107:1,5,13
107:16,23
**1285** 3:12 60:2,9
61:24 62:10,12,15
64:22 71:18 72:15
72:22 76:5
**1286** 3:14 64:5,13
64:22 74:8,12
**1287** 3:16 65:19
66:2
**1288** 3:19 68:13,21
69:21 72:16,21 73:2
74:24 75:4 78:11
109:17
**1289** 3:21 88:7,16
283:7
**1290** 3:25 121:16,22
140:23,25 141:3
**1291** 4:1 122:6,13
122:19,23 123:6
133:4 136:8 141:14
142:1 145:17
156:21 158:7 161:4
**1292** 4:3 142:1
171:12,18
**1293** 4:4 173:4,11
205:5 212:10,10,13
213:6,11,23 214:10
215:1,5,9,23 222:14
**1294** 4:6 181:14,20
**1295** 4:7 187:2,9,21
187:25 188:3

**1296** 4:9 195:20
196:1 200:7 205:8
**1297** 4:11 201:11,18
201:24 205:8
**1298** 4:13 204:3,9
204:15
**1299** 4:15 205:11,18
**12:02** 57:20
**12:54** 87:23
**12th** 2:12 184:5
**13** 7:5 65:11 69:10
69:23
**1300** 4:16 209:24
210:5
**1301** 4:18 210:18
211:2 218:6
**1302** 4:21 229:2,12
**1303** 5:1 232:9,16
**1304** 5:3 235:25
236:6
**1305** 5:5 238:8,14
**1306** 5:7 239:19,25
**1307** 5:8 243:16,22
**1308** 5:10 244:16,23
245:11
**1309** 5:12 253:11,17
254:24
**1310** 5:13 255:11,18
**1311** 5:15 257:21
258:12
**1312** 5:17 260:3,10
**1313** 5:19 261:13,20
262:22 289:9,25
**1314** 5:20 263:9,15
**1315** 5:22 264:13,21
266:1
**1316** 5:25 266:8,14
**1317** 6:1 277:8,15
**1318** 6:3 277:23
278:5
**1319** 6:5 278:20
279:2
**1320** 6:8 279:17,23
**1321** 6:9 280:22
281:3

**1322** 6:11 281:23
282:4
**1323** 6:12 284:7,16
284:19,24 285:3,6
285:11 288:21
**15** 86:19 109:16
244:25
**160** 282:14,19
**161** 7:5
**166** 161:8
**171** 4:3
**173** 4:4
**1800** 1:18 8:20
261:22
**1801** 1:17 8:19
**181** 4:6
**1813** 263:16
**187** 4:7
**19** 147:7 156:6
**19103** 1:19
**195** 4:9 264:24
**1970s** 22:9,21
**1977** 147:10,14,15
147:16 148:1,9,15
148:18,23
**1977e2** 147:9,24
148:14 150:13
**1978** 148:18,20,22
149:2,25
**1979** 146:3,14 147:3
149:21 150:12
152:8,14,21,24
153:15,18 154:4
**1980** 63:8 133:22,25
134:6,22 135:12
136:9,15 137:13
138:1,18 141:19
144:8 147:2 150:12
150:15,20 152:16
152:22,25 153:19
154:6 158:4
**1980s** 22:10,21
**1984** 126:2 127:17
**199** 264:24

[1997e2 - 739-5353]

**1997e2**  141:4,18
  146:12 147:6
**1999**  60:19 61:9
  62:25 66:15 69:8
  70:1,12,21 71:5,19
  73:23 76:13 119:14
  120:3,12,15,23
  121:2,9
**1:13**  1:3 9:5
**1:58**  88:4
**1a**  109:22 115:13
  116:7

**2**

**2**  7:7 89:5,10 90:7
  90:10 121:5 141:3
  143:1 238:23,25
  246:14 290:7
**2-1**  133:8 156:24
  157:3
**20**  7:5 50:5 51:3
  52:21 53:8,20
  118:22 258:8 292:5
**2000**  156:7 280:3,6
  280:17
**20004**  2:5
**2000s**  23:3 108:3
**2002**  33:18 36:13
  40:24
**2003**  24:25 25:7
  26:4,6,11 27:14
  29:2,8 41:15 42:4,7
  58:6 59:16 65:11
  66:17 67:13 69:10
  69:23 82:1 94:10
  107:20,21 256:8,21
  256:23
**2004**  63:18
**2005**  26:7 215:6
**2006**  160:17,18
**2007**  211:6,14 212:1
  213:9 216:2 225:7
  226:4,9
**2008**  192:1 196:11
  196:19 199:15,25

**200:4** 216:6 234:9
**2009**  192:1 216:10
**201**  4:11
**2010**  4:11 5:3 65:11
  65:16 68:6,7,8
  69:11,24 73:2
  109:18 192:2
  201:11,21 216:13
  235:25 236:9
**2011**  4:4 5:5 6:5
  173:4,15,17 179:10
  179:23 180:20
  213:10 216:15
  222:14 238:8,16
  278:20 279:5
**2012**  216:17 218:8
  218:13 222:4,21,22
  240:19,21
**2013**  68:6 73:1
  160:11,21,22 161:9
  161:9,11 163:16
  172:10 216:19
  224:14
**2014**  211:8,15 212:1
  213:9 216:21
  224:20,25 225:8,22
  226:4,10
**2015**  1:20 8:15
  246:16 247:25
  291:12
**202**  2:6
**204**  4:13
**205**  4:15
**209**  4:16
**21**  7:5
**210**  4:18
**22**  7:7
**226-040**  146:3,13
**229**  4:21
**23**  23:6
**232**  5:1
**235**  5:3
**238**  5:5
**239**  5:7

**24**  1:20 8:15 89:6,10
  90:8,10 283:16
  284:17
**241**  7:5
**242**  7:6
**243**  5:8 7:6
**244**  5:10
**25**  118:22,22
**253**  5:12
**255**  5:13
**257**  5:15
**260**  5:17
**261**  5:19
**263**  5:20
**264**  5:22
**266**  5:25
**277**  6:1,3
**278**  6:5
**279**  6:8
**28**  60:19 61:8 62:25
  65:10 69:10,23 70:1
  70:12,21 71:5,19
  76:13 119:14 120:3
**280**  6:9
**281**  6:11
**284**  6:12
**286**  7:5,5,7
**287**  7:6,6,7
**288**  3:5
**292**  1:25
**2a**  125:11,14 126:19
  126:25 127:8 128:4
  128:20,25 129:10
  129:15,25 130:7,11
  130:16 131:2,14
  132:1,16

**3**

**3**  7:15 17:13 20:3
  89:5,10 90:7,10
  160:18
**3/17/10**  65:6
**30**  1:14 3:23 20:3
  88:9,18 241:4 242:5
  242:15,22,24 283:8

**31**  133:21,25 134:6
  134:22 135:12
**34**  3:9
**35**  138:14
**3502**  259:7
**3503**  259:8
**3522**  258:13
**3:08**  135:18
**3:20**  135:24
**3:56**  159:3

**4**

**4**  72:7
**40**  17:13
**400**  165:1,3 170:1
**415**  2:13
**434-207**  141:7,11
**4:02**  159:9
**4:57**  195:12

**5**

**5**  7:6 161:9
**50**  17:13 87:9
  140:12 288:13
**54,000**  289:4
**55**  258:4 288:14
**555**  2:12
**5:05**  195:18

**6**

**6**  1:14 3:23 88:9,18
  241:4 242:5,15,22
  242:24 283:8
**60**  3:12
**64**  3:14
**64692**  277:16
**65**  3:16
**68**  3:19
**6:06**  239:10
**6:14**  239:16
**6:40**  257:13

**7**

**7**  7:5 283:15
**70s**  22:18
**739-5353**  2:6

[75 - answer]

**75** 21:11 95:21
  97:19 98:2,3
**7:00** 258:4
**7:01** 257:19
**7:44** 282:24
**7:49** 283:5
**7th** 291:12

**8**

**8/13/08** 6:11 281:23
**8/20/14** 5:10 244:16
**80s** 105:3,12,19
**817** 264:23
**875-2389** 2:13
**88** 3:21
**8:00** 258:5

**9**

**90s** 58:15 61:21,21
  63:9
**94104** 2:13
**9:00** 35:8

**a**

**a.m.** 1:19 8:17 258:3
**a370** 141:3,18 142:1
  146:12 147:6,9,12
  147:24 150:13
**abide** 219:1,18,23
  220:7,12 256:14
**able** 13:17 22:16
  50:22 104:7 121:7
  139:2 241:22 261:7
  276:20
**abridges** 2:14
**absolutely** 246:24
**accept** 238:4
**access** 263:20
**accomplish** 104:7
**account** 196:15
  279:15
**accounting** 87:4
  259:13
**acct** 196:11
**accurate** 262:18
  285:6

**accurately** 280:4
**acknowledge** 103:5
  104:10 111:14
  218:25 219:17
  220:6 238:1
**acknowledged**
  115:15 116:8
**acknowledgement**
  3:10 34:18,24 35:12
  39:11,14,19 40:1,23
  80:13
**acknowledges**
  111:12
**acknowledgment**
  256:12
**acting** 47:20 48:24
  53:20 113:6,24
**action** 123:8 133:7
  163:5 170:11
  291:10
**activities** 30:25
**actual** 84:14 209:13
  220:21 223:20
**add** 57:25 59:22
**added** 152:10,14
**additional** 57:24
  89:9,11 152:12,14
  176:21 290:4,8
**additions** 274:25
**address** 13:11
  100:14 175:3 203:5
**addressed** 240:2
**addresses** 54:21
  174:12,17,19,22
  250:17
**adds** 73:3
**adjuncts** 78:21
**adopted** 61:1 62:3
  67:12 68:7,8 70:21
**advance** 250:19
**advice** 76:24 268:5
**advise** 267:16
**advisory** 250:19,23
  251:1,5 281:19,21

**affairs** 172:13
**affect** 95:19
**affiliation** 207:14
**aforesaid** 291:4
**afraid** 289:10
**agencies** 170:20,24
  183:10 184:20
  185:9
**agency** 174:5 249:8
  252:15,20 253:2
**ago** 27:21,25 28:4
  45:16 92:9 93:12
  97:18 100:10
  138:14 274:11
**agree** 8:11 17:23,23
  18:1,1 78:14 79:11
  80:18 162:9,12
  172:10 176:12,15
  214:1,11 219:1,18
  220:7 239:4 253:25
  254:22 256:14
**agreed** 276:11
**agreement** 110:8,8
  110:12 115:14
  116:7,16 260:14,16
  260:25 261:9
**agreements** 116:12
  116:21,25 117:4,20
  119:10
**agrees** 73:3 115:9
  164:4 181:6
**ahead** 41:11 44:10
  45:11 46:21 47:12
  48:3 52:16 67:10
  72:5 75:13 76:1
  93:17 110:18
  111:24 112:12
  113:15 114:7
  121:14 135:5
  164:16 193:21
  198:15 200:16
  202:7 204:24
  209:21 223:2
  237:23 247:20
  249:3,15,19 258:9

**aided** 291:8
**air** 1:7 183:2,3,16,20
  184:8,11
**al** 8:25
**alive** 132:21
**allow** 198:13 238:1
  242:23
**allows** 21:22
**ambiguous** 275:3
**amc** 183:4
**amended** 3:22 65:9
  66:16 69:9,22 88:8
  88:17 283:8
**american** 1:2,6,15
  3:23 8:24 88:10,18
  130:6 133:10
  134:11 135:2
**amusement** 158:10
**analyzes** 273:23
**andrew** 2:11 9:16
**announcing** 95:17
**annual** 73:4 101:22
  101:23,24 102:2
  136:10,15 137:13
  138:1,18 141:19
  144:8 147:2 149:4,7
  149:13,21 150:1,14
  152:8,15,16 153:3
  154:11 176:16
**answer** 7:3 12:6
  13:6 14:10 15:23
  22:13 29:23 30:14
  31:3 34:5 37:10
  38:2,4 41:11 42:12
  42:25 45:23 48:3
  49:7 52:6 71:15
  73:25 74:20 75:13
  75:25 76:1,20 77:3
  77:13 80:8 82:10
  90:3,9,17 92:17
  110:16 111:24
  112:11 115:1 120:5
  124:14 128:20
  129:15,20 130:20
  131:7,18 132:5

[answer - assign]

142:20 144:5 154:7
157:14,25 160:25
161:22,24 162:3
163:7,10 164:16
168:14 174:15
176:9 180:15,17,18
180:19 181:10
182:5 185:2 194:4
199:2 200:15,17
201:3,5 202:6
206:14 209:17,20
217:5 218:21
219:13,25 220:2,18
220:24 222:8 223:2
224:6 227:1 231:9
235:15 237:22
241:8,13,19 242:2
242:10 243:4,10
261:5 265:4 271:11
271:12 280:8
284:12,16 286:5,16
286:19 287:4,9,24
288:1,11
**answered**  37:10
58:23 93:17 97:25
107:25 128:16
131:6 158:2 168:1
180:12,14 193:21
220:4,15
**answering**  75:21
90:13 163:8 217:1
**answers**  11:13 13:9
92:19
**anticipation**  162:5
**anybody**  63:19,23
84:25 85:2,5,8,11
109:2,9 111:3
112:22 123:25
124:22 143:22
206:25 221:9 225:9
228:22 235:8
251:20,25 257:7
**apart**  164:14 165:14
170:17

**appear**  65:13 104:2
184:15 203:3,10,12
206:1 210:8 225:3
233:7 236:11
256:19 263:6
266:23 274:1 278:6
279:7
**appearance**  275:11
275:15
**appearing**  90:5,25
**appears**  54:15 64:25
65:6,17 66:6 70:2
115:24 133:18
158:14 162:24
175:10,13 182:13
196:5 203:21,25
215:5 221:5 233:16
253:20 256:8,10
275:20 282:17
**applicant**  201:25
202:13 204:16
218:16 220:12
**applicants**  206:6
**application**  4:9,12
4:13,16 5:14,22 6:6
81:21,22 94:11
102:17 104:14
179:4 195:21 196:6
196:7 197:18 198:2
198:10 199:9
201:13,22 203:24
204:3,13 209:25
210:9 211:6,7,8,14
211:22 212:18,24
213:15 214:16
216:2,5,9,13,24
217:10,12,15,16
218:2,3,9,10,14
220:23 221:1 222:5
222:21,22 223:15
224:15,21 225:16
225:23 226:3
233:12 255:12,23
256:1,7,20 257:1,9
259:1,18 262:14

263:20 264:3,14
265:6,10,17,18
277:19 278:7,8,22
279:6
**applications**  4:15,18
6:2 25:1,5,11 27:18
103:4 129:4 166:25
167:1 205:12,23,24
206:2,5 207:4
210:19 211:18,25
212:8,8,11,23 213:4
213:8,19 225:7,22
226:9,17 227:16
228:6 277:9
**applying**  84:14
218:24
**approach**  86:2,3
**appropriate**  78:15
80:20 220:19
**approval**  147:17
151:21,23
**approve**  151:7
**approved**  1:21
60:18 61:2,8 66:15
67:5 69:7 70:1
94:19 147:12,13,15
148:10,11,17 151:2
151:12 152:24
153:4 154:25 186:5
270:19 275:24
**approximate**  39:17
**approximately**  8:16
20:3 23:11 28:14
29:1 33:18 35:8
40:24 63:5 67:23
82:1 107:22 160:5
256:21 280:6 289:4
**april**  60:19 61:9
62:25 65:11 66:15
69:8,10,23 70:1,12
70:21 71:5,19 76:13
101:1 119:14 120:3
160:20
**area**  5:12 23:9,13
24:6,19 26:22 27:1

33:18 81:23 94:12
102:19 103:9
156:17 167:3
253:12,20 254:1,3
254:21
**areas**  21:21 22:25
27:9 252:17
**argument**  241:17
**arisen**  285:25
286:10
**armstrong**  2:20
8:13
**army**  183:5,6
**article**  6:10 280:23
281:7,10
**articulated**  241:16
**aruella**  175:14,14
**arvella**  175:15
**asked**  25:6 37:9
57:8 58:5,22 72:9
79:25 81:2,12 82:5
93:16 94:3 97:11,24
107:24 108:14
128:15 137:2 158:1
167:25 180:12,14
185:3 193:20 220:4
220:14 231:7
289:18
**asking**  11:12 35:19
35:21 42:2,4 53:3
58:23 59:6 62:10
142:6 162:6,23
163:4 220:20
234:19 265:14
**asks**  256:12
**aspects**  193:12
**assembled**  229:18
**assent**  178:20
179:14 180:6
**asserting**  122:3
**assertions**  96:13
**assessment**  185:19
185:22 190:15
**assign**  25:2,6 31:11
79:25 81:3,18 82:5

[assign - astm]

84:6 107:10 110:4
176:2 201:24
**assigned** 10:6 29:13
46:13 110:9 115:16
116:10 176:17
178:24 179:18
180:10 196:17
200:8 283:19,24
**assigning** 30:6 31:21
31:25 32:12 35:14
36:10 58:4 86:24
180:23
**assignment** 6:13
42:16,19 81:13
82:23 83:15 85:17
85:23 87:11,20 94:9
94:14,23 97:13
99:19 167:4,5,7
198:4 207:8 210:12
213:25 215:22
223:10,21 283:18
283:23 284:8
285:12
**assignments** 26:2
83:6,20,25 84:18
94:4 102:11 104:23
108:10,18 166:18
166:22 247:7
289:20 290:1
**assigns** 47:18
102:24 103:9
204:16 206:6
218:15
**assist** 185:23 267:21
268:2,14,14
**assistance** 268:5,20
269:9,12,17,20
270:2,6,7,17
**assists** 127:12 268:8
**associated** 92:11,13
196:13
**association** 1:5
**assume** 12:7 62:22
65:7 172:20 274:20

**assumes** 82:8
**assuming** 282:12
**astm** 1:3 2:18 3:9,12
3:14,17,19 4:11,13
4:15 5:12,13,22,25
6:5 9:20,24 14:5,7
14:17 18:7,22,25
19:10,13,16 20:20
20:21 21:5,6,8
22:24 23:4,7,14,18
23:21 24:1,4,7,11
24:15,21 25:2,5,7
26:15 27:3,9,17,18
27:22 28:1,5,8,16
28:17,19 29:6,8,11
29:13,16,16 30:3,4
30:5,7,17,24 31:6
31:10,11,12,22 32:1
32:5,6,10,14,15,22
32:25 33:1,5,9
34:17,22 35:8,10,15
36:7,10,24 37:7,14
37:14,21 38:6,7,11
38:21,24 39:9,15,20
40:2,19,25 41:2,3,4
41:21 42:5,7,18
43:6,9,12,15,21
44:19,22 45:1,4,4,6
45:18,21 46:2,12,15
46:25 47:3,17,18,20
48:7,9,23 49:2
55:20 56:6 58:5,8
58:21,21 60:3,10,15
61:5,6,7,12,16,22
62:3,8 63:7,17,20
64:6,14,16 65:9,15
65:20 66:3,19 67:20
67:24 68:9,14 69:2
69:5,9,13,22 70:3
70:11,16,20,22 71:3
71:8,19,20,24 73:8
73:8,10,11,21 76:11
76:13,23,23,25 77:9
77:16,16 78:2,12,16
78:19,25 79:5,9,13

79:24 80:1,12,17,20
80:24 81:1,2,4,12
81:13 82:4,7,25
83:2,3,5,6,14,16,19
83:21 84:4,5,7,18
85:23 87:5,8,11,12
89:1,5,9,10 90:6,14
91:15,24 92:1 94:17
94:18,23,24 95:1,5
95:7,11 96:14,18,20
96:21 97:19,21 98:5
98:8 100:6,15,21
102:12,23,24
103:11,12,12 104:2
105:7,12,19 107:7,8
107:11,16 108:10
108:19 109:18
110:3,7,10,11,25
111:12,14 112:2,19
113:2,20 115:9,11
115:15,16 116:3,6,9
116:10 117:1,5,21
118:10 122:3 123:7
124:13 126:4
127:11,15 129:3,9
129:12,24 130:10
132:15 133:6 134:7
134:9,22,24 136:3
136:10,15 137:13
138:2,18 139:8
141:3,16,17,18,19
142:16 143:10,24
143:25 144:9
145:18 146:12
147:2,6,9,24 149:3
149:4,8,9,10,14,16
149:21 150:1,13,14
150:17 152:8,15,16
154:22 155:2,24
156:3 157:6,9
158:11,18,20 160:6
160:11 161:7,7,18
163:4 164:22,25
165:21 166:18,23
169:3,14,18 170:21

170:24 171:24
172:15 176:6,15,20
176:21,21,22
178:19,23,24
179:13,17,18 180:5
180:9,10,25 181:2,5
182:17,21 183:11
183:23 184:12,22
185:10 188:7,11
189:13 191:19
196:20 197:8 198:3
198:21 199:18
200:8,25 201:11,19
201:21,25 204:3,10
204:12,15,17
205:11,19,22,24
206:5,6 207:3 208:1
208:10,12,23 209:2
210:11 211:4,5,13
211:25 214:1,14,24
215:4,8,23 216:5,9
216:13,23 217:15
217:15,23 218:10
218:15,25 219:3,5,9
219:22 221:7 222:3
223:20 224:16,24
226:1,8,18 227:15
227:17 228:4,8
229:13 230:5,6
231:5,5,14,15,17,18
232:17 233:3
234:14,15,21
235:21 236:7,14,24
237:4,14 238:3,18
239:1 240:1 241:6
241:24 243:23
244:24 245:16
248:2,4 249:9,25
250:18,22,25 251:3
251:3 252:16,20
253:2,11,18,19
254:2,3,11,21,23
255:11,19 256:20
257:1,2,5 258:13
259:7,21 260:11,13

Veritext Legal Solutions
866 299-5127

**[astm - astm087497]**

260:15,23 261:21
262:3,20 263:1,15
263:24 264:13
265:6,9,18,21,24
266:9,17,20 267:3
267:12,13 268:13
269:10,13 272:21
273:12 275:7,11,12
275:19,21 276:13
277:16 278:8,15,20
279:3,5,9 280:6
281:4 282:5,15,17
283:23,25 285:24
286:8,12,24 287:14
287:15
**astm's**  48:12 58:11
58:17,18 62:2
130:14,25 131:12
131:24 140:16
144:10,17 145:4,11
164:9 197:19
199:10 210:12
215:21 219:2,18
220:7 223:22,24
227:10 228:22
231:19 235:14
256:13 258:17,21
**astm.org**  240:3
**astm.org.**  188:23
**astm000001**  4:2
122:8,14
**astm0000107**
140:25
**astm000107**  133:3
134:20 136:8
141:13
**astm000108**  152:3
**astm000149**  156:22
156:24
**astm000155**  156:23
157:3,9
**astm000167**  158:6
160:16
**astm000168**  4:2
122:8,15

**astm001792**  5:19
261:14,21
**astm001793**  262:24
**astm001796**  290:9
**astm001798**  290:10
**astm001800**  5:19
261:15
**astm001801**  5:21
263:10,16
**astm001802**  264:3
**astm001813**  5:21
263:10
**astm003314**  5:11
244:17,24
**astm003315**  5:11
244:18
**astm003437**  3:20
68:15,23
**astm003440**  109:21
**astm003441**  3:20
68:16,23
**astm003445**  3:18
65:21 66:3
**astm003448**  3:18
65:22 66:4
**astm003501**  5:16
257:22
**astm003522**  5:16
257:22
**astm0088302**  289:3
**astm013275**  256:12
**astm025633**  4:8
187:3,21
**astm025637**  189:11
**astm025640**  4:8
187:4
**astm034596**  289:2
**astm049368**  4:3
171:13,20
**astm051140**  4:24
229:6
**astm052816**  5:23
264:14,23
**astm052817**  5:23
264:15

**astm057841**  5:2
232:11,21
**astm060533**  4:24
229:6
**astm061183**  6:7
278:22 279:3
**astm061450**  4:19
210:21 211:10
**astm062194**  5:23
264:15,23
**astm062195**  5:23
264:15
**astm062198**  5:24
264:16,24
**astm062199**  5:24
264:16
**astm063146**  4:19
210:21 211:11
218:6,8,13 219:8
223:23 224:9,17
**astm063147**  4:20
210:21 211:11
218:7,9 222:2,13
223:25 224:11
**astm064686**  6:2
277:10,16
**astm064692**  6:2
277:10
**astm065682**  4:20
210:22 211:11
224:14
**astm066345**  4:20
210:22 211:12
225:23
**astm066829**  4:22
229:3,14
**astm066848**  4:15
205:12,19
**astm066853**  4:15
205:13,20
**astm066871**  4:18
210:19 211:9
**astm067015**  4:22
229:4,14

**astm067024**  4:17
209:25 210:11
**astm067321**  4:22
229:4,14
**astm067813**  4:22
229:4
**astm068894**  4:10
195:21 196:3
**astm069058**  4:19
210:20 211:10
**astm069093**  5:2
232:11,18
**astm069213**  4:18
210:20 211:9
**astm069635**  233:17
**astm070124**  4:23
229:5
**astm071068**  4:23
229:5
**astm073844**  4:14
204:4,10
**astm073852**  6:11
281:24 282:5
**astm074751**  4:23
229:5
**astm075283**  4:23
229:6
**astm075697**  5:4
236:1,7
**astm079420**  4:12
201:13,19
**astm080176**  4:19
210:20 211:10
**astm081145**  4:24
229:7
**astm082973**  5:6
238:9 239:6
**astm086030**  4:5
173:5,12
**astm086031**  4:5
173:6
**astm087493**  6:4
277:24
**astm087497**  6:4
277:25

Veritext Legal Solutions
866 299-5127

[astm088320 - becker]

**astm088320** 5:18
  260:4,11
**astm088325** 5:18
  260:5,11
**astm099502** 5:9
  243:17,24
**astm099506** 5:9
  243:17,24
**astm101777** 5:7
  239:20 240:1
**astm101779** 5:7
  239:20
**astm103272** 5:12
  253:12,19
**astm103273** 3:11
  34:25 35:9
**astm103274** 5:14
  255:12,20
**astm103276** 5:14
  255:13,20
**astm103277** 3:13
  60:4 61:8
**astm103284** 3:13
  60:4
**astm103285** 3:15
  64:7,15
**astm103290** 3:15
  64:8,15
**attached** 189:1
  246:5
**attachment** 4:8 5:10
  5:17 6:4 187:3
  244:17 246:8,12
  260:4,12,14,23
  277:24
**attempting** 278:7
**attendance** 86:12
**attended** 54:14
  194:13
**attending** 9:9
  100:23
**attorney** 163:2,21
  163:24 164:12
  200:13 201:3 202:4
  204:21 206:13

217:3 218:20
  222:25 224:3
  237:21
**attorneys** 9:7
**attributable** 153:20
**attribute** 237:14
**attributed** 96:4
**audible** 11:24
**audio** 8:10
**august** 291:12
**authentic** 171:25
  188:12 240:12
  244:5 245:16
**authenticate** 172:9
**authentication**
  245:21,24
**author** 110:7,8
  129:25 130:7,11
  133:9 134:13 135:3
  156:25 157:3,8
  260:13,16,24 261:9
**author's** 111:10,17
  112:4 133:11 157:1
  157:4
**authors** 110:5,12
  115:10 116:4
**authorship** 143:4
**automated** 156:12
  156:15
**available** 102:1
  144:10,17 155:24
  156:4 159:20,23,24
  160:1,2 176:22
  219:3 258:2
**avenue** 2:5
**average** 17:8 20:1
**aware** 33:20 41:13
  41:17 42:3 45:10,13
  46:22 58:9 59:19
  76:23 77:4 79:9,9
  117:6 130:21 131:8
  131:20 163:23
  164:2,13 182:8
  217:25 221:21
  235:10 265:23

266:5
**awareness** 58:4
**awful** 269:16

**b**

**b** 1:3,14 2:17 3:7,23
  63:4 88:9,18 109:19
  109:22 241:4 242:5
  242:15,22,24
  259:11,11 283:8
**b1a** 109:23
**b1b** 109:23 116:2,17
**back** 12:17 15:21
  18:5 19:7 57:20
  66:16 80:7 88:4
  96:23 105:2 108:5
  117:14 120:4 126:1
  135:24 145:19
  155:17 159:9,12,18
  187:12 195:18
  198:23 199:15
  226:19 227:19
  228:9 231:10 234:9
  239:16 257:19
  280:3 283:5 288:21
**background** 241:23
  242:1 248:15
  249:11
**ballot** 151:21
**balloted** 148:6 271:5
  275:24
**balloting** 186:19
  270:20
**ballots** 98:15,19,20
  98:22
**ballpark** 252:24
**bank** 259:15
**based** 55:10,13
  74:19 75:9 95:24
  278:12
**basic** 43:3,4,5 44:3,4
  44:16,23 45:2 94:15
  94:23 96:25
**basically** 97:13

**basis** 40:5 49:18
  70:7,14 75:11 94:22
  95:4,8,12 96:19
  105:11,18 120:14
  153:1,13,16 207:23
  242:20 253:9
**bates** 5:1 6:12 34:24
  35:9 60:3 61:5,8
  64:7,14 65:21 66:3
  68:15,22 92:11,13
  92:24 93:7,14
  109:20 122:7,14
  124:2 171:12,19
  173:5 187:3,21
  189:10 195:21
  196:2 201:13 204:4
  205:12 209:25
  210:19 211:8 218:6
  229:3 232:10,20
  236:1 238:9 239:6
  239:20 243:17
  244:17,24 253:12
  253:18 255:12,19
  257:22 260:4
  261:14,21 263:10
  263:16 264:14,23
  277:9,24 278:22
  279:3 281:24
  283:17,22 284:7
  285:10,17,20 289:1
**becker** 2:10 3:4 9:15
  9:16 10:17,18 11:9
  12:19 13:7 14:14
  15:12 16:11 17:25
  18:20 19:6,24 20:12
  21:3,14 22:19 24:2
  24:17 25:3,18 28:13
  30:1,16,22 31:8,23
  33:13 34:2,12 35:3
  35:24 36:21 37:6,15
  38:8,18 39:3,24
  40:21 41:16 42:1,17
  43:22 44:2,14 45:15
  46:5,11,24 47:15
  48:10,18 49:17 50:9

[becker - beyond]

| | | | |
|---|---|---|---|
| 50:14 51:11,22 52:2 | 162:1,8,16 163:1,9 | 245:1,9,20,24,25 | 55:14 58:5,14,18 |
| 52:12,17 53:4,16 | 164:6,21 165:12,24 | 246:13 247:1,6,13 | 60:12,16 61:13 |
| 54:5,18 55:1,16 | 166:6,12 167:21 | 247:21 248:14 | 63:22 68:2 70:10,13 |
| 56:2 57:11,22 59:2 | 168:5,21 169:23 | 249:7,16 250:11,21 | 71:21 72:8 85:12 |
| 59:8,11,17 60:7 | 170:7 171:6,16 | 251:10,14,19,24 | 88:24 89:19 90:7 |
| 61:3 62:6,11,19 | 172:4,11,21 173:9 | 252:4,12,25 253:15 | 93:18 101:10 |
| 64:11 65:2,25 67:6 | 174:4,10,18 175:4 | 254:18 255:3,16 | 104:18 107:22 |
| 68:19 71:1,17 72:10 | 175:12,19,24 | 257:10 258:10 | 108:13,22,23 112:2 |
| 72:19 73:19 74:3,17 | 176:13 177:9,18 | 259:6 260:8,21 | 120:17 124:9,25 |
| 74:21,23 75:2,17 | 178:6,17 179:8 | 261:18 262:12 | 125:23 127:9 |
| 76:4,10,22 77:6,15 | 180:2,16 181:1,18 | 263:13 264:19 | 132:18 135:6,11 |
| 77:20 78:1,10 79:22 | 182:10 183:15,21 | 265:8,22 266:12 | 156:5 162:17 |
| 80:6 81:9 82:14,21 | 184:6,17 185:7,20 | 267:10,25 268:12 | 166:15 171:24 |
| 84:1,9 86:11 88:14 | 186:3,9,14,20 187:7 | 269:14 271:8,15 | 172:5 173:2 174:8,9 |
| 89:7,17 90:1,21 | 187:18 188:16 | 272:1,7 273:1 | 188:11 192:9 |
| 92:21 93:20 96:10 | 191:2,15,23 192:12 | 274:14,22 275:5,16 | 199:21 200:25 |
| 97:8 98:6,18 100:9 | 192:21 193:5,11,24 | 276:3 277:13 278:3 | 206:3 209:7 213:13 |
| 103:13,22 104:12 | 194:6,17,18,24 | 278:25 279:21 | 214:14 223:13 |
| 104:20 108:4,15,24 | 195:4,9,24 197:7,15 | 280:14 281:1,13 | 224:7 230:3 231:7 |
| 110:20 111:2,7 | 198:1,8,16 199:6,16 | 282:2,20 283:6,12 | 232:4 240:8,12 |
| 112:1,14,21 113:1 | 199:23 200:21 | 284:4,11 286:7,17 | 241:19 242:14 |
| 113:18 114:9,15 | 201:16 202:12,22 | 286:22 287:5,8,12 | 244:5,8,12 253:23 |
| 115:6,20,21 117:15 | 203:11,20 204:7 | 287:20,25 288:4,9 | 258:19 280:11 |
| 118:2,15 119:20 | 205:3,16 206:17 | 289:7,16,22 290:2 | 284:1 285:16,22 |
| 120:20 121:4,12,20 | 207:12 208:9,18,25 | 290:15 | 289:11,17 290:10 |
| 122:11,22 123:4,22 | 209:11 210:3,25 | **began**  159:23,25 | **believes**  42:6 47:18 |
| 124:17 128:7,12,21 | 211:23 212:5 213:2 | 160:3 215:8 | 55:15 84:6 102:23 |
| 129:23 130:23 | 213:17 214:13,23 | **beginning**  28:21,23 | 200:8 204:16 206:5 |
| 131:10,22 132:12 | 215:13 217:13 | 105:3 176:12 255:7 | 218:15 223:20 |
| 132:25 133:2 | 218:4 219:7,20 | **begins**  88:5 159:10 | **believing**  49:19 70:8 |
| 134:18 135:10,15 | 220:1,9,16,25 221:6 | 214:11 239:17 | 70:15 |
| 135:25 136:22 | 221:20 222:1,11,19 | **behalf**  2:3,8 9:20 | **belong**  45:5 |
| 137:5,11,18 138:8 | 223:7,18 224:12 | 89:1,4 90:5,14 | **benefits**  73:5 165:10 |
| 138:15 139:1,7,13 | 225:4,20 227:4,9,14 | 167:24 168:10 | 176:16 |
| 139:19,24 140:3,9 | 228:3,16,21 229:10 | 169:8 170:17 | **benjamin**  176:3 |
| 140:22 142:7,23 | 229:20,22,24 | **belief**  53:6 55:9 | **best**  13:22 14:1 |
| 143:20 144:7,15,23 | 230:13,18,25 | 58:18 94:22 95:4 | 17:12 192:24 |
| 145:2,9,16 146:10 | 232:14 233:1,5,25 | 105:24,24 120:10 | 277:21 284:15,20 |
| 146:19 147:5,23 | 234:5,11,20 235:2,7 | 133:24 | 284:21 |
| 149:19 150:25 | 235:12,19 236:4,21 | **believe**  24:24 25:9 | **better**  258:7 |
| 151:10,22 153:11 | 237:9,13 238:2,12 | 26:9 30:5,15,17 | **beyond**  51:17,23 |
| 154:8,9,17 155:1,9 | 238:24 239:7,23 | 36:4,12,15 40:13 | 89:10 130:19 |
| 155:22 156:8,13 | 241:1,4,9,18 242:3 | 42:14 43:17 47:21 | 131:17 132:4 |
| 157:16,23 158:5,15 | 242:8,14,22 243:11 | 48:23 49:10,11,11 | 136:19,23 138:11 |
| 160:4,10 161:3,17 | 243:13,20 244:21 | 49:20 50:15 51:4,22 | 139:16,22 140:7,18 |

Veritext Legal Solutions
866 299-5127

[beyond - certificates]

141:21 142:18,25
143:13 144:3,12,19
145:14 146:15,24
150:22 151:3 165:7
165:17 166:4 171:1
172:2,5,17 173:25
174:14,25 175:8,17
183:12 184:13,24
192:7,16,25 193:19
194:22 197:10,21
199:12 203:7,16
208:5 209:15
221:16 226:25
227:22 228:12
230:9 231:22
233:21 237:5
240:23 245:18
246:20 248:10
249:5,18 251:6,16
252:10 253:5 259:3
259:22 260:18
261:1 267:5 286:3
**bigger** 150:7
**biggest** 95:14
**bit** 18:6 247:18
**board** 65:10 66:16
67:8,12 69:9,22
**bob** 132:18 158:3
**bockius** 2:4
**bodies** 207:24 208:3
208:4,4,11 209:4
**book** 136:10,15
137:4,13 138:2,18
138:24 139:3,4,9
141:19 144:9 147:2
147:3 149:4,8,13,21
150:1,14 152:8,15
152:16,21,22,24,25
153:3,15,18,19
154:4,6,11
**books** 159:19
**bottom** 60:22 65:8
69:21 133:17
196:10 197:17
199:8 256:11

**box** 125:11,14
126:19,25 127:8
128:3,19,25 129:9
129:15 133:13
134:3,9,25 145:23
177:2,8 256:15
**break** 12:21,22 13:1
52:10,16 57:9,9,12
132:24 194:15
195:10 258:8
282:22
**breakfast** 100:22,24
101:3,6,17,21
**breaks** 258:6
**bridges** 2:11 9:16,21
9:25 187:14 246:24
248:19,24
**briefly** 156:25 157:4
258:23
**bring** 38:6 83:1
**bringing** 32:4,13
36:6 37:23 40:18
107:8
**british** 111:11 112:5
113:7
**broader** 16:23
**brooke** 63:1,6,11,21
63:23,25
**brought** 32:20,25
190:25 191:6,25
192:4
**bulk** 158:19
**bullet** 252:13
**business** 95:19
163:13,23 164:3,7
164:14
**buy** 43:11
**buying** 95:14

**c**

**c** 2:1 74:11 75:5
76:6,12 77:8 291:1
291:1
**c14.92** 282:18

**california** 2:12,13
172:14
**call** 129:14 169:10
**called** 86:9,10 150:4
150:9 199:22
217:19
**calls** 19:18 20:23
22:12 29:17 30:9
31:14 33:10,24 37:2
37:25 38:14 39:1,21
41:5 42:8,20 46:17
47:6,22,23 49:3,4
51:7 52:25 53:12,23
54:8,23 55:7 62:16
66:24 70:23 71:12
71:25 73:13 74:14
75:6,19 76:15 77:11
77:18,22 78:6 80:2
81:5 102:25 110:14
110:22 111:19
112:7,16 113:10
114:2,11 117:9,22
118:11 129:17,18
129:19 130:18
131:16 132:3
139:15,21 140:21
146:24 150:21
157:20 158:12
160:23,24 161:14
163:17 170:2,25
172:16 173:24
174:13,24 176:7
177:24 178:14
179:1,2,20,21 181:8
181:9 188:13
192:16 200:10,12
201:1 202:1 203:6
203:15 204:18
206:7,10 214:7
218:17 221:3,15
224:2 225:11
226:23,24 227:21
227:23 228:13
230:10 231:23
233:22 237:6,18

245:17 246:9
251:17 252:9 253:4
265:12 272:23
**canadian** 111:11
112:4 113:7
**capacity** 50:18,19
51:5 52:23 53:10,21
55:5 242:6
**caption** 8:23 10:4,5
**card** 175:5 177:16
177:21 203:23
**carl** 2:19 10:1
**case** 1:2 8:23 9:2,4
143:6 148:3 154:10
155:11 162:25
203:19 228:6
247:20
**cases** 170:6
**cassidy** 84:24 85:14
85:20,22 86:2 87:7
87:19 99:7 108:25
**cast** 98:16
**category** 258:24
259:17,20
**caveat** 276:24 277:3
**caveats** 269:12
276:13,15,18,22
277:2,2
**cc** 188:8
**cc'd** 188:23 243:25
**ccr** 1:21
**cell** 8:7
**center** 1:18 183:6,7
202:15 203:2
**certain** 26:7 62:13
62:18,21 64:3
119:13 127:16
155:17 162:9 235:1
257:6 277:1
**certificate** 123:17
123:24 124:3,7
126:4 141:7,25
142:3
**certificates** 4:1
122:6 123:2,6,10

[certificates - complete]

124:12 164:8
**certification**  78:21
  133:16
**certify**  291:3
**chain**  4:7 5:7,8 6:3
  137:1 143:2 187:2
  239:19 243:16
  247:7 277:23
**chairman**  280:20
**challenged**  95:11
  96:13
**chance**  13:14 229:25
**change**  148:8
**changed**  153:4
  275:25 276:4
**changes**  13:15,16,17
  65:14 74:18 151:24
  253:9 271:2,21,25
  272:3,11 274:24
  276:7,11
**chapters**  137:3
**characteristics**  21:4
**characterize**  50:23
**charge**  156:14,19
  252:5
**charles**  176:3
**check**  4:3 126:19,25
  128:19,25 129:9
  134:3,9,25 171:12
  177:1,8 178:2,4,5
  256:15
**checked**  125:10,15
  129:15
**checking**  127:8
  128:3
**checks**  133:13
  145:22 172:9
**cherry**  211:17
  229:18 232:23
**chinese**  265:11,20
  265:21,25
**choose**  169:13
**circumstances**
  56:23 148:7

**citizens**  209:13
**claim**  283:19
**claiming**  143:11
**claims**  29:11 198:3
  283:24
**clarify**  12:4 80:16
  213:21
**clarity**  199:4
**classification**  15:17
  56:4,7,9
**classifications**  15:5
**classified**  55:21
**clause**  74:11 75:5,9
  75:13 76:6,12 77:8
  77:10 115:7 116:13
  116:17 180:22
  181:3,6
**clauses**  74:18
**cleanup**  191:5,7
  192:23 193:8
**clear**  89:4 113:20
  182:20 288:8,15,24
**click**  81:17
**client**  163:2,21,24
  164:12 200:13
  201:3 202:4 204:21
  206:13 217:3
  218:20 222:25
  224:3 237:21 243:3
**close**  273:15,16,18
**collaborating**  250:3
**collaboration**  5:12
  21:21 22:25 23:9,13
  24:6,19 25:17 26:20
  26:21,22 27:1,7,8
  28:5,8,18 30:4 31:4
  31:13 81:22 94:12
  102:19 103:9 167:3
  179:6 253:12,20
  254:1,2,21
**collected**  227:15
  228:2
**collecting**  268:24
**collection**  149:14
  228:1

**collective**  157:5,10
**collectively**  78:25
  109:13
**columbia**  1:1 9:4
**combined**  181:23
**come**  13:8 22:4 31:5
  43:7,17 48:6 94:17
**comes**  269:17
**commence**  245:8
**commencing**  1:19
**comment**  13:17
**committee**  4:11 6:6
  14:12,15,18 15:22
  16:1,12,18,20,23,25
  17:1,2,3,17,22
  49:20 50:8 56:12
  57:2,5 78:14 80:18
  82:13,17 83:5,12
  95:16 100:25
  117:12,18 118:4,7
  118:10,17,21,25
  119:4 148:5 165:20
  168:20,24 169:6,16
  170:12 185:19,23
  190:14,23 191:22
  192:5,10 194:2,8,20
  195:1,6 201:12,22
  203:23 217:11,16
  217:24 218:1,10
  222:21 223:6,17
  225:19 226:8
  250:19,23 251:1,5
  263:22,24 264:2
  268:15 269:6
  274:16,21,23 275:6
  275:10,19 276:12
  278:21 279:5
  282:19
**committees**  5:25
  14:20 15:20 31:1
  49:11,25 50:5 51:3
  52:21 53:8,20 54:13
  55:20,23 151:6,14
  151:15,16 166:8,16
  167:14 168:4,9

189:14 217:21
  249:10 252:16,21
  253:3 254:20 266:9
  266:18,20 267:4,8
  267:12,17,22 268:2
  285:25 286:9,12,25
  287:16
**common**  22:14
  278:18
**communicated**
  109:10 132:15
  207:3
**communication**
  42:22 47:8 130:14
  130:25 131:12
  204:22 206:13
**communications**
  29:19 30:12 31:16
  41:8 42:10 44:8
  45:8 46:19 47:25
  49:6 52:18 53:6
  71:13 72:2 73:15
  74:19 75:9,22 76:17
  99:2,7 106:4,9
  110:17 111:21
  112:9,12 113:12
  114:4 126:18,23
  131:25 163:3,21,25
  164:12,15 200:14
  201:4 202:5 217:3
  218:20 223:1 224:3
  224:4 237:21
**companies**  33:7
  46:13 47:1
**company**  46:1 47:19
  49:15 55:15
**compare**  72:14
  140:24,24 218:7
**compilation**  4:21
  5:1 152:6,11 211:3
  229:2,13 232:9,17
**complaint**  3:25
  121:17,23
**complete**  139:8
  258:8 263:21

Veritext Legal Solutions
866 299-5127

[completed - copyright]

completed 93:3
completely 13:10
  153:25
completion 160:17
compliance 46:4
comply 228:5
component 143:5
compose 19:1 20:21
composes 18:14
compound 53:1,13
  53:24 54:9,22 73:25
  96:6 104:4,17
  108:12,21 113:10
  114:2 147:18
  149:12 154:14
  156:1 161:13 176:8
  177:6 179:20
  184:25 185:11
  194:3 211:20 214:7
comprises 149:14
computer 291:8
con 135:8
concept 95:25
concern 161:10
  193:14 250:13
  286:11
concerned 25:10
concerning 44:17
  83:16 108:9,18
  124:12 128:3
  129:13 130:15
  131:1,13 132:1
  192:23 222:3
  223:22,24 224:16
  245:3 254:3,22
  279:9 284:17
concerns 26:2
  162:18 172:6
  223:20 247:1,14
  249:8
concluded 290:24
concludes 87:24
  159:4 239:11
  290:19

conclusion 29:18
  30:10 31:15 37:2
  38:1,15 41:6 42:9
  42:21 46:18 47:6,23
  49:4 51:8 53:1,13
  53:24 54:9 55:8
  72:1 73:14 74:15
  75:7 76:16 80:3
  81:6 103:1 110:15
  111:20 112:8
  113:11 114:3
  129:19 158:13
  160:25 169:10
  176:8 179:2,22
  181:9 188:14
  200:11 201:2 202:2
  204:19 206:11
  214:8 218:18
  226:25 227:24
  228:14 237:19
  245:18 272:23
concrete 53:15
conditioning 1:7
conference 217:8
conferences 100:21
confirm 137:23
  142:9 215:7,18
  285:5,11
confirmed 141:17
  141:17
confirming 215:15
confirms 142:4
confusing 38:2
  113:10 153:8,23
  179:1,20
conjunction 39:6
  40:12
connection 289:4
consensus 14:24,25
  16:14,15 17:15
  151:8 275:25
considered 57:6
  165:22
considering 251:4,8

consolidating 250:6
constitute 165:14
constituted 50:17
construction 158:9
  193:3,13
consumer 172:13
contact 276:10
contacts 270:22
  272:10,13
contain 137:21
contained 149:7
  162:21 224:11
contend 247:9
content 17:24 18:2
  18:12 20:5 169:18
  192:20 250:7,8
  271:2,21 272:12
  275:20,23
contents 41:1
context 123:16,21
continue 8:11
continued 224:24
continues 238:3
continuing 121:13
contracts 115:9
  116:3
contrast 157:2
contribute 32:5 54:3
  97:2
contributed 41:1
  81:1
contributes 38:11
  58:18
contributing 36:23
  44:18 48:8 54:15
  169:17
contribution 125:12
  133:12 157:1,5
contributions 54:6
  55:3,13 81:19 96:21
  103:11 105:7 186:2
  186:4,10,13,16
  194:1,8
conversation 55:12
  87:19 127:2 134:1,7

134:23 135:9
conversations 8:6
convert 32:15
converted 32:21
coordinating 250:16
copied 187:24
copies 39:10 139:8
  140:15 160:1
  212:11 234:22
copy 120:22 246:2
  260:15,23 262:1,18
  277:18
copyright 4:1 30:6
  31:12 41:20 42:7
  45:5 47:2,18,21
  52:3 58:19 73:7
  79:12,25 81:3,13
  82:5,23 83:21 84:6
  84:18 85:18,23
  86:24 87:11,20 94:5
  94:14,22 95:6 96:13
  97:13 99:19 100:6
  100:14 102:11,24
  104:23 105:9,13,20
  107:10 108:10,18
  111:12,15 112:5
  115:15 116:8 122:7
  123:3,7,10,17,24
  124:4,8,13 125:15
  125:17,20,25 126:4
  126:18,20,24 127:3
  127:6,7 128:2,17,24
  128:25 129:4,8,16
  130:1,4,5,15,16
  131:1,2,13,14,25
  132:2,10,15,17
  133:5 134:2,8,23
  136:3,25 140:25
  142:16 143:3,4,9,11
  143:23 145:19,25
  150:18 157:18
  158:7 159:21,21
  161:8 164:18
  166:18,22 176:3,19
  178:22 179:16

Veritext Legal Solutions
866 299-5127

[copyright - deficient]

180:8,24 200:9,23
201:25 204:16
206:6 210:12
213:24 215:22
218:15 223:8,9,21
231:5,15,18 241:10
241:11 247:6
248:22 254:4,22
260:13,16,24 261:9
262:25 265:24
283:19,24
**copyrightability**
113:5,23 114:20
**copyrighted**   43:10
43:15 94:20 96:21
129:14
**copyrighting**   95:11
97:1
**copyrights**   29:14
41:4 46:13 58:4
71:22 78:18 80:23
248:12
**corner**   65:4 141:13
160:20 196:10
197:17 199:8
**corporate**   259:13,14
**correct**   13:10 20:6
23:10 25:9,11 26:12
36:14 60:19,23,24
61:9 63:14,15 65:11
70:5 82:2,3 89:13
90:6,23 98:25 99:14
102:5 119:15
127:21,22 129:16
136:12,13 145:15
146:4 154:12
155:19,21 161:12
167:12 173:19,23
174:6,12,20,23
175:7,20 178:8,13
182:21 183:17
188:24 189:8,15
202:16 203:2,5,14
203:24 205:6,8,9,25
212:14,18 214:2

221:2 222:6,15,18
224:17,22 233:20
236:15 238:5,19
239:2 246:1 248:3
252:21 255:25
256:24 260:14,23
261:8 262:1 284:15
284:19 291:9 292:3
**correctly**   291:7
**correlate**   143:23
**correlates**   147:3
**correspond**   285:20
285:21
**corresponded**
285:12
**corresponds**   136:4
141:11 142:15
**costs**   256:23
**counsel**   2:18 8:22
29:20 30:12 31:17
34:2 41:8 42:11,23
44:8 45:9 46:19
47:9,25 49:6 62:23
63:6,11,14,17,20
64:1,2 67:2 71:13
72:3 73:16 74:20
75:10,23 76:3,18
83:14 84:17 86:9
110:18 111:1,22
112:10,20 113:13
114:4,14 117:25
121:4 162:1,8,16
163:1 215:16,21
224:5 227:8,11
228:20,23 242:14
245:2 248:20 285:1
285:3 288:10 291:9
**count**   56:14,18,21
56:24 138:24
**counterclaims**   1:11
**countries**   207:20,25
209:14
**country**   208:24
209:3

**couple**   52:12,14
249:20
**course**   21:24 30:24
78:24 111:10,16
112:3 113:6,24
114:22 267:13
**court**   1:1 9:3,11
11:16,20 159:14
243:5,13 245:4,5
**court's**   242:17 245:2
**covered**   143:7
**create**   27:1 104:1
115:11 116:5
152:16 269:5
**created**   28:24 29:15
30:8 33:17 61:17
71:23 81:4 82:7,24
113:5,23 114:20
155:5 249:12 251:1
274:16,17
**creates**   225:21,24
250:18
**creating**   251:4
**creation**   83:17
98:23 154:20 155:4
176:20 178:23
179:17 180:9
226:20 227:19
228:9 247:3 289:5
**credit**   175:5 177:16
177:21 203:22
**crossed**   236:12,20
237:16 238:19
279:8
**crossing**   237:3
**crunching**   268:25
**cuff**   54:16 55:2
**current**   63:13 68:6
69:12 92:1 149:10
151:17 217:12
262:2,8,11,19
**currently**   127:19
256:1
**customer**   199:14,17
225:25 230:22

282:8
**customers**   95:14
**cv**   1:3 9:5

**d**

**d**   1:3 3:1 72:8,12,15
72:21 78:12 79:8
80:16 200:25
**d.c.**   2:5
**d04**   50:7
**daily**   253:9
**dan**   9:6 240:3
290:20
**daniel**   1:16 3:3
10:11,24 292:12
**dar**   1:3 10:6
**data**   268:24
**date**   8:15 25:8 65:3
66:12 67:13 69:4
86:15 91:3 133:21
143:19 148:12
160:17,19 196:19
**dates**   70:9 101:4,7,8
**day**   93:24 238:3
242:20 291:12
**deal**   269:8
**deals**   250:15 277:3
**deb**   189:21
**deborah**   189:24
190:12,22 191:17
191:24 192:3,22
193:7,13 194:25
**dec**   196:11,19
**decade**   23:8,8
**decision**   126:19
151:6
**declare**   292:1
**deemed**   78:15 80:19
**defendant**   1:10 2:8
3:21 9:17 10:19
88:7
**defense**   8:22 202:15
203:1
**deficient**   89:23

[define - disclose]

**define** 15:13,25
185:6
**defined** 270:10
**defines** 79:5
**definition** 141:5
**definitively** 121:7
**delivered** 236:24
**denied** 245:6
**department** 132:8
138:22 139:18
140:5 172:13 197:1
199:15,18 226:1
230:23 253:8 261:6
269:5 274:6,17
282:8
**depend** 82:13
**depending** 56:11
150:7
**depends** 57:1
148:16,17
**depict** 262:24
**depiction** 255:25
**deponent** 291:5,7
**deposed** 258:2
**deposition** 1:14 3:23
7:1 8:10,18 10:21
11:1,12 13:13 67:16
67:21 68:1,5 69:17
71:6 83:22 84:11,19
85:15 86:4 88:9,18
90:17 91:1,6,21
92:4 93:14,22 99:3
99:8,13 106:5,10,15
108:7 109:3,11,15
114:17,23 116:22
119:8 121:6 123:14
124:12 125:3,8
143:16,22 206:24
207:2 231:2,12
242:21 243:7 245:3
245:4,8 246:23
254:5 255:4,8
258:22 262:15
283:9 288:5 290:20
290:24 291:8

**derek** 199:20,24
235:17,20
**derivative** 152:6
**describe** 40:14
45:19 50:10 156:25
157:4
**described** 27:2,21
27:25 28:4 36:9
41:19 44:4,17 93:12
94:24 116:17
254:19 273:21
274:25
**describing** 32:8,21
33:16 34:14 35:13
45:17 104:16 208:3
254:11,23
**description** 3:8
**designate** 147:10
165:19 167:23
168:3 169:5,15
196:25
**designated** 172:9
283:16
**designates** 168:18
168:23 197:18
199:9
**designating** 168:8
169:7
**designation** 131:18
132:5 136:20,24
140:8,19 141:4,22
142:19 143:1,14
144:4,13,20 145:14
146:16,25 150:23
165:7,17 166:4
171:2 172:2,6,18
174:1,15 175:1,9,18
183:13 184:14,24
192:8 193:1,20
194:23 197:11
199:12 203:8,17
208:6 221:17 227:1
227:23 228:12
230:10 231:23
233:22 237:6

245:19 249:6
252:10 253:6 259:3
260:19 286:3
**designations** 151:4
246:20
**designee** 241:5
242:24
**details** 87:18 193:6
**determine** 137:25
138:17 139:2
144:16 146:21
**develop** 14:20 15:20
16:2 18:12 20:16
21:22 22:7 23:14
27:4 83:2 94:17
192:11,14 267:9
**developed** 6:10 18:7
19:23 22:9,21 83:5
280:5,23
**developing** 16:13
21:16 27:16 43:8
83:2 94:25 192:20
207:20,24 272:17
272:18
**development** 25:25
28:9 54:3,17 56:5
176:20 178:23
179:17 180:9 183:5
184:21 250:3
267:19 280:12,16
**develops** 20:5
**devices** 158:10
**dg** 196:12,22,23
198:6
**diana** 200:24
**difference** 16:19
74:9 157:18 167:20
168:6 217:14,25
223:22
**differences** 22:6
72:20 74:9 98:7
254:9
**different** 21:2 50:5
51:3 52:21 53:8,20
54:12,13 70:3 95:16

100:25 110:4
129:12,14 148:9,11
173:17,20 212:17
212:21,22 216:1,4
216:24 222:3,10,18
222:20 225:5 226:7
247:24 248:7 274:1
290:6
**differently** 19:5
55:21 56:1
**difficulties** 286:10
**digital** 144:11,17
145:4,11
**direct** 163:22
**direction** 7:3
**directly** 37:22
**director** 199:21
235:22
**directors** 65:10
66:17 69:10,23
**directory** 4:6 171:4
171:8 181:15,22
182:8,12,15,21
**disagree** 89:25
136:22 137:9
142:25 172:10
241:18 243:11,12
**disagreed** 170:10
**disc** 87:24 88:5
159:4,10 239:11,17
**disclose** 29:19 30:11
31:16 41:7 42:10,22
44:7,11 45:8 46:19
47:8,24 49:6 71:13
71:14 72:2 73:15
75:10,22,24 76:17
111:21 112:9
113:12 114:4
163:20,25 164:11
200:13 201:3,5
202:4 204:21
206:14 217:2,4
218:19 222:25
224:4 237:20

[disclosing - electronic]

disclosing   110:17
  112:11
disclosure   206:12
discovery   228:5
discuss   71:2 94:1
  97:13 99:16,24
  105:25 106:21
  114:16 116:20
  119:9 125:6
discussed   58:1
  89:18 91:20 106:23
  125:9 163:15 254:4
discusses   262:25
discussing   64:23
  136:8 141:1 145:20
  160:16 161:6
  182:15 222:6
discussion   97:15,17
  120:9 124:20 128:2
  231:5,14 265:23
discussions   124:10
  124:19 192:20
  247:16
distinction   113:3,21
  165:2
distinguish   21:6
  46:25
distributed   43:11
district   1:1,1 9:3,4
division   14:17
document   32:14,16
  32:24 33:19,22 34:3
  34:14 35:7,9,10,12
  35:22,25 36:3,4,6,8
  36:9,13 37:13,19
  38:6,9 61:5 64:13
  64:18,22 65:5 66:2
  66:5 67:15,18 68:21
  68:24 69:1 70:2
  76:6,9 81:3 82:6
  83:7 88:20,22 107:8
  107:23 109:22,25
  111:8 121:24 122:1
  122:16,19 134:20
  157:13 171:18,21

171:24 172:12,24
  173:11,13 181:20
  182:1,4,24 187:19
  188:11 196:1,4
  200:7 201:18,20,24
  202:18 204:9,11,15
  206:20 207:8 210:6
  210:10,13 219:8,12
  219:14 232:24
  236:8,17 238:15,18
  238:21 239:6,25
  240:5,9,12,15,17
  241:2 242:11
  243:22,23,25 244:2
  244:5,9,12,23
  245:16 246:6,14
  247:10,16 248:15
  249:7,11 250:13
  253:17,22 254:24
  255:18,21 256:6
  258:13 260:10
  261:20,22 263:4,16
  263:17 264:22
  266:15,22 270:8,19
  277:15,17 278:11
  279:2,4,7,11,24
  280:4,8 281:3,6
  282:6 284:23 285:3
  285:21 289:5,18
  290:4
documentation
  44:21 94:9
documented   44:5,13
documents   4:21 5:1
  6:13 7:9 15:2,3
  32:20 34:7 37:24
  40:18 44:15,22 45:1
  45:10,14 46:21 59:9
  59:10,14,20 78:15
  79:11 80:19 84:5
  92:8,10,12,23 93:4
  93:6,11 122:14
  124:2 130:13
  131:24 205:19,21
  211:3 229:3,13,18

230:2 232:10,17,24
  233:2,7 241:5 250:4
  264:22,25 265:2
  268:21 284:8
  285:22
doing   30:5 37:22
  268:25 273:21
downloaded   277:19
draft   18:2,4,13 20:6
  21:16,22 22:7,9
  23:14 27:4 28:10
  30:7 37:22 38:12
  46:14 66:6,9 78:21
  80:1 81:3 82:6
  103:25 104:13
  185:10 256:19
  269:9 270:13 271:2
  271:22
drafted   33:7 45:4
  62:7,15
drafting   24:21
  28:19 29:7 36:24
  37:20 44:18 45:18
  45:20 58:21 79:23
  81:1 97:22 98:9
  185:24 268:15
drafts   22:21 24:3,11
  24:21 29:14 41:1
  71:22 95:6,7 105:15
  105:22 186:21
dsmith   188:23 240:3
duly   10:12 291:5

e

e   2:1,1,16,16 3:1,7
  4:7 5:7,8,10,17 6:3
  6:11 21:25 54:21
  63:4 89:16 174:12
  174:16,19 175:14
  175:15,16 176:3
  187:2,24 188:3,7,21
  188:22,22 200:25
  200:25 203:5
  239:19 240:2,16
  242:7 243:16

244:16 245:13
  246:2,8 260:3,12
  277:23 278:10,16
  281:23 282:7 291:1
  291:1
e50   189:7 190:15,23
  191:14 194:2,9,20
  195:1,6
e60   189:8
earlier   27:2 36:9
  59:22 79:17 80:10
  81:25 102:17,22
  107:19 115:23
  119:12 145:24
  166:25 167:2
  182:15 202:11
  212:9 254:4,12,16
  254:19 255:1
earliest   26:11 133:5
early   23:3 105:3,12
  105:19 108:3
  154:25
edition   61:11 73:2
  141:4
editor   269:7
editorial   268:19,20
  269:19 270:6,17
  271:25 272:10
  276:6,11
editors   115:10 116:4
  270:18 272:9 276:8
effect   66:20
effective   160:19
effectuate   78:17
  80:21
efforts   189:3
egs   9:5 10:4
eight   118:14
either   25:24 56:10
  77:25 78:9 81:8
  103:6 147:17
elaborate   17:17
  167:17
electronic   104:1
  178:7,11

Veritext Legal Solutions
866 299-5127

[elements - extent]

elements 143:2
eliminates 146:6
embraced 95:25
employed 47:19
  51:1 52:19 71:24
employee 56:14,18
  56:21,24 168:3,18
  168:23 259:15
employees 48:21,24
  50:17,19 51:5,13
  52:24 53:11,22 55:6
  55:20 56:5 114:21
  173:22 272:21
employment 47:20
  48:25 111:11,17
  112:4 113:7,25
  114:22 259:14
enables 225:18
encountered 287:16
energy 202:15 203:1
enforce 226:19
  227:18 228:8
engineering 183:5
engineers 1:7
english 207:5 265:6
  265:10,25
enjoy 98:8
enjoyment 73:4
  176:16
ensures 178:19
  179:13 180:5
entered 197:4
  198:19
entire 157:1,8
  158:21 159:22
  266:21
entitled 241:21
  242:3
entry 95:20
environmental
  185:18,22 189:4
  190:15
epa 183:25 189:7,13
  189:25

erik 189:22 190:6,16
  193:25 195:5
esquire 2:4,10,11
essentially 25:21
  104:7 137:3 164:25
  266:21
et 8:25
evaluating 250:5
eventually 29:16
everybody 85:12
evidence 78:9 82:9
  245:23
exact 67:5,12,13,18
  150:11 253:1
  285:20
exactly 74:6 82:20
  91:2 104:6 135:9
  152:18 160:8 200:5
  208:7,14 215:2
  274:9 276:17
examination 10:15
  288:18
examined 10:12
example 50:6,23
  54:11 122:21 123:9
  123:17,23 154:3
  185:16 211:4 264:8
examples 21:19 33:2
  50:2 53:15 57:3
  84:20,22 92:25
  123:2
exchanged 24:4
excluding 58:25
  84:17
excuse 20:18 44:25
  55:18 67:9 70:8
  73:2 74:17 79:9
  97:19 115:20
  137:24 147:7
  148:20 149:9
  153:15 161:9
  175:15 191:16
  202:23 206:25
  270:15

excused 290:22
execute 78:14 79:11
  80:19 81:12
executed 83:6
  116:17,19,25 117:4
  117:21 166:18,22
  292:5
executive 85:9
  106:14
exhibit 3:9,12,14,16
  3:19,21,25,25 4:1,3
  4:4,6,7,9,11,13,15
  4:16,18,21 5:1,3,5,7
  5:8,10,12,13,15,17
  5:19,20,22,25 6:1,3
  6:5,8,9,11,12 34:22
  35:5 38:20 60:2,9
  61:24 62:12,15 64:5
  64:13,22 65:19 66:2
  68:13,21 69:21
  71:18 72:16,21,22
  73:2 74:12,24 75:4
  76:5 78:11 80:11
  81:11 88:7,16 107:1
  107:5,13,16 109:17
  121:16,16,22,22
  122:6,13,23 123:6
  133:4 136:8 140:23
  141:3,14 142:1,1
  145:17 156:21
  158:7 161:4 171:12
  173:4,11 181:14,20
  187:2,9,12,21,25
  188:3 195:20 196:1
  200:7 201:11,18,24
  204:3,9,15 205:5,8
  205:8,11,18 209:24
  210:5,18 211:2
  212:10,13 213:6,11
  213:23 214:10
  215:1,5,9 218:6
  222:14 229:2,12,21
  232:9,16,22 233:9
  233:11 235:25
  236:6 238:8,14

  239:19,25 243:16
  243:22 244:16,23
  245:11 253:11,17
  255:11,18 257:21
  258:12 260:3,10
  261:13,20 262:22
  263:9,15 264:13,21
  265:3 266:1,8,14
  277:8,15,23 278:5,5
  278:20 279:2,17,23
  280:22 281:3,23
  282:4 283:7 284:7
  284:16,19,24 285:3
  285:6,11 289:9
exhibits 72:15
exist 25:8 26:10 76:6
  111:13,15 131:24
  225:6 226:8
existed 61:17 70:12
  71:4 119:14 120:2
  120:23 121:2,8
  216:2
existence 71:2
  116:20
existing 252:15
  272:18
exists 112:5 154:24
  155:17 176:2 182:9
  226:3 256:2
expect 77:9
experience 19:21
  20:10 49:21,22,24
  50:22 54:1 185:17
  217:6 225:13
expert 129:19 206:8
  265:13
expertise 249:25
experts 16:2,4
explain 76:24 95:2
  154:1 197:22
  240:23
explained 94:7
  248:19
extent 35:18 37:1
  38:14 41:6 46:17

[extent - fenwick.com]

47:5,7 71:12 74:14
74:15 75:7,20
110:15 143:10
163:19 164:11
168:13 181:8
200:11 201:2 202:2
204:19 206:8,9,11
207:10 211:17
217:1 218:18
222:24 224:2
237:19 265:13

**f**

**f** 291:1
**f1193-06** 158:8,16
**facilitate** 26:18
**facilitated** 24:11,15
**fact** 95:9 96:17,22
**facts** 82:9 129:13
**fair** 242:7
**fall** 259:18,21
**familiar** 11:11
  259:25 286:9
  287:14
**far** 58:1 155:17
  209:18
**fax** 24:9,11
**feature** 198:9
**featured** 146:12
  215:9
**federal** 48:25 50:16
  50:20 51:1,6,12,15
  52:20,24 53:10,22
  54:20,21 55:6,19
  56:13,17,20,24 57:5
  111:17 114:21,22
  170:20,23 174:5
  183:10 184:20
  245:22 247:2 249:8
  249:14 252:15,20
  253:2
**federally** 1:21
**fee** 2:4 3:5 9:19,19
  10:3 11:6 13:4 14:9
  15:9 16:7 17:19

18:16 19:2,18 20:7
20:23 21:9,11 22:11
23:23 24:12,23
25:12 28:11 29:17
30:9,18 31:2,14
33:10,24 34:5 35:17
36:18,25 37:9,25
38:13,25 39:21
40:15 41:5,22 42:8
42:20 43:24 44:6
45:7,22 46:7,16
47:4,22 48:15,17
49:3 50:3,12 51:7
51:16,25 52:6,9,14
52:25 53:12,23 54:8
54:22 55:7,24 57:7
58:22 59:4,10,13
60:25 62:4,9,16
64:24 66:24 70:23
71:11,25 72:17
73:13,24 74:2,13,18
74:25 75:6,19 76:8
76:15 77:2,11,18,22
78:6 79:14 80:2
81:5 82:8,18 83:23
84:8 86:5 89:3,13
89:24 90:18 92:17
93:16 96:6 97:5,19
97:22,24 98:12
100:8 102:25
103:17 104:4,17
107:24 108:11,20
110:14,22 111:5,19
112:7,16,24 113:9
114:1,11,25 115:17
117:9,22 118:11
119:16 120:16
121:10,14 122:17
122:24 123:19
124:14 128:6,9,15
129:17 130:18
131:4,16 132:3,23
134:14 135:4
136:19 137:2,9,16
138:4,10,20 139:5

139:10,15,21 140:1
140:7,18,21 141:21
142:18 143:15
144:3,12,19,25
145:5,13 146:5,15
146:23 147:18
149:12 150:21
151:3,13 153:6,22
154:13,21 155:6,20
155:25 156:10
157:12,20 158:1,12
158:23 159:11
160:7,23 161:13,21
162:4,11,20 163:6
163:17 164:10
165:1,6,16 166:3,10
167:18,25 168:11
169:9 170:1,2,25
172:1,8,16,25
173:24 174:7,13,24
175:8,17,21 176:7
177:5,13,24 178:14
178:25 179:19
180:11,14,18 181:7
182:3 183:12,18
184:3,13,23 185:11
185:14,25 186:6,12
186:17,23 188:13
190:24 191:11,20
192:6,15,25 193:9
193:15,17,19 194:3
194:10,14,22 195:2
195:7 197:6,9,20
198:5,12,22 199:2
199:11,19 200:10
201:1 202:1,17
203:6,15 204:18
206:7 207:9 208:5
208:13,21 209:5,15
210:14 211:16
212:2 213:1,12
214:4,7,20 215:10
216:25 217:17
218:17 219:11,24
220:3,14,18 221:3

221:15,23 222:7,16
222:23 223:11
224:1 225:1,11
226:22 227:6,12,21
228:11,18,24
229:17,21 230:9,16
230:20 231:22
232:22 233:21
234:2,7,17,24 235:4
235:9,16 236:16
237:5,11,18 238:20
240:22 241:3,7,11
241:25 242:12,17
243:5,12 245:17,22
246:9,19,25 247:4,8
247:17 248:9,17,21
249:1,13,18 250:14
251:6,12,16,22
252:2,7,9,22 253:4
254:13,25 255:5
257:25 259:2,22
260:17 261:1 262:5
263:3 265:1,12
266:2 267:5,23
268:3,17 271:3,10
271:23 272:4,22
274:7,19 275:1,13
275:22 276:19
279:10 280:7 281:8
283:10 284:2 286:2
286:13,20 287:1,10
287:18,22 288:7,12
288:20 289:8,23
290:11,16
**feel** 42:15,18 44:20
  151:18 162:25
  180:22
**feelings** 94:13
**feels** 220:19
**fees** 51:12 95:22
**felt** 43:2
**fenwick** 2:10 9:16
  10:19
**fenwick.com** 2:14
  2:14

Veritext Legal Solutions
866 299-5127

[field - general]

**field** 130:11 134:13
135:3
**figure** 67:2 226:5
252:19 253:9
**figures** 274:10,15,17
**figuring** 202:20
**filed** 121:23 161:18
163:15 164:4
**files** 91:16,25
**filing** 160:3,6,12
162:10,18 163:14
164:8
**filings** 162:22,25
**fill** 24:21 26:16
27:17,21,25 28:4,8
28:17 29:6 30:4
36:17 37:8 125:18
125:21 126:21,25
127:7 129:2 130:2,4
130:15 131:1,13
132:1,16
**filled** 93:1 107:9
125:10 127:4 221:1
277:20
**filling** 26:18 126:3
126:12
**fills** 26:13 47:17
**final** 69:20 186:5
259:9 275:7,9,11,14
275:20
**finalized** 18:3
**find** 138:6 226:2
234:12
**fine** 13:4 229:20,22
249:21
**finish** 12:25 13:5
**fire** 1:4
**first** 11:8 22:24 23:9
36:13 58:12 60:22
61:11 78:19,20 79:2
79:3 82:1 90:24
91:3,6 107:16,23
108:8,19 147:13
148:14,21 154:20
155:4 160:12,17,21

161:10 182:6
214:24 215:4,23
226:20 227:19
228:9 246:7 261:4
**firsthand** 22:22
**fittings** 136:11,17
137:15 138:3,19
141:20 144:10
149:17,23 150:2
**fitzsimmonds**
203:22
**five** 163:14 232:6
246:15,18 247:22
247:24 248:5,7,10
249:17 285:25
286:11,25 287:16
**flip** 156:23
**floor** 2:12
**focus** 189:4 268:11
**focused** 217:8
242:25 247:25
**focusing** 248:5
**folks** 17:21 139:17
**follow** 162:15 267:8
288:6
**followed** 267:18
**following** 184:19
189:12 218:7
224:20 250:20
**follows** 10:13
**footprint** 189:4
**force** 183:3,3,16,20
184:8,11
**foregoing** 292:2
**form** 3:10 19:2 21:9
24:23 25:20 26:3,13
26:18,20 27:7 28:25
31:2,5,13,20,24,25
32:2,7,11 33:15
34:18,24 35:12,14
36:10,16,22 37:8,12
37:16 38:5,16,20,24
39:5,11 40:1,14,23
47:17 79:18,20
80:11,13 106:23,25

107:6,9,23 108:11
108:20 125:10,18
125:21 126:12,22
129:2,16 130:2,5
134:14 135:4
145:20 177:25
178:12 179:19
186:23 194:4 197:4
200:19,24 201:8
203:10 204:1 205:1
210:14 211:19
212:2 213:1,12
214:5 223:14 224:1
232:5,6 233:13,15
233:18,19 254:17
254:25 265:7,10,18
268:6 269:10,24
270:3,10 274:19
275:20 276:16,18
283:18,23 289:7,22
290:2
**formal** 41:14 42:3
42:16,16,19
**formally** 62:3 70:21
94:8
**format** 270:21 271:1
271:5,6,20 275:15
**formation** 266:3
**formed** 20:14,15
192:10
**former** 126:15
**forms** 5:22 24:20,25
25:4,14,15 26:11,16
27:22 28:1,5,8,18
29:7 30:4,23 31:5
39:14,19 41:14 42:3
46:12 52:4 81:24
84:13,13 94:11,11
104:2,15,15 108:8
108:17 126:5,25
130:16 131:2,14
132:2,17 197:14
200:20 205:2,5
211:14 213:15,15
214:16,16 215:24

216:1,5,8,12,24
217:15,16 238:4
259:1 264:14
265:25 289:2
**forward** 28:15 32:4
32:25 36:6 40:18
107:8 191:1,6,25
192:4
**found** 91:2
**foundation** 20:8
22:12 39:1 45:23
86:6 118:12 122:25
266:3 281:9
**four** 100:25 161:5
232:5 239:17
**frame** 155:13,15
192:2
**francisco** 2:13
**franco** 199:20,24
235:18
**franco's** 235:20
**frankly** 247:18
**free** 98:14 162:25
**friendly** 274:13
**fringe** 165:9
**front** 69:24,25 79:4
266:16 269:7
**full** 10:23 107:8
**future** 103:10

**g**

**g** 89:16 200:25
**game** 242:7
**gap** 63:24
**general** 2:18 45:24
56:11,21,25 62:23
63:6,10,14,17,20,25
64:2 67:2 76:3
83:14 84:12,21,23
86:9 101:8 110:25
112:20 114:14
117:25 208:15,19
215:16,21 227:8,11
228:20,23 268:4

[generally - hire]

**generally**   20:22 84:6
  154:10
**gerald**   10:24
**gestures**   11:25
**getting**   94:8 103:19
  104:8 263:24
**gibson**   176:3
**give**   11:7 17:10
  21:19 33:2 36:5
  37:11 52:14 57:3
  92:18 100:11 146:1
  174:11 185:16
  247:17 261:4
**given**   32:2,7,11 56:4
  56:7 115:13 116:6
  121:4 247:15 291:9
**giving**   11:15 13:22
  14:1
**gmac**   246:12
**gmac.docx**   246:7
**go**   8:11 11:10 16:13
  21:15 26:23 27:4
  41:11 44:10 45:11
  46:21 47:11 48:3
  52:16 67:9 72:4,23
  75:13 76:1 93:17
  110:18 111:24
  112:12 113:15
  114:6 117:14 120:4
  121:14 135:4,16
  138:16 159:1
  164:15 193:21
  198:15 200:16
  202:7 204:24
  209:20 215:14
  217:7 223:2 237:23
  239:7 247:20 249:3
  249:15,19 257:10
  258:9 266:25
  282:21 285:7
**goes**   111:8 155:18
  198:18
**going**   12:11 52:9
  57:7,9,14 87:23
  94:18 105:8 135:18

143:17 159:3
  161:21 162:14
  194:15 195:12
  198:13 207:10
  209:16,19 226:19
  227:18 228:9
  239:10 241:7,13
  242:9 243:7 247:19
  249:4 257:13 258:6
  280:7 282:24
  286:18 287:23
  288:4
**goldblum**   189:21,24
  190:13,22 191:18
  191:25 192:4
  194:25
**goldblum's**   192:22
  193:7,13
**good**   13:2 96:24
  132:23 270:23
  273:16 291:4
**governing**   5:25
  266:9,17,20 267:3
  267:12
**government**   48:21
  48:24 49:1,16 50:16
  50:17,20 51:1,6,13
  51:15 52:20,24
  53:10,22 54:20,21
  55:6,19 56:4,13,17
  56:20,24 113:25
  114:21,23 185:8
  208:3 247:2 249:14
  250:17,18,22,25
  251:4
**governments**   111:12
  111:18 112:5 113:8
**grab**   283:10
**grammatical**   269:21
  270:6 272:2,11
**granted**   47:21 176:6
**granting**   47:2
**grants**   71:22
**graphics**   269:4,5
  274:6,8,17

**gratuitous**   207:23
**great**   269:8 290:16
**green**   191:5,7
  192:23 193:7
**group**   16:2 18:9,10
  18:15,17,19,22 19:1
  19:10,17 20:5,10,13
  20:15 21:15 22:7
  24:5,20 27:4 31:11
  32:3 36:17,23 37:20
  37:23 38:10 192:10
  192:14,19 281:19
  281:21
**groups**   19:13,25
  20:21 21:7,7 22:20
  23:1,14 27:16 28:16
  29:5,12 30:3 32:7
  32:11 40:25 55:21
  55:23
**grove**   89:15,15,19
  89:23 188:22
**guess**   22:23 24:8
  38:23 39:18 40:4
  152:19 153:13,17
  156:16 172:19
  178:2 196:19 234:8
  277:21
**guessing**   23:2 40:6
  257:4
**guidance**   281:12
**guide**   15:17
**guidelines**   270:4
**guides**   15:5

**h**

**h**   3:7 175:14
**half**   194:16
**hand**   65:4 141:13
  160:20 187:15
  196:10 197:17
  199:8 221:2 277:21
  291:11
**handed**   239:24
  258:11 263:14

**handing**   35:4 60:8
  64:12 66:1 68:20
  88:15 121:21
  122:12 171:17
  173:10 181:19
  187:8 195:25
  201:17 204:8
  205:17 210:4 211:1
  229:11 232:15
  236:5 238:13
  243:21 244:22
  253:16 255:17
  260:9 261:19
  264:20 266:13
  277:14 278:4 279:1
  279:22 281:2 282:3
**handwriting**   196:10
**happened**   191:9
  192:3,13 278:14
**happy**   151:17
**hard**   262:9
**hazardous**   277:2
**head**   199:24 200:4
**headquarters**   219:6
**heads**   199:17
**hear**   10:3
**heard**   101:2
**heating**   1:6
**held**   1:16 8:18 9:2
  95:7 127:14,24
**help**   26:18 27:4
  102:15 115:11
  116:5 185:10
  268:21 269:4
**helped**   103:18 104:1
**helping**   104:25
**helps**   281:11
**highway**   57:5
**hire**   115:14 116:7,12
  116:16,21,25 117:3
  117:20 119:9
  125:13 133:13
  134:11 135:1
  249:24

Veritext Legal Solutions
866 299-5127

[historical - instruct]

**historical** 156:3
**hold** 77:2 100:24
  114:25 193:15,17
  213:21 214:4 222:7
  226:22 283:10
**holds** 282:18
**honest** 59:5
**hooper** 124:21
  125:1,7 126:5,17
  127:5,14 128:11,14
  128:22 130:3,9
  139:20 140:5,14
**hooper's** 127:10
  128:3,18 133:25
**hour** 52:10 194:15
**hours** 109:16 288:13
**huh** 99:15 156:20

**i**

**idea** 61:19 62:21
  188:15 191:1,3,6,10
  191:17,25 192:4,23
  193:7,14 215:3
  227:3 237:8
**identification** 35:1
  60:5 64:9 65:23
  68:17 88:12 121:18
  122:9 171:14 173:7
  181:16 187:5
  195:22 201:14
  204:5 205:14 210:1
  210:23 229:8
  232:12 236:2
  238:10 239:21
  243:18 244:19
  253:13 255:14
  257:23 260:6
  261:16 263:11
  264:17 266:10
  277:11 278:1,23
  279:19 280:24
  281:25 284:9
**identified** 290:7
**identifies** 290:5

**identify** 9:9 46:21
  94:21 95:4 210:6
  252:17 258:14
  263:17 276:25
  286:13 287:1,6,18
  287:21
**identity** 198:5
**iii** 260:1
**ils** 269:1
**image** 253:24
**imagine** 24:13 76:2
**immediately** 161:5
**impairment** 285:23
**implemented** 257:2
**impression** 54:7
**inc.'s** 3:22 88:8
**incentives** 45:19
**include** 48:20 52:5
  108:17 219:9,21
  220:10 231:4,14
  243:8 273:7
**included** 108:9
  152:21,22 153:14
  154:6 189:6 234:14
  241:2 266:22,24
  273:5
**includes** 153:3
  236:13 238:25
  259:9
**including** 73:6
  78:18 80:22 143:3
  176:19 232:2
**inclusive** 189:6
**incorporate** 272:10
  276:10
**incorporated** 9:1
  105:14,21
**independent** 29:22
  41:10
**index** 7:1 138:23
  139:4
**indicate** 172:12
  175:25 183:9
  184:10 197:3 201:9
  218:12 273:16,18

**indicated** 96:22
  170:9,15 291:5
**indicates** 253:24
**indication** 96:24
**indicator** 279:14
**individual** 32:3,13
  32:23 36:5 37:12
  38:5 45:25 46:1
  47:17,19 49:10,13
  49:14 50:18 51:5
  52:23 53:9,21 54:2
  55:5 79:25 80:25
  81:2,12,18 82:5,6
  82:25 98:4 107:7
  110:5 125:2 126:8
  160:12,13 165:4,10
  165:20,23 167:8,16
  167:23 168:8,16
  169:5,7,15,17,19
  170:15 177:19
  178:21 179:15
  180:6 197:1 200:24
  217:8 223:5,16
  225:18 242:6
  261:25 263:19
  268:14 278:6
  280:11,16 285:21
**individual's** 196:16
  279:14
**individuals** 18:25
  19:15 25:6 27:20,24
  28:3,15 29:4,11
  30:2,6 32:20 33:6
  37:7 41:18 42:6
  44:18 45:3,20 47:1
  48:6,20,21 49:1
  50:25 51:14 52:19
  53:7,19 55:4,17,22
  58:20 71:23 79:11
  97:21 98:8,10 100:6
  100:23 102:24
  105:14,21 109:9
  165:15,25 176:4
  177:1 189:15,18,20
  231:3,12 265:21

**272**:16
**inform** 269:22
**informal** 41:17,25
  42:5
**information** 31:18
  40:11 41:10 42:12
  42:24 44:10 47:11
  48:2 49:8 57:24
  85:16 100:5 104:25
  107:11 113:14
  114:6 128:23 129:8
  138:13 152:4 175:6
  176:21 177:16
  204:24 232:7
  233:15 236:19,20
**informational**
  217:22 264:10
**informed** 127:3
  128:18 132:10
**informs** 180:22
**infringed** 122:4
**initial** 21:16
**initially** 20:13
**initiate** 26:22,24
  86:7,8 151:20
**input** 49:12 99:22
**inquire** 114:19
**insert** 73:10
**inserted** 115:25
**inspection** 183:4
  210:8
**instance** 170:8,14
  183:17 264:5
  283:17,22
**instances** 32:19 40:7
  40:9,12 50:11,13,15
  79:10,19 81:11,15
**instituted** 58:13
  65:16 82:1
**instruct** 29:18 30:10
  31:15 44:7 45:7
  46:18 49:5 73:14
  74:20 111:20 112:8
  113:11 114:3
  161:22 200:14

[instruct - ken]

201:4 202:5 204:22
241:7 243:3 286:16
287:3,23
**instructed**  134:2,9
134:25 163:6
243:14 288:10
**instructing**  162:2
242:1 243:10 286:5
**instruction**  30:19
41:23 162:14
223:12
**instructions**  43:25
48:17 75:1
**intellectual**  3:12,14
3:16,19 58:8,12,17
60:2,10,15 61:6,12
61:16,23 62:2,8
64:5,16,19 65:15,19
66:7,9,19 67:20,24
68:9,13 69:2,5,13
70:4,11,16,20 71:3
71:9,20,21 73:11,22
76:14,25 78:4 91:15
91:24 92:2 109:18
109:19 110:2,4,12
113:4,22 115:8,12
115:23 119:13
120:2,11,15,22
121:1,8 219:2,10,16
219:18,22 220:8,11
220:22 221:8 222:4
224:16 256:13
**intended**  223:5
**interacted**  51:2 53:7
**interaction**  250:17
**interactions**  127:6
**interest**  16:22,23
30:7 31:12 32:1
56:11,21,25 176:18
**interested**  19:21
36:5 37:13 40:17,19
46:2 87:6 163:2
291:10
**interests**  20:22 21:2
73:6

**interfere**  8:9
**interlaboratory**
268:7,22
**internal**  131:11
155:24 156:2
199:22,25 200:4
235:6,14,22
**international**  1:3
2:18 3:9,15,17,20
4:11 6:5 8:25 14:5,7
34:17,23 35:11 64:6
64:17 65:10,20
68:14 69:9,22 78:13
78:16 80:12,17,21
110:3,7,10 115:18
115:25 116:3,9,10
201:12,21 219:5
260:13,15,24
278:21
**introduced**  26:3
27:8 76:11
**introduction**  24:6
24:18 40:22 79:5
**inventory**  252:14
**investigating**  249:23
**invited**  100:24
**invoice**  5:3,5 173:16
173:18 177:12,22
178:19 179:10,13
179:24 180:5,21
212:14,17,25
213:11 222:15
234:16 236:1,10,13
238:9,17
**invoices**  4:4 173:5
175:7 176:1,5 177:1
177:11 230:24
231:4,13,20 234:13
234:22 236:23
237:16
**involve**  271:1,21
**involved**  11:4 82:13
82:16,19 103:24
167:2

**involvement**  102:15
103:15
**involves**  17:15 271:4
**ip**  59:23 73:8 77:21
78:19,25 79:5 80:24
116:6 176:21,22
210:12 223:23,24
231:5,15,19 236:14
237:4,15 238:19
239:1 254:3,23
259:21 263:1
265:24 279:9
289:20 290:1
**iso**  281:14,17,19
282:10,14,19
**issue**  43:14 52:3
114:16 136:2
142:14 143:5,6
158:24 226:21
227:20 228:10
247:9,11,12,15
248:18 283:20,25
**issued**  54:21
**issues**  99:25 100:14
101:5 241:10,11
248:23 250:18
**item**  25:16,19,22,23
26:3,13,16 28:1
81:16 91:12,19
102:19 103:6 167:5
179:5
**items**  79:6
**iteration**  273:15
**iv**  74:11 75:5 76:6
76:12 77:8

**j**

**j**  2:4
**january**  101:1
133:21,25 134:6,22
135:12
**jeff**  89:15,15,19
188:22 189:1
**jim**  85:1 93:21 94:1
94:3 95:15 96:1,4,5

96:7,8,11,16 97:3,9
99:2 100:11,13
101:2 108:25 119:2
119:3 120:9,9,13,25
251:18,20 252:5
**jim's**  94:13
**jkfee**  2:6
**john**  85:3 99:11
106:9 109:1 127:20
127:23 139:25
140:5,14
**join**  48:5,19 49:1,1
165:21 196:17
217:21,24 223:6,16
225:18 263:22
265:21
**joined**  217:23
**joining**  103:7 254:1
263:23 264:1
**journal**  261:10,11
**jr**  2:17
**july**  1:20 8:15 91:4,7
**june**  101:1

**k**

**k**  63:4 175:14 176:4
181:23
**kaiser**  189:22
190:17 193:25
195:5
**kaiser's**  190:7
**kathe**  124:20,25
125:7 126:5,17
127:5,10,14 128:2
128:11,13,18,22
130:3,9 133:25
139:20 140:5,14
**kathie**  85:9 106:14
106:19,22 107:4,12
107:15 109:1 118:8
118:18 119:7
**keep**  139:8 155:2
234:21
**ken**  118:19 119:1

Page 20

[kept - levels]

kept   101:20 140:16
kevin   2:4 9:19
kin   291:10
kind   105:4 154:7
  186:10 262:9
know   12:4,21 13:11
  20:25 22:20,22 24:3
  24:10 29:24 33:22
  34:1,3,13 38:22
  39:2,4,7,13,25 40:3
  51:9,10 52:8 61:15
  62:1,7,14 63:5,16
  66:12,18,21,23 67:1
  67:3,4,11,17,23
  68:3 70:22,25 71:8
  71:15 73:18 74:7
  75:14,18,24,25 76:3
  76:11,19 77:7,9,14
  77:16,24 78:2 79:20
  81:8 82:4,11 83:9
  83:10 86:15 92:12
  97:14 107:17,19
  110:19,21,21 111:4
  111:6,25 112:13,15
  112:20,23,25
  113:17 114:8,10
  116:15,18,24 117:8
  117:13,19,19,25
  118:24 119:3 120:1
  120:1 121:1 126:3
  126:11,13 127:5,23
  128:1,5,10 129:6,21
  129:22 131:19,23
  132:6,13,20,22
  135:7,8,13,14 136:1
  136:14 137:19,25
  138:5,12 139:6,11
  139:14,20,25
  140:12,15,17,20
  141:16,17,23
  142:10,12,21,22
  144:8,14,16 146:11
  146:17,18,20 150:3
  150:4,9,10,17,24
  152:13,18 155:10

155:10,12,14 157:6
157:11,17,22,24,24
158:3 161:2,15,18
166:5 170:4,8,14,22
170:23 172:20
176:9 178:1 181:2,5
181:11 183:7 185:4
188:18 189:17,20
189:21,21,22 190:3
190:6,9,12,16,19
193:6,23 194:5,11
194:21,25 195:3,5,8
196:14,18,20,22
197:2,13,16 198:23
199:7 200:1,3
201:19 206:16
207:13 212:6,7
213:7 214:24
215:20 216:3,4,8,12
216:23 221:11,14
221:19 225:9 226:5
226:6,11,14,14,15
226:15 227:2,5,7,11
228:15,17,23,25
230:14,19,21
231:25 233:24
234:3,6,25 235:3,13
235:14 237:10,12
237:24 240:14
248:14 249:10
251:15,21 252:1,19
253:1 256:17,18,25
257:3,6,7 258:24
259:17,20,24
260:22 268:9 274:9
281:14,19 285:19
knowledge   16:9
  17:12 23:15 28:20
  29:9,22,25 36:20
  37:5 38:20 48:8
  49:14 68:11 73:20
  83:13,15 86:1 99:18
  99:23 111:23 129:7
  166:19 169:3
  192:24 201:6

284:20,22
knows   225:5,9
  226:1,7
kuehl   175:14

**l**

l   2:16 126:8 133:17
  175:14,15,15,16,16
  181:23
lab   273:22
labeled   35:9 263:16
  264:23
laboratory   210:7
  273:11,13
labs   273:20,24
lack   20:7 22:11
  38:25 45:22 86:5
  118:12 122:24
  266:3 281:8 286:23
  287:14
language   26:1 76:25
  77:17 78:4 102:16
  102:21,23 103:2,15
  103:20,25 104:8,14
  108:9,18 167:7
  176:2,11 179:25
  200:8,19,22 201:8
  201:23 202:9,10
  204:14 205:1 206:4
  207:8 210:16 212:9
  212:12 213:5,9,14
  213:19,22,25 214:9
  214:15,25 215:4,8
  215:22 218:14
  222:3,9,12,13,20
  223:10,20,22,24
  224:8,9,10,15,21,25
  236:12,13 237:3,15
  239:1 253:25 254:3
  254:15,22 256:11
  262:2 265:14
  269:12,23 270:1,2
  279:8 285:12
  289:17,19 290:4,8

large   19:25
larger   165:1
late   63:8
law   11:17
laws   292:2
lawsuit   95:17
  226:19 227:18
  228:9
lawsuits   11:4
lawyer   72:6 129:3
lead   272:17
learn   85:19
led   126:18,21,24
  128:24
leeway   247:18
left   258:4
legal   8:14 9:12
  29:18 30:10 31:15
  37:2 38:1,14 41:6
  42:9,21 46:17 47:6
  47:23 49:4 51:8
  53:1,13,24 54:9
  55:8 72:1 73:14
  74:14 75:7,16 76:16
  76:24 80:3 81:6
  86:14 103:1 109:5
  110:15 111:20
  112:8 113:11 114:2
  124:23 129:18
  158:13 160:24
  163:18 164:15
  169:10 176:8 179:2
  179:21 181:8
  188:14 200:11
  201:2 202:2 204:19
  206:10 214:8
  218:18 226:24
  227:23 228:13
  237:19 245:18
  259:12,16 272:23
letters   130:24 230:6
  230:8
level   17:17
levels   16:16

**[lewis - matter]**

**lewis** 2:4 9:20
**library** 144:11,18
　145:4,11
**limit** 245:4
**limited** 59:14 78:18
　80:23
**linda** 1:20 9:11
**line** 7:4,4,10,10,14
　7:18,18 12:23,24,25
　73:3 188:8 238:22
　240:15 245:11
　279:8,13
**lines** 198:15
**link** 248:17 249:2
**list** 59:6 70:3 189:5
　189:6 281:15,17,19
　281:20 282:11,13
　282:16
**listed** 79:6 92:9
　125:1 129:24
　137:13 148:9
　160:15 176:4 185:9
　188:8 189:18
　200:24 245:11
　246:8 282:13
　285:10,18
**listing** 122:2 130:10
　134:11 135:1
　181:23,24
**lists** 133:9,17 141:3
　152:4 178:7 182:16
　184:19 189:14
　202:25 203:4
**litigation** 136:2
　142:15 144:2
　161:20 162:5
　226:21 227:20
　228:10
**little** 18:5 134:17
　199:1 247:17 263:5
**lively** 85:6 102:4,10
　102:13 103:24,24
　103:25 104:13,21
　105:10,17 106:1,4
　108:6,16 109:1

**lively's** 103:14
**living** 14:4
**llp** 2:4,10
**located** 8:19 171:8
　228:4
**location** 27:2
**log** 154:18,23 155:2
　155:16,23
**logo** 43:10,21 94:19
　183:23
**logos** 78:24
**logs** 156:9
**logsa** 183:4
**long** 12:22 23:4
　37:22 43:6 86:18
　87:5,7 117:14 118:3
　118:9,20 119:3
　127:14,23 181:25
**longer** 191:22
**look** 34:7 76:5 123:1
　136:7 140:23
　156:23 157:2 161:4
　182:4,25 218:5
　230:1 233:3 259:7
　285:9,15
**looked** 121:25 124:8
　228:4 285:13,19,22
**looking** 71:18
　115:22 134:20
　184:18 262:22
　283:7
**looks** 196:9 203:4
　203:19 204:12
　205:22 222:17
　224:18 233:14
　236:18 246:4 254:6
　255:22 257:4
　261:23 262:9
　263:18 267:1
　270:23 277:18
　278:11 280:2 281:7
**lost** 134:17
**lot** 269:16
**loud** 177:4

**low** 95:20

**m**

**m** 200:25
**machine** 291:7
**mail** 4:7 5:7,8,10,17
　6:3,11 21:25 24:8
　24:10 54:21 174:12
　174:16,19 187:2,24
　188:3,7,21 203:5
　238:4 239:19 240:2
　240:16 242:7
　243:16 244:16
　245:13 246:2,8
　260:3,12 277:23
　278:10,16 281:23
　282:7
**main** 16:18,20,22
　17:1,2,16
**maintain** 95:20
**maintains** 156:9
**making** 159:23
**malamud** 2:19 10:1
**manage** 53:8 150:8
**managed** 50:4 52:22
**management** 51:2
　250:7,8
**manager** 83:12
　105:2,4 217:10
　225:14
**mandatory** 269:22
　269:23,25 270:1
**manner** 130:2
　229:19
**manual** 268:7
　270:11 276:16,18
**manuals** 78:23
**manufacture** 158:9
**manuscripts** 110:6
**march** 160:18 161:9
　280:6,17
**marge** 84:23 85:13
　85:20,22 86:2,14,20
　87:7,10,19 99:7
　108:25

**marge's** 86:25
**mark** 284:2,4
**marked** 3:8 7:17
　34:25 35:5 60:4,9
　64:8,13 65:22 66:2
　68:16,21 88:11,16
　121:17,22 122:8,13
　122:18 148:14
　171:13,18 173:6,11
　181:15,20 187:4,9
　195:22 196:1
　201:14,18 204:4,9
　205:13,18 210:1,5
　210:22 211:2 229:7
　229:12 232:11,16
　236:2,6 238:10,14
　239:21,25 243:18
　243:22 244:18,23
　253:13,17 255:13
　255:18 257:23
　258:12 260:5,10
　261:15,20 263:11
　263:15 264:16,21
　266:10,14 277:10
　277:15,25 278:5,23
　279:2,18,23 280:23
　281:3,24 282:4
　284:8 289:25
**market** 1:17 8:19
**material** 37:18,21
　38:11 97:1 105:9,13
　105:20 110:9
　114:20 129:13
　152:7,10
**materials** 1:3,15
　3:24 8:25 78:22,24
　88:11,19 124:1
　130:6 133:10
　134:12 135:3
**matt** 132:23 194:14
　197:22 209:16
**matter** 41:9 76:18
　112:10 113:13
　162:11 166:9 243:7

Veritext Legal Solutions
866 299-5127

[matthew - mid]

**matthew** 2:10 9:15
  10:18
**mbecker** 2:14
**mean** 14:7,19,23
  15:1,11,24 19:4
  28:23 32:17 41:25
  44:13 47:14 56:1
  62:21 74:5,7 91:25
  97:16 104:6 123:21
  151:23 168:25
  182:7 185:4,16,23
  192:18 208:20
  212:21 233:11
  246:17 248:2
  262:10 269:20
  270:12 273:2,9
  275:8 276:5
**meaning** 15:8
**means** 11:23 29:10
  31:9 40:24 41:18
  42:5 55:4 75:15
  77:8,10 147:11
  152:20 154:1
  177:20 178:18
  179:12 180:4
  198:11 228:1
**meant** 74:24 184:4,7
  254:14
**mechanical** 141:5
**medication** 13:21
**meet** 86:18 93:21
  102:3,7 106:18
**meeting** 22:2,18
  48:7 86:9,10,13,16
  86:21 94:17 95:21
  97:12 99:3,9,25
  100:2,3,23,24
  101:23,24 106:1,6
  106:11,22 120:8,10
  125:5
**meetings** 22:23
  23:16,17,20,25 54:1
  54:14 95:17 100:22
  101:3,6,17,21 102:2
  186:2,11 192:19

194:13,13
**meltzer** 126:9,11,13
  132:18,19,20
  133:18 158:4
**member** 5:22 18:22
  26:14,17,21 37:19
  38:10 43:14 56:21
  56:25 73:3 77:9,17
  82:15,17 93:1,3
  95:9 96:12 98:2
  103:7 168:3,8,16,18
  168:19,23 169:20
  171:4,8 181:3,6
  184:12 198:20
  202:14,21 203:13
  250:19,23,25 251:5
  253:24 257:1 264:7
  264:13 265:6,9,18
  267:9
**members** 18:25 19:1
  19:9,10,12,13,14,16
  19:16 20:18,20 21:6
  21:6,7,8,10 24:5,20
  25:2 26:15 27:3,10
  27:15,17 28:15,16
  29:5,6,12,13 30:3,3
  31:11 32:6,10 36:17
  36:23 40:17,25 41:3
  43:11 44:24 48:5,19
  49:10,19 50:25 54:2
  54:7,20 56:8 58:3,9
  76:24 78:3,14 80:18
  83:20 84:5,14 85:18
  85:24 94:9,14,15,23
  94:25 95:5,13,24
  96:18,20,24 97:1,19
  98:8,11 99:20
  102:12 103:5 104:9
  105:6 145:3,10
  164:23,24,25 165:4
  165:5,9,10,13,19,23
  166:7,8,16,16,17,22
  167:8,9,10,13,16,16
  167:22 169:4
  170:21,24 177:11

180:23 182:16
  183:11 185:5 189:7
  217:22 219:23
  230:5 231:21
  234:23 265:20
  267:20,21 268:1,2,8
  268:14,15 269:7,22
  274:16,21,23,24
  275:6,10,19 278:15
  281:12,20 282:14
  287:15 290:7
**membership** 4:4,6,9
  4:11,16,18 5:3,5,13
  6:1,6 21:5,11,12
  25:1,4,5,11,14
  27:18 51:12 73:5
  81:20 84:15 91:11
  91:17 94:11 95:21
  102:17,18 103:4,8
  104:14 165:1
  166:24 167:11
  169:15 171:9 172:7
  172:15 173:4,15,18
  176:5,17,25 177:10
  177:22,23 178:19
  178:21 179:4,10,13
  179:15,24 180:4,7
  180:21 181:15,21
  182:20 195:20
  196:5,7,16,17 198:2
  198:9 201:12,22
  203:24 206:2,5
  207:4 209:24 210:9
  210:18 211:6,7,8,13
  211:18,25 212:11
  212:13,16,17,22,24
  212:25 213:4,8,10
  213:18 215:24
  216:2,5,9,13,24
  217:15,16,19,20
  218:1,2,9,10,14,25
  220:12,23 222:5,14
  222:21,22 224:14
  224:20 225:6,21,22
  226:1,3 231:4,13,19

233:12,13 235:25
  236:10,23 237:2,16
  238:4,8,17 253:8
  255:11,23 256:1,6
  256:20 258:25
  259:18 261:25
  262:3,13,19,24
  263:20,25 264:2,4,9
  277:9 278:8,13,16
  278:21 279:6 281:5
  282:13,15 289:2,12
  290:5
**memberships** 93:1
  166:2 169:24
**memorandum**
  207:15,17
**memory** 94:3
**memos** 131:11
**mention** 59:23
  210:12 231:18
**mentioned** 58:25
  59:3 60:11 92:6
  93:4 101:11 126:6
  185:10 276:13
**mentioning** 101:14
  247:23
**mentions** 218:24
**mercury** 277:4
**met** 92:5 94:2 96:16
  97:4,10 99:11 102:8
  106:13 109:2
**method** 15:16
  273:10,12
**methods** 15:4 141:5
  273:5 274:2,3
**metric** 246:4 247:24
  249:22,22 250:1,4
  250:12 251:11
  252:6
**metrics** 246:15,18
  247:22 248:8,11
  249:17
**microphones** 8:4,8
**mid** 61:21

Veritext Legal Solutions
866 299-5127

[middle - objection]

| | | | |
|---|---|---|---|
| **middle** 12:23,24 141:2 176:11 183:2 183:22,24 288:25 288:25 | **name** 8:13 9:5 10:18 10:23 126:6,7,10 130:7,11 133:8 134:11,12 135:3 164:9 175:13 188:8 203:1,25 245:10 251:25 276:21 | **nods** 11:24 **non** 47:10 269:23,25 **nondestructive** 183:3 **nonmember** 31:6 43:14 **nonmembers** 20:21 21:11 30:24 31:10 98:16 | **nw** 2:5 |

**o**

| | | | |
|---|---|---|---|
| **military** 203:5,13 **mind** 22:4 31:5 269:18 **mine** 107:19 **minute** 258:8 **minutes** 52:13 86:19 101:20,23 249:4 258:4 288:13,14 **mischaracterizes** 77:12 119:17 122:18 146:6 147:19 153:7 157:13 168:12 202:18 236:17 238:21 272:5 275:2 **missing** 256:5 **model** 95:19 **moe** 63:1,6,11,20,23 63:25 **moment** 19:8 27:21 27:25 28:4 45:16 80:7 92:9 93:12 97:18 100:10 133:1 187:11 194:17 **months** 118:5 **morgan** 2:4 9:19 85:9 106:14 107:4 107:12,15 109:2 118:8,18 119:8 **morganlewis.com** 2:6 **morning** 258:3 **motion** 245:6 **mou** 207:13,19,21 **move** 207:9 **multiple** 60:14 137:12 211:24 | **names** 135:2 175:11 **narrow** 16:22 **natick** 183:6 **national** 1:4 207:24 208:2,11 **nature** 156:25 157:4 **near** 91:20 133:16 145:21 262:23 **necessarily** 18:23 49:15 55:14 147:20 150:12 169:20 170:5 **necessary** 78:15 79:12 80:20 143:18 151:20 177:21 **need** 11:23 12:20 97:16 121:6 158:24 178:12 198:10 **needed** 42:15,19 44:21 **needs** 269:10 **neither** 291:9 **never** 43:13 95:9 96:13 208:16 251:1 265:16 **new** 6:8 25:22,25 103:7 147:13 149:3 152:23 153:20 250:2 270:20 272:17 279:18 280:12,17 **news** 280:3 **night** 35:8 64:14 253:18 255:19 **nist** 173:23 174:3,5 174:11,23 175:2 **nist.gov.** 174:20 | **notary** 1:21 291:3 291:15 **note** 8:4 210:10 245:1 **noted** 233:1 **notice** 3:22 88:9,17 121:5 230:4 232:3 283:8 291:5 **noticed** 90:5 **notified** 90:25 **number** 9:4 37:17 61:5,8 64:14 66:3 68:22 121:5 122:14 141:7,11,12 142:11 146:2,3,22 171:19 183:10 184:19 187:21 189:11,14 196:2,15,16,18,18 218:6 232:20 239:6 244:24 253:2,19 255:19 261:21 264:22 268:25 279:3,15 283:22 285:7,8 **numbered** 109:21 124:2 **numbers** 6:12 92:11 92:13,24 93:7,15 141:25 142:3 182:24 196:13 211:9 232:19 283:17 284:7 285:10,17,20 **numerous** 17:4 95:16 | **o** 2:16 63:4,4 89:16 **o'brien** 2:17 9:23,23 63:12,13,16,21,23 64:1 **o'toole** 282:7 **oath** 11:15 **object** 11:7 224:2 229:17 232:22 243:2 265:1 289:7 289:22 290:2 **objecting** 143:12 **objection** 11:6 14:9 15:9 16:7 17:19 18:16 19:2,18 20:7 20:23 21:9 22:11 23:23 24:12,23 25:12 28:11 29:17 30:9,18 31:2,14 33:10,24 35:17,23 36:18,25 37:1,9,25 38:13,25 39:21 40:15 41:5,22 42:8 42:20 44:6 45:7,22 46:7,16 47:4,22 49:3 50:3,12 51:7 51:16 52:25 53:12 53:23 54:8,22 55:7 55:24 58:22 60:25 62:4,9,16 64:24 66:24 70:23 71:11 71:25 72:17 73:13 73:24 74:13 75:6,19 76:8,15 77:11,18 78:6 79:14 80:2 81:5 82:8,18 83:23 84:8 86:5 90:18 93:16 96:6 97:5,24 98:12 100:8 102:25 103:17 104:4,17 107:24 108:11,20 110:14,22 111:5,19 112:7,16,24 113:9 |

**n**

**n** 2:1,16 3:1 200:25

[objection - owned]

114:1,12 117:9,22
118:11 119:16
120:16 122:17,24
123:19 128:6,15
129:17 130:18
131:4,16 132:3
134:14 135:4
136:19 137:16
138:4,10,20 139:5
139:10,15,21 140:7
140:18 141:21
142:18 143:16
144:3,12,19,25
145:5,6,13 146:5,15
146:23 147:18
149:12 150:21
151:3,13 153:6,22
154:13,21 155:6,20
155:25 156:10
157:12,20 158:1,12
158:23 160:7,23
161:13,21 163:17
163:19 164:10
165:6,16 166:3
167:18,25 168:11
169:9 170:2,25
172:1,16 173:24
174:13,24 175:8,17
175:21 176:7 177:5
177:24 178:14,25
179:19 181:7 182:3
183:12,18 184:13
184:23 185:11,25
186:6,12,17,23
188:13 190:24
191:11,20 192:6,15
192:25 193:9,19
194:3,10,22 195:2,7
197:6,9,20 199:11
199:19 200:10
201:1 202:1,17
203:6,15 204:18
206:7 208:5,13,21
209:5,15 210:14
211:16 212:2 213:1

213:12 214:4,20
215:10 216:25
217:17 218:17
219:11,24 220:3,14
221:3,15,23 222:16
222:23 223:11
224:1 225:1,11
226:23 227:21
228:11 230:9
231:22 233:21
236:16 237:5,18
238:20 240:22
245:17 246:9,19
248:9 249:18
250:14 251:6,12,16
252:7,22 253:4
254:13,25 255:5
259:2,22 260:17
261:1 262:5 263:3
265:12 267:5,23
268:3,17 271:3,10
271:23 272:4,22
274:7,19 275:1,13
275:22 276:19
279:10 281:8 286:2
**objections** 43:24
48:15 74:25 131:5
140:1 172:25 174:7
177:13 180:11
227:6,12 228:18,24
230:16,20 234:2,7
234:17,24 235:4,9
235:16 237:11
251:22 252:2 266:2
**objectives** 250:20
**obligations** 228:6
**observations** 53:18
**observing** 54:2
55:10
**obtained** 129:9
**occasions** 71:10
**october** 65:10 69:10
69:23
**offhand** 39:7

**office** 125:18,21
126:18,24 127:3,6,7
128:2,18,24,25
129:8 130:1,4,15
131:1,13,25 132:10
132:15 134:2,8,24
146:1 183:4 190:2
**offices** 1:16
**official** 191:18
291:11
**oh** 59:4,10
**okay** 79:7 109:25
121:14 184:1,10
185:15 283:13
288:12
**old** 154:23 274:11
277:19
**older** 196:6
**once** 80:25,25
229:25 231:20
**ones** 79:17 80:10
92:8,16 93:11
116:19
**online** 21:21 22:25
23:9,12 24:6,19
26:23 27:1,3 81:24
237:25 257:2,8
262:14 263:21
**open** 156:22
**opening** 25:21 103:8
**operations** 14:13,16
95:23 117:13,18
118:4,7,10,17,21,25
119:5 164:20
241:23 285:24
286:11,24
**opportunity** 186:25
**opposed** 223:23
**options** 250:6
**oral** 186:13
**ord** 196:11
**order** 28:9,18 29:7
177:23 187:12,17
196:18 228:5
242:17 245:2,7

268:25
**ordered** 243:6 245:7
**organization** 164:20
165:22 168:17,17
168:22 169:1,25
170:17 202:14
203:1 248:6
**organization's**
169:8,21 170:10
**organizational** 4:6
164:22,24 165:4,8
165:13,18 166:2,7
166:15,17,21 167:9
167:10,13,22 168:7
168:15 169:4,12,14
169:19,22,24
170:21,24 171:4,8
172:7,15 181:14,21
182:8,11,14,16,20
183:11 184:12
202:21 264:9
**organizations**
165:14 166:1 168:2
169:7,13
**organize** 23:25
270:9
**organized** 23:17,21
**organizing** 268:23
**original** 20:5 37:17
37:20 38:11 41:1
179:4 234:21
271:18
**originally** 66:14
69:7,25
**ortiz** 202:14,25
203:13
**ortiz's** 203:23
**outcome** 291:10
**outside** 24:1 37:24
159:1 243:1 269:24
**overmeyer** 189:23
190:20 194:7
**overmeyer's** 190:10
**owned** 58:21

[owner - placing]

**owner** 260:13 261:9
**ownership** 52:3 73:6
  78:17 79:12 80:22
  100:14 110:9
  136:25 143:3,4,9,11
  247:6 248:11
  260:16,24

**p**

**p** 2:1,1,11,16 188:22
**p.m.** 35:8 290:25
**pace** 85:3 99:12,17
  99:21,25 100:4
  106:9 109:1 127:20
  127:23 139:25
  140:6,14
**packet** 34:11
**page** 3:2,8 7:4,4,10
  7:10,14,18,18 34:16
  60:22,23 61:1,7
  65:8 69:20,25 72:7
  78:20 79:4 133:3,15
  133:17 134:20
  140:24 141:1,2,3,13
  145:18 171:10
  182:6,24 183:1,1,2
  183:23,24 184:2,3,5
  184:7,18 188:20
  197:18 199:9
  200:23 218:6 220:6
  222:2 224:13,19,20
  232:5,6,19,20
  233:17 246:14
  252:14 256:11
  262:23,23 264:3
  266:16 283:15
  289:1,18 290:7,9
**pages** 1:25 91:13,19
  91:20 161:7 176:11
  181:25 184:19
  185:9 187:11 211:4
  211:18 259:5 289:4
  289:14
**paid** 51:14,14
  172:14

**paper** 32:18 42:16
  42:19 111:9,16
  174:17 175:3
  261:10,11 289:1
**papers** 78:23 110:6
  115:13 116:6
**paragraph** 78:20
  79:4 189:11
**part** 16:8 72:8,12,15
  72:21 74:11 75:5
  83:5 110:25 136:10
  136:16 137:14
  138:2,18 141:19
  144:9 149:16,22
  150:1,5,9 152:9,15
  152:17 156:11
  159:15 165:25
  170:18 207:19
  256:4
**partial** 231:3,8,13
  233:12,12
**participants** 78:13
  80:18 226:18
  227:17 228:7 249:9
  249:15 252:16,20
  253:2 254:20
**participate** 28:9,18
  29:7 45:17,20 54:19
  55:18,20,22 56:5
  97:22 98:3,4 167:14
  167:23 168:4,9
  169:5,16 184:21
  185:22 189:7,13
**participated** 52:20
  53:19 58:20 190:23
  194:12
**participates** 185:18
**participating** 6:1
  51:4 53:9 55:5
  167:15 217:20
  264:2,7 277:8
**participation** 3:10
  34:18,23 35:11
  39:10,14,18 40:1,23
  50:16,18 52:23 73:4

  80:12 95:21 98:9
  176:15 180:25
  185:6 214:1,12
  239:4 247:2 252:18
**particular** 50:24
  66:22 69:8 72:24
  83:12,16,24 98:24
  137:7 148:23
  154:19 155:3,13
  163:5 165:19 201:8
  217:11,24 223:6
  259:5 264:5 269:18
  277:1
**parties** 8:11 9:10
**parts** 143:5
**party** 291:10
**path** 263:19
**patricia** 189:22
  190:9,19 194:7,12
  194:19
**paving** 50:7 57:4
**pay** 21:10,12 97:21
  98:1,3 145:7,11
  169:25 178:3
**payer** 175:6
**paying** 98:5 203:22
**payment** 165:3
  178:11 232:4
  233:14,18
**payments** 178:8
**pays** 177:19
**pdfs** 271:7
**pearson** 118:19
  119:1
**penalty** 292:1
**pending** 57:10
  166:11
**penn** 1:18
**pennsylvania** 1:19
  2:5 8:21
**people** 27:15 45:17
  54:15 55:12 92:5
  125:1 132:7 140:12
  209:8,12 225:15
  230:22 231:8

  234:19 235:5,13
  267:16
**perfectly** 198:17
**perform** 276:8
**period** 26:7 91:10
  235:1
**periods** 259:12
**perjury** 292:1
**permanent** 259:10
**person** 26:18 83:11
  87:4 134:8,24 170:9
  193:23 198:20
  234:9,10 283:19,24
**personal** 185:17
**personally** 221:21
**persons** 173:20,22
**perspective** 86:23
  87:1,3 223:3
**pertains** 232:4
**pertinent** 159:15
**petre** 188:22
**phil** 85:6 102:4,8,9
  102:13 108:6 109:1
**philadelphia** 1:17
  1:18 8:20 190:2,2
**phone** 10:1 278:8,13
  278:16
**phones** 8:7
**pick** 8:5
**picked** 211:17
  229:18 232:23
**picture** 253:23
  257:5
**piece** 32:18 174:17
**pieces** 175:3
**piloting** 250:2
**piping** 136:11,16
  137:14 138:2,19
  141:20 144:9
  149:17,22 150:2
**place** 8:8 270:9
  291:5
**placed** 269:13
**placing** 271:6

**[plaintiff's - produced]**

plaintiff's   245:6
plaintiffs   1:8 2:3
　68:22 121:23
　171:19 173:12
　196:2
plan   251:3
please   8:4,7 10:22
　12:3,21 13:10 50:10
　63:3 72:14 109:19
　109:21,24 120:7
　133:3 156:21,23
　158:6 175:25
　176:22 183:1
　184:20 187:10
　210:5 218:12
　258:14 263:17
　264:25 266:14
　283:21
plus   131:5 152:12
　180:11,13 266:2
point   12:2 13:9 22:5
　61:20 252:13 257:8
pointed   289:17
points   240:17
policy   3:12,14,15,17
　3:17,19,20 5:15
　58:9,12,17 59:23
　60:3,10,15 61:7,12
　61:16,23 62:2,8
　64:6,7,16,17,20
　65:15,20,21 66:7,9
　66:19 67:20,25
　68:10,14,15 69:3,6
　69:14 70:4,11,16,20
　71:4,9,20,22 72:7
　72:11 73:12,22
　76:14 77:1,21 78:5
　92:2 109:18 115:8
　115:24 119:14
　120:2,12,15,23
　121:2,8 176:22
　210:13 219:2,3,10
　219:19,22 220:8,11
　220:22 221:8 222:4
　223:23,24 224:17

231:6,15,19 236:14
237:4,15 238:19
239:2 254:3,23
256:14 257:22
258:16,18,21,25
259:21 263:1
265:24 269:24
279:9 289:20 290:1
poor   273:18
portion   232:3
portions   146:6
　230:3,7 232:24
　289:24
posed   241:20
position   44:23 45:2
　49:16 170:11 190:3
　190:7,10
possess   73:7,7
　176:18,19
possible   81:8 155:8
　187:13 199:5 232:1
possibly   78:19 80:23
　199:13 221:10
　227:8 228:19
　230:12 235:17
　251:23 261:4
potentially   95:18
　110:25 112:19
　114:13 189:2
　247:14
practice   15:17 158:8
practices   15:5
preamble   35:18
preceding   161:5
precise   256:25
precisely   26:7
　128:13
precision   269:1
　273:3,4,6,7,17,19,25
predecessor   127:2
　128:3,19,23 134:1
preexisting   152:7
preparation   67:16
　67:21 68:1,4 69:17
　71:5 83:21 84:10,18

85:14 86:3 91:5
93:13,22 99:8,13
106:4,9,15 108:7
109:3,10,15 114:17
114:23 116:22
119:8 123:13
124:11 125:3,7
143:21 161:19
206:23 207:1 231:2
231:11 258:21
262:14
prepare   90:16 91:9
　92:4 115:11 116:5
prepared   13:14 90:9
　111:10,16 112:3
　125:24 251:11,21
　284:23
prepares   217:10
preparing   90:3
present   9:8 81:20
　94:10 103:10
presentation   102:1
presentations   95:16
　95:24 96:9 100:11
　100:13,17,19
presented   191:12,13
　191:18
president   2:17
　14:12 85:1,3,4,6,10
　99:12 102:4 106:14
　117:12,18 118:4,6
　118:16,21,25 119:4
　126:15 127:12,20
　132:14
pretty   94:7
prevent   13:21,25
previous   41:19 80:8
　96:3 117:17 120:5
　145:21 146:1
　151:24 152:5 153:1
　187:12 205:2,4
　233:8,11
previously   15:15
　33:7 82:7,24 92:6
　105:5 152:11

206:21
printed   253:21,21
　281:4
printouts   181:22
prior   23:8,12 24:5
　24:18 25:8 26:11
　29:8 40:22 41:14
　42:4,7 58:6 59:13
　61:13,17,23 70:12
　70:15,19,20 71:4
　87:11 94:12 101:9
　101:14 107:20,21
　117:19 118:7,17
　119:14 120:2,12,15
　120:23 121:2,9
　126:5 150:15,19
　160:1,11 161:11
　224:10 270:23
private   8:6 208:4
privilege   158:24
privileged   47:10
probably   23:3 50:5
　67:2 96:24 101:11
　118:22 138:21
　170:5,6 212:3 235:1
　252:23 256:24
proceed   9:14
process   16:14,15
　17:15,18 26:23
　81:17 97:23 98:10
　104:11 142:11
　151:9 179:6,7
　186:19 230:24
　237:25 262:3,19
　270:20 275:25
processed   196:12,20
　196:23 197:4,19
　199:10 234:9,19
processes   236:25
processing   197:13
produce   269:1,2
produced   33:23
　34:3 35:7 64:14
　66:3 68:22 92:16
　122:14 123:7 164:5

[produced - read]

171:19,24 173:12
188:7 196:2 201:19
204:10 205:19
210:11 211:19
229:13 232:17
233:3 236:7 240:1
243:23 244:24
245:16 253:18
255:19 258:13
260:11 261:21
277:16 279:2 282:5
**producer**  56:10,14
**producing**  271:7
**product**  46:3 162:6
162:7,19
**production**  7:9
227:16 228:2
232:25
**products**  141:6
189:5
**program**  207:19,21
210:8 268:8,22
**programs**  78:22
**projects**  247:25
248:5
**proper**  269:10
**property**  3:12,14,16
3:19 58:9,12,17
60:3,10,15 61:6,12
61:16,23 62:2,8
64:6,16,19 65:15,20
66:7,9,19 67:20,25
68:10,14 69:3,5,13
70:4,11,16,20 71:4
71:9,20,21 73:11,22
76:14 77:1 78:5
91:16,24 92:2
109:18,20 110:2,5
110:13 113:4,22
115:8,12,24 119:13
120:2,11,15,22
121:2,8 219:2,10,19
219:22 220:8,11,22
221:8 222:4 224:16
256:14

**protection**  1:4
**protective**  245:7
**provide**  22:24 30:24
31:19 47:12 50:1
89:9,11 99:22 101:7
105:10,17 174:23
178:10 186:11,15
193:25 194:7
207:23,25 268:5,19
268:20 269:11,16
270:2 281:12
283:21
**provided**  27:3,9
52:4 95:15 100:4
105:13,20 120:6
129:12 133:6 136:3
142:17 143:24
146:4,22 148:12
150:18 158:20
187:13,20 188:11
211:3,5 266:1 285:2
**provides**  269:8
**providing**  11:13
37:13 49:15 55:12
**provision**  177:3
**psc**  1:3 10:6
**pscc**  183:4
**public**  1:22 145:3,10
162:10,18,22,25
291:4,15
**public.resource**
33:23 34:4 123:8
133:7 142:17
143:25 144:1
150:18 158:21
161:20 226:16
**public.resource.org**
1:10 2:9,19 3:22 9:1
10:20 88:8,17 89:8
89:18 221:9
**public.resource.org.**
9:18 10:2 122:4
**publication**  110:7
160:18 270:21,24
271:1,20

**publications**  85:4
99:12 126:16
127:13,20 132:8,14
138:22 139:18
140:4,16 261:6
**publicly**  155:23
**published**  29:16
139:9 148:18,19,21
149:2 150:14
152:11 159:18
161:11 275:15
276:2,9
**purchase**  159:25
264:5
**purely**  242:25
**purported**  213:24
**purports**  168:13
**purpose**  38:4 43:8
43:19 74:11,16 75:4
75:8,12 94:16,25
223:15 240:20
267:2
**pursuant**  291:4
**put**  187:11 213:14
214:15 256:16
269:10 270:21,25
271:20
**putting**  104:25
130:5 276:8

**q**

**qualify**  259:1
**quality**  158:9
**question**  12:3,4,6
13:5 35:22 41:19
47:14 52:7 57:10
58:6 59:13 72:18
75:21 76:1 80:5,15
83:8 105:16 110:16
113:20 125:11
128:20 129:2 131:6
132:9 134:16 136:6
143:9 154:1,7
157:25 159:1,12
161:23,25 162:3

163:8,11 166:10,20
179:9 180:3 182:5
185:3 198:13,18,23
200:12 202:3
204:20 206:12
209:17,19 217:2
220:17,19 223:19
228:1 231:10
235:15 237:20,23
241:8,14 242:2
243:4 271:11,18,19
280:9 284:13,17
286:19 287:4,9
288:2,24
**questioned**  95:10
**questioning**  12:23
12:24 13:1
**questions**  7:17
11:12,14 34:6 52:15
58:1 90:4,10,13
92:18 97:10,12,16
97:17 121:11 137:6
162:24 198:14
241:20 242:10,23
248:25 249:20
288:6,10,16 290:12
290:13
**quite**  57:7

**r**

**r**  2:1,16 63:4 89:16
175:15,16 188:22
291:1
**ramifications**  95:18
**randomly**  265:2
**range**  17:10 289:1
**raymond**  202:13,25
203:12
**rd&e**  183:6
**read**  66:15 74:8
115:16 116:1
159:11,14 177:2,3
179:11 180:1 181:3
198:22 219:1,6,17
220:7 231:10

[read - remember]

232:18 240:3 261:4
262:9 263:6 278:9
280:1,8
**reading** 10:8 72:7
79:1 256:13 278:12
**reads** 146:8
**ready** 52:15
**real** 96:24
**realize** 13:8
**really** 81:7 85:25
87:16 95:10 113:16
135:14 142:12
161:1 182:4 193:16
193:22 197:12
**reason** 12:21 13:21
13:24 43:7,17
162:20 163:13
171:23 172:22
173:1 188:5,10,19
231:17 240:7,11
244:4,7,11 262:17
**reasons** 44:17 45:17
46:6,9 163:4,23
164:3,7,14
**recall** 43:13 70:17
79:16 80:9 87:18
92:22 95:10 100:16
101:4,13 106:2
107:14 115:3
116:14 124:3 126:7
214:18,19 255:7
289:16
**recalled** 119:24
120:19
**receive** 43:9 165:11
188:2,6 221:7 240:8
244:8 245:13
**received** 221:19
226:16 231:20
246:2
**receives** 39:10
230:23 234:22
**recess** 12:14 57:17
88:1 135:21 159:6
195:15 239:13

257:16 283:2
**recognize** 35:25
64:18 66:4 68:23
88:19 113:2,20
121:24 122:15
126:10 171:21
182:1,9 187:19
240:5 244:2 255:21
**recognizes** 110:3
219:16
**recollect** 40:12
**recollection** 94:13
106:24 107:18
191:13 282:10
**recollections** 57:24
**record** 5:15 8:3,12
10:23 12:12,18
57:15,21 61:4,22
75:3 87:24 88:4
89:3,7 109:23
115:19 135:16,19
135:24 137:10
138:23 142:24
159:4,9,15 162:17
172:4 195:13,18
239:5,8,11,16
257:11,14,19,21
258:15,17,21,25
282:21,25 283:5
288:7,15 291:9
**recorded** 101:18
291:7
**recording** 8:10
**records** 259:8,9,9,10
259:11,14,14,15,15
259:16 260:1
**redirect** 290:15
**redline** 65:14
**refer** 50:24
**reference** 81:10
**referenced** 116:12
146:21 209:9 269:3
**references** 219:15
236:14

**referencing** 107:2
237:4 239:1
**referred** 78:25
81:25 97:18 100:10
**referring** 49:23
50:11 80:11 91:19
96:3 98:20 100:20
102:23 103:16
205:5,7 209:4,13
213:20,23,24
214:15,25 215:23
240:15 259:4 272:3
**refers** 281:20
**reflect** 44:16 53:6
130:14,25 131:12
131:24 280:5
**reflected** 52:22
**refresh** 282:9
**refrigerating** 1:6
**refusal** 286:15
**refuse** 163:10
286:18 288:11
**refused** 89:11 237:3
**refusing** 288:1
**regarding** 29:20
41:9 42:23 72:3
73:16 76:18 84:17
111:22 112:10
113:13 114:5
132:16 242:10
**regardless** 37:18
**regards** 179:9
**region** 190:1
**registered** 146:13
158:18,21 160:21
167:4
**registering** 103:6
**registration** 4:1
25:16,19 28:1 81:16
91:13,19 102:20
122:7 123:3,7,11,18
123:24 124:4,8,13
126:4 129:5,16
130:5,17 131:3,15
132:2,17 133:6

136:3 137:7,8 141:1
141:6,11,12,25
142:11 145:19,22
145:23 146:2,2,3,14
146:22 147:4 152:5
157:7,9 158:8,11
160:19 161:6 164:8
179:5,7
**registrations** 125:16
125:25 126:20
127:8 142:16 143:8
143:24 150:19
157:19 158:20
159:22 160:3,6,13
161:5,8,19 163:14
**regulation** 209:10
**regulations** 5:25
266:8,17,19 267:3,8
267:11,17,18 268:6
**regulatory** 259:12
**reiterating** 105:5
**relate** 52:1 167:7,9
241:6 286:4 289:25
**related** 1:11 78:22
104:22 137:6 189:3
276:22 289:19
**relates** 52:2 110:1
286:6,14 287:2,7,19
**relation** 117:21
**relations** 225:25
230:23
**relationship** 64:21
**relative** 58:3 85:17
94:4,8,10 99:19
120:10
**release** 149:3
**released** 148:15
**relevant** 143:8
189:2,13 198:6,17
247:4 261:10
270:10
**remediation** 193:3
193:12
**remember** 11:7 40:7
40:10,17 79:18

Veritext Legal Solutions
866 299-5127

[remember - role]

87:16 104:24 105:1
214:22 234:10
**remembered**  120:18
**remotely**  9:9
**remove**  231:18
**renew**  261:25 278:7
278:13,15
**renewal**  4:4 5:3,5
25:14,15 27:22
81:21 91:12,18 93:2
94:11 102:18
104:15 167:1 172:7
172:15 173:5,15,18
175:7 176:1,5,25
177:10,12,22,23
178:19 179:10,13
179:24 180:4,21
212:14,16,25
213:10,14 214:16
222:14 230:4,6,7
231:19 232:3
233:13,15,18,19
234:13,15,22 236:1
236:10,12,23 237:2
237:25 238:4,9,17
254:17 262:2,3,14
262:19,25 289:12
290:5
**renewals**  226:17
227:16 228:7
**renewing**  84:14
103:7 178:21
179:15 180:7
218:24
**reorganization**
272:11
**reorganize**  270:12
**repeat**  19:4 58:24
105:16 166:20
271:17
**repeatability**  273:8
273:11,19
**repeated**  199:4
**rephrase**  44:25
47:16 70:8 74:22

95:3 97:20 113:19
134:17 140:10,13
147:8 202:23
206:25
**report**  208:11
**reporter**  9:11 11:20
159:14
**reports**  78:23 208:1
208:17 269:2
**represent**  9:11
123:5 133:4 168:19
**representation**
252:17
**representative**
168:24,25 169:1
**representatives**
189:12
**representing**  8:14
9:12 169:20
**reproducibility**
273:8,20,23
**request**  7:9 82:22
219:5 221:19
245:20 280:12,16
280:18
**requested**  78:12
79:10 80:17 89:8,12
89:21
**requests**  81:18
221:7,22
**require**  37:8 75:21
177:20 202:3
204:20 222:24
**required**  25:1 28:7
28:17 29:6 36:16,22
37:19 38:10 177:1
177:11
**requirements**
242:16
**requires**  47:7
163:20 164:11
206:9,12 218:19
219:23 237:20
**research**  78:23
183:5 269:2

**reserve**  10:8 288:5
**reshuffle**  150:6
**reside**  115:15 116:9
**resolved**  143:17,18
**resources**  286:24
287:15
**respect**  41:12 45:11
117:1,4 120:8
170:11 246:22
**respective**  212:1
247:8
**respects**  89:5
**respond**  35:19,21
45:11 72:4 158:25
159:12
**response**  57:25
**responses**  11:24
**responsible**  90:3
268:23
**responsive**  29:23
31:18 42:25 47:11
48:1 204:23
**rest**  233:19
**restate**  75:3 153:9
**result**  94:18 148:8
**resulted**  153:19
**resulting**  43:12,15
95:22
**results**  273:14,15,17
273:24
**retain**  39:9
**retention**  5:15
257:21 258:15,17
258:21,25 259:13
**retreat**  240:14,17,19
240:21
**retroactively**  79:24
**return**  207:25 230:5
230:7
**returned**  39:15,20
40:2 231:3,8,13
237:17
**returning**  78:11
79:8 80:15 109:17
145:17 152:3

**review**  13:15 67:7
67:15,19 92:7
109:21 129:4
236:22 244:12
258:20 262:13
289:3
**reviewed**  67:17,25
68:4 69:17 91:11,24
92:1,10,14,23 93:7
93:13 258:23
**reviewing**  70:9
109:24,25 278:11
**revised**  71:9 147:14
153:20 154:5
**revision**  20:17 25:24
65:1 98:23 147:17
148:6,8,11 154:5,19
155:3 268:15
272:18
**revisions**  73:21 74:8
151:19 152:20,23
153:14,18 186:22
194:2
**rides**  158:10
**right**  36:15 46:10
65:4 74:7 93:5
115:22 135:7,15
141:13 160:20
183:23 196:10
197:17 198:17
199:8 203:3 215:11
215:19 250:10,16
255:9 282:20 288:6
**rights**  25:2,6 26:2
31:21 35:14 36:10
47:3 78:17 80:22
81:19 110:5 198:4
**rios**  1:20
**road**  50:7 57:4
**robert**  126:8,11,13
132:19,20 133:17
**robin**  268:23
**role**  127:10,15,18,24
235:20

Veritext Legal Solutions
866 299-5127

[rolled - side]

**rolled**   23:9,13
**room**   9:8
**rossi**   1:20 9:12
**roughly**   23:3,7 63:8
   118:13 192:1
   207:22
**round**   268:23
**rpr**   1:21
**rule**   3:23 88:9,18
   283:8
**rules**   11:11 242:22
   245:23
**running**   273:12
**ryan**   2:20 8:13

**s**

**s**   2:1,16,16 3:7
**safety**   277:2
**sales**   199:22,25
   200:4 235:6,14,23
**san**   2:13
**sarah**   188:21
**saved**   277:19
**saw**   122:20 123:9
**saying**   23:22 29:2
   38:4 103:23 104:3
   117:17 119:18
   120:18 134:3,10,25
   155:16 167:8
   270:13
**says**   37:17 60:18,21
   60:25 61:7 65:9
   66:14,16 69:21,24
   69:25 78:12,20
   80:16 110:1,3 133:8
   133:11 143:1
   145:21,22,23 146:1
   152:6,7,8,10 156:24
   157:1,5,10 160:16
   174:2 176:14
   188:21,22 189:1,9
   189:12 196:11,23
   201:21 202:25
   210:7 219:16 220:6
   220:12 236:9

238:16 240:16
250:16 252:14
256:16,17,23
258:15 259:8
260:12 265:5,17
266:16 279:5,25
282:13 289:1,2
**scope**   47:20 48:25
   51:17,23 56:12 57:1
   130:20 131:17
   132:4 136:20,23
   138:11 139:16,22
   140:8,19 141:22
   142:19,25 143:13
   144:4,13,20 145:14
   146:16,25 150:22
   151:4 165:7,17
   166:4 171:1 172:2
   172:17 173:25
   174:14,25 175:9,18
   183:13 184:14,24
   192:7,16 193:1,20
   194:23 197:10,21
   199:12 203:7,16
   208:6 209:16
   221:17 226:25
   227:22 228:12
   230:10 231:23
   233:22 237:6
   240:23 245:18
   246:20 248:10
   249:6,19 251:7,17
   252:10 253:5 259:3
   259:23 260:18
   261:2 267:6 286:3
   287:13
**scratch**   134:3
   137:24
**screen**   102:19
   262:25
**screens**   91:12,12,18
   91:18 93:3 102:17
   102:18,20 103:21
   104:9 105:1

**screenshots**   5:19,20
   261:14,24 262:7
   263:9,18 264:6
   289:14 290:6
**seal**   291:11
**search**   145:4,11
**searchable**   144:22
   144:24
**second**   11:7 77:2
   114:25 140:24
   159:1 188:20
   189:11 193:15
   222:7 226:22
   233:17 252:14
   262:23 289:18
**section**   72:11,15,21
   76:12 77:8 78:12
   79:8 80:16 109:19
   109:23 110:1 116:2
   129:25 130:7,11,16
   131:2,14 132:1,16
   133:8,8 145:20
   146:7 152:5 156:24
   157:3 233:18
   234:15 238:23,25
   259:11 260:1
   269:23 270:1
**sections**   270:10
**see**   19:7 33:8 34:19
   72:20 73:1,9 74:7
   76:7 80:16 123:16
   133:9,16 141:2,7,10
   176:22 177:7,14
   182:25 183:2,7,19
   184:3,8 188:18
   200:18 201:7 202:8
   202:19 204:25
   210:15 218:8
   243:24 245:10
   247:19 254:10
   264:8 273:14
   288:24
**seeking**   76:24
   226:19 227:18
   228:8

**seen**   88:22 95:25
   96:8 116:11 206:20
   208:16 265:16
**select**   264:4
**selected**   264:6,9
   265:2
**sell**   95:12,22 96:23
   164:19
**selling**   43:15
**sells**   96:18
**send**   230:4
**sends**   230:6
**senior**   87:4
**sense**   12:8 22:15
**sensitive**   8:5
**sent**   34:7 234:14
   244:9,13
**sentence**   73:11 79:2
**separate**   160:3,6
   164:14 181:22
**separately**   35:20
**separates**   159:20
   165:3
**serve**   18:19
**serves**   223:14
**service**   46:4 199:14
   199:17 265:20
   276:7 282:8
**services**   189:5
**serving**   281:21
**set**   108:8,19 254:20
**seven**   118:13 247:11
**share**   41:11 87:17
   113:14 114:6
**short**   52:10 57:8
   258:7 282:21
**shorthand**   291:7
**show**   53:19 200:6
   264:6 278:6
**showing**   65:14
   177:2
**shown**   123:23
**shows**   172:24
**side**   173:18

Veritext Legal Solutions
866 299-5127

[sign - standards]

sign   110:8 166:1
  167:10 177:11,22
  178:2,4,12
signature   133:19
  177:15
signed   39:9,15,19
  40:2 115:14 116:8
significance   87:17
  237:15
significant   32:14
  152:2
significantly   276:1,5
signing   10:8
silence   286:15
similar   20:22 202:9
  222:13 254:6,9,15
simply   42:2 82:16
  163:3 232:20 245:1
  245:5
single   158:11,19
  159:24,25 211:4
  234:15
site   5:19 103:20
  104:2 108:10,19
  156:5 171:5,7 193:4
  193:13 219:4
  253:24 254:11
  257:2,5 261:13,24
  262:4,20 277:20
  281:4,11
sitting   54:1
situation   56:15
situations   18:24
  79:16 80:9 116:15
  151:11
six   118:5 273:20,24
  288:13,13
size   150:8
skipped   115:17
slides   101:25 102:1
slightly   222:18
  288:25
smaller   16:22
smith   1:16 3:3 9:6
  10:11,24,25 11:3,10

12:20 13:20 14:3
  57:23 88:15 90:2,16
  136:1 240:2 242:9
  243:21 245:10,15
  246:1 258:1,11
  290:20 292:12
society   1:2,6,15 3:23
  8:24 88:10,18 130:6
  133:10 134:11
  135:2
software   78:23
soldier   183:6
sole   43:8,19 94:16
solutions   8:14 9:13
somebody   9:22 33:3
  121:6 146:20
  178:10 199:13
  236:11,22 253:7
sorry   10:3 67:9 83:8
  91:14 92:20 117:16
  156:20 157:14,15
  166:13,20 174:8
  185:14 193:18
  214:6 266:4 272:8
sound   13:2
source   111:24
space   21:22
spanish   205:25
  206:10,18
speak   75:16 83:19
  84:4,16 85:13 86:20
  102:9 143:22
  206:18 231:1,11
  265:14
speaking   170:16
speaks   76:9 219:12
  219:15 263:4
  279:11
special   110:11 125:5
specific   15:8 24:20
  39:4 50:1,6,23 53:5
  53:17 56:3 84:13,20
  84:21 92:25 97:7
  100:12,13,17 101:7
  116:18 149:15

185:3 235:13
  268:10
specifically   93:12
  115:5 150:3 170:16
  186:8 243:6 248:4
specification   15:16
specifications   15:4
specifics   39:8 79:21
  197:13
speculation   19:19
  20:24 22:12 33:11
  33:25 39:1,22 47:24
  49:5 54:23 62:17
  66:25 70:24 75:20
  77:12,23 78:7
  110:23 112:17
  114:11 117:10,23
  118:12 129:18
  130:19 131:17
  132:4 139:16,22
  140:21 146:24
  150:22 157:21
  160:24 161:14
  170:3 171:1 172:17
  173:25 174:14,25
  177:25 178:15
  179:1,21 181:10
  192:17 203:7,16
  221:4,16 225:12
  226:24 227:22
  228:13 230:11
  231:24 233:23
  237:7 246:10
  251:17 252:9 253:5
spell   63:2 175:23
spelled   175:14
spend   249:4
spent   109:14
spoke   96:11 101:5
  108:6 119:7 125:2,7
  212:9
spoken   206:24
spontaneous   55:3
  55:11

spontaneously
  54:16
spring   240:19,21
staff   26:17 63:22
  82:15 83:11,12,20
  84:5 87:4 94:16
  105:2,4 217:9
  225:14 249:25
  267:16,20 268:1,13
stages   154:25
stamp   196:9 197:3
  197:17 199:8
standard   15:13
  17:24 18:2,3,4,7
  19:22 20:6,16,17
  21:16 22:8,9 25:24
  25:25 27:5 28:10,19
  29:8 30:7 32:15,22
  32:25 33:5 36:7,24
  37:14,21 38:7,12
  40:20 43:9,16,20
  46:2 48:9 54:17
  80:1 81:2 83:3
  94:18,19 95:1 97:22
  98:9 105:15,22
  112:3,6 136:9
  137:22 141:4,18
  142:4,14 145:1
  146:11 147:13
  148:6 149:9,10
  151:8,18 154:3,5,19
  155:3 158:8,11,16
  158:19 160:15,21
  164:5 186:21 191:7
  191:16,19 192:11
  192:14,23 194:1
  269:3 270:13,20
  271:2 272:17,19
  276:23 277:1,5
  280:13,17
standardization
  280:3
standards   6:8,8,9
  14:21,22,24,25 15:7
  15:20 16:3,13 17:21

Veritext Legal Solutions
866 299-5127

23:14 24:4,22 27:16
29:15 33:8,9 39:5
41:2 43:12 44:19
45:4,5,18,21 46:14
49:12 54:4 56:6
58:21 71:23 78:20
78:21 79:24 95:13
95:15,22 96:18,23
98:14,21,24 103:11
103:12 109:20
110:2,13 113:3,4,21
113:22 117:1,5,21
122:3 136:2,10,14
136:16 137:12,14
137:21 138:1,2,17
138:18 141:19
143:7,25 144:9
147:2 149:4,8,14,16
149:22 150:1,11,15
151:1,12 152:9,15
152:17,20,23 153:3
153:3,14,18,19,20
153:21 154:11,24
155:4 156:4 158:22
159:19,23,24
160:13 161:10
164:9,18 169:18
176:20 178:23
179:17 180:9
184:21 185:10,24
186:5 189:3 191:1,4
194:1,8 207:23,24
208:1,2,10,11,23
209:2,4 226:18,20
227:17,19 228:7,10
247:3 267:9,19
268:16 269:6,13
271:22 274:1 275:7
275:11,12,21
276:14 279:17,18
280:1,5,22
**standardsdevelop....**
281:5
**standing**  291:4

**standpoint**  103:19
**stands**  207:15
**stapled**  265:2
**start**  91:21 255:4
**started**  10:7 25:7
126:1 156:5 160:12
215:4 257:25
**starting**  16:17 24:25
211:6
**starts**  18:9 213:25
232:18
**state**  10:22 120:13
142:24 151:17
162:16 172:14
**stated**  119:12
160:19 253:25
**statement**  37:18
96:3 104:10 105:11
105:18 153:2,17
239:3 252:13
273:10,23
**statements**  96:5
269:1 273:3,4,6,7,8
274:1
**states**  1:1 9:3 115:8
116:2 281:18
**staying**  258:5
**steel**  136:11,16
137:14 138:2,19
141:6,20 144:9
149:17,22 150:2
**step**  108:5
**stipulations**  7:13
**street**  1:17 2:12 8:20
**strike**  163:18 207:9
**strongly**  142:24
**student**  264:11
**studies**  268:24
**study**  268:7,22
**style**  268:6 269:11
269:24 270:3,11
276:16,18
**subcommittee**  16:17
16:20,21 17:16
191:14 280:19,19

282:18
**subcommittees**  17:5
17:7
**subject**  29:21 41:9
42:11,23 44:9 45:9
46:20 49:7 72:3
73:17 76:18 100:5
100:18 101:14
111:22 114:5 243:6
245:22 246:23
**subjects**  84:17
**submit**  31:6 110:6
159:21 207:7
263:21
**submitting**  37:17
**subscription**  145:8
145:12
**subsections**  109:22
**subsequent**  73:22
76:12 79:23 83:17
**subsidizes**  115:9
116:3
**successfully**  148:5
**successive**  154:11
**suffice**  89:24
**sufficient**  89:20
**suggesting**  141:24
142:2
**suing**  144:1
**suite**  1:18 8:20
**summarize**  168:13
**summary**  189:2
**supervision**  291:8
**support**  7:1 44:23
45:2 95:23 164:19
164:25 169:13
202:15 203:1
**suppose**  178:16
203:18 230:22
**supposed**  197:24
242:18
**sure**  15:10,23,24
19:3 34:15,19 39:12
40:3 41:24 44:12
46:8 47:13 49:9

50:22 51:10 53:2
55:25 58:14 61:21
61:25 62:5 66:21
74:6 80:4 101:16,24
104:5 107:18 108:2
119:19 123:20
132:22 134:15,19
136:5 142:11,12
146:18 153:24
160:9 161:16 170:5
172:20 181:12
185:1,5 190:1
191:21 196:21
200:2,5 208:8,15
209:22 215:2,25
225:24 244:14
245:14 251:13
252:3 255:7 256:22
257:3 259:19
260:20 262:7
270:22 275:8 277:5
279:25 284:25
288:23
**sven**  189:22 190:6
190:16 193:25
195:5
**swear**  9:13
**sworn**  10:12 291:5
**system**  155:15
156:12,15,16 197:5
197:19 198:19
199:10 250:7,8

|  t  |
| --- |

**t**  2:16 3:7 188:22
291:1,1
**table**  43:7,18
**tag**  281:14,17
282:10,14,18
**take**  12:22 13:1
32:23 43:14 52:10
52:15 57:9,11
132:24 187:10
194:15 195:9
252:14 258:6

Page 33

[take - time]

263:19 270:8,18
272:16 273:13
274:10 282:21
286:14 287:2
**taken** 8:21 11:1
12:14 57:17 88:1
135:21 159:6
195:15 239:13
257:16 283:2 291:4
**talk** 101:2 158:24
**talked** 79:17 80:10
84:23 102:16,22
103:3 115:4 166:25
167:2 202:10 231:7
254:16
**talking** 34:9 197:25
214:10 240:16
242:19 249:5
**task** 18:9,10,14,17
18:19,21 19:1,9,12
19:17,25 20:4,10,13
20:21 21:7,7,15
22:7,20 23:1,14
24:5,20 27:4,15
28:16 29:5,12 30:3
31:11 32:3,6,10
36:17,23 37:20,23
38:10 40:25 55:21
55:23 192:10,13,19
**tax** 259:13
**tc** 282:14
**team** 86:14 109:5
124:23 269:2
**technical** 5:25 14:12
14:15,18,20 15:19
15:22 16:1,12,24
17:2 30:25 49:25
78:22 98:21 110:6
111:9,15 115:12
116:6 117:12,18
118:4,7,10,17,21,25
119:4 151:5 166:8
166:16 167:14
168:4,9,20,24 169:6
169:16 170:12

193:23 217:21,24
223:16 225:19
249:9,25 252:16,21
253:3 254:20
263:22,23 264:1
266:9,17,20 267:3,7
267:12,17,21 268:2
268:14 270:22
272:10,13 276:10
281:18,21 282:19
285:24 286:9,12,25
287:15
**technically** 152:1
**technology** 22:18
85:7 102:5 103:19
156:17,19 250:2,5
274:12
**telecon** 2:19
**tell** 34:20 36:2 65:3
74:10 100:12
102:13 104:21
107:12,15 108:16
109:24 128:14,22
130:3,9 173:13
184:20 196:3
204:10 205:20
230:1 233:6 236:7
238:14 253:22
261:7 264:25
266:15 282:5 291:5
**telling** 128:25
142:14
**temporary** 259:9
**ten** 1:18 155:5,13,14
249:4
**tenure** 87:12
**term** 15:7
**terminology** 15:6,18
**terms** 59:8 113:5,23
256:15 270:5,16
**test** 15:4,16 273:5
273:10,12,12,14
274:2,3
**testified** 10:12

**testifying** 89:1,4
**testimony** 11:15
13:22 14:1 51:19
59:22 77:13 119:17
129:20 147:19
153:7 168:12 206:8
265:13 272:5 275:2
288:14 291:4,6,9
**testing** 1:3,15 3:24
8:24 88:10,19 130:6
133:10 134:12
135:2 141:5
**text** 152:11,12,14,19
157:2,8 219:9,21
220:10,21
**thank** 290:16
**thanks** 290:17
**thereof** 291:10
**thing** 21:13 40:16
150:5 179:25 223:4
223:9,14 232:1
273:21
**things** 58:24 59:3
267:21 268:9
269:21
**think** 13:25 21:1,13
26:4 27:14 30:20
33:17 34:8 38:3
46:9 47:5,7 48:1
51:17 53:15,18 55:3
55:11 56:15 59:7,11
59:24 61:20 63:18
67:3 69:15 78:8
91:2 93:2 95:8 97:6
97:11,12,15 100:14
101:25 105:3,23
107:17,18 108:2,2
112:19 115:2 119:2
121:3,25 122:20
124:24 126:1,2
127:17 130:1
136:23 139:12
144:21 147:1
154:23 158:23
167:19 169:11,12

171:9 172:8 182:23
187:16 188:5 193:2
198:16 208:15
221:25 225:14,15
225:17 227:13
232:1 241:14 255:8
256:9 258:8 262:18
277:3 278:18
284:25
**thinking** 54:10,11
93:5 120:14 172:23
250:10
**third** 234:15
**thomas** 2:17 85:1
93:22 94:2,21 95:4
95:15 96:1,4,5,11
96:17 97:3,9 99:2
100:11,13 101:2,5
101:13 109:1 119:2
119:3 120:9,9,13
121:1 251:18,21
252:5
**thought** 70:18 107:6
119:24 149:1 215:6
**three** 51:20 60:17
70:3 159:10 185:9
197:24 239:11
240:25 241:12,15
242:19 243:9
246:22 247:5 249:3
**time** 8:16 9:7 12:10
12:16 31:3 38:19
44:1 50:6 54:12
57:8,13,19 59:25
63:25 87:5,22 88:3
91:10 105:3 109:14
132:8,9,14,24
135:17,23 154:19
155:3,13,14 159:2,8
160:5 192:2 195:11
195:17 213:16
214:17 235:1 239:9
239:15 244:9,13
257:12,18 258:9
260:18 269:18

Veritext Legal Solutions
866 299-5127

[time - vague]

282:23 283:4
290:18 291:5
**times** 273:13
**title** 34:13 136:9
137:1 143:2 247:7
**titled** 35:10 61:6
64:15 181:21 246:7
253:19
**titles** 92:22
**today** 8:15 10:21
11:15,16 13:22 14:1
22:8 30:2 34:8 43:4
51:19 58:2 67:16,21
68:1,5 69:18 71:6
81:25 83:22 84:11
84:19 85:15 86:4
89:1 90:17 91:1,6
91:21 92:4 93:14,23
99:3,8,14 106:5,10
106:15 108:7 109:4
109:11,15 114:17
114:24 116:22
119:9 124:12 125:8
138:7 143:22
182:16 197:25
206:24 207:2 231:2
231:12 245:3 254:5
254:12 258:22
262:15
**today's** 246:23
**told** 96:7 125:18,21
127:7 128:11 130:2
**tom** 9:23 63:12,13
63:16,21,23 64:1
282:7
**tool** 225:17
**tools** 22:16,17
**top** 60:21 61:7 65:4
66:14 69:25 141:12
145:21 160:20
189:12 210:7
218:23 220:5 224:8
240:15 250:17
252:13 256:23
262:23 265:5

**topic** 51:25 89:15
121:5 143:1 209:20
249:5 283:9,15
284:17 286:4,6,14
287:2,19,21
**topics** 51:18,21 89:5
89:10,21,22 90:4,10
90:13,17 197:24
209:18 240:25
241:13 242:19,25
243:1,9 245:5
246:22 247:5
248:18 249:3 287:6
**torn** 233:19
**tough** 263:6
**training** 78:24
**transcribed** 291:7
**transcript** 13:14
**transcription** 291:8
**transfer** 78:16 79:12
80:21 200:23
**transferred** 41:3,20
42:6 73:5 176:17
**transformed** 276:1
**translation** 206:9
**treasurer** 84:24
**true** 106:16 291:8
292:3
**truth** 291:6,6,6
**try** 12:4 120:21
187:11 207:10
**trying** 138:16
278:13
**tsai** 176:4
**tubing** 136:11,16
137:14 138:3,19
141:20 144:10
149:17,22 150:2
**tuesday** 90:20,22
91:7 93:24,25,25
96:12,17 97:4,10
99:4
**turn** 8:7 109:19
133:3 156:21 158:6
188:20 189:10

224:13,19 283:15
288:21 289:9
**turned** 33:9 248:21
**turning** 145:18
**tweaking** 270:2
**twice** 115:18
**two** 16:16 60:17
71:10 88:5 157:18
159:4 181:22
184:19 288:15
**tx** 141:7,11 146:3,13
**type** 217:18 264:4
**types** 259:8,11,25
290:6
**typically** 16:21 18:9
18:18 51:13 153:2
166:1 169:25

**u**

**u** 175:14,15
**u.s.** 111:11 112:4
113:7,25 170:20
183:2,3,4,5,6,16,20
184:8,11,20 185:8
**ue's** 189:3
**uh** 99:15 156:20
**understand** 11:14
11:19 12:3 13:18
26:25 47:5,10 78:4
80:5 88:25 90:2,12
105:7 134:16
153:25 177:3
198:10 227:25
**understanding**
30:13 43:3,4,5 44:3
44:5,16,24 45:3
47:2 48:4,12,13
58:19 74:16 75:8,12
94:15,24 95:5 96:19
96:25 105:6,12,19
129:1 134:5,21
159:17 164:17
178:20 179:14
180:6 207:16,18
256:13

**understands** 77:17
**understood** 12:7
105:8
**unfortunately**
182:23
**unified** 250:7
**united** 1:1 9:3
281:18
**units** 276:23,25
**unrelated** 163:24
**update** 274:12,18
**use** 16:14 21:21
22:17,25 31:21
33:21 37:21 40:8,13
54:20 207:11 208:1
208:15,19 217:12
224:24 229:17
265:1 267:11,15
271:7 274:12
276:22,25
**usepa** 185:17
**user** 56:11,18,24
57:6 274:13
**uses** 208:10
**utilizing** 208:23
209:2,8

**v**

**v** 8:25 72:11,15,21
78:12 79:8 80:16
89:16 175:16
**vague** 11:6 14:9
15:9 16:7 17:19
18:16 23:23 24:12
25:12 28:11 31:3
36:18 37:3 38:1,13
40:15 47:4 50:3,12
55:24 62:4,9 64:24
72:17 73:24 77:22
79:14 82:18 83:23
84:8 90:18 97:5
98:12 100:8 103:17
113:9 114:1 123:19
128:9 145:6,13
146:23 147:19

Veritext Legal Solutions
866 299-5127

**[vague - witness]**

153:7,22 154:13,21
155:6,20,25 156:10
160:7 165:6,16
166:3 167:18 169:9
177:5 178:25
179:20 184:23
185:12,25 186:6,12
186:17 190:24
191:11,20 192:6
194:10 197:9,20
199:11,19 209:6
214:20 215:10
217:17 222:16
225:1 250:14
251:12 252:7,22
254:13 260:17
262:5 267:6,23
268:3,17 271:3,23
272:6,22 274:7
275:2,13,22 276:19
286:2
**vaguely**  40:7
**value**  249:24
**varies**  17:9 18:8
20:2 169:11
**variety**  21:1,17
268:9
**various**  5:1 232:10
**vary**  17:11
**veritext**  1:17 8:14
8:19 9:12
**versa**  269:25
**version**  60:13 66:10
66:13,18,22 67:5,12
68:3,9 69:5,8,13,16
70:10,15,19 71:3,19
73:23 76:13 104:1
115:23 116:1
145:24 147:12,15
148:13,14,23 149:3
151:25 196:6
225:15 254:10
256:9,10 257:1
262:8 276:2,9

**versions**  60:14 62:1
67:19,24 70:3
147:22,25 148:4
156:4 211:21,24
212:21,22 225:6
226:3,8,12 275:7,9
**versus**  22:8 56:25
72:22 98:10
**vi**  109:19,23,23
116:2,17
**vice**  2:17 14:8,11
85:3,4,6,10 99:12
102:4 106:14
117:11,17 118:3,6
118:16,20,24 119:4
126:15 127:12,19
269:25
**video**  12:11,17
57:14,20 87:23 88:4
135:18,24 159:3,9
195:12,18 239:10
239:16 257:13,19
282:24 283:5
**videographer**  2:20
8:2 12:10,16 57:13
57:19 87:22 88:3
135:17,23 159:2,8
195:11,17 239:9,15
257:12,18 282:23
283:4 290:18
**videotape**  290:19
**videotaped**  1:14
**viewed**  124:4 225:17
**views**  169:22
**violation**  242:15
**virtual**  22:17
**visa**  203:23
**volume**  98:14
137:20 142:5
149:18,20 150:8
159:22 160:2
**volumes**  137:21
149:15,16 150:6,19
158:22

**volunteer**  82:17
**volunteers**  16:5,6,10
18:18 20:16 272:20
272:25
**vote**  17:20,22 98:15
186:21 194:19
274:24 275:6,10,19
**voted**  195:1,6
**votes**  98:16
**voting**  16:16 17:15
17:16 98:22
**vp**  118:9 156:18
**vs**  1:9

## w

**walk**  18:6
**want**  10:7 20:16
33:4 34:6 43:18
95:20 107:9 117:14
142:23 151:7,15
162:13,23 175:23
180:19 198:22
242:4 249:13 258:1
264:4 268:11 284:2
288:23
**wanted**  32:15,23
86:22
**wants**  26:22 38:6
**washington**  2:5
**waste**  258:9
**way**  77:25 78:2,9
81:8 101:18 125:19
125:22 126:22
127:4 137:23 138:6
142:13 154:16
167:15 175:23
178:3 215:7,17
221:11 226:6
230:14 234:12
263:7 280:5,11
**ways**  21:18,23 22:1
22:3 110:4 198:3
280:15
**we've**  43:12 52:9
57:7 58:1 89:17

95:9 141:1 145:20
194:15 242:19
**web**  5:19 22:15,17
103:20 104:2 105:1
108:8,10,17,19
156:5 171:5,7 219:4
253:24 254:11
255:24 256:2,7
257:2,5 261:13,24
262:3,6,20 277:20
281:4,11 290:5
**weblink**  256:16
**week**  90:22 91:3,7,7
**weeks**  100:25
**went**  66:19
**west**  2:10 9:17 10:19
**whispering**  8:6
**wish**  18:19 164:25
**witness**  3:2 7:3 9:6
9:13 10:9 14:11
15:10 16:8 17:20
18:17 19:3,20 20:9
20:25 21:10 22:14
23:24 24:13,24
25:13 28:12 29:24
30:15,20 31:4,20
33:12 34:1,10 36:19
37:4,11 38:3,16
39:2,23 40:16 41:13
41:24 42:14 43:2
44:1,12 45:13,24
46:8,22 47:13 48:4
48:16 49:9 50:4,13
51:9 52:8 53:2,14
53:25 54:10,24 55:9
55:25 59:16 62:5,18
64:25 67:1 70:25
71:16 72:6 73:18
74:1 75:14 76:2,21
77:4,14,24 78:8
79:15 80:4 81:7
82:11,19 83:24 86:7
89:9,12,14,20,22
90:19 91:1 92:15,20
93:18 96:7 97:6

[witness - zoe]

98:1,13 103:2,18
104:5,18 108:1,13
108:22 110:19,24
111:6,25 112:13,18
112:25 113:16
114:8,13 115:2
117:11,24 118:13
119:18 120:17
122:20 123:1,20
124:16 128:10,17
129:22 130:21
131:8,20 132:6
134:15 135:6
136:21 137:17
138:5,12,21 139:6
139:11,17,23 140:2
140:20 141:23
142:21 144:6,14,21
145:1,7,15 146:8,17
147:1,20 149:13
150:24 151:5,14
153:9,24 154:15,22
155:7,21 156:2,11
157:15,22 158:3,14
159:17 160:8 161:1
161:15,24 164:2,17
165:8,18 166:5
167:19 168:2,15
169:11 170:4 171:3
172:3,19 173:1
174:2,8,16 175:2,10
175:22 176:10
177:7,14 178:1,16
179:3,23 180:13,15
180:20 181:11
182:6 183:14,19
184:4,15 185:1,13
185:15 186:1,7,13
186:18,24 187:16
188:15 190:25
191:12,21 192:9,18
193:2,10,16,18,22
194:5,11 195:3,8
197:12 198:25
199:3,13,20 200:18

201:7 202:8,19
203:9,18 204:25
206:16 208:7,14,22
209:7,22 210:15
211:17,21 212:3
213:13 214:6,9,21
215:11 217:6,18
218:23 219:14,25
220:5,20 221:5,18
221:24 222:9,17
223:3,13 224:7
225:2,13 227:3,7,13
227:25 228:15,19
228:25 230:12,17
230:21 231:25
233:24 234:3,8,18
234:25 235:5,10,17
236:18 237:8,12,24
238:22 241:19,22
242:4,5,13 246:11
248:13 249:21
250:15 251:8,13,18
251:23 252:3,8,11
252:23 253:7
254:14 255:1,6
259:4,24 260:20
261:3 262:6 263:5
265:5,16 266:5
267:7,24 268:4,18
271:4,13,24 272:24
274:8,20 275:4,14
275:23 276:20
279:12 280:10
281:10 286:21
287:11 288:11
290:3,17,22 291:9
291:11
**wondering** 142:8
**word** 72:23,24
  115:17 271:5
**work** 14:5,6 25:16
  25:19,22,23 26:3,13
  26:16 28:1 81:16
  82:23 83:16,17
  91:12,18 102:19

103:6 104:22
115:13 116:7,12,16
116:21,24 117:3,20
119:9 125:12,12
133:12,12 134:10
134:10 135:1,1
136:9 137:8 145:24
145:25 146:13,21
152:6,10 157:5,10
162:5,6,19 167:4
179:5 190:14 241:6
247:11,12 267:13
270:22 272:9 274:5
276:9 286:8 287:13
**worked** 132:7
**working** 49:24
**works** 87:3 142:12
  143:5 144:17
  154:16 189:25
  199:14 247:9,14
  283:20,25
**writers** 115:10
  116:4
**writing** 6:8 279:18
  280:1
**written** 186:15
  280:2
**wrong** 10:5 70:18
  184:2
**www.astm.org**
  176:23 219:4 281:5

<table><tr><td colspan="1">x</td></tr></table>

**x** 3:1,7
**xml** 271:6

<table><tr><td colspan="1">y</td></tr></table>

**yeah** 59:4 82:11
  83:10 108:1 119:24
  120:4 125:4 128:8
  135:6 150:16
  153:12 154:15
  161:1 173:20,21
  175:22 198:1 254:7
  271:16 272:15
  280:18 283:14

284:4
**year** 28:14 38:24
  101:1,9,9,9,10,11,15
  107:22 146:3,14
  147:11,16 148:8,9
  148:11,12 149:5,11
  153:5,21 160:17
  191:24 211:5
  212:23 213:3 215:4
  216:6,9 225:7 226:4
  226:9 230:4
**years** 23:6 33:14,15
  62:3 63:6,24 87:9
  118:14,14,22,23
  127:25 138:14
  153:2 154:22 155:5
  155:13,14 161:11
  211:14,22 212:1
  213:5,8 247:11
  274:11 286:1,11,25
  287:17
**yep** 150:16 222:17
**yesterday** 34:8
  86:17 90:19 100:3
  102:8,10 106:6,11
  106:20,22 108:6,17
  122:21 123:11
  124:5 126:6 127:17
  253:21 285:13

<table><tr><td colspan="1">z</td></tr></table>

**z** 181:24
**zoe** 203:22

Commonwealth of Pennsylvania Rules of Civil
Procedure

Title 231, Chapter 4000

Depositions and Discovery

Rule 4017

(c) When the testimony is fully transcribed a copy
of the deposition with the original signature page
shall be submitted to the witness for inspection
and signing and shall be read to or by the witness
and shall be signed by the witness, unless the
inspection, reading and signing are waived by the
witness and by all parties who attended the taking
of the deposition, or the witness is ill or cannot
be found or refuses to sign. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the person before
whom it was taken with a statement of the reasons
given by the witness for making the changes. If the
deposition is not signed by the witness within
thirty days of its submission to the witness, the
person before whom the deposition was taken shall
sign it and state on the record the fact of the
waiver or of the illness or absence of the witness
or the refusal to sign together with the reason, if

any, given therefor; and the deposition may then be used as fully as though signed, unless the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.


DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.