# EXHIBIT 41

```
 1                UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLUMBIA
 3

    AMERICAN SOCIETY FOR            )
 4  TESTING AND MATERIALS,          )
 5  d/b/a ASTM INTERNATIONAL;       ) Civil Action No.
 6  NATIONAL FIRE PROTECTION        ) 1:13-cv-01215-TSC
 7  ASSOCIATION, INC.; and          )
    AMERICAN SOCIETY OF             )
 8  HEATING, REFRIGERATION AND      )
 9  AIR CONDITIONING ENGINEERS,     )
                   Plaintiffs and   )
10  Counter-Defendants,             )
11  vs.                             )
12  PUBLIC.RESOURCE.ORG,INC.,       )
13                 Defendant and    )
14  Counter-Plaintiff.
15
16    VIDEOTAPED 30(b)(6) DEPOSITION OF NATIONAL
17    FIRE PROTECTION ASSOCIATION, INC., BY
18    CHRISTIAN DUBAY, before Jeanette N. Maracas,
19    Registered Professional Reporter and Notary
20    Public in and for the Commonwealth of
21    Massachusetts, at 42 Chauncy Street, Boston,
22    Massachusetts, on Wednesday, April 1, 2015,
23    commencing at 10:00 a.m.
24
25    PAGES 1 - 250
```

Page 1

**Page 2**

```
 1  APPEARANCES:
 2
 3  MORGAN, LEWIS & BOCKIUS, LLP
    By: J  Kevin Fee, Esq
 4  1111 Pennsylvania Avenue, NW
    Washington, DC 20004
 5  For ASTM
    E-mail: Jkfee@morganlewis com
 6
 7  MUNGER, TOLLES & OLSON, LLP
    By: Thane Rehn, Esq
 8  560 Mission Street
    27th Floor
 9  San Francisco, California 94105
    For NFPA and the Deponent
10  E-mail: Thane rehn@mto com
11
    FENWICK & WEST, LLP
12  By: Andrew P  Bridges, Esq
    555 California Street
13  San Francisco, California 94104
    For Public Resource Org, Inc
14  E-mail: Abridges@fenwick com
15
    Anthony Piccirilli, Videographer
16
17
    ALSO PRESENT:
18     Sally P  Everett, Esq , NFPA
19     Mitch Stolz, Esq , Electronic
       Frontier Foundation
20     Carl Malamud,Public Resource Org,
       Inc  (via telephone)
21
22
23
24
25
                                    Page 2
```

**Page 3**

```
 1        I N D E X
 2
    Testimony of:        Direct  Cross
 3
    Christian Dubay
 4
    (by Mr  Bridges)      9,247
 5  (by Mr  Rehn)          246
 6
          E X H I B I T S
 7
 8  No      Description      Page
 9
    Exhibit 1227 NFPA Regulations
10       and Procedures
         document          48
11
    Exhibit 1228 NFPA Terms of Use
12       document          93
13  Exhibit 1229 NFPA Disclaimers
         document          94
14
    Exhibit 1230 NFPA-PR0038497 to
15       8507           95
16  Exhibit 1231 NFPA-PR0038518 to
         8520          103
17
    Exhibit 1232 NFPA-PR0020393 to
18       0402          117
19  Exhibit 1233 ADS011129 to 1130   125
20  Exhibit 1234 ADS007008      126
21  Exhibit 1235 ADS001673      127
22  Exhibit 1236 ADS011112      127
23  Exhibit 1237 ADS011147      128
24  Exhibit 1238 ADS011264      128
25
                                    Page 3
```

**Page 4**

```
 1  (Exhibits continued)
 2
 3  No      Description      Page
 4
    Exhibit 1239 ADS011280      128
 5
    Exhibit 1240 ADS007361      130
 6
    Exhibit 1241 ADS008689      130
 7
    Exhibit 1242 ADS023243 to
 8       3244          131
 9  Exhibit 1243 ADS011118      134
10  Exhibit 1244 ADS011153      142
11  Exhibit 1245 ADS011232      143
12  Exhibit 1246 ADS011250 to
         1254          143
13
    Exhibit 1247 ADS011265      145
14
    Exhibit 1248 ADS019171      146
15
    Exhibit 1249 ADS019166 to
16       9167          146
17  Exhibit 1250 ADS019249 to
         9259          147
18
    Exhibit 1251 ADS019270      149
19
    Exhibit 1252 ADS020865      150
20
    Exhibit 1253 ADS007551 to
21       7560          150
22  Exhibit 1254 ADS002334 to
         2335          151
23
    Exhibit 1255 ADS000090      152
24
25
                                    Page 4
```

**Page 5**

```
 1  (Exhibits continued)
 2
 3  No      Description      Page
 4
 5  Exhibit 1256 ADS000175 to
         0200          153
 6
    Exhibit 1257 ADS019172 to
 7       9173          156
 8  Exhibit 1258 ADS020867 to
         0868          156
 9
    Exhibit 1259 ADS024931 to
10       5100          157
11  Exhibit 1260 ADS000089 to
         0174          158
12
    Exhibit 1261 NFPA-PR0048987      163
13
    Exhibit 1262 NFPA-PR0049128      166
14
    Exhibit 1263 NFPA-PR0038686      169
15
    Exhibit 1264 NFPA-PR0038697 to
16       8698          171
17  Exhibit 1265 NFPA-PR0039043      185
18  Exhibit 1266 NFPA-PR0038683      185
19  Exhibit 1267 NFPA-PR0096607 to
         6608           187
20
    Exhibit 1268 NFPA-PR0048992      191
21
    Exhibit 1269 NFPA-PR0066821 to
22       6822          192
23  Exhibit 1270 NFPA-PR0066842 to
         6843          195
24
25
                                    Page 5
```

2 (Pages 2 - 5)

1
  (Exhibits continued)
2

3
  No     Description        Page
4
5  Exhibit 1271 NFPA-PR0042205 to
        2208        203
6
  Exhibit 1272 NFPA-PR0042201 to
7        2202        208
8  Exhibit 1273 NFPA-PR0055814 to
        5815        222
9
  Exhibit 1274 NFPA-PR0068261 to
10        8262        223
11 Exhibit 1275 NFPA-PR0092785    224
12 Exhibit 1276 NFPA-PR0050050 to
        0052        226
13
  Exhibit 1277 NFPA-PR0049260    227
14
  Exhibit 1278 NFPA-PR0049264    228
15
  Exhibit 1279 NFPA-PR0049521 to
16        9522        229
17 Exhibit 1280 NFPA-PR0092773 to
        2775        231
18
  Exhibit 1281 NFPA-PR0040625 to
19        0627        232
20 Exhibit 1282 NFPA-PR0044700    232
21 Exhibit 1283 NFPA-PR0092763 to
        2766        232
22
23
24
25
                              Page 6

1      MR. BRIDGES:  Yes.          10:01:12
2      THE WITNESS:  Yes.          10:01:12
3      MR. REHN:  Yes.             10:01:13
4      MR. FEE:  Yes.          10:01:13
5      VIDEOGRAPHER:  At this time will     10:01:15
6  counsel and all present identify themselves    10:01:17
7  for the record, after which our court      10:01:17
8  reporter will swear in the witness and we    10:01:18
9  can proceed.                10:01:19
10     MR. BRIDGES:  This is Andrew Bridges  10:01:20
11 from Fenwick & West, representing the      10:01:23
12 defendant, Public.Resource.org.  With me     10:01:26
13 is Mitch Stoltz from Electronic Frontier     10:01:31
14 Foundation, also representing          10:01:32
15 Public.Resource.org.  I believe that we     10:01:35
16 have listening in only on the telephone     10:01:36
17 Carl Malamud of Public.Resource.org.     10:01:39
18     MR. MALAMUD:  Yes, I'm here.  Thank   10:01:43
19 you.                 10:01:45
20     MR. REHN:  I'm Thane Rehn from      10:01:45
21 Munger, Tolles & Olson, representing the    10:01:45
22 National Fire Protection Association and the   10:01:49
23 witness.                10:01:51
24     MS. EVERETT:  I'm Sally Everett,      10:01:52
25 general counsel of National Fire Protection   10:01:53
                              Page 8

1      P R O C E E D I N G S
2      VIDEOGRAPHER:  Good morning.  We
3  are now on the record at 10:00 a.m. on      10:00:18
4  April 1st, 2015.  This is the video-recorded   10:00:21
5  deposition of Christian Dubay.        10:00:25
6      My name is Anthony Piccirilli, here    10:00:28
7  with our court reporter, Jeanette Maracas.    10:00:30
8  We are here from Veritext National Deposition  10:00:32
9  and Litigation Services.           10:00:35
10     This deposition is being held at     10:00:37
11 G&M Court Reporters in Boston, Massachusetts.  10:00:39
12 The caption of this case is American Society   10:00:42
13 for Testing and Materials versus        10:00:45
14 Public.Resource.org, Incorporated.       10:00:47
15     Please note that audio and video     10:00:50
16 recording will take place unless all parties   10:00:51
17 agree to go off the record.  Microphones are   10:00:54
18 sensitive and may pick up whispers, private   10:00:56
19 conversations and cellular interference.     10:00:58
20     I am not authorized to administer     10:01:01
21 an oath.  I am not related to any party in    10:01:02
22 this action, nor am I financially interested   10:01:05
23 in the outcome in any way.  May I please have  10:01:07
24 an agreement by all parties that we can     10:01:09
25 proceed?                10:01:11
                              Page 7

1  Association.               10:01:56
2      MR. FEE:  Kevin Fee from Morgan      10:01:56
3  Lewis, on behalf of ASTM International.      10:01:59
4      CHRISTIAN DUBAY          10:02:02
5      A witness called for examination
6  by counsel for the Defendant and
7  Counter-Plaintiff, having been first duly
8  sworn, was examined and testified as follows:
9      DIRECT EXAMINATION
10 BY MR. BRIDGES:              10:02:09
11 Q.  Good morning, Mr. Dubay.         10:02:10
12 A.  Good morning.          10:02:11
13 Q.  Have you ever been deposed before?      10:02:12
14 A.  No.                 10:02:13
15 Q.  Have you ever testified under oath before?   10:02:14
16 A.  No.                 10:02:16
17 Q.  Did you have a chance to meet with counsel   10:02:16
18 to discuss how a deposition proceeds?       10:02:20
19 A.  Yes.                 10:02:23
20 Q.  How long did you spend either meeting with   10:02:23
21 counsel or in other conversations with      10:02:26
22 counsel talking about depositions?        10:02:28
23 A.  Approximately about four hours.       10:02:31
24 Q.  When did you do that?           10:02:32
25 A.  Monday.               10:02:34
                              Page 9

3 (Pages 6 - 9)

| | Page 10 |
|---|---|
| 1 | Q. Was anyone else present at that meeting?  10:02:34 |
| 2 | A. No.  10:02:38 |
| 3 | Q. Did they explain to you how a deposition  10:02:38 |
| 4 | proceeds and how objections can be made and  10:02:45 |
| 5 | how there may be times for you to receive  10:02:48 |
| 6 | instructions from counsel?  10:02:52 |
| 7 | A. Yes.  10:02:54 |
| 8 | Q. Do you have any physical or mental reason  10:02:54 |
| 9 | why you can't testify accurately and  10:03:03 |
| 10 | truthfully today?  10:03:06 |
| 11 | A. No.  10:03:06 |
| 12 | Q. Will you please state your full name for  10:03:07 |
| 13 | the record.  10:03:13 |
| 14 | A. Sure. My name is Christian Dubay.  10:03:13 |
| 15 | Q. What's your home address?  10:03:16 |
| 16 | A. 32 Alvin Circle, Raynham, Massachusetts.  10:03:17 |
| 17 | Q. What's your work address?  10:03:22 |
| 18 | A. One Batterymarch Park, Quincy, Massachusetts.  10:03:23 |
| 19 | Q. What is your job at NFPA?  10:03:27 |
| 20 | A. I'm vice president and chief engineer.  10:03:33 |
| 21 | Q. When did you first begin working for NFPA?  10:03:36 |
| 22 | A. 1995.  10:03:42 |
| 23 | Q. What work did you have before you joined  10:03:44 |
| 24 | NFPA?  10:03:51 |
| 25 | A. I was a college student and a co-op engineer  10:03:51 |

**Page 10**

| | Page 11 |
|---|---|
| 1 | with the U.S. Navy.  10:03:54 |
| 2 | Q. Please take me through your college  10:03:58 |
| 3 | education.  10:04:02 |
| 4 | A. I have a Bachelor's degree in fire protection  10:04:02 |
| 5 | engineering with a co-op distinction due to  10:04:05 |
| 6 | my work with the U.S. Navy.  10:04:09 |
| 7 | Q. Where was that university degree from?  10:04:10 |
| 8 | A. University of Maryland.  10:04:13 |
| 9 | Q. Please take me through your career at NFPA,  10:04:14 |
| 10 | and tell me what your positions have been  10:04:24 |
| 11 | since 1995.  10:04:27 |
| 12 | A. I started out as an associate engineer,  10:04:28 |
| 13 | worked through the various levels of  10:04:32 |
| 14 | engineering all the way through principal  10:04:34 |
| 15 | and ultimately vice president and chief  10:04:36 |
| 16 | engineer.  10:04:38 |
| 17 | Q. Did you receive any academic education after  10:04:40 |
| 18 | your Bachelor's degree?  10:04:51 |
| 19 | A. Not formal degree programs, but continuing  10:04:53 |
| 20 | education, management development, things  10:04:57 |
| 21 | like that.  10:05:00 |
| 22 | Q. Please take me through your areas of  10:05:01 |
| 23 | responsibility starting in 1995 till now in  10:05:07 |
| 24 | your work at NFPA.  10:05:11 |
| 25 | A. My primary role when I started was answering  10:05:13 |

**Page 11**

| | Page 12 |
|---|---|
| 1 | technical questions relating to our codes and  10:05:17 |
| 2 | standards.  10:05:20 |
| 3 | Q. Then what?  10:05:25 |
| 4 | A. Then I was given responsibility for a library  10:05:25 |
| 5 | of smaller documents as a new engineer to  10:05:31 |
| 6 | handle the committee process and the  10:05:35 |
| 7 | management of our technical committees.  10:05:37 |
| 8 | Q. What did you mean by a library of smaller  10:05:39 |
| 9 | documents?  10:06:04 |
| 10 | A. As a staff liaison, I was given approximately  10:06:04 |
| 11 | on the order of maybe 10 or 12 different  10:06:09 |
| 12 | standards that I was responsible for with the  10:06:13 |
| 13 | standards process around those documents.  10:06:17 |
| 14 | Q. Did the 10 or 12 different standards that you  10:06:22 |
| 15 | were responsible for have a common theme?  10:06:27 |
| 16 | A. It was a long time ago, but the best I can  10:06:31 |
| 17 | recall, yes, mostly around commercial  10:06:34 |
| 18 | cooking, chimneys, things like that.  10:06:39 |
| 19 | Q. How long did you have that role?  10:06:51 |
| 20 | A. To the best of my recollection, I had that  10:07:06 |
| 21 | smaller set of documents for about two to  10:07:09 |
| 22 | three years and then I took on a larger role,  10:07:12 |
| 23 | handling a smaller set of standards, but  10:07:16 |
| 24 | larger documents around automatic fire  10:07:19 |
| 25 | sprinkler systems.  10:07:22 |

**Page 12**

| | Page 13 |
|---|---|
| 1 | Q. What were those documents?  10:07:26 |
| 2 | A. Specifically NFPA 13, NFPA 13R, 13E, some of  10:07:31 |
| 3 | them. There's a few more.  10:07:42 |
| 4 | Q. That group had a common theme of sprinkler  10:07:47 |
| 5 | systems?  10:07:50 |
| 6 | A. All related to automatic fire sprinkler  10:07:51 |
| 7 | systems.  10:07:54 |
| 8 | Q. When did you have that role?  10:07:59 |
| 9 | A. I had that role until -- I forget the  10:08:01 |
| 10 | specific start date, but I had that role  10:08:05 |
| 11 | until 2007.  10:08:07 |
| 12 | Q. At that point how did your role at NFPA  10:08:12 |
| 13 | change?  10:08:17 |
| 14 | A. At that point I was named vice president and  10:08:18 |
| 15 | chief engineer.  10:08:20 |
| 16 | Q. You've had the same title from 2007 till now?  10:08:21 |
| 17 | A. Yes.  10:08:27 |
| 18 | Q. What have your functions been as vice  10:08:28 |
| 19 | president and chief engineer?  10:08:32 |
| 20 | A. I have primarily two responsibilities. The  10:08:33 |
| 21 | first and foremost is the overseeing of our  10:08:37 |
| 22 | codes and standards operations. My second  10:08:40 |
| 23 | role in serving as chief engineer is the  10:08:44 |
| 24 | primary technical spokesman for the  10:08:47 |
| 25 | association.  10:08:50 |

**Page 13**

4 (Pages 10 - 13)

1   Q.  In what forums do you speak as NFPA's primary    10:09:00
2       technical spokesman?                        10:09:12
3   A.  One example is media interviews.            10:09:15
4   Q.  How else?                                   10:09:25
5   A.  Another example is public forums around our    10:09:26
6       technical topics of expertise, our standards.    10:09:32
7   Q.  What type of public forums do you mean?     10:09:36
8   A.  One example is speaking at the conferences    10:09:40
9       and training seminars and such.             10:09:47
10  Q.  What types of conferences do you speak at    10:09:49
11      for NFPA?                                   10:09:52
12  A.  In my current role primarily, I guess that's    10:09:52
13      a standards role, technically it could       10:09:57
14      involve the topic at hand.  It could be a    10:09:59
15      trade event or an association of, say, an    10:10:01
16      association of manufacturers or constituents    10:10:08
17      or government, like fire marshals.          10:10:11
18  Q.  On what topics do you typically speak at    10:10:18
19      those conferences?                          10:10:23
20  A.  As broad as our scope of NFPA.             10:10:25
21  Q.  And how broad is that scope?               10:10:34
22  A.  We -- our mission is based upon safety and    10:10:36
23      improving safety and reducing loss.  And that    10:10:42
24      covers approximately 300 codes and standards    10:10:44
25      on a multitude of topics.                   10:10:49

Page 14

1   Q.  How do codes and standards improve safety    10:11:01
2       and reduce loss?                            10:11:03
3   A.  Codes and standards are designed -- part of    10:11:05
4       them is to learn from losses, learn from    10:11:13
5       incidents as such to ensure what protection    10:11:17
6       needs to be in place to account for that.    10:11:20
7       That's one of the ways.                     10:11:23
8   Q.  How else do codes and standards improve    10:11:27
9       safety and reduce losses?                   10:11:30
10          MR. REHN:  I'll just object that       10:11:35
11      these questions are outside the scope of the    10:11:36
12      topics for which this witness was designated,    10:11:38
13      but you can answer.                         10:11:41
14          MR. BRIDGES:  I disagree, but we      10:11:42
15      don't need to argue it.                     10:11:44
16  A.  Codes and standards, at least the NFPA    10:11:46
17      process, brings together a multitude of    10:11:48
18      interested parties which can determine,     10:11:51
19      through the consensus process, a best minimum    10:11:53
20      level of safety.                            10:11:58
21  Q.  Who determines what the best minimum level    10:12:14
22      of safety is in that process?              10:12:50
23          MR. REHN:  Objection as to form.       10:12:55
24  Q.  You may answer.                            10:12:58
25  A.  At NFPA our process relies upon our technical    10:12:59

Page 15

1       committee volunteers.                       10:13:04
2   Q.  Is it the technical committee of volunteers    10:13:15
3       who determine what constitutes the best    10:13:22
4       minimum level of safety?                    10:13:24
5          MR. REHN:  Objection as to form.       10:13:26
6   A.  It's a combination of -- our technical    10:13:29
7       committee members determine the final       10:13:32
8       technical requirements, however, that's    10:13:34
9       balanced with extensive public review and    10:13:37
10      comment.                                    10:13:39
11  Q.  I'll come back to that in a minute.  How else    10:13:49
12      do you -- in what other forums do you speak    10:14:14
13      as primary technical spokesman for NFPA?  You    10:14:17
14      mentioned media interviews, certain public    10:14:24
15      forums.  You mentioned conferences and       10:14:27
16      training seminars.  Are there any other ways    10:14:29
17      in which you serve as the primary technical    10:14:32
18      spokesman for NFPA?                         10:14:34
19  A.  I often give presentations relating to    10:14:35
20      awareness of our process and awareness of how    10:14:39
21      to get involved and how to be part of this    10:14:42
22      public codes and standards process.         10:14:46
23  Q.  To whom do you make those presentations?    10:14:51
24  A.  Various affected parties.  Again, really    10:14:55
25      depends on the breadth of topics.  So it    10:14:59

Page 16

1       varies.                                     10:15:04
2   Q.  What are some examples of groups to which you    10:15:04
3       make these presentations?                   10:15:08
4   A.  For example, if there's an emerging technical    10:15:09
5       topic of safety or concern to the           10:15:13
6       association, I may meet with fire marshals or    10:15:16
7       local safety officials in a given           10:15:19
8       jurisdiction or state to present what we know    10:15:22
9       at that time.                               10:15:26
10  Q.  To your knowledge, what use do they make of    10:15:30
11      the information that you present to them?    10:15:42
12          MR. REHN:  Objection as to form.       10:15:45
13      Calls for speculation.                      10:15:47
14  A.  It would really depend on the group.        10:15:49
15  Q.  Let's say fire marshals.                    10:15:56
16          MR. REHN:  Same objection.            10:15:58
17  A.  They often utilize that information as    10:16:01
18      information to make safety decisions within    10:16:05
19      their various jurisdictions or with the    10:16:07
20      situations that they're facing.             10:16:11
21  Q.  What kind of safety decisions are you    10:16:12
22      referring to?                               10:16:14
23  A.  It could be, for example, how to understand a    10:16:19
24      new technology or a new application of    10:16:27
25      safety, a new safety standard, a new adoption    10:16:34

Page 17

5 (Pages 14 - 17)

1    or new application area.          10:16:37
2    Q. When you say a new adoption, what do you     10:16:40
3       mean?                          10:16:44
4    A. For example, if a jurisdiction is looking to   10:16:44
5       incorporate, say, residential sprinklers in   10:16:51
6       the jurisdiction, they may want to utilize an   10:16:54
7       NFPA standard, an installation standard.  And   10:16:57
8       as part of their regulation, I will spend      10:17:01
9       time with them explaining the standard,        10:17:03
10      explain the requirements.          10:17:05
11   Q. To whom else do you make presentations as    10:17:10
12      NFPA's primary technical spokesman?        10:17:23
13   A. Industry groups is another example.      10:17:26
14   Q. Who else?                     10:17:45
15   A. Peer standards developers is another example.  10:17:46
16   Q. Sorry?                       10:17:53
17   A. Peer standards developers, we refer to them   10:17:53
18      as SDOs, standards development organizations.   10:17:58
19   Q. Which ones do you have in mind when you say   10:18:01
20      that?                         10:18:03
21   A. Again, there's a lot of them, so it depends.   10:18:03
22      The most common example I would say is       10:18:10
23      working with ANSI, the American National      10:18:13
24      Standards Institute, which brings together a   10:18:16
25      lot of standards developers.  So that's the    10:18:17

Page 18

1    best example I can give you of a place where   10:18:19
2    we chat about standards operations.        10:18:23
3    Q. Is ANSI a peer or an umbrella organization?   10:18:25
4         MR. REHN:  Objection as to form.      10:18:28
5    A. ANSI is a federation of membership        10:18:30
6       organization for standards developers as well   10:18:36
7       as organizations that are impacted by        10:18:40
8       standards.                     10:18:42
9    Q. Does NFPA belong to ANSI?           10:18:45
10        MR. REHN:  Objection as to form.      10:18:48
11   Q. Is it a member of ANSI?             10:18:49
12   A. Yes.                          10:18:51
13   Q. Do you have any position within ANSI?      10:18:51
14        MR. REHN:  Objection as to form.      10:19:01
15      Vague and ambiguous.             10:19:02
16   A. I am a member of a few of their equivalent,   10:19:04
17      something like a section.  I'm a member of    10:19:11
18      their executive standards council as an      10:19:13
19      example.                       10:19:15
20   Q. What other memberships or committees or units  10:19:16
21      within ANSI do you have?            10:19:21
22   A. I'm also a member of the Organizational     10:19:23
23      Member Forum or OMF.               10:19:26
24   Q. Anything else?                   10:19:32
25   A. I'm also a member of the National Policy     10:19:35

Page 19

1    Committee, NPC.                 10:19:38
2    Q. What else?                    10:19:42
3    A. I'm also co-chair, private sector co-chair of  10:19:44
4       the -- I apologize, I don't recall the exact   10:19:53
5       document, but it's HDSCC, I believe.        10:19:54
6    Q. What does that stand for?           10:19:59
7    A. It's a Homeland Security working group around  10:20:00
8       different issues that the nation is facing     10:20:06
9       around Homeland Security and -- Homeland      10:20:11
10      Security is the best way to describe it.      10:20:16
11   Q. What else?                    10:20:19
12   A. To the best of my recollection, those are the  10:20:20
13      only specific ANSI activities that I have.    10:20:26
14   Q. How much of your time as an NFPA employee is   10:20:32
15      spent engaged in ANSI-related activities?     10:20:37
16        MR. REHN:  Objection as to form.      10:20:43
17      Lacks foundation.               10:20:46
18   A. Maybe ten days per year, approximately.     10:20:47
19   Q. Is that ten days per year where the days are   10:20:56
20      devoted to ANSI-related activities?        10:21:04
21   A. It depends.                   10:21:06
22   A. It depends.  Some days may be a one-hour call  10:21:09
23      or some days may be a full-day meeting.      10:21:13
24   Q. I'm just trying to get clear, you do        10:21:17
25      ANSI-related work on only ten days during the  10:21:21

Page 20

1    year or ten full days per year with other     10:21:23
2    activities?  How do you divide it?  How do    10:21:26
3    you mean ten days?                10:21:30
4    A. The way I would describe it is approximately,  10:21:31
5       to the best of my recollection, I'm just      10:21:35
6       thinking now, is only ten days a year.       10:21:36
7       Not -- I don't view it as ten full days, but   10:21:40
8       there's probably ten times per year where I'm   10:21:43
9       involved in ANSI activities.  On a couple of   10:21:45
10      occasions, they're full-day activities.      10:21:48
11   Q. Does that include any type of activity      10:21:52
12      whether you're sending e-mails to people at    10:21:55
13      ANSI and the like?               10:21:57
14        MR. REHN:  Objection as to form.      10:21:58
15   A. Honestly, I don't keep track of each and     10:22:00
16      every e-mail, so I wouldn't know.  When you    10:22:03
17      asked me the question, I'm estimating how      10:22:06
18      many days that I have -- I have an ANSI day,   10:22:09
19      there's something going on, formal.         10:22:12
20   Q. What are your duties at NFPA as chief       10:22:22
21      engineer, apart from being the primary       10:22:46
22      technical spokesman?              10:22:48
23        MR. REHN:  Objection to form.  Asked   10:22:53
24      and answered.                   10:22:54
25   A. Chief engineer.  That's my primary, the      10:22:59

Page 21

6 (Pages 18 - 21)

| | |
|---|---|
| 1 | technical aspects.                          10:23:03 |
| 2 | Q. What do you do in your role as chief engineer 10:23:08 |
| 3 | internally within NFPA when you're not giving 10:23:18 |
| 4 | maybe interviews or speaking at public      10:23:25 |
| 5 | forums?                                     10:23:27 |
| 6 | A. The only thing I can think of is acting as 10:23:33 |
| 7 | part of the senior management team in       10:23:39 |
| 8 | day-to-day operations.                      10:23:41 |
| 9 | Q. Do you provide technical input within NFPA? 10:23:47 |
| 10 | MR. REHN:  Objection as to form.        10:24:03 |
| 11 | It's vague.                             10:24:06 |
| 12 | A. I'm not sure I understand the question.  10:24:07 |
| 13 | Q. Do you provide technical information or  10:24:09 |
| 14 | technical assistance within NFPA as chief   10:24:14 |
| 15 | engineer?                                   10:24:16 |
| 16 | MR. REHN:  Same objection.              10:24:19 |
| 17 | A. Could you clarify your question?  To me it's 10:24:19 |
| 18 | just not connecting with providing technical 10:24:24 |
| 19 | information internally.                     10:24:27 |
| 20 | Q. Are you a resource for technical information 10:24:28 |
| 21 | internally within NFPA in your role as chief 10:24:31 |
| 22 | engineer at NFPA?                           10:24:35 |
| 23 | MR. REHN:  Same objection.              10:24:36 |
| 24 | A. Yes, I view myself as a resource.        10:24:37 |
| 25 | Q. Who within the organization calls upon you 10:24:41 |

Page 22

| | |
|---|---|
| 1 | for your engineering expertise?             10:24:44 |
| 2 | MR. REHN:  Object to the form.          10:24:48 |
| 3 | A. I would view the senior management team as an 10:24:52 |
| 4 | example of those that would call upon me.    10:24:59 |
| 5 | Q. Who else within the organization calls upon 10:25:01 |
| 6 | you for your technical expertise as chief   10:25:04 |
| 7 | engineer?                                   10:25:08 |
| 8 | MR. REHN:  Same objection.              10:25:08 |
| 9 | A. The standards -- codes and standards     10:25:09 |
| 10 | operation team, which I'm responsible for.  10:25:15 |
| 11 | Q. Who else?                                10:25:18 |
| 12 | MR. REHN:  Same objection.              10:25:21 |
| 13 | A. At times marketing and such like that, things 10:25:27 |
| 14 | like that.                                  10:25:35 |
| 15 | Q. Who else?                                10:25:37 |
| 16 | MR. REHN:  Same objection.              10:25:39 |
| 17 | A. I really can't think of another aspect of 10:25:41 |
| 18 | that.                                       10:25:45 |
| 19 | Q. Do outreach public affairs personnel call 10:25:48 |
| 20 | upon you for your technical expertise?      10:25:56 |
| 21 | A. Yes, they're part of the senior management 10:25:59 |
| 22 | team.                                       10:26:05 |
| 23 | MR. REHN:  Objection.                   10:26:06 |
| 24 | Q. In what respect do they call upon you for 10:26:06 |
| 25 | your technical expertise?                   10:26:12 |

Page 23

| | |
|---|---|
| 1 | A. Primarily around the media interviews.    10:26:12 |
| 2 | Q. Any other ways?                          10:26:15 |
| 3 | A. The primary, from a public communications 10:26:21 |
| 4 | resource outreach aspect, is through media   10:26:32 |
| 5 | inquiries, media interviews and media       10:26:37 |
| 6 | responses when I'm requested.               10:26:40 |
| 7 | Q. How many media interviews have you given  10:26:41 |
| 8 | in the past year?                           10:26:48 |
| 9 | A. I don't know.  Approximately ten.        10:26:49 |
| 10 | Q. On what subjects?                        10:27:02 |
| 11 | A. I don't recall.                         10:27:06 |
| 12 | Q. You don't recall any of the subjects?    10:27:09 |
| 13 | A. Not off the top of my head, no, I do not. 10:27:19 |
| 14 | Q. You say that NFPA brings together a multitude 10:27:22 |
| 15 | of interested parties who participate in a  10:28:09 |
| 16 | consensus process to determine the best level 10:28:15 |
| 17 | of minimum safety; is that right?           10:28:18 |
| 18 | MR. REHN:  Object to the form.          10:28:20 |
| 19 | A. NFPA has an open consensus standards      10:28:24 |
| 20 | development process that brings together many 10:28:27 |
| 21 | differing viewing points of interest,       10:28:32 |
| 22 | interest categories as well as the public in 10:28:35 |
| 23 | order to develop our codes and standards.    10:28:39 |
| 24 | Q. How does NFPA bring them together?        10:28:43 |
| 25 | MR. REHN:  Objection as to form.        10:28:51 |

Page 24

| | |
|---|---|
| 1 | A. One way is through our technical committee 10:28:53 |
| 2 | meetings.                                   10:28:55 |
| 3 | Q. How else does NFPA bring them together?   10:29:01 |
| 4 | A. Through our annual meeting.              10:29:07 |
| 5 | Q. How else?                                10:29:10 |
| 6 | A. Through special, specially called topical 10:29:17 |
| 7 | meetings.                                   10:29:23 |
| 8 | Q. How else?                                10:29:28 |
| 9 | A. Through technical forums and summits.     10:29:29 |
| 10 | Q. How else?                                10:29:40 |
| 11 | A. That's all I can think of off the top of my 10:29:41 |
| 12 | head.                                       10:29:57 |
| 13 | Q. And what does NFPA do to bring them together? 10:29:57 |
| 14 | MR. REHN:  Object to the form.          10:30:05 |
| 15 | Vague.                                  10:30:07 |
| 16 | A. With respect to our technical committee   10:30:10 |
| 17 | meetings, we, through the committee, call the 10:30:12 |
| 18 | meeting and book the meeting facility and    10:30:16 |
| 19 | host the meeting.                           10:30:20 |
| 20 | Q. Anything else?                           10:30:30 |
| 21 | MR. REHN:  Same objection.              10:30:32 |
| 22 | A. To clarify, with respect to committee     10:30:35 |
| 23 | meetings?                                   10:30:37 |
| 24 | Q. Yes.                                     10:30:38 |
| 25 | A. We publicly promote them, as all of our   10:30:39 |

Page 25

7 (Pages 22 - 25)

1    meetings are open to anyone who wishes to    10:30:44
2    attend.                          10:30:46
3    Q.  Anything else?                   10:30:46
4    A.  No.  I think that covers it.         10:30:49
5    Q.  What do you mean by call the meeting, NFPA    10:30:55
6    calls the meeting?                 10:31:06
7    A.  We provide advance public notice when we call    10:31:08
8    the meeting, including on our website, social    10:31:12
9    media announcements to the committee members    10:31:16
10   to make not only the committee but the public    10:31:20
11   aware of the next meeting date, location,    10:31:22
12   et cetera.                        10:31:26
13   Q.  How does NFPA book the meeting?       10:31:29
14   A.  We have a meetings department whose    10:31:34
15   responsibility is to book all of our     10:31:38
16   meetings.                        10:31:41
17   Q.  Does that mean to arrange the logistics, like    10:31:42
18   the hotels and conferences rooms and things    10:31:47
19   like that?                        10:31:50
20   A.  The meetings department is responsible --    10:31:52
21        MR. REHN:  Objection to the form.      10:31:51
22   A.  The meetings department is responsible for    10:31:56
23   taking care of finding a proper hotel, large    10:32:02
24   enough meeting rooms, things like that.    10:32:04
25   Whatever the size of the logistics, they    10:32:07

Page 26

1    handle all the logistics around that meeting    10:32:09
2    space and any required hotels.           10:32:12
3    Q.  How does NFPA host the meeting?       10:32:14
4        MR. REHN:  Object to the form.        10:32:20
5    Q.  I should say how does NFPA host the meetings?    10:32:24
6        MR. REHN:  Same objection.          10:32:28
7    A.  I think the best approach is that because    10:32:29
8    it's an NFPA meeting, so it's -- we're    10:32:31
9    calling -- when I say we're calling the    10:32:36
10   meeting, so it's our committee meeting as an    10:32:37
11   example.                         10:32:41
12        So NFPA staff is there, technical     10:32:41
13   staff is there facilitating and running the    10:32:46
14   meeting along with the actual volunteer    10:32:48
15   technical committee chair.  So I think that    10:32:50
16   should clarify what I'm implying by       10:32:54
17   "hosting."                        10:32:56
18   Q.  How does the NFPA staff facilitate and run    10:32:57
19   the meetings along with the technical      10:33:15
20   committee chairs?                  10:33:17
21   A.  Again, just to clarify, just focusing on    10:33:20
22   technical committee meetings?           10:33:23
23   Q.  Yes.                         10:33:24
24   A.  Okay.  We have a technical staff liaison    10:33:25
25   who's assigned to each of our standards and a    10:33:30

Page 27

1    portion of their job is to attend the      10:33:33
2    technical committee meetings.           10:33:36
3    Q.  What do the liaisons do at those meetings    10:33:39
4    when they attend them?               10:33:45
5        MR. REHN:  Object to the form.        10:33:45
6    A.  Their primary responsibility is to capture    10:33:46
7    all of the technical changes that the      10:33:51
8    committee is making to the document they're    10:33:54
9    working on or standard they're working on.    10:33:57
10   Q.  What do you mean by technical changes in that    10:34:02
11   context?                         10:34:24
12   A.  Our technical committees are responsible for    10:34:27
13   developing changes to our codes and       10:34:31
14   standards.  And one of the primary       10:34:34
15   responsibilities of the technical staff     10:34:37
16   liaison is to capture those changes.      10:34:39
17   Q.  In what respect are those changes technical    10:34:46
18   changes?                         10:34:50
19   A.  Those changes are specific, technical being    10:34:53
20   scientific or wording changes to our codes    10:34:57
21   and standards which are technical documents.    10:35:01
22   Q.  How do you distinguish between scientific    10:35:08
23   changes and wording changes to the technical    10:35:11
24   documents?                       10:35:17
25        MR. REHN:  Object to the form.       10:35:18

Page 28

1    Lacks foundation.  Mischaracterizes the    10:35:19
2    testimony.                       10:35:22
3    A.  A technical change, in my view, would be    10:35:22
4    changing a specific requirement.  A wording    10:35:28
5    change may be a change the committee could do    10:35:32
6    if they have determined that the requirement    10:35:34
7    is confusing or not clear what the specific    10:35:36
8    requirement is, so they may adjust the     10:35:40
9    wording to make it easier to interpret or    10:35:41
10   understand what that actual technical      10:35:45
11   requirement is.                    10:35:46
12   Q.  Who determines what wording changes are    10:35:48
13   appropriate in the technical committees?    10:35:52
14        MR. REHN:  Object to the form.       10:35:55
15   Ambiguous.                       10:35:56
16   A.  It's a combination of extensive public review    10:35:58
17   and comment, the committee's review of that    10:36:02
18   and their expertise and with the help of our    10:36:05
19   technical staff to land on the final wording,    10:36:09
20   which is ultimately decided by the technical    10:36:13
21   committee.                       10:36:15
22   Q.  What criteria do the members of the technical    10:36:23
23   committee use in choosing the wording of a    10:36:32
24   code or standard?                  10:36:38
25        MR. REHN:  Object to the form.       10:36:39

Page 29

8 (Pages 26 - 29)

| | | |
|---|---|---|
| 1 | Lacks foundation. | 10:36:41 |
| 2 | A. Ultimately those decisions are based upon the | 10:36:43 |
| 3 | technical committee members' expertise and | 10:36:47 |
| 4 | knowledge within the field. | 10:36:50 |
| 5 | Q. And when you say that the technical staff | 10:37:00 |
| 6 | liaison has a responsibility to capture all | 10:37:18 |
| 7 | of the technical changes that the committee | 10:37:22 |
| 8 | is making to the document, what do you mean | 10:37:26 |
| 9 | by capture? | 10:37:28 |
| 10 | A. NFPA has a very robust standards development | 10:37:29 |
| 11 | platform that allows our committees to work | 10:37:36 |
| 12 | on the text within the document. And the | 10:37:40 |
| 13 | technical staff captures those changes in the | 10:37:43 |
| 14 | system so that we can then support that staff | 10:37:46 |
| 15 | with editorial changes and such before | 10:37:51 |
| 16 | publication. | 10:37:54 |
| 17 | Q. I still don't understand what you mean by | 10:38:00 |
| 18 | capture in that context. You said that the | 10:38:02 |
| 19 | technical staff captures those changes. What | 10:38:07 |
| 20 | do you mean by capture there? | 10:38:12 |
| 21 | MR. REHN: Object to the form. | 10:38:13 |
| 22 | A. The committee makes a decision. It is the | 10:38:15 |
| 23 | responsibility of the technical staff to not | 10:38:18 |
| 24 | only just record those changes, but | 10:38:22 |
| 25 | understand the technical context that the | 10:38:25 |

Page 30

| | | |
|---|---|---|
| 1 | committee is trying to accomplish to ensure | 10:38:27 |
| 2 | that when those changes go out for ballot to | 10:38:29 |
| 3 | our technical committees, it's accurate. | 10:38:32 |
| 4 | Q. That it accurately reflects what the | 10:38:35 |
| 5 | technical committee intended to produce? | 10:38:38 |
| 6 | A. The primary job -- | 10:38:41 |
| 7 | MR. REHN: Object to the form. | 10:38:43 |
| 8 | A. The primary job of the technical staff | 10:38:44 |
| 9 | liaison is to ensure that any recorded | 10:38:46 |
| 10 | actions accurately reflect that intent of the | 10:38:48 |
| 11 | technical committee. | 10:38:51 |
| 12 | MR. REHN: If I can just remind the | 10:38:52 |
| 13 | witness to give me a chance to object after | 10:38:53 |
| 14 | the question is asked. Helps the court | 10:38:56 |
| 15 | reporter out if we're not talking over each | 10:39:03 |
| 16 | other. | 10:39:06 |
| 17 | A. Sorry. | 10:39:07 |
| 18 | Q. You mentioned some sort of the editorial | 10:39:16 |
| 19 | activity in support of the technical | 10:39:30 |
| 20 | committees; is that correct? | 10:39:35 |
| 21 | MR. REHN: Object to form. | 10:39:35 |
| 22 | Q. You used the word "editorial." I didn't | 10:39:36 |
| 23 | quite understand the context. | 10:39:39 |
| 24 | A. There's an extensive amount of support that | 10:39:41 |
| 25 | NFPA staff provides to our standards | 10:39:43 |

Page 31

| | | |
|---|---|---|
| 1 | development process. A piece of that is, for | 10:39:45 |
| 2 | example, compliance with our manual of style. | 10:39:50 |
| 3 | Q. What form does that support take? | 10:39:57 |
| 4 | MR. REHN: Object to the form. | 10:40:03 |
| 5 | A. It takes several forms. First and foremost | 10:40:07 |
| 6 | is to capture the specific text or record the | 10:40:10 |
| 7 | specific technical changes that occurred at | 10:40:14 |
| 8 | the meeting. | 10:40:17 |
| 9 | Q. Anything else? | 10:40:17 |
| 10 | A. Second is to ensure that the wording is in | 10:40:26 |
| 11 | compliance with our manual style. | 10:40:32 |
| 12 | Q. Anything else? | 10:40:39 |
| 13 | A. Also the technical staff is there to ensure | 10:40:40 |
| 14 | that the new or modified requirements align | 10:40:47 |
| 15 | with the remainder of the document. | 10:40:51 |
| 16 | Q. Anything else? | 10:40:58 |
| 17 | A. They also spend time reviewing those | 10:41:05 |
| 18 | requirements, the technical staff does, to | 10:41:10 |
| 19 | make sure they don't establish conflicting | 10:41:12 |
| 20 | requirements with other portions of that | 10:41:14 |
| 21 | document or other NFPA standards. | 10:41:18 |
| 22 | Q. Anything else? | 10:41:21 |
| 23 | A. Another responsibility is to come back to | 10:41:25 |
| 24 | NFPA to their offices and ensure that our | 10:41:32 |
| 25 | editorial production team has full knowledge | 10:41:34 |

Page 32

| | | |
|---|---|---|
| 1 | of those changes as they modify the -- | 10:41:39 |
| 2 | develop the next edition of the standard. | 10:41:43 |
| 3 | Q. Anything else? | 10:41:48 |
| 4 | A. There's an extensive amount of back and forth | 10:42:08 |
| 5 | between the editorial and production staff | 10:42:11 |
| 6 | and the technical staff to finalize the | 10:42:14 |
| 7 | language prior to balloting. | 10:42:18 |
| 8 | Q. Anything else? | 10:42:27 |
| 9 | A. Once the language is finalized, the technical | 10:42:31 |
| 10 | staff works with our project administrators | 10:42:37 |
| 11 | to develop a technical committee ballot which | 10:42:41 |
| 12 | is then circulated to that technical | 10:42:44 |
| 13 | committee. | 10:42:44 |
| 14 | Q. Anything else? | 10:42:51 |
| 15 | A. Once the ballot is completed and approved, | 10:43:16 |
| 16 | the technical staff, working with the project | 10:43:22 |
| 17 | administrators, then circulates the ballot of | 10:43:23 |
| 18 | the proposed changes to that full technical | 10:43:27 |
| 19 | committee. | 10:43:30 |
| 20 | Q. Do they circulate the proposed ballot or | 10:43:39 |
| 21 | the actual ballot to the full technical | 10:43:39 |
| 22 | committee? | 10:43:39 |
| 23 | A. The actual ballot. The actual ballot is | 10:44:03 |
| 24 | submitted to the committee for formal voting. | 10:44:07 |
| 25 | Q. Anything else? | 10:44:15 |

Page 33

9 (Pages 30 - 33)

| | |
|---|---|
| 1  A. Once the initial ballot is complete, the       10:44:18 | 1  A. Through our online codes and standards       10:47:46 |
| 2     results are then recirculated to the          10:44:21 | 2     system.                                      10:47:49 |
| 3     committee to ensure -- to finalize the         10:44:23 | 3  Q. What happens after the public comment period?  10:47:55 |
| 4     results.                                        10:44:45 | 4  A. The technical committee meets and reviews     10:48:00 |
| 5  Q. When you say the results are recirculated      10:44:45 | 5     each public comment.                          10:48:05 |
| 6     to the committee, does that mean the vote      10:44:47 | 6  Q. Then what happens?                            10:48:08 |
| 7     tally and the text that was the subject of the 10:44:49 | 7  A. The technical committee determines if any --  10:48:24 |
| 8     ballot for vote?                                10:44:54 | 8     excuse me.  The technical committee develops  10:48:29 |
| 9        MR. REHN:  Object to form.                  10:44:57 | 9     responses to each of those public comments.   10:48:31 |
| 10  A. Both.                                          10:45:00 | 10  Q. Then what happens?                            10:48:40 |
| 11  Q. So when the initial ballot is complete, the   10:45:00 | 11  A. The technical committee determines if any     10:48:43 |
| 12     technical committee receives a report of the  10:45:03 | 12     further revisions or changes are required to  10:48:48 |
| 13     results and the presumptive final language of 10:45:07 | 13     address those public comments.                10:48:52 |
| 14     the change; is that correct?                   10:45:12 | 14  Q. What happens when the technical               10:49:03 |
| 15        MR. REHN:  Object to the form.             10:45:13 | 15     committee determines that further changes are 10:49:06 |
| 16  A. No.                                            10:45:17 | 16     required?                                      10:49:08 |
| 17  Q. How is that incorrect?                         10:45:19 | 17  A. They would develop a second revision.         10:49:11 |
| 18  A. The final text is what's being balloted.      10:45:20 | 18  Q. And what would happen -- what would happen    10:49:18 |
| 19  Q. When you say the results are recirculated to  10:45:28 | 19     after a second revision?                      10:49:22 |
| 20     the committee to finalize the results; is     10:45:32 | 20        MR. REHN:  Objection as to form.          10:49:26 |
| 21     that what you said?                            10:46:06 | 21  A. The technical liaison would then              10:49:28 |
| 22  A. Mm-hmm.                                        10:46:07 | 22     capture or record that change.                10:49:31 |
| 23  Q. What does it mean to finalize the results?    10:46:08 | 23  Q. Then what would happen?                        10:49:37 |
| 24  A. We have an initial ballot.  Our committee     10:46:13 | 24  A. They would then -- the technical staff would  10:49:43 |
| 25     members vote, then we provide another         10:46:16 | 25     then integrate one or more changes, whatever  10:49:46 |
| Page 34 | Page 36 |
| 1     opportunity for the committee members to see   10:46:19 | 1     was appropriate, into the draft document.     10:49:49 |
| 2     all the votes and the reasons the committee    10:46:21 | 2  Q. And then what happens?                         10:49:57 |
| 3     voted a certain way to decide if they want to 10:46:24 | 3  A. The technical staff would then return to NFPA 10:49:59 |
| 4     either change their vote or keep their vote    10:46:26 | 4     and ensure that all of the technical changes   10:50:05 |
| 5     the same.                                       10:46:28 | 5     were properly captured and in compliance with 10:50:08 |
| 6  Q. And with that information is another copy of   10:46:31 | 6     our manual style.                              10:50:12 |
| 7     the text that was the subject of the ballot?   10:46:37 | 7  Q. Then what happens?                             10:50:24 |
| 8  A. No.                                             10:46:40 | 8  A. The technical staff would then work with the  10:50:25 |
| 9  Q. They just get the results and the             10:46:43 | 9     editorial and production team to ensure all    10:50:29 |
| 10     descriptions of the votes?                     10:46:46 | 10     of the proposed technical changes are         10:50:34 |
| 11  A. Yes.                                            10:46:47 | 11     properly recorded and captured within the     10:50:37 |
| 12  Q. Then what happens?                             10:46:48 | 12     draft document.                                10:50:40 |
| 13  A. Once the ballot results are final, a first    10:46:51 | 13  Q. Then what happens?                            10:50:46 |
| 14     draft report is published for public comment. 10:46:55 | 14  A. Once the editorial and production team has    10:50:56 |
| 15  Q. Then what happens?                             10:47:10 | 15     finalized their work, the technical staff      10:51:01 |
| 16  A. There's a period of open public comment on    10:47:12 | 16     liaison again reviews all the changes to      10:51:04 |
| 17     that document.                                 10:47:17 | 17     ensure that they remain an accurate           10:51:06 |
| 18  Q. How long does that last?                       10:47:19 | 18     reflection of the intent and the wording that 10:51:09 |
| 19  A. It varies, but approximately ten weeks long.  10:47:20 | 19     the technical committee established.          10:51:12 |
| 20  Q. How does the public have access to that       10:47:28 | 20  Q. Then what happens?                            10:51:15 |
| 21     comment at the time?                           10:47:35 | 21  A. The technical staff liaison then works with   10:51:23 |
| 22        MR. REHN:  Objection to form.              10:47:36 | 22     the project administrators to develop a       10:51:26 |
| 23  Q. How does the public have access to the        10:47:37 | 23     ballot for the technical committee.           10:51:30 |
| 24     proposed changes at that time?                 10:47:41 | 24  Q. Then does the ballot process, after that      10:51:35 |
| 25        MR. REHN:  Objection as to form.           10:47:44 | 25     point, follow the same process you described  10:51:37 |
| Page 35 | Page 37 |

10 (Pages 34 - 37)

| | |
|---|---|
| 1 | earlier? 10:51:39 |
| 2 | MR. REHN: Objection as to form. 10:51:40 |
| 3 | A. For the second draft we repeat the same 10:51:43 |
| 4 | ballot process. 10:51:46 |
| 5 | Q. After the same ballot process, is the revised 10:51:47 |
| 6 | language again laid open for public comment? 10:51:54 |
| 7 | A. After the second draft meeting and ballot, we 10:52:00 |
| 8 | produce a second draft report. 10:52:04 |
| 9 | Q. And what happens with that second draft 10:52:08 |
| 10 | report? 10:52:12 |
| 11 | A. The second draft report is open for what we 10:52:12 |
| 12 | term as NITMAM's, N I T M A M, apostrophe S. 10:52:16 |
| 13 | Q. What does that mean? 10:52:24 |
| 14 | A. It's a notice for an intent to make a motion. 10:52:28 |
| 15 | Q. What does that mean? 10:52:38 |
| 16 | A. If someone continues to or is not happy with 10:52:39 |
| 17 | the results of the process at this point, 10:52:48 |
| 18 | they can file a motion to continue the 10:52:53 |
| 19 | debate. 10:52:55 |
| 20 | Q. Who can make such a motion? 10:53:01 |
| 21 | A. It depends on the type of motion they're 10:53:04 |
| 22 | making. 10:53:11 |
| 23 | Q. What are the different types of motions? 10:53:12 |
| 24 | A. For example, one example is to overturn a 10:53:17 |
| 25 | change the committee has proposed at the 10:53:23 |

Page 38

| | |
|---|---|
| 1 | second draft stage. In that case, anyone can 10:53:25 |
| 2 | make that motion. 10:53:31 |
| 3 | Q. What other types of motions can continue the 10:53:35 |
| 4 | debate? 10:53:51 |
| 5 | MR. REHN: Objection as to form. 10:53:51 |
| 6 | A. Another motion is to accept a public comment. 10:53:53 |
| 7 | Q. Who can make that kind of motion? 10:54:00 |
| 8 | A. The submitter of that public comment. 10:54:07 |
| 9 | Q. What other types of motions can occur after 10:54:13 |
| 10 | the second draft report? 10:54:21 |
| 11 | A. In some cases you can make a motion to return 10:54:24 |
| 12 | the entire document. 10:54:28 |
| 13 | Q. Does that mean return the entire document to 10:54:30 |
| 14 | the technical committee to start all over 10:54:38 |
| 15 | again? 10:54:40 |
| 16 | MR. REHN: Objection as to form. 10:54:41 |
| 17 | A. Returning the document is for new standards, 10:54:41 |
| 18 | and it would return it back to the technical 10:54:45 |
| 19 | committee in its entirety for further action. 10:54:48 |
| 20 | Q. What other types of motion can occur after 10:54:57 |
| 21 | the second draft report? 10:55:00 |
| 22 | A. The only other motions, and in this case I 10:55:14 |
| 23 | would rely on our regulations, 10:55:18 |
| 24 | government-committed projects, there's a 10:55:22 |
| 25 | table of motions in there, but, to the best 10:55:22 |

Page 39

| | |
|---|---|
| 1 | of my recollection, the only other motions 10:55:24 |
| 2 | that are available are variations of those 10:55:26 |
| 3 | main motions. 10:55:29 |
| 4 | Q. How are the motions -- how are these various 10:55:34 |
| 5 | motions you've referred to decided? 10:55:37 |
| 6 | MR. REHN: Objection as to form. 10:55:40 |
| 7 | A. It's a multistep process which starts with 10:55:42 |
| 8 | someone submitting a NITMAM, again, a notice 10:55:49 |
| 9 | of intent to make a motion. 10:55:52 |
| 10 | Q. Take me through the rest of the process, 10:55:55 |
| 11 | please. 10:55:57 |
| 12 | MR. REHN: Objection as to form, 10:55:58 |
| 13 | vague, compound. 10:56:01 |
| 14 | A. The first part of that process is that a 10:56:02 |
| 15 | person who wishes to submit a NITMAM would, 10:56:07 |
| 16 | through our online system, fill out a form 10:56:10 |
| 17 | and say what motion they wish to make. 10:56:13 |
| 18 | Q. Keep going. 10:56:16 |
| 19 | A. The next step is that motion is captured by 10:56:17 |
| 20 | our standards administration staff. 10:56:24 |
| 21 | Q. Is that all? 10:56:32 |
| 22 | A. No. 10:56:34 |
| 23 | Q. Take me through the whole process, please. 10:56:34 |
| 24 | MR. REHN: Objection as to form. 10:56:38 |
| 25 | A. The next step is our standard administration 10:56:40 |

Page 40

| | |
|---|---|
| 1 | staff provides an initial review to make sure 10:56:46 |
| 2 | the motion is in order. 10:56:48 |
| 3 | Q. I've asked you to take me through the whole 10:56:56 |
| 4 | process. Please continue, and continue until 10:56:59 |
| 5 | the end of the process. 10:57:02 |
| 6 | MR. REHN: Objection as to form. 10:57:03 |
| 7 | It's compound. 10:57:05 |
| 8 | A. The next step of the process, after standards 10:57:07 |
| 9 | administration review, is to then provide a 10:57:11 |
| 10 | report to a motions committee of our 10:57:14 |
| 11 | standards council. 10:57:17 |
| 12 | Q. Is that your complete answer to my question? 10:57:22 |
| 13 | A. No. 10:57:24 |
| 14 | Q. Please continue your answer till you've 10:57:25 |
| 15 | answered my question. 10:57:28 |
| 16 | MR. FEE: Objection. Calls for a 10:57:30 |
| 17 | narrative. 10:57:31 |
| 18 | MR. REHN: Yes, same objection and 10:57:33 |
| 19 | it's a compound question. 10:57:34 |
| 20 | A. The next step of the process is that 10:57:37 |
| 21 | subcommittee of our standards council, the 10:57:40 |
| 22 | motions committee reviews those motions and 10:57:45 |
| 23 | determines if they're in order or not in 10:57:46 |
| 24 | order. 10:57:48 |
| 25 | Q. So that's your testimony as to what the 10:58:07 |

Page 41

11 (Pages 38 - 41)

1    complete process is?                    10:58:09
2  A. No.                                    10:58:10
3  Q. My question was please describe the complete  10:58:11
4    process.                               10:58:14
5       MR. REHN: Same objection.           10:58:15
6  Q. Can you please answer my questions.    10:58:16
7       MR. REHN: It calls for a narrative   10:58:19
8    answer. It's a compound question. I'm   10:58:21
9    objecting on that basis.               10:58:22
10      MR. BRIDGES: You can make that       10:58:22
11   objection, but that's not an instruction not  10:58:23
12   to answer the question as I've asked.   10:58:25
13 Q. So I'm not sure why you have a hard time  10:58:28
14   answering the question I have given you. I'm  10:58:31
15   asking you to lay out the rest of the   10:58:33
16   complete process.                      10:58:35
17      MR. REHN: Same objections.           10:58:36
18 A. The next step of the process after the  10:58:39
19   motions committee reviews it, there is a vote  10:58:42
20   of the motions committee to determine what  10:58:44
21   motions are in order or not in order and a  10:58:47
22   motions committee report is published.  10:58:50
23 Q. Do you have anything further to say in answer  10:58:54
24   to the question?                       10:58:57
25      MR. REHN: Same objection. It's       10:58:58
                                          Page 42

1    vague now, in addition.                10:59:01
2  A. To the point that we have come to in the  10:59:06
3    process, my answer is complete.        10:59:08
4  Q. I'm asking you to tell me about the complete  10:59:09
5    process. For some reason you're resisting  10:59:12
6    giving an answer to the question I've made.  10:59:14
7    I'm asking you for a complete answer to  10:59:17
8    describe the entire process.           10:59:19
9       MR. REHN: Objection as to form.      10:59:21
10   Argumentative, calls for a compound. It's a  10:59:22
11   compound question, calls for a narrative.  10:59:25
12   You're now pretty vague about what we're even  10:59:27
13   talking about.                         10:59:30
14 Q. You may answer.                        10:59:33
15 A. Once the motions committee report is   10:59:37
16   published, there is an opportunity for appeal  10:59:40
17   or challenge of that motions committee   10:59:43
18   report.                                10:59:47
19 Q. So is your answer now complete?        10:59:50
20 A. No.                                    10:59:52
21 Q. Tell me when your answer is complete, please.  10:59:52
22      MR. REHN: Objection as to form.      11:00:06
23   Argumentative. It's a compound question.  11:00:07
24 A. I would ask that you restate the question  11:00:15
25   because our process is a long process and  11:00:19
                                          Page 43

1    there's many, many steps. Each one has   11:00:23
2    multiple points.                       11:00:25
3  Q. Please take me through it.             11:00:28
4       MR. REHN: Same objections.          11:00:30
5  Q. Please tell me what the steps are and the  11:00:31
6    multiple points are in that process and tell  11:00:35
7    me when your answer is complete.       11:00:37
8       MR. REHN: Same objections.          11:00:38
9    Compound question.                     11:00:39
10 A. For clarification, I'd like you to state  11:00:41
11   where you would like me to start.       11:00:44
12 Q. Where you left off.                     11:00:45
13 A. After the appeal process, if there's none,  11:00:48
14   then that would be the motions committee  11:00:57
15   report, which would be the agenda for our  11:00:59
16   technical committee session.           11:01:01
17 Q. Tell me when you're answer is complete.  11:01:14
18      MR. REHN: Objection as to form. If   11:01:17
19   there's a specific question pending --  11:01:20
20      MR. BRIDGES: There is a specific     11:01:25
21   question pending.                      11:01:25
22      MR. REHN: The question is extremely   11:01:25
23   broad. It's calling for a long narrative  11:01:28
24   answer and it's compound. It's vague. And  11:01:31
25   he's answering the question.           11:01:33
                                          Page 44

1       MR. BRIDGES: Your objections are     11:01:35
2    noted.                                 11:01:36
3       MR. REHN: Is there a question        11:01:37
4    pending?                               11:01:38
5       MR. BRIDGES: Yes, there is.          11:01:39
6       MR. REHN: I'm not aware of it.       11:01:40
7  A. Can you please restate the question for me.  11:01:44
8  Q. Please tell me what the steps are and the  11:01:52
9    multiple points that are in that process and  11:02:03
10   tell me when your answer is complete.   11:02:07
11 A. Again, for clarification.              11:02:11
12      MR. REHN: Objection as to form.      11:02:13
13   It's clearly a compound question, and I  11:02:15
14   object on that basis in addition to the form  11:02:19
15   of the question and the other objections that  11:02:23
16   we've noted.                           11:02:27
17 A. Again, for clarification, you picked one  11:02:29
18   point in our process and my answer is not  11:02:34
19   complete. If you have a specific question  11:02:40
20   related to our process, I'd be happy to  11:02:41
21   answer that.                           11:02:45
22 Q. I want you to complete describing the process  11:02:45
23   that I asked you about. I asked you to take  11:02:48
24   me through the whole process and the multiple  11:02:51
25   points. I'm asking you to give a complete  11:02:54
                                          Page 45

                                    12 (Pages 42 - 45)

1   description.                          11:02:58
2        MR. REHN:  Same objection.       11:03:00
3   Q.  That's a fair question and if you're refusing  11:03:01
4   to answer, that's fine.  Are you saying  11:03:03
5   you're refusing to answer my question?  11:03:05
6        MR. REHN:  Same objection.       11:03:07
7   Argumentative.  Mischaracterizes what the  11:03:08
8   witness has said.  And if you have a specific  11:03:12
9   question about the process, please ask that  11:03:16
10  question.                            11:03:18
11       MR. BRIDGES:  No, I have a general  11:03:18
12  question about the process that I'm asking  11:03:20
13  him to give me a complete answer to.  11:03:22
14  Q.  So please keep going.            11:03:23
15       MR. REHN:  We registered our     11:03:24
16  objections to that question.         11:03:26
17       MR. BRIDGES:  Many times.        11:03:26
18       MR. REHN:  It's vague.  It's     11:03:27
19  compound.                            11:03:28
20       MR. BRIDGES:  And you've not     11:03:28
21  instructed him not to answer.        11:03:30
22       MR. FEE:  It's obvious the witness  11:03:31
23  doesn't understand what you're asking.  11:03:33
24       MR. BRIDGES:  No, he understands  11:03:34
25  what I'm asking.                     11:03:35
                                        Page 46

1   Q.  Please proceed.                  11:03:36
2        MR. REHN:  Please proceed?  Is there  11:03:38
3   a question pending?  Can you please ask a  11:03:40
4   question.                            11:03:42
5        MR. BRIDGES:  The question is    11:03:42
6   pending.                             11:03:43
7        MR. REHN:  Can you repeat the    11:03:45
8   question.                            11:03:46
9        MR. BRIDGES:  We'll go off the   11:03:46
10  record and then I can repeat it to him and  11:03:48
11  let him soak it in as long as he wants, but  11:03:51
12  he's wasted so much time in this fashion  11:03:55
13  and you've wasted time with the objections.  11:03:56
14  I'm trying to get a straightforward answer  11:03:58
15  about the process.  Let's go off the record  11:04:01
16  and he can --                        11:04:02
17       MR. REHN:  Andrew, we're not going  11:04:02
18  off the record quite yet.  Your points are  11:04:03
19  poorly taken.  Your question is improper, and  11:04:06
20  you're the one wasting time by not asking  11:04:08
21  specific questions to invoke specific answers  11:04:11
22  rather than improper, general, compound and  11:04:14
23  vague questions.                     11:04:16
24       MR. BRIDGES:  They're not         11:04:16
25  objectionable.  You can make your objections  11:04:17
                                        Page 47

1   all you want.  And if he's not answering,  11:04:20
2   the record will show that.  We can take a  11:04:22
3   break.  If he wants to look back through the  11:04:23
4   transcript and understand what the question  11:04:25
5   is, fine.  Let's go off the record.  11:04:26
6        MR. REHN:  Okay.  We can go off the  11:04:29
7   record.                              11:04:31
8        VIDEOGRAPHER:  The time is 11:04.  11:04:31
9   We are now off the record.           11:04:33
10       (Break taken)                    11:04:34
11       VIDEOGRAPHER:  The time is 11:14.  11:14:13
12  We are now back on the record.       11:14:26
13       (Exhibit 1227 marked for          11:14:32
14  identification.)                     11:14:32
15  BY MR. BRIDGES:                      11:14:36
16  Q.  Mr. Dubay, I've handed you Exhibit 1227, I  11:14:36
17  believe that is.  What is that document?  11:14:42
18  A.  To me it appears to be a portion of our  11:14:45
19  regulations governing committee projects, our  11:14:51
20  actual standards directory.          11:14:55
21  Q.  You say it's a portion of the regulations?  11:14:57
22  A.  I'll correct that slightly, that I believe  11:14:59
23  it's a portion of our directory which  11:15:02
24  includes our regulations.  And it appears to  11:15:04
25  be, to the best of my quick review, a set of  11:15:09
                                        Page 48

1   our current regulations.             11:15:11
2   Q.  This is a complete set of the current  11:15:13
3   regulations, correct?               11:15:15
4   A.  The best I can tell just flipping through, it  11:15:17
5   looks complete.                      11:15:20
6   Q.  These are the regulations that set forth  11:15:21
7   the process that we were discussing before  11:15:23
8   the break in the deposition; is that correct?  11:15:24
9   A.  Yes.                             11:15:27
10       MR. REHN:  Objection as to form.  11:15:28
11  Q.  Do they contain a complete set of the  11:15:29
12  procedures used in the development of NFPA  11:15:35
13  standards?                           11:15:41
14  A.  Yes, these are our regulations which define  11:15:43
15  how our standards process works.     11:15:46
16  Q.  And it defines the various entities such as  11:15:48
17  committees and councils that participate in  11:15:54
18  that process; is that correct?       11:15:57
19       MR. REHN:  Objection as to form.  11:16:01
20  A.  The regulations actually cover our operations  11:16:03
21  from our standards council through the  11:16:08
22  committees, through the development of the  11:16:10
23  standards as well as through such things as  11:16:12
24  tentative interim amendments and formal  11:16:16
25  interpretations.                     11:16:18
                                        Page 49

13 (Pages 46 - 49)

1 Q. Is there anything about the development of   11:16:19
2    standards that the regulations do not cover?   11:16:21
3 A. Our regulations cover the specific accredited   11:16:27
4    rules and hence, its regulations. We also   11:16:33
5    have our committee officers guide which   11:16:35
6    provides guidance to our technical committee   11:16:37
7    members as well as our chairs and our manual   11:16:41
8    style.   11:16:46
9 Q. What other documents govern or regulate the   11:16:46
10   development of standards within NFPA?   11:17:44
11 A. Off the top of my head I can't think of   11:17:56
12   anything else.   11:17:59
13 Q. Who participates in -- strike that.   11:18:09
14     Who are the members, generally   11:18:17
15   speaking, the category of NFPA's technical   11:18:20
16   committees?   11:18:26
17 A. Just for clarification, the representation or   11:18:29
18   are they members of NFPA? We have   11:18:36
19   categories -- we have interest categories of   11:18:39
20   our committee members.   11:18:43
21 Q. Who -- what persons are entitled to be   11:18:43
22   members of NFPA's technical committees?   11:18:48
23     MR. REHN: Objection as to form.   11:18:51
24 A. Anyone can apply to be a member of an NFPA   11:18:55
25   technical committee, and based upon their   11:18:59
                                        Page 50

1    expertise and their background, they're   11:19:01
2    evaluated through a process that ultimately   11:19:04
3    involves standards council appointing them   11:19:07
4    to, or not appointing, depending on their   11:19:10
5    credentials, to the various technical   11:19:12
6    committees.   11:19:14
7 Q. So the standards council determines who gains   11:19:17
8    admission to membership in the technical   11:19:21
9    committees?   11:19:23
10 A. That's correct.   11:19:24
11 Q. What criteria does the standards council   11:19:27
12   apply in determining who should gain   11:19:35
13   membership to the technical committees?   11:19:39
14     MR. REHN: Objection as to form.   11:19:42
15 A. It's a multipart criteria. First is   11:19:46
16   technical expertise within that subject   11:19:51
17   matter. Second is balance; is the committee   11:19:54
18   an appropriate balance. And third is the   11:20:01
19   ability to participate.   11:20:02
20 Q. What do you mean by balance?   11:20:06
21 A. By our regulations, NFPA technical committees   11:20:12
22   are required to have a balance of interest   11:20:16
23   categories to ensure that no one party or one   11:20:18
24   interest category can dominate the process.   11:20:21
25 Q. What are the interest categories?   11:20:24
                                        Page 51

1 A. There are, I believe, nine interest   11:20:27
2    categories, including -- one example is   11:20:31
3    research and testing is an example. Another   11:20:37
4    example is enforcer, which includes   11:20:40
5    government officials, both, sometimes federal   11:20:44
6    but state and local jurisdictions, as well as   11:20:48
7    special expert, which is consultants as an   11:20:52
8    example.   11:20:56
9     Users, installer maintainers which   11:20:56
10   are those who install the systems, consumers,   11:21:02
11   and that's all I can think of. I'm not sure   11:21:13
12   if I said it, but consumer is another one   11:21:30
13   that can represent a special -- have a   11:21:34
14   specific slot. Oh, I'm sorry, one other slot   11:21:35
15   is labor, is another slot.   11:21:38
16 Q. Thank you. Are all NFPA employees members of   11:21:51
17   the technical committees?   11:22:16
18     MR. REHN: Objection as to form.   11:22:20
19 A. NFPA employees are not -- cannot be members   11:22:23
20   of our technical committees. However, as I   11:22:27
21   stated previously, it's important -- there's   11:22:30
22   an important role that NFPA staff plays in   11:22:32
23   guiding, advising the committee, coordinating   11:22:35
24   the activities and providing their technical   11:22:37
25   expertise, especially technical staff liaison   11:22:40
                                        Page 52

1    into this committee process. But they do not   11:22:43
2    have -- they're not members of the committee,   11:22:46
3    and they do not carry a vote in the decisions   11:22:48
4    of the committees.   11:22:51
5 Q. Who constitutes by category of employment   11:23:01
6    is -- strike that.   11:23:08
7     By category of employment, who   11:23:09
8    constitutes the members of the standards   11:23:11
9    council?   11:23:15
10     MR. REHN: Objection as to form.   11:23:15
11   It's vague.   11:23:17
12 A. I'd like to provide just a quick comment to   11:23:19
13   help you clarify the question from my   11:23:26
14   understanding. Oftentimes our council   11:23:27
15   members and our committee members are not   11:23:29
16   appointed based upon employment. It's based   11:23:31
17   upon the interest category they represent.   11:23:33
18 Q. Thank you, yes. By interest category --   11:23:37
19   strike that.   11:23:43
20     You mentioned interest categories   11:23:44
21   for technical committee membership, correct?   11:23:47
22 A. Yes.   11:23:49
23 Q. Do the same interest categories apply for   11:23:49
24   appointments or election to -- strike that.   11:23:53
25     How is the standards council -- strike that.   11:23:58
                                        Page 53

14 (Pages 50 - 53)

1    How are persons chosen to serve on    11:24:06
2    the standards council?    11:24:08
3    MR. REHN:  Object to the form.    11:24:12
4    A.  Because the standards council is the    11:24:15
5    overarching body over our entire standards    11:24:18
6    development process, they are appointed    11:24:21
7    through a process that involves the NFPA    11:24:24
8    president making recommendations to the NFPA    11:24:27
9    board of directors.  Ultimately the standards    11:24:29
10    council members are appointed by our board of    11:24:33
11    directors.    11:24:35
12    Q.  Are any NFPA employees members of the    11:24:40
13    standards council?    11:24:43
14    MR. REHN:  Objection as to form.    11:24:45
15    A.  Specifically, no.  However, similar to the    11:24:49
16    technical committees, there is staff assigned    11:24:51
17    to support the standards council, their    11:24:55
18    activities and their decisions.    11:24:58
19    Q.  I'd like to go back for a moment to the    11:25:11
20    process after the technical committee has    11:25:19
21    decided on changes to a standard.    11:25:26
22    And you say that a staff    11:25:31
23    representative, NFPA staff representative    11:25:38
24    will capture those changes from the technical    11:25:41
25    committee, correct?    11:25:44
Page 54

1    MR. REHN:  Object to the form.    11:25:48
2    A.  The NFPA technical staff that serves as, the    11:25:50
3    term we use is a staff liaison to a technical    11:25:54
4    committee, they do more than just capture the    11:25:56
5    specific wordings.    11:26:00
6    What they do is they are each    11:26:01
7    technical experts in their field and they not    11:26:03
8    only capture or record those changes, but    11:26:06
9    they provide their expertise to the    11:26:09
10    committee, their field experience, what they    11:26:11
11    have, the information that they're bringing    11:26:14
12    in through questions on the standards and    11:26:16
13    such.    11:26:18
14    And they provide that technical    11:26:19
15    expertise to the committee so the committee    11:26:21
16    can utilize that, a complete combination with    11:26:24
17    all the public input or comments, to land on    11:26:27
18    a final set of proposed language.  In    11:26:32
19    summary, it's more than just recording.    11:26:37
20    They're not really recording secretaries, per    11:26:39
21    se.    11:26:43
22    Q.  But who ultimately determines the language of    11:26:43
23    the technical committee's proposed changes to    11:26:47
24    a code or standard?    11:26:51
25    MR. REHN:  Objection as to form.    11:26:53
Page 55

1    It's ambiguous.    11:26:54
2    A.  The final decision is accomplished through    11:26:56
3    that ballot of the technical committee, but    11:26:58
4    the wording itself is that combination of the    11:27:01
5    technical staff and the committee working to    11:27:05
6    capture the requirement and get it worded    11:27:07
7    properly in the right context, in the right    11:27:09
8    order within a document so that when the    11:27:12
9    final specific words are balloted, the    11:27:14
10    committee has it in context of the whole    11:27:18
11    standards and they can make that decision,    11:27:20
12    seeing it within the body of the standard.    11:27:22
13    Q.  When the text is balloted, is there any    11:27:24
14    indication to the members of the committee    11:27:27
15    what variations have occurred as a    11:27:32
16    consequence of staff input from the text that    11:27:38
17    the committee itself was proposing?    11:27:43
18    MR. REHN:  Objection as to form.    11:27:47
19    Vague.  Lacks foundation.  Assumes facts not    11:27:48
20    in evidence.    11:27:51
21    A.  There are really two types of changes the    11:27:53
22    committee is balloted on.  One is the -- a    11:27:57
23    plain first revision or second revision,    11:28:01
24    which may have been edited to comply with our    11:28:04
25    manual style, get the wording right.  That is    11:28:07
Page 56

1    connected directly to the work of the    11:28:09
2    committee.  The second is a revision that's    11:28:11
3    tied to a pure editorial change.    11:28:15
4    Q.  Do either of these sets of revisions get    11:28:19
5    identified to technical committee members so    11:28:24
6    that they can understand what input or    11:28:28
7    changes, if any, the technical committee    11:28:31
8    staff contributed?    11:28:35
9    MR. REHN:  Objection as to form.    11:28:41
10    A.  Yes, they all do.  All changes are indicated    11:28:44
11    to the technical committees for balloting.    11:28:48
12    And if there is, in the sense of an editorial    11:28:50
13    revision, it's indicated that this was    11:28:54
14    identified by staff as a potential editorial    11:28:57
15    revision.  The committee can then, in their    11:29:01
16    voting, decide whether that change moves    11:29:05
17    forward or not.    11:29:10
18    Q.  Where in the records of the development of    11:29:10
19    each standard does one find the indications    11:29:12
20    of those changes?    11:29:17
21    MR. REHN:  Objection to the form.    11:29:21
22    A.  They are part of the first draft report or,    11:29:25
23    and/or, depending, the second draft report.    11:29:29
24    Both those reports consolidate the whole    11:29:33
25    record.    11:29:35
Page 57

15 (Pages 54 - 57)

1  Q.  Where does one find the first draft report    11:29:36
2      and the second draft report?    11:29:38
3  A.  On our document information pages.  We call    11:29:40
4      them doc info pages.  It's our website.    11:29:46
5  Q.  Are any of the -- those changes identified in    11:29:52
6      any publicly available document?    11:30:05
7  A.  Our process is completely open to the public.    11:30:14
8      All of those changes, documents, reports are    11:30:18
9      publicly available to anyone on our website.    11:30:21
10 Q.  So I can go find the first draft report and    11:30:25
11     the second draft of any code or standard on    11:30:27
12     an NFPA's website?    11:30:30
13          MR. REHN:  Object to the form.  It's    11:30:34
14     vague as to time.    11:30:37
15 A.  I would say provided there is a first or    11:30:40
16     second draft report.  Some documents at the    11:30:43
17     stage may not have one.  So if there's a    11:30:46
18     document in a revision cycle or there is a    11:30:49
19     first or second report, it would be    11:30:51
20     available, absolutely.    11:30:53
21 Q.  Are the first or second draft reports    11:30:54
22     publicly available of the 2008 NEC?    11:30:57
23          MR. REHN:  Objection as to form.    11:31:04
24 A.  The 2008 NEC was published under our old,    11:31:07
25     excuse me, our old standards development    11:31:14
                                              Page 58

1      system, so there would not be a first or    11:31:14
2      second draft report.  There would be a report    11:31:17
3      on proposals and a report on comments.    11:31:23
4  Q.  Does either of those reports show what    11:31:26
5      changes in text may have been contributed by    11:31:30
6      technical staff, technical committee    11:31:33
7      liaisons?    11:31:38
8  A.  All of the changes in our old system were    11:31:41
9      contained within the proposals and action on    11:31:45
10     proposals and comment and actions on    11:31:48
11     comments, so, in some cases, they may have    11:31:50
12     been called out on the report and in some    11:31:53
13     cases not.    11:31:56
14         Ultimately, all of them had been    11:31:57
15     balloted through the technical committees.    11:31:58
16     Whatever you see in the report on proposals    11:32:01
17     are comments that had gone through the    11:32:03
18     committee process.    11:32:05
19 Q.  I'm trying to understand how one can    11:32:05
20     ascertain what, if any, text in any code or    11:32:08
21     standard has been contributed by NFPA    11:32:17
22     technical staff.    11:32:21
23          MR. REHN:  Objection as to form, and    11:32:26
24     the compound nature of the question.    11:32:29
25 Q.  Please tell me how one can ascertain that.    11:32:31
                                              Page 59

1          MR. REHN:  Same objection.    11:32:34
2  A.  What I can say about when you look at the    11:32:36
3      wording of a standard, what's been added or    11:32:39
4      worked on by technical staff is, any changes,    11:32:42
5      any text that has been modified in the    11:32:45
6      document has been worked on by technical    11:32:47
7      staff, has been modified, been adjusted to    11:32:51
8      fit the form of our manual style as well as    11:32:54
9      to be consistently worded with the technical    11:32:57
10     body of the standard.    11:32:59
11         So each and every change has been    11:33:01
12     clarified or worked on by technical staff to    11:33:06
13     get it ready for committee ballot.  So    11:33:09
14     there's an extensive amount of time.  The NEC    11:33:11
15     is an excellent example of how the NFPA staff get    11:33:15
16     it worded correctly and in proper format,    11:33:18
17     style and technical comments to be balloted    11:33:23
18     by the technical committee.    11:33:28
19 Q.  Where can one detect what changes -- you used    11:33:28
20     the word "worked on," for example.  That's a    11:33:33
21     little vague in this context.  I would like    11:33:36
22     to know how one can identify any text    11:33:38
23     contributed by technical committee staff    11:33:42
24     liaison in any NFPA code or standard.    11:33:48
25          MR. REHN:  Objection as to form.    11:33:54
                                              Page 60

1      It's ambiguous.  It's compound.    11:33:55
2  A.  Because -- how can I explain.  Because    11:34:03
3      ultimately the final text, the changes are    11:34:06
4      balloted by the technical committee,    11:34:10
5      oftentimes the staff's work on that text is    11:34:12
6      contained within the same wording that's    11:34:15
7      being balloted, the ultimate wording that's    11:34:17
8      balloted by the committee.    11:34:20
9          So in our old system, that was    11:34:21
10     all -- when you see a change in the document,    11:34:22
11     you can know, and that's why I had my    11:34:24
12     previous answer, that staff was involved in    11:34:26
13     that process.    11:34:28
14         In the new process that happens with    11:34:30
15     every revision, every revision staff is    11:34:31
16     involved in and worked on and more or less    11:34:35
17     touched, modified, cleaned up to get it ready    11:34:37
18     for balloting.    11:34:40
19         There's also an additional level in    11:34:41
20     our new process of editorial revisions so    11:34:42
21     that it's clear to the committee that this is    11:34:47
22     something that is not directly tied but it is    11:34:48
23     because of another technical change.  So it's    11:34:52
24     just slightly different.    11:34:54
25         But I can say clearly, if you see a    11:34:56
                                              Page 61

16 (Pages 58 - 61)

1    revision to the document or a change, for     11:34:57
2    example, to the 2008 NEC, that text has been   11:35:00
3    worked on by editorial production, technical   11:35:05
4    expertise of the staff liaisons on that        11:35:07
5    project. That's their job.                     11:35:11
6  Q. But I'm not asking about what the technical   11:35:14
7    staff have worked on because they may have     11:35:16
8    worked on language that may have come from     11:35:20
9    the 2005 NEC that has survived into the 2008,  11:35:22
10   2011, 2014. I'm asking how does one identify   11:35:29
11   any text contributed by a technical committee  11:35:34
12   staff liaison in any code or standard of NEC?  11:35:41
13        MR. REHN: Objection as to form.          11:35:45
14   That's ambiguous. It's compound.              11:35:48
15  A. Again, to further try to clarify this is if  11:35:52
16   the text was in a previous edition of the      11:35:57
17   document and moved forward, it would not       11:36:00
18   show an indication of being modified. But      11:36:03
19   wherever there is new text added, deleted      11:36:06
20   or modified, there's an indication in the      11:36:09
21   margin or shading, in the case of NEC, that    11:36:11
22   shows that text has been modified, worked      11:36:15
23   on, whatever.                                  11:36:18
24        And those words can come from lots       11:36:18
25   of places. And the technical staff is         11:36:20

Page 62

1    involved through the committee meeting as      11:36:24
2    well as the public, in the case of the ROP     11:36:27
3    proposals, comments or public input or         11:36:32
4    public comments, which is all developed        11:36:33
5    ultimately to be balloted by the technical     11:36:35
6    committee.                                     11:36:37
7  Q. So my question is, when all of these changes  11:36:38
8    are highlighted, how do we know which changes  11:36:41
9    came from the technical committee staff        11:36:45
10   liaison or other NFPA staff as opposed to      11:36:49
11   from the technical committee members or the    11:36:55
12   public?                                        11:36:58
13        MR. REHN: Same objections as to          11:36:59
14   the form. It's ambiguous. It's compound.       11:37:01
15  A. One way to determine that is you could review 11:37:07
16   each and every of our proposal and comment     11:37:13
17   forms where the material is submitted and      11:37:17
18   copyright is signed over to us as NFPA and     11:37:19
19   our committees act from that.                  11:37:22
20        So you could review each and every       11:37:24
21   one of those, see that words were submitted,   11:37:26
22   what words were developed by the committee,    11:37:28
23   ultimately compare that to the final balloted  11:37:31
24   text.                                          11:37:34
25        But ultimately in the end, the           11:37:34

Page 63

1    understanding in the process all goes around   11:37:37
2    NFPA's intellectual property, around working   11:37:40
3    through developing a standard that ultimately  11:37:43
4    is an NFPA document.                           11:37:46
5        MR. BRIDGES: Move to strike to the        11:37:49
6    extent he lacks competence and draws legal     11:37:50
7    conclusions.                                   11:37:55
8  Q. My question is what -- you've mentioned that  11:37:58
9    comments and proposals may show proposed       11:38:07
10   language, correct?                             11:38:12
11        MR. REHN: Objection as to form.          11:38:16
12  A. You mentioned comments and proposals, which  11:38:20
13   again, is our old system, and in that case,    11:38:22
14   based upon your previous question, one method  11:38:24
15   to understand where the text came from would   11:38:28
16   be to review each and every proposal and       11:38:31
17   comments that is submitted into our standard   11:38:33
18   development system to see what language was     11:38:36
19   submitted by the person or persons or          11:38:38
20   organizations submitting public comments or    11:38:40
21   proposals, which is part of our copyright and  11:38:42
22   transfer to the committee.                     11:38:46
23        MR. BRIDGES: Move to strike the          11:38:50
24   self-serving legal statement.                  11:38:51
25  Q. So that tells us what suggestions and text   11:38:55

Page 64

1    came from non-NFPA staff members, correct?     11:39:01
2        MR. REHN: Objection as to form.           11:39:08
3    Mischaracterizes. Ambiguous.                   11:39:10
4  Q. Let me ask you this: Do NFPA staff members   11:39:15
5    submit forms with their proposed changes       11:39:19
6    apart from the proposed changes that come      11:39:23
7    through the technical committee process?       11:39:28
8        MR. REHN: Objection as to form.           11:39:36
9    Ambiguous. May call for speculation.           11:39:38
10  A. NFPA staff are prohibited from submitting    11:39:43
11   forms, public proposals, comments in the old   11:39:48
12   system, public input, public comments into     11:39:53
13   the new system.                                11:39:54
14  Q. Why are they prohibited from doing so?       11:39:57
15        MR. REHN: Objection as to form.          11:40:01
16  A. Because the reason NFPA staff are prohibited 11:40:06
17   from participation at that level of our        11:40:10
18   process is to ensure that they are acting as   11:40:12
19   neutral facilitators as well as focusing on    11:40:16
20   capturing and working with the committee and   11:40:19
21   using their expertise to accomplish the goals  11:40:21
22   of the technical committee.                    11:40:23
23  Q. So if you need to identify language that NFPA 11:40:28
24   staff members on their own contributed to any  11:40:48
25   NFPA codes or standards, where would you       11:40:48

Page 65

17 (Pages 62 - 65)

```
 1    go -- strike that.              11:40:50
 2        If you needed to identify the    11:40:53
 3    language that NFPA employees contributed to   11:40:55
 4    NFPA codes and standards, how would you   11:41:05
 5    determine that language?         11:41:07
 6        MR. REHN:  Objection as to form.   11:41:10
 7    It's vague and compound.         11:41:11
 8  A.  What we could determine is the language the   11:41:15
 9    technical committee at the end of the day   11:41:19
10    approved.  Into -- each individual word and   11:41:21
11    such would be difficult, if not impossible,   11:41:25
12    because of ultimately the technical staff   11:41:30
13    provides that content to the committee which   11:41:33
14    then approves those words.        11:41:35
15  Q.  You said the technical staff provides the   11:41:37
16    content to the committee?  The technical   11:41:44
17    staff doesn't draft the standards, correct?   11:41:47
18        MR. REHN:  Objection as to form.   11:41:51
19    Mischaracterizes.               11:41:53
20  A.  In many cases the technical staff in the room   11:41:59
21    is drafting the text.           11:42:02
22  Q.  Is proposing new text?          11:42:04
23  A.  In some cases yes, to accomplish what the   11:42:10
24    committee is trying to accomplish.  The   11:42:13
25    technical staff of NFPA are experts in their   11:42:15
                                          Page 66
```

```
 1    field, and the committee may want to   11:42:20
 2    establish a requirement for X and the   11:42:23
 3    technical staff is there saying, well, we can   11:42:24
 4    word it this way and that way, does this meet   11:42:27
 5    your intent, how about we do this, I can   11:42:29
 6    research some information, get back to you in   11:42:30
 7    the next meeting.               11:42:32
 8        The technical staff provides a vital   11:42:33
 9    role in helping the technical committee   11:42:35
10    accomplish their mission of developing those   11:42:38
11    words that become ultimately the final words   11:42:40
12    of the standard.                11:42:43
13  Q.  Who makes the decision about the words in a   11:42:44
14    standard?                       11:42:46
15        MR. REHN:  Objection as to form.   11:42:46
16    Ambiguous.                      11:42:48
17  A.  The final decision is -- and to summarize,   11:42:49
18    it's a two-part decision.  A committee   11:42:54
19    ballots on it, the ballot's on the final   11:42:55
20    word, the committee approves it.  At the   11:42:58
21    end of the day our standards council issues   11:43:00
22    that document, but the committee ballot   11:43:03
23    establishes the position of the type of   11:43:03
24    committee at that time.          11:43:07
25  Q.  And how does the text evolve up to the point   11:43:07
                                          Page 67
```

```
 1    that the text of the technical committee is   11:43:16
 2    balloted?                       11:43:19
 3        MR. REHN:  Objection as to form.   11:43:20
 4    Ambiguous.  Compound.            11:43:22
 5  A.  The text can evolve and by evolve, you mean   11:43:25
 6    created and included?  Is that what you're   11:43:28
 7    saying?                         11:43:31
 8  Q.  I think so.                     11:43:32
 9  A.  So in a few ways.  One is it can be submitted   11:43:33
10    through a proposal form or public input form   11:43:37
11    or a public comment form.  The language can   11:43:45
12    come from that.  It can come from the   11:43:49
13    expertise of the technical committee members   11:43:53
14    who are sitting on the committee, or it can   11:43:55
15    come from technical staff providing that to   11:43:58
16    the committee as their work progresses along.   11:44:01
17        Ultimately that evolution is the   11:44:06
18    staff liaison synthesizes all that with the   11:44:08
19    direction of the committee to land on the   11:44:13
20    final technical language that is balloted.   11:44:15
21  Q.  With the direction of the committee, meaning   11:44:18
22    with the approval of the committee members?   11:44:29
23        MR. REHN:  Objection as to form.   11:44:31
24    Mischaracterizes the testimony.   11:44:34
25  Q.  What do you mean by with the direction of the   11:44:36
                                          Page 68
```

```
 1    committee?                      11:44:38
 2  A.  So a committee could want to establish a   11:44:40
 3    requirement again for X for something and   11:44:45
 4    they may say, we want the requirement to read   11:44:48
 5    12 and the staff liaison would have to put   11:44:51
 6    text around that to get it to read in context   11:44:55
 7    of the document.  Or they may say we want to   11:44:57
 8    have a draft chapter on something, technical   11:45:00
 9    staff can you do research, pull together   11:45:03
10    drafting of documents to present to the   11:45:12
11    committee to consider.           11:45:14
12        In the end the committee will agree   11:45:16
13    through a meeting vote what text is going to   11:45:19
14    move forward towards ballot.  Then the   11:45:21
15    staff's job is to turn that into a ballot and   11:45:24
16    make sure it fits to our manual style and   11:45:28
17    ballot with the technical committee on the   11:45:28
18    final language.                 11:45:31
19  Q.  What criteria do technical committees use   11:45:31
20    to determine what text moves forward to a   11:45:34
21    ballot?                         11:45:37
22        MR. REHN:  Objection as to form.   11:45:38
23  A.  It's their expertise.  It's their   11:45:42
24    professional opinion in a balanced way   11:45:46
25    through a meeting vote of what they believe   11:45:48
                                          Page 69
```

18 (Pages 66 - 69)

1    will move forward.  There's motions we        11:45:50
2    follow, Robert's Rules of Order, and when     11:45:53
3    there's a motion and it carries by a meeting  11:45:55
4    vote, which is 50 percent plus one, that      11:45:57
5    proposed change is then approved to move      11:46:00
6    forward to ballot, to letter ballot, excuse   11:46:02
7    me.                                            11:46:08
8   Q.  Your answer focused on the process.  I'm   11:46:08
9    asking what criteria the technical committee  11:46:10
10   members use to decide what text to move       11:46:15
11   forward to a ballot.                          11:46:18
12          MR. REHN:  Objection as to form.       11:46:20
13  A.  I would think the criteria would depend on 11:46:24
14   each individual member of the technical       11:46:26
15   committee and their expertise and what bar    11:46:28
16   they believe needs to be crossed or what      11:46:31
17   things they need to have answered             11:46:32
18   professionally to make a decision to modify   11:46:34
19   the standard.                                 11:46:36
20  Q.  What criteria in your role as the person in 11:46:36
21   charge of standards development at NFPA --    11:46:42
22   strike that.                                  11:46:46
23          In your role as the person in charge   11:46:46
24   of standards development at NFPA, what do you 11:46:49
25   understand the most typical criteria to be by 11:46:52

Page 70

1    which technical committees determine what     11:46:59
2    text to move forward to a ballot?             11:47:02
3          MR. REHN:  Objection as to form.        11:47:04
4    It's vague.                                    11:47:06
5   A.  I don't think there's a single answer to   11:47:09
6    that, and that's why we rely on a consensus   11:47:11
7    ballot that requires two-thirds of our       11:47:14
8    technical committee to move anything forward. 11:47:16
9    That's part of the open consensus process in 11:47:20
10   that you need two-thirds of a balanced       11:47:22
11   committee to agree on a technical change to  11:47:26
12   move it forward.                             11:47:28
13          Each party is going to have a         11:47:29
14   different motivation for how they want to    11:47:31
15   vote or how they want things to go forward or 11:47:32
16   not.                                          11:47:35
17  Q.  Tell me and enumerate for me some of the  11:47:35
18   criteria that you understand them to apply in 11:47:38
19   determining what text to move forward to a   11:47:42
20   ballot.                                       11:47:44
21          MR. REHN:  Same objection.            11:47:44
22  A.  Some criteria could include what's the loss 11:47:49
23   data associated with this issue that we're   11:47:54
24   facing, fire loss data, injuries, deaths and 11:47:57
25   such.  Some can include economic gain.  It's 11:48:00

Page 71

1    cheaper, easier to accomplish things,         11:48:04
2    accomplishes a higher level of safety.  Those 11:48:07
3    are a few examples.                           11:48:10
4   Q.  Please give me more examples of criteria that 11:48:12
5    technical committee members would use in      11:48:16
6    deciding what text to move forward to ballot. 11:48:18
7          MR. REHN:  Same objection.             11:48:20
8   A.  Other the examples could include research, 11:48:23
9    data.  Such things -- another example could  11:48:30
10   be loss reports.  For example, there's been a 11:48:37
11   large fire somewhere, a large chemical hazard 11:48:41
12   or something.  There's often an investigative 11:48:43
13   report that NTSB or CSB or local fire marshal 11:48:45
14   has done.  And the committee would look at    11:48:50
15   that and say we may have a safety issue that  11:48:52
16   needs to be addressed.                        11:48:54
17  Q.  So you've mentioned information that they  11:48:56
18   may -- that may motivate them, but I think    11:48:59
19   your answers are focusing less on what        11:49:06
20   criteria they apply to determining what text  11:49:09
21   would move forward.                           11:49:11
22          I'd like for you to tell me the        11:49:12
23   different criteria that technical committee   11:49:14
24   members apply, to your knowledge, in deciding 11:49:17
25   what text to move forward to a ballot.        11:49:20

Page 72

1          MR. REHN:  Same objection.             11:49:23
2   A.  Again, I think it would be difficult, without 11:49:25
3    speculating, I'm not sure what each person   11:49:29
4    would use for criteria, and that's why my    11:49:31
5    answer previously focused on having a        11:49:34
6    balanced committee of different experts,     11:49:36
7    topical experts in that area, will each bring 11:49:39
8    a different set of personal criteria,        11:49:39
9    personal decisionmaking that will decide     11:49:43
10   what's going to move forward.                 11:49:45
11  Q.  I'd like for you to tell me what some of  11:49:47
12   those personal criteria are that you were    11:49:49
13   aware of, based on your interactions with    11:49:52
14   technical committee members at NFPA.         11:49:55
15          MR. REHN:  Objection as to form.      11:50:00
16  A.  I think many of those things I stated, like 11:50:01
17   data, research reports, information combined 11:50:03
18   is one of the main reasons, information is   11:50:09
19   one of the main things, data, facts are      11:50:11
20   important criteria for our committee members. 11:50:14
21          I think the other thing that's very   11:50:17
22   important to our committee members and to our 11:50:18
23   process is their extensive experience in the 11:50:20
24   field and seeing results of different        11:50:24
25   approaches.                                   11:50:27

Page 73

19 (Pages 70 - 73)

1   Q.  Let me rephrase it differently because I'm   11:50:27
2   not sure you're responding to my question   11:50:29
3   about criteria.  What are the different   11:50:31
4   reasons, not what background information are   11:50:34
5   they acting on, but what are the different   11:50:38
6   goals that, to your knowledge, technical   11:50:40
7   committee members have in deciding whether to   11:50:45
8   progress certain text to a ballot?   11:50:49
9       MR. REHN:  Objection as to form.   11:50:54
10  A.  I think the biggest overarching goal is the   11:50:55
11  accomplishment of the NFPA mission.  They   11:51:03
12  want to ultimately reduce life loss, injury,   11:51:04
13  property loss, economic loss due to fire and   11:51:09
14  other related hazards.   11:51:11
15  Q.  How do decisions regarding progressing   11:51:13
16  certain text to a ballot touch upon that   11:51:17
17  mission?   11:51:24
18      MR. REHN:  Objection as to form.   11:51:26
19  A.  Fundamentally does it progress towards   11:51:30
20  accomplishing that mission?  Does the   11:51:33
21  institution of a new technology or a new   11:51:37
22  requirement or modifying an existing   11:51:39
23  requirement lead to better life safety,   11:51:42
24  better fire protection, better electrical   11:51:46
25  safety, better protection of our nation's   11:51:48

Page 74

1   first responders?  Does it accomplish the   11:51:51
2   mission?  So that's the best way.   11:51:53
3   Q.  Does it -- would you say that a general   11:51:59
4   question that technical committees address in   11:52:05
5   deciding whether to progress certain text to   11:52:18
6   a ballot is whether the proposed change will   11:52:22
7   improve outcomes?   11:52:29
8       MR. REHN:  Object to the form of the   11:52:34
9   question.   11:52:37
10  A.  I would speculate that each decision would be   11:52:41
11  in guidance or in alignment with improving   11:52:47
12  safety.  And those would be the outcomes,   11:52:53
13  improving safety, reducing loss, preventing   11:52:53
14  incidents from happening again that resulted   11:52:57
15  in life loss injuries, property loss,   11:52:59
16  et cetera.   11:53:04
17  Q.  Who pays for members of the technical   11:53:11
18  committees to participate in their work?   11:53:15
19  A.  Again, a lot of my answers are it depends.   11:53:23
20  In this case, you have everything from   11:53:26
21  companies to people's own time, people taking   11:53:30
22  vacation time and in some cases, NFPA   11:53:34
23  reimburses participation through our enforcer   11:53:37
24  fund to get public safety officials like fire   11:53:41
25  marshals, electrical inspectors, and other,   11:53:44

Page 75

1   we call them enforcers, to attend our   11:53:46
2   committee meetings.   11:53:48
3   Q.  Do any -- does NFPA pay any persons for their   11:53:50
4   time in participation in the technical   11:53:57
5   committee work?   11:54:02
6   A.  NFPA does not pay for time, but what we do   11:54:06
7   for public sector officials who we classify   11:54:09
8   as enforcers, we have an enforcer fund which   11:54:12
9   we pay 80 percent of their associated travel   11:54:15
10  to a committee meeting, including hotel,   11:54:15
11  airfare, et cetera.   11:54:20
12  Q.  What is the motivation of persons, as you   11:54:20
13  understand it, to participate in technical   11:54:23
14  committees?   11:54:28
15      MR. REHN:  Object to the form.   11:54:29
16  A.  I think there's lots of motivations.  I think   11:54:32
17  overwhelmingly the number one motivation, in   11:54:35
18  my opinion and my years of service, is the   11:54:37
19  overarching mission of NFPA.  Our mission of   11:54:40
20  safety is very attractive to many people.   11:54:44
21      Many of our volunteers are not just   11:54:47
22  volunteer to participate in the NFPA process   11:54:49
23  but also volunteer their time to do so, and   11:54:51
24  that's a strong indication to me that that's   11:54:54
25  the primary motivation.   11:54:56

Page 76

1   Q.  Are you aware of any person whose primary   11:55:02
2   motivation is to receive some financial   11:55:05
3   reward for participation in the technical   11:55:10
4   committee process?   11:55:13
5   A.  I'm not aware of an individual, per se, but I   11:55:21
6   would speculate that these people are experts   11:55:26
7   in their fields, and there's professional   11:55:28
8   recognition and acknowledgment for being on   11:55:32
9   an NFPA technical committee.   11:55:36
10      MR. BRIDGES:  Why don't we take a   11:55:46
11  break.  We've been going for a while.  What   11:55:47
12  time is it?   11:55:51
13      VIDEOGRAPHER:  11:55.   11:55:51
14      MR. BRIDGES:  We'll keep going.   11:55:52
15      VIDEOGRAPHER:  There's another   11:55:54
16  15 minutes on the tape.   11:55:55
17      MR. BRIDGES:  We'll keep going   11:55:56
18  another 15 minutes.   11:55:58
19  Q.  How can the public gain access without   11:56:15
20  payment to NFPA's codes and standards?   11:56:33
21  A.  NFPA provides free read-only access to all of   11:56:37
22  our codes and standards to ensure that   11:56:42
23  anyone, public or private sector or citizen   11:56:46
24  consumer, has the ability to read and   11:56:49
25  understand the requirements of any of our   11:56:52

Page 77

20 (Pages 74 - 77)

**Page 78**

1  standards, while, at the same time, balancing  11:56:53
2  our need to protect our intellectual       11:56:55
3  property, revenue and ultimately, the      11:56:58
4  advancement of our mission.                11:57:00
5  Q. Have you talked to anybody about Mr. Mullen's  11:57:04
6  deposition yesterday?                      11:57:09
7  A. Just briefly to say, how did it go and that  11:57:13
8  was it.                                    11:57:17
9  Q. What did you hear about it?             11:57:18
10 A. That it went fine, it went late. That's all  11:57:20
11 I know.                                    11:57:23
12 Q. Did you discuss any of the topics of the  11:57:23
13 deposition?                                11:57:25
14 A. No.                                     11:57:27
15 Q. Was there any discussion about any of the  11:57:27
16 questions at that deposition?              11:57:31
17 A. No.                                     11:57:33
18 Q. With whom did you discuss Mr. Mullen's  11:57:33
19 deposition?                                11:58:04
20 A. With counsel.                           11:58:06
21 Q. Anybody else?                           11:58:11
22 A. No.                                     11:58:14
23 Q. Let me ask you to look at Exhibit 1223.  11:58:14
24 A. (Witness examines document)             11:58:45
25 Q. Do you recognize Exhibit 1223?          11:59:00

**Page 79**

1  A. The only thing I recognize is it's from our  11:59:02
2  website.                                   11:59:08
3  Q. Have you seen this language before that's in  11:59:11
4  the smaller window in the middle of both   11:59:17
5  pages of Exhibit 1223?                     11:59:23
6  A. I can't say specifically. It looks like  11:59:31
7  something associated with our publications,  11:59:33
8  but I can't specifically say I've seen this  11:59:36
9  actual wording.                            11:59:38
10 Q. Do you recognize that these are terms that  11:59:40
11 the public must accept in order to gain the  11:59:46
12 read-only access for free to NFPA's codes and  11:59:58
13 standards?                                 12:00:02
14      MR. REHN: Object to form.             12:00:03
15 A. I can see their terms. I'm not sure what  12:00:06
16 they're terms for. But I can see "accept   12:00:10
17 terms" is the first statement on the top of  12:00:13
18 the first page and second page.            12:00:15
19 Q. I think the language there says, "accept  12:00:18
20 terms for: 2014 edition of NFPA 70." Can   12:00:21
21 you make that out?                         12:00:30
22 A. Yeah, accept terms for 2014 edition. I can't  12:00:31
23 tell if it's NFPA 70 or 79. Unfortunately,  12:00:35
24 they're both standards.                    12:00:38
25 Q. What is an NFPA 70?                      12:00:39

**Page 80**

1  A. NFPA 70 is our National Electrical Code.  12:00:42
2  Q. That's the largest code that NFPA publishes,  12:00:45
3  correct?                                   12:00:51
4      MR. REHN: Objection as to form.        12:00:51
5  Ambiguous.                                 12:00:54
6  A. I believe it is the largest page count  12:00:55
7  document, yeah.                            12:01:04
8  Q. You have been designated by NFPA as its  12:01:04
9  corporate representative on the topic of the  12:01:18
10 terms, including, but not limited to       12:01:21
11 financial terms, other requirements,       12:01:25
12 conditions, restrictions, limitations,     12:01:27
13 exclusions and exceptions of access to the  12:01:29
14 standards that NFPA claims to own for       12:01:34
15 reading, study, research, commentary,      12:01:41
16 evaluation, criticism, bookmarking, other  12:01:43
17 annotation, reproduction, personal use, place  12:01:48
18 shifting, space shifting, data mining and  12:01:52
19 comparison to other versions, standards and  12:01:55
20 documents by the public. Are you aware of  12:01:58
21 that?                                      12:02:03
22 A. Yes.                                     12:02:03
23 Q. And in that role, are you aware that these  12:02:06
24 are terms that the public must accept in   12:02:12
25 order to have free read-only online access  12:02:15

**Page 81**

1  to NFPA 70?                                12:02:20
2  A. It's my understanding and my knowledge that  12:02:24
3  you access our standards in various formats,  12:02:28
4  whether it's our codes online or free access,  12:02:30
5  and that the user must agree to some terms  12:02:33
6  and conditions.                            12:02:36
7  Q. Are you referring to terms and conditions of  12:02:37
8  the website?                               12:02:38
9  A. From my perspective, there are terms and  12:02:41
10 conditions for a lot of our platforms and  12:02:47
11 different things. And it's my understanding  12:02:49
12 that with free access, with codes online,  12:02:51
13 that the user must agree to terms and      12:02:55
14 conditions.                                12:02:57
15 Q. I'm representing that these are terms and  12:02:59
16 conditions that appeared very recently with  12:03:03
17 respect to the public read-only access of the  12:03:10
18 2014 edition of NFPA 70.                   12:03:13
19      Do the terms and conditions that you  12:03:17
20 see on both pages of 1223 accord with your  12:03:18
21 understanding of what the terms and        12:03:21
22 conditions are for the public free read-only  12:03:23
23 access to NFPA 70?                         12:03:29
24 A. I can't speak to the specific terms       12:03:36
25 themselves, the words within the terms. It  12:03:39

21 (Pages 78 - 81)

1   is -- in my area of expertise, I understand   12:03:42
2   that users must agree to a set of terms and   12:03:44
3   conditions.   12:03:46
4   Q.  What are the terms and conditions that users   12:03:46
5   must agree to?   12:03:49
6       MR. REHN:  Objection as to form.   12:03:51
7   and we did produce the terms and conditions.   12:03:53
8   It's not clear when this document was   12:03:56
9   produced, but the witness may answer.   12:03:57
10  A.  I'm not sure what those specific terms are.   12:04:02
11      MR. REHN:  The terms speak for   12:04:05
12  themselves.   12:04:06
13  Q.  Tell me all the terms and conditions that you   12:04:06
14  are aware of that the public must accept in   12:04:11
15  order to have the free access to read-only   12:04:15
16  codes and standards of NFPA on NFPA's   12:04:20
17  website.   12:04:26
18      MR. REHN:  Objection to form.  We   12:04:26
19  produced the terms and conditions.   12:04:27
20      MR. BRIDGES:  He's the 30(b)(6)   12:04:30
21  witness on this very topic, and I'm entitled   12:04:31
22  to get his testimony and to get him to   12:04:33
23  authenticate a document from NFPA's website.   12:04:36
24  I'm absolutely entitled to that.   12:04:39
25      MR. REHN:  The objection stands.   12:04:41

Page 82

1   The witness may answer.   12:04:42
2   A.  Specifically, what I understand and my   12:04:44
3   knowledge of the terms and conditions is that   12:04:46
4   users are required to agree to a set of terms   12:04:48
5   and conditions as shown on our website when   12:04:52
6   they register to view the free codes.   12:04:55
7       The extent to which -- the terms and   12:04:58
8   words, I have no specific knowledge or   12:05:01
9   experience in the actual terms.   12:05:05
10  Q.  Are you aware that in order to get free   12:05:09
11  access to the read-only codes and standards   12:05:14
12  on NFPA's website, that a user must enter   12:05:17
13  into a contract, a binding contract with   12:05:25
14  NFPA?   12:05:29
15      MR. REHN:  Objection as to form.   12:05:30
16  Calls for a legal opinion, and the terms   12:05:31
17  speak for themselves.   12:05:34
18  A.  To restate, what I am aware of is that users   12:05:37
19  must agree to a set of terms and conditions.   12:05:41
20  That is the extent of my knowledge.   12:05:45
21  Q.  Do you understand whether -- do you have any   12:05:47
22  understanding one way or the other as to   12:05:50
23  whether users must enter into a binding   12:05:53
24  contract in accepting those terms and   12:05:58
25  conditions?   12:06:01

Page 83

1       MR. REHN:  Same objection.   12:06:01
2       MR. BRIDGES:  I'll withdraw the   12:06:02
3   question.  It was badly formed.   12:06:03
4   Q.  Do you have an understanding as to whether,   12:06:04
5   by accepting those terms and conditions,   12:06:06
6   users enter into a binding contract with   12:06:09
7   NFPA?   12:06:12
8       MR. REHN:  Same objection.  Calls   12:06:13
9   for a legal opinion.  Terms speak for   12:06:14
10  themselves.   12:06:16
11  A.  I have no knowledge of that, on how to   12:06:19
12  interpret that.   12:06:22
13  Q.  Do you know that in order to gain access for   12:06:23
14  free to the read-only codes and standards on   12:06:10
15  NFPA's website, a member of the public must   12:06:35
16  agree to waive objection to venue in a court   12:06:44
17  of competent jurisdiction in the State of   12:06:58
18  Massachusetts for disputes arising out of the   12:07:02
19  terms and conditions?   12:07:06
20      MR. REHN:  Objection as to form.   12:07:08
21  The terms speak for themselves.  If you want   12:07:10
22  to direct him to language in the document, and   12:07:12
23  ask if he's aware of that language.   12:07:14
24  Q.  Sure.  Let me ask you to look at the last two   12:07:16
25  paragraphs on the second page of   12:07:18

Page 84

1   Exhibit 1223.   12:07:21
2   A.  I'm there.   12:07:26
3   Q.  Have you read those two paragraphs?   12:07:28
4       MR. REHN:  Take your time and go   12:07:30
5   ahead and read them.   12:07:32
6   A.  (Witness examines document)   12:07:32
7       VIDEOGRAPHER:  There are five   12:07:38
8   minutes remaining on the videotape.   12:07:39
9   A.  I've read them.   12:08:05
10  Q.  Before today, were you aware that these were   12:08:06
11  terms and conditions that a consumer or --   12:08:10
12  strike that.   12:08:12
13      Before today, were you aware that   12:08:14
14  those two paragraphs are among the terms and   12:08:16
15  conditions that a member of the public must   12:08:19
16  agree to in order to have free access to   12:08:22
17  read-only versions of NFPA's codes and   12:08:25
18  standards?   12:08:27
19      MR. REHN:  Object to the form.   12:08:28
20  Lacks foundation.   12:08:30
21  A.  Before today, I had not read these.   12:08:32
22  Q.  Before today, had you known that these were   12:08:34
23  among the terms and conditions that the   12:08:37
24  public must accept in order to have free   12:08:39
25  access to the read-only versions of NFPA's   12:08:42

Page 85

22 (Pages 82 - 85)

| | Page 86 | | Page 88 |
|---|---|---|---|

1  codes and standards?                    12:08:45
2        MR. REHN:  Object to the form.    12:08:46
3  A.  Before today, as previously stated, my  12:08:47
4  understanding wholly was that a user had to  12:08:50
5  agree to some terms and conditions in order  12:08:54
6  to gain free read-only access to our codes  12:08:56
7  and standards.                           12:08:59
8  Q.  You're not answering my question.  It's a yes  12:08:59
9  or no question.  Before today, were you aware  12:09:01
10  that the last two paragraphs that you've just  12:09:05
11  read were among those terms and conditions?  12:09:07
12        MR. REHN:  Object to the form.  And  12:09:10
13  the witness doesn't have to answer the way  12:09:10
14  that you want him to answer.  This question  12:09:12
15  has been asked and answered.             12:09:14
16  Q.  It's a yes or no.                    12:09:16
17        MR. REHN:  Again, the witness can  12:09:17
18  answer the question in the most accurate way  12:09:18
19  they can.                                12:09:22
20        MR. BRIDGES:  Don't coach the       12:09:22
21  witness.  That's, believe me, coaching.  12:09:23
22  Q.  Yes or no.  Did you know these two paragraphs  12:09:25
23  were among the terms and conditions that the  12:09:27
24  public had to accept in order to have free  12:09:28
25  access to the read-only versions of NFPA's  12:09:30

                                              Page 86

1  codes and standards?                     12:09:34
2        MR. REHN:  Same objection as to      12:09:34
3  form.  And you may answer the question in the  12:09:36
4  most accurate way that you can.          12:09:39
5        MR. BRIDGES:  The most accurate way  12:09:41
6  is yes or no.                            12:09:42
7        MR. REHN:  Objection and move to     12:09:43
8  strike that.  Same objection as before.  12:09:45
9  Q.  Please proceed.                       12:09:48
10  A.  As I previously stated, the first time I read  12:09:49
11  those words, those last two paragraphs was  12:09:52
12  just now.                                12:09:54
13  Q.  Were you aware of the terms in the last two  12:09:55
14  paragraphs of the text on Exhibit 1223 before  12:10:01
15  you read them?                           12:10:12
16        MR. REHN:  Object as to form.        12:10:14
17  A.  No, I was only aware of terms and conditions.  12:10:17
18  Q.  Of the existence of terms and conditions?  12:10:21
19  A.  Yes.                                  12:10:23
20  Q.  You were not aware of these two paragraphs as  12:10:24
21  part of those terms and conditions?      12:10:26
22        MR. REHN:  Object as to form.        12:10:28
23  A.  Again, assuming that these are accurate from  12:10:30
24  our website, I have not read these paragraphs  12:10:35
25  until just now when you asked me to.      12:10:38

                                              Page 87

1  Q.  Have you known that the substance of these  12:10:40
2  two paragraphs were among the terms and  12:10:42
3  conditions before today?                 12:10:44
4        MR. REHN:  Objection as to form.      12:10:46
5  A.  As I previously stated and I stand by my  12:10:47
6  testimony that I was not aware of any of the  12:10:52
7  terms and conditions, only that a user had to  12:10:54
8  agree to terms and conditions in order to  12:10:57
9  gain free access to our codes and standards.  12:10:59
10        MR. BRIDGES:  I think it's time for  12:11:03
11  a break.                                 12:11:04
12        VIDEOGRAPHER:  The time is 12:11.    12:11:04
13  This is the end of Tape No. 1, and we are now  12:11:07
14  off the record.                          12:11:09
15        (Break taken)                       12:11:12
16        VIDEOGRAPHER:  The time is 12:20.    12:21:00
17  This is the beginning of Tape No. 2, and we  12:21:05
18  are now back on the record.              12:21:07
19        MR. BRIDGES:                        12:21:08
20  Q.  Mr. Dubay, in order to prepare for today's  12:21:09
21  deposition, what did you do to become  12:21:16
22  familiar with the terms and conditions for  12:21:18
23  public access to the read-only versions of  12:21:24
24  NFPA's codes and standards?              12:21:29
25        MR. REHN:  I instruct the witness to  12:21:32

                                              Page 88

1  exclude from his answer anything that would  12:21:33
2  reveal the substance of communications with  12:21:35
3  legal counsel.                           12:21:37
4  A.  I didn't do anything to prepare.      12:21:40
5  Q.  What documents did you review in connection  12:21:44
6  with preparing to testify at today's      12:21:46
7  deposition?                              12:21:49
8        MR. REHN:  If you remember any        12:21:53
9  specific documents, you may answer.       12:21:54
10        MR. BRIDGES:  That's coaching, that  12:21:56
11  statement, if ever I've heard one.       12:21:58
12  A.  None.                                 12:22:01
13  Q.  Is it true that before the public can access  12:22:02
14  NFPA's codes and standards in their read-only  12:22:19
15  versions for free on NFPA's website, a member  12:22:24
16  of the public must register and provide    12:22:27
17  information and an e-mail address to NFPA?  12:22:34
18  A.  It's my understanding that in order to gain  12:22:42
19  read-only access, that you do need to     12:22:45
20  register and agree to terms and conditions.  12:22:48
21  Q.  And registering includes providing an e-mail  12:22:50
22  address?                                 12:22:53
23  A.  I believe that's the case.  I'm sure it has  12:22:55
24  to be e-mail.                            12:22:59
25  Q.  And one must register before one can even  12:23:00

                                              Page 89

| | |
|---|---|
| 1   review the terms and conditions in order to   12:23:02 | 1         MR. REHN:  I'll object as to the   12:26:08 |
| 2   decide whether to accept or to decline the   12:23:04 | 2   form of this question.   12:26:10 |
| 3   terms and conditions?  Are you aware of that?   12:23:07 | 3   Q.  You may answer.   12:26:13 |
| 4   A.  No, I'm not.   12:23:11 | 4   A.  My understanding is that you must register   12:26:17 |
| 5   Q.  Are you aware that if someone declines the   12:23:12 | 5   and agree to some terms and conditions to   12:26:21 |
| 6   terms and conditions, one is unable to gain   12:23:18 | 6   gain access to the free read-only of all of   12:26:23 |
| 7   free access to the read-only versions of   12:23:23 | 7   our codes and standards.   12:26:27 |
| 8   NFPA's codes and standards?   12:23:25 | 8   Q.  And that's all you know about it?   12:26:28 |
| 9   A.  My understanding is that you have to agree to   12:23:30 | 9   A.  That's the extent of my knowledge of what's   12:26:30 |
| 10   the terms and conditions before you're   12:23:32 | 10   involved in the process, yes.   12:26:32 |
| 11   granted free read-only access.   12:23:34 | 11   Q.  Are you familiar with the fact that in order   12:26:33 |
| 12   Q.  Do you understand that NFPA adds the e-mail   12:23:39 | 12   to gain free access to the read-only versions   12:26:51 |
| 13   addresses that people furnish in the   12:23:46 | 13   of NFPA's codes and standards, a member of   12:26:58 |
| 14   registration process to e-mail lists that it   12:23:48 | 14   the public must enter into an acknowledgment   12:27:02 |
| 15   uses for marketing purposes?   12:23:55 | 15   that NFPA owns copyright on all the codes and   12:27:08 |
| 16         MR. REHN:  Object as to form.   12:23:56 | 16   standards?   12:27:13 |
| 17   Outside the scope.   12:23:58 | 17         MR. REHN:  Object to the form.   12:27:14 |
| 18   A.  I don't have first-hand knowledge of what   12:24:01 | 18   Lacks foundation.  To the extent this is a   12:27:15 |
| 19   happens with the registrants to our free   12:24:04 | 19   question about the terms of access, the terms   12:27:18 |
| 20   access.   12:24:06 | 20   speak for themselves, and this may call for a   12:27:20 |
| 21   Q.  What information does NFPA collect about   12:24:08 | 21   legal opinion.   12:27:20 |
| 22   persons who visit NFPA's website to gain free   12:24:12 | 22   A.  My understanding of the process is that you   12:27:26 |
| 23   access to the read-only versions of NFPA's   12:24:17 | 23   register and agree to terms and conditions.   12:27:30 |
| 24   codes and standards?   12:24:20 | 24   That is the extent of my knowledge.   12:27:32 |
| 25         MR. REHN:  Same objections as to   12:24:22 | 25   Q.  And you're unable to say whether the terms   12:27:38 |
| Page 90 | Page 92 |
| 1   form and to the scope of the designated   12:24:23 | 1   and conditions on Exhibit 1223 are the terms   12:27:41 |
| 2   topics.   12:24:25 | 2   and conditions that a user has to agree to in   12:27:45 |
| 3   A.  Can you restate the question.  I'm sorry.   12:24:29 | 3   order to have free access to the read-only   12:27:49 |
| 4         MR. BRIDGES:  I'll ask the court   12:24:35 | 4   versions of NFPA's codes and standards?   12:27:51 |
| 5   reporter to re-read it.   12:24:36 | 5         MR. REHN:  Object to the form.   12:27:54 |
| 6         (Question read)   12:24:37 | 6   Q.  Is that correct?   12:27:56 |
| 7         MR. REHN:  And the same objection as   12:24:55 | 7   A.  What I can say is this document that you've   12:27:57 |
| 8   to form and the scope of the designated   12:24:56 | 8   handed me appears to be from our website and   12:28:01 |
| 9   topics.  But if the witness has personal   12:24:58 | 9   it appears to be terms and conditions.  I   12:28:03 |
| 10   knowledge of this question, he may answer.   12:25:02 | 10   can't comment whether these are the actual   12:28:06 |
| 11   A.  I don't have personal knowledge of what we   12:25:04 | 11   current terms and conditions or whether they   12:28:08 |
| 12   request, and it resides outside of my area.   12:25:06 | 12   were previous terms and conditions because as   12:28:10 |
| 13   Q.  You're unfamiliar with what other   12:25:10 | 13   I previously stated, I just read the last two   12:28:12 |
| 14   requirements apply to the public in order for   12:25:22 | 14   paragraphs just now or just a few moments   12:28:15 |
| 15   the public to gain free access to the   12:25:29 | 15   ago.   12:28:18 |
| 16   read-only versions of NFPA's codes and   12:25:32 | 16         (Exhibit 1228 marked for   12:28:45 |
| 17   standards other than the fact that they must   12:25:34 | 17   identification.)   12:28:57 |
| 18   agree to some terms and conditions; is that   12:25:43 | 18   Q.  I hand you Exhibit 1228.  Please tell me if   12:28:57 |
| 19   correct?   12:25:48 | 19   you recognize this document and if so, tell   12:29:04 |
| 20         MR. REHN:  Was that -- was that the   12:25:48 | 20   me what it is.   12:29:07 |
| 21   prior question?  Is that the same question?   12:25:49 | 21   A.  It looks like a page from our website and the   12:29:10 |
| 22   Q.  You may answer.   12:25:58 | 22   title of it is "Terms of Use."   12:29:20 |
| 23         MR. REHN:  Hold on one second.   12:26:00 | 23   Q.  Are these, in fact, the terms of use of   12:29:23 |
| 24         MR. BRIDGES:  If you want to object,   12:26:03 | 24   NFPA's website?   12:29:26 |
| 25   then object.   12:26:05 | 25   A.  Again, I can't comment on whether these are   12:29:36 |
| Page 91 | Page 93 |

24 (Pages 90 - 93)

1  the actual terms of use on our website as I   12:29:38
2  don't have any involvement in determining   12:29:42
3  these or viewing them or establishing the   12:29:44
4  content of them.   12:29:46
5      (Exhibit 1229 marked for   12:30:04
6  identification.)   12:30:04
7  Q. I hand you Exhibit 1229.  Please tell me if   12:30:07
8  you recognize it, and if so, tell me what it   12:30:13
9  is.   12:30:15
10 A. Again, it appears to be a page from our   12:30:19
11 website around our disclaimers, and I   12:30:23
12 recognize some of these statements around   12:30:26
13 our standards process.   12:30:29
14      Without getting into is it   12:30:33
15 accurately worded throughout, they look like   12:30:34
16 some of our standard statements that we use   12:30:37
17 within our standards process.   12:30:41
18 Q. Are you in a position to say whether the   12:30:47
19 terms of use in Exhibit 1228 and the   12:30:49
20 disclaimers in Exhibit 1229 apply to the   12:30:52
21 public's access to the read-only versions   12:31:03
22 of NFPA's codes and standards?   12:31:07
23      MR. REHN:  Object to the form.   12:31:10
24 Calls for a legal opinion.   12:31:12
25 A. I don't believe I'm in the position to do   12:31:14

Page 94

1  that.  In my normal course of work, I would   12:31:16
2  rely on our general counsel to provide   12:31:19
3  guidance on how these apply.   12:31:22
4  Q. Do you have any reason to believe that   12:31:27
5  Exhibits 1223, 1228 and 1229 do not   12:31:34
6  accurately depict terms of use and   12:31:43
7  disclaimers on NFPA's website?   12:31:52
8  A. With the assumption that you have accurately   12:32:04
9  replicated them from our website, they appear   12:32:09
10 to be from our website.  They appear to be,   12:32:11
11 based upon logo, formatting and such, appear   12:32:13
12 to be part of our content.   12:32:16
13 Q. So does that mean you don't have any reason   12:32:18
14 to believe that they do not accurately depict   12:32:22
15 the terms of use and disclaimers on NFPA's   12:32:25
16 website?   12:32:29
17 A. Personally, I don't, but I would rely on   12:32:31
18 legal counsel to confirm those things   12:32:34
19 because, again, I don't have first-hand   12:32:38
20 knowledge of these.  These are not within my   12:32:41
21 area of responsibility.   12:32:43
22      (Exhibit 1230 marked for   12:33:42
23 identification.)   12:33:54
24 Q. Mr. Dubay, I've handed you Exhibit 1230.  Can   12:34:07
25 you please tell me whether you recognize and   12:34:13

Page 95

1  if so, identify it.   12:34:17
2  A. Just give me one moment here.   12:34:19
3      MR. REHN:  Take your time.  Make   12:34:25
4  sure you review the document in its entirety.   12:34:28
5  A. (Witness examines document) Exhibit 1230   12:34:32
6  appears to be a view, screen captured from   12:34:43
7  our standards development site relating to   12:34:47
8  the public comment stage associated with NFPA   12:34:50
9  70E.   12:34:54
10 Q. Did you participate in the design of these   12:35:02
11 pages?   12:35:06
12      MR. REHN:  There is some handwritten   12:35:07
13 annotation on one page.  It appears to be   12:35:09
14 part of the copy.   12:35:14
15      MR. BRIDGES:  I'm sorry.  There is   12:35:17
16 that handwritten -- right.   12:35:21
17 Q. Please disregard the handwriting on --   12:35:29
18      MR. REHN:  It's your understanding   12:35:34
19 that handwritten annotation does not appear   12:35:36
20 on the NFPA's website?   12:35:38
21 A. No, the handwritten annotations can't appear   12:35:40
22 on our website.  So I would assume -- my   12:35:43
23 assumption is that that was someone's notes   12:35:46
24 before photocopy.   12:35:48
25 Q. That's right.  I apologize for that, but   12:35:49

Page 96

1  apart from that handwriting, you understand   12:35:52
2  this to be a form that's used for public   12:35:54
3  comment?   12:35:59
4  A. Yes, in part it's the view of the website   12:35:59
5  and then it looks like it's the steps through   12:36:07
6  submitting a public comment, so yes.   12:36:07
7  Q. Let me ask you to turn to the page that has a   12:36:07
8  stamping at the bottom that ends with 38502.   12:36:12
9  A. I'm there.   12:36:22
10 Q. It says in the middle, "Note, due to   12:36:29
11 copyright considerations, NFPA is unable to   12:36:32
12 accept these submissions electronically at   12:36:35
13 this time."  What does that mean?   12:36:38
14 A. At this point in the process you are stating   12:36:45
15 what the reason is for your public comment,   12:36:52
16 why you're submitting it, and at times   12:36:55
17 submitters desire to attach reports,   12:36:57
18 publications and such.   12:37:01
19      And we have a very strict policy on   12:37:04
20 copyright and protection of intellectual   12:37:07
21 property, not only of ours, but of others and   12:37:09
22 at times, submitters from the public will   12:37:12
23 want to submit a document as supporting, we   12:37:14
24 call it supporting material, and we require   12:37:18
25 them to send us a hard copy so that we can --   12:37:21

Page 97

25 (Pages 94 - 97)

1    via mail so that we can verify that they    12:37:24
2    truly retain the copyright and can give us    12:37:27
3    permission to post that or that we can reach    12:37:29
4    out specifically to the owner of said    12:37:31
5    copyright to determine whether a copyright    12:37:34
6    would be -- a reproduction, posting,    12:37:37
7    et cetera, would be allowed, permitted by    12:37:39
8    them.    12:37:41
9    Q. Does NFPA have a policy regarding fair use in    12:37:42
10    copyright?    12:37:46
11        MR. REHN: Object to the form to    12:37:47
12    the extent it calls for a legal opinion.    12:37:48
13    A. It's my general understanding in dealing with    12:37:52
14    legal counsel, yes, we do.    12:37:54
15    Q. What is NFPA's fair use policy?    12:37:57
16        MR. REHN: Again, I'll object to    12:38:00
17    the extent it calls for legal opinion or it    12:38:02
18    calls for the substance of any privileged    12:38:04
19    communications. But you can answer to the    12:38:05
20    extent you know.    12:38:07
21    A. I don't know the specifics of it. I just    12:38:08
22    know that when we request to utilize our    12:38:11
23    intellectual property, that legal counsel    12:38:13
24    discusses the term "fair use" with me and    12:38:17
25    discusses it in their decisionmaking. I'm    12:38:20
                                            Page 98

1    not aware of a specific policy, per se, but    12:38:22
2    it's often brought up.    12:38:26
3    Q. Do you have any understanding about the    12:38:28
4    concept of fair use and copyright law?    12:38:34
5        MR. REHN: Objection. Calls for    12:38:36
6    legal opinion.    12:38:38
7    A. My only understanding of that is that from a    12:38:41
8    general concept of that small uses of our    12:38:46
9    intellectual property in certain ways are    12:38:52
10    permitted through the term called "fair use."    12:38:53
11    My professional background, I don't have the    12:38:56
12    specifics of that. That's my understanding.    12:38:58
13    Q. So looking at Exhibit 1230 again, this    12:39:02
14    appears to be a page directed at somebody by    12:39:06
15    the name of Debra Baio, is that correct?    12:39:14
16        MR. FEE: Which page?    12:39:21
17    Q. The first page, I believe it's B A I O, but    12:39:22
18    maybe it's B A I O I. Is that a name you    12:39:30
19    recognize?    12:39:34
20    A. Yes, she works in our codes and standards    12:39:35
21    division responsible for our system, and she    12:39:37
22    develops training content and such around our    12:39:41
23    platform.    12:39:43
24    Q. So this document has her name in several    12:39:45
25    places as though she's the submitter. Is    12:39:51
                                            Page 99

1    that just for convenience in making screen    12:39:56
2    prints of these documents for purposes of    12:40:01
3    production in litigation, or does she    12:40:05
4    actually make submissions and execute these    12:40:08
5    forms?    12:40:14
6        MR. REHN: Object to the form. It    12:40:14
7    may call for attorney-client privilege. It    12:40:18
8    may call for speculation.    12:40:22
9        MR. BRIDGES: You may want to    12:40:23
10    stipulate that this was just done as a mockup    12:40:24
11    for purposes of production which I suspect is    12:40:28
12    the case.    12:40:30
13        MR. REHN: We can stipulate to that.    12:40:31
14    This was a way to make sure we got all the    12:40:34
15    screen shots.    12:40:35
16    Q. So this, to your understanding, Mr. Dubay,    12:40:36
17    this document contains the fields and    12:40:40
18    headings and text that the public normally    12:40:49
19    encounters when the public submits comments    12:40:53
20    in the course of NFPA's standards    12:40:58
21    development; is that correct?    12:41:00
22    A. Correct. To the best of my knowledge, it    12:41:02
23    appears that it's captured all of the various    12:41:05
24    steps of submitting a comment from the    12:41:08
25    origination of selecting the text through the    12:41:11
                                            Page 100

1    copyright assignment at the end, yes, it    12:41:14
2    appears that way.    12:41:17
3    Q. This mockup appears to be specific to one    12:41:18
4    standard and one section of a standard,    12:41:25
5    namely NFPA 70E and informative NXK; is that    12:41:27
6    correct?    12:41:42
7    A. What it contains is the public comment view    12:41:43
8    of NFPA 70 and then -- 70E, excuse me, and    12:41:45
9    the selection process through that.    12:41:48
10    Q. The selection process through that, meaning    12:41:51
11    what a public commenter would follow to reach    12:41:54
12    a certain point to comment on a certain    12:41:58
13    aspect of the standard; is that correct?    12:42:00
14    A. This is an example of a public, proposed    12:42:12
15    public comment or training material around    12:42:16
16    NFPA 70 on the second draft of, excuse me, on    12:42:20
17    the first draft of NFPA 70.    12:42:24
18    Q. And it's specifically focusing in on one part    12:42:27
19    of that draft, namely informative NXK,    12:42:29
20    general categories of electrical hazards; is    12:42:33
21    that correct?    12:42:39
22    A. It appears that the person Debbie, or whoever    12:42:39
23    put this together, did select NXK. It's just    12:42:43
24    kind of blurry, but I believe it looks like    12:42:47
25    she selected NXK as the example.    12:42:50
                                            Page 101

                                    26 (Pages 98 - 101)

| | Page 102 | |
|---|---|---|
| 1 | Q. And there is on the third page of the | 12:42:55 |
| 2 | exhibit, which ends in No. 38500, near the | 12:42:58 |
| 3 | top of the field inside the browser window, | 12:43:07 |
| 4 | it says Public Comment No. 15-SF, looks like | 12:43:10 |
| 5 | DEM, D E M,-PC-2015; is that correct? | 12:43:17 |
| 6 | A. I believe it says 15-SF, I think, DEM PC 215 | 12:43:25 |
| 7 | or SF. | 12:43:32 |
| 8 | Q. How are those numbers assigned? | 12:43:34 |
| 9 | A. Those numbers are assigned based upon when | 12:43:40 |
| 10 | you submit a comment on the document. I | 12:43:42 |
| 11 | believe this is a demonstration file, so | 12:43:47 |
| 12 | you're seeing the DEM in there versus 15-70E | 12:43:49 |
| 13 | or 15 dash the document. They're all related | 12:43:56 |
| 14 | in order, numerical order based upon the | 12:43:59 |
| 15 | document. | 12:44:04 |
| 16 | Q. And then on pages that end in 38506 and | 12:44:05 |
| 17 | 38507, there are headings for copyright | 12:44:24 |
| 18 | assignment and signature (required) and the | 12:44:32 |
| 19 | alternative copyright assignment and | 12:44:38 |
| 20 | signature (required). Do you see those? | 12:44:41 |
| 21 | A. Yes, I see them. | 12:44:48 |
| 22 | Q. It appears that the alternative copyright | 12:44:49 |
| 23 | assignment signature shown on the second of | 12:44:56 |
| 24 | those pages is what one reaches by clicking, | 12:44:58 |
| 25 | when you "click here" line on the first of | 12:45:03 |

Page 102

| | Page 103 | |
|---|---|---|
| 1 | those two pages in the middle of the field, | 12:45:04 |
| 2 | is that correct? | 12:45:07 |
| 3 | A. The alternate copyright statement comes up | 12:45:13 |
| 4 | when you -- if you are not the author of all | 12:45:17 |
| 5 | of the content that you're submitting and | 12:45:22 |
| 6 | then we ask you to click here, and I'm pretty | 12:45:24 |
| 7 | sure that the next page is the alternate. It | 12:45:28 |
| 8 | replaces the current copyright with the | 12:45:31 |
| 9 | alternate copyright statement. | 12:45:35 |
| 10 | Q. So it's your understanding that the "click | 12:45:35 |
| 11 | here" link on the page ending 38506 takes | 12:45:35 |
| 12 | somebody to the page 38507 in order to | 12:45:39 |
| 13 | execute a different form of -- or to execute | 12:45:42 |
| 14 | what's referred to as an alternative | 12:45:47 |
| 15 | copyright assignment and signature; is that | 12:45:50 |
| 16 | correct? | 12:45:52 |
| 17 | A. That is my understanding. | 12:45:52 |
| 18 | (Exhibit 1231 marked for | 12:46:22 |
| 19 | identification.) | 12:46:23 |
| 20 | Q. Mr. Dubay, can you please identify | 12:46:24 |
| 21 | Exhibit 1231. | 12:46:26 |
| 22 | A. This appears to be our online committee | 12:46:37 |
| 23 | member application process, first part of the | 12:46:43 |
| 24 | form that you would fill out to apply for | 12:46:47 |
| 25 | technical committee membership. | 12:46:49 |

Page 103

| | Page 104 | |
|---|---|---|
| 1 | Q. And this is a form that's got some | 12:46:51 |
| 2 | information that's put in here I assume for | 12:46:54 |
| 3 | dummy purposes under applicant's personal | 12:46:56 |
| 4 | info, correct? | 12:47:00 |
| 5 | A. It appears that way, that it's just sample | 12:47:07 |
| 6 | information again. | 12:47:10 |
| 7 | MR. REHN: I can stipulate to that. | 12:47:11 |
| 8 | This is to enable us to produce this | 12:47:15 |
| 9 | document. | 12:47:17 |
| 10 | Q. Okay. And there's a, what appears to be a | 12:47:18 |
| 11 | pull-down menu for principal member category. | 12:47:26 |
| 12 | Do you see that? | 12:47:32 |
| 13 | A. Yes, I see the pull-down menu. | 12:47:35 |
| 14 | Q. Do those member categories correspond to | 12:47:37 |
| 15 | the -- I forgot what you referred to them, | 12:47:42 |
| 16 | interest groups or interest -- to the | 12:47:44 |
| 17 | interest groups you referred to earlier? | 12:47:48 |
| 18 | A. That relates to are you applying as a | 12:47:51 |
| 19 | principal member or an alternate member. | 12:47:53 |
| 20 | Q. Okay. That referred to membership on the | 12:47:56 |
| 21 | committee, not the type of member of NFPA? | 12:48:00 |
| 22 | A. Not the interest category. | 12:48:04 |
| 23 | Q. Is there any place on here for somebody to | 12:48:18 |
| 24 | indicate what interest category they fall | 12:48:21 |
| 25 | into? | 12:48:27 |

Page 104

| | Page 105 | |
|---|---|---|
| 1 | A. No. There's no place on our form to indicate | 12:48:27 |
| 2 | what category you are applying to. That's | 12:48:46 |
| 3 | ultimately the decision of our standards | 12:48:50 |
| 4 | council. | 12:48:52 |
| 5 | Q. Do you see on the third page of Exhibit 1231, | 12:48:52 |
| 6 | the page ending 38520, there's no assigned -- | 12:48:59 |
| 7 | copyright assignment language on this, | 12:49:10 |
| 8 | correct? | 12:49:14 |
| 9 | MR. REHN: Object to the form. | 12:49:15 |
| 10 | Mischaracterizes the document. Calls for a | 12:49:17 |
| 11 | legal opinion. | 12:49:19 |
| 12 | A. Each and every committee member participates | 12:49:23 |
| 13 | in the NFPA process with the full | 12:49:26 |
| 14 | understanding that the material that they're | 12:49:28 |
| 15 | developing is the intellectual property of | 12:49:30 |
| 16 | NFPA. And that has been that way for as long | 12:49:33 |
| 17 | as I've been involved in NFPA and as part of | 12:49:36 |
| 18 | the application process as well as we have a | 12:49:38 |
| 19 | policy that we verify each and every public | 12:49:42 |
| 20 | input public comment proposal that comes in | 12:49:44 |
| 21 | that that has happened. | 12:49:47 |
| 22 | Q. Do you understand what a work-made-for-hire | 12:49:51 |
| 23 | is? | 12:49:55 |
| 24 | MR. REHN: Object to the form. | 12:49:55 |
| 25 | Calls for a legal opinion. | 12:49:56 |

Page 105

27 (Pages 102 - 105)

Page 106

```
 1   A.  Not specifically.              12:49:58
 2   Q.  Do you have any general understanding of what  12:50:05
 3       a work-made-for-hire is?           12:50:08
 4           MR. REHN:  Same objection.  Calls  12:50:10
 5       for a legal opinion.              12:50:11
 6   A.  My understanding of this agreement as well as  12:50:12
 7       the wording that we utilize on our public  12:50:16
 8       input and public comments is that we do this  12:50:19
 9       to establish our intellectual property at the  12:50:22
10       same time we utilize our general counsel and  12:50:24
11       legal review and they establish how to  12:50:26
12       properly word these.  I don't have any  12:50:28
13       specific general knowledge.           12:50:30
14   Q.  I understand what the purpose may be for the  12:50:32
15       language.  I'm just asking if whether you,  12:50:35
16       sitting here today, understand what a  12:50:37
17       work-made-for-hire is?              12:50:38
18           MR. REHN:  Same objection.  Calls  12:50:40
19       for legal opinion.              12:50:41
20   A.  My response is based upon I don't necessarily  12:50:43
21       understand what a work-made-for-hire is.  12:50:47
22   Q.  Do you know when language relating to  12:50:49
23       works-made-for-hire first came into the forms  12:50:57
24       that NFPA required of those participating in  12:51:01
25       the NFPA standards development process?  12:51:04
```

Page 107

```
 1           MR. REHN:  Object to the form.  12:51:06
 2   A.  No.                    12:51:10
 3   Q.  Do you know whether work-made-for-hire  12:51:13
 4       language was in NFPA documents before 2012?  12:51:16
 5           MR. REHN:  Object to the form.  If  12:51:26
 6       you have documents to show the witness, you  12:51:27
 7       can show them to him.              12:51:29
 8   A.  In my opinion, in my tenure at NFPA in the  12:51:32
 9       20 years, my knowledge is that there's always  12:51:36
10       been a release and sign-off associated with  12:51:38
11       the committee application as well as  12:51:41
12       submission of proposal and comments.  When  12:51:43
13       those modifications came into place, I don't  12:51:45
14       know.                    12:51:47
15   Q.  Do you know what modifications there have  12:51:47
16       been to the intellectual property language in  12:51:50
17       the various documents that participants in  12:51:54
18       the standards development processes must  12:51:58
19       execute?                    12:52:00
20           MR. REHN:  Object to the form.  The  12:52:00
21       documents speak for themselves.        12:52:02
22   A.  Not specifically.              12:52:06
23   Q.  Generally, what do you understand to have  12:52:08
24       been modifications in the intellectual  12:52:10
25       property language in those documents?  12:52:13
```

Page 108

```
 1           MR. REHN:  Same objection.  The  12:52:14
 2       documents speak for themselves.        12:52:16
 3   A.  My understanding is based upon our process,  12:52:17
 4       where, over the years, when there's a need to  12:52:22
 5       update those forms, that is done at the  12:52:25
 6       request of legal and my team's responsibility  12:52:27
 7       is to ensure that those are signed off and  12:52:31
 8       the forms are updated as appropriate.     12:52:34
 9           And the process in my team remains  12:52:37
10       the same.  We don't get into the wording.  We  12:52:39
11       verify that it's been acknowledged.      12:52:41
12   Q.  What different formulations of the     12:52:43
13       intellectual property language have there  12:52:47
14       been in the NFPA standards development  12:52:56
15       documents that participants are required to  12:52:59
16       sign?                    12:53:01
17           MR. REHN:  Same objection.  Lacks  12:53:01
18       foundation.  The documents speak for  12:53:03
19       themselves.                 12:53:05
20   A.  At this point I can't diagram each one.  I'd  12:53:07
21       have to review each edition of those  12:53:14
22       documents over the course of time.     12:53:18
23   Q.  Have you reviewed the different types of  12:53:20
24       documents to prepare for today's deposition?  12:53:23
25   A.  No.                    12:53:26
```

Page 109

```
 1   Q.  What different formulations of the     12:53:26
 2       intellectual property language do you recall?  12:53:30
 3           MR. REHN:  Object to the form.  The  12:53:34
 4       documents speak for themselves.        12:53:37
 5   A.  From my position, the way I recall it is that  12:53:40
 6       we enforce the current version of the text,  12:53:43
 7       which has been provided to us, on each and  12:53:46
 8       every proposal, comment, public input  12:53:48
 9       committee application.              12:53:51
10   Q.  What different formulations of the     12:53:56
11       intellectual property language do you recall?  12:53:58
12           MR. REHN:  Same objection.  The  12:54:00
13       documents speak for themselves.  We produced  12:54:02
14       forms in connection with every standard at  12:54:05
15       issue in this case.  If you want to show him  12:54:07
16       those forms, you can, but the documents speak  12:54:09
17       for themselves.              12:54:12
18           MR. BRIDGES:  Will you stipulate  12:54:12
19       that I can get through every form that I  12:54:13
20       would like for him to authenticate?     12:54:16
21           MR. REHN:  You can start showing him  12:54:18
22       some forms.                 12:54:19
23           MR. BRIDGES:  Will you stipulate  12:54:20
24       that you'll allow him to testify about every  12:54:21
25       single form I want him to authenticate?  12:54:23
```

28 (Pages 106 - 109)

| | |
|---|---|
| 1    MR. REHN: I'll stipulate that you    12:54:25 | the 30(b)(6) notice?    12:57:20 |
| 2  can fill your seven hours however you choose.  12:54:27 | MR. REHN: Our representation --    12:57:22 |
| 3  Q.  The question remains what different    12:54:31 | those Bates numbers represent assignment    12:57:26 |
| 4     formulations of the intellectual property    12:54:37 | forms that we produced in this litigation and  12:57:29 |
| 5     language do you recall as you sit here today?  12:54:39 | including assignment forms pertaining to each  12:57:32 |
| 6        MR. REHN: I'll object. At this    12:54:41 | of the standards at issue.    12:57:34 |
| 7   point this question has been asked and    12:54:42 | MR. BRIDGES: That's a different    12:57:38 |
| 8   answered multiple times. Same objection as  12:54:43 | thing.    12:57:39 |
| 9   to the documents speaking for themselves.  12:54:46 | Q. Mr. Dubay, are you able to identify by Bates  12:57:39 |
| 10       MR. BRIDGES: It's not been    12:54:49 | number, which is a term lawyers use for    12:57:45 |
| 11  answered.    12:54:50 | document production number, one instance of  12:57:48 |
| 12  Q. You may proceed.    12:54:51 | each of the different forms of assignment by  12:57:51 |
| 13  A.  I don't specifically recall individual    12:54:51 | which NFPA claims that it received    12:57:57 |
| 14     versions of the document.    12:54:53 | assignments of copyrights in this action?    12:57:59 |
| 15  Q.  You don't recall any form of the intellectual  12:54:55 | MR. REHN: Same objection as to    12:58:02 |
| 16     property language that participants must sign  12:54:57 | form. It's an improper question. The    12:58:03 |
| 17     in order to participate in the NFPA standards  12:55:01 | witness can answer if he knows.    12:58:06 |
| 18     development process?    12:55:04 | A.  What I can tell you, I'm not sure if it    12:58:08 |
| 19        MR. REHN: Object to the form.    12:55:04 | answers your question, my team reviews tens  12:58:11 |
| 20  Mischaracterizes the testimony.    12:55:06 | of thousands of forms a year to verify    12:58:13 |
| 21  Argumentative.    12:55:08 | copyright signing, checking the box, signing  12:58:16 |
| 22  A.  No, I do not. I rely on our policy and our  12:55:09 | the forms and submitting them.    12:58:20 |
| 23     team meeting with legal counsel and    12:55:12 | Q.  How many different versions of the blank    12:58:22 |
| 24     establishing that wording in accordance with  12:55:14 | forms has NFPA created?    12:58:25 |
| 25     their directions.    12:55:16 | A.  I don't recall how many versions, but we do  12:58:28 |
| Page 110 | Page 112 |

| | |
|---|---|
| 1  Q.  Do you have the document production numbers,  12:55:33 | have one single version now that we use on  12:58:34 |
| 2     which we call Bates numbers, of at least one  12:55:44 | our online system that verifies that each and  12:58:37 |
| 3     instance of every form of assignment that --  12:55:48 | every submission has the same appropriate  12:58:39 |
| 4     with which NFPA claims that a person    12:55:52 | material in it.    12:58:44 |
| 5     participating in the NFPA standards    12:55:57 | Q.  And have you seen that form today?    12:58:53 |
| 6     development process has signed?    12:55:59 | MR. REHN: Objection as to form.    12:58:58 |
| 7        MR. REHN: Object to the form. It's  12:56:04 | It's vague and ambiguous.    12:59:00 |
| 8   an improper question for a deposition, and  12:56:07 | A.  I believe I've seen the screen shot of our    12:59:04 |
| 9   I'll represent for the record that I provided  12:56:10 | comment view from NFPA 70E sample document,  12:59:09 |
| 10  Bates numbers for the assignment forms to  12:56:13 | Exhibit 1230.    12:59:15 |
| 11  opposing counsel on the telephone on Friday.  12:56:15 | Q.  Does that have the form of assignment    12:59:18 |
| 12       MR. BRIDGES: One Bates number for  12:56:23 | language that is required universally by NFPA  12:59:20 |
| 13  each of the different forms?    12:56:24 | at this point?    12:59:25 |
| 14       MR. REHN: We provided the Bates    12:56:25 | MR. REHN: Objection as to form.    12:59:31 |
| 15  numbers that represent the assignment forms  12:56:27 | It's ambiguous.    12:59:33 |
| 16  that we have produced.    12:56:29 | A.  It appears that you've -- if the copy and the  12:59:39 |
| 17       MR. BRIDGES: And that was how    12:56:30 | screen shots are correct, you've copied one  12:59:44 |
| 18  many -- how many documents were in the range  12:56:33 | version of our copyright assignment    12:59:46 |
| 19  that you indicated?    12:56:34 | associated with our comment system.    12:59:50 |
| 20       MR. REHN: I don't remember the    12:56:35 | Q.  How do other forms of copyright assignment  12:59:54 |
| 21  number.    12:56:36 | differ from that -- strike that.    01:00:04 |
| 22  Q.  You gave numbers 38,556 to 97,870. Is it  12:56:53 | How do the other forms of copyright  01:00:08 |
| 23     your representation that there were over    12:57:05 | assignment that NFPA requires differ from the  01:00:10 |
| 24     50,000 different instances of every form of  12:57:08 | one in that -- the ones in that exhibit?    01:00:14 |
| 25     assignment in compliance with Topic No. 35 of  12:57:13 | MR. REHN: Objection as to form.    01:00:18 |
| Page 111 | Page 113 |

29 (Pages 110 - 113)

1    Assumes facts.                    01:00:19
2  A.  We have primarily three areas.  One is our    01:00:22
3    public input.  For each and every public    01:00:27
4    input, I'm not positive if the wording is the    01:00:30
5    same or not, public comment.  And the next    01:00:33
6    area is each and every committee member,    01:00:36
7    through our application process, has an    01:00:39
8    appropriate assignment form.        01:00:42
9  Q.  And was that the assignment form you just    01:00:45
10    referred to the same form that is shown in    01:00:49
11    Exhibit 1231?                    01:00:55
12  A.  With the same caveat that assuming that the    01:01:09
13    form has been properly duplicated from the    01:01:11
14    website, it appears so, with the knowledge    01:01:15
15    that we had a paper system prior to this for    01:01:16
16    both of these systems.            01:01:18
17  Q.  I'll represent that we didn't get this from    01:01:19
18    your website.  I'll represent that NFPA's    01:01:22
19    counsel produced this in document production    01:01:24
20    in this case.                    01:01:26
21        MR. REHN:  That's correct.        01:01:27
22  Q.  So you said there were three different forms    01:01:52
23    of assignment, did you say one was for public    01:01:54
24    input, one was for committee members?  What    01:01:56
25    was the third?                    01:02:00

Page 114

1  A.  There are three primary versions of    01:02:01
2    assignment that I can think of right now and    01:02:04
3    one is public input, any and all public    01:02:08
4    inputs; one is public comment; and one is    01:02:11
5    committee membership.            01:02:14
6  Q.  So committee membership I think you said was    01:02:21
7    Exhibit 1231.  That's the form for that,    01:02:26
8    correct?                        01:02:28
9  A.  Exhibit 1231 does appear to be our online    01:02:33
10    committee application tool.        01:02:35
11  Q.  With the agreement and certification    01:02:36
12    regarding copyright at the end, correct?    01:02:44
13        MR. REHN:  Objection as to form.    01:02:47
14    The document speaks for itself.    01:02:48
15  A.  It appears that the agreement certification    01:02:51
16    is on page ending in 520.        01:02:55
17  Q.  And then Exhibit 1230 is the form for public    01:03:00
18    comment that includes near the end either a    01:03:03
19    copyright assignment and signature or an    01:03:06
20    alternative copyright assignment --    01:03:08
21        (Interruption)                01:03:18
22        MR. REHN:  Can we strike the    01:03:35
23    question that was interrupted by that    01:03:38
24    interruption.                    01:03:39
25  Q.  Exhibit 1230 -- just to be clear,    01:03:41

Page 115

1    Exhibit 1230 has at the end a copyright    01:03:43
2    assignment and signature, and it has an    01:03:52
3    alternative copyright assignment and    01:03:56
4    signature.                    01:03:59
5        Are those the forms you're referring  01:04:00
6    to that NFPA requires with respect to    01:04:02
7    copyright for public comments?    01:04:04
8  A.  NFPA has a policy to require copyright    01:04:10
9    sign-off for all public comments, and    01:04:13
10    Exhibit 1230 appears to have both the primary  01:04:16
11    copyright assignment as well as the    01:04:20
12    alternative copyright statement on 506 and    01:04:23
13    507 of that exhibit.            01:04:29
14  Q.  What other form does the public have for what  01:04:30
15    you call public input as opposed to public    01:04:33
16    comment?                        01:04:37
17  A.  To clarify, did you say forum or form?    01:04:39
18  Q.  Form, F O R M.                    01:04:46
19  A.  The public input form looks very similar to    01:04:49
20    the public comment form.  The document is    01:04:53
21    based upon the current edition of the    01:04:57
22    standard, so very similar process.    01:04:59
23  Q.  Does it have the same or very similar    01:05:02
24    copyright assignment language as    01:05:05
25    Exhibit 1230?                    01:05:07

Page 116

1  A.  My understanding is it's very similar.    01:05:14
2    However, with public inputs, where we use the  01:05:19
3    term "public comment" within the exhibit    01:05:21
4    you've given me, that would be shifted to    01:05:23
5    "public input."                01:05:26
6  Q.  Otherwise, they'd be the same?    01:05:27
7  A.  Otherwise, it is my opinion that they would    01:05:29
8    be the same.                    01:05:31
9        (Exhibit 1232 marked for        01:05:53
10    identification.)                01:05:57
11  Q.  I hand you an exhibit marked 1232.  I'll    01:06:01
12    represent it's been produced to us by NFPA's    01:06:04
13    counsel.  I just want to confirm that this is  01:06:08
14    an organization chart of NFPA's management    01:06:25
15    and staff as of October 2014; is that    01:06:32
16    correct?                        01:06:43
17  A.  To the best of my knowledge it appears    01:06:45
18    accurate with one exception.  James Pauley on  01:06:47
19    Page 1 is president of NFPA and my direct    01:06:51
20    supervisor.                    01:06:55
21  Q.  I guess it's indicated that way on the later    01:07:00
22    papers of the exhibit, just not on the first    01:07:06
23    page; is that correct?            01:07:08
24  A.  It appears so, yes.                01:07:15
25  Q.  Are you the number two ranking member of the    01:07:19

Page 117

30 (Pages 114 - 117)

| | | |
|---|---|---|
| 1 | NFPA staff? | 01:07:25 |
| 2 | A. I'm one of several vice presidents. | 01:07:30 |
| 3 | Q. Are you familiar with litigation that NFPA | 01:08:06 |
| 4 | was in against International Code Council? | 01:08:17 |
| 5 | MR. REHN: Object to the question | 01:08:30 |
| 6 | insofar as it's outside the scope of any | 01:08:30 |
| 7 | topics, I believe any notice topics, period, | 01:08:30 |
| 8 | but certainly topics for which this witness | 01:08:31 |
| 9 | was designated. But the witness may answer | 01:08:34 |
| 10 | it in his personal knowledge. | 01:08:36 |
| 11 | A. I was aware of it, but no specific knowledge | 01:08:38 |
| 12 | at all. | 01:08:46 |
| 13 | Q. Did you ever review any of the documents or | 01:08:46 |
| 14 | pleadings in that case? | 01:08:49 |
| 15 | MR. REHN: Same objection as to | 01:08:52 |
| 16 | scope. | 01:08:53 |
| 17 | A. No. | 01:08:55 |
| 18 | Q. Were you aware of any of the arguments that | 01:08:56 |
| 19 | NFPA made in defense of copyright claims by | 01:08:59 |
| 20 | ICC? | 01:09:03 |
| 21 | A. No. | 01:09:07 |
| 22 | MR. REHN: Same objection as to | 01:09:07 |
| 23 | scope. | 01:09:08 |
| 24 | Q. What protocols and procedures does NFPA have | 01:09:41 |
| 25 | regarding granting licenses or permissions | 01:09:45 |

Page 118

| | | |
|---|---|---|
| 1 | for any third party to use NFPA's codes and | 01:09:49 |
| 2 | standards? | 01:09:51 |
| 3 | MR. REHN: Objection as to scope. | 01:09:53 |
| 4 | This witness was not designated on that | 01:09:55 |
| 5 | topic, but the witness may answer to the | 01:09:57 |
| 6 | extent he has personal knowledge. | 01:09:59 |
| 7 | A. I have very little personal knowledge of how | 01:10:03 |
| 8 | the licensing agreements work other than it | 01:10:07 |
| 9 | involves our product and marketing team as | 01:10:10 |
| 10 | well as our legal team. | 01:10:14 |
| 11 | Q. Do you know why NFPA decided to provide free | 01:10:15 |
| 12 | access to read-only versions of NFPA's codes | 01:10:23 |
| 13 | and standards? | 01:10:26 |
| 14 | A. To the best of my knowledge, we believe that | 01:10:30 |
| 15 | by providing free access, read-only access to | 01:10:32 |
| 16 | all of our codes and standards that we can | 01:10:36 |
| 17 | ensure that anyone, including the public, is | 01:10:38 |
| 18 | able to read and understand the requirements | 01:10:41 |
| 19 | of all of our standards at any time. | 01:10:43 |
| 20 | Q. And is it your -- strike that. | 01:10:50 |
| 21 | Is it NFPA's belief that read-only | 01:10:55 |
| 22 | access facilitates understanding of the | 01:11:05 |
| 23 | standards? | 01:11:06 |
| 24 | MR. REHN: Object as to form. | 01:11:08 |
| 25 | A. We believe that by providing free read-only | 01:11:10 |

Page 119

| | | |
|---|---|---|
| 1 | access that allows anyone to read and | 01:11:14 |
| 2 | understands the requirements while at the | 01:11:15 |
| 3 | same time balancing our need to protect our | 01:11:17 |
| 4 | intellectual property, our revenue and | 01:11:19 |
| 5 | ultimately the advancement of our safety | 01:11:21 |
| 6 | mission. | 01:11:23 |
| 7 | Q. How does read-only access allow NFPA to | 01:11:26 |
| 8 | protect its revenue and to protect the | 01:11:33 |
| 9 | advancement of its safety mission? | 01:11:36 |
| 10 | A. NFPA relies on the sale of our intellectual | 01:11:43 |
| 11 | property to fund our mission, to move forward | 01:11:47 |
| 12 | on our mission while at the same time | 01:11:50 |
| 13 | balancing that against providing free | 01:11:53 |
| 14 | read-only access to all of our documents so | 01:11:54 |
| 15 | that anyone who's potentially impacted by | 01:11:57 |
| 16 | them has the ability to read and understands | 01:11:59 |
| 17 | those requirements. | 01:12:01 |
| 18 | Q. What do you mean by NFPA's intellectual | 01:12:02 |
| 19 | property in that answer? | 01:12:05 |
| 20 | MR. REHN: Object to form. May call | 01:12:06 |
| 21 | for a legal opinion. | 01:12:08 |
| 22 | MR. BRIDGES: I'm asking what he | 01:12:10 |
| 23 | meant by it. | 01:12:11 |
| 24 | A. What I meant by our intellectual property is | 01:12:15 |
| 25 | our codes and standards that are developed | 01:12:18 |

Page 120

| | | |
|---|---|---|
| 1 | through the NFPA standards development | 01:12:19 |
| 2 | process and our other publications. | 01:12:21 |
| 3 | Q. How easy is it for somebody to read and | 01:12:35 |
| 4 | understand the National Electrical Code | 01:12:59 |
| 5 | through read-only access on NFPA's website? | 01:13:03 |
| 6 | MR. REHN: Objection to form. Vague | 01:13:08 |
| 7 | and ambiguous. | 01:13:10 |
| 8 | A. Based on my personal experience, I've never | 01:13:13 |
| 9 | had any complaints about it and, in fact, | 01:13:16 |
| 10 | I've had several requests from states and | 01:13:19 |
| 11 | other jurisdictions to provide access to | 01:13:21 |
| 12 | their jurisdictions through widgets and on | 01:13:23 |
| 13 | the web links to give their constituents free | 01:13:27 |
| 14 | read-only access to it. | 01:13:36 |
| 15 | Q. So my question is, how easy is it for | 01:13:38 |
| 16 | somebody to read and understand the National | 01:13:41 |
| 17 | Electrical Code through read-only access on | 01:13:43 |
| 18 | NFPA's website? | 01:13:45 |
| 19 | MR. REHN: Same objections. Asked | 01:13:47 |
| 20 | and answered. | 01:13:49 |
| 21 | A. My response remains the same. I've had no | 01:13:54 |
| 22 | complaints about any difficulty at all. I | 01:13:56 |
| 23 | would assume, in my personal opinion, that | 01:14:00 |
| 24 | it's very easy. | 01:14:01 |
| 25 | Q. You just assume it's easy? | 01:14:03 |

Page 121

31 (Pages 118 - 121)

| | | |
|---|---|---|
| 1 | MR. REHN: Objection. | 01:14:04 |
| 2 | Argumentative. | 01:14:05 |
| 3 | A. My previous answer stands. | 01:14:08 |
| 4 | Q. You assume that it's easy? | 01:14:09 |
| 5 | MR. REHN: Same objection. | 01:14:11 |
| 6 | A. Yes. | 01:14:12 |
| 7 | MR. REHN: Asked and answered. | 01:14:13 |
| 8 | Q. You may answer. | 01:14:14 |
| 9 | A. My previous answer stands. | 01:14:16 |
| 10 | Q. You have nothing more to add to your answer, | 01:14:19 |
| 11 | I gather, in response to my question? | 01:14:22 |
| 12 | MR. REHN: Objection to form. | 01:14:25 |
| 13 | Q. That's your complete answer, that's fine. | 01:14:26 |
| 14 | A. No. | 01:14:28 |
| 15 | Q. No, that is your complete answer or no, that | 01:14:29 |
| 16 | is not your complete answer? | 01:14:38 |
| 17 | A. I have nothing further to add. | 01:14:39 |
| 18 | Q. How much text can somebody read without | 01:14:43 |
| 19 | scrolling in NFPA's read-only access on its | 01:14:55 |
| 20 | website? | 01:15:03 |
| 21 | MR. REHN: Objection to form. | 01:15:06 |
| 22 | Assumes facts. | 01:15:08 |
| 23 | A. If I recall correctly, the last time I was on | 01:15:10 |
| 24 | the site, it was one page. | 01:15:13 |
| 25 | Q. It was one full page of the code? | 01:15:19 |

Page 122

| | | |
|---|---|---|
| 1 | A. We provide read-only access, and that's | 01:16:36 |
| 2 | the limit of the term of free read-only. | 01:16:39 |
| 3 | There are not other features to that | 01:16:41 |
| 4 | platform. | 01:16:43 |
| 5 | MR. BRIDGES: If it's all right, | 01:17:10 |
| 6 | why don't we go ahead and take our lunch | 01:17:12 |
| 7 | break now. If we can convene in one hour, | 01:17:14 |
| 8 | I'd appreciate it. | 01:17:17 |
| 9 | VIDEOGRAPHER: The time is 1:17. | 01:17:17 |
| 10 | We are now off the record. | 01:17:19 |
| 11 | (Lunch break) | 01:17:47 |
| 12 | | 01:17:47 |
| 13 | | 01:17:47 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 124

| | | |
|---|---|---|
| 1 | A. I believe so. | 01:15:24 |
| 2 | Q. And NFPA designs the website to preclude | 01:15:24 |
| 3 | anybody from being able to cut and paste text | 01:15:30 |
| 4 | from the read-only access, correct? | 01:15:33 |
| 5 | MR. REHN: Objection as to form. | 01:15:39 |
| 6 | Assumes facts. | 01:15:40 |
| 7 | A. NFPA's policy is to provide free read-only | 01:15:43 |
| 8 | access to all of our codes and standards. | 01:15:47 |
| 9 | Q. Its policy is not to facilitate cutting and | 01:15:50 |
| 10 | pasting of the text from the read-only access | 01:15:53 |
| 11 | versions of the codes and standards, correct? | 01:15:56 |
| 12 | A. Our policy is to provide read-only. | 01:15:59 |
| 13 | Q. And nothing more? | 01:16:03 |
| 14 | MR. REHN: Objection as to form. | 01:16:05 |
| 15 | A. NFPA provides access to our codes and | 01:16:07 |
| 16 | standards in a multitude of ways and multiple | 01:16:11 |
| 17 | platforms and various aspects. One way is | 01:16:13 |
| 18 | through free read-only access to all of our | 01:16:16 |
| 19 | codes and standards. | 01:16:18 |
| 20 | Q. Does NFPA provide those who access the | 01:16:19 |
| 21 | read-only standard the ability to cut and | 01:16:22 |
| 22 | paste text from those standards, yes or no? | 01:16:24 |
| 23 | MR. REHN: Objection as to form. | 01:16:29 |
| 24 | The witness may answer it, but he's not | 01:16:32 |
| 25 | limited in his answer. | 01:16:34 |

Page 123

| | | |
|---|---|---|
| 1 | AFTERNOON SESSION | 01:17:51 |
| 2 | VIDEOGRAPHER: The time is 2:22. | 02:21:25 |
| 3 | We are now back on the record. | 02:22:33 |
| 4 | BY MR. BRIDGES: | 02:22:35 |
| 5 | Q. Mr. Dubay, your counsel furnished to us | 02:22:44 |
| 6 | tens of thousands of pages of documents that | 02:22:50 |
| 7 | purport to claim, purport to be assignments | 02:22:57 |
| 8 | of rights to NFPA as part of the standards | 02:23:02 |
| 9 | development process. I'm going to show you | 02:23:06 |
| 10 | a number of these documents. | 02:23:08 |
| 11 | I basically need from you a yes or | 02:23:09 |
| 12 | no from you for each one as to whether, based | 02:23:12 |
| 13 | on this representation, based on the document | 02:23:14 |
| 14 | as you see it, you believe that they are | 02:23:18 |
| 15 | indeed documents that NFPA possesses as part | 02:23:22 |
| 16 | of that process. The first one is | 02:23:27 |
| 17 | Exhibit 1233. | 02:23:30 |
| 18 | (Exhibit 1233 marked for | 02:23:36 |
| 19 | identification.) | 02:23:53 |
| 20 | Q. Does this appear to you to be a record that | 02:23:53 |
| 21 | NFPA maintains in the ordinary course of its | 02:23:57 |
| 22 | business as preserving the documentation | 02:24:00 |
| 23 | for participants for participation in the | 02:24:06 |
| 24 | standards development process? | 02:24:11 |
| 25 | A. In this case, the best of my knowledge, it | 02:24:12 |

Page 125

32 (Pages 122 - 125)

| | | |
|---|---|---|
| 1 | does. However, I should note that I didn't | 02:24:16 |
| 2 | start at NFPA till 1995, so I wouldn't have | 02:24:19 |
| 3 | had knowledge of the specific forms, but it | 02:24:23 |
| 4 | looks like a typical NFPA historical form. | 02:24:25 |
| 5 | Q. Does the language at the bottom of that page | 02:24:26 |
| 6 | resemble language that you recall in NFPA | 02:24:30 |
| 7 | forms? | 02:24:32 |
| 8 | A. Yes, it looks familiar to me. | 02:24:45 |
| 9 | (Exhibit 1234 marked for | 02:25:15 |
| 10 | identification.) | 02:25:19 |
| 11 | Q. Same question with respect to Exhibit 1234. | 02:25:19 |
| 12 | Does this appear to be a document from NFPA's | 02:25:33 |
| 13 | records of the standards development process | 02:25:35 |
| 14 | that it keeps in its ordinary course of | 02:25:38 |
| 15 | business? | 02:25:40 |
| 16 | A. Yes, it looks like the right format, however, | 02:25:58 |
| 17 | with the caveat that "I hereby grant NAPA" | 02:26:01 |
| 18 | at the bottom. It's not NFPA. I'm not sure | 02:26:05 |
| 19 | where that typo came from. | 02:26:09 |
| 20 | Q. The second acronym in that paragraph is NFPA, | 02:26:11 |
| 21 | correct? | 02:26:16 |
| 22 | A. That is correct. | 02:26:16 |
| 23 | Q. To the best of your knowledge, is this a | 02:26:17 |
| 24 | document from NFPA's records? I'll represent | 02:26:20 |
| 25 | it was produced by NFPA. | 02:26:24 |

Page 126

| | | |
|---|---|---|
| 1 | A. To the best of my knowledge -- excuse me. To | 02:26:26 |
| 2 | the best of my knowledge, it does look | 02:26:29 |
| 3 | typical for them. | 02:26:30 |
| 4 | (Exhibit 1235 marked for | 02:26:51 |
| 5 | identification.) | 02:27:02 |
| 6 | Q. Same questions with respect to Exhibit 1235. | 02:27:02 |
| 7 | A. (Witness examines document) Yes, it appears | 02:27:23 |
| 8 | to be typical of what I would expect. | 02:27:26 |
| 9 | (Exhibit 1236 marked for | 02:28:06 |
| 10 | identification.) | 02:28:06 |
| 11 | Q. Same questions with respect to 1236. You | 02:28:08 |
| 12 | believe these to be -- do you believe this to | 02:28:13 |
| 13 | be a copy of a document that NFPA has | 02:28:17 |
| 14 | maintained in the ordinary course of business | 02:28:21 |
| 15 | in its standards development process? | 02:28:25 |
| 16 | A. (Witness examines document) Yes, this as | 02:28:29 |
| 17 | well, Exhibit 1236 does also look typical. | 02:28:39 |
| 18 | Q. Has the same language at the bottom of the | 02:28:44 |
| 19 | page as at least some of the earlier | 02:28:47 |
| 20 | exhibits? | 02:28:51 |
| 21 | MR. REHN: Object to the form of | 02:28:59 |
| 22 | the question. It's vague. | 02:29:01 |
| 23 | A. It does look similar to some of the other | 02:29:10 |
| 24 | forms. | 02:29:15 |
| 25 | | 02:29:15 |

Page 127

| | | |
|---|---|---|
| 1 | (Exhibit 1237 marked for | 02:29:25 |
| 2 | identification.) | 02:29:25 |
| 3 | Q. Same questions with respect to Exhibit 1237. | 02:29:25 |
| 4 | Do you believe that this is a document that | 02:29:29 |
| 5 | NFPA maintains in the ordinary course of its | 02:29:31 |
| 6 | business that it received as part of the | 02:29:34 |
| 7 | standards development process? | 02:29:37 |
| 8 | A. (Witness examines document) Yes, this would | 02:29:39 |
| 9 | also seem typical. | 02:29:53 |
| 10 | (Exhibit 1238 marked for | 02:29:55 |
| 11 | identification.) | 02:30:19 |
| 12 | Q. Same questions with respect to Exhibit 1238. | 02:30:19 |
| 13 | A. (Witness examines document) Yes, this also | 02:30:38 |
| 14 | seems typical. | 02:30:44 |
| 15 | (Exhibit 1239 marked for | 02:30:52 |
| 16 | identification.) | 02:31:11 |
| 17 | Q. Do you believe Exhibit 1239 is a document | 02:31:11 |
| 18 | that NFPA has maintained in its records in | 02:31:23 |
| 19 | the ordinary course of business as part of | 02:31:26 |
| 20 | the standards development process and is a | 02:31:30 |
| 21 | document that it requires of participants in | 02:31:34 |
| 22 | that process? | 02:31:36 |
| 23 | MR. REHN: Object to the form of the | 02:31:39 |
| 24 | that question. Compound. | 02:31:40 |
| 25 | A. My answer would be with respect to this form, | 02:31:45 |

Page 128

| | | |
|---|---|---|
| 1 | it looks like a typical proposal form versus | 02:31:47 |
| 2 | something a participant in the process would | 02:31:50 |
| 3 | fill out. But as a public proposal form, it | 02:31:53 |
| 4 | looks typical. | 02:31:56 |
| 5 | Q. As a public proposal form, what do you mean | 02:31:59 |
| 6 | distinguishing that from somebody who's a | 02:32:03 |
| 7 | participant in the process? | 02:32:05 |
| 8 | A. I understand participants to be committee | 02:32:07 |
| 9 | members as well as public submitters, so I | 02:32:12 |
| 10 | just -- our committee members have different | 02:32:16 |
| 11 | forms to utilize, so I just want to clarify | 02:32:18 |
| 12 | that point. | 02:32:22 |
| 13 | Q. What forms do the committee members provide? | 02:32:32 |
| 14 | A. They have a committee member application | 02:32:37 |
| 15 | form, so you -- that we covered earlier, they | 02:32:40 |
| 16 | fill out a committee member application. | 02:32:46 |
| 17 | This is a form on a public proposal or | 02:32:46 |
| 18 | public comment which is the public open, | 02:32:47 |
| 19 | public process. | 02:32:52 |
| 20 | Q. So do the committee members use any forms | 02:32:53 |
| 21 | for suggesting language changes for the code | 02:32:55 |
| 22 | or standards? | 02:33:01 |
| 23 | MR. REHN: Object to the form. | 02:33:04 |
| 24 | Foundation. | 02:33:04 |
| 25 | A. No. If they wanted to submit them as a | 02:33:07 |

Page 129

33 (Pages 126 - 129)

1    member of the public, they can do that        02:33:08
2    through utilizing these forms or they can     02:33:09
3    just do it verbally or through working        02:33:11
4    documents at the committee meeting.           02:33:13
5         (Exhibit 1240 marked for                 02:34:24
6    identification.)                              02:34:33
7    Q. Handing you Exhibit 1240.  Do you believe  02:34:33
8    this to be a copy of a document that NFPA has 02:34:41
9    maintained in the ordinary course of business 02:34:45
10   reflecting a proposal received regarding the  02:34:49
11   1999 National Electrical Code?                02:34:52
12   A. It does appear to be a proposal form, and it 02:35:02
13   does look -- the edition is cut off, but I    02:35:05
14   believe it does look like the 1999 National   02:35:09
15   Electrical Code.  The top half of that is cut 02:35:13
16   off.                                          02:35:15
17        (Exhibit 1241 marked for                 02:36:03
18   identification.)                              02:36:10
19   Q. I've handed you Exhibit 1241.  Does this   02:36:10
20   also appear to be a document that NFPA has    02:36:24
21   maintained in the ordinary course of business 02:36:27
22   consisting of a record from its standards     02:36:31
23   development process?                          02:36:34
24   A. (Witness examines document)  Yes, it appears 02:36:38
25   to be consistent.                             02:36:42

Page 130

1         (Exhibit 1242 marked for                 02:36:46
2    identification.)                              02:39:02
3    Q. I just handed you, I think that's          02:39:02
4    Exhibit 1242.  Do you recognize this as a     02:39:19
5    document that NFPA maintains in its records   02:39:27
6    in the ordinary course of business as part    02:39:30
7    of the standards development process          02:39:33
8    recordkeeping?                                02:39:36
9    A. (Witness examines document)  Yes, I recognize 02:39:38
10   this.                                         02:39:43
11   Q. Do you know who Richard Owen is?           02:39:46
12   A. Yes.                                       02:39:49
13   Q. Who is Richard Owen?                        02:39:50
14   A. He is a retired electrical inspector who   02:39:52
15   served on our technical committee panels for  02:39:58
16   the National Electrical Code.                 02:40:01
17   Q. Does this document reflect a proposal by   02:40:03
18   participants in the standards development     02:40:17
19   process?                                      02:40:19
20        MR. REHN:  Object to the form.           02:40:22
21   A. No.  It appears to be a comment, not a     02:40:26
22   proposal.                                     02:40:29
23   Q. And so this -- this -- that's right.  This is 02:40:33
24   a form for comments, not a form for           02:40:37
25   proposals.  Sorry.  And who authored this     02:40:39

Page 131

1    comment?                                      02:40:41
2         MR. REHN:  Object to the form.  May      02:40:43
3    call for speculation.                         02:40:46
4    A. Based upon the form, I would speculate that 02:40:47
5    Richard Owen...                               02:41:03
6    Q. He was employed at the time by the City of 02:41:07
7    St. Paul, based upon this document, it        02:41:21
8    appears; is that correct?                     02:41:22
9         MR. REHN:  Object to the form.           02:41:26
10   A. Based upon reviewing the form, it does appear 02:41:31
11   that he was still employed by the City of     02:41:34
12   St. Paul.                                     02:41:37
13   Q. Does this comment reflect the comment that 02:41:38
14   Mr. Owen relayed from the                     02:41:45
15   Panel 3/Panel 16 Task Group?                  02:41:49
16        MR. REHN:  Object to the form.           02:41:57
17        (Pause)                                  02:41:57
18        MR. REHN:  I think there's a             02:42:24
19   question pending.                             02:42:24
20   A. Is there -- I apologize.  Is there a       02:42:26
21   question?  I heard you make a statement.      02:42:27
22   Q. Does this comment reflect -- strike that.  02:42:30
23   Does this form -- strike that.                02:42:33
24   Does Exhibit 1242 reflect a comment           02:42:36
25   that Mr. Owen relayed from the                02:42:38

Page 132

1    Panel 3/Panel 16 Task Group referred to in    02:42:41
2    the document which has reference also to       02:42:46
3    members of those panels at the bottom of the   02:42:51
4    first page and top of the second page of the   02:42:56
5    exhibit?                                       02:42:58
6         MR. REHN:  And I'll object to the        02:43:00
7    form.                                          02:43:01
8    A. Based upon my review of this specific form  02:43:04
9    here, it appears that Mr. Owen who, as I       02:43:07
10   stated, was a longstanding committee member,   02:43:11
11   did submit something on behalf of a task       02:43:15
12   group, and that's based upon that first line.  02:43:17
13   Q. Are those groups also committee members?  Are 02:43:20
14   group members committee members?               02:43:25
15        MR. REHN:  Objection.                    02:43:27
16   Q. Strike that.                                02:43:27
17   Are the group members in those task            02:43:28
18   groups also technical committee members --     02:43:29
19        MR. REHN:  Objection as to form.         02:43:32
20   Q. -- or were they at the time?                02:43:33
21        MR. REHN:  Compound.                     02:43:35
22   A. Without seeing this specific committee list, 02:43:37
23   I couldn't tell you.  I see from the wording   02:43:45
24   he references from panel such and such for     02:43:48
25   some of them, but without reviewing the        02:43:51

Page 133

34 (Pages 130 - 133)

| | |
|---|---|
| 1 committee list at the time, I can't tell you   02:43:55 | 1 Q. How did the five to ten different forms vary   02:47:25 |
| 2 for certain.   02:43:56 | 2 from each other?   02:47:32 |
| 3 Q. Based upon the -- do you have any reason to   02:43:57 | 3 A. Most often, based upon my recollection of my   02:47:38 |
| 4 disbelieve any of the statements he made in   02:44:05 | 4 20 years, the forms most often differed based   02:47:42 |
| 5 that document?   02:44:07 | 5 upon the submission method.  We get tens of   02:47:45 |
| 6 A. With respect to the names that he identifies   02:44:18 | 6 thousands of these forms every year or we   02:47:50 |
| 7 as panel members or himself as a panel chair,   02:44:22 | 7 used to, now they're all electronic.  And   02:47:53 |
| 8 I have no reason to specifically agree or   02:44:28 | 8 when we got those, people would submit those   02:47:55 |
| 9 disagree with that because I don't have the   02:44:31 | 9 via PDF as attachments, consolidated word   02:47:57 |
| 10 full record in front of me.   02:44:32 | 10 documents as well as paper faxes, FedEx.  And   02:48:01 |
| 11 (Exhibit 1243 marked for   02:44:44 | 11 so, depending how they were submitted and   02:48:06 |
| 12 identification.)   02:44:52 | 12 received, they might have a slightly   02:48:07 |
| 13 Q. I handed you Exhibit 1243.  This looks   02:44:52 | 13 different look to them.   02:48:09 |
| 14 freshly typed in some respect, but does this   02:45:00 | 14 Q. You mentioned slightly different look.  How   02:48:10 |
| 15 appear to be substantially the correct form   02:45:06 | 15 many different forms have there been during   02:48:12 |
| 16 for a form for proposals in 1995, to your   02:45:15 | 16 this period since 1995 in the sense that they   02:48:13 |
| 17 knowledge?   02:45:21 | 17 have had different wording?   02:48:19 |
| 18 MR. REHN:  Object to the form.   02:45:21 | 18 MR. REHN:  Object to the form.   02:48:22 |
| 19 A. To the best of my knowledge, it looks like as   02:45:27 | 19 A. I would say, based upon my experience since   02:48:33 |
| 20 the wording from a typical proposal form.   02:45:32 | 20 1995, I would -- overall wording changes, I   02:48:36 |
| 21 However, in past history over the years, as   02:45:36 | 21 would have to estimate five or six, at most.   02:48:41 |
| 22 you've noted from the record, there's many   02:45:38 | 22 Q. What have some of those wording changes been?   02:48:45 |
| 23 different versions of our forms and ways of   02:45:40 | 23 MR. REHN:  Object to the form.  The   02:48:51 |
| 24 submission.  So it looks like it's freshly   02:45:42 | 24 documents speaks for themselves.   02:48:53 |
| 25 typed, as you said.   02:45:47 | 25 A. The wording forms are changed -- our forms   02:49:00 |
| Page 134 | Page 136 |

| | |
|---|---|
| 1 Q. So how many different versions of the forms   02:45:47 | 1 change to reflect terminology within our   02:49:03 |
| 2 have there been?   02:45:50 | 2 standards development system as our   02:49:05 |
| 3 A. I can't -- I would be speculating.  I'm not   02:45:51 | 3 regulations changed, section versus article,   02:49:07 |
| 4 quite sure how many over the years.   02:45:55 | 4 annex versus appendix and such, as well as   02:49:10 |
| 5 Q. What is your best estimate?   02:45:58 | 5 any updates to any legal disclaimers or   02:49:13 |
| 6 A. The reason I'm thinking about this is going   02:46:02 | 6 copyright releases during our normal update   02:49:17 |
| 7 back to 1896, I would imagine there was on   02:46:13 | 7 process.  So those are some of the ways I can   02:49:21 |
| 8 the order of a large magnitude of different   02:46:16 | 8 think they might have changed.   02:49:25 |
| 9 forms.  I'm just not quite sure how to   02:46:20 | 9 Q. I think you identified three different   02:49:32 |
| 10 capture that many years of history.   02:46:26 | 10 changes in the answer just now, one change   02:49:37 |
| 11 Q. So during your -- let me ask you, since 1995,   02:46:30 | 11 relating to the words, section and article;   02:49:43 |
| 12 how many different forms are you aware of   02:46:32 | 12 is that correct?   02:49:49 |
| 13 that NFPA has had, how many different   02:46:35 | 13 A. That is correct, section versus article.   02:49:51 |
| 14 versions of forms for proposals has NFPA had   02:46:42 | 14 Q. Which word replaced the other?   02:49:53 |
| 15 since 1995?   02:46:46 | 15 A. They coexist, actually, section and article   02:49:56 |
| 16 A. We've probably had different -- we have two   02:46:50 | 16 coexist.  Our standards, exclusive of our   02:50:00 |
| 17 aspects.  One is ways of submissions and   02:46:57 | 17 electrical suite of standards, rely on the   02:50:02 |
| 18 forms.  Historically there was paper and   02:47:00 | 18 term "section" while as the National   02:50:05 |
| 19 online electronic via PDFs and now it's all   02:47:02 | 19 Electrical Code and a few other of our   02:50:07 |
| 20 online.  So those on the order of five to   02:47:07 | 20 electrical standards rely on the term   02:50:10 |
| 21 ten, depending on the project.   02:47:10 | 21 "article."   02:50:11 |
| 22 For example, the National Electrical   02:47:13 | 22 Q. What's the reason for that distinction?   02:50:11 |
| 23 Code had its own unique title on their forms,   02:47:14 | 23 A. We have two style manuals, NFPA style manual,   02:50:16 |
| 24 so it was known that it went to the National   02:47:17 | 24 which applies to the broad library of our   02:50:20 |
| 25 Electrical Code.   02:47:25 | 25 codes and standards; and our national or   02:50:23 |
| Page 135 | Page 137 |

35 (Pages 134 - 137)

| | |
|---|---|
| 1 | electrical style manual, which applies to our   02:50:24 |
| 2 | electrical documents.                    02:50:27 |
| 3 | Q. Do the terms "annex" and "appendix" coexist   02:50:37 |
| 4 | in NFPA's forms today?              02:50:45 |
| 5 | MR. REHN: Object to the form.        02:50:48 |
| 6 | Lacks foundation.                    02:50:54 |
| 7 | A. We updated our manual style in, I believe it   02:50:56 |
| 8 | was year 2000, and we changed the term       02:51:02 |
| 9 | "appendix" to "annex" at that time to be      02:51:05 |
| 10 | consistent with other standards developers   02:51:09 |
| 11 | terminology.                      02:51:12 |
| 12 | And so it's my opinion that most, if   02:51:14 |
| 13 | not all, of our documents, many of our      02:51:17 |
| 14 | documents have gone through the process of a   02:51:21 |
| 15 | full revision where that is changed from      02:51:23 |
| 16 | appendix to annex.                  02:51:26 |
| 17 | Q. You said NFPA made the change to be       02:51:29 |
| 18 | consistent with other standards development   02:51:33 |
| 19 | organizations' terminology; is that correct?   02:51:35 |
| 20 | A. That's correct.                  02:51:39 |
| 21 | Q. Is there a general style manual for standards   02:51:41 |
| 22 | developers terminology?              02:51:46 |
| 23 | A. Not that I'm aware of.              02:51:53 |
| 24 | Q. Do the different standards developers tend to   02:51:55 |
| 25 | converge around using words in similar      02:51:58 |

Page 138

| | |
|---|---|
| 1 | fashion?                        02:52:01 |
| 2 | MR. REHN: Object to the form.        02:52:03 |
| 3 | A. In my opinion I would say standard developers   02:52:08 |
| 4 | converge around terminology and format that   02:52:13 |
| 5 | works for their constituents that utilize      02:52:15 |
| 6 | their standards.                    02:52:18 |
| 7 | Q. Does that lead to some convergence among the   02:52:20 |
| 8 | practices of various standards development   02:52:23 |
| 9 | organizations?                    02:52:26 |
| 10 | MR. REHN: Object to the form. May   02:52:33 |
| 11 | call for speculation.                  02:52:34 |
| 12 | A. I would -- from my personal opinion, I view   02:52:37 |
| 13 | it as a usability and we want to make it as   02:52:41 |
| 14 | easy and as possible for users to understand   02:52:45 |
| 15 | the structure of the standard and the      02:52:49 |
| 16 | requirements and the layout of the documents,   02:52:51 |
| 17 | so often those changes may end up in a common   02:52:53 |
| 18 | format to make it easier to understand.      02:52:57 |
| 19 | Q. A common format with some other standards   02:52:59 |
| 20 | developers organizations?              02:53:01 |
| 21 | MR. REHN: Object to the form.        02:53:05 |
| 22 | Vague.                        02:53:06 |
| 23 | A. In my view, yes. For example, a given set   02:53:06 |
| 24 | chapter where all the definitions are      02:53:13 |
| 25 | contained is a good example.          02:53:14 |

Page 139

| | |
|---|---|
| 1 | Q. Another example is changing the word appendix   02:53:17 |
| 2 | to annex, correct?                  02:53:20 |
| 3 | A. To the best of my recollection, that's an   02:53:22 |
| 4 | example that I could think of why we shifted   02:53:25 |
| 5 | there, but the best example I can give you is   02:53:28 |
| 6 | a single chapter where all the definitions   02:53:30 |
| 7 | are included.                      02:53:33 |
| 8 | Q. Then you mentioned that there were updates to   02:53:36 |
| 9 | disclaimers and copyright releases; is that   02:53:40 |
| 10 | correct?                        02:53:47 |
| 11 | A. That is correct. Over my 20 years, I'm aware   02:53:48 |
| 12 | that updates were added to the forms or just   02:53:51 |
| 13 | to the forms on a -- not on a specific basis,   02:53:57 |
| 14 | but as needed.                    02:54:00 |
| 15 | Q. What updates were needed to the disclaimers   02:54:02 |
| 16 | and copyright releases?              02:54:06 |
| 17 | MR. REHN: Object to the form. May   02:54:08 |
| 18 | call for a legal opinion. Ambiguous with   02:54:10 |
| 19 | respect to the terms used in the question.   02:54:14 |
| 20 | A. From my perspective, my team's perspective,   02:54:17 |
| 21 | we never got into the details of those. It   02:54:22 |
| 22 | was often our legal team would ask us to      02:54:24 |
| 23 | update our forms, and we would accomplish   02:54:27 |
| 24 | that through our process.              02:54:29 |
| 25 | Q. What were some of the changes to the forms   02:54:31 |

Page 140

| | |
|---|---|
| 1 | that you recall as part of those updates?   02:54:35 |
| 2 | MR. REHN: Objection. Documents   02:54:38 |
| 3 | speak for themselves.                  02:54:40 |
| 4 | A. I think some of the major changes are   02:54:43 |
| 5 | consistent format. If you notice          02:54:46 |
| 6 | historically, there was lots of different   02:54:49 |
| 7 | formattings and layouts. Having consistent   02:54:49 |
| 8 | format, consistent titles, consistent look   02:54:51 |
| 9 | and feel is probably the biggest ones that I   02:54:55 |
| 10 | was -- that I'm aware of and was involved in.   02:54:59 |
| 11 | Q. My question was specifically to the updates   02:55:02 |
| 12 | of disclaimers and copyright releases. What   02:55:05 |
| 13 | updates do you recall to the text of the   02:55:09 |
| 14 | disclaimers and copyright releases?          02:55:12 |
| 15 | MR. REHN: Object to the form.        02:55:15 |
| 16 | A. That was not, again, not part of my      02:55:18 |
| 17 | responsibility. Oftentimes we were given a   02:55:21 |
| 18 | set of text to insert as that part of the   02:55:23 |
| 19 | form and we didn't do a line by line      02:55:26 |
| 20 | comparison. That was -- our job was to      02:55:29 |
| 21 | implement the appropriate disclaimers, which   02:55:31 |
| 22 | was legal's responsibility to provide to us   02:55:33 |
| 23 | and ensure that it got in there.          02:55:35 |
| 24 | Q. What are some of the changes that you recall?   02:55:37 |
| 25 | MR. REHN: Objection. Asked and   02:55:40 |

Page 141

36 (Pages 138 - 141)

| | | |
|---|---|---|
| 1 | answered. | 02:55:41 |
| 2 | A. I don't recall specific wording changes. | 02:55:43 |
| 3 | Q. Do you recall generally any wording changes? | 02:55:45 |
| 4 | MR. REHN: Same objection. | 02:55:50 |
| 5 | A. I only recall changes to the general form and | 02:55:51 |
| 6 | I understand you're asking about the | 02:55:54 |
| 7 | disclaimer. I don't recall any specific ones | 02:55:55 |
| 8 | or copyright release or disclaimers or | 02:55:57 |
| 9 | transfers. | 02:55:59 |
| 10 | Q. You don't recall anything about changes in | 02:56:01 |
| 11 | text of disclaimers or copyright language? | 02:56:04 |
| 12 | MR. REHN: Object to the form. The | 02:56:09 |
| 13 | documents speak for themselves. The question | 02:56:10 |
| 14 | has been answered. | 02:56:14 |
| 15 | A. No, I do not. | 02:56:16 |
| 16 | (Exhibit 1244 marked for | 02:56:52 |
| 17 | identification.) | 02:57:05 |
| 18 | Q. Mr. Dubay, do you recognize Exhibit 1244 as | 02:57:05 |
| 19 | another document from -- that NFPA maintains | 02:57:14 |
| 20 | in the ordinary course of business as part of | 02:57:18 |
| 21 | the standards development process? | 02:57:23 |
| 22 | A. Yes. Again, this seems like another | 02:57:26 |
| 23 | typical -- Exhibit 1244 seems like another | 02:57:29 |
| 24 | typical form. | 02:57:32 |
| 25 | Q. Is this typical for content of types of | 02:57:33 |

Page 142

| | | |
|---|---|---|
| 1 | proposals that NFPA receives? | 02:57:41 |
| 2 | A. In general I think it's one example. We | 02:57:49 |
| 3 | receive many different types and formats. | 02:57:52 |
| 4 | Q. I understand that. | 02:57:55 |
| 5 | (Exhibit 1245 marked for | 02:57:58 |
| 6 | identification.) | 02:58:19 |
| 7 | Q. Same question with respect to Exhibit 1245. | 02:58:19 |
| 8 | Do you recognize this as a document that NFPA | 02:58:33 |
| 9 | maintains in the ordinary course of business | 02:58:37 |
| 10 | as part of its standards development process? | 02:58:39 |
| 11 | A. Yes, it also -- Exhibit 1245 also looks | 02:58:46 |
| 12 | typical. | 02:58:49 |
| 13 | Q. By the way, do you know who Stan Kaufman is? | 02:58:52 |
| 14 | A. I don't know Stan personally, but I know his | 02:58:58 |
| 15 | name. I know of him, I should say. | 02:59:01 |
| 16 | Q. Is he a member of any technical committee, or | 02:59:16 |
| 17 | has he ever been? | 02:59:20 |
| 18 | A. Off the top of my head, I don't recall. | 02:59:25 |
| 19 | (Exhibit 1246 marked for | 02:59:30 |
| 20 | identification.) | 03:00:03 |
| 21 | Q. I've handed you Exhibit 1246. Do you | 03:00:03 |
| 22 | recognize this as a document that NFPA has | 03:00:08 |
| 23 | maintained in the ordinary course of business | 03:00:11 |
| 24 | as part of the standards development process? | 03:00:14 |
| 25 | A. Exhibit 1246 does look typical. | 03:00:22 |

Page 143

| | | |
|---|---|---|
| 1 | Q. That's a yes, then? | 03:00:28 |
| 2 | A. Yes, it does look typical. | 03:00:29 |
| 3 | Q. It appears that this document lacks a | 03:00:39 |
| 4 | signature. I gather that NFPA would accept | 03:00:42 |
| 5 | proposals like this that lacked signatures; | 03:00:46 |
| 6 | is that correct? | 03:00:50 |
| 7 | MR. REHN: Object to the form. | 03:00:50 |
| 8 | A. We have a policy in place to not accept any | 03:00:52 |
| 9 | proposals, comments, public inputs or public | 03:00:54 |
| 10 | comments in our new process without the | 03:00:57 |
| 11 | appropriate copyright transfer. In my | 03:00:59 |
| 12 | personal opinion, I note that it's an -- it | 03:01:02 |
| 13 | appears to be a Word file and many times we | 03:01:04 |
| 14 | would get individuals would submit large | 03:01:07 |
| 15 | numbers of proposals and comments with a | 03:01:10 |
| 16 | cover sheet having a signature applying to | 03:01:13 |
| 17 | all of them. | 03:01:15 |
| 18 | And this may be that case, but I'm | 03:01:18 |
| 19 | speculating on that point. But we have a | 03:01:20 |
| 20 | strict policy in place to review each policy | 03:01:22 |
| 21 | for signature. | 03:01:26 |
| 22 | Q. Because it's important to NFPA to get a | 03:01:26 |
| 23 | signature to Point 5 on this document; is | 03:01:29 |
| 24 | that correct? | 03:01:34 |
| 25 | MR. REHN: Object to the form. | 03:01:34 |

Page 144

| | | |
|---|---|---|
| 1 | A. We have a policy in place, and the importance | 03:01:39 |
| 2 | of that policy is to verify each and every | 03:01:42 |
| 3 | public input, public comment and under the | 03:01:45 |
| 4 | old system, proposal that a signature was | 03:01:48 |
| 5 | provided on any and all submissions. | 03:01:51 |
| 6 | Q. My question was whether it was important to | 03:01:54 |
| 7 | get that for Paragraph 5? | 03:01:56 |
| 8 | MR. REHN: Object to the form. | 03:02:00 |
| 9 | Asked and answered. | 03:02:03 |
| 10 | A. Historically, for my team, it was important | 03:02:05 |
| 11 | because we had a policy in place to the point | 03:02:11 |
| 12 | that we had full-time staff assigned to that | 03:02:13 |
| 13 | one task. And during times of heavy volumes, | 03:02:15 |
| 14 | we would assign multiple staff to that | 03:02:18 |
| 15 | specific task. | 03:02:21 |
| 16 | (Exhibit 1247 marked for | 03:03:06 |
| 17 | identification.) | 03:03:41 |
| 18 | Q. I've handed you Exhibit 1247. Do you | 03:03:41 |
| 19 | recognize this as a document that NFPA | 03:03:53 |
| 20 | maintains in the ordinary course of business | 03:03:55 |
| 21 | as part of the standard development process? | 03:04:00 |
| 22 | A. Yes, this form does look typical, | 03:04:08 |
| 23 | Exhibit 1247. | 03:04:11 |
| 24 | Q. This was a non-electrical form, but the | 03:04:11 |
| 25 | sender indicated it was for the National | 03:04:14 |

Page 145

37 (Pages 142 - 145)

| | | |
|---|---|---|
| 1 | Electrical Code; is that correct? | 03:04:18 |
| 2 | MR. REHN: Objection as to form. | 03:04:21 |
| 3 | A. It appears based on Line Item 1A that the | 03:04:26 |
| 4 | document the person was submitting it on was | 03:04:29 |
| 5 | to the National Electrical Code. | 03:04:32 |
| 6 | Q. There was normally -- didn't you say there | 03:04:34 |
| 7 | was normally a different type of form for | 03:04:36 |
| 8 | submissions for the National Electrical Code? | 03:04:39 |
| 9 | A. If we look at some of the forms you've | 03:04:45 |
| 10 | submitted to me, some of them had the title. | 03:04:47 |
| 11 | The title was different, said form for the X | 03:04:49 |
| 12 | edition of the National Electrical Code, and | 03:04:51 |
| 13 | so we didn't prohibit you from using any | 03:04:53 |
| 14 | standard form. | 03:04:57 |
| 15 | (Exhibit 1248 marked for | 03:05:30 |
| 16 | identification.) | 03:06:03 |
| 17 | (Pause) | 03:06:05 |
| 18 | Q. Do you recognize Exhibit 1248 as a form for | 03:06:05 |
| 19 | proposal that NFPA has maintained in the | 03:06:44 |
| 20 | ordinary course of business as part of its | 03:06:47 |
| 21 | standards development process? | 03:06:50 |
| 22 | A. Yes, Exhibit 1248 does look typical. | 03:06:53 |
| 23 | (Exhibit 1249 marked for | 03:07:33 |
| 24 | identification.) | 03:07:41 |
| 25 | Q. Do you recognize Exhibit 1249 as a form for | 03:07:41 |

Page 146

| | | |
|---|---|---|
| 1 | proposal that NFPA has maintained in the | 03:07:53 |
| 2 | ordinary course of business in its standards | 03:07:58 |
| 3 | development process? | 03:08:04 |
| 4 | A. Yes, Exhibit 1249 does look typical. | 03:08:13 |
| 5 | Q. And some persons might suggest proposals with | 03:08:21 |
| 6 | attachments where they can't fit the text of | 03:08:27 |
| 7 | the proposal in the lines on the form. And | 03:08:33 |
| 8 | this exhibit reflects an attachment on the | 03:08:36 |
| 9 | reverse page of Exhibit 1249; is that | 03:08:42 |
| 10 | correct? | 03:08:45 |
| 11 | A. Based upon my review of the statement of | 03:08:47 |
| 12 | Item 4 and the proposed text on the back, it | 03:09:02 |
| 13 | appears to be consistent that the two pages | 03:09:06 |
| 14 | were copied correctly. | 03:09:08 |
| 15 | (Exhibit 1250 marked for | 03:09:26 |
| 16 | identification.) | 03:09:41 |
| 17 | Q. I've handed you Exhibit 1250. Do you | 03:09:46 |
| 18 | recognize this as a form for proposals that | 03:10:01 |
| 19 | NFPA has maintained in the ordinary course of | 03:10:09 |
| 20 | business in its standards development | 03:10:13 |
| 21 | process? | 03:10:17 |
| 22 | A. (Witness examines document) Based upon my | 03:10:18 |
| 23 | review, it appears that this is typical. | 03:10:33 |
| 24 | Q. So that's a yes? | 03:10:36 |
| 25 | A. That's a yes. It appears to be typical, | 03:10:37 |

Page 147

| | | |
|---|---|---|
| 1 | Exhibit 1250. | 03:10:40 |
| 2 | Q. Do you know Mr. Belke, James C. Belke? | 03:10:41 |
| 3 | A. No, sir. | 03:10:46 |
| 4 | Q. Do you know whether he's a member of any | 03:10:46 |
| 5 | technical committee? | 03:10:50 |
| 6 | A. Not off the top of my head. | 03:10:55 |
| 7 | Q. Do you know what the annotations in | 03:10:56 |
| 8 | handwriting various places in the form | 03:11:05 |
| 9 | indicate? There's a checkmark in several | 03:11:14 |
| 10 | different places. There's some asterisks, | 03:11:21 |
| 11 | there's a pound sign A, pound sign B, pound | 03:11:32 |
| 12 | sign C. | 03:11:36 |
| 13 | MR. REHN: Is that the question? | 03:11:46 |
| 14 | MR. BRIDGES: Yes. | 03:11:48 |
| 15 | MR. REHN: Objection that it's | 03:11:49 |
| 16 | compound. | 03:11:50 |
| 17 | A. So let me first answer the first part and we | 03:11:57 |
| 18 | can follow up if we need to. Each change | 03:12:00 |
| 19 | that came in was processed, again, by | 03:12:03 |
| 20 | full-time staff to verify signatures and | 03:12:06 |
| 21 | copyright concerns. And if you notice on | 03:12:09 |
| 22 | the first page under Proposals, not original | 03:12:11 |
| 23 | material, there's supporting material which | 03:12:15 |
| 24 | has an attached CSB report. | 03:12:16 |
| 25 | And it appears that someone wrote | 03:12:26 |

Page 148

| | | |
|---|---|---|
| 1 | down that it was not being submitted as | 03:12:29 |
| 2 | change but as supporting material to support | 03:12:31 |
| 3 | a change. | 03:12:35 |
| 4 | Q. Go ahead. | 03:12:41 |
| 5 | A. The checkmarks, each of these changes had to | 03:12:42 |
| 6 | be keyed manually by the staff who verified | 03:12:45 |
| 7 | all the text, editorial and production staff, | 03:12:47 |
| 8 | and oftentimes they would check the forms as | 03:12:51 |
| 9 | they worked through them to ensure they had | 03:12:53 |
| 10 | captured everything. That -- in this case it | 03:12:55 |
| 11 | would be speculation on my part that that's | 03:12:57 |
| 12 | what those checkmarks are there for. | 03:12:59 |
| 13 | (Exhibit 1251 marked for | 03:13:22 |
| 14 | identification.) | 03:13:30 |
| 15 | Q. Does Exhibit -- strike that. | 03:13:30 |
| 16 | Do you recognize 1251 as a document | 03:13:46 |
| 17 | that NFPA maintains in the ordinary course of | 03:13:49 |
| 18 | business in the standards development | 03:13:52 |
| 19 | process? | 03:13:53 |
| 20 | A. Exhibit 1251 does look typical for a proposal | 03:13:54 |
| 21 | form. | 03:13:58 |
| 22 | Q. So the answer is yes? | 03:13:59 |
| 23 | MR. REHN: Object to the form. | 03:14:01 |
| 24 | A. Yes, Exhibit 1251 does look typical. | 03:14:05 |
| 25 | | 03:14:30 |

Page 149

38 (Pages 146 - 149)

1    (Exhibit 1252 marked for      03:14:30
2    identification.)              03:14:44
3  Q. Do you recognize Exhibit 1252 as a document  03:14:44
4    that NFPA has maintained in the ordinary  03:15:00
5    course of business in its standards  03:15:02
6    development process?          03:15:05
7  A. Exhibit 1252 does look typical for a proposal  03:15:10
8    form.                        03:15:14
9        VIDEOGRAPHER: There are ten minutes  03:15:44
10    remaining on the videotape.   03:15:45
11  Q. So I guess if I asked you if you recognized 1252  03:15:58
12    as a document NFPA had maintained in  03:15:58
13    the ordinary course of business in its  03:15:58
14    standards development process, your answer  03:16:06
15    was Exhibit 1252 does look typical for a  03:16:06
16    proposal form. So is the answer yes?  03:16:09
17        MR. REHN: Object to the form.  03:16:13
18  A. Yes, 1252 does look typical.   03:16:17
19    (Exhibit 1253 marked for      03:17:10
20    identification.)              03:17:25
21  Q. Do you recognize Exhibit 1253 as a form for  03:17:25
22    proposals that NFPA has maintained in the  03:17:39
23    ordinary course of business in its standards  03:17:43
24    development process?          03:17:46
25        MR. REHN: Objection. Seems to  03:17:55
                                     Page 150

1    misstate the document.        03:17:56
2  A. (Witness examines document) I recognize this  03:18:00
3    as an electronic submission of numerous --  03:18:06
4    excuse me, I recognize Exhibit 1253 as an  03:18:09
5    electronic submission of numerous proposed  03:18:12
6    changes by one submitter.     03:18:16
7  Q. Okay. And NFPA maintains these in the  03:18:19
8    ordinary course of business in its standards  03:18:24
9    development process, correct?  03:18:26
10  A. We maintain all submissions, whether they're  03:18:30
11    submitted electronically, paper, via fax or  03:18:32
12    in any other means to keep the record  03:18:35
13    together.                    03:18:36
14    (Exhibit 1254 marked for      03:19:36
15    identification.)              03:19:45
16  Q. Do you recognize Exhibit 1254 as a copy of a  03:19:45
17    form for proposals and a transmittal form  03:20:07
18    that NFPA has maintained in the ordinary  03:20:13
19    course of business in connection with the  03:20:17
20    standards development process of the National  03:20:21
21    Electrical Code?             03:20:29
22  A. Based upon my review, it appears that  03:20:29
23    Exhibit 1254 is an electronic submission of a  03:20:37
24    typical form for proposals.   03:20:39
25  Q. NFPA has maintained it in its records during  03:20:39
                                     Page 151

1    the ordinary course of business?  03:20:46
2  A. This appears to be a typical record.  03:20:48
3    (Exhibit 1255 marked for      03:21:44
4    identification.)              03:22:10
5  Q. Do you recognize Exhibit 1255 as a form that  03:22:10
6    NFPA has maintained in its records in the  03:22:30
7    ordinary course of business?  03:22:34
8  A. This appears to be a partial electronic  03:22:42
9    comment form, so Exhibit 1255 seems to be a  03:22:46
10    portion of a record.          03:22:50
11  Q. Do you recognize the name Jim Pauley?  03:22:55
12  A. Jim Pauley is the president and CEO of NFPA.  03:23:02
13  Q. At the time of this document, September 15,  03:23:07
14    1997, he was not president of NFPA, correct?  03:23:11
15  A. That is correct. Jim Pauley was not  03:23:17
16    president at that time.       03:23:20
17  Q. He was employed by Square D Company?  03:23:22
18  A. Based upon this comment form, it appears so.  03:23:30
19  Q. And his comments related to some proposal  03:23:34
20    involving deleted text based on Items 1 and  03:23:49
21    2; is that correct?          03:23:55
22  A. Based upon my reading of Statement No. 4, it  03:24:04
23    does appear that Mr. Pauley states the  03:24:17
24    deletion of this text will clear up much of  03:24:19
25    this confusion and make it clear as to what  03:24:22
                                     Page 152

1    rules apply. So it does appear he's  03:24:24
2    commenting on a proposal with deleted text.  03:24:26
3        VIDEOGRAPHER: Mr. Bridges, there's  03:25:25
4    less than one minute remaining.  03:25:27
5        MR. BRIDGES: Why don't we go off  03:25:30
6    the record, then.             03:25:32
7        VIDEOGRAPHER: The time is 3:25.  03:25:33
8    This is the end of Tape No. 2, and we are now  03:25:35
9    off the record.              03:25:37
10    (Break taken)                03:25:41
11        VIDEOGRAPHER: The time is 3:36.  03:36:05
12    This is the beginning of Tape No. 3. We are  03:36:16
13    now back on the record.       03:36:19
14    (Exhibit 1256 marked for      03:36:35
15    identification.)              03:36:47
16  BY MR. BRIDGES:                03:36:47
17  Q. Mr. Dubay, do you recognize Exhibit 1256  03:36:47
18    as a group of forms for comments with a  03:37:02
19    transmittal page attached that NFPA has  03:37:08
20    maintained in the ordinary course of business  03:37:12
21    in the course of its standards development  03:37:15
22    process?                     03:37:17
23  A. (Witness examines document) Exhibit 1256  03:37:23
24    does appear to be a form of an electronic  03:37:34
25    submission process with numerous comments on  03:37:38
                                     Page 153

39 (Pages 150 - 153)

| | |
|---|---|
| 1 | the National Electrical Code.   03:37:42 |
| 2 | Q. Do you recognize this as a document that   03:37:43 |
| 3 | NFPA has maintained, given the language at   03:37:48 |
| 4 | the bottom that says "comments for submittal   03:37:54 |
| 5 | to NFPA as of 12/23/97" (sic) and with date   03:37:56 |
| 6 | stamps and numbers written on them?   03:38:02 |
| 7 | MR. REHN: I think it says "comments   03:38:12 |
| 8 | for submittal to NFPA as of 10/23/97."   03:38:14 |
| 9 | MR. BRIDGES: What did I say?   03:38:17 |
| 10 | MR. REHN: I think you said 12.   03:38:18 |
| 11 | MR. BRIDGES: Sorry. Correct that.   03:38:22 |
| 12 | 10/23/97.   03:38:36 |
| 13 | A. So just to be clear, is the question this   03:38:36 |
| 14 | a typical submission?   03:38:39 |
| 15 | Q. No. The question is, do you recognize this   03:38:40 |
| 16 | as a document that NFPA has maintained as   03:38:42 |
| 17 | part of its standards development process?   03:38:46 |
| 18 | A. Yes. It appears to be a typical document   03:38:50 |
| 19 | from our archives.   03:38:52 |
| 20 | Q. Do you know who Roger Witt is?   03:38:53 |
| 21 | A. No, I do not.   03:38:57 |
| 22 | Q. How did the uses differ between -- as between   03:38:58 |
| 23 | forms for proposals and forms for comments?   03:39:14 |
| 24 | You may have touched on it earlier, but I   03:39:16 |
| 25 | didn't quite understand it.   03:39:19 |

Page 154

| | |
|---|---|
| 1 | MR. REHN: Object to the form of the   03:39:21 |
| 2 | question as vague.   03:39:23 |
| 3 | A. If you could help me clarify, please, do you   03:39:27 |
| 4 | mean the use of the proposal form and the   03:39:30 |
| 5 | comment form or how it plays out in our   03:39:31 |
| 6 | process?   03:39:35 |
| 7 | Q. Both.   03:39:35 |
| 8 | MR. REHN: I'll object to the   03:39:37 |
| 9 | question as being compound.   03:39:39 |
| 10 | A. At a high level, proposals in our old system,   03:39:41 |
| 11 | public inputs in our new systems are   03:39:56 |
| 12 | recommended changes to the existing edition   03:39:59 |
| 13 | of a standard. Comments in both the old and   03:40:01 |
| 14 | the new system are public comments on the   03:40:05 |
| 15 | actions that the committee has taken to   03:40:09 |
| 16 | modify that standard.   03:40:11 |
| 17 | Q. So all comments would follow some kind of   03:40:16 |
| 18 | technical committee action on that standard;   03:40:25 |
| 19 | is that correct?   03:40:28 |
| 20 | A. All comments would be related to something   03:40:31 |
| 21 | that committee has done. It could be   03:40:34 |
| 22 | specific to the change or it could be saying   03:40:38 |
| 23 | you did this here, you should also do it over   03:40:39 |
| 24 | here.   03:40:43 |
| 25 | Q. Thank you.   03:40:43 |

Page 155

| | |
|---|---|
| 1 | (Exhibit 1257 marked for   03:40:43 |
| 2 | identification.)   03:43:31 |
| 3 | Q. Mr. Dubay, do you recognize Exhibit 1257 as   03:43:31 |
| 4 | a comment that NFPA has maintained in the   03:43:54 |
| 5 | ordinary course of its standards development   03:43:58 |
| 6 | process? I'll note that it's a two-sided   03:44:00 |
| 7 | document.   03:44:07 |
| 8 | A. Exhibit 1257 does look typical for comments   03:44:08 |
| 9 | we've received.   03:44:14 |
| 10 | Q. And do you recognize this as a document from   03:44:15 |
| 11 | NFPA's archives?   03:44:17 |
| 12 | A. Yes, it does look familiar, not specifically,   03:44:19 |
| 13 | but in general form.   03:44:22 |
| 14 | (Exhibit 1258 marked for   03:45:00 |
| 15 | identification.)   03:45:08 |
| 16 | Q. Do you recognize Exhibit 1258 as a comment   03:45:08 |
| 17 | from the NFPA archives that it maintains in   03:45:19 |
| 18 | the ordinary course of business in connection   03:45:28 |
| 19 | with its standards development process?   03:45:28 |
| 20 | A. Yes, this document, Exhibit 1258, looks   03:45:33 |
| 21 | typical and is consistent with the forms.   03:45:35 |
| 22 | Q. You understand it to be from NFPA archives?   03:45:40 |
| 23 | A. Yes, it seems consistent.   03:45:44 |
| 24 | Q. Are you familiar with Marcelo Hirschler?   03:45:59 |
| 25 | A. Yes.   03:46:32 |

Page 156

| | |
|---|---|
| 1 | Q. Who is he?   03:46:32 |
| 2 | A. He's a -- both a technical committee member   03:46:34 |
| 3 | on several of our standards as well as an   03:46:40 |
| 4 | active participant in the NFPA standards   03:46:43 |
| 5 | development process.   03:46:46 |
| 6 | (Exhibit 1259 marked for   03:47:15 |
| 7 | identification.)   03:47:26 |
| 8 | Q. Do you recognize Exhibit 1259 as a collection   03:47:26 |
| 9 | of proposals from NFPA's archives from   03:47:44 |
| 10 | Mr. Hirschler with respect to the National   03:47:53 |
| 11 | Electrical Code?   03:48:15 |
| 12 | A. (Witness examines document)   03:48:15 |
| 13 | MR. REHN: Object to the question.   03:48:22 |
| 14 | It clearly misrepresents the document.   03:48:24 |
| 15 | A. Based upon my review just now, it appears to   03:48:50 |
| 16 | be a mix of proposals and comments, generally   03:48:53 |
| 17 | all of which have been submitted   03:48:58 |
| 18 | electronically. And based upon a few   03:48:59 |
| 19 | minutes' review here, it does appear that   03:49:03 |
| 20 | they're all from Mr. Hirschler. It's a mix   03:49:05 |
| 21 | of materials.   03:49:10 |
| 22 | Q. Is it your understanding that these -- that   03:49:12 |
| 23 | NFPA maintains these documents in its   03:49:16 |
| 24 | archives of the standards development   03:49:19 |
| 25 | process?   03:49:21 |

Page 157

40 (Pages 154 - 157)

| | |
|---|---|
| 1 | A. Yes, these all appear to be typical from --   03:49:23 |
| 2 | from the archives.                    03:49:26 |
| 3 | (Exhibit 1260 marked for             03:50:32 |
| 4 | identification.)                     03:50:46 |
| 5 | Q. Do you recognize Exhibit 1260 as a collection  03:50:46 |
| 6 | of comments from Jim Pauley that NFPA has    03:51:05 |
| 7 | maintained in its archives relating to the    03:51:10 |
| 8 | standards development process?         03:51:13 |
| 9 | A. Exhibit 1260 appears to be a collection of  03:51:21 |
| 10 | electronically submitted comments from    03:51:27 |
| 11 | Jim Pauley, based upon the forms.        03:51:30 |
| 12 | Q. Do you know whether he submitted these   03:51:33 |
| 13 | comments as a member of a technical       03:51:35 |
| 14 | committee?                           03:51:38 |
| 15 | A. He -- what I can say is that he was an active  03:51:42 |
| 16 | member of the code-making panels which is --  03:51:57 |
| 17 | or member of the code-making panels of the    03:52:06 |
| 18 | National Electric Code as a committee member,  03:52:08 |
| 19 | but I can't speculate what he submitted it   03:52:11 |
| 20 | for or what intention he had.           03:52:14 |
| 21 | Q. I ask you to turn your attention to the page  03:52:32 |
| 22 | that ends with the numbers 110 and 111 at   03:53:03 |
| 23 | the bottom, those two pages.           03:53:10 |
| 24 | A. 110?                               03:53:12 |
| 25 | Q. Right.  You'll note at the bottom there's a  03:53:13 |

Page 158

| | |
|---|---|
| 1 | statement of problem and substantiation for   03:53:26 |
| 2 | comment.  This appears to address compliance   03:53:30 |
| 3 | with the style manual, it says; is that   03:53:41 |
| 4 | correct?                             03:53:53 |
| 5 | A. He does note in his statement that the    03:53:53 |
| 6 | exceptions, I'm assuming the exceptions in   03:53:55 |
| 7 | the proposal, do not comply with the style   03:53:58 |
| 8 | manual, yes.                          03:54:01 |
| 9 | Q. So a number of participants and technical   03:54:02 |
| 10 | committees and code-making panels and even   03:54:10 |
| 11 | some public commenters may make proposals   03:54:15 |
| 12 | that relate to the conformance of text to   03:54:23 |
| 13 | the NFPA's style manual, correct?        03:54:32 |
| 14 | MR. REHN: Object to the form.        03:54:35 |
| 15 | Lacks foundation.                    03:54:36 |
| 16 | A. NFPA publishes and makes publicly available  03:54:40 |
| 17 | both our NFPA style manual and our NEC style  03:54:43 |
| 18 | manual.  So in some cases, submissions will  03:54:47 |
| 19 | come in to address any discrepancies between  03:54:50 |
| 20 | the style manual and the published document.  03:54:53 |
| 21 | Q. And those submissions may come in from   03:55:04 |
| 22 | technical committee members or code-making  03:55:08 |
| 23 | panel members or the public, correct?    03:55:11 |
| 24 | MR. REHN: Object to the form.        03:55:17 |
| 25 | A. NFPA accepts public proposals, public input,  03:55:19 |

Page 159

| | |
|---|---|
| 1 | comments from anyone.                 03:55:30 |
| 2 | Q. Including proposals and comments relating   03:55:30 |
| 3 | to style, correct?                   03:55:32 |
| 4 | A. We accept proposals and comments and public  03:55:37 |
| 5 | inputs relating to any aspect of the     03:55:41 |
| 6 | document.                            03:55:43 |
| 7 | Q. And any aspects, as you've just answered,   03:55:44 |
| 8 | includes style, correct?             03:55:46 |
| 9 | MR. REHN: Objection.  Asked and       03:55:48 |
| 10 | answered.                            03:55:50 |
| 11 | A. We do accept proposals and comments relating  03:55:51 |
| 12 | to style manual issues.               03:55:54 |
| 13 | Q. Mr. Dubay, the most recent version of the   03:55:55 |
| 14 | National Electrical Code is the 2014 version;  03:58:12 |
| 15 | is that correct?                     03:58:16 |
| 16 | MR. REHN: Object to the form.        03:58:19 |
| 17 | A. Yes, the current version of the National   03:58:22 |
| 18 | Electrical Code is the 2014 edition.     03:58:25 |
| 19 | Q. Do you know when the first time that any   03:58:26 |
| 20 | of the language in that code appeared in any  03:58:32 |
| 21 | of the earlier versions of the code?     03:58:37 |
| 22 | MR. REHN: Object to the form.        03:58:40 |
| 23 | Extremely compound.                  03:58:45 |
| 24 | A. I would say that our handling of the National  03:58:55 |
| 25 | Electrical Code goes back to, I believe, 1896  03:59:03 |

Page 160

| | |
|---|---|
| 1 | or 1898.  Without doing analysis, I couldn't  03:59:06 |
| 2 | tell you what words have remained for the   03:59:11 |
| 3 | last hundred-plus years, but NFPA's published  03:59:14 |
| 4 | the National Electrical Code for that period  03:59:17 |
| 5 | of time.                             03:59:20 |
| 6 | Q. Has there been any point where the National  03:59:20 |
| 7 | Electrical Code was so completely overhauled  03:59:32 |
| 8 | that NFPA started a new version or a new   03:59:35 |
| 9 | edition of the code from scratch?        03:59:39 |
| 10 | MR. REHN: Object to the form.  It's   03:59:42 |
| 11 | ambiguous.                           03:59:46 |
| 12 | A. Not to my knowledge.                03:59:55 |
| 13 | Q. Does NFPA have any way of determining when   04:00:00 |
| 14 | any particular wording in the code, in the   04:00:18 |
| 15 | current edition of the code, first appeared  04:00:24 |
| 16 | in any edition of the code?           04:00:26 |
| 17 | MR. REHN: Object to the form.        04:00:30 |
| 18 | Q. I'm referring to the NEC.           04:00:34 |
| 19 | MR. REHN: It's the same objection.   04:00:38 |
| 20 | A. We maintain archives by edition of each   04:00:40 |
| 21 | document, and our records go back to the   04:00:45 |
| 22 | original document.  Historically, over time  04:00:47 |
| 23 | the records become better and better, but we  04:00:52 |
| 24 | have archives all the way back.          04:00:55 |
| 25 | Q. Does NEC -- strike that.           04:01:01 |

Page 161

41 (Pages 158 - 161)

| | | |
|---|---|---|
| 1 | Does NFPA at any point index the | 04:01:06 |
| 2 | original source of any of the changes that | 04:01:14 |
| 3 | have become incorporated into the code over | 04:01:25 |
| 4 | the course of multiple editions? | 04:01:30 |
| 5 | MR. REHN: Object to the form. | 04:01:35 |
| 6 | Vague and ambiguous. | 04:01:37 |
| 7 | A. Clarifying question from my perspective, what | 04:01:39 |
| 8 | do you mean by index? | 04:01:42 |
| 9 | Q. Keep track of the -- to be able to identify | 04:01:44 |
| 10 | for any particular language, without looking | 04:01:52 |
| 11 | through every code, when that language first | 04:01:56 |
| 12 | came into some edition of the code. | 04:02:00 |
| 13 | MR. REHN: Same objections. | 04:02:05 |
| 14 | A. In general, no. At a high level, we keep | 04:02:07 |
| 15 | track of major technical changes from edition | 04:02:11 |
| 16 | to edition to support our regional field | 04:02:14 |
| 17 | team. | 04:02:18 |
| 18 | Q. What do you mean by major technical changes? | 04:02:20 |
| 19 | A. For example, when arc fault circuit | 04:02:28 |
| 20 | interruption technology was introduced into | 04:02:31 |
| 21 | the NEC, we put together, changed documents | 04:02:34 |
| 22 | and technical information to support our | 04:02:38 |
| 23 | regional staff around the country. | 04:02:40 |
| 24 | Q. Is that because they needed to know that | 04:02:48 |
| 25 | there was a new technical aspect to the code | 04:02:50 |

Page 162

| | | |
|---|---|---|
| 1 | that had not been there before? | 04:02:57 |
| 2 | MR. REHN: Object to the form. | 04:03:03 |
| 3 | A. The primary reason that we keep track of | 04:03:06 |
| 4 | major technical changes is to develop | 04:03:09 |
| 5 | training and education materials so that | 04:03:11 |
| 6 | users can understand those requirements. | 04:03:14 |
| 7 | (Exhibit 1261 marked for | 04:04:16 |
| 8 | identification.) | 04:04:22 |
| 9 | Q. Mr. Dubay, I've handed you Exhibit 1261. Do | 04:04:22 |
| 10 | you recognize this as a comment that NFPA has | 04:04:39 |
| 11 | maintained in its archives in connection with | 04:04:45 |
| 12 | the standards development process? | 04:04:47 |
| 13 | A. (Witness examines document) Yes, it appears | 04:04:51 |
| 14 | that Exhibit 1261 is a typical archived, | 04:04:56 |
| 15 | looks like a comment on the 2008 NEC. | 04:04:58 |
| 16 | Q. This comment related to some requirement | 04:05:04 |
| 17 | pertaining to arc fault circuit interrupters | 04:05:15 |
| 18 | in the National Electrical Code, correct? | 04:05:22 |
| 19 | MR. REHN: Object to the form. | 04:05:29 |
| 20 | Lacks foundation. Assumes facts. | 04:05:30 |
| 21 | A. My answer is based upon Item 4 where the | 04:05:35 |
| 22 | submitter, Mr. Walls, says that -- discusses | 04:05:38 |
| 23 | the installation of arc fault circuit | 04:05:41 |
| 24 | interrupters. | 04:05:44 |
| 25 | Q. This is a comment about the -- about whether | 04:05:45 |

Page 163

| | | |
|---|---|---|
| 1 | the Code should contain a particular | 04:05:51 |
| 2 | requirement relating to the installation of | 04:05:54 |
| 3 | arc fault circuit interrupters? Is that your | 04:05:57 |
| 4 | interpretation of this? | 04:06:00 |
| 5 | A. Based upon the form, it is a comment directly | 04:06:05 |
| 6 | related to Proposal 2-105 and whatever that | 04:06:08 |
| 7 | was trying to accomplish, remove, add. I | 04:06:13 |
| 8 | don't have that part of the record in front | 04:06:17 |
| 9 | of me. | 04:06:18 |
| 10 | (Exhibit 1262 marked for | 04:07:25 |
| 11 | identification.) | 04:07:25 |
| 12 | Q. Mr. Dubay, do you recognize Exhibit 1262 as | 04:07:42 |
| 13 | a comment that NFPA has maintained in its | 04:08:09 |
| 14 | archives as part of its standards development | 04:08:19 |
| 15 | process? | 04:08:22 |
| 16 | A. Yes, Exhibit 1262 appears to be typical and | 04:08:28 |
| 17 | something from our archives. | 04:08:39 |
| 18 | Q. I have a question. What confidential | 04:08:40 |
| 19 | information is in this document? | 04:08:44 |
| 20 | MR. REHN: I'll object to the extent | 04:09:05 |
| 21 | it calls for a legal opinion. The witness | 04:09:07 |
| 22 | can answer, based on his knowledge. | 04:09:14 |
| 23 | A. Based upon my knowledge, all of our proposals | 04:09:19 |
| 24 | and comments are publicly available when | 04:09:21 |
| 25 | submitted. So I'm not sure relating to -- | 04:09:25 |

Page 164

| | | |
|---|---|---|
| 1 | I'm assuming you're referring to the footer. | 04:09:29 |
| 2 | Q. Yes. | 04:09:31 |
| 3 | A. I have no knowledge of that. | 04:09:31 |
| 4 | Q. Right. Do you see where this submitter | 04:09:32 |
| 5 | checked Box B under copyright assignment? | 04:09:54 |
| 6 | A. Yes, in Item 6 I see they selected Item B. | 04:10:04 |
| 7 | Q. Does NFPA reject comments and proposals that | 04:10:08 |
| 8 | derive from non-original -- strike that. | 04:10:14 |
| 9 | Does NFPA reject comments and | 04:10:20 |
| 10 | proposals from persons who indicate that they | 04:10:23 |
| 11 | did not author the text or other materials in | 04:10:26 |
| 12 | the comments? | 04:10:33 |
| 13 | A. No. We have a strict policy of reviewing | 04:10:35 |
| 14 | each and every submission. And in this case, | 04:10:38 |
| 15 | the example you've provided me, Exhibit 1262, | 04:10:41 |
| 16 | Mr. Hammer does not actually provide any | 04:10:44 |
| 17 | proposed changes or text to the document. | 04:10:46 |
| 18 | Q. Why do you believe there's a reference to | 04:10:52 |
| 19 | American Petroleum Institute in this | 04:10:59 |
| 20 | document? | 04:11:04 |
| 21 | MR. REHN: Object to the form. It | 04:11:07 |
| 22 | may call for speculation. | 04:11:09 |
| 23 | A. In my personal opinion, he indicates right | 04:11:10 |
| 24 | above Line No. 1 that he represents the | 04:11:14 |
| 25 | American Petroleum Institute. Therefore, it | 04:11:16 |

Page 165

42 (Pages 162 - 165)

| | Page 166 | | | Page 168 |
|---|---|---|---|---|

1   is my assumption that he submitted this on    04:11:20
2   behalf of the American Petroleum Institute.    04:11:22
3   Q. Does NFPA ask for permission from the    04:11:30
4   American Petroleum Institute to copy and    04:11:37
5   circulate comments submitted on its behalf?    04:11:40
6   A. We have a policy of reviewing each and every    04:11:53
7   one of these when they're submitted. And in    04:11:56
8   the event there was copyrighted material    04:11:59
9   being distributed, we would, as general    04:12:01
10  practice in our policies, contact to seek    04:12:04
11  permission before distributing that.    04:12:05
12      And, again, to support my past    04:12:08
13  statement, there doesn't appear to be any    04:12:11
14  proposed text.    04:12:13
15  Q. Well, what -- there's a reference here, isn't    04:12:15
16  there, to copyright in this comment?    04:12:21
17      MR. REHN: Object to the question,    04:12:29
18  to the form of the question.    04:12:33
19  Mischaracterizes the document.    04:12:34
20  Q. It says, "I hereby grant and assign to the    04:12:36
21  NFPA all and full rights and copyright in    04:12:39
22  this comment." Isn't that what it says?    04:12:41
23  A. Similar to our proposal forms and our comment    04:12:58
24  forms, when someone submits specific text    04:13:02
25  changes, we require the signature.    04:13:05
                                                    Page 166

1   grant and assign to the NFPA all and full    04:14:22
2   rights and copyright in the comment, and NFPA    04:14:24
3   makes the comments publicly available, I    04:14:29
4   think you said, correct?    04:14:33
5      MR. REHN: Object to the form.    04:14:34
6   A. NFPA, in the old process, makes all of the    04:14:40
7   proposals and comments publicly available via    04:14:44
8   the publication of a report on proposals and    04:14:47
9   report on comments.    04:14:50
10  Q. And this -- you don't understand this    04:15:14
11  language at the bottom to be a grant and    04:15:22
12  assignment of copyrights in the comment    04:15:25
13  itself?    04:15:28
14      MR. REHN: Object to the form. The    04:15:29
15  language speaks for itself.    04:15:31
16  Q. I'm just asking what you understand as the    04:15:33
17  person in charge of the standards development    04:15:35
18  process at NFPA.    04:15:37
19  A. My understanding --    04:15:39
20      MR. REHN: Object to the form of    04:15:40
21  that question as well.    04:15:41
22  A. My understanding is that the forms require a    04:15:42
23  signature, one, for archives and; two, to    04:15:45
24  address the intellectual property rights    04:15:48
25  associated with changes in the text within    04:15:50
                                                    Page 168

1      In this case it appears the    04:13:09
2   Exhibit 1262 that you've chosen, Mr. Hammer    04:13:12
3   has just recommended that a proposal from the    04:13:20
4   ROP portion of our cycle be accepted with no    04:13:20
5   proposed text.    04:13:21
6   Q. It doesn't say, "I grant and assign to the    04:13:24
7   NFPA all and full rights and copyright to    04:13:29
8   proposed text changes," it says, "I hereby    04:13:30
9   grant and assign to the NFPA all and full    04:13:33
10  rights and copyright in this comment."    04:13:36
11      Does it say anything in there about    04:13:42
12  copyright and proposed changes?    04:13:44
13      MR. REHN: Object to the form and    04:13:47
14  object on the basis that it calls for a legal    04:13:50
15  opinion.    04:13:52
16  Q. I'm just asking for your understanding.    04:13:54
17  A. My understanding is they are completely    04:13:56
18  disconnected. A proposal that recommends    04:13:57
19  text and a comment that recommends action on    04:14:01
20  a proposal is the choice of the submitter to    04:14:04
21  either recommend text or not.    04:14:07
22      But in either case our policy is    04:14:09
23  that any public comments in any public    04:14:11
24  proposals require a signature.    04:14:14
25  Q. And it requires a signature saying that you    04:14:20
                                                    Page 167

1   our document.    04:15:52
2   Q. That's your interpretation of the italicized    04:15:54
3   language above the signature on this page?    04:15:58
4      MR. REHN: Object to the form.    04:16:00
5   Mischaracterizes the testimony. Calls for    04:16:01
6   legal opinion. Document speaks for itself.    04:16:04
7   A. I can't specifically comment on each    04:16:11
8   individual word and how it relates, but my    04:16:13
9   policy is enforcing that each and every one    04:16:17
10  of these submissions requires the sign-off by    04:16:21
11  the submitter to ensure that it is    04:16:23
12  appropriate for us to move forward with the    04:16:25
13  use of that material.    04:16:28
14  Q. And you have no other interpretation of the    04:16:32
15  italicized language above the signature on    04:16:35
16  Exhibit 1262?    04:16:38
17      MR. REHN: Same objection.    04:16:39
18  Q. Is that your testimony?    04:16:40
19      MR. REHN: Same objections, and    04:16:41
20  asked and answered at this point as well.    04:16:44
21  A. I have no other interpretation.    04:16:47
22      (Exhibit 1263 marked for    04:17:46
23  identification.)    04:18:15
24  Q. Mr. Dubay, what is Exhibit 1263?    04:18:15
25  A. Exhibit 1263 appears to be a comment from    04:18:33
                                                    Page 169

43 (Pages 166 - 169)

| | | |
|---|---|---|
| 1 | Mr. Skweres on the 2014 National Electrical | 04:18:38 |
| 2 | Code. | 04:18:53 |
| 3 | Q. Is it your understanding that the material | 04:18:53 |
| 4 | inside the box under Item 4 is proposed new | 04:19:10 |
| 5 | wording? | 04:19:16 |
| 6 | A. Based upon my review, it's difficult to tell | 04:19:30 |
| 7 | without seeing the proposal of record being | 04:19:33 |
| 8 | 2-132, because the submitter did not use | 04:19:36 |
| 9 | legislative text. So a portion of that may | 04:19:40 |
| 10 | or may not have been included already in | 04:19:43 |
| 11 | Proposal 2-132. | 04:19:45 |
| 12 | Q. Legislative text in that context means a | 04:19:48 |
| 13 | format for determining what has been added or | 04:19:51 |
| 14 | deleted; is that correct? | 04:19:54 |
| 15 | A. Yes, in general, strike through where you're | 04:19:58 |
| 16 | deleting text and underline where you're | 04:20:01 |
| 17 | adding text. | 04:20:03 |
| 18 | Q. But it's not legislative text that one might | 04:20:03 |
| 19 | see from a legislature that says things like | 04:20:06 |
| 20 | "be it resolved" or fancy language of the | 04:20:08 |
| 21 | legislature? That's not what legislative | 04:20:13 |
| 22 | language means in this text, correct? | 04:20:16 |
| 23 | MR. REHN: Object to form. | 04:20:17 |
| 24 | A. It's legislative format as we give an example | 04:20:19 |
| 25 | under Item 4. | 04:20:20 |

| | | |
|---|---|---|
| 1 | in her comment. Is that your interpretation | 04:23:56 |
| 2 | of it? | 04:23:59 |
| 3 | MR. REHN: Object to the form. | 04:24:02 |
| 4 | A. My interpretation when I read Item 5 is I see | 04:24:03 |
| 5 | direct references to the UL guidebook and | 04:24:07 |
| 6 | it's subsequent to the UL guide information. | 04:24:11 |
| 7 | Q. She provided those references as | 04:24:16 |
| 8 | substantiation for the comment that she makes | 04:24:22 |
| 9 | above in Section 4, correct? | 04:24:26 |
| 10 | A. Based upon her submission, it does appear | 04:24:34 |
| 11 | that the UL materials, only indicated in her | 04:24:36 |
| 12 | statement of the problem, were | 04:24:39 |
| 13 | substantiation. | 04:24:40 |
| 14 | Q. Do you know whether anyone at NFPA has | 04:24:51 |
| 15 | checked the references to the UL white book | 04:24:54 |
| 16 | and UL guide information to determine whether | 04:24:57 |
| 17 | any of the language in the comment has come | 04:25:00 |
| 18 | from one of those sources? | 04:25:02 |
| 19 | A. I can't speak specifically to this one | 04:25:13 |
| 20 | comment, but our policy is that, in this case | 04:25:15 |
| 21 | where Item B has been selected, our staff | 04:25:18 |
| 22 | would have contacted the submitter to get a | 04:25:21 |
| 23 | clear picture of what the intent was and what | 04:25:24 |
| 24 | they were submitting to be considered in | 04:25:27 |
| 25 | front of the committee, especially since it | 04:25:31 |

| | | |
|---|---|---|
| 1 | Q. There's a box that says "new text" that's | 04:20:23 |
| 2 | been checked on this, correct? | 04:20:31 |
| 3 | A. Based upon my review Line Item 3, yes, the | 04:20:36 |
| 4 | box for new text has been checked. | 04:20:39 |
| 5 | Q. Does the text in the box under Item 4, | 04:20:41 |
| 6 | conform to NFPA's manual of style? | 04:20:45 |
| 7 | A. I can say in general it appears that it does. | 04:21:01 |
| 8 | However, I would rely, because it's a | 04:21:04 |
| 9 | National Electrical Code, on our editorial | 04:21:05 |
| 10 | team and our actual NEC manual style to see | 04:21:09 |
| 11 | if it's completely compliant. | 04:21:12 |
| 12 | (Exhibit 1264 marked for | 04:22:02 |
| 13 | identification.) | 04:22:27 |
| 14 | Q. Can you please identify Exhibit 1264. | 04:22:27 |
| 15 | A. Exhibit 1264 appears to be an archival of a | 04:22:47 |
| 16 | comment on the 2014 National Electrical Code. | 04:22:56 |
| 17 | Q. Do you see on Page 2 of the exhibit Option B | 04:23:03 |
| 18 | has been checked under Copyright Assignment? | 04:23:21 |
| 19 | A. I do see Item 6, Copyright Assignment B has | 04:23:32 |
| 20 | been checked. | 04:23:35 |
| 21 | Q. There's a reference to UL white book and UL | 04:23:36 |
| 22 | guide information? | 04:23:39 |
| 23 | A. That appears to be the statement. | 04:23:45 |
| 24 | Q. And so that appears to be the source of some | 04:23:46 |
| 25 | of the material that Ms. Dwyer has provided | 04:23:50 |

| | | |
|---|---|---|
| 1 | appears that Ms. Dwyer or Mr. Dryer works for | 04:25:33 |
| 2 | Wells Fargo and not UL. | 04:25:38 |
| 3 | Q. Does NFPA frequently get copyright permission | 04:25:44 |
| 4 | from other organizations for the text that it | 04:25:48 |
| 5 | incorporates in the National Electrical Code? | 04:25:51 |
| 6 | MR. REHN: Object to the form and to | 04:25:55 |
| 7 | the extent the question calls for legal | 04:25:56 |
| 8 | opinion. | 04:25:58 |
| 9 | Q. Actually, I will withdraw the question. | 04:25:58 |
| 10 | Does NFPA ever get copyright | 04:26:00 |
| 11 | permission from other organizations for the | 04:26:02 |
| 12 | text that it incorporates in the National | 04:26:05 |
| 13 | Electrical Code? | 04:26:08 |
| 14 | MR. REHN: Again, I'll object to | 04:26:08 |
| 15 | the form of the question and also object to | 04:26:09 |
| 16 | the extent it calls for legal opinion. | 04:26:11 |
| 17 | A. I just need a clarification, please. Are you | 04:26:14 |
| 18 | asking me do we get requests from other | 04:26:17 |
| 19 | organizations to use the contents from the | 04:26:19 |
| 20 | National Electrical Code, or are you asking | 04:26:21 |
| 21 | do we seek permission to use their contents | 04:26:23 |
| 22 | in the National Electrical Code? | 04:26:26 |
| 23 | Q. The second. | 04:26:27 |
| 24 | A. I'm not aware of ever having a request to | 04:26:35 |
| 25 | include another organization's language | 04:26:37 |

1    within the NEC. Specifically, across all of    04:26:42
2    our standards, we either, as a general common    04:26:44
3    understanding that and accepted across our    04:26:47
4    committees and submitters, that when they    04:26:51
5    propose new text within our process, that it    04:26:53
6    becomes part of NFPA's intellectual property,    04:26:55
7    it becomes part of our published standards    04:26:59
8    and I don't believe I've had that request.    04:27:01
9  Q. So even if the language originated with    04:27:05
10    another organization, it's your statement    04:27:09
11    that it becomes part of the NFPA's    04:27:12
12    intellectual property by being submitted into    04:27:14
13    the standards development process?    04:27:18
14        MR. REHN: Object to the form.    04:27:20
15    Mischaracterizes the testimony. May call for    04:27:22
16    a legal opinion. May call for speculation.    04:27:25
17  A. In my personal opinion, I would say no. We    04:27:31
18    would contact an organization as soon as we    04:27:34
19    identified any potential copyright text being    04:27:37
20    submitted as well as the submitter, knowing    04:27:40
21    that they didn't have the authority to    04:27:42
22    release copyright of said material.    04:27:45
23  Q. How often in your tenure at NFPA has NFPA    04:27:48
24    contacted any other organizations regarding    04:27:56
25    potential copyright text that has come into    04:28:04

Page 174

1    the process of developing a particular    04:28:06
2    standard?    04:28:19
3        MR. REHN: Object to the form.    04:28:26
4  A. I can't speak to a specific number, but given    04:28:33
5    that we get tens of thousands of proposed    04:28:35
6    changes every year and any time there's    04:28:38
7    attached supporting material or there's    04:28:41
8    references to copyright material or there are    04:28:44
9    references to selecting the alternative    04:28:46
10    copyright statement, it is our policy that    04:28:50
11    each and every one of those submitters be    04:28:52
12    contacted to determine whether NFPA has the    04:28:54
13    authority or not to utilize that material,    04:28:58
14    even in the distribution of our technical    04:29:01
15    committees.    04:29:03
16  Q. How many times in your tenure at NFPA has    04:29:03
17    NFPA contacted the sources of that material    04:29:07
18    for permission to include any of that    04:29:16
19    material in NFPA's codes and standards?    04:29:18
20        MR. REHN: Object to the form.    04:29:26
21  A. Again, a number is very difficult. To the    04:29:28
22    best of my knowledge, it's our policy that    04:29:33
23    each and every time we contact that source,    04:29:35
24    especially where it's clearly identifiable    04:29:38
25    via copyright statements or statements within    04:29:41

Page 175

1    those public records.    04:29:43
2  Q. So how many times is your best estimate that    04:29:46
3    NFPA has contacted the owners of copyrighted    04:29:48
4    material that the people have contributed to    04:29:53
5    the NFPA standards development process?    04:29:58
6        MR. REHN: Same objection. Asked    04:30:00
7    and answered as well.    04:30:02
8  A. I would -- speculation on my part in my    04:30:07
9    tenure, I would say nothing shy of tens of    04:30:11
10    thousands of times.    04:30:14
11  Q. What records does NFPA have of its contacts    04:30:16
12    to owners of copyrighted material that    04:30:22
13    persons have proposed for incorporation in    04:30:27
14    NFPA's codes and standards?    04:30:32
15        MR. REHN: Object to the form.    04:30:36
16    There's some embedded legal conclusions in    04:30:38
17    these questions. The witness can answer to    04:30:40
18    the extent he understands.    04:30:43
19  A. The best way I can answer that question is    04:30:49
20    that currently and in recent history, as we    04:30:52
21    identify those documents, we attach a chain    04:30:55
22    of information. It could be an e-mail, a    04:31:01
23    letter correspondence with the originator to    04:31:03
24    say what we can and can't do with that    04:31:06
25    material. Historically, I cannot speak to    04:31:07

Page 176

1    going back.    04:31:11
2  Q. Where does NFPA maintain that chain of events    04:31:16
3    in its records?    04:31:23
4  A. We maintain that chain of information, to the    04:31:26
5    best of my knowledge, in our original    04:31:32
6    documentation that's behind each cycle, so    04:31:34
7    our archive information. So, for example, a    04:31:38
8    public input that had a reference to a    04:31:44
9    copyrighted report, that report will be part    04:31:47
10    of the record for that individual proposed    04:31:48
11    change.    04:31:52
12  Q. When you say "that report," you mean that    04:31:55
13    copyrighted report would be part of the    04:31:56
14    record?    04:31:58
15  A. Any material that required permission before    04:32:01
16    we either posted it to our website,    04:32:03
17    distributed to our committee or made it    04:32:06
18    publicly available.    04:32:09
19  Q. Where does NFPA maintain the documents    04:32:09
20    relating to the permissions it has received    04:32:13
21    in that process?    04:32:19
22  A. Within our revision archive for each edition    04:32:24
23    of the document.    04:32:28
24  Q. And who maintains the revision archives?    04:32:31
25  A. Our codes and standards administration    04:32:40

Page 177

45 (Pages 174 - 177)

| | |
|---|---|
| 1 | department.                                    04:32:42 |
| 2 | Q.  Who, within the codes and standards          04:32:42 |
| 3 | administration department, is in charge of       04:32:46 |
| 4 | maintaining those records?                        04:32:48 |
| 5 | A.  There's actually a team of people called our  04:32:49 |
| 6 | project administrators.                           04:32:54 |
| 7 | Q.  Who's in charge of the project                04:32:58 |
| 8 | administrators?                                   04:33:01 |
| 9 | A.  The manager of that group is Patrick Foley.   04:33:02 |
| 10 | Q.  Approximately how many permissions from other  04:33:06 |
| 11 | copyright holders did NFPA obtain for             04:33:09 |
| 12 | material contained in the current edition of     04:33:13 |
| 13 | NFPA's National Electrical Code?                  04:33:16 |
| 14 |      MR. REHN:  I'll object to the form           04:33:23 |
| 15 | again here and some of the embedded legal         04:33:24 |
| 16 | conclusions.  But, again, the witness may         04:33:26 |
| 17 | answer the question.                              04:33:29 |
| 18 | A.  To the best of my knowledge, I'm not aware of  04:33:30 |
| 19 | any permissions that were required for the        04:33:32 |
| 20 | text within the National Electrical Code          04:33:35 |
| 21 | other than those normal releases on our           04:33:38 |
| 22 | proposals and comment forms.                      04:33:41 |
| 23 | Q.  So it's your testimony that within the entire  04:33:42 |
| 24 | National Electrical Code, no text had as its      04:33:46 |
| 25 | source some copyright owner other than            04:33:54 |

Page 178

| | |
|---|---|
| 1 | persons who participated in the standards         04:34:04 |
| 2 | development process or made proposals or          04:34:09 |
| 3 | comments and signed the copyright language        04:34:14 |
| 4 | that NFPA furnishes them.  Is that your           04:34:18 |
| 5 | testimony?                                        04:34:21 |
| 6 |      MR. REHN:  Object to the form.               04:34:21 |
| 7 | Mischaracterizes the testimony.                   04:34:24 |
| 8 | A.  To the best of my knowledge, I'm not aware of  04:34:28 |
| 9 | any text within the current edition of the        04:34:30 |
| 10 | National Electrical Code that is -- has its       04:34:33 |
| 11 | copyright held by another organization.           04:34:36 |
| 12 | Q.  I'm not asking about copyright held by other   04:34:38 |
| 13 | organizations, just text that comes from          04:34:42 |
| 14 | another copyright owner.                          04:34:44 |
| 15 |      MR. REHN:  Again, object to the              04:34:46 |
| 16 | form.  It's vague.                                04:34:48 |
| 17 | A.  I'm not aware of any text in the current       04:34:55 |
| 18 | edition of the National Electrical Code where     04:34:57 |
| 19 | the copyright is held by anyone but the           04:35:00 |
| 20 | National Fire Protection Association.             04:35:06 |
| 21 | Q.  Are you aware of any text in the National      04:35:07 |
| 22 | Electrical Code that has come from any            04:35:10 |
| 23 | ultimate source other than someone who has        04:35:17 |
| 24 | signed the copyright documentation that NFPA      04:35:25 |
| 25 | requires of the technical committee members       04:35:30 |

Page 179

| | |
|---|---|
| 1 | and of persons submitting proposals and           04:35:34 |
| 2 | comments?                                         04:35:37 |
| 3 |      MR. REHN:  Object to the form.               04:35:38 |
| 4 | Ambiguous.                                        04:35:39 |
| 5 | A.  Given our policy of reviewing each and every,  04:35:44 |
| 6 | speaking of the National Electrical Code,         04:35:48 |
| 7 | 5 to 7,000 proposals and comments each cycle      04:35:50 |
| 8 | and verifying the copyright requirements          04:35:53 |
| 9 | within those proposals and comments, I'm not      04:35:56 |
| 10 | aware of any.                                     04:35:58 |
| 11 | Q.  By the way, have you ever been made aware of   04:36:15 |
| 12 | any typographical errors in                       04:37:19 |
| 13 | published comments -- strike that.                04:37:20 |
| 14 |      Have you ever been made aware of any         04:37:24 |
| 15 | typographical errors in published editions of     04:37:26 |
| 16 | the National Electrical Code?                      04:37:30 |
| 17 |      MR. REHN:  I believe this is outside         04:37:37 |
| 18 | the scope of the notice topics, but the          04:37:39 |
| 19 | witness can answer if he knows as an              04:37:41 |
| 20 | individual.                                       04:37:43 |
| 21 | A.  I'm aware at times when we publish documents,  04:37:46 |
| 22 | we do make publication errors and we, in          04:37:49 |
| 23 | those cases, publish erratas.                     04:37:51 |
| 24 | Q.  Where does the NFPA publish the errata?        04:37:54 |
| 25 |      MR. REHN:  Same objection as to the          04:37:59 |

Page 180

| | |
|---|---|
| 1 | scope of the topics, but you can answer if        04:38:00 |
| 2 | you have an understanding.                         04:38:04 |
| 3 | A.  We post those on our doc info pages as well    04:38:05 |
| 4 | as integrate those erratas into the next          04:38:09 |
| 5 | production run of the National Electrical         04:38:12 |
| 6 | Code.                                             04:38:16 |
| 7 | Q.  What, if anything, does NFPA do to notify      04:38:16 |
| 8 | earlier purchasers of its codes and standards     04:38:22 |
| 9 | about the existence of the errata?                04:38:27 |
| 10 |      MR. REHN:  Same objection as to             04:38:33 |
| 11 | scope.                                            04:38:34 |
| 12 | A.  We have two mechanisms of notifying.  Number   04:38:39 |
| 13 | one is through our website where we post          04:38:42 |
| 14 | information on our doc info pages and every       04:38:46 |
| 15 | user has the ability to sign up for an "alert     04:38:49 |
| 16 | me" which gives them an automatic notice of       04:38:52 |
| 17 | changes relating to whatever document they've     04:38:54 |
| 18 | signed up on.                                     04:38:56 |
| 19 |      And each and every purchase of a            04:38:57 |
| 20 | document, part of the invoice includes           04:39:00 |
| 21 | notices of where to do that, to sign up for       04:39:02 |
| 22 | those alerts as well as other information on      04:39:05 |
| 23 | those documents, where to obtain that            04:39:09 |
| 24 | material.                                         04:39:12 |
| 25 | Q.  Why do you notify people of the errata?        04:39:14 |

Page 181

46 (Pages 178 - 181)

1    MR. REHN:  Object to the form of the   04:39:18
2    question.                            04:39:20
3    Q.  Strike that.                      04:39:20
4        Why does NFPA notify persons about   04:39:21
5    the errata in its codes and standards?   04:39:24
6        MR. REHN:  I'll object to the form   04:39:27
7    of the question and again, I'll object as to   04:39:28
8    the scope is outside the scope of the notice   04:39:32
9    topics.  The witness can answer if he knows.   04:39:34
10   A.  I believe it relates to our same decision   04:39:36
11   around providing free access to all of our   04:39:43
12   codes and standard.                  04:39:45
13       We want anyone who's impacted by our   04:39:46
14   codes and standards to be aware of the   04:39:48
15   requirements and be able to understand them.   04:39:51
16   And in the event of an errata, we want to   04:39:55
17   make sure they are aware of that as well.   04:39:58
18   Q.  Do you know how many errata there have been   04:39:58
19   in the National Electrical Code?     04:40:01
20       MR. REHN:  Same objection as to   04:40:04
21   scope.                               04:40:05
22   A.  No.                              04:40:07
23   Q.  Do you have an estimate?          04:40:07
24       MR. REHN:  Same objection.       04:40:10
25   A.  No.                              04:40:11

Page 182

1    Q.  Is it a number that is important to you?   04:40:12
2        MR. REHN:  Same objection as to   04:40:19
3    scope.  Argumentative.  Vague.        04:40:20
4    A.  No, the number is not important.   04:40:32
5    Q.  Have there been errors in NFPA's -- strike   04:40:34
6    that.                                04:40:43
7        Have there been typographical errors   04:40:44
8    in NFPA's other codes and standards, apart   04:40:47
9    from the National Electrical Code?   04:40:55
10       MR. REHN:  Same objection as to the   04:40:57
11   scope of the topics.  Witness can answer.   04:41:00
12   A.  The same answer applies.          04:41:04
13   Q.  As to my earlier questions about the National   04:41:11
14   Electrical Code?                     04:41:16
15       MR. REHN:  Objection as to form.   04:41:16
16   It's ambiguous.                      04:41:19
17   A.  Yes, the errata process applies to all of our   04:41:21
18   standards.                           04:41:25
19   Q.  And there have been errata in other standards   04:41:31
20   of -- strike that.                   04:41:35
21       And there have been typographical   04:41:37
22   errors in NFPA's other codes and standards?   04:41:38
23       MR. REHN:  Objection as to form.   04:41:41
24   Compound.                            04:41:43
25   A.  Through our publication process, at times   04:41:50

Page 183

1    there are typographical errors which we do   04:41:53
2    issue errata to correct them as soon as   04:41:56
3    we're aware of them.                 04:41:59
4    Q.  Have you become aware of any errata in the   04:42:00
5    postings of NFPA's standards that have been   04:42:04
6    incorporated into law by the defendant in   04:42:09
7    this case?                           04:42:13
8        MR. REHN:  Objection as to the   04:42:14
9    questioning outside the scope of any topics   04:42:17
10   for which this witness was referred, for   04:42:19
11   which this witness was designated.  But the   04:42:22
12   witness may answer if he knows the answer.   04:42:24
13   A.  No, not specifically.             04:42:27
14   Q.  I think I misspoke, so I'm going to re-ask   04:42:33
15   the question a little differently.   04:42:35
16       Have you become aware of any errors   04:42:37
17   in the postings of NFPA's standards that have   04:42:39
18   been incorporated into law by the defendant   04:42:43
19   in this case?                        04:42:45
20       MR. REHN:  Same objection as to the   04:42:46
21   scope of this topic.  There's also some   04:42:47
22   embedded legal conclusions in this   04:42:50
23   connection.  The witness may answer if he   04:42:52
24   knows.                               04:42:54
25   A.  To the best of my knowledge, I believe we did   04:42:54

Page 184

1    issue an errata relating to the 2014 edition   04:42:56
2    of the NEC.                          04:43:00
3    Q.  Actually, I'm asking a different question and   04:43:04
4    that is, focusing on the defendant's postings   04:43:10
5    in this case, are you aware of any errors in   04:43:14
6    the documents -- strike that.  I'll withdraw   04:43:23
7    the question.                        04:43:35
8        (Exhibit 1265 marked for         04:43:35
9    identification.)                     04:44:05
10   Q.  Mr. Dubay, can you please identify   04:44:05
11   Exhibit 1265.                        04:44:17
12   A.  Exhibit 1265 appears to be a public comment   04:44:19
13   on the 2014 National Electrical Code.   04:44:29
14   Q.  This comment included some proposed new text;   04:44:32
15   is that correct?                     04:44:38
16   A.  Based upon Mr. Baclawski's comments and his   04:44:41
17   indication of the new text check box on   04:44:51
18   No. 3, it appears that he's applying some new   04:44:53
19   text to his recommendation.          04:44:56
20       (Exhibit 1266 marked for         04:47:03
21   identification.)                     04:47:14
22   Q.  Mr. Dubay, I ask you to look at Exhibit 1266.   04:47:14
23   Can you please identify it.          04:47:34
24   A.  Exhibit 1266 appears to be a public comment   04:47:39
25   from our archives.                   04:47:44

Page 185

47 (Pages 182 - 185)

1  Q. Do you see the proposed new text in the       04:47:49
2     comment in Box 4?                             04:48:18
3  A. Assuming the underlying text is new text,     04:48:23
4     then yes.                                     04:48:31
5  Q. Do you know what the IEC of Greater           04:48:32
6     Cincinnati is?                                04:48:40
7  A. I'm assuming that it's the Independent        04:48:45
8     Electrical Contractors Association.           04:48:48
9  Q. Do you see where it says, "Please indicate    04:48:59
10    organization represented, if any," it says    04:49:03
11    "IEC"?                                        04:49:05
12 A. Yes.                                          04:49:08
13 Q. What information does NFPA have about         04:49:08
14    Mr. Hittinger's role in IEC?                  04:49:13
15       MR. REHN: Object to the form. May          04:49:17
16    call for speculation.                         04:49:21
17 A. To my knowledge, I don't have specific        04:49:23
18    knowledge personally, but I believe he's also 04:49:27
19    a panel member, committee member of the       04:49:29
20    National Electrical Code. So we would have    04:49:32
21    an application on file if that is the case,   04:49:35
22    if I remember correctly.                      04:49:37
23 Q. Is he a member or is the Independent          04:49:40
24    Electrical Contractors a member of NFPA?      04:49:43
25 A. We do not have organizational members of our 04:49:51

Page 186

1  technical committees. They may represent an     04:49:53
2  organization, but the individual itself holds    04:49:55
3  the seat.                                        04:49:57
4     (Exhibit 1267 marked for                      04:52:35
5     identification.)                              04:52:36
6  Q. Can you please identify Exhibit 1267.         04:52:50
7  A. (Witness examines document) You want me to    04:53:06
8     identify both sides?                          04:53:14
9  Q. Yes, please.                                  04:53:16
10 A. Side 1, I guess it's Log No. 607, it appears  04:53:17
11    to be a form for comments on NFPA's report on 04:53:24
12    proposals with a signature and some notes on  04:53:29
13    seeing attached agreement. On Side 2, being   04:53:32
14    Page 608, appears to be a substitute          04:53:35
15    agreement on copyright language material      04:53:41
16    between the American Forest & Paper           04:53:45
17    Association and our associate general         04:53:49
18    counsel, Dennis Berry.                        04:53:51
19 Q. Unfortunately, I don't think we received in   04:53:56
20    the document production the attachments to    04:53:58
21    this that are referred to in Items 4 and 5    04:54:01
22    on the front page, but it does indicate in    04:54:04
23    Item 3 that there was a recommendation of     04:54:07
24    new text. Do you see that?                    04:54:08
25 A. I do see what you're referring to, but I also 04:54:19

Page 187

1  note that it appears this fax was only two       04:54:29
2  pages. On the second page, the page appears      04:54:37
3  to be 2 of 2, so I'm not sure what -- if         04:54:37
4  that was an actual additional attachment or      04:54:43
5  the item was just to communicate this one        04:54:46
6  attachment. That's to the best of my             04:54:49
7  knowledge from looking at this exhibit you've    04:54:51
8  handed me.                                       04:54:56
9  Q. Well, do you consider the reverse of          04:54:57
10    Exhibit 1267 to be a comment?                 04:55:03
11 A. In my opinion, I don't view this as a         04:55:16
12    comment. My opinion is that it was to         04:55:22
13    communicate this agreement. Again, that is    04:55:25
14    my opinion, based upon the records I have     04:55:28
15    before me.                                    04:55:30
16 Q. Do you know whether the Life Safety Code      04:55:31
17    incorporates any text that the American       04:55:37
18    Forest & Paper Association proposed?          04:55:43
19 A. Based upon my first-hand knowledge, I can't   04:55:53
20    answer that.                                  04:55:57
21 Q. How would one determine that fact?            04:55:58
22 A. You would have to review the record,          04:56:07
23    determine what was submitted by the American 04:56:10
24    Forest & Paper Association, what material was 04:56:13
25    copyrighted by them and then ultimately       04:56:18

Page 188

1  accept it and integrate into the standard        04:56:21
2  throughout our entire standards process.         04:56:24
3  Q. If someone asked you to determine that, how   04:56:26
4     would you determine it?                       04:56:30
5  A. We would review the concern on the text of    04:56:31
6     the standard, and we'd go back through our    04:56:43
7     archives and produce a history of that        04:56:45
8     specific portion of the document.             04:56:47
9  Q. Has NFPA ever produced such a history during  04:56:51
10    your tenure regarding any person or entity's  04:56:57
11    proposals or comments?                        04:57:03
12       MR. REHN: Object to the form.              04:57:05
13    Vague.                                        04:57:06
14 A. No. I want to make sure I answer completely   04:57:08
15    accurate on that. I was assuming that you     04:57:33
16    were referring -- with reference to           04:57:36
17    copyrighted material, therefore, my answer    04:57:37
18    was no.                                       04:57:41
19 Q. Even regarding any text other than what       04:57:46
20    you're referring to as copyrighted material,  04:57:52
21    has NFPA ever produced such a history during 04:57:55
22    your tenure regarding proposals or comments   04:57:58
23    from any person or entity?                    04:58:00
24       MR. REHN: Same objection.                  04:58:02
25 A. Sometimes NFPA gets requests to produce a     04:58:04

Page 189

48 (Pages 186 - 189)

| | |
|---|---|
| 1 history of a section so that the user,     04:58:06 | 1 Mr. Williams signed the copyright assignment   05:02:26 |
| 2 whoever is requesting that, can understand     04:58:09 | 2 at the bottom, he owned the copyright in the    05:02:30 |
| 3 why technical changes were made to the     04:58:11 | 3 word "separate"?     05:02:36 |
| 4 document and the reasoning or substantiation     04:58:13 | 4     MR. REHN:  Object to the form of the   05:02:39 |
| 5 behind them. Often our library produces that   04:58:16 | 5 question.  It may call for speculation.     05:02:41 |
| 6 function for us.     04:58:20 | 6 Appears to call for a legal opinion.     05:02:43 |
| 7 Q. From whom do those types of requests come?   04:58:21 | 7 A. There's many possibilities here.  "Separate"   05:02:49 |
| 8     MR. REHN:  I think we've now, we've   04:58:27 | 8 could have appeared in the current edition   05:02:55 |
| 9 moved outside of the scope of the notice     04:58:29 | 9 and have been deleted by the proposal.  He   05:02:57 |
| 10 topics, but if the witness knows the answer,   04:58:32 | 10 could be proposing to put it back in as one   05:03:00 |
| 11 he can answer.     04:58:34 | 11 example.     05:03:03 |
| 12 A. I've personally received requests from     04:58:35 | 12     (Exhibit 1269 marked for     05:03:48 |
| 13 users of our standards, authorities having   04:58:38 | 13 identification.)     05:04:19 |
| 14 jurisdiction as well as media and consumers.   04:58:41 | 14 Q. Mr. Dubay, can you please identify     05:04:19 |
| 15 Q. Approximately how many times has NFPA   04:58:45 | 15 Exhibit 1269.     05:04:21 |
| 16 provided persons with those types of     04:58:48 | 16 A. (Witness examines document) Exhibit 1269   05:04:23 |
| 17 histories during your tenure?     04:58:52 | 17 appears to be a comment on a report on     05:04:28 |
| 18     MR. REHN:  The transcript says as   04:58:57 | 18 proposals from the National Electrical Code   05:04:38 |
| 19 well as -- did you say as media and     04:58:59 | 19 from our archives.     05:04:41 |
| 20 consumers?     04:58:59 | 20 Q. Do you understand this comment to be     05:04:43 |
| 21     THE WITNESS:  Media requests and   04:59:01 | 21 proposing revision of text to add the word   05:04:45 |
| 22 consumer requests.     04:59:03 | 22 "copper" and the words "not smaller than 12,"   05:04:52 |
| 23     MR. REHN:  I just wanted to clarify   04:59:05 | 23 I think that's "AGW;" is that correct?     05:04:58 |
| 24 that.     04:59:06 | 24 A. To your latter point, AGW would be consistent   05:05:05 |
| 25 A. Again, I couldn't speculate on a number     04:59:11 | 25 with the National Electrical Code.     05:05:08 |
| Page 190 | Page 192 |

| | |
|---|---|
| 1 because of the breadth of our standards and   04:59:13 | 1 Q. Is it your understanding that this comment   05:05:10 |
| 2 the length of time.     04:59:15 | 2 was suggesting the revision of text by adding   05:05:13 |
| 3 Q. What's your best estimate?     04:59:17 | 3 "copper" and then the other phrase?     05:05:18 |
| 4 A. I'd say again, completely speculating,     04:59:28 | 4 A. Assuming that he copied the remaining text   05:05:24 |
| 5 thinking across our library in my tenure at   04:59:30 | 5 correctly, then yes, it appears that he's   05:05:28 |
| 6 NFPA, on the order of hundreds.     04:59:34 | 6 adding those words.     05:05:34 |
| 7     MR. REHN:  I'll note again, this   04:59:37 | 7 Q. Do you know who crafted the language in the   05:05:34 |
| 8 line of questioning is beyond the scope of   04:59:38 | 8 form under Point 5, "statement of problem"   05:05:51 |
| 9 the notice topics.     04:59:41 | 9 and "substantiation for comment" with     05:05:54 |
| 10     (Exhibit 1268 marked for     05:00:46 | 10 language in the parentheses after that?     05:05:58 |
| 11 identification.)     05:01:01 | 11 A. No, I do not.     05:06:05 |
| 12 Q. Mr. Dubay, can you please identify     05:01:01 | 12 Q. Was that language in the forms for comments   05:06:06 |
| 13 Exhibit 1268.     05:01:17 | 13 and forms for proposals of NFPA when you   05:06:10 |
| 14 A. (Witness examines document) Exhibit 1268   05:01:19 | 14 arrived?     05:06:15 |
| 15 appears to be a public comment from our     05:01:28 | 15     MR. REHN:  Object to the form.  The   05:06:16 |
| 16 archives in the National Electrical Code.   05:01:31 | 16 documents speak for themselves.     05:06:18 |
| 17 Q. And this comment proposes the -- apparently   05:01:39 | 17 A. Without researching all the way back to 1995,   05:06:22 |
| 18 proposes the addition of one word, the word   05:01:44 | 18 to the best of my knowledge, it seems     05:06:26 |
| 19 "separate;" is that correct?     05:01:51 | 19 similar.     05:06:27 |
| 20 A. Based upon my review of Mr. Williams'     05:01:58 | 20 Q. So this or something similar to this was in   05:06:29 |
| 21 comments, it appears that he wants to make a   05:02:10 | 21 it when you arrived at NFPA?     05:06:31 |
| 22 proposal or a proposed change to the NEC and   05:02:14 | 22 A. NFPA has always, as far as I can recall,   05:06:33 |
| 23 add the word "separate" to some -- in some   05:02:17 | 23 required a statement of problem or     05:06:37 |
| 24 portion of that text.     05:02:20 | 24 substantiation for any of the proposals or   05:06:39 |
| 25 Q. Is it your understanding that until     05:02:23 | 25 comments.     05:06:42 |
| Page 191 | Page 193 |

49 (Pages 190 - 193)

| | |
|---|---|
| 1 Q. What is meant on this form by "statement of   05:06:43 | 1 Q. Can you please identify Exhibit 1270.   05:10:44 |
| 2   problem"?   05:06:47 | 2 A. (Witness examines document) Exhibit 1270   05:10:58 |
| 3   MR. REHN: Object to the form.   05:06:51 | 3   appears to be an archival copy of a comment   05:11:07 |
| 4 A. In my opinion, it's what is the submitter   05:06:55 | 4   on the report on proposals.   05:11:09 |
| 5   hoping to solve.   05:06:58 | 5 Q. And the comment was from an employee of the   05:11:11 |
| 6 Q. Why is that a requirement on forms for   05:07:03 | 6   U.S. Consumer Product Safety Commission; is   05:11:14 |
| 7   comments and forms for proposals?   05:07:07 | 7   that correct?   05:11:21 |
| 8 A. NFPA's regulations governing committee   05:07:09 | 8 A. Based upon what he's indicated here, I would   05:11:21 |
| 9   projects require that each and every proposal   05:07:18 | 9   agree with that.   05:11:25 |
| 10   and comment or public input into the system   05:07:20 | 10 Q. Do you know who Doug Lee is?   05:11:25 |
| 11   be responded to in technical aspects.   05:07:23 | 11 A. I do recognize his name, but I'm not certain   05:11:34 |
| 12   And so this is important for the   05:07:27 | 12   if it's tied to the Consumer Product Safety   05:11:36 |
| 13   committee to understand what the person was   05:07:29 | 13   Commission.   05:11:39 |
| 14   intending and why so they can provide a   05:07:31 | 14 Q. Have you ever in your recollection -- strike   05:11:42 |
| 15   proper response to that public comment or   05:07:33 | 15   that.   05:12:08 |
| 16   public input.   05:07:35 | 16   Do you recall ever seeing a form   05:12:09 |
| 17 Q. And what substantiation does NFPA require for   05:07:41 | 17   like this for where the submitter has struck   05:12:10 |
| 18   comments or proposals?   05:07:46 | 18   the copyright assignment language?   05:12:18 |
| 19 A. NFPA does not require a specific set of   05:07:52 | 19 A. The only time I recall was a previous exhibit   05:12:30 |
| 20   requirements for substantiation or problem.   05:07:58 | 20   you showed me from the American Forest   05:12:35 |
| 21   It is up to the submitter to determine that   05:08:01 | 21   Products Association.   05:12:36 |
| 22   is warranted for their recommendation or   05:08:03 | 22 Q. Do you recall ever seeing this form before?   05:12:39 |
| 23   their proposed change.   05:08:05 | 23 A. No, I do not.   05:12:43 |
| 24 Q. NFPA suggests three possible bases for   05:08:10 | 24 Q. Do you recall ever seeing a statement by a   05:12:48 |
| 25   substantiation for comment on this form,   05:08:23 | 25   federal employee like the one at the top of   05:12:54 |
| Page 194 | Page 196 |

| | |
|---|---|
| 1   namely, copies of tests, research papers and   05:08:27 | 1   the second page of Exhibit 1270?   05:12:59 |
| 2   fire experience, correct?   05:08:31 | 2 A. No, I do not. This is the first time I've   05:13:05 |
| 3   MR. REHN: Object to the form.   05:08:35 | 3   seen this.   05:13:07 |
| 4 A. NFPA provides a few examples there, but in my   05:08:38 | 4 Q. Have you ever been aware that works created   05:13:08 |
| 5   experience, the list is endless of what an   05:08:43 | 5   by U.S. government employees in the course of   05:13:25 |
| 6   individual will utilize to substantiate their   05:08:47 | 6   their employment are not subject to   05:13:27 |
| 7   proposed changes.   05:08:50 | 7   copyright?   05:13:29 |
| 8 Q. What are some other common sources of   05:08:51 | 8   MR. REHN: Object to the form.   05:13:30 |
| 9   substantiation for proposed changes?   05:08:54 | 9   Calls for a legal opinion.   05:13:31 |
| 10 A. One example you mentioned, the style manual.   05:09:00 | 10 A. Based upon my experience, I guess I would say   05:13:36 |
| 11   Another example could be a specific incident   05:09:04 | 11   anecdotal knowledge around copyright of   05:13:40 |
| 12   that occurred in a jurisdiction or somewhere.   05:09:09 | 12   federally produced materials and things like   05:13:43 |
| 13 Q. What others come to mind?   05:09:13 | 13   that.   05:13:47 |
| 14 A. Improvements in overall safety as well as   05:09:19 | 14 Q. What is that anecdotal knowledge?   05:13:47 |
| 15   economic savings.   05:09:27 | 15   MR. REHN: Same objection. Calls   05:13:50 |
| 16 Q. Anything else?   05:09:32 | 16   for a legal opinion.   05:13:53 |
| 17 A. I think the last one I can think of off the   05:09:40 | 17 A. My knowledge is that it may or may not be   05:13:54 |
| 18   top of my head is consistency across the   05:09:46 | 18   available and there are policies that, even   05:13:58 |
| 19   document. The standard may have made a   05:09:48 | 19   with general knowledge that I have, that my   05:14:02 |
| 20   change in one cycle in one area, and they're   05:09:50 | 20   team is required to verify copyright and   05:14:05 |
| 21   realizing that they need to make a   05:09:52 | 21   copyright permissions associated with any   05:14:08 |
| 22   substantive initial change to be consistent   05:09:54 | 22   material from the federal government or   05:14:11 |
| 23   across the requirements.   05:09:55 | 23   employees of the federal government just like   05:14:14 |
| 24   (Exhibit 1270 marked for   05:10:28 | 24   we would do with any other material.   05:14:16 |
| 25   identification.)   05:10:44 | 25 Q. Is it your understanding that NFPA asserts   05:14:17 |
| Page 195 | Page 197 |

50 (Pages 194 - 197)

1　copyright over contributions to its codes and　05:14:22
2　standards that federal government employees　05:14:29
3　have made?　05:14:34
4　　　MR. REHN:  Object to the form.　05:14:35
5　Calls for a legal opinion.　05:14:37
6　A.  It's my position that the NFPA asserts　05:14:43
7　copyright over the final text of our codes　05:14:45
8　and standards so that text that ends up in　05:14:48
9　the documents is where our copyright remains.　05:14:51
10　Q.  In its entirety?　05:14:55
11　　　MR. REHN:  Object to the form.　05:14:59
12　Calls for legal opinion.　05:15:00
13　A.  I'm not sure how to answer that question, so　05:15:03
14　I will say in the standards themselves, what　05:15:05
15　we publish is what we copyright.　05:15:08
16　Q.  How does NFPA copyright its standards?　05:15:16
17　　　MR. REHN:  Object to the form.　05:15:21
18　Vague and ambiguous.  Calls for a legal　05:15:23
19　conclusion.　05:15:27
20　A.  I have no specific knowledge of how that　05:15:27
21　process happens other than my team ensures　05:15:29
22　that the appropriate statements and such are　05:15:32
23　in the material in the front matter of each　05:15:34
24　and every standard we publish.　05:15:37
25　Q.  What statements are you referring to in　05:15:46

Page 198

1　that answer?　05:15:48
2　　　MR. REHN:  Same objection to the　05:15:50
3　extent this calls for legal opinion.　05:15:51
4　A.  For example, copyright National Fire　05:15:54
5　Protection Association, 2012.　05:15:57
6　Q.  In other words, a copyright notice in the　05:16:02
7　publication itself?　05:16:05
8　　　MR. REHN:  Same objection.  Calls　05:16:06
9　for a legal opinion.　05:16:09
10　A.  If that's the case, but I'm referring to the　05:16:09
11　statement that we put in the front of the　05:16:12
12　documents.　05:16:14
13　Q.  How else do you understand the NFPA obtains　05:16:14
14　copyright rights in its codes and standards?　05:16:18
15　　　MR. REHN:  Object to the form.  It's　05:16:21
16　compound.  Calls for a legal opinion.　05:16:23
17　A.  We have a policy for each and every　05:16:26
18　submission into our standards development　05:16:29
19　process as well as through our committee　05:16:31
20　member applications and appointment process　05:16:33
21　to verify that those signatures and those　05:16:36
22　rights have been obtained through that　05:16:38
23　process.　05:16:40
24　Q.  And that includes rights to the material in　05:16:42
25　Exhibit 1270; is that correct?　05:16:49

Page 199

1　　　MR. REHN:  Object to the form.　05:16:51
2　Calls for a legal opinion.  Assumes facts.　05:16:52
3　A.  In my 20 years of experience in working　05:17:00
4　through our committee as a liaison and now　05:17:03
5　as vice president, I've never had a question　05:17:12
6　or a challenge around the copyright from our　05:17:14
7　participants or from those who submit public　05:17:17
8　input, public comment proposals.　05:17:20
9　Q.  In your 20 years of experience at NFPA, has　05:17:24
10　NFPA ever sued anybody for copyright　05:17:29
11　infringement before?　05:17:32
12　　　MR. REHN:  Object to the form.  I　05:17:33
13　think this is outside the scope of any of　05:17:35
14　the notice topics.  It also may call for　05:17:37
15　interpretation of legal documents and　05:17:40
16　pleadings.  The witness may answer to the　05:17:42
17　extent he has knowledge of that question.　05:17:46
18　A.  The question I have is potential discussions　05:17:49
19　with counsel.  Should we spend a minute　05:17:52
20　discussing it or?　05:17:55
21　Q.  No.  I'm asking you what knowledge you have　05:17:56
22　as to whether -- I'm asking you whether, to　05:18:00
23　your knowledge, NFPA has ever sued anybody　05:18:03
24　for copyright infringement before?　05:18:05
25　　　MR. REHN:  If you can answer that　05:18:07

Page 200

1　question without revealing the substance of　05:18:08
2　advice you received from legal counsel, you　05:18:12
3　may do so.  Again, I'll assert the objections　05:18:14
4　I've already asserted the question as　05:18:18
5　well.　05:18:20
6　A.  To the best of my knowledge, yes.　05:18:22
7　Q.  NFPA has sued others for copyright　05:18:26
8　infringement?　05:18:29
9　　　MR. REHN:  Same objections.  And you　05:18:30
10　may answer it to the extent you can answer　05:18:32
11　without disclosing the substance of advice　05:18:34
12　you received from legal counsel.　05:18:37
13　A.  To the best of my knowledge, relating to the　05:18:38
14　ICC lawsuit that you mentioned, but I have no　05:18:40
15　specific knowledge.　05:18:44
16　Q.  Do you know whether NFPA sued ICC for　05:18:46
17　copyright infringement or for trademark　05:18:52
18　infringement?　05:18:54
19　　　MR. REHN:  Same objections, and　05:18:55
20　exactly the same objections as before.　05:18:59
21　A.  I have no first-hand knowledge of any of the　05:19:01
22　details of that.　05:19:04
23　Q.  Apart from that, are you aware of any　05:19:05
24　copyright lawsuit that NFPA has brought　05:19:07
25　against anyone before this case?　05:19:09

Page 201

51 (Pages 198 - 201)

| | | |
|---|---|---|
| 1 | MR. REHN:  Same objections. | 05:19:12 |
| 2 | Question straightforwardly asks for | 05:19:14 |
| 3 | interpretation of legal documents and | 05:19:15 |
| 4 | pleadings.  It's outside the scope of the | 05:19:17 |
| 5 | notice topics.  And to the extent the witness | 05:19:21 |
| 6 | has knowledge that would not reveal the | 05:19:23 |
| 7 | substance of communications with legal | 05:19:26 |
| 8 | counsel, you may answer. | 05:19:28 |
| 9 | A.  I have no knowledge. | 05:19:29 |
| 10 | Q.  What, if anything, did staff members of NFPA | 05:19:39 |
| 11 | do to verify whether Doug Lee had authority | 05:19:55 |
| 12 | to propose text that would go into NFPA's | 05:20:02 |
| 13 | copyrighted code? | 05:20:11 |
| 14 | MR. REHN:  Object to the form. | 05:20:13 |
| 15 | Mischaracterizes the document.  Assumes there | 05:20:15 |
| 16 | are legal conclusions embedded in the | 05:20:18 |
| 17 | question.  It assumes facts not in evidence. | 05:20:21 |
| 18 | A.  Based upon our policy of verifying each and | 05:20:29 |
| 19 | every -- and reviewing each and every | 05:20:33 |
| 20 | submission, it is my assumption that they | 05:20:35 |
| 21 | would have contacted Mr. Lee to determine | 05:20:37 |
| 22 | what authority he has or what was | 05:20:41 |
| 23 | appropriate.  But that's based upon our | 05:20:42 |
| 24 | policy of reviewing each and every one that's | 05:20:45 |
| 25 | submitted. | 05:20:48 |

Page 202

| | | |
|---|---|---|
| 1 | (Exhibit 1271 marked for | 05:23:18 |
| 2 | identification.) | 05:23:21 |
| 3 | Q.  Can you please identify Exhibit 1271. | 05:23:21 |
| 4 | A.  (Witness examines document)  Exhibit 1271 | 05:23:39 |
| 5 | appears to be three public proposals on the | 05:23:55 |
| 6 | 2011 National Electrical Code from the same | 05:23:58 |
| 7 | individual. | 05:24:02 |
| 8 | Q.  Do you know how people use these forms for | 05:24:07 |
| 9 | proposal in connection with the standards | 05:24:15 |
| 10 | development process? | 05:24:23 |
| 11 | MR. REHN:  Object to form. Question | 05:24:24 |
| 12 | is ambiguous.  May call for speculation. | 05:24:25 |
| 13 | A.  I would ask that you clarify "how," please. | 05:24:32 |
| 14 | Q.  What's the process that NFPA envisions when | 05:24:35 |
| 15 | people use these forms for proposals? | 05:24:39 |
| 16 | MR. REHN:  Object to the form. | 05:24:44 |
| 17 | Question is ambiguous.  Compound. | 05:24:48 |
| 18 | A.  That would be an easy mechanism for the | 05:24:51 |
| 19 | members of the public or whoever wishes to | 05:24:55 |
| 20 | submit proposed changes could document | 05:24:56 |
| 21 | recommended changes to the documents, the | 05:25:00 |
| 22 | reasons for them and ensure that we have a | 05:25:02 |
| 23 | copy on record for ANSI process or ANSI | 05:25:05 |
| 24 | accreditation and to submit to the technical | 05:25:08 |
| 25 | committee for review. | 05:25:10 |

Page 203

| | | |
|---|---|---|
| 1 | Q.  These would be for proposals that various | 05:25:12 |
| 2 | persons might identify as proposals that they | 05:25:16 |
| 3 | want to make to the text of the codes or | 05:25:20 |
| 4 | standards? | 05:25:28 |
| 5 | MR. REHN:  Object to the form. | 05:25:31 |
| 6 | Calls for speculation. | 05:25:33 |
| 7 | A.  I would say the most common reason people | 05:25:35 |
| 8 | use the proposal forms is to propose new | 05:25:38 |
| 9 | changes to documents.  Sometimes it's to | 05:25:40 |
| 10 | propose major changes, minor changes, but to | 05:25:42 |
| 11 | propose changes to our standards. | 05:25:45 |
| 12 | Q.  In those contexts, whose idea is it usually | 05:25:50 |
| 13 | for the individuals to make the proposals? | 05:25:54 |
| 14 | MR. REHN:  Object to the form.  It's | 05:26:00 |
| 15 | ambiguous.  Calls for speculation. | 05:26:04 |
| 16 | Q.  Much of the time does the individual say, | 05:26:08 |
| 17 | I've got an idea, I want to submit that for | 05:26:10 |
| 18 | consideration?  Is that how the process | 05:26:13 |
| 19 | works, at least in part? | 05:26:15 |
| 20 | MR. REHN:  Same objections. | 05:26:17 |
| 21 | A.  I would say in the vast majority of cases, | 05:26:21 |
| 22 | individuals submit changes to our process and | 05:26:26 |
| 23 | they realize they're using the document and | 05:26:30 |
| 24 | they have an idea that they would like to | 05:26:36 |
| 25 | submit and they can submit it through a | 05:26:38 |

Page 204

| | | |
|---|---|---|
| 1 | submission of a form or our new online system | 05:26:40 |
| 2 | now. | 05:26:42 |
| 3 | Q.  To what extent does NFPA commission members | 05:26:46 |
| 4 | of the general public to draft proposals for | 05:26:51 |
| 5 | its codes and standards? | 05:26:58 |
| 6 | MR. REHN:  Object to the form. | 05:27:01 |
| 7 | Calls for a legal opinion. | 05:27:02 |
| 8 | A.  One of the primary roles of NFPA staff is to | 05:27:07 |
| 9 | act as facilitators for the process.  And | 05:27:13 |
| 10 | when we do receive questions on the standards | 05:27:15 |
| 11 | or people call us and have difficulties with | 05:27:17 |
| 12 | the standard, we advice them that they can | 05:27:20 |
| 13 | also participate in the open process and we | 05:27:22 |
| 14 | are there to guide them and help them to | 05:27:25 |
| 15 | ensure that their voices are heard. | 05:27:27 |
| 16 | Q.  If they wish to participate, they can do so | 05:27:29 |
| 17 | by submitting a proposal or a comment.  Is | 05:27:31 |
| 18 | that the process? | 05:27:35 |
| 19 | A.  To participate, you can submit proposals, | 05:27:36 |
| 20 | comments.  You can apply to be on the | 05:27:39 |
| 21 | committee meeting.  You can attend the | 05:27:41 |
| 22 | committee meetings themselves as a member | 05:27:43 |
| 23 | of the committee or as a member of the | 05:27:45 |
| 24 | public. | 05:27:47 |
| 25 | VIDEOGRAPHER:  There are ten minutes | 05:27:54 |

Page 205

52 (Pages 202 - 205)

| | | |
|---|---|---|
| 1 | remaining on the video. | 05:27:54 |
| 2 | Q. Do you see the language in italics on the | 05:27:57 |
| 3 | bottom of the first page of Exhibit 1271? | 05:27:59 |
| 4 | A. Yes, I see the italics at the bottom of the | 05:28:04 |
| 5 | page. | 05:28:15 |
| 6 | Q. What do you understand that sentence to mean? | 05:28:15 |
| 7 | MR. REHN: Object to the form. | 05:28:21 |
| 8 | Which sentence are you referring to? | 05:28:23 |
| 9 | Q. The first sentence in the italics at the | 05:28:26 |
| 10 | bottom of the page. | 05:28:29 |
| 11 | MR. REHN: Object to the form. | 05:28:30 |
| 12 | Calls for a legal opinion. Document speaks | 05:28:32 |
| 13 | for itself. | 05:28:35 |
| 14 | A. It appears to be part of the -- a form of our | 05:28:38 |
| 15 | sign-off text provided by legal. | 05:28:49 |
| 16 | Q. Do you have any understanding as to what the | 05:28:51 |
| 17 | first sentence of that italicized portion | 05:28:57 |
| 18 | means? | 05:29:01 |
| 19 | MR. REHN: Object to the form. | 05:29:01 |
| 20 | Calls for a legal opinion. Document speaks | 05:29:02 |
| 21 | for itself. | 05:29:04 |
| 22 | A. No, I do not. | 05:29:07 |
| 23 | Q. This is the form that was used for proposals | 05:29:08 |
| 24 | for the 2011 National Electrical Code; is | 05:29:31 |
| 25 | that correct? | 05:29:40 |

Page 206

| | | |
|---|---|---|
| 1 | MR. REHN: Object to the form. | 05:29:40 |
| 2 | A. What I can say is this is the statement that | 05:29:43 |
| 3 | was on this particular version of the form. | 05:29:45 |
| 4 | That's the best I can tell you, given that | 05:29:48 |
| 5 | this is what I have in front of me. | 05:29:50 |
| 6 | Q. How many versions were there of forms for | 05:29:51 |
| 7 | proposals for the 2011 National Electrical | 05:29:53 |
| 8 | Code? | 05:29:57 |
| 9 | MR. REHN: Object to the form. | 05:29:57 |
| 10 | Assumes facts. | 05:29:59 |
| 11 | A. As previously discussed, it's difficult to | 05:30:06 |
| 12 | say because we accept them in multiple ways | 05:30:10 |
| 13 | and through multiple platforms. So as we | 05:30:12 |
| 14 | look through the record, the only way to | 05:30:16 |
| 15 | determine that would be to look at each | 05:30:21 |
| 16 | individual proposal. | 05:30:25 |
| 17 | Q. You're not prepared here today on behalf of | 05:30:27 |
| 18 | NFPA to furnish document numbers of at least | 05:30:31 |
| 19 | one instance of each of the different forms | 05:30:36 |
| 20 | that NFPA claims the benefit of as having | 05:30:43 |
| 21 | received assignments from participants in the | 05:30:51 |
| 22 | standards and development process, correct? | 05:30:54 |
| 23 | MR. REHN: Object to the form. It's | 05:30:57 |
| 24 | an improper question. We've met and | 05:30:59 |
| 25 | conferred about these questions, and I refer | 05:31:03 |

Page 207

| | | |
|---|---|---|
| 1 | to my earlier representation about that | 05:31:06 |
| 2 | process. | 05:31:08 |
| 3 | MR. BRIDGES: I think there's been | 05:31:09 |
| 4 | no protective order on this issue. | 05:31:10 |
| 5 | A. I guess my response is it's my understanding | 05:31:22 |
| 6 | that we have provided, for example, 2011 | 05:31:26 |
| 7 | National Electrical Code copies of all the | 05:31:31 |
| 8 | forms. | 05:31:33 |
| 9 | Q. How many different versions of the forms are | 05:31:38 |
| 10 | there? | 05:31:43 |
| 11 | MR. REHN: Object to the form. | 05:31:45 |
| 12 | Document speaks for itself. | 05:31:46 |
| 13 | A. My previous answer stands. | 05:31:50 |
| 14 | Q. And can you identify -- have you seen today | 05:31:53 |
| 15 | all of the different text variations that | 05:31:58 |
| 16 | NFPA has had in its assignment, in its | 05:32:04 |
| 17 | copyright forms? | 05:32:12 |
| 18 | MR. REHN: Object to the form. | 05:32:14 |
| 19 | Documents speak for themselves. | 05:32:15 |
| 20 | A. Given the magnitude of the number of forms | 05:32:18 |
| 21 | that we get on the order of tens of thousands | 05:32:20 |
| 22 | per year, I'm unable at this time to comment | 05:32:23 |
| 23 | on that. | 05:32:27 |
| 24 | (Exhibit 1272 marked for | 05:33:04 |
| 25 | identification.) | 05:33:07 |

Page 208

| | | |
|---|---|---|
| 1 | Q. Mr. Dubay, please identify Exhibit 1272. | 05:33:07 |
| 2 | A. (Witness examines document) This appears to | 05:33:32 |
| 3 | be a proposal form from our archives relating | 05:33:41 |
| 4 | to the 2014 National Electrical Code. | 05:33:44 |
| 5 | Q. This is a proposal that NFPA has maintained | 05:33:46 |
| 6 | in its archives in the ordinary course of | 05:33:52 |
| 7 | business? | 05:33:55 |
| 8 | A. It appears so. | 05:33:56 |
| 9 | Q. What is the reference to ISA in the box | 05:33:57 |
| 10 | under Heading No. 4? | 05:34:15 |
| 11 | A. ISA, it's my understanding ISA is a standards | 05:34:21 |
| 12 | organization, and he's referencing a newer | 05:34:35 |
| 13 | edition of that standard. I don't know the | 05:34:37 |
| 14 | specific acronym of ISA, what it stands for, | 05:34:39 |
| 15 | however. | 05:34:46 |
| 16 | Q. Do you recognize any differences between | 05:34:55 |
| 17 | the italicized language at the bottom of | 05:34:57 |
| 18 | Exhibit 1272 and the italicized language at | 05:35:01 |
| 19 | the bottom of Exhibit 1271? | 05:35:05 |
| 20 | A. Yes. | 05:35:12 |
| 21 | Q. What is the difference? | 05:35:19 |
| 22 | MR. REHN: Object to the form. The | 05:35:22 |
| 23 | documents speak for themselves. | 05:35:24 |
| 24 | A. Without doing a word-by-word comparison, it | 05:35:28 |
| 25 | just appears that there's difference in | 05:35:35 |

Page 209

53 (Pages 206 - 209)

| | |
|---|---|
| 1    length and some initial discussions around     05:35:37 | 1    off the record.                              05:38:17 |
| 2    the term "technical committee."              05:35:40 | 2        VIDEOGRAPHER:  The time is 5.38.     05:38:17 |
| 3    Q.  Is that all?                            05:35:43 | 3    This is the end of Tape No. 3, and we are now  05:38:19 |
| 4        MR. REHN:  Object to the form.  The   05:35:45 | 4    off the record.                              05:38:22 |
| 5    documents speak for themselves.              05:35:46 | 5        (Break taken)                           05:38:25 |
| 6    A.  No.                                     05:35:48 | 6        VIDEOGRAPHER:  The time is 5:53.     05:53:03 |
| 7    Q.  What else?                              05:35:48 | 7    This is the beginning of Tape No. 4, and we   05:53:15 |
| 8        MR. REHN:  Same objections.           05:35:54 | 8    are now back on the record.                  05:53:17 |
| 9    A.  Again, for example, the term starts out "I   05:36:00 | 9    BY MR. BRIDGES:                              05:53:20 |
| 10   agree" versus "I hereby."                   05:36:05 | 10   Q.  Mr. Dubay, you mentioned earlier that NFPA's   05:53:20 |
| 11   Q.  Do you see any reference to the phrase,   05:36:08 | 11   staff check each of these proposal and       05:53:26 |
| 12   "works-made-for-hire" in Exhibit 1272?     05:36:17 | 12   comment forms when they are submitted to look   05:53:34 |
| 13       MR. REHN:  Object to the form.        05:36:22 | 13   for signatures on the copyright language and   05:53:42 |
| 14   Document speaks for itself.                 05:36:24 | 14   indications as to whether the material is     05:53:46 |
| 15   A.  If you're referring to the italicized text,   05:36:26 | 15   original or comes from another source; is     05:53:48 |
| 16   I don't see the term "works-for-hire" at the   05:36:33 | 16   that correct?                                05:53:52 |
| 17   bottom of Exhibit 1272.                     05:36:35 | 17   A.  We have a policy that each and every      05:53:53 |
| 18   Q.  Were you aware of the change in the      05:36:37 | 18   proposal, public input or comment is reviewed   05:53:57 |
| 19   italicized text in the forms for proposal    05:36:42 | 19   for completeness being signature, copyright   05:53:59 |
| 20   between the 2011 National Electrical Code and   05:36:46 | 20   release as well as any attached materials for   05:54:03 |
| 21   the 2014 National Electrical Code?          05:36:49 | 21   potential copyright with those as well.       05:54:08 |
| 22       MR. REHN:  Object to the form.        05:36:52 | 22   Q.  How many proposals, communications with   05:54:11 |
| 23   Assumes facts.                              05:36:54 | 23   public input or comments, falling in the      05:54:20 |
| 24   A.  As I previously stated, there were changes   05:36:57 | 24   categories you just mentioned, does NFPA      05:54:26 |
| 25   made throughout my tenure at NFPA, and I'm   05:37:05 | 25   receive each year?                           05:54:29 |
|                                        Page 210 |                                        Page 212 |

| | |
|---|---|
| 1    not aware of specific changes, how they were   05:37:08 | 1    A.  I would approximate if you combine all of our   05:54:36 |
| 2    made, but the record before me shows two     05:37:11 | 2    documents in a given year on the magnitude of   05:54:40 |
| 3    versions.                                   05:37:14 | 3    public input or comments because that's all   05:54:43 |
| 4    Q.  Were you aware of these changes before    05:37:15 | 4    we accept now, is on the order of            05:54:47 |
| 5    today?                                      05:37:23 | 5    approximately 10,000, on average.            05:54:49 |
| 6    A.  I was aware before today that we had     05:37:23 | 6    Q.  So has that average been consistent over the   05:54:54 |
| 7    different versions.  I was not aware of      05:37:32 | 7    course of your tenure at NFPA?               05:55:01 |
| 8    specific versions related to specific time   05:37:35 | 8    A.  The average depends.  For example, on one   05:55:07 |
| 9    frames as shown here.                       05:37:37 | 9    year on one document, we got 15,000 public   05:55:11 |
| 10   Q.  Do you have any understanding as to the   05:37:40 | 10   comments.                                   05:55:14 |
| 11   reason for the change in the italicized      05:37:42 | 11   Q.  What document and year was that?         05:55:17 |
| 12   language at the bottom of Exhibits 1271 and   05:37:47 | 12   A.  I'm not sure of the year.  It was NFPA 1,500.   05:55:19 |
| 13   1272?                                       05:37:51 | 13   Q.  What is that document?                   05:55:23 |
| 14       MR. REHN:  Object to the form.        05:37:51 | 14   A.  I believe the title is Occupation Safety and   05:55:25 |
| 15   The question appears to call for a legal     05:37:53 | 15   Health For Firefighters.  But the best of my   05:55:32 |
| 16   opinion.  As a precautionary measure, I'll   05:37:57 | 16   recollection, I don't think that's the exact   05:55:36 |
| 17   instruct the witness to exclude from his     05:37:57 | 17   title.                                      05:55:37 |
| 18   answer anything that was revealed in         05:37:57 | 18   Q.  So over the course of your tenure at NFPA,   05:55:38 |
| 19   substance through communications with legal   05:38:00 | 19   what do you believe the average number of     05:55:46 |
| 20   counsel.                                    05:38:01 | 20   comments and proposals to have been in one    05:55:49 |
| 21   A.  Can you read back the question, please?   05:38:08 | 21   year?                                       05:55:57 |
| 22   Q.  I'll restate it.                        05:38:10 | 22   A.  I would speculate that over the course of   05:55:57 |
| 23       VIDEOGRAPHER:  Could we change the    05:38:14 | 23   the time, it's in the 10s, 10,000-ish per    05:55:59 |
| 24   tape?                                       05:38:15 | 24   year depending on what documents are in       05:56:04 |
| 25       MR. BRIDGES:  We'll go off, we'll go   05:38:15 | 25   cycle.                                      05:56:09 |
|                                        Page 211 |                                        Page 213 |

Veritext Legal Solutions
866 299-5127

1  Q. How many persons check those proposals and     05:56:09
2     submissions for signatures and for the          05:56:15
3     copyright language?                              05:56:17
4        MR. REHN: Objection as to form.              05:56:19
5     It's vague as to time.                           05:56:21
6  A. Currently our process is that it happens        05:56:25
7     at least in two ways. It's automatic with        05:56:30
8     our online submission system that you have       05:56:33
9     to check the appropriate releases and provide    05:56:35
10    an electronic signature before you submit.       05:56:38
11    And then secondly, where there's attached        05:56:42
12    materials or the alternative copyright, then     05:56:45
13    there's a human intervention.                    05:56:48
14 Q. How many people perform that task in any        05:56:51
15    given year?                                       05:56:54
16       MR. REHN: Same objection.                    05:56:57
17    Ambiguous as to time.                            05:56:58
18 A. Currently we have a department of eight         05:57:00
19    full-time project administrators and one         05:57:05
20    additional manager. And in times of high        05:57:09
21    volume, we may bring in additional staff         05:57:12
22    resources to assist with that process.           05:57:15
23 Q. What's the largest number of persons you've     05:57:20
24    had engaged in that process at any one time?    05:57:22
25 A. I don't have direct first-hand knowledge of     05:57:27

Page 214

1     that because the team scales up as they need    05:57:35
2     to and utilize staff from other portions of     05:57:41
3     my department to get the job done.              05:57:41
4  Q. What's your understanding as to the largest     05:57:46
5     number of persons participating in that         05:57:46
6     process at any one time?                        05:57:49
7  A. Again, I would say -- I would have to go with   05:57:50
8     an average and on average, it's that eight to   05:57:58
9     ten, the nine, the eight full-time project      05:58:01
10    administrators, the manager and an additional   05:58:03
11    administrative assistant as needed.             05:58:06
12 Q. Was the number larger when there was no         05:58:09
13    automatic online submission form?               05:58:15
14 A. Yes.                                            05:58:21
15 Q. How many persons in a given year before the     05:58:21
16    automatic online submission form that           05:58:29
17    reviewed these submissions for signatures and   05:58:33
18    copyright language?                              05:58:35
19 A. Historically we've used, utilized a different   05:58:39
20    staffing model where we had more individual     05:58:42
21    one-on-one review of each paper submission.     05:58:45
22    And in that case, there was approximately,      05:58:48
23    date depended, approximately an additional 10   05:58:52
24    to 13 additional individuals.                   05:58:54
25 Q. So in addition to the eight to ten number you  05:59:02

Page 215

1     gave me now, you had another 10 to 13, so       05:59:06
2     you're looking at somewhere between 18 and 23   05:59:09
3     persons checking signatures and copyright       05:59:14
4     language before the automated submission        05:59:17
5     process went into effect?                       05:59:21
6  A. With our old system, our paper system, those   05:59:25
7     18 to 20 people did the same jobs that our      05:59:29
8     project administrators do, which includes       05:59:32
9     reviewing for copyright but also preparing      05:59:35
10    ballots, mailings to committees, committee      05:59:37
11    notices and such. So those assignments, with   05:59:40
12    the old process, were much more manually        05:59:43
13    intensive.                                       05:59:45
14 Q. But you had how many persons doing the review   05:59:46
15    during the manual process in total?             05:59:51
16       MR. REHN: Objection. Asked and              05:59:55
17    answered.                                        05:59:56
18 A. So to ensure that it's a clear answer, they    05:59:57
19    were not solely doing review. It's              06:00:01
20    supporting the committee process. We had an    06:00:03
21    approximately, I would say, 15 to 20            06:00:05
22    administrative staff in that process.           06:00:08
23 Q. And on average before the new automated        06:00:12
24    online submission system, what percentage of   06:00:18
25    their time did the 15 to 20 administrative     06:00:21

Page 216

1     staff spend checking for signatures and        06:00:24
2     copyright information on the submissions?       06:00:33
3  A. I can't speculate on what percentage of the    06:00:45
4     time, but what I can say is the vast majority   06:00:47
5     of their time was spent preparing the          06:00:50
6     material for the committee process, which       06:00:52
7     included keying those changes, verifying       06:00:54
8     copyright, making sure the agendas were        06:00:57
9     ready, supporting the standard system.         06:01:00
10 Q. So I'm asking your best estimate as to what    06:01:02
11    percentage of the time they spent checking     06:01:05
12    for signatures, verifying the copyright        06:01:07
13    information.                                     06:01:10
14 A. If I was to speculate, I would say at least    06:01:16
15    50 percent of their time was related to the    06:01:20
16    establishment of the agendas for the           06:01:25
17    committee meetings, which included the         06:01:28
18    proposals, comments, verifying materials, all  06:01:30
19    complete, consolidating all that data and      06:01:32
20    information for preparation for the committee   06:01:36
21    meeting.                                         06:01:38
22 Q. But that wasn't answering my question. My      06:01:38
23    question was about the percentage of time      06:01:40
24    spent checking for signatures and copyright    06:01:42
25    information. Please answer that question.       06:01:44

Page 217

55 (Pages 214 - 217)

| | Page 218 | | | Page 220 |
|---|---|---|---|---|

1     MR. REHN:  Object to the form.     06:01:45
2     Argumentative.  Question has been asked and     06:01:46
3     answered.     06:01:49
4     A.  And my response remains the same that I can't     06:01:50
5     speculate specifically to that level of     06:01:52
6     detail of their day-to-day tasks.     06:01:54
7     Q.  You can speculate as to specific detail about     06:01:57
8     other tasks, but not about these tasks?     06:02:00
9     MR. REHN:  Objection.     06:02:02
10     Argumentative.  Mischaracterizes the     06:02:03
11     testimony.     06:02:05
12     Q.  Why are you not answering the question I've     06:02:05
13     asked, which is, what's your best estimate of     06:02:07
14     the time, of the percentage of time those     06:02:10
15     persons spent on checking for signatures and     06:02:12
16     copyright information in the submissions?     06:02:17
17     MR. REHN:  Objection.     06:02:20
18     Argumentative.  Asked and answered.     06:02:21
19     A.  I can speculate on their total workload,     06:02:24
20     their tasks they took --     06:02:27
21     Q.  That wasn't my question.  My question is,     06:02:29
22     what percentage applied to checking for     06:02:30
23     signatures and copyright information?  That's     06:02:33
24     my question.  Is it clear?     06:02:37
25     MR. REHN:  Objection.     06:02:39

Page 218

1     Argumentative.     06:02:39
2     Q.  Is the question clear?     06:02:41
3     A.  No.     06:02:43
4     Q.  What's unclear about it?  Do you understand     06:02:44
5     what checking for signatures means in looking     06:02:47
6     at the assignment for copyright forms?  Do     06:02:51
7     you understand?     06:02:58
8     MR. REHN:  Objection.     06:02:58
9     Argumentative.     06:02:59
10     A.  I understand that we have a policy that each     06:03:00
11     and every proposal and comment is checked for     06:03:02
12     copyright and any associated submitted     06:03:04
13     material is also checked.  I have a team, a     06:03:07
14     full-time staff that that is one of their     06:03:09
15     primary tasks to do each and every day.     06:03:11
16     Q.  Great.  I'm glad to know about the policy.     06:03:14
17     Now I repeat my question, what percentage of their     06:03:18
18     time do you estimate, your best estimate,     06:03:23
19     that they spend carrying out that policy?     06:03:27
20     MR. REHN:  Objection.  Asked and     06:03:30
21     answered.     06:03:31
22     A.  I would restate that, due to all the     06:03:34
23     variables and the amount of variations that     06:03:37
24     happen each year, I cannot speculate on that     06:03:39
25     specific singular task.     06:03:42

Page 219

1     Q.  You can't give any estimate at all?     06:03:44
2     A.  No.     06:03:46
3     Q.  Were you ever aware of how much time they     06:03:46
4     spent on the task?     06:03:54
5     A.  I'm aware of the full-time resources that it     06:03:57
6     takes to accomplish our process of supporting     06:04:00
7     our technical committees.     06:04:03
8     Q.  But you're unaware of how much time they     06:04:08
9     spend carrying out the policy that you     06:04:10
10     described?     06:04:14
11     MR. REHN:  Objection.     06:04:14
12     Argumentative.     06:04:14
13     A.  I believe I've answered your question.     06:04:17
14     Q.  What verification -- strike that.     06:04:19
15     What efforts did NFPA make to obtain     06:04:34
16     assignments from the companies that employed     06:04:38
17     individuals who submitted proposals or     06:04:48
18     comments for NFPA's codes and standards?     06:04:53
19     MR. REHN:  Object to the form.  It's     06:04:58
20     ambiguous.  It assumes facts.  There's some     06:05:00
21     embedded legal conclusions.     06:05:04
22     A.  NFPA verifies through our policy the     06:05:07
23     submission from the individual.  We do not go     06:05:11
24     to their companies to verify authority of     06:05:16
25     their signature.     06:05:18

Page 220

1     Q.  And how does NFPA verify submissions from the     06:05:20
2     individuals?     06:05:30
3     MR. REHN:  Objection.  I think this     06:05:36
4     topic has been extensively asked and answered     06:05:38
5     at this point.     06:05:40
6     A.  Several ways, one of which includes verifying     06:05:43
7     that the submitter has signed the release     06:05:46
8     form indicating it is their right or their     06:05:48
9     authority to release it.     06:05:53
10     Q.  What else does NFPA do to verify the     06:05:54
11     submission from the individual?     06:06:06
12     MR. REHN:  Same objection.     06:06:08
13     A.  Another example is if we review the material     06:06:10
14     and there's an obvious copyright statement     06:06:14
15     that is not of that individual who submitted     06:06:18
16     it, we then contact them and if possible, we     06:06:21
17     contact the owner of the copyright of the     06:06:24
18     statement that's within that attached     06:06:27
19     material.     06:06:28
20     Q.  What else does NFPA do to verify the     06:06:31
21     submission from the individual?     06:06:35
22     MR. REHN:  Same objection.     06:06:37
23     A.  That's -- to the best of my recollection,     06:06:44
24     that's the direct way we do it to the person     06:06:48
25     who submitted it.     06:06:50

Page 221

| | | | | | |
|---|---|---|---|---|---|
| 1 | Q. Do you recall anything else that NFPA does to | 06:06:51 | | A. Language within parentheses, what I see is | 06:10:53 |

1 Q. Do you recall anything else that NFPA does to 06:06:51
2 verify the submission from the individual? 06:06:54
3 MR. REHN: Same objection. Asked 06:06:57
4 and answered. 06:06:58
5 A. No. 06:06:59
6 Q. Does NFPA have any documents setting out the 06:07:00
7 verification process that you've described? 06:07:31
8 A. I believe that our codes and standards 06:07:41
9 department has a best practices document on 06:07:47
10 how to process each review. 06:07:51
11 Q. Who wrote that best practices document? 06:07:52
12 A. I don't know. 06:07:56
13 Q. Do you know whether the best practices 06:07:58
14 document says anything about getting 06:08:04
15 assignments or copyright releases from 06:08:05
16 employers of individuals who have submitted 06:08:09
17 proposals or comments? 06:08:13
18 A. Without reviewing that document in 06:08:15
19 specificity, I can't comment to that. 06:08:18
20 Q. Do you know whether that document was 06:08:21
21 produced in this litigation? 06:08:27
22 A. I do not know. 06:08:31
23 (Exhibit 1273 marked for 06:08:34
24 identification.) 06:08:43
25 Q. Can you please identify Exhibit 1273. 06:08:43
Page 222

1 A. Language within parentheses, what I see is 06:10:53
2 the note original material. Is that what 06:11:01
3 you're referring to? 06:11:04
4 Q. Right. 06:11:05
5 A. Okay. 06:11:05
6 Q. Was that language -- that language was in a 06:11:06
7 number of NFPA's forms, correct? 06:11:11
8 MR. REHN: Objection. The documents 06:11:16
9 speak for themselves. 06:11:17
10 A. Based upon my knowledge and review today, it 06:11:23
11 appears similar to other statements I've 06:11:30
12 seen. 06:11:32
13 Q. In other forms provided by NFPA for comments 06:11:32
14 or proposals, correct? 06:11:36
15 A. It appears consistent to the proposal form. 06:11:39
16 (Exhibit 1275 marked for 06:12:08
17 identification.) 06:12:27
18 Q. Please identify Exhibit 1275. 06:12:27
19 A. (Witness examines document) Exhibit 1275 06:12:34
20 appears to be a proposal form on NFPA 101 06:12:39
21 from our archives. 06:12:44
22 Q. And this appears to be a proposal from a 06:12:47
23 Robert DiAngelo of the U.S. Army Corps of 06:12:53
24 Engineers; is that right? 06:12:56
25 A. Based upon the form, yes, it appears to be 06:13:00
Page 224

1 A. (Witness examines document) Looks like an 06:08:47
2 archival version of a form proposals on one 06:09:04
3 of our documents, looks like the National 06:09:07
4 Electrical Code. 06:09:10
5 Q. This is from -- NFPA maintained this like the 06:09:10
6 other documents in the ordinary course of 06:09:15
7 business as part of the standards development 06:09:17
8 process? 06:09:19
9 A. Yes. This document appears to be one from 06:09:19
10 our standards archive. 06:09:21
11 (Exhibit 1274 marked for 06:09:38
12 identification.) 06:09:50
13 Q. Can you please identify Exhibit 1274. 06:09:50
14 A. (Witness examines document) This appears to 06:10:06
15 be an archival from our archives of the 2008 06:10:14
16 National Electrical Code proposal. 06:10:21
17 Q. Proposal from Doug Lee of the Consumer 06:10:24
18 Products Safety Commission? 06:10:28
19 A. Yes. 06:10:28
20 Q. Down below you see Item 5 has been marked 06:10:28
21 with an X? 06:10:37
22 A. Yup. 06:10:38
23 Q. It says, "This proposal is original material" 06:10:40
24 and then there's language after that, "NA" 06:10:42
25 within parentheses. Do you see that? 06:10:50
Page 223

1 correct from Mr. DiAngelo. 06:13:03
2 Q. Based on your position at NFPA, what 06:13:04
3 verification would you expect the project 06:13:09
4 administrators to conduct with respect to 06:13:12
5 this proposal? 06:13:18
6 A. I would anticipate that they would review the 06:13:28
7 form and ensure that it's been completed, 06:13:31
8 it's appropriate on the edition of the 06:13:35
9 document, that the appropriate checks box has 06:13:37
10 been selected and that it is signed by the 06:13:40
11 submitter. 06:13:43
12 Q. And what makes it -- how does one determine 06:13:43
13 the appropriate check box? 06:13:47
14 A. There's a box checked in this case, the 06:13:49
15 original material is checked, so there's a 06:13:52
16 selection and there's a signature. 06:13:55
17 Q. Has it been the practice of anyone at NFPA to 06:13:58
18 contact the company listed on these forms, 06:14:03
19 here, the U.S. Army Corps of Engineers, to 06:14:07
20 confirm the authority of the submitter to 06:14:11
21 submit a proposal like this? 06:14:16
22 MR. REHN: Object to the form. 06:14:17
23 A. Again, based on my 20 years of experience, 06:14:21
24 this type of form, this type of signature and 06:14:26
25 original material signature has never been 06:14:28
Page 225

57 (Pages 222 - 225)

| | | |
|---|---|---|
| 1 | questioned, challenged or brought into | 06:14:30 |
| 2 | consideration on the authority aspect. It's | 06:14:35 |
| 3 | the understanding that the person's | 06:14:36 |
| 4 | submitting it to the NFPA codes and standards | 06:14:38 |
| 5 | process. | 06:14:41 |
| 6 | Q. It's the understanding that the person | 06:14:42 |
| 7 | submitting to the NFPA code and standards | 06:14:49 |
| 8 | process does what? | 06:14:52 |
| 9 | MR. REHN: I believe what he said | 06:14:54 |
| 10 | was the person is submitting it to the NFPA | 06:14:55 |
| 11 | code and standard. Is that what you said? | 06:14:58 |
| 12 | THE WITNESS: Yes. | 06:15:02 |
| 13 | MR. REHN: I think the transcript | 06:15:04 |
| 14 | didn't catch the "is." | 06:15:05 |
| 15 | Q. Mr. DiAngelo gives a company and a business | 06:15:08 |
| 16 | address on this form, does he not? | 06:15:15 |
| 17 | A. Yes, it appears so. | 06:15:23 |
| 18 | (Exhibit 1276 marked for | 06:15:46 |
| 19 | identification.) | 06:15:57 |
| 20 | Q. Can you please identify Exhibit 1276. | 06:15:57 |
| 21 | A. (Witness examines document) This appears to | 06:16:00 |
| 22 | be an -- Exhibit 1276 appears to be a | 06:16:18 |
| 23 | proposal NFPA 13 from our archives. | 06:16:22 |
| 24 | Q. And the submitter indicates his company and | 06:16:42 |
| 25 | his apparent business address; is that | 06:16:54 |

Page 226

| | | |
|---|---|---|
| 1 | correct? | 06:17:02 |
| 2 | MR. REHN: Object to the form. | 06:17:02 |
| 3 | A. Based upon my review of Exhibit 1276, it does | 06:17:04 |
| 4 | appear that he states a company and street | 06:17:08 |
| 5 | address. | 06:17:10 |
| 6 | Q. The company -- you understand that to be the | 06:17:19 |
| 7 | company's street address? | 06:17:20 |
| 8 | MR. REHN: Object to the form. | 06:17:22 |
| 9 | Calls for speculation. | 06:17:23 |
| 10 | A. I have no way to confirm that at this time. | 06:17:27 |
| 11 | (Exhibit 1277 marked for | 06:17:45 |
| 12 | identification.) | 06:18:22 |
| 13 | Q. Please identify Exhibit 1277. | 06:18:22 |
| 14 | A. (Witness examines document) Exhibit 1277 | 06:18:27 |
| 15 | appears to be a proposal on NFPA 10 from our | 06:18:39 |
| 16 | archive. | 06:18:43 |
| 17 | Q. Do you recall -- strike that. | 06:18:47 |
| 18 | What verification of this submission | 06:19:02 |
| 19 | would you expect project administrators to | 06:19:05 |
| 20 | have performed on this document? | 06:19:09 |
| 21 | A. Based upon my review, there's two things that | 06:19:21 |
| 22 | stands out to me. One is Mr. Burns has not | 06:19:26 |
| 23 | indicated how he wants us to communicate with | 06:19:29 |
| 24 | him because we ensure that we respond to each | 06:19:31 |
| 25 | and every proposal. So there's an indication | 06:19:34 |

Page 227

| | | |
|---|---|---|
| 1 | at the top he's not completed. | 06:19:36 |
| 2 | And secondly, Item 5 he said this is | 06:19:38 |
| 3 | not his original material, so I wouldn't | 06:19:40 |
| 4 | assume that, based upon our policy, this | 06:19:43 |
| 5 | would not have been project administrators at | 06:19:46 |
| 6 | this time, it would have been the admin staff | 06:19:48 |
| 7 | back in 2000 would have contacted Mr. Burns | 06:19:49 |
| 8 | to find out the relationship to Mr. Houston | 06:19:53 |
| 9 | and act accordingly, based upon what they | 06:19:56 |
| 10 | found out. | 06:19:59 |
| 11 | Q. So in your view, it's possible that this | 06:20:02 |
| 12 | proposal might have been rejected on | 06:20:03 |
| 13 | formality grounds? | 06:20:06 |
| 14 | MR. REHN: Object to the form. | 06:20:08 |
| 15 | A. I have no knowledge of what the final result | 06:20:10 |
| 16 | was on this proposal. | 06:20:15 |
| 17 | Q. Is that a possibility? | 06:20:16 |
| 18 | MR. REHN: Same objection. | 06:20:17 |
| 19 | A. That is a possibility. It's also a | 06:20:21 |
| 20 | possibility that Mr. Burns, or Mr. Houston | 06:20:23 |
| 21 | could have submitted it on his own and | 06:20:25 |
| 22 | provided a statement to supplement the | 06:20:27 |
| 23 | record. | 06:20:52 |
| 24 | (Exhibit 1278 marked for | 06:20:52 |
| 25 | identification.) | 06:20:59 |

Page 228

| | | |
|---|---|---|
| 1 | Q. Please identify Exhibit 1278. | 06:20:59 |
| 2 | A. (Witness examines document) Exhibit 1278 | 06:21:02 |
| 3 | appears to be a proposal form on NFPA 10 from | 06:21:18 |
| 4 | our archives. | 06:21:22 |
| 5 | (Exhibit 1279 marked for | 06:21:39 |
| 6 | identification.) | 06:21:50 |
| 7 | Q. Please identify Exhibit 1279. | 06:21:50 |
| 8 | A. (Witness examines document) Exhibit 1279 | 06:21:57 |
| 9 | appears to be a proposal on NFPA 12 from our | 06:22:13 |
| 10 | archives. | 06:22:18 |
| 11 | Q. It's also indicated that the proposal is not | 06:22:21 |
| 12 | original material, correct? | 06:22:29 |
| 13 | A. Based upon my review, it appears that the | 06:22:35 |
| 14 | submitter, Mr. Kennedy, is looking to update | 06:22:38 |
| 15 | a reference to a document not published by | 06:22:40 |
| 16 | NFPA. | 06:22:43 |
| 17 | Q. Was he looking to update a reference or to | 06:22:44 |
| 18 | correct an error? | 06:22:48 |
| 19 | MR. REHN: Object to the form. | 06:22:49 |
| 20 | Q. Do you see where he says the ASME code | 06:22:55 |
| 21 | is referenced incorrectly? | 06:22:58 |
| 22 | A. Based upon my experience in NFPA standards | 06:23:14 |
| 23 | development process, our documents could also | 06:23:22 |
| 24 | be referred to as ANSI, NFPA. Those are | 06:23:25 |
| 25 | ANSI-accredited standards. In this case it | 06:23:31 |

Page 229

58 (Pages 226 - 229)

| | | |
|---|---|---|
| 1 | appears that this gentleman is looking to | 06:23:31 |
| 2 | delete the ANSI term in front of ASME. But | 06:23:33 |
| 3 | based upon my experience, ASME 31.1 is an | 06:23:37 |
| 4 | ANSI-accredited standard. | 06:23:42 |
| 5 | Q. ANSI-accredited? | 06:23:45 |
| 6 | A. Yes, sir. | 06:23:47 |
| 7 | Q. Does that mean issued by ANSI? | 06:23:47 |
| 8 | MR. REHN: Object to the form. May | 06:23:51 |
| 9 | call for speculation. Outside the scope. | 06:23:52 |
| 10 | A. No. | 06:23:54 |
| 11 | Q. Does that mean that -- so is it permissible | 06:23:55 |
| 12 | for persons to refer to NFPA codes that are | 06:24:04 |
| 13 | ANSI-accredited as ANSI codes? | 06:24:08 |
| 14 | MR. REHN: Object to the form. | 06:24:13 |
| 15 | Ambiguous. Confusing. Outside the scope. | 06:24:15 |
| 16 | A. It would be appropriate to refer to NFPA | 06:24:21 |
| 17 | standards as ANSI-accredited standards. | 06:24:24 |
| 18 | Q. Is it appropriate to refer to them as -- is | 06:24:27 |
| 19 | it appropriate to refer -- strike that. | 06:24:30 |
| 20 | Is it NFPA 70 ANSI-accredited? | 06:24:33 |
| 21 | MR. REHN: Outside the scope. The | 06:24:37 |
| 22 | witness may answer if he knows. | 06:24:39 |
| 23 | A. Yes. It's processed through our | 06:24:41 |
| 24 | ANSI-accredited standards development system. | 06:24:48 |
| 25 | Q. And is it appropriate to refer to it as | 06:24:50 |

Page 230

| | | |
|---|---|---|
| 1 | ANSI 70? | 06:24:57 |
| 2 | MR. REHN: Objection as to form. | 06:24:57 |
| 3 | Vague. | 06:25:00 |
| 4 | A. No. | 06:25:03 |
| 5 | Q. Why not? | 06:25:03 |
| 6 | A. Because it's NFPA 70. | 06:25:04 |
| 7 | Q. To your knowledge, is ASME B31.1 also known | 06:25:16 |
| 8 | as ANSI ASME B31.1? | 06:25:44 |
| 9 | A. Historically, yes. | 06:25:55 |
| 10 | Q. Is it also known as ANSI B31.1? | 06:25:57 |
| 11 | A. Not to my knowledge. | 06:26:04 |
| 12 | Q. Historically has NFPA 70 ever been referred | 06:26:05 |
| 13 | to ANSI NFPA 70? | 06:26:10 |
| 14 | MR. REHN: I'll object to this | 06:26:16 |
| 15 | question as to being outside the scope. The | 06:26:19 |
| 16 | witness can answer if he knows. | 06:26:21 |
| 17 | A. Not to my knowledge. | 06:26:22 |
| 18 | Q. Would it ever be appropriate to refer to | 06:26:24 |
| 19 | NFPA 70 as ANSI 70? | 06:26:27 |
| 20 | MR. REHN: Same objection to scope | 06:26:31 |
| 21 | and objection to the form of the question. | 06:26:33 |
| 22 | A. No. | 06:26:35 |
| 23 | (Exhibit 1280 marked for | 06:26:38 |
| 24 | identification.) | 06:26:47 |
| 25 | Q. Please identify Exhibit 1280. | 06:26:47 |

Page 231

| | | |
|---|---|---|
| 1 | A. (Witness examines document) This appears to | 06:26:49 |
| 2 | be a proposal form with its attached | 06:27:00 |
| 3 | documents to NFPA 101 from our archives. | 06:27:03 |
| 4 | (Exhibit 1281 marked for | 06:27:35 |
| 5 | identification.) | 06:27:44 |
| 6 | Q. Please identify Exhibit 1281. | 06:27:44 |
| 7 | A. (Witness examines document) It appears to | 06:27:48 |
| 8 | be a proposal from our archives relating to | 06:28:18 |
| 9 | NFPA 70. | 06:28:22 |
| 10 | (Exhibit 1282 marked for | 06:28:31 |
| 11 | identification.) | 06:28:53 |
| 12 | Q. Please identify Exhibit 1282. | 06:28:53 |
| 13 | A. (Witness examines document) Exhibit 1282 | 06:29:05 |
| 14 | appears to be a proposal from our archives | 06:29:16 |
| 15 | on NFPA 70. | 06:29:20 |
| 16 | (Exhibit 1283 marked for | 06:29:49 |
| 17 | identification.) | 06:29:59 |
| 18 | Q. Please identify Exhibit 1283. | 06:29:59 |
| 19 | A. (Witness examines document) It appears to | 06:30:05 |
| 20 | be a recommendation from the Department of | 06:30:44 |
| 21 | the Army for a change to our Life Safety | 06:30:46 |
| 22 | Code. | 06:30:53 |
| 23 | Q. Would it have been a policy of NFPA's to | 06:30:53 |
| 24 | reject this recommendation for failure to | 06:30:57 |
| 25 | include copyright language? | 06:31:02 |

Page 232

| | | |
|---|---|---|
| 1 | A. Our policy is not to reject a submission on | 06:31:05 |
| 2 | the basis of it just initially lacking the | 06:31:09 |
| 3 | form. Our policy would be to follow up as | 06:31:11 |
| 4 | requested by a Lieutenant Colonel | 06:31:14 |
| 5 | Everette Horne with Mr. Prediger to determine | 06:31:18 |
| 6 | if they wished to submit a formal | 06:31:25 |
| 7 | recommendation through the process and to | 06:31:27 |
| 8 | help them through that process. | 06:31:29 |
| 9 | Q. Would NFPA require a signature on a copyright | 06:31:31 |
| 10 | form in order to consider recommendation for | 06:31:36 |
| 11 | a change by the Department of the Army? | 06:31:39 |
| 12 | A. Our policy would say that if they're | 06:31:45 |
| 13 | submitting a formal recommendation through | 06:31:48 |
| 14 | our public process, yes. However, if they | 06:31:50 |
| 15 | wish to attend the committee meeting to | 06:31:53 |
| 16 | discuss a change with the committee or | 06:31:55 |
| 17 | present material to the committee, we have | 06:31:58 |
| 18 | open meetings and we would allow that. | 06:32:00 |
| 19 | Q. There are persons permitted to attend | 06:32:03 |
| 20 | committee meetings and to make suggestions at | 06:32:07 |
| 21 | committee meetings without signing documents | 06:32:10 |
| 22 | that yield all copyright rights and their | 06:32:14 |
| 23 | contributions to NFPA? | 06:32:19 |
| 24 | MR. REHN: Objection to form. Calls | 06:32:21 |
| 25 | for a legal opinion. | 06:32:22 |

Page 233

59 (Pages 230 - 233)

1   A.  Members of the public or whoever, I guess    06:32:25
2       private sector or public sector, are    06:32:28
3       permitted to attend our committee meetings    06:32:31
4       and discuss issues with our technical    06:32:32
5       committee.    06:32:34
6           Ultimately in the committee meeting,    06:32:34
7       our technical committee members are    06:32:39
8       responsible for developing any text or    06:32:39
9       changes to the document in coordination with    06:32:41
10      staff.    06:32:43
11  Q.  Are members of the public who attend the open    06:32:44
12      technical committee meetings permitted to    06:32:46
13      suggest textural revisions or additions?    06:32:50
14          MR. REHN:  Objection to form.    06:32:57
15  A.  We do not limit the statements on the public.    06:32:58
16          MR. BRIDGES:  Let's go off the    06:33:04
17      record, if we may, briefly.  What I'm going    06:33:06
18      to ask him to do when we come back is to    06:33:09
19      authenticate a bunch of the codes.    06:33:11
20          VIDEOGRAPHER:  The time is 6:33.  We    06:33:14
21      are now off the record.    06:33:17
22          (Break taken)    06:33:20
23          VIDEOGRAPHER:  The time is 6:47, and    06:47:26
24      we are now back on the record.    06:47:32
25          MR. BRIDGES:  Thank you.  As we went    06:47:33

Page 234

1       off the record, I was discussing a desire to    06:47:37
2       authenticate a number of the NFPA codes and    06:47:40
3       standards at issue in the case.    06:47:43
4           I think we have an agreement; I'd    06:47:45
5       just like to get a stipulation on the record    06:47:46
6       that rather than authenticating a bunch of    06:47:48
7       big documents, counsel will agree that NFPA    06:47:53
8       counsel will furnish us Bates ranges of the    06:47:58
9       standards at issue in the lawsuit and that we    06:48:06
10      can rely upon copies of those documents with    06:48:09
11      those Bates numbers as produced as authentic    06:48:12
12      copies of the relevant codes and standards.    06:48:15
13      Is that agreeable?    06:48:17
14          MR. REHN:  We will -- yeah, we'll    06:48:18
15      stipulate that we will agree to a method of    06:48:22
16      identifying the standards at issue in the    06:48:26
17      case.  We're amenable to Bates numbers, but    06:48:28
18      we'll take it under advisement as to the most    06:48:34
19      efficient way to do that.    06:48:36
20          MR. BRIDGES:  Can we get that    06:48:37
21      information within 15 days?    06:48:38
22          MR. REHN:  Sure, and we'll be happy    06:48:40
23      to meet further to hammer out the details.    06:48:41
24      But with respect to the standards at issue in    06:48:44
25      this case, we are going to be objecting --    06:48:46

Page 235

1       we'll stipulate to true and correct copies of    06:48:53
2       the standards at issue in this case.    06:48:55
3           MR. BRIDGES:  You'll stipulate to    06:48:57
4       the fact that they are true and correct    06:48:58
5       copies if they were produced?    06:48:59
6           MR. REHN:  Sure.    06:49:00
7           MR. BRIDGES:  Okay.  Thanks.    06:49:01
8       BY MR. BRIDGES:    06:49:01
9   Q.  I'm not marking this as an exhibit, but I'm    06:49:04
10      referring to it by the numbers stamped at    06:49:06
11      the bottom.  Can you please identify the    06:49:11
12      document that starts at 17535, ends at 18417.    06:49:17
13          I'm not asking you to look through    06:49:28
14      every page, but I assume that this is a copy    06:49:30
15      of the 2011 edition of the National    06:49:33
16      Electrical Code.  Does that seem correct to    06:49:38
17      you?    06:49:41
18  A.  Based upon what I have in front of me, it    06:49:42
19      appears to be a copy of the 2011 National    06:49:44
20      Electrical Code.    06:49:49
21  Q.  There are some items within this document    06:49:49
22      that have some shading.  I don't know if    06:49:53
23      they're in color on other instances of it,    06:49:56
24      but let me ask you to refer to the page with    06:50:00
25      Bates No. 17729, for example.    06:50:03

Page 236

1   A.  17729?    06:50:07
2   Q.  Right.  Do you see shading at several points    06:50:17
3       on that page?    06:50:20
4   A.  Yes, I do see shading.    06:50:23
5   Q.  I'm not referring to the shading around the    06:50:25
6       article titles.  What does the other shading    06:50:28
7       on the page indicate?    06:50:31
8   A.  Shading within the NEC indicates locations    06:50:35
9       where changes have occurred between editions.    06:50:39
10  Q.  How many times -- through how many editions    06:50:42
11      was this a means of indicating changes from    06:50:47
12      earlier editions?    06:50:49
13  A.  To the best of my knowledge, with respect to    06:50:53
14      the NEC, which is one of the few documents we    06:50:58
15      use shading, it was for the 2011 and 2014.  I    06:51:01
16      do not recall if it was prior to that.    06:51:06
17  Q.  So in the 2014, if there's shading, it means    06:51:08
18      something changed there compared to the 2011    06:51:12
19      edition, correct?    06:51:14
20  A.  Correct.    06:51:15
21  Q.  And the 2011 edition, if there's shading,    06:51:16
22      that indicates that there's something changed    06:51:19
23      there from the 2008 edition.  Is that a fair    06:51:21
24      inference?    06:51:27
25  A.  If you refer to Page 17559 --    06:51:36

Page 237

60 (Pages 234 - 237)

1  Q. Yes.                                    06:51:42
2  A. Top left-hand paragraph below the bold  06:51:52
3     discusses what we used to indicate changes  06:51:57
4     including shaded or bulleting, like a dot.  06:51:59
5  Q. It says, "Changes other than editorial are  06:52:07
6     highlighted with gray shading."  Do you see  06:52:13
7     that?                                   06:52:15
8  A. Yes.                                    06:52:15
9  Q. What's an example of some editorial changes  06:52:16
10    that would have occurred between editions of  06:52:19
11    the NEC?                                 06:52:22
12 A. Sample could be a spelling error.        06:52:23
13 Q. Anything else?                           06:52:34
14 A. The only thing I can think of is occasionally  06:52:36
15    documents, paragraphs roll into each other,  06:52:46
16    so spacing, things like that.            06:52:50
17 Q. The document contains lists of persons    06:52:52
18    starting at Page 17547 up through Page 17558,  06:53:07
19    correct?                                 06:53:18
20        MR. FEE:  Could you repeat that.      06:53:25
21    What was the question?                   06:53:30
22 Q. The document contains lists of persons    06:53:31
23    starting at Page 17547 up through Page 17558,  06:53:34
24    correct?                                 06:53:39
25 A. Just to make sure I understand your question,  06:53:41

Page 238

1     you just indicated there is a list of   06:53:49
2     persons?                                06:53:50
3  Q. Right.                                   06:53:51
4  A. Those pages appear to contain lists of   06:53:54
5     technical committee members as well as NFPA  06:53:57
6     staff, where appropriate.               06:54:00
7  Q. And I think you testified earlier but just  06:54:02
8     for the sake of clarification, committees  06:54:04
9     that are called technical committees for  06:54:09
10    other codes and standards are called     06:54:11
11    code-making panels when it comes to the  06:54:13
12    National Electrical Code; is that correct?  06:54:15
13 A. That is partially correct. There are two  06:54:18
14    ways we address the National Electrical Code.  06:54:21
15    There are code-making panels and their work  06:54:24
16    is overseen by a technical correlating   06:54:26
17    committee.                               06:54:30
18 Q. What is the work of the technical correlating  06:54:31
19    committee?                               06:54:35
20 A. The technical correlating committee is    06:54:37
21    responsible for correlation across the entire  06:54:42
22    document to ensure that the code-making  06:54:45
23    panels are aware of potential conflicting  06:54:49
24    requirements between their portions of the  06:54:52
25    document and also consistency. It's      06:54:53

Page 239

1     correlation across the entire standard   06:54:56
2     itself.                                  06:54:59
3  Q. And these pages identify various code-making  06:55:05
4     panels and then they indicate which portions  06:55:12
5     of the National Electrical Code they were  06:55:16
6     responsible for; is that correct?        06:55:18
7         MR. REHN:  Object to the form of the  06:55:25
8     question.                                06:55:26
9  A. That is my understanding.                 06:55:27
10 Q. And it indicates the -- and this list     06:55:29
11    indicates both the names and the affiliations  06:55:34
12    of those persons who participated in the work  06:55:41
13    that's reflected in this edition; is that  06:55:45
14    correct?                                 06:55:50
15        MR. REHN:  Object to the form.        06:55:50
16 A. Our committee lists indicate the name of the  06:55:51
17    individual who holds the seat, whether    06:55:56
18    they're a principal or alternate, what    06:55:59
19    company they work for and, if any,        06:56:01
20    representation if they do have a          06:56:03
21    representation.                          06:56:05
22 Q. So let's say in the case of Page 17551 --  06:56:08
23 A. 551.                                      06:56:20
24 Q. There's a reference to John Ray of Duke    06:56:22
25    Energy Corporation and it says, "Rep,     06:56:28

Page 240

1     Electric Light and Power Group." What does  06:56:29
2     that mean?                               06:56:33
3  A. Before I answer the question, I'm just having  06:56:38
4     trouble finding John's name.  Is he on the  06:56:41
5     one on Code-Making Panel 7?              06:56:43
6  Q. Panel 7, left column, four from the bottom.  06:56:46
7  A. So in that case it appears Mr. Ray, the   06:56:55
8     company he works for is Duke Engineering  06:57:00
9     Corporation.  He represents a utility, and  06:57:02
10    his representation of the committee is    06:57:04
11    Electrical Light and Power Group, EEI.    06:57:06
12 Q. And the letters in brackets after the names,  06:57:13
13    employers and states indicate the -- what do  06:57:23
14    you call it?  Not the interest group.  The  06:57:29
15    interest section?                        06:57:32
16 A. It's the interest category.               06:57:34
17 Q. The interest category.  So the letters within  06:57:37
18    brackets at the end of the line on which the  06:57:39
19    names of the individuals are found is a code  06:57:43
20    for the interest category; is that correct?  06:57:45
21 A. That is correct.                          06:57:47
22 Q. M is manufacturer; is that right? M stands  06:57:48
23    for manufacturer?                        06:58:00
24 A. Yes, M is for manufacturer.               06:58:00
25 Q. E stands for enforcer; is that correct?   06:58:02

Page 241

61 (Pages 238 - 241)

| | | |
|---|---|---|
| 1 | A. Correct. The Es could represent federal | 06:58:05 |
| 2 | government, state and local government as | 06:58:14 |
| 3 | well as state fire officials, local fire | 06:58:17 |
| 4 | officials. | 06:58:20 |
| 5 | Q. I notice on the front page of this there's a | 06:58:21 |
| 6 | section near the bottom right of the page | 06:58:42 |
| 7 | that says "Order redline PDF." Do you see | 06:58:45 |
| 8 | that? | 06:58:48 |
| 9 | A. Yes. | 06:58:48 |
| 10 | Q. That redline PDF is a different document. | 06:58:49 |
| 11 | This is not the redline, correct? | 06:58:52 |
| 12 | A. Based upon my review here, it appears to be | 06:58:57 |
| 13 | the, quote, unquote, normal version with the | 06:59:01 |
| 14 | shading to track changes and not a full track | 06:59:04 |
| 15 | changes redline version. | 06:59:07 |
| 16 | Q. And if one orders the redline PDF, does that | 06:59:08 |
| 17 | show the text that was deleted which might | 06:59:11 |
| 18 | not appear in this version? | 06:59:14 |
| 19 | A. That is my understanding, but I have not seen | 06:59:17 |
| 20 | the redline version of this document. | 06:59:21 |
| 21 | Q. Let me ask you to turn to Page 17538. | 06:59:23 |
| 22 | A. 17538. | 06:59:53 |
| 23 | Q. Does the language on that page appear | 06:59:57 |
| 24 | correct, to your knowledge? | 07:00:02 |
| 25 | MR. REHN: You're referring to the | 07:00:11 |

Page 242

| | | |
|---|---|---|
| 1 | whole language on the page? | 07:00:13 |
| 2 | MR. BRIDGES: Right. | 07:00:15 |
| 3 | MR. REHN: Objection as to form. | 07:00:15 |
| 4 | A. To the best of my knowledge, it appears like | 07:00:21 |
| 5 | our opening issuing statement, our history | 07:00:23 |
| 6 | and development of the National Electrical | 07:00:27 |
| 7 | Code as well as our copyright statements, to | 07:00:29 |
| 8 | the best of my knowledge. | 07:00:34 |
| 9 | Q. So it's correct, to the best of your | 07:00:34 |
| 10 | knowledge? | 07:00:37 |
| 11 | A. It appears correct. | 07:00:37 |
| 12 | Q. What about the language on Page 17536? | 07:00:40 |
| 13 | A. 536. | 07:00:45 |
| 14 | MR. REHN: Object to the form and | 07:00:52 |
| 15 | to the extent the question calls for the | 07:00:53 |
| 16 | witness to render a legal opinion. | 07:00:55 |
| 17 | MR. BRIDGES: I'm just asking if | 07:01:01 |
| 18 | it's correct to the best of his knowledge. | 07:01:03 |
| 19 | A. To the best of my knowledge, this appears | 07:01:08 |
| 20 | correct and typical of our front matter | 07:01:11 |
| 21 | within our standards. | 07:01:14 |
| 22 | Q. A couple broad questions: Has the standards | 07:01:20 |
| 23 | development process changed in any material | 07:01:23 |
| 24 | way since you arrived at NFPA? | 07:01:25 |
| 25 | MR. REHN: Object to the form. | 07:01:33 |

Page 243

| | | |
|---|---|---|
| 1 | Vague and ambiguous. | 07:01:33 |
| 2 | A. Yes. We had a major rewrite of our | 07:01:36 |
| 3 | regulations in approximately 2007, 2008 time | 07:01:40 |
| 4 | frame we started that process. | 07:01:48 |
| 5 | Q. Has there been any significant change | 07:01:50 |
| 6 | since -- strike that. | 07:01:53 |
| 7 | You said that's when the process | 07:01:54 |
| 8 | started. When did that process end? | 07:01:56 |
| 9 | A. The rewrite to our regulations ended, to the | 07:01:57 |
| 10 | best of my knowledge, in approximately 2009, | 07:02:06 |
| 11 | 2010. | 07:02:09 |
| 12 | Q. Have there been any other, in your mind, | 07:02:13 |
| 13 | significant changes to the standards | 07:02:16 |
| 14 | development process since 2010? | 07:02:18 |
| 15 | A. No. | 07:02:22 |
| 16 | Q. Do you, in preparing and overseeing the | 07:02:22 |
| 17 | development of codes and standards, strive to | 07:02:48 |
| 18 | make them suitable for governments to adopt | 07:02:53 |
| 19 | for purposes of enforcement? | 07:02:59 |
| 20 | MR. REHN: Object to the form. It's | 07:03:05 |
| 21 | vague. May call for a legal opinion. | 07:03:07 |
| 22 | A. Part of our committee officers guide is a | 07:03:15 |
| 23 | guidance document that is to address | 07:03:19 |
| 24 | usability, adoptability and enforceability. | 07:03:22 |
| 25 | It's guidance to our committees to | 07:03:27 |

Page 244

| | | |
|---|---|---|
| 1 | ensure that they write clear and not vague | 07:03:29 |
| 2 | requirements that are understandable and | 07:03:31 |
| 3 | concise. | 07:03:34 |
| 4 | Q. You said usability, adoptability and | 07:03:34 |
| 5 | enforceability; is that right? | 07:03:38 |
| 6 | A. Yes. | 07:03:40 |
| 7 | Q. Does adoptability include within that concept | 07:03:41 |
| 8 | the ease of adoption by governments of codes | 07:03:50 |
| 9 | as enforceable law? | 07:04:01 |
| 10 | MR. REHN: Object to the form. May | 07:04:03 |
| 11 | call for a legal opinion. | 07:04:07 |
| 12 | A. I can't comment on the ease of the adoption. | 07:04:11 |
| 13 | What I can comment on is my view of that is | 07:04:15 |
| 14 | that our standards need to contain, for | 07:04:19 |
| 15 | example, mandatory language if they're going | 07:04:22 |
| 16 | to be a standard and enforceable and, I would | 07:04:26 |
| 17 | assume, adoptable. | 07:04:29 |
| 18 | Q. That makes -- the mandatory language makes | 07:04:31 |
| 19 | them suitable for a government to adopt the | 07:04:34 |
| 20 | codes and standards as law? | 07:04:35 |
| 21 | MR. REHN: Object to the form. | 07:04:37 |
| 22 | Assumes facts. May call for a legal opinion. | 07:04:40 |
| 23 | A. That's partly my understanding but also the | 07:04:45 |
| 24 | mandatory language ensures that private | 07:04:50 |
| 25 | entities, private organizations can also | 07:04:52 |

Page 245

62 (Pages 242 - 245)

| | Page 246 | | Page 248 |
|---|---|---|---|

1    utilize them in their facilities and          07:04:54
2    applications.                          07:04:57
3         VIDEOGRAPHER:  We've reached the    07:04:59
4    seven hours.                          07:05:01
5         MR. BRIDGES:  Thank you very much.   07:05:01
6         CROSS EXAMINATION                 07:05:01
7    BY MR. REHN:                          07:05:01
8    Q.  Mr. Dubay, I have a couple of questions for   07:05:05
9    you just to clear up some issues that arose    07:05:07
10   earlier I think in response to my own perhaps   07:05:10
11   confusing instruction.                   07:05:14
12        Do you recall being asked whether    07:05:17
13   you reviewed any documents in preparation for   07:05:18
14   this deposition?                       07:05:20
15   A.  Yes.                            07:05:21
16   Q.  Do you recall that before you answered     07:05:21
17   that question, I instructed you to answer to    07:05:24
18   the extent you remembered any specific      07:05:26
19   documents?                          07:05:27
20   A.  Yes.                            07:05:29
21   Q.  And do you recall that your answer to that   07:05:29
22   question was "no" after I've given you that    07:05:31
23   instruction?                         07:05:35
24   A.  Yes.                            07:05:35
25   Q.  So I'd like to just ask that question again.  07:05:35

Page 246

1    This is the end of Tape No. 4 as well as      07:06:35
2    the deposition, and we are now off the      07:06:37
3    record.                            07:06:39
4         (Whereupon the deposition was      07:06:39
5    concluded at 7:06 p m.)

Page 248

1    In preparation for this deposition, did       07:05:38
2    you review any documents, excluding        07:05:40
3    identifying any specific documents, but      07:05:43
4    did you review any documents in preparation   07:05:45
5    for today?                          07:05:45
6    A.  The only documents I reviewed were the    07:05:47
7    several that I reviewed with counsel.       07:05:49
8    Q.  Thank you.                        07:05:53
9         MR. REHN:  No further questions.     07:05:53
10        MR. BRIDGES:  I have a follow-up.    07:05:55
11   What were the documents --              07:05:55
12        MR. FEE:  Hold on.  I have no       07:05:55
13   questions.                          07:05:59
14        REDIRECT EXAMINATION            07:05:59
15   BY MR. BRIDGES:                       07:05:59
16   Q.  What were the documents that you reviewed   07:05:59
17   with counsel?                        07:06:00
18        MR. REHN:  I will instruct the      07:06:01
19   witness not to answer that question on the    07:06:02
20   ground of attorney-client privilege.        07:06:04
21   Q.  And do you intend to follow your counsel's   07:06:17
22   instruction?                         07:06:24
23   A.  Yes.                            07:06:27
24   Q.  Okay.                           07:06:29
25        VIDEOGRAPHER:  The time is 7:06.    07:06:31

Page 247

1         I declare under penalty of perjury
2    under the laws that the foregoing is
3    true and correct.
4
5         Executed on _____ , 20___,
6    at _____, _____.
7
8
9
10
11         _____
12         Christian Dubay
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 249

1    COMMONWEALTH OF MASSACHUSETTS)

2    SUFFOLK, SS  )

3

4

5       I, Jeanette Maracas, Registered
Professional Reporter and Notary Public in

6    and for the Commonwealth of Massachusetts, do
hereby certify that there came before me on

7    the 1st day of April, 2015, at 10:00 a m ,
the person hereinbefore named, who was by me

8    duly sworn to testify to the truth and
nothing but the truth of his knowledge

9    touching and concerning the matters in
controversy in this cause; that he was

10    thereupon examined upon his oath, and his
examination reduced to typewriting under my

11    direction; and that the deposition is a true
record of the testimony given by the witness

12

13       I further certify that I am neither
attorney or counsel for, nor related to or

14    employed by, any attorney or counsel employed
by the parties hereto or financially

15    interested in the action

16       In witness whereof, I have hereunto
set my hand this 8th day of April, 2015

17

18

19

20

21       Notary Public
My commission expires 8/14/20

22

23

24

25

Page 250

**[& - 166]**

**&**

**&**   2:3,7,11 8:11,21
   187:16 188:18,24

**0**

**0052**   6:12
**01215**   1:6
**0174**   5:11
**0200**   5:5
**0402**   3:18
**0627**   6:19
**0868**   5:8

**1**

**1**   1:22,25 88:13
   117:19 152:20
   165:24 187:10
**1,500**   213:12
**10**   12:11,14 215:23
   216:1 227:15 229:3
**10,000**   213:5,23
**10/23/97**   154:8,12
**101**   224:20 232:3
**103**   3:16
**10:00**   1:23 7:3 250:6
**10s**   213:23
**110**   158:22,24
**111**   158:22
**1111**   2:4
**1130**   3:19
**117**   3:18
**11:04**   48:8
**11:14**   48:11
**11:55**   77:13
**12**   12:11,14 69:5
   154:10 192:22
   229:9
**12/23/97**   154:5
**1223**   78:23,25 79:5
   81:20 85:1 87:14
   93:1 95:5
**1227**   3:9 48:13,16
**1228**   3:11 93:16,18
   94:19 95:5

**1229**   3:13 94:5,7,20
   95:5
**1230**   3:14 95:22,24
   96:5 99:13 113:10
   115:17,25 116:1,10
   116:25
**1231**   3:16 103:18,21
   105:5 114:11 115:7
   115:9
**1232**   3:17 117:9,11
**1233**   3:19 125:17,18
**1234**   3:20 126:9,11
**1235**   3:21 127:4,6
**1236**   3:22 127:9,11
   127:17
**1237**   3:23 128:1,3
**1238**   3:24 128:10,12
**1239**   4:4 128:15,17
**1240**   4:5 130:5,7
**1241**   4:6 130:17,19
**1242**   4:7 131:1,4
   132:24
**1243**   4:9 134:11,13
**1244**   4:10 142:16,18
   142:23
**1245**   4:11 143:5,7
   143:11
**1246**   4:12 143:19,21
   143:25
**1247**   4:13 145:16,18
   145:23
**1248**   4:14 146:15,18
   146:22
**1249**   4:15 146:23,25
   147:4,9
**125**   3:19
**1250**   4:17 147:15,17
   148:1
**1251**   4:18 149:13,16
   149:20,24
**1252**   4:19 150:1,3,7
   150:11,15,18
**1253**   4:20 150:19,21
   151:4

**1254**   4:12,22 151:14
   151:16,23
**1255**   4:23 152:3,5,9
**1256**   5:5 153:14,17
   153:23
**1257**   5:6 156:1,3,8
**1258**   5:8 156:14,16
   156:20
**1259**   5:9 157:6,8
**126**   3:20
**1260**   5:11 158:3,5,9
**1261**   5:12 163:7,9
   163:14
**1262**   5:13 164:10,12
   164:16 165:15
   167:2 169:16
**1263**   5:14 169:22,24
   169:25
**1264**   5:15 171:12,14
   171:15
**1265**   5:17 185:8,11
   185:12
**1266**   5:18 185:20,22
   185:24
**1267**   5:19 187:4,6
   188:10
**1268**   5:20 191:10,13
   191:14
**1269**   5:21 192:12,15
   192:16
**127**   3:21,22
**1270**   5:23 195:24
   196:1,2 197:1
   199:25
**1271**   6:5 203:1,3,4
   206:3 209:19
   211:12
**1272**   6:6 208:24
   209:1,18 210:12,17
   211:13
**1273**   6:8 222:23,25
**1274**   6:9 223:11,13
**1275**   6:11 224:16,18
   224:19

**1276**   6:12 226:18,20
   226:22 227:3
**1277**   6:13 227:11,13
   227:14
**1278**   6:14 228:24
   229:1,2
**1279**   6:15 229:5,7,8
**128**   3:23,24 4:4
**1280**   6:17 231:23,25
**1281**   6:18 232:4,6
**1282**   6:20 232:10,12
   232:13
**1283**   6:21 232:16,18
**12:11**   88:12
**12:20**   88:16
**13**   13:2 215:24
   216:1 226:23
**130**   4:5,6
**131**   4:8
**134**   4:9
**13e**   13:2
**13r**   13:2
**142**   4:10
**143**   4:11,12
**145**   4:13
**146**   4:14,16
**147**   4:17
**149**   4:18
**15**   77:16,18 102:4
   102:13 152:13
   216:21,25 235:21
**15,000**   213:9
**15-5f**   102:6
**15-70e**   102:12
**150**   4:19,21
**151**   4:22
**152**   4:23
**153**   5:5
**156**   5:7,8
**157**   5:10
**158**   5:11
**16**   132:15 133:1
**163**   5:12
**166**   5:13

[169 - 9522]

169   5:14
171   5:16
17535   236:12
17536   243:12
17538   242:21,22
17547   238:18,23
17551   240:22
17558   238:18,23
17559   237:25
17729   236:25 237:1
18   216:2,7
18417   236:12
185   5:17,18
187   5:19
1896   135:7 160:25
1898   161:1
191   5:20
192   5:22
195   5:23
1995   10:22 11:11,23
　126:2 134:16
　135:11,15 136:16
　136:20 193:17
1997   152:14
1999   130:11,14
1:13   1:6
1:17   124:9
1a   146:3
1st   7:4 250:6

**2**

2   88:17 152:21
　153:8 171:17
　187:13 188:3,3
2-105   164:6
2-132   170:8,11
20   107:9 136:4
　140:11 200:3,9
　216:7,21,25 225:23
　249:5
2000   138:8 228:7
20004   2:4
2005   62:9
2007   13:11,16 244:3

2008   58:22,24 62:2
　62:9 163:15 223:15
　237:23 244:3
2009   244:10
2010   244:11,14
2011   62:10 203:6
　206:24 207:7 208:6
　210:20 236:15,19
　237:15,18,21
2012   107:4 199:5
2014   62:10 79:20,22
　81:18 117:15
　160:14,18 170:1
　171:16 185:1,13
　209:4 210:21
　237:15,17
2015   1:22 7:4 102:5
　250:6,16
203   6:5
208   6:7
215   102:6
2202   6:7
2208   6:5
222   6:8
223   6:10
224   6:11
226   6:12
227   6:13
228   6:14
229   6:16
23   216:2
231   6:17
232   6:19,20,21
2335   4:22
246   3:5
250   1:25
2766   6:21
2775   6:17
27th   2:8
2:22   125:2

**3**

3   132:15 133:1
　153:12 171:3
　185:18 187:23

212:3
30   1:16 82:20 112:1
300   14:24
31.1   230:3
32   10:16
3244   4:8
35   111:25
38,556   111:22
38500   102:2
38502   97:8
38506   102:16
　103:11
38507   102:17
　103:12
38520   105:6
3:25   153:7
3:36   153:11

**4**

4   147:12 152:22
　163:21 170:4,25
　171:5 172:9 186:2
　187:21 209:10
　212:7 248:1
42   1:21
48   3:10

**5**

5   144:23 145:7
　172:4 180:7 187:21
　193:8 223:20 228:2
50   70:4 217:15
50,000   111:24
506   116:12
507   116:13
5100   5:10
520   115:16
536   243:13
551   240:23
555   2:12
560   2:8
5815   6:8
5:38   212:2
5:53   212:6

**6**

6   1:16 82:20 112:1
　165:6 171:19
607   187:10
608   187:14
6608   5:19
6822   5:22
6843   5:23
6:33   234:20
6:47   234:23

**7**

7   241:5,6
7,000   180:7
70   79:20,23,25 80:1
　81:1,18,23 101:8,16
　101:17 230:20
　231:1,6,12,13,19,19
　232:9,15
70e   96:9 101:5,8
　113:9
7560   4:21
79   79:23
7:06   247:25 248:5

**8**

8/14/20   250:21
80   76:9
8262   6:10
8507   3:15
8520   3:16
8698   5:16
8th   250:16

**9**

9,247   3:4
9167   4:16
9173   5:7
9259   4:17
93   3:12
94   3:13
94104   2:13
94105   2:9
95   3:15
9522   6:16

Page 2

**[97,870 - agree]**

**97,870**  111:22

**a**

**a.m.**  1:23 7:3 250:6
**ability**  51:19 77:24
  120:16 123:21
  181:15
**able**  112:9 119:18
  123:3 162:9 182:15
**abridges**  2:14
**absolutely**  58:20
  82:24
**academic**  11:17
**accept**  39:6 79:11,16
  79:19,22 80:24
  82:14 85:24 86:24
  90:2 97:12 144:4,8
  160:4,11 189:1
  207:12 213:4
**accepted**  167:4
  174:3
**accepting**  83:24
  84:5
**accepts**  159:25
**access**  35:20,23
  77:19,21 79:12
  80:13,25 81:3,4,12
  81:17,23 82:15
  83:11 84:13 85:16
  85:25 86:6,25 88:9
  88:23 89:13,19 90:7
  90:11,20,23 91:15
  92:6,12,19 93:3
  94:21 119:12,15,15
  119:22 120:1,7,14
  121:5,11,14,17
  122:19 123:4,8,10
  123:15,18,20 124:1
  182:11
**accomplish**  31:1
  65:21 66:23,24
  67:10 72:1 75:1
  140:23 164:7 220:6
**accomplished**  56:2

**accomplishes**  72:2
**accomplishing**
  74:20
**accomplishment**
  74:11
**accord**  81:20
**account**  15:6
**accreditation**
  203:24
**accredited**  50:3
  229:25 230:4,5,13
  230:17,20,24
**accurate**  31:3 37:17
  86:18 87:4,5,23
  117:18 189:15
**accurately**  10:9 31:4
  31:10 94:15 95:6,8
  95:14
**acknowledged**
  108:11
**acknowledgment**
  77:8 92:14
**acronym**  126:20
  209:14
**act**  63:19 205:9
  228:9
**acting**  22:6 65:18
  74:5
**action**  1:5 7:22
  39:19 59:9 112:14
  155:18 167:19
  250:14
**actions**  31:10 59:10
  155:15
**active**  157:4 158:15
**activities**  20:13,15
  20:20 21:2,9,10
  52:24 54:18
**activity**  21:11 31:19
**actual**  27:14 29:10
  33:21,23,23 48:20
  79:9 83:9 93:10
  94:1 171:10 188:4
**add**  122:10,17 164:7
  191:23 192:21

**added**  60:3 62:19
  140:12 170:13
**adding**  170:17 193:2
  193:6
**addition**  43:1 45:14
  191:18 215:25
**additional**  61:19
  188:4 214:20,21
  215:10,23,24
**additions**  234:13
**address**  10:15,17
  36:13 75:4 89:17,22
  159:2,19 168:24
  226:16,25 227:5,7
  239:14 244:23
**addressed**  72:16
**addresses**  90:13
**adds**  90:12
**adjust**  29:8
**adjusted**  60:7
**admin**  228:6
**administer**  7:20
**administration**
  40:20,25 41:9
  177:25 178:3
**administrative**
  215:11 216:22,25
**administrators**
  33:10,17 37:22
  178:6,8 214:19
  215:10 216:8 225:4
  227:19 228:5
**admission**  51:8
**adopt**  244:18 245:19
**adoptability**  244:24
  245:4,7
**adoptable**  245:17
**adoption**  17:25 18:2
  245:8,12
**ads000089**  5:11
**ads000090**  4:23
**ads000175**  5:5
**ads001673**  3:21
**ads002334**  4:22

**ads007008**  3:20
**ads007361**  4:5
**ads007551**  4:20
**ads008689**  4:6
**ads011112**  3:22
**ads011118**  4:9
**ads011129**  3:19
**ads011147**  3:23
**ads011153**  4:10
**ads011232**  4:11
**ads011250**  4:12
**ads011264**  3:24
**ads011265**  4:13
**ads011280**  4:4
**ads019166**  4:15
**ads019171**  4:14
**ads019172**  5:6
**ads019249**  4:17
**ads019270**  4:18
**ads020865**  4:19
**ads020867**  5:8
**ads023243**  4:7
**ads024931**  5:9
**advance**  26:7
**advancement**  78:4
  120:5,9
**advice**  201:2,11
  205:12
**advisement**  235:18
**advising**  52:23
**affairs**  23:19
**affiliations**  240:11
**afternoon**  125:1
**agenda**  44:15
**agendas**  217:8,16
**ago**  12:16 93:15
**agree**  7:17 69:12
  71:11 81:5,13 82:2
  82:5 83:4,19 84:16
  85:16 86:5 88:8
  89:20 90:9 91:18
  92:5,23 93:2 134:8
  196:9 210:10 235:7
  235:15

Veritext Legal Solutions
866 299-5127

[agreeable - applies]

**agreeable**  235:13
**agreement**  7:24
  106:6 115:11,15
  187:13,15 188:13
  235:4
**agreements**  119:8
**agw**  192:23,24
**ahead**  85:5 124:6
  149:4
**air**  1:9
**airfare**  76:11
**alert**  181:15
**alerts**  181:22
**align**  32:14
**alignment**  75:11
**allow**  109:24 120:7
  233:18
**allowed**  98:7
**allows**  30:11 120:1
**alternate**  103:3,7,9
  104:19 240:18
**alternative**  102:19
  102:22 103:14
  115:20 116:3,12
  175:9 214:12
**alvin**  10:16
**ambiguous**  19:15
  29:15 56:1 61:1
  62:14 63:14 65:3,9
  67:16 68:4 80:5
  113:7,15 121:7
  140:18 161:11
  162:6 180:4 183:16
  198:18 203:12,17
  204:15 214:17
  220:20 230:15
  244:1
**amenable**  235:17
**amendments**  49:24
**american**  1:3,7 7:12
  18:23 165:19,25
  166:2,4 187:16
  188:17,23 196:20
**amount**  31:24 33:4
  60:14 219:23

**analysis**  161:1
**andrew**  2:12 8:10
  47:17
**anecdotal**  197:11,14
**annex**  137:4 138:3,9
  138:16 140:2
**annotation**  80:17
  96:13,19
**annotations**  96:21
  148:7
**announcements**
  26:9
**annual**  25:4
**ansi**  18:23 19:3,5,9
  19:11,13,21 20:13
  20:15,20,25 21:9,13
  21:18 203:23,23
  229:24,25 230:2,4,5
  230:7,13,13,17,20
  230:24 231:1,8,10
  231:13,19
**answer**  15:13,24
  41:12,14 42:6,8,12
  42:23 43:3,6,7,14
  43:19,21 44:7,17,24
  45:10,18,21 46:4,5
  46:13,21 47:14
  61:12 70:8 71:5
  73:5 82:9 83:1
  86:13,14,18 87:3
  89:1,9 91:10,22
  92:3 98:19 112:17
  118:9 119:5 120:19
  122:3,8,9,10,13,15
  122:16 123:24,25
  128:25 137:10
  148:17 149:22
  150:14,16 163:21
  164:22 176:17,19
  178:17 180:19
  181:1 182:9 183:11
  183:12 184:12,12
  184:23 188:20
  189:14,17 190:10
  190:11 198:13

  199:1 200:16,25
  201:10,10 202:8
  208:13 211:18
  216:18 217:25
  230:22 231:16
  241:3 246:17,21
  247:19
**answered**  21:24
  41:15 70:17 86:15
  110:8,11 121:20
  122:7 142:1,14
  145:9 160:7,10
  169:20 176:7
  216:17 218:3,18
  219:21 220:13
  221:4 222:4 246:16
**answering**  11:25
  42:14 44:25 48:1
  86:8 217:22 218:12
**answers**  47:21 72:19
  75:19 112:19
**anthony**  2:15 7:6
**anticipate**  225:6
**anybody**  78:5,21
  123:3 200:10,23
**apart**  21:21 65:6
  97:1 183:8 201:23
**apologize**  20:4
  96:25 132:20
**apostrophe**  38:12
**apparent**  226:25
**apparently**  191:17
**appeal**  43:16 44:13
**appear**  95:9,10,11
  96:19,21 115:9
  125:20 126:12
  130:12,20 132:10
  134:15 152:23
  153:1,24 157:19
  158:1 166:13
  172:10 227:4 239:4
  242:18,23
**appearances**  2:1
**appeared**  81:16
  160:20 161:15

  192:8
**appears**  48:18,24
  93:8,9 94:10 96:6
  96:13 99:14 100:23
  101:2,3,22 102:22
  103:22 104:5,10
  113:16 114:14
  115:15 116:10
  117:17,24 127:7
  130:24 131:21
  132:8 133:9 144:3
  144:13 146:3
  147:13,23,25
  148:25 151:22
  152:2,8,18 154:18
  157:15 158:9 159:2
  163:13 164:16
  167:1 169:25 171:7
  171:15,23,24 173:1
  185:12,18,24
  187:10,14 188:1,2
  191:15,21 192:6,17
  193:5 196:3 203:5
  206:14 209:2,8,25
  211:15 223:9,14
  224:11,15,20,22,25
  226:17,21,22
  227:15 229:3,9,13
  230:1 232:1,7,14,19
  236:19 241:7
  242:12 243:4,11,19
**appendix**  137:4
  138:3,9,16 140:1
**applicant's**  104:3
**application**  17:24
  18:1 103:23 105:18
  107:11 109:9 114:7
  115:10 129:14,16
  186:21
**applications**  199:20
  246:2
**applied**  218:22
**applies**  137:24
  138:1 183:12,17

**apply** 50:24 51:12
53:23 71:18 72:20
72:24 91:14 94:20
95:3 103:24 153:1
205:20
**applying** 104:18
105:2 144:16
185:18
**appointed** 53:16
54:6,10
**appointing** 51:3,4
**appointment** 199:20
**appointments** 53:24
**appreciate** 124:8
**approach** 27:7
**approaches** 73:25
**appropriate** 29:13
37:1 51:18 108:8
113:3 114:8 141:21
144:11 169:12
198:22 202:23
214:9 225:8,9,13
230:16,18,19,25
231:18 239:6
**approval** 68:22
**approved** 33:15
66:10 70:5
**approves** 66:14
67:20
**approximate** 213:1
**approximately** 9:23
12:10 14:24 20:18
21:4 24:9 35:19
178:10 190:15
213:5 215:22,23
216:21 244:3,10
**april** 1:22 7:4 250:6
250:16
**arc** 162:19 163:17
163:23 164:3
**archival** 171:15
196:3 223:2,15
**archive** 177:7,22
223:10 227:16

**archived** 163:14
**archives** 154:19
156:11,17,22 157:9
157:24 158:2,7
161:20,24 163:11
164:14,17 168:23
177:24 185:25
189:7 191:16
192:19 209:3,6
223:15 224:21
226:23 229:4,10
232:3,8,14
**area** 18:1 73:7 82:1
91:12 95:21 114:6
195:20
**areas** 11:22 114:2
**argue** 15:15
**argumentative**
43:10,23 46:7
110:21 122:2 183:3
218:2,10,18 219:1,9
220:12
**arguments** 118:18
**arising** 84:18
**army** 224:23 225:19
232:21 233:11
**arose** 246:9
**arrange** 26:17
**arrived** 193:14,21
243:24
**article** 137:3,11,13
137:15,21 237:6
**ascertain** 59:20,25
**asked** 21:17,23
31:14 41:3 42:12
45:23,23 86:15
87:25 110:7 121:19
122:7 141:25 145:9
150:11 160:9
169:20 176:6 189:3
216:16 218:2,13,18
219:20 221:4 222:3
246:12
**asking** 42:15 43:4,7
45:25 46:12,23,25

47:20 62:6,10 70:9
106:15 120:22
142:6 167:16
168:16 173:18,20
179:12 185:3
200:21,22 217:10
236:13 243:17
**asks** 202:2
**asme** 229:20 230:2,3
231:7,8
**aspect** 23:17 24:4
101:13 160:5
162:25 226:2
**aspects** 22:1 123:17
135:17 160:7
194:11
**assert** 201:3
**asserted** 201:4
**asserts** 197:25 198:6
**assign** 145:14
166:20 167:6,9
168:1
**assigned** 27:25
54:16 102:8,9 105:6
145:12
**assignment** 101:1
102:18,19,23
103:15 105:7 111:3
111:10,15,25 112:3
112:5,12 113:11,18
113:20,23 114:8,9
114:23 115:2,19,20
116:2,3,11,24 165:5
168:12 171:18,19
192:1 196:18
208:16 219:6
**assignments** 112:14
125:7 207:21
216:11 220:16
222:15
**assist** 214:22
**assistance** 22:14
**assistant** 215:11
**associate** 11:12
187:17

**associated** 71:23
76:9 79:7 96:8
107:10 113:19
168:25 197:21
219:12
**association** 1:7,17
8:22 9:1 13:25
14:15,16 17:6
179:20 186:8
187:17 188:18,24
196:21 199:5
**assume** 96:22 104:2
121:23,25 122:4
228:4 236:14
245:17
**assumes** 56:19
114:1 122:22 123:6
163:20 200:2
202:15,17 207:10
210:23 220:20
245:22
**assuming** 87:23
114:12 159:6 165:1
186:3,7 189:15
193:4
**assumption** 95:8
96:23 166:1 202:20
**asterisks** 148:10
**astm** 1:5 2:5 9:3
**attach** 97:17 176:21
**attached** 184:24
153:19 175:7
187:13 212:20
214:11 221:18
232:2
**attachment** 147:8
188:4,6
**attachments** 136:9
147:6 187:20
**attend** 26:2 28:1,4
76:1 205:21 233:15
233:19 234:3,11
**attention** 158:21
**attorney** 100:7
247:20 250:13,13

[attractive - body]

**attractive** 76:20
**audio** 7:15
**authentic** 235:11
**authenticate** 82:23
  109:20,25 234:19
  235:2
**authenticating**
  235:6
**author** 103:4 165:11
**authored** 131:25
**authorities** 190:13
**authority** 174:21
  175:13 202:11,22
  220:24 221:9
  225:20 226:2
**authorized** 7:20
**automated** 216:4,23
**automatic** 12:24
  13:6 181:16 214:7
  215:13,16
**available** 40:2 58:6
  58:9,20,22 159:16
  164:24 168:3,7
  177:18 197:18
**avenue** 2:4
**average** 213:5,6,8
  213:19 215:8,8
  216:23
**aware** 26:11 45:6
  73:13 77:1,5 80:20
  80:23 82:14 83:10
  83:18 84:23 85:10
  85:13 86:9 87:13,17
  87:20 88:6 90:3,5
  99:1 118:11,18
  135:12 138:23
  140:11 141:10
  173:24 178:18
  179:8,17,21 180:10
  180:11,14,21
  182:14,17 184:3,4
  184:16 185:5 197:4
  201:23 210:18
  211:1,4,6,7 220:3,5
  239:23

**awareness** 16:20,20

**b**

**b** 1:5,16 3:6 82:20
  99:17,18 112:1
  148:11 165:5,6
  171:17,19 172:21
**b31.1** 231:7,8,10
**bachelor's** 11:4,18
**back** 16:11 32:23
  33:4 39:18 48:3,12
  54:19 67:6 88:18
  125:3 135:7 147:12
  153:13 160:25
  161:21,24 177:1
  189:6 192:10
  193:17 211:21
  212:8 228:7 234:18
  234:24
**background** 51:1
  74:4 99:11
**baclawski's** 185:16
**badly** 84:3
**baio** 99:15
**balance** 51:17,18,20
  51:22
**balanced** 16:9 69:24
  71:10 73:6
**balancing** 78:1
  120:3,13
**ballot** 31:2 33:11,15
  33:17,20,21,23,23
  34:1,8,11,24 35:7
  35:13 37:23,24 38:4
  38:5,7 56:3 60:13
  67:22 69:14,15,17
  69:21 70:6,6,11
  71:2,7,20 72:6,25
  74:8,16 75:6
**ballot's** 67:19
**balloted** 34:18 56:9
  56:13,22 59:15
  60:17 61:4,7,8 63:5
  63:23 68:2,20

**balloting** 33:7 57:11
  61:18
**ballots** 67:19 216:10
**bar** 70:15
**based** 14:22 30:2
  50:25 53:16,16
  64:14 73:13 95:11
  102:9,14 106:20
  108:3 116:21 121:8
  125:12,13 132:4,7
  132:10 133:8,12
  134:3 136:3,4,19
  146:3 147:11,22
  151:22 152:18,20
  152:22 157:15,18
  158:11 163:21
  164:5,22,23 170:6
  171:3 172:10
  185:16 188:14,19
  191:20 196:8
  197:10 202:18,23
  224:10,25 225:2,23
  227:3,21 228:4,9
  229:13,22 230:3
  236:18 242:12
**bases** 194:24
**basically** 125:11
**basis** 42:9 45:14
  140:13 167:14
  233:2
**bates** 111:2,10,12,14
  112:3,9 235:8,11,17
  236:25
**batterymarch** 10:18
**beginning** 88:17
  153:12 212:7
**behalf** 9:3 133:11
  166:2,5 207:17
**belief** 119:21
**believe** 8:15 20:5
  48:17,22 52:1 69:25
  70:16 80:6 86:21
  89:23 94:25 95:4,14
  99:17 101:24 102:6
  102:11 113:8 118:7

  119:14,25 123:1
  125:14 127:12,12
  128:4,17 130:7,14
  138:7 160:25
  165:18 174:8
  180:17 182:10
  184:25 186:18
  213:14,19 220:13
  222:8 226:9
**belke** 148:2,2
**belong** 19:9
**benefit** 207:20
**berry** 187:18
**best** 12:16,20 15:19
  15:21 16:3 19:1
  20:10,12 21:5 24:16
  27:7 39:25 48:25
  49:4 75:2 100:22
  117:17 119:14
  125:25 126:23
  127:1,2 134:19
  135:5 140:3,5
  175:22 176:2,19
  177:5 178:18 179:8
  184:25 188:6 191:3
  193:18 201:6,13
  207:4 213:15
  217:10 218:13
  219:18 221:23
  222:9,11,13 237:13
  243:4,8,9,18,19
  244:10
**better** 74:23,24,24
  74:25 161:23,23
**beyond** 191:8
**big** 235:7
**biggest** 74:10 141:9
**binding** 83:13,23
  84:6
**blank** 112:23
**blurry** 101:24
**board** 54:9,10
**bockius** 2:3
**body** 54:5 56:12
  60:10

[bold - change]

**bold** 238:2
**book** 25:18 26:13,15
    171:21 172:15
**bookmarking** 80:16
**boston** 1:21 7:11
**bottom** 97:8 126:5
    126:18 127:18
    133:3 154:4 158:23
    158:25 168:11
    192:2 206:3,4,10
    209:17,19 210:17
    211:12 236:11
    241:6 242:6
**box** 112:21 165:5
    170:4 171:1,4,5
    185:17 186:2 209:9
    225:9,13,14
**brackets** 241:12,18
**breadth** 16:25 191:1
**break** 48:3,10 49:8
    77:11 88:11,15
    124:7,11 153:10
    212:5 234:22
**bridges** 2:12 3:4 8:1
    8:10,10 9:10 15:14
    42:10 44:20 45:1,5
    46:11,17,20,24 47:5
    47:9,24 48:15 64:5
    64:23 77:10,14,17
    82:20 84:2 86:20
    87:5 88:10,19 89:10
    91:4,24 96:15 100:9
    109:18,23 110:10
    111:12,17 112:7
    120:22 124:5 125:4
    148:14 153:3,5,16
    154:9,11 208:3
    211:25 212:9
    234:16,25 235:20
    236:3,7,8 243:2,17
    246:5 247:10,15
**briefly** 78:7 234:17
**bring** 24:24 25:3,13
    73:7 214:21

**bringing** 55:11
**brings** 15:17 18:24
    24:14,20
**broad** 14:20,21
    44:23 137:24
    243:22
**brought** 99:2 201:24
    226:1
**browser** 102:3
**bulleting** 238:4
**bunch** 234:19 235:6
**burns** 227:22 228:7
    228:20
**business** 125:22
    126:15 127:14
    128:6,19 130:9,21
    131:6 142:20 143:9
    143:23 145:20
    146:20 147:2,20
    149:18 150:5,13,23
    151:8,19 152:1,7
    153:20 156:18
    209:7 223:7 226:15
    226:25

**c**

**c** 7:1 148:2,12
**california** 2:9,12,13
**call** 20:22 23:4,19
    23:24 25:17 26:5,7
    58:3 65:9 76:1
    92:20 97:24 100:7,8
    111:2 116:15
    120:20 132:3
    139:11 140:18
    165:22 174:15,16
    186:16 192:5,6
    200:14 203:12
    205:11 211:15
    230:9 241:14
    244:21 245:11,22
**called** 9:5 25:6
    59:12 99:10 178:5
    239:9,10

**calling** 27:9,9 44:23
**calls** 17:13 22:25
    23:5 26:6 41:16
    42:7 43:10,11 83:16
    84:8 94:24 98:12,17
    98:18 99:5 105:10
    105:25 106:4,18
    164:21 167:14
    169:5 173:7,16
    197:9,15 198:5,12
    198:18 199:3,8,16
    200:2 204:6,15
    205:7 206:12,20
    227:9 233:24
    243:15
**caption** 7:12
**capture** 28:6,16
    30:6,9,18,20 32:6
    36:22 54:24 55:4,8
    56:6 135:10
**captured** 37:5,11
    40:19 96:6 100:23
    149:10
**captures** 30:13,19
**capturing** 65:20
**care** 26:23
**career** 11:9
**carl** 2:20 8:17
**carries** 70:3
**carry** 53:3
**carrying** 219:19
    220:9
**case** 7:12 39:1,22
    62:21 63:2 64:13
    75:20 89:23 100:12
    109:15 114:20
    118:14 125:25
    144:18 149:10
    165:14 167:1,22
    172:20 184:7,19
    185:5 186:21
    199:10 201:25
    215:22 225:14
    229:25 235:3,17,25
    236:2 240:22 241:7

**cases** 39:11 59:11,13
    66:20,23 75:22
    159:18 180:23
    204:21
**catch** 226:14
**categories** 24:22
    50:19,19 51:23,25
    52:2 53:20,23
    101:20 104:14
    212:24
**category** 50:15
    51:24 53:5,7,17,18
    104:11,22,24 105:2
    241:16,17,20
**cause** 250:9
**caveat** 114:12
    126:17
**cellular** 7:19
**ceo** 152:12
**certain** 16:14 35:3
    74:8,16 75:5 99:9
    101:12,12 134:2
    196:11
**certainly** 118:8
**certification** 115:11
    115:15
**certify** 250:6,12
**cetera** 26:12 75:16
    76:11 98:7
**chain** 176:21 177:2
    177:4
**chair** 20:3,3 27:15
    134:7
**chairs** 27:20 50:7
**challenge** 43:17
    200:6
**challenged** 226:1
**chance** 9:17 31:13
**change** 13:13 29:3,5
    29:5 34:14 35:4
    36:22 38:25 57:3,16
    60:11 61:10,23 62:1
    70:5 71:11 75:6
    137:1,10 138:17
    148:18 149:2,3

Veritext Legal Solutions
866 299-5127

[change - combination]

155:22 177:11 191:22 194:23 195:20,22 210:18 211:11,23 232:21 233:11,16 244:5

**changed** 136:25 137:3,8 138:8,15 162:21 237:18,22 243:23

**changes** 28:7,10,13 28:16,17,18,19,20 28:23,23 29:12 30:7 30:13,15,19,24 31:2 32:7 33:1,18 35:24 36:12,15,25 37:4,10 37:16 54:21,24 55:8 55:23 56:21 57:7,10 57:20 58:5,8 59:5,8 60:4,19 61:3 63:7,8 65:5,6 129:21 136:20,22 137:10 139:17 140:25 141:4,24 142:2,3,5 142:10 149:5 151:6 155:12 162:2,15,18 163:4 165:17 166:25 167:8,12 168:25 175:6 181:17 190:3 195:7 195:9 203:20,21 204:9,10,10,11,22 210:24 211:1,4 217:7 234:9 237:9 237:11 238:3,5,9 242:14,15 244:13

**changing** 29:4 140:1

**chapter** 69:8 139:24 140:6

**charge** 70:21,23 168:17 178:3,7

**chart** 117:14

**chat** 19:2

**chauncy** 1:21

**cheaper** 72:1

**check** 149:8 185:17 212:11 214:1,9 225:13

**checked** 165:5 171:2 171:4,18,20 172:15 219:11,13 225:14 225:15

**checking** 112:21 216:3 217:1,11,24 218:15,22 219:5

**checkmark** 148:9

**checkmarks** 149:5 149:12

**checks** 225:9

**chemical** 72:11

**chief** 10:20 11:15 13:15,19,23 21:20 21:25 22:2,14,21 23:6

**chimneys** 12:18

**choice** 167:20

**choose** 110:2

**choosing** 29:23

**chosen** 54:1 167:2

**christian** 1:18 3:3 7:5 9:4 10:14 249:12

**cincinnati** 186:6

**circle** 10:16

**circuit** 162:19 163:17,23 164:3

**circulate** 33:20 166:5

**circulated** 33:12

**circulates** 33:17

**citizen** 77:23

**city** 132:6,11

**civil** 1:5

**claim** 125:7

**claims** 80:14 111:4 112:13 118:19 207:20

**clarification** 44:10 45:11,17 50:17 173:17 239:8

**clarified** 60:12

**clarify** 22:17 25:22 27:16,21 53:13 62:15 116:17 129:11 155:3 190:23 203:13

**clarifying** 162:7

**classify** 76:7

**cleaned** 61:17

**clear** 20:24 29:7 61:21 82:8 115:25 152:24,25 154:13 172:23 216:18 218:24 219:2 245:1 246:9

**clearly** 45:13 61:25 157:14 175:24

**click** 102:25 103:6 103:10

**clicking** 102:24

**client** 100:7 247:20

**coach** 86:20

**coaching** 86:21 89:10

**code** 29:24 55:24 58:11 59:20 60:24 62:12 80:1,2 118:4 121:4,17 122:25 129:21 130:11,15 131:16 135:23,25 137:19 146:1,5,8,12 151:21 154:1 157:11 158:16,17 158:18 159:10,22 160:14,18,20,21,25 161:4,7,9,14,15,16 162:3,11,12,25 163:18 164:1 170:2 171:9,16 173:5,13 173:20,22 178:13 178:20,24 179:10 179:18,22 180:6,16 181:6 182:19 183:9 183:14 185:13 186:20 188:16

191:16 192:18,25 202:13 203:6 206:24 207:8 208:7 209:4 210:20,21 223:4,16 226:7,11 229:20 232:22 236:16,20 239:11 239:12,14,15,22 240:3,5 241:5,19 243:7

**codes** 12:1 13:22 14:24 15:1,3,8,16 16:22 23:9 24:23 28:13,20 36:1 65:25 66:4 77:20,22 79:12 81:4,12 82:16 83:6 83:11 84:14 85:17 86:1,6 87:1 88:9,24 89:14 90:8,24 91:16 92:7,13,15 93:4 94:22 99:20 119:1 119:12,16 120:25 123:8,11,15,19 137:25 175:19 176:14 177:25 178:2 181:8 182:5 182:12,14 183:8,22 198:1,7 199:14 204:3 205:5 220:18 222:8 226:4 230:12 230:13 234:19 235:2,12 239:10 244:17 245:8,20

**coexist** 137:15,16 138:3

**collect** 90:21

**collection** 157:8 158:5,9

**college** 10:25 11:2

**colonel** 233:4

**color** 236:23

**columbia** 1:2

**column** 241:6

**combination** 16:6 29:16 55:16 56:4

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| **combine** 213:1 | **commentary** 80:15 | 50:6,20,25 51:17 | 51:9,13,21 52:17,20 |
| **combined** 73:17 | **commenter** 101:11 | 52:23 53:1,2,15,21 | 53:4 54:16 57:11 |
| **come** 16:11 32:23 | **commenters** 159:11 | 54:20,25 55:4,10,15 | 59:15 63:19 69:19 |
| 43:2 62:8,24 65:6 | **commenting** 153:2 | 55:15 56:3,5,10,14 | 71:1 75:4,18 76:14 |
| 68:12,12,15 159:19 | **comments** 36:9,13 | 56:17,22 57:2,5,7 | 159:10 174:4 |
| 159:21 172:17 | 55:17 59:3,11,17 | 57:15 59:6,18 60:13 | 175:15 187:1 |
| 174:25 179:22 | 60:17 63:3,4 64:9 | 60:18,23 61:4,8,21 | 216:10 220:7 239:8 |
| 190:7 195:13 | 64:12,17,20 65:11 | 62:11 63:1,6,9,11 | 239:9 244:25 |
| 234:18 | 65:12 100:19 106:8 | 63:22 64:22 65:7,20 | **common** 12:15 13:4 |
| **comes** 103:3 105:20 | 107:12 116:7,9 | 65:22 66:9,13,16,24 | 18:22 139:17,19 |
| 179:13 212:15 | 131:24 144:9,10,15 | 67:1,9,18,20,22,24 | 174:2 195:8 204:7 |
| 239:11 | 152:19 153:18,25 | 68:1,13,14,16,19,21 | **commonwealth** 1:20 |
| **commencing** 1:23 | 154:4,7,23 155:13 | 68:22 69:1,2,11,12 | 250:1,5 |
| **comment** 16:10 | 155:14,17,20 156:8 | 69:17 70:9,15 71:8 | **communicate** 188:5 |
| 29:17 35:14,16,21 | 157:16 158:6,10,13 | 71:11 72:5,14,23 | 188:13 227:23 |
| 36:3,5 38:6 39:6,8 | 160:1,2,4,11 164:24 | 73:6,14,20,22 74:7 | **communications** |
| 53:12 59:10 63:16 | 165:7,9,12 166:5 | 76:2,5,10 77:4,9 | 24:3 89:2 98:19 |
| 68:11 93:10,25 96:8 | 167:23 168:3,7,9 | 103:22,25 104:21 | 202:7 211:19 |
| 97:3,6,15 100:24 | 179:3 180:2,7,9,13 | 105:12 107:11 | 212:22 |
| 101:7,12,15 102:4 | 185:16 187:11 | 109:9 114:6,24 | **companies** 75:21 |
| 102:10 105:20 | 189:11,22 191:21 | 115:5,6,10 129:8,10 | 220:16,24 |
| 109:8 113:9,19 | 193:12,25 194:7,18 | 129:13,14,16,20 | **company** 152:17 |
| 114:5 115:4,18 | 205:20 212:23 | 130:4 131:15 | 225:18 226:15,24 |
| 116:16,20 117:3 | 213:3,10,20 217:18 | 133:10,13,14,18,22 | 227:4,6 240:19 |
| 129:18 131:21 | 220:18 222:17 | 134:1 143:16 148:5 | 241:8 |
| 132:1,13,13,22,24 | 224:13 | 155:15,18,21 157:2 | **company's** 227:7 |
| 145:3 152:9,18 | **commercial** 12:17 | 158:14,18 159:22 | **compare** 63:23 |
| 155:5 156:4,16 | **commission** 196:6 | 172:25 177:17 | **compared** 237:18 |
| 159:2 163:10,15,16 | 196:13 205:3 | 179:25 186:19 | **comparison** 80:19 |
| 163:25 164:5,13 | 223:18 250:21 | 194:8,13 199:19 | 141:20 209:24 |
| 166:16,22,23 | **committed** 39:24 | 200:4 203:25 | **competence** 64:6 |
| 167:10,19 168:2,12 | **committee** 12:6 16:1 | 205:21,22,23 210:2 | **competent** 84:17 |
| 169:7,25 171:16 | 16:2,7 20:1 25:1,16 | 216:10,20 217:6,17 | **complaints** 121:9,22 |
| 172:1,8,17,20 | 25:17,22 26:9,10 | 217:20 233:15,16 | **complete** 34:1,11 |
| 178:22 185:12,14 | 27:10,15,20,22 28:2 | 233:17,20,21 234:3 | 41:12 42:1,3,16 |
| 185:24 186:2 | 28:8 29:5,21,23 | 234:5,6,7,12 239:5 | 43:3,4,7,19,21 44:7 |
| 188:10,12 191:15 | 30:3,7,22 31:1,5,11 | 239:17,19,20 | 44:17 45:10,19,22 |
| 191:17 192:17,20 | 33:11,13,19,22,24 | 240:16 241:10 | 45:25 46:13 49:2,5 |
| 193:1,9 194:10,15 | 34:3,6,12,20,24 | 244:22 | 49:11 55:16 122:13 |
| 194:25 196:3,5 | 35:1,2 36:4,7,8,11 | **committee's** 29:17 | 122:15,16 217:19 |
| 200:8 205:17 | 36:15 37:19,23 | 55:23 | **completed** 33:15 |
| 208:22 212:12,18 | 38:25 39:14,19 | **committees** 12:7 | 225:7 228:1 |
| 219:11 222:19 | 41:10,22 42:19,20 | 19:20 28:12 29:13 | **completely** 58:7 |
| 245:12,13 | 42:22 43:15,17 | 30:11 31:3,20 49:17 | 161:7 167:17 |
| | 44:14,16 48:19 50:5 | 49:22 50:16,22 51:6 | 171:11 189:14 |

[completely - copyright]

191:4
**completeness**
  212:19
**compliance**  32:2,11
  37:5 111:25 159:2
**compliant**  171:11
**comply**  56:24 159:7
**compound**  40:13
  41:7,19 42:8 43:10
  43:11,23 44:9,24
  45:13 46:19 47:22
  59:24 61:1 62:14
  63:14 66:7 68:4
  128:24 133:21
  148:16 155:9
  160:23 183:24
  199:16 203:17
**concept**  99:4,8
  245:7
**concern**  17:5 189:5
**concerning**  250:8
**concerns**  148:21
**concise**  245:3
**concluded**  248:5
**conclusion**  198:19
**conclusions**  64:7
  176:16 178:16
  184:22 202:16
  220:21
**conditioning**  1:9
**conditions**  80:12
  81:6,7,10,14,16,19
  81:22 82:3,4,7,13
  82:19 83:3,5,19,25
  84:5,19 85:11,15,23
  86:5,11,23 87:17,18
  87:21 88:3,7,8,22
  89:20 90:1,3,6,10
  91:18 92:5,23 93:1
  93:2,9,11,12
**conduct**  225:4
**conferences**  14:8,10
  14:19 16:15 26:18
**conferred**  207:25

**confidential**  164:18
**confirm**  95:18
  117:13 225:20
  227:10
**conflicting**  32:19
  239:23
**conform**  171:6
**conformance**
  159:12
**confusing**  29:7
  230:15 246:11
**confusion**  152:25
**connected**  57:1
**connecting**  22:18
**connection**  89:5
  109:14 151:19
  156:18 163:11
  184:23 203:9
**consensus**  15:19
  24:16,19 71:6,9
**consequence**  56:16
**consider**  69:11
  188:9 233:10
**consideration**
  204:18 226:2
**considerations**
  97:11
**considered**  172:24
**consistency**  195:18
  239:25
**consistent**  130:25
  138:10,18 141:5,7,8
  141:8 147:13
  156:21,23 192:24
  195:22 213:6
  224:15
**consistently**  60:9
**consisting**  130:22
**consolidate**  57:24
**consolidated**  136:9
**consolidating**
  217:19
**constituents**  14:16
  121:13 139:5

**constitutes**  16:3
  53:5,8
**consultants**  52:7
**consumer**  52:12
  77:24 85:11 190:22
  196:6,12 223:17
**consumers**  52:10
  190:14,20
**contact**  166:10
  174:18 175:23
  221:16,17 225:18
**contacted**  172:22
  174:24 175:12,17
  176:3 202:21 228:7
**contacts**  176:11
**contain**  49:11 164:1
  239:4 245:14
**contained**  59:9 61:6
  139:25 178:12
**contains**  100:17
  101:7 238:17,22
**content**  66:13,16
  94:4 95:12 99:22
  103:5 142:25
**contents**  173:19,21
**context**  28:11 30:18
  30:25 31:23 56:7,10
  60:21 69:6 170:12
**contexts**  204:12
**continue**  38:18 39:3
  41:4,4,14
**continued**  4:1 5:1
  6:1
**continues**  38:16
**continuing**  11:19
**contract**  83:13,13
  83:24 84:6
**contractors**  186:8
  186:24
**contributed**  57:8
  59:5,21 60:23 62:11
  65:24 66:3 176:4
**contributions**  198:1
  233:23

**controversy**  250:9
**convene**  124:7
**convenience**  100:1
**converge**  138:25
  139:4
**convergence**  139:7
**conversations**  7:19
  9:21
**cooking**  12:18
**coordinating**  52:23
**coordination**  234:9
**copied**  113:17
  147:14 193:4
**copies**  195:1 208:7
  235:10,12 236:1,5
**copper**  192:22 193:3
**copy**  35:6 96:14
  97:25 113:16
  127:13 130:8
  151:16 166:4 196:3
  203:23 236:14,19
**copyright**  63:18
  64:21 92:15 97:11
  97:20 98:2,5,5,10
  99:4 101:1 102:17
  102:19,22 103:3,8,9
  103:15 105:7
  112:21 113:18,20
  113:22 115:12,19
  115:20 116:1,3,7,8
  116:11,12,24
  118:19 137:6 140:9
  140:16 141:12,14
  142:8,11 144:11
  148:21 165:5
  166:16,21 167:7,10
  167:12 168:2
  171:18,19 173:3,10
  174:19,22,25 175:8
  175:10,25 178:11
  178:25 179:3,11,12
  179:14,19,24 180:8
  187:15 192:1,2
  196:18 197:7,11,20
  197:21 198:1,7,9,15

Veritext Legal Solutions
866 299-5127

[copyright - defendant's]

198:16 199:4,6,14
200:6,10,24 201:7
201:17,24 208:17
212:13,19,21 214:3
214:12 215:18
216:3,9 217:2,8,12
217:24 218:16,23
219:6,12 221:14,17
222:15 232:25
233:9,22 243:7
**copyrighted**  166:8
176:3,12 177:9,13
188:25 189:17,20
202:13
**copyrights**  112:14
168:12
**corporate**  80:9
**corporation**  240:25
241:9
**corps**  224:23 225:19
**correct**  31:20 34:14
48:22 49:3,8,18
51:10 53:21 54:25
64:10 65:1 66:17
80:3 91:19 93:6
99:15 100:21,22
101:6,13,21 102:5
103:2,16 104:4
105:8 113:17
114:21 115:8,12
117:16,23 123:4,11
126:21,22 132:8
134:15 137:12,13
138:19,20 140:2,10
140:11 144:6,24
146:1 147:10 151:9
152:14,15,21
154:11 155:19
159:4,13,23 160:3,8
160:15 163:18
168:4 170:14,22
171:2 172:9 184:2
185:15 191:19
192:23 195:2 196:7
199:25 206:25

207:22 212:16
224:7,14 225:1
227:1 229:12,18
236:1,4,16 237:19
237:20 238:19,24
239:12,13 240:6,14
241:20,21,25 242:1
242:11,24 243:9,11
243:18,20 249:3
**correctly**  60:16
122:23 147:14
186:22 193:5
**correlating**  239:16
239:18,20
**correlation**  239:21
240:1
**correspond**  104:14
**correspondence**
176:23
**council**  19:18 41:11
41:21 49:21 51:3,7
51:11 53:9,14,25
54:2,4,10,13,17
67:21 105:4 118:4
**councils**  49:17
**counsel**  8:6,25 9:6
9:17,21,22 10:6
78:20 89:3 95:2,18
98:14,23 106:10
110:23 111:11
114:19 117:13
125:5 187:18
200:19 201:2,12
202:8 211:20 235:7
235:8 247:7,17
250:13,13
**counsel's**  247:21
**count**  80:6
**counter**  1:10,14 9:7
**country**  162:23
**couple**  21:9 243:22
246:8
**course**  95:1 100:20
108:22 125:21
126:14 127:14

128:5,19 130:9,21
131:6 142:20 143:9
143:23 145:20
146:20 147:2,19
149:17 150:5,13,23
151:8,19 152:1,7
153:20,21 156:5,18
162:4 197:5 209:6
213:7,18,22 223:6
**court**  1:1 7:7,11 8:7
31:14 84:16 91:4
**cover**  49:20 50:2,3
144:16
**covered**  129:15
**covers**  14:24 26:4
**crafted**  193:7
**created**  68:6 112:24
197:4
**credentials**  51:5
**criteria**  29:22 51:11
51:15 69:19 70:9,13
70:20,25 71:18,22
72:4,20,23 73:4,8
73:12,20 74:3
**criticism**  80:16
**cross**  3:2 246:6
**crossed**  70:16
**csb**  72:13 148:24
**current**  14:12 49:1,2
93:11 103:8 109:6
116:21 160:17
161:15 178:12
179:9,17 192:8
**currently**  176:20
214:6,18
**cut**  123:3,21 130:13
130:15
**cutting**  123:9
**cv**  1:6
**cycle**  58:18 167:4
177:6 180:7 195:20
213:25

**d**

**d**  1:5 3:1 7:1 102:5
152:17
**dash**  102:13
**data**  71:23,24 72:9
73:17,19 80:18
217:19
**date**  13:10 26:11
154:5 215:23
**day**  20:23 21:10,18
22:8,8 66:9 67:21
218:6,6 219:15
250:6,16
**days**  20:18,19,19,22
20:23,25 21:1,3,6,7
21:18 235:21
**dc**  2:4
**dealing**  98:13
**deaths**  71:24
**debate**  38:19 39:4
**debbie**  101:22
**debra**  99:15
**decide**  35:3 57:16
70:10 73:9 90:2
**decided**  29:20 40:5
54:21 119:11
**deciding**  72:6,24
74:7 75:5
**decision**  30:22 56:2
56:11 67:13,17,18
70:18 75:10 105:3
182:10
**decisionmaking**
73:9 98:25
**decisions**  17:18,21
30:2 53:3 54:18
74:15
**declare**  249:1
**decline**  90:2
**declines**  90:5
**defendant**  1:13 8:12
9:6 184:6,18
**defendant's**  185:4

Page 11

[defendants - discussing]

**defendants** 1:10
**defense** 118:19
**define** 49:14
**defines** 49:16
**definitions** 139:24
  140:6
**degree** 11:4,7,18,19
**delete** 230:2
**deleted** 62:19
  152:20 153:2
  170:14 192:9
  242:17
**deleting** 170:16
**deletion** 152:24
**dem** 102:5,6,12
**demonstration**
  102:11
**dennis** 187:18
**department** 26:14
  26:20,22 178:1,3
  214:18 215:3 222:9
  232:20 233:11
**depend** 17:14 70:13
**depended** 215:23
**depending** 51:4
  57:23 135:21
  136:11 213:24
**depends** 16:25
  18:21 20:22 38:21
  75:19 213:8
**depict** 95:6,14
**deponent** 2:9
**deposed** 9:13
**deposition** 1:16 7:5
  7:8,10 9:18 10:3
  49:8 78:6,13,16,19
  88:21 89:7 108:24
  111:8 246:14 247:1
  248:2,4 250:10
**depositions** 9:22
**derive** 165:8
**describe** 20:10 21:4
  42:3 43:8
**described** 37:25
  220:10 222:7

**describing** 45:22
**description** 3:8 4:3
  5:3 6:3 46:1
**descriptions** 35:10
**design** 96:10
**designated** 15:12
  80:8 91:1,8 118:9
  119:4 184:11
**designed** 15:3
**designs** 123:2
**desire** 97:17 235:1
**detail** 218:6,7
**details** 140:21
  201:22 235:23
**detect** 60:19
**determine** 15:18
  16:3,7 24:16 42:20
  63:15 66:5,8 69:20
  71:1 98:5 172:16
  175:12 188:21,23
  189:3,4 194:21
  202:21 207:15
  225:12 233:5
**determined** 29:6
**determines** 15:21
  29:12 36:7,11,15
  41:23 51:7 55:22
**determining** 51:12
  71:19 72:20 94:2
  161:13 170:13
**develop** 24:23 33:2
  33:11 36:17 37:22
  163:4
**developed** 63:4,22
  120:25
**developers** 18:15,17
  18:25 19:6 138:10
  138:22,24 139:3,20
**developing** 28:13
  64:3 67:10 105:15
  175:1 234:8
**development** 11:20
  18:18 24:20 30:10
  32:1 49:12,22 50:1
  50:10 54:6 57:18

58:25 64:18 70:21
70:24 96:7 100:21
106:25 107:18
108:14 110:18
111:6 121:1 125:9
125:24 126:13
127:15 128:7,20
130:23 131:7,18
137:2 138:18 139:8
142:21 143:10,24
145:21 146:21
147:3,20 149:18
150:6,14,24 151:9
151:20 153:21
154:17 156:5,19
157:5,24 158:8
163:12 164:14
168:17 174:13
176:5 179:2 199:18
203:10 207:22
223:7 229:23
230:24 243:6,23
244:14,17
**develops** 36:8 99:22
**devoted** 20:20
**diagram** 108:20
**diangelo** 224:23
  225:1 226:15
**differ** 113:21,23
  154:22
**differed** 136:4
**difference** 209:21
  209:25
**differences** 209:16
**different** 12:11,14
  20:8 38:23 61:24
  71:14 72:23 73:6,8
  73:24 74:3,5 81:11
  103:13 108:12,23
  109:1,10 110:3
  111:13,24 112:7,12
  112:23 114:22
  129:10 134:23
  135:1,8,12,13,16
  136:1,13,14,15,17

137:9 138:24 141:6
143:3 146:7,11
148:10 185:3
207:19 208:9,15
211:7 215:19
242:10
**differently** 74:1
  184:15
**differing** 24:21
**difficult** 66:11 73:2
  170:6 175:21
  207:11
**difficulties** 205:11
**difficulty** 121:22
**direct** 3:2 9:9 84:22
  117:19 172:5
  214:25 221:24
**directed** 99:14
**direction** 68:19,21
  68:25 250:10
**directions** 110:25
**directly** 57:1 61:22
  164:5
**directors** 54:9,11
**directory** 48:20,23
**disagree** 15:14
  134:9
**disbelieve** 134:4
**disclaimer** 142:7
**disclaimers** 3:13
  94:11,20 95:7,15
  137:5 140:9,15
  141:12,14,21 142:8
  142:11
**disclosing** 201:11
**disconnected** 167:18
**discrepancies**
  159:19
**discuss** 9:18 78:12
  78:18 233:16 234:4
**discussed** 207:11
**discusses** 98:24,25
  163:22 238:3
**discussing** 49:7
  200:20 235:1

Veritext Legal Solutions
866 299-5127

[discussion - education]

**discussion**   78:15
**discussions**   200:18
  210:1
**disputes**   84:18
**disregard**   96:17
**distinction**   11:5
  137:22
**distinguish**   28:22
**distinguishing**
  129:6
**distributed**   166:9
  177:17
**distributing**   166:11
**distribution**   175:14
**district**   1:1,2
**divide**   21:2
**division**   99:21
**doc**   58:4 181:3,14
**document**   3:10,12
  3:13 20:5 28:8 30:8
  30:12 32:15,21
  35:17 37:1,12 39:12
  39:13,17 48:17 56:8
  58:3,6,18 60:6
  61:10 62:1,17 64:4
  67:22 69:7 78:24
  80:7 82:8,23 85:6
  93:7,19 96:4,5
  97:23 99:24 100:17
  102:10,13,15 104:9
  105:10 110:14
  111:1 112:11 113:9
  114:19 115:14
  116:20 125:13
  126:12,24 127:7,13
  127:16 128:4,8,13
  128:17,21 130:8,20
  130:24 131:5,9,17
  132:7 133:2 134:5
  142:19 143:8,22
  144:3,23 145:19
  146:4 147:22
  149:16 150:3,12
  151:1,2 152:13
  153:23 154:2,16,18

156:7,10,20 157:12
157:14 159:20
160:6 161:21,22
163:13 164:19
165:17,20 166:19
169:1,6 177:23
181:17,20 187:7,20
189:8 190:4 191:14
192:16 195:19
196:2 202:15 203:4
203:20 204:23
206:12,20 207:18
208:12 209:2
210:14 213:9,11,13
222:9,11,14,18,20
223:1,9,14 224:19
225:9 226:21
227:14,20 229:2,8
229:15 232:1,7,13
232:19 234:9
236:12,21 238:17
238:22 239:22,25
242:10,20 244:23
**documentation**
  125:22 177:6
  179:24
**documents**   12:5,9
  12:13,21,24 13:1
  28:21,24 50:9 58:8
  58:16 69:10 80:20
  89:5,9 100:2 107:4
  107:6,17,21,25
  108:2,15,18,22,24
  109:4,13,16 110:9
  111:18 118:13
  120:14 125:6,10,15
  130:4 136:10,24
  138:2,13,14 139:16
  141:2 142:13
  157:23 162:21
  176:21 177:19
  180:21 181:23
  185:6 193:16 198:9
  199:12 200:15
  202:3 203:21 204:9

208:19 209:23
210:5 213:2,24
222:6 223:3,6 224:8
229:23 232:3
233:21 235:7,10
237:14 238:15
246:13,19 247:2,3,4
247:6,11,16
**doing**   65:14 161:1
  209:24 216:14,19
**dominate**   51:24
**dot**   238:4
**doug**   196:10 202:11
  223:17
**draft**   35:14 37:1,12
  38:3,7,8,9,11 39:1
  39:10,21 57:22,23
  58:1,2,10,11,16,21
  59:2 66:17 69:8
  101:16,17,19 205:4
**drafting**   66:21
  69:10
**draws**   64:6
**dryer**   173:1
**dubay**   1:18 3:3 7:5
  9:4,11 10:14 48:16
  88:20 95:24 100:16
  103:20 112:9 125:5
  142:18 153:17
  156:3 160:13 163:9
  164:12 169:24
  185:10,22 191:12
  192:14 209:1
  212:10 246:8
  249:12
**due**   11:5 74:13
  97:10 219:22
**duke**   240:24 241:8
**duly**   9:7 250:7
**dummy**   104:3
**duplicated**   114:13
**duties**   21:20
**dwyer**   171:25 173:1

**e**

**e**   2:5,10,14 3:1,6 7:1
  7:1 21:12,16 89:17
  89:21,24 90:12,14
  102:5 176:22
  241:25
**earlier**   38:1 104:17
  127:19 129:15
  154:24 160:21
  181:8 183:13 208:1
  212:10 237:12
  239:7 246:10
**ease**   245:8,12
**easier**   29:9 72:1
  139:18
**easy**   121:3,15,24,25
  122:4 139:14
  203:18
**economic**   71:25
  74:13 195:15
**edited**   56:24
**edition**   33:2 62:16
  79:20,22 81:18
  108:21 116:21
  130:13 146:12
  155:12 160:18
  161:9,15,16,20
  162:12,15,16
  177:22 178:12
  179:9,18 185:1
  192:8 209:13 225:8
  236:15 237:19,21
  237:23 240:13
**editions**   162:4
  180:15 237:9,10,12
  238:10
**editorial**   30:15
  31:18,22 32:25 33:5
  37:9,14 57:3,12,14
  61:20 62:3 149:7
  171:9 238:5,9
**education**   11:3,17
  11:20 163:5

Veritext Legal Solutions
866 299-5127

[eei - example]

eei  241:11
effect  216:5
efficient  235:19
efforts  220:15
eight  214:18 215:8,9
  215:25
either  9:20 35:4
  57:4 59:4 115:18
  167:21,22 174:2
  177:16
election  53:24
electric  158:18
  241:1
electrical  74:24
  75:25 80:1 101:20
  121:4,17 130:11,15
  131:14,16 135:22
  135:25 137:17,19
  137:20 138:1,2
  145:24 146:1,5,8,12
  151:21 154:1
  157:11 160:14,18
  160:25 161:4,7
  163:18 170:1 171:9
  171:16 173:5,13,20
  173:22 178:13,20
  178:24 179:10,18
  179:22 180:6,16
  181:5 182:19 183:9
  183:14 185:13
  186:8,20,24 191:16
  192:18,25 203:6
  206:24 207:7 208:7
  209:4 210:20,21
  223:4,16 236:16,20
  239:12,14 240:5
  241:11 243:6
electronic  2:19 8:13
  135:19 136:7 151:3
  151:5,23 152:8
  153:24 214:10
electronically  97:12
  151:11 157:18
  158:10

embedded  176:16
  178:15 184:22
  202:16 220:21
emerging  17:4
employed  132:6,11
  152:17 220:16
  250:13,13
employee  20:14
  196:5,25
employees  52:16,19
  54:12 66:3 197:5,23
  198:2
employers  222:16
  241:13
employment  53:5,7
  53:16 197:6
enable  104:8
encounters  100:19
ended  244:9
endless  195:5
ends  97:8 102:2
  158:22 198:8
  236:12
energy  240:25
enforce  109:6
enforceability
  244:24 245:5
enforceable  245:9
  245:16
enforcement  244:19
enforcer  52:4 75:23
  76:8 241:25
enforcers  76:1,8
enforcing  169:9
engaged  20:15
  214:24
engineer  10:20,25
  11:12,16 12:5 13:15
  13:19,23 21:21,25
  22:2,15,22 23:7
engineering  11:5,14
  23:1 241:8
engineers  1:9
  224:24 225:19

ensure  15:5 31:1,9
  32:10,13,24 34:3
  37:4,9,17 51:23
  65:18 77:22 108:7
  119:17 141:23
  149:9 169:11
  203:22 205:15
  216:18 225:7
  227:24 239:22
  245:1
ensures  198:21
  245:24
enter  83:12,23 84:6
  92:14
entire  39:12,13 43:8
  54:5 178:23 189:2
  239:21 240:1
entirety  39:19 96:4
  198:10
entities  49:16
  245:25
entitled  50:21 82:21
  82:24
entity  189:23
entity's  189:10
enumerate  71:17
envisions  203:14
equivalent  19:16
errata  180:24 181:9
  181:25 182:5,16,18
  183:17,19 184:4
  185:1
erratas  180:23
  181:4 184:2
error  229:18 238:12
errors  180:12,15,22
  183:5,7,22 184:1,16
  185:5
es  242:1
especially  52:25
  172:25 175:24
esq  2:3,7,12,18,19
establish  32:19 67:2
  69:2 106:9,11

established  37:19
establishes  67:23
establishing  94:3
  110:24
establishment
  217:16
estimate  135:5
  136:21 176:2
  182:23 191:3
  217:10 218:13
  219:18,18 220:1
estimating  21:17
et  26:12 75:16 76:11
  98:7
evaluated  51:2
evaluation  80:16
event  14:15 166:8
  182:16
events  177:2
everett  2:18 8:24,24
everette  233:5
evidence  56:20
  202:17
evolution  68:17
evolve  67:25 68:5,5
exact  20:4 213:16
exactly  201:20
examination  9:5,9
  246:6 247:14
  250:10
examined  9:8 250:9
examines  78:24 85:6
  96:5 127:7,16 128:8
  128:13 130:24
  131:9 147:22 151:2
  153:23 157:12
  163:13 187:7
  191:14 192:16
  196:2 203:4 209:2
  223:1,14 224:19
  226:21 227:14
  229:2,8 232:1,7,13
  232:19
example  14:3,5,8
  17:4,23 18:4,13,15

[example - feel]

18:22 19:1,19 23:4
27:11 32:2 38:24,24
52:2,3,4,8 60:15,20
62:2 72:9,10 101:14
101:25 135:22
139:23,25 140:1,4,5
143:2 162:19
165:15 170:24
177:7 192:11
195:10,11 199:4
208:6 210:9 213:8
221:13 236:25
238:9 245:15
**examples**  17:2 72:3
72:4,8 195:4
**excellent**  60:15
**exception**  117:18
**exceptions**  80:13
159:6,6
**exclude**  89:1 211:17
**excluding**  247:2
**exclusions**  80:13
**exclusive**  137:16
**excuse**  36:8 58:25
70:6 101:8,16 127:1
151:4
**execute**  100:4
103:13,13 107:19
**executed**  249:5
**executive**  19:18
**exhibit**  3:9,11,13,14
3:16,17,19,20,21,22
3:23,24 4:4,5,6,7,9
4:10,11,12,13,14,15
4:17,18,19,20,22,23
5:5,6,8,9,11,12,13
5:14,15,17,18,19,20
5:21,23 6:5,6,8,9,11
6:12,13,14,15,17,18
6:20,21 48:13,16
78:23,25 79:5 85:1
87:14 93:1,16,18
94:5,7,19,20 95:22
95:24 96:5 99:13
102:2 103:18,21

105:5 113:10,24
114:11 115:7,9,17
115:25 116:1,10,13
116:25 117:3,9,11
117:22 125:17,18
126:9,11 127:4,6,9
127:17 128:1,3,10
128:12,15,17 130:5
130:7,17,19 131:1,4
132:24 133:5
134:11,13 142:16
142:18,23 143:5,7
143:11,19,21,25
145:16,18,23
146:15,18,22,23,25
147:4,8,9,15,17
148:1 149:13,15,20
149:24 150:1,3,7,15
150:19,21 151:4,14
151:16,23 152:3,5,9
153:14,17,23 156:1
156:3,8,14,16,20
157:6,8 158:3,5,9
163:7,9,14 164:10
164:12,16 165:15
167:2 169:16,22,24
169:25 171:12,14
171:15,17 185:8,11
185:12,20,22,24
187:4,6 188:7,10
191:10,13,14
192:12,15,16
195:24 196:1,2,19
197:1 199:25 203:1
203:3,4 206:3
208:24 209:1,18,19
210:12,17 222:23
222:25 223:11,13
224:16,18,19
226:18,20,22 227:3
227:11,13,14
228:24 229:1,2,5,7
229:8 231:23,25
232:4,6,10,12,13,16
232:18 236:9

**exhibits**  4:1 5:1 6:1
95:5 127:20 211:12
**existence**  87:18
181:9
**existing**  74:22
155:12
**expect**  127:8 225:3
227:19
**experience**  55:10
73:23 83:9 121:8
136:19 195:2,5
197:10 200:3,9
225:23 229:22
230:3
**expert**  52:7
**expertise**  14:6 23:1
23:6,20,25 29:18
30:3 51:1,16 52:25
55:9,15 62:4 65:21
68:13 69:23 70:15
82:1
**experts**  55:7 66:25
73:6,7 77:6
**expires**  250:21
**explain**  10:3 18:10
61:2
**explaining**  18:9
**extensive**  16:9 29:16
31:24 33:4 60:14
73:23
**extensively**  221:4
**extent**  64:6 83:7,20
92:9,18,24 98:12,17
98:20 119:6 164:20
173:7,16 176:18
199:3 200:17
201:10 202:5 205:3
243:15 246:18
**extremely**  44:22
160:23

**f**

**f**  116:18
**facilitate**  27:18
123:9

**facilitates**  119:22
**facilitating**  27:13
**facilitators**  65:19
205:9
**facilities**  246:1
**facility**  25:18
**facing**  17:20 20:8
71:24
**fact**  91:17 92:11
93:23 121:9 188:21
236:4
**facts**  56:19 73:19
114:1 122:22 123:6
163:20 200:2
202:17 207:10
210:23 220:20
245:22
**failure**  232:24
**fair**  46:3 98:9,15,24
99:4,10 237:23
**fall**  104:24
**falling**  212:23
**familiar**  88:22 92:11
118:3 126:8 156:12
156:24
**fancy**  170:20
**far**  193:22
**fargo**  173:2
**fashion**  47:12 139:1
**fault**  162:19 163:17
163:23 164:3
**fax**  151:11 188:1
**faxes**  136:10
**features**  124:3
**federal**  52:5 196:25
197:22,23 198:2
242:1
**federally**  197:12
**federation**  19:5
**fedex**  136:10
**fee**  2:3 8:4 9:2,2
41:16 46:22 99:16
238:20 247:12
**feel**  141:9

[fenwick - forms]

fenwick  2:11 8:11
fenwick.com  2:14
field  30:4 55:7,10
  67:1 73:24 102:3
  103:1 162:16
fields  77:7 100:17
file  38:18 102:11
  144:13 186:21
fill  40:16 103:24
  110:2 129:3,16
final  16:7 29:19
  34:13,18 35:13
  55:18 56:2,9 61:3
  63:23 67:11,17,19
  68:20 69:18 198:7
  228:15
finalize  33:6 34:3,20
  34:23
finalized  33:9 37:15
financial  77:2 80:11
financially  7:22
  250:14
find  57:19 58:1,10
  228:8
finding  26:23 241:4
fine  46:4 48:5 78:10
  122:13
fire  1:6,17 8:22,25
  11:4 12:24 13:6
  14:17 17:6,15 71:24
  72:11,13 74:13,24
  75:24 179:20 195:2
  199:4 242:3,3
firefighters  213:15
first  9:7 10:21 13:21
  32:5 35:13 40:14
  51:15 56:23 57:22
  58:1,10,15,19,21
  59:1 75:1 79:17,18
  87:10 90:18 95:19
  99:17 101:17
  102:25 103:23
  106:23 117:22
  125:16 133:4,12
  148:17,17,22

160:19 161:15
162:11 188:19
197:2 201:21 206:3
206:9,17 214:25
fit  60:8 147:6
fits  69:16
five  85:7 135:20
  136:1,21
flipping  49:4
floor  2:8
focused  70:8 73:5
focusing  27:21
  65:19 72:19 101:18
  185:4
foley  178:9
follow  37:25 70:2
  101:11 148:18
  155:17 233:3
  247:10,21
follows  9:8
footer  165:1
foregoing  249:2
foremost  13:21 32:5
forest  187:16 188:18
  188:24 196:20
forget  13:9
forgot  104:15
form  15:23 16:5
  17:12 19:4,10,14
  20:16,21 21:14,23
  22:10 23:2 24:18,25
  25:14 26:21 27:4
  28:5,25 29:14,25
  30:21 31:7,21 32:3
  32:4 34:9,15 35:22
  35:25 36:20 38:2
  39:5,16 40:6,12,16
  40:24 41:6 43:9,22
  44:18 45:12,14
  49:10,19 50:23
  51:14 52:18 53:10
  54:3,14 55:1,25
  56:18 57:9,21 58:13
  58:23 59:23 60:8,25
  62:13 63:14 64:11

65:2,8,15 66:6,18
67:15 68:3,10,10,11
68:23 69:22 70:12
71:3 73:15 74:9,18
75:8 76:15 79:14
80:4 82:6,18 83:15
84:20 85:19 86:2,12
87:3,16,22 88:4
90:16 91:1,8 92:2
92:17 93:5 94:23
97:2 98:11 100:6
103:13,24 104:1
105:1,9,24 107:1,5
107:20 109:3,19,25
110:15,19 111:3,7
111:24 112:16
113:5,6,11,14,25
114:8,9,10,13 115:7
115:13,17 116:14
116:17,18,19,20
119:24 120:20
121:6 122:12,21
123:5,14,23 126:4
127:21 128:23,25
129:1,3,5,15,17,23
130:12 131:20,24
131:24 132:2,4,9,10
132:16,23 133:7,8
133:19 134:15,16
134:18,20 136:18
136:23 138:5 139:2
139:10,21 140:17
141:15,19 142:5,12
142:24 144:7,25
145:8,22,24 146:2,7
146:11,14,18,25
147:7,18 148:8
149:21,23 150:8,16
150:17,21 151:17
151:17,24 152:5,9
152:18 153:24
155:1,4,5 156:13
159:14,24 160:16
160:22 161:10,17
162:5 163:2,19

164:5 165:21
166:18 167:13
168:5,14,20 169:4
170:23 172:3 173:6
173:15 174:14
175:3,20 176:15
178:14 179:6,16
180:3 182:1,6
183:15,23 186:15
187:11 189:12
192:4 193:8,15
194:1,3,25 195:3
196:16,22 197:8
198:4,11,17 199:15
200:1,12 202:14
203:11,16 204:5,14
205:1,6 206:7,11,14
206:19,23 207:1,3,9
207:23 208:11,18
209:3,22 210:4,13
210:22 211:14
214:4 215:13,16
218:1 220:19 221:8
223:2 224:15,20,25
225:7,22,24 226:16
227:2,8 228:14
229:3,19 230:8,14
231:2,21 232:2
233:3,10,24 234:14
240:7,15 243:3,14
243:25 244:20
245:10,21
formal  11:19 21:19
  33:24 49:24 233:6
  233:13
formality  228:13
format  60:16 126:16
  139:4,18,19 141:5,8
  170:13,24
formats  81:3 143:3
formatting  95:11
formattings  141:7
formed  84:3
forms  32:5 63:17
  65:5,11 100:5

[forms - guess]

106:23 108:5,8
109:14,16,22
111:10,13,15 112:4
112:5,12,20,22,24
113:20,22 114:22
116:5 126:3,7
127:24 129:11,13
129:20 130:2
134:23 135:1,9,12
135:14,18,23 136:1
136:4,6,15,25,25
138:4 140:12,13,23
140:25 146:9 149:8
153:18 154:23,23
156:21 158:11
166:23,24 168:22
178:22 193:12,13
194:6,7 203:8,15
204:8 207:6,19
208:8,9,17,20
210:19 212:12
219:6 224:7,13
225:18
**formulations**  108:12
109:1,10 110:4
**forth**  33:4 49:6
**forum**  19:23 116:17
**forums**  14:1,5,7
16:12,15 22:5 25:9
**forward**  57:17
62:17 69:14,20 70:1
70:6,11 71:2,8,12
71:15,19 72:6,21,25
73:10 120:11
169:12
**found**  228:10
241:19
**foundation**  2:19
8:14 20:17 29:1
30:1 56:19 85:20
92:18 108:18
129:24 138:6
159:15 163:20
**four**  9:23 241:6

**frame**  244:4
**frames**  211:9
**francisco**  2:9,13
**free**  77:21 79:12
80:25 81:4,12,22
82:15 83:6,10 84:14
85:16,24 86:6,24
88:9 89:15 90:7,11
90:19,22 91:15 92:6
92:12 93:3 119:11
119:15,25 120:13
121:13 123:7,18
124:2 182:11
**frequently**  173:3
**freshly**  134:14,24
**friday**  111:11
**front**  134:10 164:8
172:25 187:22
198:23 199:11
207:5 230:2 236:18
242:5 243:20
**frontier**  2:19 8:13
**full**  10:12 20:23
21:1,7,10 32:25
33:18,21 105:13
122:25 134:10
138:15 145:12
148:20 166:21
167:7,9 168:1
214:19 215:9
219:14 220:5
242:14
**function**  190:6
**functions**  13:18
**fund**  75:24 76:8
120:11
**fundamentally**
74:19
**furnish**  90:13
207:18 235:8
**furnished**  125:5
**furnishes**  179:4
**further**  36:12,15
39:19 42:23 62:15
122:17 235:23

247:9 250:12

**g**

**g**  7:1
**g&m**  7:11
**gain**  51:12 71:25
77:19 79:11 84:13
86:6 88:9 89:18
90:6,22 91:15 92:6
92:12
**gains**  51:7
**gather**  122:11 144:4
**general**  8:25 46:11
47:22 75:3 95:2
98:13 99:8 101:20
106:2,10,13 138:21
142:5 143:2 156:13
162:14 166:9
170:15 171:7 174:2
187:17 197:19
205:4
**generally**  50:14
107:23 142:3
157:16
**gentleman**  230:1
**getting**  94:14 222:14
**give**  16:19 19:1
31:13 45:25 46:13
72:4 96:2 98:2
121:13 140:5
170:24 220:1
**given**  12:4,10 17:7
24:7 42:14 117:4
139:23 141:17
154:3 175:4 180:5
207:4 208:20 213:2
214:15 215:15
246:22 250:11
**gives**  181:16 226:15
**giving**  22:3 43:6
**glad**  219:16
**go**  7:17 31:2 47:9,15
48:5,6 54:19 58:10
66:1 71:15 78:7
85:4 124:6 149:4

153:5 161:21 189:6
202:12 211:25,25
215:7 220:23
234:16
**goal**  74:10
**goals**  65:21 74:6
**goes**  64:1 160:25
**going**  21:19 40:18
46:14 47:17 69:13
71:13 73:10 77:11
77:14,17 125:9
135:6 177:1 184:14
234:17 235:25
245:15
**good**  7:2 9:11,12
139:25
**govern**  50:9
**governing**  48:19
194:8
**government**  14:17
39:24 52:5 197:5,22
197:23 198:2 242:2
242:2 245:19
**governments**  244:18
245:8
**grant**  126:17 166:20
167:6,9 168:1,11
**granted**  90:11
**granting**  118:25
**gray**  238:6
**great**  219:16
**greater**  186:5
**ground**  247:20
**grounds**  228:13
**group**  13:4 17:14
20:7 132:15 133:1
133:12,14,17
153:18 178:9 241:1
241:11,14
**groups**  17:2 18:13
104:16,17 133:13
133:18
**guess**  14:12 117:21
150:11 187:10
197:10 208:5 234:1

[guidance - include]

**guidance** 50:6 75:11
95:3 244:23,25
**guide** 50:5 171:22
172:6,16 205:14
244:22
**guidebook** 172:5
**guiding** 52:23

**h**

**h** 3:6
**half** 130:15
**hammer** 165:16
167:2 235:23
**hand** 14:14 90:18
93:18 94:7 95:19
117:11 188:19
201:21 214:25
238:2 250:16
**handed** 48:16 93:8
95:24 130:19 131:3
134:13 143:21
145:18 147:17
163:9 188:8
**handing** 130:7
**handle** 12:6 27:1
**handling** 12:23
160:24
**handwriting** 96:17
97:1 148:8
**handwritten** 96:12
96:16,19,21
**happen** 36:18,18,23
219:24
**happened** 105:21
**happening** 75:14
**happens** 35:12,15
36:3,6,10,14 37:2,7
37:13,20 38:9 61:14
90:19 198:21 214:6
**happy** 38:16 45:20
235:22
**hard** 42:13 97:25
**hazard** 72:11
**hazards** 74:14
101:20

**hdscc** 20:5
**head** 24:13 25:12
50:11 143:18 148:6
195:18
**heading** 209:10
**headings** 100:18
102:17
**health** 213:15
**hear** 78:9
**heard** 89:11 132:21
205:15
**heating** 1:8
**heavy** 145:13
**held** 7:10 179:11,12
179:19
**help** 29:18 53:13
155:3 205:14 233:8
**helping** 67:9
**helps** 31:14
**hereinbefore** 250:7
**hereto** 250:14
**hereunto** 250:16
**high** 155:10 162:14
214:20
**higher** 72:2
**highlighted** 63:8
238:6
**hire** 105:22 106:3,17
106:21,23 107:3
210:12,16
**hirschler** 156:24
157:10,20
**historical** 126:4
**historically** 135:18
141:6 145:10
161:22 176:25
215:19 231:9,12
**histories** 190:17
**history** 134:21
135:10 176:20
189:7,9,21 190:1
243:5
**hittinger's** 186:14
**hmm** 34:22

**hold** 91:23 247:12
**holders** 178:11
**holds** 187:2 240:17
**home** 10:15
**homeland** 20:7,9,9
**honestly** 21:15
**hoping** 194:5
**horne** 233:5
**host** 25:19 27:3,5
**hosting** 27:17
**hotel** 26:23 76:10
**hotels** 26:18 27:2
**hour** 20:22 124:7
**hours** 9:23 110:2
246:4
**houston** 228:8,20
**human** 214:13
**hundred** 161:3
**hundreds** 191:6

**i**

**icc** 118:20 201:14,16
**idea** 204:12,17,24
**identifiable** 175:24
**identification** 48:14
93:17 94:6 95:23
103:19 117:10
125:19 126:10
127:5,10 128:2,11
128:16 130:6,18
131:2 134:12
142:17 143:6,20
145:17 146:16,24
147:16 149:14
150:2,20 151:15
152:4 153:15 156:2
156:15 157:7 158:4
163:8 164:11
169:23 171:13
185:9,21 187:5
191:11 192:13
195:25 203:2
208:25 222:24
223:12 224:17
226:19 227:12

228:25 229:6
231:24 232:5,11,17
**identified** 57:5,14
58:5 137:9 174:19
**identifies** 134:6
**identify** 8:6 60:22
62:10 65:23 66:2
96:1 103:20 112:9
162:9 171:14
176:21 185:10,23
187:6,8 191:12
192:14 196:1 203:3
204:2 208:14 209:1
222:25 223:13
224:18 226:20
227:13 229:1,7
231:25 232:6,12,18
236:11 240:3
**identifying** 235:16
247:3
**iec** 186:5,11,14
**imagine** 135:7
**impacted** 19:7
120:15 182:13
**implement** 141:21
**implying** 27:16
**importance** 145:1
**important** 52:21,22
73:20,22 144:22
145:6,10 183:1,4
194:12
**impossible** 66:11
**improper** 47:19,22
111:8 112:16
207:24
**improve** 15:1,8 75:7
**improvements**
195:14
**improving** 14:23
75:11,13
**incident** 195:11
**incidents** 15:5 75:14
**include** 21:11 71:22
71:25 72:8 173:25
175:18 232:25

Veritext Legal Solutions
866 299-5127

[include - issue]

245:7
**included** 68:6 140:7
170:10 185:14
217:7,17
**includes** 48:24 52:4
89:21 115:18 160:8
181:20 199:24
216:8 221:6
**including** 26:8 52:2
76:10 80:10 112:5
119:17 160:2 238:4
**incorporate** 18:5
**incorporated** 7:14
162:3 184:6,18
**incorporates** 173:5
173:12 188:17
**incorporation**
176:13
**incorrect** 34:17
**incorrectly** 229:21
**independent** 186:7
186:23
**index** 162:1,8
**indicate** 104:24
105:1 148:9 165:10
186:9 187:22 237:7
238:3 240:4,16
241:13
**indicated** 57:10,13
111:19 117:21
145:25 172:11
196:8 227:23
229:11 239:1
**indicates** 165:23
226:24 237:8,22
240:10,11
**indicating** 221:8
237:11
**indication** 56:14
62:18,20 76:24
185:17 227:25
**indications** 57:19
212:14
**individual** 66:10
70:14 77:5 110:13

169:8 177:10
180:20 187:2 195:6
203:7 204:16
207:16 215:20
220:23 221:11,15
221:21 222:2
240:17
**individuals** 144:14
204:13,22 215:24
220:17 221:2
222:16 241:19
**industry** 18:13
**inference** 237:24
**info** 58:4 104:4
181:3,14
**information** 17:11
17:17,18 22:13,19
22:20 35:6 55:11
58:3 67:6 72:17
73:17,18 74:4 89:17
90:21 104:2,6
162:22 164:19
171:22 172:6,16
176:22 177:4,7
181:14,22 186:13
217:2,13,20,25
218:16,23 235:21
**informative** 101:5
101:19
**infringement**
200:11,24 201:8,17
201:18
**initial** 34:1,11,24
41:1 195:22 210:1
**initially** 233:2
**injuries** 71:24 75:15
**injury** 74:12
**input** 22:9 55:17
56:16 57:6 63:3
65:12 68:10 105:20
106:8 109:8 114:3,4
114:24 115:3
116:15,19 117:5
145:3 159:25 177:8
194:10,16 200:8

212:18,23 213:3
**inputs** 115:4 117:2
144:9 155:11 160:5
**inquiries** 24:5
**insert** 141:18
**inside** 102:3 170:4
**insofar** 118:6
**inspector** 131:14
**inspectors** 75:25
**install** 52:10
**installation** 18:7
163:23 164:2
**installer** 52:9
**instance** 111:3
112:11 207:19
**instances** 111:24
236:23
**institute** 18:24
165:19,25 166:2,4
**institution** 74:21
**instruct** 88:25
211:17 247:18
**instructed** 46:21
246:17
**instruction** 42:11
246:11,23 247:22
**instructions** 10:6
**integrate** 36:25
181:4 189:1
**intellectual** 64:2
78:2 97:20 98:23
99:9 105:15 106:9
107:16,24 108:13
109:2,11 110:4,15
120:4,10,18,24
168:24 174:6,12
**intend** 247:21
**intended** 31:5
**intending** 194:14
**intensive** 216:13
**intent** 31:10 37:18
38:14 40:9 67:5
172:23
**intention** 158:20

**interactions** 73:13
**interest** 24:21,22
50:19 51:22,24,25
52:1 53:17,18,20,23
104:16,16,17,22,24
241:14,15,16,17,20
**interested** 7:22
15:18 24:15 250:14
**interference** 7:19
**interim** 49:24
**internally** 22:3,19
22:21
**international** 1:5
9:3 118:4
**interpret** 29:9 84:12
**interpretation** 164:4
169:2,14,21 172:1,4
200:15 202:3
**interpretations**
49:25
**interrupted** 115:23
**interrupters** 163:17
163:24 164:3
**interruption** 115:21
115:24 162:20
**intervention** 214:13
**interviews** 14:3
16:14 22:4 24:1,5,7
**introduced** 162:20
**investigative** 72:12
**invoice** 181:20
**invoke** 47:21
**involve** 14:14
**involved** 16:21 21:9
61:12,16 63:1 92:10
105:17 141:10
**involvement** 94:2
**involves** 51:3 54:7
119:9
**involving** 152:20
**isa** 209:9,11,11,14
**ish** 213:23
**issue** 71:23 72:15
109:15 112:6 184:2
185:1 208:4 235:3,9

[issue - legal]

235:16,24 236:2
**issued** 230:7
**issues** 20:8 67:21
164:12 234:4 246:9
**issuing** 243:5
**italicized** 169:2,15
206:17 209:17,18
210:15,19 211:11
**italics** 206:2,4,9
**item** 146:3 147:12
163:21 165:6,6
170:4,25 171:3,5,19
172:4,21 187:23
188:5 223:20 228:2
**items** 152:20 187:21
236:21

**j**

**j** 2:3
**james** 117:18 148:2
**jeanette** 1:18 7:7
250:4
**jim** 152:11,12,15
158:6,11
**jkfee** 2:5
**job** 10:19 28:1 31:6
31:8 62:5 69:15
141:20 215:3
**jobs** 216:7
**john** 240:24
**john's** 241:4
**joined** 10:23
**jurisdiction** 17:8
18:4,6 84:17 190:14
195:12
**jurisdictions** 17:19
52:6 121:11,12

**k**

**kaufman** 143:13
**keep** 21:15 35:4
40:18 46:14 77:14
77:17 151:12 162:9
162:14 163:3
**keeps** 126:14

**kennedy** 229:14
**kevin** 2:3 9:2
**keyed** 149:6
**keying** 217:7
**kind** 17:21 39:7
101:24 155:17
**know** 17:8 21:16
24:9 60:22 61:1
63:8 78:11 84:13
86:22 92:8 98:20,21
98:22 106:22 107:3
107:14,15 119:11
131:11 143:13,14
143:14,15 148:2,4,7
154:20 158:12
160:19 162:24
172:14 182:18
186:5 188:16 193:7
196:10 201:16
203:8 209:13
219:16 222:12,13
222:20,22 236:22
**knowing** 174:20
**knowledge** 17:10
30:4 32:25 72:24
74:6 81:2 83:3,8,20
84:11 90:18 91:10
91:11 92:9,24 95:20
100:22 106:13
107:9 114:14
117:17 118:10,11
119:6,7,14 125:25
126:3,23 127:1,2
134:17,19 161:12
164:22,23 165:3
175:22 177:5
178:18 179:8
184:25 186:17,18
188:7,19 193:18
197:11,14,17,19
198:20 200:17,21
200:23 201:6,13,15
201:21 202:6,9
214:25 224:10
228:15 231:7,11,17

237:13 242:24
243:4,8,10,18,19
244:10 250:8
**known** 85:22 88:1
135:24 231:7,10
**knows** 112:17
180:19 182:9
184:12,24 190:10
230:22 231:16

**l**

**labor** 52:15
**lacked** 144:5
**lacking** 233:2
**lacks** 20:17 29:1
30:1 56:19 64:6
85:20 92:18 108:17
138:6 144:3 159:15
163:20
**laid** 38:6
**land** 29:19 55:17
68:19
**language** 33:7,9
34:13 38:6 55:18,22
62:8 64:10,18 65:23
66:3,5,8 68:11,20
69:18 79:3,19 84:22
84:23 105:7 106:15
106:22 107:4,16,25
108:13 109:2,11
110:5,16 113:12
116:24 126:5,6
127:18 129:21
142:11 154:3
160:20 162:10,11
168:11,15 169:3,15
170:20,22 172:17
173:25 174:9 179:3
187:15 193:7,10,12
196:18 206:2
209:17,18 211:12
212:13 214:3
215:18 216:4
223:24 224:1,6,6
232:25 242:23

243:1,12 245:15,18
245:24
**large** 26:23 72:11,11
135:8 144:14
**larger** 12:22,24
215:12
**largest** 80:2,6
214:23 215:4
**late** 78:10
**law** 99:4 184:6,18
245:9,20
**laws** 249:2
**lawsuit** 201:14,24
235:9
**lawyers** 112:10
**lay** 42:15
**layout** 139:16
**layouts** 141:7
**lead** 74:23 139:7
**learn** 15:4,4
**lee** 196:10 202:11,21
223:17
**left** 44:12 238:2
241:6
**legal** 64:6,24 83:16
84:9 89:3 92:21
94:24 95:18 98:12
98:14,17,23 99:6
105:11,25 106:5,11
106:19 108:6
110:23 119:10
120:21 137:5
140:18,22 164:21
167:14 169:6 173:7
173:16 174:16
176:16 178:15
184:22 192:6 197:9
197:16 198:5,12,18
199:3,9,16 200:2,15
201:2,12 202:3,7,16
205:7 206:12,15,20
211:15,19 220:21
233:25 243:16
244:21 245:11,22

Veritext Legal Solutions
866 299-5127

[legal's - marked]

legal's  141:22
legislative  170:9,12
  170:18,21,24
legislature  170:19
  170:21
length  191:2 210:1
letter  70:6 176:23
letters  241:12,17
level  15:20,21 16:4
  24:16 61:19 65:17
  72:2 155:10 162:14
  218:5
levels  11:13
lewis  2:3 9:3
liaison  12:10 27:24
  28:16 30:6 31:9
  36:21 37:16,21
  52:25 55:3 60:24
  62:12 63:10 68:18
  69:5 200:4
liaisons  28:3 59:7
  62:4
library  12:4,8
  137:24 190:5 191:5
licenses  118:25
licensing  119:8
lieutenant  233:4
life  74:12,23 75:15
  188:16 232:21
light  241:1,11
limit  124:2 234:15
limitations  80:12
limited  80:10
  123:25
line  102:25 133:12
  141:19,19 146:3
  165:24 171:3 191:8
  241:18
lines  147:7
link  103:11
links  121:13
list  133:22 134:1
  195:5 239:1 240:10
listed  225:18

listening  8:16
lists  90:14 238:17,22
  239:4 240:16
litigation  7:9 100:3
  112:4 118:3 222:21
little  60:21 119:7
  184:15
llp  2:3,7,11
local  17:7 52:6
  72:13 242:2,3
location  26:11
locations  237:8
log  187:10
logistics  26:17,25
  27:1
logo  95:11
long  9:20 12:16,19
  35:18,19 43:25
  44:23 47:11 105:16
longstanding
  133:10
look  48:3 60:2 72:14
  78:23 84:24 94:15
  127:2,17,23 130:13
  130:14 136:13,14
  141:8 143:25 144:2
  145:22 146:9,22
  147:4 149:20,24
  150:7,15,18 156:8
  156:12 185:22
  207:14,15 212:12
  236:13
looking  18:4 99:13
  162:10 188:7 216:2
  219:5 229:14,17
  230:1
looks  49:5 79:6
  93:21 97:5 101:24
  102:4 116:19 126:4
  126:8,16 129:1,4
  134:13,19,24
  143:11 156:20
  163:15 223:1,3
loss  14:23 15:2
  71:22,24 72:10

74:12,13,13 75:13
  75:15,15
losses  15:4,9
lot  18:21,25 75:19
  81:10
lots  62:24 76:16
  141:6
lunch  124:6,11

**m**

m  38:12,12 102:5
  116:18 241:22,22
  241:24
magnitude  135:8
  208:20 213:2
mail  2:5,10,14 21:16
  89:17,21,24 90:12
  90:14 98:1 176:22
mailings  216:10
mails  21:12
main  40:3 73:18,19
maintain  151:10
  161:20 177:2,4,19
maintained  127:14
  128:18 130:9,21
  143:23 146:19
  147:1,19 150:4,12
  150:22 151:18,25
  152:6 153:20 154:3
  154:16 156:4 158:7
  163:11 164:13
  209:5 223:5
maintainers  52:9
maintaining  178:4
maintains  125:21
  128:5 131:5 142:19
  143:9 145:20
  149:17 151:7
  156:17 157:23
  177:24
major  141:4 162:15
  162:18 163:4
  204:10 244:2
majority  204:21
  217:4

making  28:8 30:8
  38:22 54:8 100:1
  158:16,17 159:10
  159:22 217:8
  239:11,15,22 240:3
  241:5
malamud  2:20 8:17
  8:18
management  11:20
  12:7 22:7 23:3,21
  117:14
manager  178:9
  214:20 215:10
mandatory  245:15
  245:18,24
manual  32:2,11 37:6
  50:7 56:25 60:8
  69:16 137:23 138:1
  138:7,21 159:3,8,13
  159:17,18,20
  160:12 171:6,10
  195:10 216:15
manually  149:6
  216:12
manuals  137:23
manufacturer
  241:22,23,24
manufacturers
  14:16
maracas  1:18 7:7
  250:4
marcelo  156:24
margin  62:21
marked  48:13 93:16
  94:5 95:22 103:18
  117:9,11 125:18
  126:9 127:4,9 128:1
  128:10,15 130:5,17
  131:1 134:11
  142:16 143:5,19
  145:16 146:15,23
  147:15 149:13
  150:1,19 151:14
  152:3 153:14 156:1
  156:14 157:6 158:3

Veritext Legal Solutions
866 299-5127

[marked - morning]

163:7 164:10
169:22 171:12
185:8,20 187:4
191:10 192:12
195:24 203:1
208:24 222:23
223:11,20 224:16
226:18 227:11
228:24 229:5
231:23 232:4,10,16
**marketing**  23:13
90:15 119:9
**marking**  236:9
**marshal**  72:13
**marshals**  14:17 17:6
17:15 75:25
**maryland**  11:8
**massachusetts**  1:21
1:22 7:11 10:16,18
84:18 250:1,5
**material**  63:17
97:24 101:15
105:14 113:4
148:23,23 149:2
166:8 169:13 170:3
171:25 174:22
175:7,8,13,17,19
176:4,12,25 177:15
178:12 181:24
187:15 188:24
189:17,20 197:22
197:24 198:23
199:24 212:14
217:6 219:13
221:13,19 223:23
224:2 225:15,25
228:3 229:12
233:17 243:23
**materials**  1:4 7:13
157:21 163:5
165:11 172:11
197:12 212:20
214:12 217:18
**matter**  51:17 198:23
243:20

**matters**  250:8
**mean**  12:8 14:7 18:3
21:3 26:5,17 28:10
30:8,17,20 34:6,23
38:13,15 39:13
51:20 68:5,25 95:13
97:13 120:18 129:5
155:4 162:8,18
177:12 206:6 230:7
230:11 241:2
**meaning**  68:21
101:10
**means**  151:12
170:12,22 206:18
219:5 237:11,17
**meant**  120:23,24
194:1
**measure**  211:16
**mechanism**  203:18
**mechanisms**  181:12
**media**  14:3 16:14
24:1,4,5,5,7 26:9
190:14,19,21
**meet**  9:17 17:6 67:4
235:23
**meeting**  9:20 10:1
20:23 25:4,18,18,19
26:5,6,8,11,13,24
27:1,3,8,10,10,14
32:8 38:7 63:1 67:7
69:13,25 70:3 76:10
110:23 130:4
205:21 217:21
233:15 234:6
**meetings**  25:2,7,17
25:23 26:1,14,16,20
26:22 27:5,19,22
28:2,3 76:2 205:22
217:17 233:18,20
233:21 234:3,12
**meets**  36:4
**member**  19:11,16
19:17,22,23,25
50:24 70:14 84:15
85:15 89:15 92:13

103:23 104:11,14
104:19,19,21
105:12 114:6
117:25 129:14,16
130:1 133:10
143:16 148:4 157:2
158:13,16,17,18
186:19,19,23,24
199:20 205:22,23
**members**  16:7 26:9
29:22 30:3 34:25
35:1 50:7,14,18,20
50:22 52:16,19 53:2
53:8,15,15 54:10,12
56:14 57:5 63:11
65:1,4,24 68:13,22
70:10 72:5,24 73:14
73:20,22 74:7 75:17
114:24 129:9,10,13
129:20 133:3,13,14
133:14,17,18 134:7
159:22,23 179:25
186:25 202:10
203:19 205:3 234:1
234:7,11 239:5
**membership**  19:5
51:8,13 53:21
103:25 104:20
115:5,6
**memberships**  19:20
**mental**  10:8
**mentioned**  16:14,15
31:18 53:20 64:8,12
72:17 136:14 140:8
195:10 201:14
212:10,24
**menu**  104:11,13
**met**  207:24
**method**  64:14 136:5
235:15
**microphones**  7:17
**middle**  79:4 97:10
103:1
**mind**  18:19 195:13
244:12

**minimum**  15:19,21
16:4 24:17
**mining**  80:18
**minor**  204:10
**minute**  16:11 153:4
200:19
**minutes**  77:16,18
85:8 150:9 157:19
205:25
**mischaracterizes**
29:1 46:7 65:3
66:19 68:24 105:10
110:20 166:19
169:5 174:15 179:7
202:15 218:10
**misrepresents**
157:14
**mission**  2:8 14:22
67:10 74:11,17,20
75:2 76:19,19 78:4
120:6,9,11,12
**misspoke**  184:14
**misstate**  151:1
**mitch**  2:19 8:13
**mix**  157:16,20
**mm**  34:22
**mockup**  100:10
101:3
**model**  215:20
**modifications**
107:13,15,24
**modified**  32:14 60:5
60:7 61:17 62:18,20
62:22
**modify**  33:1 70:18
155:16
**modifying**  74:22
**moment**  54:19 96:2
**moments**  93:14
**monday**  9:25
**morgan**  2:3 9:2
**morganlewis.com**
2:5
**morning**  7:2 9:11,12

[motion - nfpa]

**motion** 38:14,18,20
38:21 39:2,6,7,11
39:20 40:9,17,19
41:2 70:3
**motions** 38:23 39:3
39:9,22,25 40:1,3,4
40:5 41:10,22,22
42:19,20,21,22
43:15,17 44:14 70:1
**motivate** 72:18
**motivation** 71:14
76:12,17,25 77:2
**motivations** 76:16
**move** 64:5,23 69:14
70:1,5,10 71:2,8,12
71:19 72:6,21,25
73:10 87:7 120:11
169:12
**moved** 62:17 190:9
**moves** 57:16 69:20
**mto.com** 2:10
**mullen's** 78:5,18
**multipart** 51:15
**multiple** 44:2,6 45:9
45:24 110:8 123:16
145:14 162:4
207:12,13
**multistep** 40:7
**multitude** 14:25
15:17 24:14 123:16
**munger** 2:7 8:21

**n**

**n** 1:18 3:1 7:1 38:12
**name** 7:6 10:12,14
99:15,18,24 143:15
152:11 196:11
240:16 241:4
**named** 13:14 250:7
**names** 134:6 240:11
241:12,19
**napa** 126:17
**narrative** 41:17
42:7 43:11 44:23

**nation** 20:8
**nation's** 74:25
**national** 1:6,16 7:8
8:22,25 18:23 19:25
80:1 121:4,16
130:11,14 131:16
135:22,24 137:18
137:25 145:25
146:5,8,12 151:20
154:1 157:10
158:18 160:14,17
160:24 161:4,6
163:18 170:1 171:9
171:16 173:5,12,20
173:22 178:13,20
178:24 179:10,18
179:20,21 180:6,16
181:5 182:19 183:9
183:13 185:13
186:20 191:16
192:18,25 199:4
203:6 206:24 207:7
208:7 209:4 210:20
210:21 223:3,16
236:15,19 239:12
239:14 240:5 243:6
**nature** 59:24
**navy** 11:1,6
**near** 102:2 115:18
242:6
**nec** 58:22,24 60:14
62:2,9,12,21 159:17
161:18,25 162:21
163:15 171:10
174:1 185:2 191:22
237:8,14 238:11
**necessarily** 106:20
**need** 15:15 65:23
70:17 71:10 78:2
89:19 108:4 120:3
125:11 148:18
173:17 195:21
215:1 245:14
**needed** 66:2 140:14
140:15 162:24

215:11
**needs** 15:6 70:16
72:16
**neither** 250:12
**neutral** 65:19
**never** 121:8 140:21
200:5 225:25
**new** 12:5 17:24,24
17:25,25 18:1,2
32:14 39:17 61:14
61:20 62:19 65:13
66:22 74:21,21
144:10 155:11,14
161:8,8 162:25
170:4 171:1,4 174:5
185:14,17,18 186:1
186:3 187:24 204:8
205:1 216:23
**newer** 209:12
**nfpa** 2:9,18 3:9,11
3:13,14,16,17 5:12
5:13,14,15,17,18,19
5:20,21,23 6:5,6,8,9
6:11,12,13,14,15,17
6:18,20,21 10:19,21
10:24 11:9,24 13:2
13:2,12 14:11,20
15:16,25 16:13,18
18:7 19:9 20:14
21:20 22:3,9,14,21
22:22 24:14,19,24
25:3,13 26:5,13
27:3,5,8,12,18
30:10 31:25 32:21
32:24 37:3 49:12
50:10,18,24 51:21
52:16,19,22 54:7,8
54:12,23 55:2 59:21
60:15,24 63:10,18
64:4 65:1,4,10,16
65:23,25 66:3,4,25
70:21,24 73:14
74:11 75:22 76:3,6
76:19,22 77:9,21
79:20,23,25 80:1,2

80:8,14 81:1,18,23
82:16 83:14 84:7
89:17 90:12,21
92:15 96:8 97:11
98:9 101:5,8,16,17
104:21 105:13,16
105:17 106:24,25
107:4,8 108:14
110:17 111:4,5
112:13,24 113:9,12
113:23 116:6,8
117:19 118:1,3,19
118:24 119:11
120:7,10 121:1
123:2,15,20 125:8
125:15,21 126:2,4,6
126:18,20,25
127:13 128:5,18
130:8,20 131:5
135:13,14 137:23
138:17 142:19
143:1,8,22 144:4,22
145:19 146:19
147:1,19 149:17
150:4,12,22 151:7
151:18,25 152:6,12
152:14 153:19
154:3,5,8,16 156:4
156:17,22 157:4,23
158:6 159:16,17,25
161:8,13 162:1
163:10 164:13
165:7,9 166:3,21
167:7,9 168:1,2,6
168:18 172:14
173:3,10 174:23,23
175:12,16,17 176:3
176:5,11 177:2,19
178:11 179:4,24
180:24 181:7 182:4
186:13,24 189:9,21
189:25 190:15
191:6 193:13,21,22
194:17,19,24 195:4
197:25 198:6,16

[nfpa - objection]

199:13 200:9,10,23 201:7,16,24 202:10 203:14 205:3,8 207:18,20 208:16 209:5 210:25 212:24 213:7,12,18 220:15,22 221:1,10 221:20 222:1,6 223:5 224:13,20 225:2,17 226:4,7,10 226:23 227:15 229:3,9,16,22,24 230:12,16,20 231:6 231:12,13,19 232:3 232:9,15 233:9,23 235:2,7 239:5 243:24

**nfpa's**   14:1 18:12 50:15,22 58:12 64:2 77:20 79:12 82:16 82:23 83:12 84:15 85:17,25 86:25 88:24 89:14,15 90:8 90:22,23 91:16 92:13 93:4,24 94:22 95:7,15 96:20 98:15 100:20 114:18 117:12,14 119:1,12 119:21 120:18 121:5,18 122:19 123:7 126:12,24 138:4 156:11 157:9 159:13 161:3 171:6 174:6,11 175:19 176:14 178:13 183:5,8,22 184:5,17 187:11 194:8 202:12 212:10 220:18 224:7 232:23

**nine**   52:1 215:9

**nitmam**   40:8,15

**nitmam's**   38:12

**non**   65:1 145:24 165:8

**normal**   95:1 137:6 178:21 242:13

**normally**   100:18 146:6,7

**notary**   1:19 250:5 250:21

**note**   7:15 97:10 126:1 144:12 156:6 158:25 159:5 188:1 191:7 224:2

**noted**   45:2,16 134:22

**notes**   96:23 187:12

**notice**   26:7 38:14 40:8 112:1 118:7 141:5 148:21 180:18 181:16 182:8 190:9 191:9 199:6 200:14 202:5 242:5

**notices**   181:21 216:11

**notify**   181:7,25 182:4

**notifying**   181:12

**npc**   20:1

**ntsb**   72:13

**number**   76:17 111:12,21 112:10 112:11 117:25 125:10 159:9 175:4 175:21 181:12 183:1,4 190:25 208:20 213:19 214:23 215:5,12,25 224:7 235:2

**numbers**   102:8,9 111:1,2,10,15,22 112:3 144:15 154:6 158:22 207:18 235:11,17 236:10

**numerical**   102:14

**numerous**   151:3,5 153:25

**nw**   2:4

**nxk**   101:5,19,23,25

**o**

**o**   7:1 99:17,18 116:18

**oath**   7:21 9:15 250:9

**object**   15:10 23:2 24:18 25:14 27:4 28:5,25 29:14,25 30:21 31:7,13,21 32:4 34:9,15 45:14 54:3 55:1 58:13 75:8 76:15 79:14 85:19 86:2,12 87:16 87:22 90:16 91:24 91:25 92:1,17 93:5 94:23 98:11,16 100:6 105:9,24 107:1,5,20 109:3 110:6,19 111:7 118:5 119:24 120:20 127:21 128:23 129:23 131:20 132:2,9,16 133:6 134:18 136:18,23 138:5 139:2,10,21 140:17 141:15 142:12 144:7,25 145:8 149:23 150:17 155:1,8 157:13 159:14,24 160:16 160:22 161:10,17 162:5 163:2,19 164:20 165:21 166:17 167:13,14 168:5,14,20 169:4 170:23 172:3 173:6 173:14,15 174:14 175:3,20 176:15 178:14 179:6,15 180:3 182:1,6,7 186:15 189:12 192:4 193:15 194:3

195:3 197:8 198:4 198:11,17 199:15 200:1,12 202:14 203:11,16 204:5,14 205:6 206:7,11,19 207:1,9,23 208:11 208:18 209:22 210:4,13,22 211:14 218:1 220:19 225:22 227:2,8 228:14 229:19 230:8,14 231:14 240:7,15 243:14,25 244:20 245:10,21

**objecting**   42:9 235:25

**objection**   15:23 16:5 17:12,16 19:4,10,14 20:16,21 21:14,23 22:10,16,23 23:8,12 23:16,23 24:25 25:21 26:21 27:6 35:22,25 36:20 38:2 39:5,16 40:6,12,24 41:6,16,18 42:5,11 42:25 43:9,22 44:18 45:12 46:2,6 49:10 49:19 50:23 51:14 52:18 53:10 54:14 55:25 56:18 57:9,21 58:23 59:23 60:1,25 62:13 64:11 65:2,8 65:15 66:6,18 67:15 68:3,23 69:22 70:12 71:3,21 72:7 73:1 73:15 74:9,18 80:4 82:6,18,25 83:15 84:1,8,16,20 87:2,7 87:8 88:4 91:7 99:5 106:4,18 108:1,17 109:12 110:8 112:15 113:6,14,25 115:13 118:15,22 119:3 121:6 122:1,5 122:12,21 123:5,14

[objection - page]

123:23 133:15,19
141:2,25 142:4
146:2 148:15
150:25 160:9
161:19 169:17
176:6 180:25
181:10 182:20,24
183:2,10,15,23
184:8,20 189:24
197:15 199:2,8
214:4,16 216:16
218:9,17,25 219:8
219:20 220:11
221:3,12,22 222:3
224:8 228:18 231:2
231:20,21 233:24
234:14 243:3
**objectionable** 47:25
**objections** 10:4
42:17 44:4,8 45:1
45:15 46:16 47:13
47:25 63:13 90:25
121:19 162:13
169:19 201:3,9,19
201:20 202:1
204:20 210:8
**obtain** 178:11
181:23 220:15
**obtained** 199:22
**obtains** 199:13
**obvious** 46:22
221:14
**occasionally** 238:14
**occasions** 21:10
**occupation** 213:14
**occur** 39:9,20
**occurred** 32:7 56:15
195:12 237:9
238:10
**october** 117:15
**officers** 50:5 244:22
**offices** 32:24
**officials** 17:7 52:5
75:24 76:7 242:3,4

**oftentimes** 53:14
61:5 141:17 149:8
**oh** 52:14
**okay** 27:24 48:6
104:10,20 151:7
224:5 236:7 247:24
**old** 58:24,25 59:8
61:9 64:13 65:11
145:4 155:10,13
168:6 216:6,12
**olson** 2:7 8:21
**omf** 19:23
**once** 33:9,15 34:1
35:13 37:14 43:15
**ones** 18:19 113:24
141:9 142:7
**online** 36:1 40:16
80:25 81:4,12
103:22 113:2 115:9
135:19,20 205:1
214:8 215:13,16
216:24
**op** 10:25 11:5
**open** 24:19 26:1
35:16 38:6,11 58:7
71:9 129:18 205:13
233:18 234:11
**opening** 243:5
**operation** 23:10
**operations** 13:22
19:2 22:8 49:20
**opinion** 69:24 76:18
83:16 84:9 92:21
94:24 98:12,17 99:6
105:11,25 106:5,19
107:8 117:7 120:21
121:23 138:12
139:3,12 140:18
144:12 164:21
165:23 167:15
169:6 173:8,16
174:16,17 188:11
188:12,14 192:6
194:4 197:9,16
198:5,12 199:3,9,16

200:2 205:7 206:12
206:20 211:16
233:25 243:16
244:21 245:11,22
**opportunity** 35:1
43:16
**opposed** 63:10
116:15
**opposing** 111:11
**option** 171:17
**order** 12:11 24:23
41:2,23,24 42:21,21
56:8 70:2 79:11
80:25 82:15 83:10
84:13 85:16,24 86:5
86:24 88:8,20 89:18
90:1 91:14 92:11
93:3 102:14,14
103:12 110:17
135:8,20 191:6
208:4,21 213:4
233:10 242:7
**orders** 242:16
**ordinary** 125:21
126:14 127:14
128:5,19 130:9,21
131:6 142:20 143:9
143:23 145:20
146:20 147:2,19
149:17 150:4,13,23
151:8,18 152:1,7
153:20 156:5,18
209:6 223:6
**organization** 19:3,6
22:25 23:5 117:14
174:10,18 179:11
186:10 187:2
209:12
**organization's**
173:25
**organizational**
19:22 186:25
**organizations** 18:18
19:7 64:20 138:19
139:9,20 173:4,11

173:19 174:24
179:13 245:25
**original** 148:22
161:22 162:2 165:8
177:5 212:15
223:23 224:2
225:15,25 228:3
229:12
**originated** 174:9
**origination** 100:25
**originator** 176:23
**outcome** 7:23
**outcomes** 75:7,12
**outreach** 23:19 24:4
**outside** 15:11 90:17
91:12 118:6 180:17
182:8 184:9 190:9
200:13 202:4 230:9
230:15,21 231:15
**overall** 136:20
195:14
**overarching** 54:5
74:10 76:19
**overhauled** 161:7
**overseeing** 13:21
244:16
**overseen** 239:16
**overturn** 38:24
**overwhelmingly**
76:17
**owen** 131:11,13
132:5,14,25 133:9
**owned** 192:2
**owner** 98:4 178:25
179:14 221:17
**owners** 176:3,12
**owns** 92:15

| p |
| --- |

**p** 2:12,18 7:1
**p.m.** 248:5
**page** 3:8 4:3 5:3 6:3
79:18,18 80:6 84:25
93:21 94:10 96:13
97:7 99:14,16,17

Page 25

[page - pick]

102:1 103:7,11,12
105:5,6 115:16
117:19,23 122:24
122:25 126:5
127:19 133:4,4
147:9 148:22
153:19 158:21
169:3 171:17
187:14,22 188:2,2
197:1 206:3,5,10
236:14,24 237:3,7
237:25 238:18,18
238:23,23 240:22
242:5,6,21,23 243:1
243:12
**pages** 1:25 58:3,4
79:5 81:20 96:11
102:16,24 103:1
125:6 147:13
158:23 181:3,14
188:2 239:4 240:3
**panel** 132:15,15
133:1,1,24 134:7,7
159:23 186:19
241:5,6
**panels** 131:15 133:3
158:16,17 159:10
239:11,15,23 240:4
**paper** 114:15
135:18 136:10
151:11 187:16
188:18,24 215:21
216:6
**papers** 117:22 195:1
**paragraph** 126:20
145:7 238:2
**paragraphs** 84:25
85:3,14 86:10,22
87:11,14,20,24 88:2
93:14 238:15
**parentheses** 193:10
223:25 224:1
**park** 10:18
**part** 15:3 16:21 18:8
22:7 23:21 40:14

57:22 64:21 67:18
71:9 87:21 95:12
96:14 97:4 101:18
103:23 105:17
125:8,15 128:6,19
131:6 141:1,16,18
142:20 143:10,24
145:21 146:20
148:17 149:11
154:17 164:8,14
174:6,7,11 176:8
177:9,13 181:20
204:19 206:14
223:7 244:22
**partial** 152:8
**partially** 239:13
**participant** 129:2,7
157:4
**participants** 107:17
108:15 110:16
125:23 128:21
129:8 131:18 159:9
200:7 207:21
**participate** 24:15
49:17 51:19 75:18
76:13,22 96:10
110:17 205:13,16
205:19
**participated** 179:1
240:12
**participates** 50:13
105:12
**participating**
106:24 111:5 215:5
**participation** 65:17
75:23 76:4 77:3
125:23
**particular** 161:14
162:10 164:1 175:1
207:3
**parties** 7:16,24
15:18 16:24 24:15
250:14
**partly** 245:23

**party** 7:21 51:23
71:13 119:1
**paste** 123:3,22
**pasting** 123:10
**patrick** 178:9
**paul** 132:7,12
**pauley** 117:18
152:11,12,15,23
158:6,11
**pause** 132:17 146:17
**pay** 76:3,6,9
**payment** 77:20
**pays** 75:17
**pc** 102:5,6
**pdf** 136:9 242:7,10
242:16
**pdfs** 135:19
**peer** 18:15,17 19:3
**penalty** 249:1
**pending** 44:19,21
45:4 47:3,6 132:19
**pennsylvania** 2:4
**people** 21:12 75:21
76:20 77:6 90:13
136:8 176:4 178:5
181:25 203:8,15
204:7 205:11
214:14 216:7
**people's** 75:21
**percent** 70:4 76:9
217:15
**percentage** 216:24
217:3,11,23 218:14
218:22 219:17
**perform** 214:14
**performed** 227:20
**period** 35:16 36:3
118:7 136:16 161:4
**perjury** 249:1
**permissible** 230:11
**permission** 98:3
166:3,11 173:3,11
173:21 175:18
177:15

**permissions** 118:25
177:20 178:10,19
197:21
**permitted** 98:7
99:10 233:19 234:3
234:12
**person** 40:15 64:19
70:20,23 73:3 77:1
101:22 111:4 146:4
168:17 189:10,23
194:13 221:24
226:6,10 250:7
**person's** 226:3
**personal** 73:8,9,12
80:17 91:9,11 104:3
118:10 119:6,7
121:8,23 139:12
144:12 165:23
174:17
**personally** 95:17
143:14 186:18
190:12
**personnel** 23:19
**persons** 50:21 54:1
64:19 76:3,12 90:22
147:5 165:10
176:13 179:1 180:1
182:4 190:16 204:2
214:1,23 215:5,15
216:3,14 218:15
230:12 233:19
238:17,22 239:2
240:12
**perspective** 81:9
140:20,20 162:7
**pertaining** 112:5
163:17
**petroleum** 165:19
165:25 166:2,4
**photocopy** 96:24
**phrase** 193:3 210:11
**physical** 10:8
**piccirilli** 2:15 7:6
**pick** 7:18

Veritext Legal Solutions
866 299-5127

[picked - privilege]

picked  45:17
picture  172:23
piece  32:1
place  7:16 15:6 19:1
  80:17 104:23 105:1
  107:13 144:8,20
  145:1,11
places  62:25 99:25
  148:8,10
plain  56:23
plaintiff  1:14 9:7
plaintiffs  1:9
platform  30:11
  99:23 124:4
platforms  81:10
  123:17 207:13
plays  52:22 155:5
pleadings  118:14
  200:16 202:4
please  7:15,23 10:12
  11:2,9,22 40:11,23
  41:4,14 42:3,6
  43:21 44:3,5 45:7,8
  46:9,14 47:1,2,3
  59:25 72:4 87:9
  93:18 94:7 95:25
  96:17 103:20 155:3
  171:14 173:17
  185:10,23 186:9
  187:6,9 191:12
  192:14 196:1 203:3
  203:13 209:1
  211:21 217:25
  222:25 223:13
  224:18 226:20
  227:13 229:1,7
  231:25 232:6,12,18
  236:11
plus  70:4 161:3
point  13:12,14
  37:25 38:17 43:2
  45:18 67:25 97:14
  101:12 108:20
  110:7 113:13
  129:12 144:19,23

145:11 161:6 162:1
  169:20 192:24
  193:8 221:5
points  24:21 44:2,6
  45:9,25 47:18 237:2
policies  166:10
  197:18
policy  19:25 97:19
  98:9,15 99:1 105:19
  110:22 116:8 123:7
  123:9,12 144:8,20
  144:20 145:1,2,11
  165:13 166:6
  167:22 169:9
  172:20 175:10,22
  180:5 199:17
  202:18,24 212:17
  219:10,16,19 220:9
  220:22 228:4
  232:23 233:1,3,12
poorly  47:19
portion  28:1 48:18
  48:21,23 152:10
  167:4 170:9 189:8
  191:24 206:17
portions  32:20
  215:2 239:24 240:4
position  19:13 67:23
  94:18,25 109:5
  198:6 225:2
positions  11:10
positive  114:4
possesses  125:15
possibilities  192:7
possibility  228:17
  228:19,20
possible  139:14
  194:24 221:16
  228:11
post  98:3 181:3,13
posted  177:16
posting  98:6
postings  184:5,17
  185:4

potential  57:14
  174:19,25 200:18
  212:21 239:23
potentially  120:15
pound  148:11,11,11
power  241:1,11
pr0020393  3:17
pr0038497  3:14
pr0038518  3:16
pr0038683  5:18
pr0038686  5:14
pr0038697  5:15
pr0039043  5:17
pr0040625  6:18
pr0042201  6:6
pr0042205  6:5
pr0044700  6:20
pr0048987  5:12
pr0048992  5:20
pr0049128  5:13
pr0049260  6:13
pr0049264  6:14
pr0049521  6:15
pr0050050  6:12
pr0055814  6:8
pr0066821  5:21
pr0066842  5:23
pr0068261  6:9
pr0092763  6:21
pr0092773  6:17
pr0092785  6:11
pr0096607  5:19
practice  166:10
  225:17
practices  139:8
  222:9,11,13
precautionary
  211:16
preclude  123:2
prediger  233:5
preparation  217:20
  246:13 247:1,4
prepare  88:20 89:4
  108:24

prepared  207:17
preparing  89:6
  216:9 217:5 244:16
present  2:17 8:6
  10:1 17:8,11 69:10
  233:17
presentations  16:19
  16:23 17:3 18:11
preserving  125:22
president  10:20
  11:15 13:14,19 54:8
  117:19 152:12,14
  152:16 200:5
presidents  118:2
presumptive  34:13
pretty  43:12 103:6
preventing  75:13
previous  61:12
  62:16 64:14 93:12
  122:3,9 196:19
  208:13
previously  52:21
  73:5 86:3 87:10
  88:5 93:13 207:11
  210:24
primarily  13:20
  14:12 24:1 114:2
primary  11:25
  13:24 14:1 16:13,17
  18:12 21:21,25 24:3
  28:6,14 31:6,8
  76:25 77:1 115:1
  116:10 163:3 205:8
  219:15
principal  11:14
  104:11,19 240:18
prints  100:2
prior  33:7 91:21
  114:15 237:16
private  7:18 20:3
  77:23 234:2 245:24
  245:25
privilege  100:7
  247:20

[privileged - protect]

| | | | |
|---|---|---|---|
| **privileged** 98:18 | 158:8 163:12 | **progresses** 68:16 | 228:12,16 229:3,9 |
| **probably** 21:8 | 164:15 168:6,18 | **progressing** 74:15 | 229:11 232:2,8,14 |
| 135:16 141:9 | 174:5,13 175:1 | **prohibit** 146:13 | **proposals** 59:3,9,10 |
| **problem** 159:1 | 176:5 177:21 179:2 | **prohibited** 65:10,14 | 59:16 63:3 64:9,12 |
| 172:12 193:8,23 | 183:17,25 189:2 | 65:16 | 64:21 65:11 131:25 |
| 194:2,20 | 198:21 199:19,20 | **project** 33:10,16 | 134:16 135:14 |
| **procedures** 3:10 | 199:23 203:10,14 | 37:22 62:5 135:21 | 143:1 144:5,9,15 |
| 49:12 118:24 | 203:23 204:18,22 | 178:6,7 214:19 | 147:5,18 148:22 |
| **proceed** 7:25 8:9 | 205:9,13,18 207:22 | 215:9 216:8 225:3 | 150:22 151:17,24 |
| 47:1,2 87:9 110:12 | 208:2 214:6,22,24 | 227:19 228:5 | 154:23 155:10 |
| **proceeds** 9:18 10:4 | 215:6 216:5,12,15 | **projects** 39:24 48:19 | 157:9,16 159:11,25 |
| **process** 12:6,13 | 216:20,22 217:6 | 194:9 | 160:2,4,11 164:23 |
| 15:17,19,22,25 | 220:6 222:7,10 | **promote** 25:25 | 165:7,10 167:24 |
| 16:20,22 24:16,20 | 223:8 226:5,8 | **proper** 26:23 60:16 | 168:7,8 178:22 |
| 32:1 37:24,25 38:4 | 229:23 233:7,8,14 | 194:15 | 179:2 180:1,7,9 |
| 38:5,17 40:7,10,14 | 243:23 244:4,7,8,14 | **properly** 37:5,11 | 187:12 189:11,22 |
| 40:23 41:4,5,8,20 | **processed** 148:19 | 56:7 106:12 114:13 | 192:18 193:13,24 |
| 42:1,4,16,18 43:3,5 | 230:23 | **property** 64:2 74:13 | 194:7,18 196:4 |
| 43:8,25,25 44:6,13 | **processes** 107:18 | 75:15 78:3 97:21 | 200:8 203:5,15 |
| 45:9,18,20,22,24 | **produce** 31:5 38:8 | 98:23 99:9 105:15 | 204:1,2,13 205:4,19 |
| 46:9,12 47:15 49:7 | 82:7 104:8 189:7,25 | 106:9 107:16,25 | 206:23 207:7 |
| 49:15,18 51:2,24 | **produced** 82:9,19 | 108:13 109:2,11 | 212:22 213:20 |
| 53:1 54:6,7,20 58:7 | 109:13 111:16 | 110:4,16 120:4,11 | 214:1 217:18 |
| 59:18 61:13,14,20 | 112:4 114:19 | 120:19,24 168:24 | 220:17 222:17 |
| 64:1 65:7,18 70:8 | 117:12 126:25 | 174:6,12 | 223:2 224:14 |
| 71:9 73:23 76:22 | 189:9,21 197:12 | **proposal** 63:16 | **propose** 174:5 |
| 77:4 90:14 92:10,22 | 222:21 235:11 | 64:16 68:10 105:20 | 202:12 204:8,10,11 |
| 94:13,17 97:14 | 236:5 | 107:12 109:8 129:1 | **proposed** 33:18,20 |
| 101:9,10 103:23 | **produces** 190:5 | 129:3,5,17 130:10 | 35:24 37:10 38:25 |
| 105:13,18 106:25 | **product** 119:9 196:6 | 130:12 131:17,22 | 55:18,23 64:9 65:5 |
| 108:3,9 110:18 | 196:12 | 134:20 145:4 | 65:6 70:5 75:6 |
| 111:6 114:7 116:22 | **production** 32:25 | 146:19 147:1,7 | 101:14 147:12 |
| 121:2 125:9,16,24 | 33:5 37:9,14 62:3 | 149:20 150:7,16 | 151:5 165:17 |
| 126:13 127:15 | 100:3,11 111:1 | 152:19 153:2 155:4 | 166:14 167:5,8,12 |
| 128:7,20,22 129:2,7 | 112:11 114:19 | 159:7 164:6 166:23 | 170:4 175:5 176:13 |
| 129:19 130:23 | 149:7 181:5 187:20 | 167:3,18,20 170:7 | 177:10 185:14 |
| 131:7,19 137:7 | **products** 196:21 | 170:11 191:22 | 186:1 188:18 |
| 138:14 140:24 | 223:18 | 192:9 194:9 203:9 | 191:22 194:23 |
| 142:21 143:10,24 | **professional** 1:19 | 204:8 205:17 | 195:7,9 203:20 |
| 144:10 145:21 | 69:24 77:7 99:11 | 207:16 209:3,5 | **proposes** 191:17,18 |
| 146:21 147:3,21 | 250:5 | 210:19 212:11,18 | **proposing** 56:17 |
| 149:19 150:6,14,24 | **professionally** 70:18 | 219:11 223:16,17 | 66:22 192:10,21 |
| 151:9,20 153:22,25 | **programs** 11:19 | 223:23 224:15,20 | **protect** 78:2 120:3,8 |
| 154:17 155:6 156:6 | **progress** 74:8,19 | 224:22 225:5,21 | 120:8 |
| 156:19 157:5,25 | 75:5 | 226:23 227:15,25 | |

Veritext Legal Solutions
866 299-5127

[protection - read]

**protection** 1:6,17
8:22,25 11:4 15:5
74:24,25 97:20
179:20 199:5
**protective** 208:4
**protocols** 118:24
**provide** 22:9,13
26:7 34:25 41:9
53:12 55:9,14 89:16
95:2 119:11 121:11
123:7,12,20 124:1
129:13 141:22
165:16 194:14
214:9
**provided** 58:15
109:7 111:9,14
145:5 165:15
171:25 172:7
190:16 206:15
208:6 224:13
228:22
**provides** 31:25 41:1
50:6 66:13,15 67:8
77:21 123:15 195:4
**providing** 22:18
52:24 68:15 89:21
119:15,25 120:13
182:11
**public** 1:20 14:5,7
16:9,14,22 22:4
23:19 24:3,22 26:7
26:10 29:16 35:14
35:16,20,23 36:3,5
36:9,13 38:6 39:6,8
55:17 58:7 63:2,3,4
63:12 64:20 65:11
65:12,12 68:10,11
75:24 76:7 77:19,23
79:11 80:20,24
81:17,22 82:14
84:15 85:15,24
86:24 88:23 89:13
89:16 91:14,15
92:14 96:8 97:2,6
97:15,22 100:18,19

101:7,11,14,15
102:4 105:19,20
106:7,8 109:8 114:3
114:3,5,23 115:3,3
115:4,17 116:7,9,14
116:15,15,19,20
117:2,3,5 119:17
129:3,5,9,17,18,18
129:19 130:1 144:9
144:9 145:3,3
155:11,14 159:11
159:23,25,25 160:4
167:23,23 176:1
177:8 185:12,24
191:15 194:10,15
194:16 200:7,8
203:5,19 205:4,24
212:18,23 213:3,9
233:14 234:1,2,11
234:15 250:5,21
**public's** 94:21
**public.resource.org**
1:12 2:13,20 7:14
**public.resource.org.**
8:12,15,17
**publication** 30:16
168:8 180:22
183:25 199:7
**publications** 79:7
97:18 121:2
**publicly** 25:25 58:6
58:9,22 159:16
164:24 168:3,7
177:18
**publish** 180:21,23
180:24 198:15,24
**published** 35:14
42:22 43:16 58:24
159:20 161:3 174:7
180:13,15 229:15
**publishes** 80:2
159:16
**pull** 69:9 104:11,13
**purchase** 181:19

**purchasers** 181:8
**pure** 57:3
**purport** 125:7,7
**purpose** 106:14
**purposes** 90:15
100:2,11 104:3
244:19
**put** 69:5 101:23
104:2 162:21
192:10 199:11

**q**

**question** 21:17
22:12,17 31:14
41:12,15,19 42:3,8
42:12,14,24 43:6,11
43:23,24 44:9,19,21
44:22,25 45:3,7,13
45:15,19 46:3,5,9
46:10,12,16 47:3,4
47:5,8,19 48:4
53:13 59:24 63:7
64:8,14 74:2 75:4,9
84:3 86:8,9,14,18
87:3 91:3,6,10,21
91:21 92:2,19 110:3
110:7 111:8 112:16
112:19 115:23
118:5 121:15
122:11 126:11
127:22 128:24
132:19,21 140:19
141:11 142:13
143:7 145:6 148:13
154:13,15 155:2,9
157:13 162:7
164:18 166:17,18
168:21 173:7,9,15
176:19 178:17
182:2,7 184:15
185:3,7 192:5
198:13 200:5,17,18
201:1,4 202:2,17
203:11,17 207:24
211:15,21 217:22

217:23,25 218:2,12
218:21,21,24 219:2
219:17 220:13
231:15,21 238:21
238:25 240:8 241:3
243:15 246:17,22
246:25 247:19
**questioned** 226:1
**questioning** 184:9
191:8
**questions** 12:1
15:11 42:6 47:21,23
55:12 78:16 127:6
127:11 128:3,12
176:17 183:13
205:10 207:25
243:22 246:8 247:9
247:13
**quick** 48:25 53:12
**quincy** 10:18
**quite** 31:23 47:18
135:4,9 154:25
**quote** 242:13

**r**

**r** 7:1 116:18
**range** 111:18
**ranges** 235:8
**ranking** 117:25
**ray** 240:24 241:7
**raynham** 10:16
**reach** 98:3 101:11
**reached** 246:3
**reaches** 102:24
**read** 69:4,6 77:21,24
79:12 80:25 81:17
81:22 82:15 83:11
84:14 85:3,5,9,17
85:21,25 86:6,11,25
87:10,15,24 88:23
89:14,19 90:7,11,23
91:5,6,16 92:6,12
93:3,13 94:21
119:12,15,18,21,25
120:1,7,14,16 121:3

**[read - rehn]**

121:5,14,16,17
122:18,19 123:4,7
123:10,12,18,21
124:1,2 172:4
211:21
**reading** 80:15
152:22
**ready** 60:13 61:17
217:9
**realize** 204:23
**realizing** 195:21
**really** 16:24 17:14
23:17 55:20 56:21
**reason** 10:8 43:5
65:16 95:4,13 97:15
134:3,8 135:6
137:22 163:3 204:7
211:11
**reasoning** 190:4
**reasons** 35:2 73:18
74:4 203:22
**recall** 12:17 20:4
24:11,12 109:2,5,11
110:5,13,15 112:25
122:23 126:6 141:1
141:13,24 142:2,3,5
142:7,10 143:18
193:22 196:16,19
196:22,24 222:1
227:17 237:16
246:12,16,21
**receive** 10:5 11:17
77:2 143:3 205:10
212:25
**received** 112:13
128:6 130:10
136:12 156:9
177:20 187:19
190:12 201:2,12
207:21
**receives** 34:12 143:1
**recirculated** 34:2,5
34:19
**recognition** 77:8

**recognize** 78:25
79:1,10 93:19 94:8
94:12 95:25 99:19
131:4,9 142:18
143:8,22 145:19
146:18,25 147:18
149:16 150:3,21
151:2,4,16 152:5,11
153:17 154:2,15
156:3,10,16 157:8
158:5 163:10
164:12 196:11
209:16
**recognized** 150:11
**recollection** 12:20
20:12 21:5 40:1
136:3 140:3 196:14
213:16 221:23
**recommend** 167:21
**recommendation**
185:19 187:23
194:22 232:20,24
233:7,10,13
**recommendations**
54:8
**recommended**
155:12 167:3
203:21
**recommends** 167:18
167:19
**record** 7:3,17 8:7
10:13 30:24 32:6
36:22 47:10,15,18
48:2,5,7,9,12 55:8
57:25 88:14,18
111:9 124:10 125:3
125:20 130:22
134:10,22 151:12
152:2,10 153:6,9,13
164:8 170:7 177:10
177:14 188:22
203:23 207:14
211:2 212:1,4,8
228:23 234:17,21
234:24 235:1,5

248:3 250:11
**recorded** 7:4 31:9
37:11
**recording** 7:16
55:19,20
**recordkeeping**
131:8
**records** 57:18
126:13,24 128:18
131:5 151:25 152:6
161:21,23 176:1,11
177:3 178:4 188:14
**redirect** 247:14
**redline** 242:7,10,11
242:15,16,20
**reduce** 15:2,9 74:12
**reduced** 250:10
**reducing** 14:23
75:13
**refer** 18:17 207:25
230:12,16,18,19,25
231:18 236:24
237:25
**reference** 133:2
165:18 166:15
171:21 177:8
189:16 209:9
210:11 229:15,17
240:24
**referenced** 229:21
**references** 133:24
172:5,7,15 175:8,9
**referencing** 209:12
**referred** 40:5
103:14 104:15,17
104:20 114:10
133:1 184:10
187:21 229:24
231:12
**referring** 17:22 81:7
116:5 161:18 165:1
187:25 189:16,20
198:25 199:10
206:8 210:15 224:3
236:10 237:5

242:25
**reflect** 31:10 131:17
132:13,22,24 137:1
**reflected** 240:13
**reflecting** 130:10
**reflection** 37:18
**reflects** 31:4 147:8
**refrigeration** 1:8
**refusing** 46:3,5
**regarding** 74:15
98:9 115:12 118:25
130:10 174:24
189:10,19,22
**regional** 162:16,23
**register** 83:6 89:16
89:20,25 92:4,23
**registered** 1:19
46:15 250:4
**registering** 89:21
**registrants** 90:19
**registration** 90:14
**regulate** 50:9
**regulation** 18:8
**regulations** 3:9
39:23 48:19,21,24
49:1,3,6,14,20 50:2
50:3,4 51:21 137:3
194:8 244:3,9
**rehn** 2:7 3:5 8:3,20
8:20 15:10,23 16:5
17:12,16 19:4,10,14
20:16,21 21:14,23
22:10,16,23 23:2,8
23:12,16,23 24:18
24:25 25:14,21
26:21 27:4,6 28:5
28:25 29:14,25
30:21 31:7,12,21
32:4 34:9,15 35:22
35:25 36:20 38:2
39:5,16 40:6,12,24
41:6,18 42:5,7,17
42:25 43:9,22 44:4
44:8,18,22 45:3,6
45:12 46:2,6,15,18

**[rehn - request]**

47:2,7,17 48:6
49:10,19 50:23
51:14 52:18 53:10
54:3,14 55:1,25
56:18 57:9,21 58:13
58:23 59:23 60:1,25
62:13 63:13 64:11
65:2,8,15 66:6,18
67:15 68:3,23 69:22
70:12 71:3,21 72:7
73:1,15 74:9,18
75:8 76:15 79:14
80:4 82:6,11,18,25
83:15 84:1,8,20
85:4,19 86:2,12,17
87:2,7,16,22 88:4
88:25 89:8 90:16,25
91:7,20,23 92:1,17
93:5 94:23 96:3,12
96:18 98:11,16 99:5
100:6,13 104:7
105:9,24 106:4,18
107:1,5,20 108:1,17
109:3,12,21 110:1,6
110:19 111:7,14,20
112:2,15 113:6,14
113:25 114:21
115:13,22 118:5,15
118:22 119:3,24
120:20 121:6,19
122:1,5,7,12,21
123:5,14,23 127:21
128:23 129:23
131:20 132:2,9,16
132:18 133:6,15,19
133:21 134:18
136:18,23 138:5
139:2,10,21 140:17
141:2,15,25 142:4
142:12 144:7,25
145:8 146:2 148:13
148:15 149:23
150:17,25 154:7,10
155:1,8 157:13
159:14,24 160:9,16

160:22 161:10,17
161:19 162:5,13
163:2,19 164:20
165:21 166:17
167:13 168:5,14,20
169:4,17,19 170:23
172:3 173:6,14
174:14 175:3,20
176:6,15 178:14
179:6,15 180:3,17
180:25 181:10
182:1,6,20,24 183:2
183:10,15,23 184:8
184:20 186:15
189:12,24 190:8,18
190:23 191:7 192:4
193:15 194:3 195:3
197:8,15 198:4,11
198:17 199:2,8,15
200:1,12,25 201:9
201:19 202:1,14
203:11,16 204:5,14
204:20 205:6 206:7
206:11,19 207:1,9
207:23 208:11,18
209:22 210:4,8,13
210:22 211:14
214:4,16 216:16
218:1,9,17,25 219:8
219:20 220:11,19
221:3,12,22 222:3
224:8 225:22 226:9
226:13 227:2,8
228:14,18 229:19
230:8,14,21 231:2
231:14,20 233:24
234:14 235:14,22
236:6 240:7,15
242:25 243:3,14,25
244:20 245:10,21
246:7 247:9,18
**reimburses**  75:23
**reject**  165:7,9
232:24 233:1

**rejected**  228:12
**relate**  159:12
**related**  7:21 13:6
20:15,20,25 45:20
74:14 102:13
152:19 155:20
163:16 164:6 211:8
217:15 250:13
**relates**  104:18 169:8
182:10
**relating**  12:1 16:19
96:7 106:22 137:11
158:7 160:2,5,11
164:2,25 177:20
181:17 185:1
201:13 209:3 232:8
**relationship**  228:8
**relayed**  132:14,25
**release**  107:10 142:8
174:22 212:20
221:7,9
**releases**  137:6 140:9
140:16 141:12,14
178:21 214:9
222:15
**relevant**  235:12
**relies**  15:25 120:10
**rely**  39:23 71:6 95:2
95:17 110:22
137:17,20 171:8
235:10
**remain**  37:17
**remainder**  32:15
**remained**  161:2
**remaining**  85:8
150:10 153:4 193:4
206:1
**remains**  108:9 110:3
121:21 198:9 218:4
**remember**  89:8
111:20 186:22
**remembered**  246:18
**remind**  31:12
**remove**  164:7

**render**  243:16
**rep**  240:25
**repeat**  38:3 47:7,10
238:20
**rephrase**  74:1
**replaced**  137:14
**replaces**  103:8
**replicated**  95:9
**report**  34:12 35:14
38:8,10,11 39:10,21
41:10 42:22 43:15
43:18 44:15 57:22
57:23 58:1,2,10,16
58:19 59:2,2,3,12
59:16 72:13 148:24
168:8,9 177:9,9,12
177:13 187:11
192:17 196:4
**reporter**  1:19 7:7
8:8 31:15 91:5
250:5
**reporters**  7:11
**reports**  57:24 58:8
58:21 59:4 72:10
73:17 97:17
**represent**  52:13
53:17 111:9,15
112:3 114:17,18
117:12 126:24
187:1 242:1
**representation**
50:17 111:23 112:2
125:13 208:1
240:20,21 241:10
**representative**
54:23,23 80:9
**represented**  186:10
**representing**  8:11
8:14,21 81:15
**represents**  165:24
241:9
**reproduction**  80:17
98:6
**request**  91:12 98:22
108:6 173:24 174:8

Veritext Legal Solutions
866 299-5127

[requested - savings]

requested  24:6
  233:4
requesting  190:2
requests  121:10
  173:18 189:25
  190:7,12,21,22
require  97:24 116:8
  166:25 167:24
  168:22 194:9,17,19
  233:9
required  27:2 36:12
  36:16 51:22 83:4
  102:18,20 106:24
  108:15 113:12
  177:15 178:19
  193:23 197:20
requirement  29:4,6
  29:8,11 56:6 67:2
  69:3,4 74:22,23
  163:16 164:2 194:6
requirements  16:8
  18:10 32:14,18,20
  77:25 80:11 91:14
  119:18 120:2,17
  139:16 163:6 180:8
  182:15 194:20
  195:23 239:24
  245:2
requires  71:7
  113:23 116:6
  128:21 167:25
  169:10 179:25
research  52:3 67:6
  69:9 72:8 73:17
  80:15 195:1
researching  193:17
resemble  126:6
residential  18:5
resides  91:12
resisting  43:5
resolved  170:20
resource  22:20,24
  24:4
resources  214:22
  220:5

respect  23:24 25:16
  25:22 28:17 81:17
  116:6 126:11 127:6
  127:11 128:3,12,25
  134:6,14 140:19
  143:7 157:10 225:4
  235:24 237:13
respond  227:24
responded  194:11
responders  75:1
responding  74:2
response  106:20
  121:21 122:11
  194:15 208:5 218:4
  246:10
responses  24:6 36:9
responsibilities
  13:20 28:15
responsibility  11:23
  12:4 26:15 28:6
  30:6,23 32:23 95:21
  108:6 141:17,22
responsible  12:12
  12:15 23:10 26:20
  26:22 28:12 99:21
  234:8 239:21 240:6
rest  40:10 42:15
restate  43:24 45:7
  83:18 91:3 211:22
  219:22
restrictions  80:12
result  228:15
resulted  75:14
results  34:2,4,5,13
  34:19,20,23 35:9,13
  38:17 73:24
retain  98:2
retired  131:14
return  37:3 39:11
  39:13,18
returning  39:17
reveal  89:2 202:6
revealed  211:18
revealing  201:1

revenue  78:3 120:4
  120:8
reverse  147:9 188:9
review  16:9 29:16
  29:17 41:1,9 48:25
  63:15,20 64:16 89:5
  90:1 96:4 106:11
  108:21 118:13
  133:8 144:20
  147:11,23 151:22
  157:15,19 170:6
  171:3 188:22 189:5
  191:20 203:25
  215:21 216:14,19
  221:13 222:10
  224:10 225:6 227:3
  227:21 229:13
  242:12 247:2,4
reviewed  108:23
  212:18 215:17
  246:13 247:6,7,16
reviewing  32:17
  132:10 133:25
  165:13 166:6 180:5
  202:19,24 216:9
  222:18
reviews  36:4 37:16
  41:22 42:19 112:19
revised  38:5
revision  36:17,19
  56:23,23 57:2,13,15
  58:18 61:15,15 62:1
  138:15 177:22,24
  192:21 193:2
revisions  36:12 57:4
  61:20 234:13
reward  77:3
rewrite  244:2,9
richard  131:11,13
  132:5
right  24:17 56:7,7
  56:25 96:16,25
  115:2 124:5 126:16
  131:23 158:25
  165:4,23 221:8

224:4,24 237:2
  239:3 241:22 242:6
  243:2 245:5
rights  125:8 166:21
  167:7,10 168:2,24
  199:14,22,24
  233:22
robert  224:23
robert's  70:2
robust  30:10
roger  154:20
role  11:25 12:19,22
  13:8,9,10,12,23
  14:12,13 22:2,21
  52:22 67:9 70:20,23
  80:23 186:14
roles  205:8
roll  238:15
room  66:20
rooms  26:18,24
rop  63:2 167:4
rules  50:4 70:2
  153:1
run  27:18 181:5
running  27:13

s

s  3:6 7:1 38:12
safety  14:22,23 15:1
  15:9,20,22 16:4
  17:5,7,18,21,25,25
  24:17 72:2,15 74:23
  74:25 75:12,13,24
  76:20 120:5,9
  188:16 195:14
  196:6,12 213:14
  223:18 232:21
sake  239:8
sale  120:10
sally  2:18 8:24
sample  104:5 113:9
  238:12
san  2:9,13
savings  195:15

**[saying - small]**

**saying** 46:4 67:3
  68:7 155:22 167:25
**says** 79:19 97:10
  102:4,6 154:4,7
  159:3 163:22
  166:20,22 167:8
  170:19 171:1 186:9
  186:10 190:18
  222:14 223:23
  229:20 238:5
  240:25 242:7
**scales** 215:1
**scientific** 28:20,22
**scope** 14:20,21
  15:11 90:17 91:1,8
  118:6,16,23 119:3
  180:18 181:1,11
  182:8,8,21 183:3,11
  184:9,21 190:9
  191:8 200:13 202:4
  230:9,15,21 231:15
  231:20
**scratch** 161:9
**screen** 96:6 100:1,15
  113:8,17
**scrolling** 122:19
**sdos** 18:18
**se** 55:21 77:5 99:1
**seat** 187:3 240:17
**second** 13:22 32:10
  36:17,19 38:3,7,8,9
  38:11 39:1,10,21
  51:17 56:23 57:2,23
  58:2,11,16,19,21
  59:2 79:18 84:25
  91:23 101:16
  102:23 126:20
  133:4 173:23 188:2
  197:1
**secondly** 214:11
  228:2
**secretaries** 55:20
**section** 19:17 101:4
  137:3,11,13,15,18
  172:9 190:1 241:15

242:6
**sector** 20:3 76:7
  77:23 234:2,2
**security** 20:7,9,10
**see** 35:1 59:16 61:10
  61:25 63:21 64:18
  79:15,16 81:20
  102:20,21 104:12
  104:13 105:5
  125:14 133:23
  165:4,6 170:19
  171:10,17,19 172:4
  186:1,9 187:24,25
  206:2,4 210:11,16
  223:20,25 224:1
  229:20 237:2,4
  238:6 242:7
**seeing** 56:12 73:24
  102:12 133:22
  170:7 187:13
  196:16,22,24
**seek** 166:10 173:21
**seen** 79:3,8 113:5,8
  197:3 208:14
  224:12 242:19
**select** 101:23
**selected** 101:25
  165:6 172:21
  225:10
**selecting** 100:25
  175:9
**selection** 101:9,10
  225:16
**self** 64:24
**seminars** 14:9 16:16
**send** 97:25
**sender** 145:25
**sending** 21:12
**senior** 22:7 23:3,21
**sense** 57:12 136:16
**sensitive** 7:18
**sentence** 206:6,8,9
  206:17
**separate** 191:19,23
  192:3,7

**september** 152:13
**serve** 16:17 54:1
**served** 131:15
**serves** 55:2
**service** 76:18
**services** 7:9
**serving** 13:23 64:24
**session** 44:16 125:1
**set** 12:21,23 48:25
  49:2,6,11 55:18
  73:8 82:2 83:4,19
  139:23 141:18
  194:19 250:16
**sets** 57:4
**setting** 222:6
**seven** 110:2 246:4
**sf** 102:4,7
**shaded** 238:4
**shading** 62:21
  236:22 237:2,4,5,6
  237:8,15,17,21
  238:6 242:14
**sheet** 144:16
**shifted** 117:4 140:4
**shifting** 80:18,18
**shot** 113:8
**shots** 100:15 113:17
**show** 48:2 59:4
  62:18 64:9 107:6,7
  109:15 125:9
  242:17
**showed** 196:20
**showing** 109:21
**shown** 83:5 102:23
  114:10 211:9
**shows** 62:22 211:2
**shy** 176:9
**sic** 154:5
**side** 187:10,13
**sided** 156:6
**sides** 187:8
**sign** 107:10 108:16
  110:16 116:9
  148:11,11,12
  169:10 181:15,21

206:15
**signature** 102:18,20
  102:23 103:15
  115:19 116:2,4
  144:4,16,21,23
  145:4 166:25
  167:24,25 168:23
  169:3,15 187:12
  212:19 214:10
  220:25 225:16,24
  225:25 233:9
**signatures** 144:5
  148:20 199:21
  212:13 214:2
  215:17 216:3 217:1
  217:12,24 218:15
  218:23 219:5
**signed** 63:18 108:7
  111:6 179:3,24
  181:18 192:1 221:7
  225:10
**significant** 244:5,13
**signing** 112:21,21
  233:21
**similar** 54:15
  116:19,22,23 117:1
  127:23 138:25
  166:23 193:19,20
  224:11
**single** 71:5 109:25
  113:1 140:6
**singular** 219:25
**sir** 148:3 230:6
**sit** 110:5
**site** 96:7 122:24
**sitting** 68:14 106:16
**situations** 17:20
**six** 136:21
**size** 26:25
**skweres** 170:1
**slightly** 48:22 61:24
  136:12,14
**slot** 52:14,14,15
**small** 99:8

| | | | |
|---|---|---|---|
| **smaller**  12:5,8,21,23 | 55:5 56:9 81:24 | **spokesman**  13:24 | 33:2 40:25 54:21 |
| 79:4 192:22 | 82:10 83:8 89:9 | 14:2 16:13,18 18:12 | 55:24 56:12 57:19 |
| **soak**  47:11 | 99:1 101:3 106:13 | 21:22 | 58:11 59:21 60:3,10 |
| **social**  26:8 | 118:11 126:3 133:8 | **sprinkler**  12:25 13:4 | 60:24 62:12 64:3,17 |
| **society**  1:3,7 7:12 | 133:22 140:13 | 13:6 | 67:12,14 70:19 |
| **solely**  216:19 | 142:2,7 145:15 | **sprinklers**  18:5 | 94:16 101:4,4,13 |
| **solve**  194:5 | 155:22 166:24 | **square**  152:17 | 109:14 116:22 |
| **somebody**  99:14 | 175:4 186:17 189:8 | **ss**  250:2 | 123:21 139:3,15 |
| 103:12 104:23 | 194:19 195:11 | **st**  132:7,12 | 145:21 146:14 |
| 121:3,16 122:18 | 198:20 201:15 | **staff**  12:10 27:12,13 | 155:13,16,18 175:2 |
| 129:6 | 209:14 211:1,8,8 | 27:18,24 28:15 | 182:12 189:1,6 |
| **someone's**  96:23 | 218:7 219:25 | 29:19 30:5,13,14,19 | 195:19 198:24 |
| **soon**  174:18 184:2 | 246:18 247:3 | 30:23 31:8,25 32:13 | 205:12 209:13 |
| **sorry**  18:16 31:17 | **specifically**  13:2 | 32:18 33:5,6,10,16 | 217:9 226:11 230:4 |
| 52:14 91:3 96:15 | 54:15 79:6,8 83:2 | 36:21,24 37:3,8,15 | 240:1 245:16 |
| 131:25 154:11 | 98:4 101:18 106:1 | 37:21 40:20 41:1 | **standards**  12:2,12 |
| **sort**  31:18 | 107:22 110:13 | 52:22,25 54:16,22 | 12:13,14,23 13:22 |
| **source**  162:2 171:24 | 134:8 141:11 | 54:23 55:2,3 56:5 | 14:6,13,24 15:1,3,8 |
| 175:23 178:25 | 156:12 169:7 | 56:16 57:8,14 59:6 | 15:16 16:22 18:15 |
| 179:23 212:15 | 172:19 174:1 | 59:22 60:4,7,12,15 | 18:17,18,24,25 19:2 |
| **sources**  172:18 | 184:13 218:5 | 60:23 61:12,15 62:4 | 19:6,8,18 23:9,9 |
| 175:17 195:8 | **specificity**  222:19 | 62:7,12,25 63:9,10 | 24:19,23 27:25 |
| **space**  27:2 80:18 | **specifics**  98:21 | 65:1,4,10,16,24 | 28:14,21 30:10 |
| **spacing**  238:16 | 99:12 | 66:12,15,17,20,25 | 31:25 32:21 36:1 |
| **speak**  14:1,10,18 | **speculate**  75:10 77:6 | 67:3,8 68:15,18 | 39:17 40:20 41:8,11 |
| 16:12 81:24 82:11 | 132:4 158:19 | 69:5,9 117:15 118:1 | 41:21 48:20 49:13 |
| 83:17 84:9,21 92:20 | 190:25 213:22 | 145:12,14 148:20 | 49:15,21,23 50:2,10 |
| 107:21 108:2,18 | 217:3,14 218:5,7,19 | 149:6,7 162:23 | 51:3,7,11 53:8,25 |
| 109:4,13,16 141:3 | 219:24 | 172:21 202:10 | 54:2,4,5,9,13,17 |
| 142:13 172:19 | **speculating**  73:3 | 205:8 212:11 | 55:12 56:11 58:25 |
| 175:4 176:25 | 135:3 144:19 191:4 | 214:21 215:2 | 65:25 66:4,17 67:21 |
| 193:16 208:19 | **speculation**  17:13 | 216:22 217:1 | 70:21,24 77:20,22 |
| 209:23 210:5 224:9 | 65:9 100:8 132:3 | 219:14 228:6 | 78:1 79:13,24 80:14 |
| **speaking**  14:8 22:4 | 139:11 149:11 | 234:10 239:6 | 80:19 81:3 82:16 |
| 50:15 110:9 180:6 | 165:22 174:16 | **staff's**  61:5 69:15 | 83:11 84:14 85:18 |
| **speaks**  115:14 | 176:8 186:16 192:5 | **staffing**  215:20 | 86:1,7 87:1 88:9,24 |
| 136:24 168:15 | 203:12 204:6,15 | **stage**  39:1 58:17 | 89:14 90:8,24 91:17 |
| 169:6 206:12,20 | 227:9 230:9 | 96:8 | 92:7,13,16 93:4 |
| 208:12 210:14 | **spelling**  238:12 | **stamped**  236:10 | 94:13,17,22 96:7 |
| **special**  25:6 52:7,13 | **spend**  9:20 18:8 | **stamping**  97:8 | 99:20 100:20 105:3 |
| **specially**  25:6 | 32:17 200:19 217:1 | **stamps**  154:6 | 106:25 107:18 |
| **specific**  13:10 20:13 | 219:19 220:9 | **stan**  143:13,14 | 108:14 110:17 |
| 28:19 29:4,7 32:6,7 | **spent**  20:15 217:5 | **stand**  20:6 88:5 | 111:5 112:6 119:2 |
| 44:19,20 45:19 46:8 | 217:11,24 218:15 | **standard**  17:25 18:7 | 119:13,16,19,23 |
| 47:21,21 50:3 52:14 | 220:4 | 18:7,9 28:9 29:24 | 120:25 121:1 123:8 |

[standards - substance]

123:11,16,19,22
125:8,24 126:13
127:15 128:7,20
129:22 130:22
131:7,18 137:2,16
137:17,20,25
138:10,18,21,24
139:6,8,19 142:21
143:10,24 146:21
147:2,20 149:18
150:5,14,23 151:8
151:20 153:21
154:17 156:5,19
157:3,4,24 158:8
163:12 164:14
168:17 174:2,7,13
175:19 176:5,14
177:25 178:2 179:1
181:8 182:5,14
183:8,18,19,22
184:5,17 189:2
190:13 191:1 198:2
198:8,14,16 199:14
199:18 203:9 204:4
204:11 205:5,10
207:22 209:11
220:18 222:8 223:7
223:10 226:4,7
229:22,25 230:17
230:17,24 235:3,9
235:12,16,24 236:2
239:10 243:21,22
244:13,17 245:14
245:20
**stands**  82:25 122:3
122:9 208:13
209:14 227:22
241:22,25
**start**  13:10 39:14
44:11 109:21 126:2
**started**  11:12,25
161:8 244:4,8
**starting**  11:23
238:18,23

**starts**  40:7 210:9
236:12
**state**  10:12 17:8
44:10 52:6 84:17
242:2,3
**stated**  52:21 73:16
86:3 87:10 88:5
93:13 133:10
210:24
**statement**  64:24
79:17 89:11 103:3,9
116:12 132:21
147:11 152:22
159:1,5 166:13
171:23 172:12
174:10 175:10
193:8,23 194:1
196:24 199:11
207:2 221:14,18
228:22 243:5
**statements**  94:12,16
134:4 175:25,25
198:22,25 224:11
234:15 243:7
**states**  1:1 121:10
152:23 227:4
241:13
**stating**  97:14
**step**  40:19,25 41:8
41:20 42:18
**steps**  44:1,5 45:8
97:5 100:24
**stipulate**  100:10,13
104:7 109:18,23
110:1 235:15 236:1
236:3
**stipulation**  235:5
**stoltz**  8:13
**stolz**  2:19
**straightforward**
47:14
**straightforwardly**
202:2
**street**  1:21 2:8,12
227:4,7

**strict**  97:19 144:20
165:13
**strike**  50:13 53:6,19
53:24,25 64:5,23
66:1 70:22 85:12
87:8 113:21 115:22
119:20 132:22,23
133:16 149:15
161:25 165:8
170:15 180:13
182:3 183:5,20
185:6 196:14
220:14 227:17
230:19 244:6
**strive**  244:17
**strong**  76:24
**struck**  196:17
**structure**  139:15
**student**  10:25
**study**  80:15
**style**  32:2,11 37:6
50:8 56:25 60:8,17
69:16 137:23,23
138:1,7,21 159:3,7
159:13,17,17,20
160:3,8,12 171:6,10
195:10
**subcommittee**  41:21
**subject**  34:7 35:7
51:16 197:6
**subjects**  24:10,12
**submission**  107:12
113:3 134:24 136:5
151:3,5,23 153:25
154:14 165:14
172:10 199:18
202:20 205:1 214:8
215:13,16,21 216:4
216:24 220:23
221:11,21 222:2
227:18 233:1
**submissions**  97:12
100:4 135:17 145:5
146:8 151:10
159:18,21 169:10

214:2 215:17 217:2
218:16 221:1
**submit**  40:15 65:5
97:23 102:10
129:25 133:11
136:8 144:14 200:7
203:20,24 204:17
204:22,25,25
205:19 214:10
225:21 233:6
**submits**  100:19
166:24
**submittal**  154:4,8
**submitted**  33:24
63:17,21 64:17,19
68:9 136:11 146:10
149:1 151:11
157:17 158:10,12
158:19 164:25
166:1,5,7 174:12,20
188:23 202:25
212:12 219:12
220:17 221:15,25
222:16 228:21
**submitter**  39:8
99:25 151:6 163:22
165:4 167:20
169:11 170:8
172:22 174:20
194:4,21 196:17
221:7 225:11,20
226:24 229:14
**submitters**  97:17,22
129:9 174:4 175:11
**submitting**  40:8
64:20 65:10 97:6,16
100:24 103:5
112:22 146:4
172:24 180:1
205:17 226:4,7,10
233:13
**subsequent**  172:6
**substance**  88:1 89:2
98:18 201:1,11
202:7 211:19

**substantially**  134:15
**substantiate**  195:6
**substantiation**
  159:1 172:8,13
  190:4 193:9,24
  194:17,20,25 195:9
**substantive**  195:22
**substitute**  187:14
**sued**  200:10,23
  201:7,16
**suffolk**  250:2
**suggest**  147:5
  234:13
**suggesting**  129:21
  193:2
**suggestions**  64:25
  233:20
**suggests**  194:24
**suitable**  244:18
  245:19
**suite**  137:17
**summarize**  67:17
**summary**  55:19
**summits**  25:9
**supervisor**  117:20
**supplement**  228:22
**support**  30:14 31:19
  31:24 32:3 54:17
  149:2 162:16,22
  166:12
**supporting**  97:23,24
  148:23 149:2 175:7
  216:20 217:9 220:6
**sure**  10:14 22:12
  32:19 41:1 42:13
  52:11 69:16 73:3
  74:2 79:15 82:10
  84:24 89:23 96:4
  100:14 103:7
  112:18 126:18
  135:4,9 164:25
  182:17 188:3
  189:14 198:13
  213:12 217:8
  235:22 236:6

**238**:25
**survived**  62:9
**suspect**  100:11
**swear**  8:8
**sworn**  9:8 250:7
**synthesizes**  68:18
**system**  30:14 36:2
  40:16 59:1,8 61:9
  64:13,18 65:12,13
  99:21 113:2,19
  114:15 137:2 145:4
  155:10,14 194:10
  205:1 214:8 216:6,6
  216:24 217:9
  230:24
**systems**  12:25 13:5
  13:7 52:10 114:16
  155:11

---

**t**

**t**  3:6 38:12
**table**  39:25
**take**  7:16 11:2,9,22
  32:3 40:10,23 41:3
  44:3 45:23 48:2
  77:10 85:4 96:3
  124:6 235:18
**taken**  47:19 48:10
  88:15 153:10
  155:15 212:5
  234:22
**takes**  32:5 103:11
  220:6
**talked**  78:5
**talking**  9:22 31:15
  43:13
**tally**  34:7
**tape**  77:16 88:13,17
  153:8,12 211:24
  212:3,7 248:1
**task**  132:15 133:1
  133:11,17 145:13
  145:15 214:14
  219:25 220:4

**tasks**  218:6,8,8,20
  219:15
**team**  22:7 23:3,10
  23:22 32:25 37:9,14
  108:9 110:23
  112:19 119:9,10
  140:22 145:10
  162:17 171:10
  178:5 197:20
  198:21 215:1
**team's**  108:6 140:20
**technical**  12:1,7
  13:24 14:2,6 15:25
  16:2,6,8,13,17 17:4
  18:12 21:22 22:1,9
  22:13,14,18,20 23:6
  23:20,25 25:1,9,16
  27:12,15,19,22,24
  28:2,7,10,12,15,17
  28:19,21,23 29:3,10
  29:13,19,20,22 30:3
  30:5,7,13,19,23,25
  31:3,5,8,11,19 32:7
  32:13,18 33:6,9,11
  33:12,16,18,21
  34:12 36:4,7,8,11
  36:14,21,24 37:3,4
  37:8,10,15,19,21,23
  39:14,18 44:16 50:6
  50:15,22,25 51:5,8
  51:13,16,21 52:17
  52:20,24,25 53:21
  54:16,20,24 55:2,3
  55:7,14,23 56:3,5
  57:5,7,11 59:6,6,15
  59:22 60:4,6,9,12
  60:17,18,23 61:4,23
  62:3,6,11,25 63:5,9
  63:11 65:7,22 66:9
  66:12,15,16,20,25
  67:3,8,9 68:1,13,15
  68:20 69:8,17,19
  70:9,14 71:1,8,11
  72:5,23 73:14 74:6

**75**:4,17 76:4,13
  77:3,9 103:25
  131:15 133:18
  143:16 148:5
  155:18 157:2
  158:13 159:9,22
  162:15,18,22,25
  163:4 175:14
  179:25 187:1 190:3
  194:11 203:24
  210:2 220:7 234:4,7
  234:12 239:5,9,16
  239:18,20
**technically**  14:13
**technology**  17:24
  74:21 162:20
**telephone**  2:20 8:16
  111:11
**tell**  11:10 43:4,21
  44:5,6,17 45:8,10
  49:4 59:25 71:17
  72:22 73:11 79:23
  82:13 93:18,19 94:7
  94:8 95:25 112:18
  133:23 134:1 161:2
  170:6 207:4
**tells**  64:25
**ten**  20:18,19,25 21:1
  21:3,6,7,8 24:9
  35:19 135:21 136:1
  150:9 205:25 215:9
  215:25
**tend**  138:24
**tens**  112:19 125:6
  136:5 175:5 176:9
  208:21
**tentative**  49:24
**tenure**  107:8 174:23
  175:16 176:9
  189:10,22 190:17
  191:5 210:25 213:7
  213:18
**term**  38:12 55:3
  98:24 99:10 112:10
  117:3 124:2 137:18

[term - topics]

137:20 138:8 210:2
210:9,16 230:2
**terminology**   137:1
138:11,19,22 139:4
**terms**   3:11 79:10,15
79:16,17,20,22
80:10,11,24 81:5,7
81:9,13,15,19,21,24
81:25 82:2,4,7,10
82:11,13,19 83:3,4
83:7,9,16,19,24
84:5,9,19,21,22
85:11,14,23 86:5,11
86:23 87:13,17,18
87:21 88:2,7,8,22
89:20 90:1,3,6,10
91:18 92:5,19,19,23
92:25 93:1,9,11,12
93:22,23 94:1,19
95:6,15 138:3
140:19
**testified**   9:8,15
239:7
**testify**   10:9 89:6
109:24 250:7
**testimony**   3:2 29:2
41:25 68:24 82:22
88:6 110:20 169:5
169:18 174:15
178:23 179:5,7
218:11 250:11
**testing**   1:4 7:13 52:3
**tests**   195:1
**text**   30:12 32:6 34:7
34:18 35:7 56:13,16
59:5,20 60:5,22
61:3,5 62:2,11,16
62:19,22 63:24
64:15,25 66:21,22
67:25 68:1,5 69:6
69:13,20 70:10 71:2
71:19 72:6,20,25
74:8,16 75:5 87:14
100:18,25 109:6
122:18 123:3,10,22

141:13,18 142:11
147:6,12 149:7
152:20,24 153:2
159:12 165:11,17
166:14,24 167:5,8
167:19,21 168:25
170:9,12,16,17,18
170:22 171:1,4,5
173:4,12 174:5,19
174:25 178:20,24
179:9,13,17,21
185:14,17,19 186:1
186:3,3 187:24
188:17 189:5,19
191:24 192:21
193:2,4 198:7,8
202:12 204:3
206:15 208:15
210:15,19 234:8
242:17
**textural**   234:13
**thane**   2:7 8:20
**thane.rehn**   2:10
**thank**   8:18 52:16
53:18 155:25
234:25 246:5 247:8
**thanks**   236:7
**theme**   12:15 13:4
**thing**   22:6 73:21
79:1 112:8 238:14
**things**   1:20 12:18
23:13 26:18,24
49:23 70:17 71:15
72:1,9 73:16,19
81:11 95:18 170:19
197:12 227:21
238:16
**think**   22:6 23:17
25:11 26:4 27:7,15
50:11 52:11 68:8
70:13 71:5 72:18
73:2,16,21 74:10
76:16,16 79:19
88:10 102:6 115:2,6
131:3 132:18 137:8

137:9 140:4 141:4
143:2 154:7,10
168:4 184:14
187:19 190:8
192:23 195:17,17
200:13 208:3
213:16 221:3
226:13 235:4
238:14 239:7
246:10
**thinking**   21:6 135:6
191:5
**third**   51:18 102:1
105:5 114:25 119:1
**thirds**   71:7,10
**thousands**   112:20
125:6 136:6 175:5
176:10 208:21
**three**   12:22 114:2,22
115:1 137:9 194:24
203:5
**tied**   57:3 61:22
196:12
**till**   11:23 13:16
41:14 126:2
**time**   8:5 12:16 17:9
18:9 20:14 32:17
35:21,24 42:13
47:12,13,20 48:8,11
58:14 60:14 67:24
75:21,22 76:4,6,23
77:12 78:1 85:4
87:10 88:10,12,16
96:3 97:13 106:10
108:22 119:19
120:3,12 122:23
124:9 125:2 132:6
133:20 134:1 138:9
145:12 148:20
152:13,16 153:7,11
160:19 161:5,22
175:6,23 191:2
196:19 197:2
204:16 208:22
211:8 212:2,6

213:23 214:5,17,19
214:24 215:6,9
216:25 217:4,5,11
217:15,23 218:14
218:14 219:14,18
220:3,5,8 227:10
228:6 234:20,23
244:3 247:25
**times**   10:5 21:8
23:13 46:17 97:16
97:22 110:8 144:13
145:13 175:16
176:2,10 180:21
183:25 190:15
214:20 237:10
**title**   13:16 93:22
135:23 146:10,11
213:14,17
**titles**   141:8 237:6
**today**   10:10 85:10
85:13,21,22 86:3,9
88:3 106:16 110:5
113:5 138:4 207:17
208:14 211:5,6
224:10 247:5
**today's**   88:20 89:6
108:24
**tolles**   2:7 8:21
**tool**   115:10
**top**   24:13 25:11
50:11 79:17 102:3
130:15 133:4
143:18 148:6
195:18 196:25
228:1 238:2
**topic**   14:14 17:5
80:9 82:21 111:25
119:5 184:21 221:4
**topical**   25:6 73:7
**topics**   14:6,18,25
15:12 16:25 78:12
91:2,9 118:7,7,8
180:18 181:1 182:9
183:11 184:9
190:10 191:9

Veritext Legal Solutions
866 299-5127

[topics - utilize]

**total** 216:15 218:19
**touch** 74:16
**touched** 61:17
154:24
**touching** 250:8
**track** 21:15 162:9
162:15 163:3
242:14,14
**trade** 14:15
**trademark** 201:17
**training** 14:9 16:16
99:22 101:15 163:5
**transcript** 48:4
190:18 226:13
**transfer** 64:22
144:11
**transfers** 142:9
**transmittal** 151:17
153:19
**travel** 76:9
**trouble** 241:4
**true** 89:13 236:1,4
249:3 250:10
**truly** 98:2
**truth** 250:7,8
**truthfully** 10:10
**try** 62:15
**trying** 20:24 31:1
47:14 59:19 66:24
164:7
**tsc** 1:6
**turn** 69:15 97:7
158:21 242:21
**two** 12:21 13:20
56:21 67:18 71:7,10
84:24 85:3,14 86:10
86:22 87:11,13,20
88:2 93:13 103:1
117:25 135:16
137:23 147:13
156:6 158:23
168:23 181:12
188:1 211:2 214:7
227:21 239:13

**type** 14:7 21:11
38:21 67:23 104:21
146:7 225:24,24
**typed** 134:14,25
**types** 14:10 38:23
39:3,9,20 56:21
108:23 142:25
143:3 190:7,16
**typewriting** 250:10
**typical** 70:25 126:4
127:3,8,17 128:9,14
129:1,4 134:20
142:23,24,25
143:12,25 144:2
145:22 146:22
147:4,23,25 149:20
149:24 150:7,15,18
151:24 152:2
154:14,18 156:8,21
158:1 163:14
164:16 243:20
**typically** 14:18
**typo** 126:19
**typographical**
180:12,15 183:7,21
184:1

**u**

**u.s.** 11:1,6 196:6
197:5 224:23
225:19
**ul** 171:21,21 172:5,6
172:11,15,16 173:2
**ultimate** 61:7
179:23
**ultimately** 11:15
29:20 30:2 51:2
54:9 55:22 59:14
61:3 63:5,23,25
64:3 66:12 67:11
68:17 74:12 78:3
105:3 120:5 188:25
234:6
**umbrella** 19:3

**unable** 90:6 92:25
97:11 208:22
**unaware** 220:8
**unclear** 219:4
**underline** 170:16
**underlying** 186:3
**understand** 17:23
22:12 29:10 30:17
30:25 31:23 46:23
48:4 57:6 59:19
64:15 70:25 71:18
76:13 77:25 82:1
83:2,21 90:12 97:1
105:22 106:14,16
106:21 107:23
119:18 121:4,16
129:8 139:14,18
142:6 143:4 154:25
156:22 163:6
168:10,16 182:15
190:2 192:20
194:13 199:13
206:6 219:4,7,10
227:6 238:25
**understandable**
245:2
**understanding**
53:14 64:1 81:2,11
81:21 83:22 84:4
86:4 89:18 90:9
92:4,22 96:18 98:13
99:3,7,12 100:16
103:10,17 105:14
106:2,6 108:3 117:1
119:22 157:22
167:16,17 168:19
168:22 170:3 174:3
181:2 191:25 193:1
197:25 206:16
208:5 209:11
211:10 215:4 226:3
226:6 240:9 242:19
245:23
**understands** 46:24
120:2,16 176:18

**unfamiliar** 91:13
**unfortunately** 79:23
187:19
**unique** 135:23
**united** 1:1
**units** 19:20
**universally** 113:12
**university** 11:7,8
**unquote** 242:13
**update** 108:5 137:6
140:23 229:14,17
**updated** 108:8
138:7
**updates** 137:5 140:8
140:12,15 141:1,11
141:13
**usability** 139:13
244:24 245:4
**use** 3:11 17:10 29:23
55:3 69:19 70:10
72:5 73:4 80:17
93:22,23 94:1,16,19
95:6,15 98:9,15,24
99:4,10 112:10
113:1 117:2 119:1
129:20 155:4
169:13 170:8
173:19,21 203:8,15
204:8 237:15
**user** 81:5,13 83:12
86:4 88:7 93:2
181:15 190:1
**users** 52:9 82:2,4
83:4,18,23 84:6
139:14 163:6
190:13
**uses** 90:15 99:8
154:22
**usually** 204:12
**utility** 241:9
**utilize** 17:17 18:6
55:16 98:22 106:7
106:10 129:11
139:5 175:13 195:6
215:2 246:1

Veritext Legal Solutions
866 299-5127

**[utilized - withdraw]**

utilized  215:19
utilizing  130:2

**v**

vacation  75:22
vague  19:15 22:11
  25:15 40:13 43:1,12
  44:24 46:18 47:23
  53:11 56:19 58:14
  60:21 66:7 71:4
  113:7 121:6 127:22
  139:22 155:2 162:6
  179:16 183:3
  189:13 198:18
  214:5 231:3 244:1
  244:21 245:1
variables  219:23
variations  40:2
  56:15 208:15
  219:23
varies  17:1 35:19
various  11:13 16:24
  17:19 40:4 49:16
  51:5 81:3 100:23
  107:17 123:17
  139:8 148:8 204:1
  240:3
vary  136:1
vast  204:21 217:4
venue  84:16
verbally  130:3
verification  220:14
  222:7 225:3 227:18
verified  149:6
verifies  113:2
  220:22
verify  98:1 105:19
  108:11 112:20
  145:2 148:20
  197:20 199:21
  202:11 220:24
  221:1,10,20 222:2
verifying  180:8
  202:18 217:7,12,18
  221:6

veritext  7:8
version  109:6 113:1
  113:18 160:13,14
  160:17 161:8 207:3
  223:2 242:13,15,18
  242:20
versions  80:19
  85:17,25 86:25
  88:23 89:15 90:7,23
  91:16 92:12 93:4
  94:21 110:14
  112:23,25 115:1
  119:12 123:11
  134:23 135:1,14
  160:21 207:6 208:9
  211:3,7,8
versus  7:13 102:12
  129:1 137:3,4,13
  210:10
vice  10:20 11:15
  13:14,18 118:2
  200:5
video  7:4,15 206:1
videographer  2:15
  7:2 8:5 48:8,11
  77:13,15 85:7 88:12
  88:16 124:9 125:2
  150:9 153:3,7,11
  205:25 211:23
  212:2,6 234:20,23
  246:3 247:25
videotape  85:8
  150:10
videotaped  1:16
view  21:7 22:24
  23:3 29:3 83:6 96:6
  97:4 101:7 113:9
  139:12,23 188:11
  228:11 245:13
viewing  24:21 94:3
visit  90:22
vital  67:8
voices  205:15
volume  214:21

volumes  145:13
volunteer  27:14
  76:22,23
volunteers  16:1,2
  76:21
vote  34:6,8,25 35:4
  35:4 42:19 53:3
  69:13,25 70:4 71:15
voted  35:3
votes  35:2,10
voting  33:24 57:16
vs  1:11

**w**

waive  84:16
walls  163:22
want  18:6 35:3
  45:22 48:1 67:1
  69:2,4,7 71:14,15
  74:12 84:21 86:14
  91:24 97:23 100:9
  109:15,25 117:13
  129:11 139:13
  182:13,16 187:7
  189:14 204:3,17
wanted  129:25
  190:23
wants  47:11 48:3
  191:21 227:23
warranted  194:22
washington  2:4
wasted  47:12,13
wasting  47:20
way  7:23 11:14
  20:10 21:4 25:1
  35:3 63:15 67:4,4
  69:24 75:2 83:22
  86:13,18 87:4,5
  100:14 101:2 104:5
  105:16 109:5
  117:21 123:17
  143:13 161:13,24
  176:19 180:11
  193:17 207:14
  221:24 227:10

235:19 243:24
ways  15:7 16:16
  24:2 68:9 99:9
  123:16 134:23
  135:17 137:7
  207:12 214:7 221:6
  239:14
we've  45:16 77:11
  135:16 156:9 190:8
  190:8 207:24
  215:19 246:3
web  121:13
website  26:8 58:4,9
  58:12 79:2 81:8
  82:17,23 83:5,12
  84:15 87:24 89:15
  90:22 93:8,21,24
  94:1,11 95:7,9,10
  95:16 96:20,22 97:4
  114:14,18 121:5,18
  122:20 123:2
  177:16 181:13
wednesday  1:22
weeks  35:19
wells  173:2
went  78:10,10
  135:24 216:5
  234:25
west  2:11 8:11
whereof  250:16
whispers  7:18
white  171:21 172:15
wholly  86:4
widgets  121:12
williams  191:20
  192:1
window  79:4 102:3
wish  40:17 205:16
  233:15
wished  233:6
wishes  26:1 40:15
  203:19
withdraw  84:2
  173:9 185:6

Page 39

[witness - yup]

**witness**  8:2,8,23 9:5
  15:12 31:13 46:8,22
  78:24 82:9,21 83:1
  85:6 86:13,17,21
  88:25 91:9 96:5
  107:6 112:17 118:8
  118:9 119:4,5
  123:24 127:7,16
  128:8,13 130:24
  131:9 147:22 151:2
  153:23 157:12
  163:13 164:21
  176:17 178:16
  180:19 182:9
  183:11 184:10,11
  184:12,23 187:7
  190:10,21 191:14
  192:16 196:2
  200:16 202:5 203:4
  209:2 211:17 223:1
  223:14 224:19
  226:12,21 227:14
  229:2,8 230:22
  231:16 232:1,7,13
  232:19 243:16
  247:19 250:11,16
**witt**  154:20
**word**  31:22 60:20
  66:10 67:4,20
  106:12 136:9
  137:14 140:1
  144:13 169:8
  191:18,18,23 192:3
  192:21 209:24,24
**worded**  56:6 60:9
  60:16 94:15
**wording**  28:20,23
  29:4,9,12,19,23
  32:10 37:18 56:4,25
  60:3 61:6,7 79:9
  106:7 108:10
  110:24 114:4
  133:23 134:20
  136:17,20,22,25
  142:2,3 161:14

  170:5
**wordings**  55:5
**words**  56:9 62:24
  63:21,22 66:14
  67:11,11,13 81:25
  83:8 87:11 137:11
  138:25 161:2
  192:22 193:6 199:6
**work**  10:17,23 11:6
  11:24 20:25 30:11
  37:8,15 57:1 61:5
  68:16 75:18 76:5
  95:1 105:22 106:3
  106:17,21 107:3
  119:8 239:15,18
  240:12,19
**worked**  11:13 60:4
  60:6,12,20 61:16
  62:3,7,8,22 149:9
**working**  10:21
  18:23 20:7 28:9,9
  33:16 56:5 64:2
  65:20 130:3 200:3
**workload**  218:19
**works**  33:10 37:21
  49:15 99:20 106:23
  139:5 173:1 197:4
  204:19 210:12,16
  241:8
**write**  245:1
**written**  154:6
**wrote**  148:25 222:11

|  x  |
|---|

**x**  3:1,6 67:2 69:3
  146:11 223:21

|  y  |
|---|

**yeah**  79:22 80:7
  235:14
**year**  20:18,19 21:1,1
  21:6,8 24:8 112:20
  136:6 138:8 175:6
  208:22 212:25
  213:2,9,11,12,21,24
  214:15 215:15

  219:24
**years**  12:22 76:18
  107:9 108:4 134:21
  135:4,10 136:4
  140:11 161:3 200:3
  200:9 225:23
**yesterday**  78:6
**yield**  233:22
**yup**  223:22

Page 40

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.