# EXHIBIT 43

```
 1              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
 2
     -----------------------------------
 3   AMERICAN SOCIETY FOR TESTING AND   ) Case No.
     MATERIALS d/b/a ASTM INTERNATIONAL;) 1:13-cv-01215-EGS
 4   NATIONAL FIRE PROTECTION           )
     ASSOCIATION, INC.; and             )
 5   AMERICAN SOCIETY OF HEATING,       )
     REFRIGERATING, AND                 )
 6   AIR-CONDITIONING ENGINEERS, INC.,  )
 7           Plaintiffs,                )
 8       vs.                            )
 9
     PUBLIC.RESOURCE.ORG, INC.,         )
10
             Defendant.                 )
11   -----------------------------------)
12   AND RELATED COUNTERCLAIMS.         )
     -----------------------------------)
13
       RULE 30(B)(6) VIDEOTAPED DEPOSITION OF AMERICAN
14   SOCIETY OF HEATING, REFRIGERATING, AND AIR-CONDITIONING
                      ENGINEERS, INC.
15
              BY AND THROUGH ITS DESIGNEE,
16
                  STEPHANIE REINICHE
17
18              MONDAY, MARCH 30, 2015
                      9:10 a.m.
19
20           VERITEXT LEGAL SOLUTIONS
               1075 PEACHTREE STREET
21                 SUITE 3625
                 ATLANTA, GEORGIA
22
23   Reported By:
24   SHARON A. GABRIELLI, CCR B-2002
25   Job No. 2035289
```

Page 1

1
2 APPEARANCES OF COUNSEL:
3
4
FOR THE PLAINTIFF ASTM:
5
6    MORGAN LEWIS & BOCKIUS LLP
7 BY:  J. KEVIN FEE, ESQ.
8    1111 Pennsylvania Avenue NW
9    Washington, D.C.  20004
10   (202) 739-5353
11   JKFEE@MORGANLEWIS.COM
12
13
14 FOR THE PLAINTIFF ASHRAE:
15
   KING & SPALDING
16
   BY:  J. BLAKE CUNNINGHAM, ESQ.
17
   101 Second Street
18
   Suite 2300
19
   San Francisco, California 94105
20
   (415) 318-1218
21
   bcunningham@kslaw.com
22
23
24
25

Page 2

INDEX

EXAMINATION

| Witness Name | Page |
|---|---|
| STEPHANIE REINICHE | |
| By Mr. Becker | 10 |
| By Mr. Cunningham | 223 |

EXHIBIT

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1119 | Status Report and Proposed Order on Outstanding Discovery Requests | 55 |
| Exhibit 1120 | ASHRAE0002835-02841 | 55 |
| Exhibit 1121 | ASHRAE0002553-2560 | 55 |
| Exhibit 1122 | ASHRAE0002561-2568 | 62 |
| Exhibit 1123 | ASHRAE0002610-2617 | 62 |
| Exhibit 1124 | ASHRAE0002578-2585 | 62 |
| Exhibit 1125 | ASHRAE0002847-2854 | 62 |
| Exhibit 1126 | ASHRAE0002872-2879 | 63 |
| Exhibit 1127 | ASHRAE0002895-2901 | 63 |
| Exhibit 1128 | ASHRAE0013632-13639 | 63 |
| Exhibit 1129 | ASHRAE0002902-2909 | 63 |
| Exhibit 1130 | ASHRAE0016583-16591 | 64 |
| Exhibit 1131 | ASHRAE0005359-5367 | 64 |
| Exhibit 1132 | ASHRAE0002467-2468 | 65 |
| Exhibit 1133 | ASHRAE0002469-2470 | 68 |

Page 4

1
2
3 APPEARANCES OF COUNSEL (CONTINUING):
4
5
6 FOR THE DEFENDANT:
7
   FENWICK & WEST LLP
8
   BY:  MATTHEW BECKER, ESQ.
9
   555 California Street
10
   12th Floor
11
   San Francisco, California  94104
12
   (415) 875-2389
13
   mbecker@fenwick.com
14
15
16
17 ALSO PRESENT:
18
   Carl Malamud, Public.Resource.Org (via telecon)
19
   Corynne McSherry, Electronic Frontier Foundation
20
21      --oOo--
22
23
24
25

Page 3

EXHIBITS (CONTINUED)

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1134 | ASHRAE0022821-22822 | 69 |
| Exhibit 1135 | ASHRAE0022819 | 71 |
| Exhibit 1136 | ASHRAE0022823-22824 | 74 |
| Exhibit 1137 | ASHRAE0022825-22826 | 75 |
| Exhibit 1138 | ASHRAE0022820 | 76 |
| Exhibit 1139 | ASHRAE0022814-22816 | 76 |
| Exhibit 1140 | ASHRAE0022817-22818 | 78 |
| Exhibit 1141 | ASHRAE0022813 | 79 |
| Exhibit 1142 | ASHRAE0001618 | 80 |
| Exhibit 1143 | ASHRAE0001601 | 80 |
| Exhibit 1144 | ASHRAE0001602-1603 | 81 |
| Exhibit 1145 | ASHRAE0001606 | 81 |
| Exhibit 1146 | ASHRAE0001600 | 82 |
| Exhibit 1147 | ASHRAE0001604 | 83 |
| Exhibit 1148 | ASHRAE0001608-1609 | 83 |
| Exhibit 1149 | ASHRAE0001610-1611 | 84 |
| Exhibit 1150 | ASHRAE0001605 | 85 |
| Exhibit 1151 | ASHRAE001613-1615 | 85 |
| Exhibit 1152 | ASHRAE0001616-1617 | 86 |
| Exhibit 1153 | ASHRAE0001612 | 87 |
| Exhibit 1154 | ASHRAE0022827 | 90 |
| Exhibit 1155 | ASHRAE0001598-1599 | 93 |
| Exhibit 1156 | ASHRAE0026227-26228 | 107 |

Page 5

2 (Pages 2 - 5)

EXHIBITS (CONTINUED)

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1157 | ASHRAE0026229-26231 | 107 |
| Exhibit 1158 | ASHRAE0005856-5867 | 117 |
| Exhibit 1159 | ASHRAE0003496-3510 | 122 |
| Exhibit 1160 | ASHRAE0025561-25562 | 127 |
| Exhibit 1161 | ASHRAE0005677-5705 | 131 |
| Exhibit 1162 | ASHRAE0026233-26234 | 134 |
| Exhibit 1163 | ASHRAE0024558-24589 | 136 |
| Exhibit 1164 | ASHRAE0024245-24257 | 148 |
| Exhibit 1165 | ASHRAE0024235-24242 | 148 |
| Exhibit 1166 | ASHRAE Standards Errata | 153 |
| Exhibit 1167 | Errata Sheet for Reprint GG 8/96 and Earlier Copies of ANSI/ASHRAE Standard 41.3-1989 | 154 |
| Exhibit 1168 | ASHRAE0029501-29502 | 155 |
| Exhibit 1169 | ASHRAE0029503-29504 | 155 |
| Exhibit 1170 | ASHRAE0029496-29497 | 155 |
| Exhibit 1171 | ASHRAE0029498-29500 | 156 |
| Exhibit 1172 | ASHRAE0029505-29507 | 157 |
| Exhibit 1173 | ASHRAE0029508-29511 | 157 |
| Exhibit 1174 | ASHRAE0029512-29513 | 157 |
| Exhibit 1175 | ASHRAE0001590-1591 | 158 |
| Exhibit 1176 | ASHRAE0001592-1597 | 159 |
| Exhibit 1177 | ASHRAE0013961-13985 | 159 |

Page 6

EXHIBITS (CONTINUED)

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1178 | ASHRAE0011934-11966 | 162 |
| Exhibit 1179 | ASHRAE0016488 | 163 |
| Exhibit 1180 | ASHRAE0002471-2474 | 164 |
| Exhibit 1181 | ASHRAE0012324-12325 | 165 |
| Exhibit 1182 | ASHRAE0020220-20227 | 167 |
| Exhibit 1183 | ASHRAE0012340-12344 | 167 |
| Exhibit 1184 | ASHRAE0012247-12253 | 169 |
| Exhibit 1185 | ASHRAE0018975-18980 | 171 |
| Exhibit 1186 | ASHRAE0027814-27815 | 173 |
| Exhibit 1187 | ASHRAE0024373 | 174 |
| Exhibit 1188 | ASHRAE0024374-24378 | 174 |
| Exhibit 1189 | ASHRAE0027781-27783 | 177 |
| Exhibit 1190 | ASHRAE0029704 | 180 |
| Exhibit 1191 | ASHRAE0029659-29661 | 184 |
| Exhibit 1192 | ASHRAE0029734-29735 | 188 |
| Exhibit 1193 | ASHRAE0001628-1673 | 195 |
| Exhibit 1194 | ASHRAE006892-6899 | 196 |
| Exhibit 1195 | ASHRAE0024267-024268 | 197 |
| Exhibit 1196 | ASHRAE0024287 | 197 |
| Exhibit 1197 | ASHRAE0024388 | 198 |
| Exhibit 1198 | ASHRAE0024393 | 199 |
| Exhibit 1199 | ASHRAE0024624-24638 | 199 |
| Exhibit 1200 | ASHRAE0026916 | 201 |

Page 7

EXHIBITS (CONTINUED)

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1201 | ASHRAE0029650-29651 | 202 |
| Exhibit 1203 | ASHRAE0024592-24597 | 206 |
| Exhibit 1202 | ASHRAE000024591 | 206 |
| Exhibit 1204 | Email chain - top email from Steven Emmerich to Andrew Persily dated April 29, 2014 | 206 |
| Exhibit 1205 | Email chain - top email from Steve Ferguson to Steve Ferguson, et al., dated April 28, 2008 | 207 |
| Exhibit 1206 | Email chain - top email from Mark Weber to APersily, et al., dated June 4, 2008 | 209 |
| Exhibit 1207 | Email chain - top email from Mark Weber to Rhonda Dickerson dated March 13, 2009 | 211 |
| Exhibit 1208 | ASHRAE0024209-24216 | 213 |
| Exhibit 1209 | ASHRAE0027383-27384 | 219 |
| Exhibit 1210 | ASHRAE0027817-27818 | 221 |

--oOo--

Page 8

THE VIDEOGRAPHER:  We are now on the record.  09:09

Please note that the microphones are   09:09
sensitive and may pick up whispering and   09:09
private conversations.   09:09

Please turn off all cell phones or place   09:09
them away from the microphones, as they can   09:10
interfere with the deposition audio.   09:10
Recording will continue until all parties   09:10
agree to go off the record.   09:10

My name is Isaac Horner, representing   09:10
Veritext Legal Solutions.  Today's date is   09:10
March 30th, 2015, and the time is   09:10
approximately 9:10.   09:10
This deposition is being held at   09:10
Veritext Legal Solutions, located at 1075   09:10
Peachtree Street, Northeast, Atlanta,   09:10
Georgia, and is being taken by counsel for   09:10
the defendants.   09:10

The caption of this case is American   09:10
Society for Testing and Materials, et al., v.   09:10
Public.Resource.Org, Incorporated.   09:10

This case is being held in the United   09:10
States District Court for the District of   09:10
Columbia, Case Number 1:13-CV-01215-EGS.   09:10

The name of the witness is Stephanie   09:10

Page 9

3 (Pages 6 - 9)

| | |
|---|---|
| 1   Reiniche.                              09:11 | 1   Q   And who was the party that was opposing    09:12 |
| 2       At this time, the attorneys present in    09:12 | 2   ASHRAE in that case?                      09:16 |
| 3   the room and everyone attending remotely will   09:13 | 3   A   Thermal Design.                      09:17 |
| 4   identify themselves and the parties they      09:16 | 4   Q   Thermal Design.                      09:18 |
| 5   represent, after which our court reporter,    09:19 | 5       And was ASHRAE the plaintiff or the defendant   09:16 |
| 6   Sharon Gabrielli, representing Veritext Legal   09:11 | 6   in that case?                            09:18 |
| 7   Solutions, will swear in the witness and we    09:13 | 7   A   Defendant in that case.              09:11 |
| 8   can proceed.                            09:13 | 8   Q   And what was the -- what was the nature of   09:10 |
| 9       MR. BECKER:  This is Matthew Becker of     09:16 | 9   the restraint of trade claim against ASHRAE in that   09:14 |
| 10  Fenwick & West.  And with me is Corynne        09:19 | 10  case?                                  09:17 |
| 11  McSherry from Electronic Frontier Foundation,   09:11 | 11  A   It had to do with our Standard 90.1 and   09:17 |
| 12  and we're representing the defendant,          09:14 | 12  whether or not the -- the information in a table   09:14 |
| 13  Public.Resource.Org.  And also listening by    09:16 | 13  prevented Thermal Design from being able to conduct   09:10 |
| 14  telephone is Carl Malamud.                   09:18 | 14  business.  That's the short story.       09:12 |
| 15      MR. CUNNINGHAM:  This is Blake            09:12 | 15  Q   Why did they think that the information in a   09:14 |
| 16  Cunningham of King & Spalding, representing    09:13 | 16  table would prevent them from being able to conduct   09:17 |
| 17  the American Society of Heating,             09:16 | 17  business?                              09:19 |
| 18  Refrigerating, and Air-Conditioning          09:19 | 18  A   They -- they were saying that -- it     09:13 |
| 19  Engineers.                              09:19 | 19  basically -- their product was being excluded from the   09:18 |
| 20      MR. FEE:  Kevin Fee on behalf of ASTM      09:10 | 20  marketplace, and so they were losing, they claimed,   09:13 |
| 21  International.                           09:14 | 21  millions of dollars in revenue because of what -- of   09:16 |
| 22      STEPHANIE REINICHE,                     09:16 | 22  the numbers that were in the table.       09:19 |
| 23  having been first duly sworn, was deposed and testified   09:16 | 23  Q   And how was it exactly that the numbers in   09:11 |
| 24  as follows:                             09:16 | 24  the table that they claimed excluded them from the   09:17 |
| 25      EXAMINATION                           09:16 | 25  marketplace?                           09:10 |
|                                    Page 10 |                                    Page 12 |
| 1   BY MR. BECKER:                           09:19 | 1   A   Since it's technical, I can only kind of give   09:12 |
| 2   Q   Hi, Ms. Reiniche.  My name is Matthew Becker   09:12 | 2   you a summary of it, since I'm not technical in nature.   09:15 |
| 3   of Fenwick & West, and I'm representing the defendant   09:11 | 3   It had to do with U factors and R factors, and their --   09:18 |
| 4   Public.Resource.Org.  Have you ever taken -- have you   09:16 | 4   they were claiming that it gave an unfair advantage to   09:14 |
| 5   ever been deposed before?                  09:10 | 5   other competitors in the marketplace, because they   09:16 |
| 6   A   Yes.                               09:11 | 6   could say theirs met the U factors and R factors in   09:10 |
| 7   Q   Okay.  And when was that?             09:11 | 7   that table, and they claimed those -- those numbers   09:16 |
| 8   A   There's been two times.  One was over ten   09:12 | 8   were erroneous.                        09:18 |
| 9   years ago, and the other one was, I think it's been   09:11 | 9   Q   And what was the reason that they had you   09:13 |
| 10  about two years now.                      09:16 | 10  appear for a deposition in that case?     09:16 |
| 11  Q   And what were those -- were you deposed in   09:12 | 11      MR. CUNNINGHAM:  Object to form.       09:18 |
| 12  your personal capacity?                   09:15 | 12      THE WITNESS:  I was testifying -- gosh,   09:11 |
| 13  A   Yes.                               09:16 | 13  it's been so long.  I can't remember what I   09:13 |
| 14  Q   Okay.  And what kind of matters were those   09:17 | 14  testified about.  It was a limited capacity   09:15 |
| 15  that you were deposed in?                  09:10 | 15  as to some process questions.          09:19 |
| 16  A   The first one was a wills and trust issue.   09:11 | 16  Q   (BY MR. BECKER)  Okay.  Thank you.     09:10 |
| 17  And the second one was a lawsuit that ASHRAE was   09:17 | 17  So you -- it sounds like you have previous   09:11 |
| 18  involved in, so it was my capacity of my job at ASHRAE.   09:13 | 18  experience being deposed.  We'll review the rules   09:14 |
| 19  Q   And that was the lawsuit that was two years   09:18 | 19  anyway just so that you're aware of them.   09:18 |
| 20  ago?                                   09:10 | 20      So as you know, in a deposition, I'll be the   09:11 |
| 21  A   Yes.                               09:11 | 21  one who will be asking questions, and you'll be   09:14 |
| 22  Q   Okay.  And what was the -- what was that   09:12 | 22  providing answers on the record.  And those answers --   09:17 |
| 23  ASHRAE lawsuit about?                     09:16 | 23  do you understand that the answers that you are giving   09:19 |
| 24  A   It was restraint of trade.  It was against --   09:17 | 24  are being provided under oath, like in a court of law?   09:12 |
| 25  it involved Thermal Design.               09:13 | 25  A   Yes.                               09:16 |
|                                    Page 11 |                                    Page 13 |

4 (Pages 10 - 13)

1    Q   Okay.  And you understand that the court          09:18
2  reporter is taking down everything that you say?          09:10
3    A   Yes.                          09:12
4    Q   And for that reason, we need audible          09:13
5  responses, which means no nods or gestures?          09:16
6    A   Yes.                          09:13
7    Q   Thank you.                      09:13
8        So if at any point you don't understand a          09:14
9  question, will you please let me know, and then I can          09:15
10  try to rephrase the question?          09:18
11    A   Yes.                          09:10
12    Q   Thank you.                      09:11
13        And if you come to realize that one of your          09:14
14  answers isn't completely correct or if you have          09:15
15  information to add to it, will you please tell me that          09:11
16  and tell me what information you have to add or          09:13
17  correct?                          09:16
18    A   Yes.                          09:17
19    Q   And that can come after breaks and so forth.          09:18
20  So if you go on a break and you recall that there was          09:10
21  something else you wanted to add, you can please let me          09:13
22  know.                          09:15
23    A   Yes.                          09:18
24    Q   And you understand that after the transcript          09:10
25  of the deposition is prepared, that you'll have a          09:12

Page 14

1  chance to review it and make changes to it, right?          09:16
2    A   Yes.                          09:10
3    Q   And that if you make any changes, I'll be          09:11
4  able to comment on those changes?          09:13
5    A   Yes.                          09:15
6    Q   Thank you.                      09:15
7        Ms. Reiniche, is there anything that would be          09:16
8  preventing you from giving your best testimony today,          09:19
9  such as illness or medication?          09:12
10    A   No.                          09:14
11    Q   Ms. Reiniche, could you please state your          09:19
12  full name for the record?          09:12
13    A   Stephanie Church Reiniche.          09:15
14    Q   And have you gone by any previous names?          09:17
15    A   My maiden name was Jenkins.          09:10
16    Q   Was that Stephanie Church Jenkins?          09:13
17    A   Yes.                          09:16
18    Q   And when did you change your name?          09:16
19    A   I got married in June of 1994.          09:18
20    Q   Okay.  Thank you.                  09:10
21        And could you please state your business          09:16
22  address?                          09:16
23    A   1791 Tullie Circle, Northeast, Atlanta,          09:17
24  Georgia, 30329.                      09:11
25    Q   And do you have any other business addresses?          09:14

Page 15

1    A   No.                          09:18
2    Q   Thank you.                      09:18
3        Ms. Reiniche, could you tell me about your          09:18
4  educational background?          09:18
5    A   I have a bachelor's degree from Eastern          09:18
6  Michigan University, and a juris doctor degree from          09:18
7  DePaul University College of Law.          09:18
8    Q   And what was the bachelor's in?          09:18
9    A   Political science.                  09:18
10    Q   Okay.  And what year was that?          09:18
11    A   '94.                          09:18
12    Q   And when did you graduate with a JD?          09:18
13    A   1998.                          09:19
14    Q   And do you have any experience with legal          09:19
15  practice?                          09:19
16    A   I did wills and trusts and family law and          09:19
17  bankruptcy.                      09:19
18    Q   And how long was that for?          09:19
19    A   Four years.                      09:19
20    Q   Four years.                      09:19
21        And did you practice with a firm?          09:19
22    A   Yeah, two -- it was one-person firm, me and          09:19
23  one other person.                  09:19
24    Q   Okay.  And what was the name of that law          09:19
25  firm?                          09:19

Page 16

1    A   Kathleen Krumm & Associates.          09:19
2    Q   And was Kathleen -- I'm sorry, is that          09:19
3  Kathleen Krumm?                  09:19
4    A   Yes.                          09:19
5    Q   And Kathleen Krumm, was she the -- the other  09:19
6  person you worked with?          09:19
7    A   Yes, she owned -- she owned the firm.          09:19
8    Q   And do you have any other graduate or          09:19
9  technical degrees?                  09:19
10    A   No.                          09:19
11    Q   And let's see, so you said you -- from -- it  09:19
12  was four years that you were working at that firm?          09:20
13    A   Yes.  I didn't start there until 1999, I          09:20
14  think -- or 19 -- sorry -- '89.  Right?  No, '90 --          09:20
15  '99, sorry.  A year after I graduated law school.          09:20
16    Q   Okay.  And did you do anything between the          09:20
17  year that you graduated from law school and when you          09:20
18  started at the firm?          09:20
19    A   No.                          09:20
20    Q   And you said you were at the firm for four          09:20
21  years; is that correct?          09:20
22    A   Yes.                          09:20
23    Q   Okay.  So that was until 2003, was that?          09:20
24    A   Correct.                      09:20
25    Q   And what did you do in 2003?          09:20

Page 17

5 (Pages 14 - 17)

| | | | |
|---|---|---|---|
| 1 | A I moved from Michigan to Georgia. | 09:21 | |

1   A   I moved from Michigan to Georgia.   09:21
2   Q   And what was your first job that you took   09:29
3 once you moved to Georgia?   09:23
4   A   ASHRAE.   09:25
5   Q   Okay. Did you move to Georgia to work at   09:26
6 ASHRAE?   09:28
7   A   No.   09:29
8   Q   Okay. And when was it that you started   09:29
9 working at ASHRAE?   09:21
10   A   November 2003.   09:23
11   Q   Okay. How was it that you came to start   09:23
12 working at ASHRAE?   09:24
13   A   I applied online. I -- I saw a job posting,   09:27
14 at that time it was for a procedures administrator, and   09:21
15 I submitted a résumé.   09:23
16   Q   Had you ever heard of ASHRAE before that   09:21
17 point?   09:23
18   A   No.   09:23
19   Q   Were you familiar with the air-conditioning,   09:24
20 heating and cooling industry prior to that point?   09:26
21   A   No.   09:21
22   Q   What was it that made you qualified for the   09:22
23 job at ASHRAE?   09:26
24   A   I suppose because it was -- at that time, it   09:20
25 was about procedures and process, and so just legal   09:23

Page 18

1 background and ability to -- to write and things like   09:27
2 that.   09:29
3   Q   And what -- how long were you a procedures   09:24
4 administrator at ASHRAE for?   09:20
5   A   I want to say until December 2004.   09:27
6   Q   And were you promoted at that time?   09:24
7   A   Yes.   09:26
8   Q   And what was -- what position were you   09:26
9 promoted to?   09:29
10   A   Standards administrator.   09:20
11   Q   And how long did you hold the title of   09:26
12 standards administrator for?   09:22
13   A   I think it was about three years.   09:24
14   Q   And were you promoted after three years?   09:21
15   A   Yes.   09:23
16   Q   And what title were you promoted to?   09:24
17   A   Assistant manager of standards   09:27
18 administration.   09:28
19   Q   And how long did you hold that position for?   09:27
20   A   A year or two.   09:20
21   Q   And were you promoted again after that point?   09:26
22   A   Yes.   09:29
23   Q   And what title were you promoted to?   09:20
24   A   Manager of standards.   09:22
25   Q   And how long did you hold that position for?   09:29

Page 19

1   A   That title, till 2014.   09:21
2   Q   And so were you promoted once again in 2014?   09:27
3   A   Yes.   09:20
4   Q   And what is the title that you were promoted   09:21
5 to?   09:23
6   A   Senior manager of standards.   09:24
7   Q   And is that the title that you hold today?   09:21
8   A   Yes.   09:24
9   Q   Okay. And do you have any other roles at   09:24
10 ASHRAE, other than senior manager of standards?   09:24
11   A   No.   09:29
12   Q   Have you served on any of the committees in   09:29
13 ASHRAE?   09:21
14   A   No.   09:23
15   Q   Have you -- what involvement in the design of   09:24
16 standards have you played?   09:21
17   A   I oversee the development of all the   09:23
18 standards at ASHRAE.   09:26
19   Q   And what does that involve?   09:26
20   A   It involves a lot of things. It involves   09:27
21 reviewing all the documentation for membership,   09:22
22 overseeing the documentation for public reviews, could   09:27
23 be change proposals, could be minutes, the publication   09:24
24 drafts, editing and reviewing those, working with the   09:20
25 appeals.   09:27

Page 20

1   Q   And when you say you oversee the   09:25
2 documentation for membership and for public reviews and   09:29
3 change proposals and publication drafts, what does that   09:23
4 entail?   09:26
5   A   It can entail -- well, making sure that the   09:28
6 document for membership, that the documentation is all   09:22
7 complete, meaning every -- all the, you know, parts are   09:25
8 filled out, everything is properly signed. And it   09:29
9 could involve talking with the chairs of project   09:23
10 committees to help them make sure their committee is   09:29
11 balanced.   09:24
12   Q   What do you mean by making sure the project   09:27
13 committees are balanced?   09:20
14   A   Under our ANSI rules, our committees have to   09:22
15 be balanced, meaning for nonsafety standards, no more   09:25
16 than 50 percent of the people can be in any one   09:29
17 interest category; and for safety standards, no more   09:23
18 than one-third in each interest category.   09:26
19   Q   And what is an interest category?   09:22
20   A   It's -- it describes the -- role a person   09:25
21 plays typically in their job or their duties that   09:22
22 they're doing, and that shows their bias for that   09:25
23 particular standard that's being developed.   09:20
24   Q   Could you list for me the interest   09:27
25 categories?   09:29

Page 21

6 (Pages 18 - 21)

| | | |
|---|---|---|
| 1 | A   For which standard? | 09:21 |
| 2 | Q   So the interest categories are different for | 09:23 |
| 3 | particular standards? | 09:25 |
| 4 | A   They can be, yes. | 09:25 |
| 5 | Q   Okay.  Do you know the -- off the top of your | 09:27 |
| 6 | head the interest categories for the 90.1 standards? | 09:20 |
| 7 | A   I can list some of them, but I would have to | 09:26 |
| 8 | look at a roster to verify they're all correct. | 09:28 |
| 9 | Q   Okay. | 09:22 |
| 10 | A   There's compliance, industry, utility, | 09:22 |
| 11 | general, and I think user. | 09:21 |
| 12 | Q   And what does -- what are the -- those | 09:27 |
| 13 | categories?  Excuse me, let me rephrase. | 09:25 |
| 14 | What -- what kind of a person would a -- | 09:29 |
| 15 | would fall into the compliance category? | 09:22 |
| 16 | A   I would need to look at the application that | 09:26 |
| 17 | shows the definition to give you an exact person, the | 09:28 |
| 18 | exact definition; but for example, somebody that's | 09:22 |
| 19 | involved in codes would be a compliance person. | 09:26 |
| 20 | Q   When you say someone who's involved in codes, | 09:20 |
| 21 | like what -- what kind of role do you mean by that? | 09:24 |
| 22 | A   A code official. | 09:27 |
| 23 | Q   A code -- | 09:29 |
| 24 | A   A building code person; that type of person. | 09:20 |
| 25 | Q   Would that be something like a regulator? | 09:23 |
| | | Page 22 |

| | | |
|---|---|---|
| 1 | A   For which part of the process?  After | 09:29 |
| 2 | membership? | 09:22 |
| 3 | Q   Let's talk about membership applications. | 09:23 |
| 4 | A   So for membership applications, there is an | 09:27 |
| 5 | application form that would list the -- you know, what | 09:20 |
| 6 | project committee they're applying for, their name, | 09:24 |
| 7 | what interest category they believe they should be | 09:27 |
| 8 | categorized.  And then they would have -- then there is | 09:33 |
| 9 | a signature at the bottom and their voting status, what | 09:35 |
| 10 | they would like to be on that committee. | 09:39 |
| 11 | There's a bias/conflict of interest form, | 09:32 |
| 12 | which gives background on where they've worked for the | 09:36 |
| 13 | last five years, other organizations that they've been | 09:30 |
| 14 | involved with, who pays their way to participate, and | 09:34 |
| 15 | any public statements they would have made in regards | 09:38 |
| 16 | to the particular standard they're applying for, and | 09:31 |
| 17 | that, too, is signed. | 09:34 |
| 18 | And then there's a biographical record that | 09:36 |
| 19 | is done through the ASHRAE website which gives their | 09:38 |
| 20 | background, like where they -- you know, their degrees | 09:33 |
| 21 | and things like that, whether -- other committees | 09:38 |
| 22 | they've been involved in within ASHRAE, awards; things | 09:31 |
| 23 | like that. | 09:36 |
| 24 | Q   Are you the person who makes sure that all of | 09:36 |
| 25 | these fields are filled out? | 09:39 |
| | | Page 24 |

| | | |
|---|---|---|
| 1 | A   Could be. | 09:26 |
| 2 | Q   Okay.  So that would -- that would encompass | 09:27 |
| 3 | somebody in a government position, then, would be under | 09:21 |
| 4 | compliance? | 09:27 |
| 5 | MR. CUNNINGHAM:  Object to form. | 09:28 |
| 6 | THE WITNESS:  I would have to look at | 09:29 |
| 7 | the roster to see how a government employee | 09:20 |
| 8 | would be listed.  It depends on where they | 09:22 |
| 9 | work, what they do.  Without looking at an | 09:26 |
| 10 | individual, I can't tell you for sure that | 09:20 |
| 11 | they would go under compliance. | 09:21 |
| 12 | Q   (BY MR. BECKER)  Okay.  What other categories | 09:24 |
| 13 | could a government official go under, other than | 09:25 |
| 14 | compliance? | 09:20 |
| 15 | A   Depending on the -- it depends on what the | 09:29 |
| 16 | definition is.  I really probably should look at the | 09:21 |
| 17 | definitions to tell you for sure. | 09:24 |
| 18 | Q   And where would the definitions be found? | 09:25 |
| 19 | A   The definitions would be as part of the | 09:28 |
| 20 | application. | 09:20 |
| 21 | Q   The membership application? | 09:21 |
| 22 | A   Yes, sir. | 09:22 |
| 23 | Q   You also said that one of your jobs is to | 09:21 |
| 24 | make sure that documentation is complete.  What does | 09:24 |
| 25 | that involve? | 09:27 |
| | | Page 23 |

| | | |
|---|---|---|
| 1 | A   I have a staff person that does that, but | 09:31 |
| 2 | then they are reviewed by another committee.  And when | 09:32 |
| 3 | there's a question, then I'm the one that helps work | 09:35 |
| 4 | with that. | 09:39 |
| 5 | Q   And what is the name of the staff person who | 09:30 |
| 6 | checks these forms? | 09:32 |
| 7 | A   It's varied over the years. | 09:35 |
| 8 | Q   What is the name of the person today? | 09:37 |
| 9 | A   Katrina Shingles. | 09:30 |
| 10 | Q   And is there -- does Katrina Shingles have a | 09:36 |
| 11 | specific position? | 09:31 |
| 12 | A   She's a secretary. | 09:32 |
| 13 | Q   Is there a specific position for the person | 09:38 |
| 14 | who has always checked the -- the forms? | 09:32 |
| 15 | A   It's been a secretary or an administrative | 09:37 |
| 16 | assistant. | 09:30 |
| 17 | Q   And you said there's also a committee that | 09:37 |
| 18 | looks over that? | 09:39 |
| 19 | A   Yes.  There's a staff liaison, and then there | 09:30 |
| 20 | is -- in addition to that, and then there is -- | 09:34 |
| 21 | depending -- the process has changed slightly.  There | 09:37 |
| 22 | could be up to two oversight committees. | 09:30 |
| 23 | Q   And you said that the process has changed. | 09:33 |
| 24 | When did the process change? | 09:37 |
| 25 | A   This year. | 09:30 |
| | | Page 25 |

7 (Pages 22 - 25)

**Page 26**

```
 1    Q    And how did it change?                09:39
 2    A    There is -- the only extra -- there's only  09:31
 3  oversight for the chair of a policy-level committee at  09:35
 4  a higher body.  So there's only two approving --    09:30
 5  there's two approving bodies for a chair instead of all  09:34
 6  the membership.                                 09:37
 7    Q    So it used to be that all the membership    09:38
 8  would have -- would approve these forms and now -- I'm  09:30
 9  sorry, I think I'm confused.  Could you please    09:36
10  explain --                                      09:38
11    A    Sure.                                     09:38
12    Q    -- how that -- how that works?            09:39
13    A    There's two types of committees: Policy    09:30
14  level and nonpolicy level.  For nonpolicy level,    09:33
15  originally it was the standards project liaison    09:38
16  subcommittee, or SPLS, and standards committee would  09:32
17  approve the chair and only SPLS would approve the    09:37
18  membership.                                     09:30
19        And then for policy-level committees, both  09:34
20  SPLS and standards committee would approve membership  09:31
21  and the chair, but now SPLS approves the members and  09:36
22  standards -- SPLS and the standards committee approves  09:33
23  the chair.                                      09:34
24    Q    What's the difference between nonpolicy-level  09:33
25  committees and policy-level committees?          09:38
```

**Page 27**

```
 1    A    So the easiest way to describe it is policy  09:30
 2  level requires more oversight.  Typically, it's    09:33
 3  something that may be more controversial topics or    09:36
 4  somebody has, you know, said this is going to receive  09:34
 5  thousands of comments when it goes out for public    09:38
 6  review.  So there is higher oversight in approving    09:30
 7  documents when it comes from a policy, where nonpolicy  09:34
 8  wouldn't be that way.                           09:37
 9    Q    How is it that ASHRAE predicts that -- that  09:34
10  the topic is going to be controversial, and therefore  09:33
11  should go under the policy, as opposed to nonpolicy?  09:37
12    A    Sometimes it's just a feeling.  It's --    09:30
13  there's a form when someone proposes a new project,  09:34
14  either a person or a technical committee, and that's  09:30
15  one of the questions that's on the form that, you know,  09:32
16  how controversial is this topic, and that type of    09:35
17  thing.                                          09:38
18    Q    Could you give me a couple examples of what  09:30
19  would go to the policy committee?                09:34
20    A    Sure.  Sure.  For example, 90.1 is a    09:37
21  policy-level standard.  189.1, which is our green    09:31
22  building version of 90.1, is a policy level.  Nonpolicy  09:37
23  level are typically things like a method of test    09:32
24  standard.  Most people don't comment.  It's not a big  09:35
25  controversy with method of test.                09:31
```

**Page 28**

```
 1    Q    When reviewing the membership applications,  09:38
 2  has -- has anyone ever been rejected by ASHRAE for    09:31
 3  membership?                                     09:38
 4    A    Do you mean by me or do you mean by the chair  09:38
 5  of the project committee -- the chair of the project  09:32
 6  committee or the approving bodies?              09:34
 7    Q    By any of them?                          09:31
 8    A    I don't reject anyone.  I send it back if    09:39
 9  it's incomplete and make it -- make them finish    09:33
10  completing it.  If they don't, it just sits there in    09:39
11  limbo.                                          09:32
12    Q    And when you say you send it back, are you    09:31
13  sending it back to the person who had submitted the    09:34
14  application?                                    09:36
15    A    Yes.                                     09:37
16    Q    And does anyone else who reviews membership  09:32
17  applications act in any manner that's different than    09:34
18  what you described your behavior was as to incomplete  09:38
19  applications?                                   09:32
20        MR. CUNNINGHAM:  Object to form.          09:33
21        THE WITNESS:  Do you mean do they reject    09:35
22    them because the forms aren't complete?       09:37
23    Q    (BY MR. BECKER)  Yes.                    09:30
24    A    If the forms are not complete, then yes.    09:31
25    Q    So -- so who is it who would reject them if  09:35
```

**Page 29**

```
 1  the forms were not complete?                     09:37
 2    A    Myself, another staff person that's reviewing  09:30
 3  it, the project committee chair, the members of SPLS    09:33
 4  when we're reviewing the membership.  It usually    09:30
 5  doesn't get past them, but if it did, then standards    09:33
 6  would send it back.                             09:36
 7    Q    When you say "standards would send it back,"  09:34
 8  are you referring to standards as a department within  09:35
 9  ASHRAE?                                         09:38
10    A    Sorry, standards committee.              09:39
11    Q    Are you aware of any incomplete membership  09:32
12  applications ever making it through the process and    09:34
13  being approved?                                 09:36
14    A    No.                                      09:37
15    Q    When you described Standard 90.1 as being    09:34
16  policy level and -- and also describing policy level as  09:30
17  requiring more oversight because it's controversial,    09:37
18  what is it that makes Standard 90.1 controversial?    09:39
19    A    I don't know that -- that's just one reason  09:33
20  it might be a policy level.  I don't know that 90.1 is  09:35
21  necessarily controversial.  It's, in part, because it's  09:30
22  referenced in federal law.  And usually as we're trying  09:34
23  to make it more energy efficient, there are some areas  09:40
24  that it covers that generate a lot of comments, because  09:45
25  it might be an area not covered in the standard before.  09:49
```

Page 30

```
 1    Q    And what's special about it being referenced    09:43
 2  in federal law?                                        09:47
 3    A    It is -- let's see if I get this right --       09:48
 4  it's referenced in the EPAct, so it's the minimum      09:40
 5  energy code for commercial buildings.                  09:45
 6    Q    I'm sorry, could you spell that, EPAct?         09:48
 7    A    E-P-A-C-T.  It's the Energy Policy Act.         09:43
 8    Q    And what does the Energy Policy Act do?         09:47
 9    A    That's the federal law for -- it's the         09:41
10  minimum efficiency for commercial codes as it relates  09:46
11  to 90.1.  So 90.1 is the minimum.  That's the code in  09:40
12  EPAct.                                                 09:47
13    Q    The -- I'm sorry, the minimum for what?        09:48
14    A    Commercial buildings.                          09:40
15    Q    Is that the minimum level of energy            09:42
16  efficiency?                                            09:44
17    A    Yes.                                            09:45
18    Q    So if I understand you correctly, ASHRAE       09:40
19  Standard 90.1 is referenced in the EPAct as the minimum 09:44
20  standard for energy efficiency for commercial          09:44
21  buildings?                                             09:47
22    A    Correct.                                       09:48
23    Q    So who is it who has to follow the EPAct?      09:44
24         MR. CUNNINGHAM:  Object to form.               09:40
25         THE WITNESS:  To the best of my                09:44
```

Page 31

```
 1  knowledge, it's the -- the requirement all             09:45
 2  states are supposed to become compliant with           09:48
 3  it or deem to comply by another method every            09:43
 4  so many years to the latest version of                 09:49
 5  90.1.                                                   09:41
 6    Q    (BY MR. BECKER)  When you say that all states   09:45
 7  must become compliant, does that mean that the states  09:47
 8  have to adopt this into their regulations or does it   09:40
 9  mean that these states have to build their buildings to 09:45
10  comply with the EPAct?                                 09:49
11         MR. CUNNINGHAM:  Object to form.               09:41
12         THE WITNESS:  It means they're supposed        09:43
13  to adopt a code that is equivalent to the              09:45
14  current version of 90.1 within two -- I                09:48
15  believe it's within two years of each year,            09:41
16  or there is some other rules that they have            09:45
17  to follow if they don't deem to comply.                09:48
18         It does not have to be 90.1.  It could         09:42
19  be another version of a different code.                09:44
20  So...                                                  09:47
21    Q    (BY MR. BECKER)  What other codes would --     09:45
22  would suffice to -- to satisfy the EPAct?              09:40
23         MR. CUNNINGHAM:  Object to form.               09:44
24         THE WITNESS:  The IECC.                        09:47
25    Q    (BY MR. BECKER)  What is the IECC?             09:40
```

Page 32

```
 1    A    International Energy -- I'm not positive.  I    09:44
 2  just speak in acronyms, so I can't remember.  I have to 09:49
 3  look it up, to be honest.  But it's through            09:42
 4  International Code Council.  It's their energy          09:47
 5  efficiency code.                                       09:42
 6    Q    The International Code Council, are they        09:46
 7  known as ICC?                                          09:48
 8    A    Yes.                                            09:40
 9    Q    What's the -- is there any relationship of      09:44
10  the IECC to ASHRAE's Standard 90.1?                    09:47
11    A    90.1 is a compliance option to the IECC.       09:43
12    Q    What does that mean?                           09:42
13    A    It means you can choose -- if you adopt that   09:44
14  as your code and you adopt it in its entirety and      09:49
15  then -- and 90.1 is a reference as a compliance option 09:43
16  at the -- whatever level you're -- design your code -- 09:49
17  wherever that code is adopted, if they -- if the       09:43
18  builder wants to build according to what's in 90.1,    09:46
19  they have that option or they can build according to   09:49
20  the IECC, and then that's their choice.                09:42
21    Q    Does the IECC say within it that someone can   09:41
22  comply with ASHRAE Standard 90.1 and that would be     09:47
23  sufficient?                                            09:40
24         MR. CUNNINGHAM:  Object to form.               09:41
25         THE WITNESS:  It -- there is a reference       09:43
```

Page 33

```
 1  as -- yeah, as a compliance option to the              09:44
 2  IECC, yes.                                             09:49
 3    Q    (BY MR. BECKER)  So compliance option, then,   09:40
 4  means an alternative?                                  09:42
 5    A    Correct.                                        09:44
 6    Q    And is -- does that mean that ASHRAE's         09:45
 7  Standard 90.1 is more rigorous than the IECC?          09:40
 8         MR. CUNNINGHAM:  Object to form.               09:41
 9         THE WITNESS:  I would have to review.          09:41
10  It depends on what version.  Off the top of            09:42
11  my head, I -- I don't know.                            09:44
12    Q    (BY MR. BECKER)  Taking a step back,           09:40
13  Ms. Reiniche, who do you report to at ASHRAE?          09:41
14    A    Claire Ramspeck.                               09:44
15    Q    And what is Ms. Ramspeck's position?          09:48
16    A    Director of technology.                        09:43
17    Q    And do you report to anybody else?            09:48
18    A    I suppose you could say Jeff Littleton.        09:44
19    Q    And what is Mr. Littleton's position?         09:47
20    A    Executive vice president.                      09:40
21    Q    And is there anybody else that you report to? 09:40
22    A    No.                                            09:42
23    Q    And is there anyone who reports to you?       09:43
24    A    Yes.                                           09:46
25    Q    And who are those people?                     09:47
```

9 (Pages 30 - 33)

| | | |
|---|---|---|
| 1 | A   Mark -- Mark Weber, Carmen Manning, Nicole | 09:41 |
| 2 | Jones, Angela McFarlin, Katrina Shingles, Steve | 09:40 |
| 3 | Ferguson, Beverly Fulks, Tanishe Meyers-Lisle, Susan | 09:43 |
| 4 | LeBlanc, and Bert Etheridge. | 09:41 |
| 5 | Q   And what is Mr. Weber's position? | 09:42 |
| 6 | A   He is the manager of standards American. | 09:46 |
| 7 | Q   Does that mean he's in charge of the American | 09:41 |
| 8 | ASHRAE standards? | 09:44 |
| 9 | A   Yes, but there's some that are assigned to | 09:46 |
| 10 | other people; but the majority of them, yes. | 09:48 |
| 11 | Q   And why would some of them be assigned to | 09:41 |
| 12 | other people? | 09:43 |
| 13 | A   We provide staff support for some of the | 09:44 |
| 14 | standards, and we divide them up because of the | 09:47 |
| 15 | schedule that one person can provide higher levels of | 09:40 |
| 16 | support. | 09:44 |
| 17 | Q   So does Mark Weber provide staff support to | 09:45 |
| 18 | range of standards, with the exception of some other | 09:43 |
| 19 | group of standards? | 09:46 |
| 20 | A   He does -- he's the main point of contact for | 09:47 |
| 21 | the majority of the standards.  There's some that he is | 09:42 |
| 22 | specifically the staff liaison to, and then there's | 09:47 |
| 23 | several others that are assigned to other managers in | 09:40 |
| 24 | the department. | 09:43 |
| 25 | Q   Okay.  And why is it that there are others | 09:44 |

| | | |
|---|---|---|
| 1 | that are assigned to other managers in the department? | 09:47 |
| 2 | A   We just -- we just split them up because | 09:41 |
| 3 | of staff loads.  One person can't support them based on | 09:44 |
| 4 | their meeting schedules; one person can't do all of | 09:40 |
| 5 | them.  Some of them, it's based on their prior | 09:43 |
| 6 | expertise. | 09:47 |
| 7 | Q   And do you know what standards they are that | 09:49 |
| 8 | are not assigned to Mark Weber that are American | 09:41 |
| 9 | standards? | 09:45 |
| 10 | A   Yes. | 09:45 |
| 11 | Q   And which standards are those? | 09:46 |
| 12 | A   90.1, 90.2, 90.4, 189.1, 15, 34. | 09:49 |
| 13 | Q   And who is Standard 90.1 assigned to? | 09:53 |
| 14 | A   Steve Ferguson. | 09:59 |
| 15 | Q   And you say that Steve Ferguson reports to | 09:50 |
| 16 | you as well? | 09:53 |
| 17 | A   Yes. | 09:50 |
| 18 | Q   And what is Steve Ferguson's position? | 09:55 |
| 19 | A   Manager of standards for codes. | 09:58 |
| 20 | Q   And he's also the staff liaison for 90.1, you | 09:56 |
| 21 | were saying? | 09:51 |
| 22 | A   Yes. | 09:51 |
| 23 | Q   Okay.  What does Mr. Ferguson do as staff | 09:54 |
| 24 | liaison for 90.1? | 09:57 |
| 25 | A   A lot of things.  He'll -- he does -- he'll | 09:59 |

| | | |
|---|---|---|
| 1 | do a double review of the membership items reviewed by | 09:53 |
| 2 | Katrina, works with the project committee chair to help | 09:58 |
| 3 | come up with a balance committee, looking at terms, you | 09:54 |
| 4 | know, helping making sure you, you know, get -- rotate | 09:59 |
| 5 | people in and out per our rules.  He attends all the | 09:52 |
| 6 | full project committee meetings, some of the | 09:59 |
| 7 | subcommittee meetings. | 09:52 |
| 8 | He processes the letter ballots for approval | 09:55 |
| 9 | of all drafts.  He reviews the drafts to make sure | 09:57 |
| 10 | they're written consistently.  He points out conflicts | 09:52 |
| 11 | when they make one change to a section and then they | 09:56 |
| 12 | haven't made a similar change to another section so | 09:58 |
| 13 | there's not conflicts. | 09:53 |
| 14 | He reviews all of the public -- final | 09:55 |
| 15 | publication drafts in the final roll-ups of the 90.1 | 09:58 |
| 16 | for each new version every three years.  He does the | 09:53 |
| 17 | minutes. | 09:57 |
| 18 | Q   Are you aware of any other work that | 09:53 |
| 19 | Mr. Ferguson does as the staff liaison for 90.1? | 09:55 |
| 20 | A   That's -- that's pretty much the general | 09:51 |
| 21 | stuff that I can think of.  He has other duties besides | 09:54 |
| 22 | 90.1. | 09:57 |
| 23 | Q   Does Mr. Ferguson draft any of the text for | 09:58 |
| 24 | 90.1? | 09:53 |
| 25 | A   He reviews the drafts and points out | 09:54 |

| | | |
|---|---|---|
| 1 | conflicts. | 09:57 |
| 2 | Q   But he doesn't contribute text directly to | 09:57 |
| 3 | 90.1? | 09:57 |
| 4 | A   No.  He may comment when they're discussing | 09:52 |
| 5 | proposed text changes to make them aware of something, | 09:56 |
| 6 | but he does not necessarily, unless they wrote | 09:50 |
| 7 | something in the incorrect format. | 09:53 |
| 8 | Q   And what would he do if they had written | 09:56 |
| 9 | something in an incorrect format? | 09:58 |
| 10 | A   He would edit it, send it back.  If it's a | 09:50 |
| 11 | substantive change to fix it, then it would have to go | 09:53 |
| 12 | back to the committee for a new vote.  If it's | 09:56 |
| 13 | editorial, then the chair or a subcommittee -- or in | 09:59 |
| 14 | consultation with a subcommittee chair can say that's | 09:54 |
| 15 | correct and -- and then move it forward in whatever | 09:58 |
| 16 | step in the process it's in. | 09:50 |
| 17 | Q   When you say he edits it and sends it back, | 09:51 |
| 18 | does that mean that he actually changes the text, or | 09:54 |
| 19 | does this mean that he sends a comment that there is a | 09:56 |
| 20 | conflict or something like that and leaves it to the | 09:50 |
| 21 | committee to make the change? | 09:52 |
| 22 | A   If it's -- it depends.  If it's a conflict | 09:54 |
| 23 | and he understands -- he has an engineering degree, so | 09:57 |
| 24 | if he understands how to change it, he can propose a -- | 09:51 |
| 25 | he may propose the wording change.  If it's not | 09:55 |

1 something he understands and it's a conflict, then     09:50
2 he'll comment and ask the committee for direction.     09:53
3    Q    And is there any record of the wording     09:53
4 changes that Mr. Ferguson has proposed?     09:56
5    A    There's probably -- if he sent something     09:52
6 back, it -- to the committee, it would have been sent     09:54
7 via email.     09:58
8    Q    If you wanted to go back and find any     09:51
9 proposed changes that Mr. Ferguson had made, how would     09:57
10 you go about doing that?     09:51
11    A    I'd have to look in his email.  He wouldn't     09:52
12 have proposed them in the minutes.  That's not     09:55
13 something recorded in the minutes, so he would have     09:57
14 sent it via email.     09:59
15    Q    And how would that -- would that change be     09:52
16 reflected in the minutes in -- in any way?     09:54
17    A    Not -- not unless it was -- if he sent a     09:58
18 change back, this assumes that the committee has     09:54
19 already approved the proposed change.  And if there was     09:57
20 an issue and he sent it back, then if -- if a change     09:59
21 had to be made that was substantive, there would be     09:54
22 another -- there would be a letter ballot.  So then it     09:57
23 would be reflected in a letter ballot.  If it's     09:51
24 editorial, the chair would accept it.     09:54
25    Q    Who makes the determination for a substantive     09:59

Page 38

1 change versus an editorial change?     09:53
2    A    If staff -- the difference between a     09:57
3 substantive and an editorial change is a substantive     09:50
4 change changes the requirements of the standard.  So     09:53
5 changing a "should" to a "shall" would be a substantive     09:58
6 change.     09:52
7        If it's editorial, like, you know, changing     09:52
8 an "a" to a "the" or something like that, it's clear     09:54
9 that's an editorial.     09:59
10        If staff questions acceptance of a change as     09:51
11 substantive and the committee does not want to send a     09:54
12 new letter ballot out, when it goes to the next body,     09:57
13 we make the next body aware for approval, which would     09:50
14 be SPLS for public reviews or standards for publication     09:59
15 approval.  We make them aware of it -- that concern,     09:50
16 and then SPLS looks at it and makes a determination of     09:53
17 whether or not it's substantive or editorial.  And then     09:50
18 if it's substantive and they didn't vote it out, it     09:52
19 goes back to the project committee.     09:54
20    Q    Could you tell me again what the acronym SPLS     09:55
21 stands for?     09:59
22    A    Standards Project Liaison Subcommittee.     09:50
23    Q    And is there a separate SPLS for each     09:54
24 standard?     09:59
25    A    No.     09:59

Page 39

1    Q    There's -- is there a single SPLS for ASHRAE?  09:50
2    A    There is a single SPLS for ASHRAE.  They     09:53
3 review all the standards.     09:58
4    Q    And who is -- who composes SPLS?     09:50
5    A    That is a subcommittee of standards committee  09:54
6 of approximately -- I think it's 15 members.     09:58
7    Q    And are they elected or are they appointed?     09:50
8    A    The standards committee members are elected     09:50
9 by the board of directors, and then the subcommittee     09:55
10 assignments are done by the incoming chair and vice     09:50
11 chair, along with myself every year.  So it just     09:53
12 depends.  It's a rotating four-year term.     09:50
13    Q    So when you say that the assignments are done  09:51
14 by the incoming chair and a vice chair along with     09:50
15 yourself every year and that it's a rotating four-year     09:51
16 term, the -- are you saying that these appointments are  09:53
17 made for a subset of the 15 people every -- every year?  09:50
18    A    No.  It's -- standards committee has 26     09:54
19 members, and then there's multiple subcommittees.     09:57
20 Standards committee, about one-third rolls off every     09:51
21 four years.  So we don't have a new standards committee  09:53
22 every four years.  So there's some consistency.  So     09:57
23 there might be just a couple people that were on SPLS     09:50
24 one year that will roll off, and so we're adding some     09:55
25 new or moving some others into SPLS.     09:59

Page 40

1    Q    What are some of the other subcommittees for   09:55
2 a standards -- standards committee?     09:51
3    A    Then there's the standards reaffirmation     09:53
4 subcommittee.  There's the code interaction     09:51
5 subcommittee.  There's the policy, procedures, and     09:53
6 interpretation subcommittee -- I'm doing acronyms in my  09:58
7 head -- and an international liaison subcommittee     10:07
8 and -- /intersociety association subcommittee.  And     10:03
9 then there's a -- there's an ExCom.     10:09
10    Q    I'm sorry, there's --     10:04
11    A    ExCom.     10:06
12    Q    What is ExCom?     10:08
13    A    Executive committee.     10:00
14    Q    Returning to SPLS, what is their role?     10:00
15    A    SPLS is the oversight committee.  They're the  10:06
16 first level to go to -- they have -- they're assigned     10:00
17 to -- liaisons are assigned to multiple project     10:04
18 committees to help in addition to staff provide     10:09
19 guidance, and they're the -- the person that moves     10:01
20 forward any of the issues from those project     10:05
21 committees.     10:07
22        They review title, purpose and scope changes,  10:09
23 membership, public review drafts, work plans, and deal  10:04
24 with issues common to project committees that get     10:09
25 brought before them.     10:03

Page 41

11 (Pages 38 - 41)

1    Q   And so you said that SPLS was first.  Is that  10:08
2  in terms of -- in terms of what are you referring to?  10:03
3    A   It depends on the stage in the process.  10:08
4  They're the ones that first approve membership, and  10:02
5  then if required, then it goes to standards committee.  10:05
6  They -- there's a process for approving public review  10:09
7  drafts.  Again, depends on if it's policy level or  10:02
8  nonpolicy level.  There's a process for approving  10:05
9  title, purpose and scope changes, and a process for  10:00
10  work plan changes or work plans.  10:02
11    Q   And do these processes go through different  10:02
12  subcommittees depending on the particular process in  10:00
13  question?  10:02
14    A   Yes, but all the processes I mentioned go  10:05
15  through -- start -- go through SPLS in some form.  10:07
16    Q   What does the standards reaffirmation  10:01
17  committee do?  10:05
18    A   The standards reaffirmation subcommittee is a  10:07
19  balance committee.  They deal with reaffirming ASHRAE  10:00
20  standards that are -- do not require any substantive  10:05
21  changes.  And so what that means is, for example, the  10:07
22  re -- the reference standards are themselves  10:03
23  reaffirmations; there's no changes or there's been no  10:07
24  changes in the standard, and there's no -- been no  10:02
25  change in the industry, so we can do what's called the  10:04
Page 42

1  reaffirmation and just get issued, you know, as a new  10:07
2  standard again, as required by ANSI.  10:01
3    And then they also act as a revision project  10:04
4  committee in a limited sense.  When the technical  10:07
5  committee that does the initial review of the drafts  10:03
6  says that updating to those references that it may have  10:06
7  changed does not cause a substantive change to the  10:09
8  standard, then SRS in that limited instance can act as  10:02
9  the revision project committee for that.  In any event,  10:07
10  if comments are submitted, then a -- a project  10:01
11  committee -- a separate project committee has to be  10:05
12  formed.  10:07
13    Q   With regards to reaffirmations, you say that  10:04
14  there may be no changes that are made to the standard,  10:06
15  but they are -- they are reaffirmed.  Why is that done?  10:08
16    A   It's typically done because there hasn't been  10:03
17  any change in the industry on that particular topic.  10:06
18  It's more done on method of test standards, where there  10:09
19  might not be a change in -- in what you need to do to  10:03
20  test a particular product or process that you're  10:06
21  working on.  10:00
22    So there's a technical committee with  10:01
23  expertise in that area that would review it after -- a  10:04
24  staff review is done first to know if there's any  10:00
25  reference updates, to put that technical committee on  10:02
Page 43

1  notice if there's references that need to be updated.  10:05
2    They may see some editorial changes, the "a"  10:09
3  to the "the" type of thing that needs to be fixed  10:03
4  that -- or there was an errata issue for that same  10:08
5  reason, so it needs to be incorporated.  That wouldn't  10:09
6  be considered a substantive change; it's editorial.  10:02
7    So the technical committee makes a  10:04
8  recommendation, then SRS, the standards reaffirmation  10:06
9  subcommittee, reviews that and then puts it out for  10:01
10  public review.  10:04
11    Q   Why reaffirm a standard?  Why not just leave  10:04
12  it as it is?  10:06
13    A   We can't under the ANSI process.  ANSI has a  10:08
14  process that we follow that requires -- something has  10:00
15  to be done at the five-year mark of the -- five years  10:05
16  since it had last published.  So we do the reviews at  10:00
17  three years, so we have to submit paperwork telling  10:03
18  ANSI what we want to do.  10:06
19    We would -- either are going to file project  10:09
20  initiation notification system that says we are  10:01
21  revising it or we're going to let them know we are  10:05
22  reaffirming it.  We have until the ten years since it's  10:05
23  published to do something and republish; otherwise, it  10:09
24  loses its ANSI status.  10:02
25    Q   And for the record, what does ANSI stand for?  10:05
Page 44

1    A   American National Standards Institute.  10:07
2    Q   Thank you.  10:07
3    And what does the code interaction  10:02
4  subcommittee do?  10:05
5    A   The code interaction subcommittee is the  10:07
6  group that oversees the process for code change  10:00
7  proposals to the model code bodies.  10:06
8    Q   Could you elaborate on that a little bit?  10:04
9    A   The model code bodies would be ICC, NFPA, and  10:06
10  IAPMO.  10:03
11    Q   Okay.  And who makes the code change  10:09
12  proposals to these model code bodies?  10:06
13    A   They can come from the -- typically, it comes  10:09
14  from the project committee members.  It can be anybody.  10:01
15  You could propose a change.  If it's coming from one of  10:04
16  our project committees, the rule is it has to --  10:00
17  whatever proposal, it has to be technically equivalent  10:04
18  to whatever standard they're wishing to make the  10:03
19  reference to.  10:09
20    But typically, we -- we try to ask for --  10:03
21  that the standard be referenced in its entirety with no  10:08
22  changes, but there are times when they'll pull portions  10:02
23  and submit that instead.  10:06
24    Q   Is there a difference between a standard and  10:01
25  a code?  10:04
Page 45

12 (Pages 42 - 45)

```
 1     A   Not exactly.  A -- a standard could become a   10:03
 2  code, because 90.1 is a standard and it could be the   10:05
 3  code.  It depends on whoever is wanting to make the    10:08
 4  code -- or make the rule.                              10:01
 5     Q   And what does the policy, procedures and       10:04
 6  interpretation subcommittee do?                        10:08
 7     A   They review proposals for new projects, new    10:09
 8  standards or guideline projects to be developed by     10:04
 9  ASHRAE.  They are the body that reviews any proposed   10:07
10  changes to any of the procedures related to standards  10:01
11  and interprets the -- any of our rules.                10:05
12        And then the other thing is they form           10:01
13  interpretation sub -- interpretation committees when an 10:04
14  interpretation request is submitted on a standard that 10:07
15  we don't have a standing standard project committee    10:09
16  for.                                    10:02
17     Q   I'm sorry, just to back up a moment.  Do you   10:09
18  know how it is that standards become codes?            10:03
19        MR. CUNNINGHAM:  Object to form.                10:00
20        THE WITNESS:  It -- either they're              10:02
21     proposed into a code and the code accepts          10:05
22     them, or a local jurisdiction decides to use       10:07
23     a standard and that's -- and use that as           10:02
24     their code.                          10:04
25     Q   (BY MR. BECKER)  And when you say "they're     10:08
                                              Page 46
```

```
 1  proposed into a code and the code accepts them," do you  10:00
 2  mean that a -- that something like NFPA might make a    10:02
 3  code, and they're proposed into that code that NFPA has 10:08
 4  made?                                  10:02
 5     A   So NFPA references 90.1, and that becomes      10:03
 6  part of whatever -- I can't remember the number of the 10:06
 7  NFPA code that references 90.1, but that becomes part   10:09
 8  of that code.  If they -- through their process, it    10:02
 9  gets accepted.                         10:08
10     Q   And what does the international liaison or     10:04
11  intersociety subcommittee do?                10:08
12     A   They're dealing with relationships between us 10:00
13  and sometimes other standards developers, but the     10:02
14  majority of their work is in the -- is in the oversight 10:06
15  of the development of international standards.          10:10
16     Q   What involvement does ASHRAE have in the      10:15
17  development of international standards?               10:17
18     A   We are the secretariat for several of the     10:19
19  international standards organization technical         10:15
20  committees.  We are also the secretariat for the U.S.  10:18
21  TAG, which is the technical advisory groups within the 10:11
22  U.S.                                   10:16
23     Q   And, finally, you mentioned the executive     10:11
24  committee.  What does the executive committee do?      10:13
25     A   That is the -- the chairs of each of the      10:15
                                              Page 47
```

```
 1  subcommittees, the chair and the vice chair standards   10:18
 2  committee and the board -- the board ExO to standards.  10:12
 3  And then I'm the staff liaison for that group, other    10:18
 4  staff attend, but they -- they just talk about the      10:12
 5  issues about the subcommittees and then, you know,     10:15
 6  strategic planning; that type of thing.                10:18
 7     Q   So the committee members that are part of the  10:14
 8  standards committee, are these all ASHRAE employees?   10:18
 9     A   No.                           10:11
10     Q   Are any of them ASHRAE employees?             10:13
11     A   No, just me as a staff liaison, and then      10:15
12  another staff person that does the minutes.            10:18
13     Q   So these are -- are these members of          10:11
14  industry?                             10:16
15     A   They're -- they're balanced as well.  The     10:19
16  board has slightly different interest categories that  10:12
17  they use.  There are -- they're members -- they're --  10:15
18  they are members of ASHRAE, but they're from all over.  10:19
19        MR. CUNNINGHAM:  Could I just ask, are         10:13
20     we talking about the project committee here?       10:14
21     Are we talking about the executive committee?      10:16
22     Are we talking about the previous questions?       10:18
23        MR. BECKER:  The standards committee as        10:19
24     a whole.                           10:10
25        MR. CUNNINGHAM:  The standards                10:11
                                              Page 48
```

```
 1  committee                              10:12
 2        MR BECKER:  Yeah                    10:13
 3        MR CUNNINGHAM:  For a specific          10:13
 4     standard?  I just wanted to make sure we're        10:14
 5     clear here                            10:15
 6     Q   (BY MR BECKER)  How many standards           10:11
 7  committees are there?                     10:12
 8     A   There's project committees, and those overdo  10:13
 9  the standards, but the standards committee is one      10:17
10     Q   There's just one standards committee?         10:19
11     A   With the -- right, with the subcommittees     10:11
12     Q   And what's the difference between the         10:17
13  projects committees and the standards committees?      10:19
14     A   A project committee is the one that is -- is  10:11
15  the group that's responsible for writing the standard  10:13
16  Standards committee is an over -- oversight committee   10:18
17        THE COURT REPORTER:  "Is an oversight"?         10:15
18        THE WITNESS:  Yes                   10:19
19     Q   (BY MR BECKER)  And are any ASHRAE employees   10:13
20  members of the project committees?                 10:16
21     A   No                            10:18
22     Q   Are the members of the project committees     10:13
23  people from various interest categories --            10:19
24     A   Yes                           10:13
25     Q   -- as you had defined previously?             10:13
                                              Page 49
```

13 (Pages 46 - 49)

1    A   Yes.                               10:16
2    Q   And are the project committee membership --   10:16
3  memberships balanced based off of those interest   10:11
4  categories?                            10:14
5    A   Yes.  Whatever interest categories the   10:16
6  project committee has, then they're balanced based on   10:18
7  the number of project committees.  That doesn't mean,   10:13
8  you know, if there's 30 people and you have five   10:14
9  interest categories, there's six in each.  It means no   10:17
10  more than 50 percent in one interest -- interest   10:14
11  category.                             10:16
12    Q   So why is it that these people who are not   10:13
13  ASHRAE employees participate in the project committees?   10:10
14        MR. CUNNINGHAM:  Object to form.   10:14
15        THE WITNESS:  I would say because either   10:18
16  they really like that topic, it may affect --   10:10
17  you know, it may be because it affects   10:14
18  something that they do in their business.   10:18
19  They may be in the -- in the code arena and   10:18
20  they want to make sure it's written so that   10:13
21  you can adopt it in code.  It could be a   10:16
22  number of reasons why they choose to   10:18
23  participate.                         10:10
24    Q   (BY MR. BECKER)  And why is it that they'd   10:16
25  want to participate for a standard that would be   10:18

Page 50

1  adopted into code?                     10:12
2        MR. CUNNINGHAM:  Object to form.   10:14
3        THE WITNESS:  My -- my guess would be   10:17
4  that, you know, it's going to affect their --   10:18
5  their business somehow or the -- you know, or   10:12
6  the jurisdiction in which they work.   10:16
7    Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   10:12
8  you what's been previously marked as Exhibit 1076.   10:13
9  This is Defendant Public.Resource.Org's Amended Notice   10:19
10  of Rule 30(b)(6) Deposition of American Society of   10:13
11  Heating, Refrigeration, and Air-Conditioning Engineers,   10:18
12  Inc.  And this document had been previously introduced   10:18
13  in Mr. Comstock's deposition.           10:13
14    A   Okay.                            10:16
15    Q   Have you seen this document before,   10:17
16  Ms. Reiniche -- excuse me, Ms. Reiniche?   10:19
17    A   Yes.                            10:16
18    Q   And when did you first see this document   10:16
19  before, to your recollection?           10:10
20        MR. CUNNINGHAM:  So I'm -- Matt, this   10:11
21  question is obviously fine, but I just want   10:13
22  to caution the witness to not go into the   10:15
23  substance of any communications that may have   10:18
24  occurred between you and counsel.       10:13
25        THE WITNESS:  I probably would have seen   10:15

Page 51

1  this when we first tried to -- started trying   10:15
2  to schedule my deposition.  I'm guessing   10:19
3  February.                           10:11
4    Q   (BY MR. BECKER)  And have you reviewed the   10:14
5  topics of examination that's starting on page 4?   10:16
6    A   Yes.                            10:13
7    Q   And you're aware that you are here as a   10:17
8  30(b)(6) designee for ASHRAE with regards to particular   10:19
9  topics of examination?                  10:16
10    A   Yes.                           10:17
11    Q   And that means that -- that you are expected   10:17
12  to prepare and be knowledgeable as to those particular   10:10
13  topics, correct?                       10:13
14    A   Yes.                           10:14
15    Q   And those topics are, topic number 1, "The   10:16
16  process and activities of developing the works at   10:11
17  issue, including participation of government and   10:14
18  private sector personnel in standards development."   10:17
19    A   Yes.                           10:10
20    Q   And did you prepare for that topic?   10:11
21    A   Yes.                           10:16
22    Q   And have you been using your knowledge of   10:17
23  that topic in the answers that you had given me earlier   10:19
24  today concerning the standards committee and project   10:13
25  committee?                          10:18

Page 52

1    A   Yes.                            10:19
2    Q   And have you been using your knowledge with   10:11
3  regards to that topic as it applies to the other   10:13
4  answers that you've provided me about the ASHRAE's   10:16
5  operations?                           10:19
6    A   Yes.                            10:10
7    Q   And the other topics that you have prepared   10:10
8  for today include topic number 2, correct?   10:12
9    A   For the copyright?                 10:11
10    Q   For topic number 2, "All elements of the   10:12
11  chain of title of copyright ownership, including   10:15
12  copyright authorship and ownership of component parts   10:19
13  of the works at issue in this case"?   10:13
14    A   Yes.                           10:14
15    Q   And you've also prepared for topic number 3,   10:17
16  "The authority of persons executing copyright   10:10
17  assignment forms in favor of you to convey the   10:13
18  copyright rights in their works or expression,   10:17
19  including but not limited to evidence of authority of   10:19
20  employees to assign copyrights they do not own   10:12
21  individually"?                        10:15
22    A   Yes.                           10:16
23    Q   On to page 5.  You've also prepared for topic   10:13
24  number 6; is that correct?             10:17
25    A   Yes.                           10:11

Page 53

14 (Pages 50 - 53)

Page 54

1  Q  And you have also prepared for topic   10:15
2  number 11; is that correct?                  10:18
3  A  Yes.                        10:20
4  Q  And on to page 6, you have also prepared for   10:27
5  topic number 15; is that correct?           10:23
6  A  Yes.                        10:27
7  Q  And you've also prepared for topic number 16;   10:29
8  is that correct?                   10:23
9  A  Yes.                        10:23
10  Q  And you've also prepared for topic number 17;   10:24
11  is that correct?                  10:27
12  A  Yes.                       10:28
13  Q  And you've also prepared for topic number 19;   10:29
14  is that correct?                  10:23
15  A  Yes.                       10:23
16  Q  And you've also prepared for topics 20, 21,   10:25
17  and 22; is that correct?             10:29
18  A  Yes.                       10:23
19  Q  And you've also prepared for topic 25; is   10:28
20  that correct?                    10:25
21  A  Yes.                       10:26
22  Q  You've also prepared for topic number 26; is   10:27
23  that correct?                    10:20
24  A  Yes.                       10:23
25  Q  And have you also prepared for topic   10:25

Page 55

1  number 27; is that correct?              10:21
2  A  Yes.                        10:21
3  Q  And have you also prepared for topics 28 and   10:21
4  29?                         10:21
5  A  Yes.                        10:21
6  Q  Thank you.                    10:21
7  MR. CUNNINGHAM:  Matt, we've been going   10:21
8  for about an hour and 20 minutes.  If you're   10:21
9  about to --                     10:21
10  MR. BECKER:  Yeah.             10:21
11  MR. CUNNINGHAM:  -- switch topics, do   10:21
12  you want to take a break?            10:21
13  MR. BECKER:  Let's take a break right   10:21
14  now.                        10:21
15  MR. CUNNINGHAM:  That's fine.       10:21
16  MR. BECKER:  Yeah.             10:21
17  THE VIDEOGRAPHER:  Going off the record   10:21
18  at 10:21.                     10:21
19  (Recess taken.)                  10:39
20  (Exhibit 1119, Exhibit 1120, and Exhibit 1121   10:39
21  marked for identification.)            10:39
22  THE VIDEOGRAPHER:  Going on the record   10:39
23  at 10:44.                     10:44
24  Q  (BY MR. BECKER)  Ms. Reiniche, I'm handing   10:44
25  you what has been marked as Exhibit 119 -- or 1119,   10:44

Page 56

1  excuse me.                      10:41
2  Ms. Reiniche, do you see that this is a   10:49
3  status report that has been filed in the -- this case?   10:41
4  A  Yes.                        10:46
5  Q  And if you turn to page 3, do you see that it   10:40
6  says that it was submitted by Thane Rehn, counsel for   10:45
7  NFPA, with permission from counsel for ASTM, ASHRAE,   10:41
8  and Public Resource?                10:48
9  A  Yes.                        10:41
10  Q  And turning to page 2, do you see under the   10:41
11  heading "Discovery Issues Pending from December 1   10:49
12  Hearing, ASHRAE," where it then says that "At the last   10:41
13  hearing, the Court ordered ASHRAE to produce assignment   10:48
14  forms and lists of persons who signed those forms.  For   10:42
15  pre-2010 forms, ASHRAE was ordered to produce lists of   10:45
16  project committee members because ASHRAE did not have   10:49
17  other lists of signees readily available.  ASHRAE   10:41
18  represents it has completed its production of all lists   10:46
19  of all persons who signed forms for its 2010 version of   10:48
20  Standard 90.1, lists of project committee members for   10:44
21  pre-2010 versions of Standard 90.1 and ASHRAE's   10:47
22  assignment forms.  With that representation, Public   10:42
23  Resource agrees the motion is now moot as to ASHRAE."   10:45
24  Do you see that?                 10:48
25  A  Yes.                        10:49

Page 57

1  Q  Ms. Reiniche, I'm handing you the exhibit   10:47
2  marked 1120.  Could you tell me what this document is?   10:40
3  A  This is a roster for Standard 90.1 project   10:45
4  committee.                      10:41
5  MR. BECKER:  And just for the record,   10:47
6  I'll note that this is the document that   10:40
7  starts at Bates number ASHRAE0002835.   10:42
8  Q  (BY MR. BECKER)  Ms. Reiniche, could you tell   10:49
9  me what the dates in the top left corner of this   10:40
10  document signify?                 10:46
11  A  That means it -- this says revised 9/7/2001.   10:47
12  That would mean that there was -- either something had   10:42
13  been approved or a correction made to the roster that   10:46
14  date and then printed 9/10/01, was when we ran the   10:41
15  report to print the roster.             10:45
16  Q  Thank you.  And what -- what does this roster   10:47
17  tell you?                      10:43
18  A  This roster tells me who the voting members   10:48
19  were, along with their interest categories, and who the   10:40
20  SPLS liaison was at the time, who the consultants were,   10:42
21  who the staff liaisons were, and who the technical   10:46
22  committee liaisons were on the roster.      10:41
23  Q  And for the project committee, that would be   10:48
24  the people who were contributing text to the Standard   10:42
25  90.1 at that time; is that correct?        10:49

1   A   Do you mean everyone on the roster, or do you   10:42
2   mean just project committee?   10:45
3   Q   For everyone on the roster.   10:40
4   A   For -- yes, for everyone on the roster.   10:44
5   Q   And so are there people outside of the   10:40
6   project committee that would be contributing text to   10:43
7   Standard 90.1 at that time?   10:46
8   A   Yes.   10:48
9   Q   And would all of the people who were   10:40
10   contributing text to Standard 90.1 at that time be   10:43
11   listed on these pages of the roster?   10:46
12   A   No.   10:48
13   Q   So what other people would have been   10:49
14   contributing text to Standard 90.1 at that time?   10:42
15   A   Commenters on -- draft goes out for comment   10:46
16   and those who submitted a continuous maintenance change   10:40
17   proposal.   10:43
18   Q   And where does -- excuse me.   10:44
19       Does ASHRAE keep lists of commenters?   10:53
20   A   We have lists of commenters.  For this year,   10:58
21   I don't know, because our record retention policy   10:54
22   wouldn't require us to keep records this far back.   10:56
23   Q   What was the ASHRAE's record retention   10:59
24   policy?   10:52
25   A   We follow the ANSI policy of keeping records   10:53

Page 58

1   Q   And would that have meant that the -- the   10:58
2   records for the 2007 edition of 90.1 would have been   10:52
3   destroyed at the time of the 2010 publishing?   10:59
4   A   If they were destroyed, then yes.   10:52
5   Q   You had mentioned before the term "continuous   10:59
6   maintenance change."  What does that mean?   10:53
7   A   Standard 90.1 is on continuous maintenance,   10:56
8   so anyone at any time can propose a change to the   10:59
9   standard.  It could be a project committee member or   10:53
10   the public.  If it's the public, then there's a   10:56
11   continuous maintenance change proposal form that gets   10:51
12   submitted.   10:54
13   Q   And similarly, for the continuous maintenance   10:56
14   change proposal forms, would those also have been   10:51
15   destroyed?   10:54
16   A   They could have been destroyed.   10:56
17   Q   Who would know whether or not these documents   10:52
18   for the 2010 prior editions of ASHRAE Standard 90.1   10:55
19   were or were not destroyed?   10:50
20       MR. CUNNINGHAM:  I'm going to object   10:54
21   that the line of questioning about document   10:56
22   retention policy is outside the scope of the   10:58
23   30(b)(6) topics.   10:52
24       You can answer.   10:54
25       THE WITNESS:  Okay.  I would -- I --   10:57

Page 60

1   back to the last prior revisions.   10:50
2   Q   And what is the last prior revision for   10:50
3   Standard 90.1?   10:50
4   A   2013.   10:50
5   Q   So does that mean that ASHRAE would not have   10:51
6   records for the 2010 addition of 90.1?   10:51
7   A   Not necessarily.  We -- if they're   10:51
8   electronic, we probably still have them.  There may be   10:51
9   some in paper format that are in Iron Mountain.  I   10:51
10   can't guarantee that all the prior stuff is still   10:51
11   there, especially if it's not in electronic format.   10:51
12   Q   And what is Iron Mountain?   10:51
13   A   It's an off-site storage facility.   10:51
14   Q   And does the -- your same answer that you   10:51
15   don't necessarily have records as to the 2007 and 2004   10:51
16   edition of Standard 90.1 also apply?   10:51
17   A   That would be correct.  Some -- if it's   10:51
18   electronic, then we probably still have it.  But if   10:51
19   it's paper, it may or may not still be at Iron   10:51
20   Mountain.   10:51
21   Q   At what point would ASHRAE have destroyed   10:52
22   these documents for Standard 20 -- 90.1 2010 edition,   10:52
23   if it had done so?   10:52
24   A   If we destroyed it, we could have destroyed   10:52
25   it at the time of 2013 publishing.   10:52

Page 59

1   there is a log of files that we keep that are   10:53
2   at Iron Mountain.  I have access to those   10:54
3   logs, can find out what's there.  I would not   10:54
4   know what was or was not destroyed unless I   10:54
5   brought every single box back from Iron   10:54
6   Mountain, assuming they are all labeled   10:54
7   correctly.   10:54
8   Q   (BY MR. BECKER)  Ms. Reiniche, looking at   10:54
9   Exhibit 1119 on page 2, where it says that ASHRAE was   10:55
10   ordered to produce lists of project committee members,   10:55
11   does Exhibit 1120 provide that list of project   10:55
12   committee members for Standard 90.1?   10:55
13       MR. CUNNINGHAM:  Objection to form.   10:55
14       THE WITNESS:  This is only at one point   10:55
15   in time, so this isn't every single one.   10:55
16   This is at one point.   10:55
17   Q   (BY MR. BECKER)  But would it provide that   10:55
18   for that one point in time?   10:55
19   A   Yes.   10:55
20   Q   Ms. Reiniche, I'm handing you what has been   10:56
21   marked as Exhibit 1121 --   10:56
22   A   Okay.   10:56
23   Q   -- which reads "ASHRAE Roster."  Could you   10:56
24   tell me what this is?   10:56
25   A   This is the roster that would have been --   10:56

Page 61

16 (Pages 58 - 61)

1 for 90.1 that would have been published on 8/7 of '02.   10:56
2 (Exhibit 1122 marked for identification.)   10:56
3   Q   (BY MR. BECKER) Thank you.   10:56
4     And I'm handing you what has been marked as   10:50
5 Exhibit 1122.  Could you tell me what this document is?  10:53
6   A   This is the roster for 90.1 that was printed   10:57
7 on September 19th, 2002.   10:50
8 (Exhibit 1123 marked for identification.)   10:51
9   Q   (BY MR. BECKER) I'm handing you what's been   10:54
10 marked as Exhibit 1123, Bates number ASHRAE0002610.   10:56
11 Could you tell me what this document is?   10:54
12   A   This is the roster for 90.1 that was printed   10:56
13 March 23rd, 2003.   10:59
14 (Exhibit 1124 marked for identification.)   10:55
15   Q   (BY MR. BECKER) I'm handing you what's been   10:53
16 marked as Exhibit 1124, Bates number ASHRAE0002578.   10:55
17 Could you tell me what this document is?   10:52
18   A   This is the roster for 90.1 as of   10:54
19 August 27th, 2004.   10:58
20 (Exhibit 1125 marked for identification.)   10:53
21   Q   (BY MR. BECKER) I'm handing you what's been   10:57
22 marked as Exhibit 1125, ASHRAE Bates number 0002847.   10:58
23 Could you tell me what this document is?   10:55
24   A   This is the roster for 90.1 as of December 6,   10:57
25 2005.   10:51

Page 62

1 (Exhibit 1126 marked for identification.)   10:58
2   Q   (BY MR. BECKER) I'm handing you what's been   10:58
3 marked as Exhibit 1126, ASHRAE0002872.  Could you tell   10:58
4 me what this document is?   10:59
5   A   This is the roster for 90.1 as of April 4th,   10:59
6 2006.   10:59
7 (Exhibit 1127 marked for identification.)   10:59
8   Q   (BY MR. BECKER) I'm handing you what's been   10:59
9 marked as Exhibit 1127, Bates number ASHRAE0002895.   10:59
10 Could you tell me what this document is?   10:59
11   A   This is the roster for 90.1 as of May 5th --   10:59
12 I mean, May 3rd, 2007.   10:59
13 (Exhibit 1128 marked for identification.)   10:59
14   Q   (BY MR. BECKER) I'm handing you what has   10:59
15 been marked as Exhibit 1128, Bates number   10:59
16 ASHRAE0013632.  Could you tell me what this document   10:59
17 is?   11:00
18   A   This is the roster for 90.1 as of June 16th,   11:00
19 2008.   11:00
20 (Exhibit 1129 marked for identification.)   11:00
21   Q   (BY MR. BECKER) I'm handing you what's been   11:00
22 marked as Exhibit 1129 of -- Bates number   11:00
23 ASHRAE0002902.  Could you tell me what this document   11:00
24 is?   11:00
25   A   This is the roster for 90.1 as of   11:00

Page 63

1 December 17th, 2008.   11:00
2 (Exhibit 1130 marked for identification.)   11:02
3   Q   (BY MR. BECKER) I'm handing you what's been   11:01
4 marked as Exhibit 1130, Bates number ASHRAE0016583.   11:02
5 Could you tell me what this document is?   11:00
6   A   This is the roster for 90.1 as of July 21st,   11:02
7 2009.   11:07
8 (Exhibit 1131 marked for identification.)   11:09
9   Q   (BY MR. BECKER) I'm handing you what has   11:01
10 been marked as Exhibit 1131, Bates number   11:02
11 ASHRAE0005359.  Could you tell me what this document   11:06
12 is, please?   11:00
13   A   This is the roster for 90.1 as of   11:01
14 February 19th, 2010.   11:04
15   Q   Looking over the ASHRAE rosters that I've   11:00
16 just provided you as these exhibits, is there any   11:02
17 reason why you would think that these are not authentic  11:06
18 documents that have been provided by ASHRAE?   11:00
19   A   No.   11:03
20   Q   And in your role at ASHRAE, are you familiar   11:00
21 with these rosters?   11:03
22   A   Yes.   11:05
23   Q   And have you used these rosters in your daily   11:06
24 line of work?   11:02
25   A   Yes.   11:02

Page 64

1 (Exhibit 1132 marked for identification.)   11:07
2   Q   (BY MR. BECKER) I'm handing you what's been   11:05
3 marked as Exhibit 1132, Bates number ASHRAE0002467.   11:06
4 Could you tell me what this document is, please?   11:03
5   A   This is the report for proposals received   11:05
6 under continuous maintenance for 90.1.  It would have   11:09
7 been to the 90.1 2001 version printed January 5th,   11:03
8 2004.   11:00
9   Q   And what does this document tell us?   11:01
10   A   This document tells me who submitted change   11:02
11 proposals.  It gives their proposer number, what   11:06
12 proposal number it is, when it was received and how it   11:00
13 came in.   11:03
14   Q   And does the proposer number correlate to   11:00
15 something else?   11:02
16   A   The proposal -- that's just how the committee   11:02
17 tracks it so they know which proposal they're doing.   11:04
18 It gets marked on their form.   11:06
19   Q   Can multiple people be affiliated with a   11:00
20 single proposal?   11:09
21   A   They could.   11:03
22   Q   Is this a document that ASHRAE would   11:01
23 ordinarily retain, rather than destroying with its   11:05
24 document destruction policy, to your knowledge?   11:08
25     MR. CUNNINGHAM:  Object to form.   11:00

Page 65

1        THE WITNESS:  To my knowledge, it is      11:01
2   probably something we keep it's a -- if it    11:04
3   was entered in the database.  At the time, we   11:06
4   had the database that tracks them.  And        11:09
5   provided there's not an issue with the         11:01
6   database, then it would be kept.               11:04
7        Q   (BY MR. BECKER)  And what database are you   11:05
8   referring to?                                  11:06
9        A   We have a continuous maintenance change   11:07
10  proposal access database.                      11:09
11       Q   And do you know when ASHRAE first started   11:02
12  using that database?                           11:05
13       A   Around 2003.                          11:08
14       Q   What kind of information does that database   11:04
15  contain?                                       11:07
16       A   What you see in this report, which is the   11:07
17  proposer, the number, proposal date, when it was   11:00
18  received.  And then there -- there will be a date that   11:03
19  isn't shown on here that tells when the committee would   11:07
20  have responded so that we can close out the proposal.   11:01
21       Q   And does the database also contain the   11:06
22  content of the proposal itself?                11:00
23       A   No.                                   11:02
24       Q   Where would someone find the content of the   11:04
25  proposal itself?                               11:07

Page 66

1        A   If it was -- when we were saving      11:09
2   electronically, then there will be a -- what we call a   11:03
3   task sheet that we save on our network drive where   11:06
4   they're saved.  And then if not, it's in paper.  It   11:09
5   would have been sent to Iron Mountain.         11:03
6        Q   And what would be the title of the document   11:06
7   that would have this -- one of these proposals in it?   11:09
8        A   On the network drive?                 11:05
9        Q   Yeah.                                 11:06
10       MR. CUNNINGHAM:  Object to form.          11:09
11       THE WITNESS:  It's probably Task Sheet 6   11:01
12  would be the title.                            11:05
13       Q   (BY MR. BECKER)  And what does -- are there   11:06
14  other task sheets?                             11:03
15       A   Yes.                                  11:04
16       Q   And what are the other task sheets?   11:05
17       A   There's a Task Sheet 1 for new projects; Task   11:08
18  Sheet 2 that was membership; Task Sheet 3 is title,   11:02
19  purpose and scope change.  I don't believe we have a 4;   11:07
20  a Task Sheet 5, which is public review; Task Sheet 7,   11:02
21  which is publication; and Task Sheet 8, which is   11:07
22  appeals.  And Task Sheet 10 might -- there might be a   11:03
23  Task Sheet 10 now.  We might have switched the   11:07
24  continuous maintenance to that.                11:01
25       Q   Is there a Task Sheet 9?              11:03

Page 67

1        A   No.                                   11:07
2        Q   Why is that?                          11:07
3        A   They just aren't using it -- there may have   11:07
4   been one way back when they did everything in paper,   11:07
5   but we don't use a Task Sheet 9 now.           11:07
6   (Exhibit 1133 marked for identification.)      11:08
7        Q   (BY MR. BECKER)  I'm handing you what's been   11:08
8   marked as Exhibit number 1133.  This is Bates number   11:08
9   ASHRAE0002469.  Could you tell me what this document   11:08
10  is?                                            11:08
11       A   These are proposals received for continuous   11:08
12  maintenance of ASHRAE Standard 90.1 2004 dated as of   11:08
13  January 4th, 2005.                             11:08
14       Q   For both Exhibit 1132 and 1133, it appears   11:08
15  that the dates that the proposals were received --   11:08
16  excuse me, let me say that again.              11:08
17       For Exhibits 1132 and 1133, it appears that   11:08
18  the date of the document in the top right corner is   11:08
19  subsequent to the year of the standard itself; is that   11:09
20  correct?                                       11:09
21       A   You mean --                           11:09
22       Q   Let me clarify.  For -- for Exhibit 1132,   11:09
23  that exhibit pertains to Standard 90.1 2001, but the   11:09
24  document itself is from January 5th, 2004; is that   11:09
25  correct?                                       11:09

Page 68

1        A   That's correct.                       11:05
2        Q   And why is that?                      11:05
3        A   That would have been at the one-year mark --   11:07
4   well, they have 13 months to -- to respond to   11:02
5   continuous maintenance change proposals within a year,   11:05
6   so this would have been printed prior to their January   11:07
7   2004 meeting, because we would want to know what the   11:01
8   status of the continuous maintenance change proposals   11:05
9   were at that time.                             11:10
10       Q   The proposals that were reflected here, would   11:11
11  those be -- if made effective, would those be made   11:16
12  effective in Standard 90.1 2001 or in a later version?   11:15
13       A   A later version.                      11:10
14       Q   So the proposals reflected in Exhibit 1132,   11:19
15  would those, if they had been enacted, be enacted into   11:13
16  Standard 90.1 2004?                            11:18
17       A   Yes.                                  11:10
18  (Exhibit 1134 marked for identification.)      11:12
19       Q   (BY MR. BECKER)  I'm handing you what's been   11:10
20  marked as Exhibit 1134, Bates number ASHRAE0022821.   11:11
21  Could you tell me what this document is, please?   11:19
22       A   This is the form to comment on a public   11:12
23  review draft for an addendum to 90.1 2004.     11:17
24       Q   And do you see where it says "Number 2,   11:17
25  copyright release"?                            11:10

Page 69

18 (Pages 66 - 69)

1    A   Yes.                                11:12
2    Q   What is the significance of the copyright    11:12
3  release?                                  11:12
4        MR. CUNNINGHAM: Object to form.       11:12
5        THE WITNESS: It -- the significance of   11:12
6  it is when the commenter submits their     11:12
7  comments, they are giving ASHRAE the       11:12
8  nonexclusive rights to use whatever material   11:12
9  they submit in their comments to change or   11:12
10  modify the standard and then ASHRAE owns the   11:12
11  copyright, and they don't.                11:12
12       MR. BECKER: I'm sorry, Counsel, will   11:12
13  you mind elaborating on the reason for your   11:12
14  objection?                               11:12
15       MR. CUNNINGHAM: It calls for a legal   11:12
16  conclusion.                              11:12
17    Q   (BY MR. BECKER) Why does ASHRAE include the   11:12
18  copyright release in this document?       11:12
19       MR. CUNNINGHAM: Object to form.       11:12
20       THE WITNESS: We include it so that we   11:12
21  can include the material in -- in the     11:12
22  document that they're commenting on without   11:12
23  having to get copyright permission; because   11:13
24  they're giving it, we don't have to go back.   11:13
25  They're giving it when they sign it.      11:13
                                        Page 70

1    A   This is a document to submit a continuous   11:11
2  maintenance change proposal.              11:16
3    Q   Does this document contain a copyright   11:10
4  release as well?                          11:14
5    A   Yes.                                11:15
6    Q   Could you please mark on the page where the   11:12
7  copyright release is?                     11:16
8  (Witness complied with the request of counsel.)   11:13
9    A   There's two spots.                  11:13
10       MR. CUNNINGHAM: I'm going to go ahead   11:15
11  and object again to form here, Matt.       11:10
12    Q   (BY MR. BECKER) And those two spots you've   11:18
13  marked with a number 1 and number 2; is that correct?   11:19
14    A   That's correct.                    11:12
15    Q   Why does ASHRAE use two copyright releases on   11:12
16  this form?                               11:19
17       MR. CUNNINGHAM: Object to form.       11:10
18       THE WITNESS: Actually, I think we     11:11
19  allowed it so they could either sign it and   11:11
20  send it in or they could put an electronic   11:14
21  signature in.  I just think there's a     11:17
22  signature line that we missed when we made   11:18
23  the form.                                11:10
24    Q   (BY MR. BECKER) So this form should have   11:13
25  a -- a signature line below the first copyright   11:14
                                        Page 72

1    Q   (BY MR. BECKER) Does ASHRAE believe that it   11:10
2  owns the copyright if somebody signs this form?   11:11
3    A   Yes.                                11:16
4    Q   Would ASHRAE accept a form like this if it   11:12
5  had not been signed and dated?            11:16
6    A   No.                                11:18
7    Q   Do you know of any instance in which ASHRAE   11:11
8  has accepted a form like this if it has not been signed   11:14
9  and dated?                               11:17
10    A   No.                               11:16
11    Q   Do you have any reason to believe that this   11:11
12  document produced by ASHRAE is not an authentic   11:13
13  document?                                11:16
14    A   No.                               11:16
15    Q   And are you familiar with this document   11:11
16  through your work at ASHRAE?              11:13
17    A   Yes.                               11:16
18    Q   Is this one of the documents that you review?   11:19
19    A   Yes.                               11:13
20  (Exhibit 1135 marked for identification.)   11:16
21    Q   (BY MR. BECKER) I'm handing you what has   11:19
22  been marked as Exhibit 1135, Bates number   11:12
23  ASHRAE0022819.  Do you recognize this document?   11:15
24    A   Yes.                               11:19
25    Q   And what is this document?          11:19
                                        Page 71

1  release, but it does not?                  11:10
2    A   Correct.                           11:11
3    Q   And if this form were printed out and sent to   11:13
4  ASHRAE, would ASHRAE reject it if someone had not   11:19
5  signed below the first copyright release?   11:13
6    A   On this one, we would have allowed either the   11:17
7  electronic signature if they printed it with the   11:10
8  electronic or if they had signed it, because the   11:11
9  language was the same.                    11:14
10    Q   Would ASHRAE accept this document if someone   11:19
11  had not typed in their name where it says "I, insert   11:14
12  name"?                                   11:10
13    A   If -- if they did not sign it and did not   11:10
14  insert their name, we would not accept it.   11:13
15    Q   Comparing documents Exhibits 1134 and 1135,   11:17
16  is the copyright release in 1134 the same as the   11:12
17  copyright release -- the first copyright release in   11:10
18  1135?                                    11:13
19    A   There is missing -- oh, no, I just can't read   11:10
20  right.  No, they're the same.             11:17
21    Q   And comparing the first and second copyright   11:12
22  release in 1135, can you say what the differences   11:16
23  between those two are?                    11:10
24       MR. CUNNINGHAM: I'm just going to     11:11
25  object.  Matt, I think the document speaks   11:12
                                        Page 73

19 (Pages 70 - 73)

1  for itself here                    11:14
2      THE WITNESS:  The -- the only difference   11:11
3  is one we allow electronic signature, and the   11:12
4  other is just a hand -- is a handwritten   11:15
5  signature                           11:10
6      Q  (BY MR BECKER) Thank you      11:11
7  (Exhibit 1136 marked for identification.)   11:12
8      Q  (BY MR BECKER) I'm handing you what's been   11:12
9  marked as Exhibit 1136, Bates number ASHRAE0022823  Do   11:14
10 you recognize this document?        11:10
11     A  Yes           11:12
12     Q  And what is this document?    11:13
13     A  This is the -- the form to comment on a   11:14
14 public review draft standard guideline or addendum   11:17
15     THE COURT REPORTER:  Can we go off the   11:10
16 record a second?                    11:14
17     THE VIDEOGRAPHER:  Going off the record   11:17
18 at 11:19                            11:18
19 (Recess taken )                     11:27
20     THE VIDEOGRAPHER:  Going on the record   11:28
21 at 11:22                            11:28
22     Q  (BY MR BECKER) Ms  Reiniche, looking again   11:26
23 on -- at Exhibit 1136, if you look at the second page   11:26
24 of the exhibit, could you tell me what the significance   11:22
25 of the date on the second page is?   11:27

Page 74

1      Q  1136.                       11:22
2      A  Yes.                        11:25
3      Q  And which is the same as the copyright   11:26
4  releases on Exhibit 1135; is that correct?   11:20
5      A  That's correct.              11:25
6      Q  And Exhibit 1137 says that it was revised on   11:21
7  January 30th, 2006 on the back of the document; is that   11:26
8  correct?                            11:20
9      A  That's correct.              11:21
10 (Exhibit 1138 marked for identification.)   11:28
11     Q  (BY MR. BECKER) Ms. Reiniche, I'm handing   11:27
12 you what's been marked as Exhibit 1138, Bates number   11:27
13 ASHRAE0022820.  Do you recognize this document?   11:21
14     A  Yes.                        11:26
15     Q  And what is this document?    11:27
16     A  This is the form to submit a proposed change   11:28
17 to an ASHRAE standard under continuous maintenance.   11:21
18     Q  And does this document contain the same two   11:27
19 copyright releases that were featured in the previous   11:20
20 exhibit, 1137?                      11:24
21     A  Yes.                        11:29
22     Q  And at the bottom of the page, does this   11:22
23 document show that it was revised on March 9th, 2007?   11:24
24     A  Yes.                        11:25
25 (Exhibit 1139 marked for identification.)   11:21

Page 76

1      A  That was when we were -- we must have made a   11:23
2  revision.  So if we changed anything, even if it's one   11:23
3  word, we put a new revision date on a form.   11:23
4      Q  And returning to Exhibit 1135, is that also   11:23
5  what "revised 1/30/2006" means at the bottom of that   11:23
6  document?                           11:23
7      A  Yes.                        11:23
8      Q  And returning to Exhibit 1134 at the back of   11:23
9  that document where it says "REV 03-01-2004," is that   11:23
10 also what that date means?          11:23
11     A  Yes.                        11:24
12     Q  Thank you.                   11:24
13 (Exhibit 1137 marked for identification.)   11:24
14     Q  (BY MR. BECKER) Handing you what's been   11:24
15 marked as Exhibit 1137.  This is ASHRAE Bates number   11:24
16 0022825.  Do you recognize this document?   11:24
17     A  Yes.                        11:24
18     Q  And what is this document?    11:24
19     A  This is a form for commenting on a public   11:24
20 review draft to an ASHRAE standard, guideline or   11:24
21 addendum.                           11:24
22     Q  And does this document also contain the same   11:24
23 copyright release -- excuse me, the same two copyright   11:24
24 releases that had appeared on the previous exhibit?   11:24
25     A  Which one?                   11:25

Page 75

1      Q  (BY MR. BECKER) I'm handing you what's been   11:26
2  marked as Exhibit 1139.  This is Bates number   11:26
3  ASHRAE0022814.  Do you recognize this document?   11:20
4      A  Yes.                        11:24
5      Q  Could you tell me what this document is?   11:24
6      A  This is an Application for Project Committee   11:26
7  Organizational Representative Membership form.   11:21
8      Q  Does this document include a copyright   11:27
9  release under section 6?            11:20
10     A  Yes.                        11:22
11     Q  Apart from referring to ASHRAE standard or   11:24
12 guideline project committee, does this copyright   11:20
13 release under section 6 of Exhibit 1139 appear the same   11:24
14 as the copyright -- the first copyright release in   11:22
15 Exhibit 1138?                       11:23
16     MR. CUNNINGHAM:  Object to form.   11:26
17     THE WITNESS:  Actually, it differs.   11:20
18     Q  (BY MR. BECKER) How does it differ?   11:22
19     A  There's additional language included in   11:24
20 Exhibit 1139.                       11:29
21     Q  And could you tell me what that -- excuse me,   11:21
22 could you tell me what that additional language is?   11:24
23     A  In the third sentence down, it adds, "to any   11:29
24 contributions I make to documents prepared by or for   11:24
25 such committee for ASHRAE publication."  And -- and   11:28

Page 77

20 (Pages 74 - 77)

1 then the rest is all the same.          11:22
2    Q   Could you tell me on what date Exhibit 1139   11:21
3 was revised?                            11:21
4    A   October 2009.                    11:23
5 (Exhibit 1140 marked for identification.)   11:31
6    Q   (BY MR. BECKER)  Handing you what's been   11:35
7 marked as Exhibit 1140.  Do you recognize this   11:35
8 document?                               11:32
9    A   Yes.                            11:32
10   Q   Could you tell me what this document is?   11:32
11   A   This is the ASHRAE Standard Guideline Project   11:34
12 Committee Application for Individual Membership.   11:38
13   Q   And does this Exhibit 1140 include a   11:31
14 copyright release under section 5?         11:34
15   A   Yes.                            11:36
16   Q   Could you tell me if this copyright release   11:30
17 differs in any way from the copyright release on   11:35
18 Exhibit 1139?                           11:30
19       MR. CUNNINGHAM:  Object to form.   11:33
20       THE WITNESS:  The only difference is   11:31
21 that on form 1139, it says "elected as an   11:34
22 organizational member" versus 1140, which is   11:30
23 "as a member."                          11:33
24   Q   (BY MR. BECKER)  Are Exhibits 1139 and   11:32
25 Exhibits 1140 documents that individuals are required   11:35

Page 78

1 to fill out in order to obtain membership with ASHRAE?   11:30
2    A   For project committees, yes.      11:37
3 (Exhibit 1141 marked for identification.)   11:30
4    Q   (BY MR. BECKER)  I'm handing you what's been   11:30
5 marked as Exhibit 1141.  Do you recognize this   11:31
6 document?                               11:36
7    A   Yes.                            11:39
8    Q   Could you tell me what this document is?   11:30
9    A   This document is -- language includes our   11:33
10 copyright information for electronic or -- or the   11:37
11 signing.                                11:31
12   Q   Does this document, Exhibit 1141, include the   11:36
13 same two copyright releases that were seen in Exhibit   11:33
14 1135?                                   11:34
15       MR. CUNNINGHAM:  Object to form.   11:38
16       THE WITNESS:  There's a few "and"s   11:36
17 missing in the -- in -- in 1141 that are in   11:38
18 1135.  And in 1141, the signature line is   11:30
19 included, which is not in 1135.  But other   11:35
20 than that, they're the same.            11:38
21   Q   (BY MR. BECKER)  Thank you.      11:32
22       Does this document appear to be redacted to   11:35
23 you?                                    11:38
24   A   Yes.                            11:38
25   Q   Do you know why this document is redacted?   11:39

Page 79

1    A   No.                            11:32
2    Q   Does ASHRAE ordinarily keep a document that   11:38
3 would look like this in its redacted form?   11:36
4    A   Actually, I -- I would -- correct.  If it was   11:30
5 redacted, it was probably because it had contact -- or   11:32
6 contact information of the individual on here, and that   11:36
7 would have been why it would have been redacted.   11:38
8 (Exhibit 1142 marked for identification.)   11:35
9    Q   (BY MR. BECKER)  I'm handing you what's been   11:34
10 marked as Exhibit 1142.  This is ASHRAE Bates number   11:35
11 0001618.  With the exception of the different Bates   11:39
12 numbers, does this document appear to you to be   11:33
13 identical to the previous exhibit, Exhibit 1141?   11:36
14   A   Yes.                            11:32
15 (Exhibit 1143 marked for identification.)   11:32
16   Q   (BY MR. BECKER)  I'm handing you what's been   11:38
17 marked as Exhibit 1143.  Could you tell me what this   11:30
18 document is?                            11:35
19   A   This is the Form for Continuous Maintenance   11:36
20 Change Proposal.                        11:39
21   Q   And do you recognize this document?   11:30
22   A   Yes.                            11:32
23   Q   And could you tell me when this document was   11:37
24 last revised?                           11:30
25   A   January 30th, 2006.              11:31

Page 80

1    Q   And does this document have the same two   11:37
2 copyright releases as in Exhibit 1135?     11:37
3    A   Yes.                            11:37
4 (Exhibit 1144 marked for identification.)   11:37
5    Q   (BY MR. BECKER)  I'm handing you what's been   11:38
6 marked as Exhibit 1144.  Do you recognize this   11:38
7 document?                               11:38
8    A   Yes.                            11:38
9    Q   Could you tell me what it is?     11:38
10   A   This is the Form for Commenting in a Public   11:38
11 Review Draft ASHRAE Standard, Guideline or Addendum.   11:38
12   Q   And looking at the second page of this   11:38
13 document, could you tell me the date on which it was   11:38
14 revised?                                11:38
15   A   March 1st, 2004.                11:38
16   Q   And does this document have the same   11:38
17 copyright release as Exhibit 1134?         11:38
18   A   Yes.                            11:39
19 (Exhibit 1145 marked for identification.)   11:39
20   Q   (BY MR. BECKER)  Handing you what's been   11:39
21 marked as Exhibit 1145.  This is Bates number   11:39
22 ASHRAE0001606.  Could you -- do you recognize this   11:39
23 document?                               11:39
24   A   Yes.                            11:39
25   Q   Could you tell me what this document is?   11:39

Page 81

21 (Pages 78 - 81)

**Page 82**

```
 1     A   This is the Form for Commenting on a Public   11:39
 2  Review Draft ASHRAE Standard, Guideline or Addendum.   11:32
 3     Q   And could you tell me the date on which this   11:37
 4  was revised?                    11:39
 5     A   March 1st, 2004              11:33
 6     Q   And does this include the same copyright   11:34
 7  release that was in the previous exhibit, 1144?   11:36
 8     A   Yes                        11:44
 9  (Exhibit 1146 marked for identification )    11:41
10     Q   (BY MR BECKER) I'm handing you what's been   11:49
11  marked as Exhibit 1146  Do you recognize this   11:40
12  document?                      11:44
13     A   Yes                        11:44
14        MR  BECKER:  And this -- just for the   11:47
15     record, this document is Bates number   11:49
16  ASHRAE0001600                    11:41
17     Q   (BY MR BECKER) Could you tell me what this   11:45
18  document is?                    11:47
19     A   This is the Form for Submittal of a Proposed   11:48
20  Change to ASHRAE Standard Under Continuous Maintenance   11:41
21     Q   Could you -- could you tell me the   11:47
22  significance of the date in the bottom left-hand   11:49
23  corner?                        11:43
24     A   That would have been the date it was revised   11:43
25     Q   Does this document include the same copyright   11:43
```

**Page 83**

```
 1  release under section 1 as was in Exhibit 1134?   11:41
 2     A   With the exception of splitting up a   11:41
 3  sentence, it's exactly the same.  There's an "and" in   11:41
 4  1134 between "proposals" and "I understand" -- and "I   11:41
 5  understand" that is not in 1146.          11:42
 6  (Exhibit 1147 marked for identification.)    11:42
 7     Q   (BY MR. BECKER) I'm handing you what's been   11:42
 8  marked as Exhibit 1147.  This is Bates number   11:42
 9  ASHRAE0001604.  Do you recognize this document?   11:42
10     A   Yes.                       11:42
11     Q   Could you tell me what this document is?   11:42
12     A   This is a Continuous Maintenance Submittal   11:42
13  form.                          11:42
14     Q   And could you tell me when this document was   11:42
15  revised?                        11:42
16     A   January 30th, 2006.          11:42
17     Q   Does this document include the same two   11:42
18  copyright -- copyright releases as in Exhibit 1135?   11:42
19     A   Yes.                       11:43
20  (Exhibit 1148 marked for identification.)    11:43
21     Q   (BY MR. BECKER) I'm handing you what's been   11:43
22  marked as Exhibit 1148.  Do you recognize this   11:43
23  document?                      11:43
24     A   Yes.                       11:43
25     Q   Could you tell me what this document is?   11:43
```

**Page 84**

```
 1     A   This is the Form for Commenting on a Public   11:43
 2  Review Draft ASHRAE Standard, Guideline or Addendum.   11:43
 3     Q   Looking at the second page of this document,   11:43
 4  could you tell me when this document was revised?   11:43
 5     A   January 30th, 2006.          11:43
 6     Q   Does this document under section 2,   11:43
 7  "Copyright Release," have the same two copyright   11:43
 8  releases that were in Exhibit 1135?      11:43
 9     A   In the first paragraph, in -- in the third   11:44
10  line down, instead of saying "the standard," like we   11:44
11  see in Exhibit 1135, in Exhibit 1148, it says "this   11:44
12  standard."                      11:44
13  (Exhibit 1149 marked for identification.)    11:44
14     Q   (BY MR. BECKER) I'm handing you what's been   11:44
15  marked as Exhibit 1149.  Do you recognize this   11:44
16  document?                      11:44
17     A   Yes.                       11:44
18     Q   Could you tell me what this document is?   11:44
19     A   This is the Form for Commenting on a Public   11:45
20  Review Draft, ASHRAE Standard, Guideline or Addendum.   11:45
21        MR. BECKER:  For the record, I'll just   11:45
22     state that this is Bates number          11:45
23     ASHRAE0001610.                  11:45
24     Q   (BY MR. BECKER)  Looking at the back of the   11:45
25  document, could you tell me the date on which this was   11:45
```

**Page 85**

```
 1  revised?                        11:45
 2     A   January 30th, 2006.          11:45
 3     Q   Does this document, Exhibit 1149, have the   11:45
 4  same copyright releases as in the previous exhibit,   11:45
 5  1148?                          11:45
 6     A   Yes.                       11:45
 7  (Exhibit 1150 marked for identification.)    11:45
 8     Q   (BY MR. BECKER) I'm handing you what's been   11:46
 9  marked as Exhibit 1150.  This is Bates number   11:46
10  ASHRAE0001605.  Do you recognize this document?   11:46
11     A   Yes.                       11:46
12     Q   And could you tell me what this document is?   11:46
13     A   This is the Form for Submittal of a Proposed   11:46
14  Change to an ASHRAE Standard Under Continuous   11:46
15  Maintenance.                    11:46
16     Q   And could you tell me, looking at the bottom   11:46
17  right-hand corner, the date on which this was revised?   11:46
18     A   March 9th, 2007.             11:46
19     Q   And does Exhibit 1150 have the same two   11:46
20  copyright releases as Exhibit 1135?      11:46
21     A   With the exception of an "and" that's in   11:47
22  paragraph -- in the second paragraph of 1135, where   11:47
23  it's between "proposals" and "I understand," it's the   11:47
24  same.                          11:47
25  (Exhibit 1151 marked for identification.)    11:47
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| 1 | Q (BY MR. BECKER) I'm handing you what has | 11:48 |
| 2 | been marked as Exhibit 1151. Do you recognize this | 11:40 |
| 3 | document? | 11:42 |
| 4 | A Yes. | 11:42 |
| 5 | Q Could you tell me what this document is? | 11:43 |
| 6 | A This is an Application for Project Committee | 11:45 |
| 7 | Organizational Representative Membership. | 11:47 |
| 8 | Q And looking at the bottom left-hand corner, | 11:41 |
| 9 | could you tell me the date on which this was revised? | 11:45 |
| 10 | A October 2009. | 11:48 |
| 11 | Q Comparing the copyright release -- excuse me. | 11:40 |
| 12 | Is there a copyright release under Exhibit -- | 11:45 |
| 13 | excuse me, section 6 of Exhibit 1151? | 11:47 |
| 14 | A Yes. | 11:41 |
| 15 | Q And comparing that copyright release on | 11:43 |
| 16 | Exhibit 1151 with the copyright release on | 11:47 |
| 17 | Exhibit 1139, can you tell me if they are identical? | 11:42 |
| 18 | A They are identical. | 11:41 |
| 19 | Q Thank you. | 11:46 |
| 20 | (Exhibit 1152 marked for identification.) | 11:48 |
| 21 | Q (BY MR. BECKER) Handing you Exhibit 1152, | 11:41 |
| 22 | Bates number ASHRAE0001616. Do you recognize this | 11:43 |
| 23 | document? | 11:49 |
| 24 | A Yes. | 11:49 |
| 25 | Q Could you tell me what this document is? | 11:43 |

Page 86

| | | |
|---|---|---|
| 1 | MR. BECKER: For the record, I'll note | 11:57 |
| 2 | that this is Bates number ASHRAE0001612. | 11:58 |
| 3 | Q (BY MR. BECKER) Are users of the ASHRAE | 11:56 |
| 4 | website required to fill in their name into the box | 11:58 |
| 5 | that says "Name of whoever is logged in to comment | 11:54 |
| 6 | would be entered here"? | 11:57 |
| 7 | MR. CUNNINGHAM: Objection to form. | 11:59 |
| 8 | THE WITNESS: In order to comment, any | 11:52 |
| 9 | member of the public would have to enter | 11:55 |
| 10 | their name as it would appear above that line | 11:58 |
| 11 | and hit "I agree" in order to comment in the | 11:50 |
| 12 | online comment database. | 11:54 |
| 13 | Q (BY MR. BECKER) Could you tell me who checks | 11:55 |
| 14 | that box for names? | 11:58 |
| 15 | A You can't go forward. If you click "I do not | 11:51 |
| 16 | agree," you cannot submit a comment. | 11:53 |
| 17 | Q If -- does somebody check whatever names are | 11:56 |
| 18 | put in there to make sure that they match with the | 11:50 |
| 19 | person who's submitting the comments? | 11:53 |
| 20 | A Do you mean can I physically tell if you were | 11:58 |
| 21 | signed in as somebody else and put their name in there? | 11:52 |
| 22 | A Yes. | 11:56 |
| 23 | A I cannot physically tell that. | 11:58 |
| 24 | Q And if -- if I went on to the ASHRAE website | 11:51 |
| 25 | and I put in my name as just the letter Z and clicked | 11:56 |

Page 88

| | | |
|---|---|---|
| 1 | A This is the ASHRAE Standard Guideline Project | 11:44 |
| 2 | Committee Application for Individual Membership. | 11:47 |
| 3 | Q And could you tell me the date on which this | 11:56 |
| 4 | was revised? | 11:57 |
| 5 | A October 2009. | 11:58 |
| 6 | Q Comparing the -- excuse me. | 11:52 |
| 7 | Is there a copyright release at section 5 of | 11:59 |
| 8 | Exhibit 1152? | 11:52 |
| 9 | A Yes. | 11:54 |
| 10 | Q Comparing the copyright release on section 5 | 11:56 |
| 11 | of Exhibit 1152 with the copyright release from | 11:58 |
| 12 | Exhibit 1151, could you tell me if there are any | 11:52 |
| 13 | differences between the two? | 11:56 |
| 14 | A The difference is on 1151, it's for an | 11:55 |
| 15 | organizational member; and 1152, it's a member. | 11:59 |
| 16 | Q Thank you. | 11:56 |
| 17 | (Exhibit 1153 marked for identification.) | 11:56 |
| 18 | Q (BY MR. BECKER) I'm handing you what's been | 11:58 |
| 19 | marked as Exhibit 1153. Do you recognize this | 11:54 |
| 20 | document? | 11:50 |
| 21 | A Yes. | 11:51 |
| 22 | Q Could you tell me what this document is? | 11:54 |
| 23 | A This is how you would enter a comment on the | 11:55 |
| 24 | online comment database with entering the -- your name | 11:58 |
| 25 | into that field and "I agree" in order to go forward. | 11:52 |

Page 87

| | | |
|---|---|---|
| 1 | "I agree," would it allow me to proceed? | 11:53 |
| 2 | A No. | 11:56 |
| 3 | Q And how does it stop me from proceeding? | 11:57 |
| 4 | A There is a name -- where you see "Name of | 11:50 |
| 5 | whoever is logged in to comment would be entered here," | 11:53 |
| 6 | the system generates the letters -- for example, for | 11:56 |
| 7 | mine, it would say Mrs. Stephanie R-E-I-N, is where it | 11:51 |
| 8 | ends up stop -- it goes to a certain amount of | 11:55 |
| 9 | characters. That's what I enter there and hit "I | 11:58 |
| 10 | agree." | 11:51 |
| 11 | Q So it might not allow you to enter your full | 11:53 |
| 12 | name? | 11:56 |
| 13 | A Correct. You have to enter whatever it shows | 11:56 |
| 14 | above there, because it's -- you know, it's got so | 11:58 |
| 15 | many -- the coding is such to so many characters. | 11:52 |
| 16 | Q And where would it show the person's name? | 11:57 |
| 17 | A Where you see "Name of whoever is logged in | 11:59 |
| 18 | to comment would be entered here," their name would | 11:52 |
| 19 | appear there. | 11:56 |
| 20 | Q Okay. Does this Exhibit 1153 include a | 11:56 |
| 21 | copyright release? | 11:56 |
| 22 | A Yes. | 11:57 |
| 23 | Q And is that the second paragraph on | 11:51 |
| 24 | Exhibit 1153? | 11:54 |
| 25 | A Yes. | 11:56 |

Page 89

23 (Pages 86 - 89)

```
 1   Q   And does this copyright release on        11:52
 2   Exhibit 1153 appear identical to the second copyright   11:55
 3   release on Exhibit 1135?                      11:50
 4      A   Other than the fact you can't do the "I,   11:53
 5   insert name," it starts with "I, hereby," it's the   11:56
 6   same.                                         11:50
 7   (Exhibit 1154 marked for identification.)     11:53
 8      Q   (BY MR. BECKER) I'm handing you what's been   11:50
 9   marked as Exhibit 1154.  Do you recognize this   11:50
10   document?                                     11:54
11      A   Yes.                                   11:56
12      MR. BECKER:  For the record, this is       11:58
13   Bates number ASHRAE0022827.                   11:59
14      Q   (BY MR. BECKER) Could you tell me what this   11:53
15   document is?                                  11:54
16      A   This is the -- where you would go to log in   11:54
17   at the online comment database, and it shows me as   11:50
18   being logged in, because my name appears,     11:53
19   Mrs. Stephanie C. R-E-I-N.                    11:57
20      Q   And does this document, Exhibit 1154, include   11:59
21   a copyright release?                          11:54
22      A   Yes.                                   11:55
23      Q   And is this copyright release identical to   11:56
24   the copyright release in Exhibit 1153?        11:58
25      A   Yes.                                   11:59
                                         Page 90
```

```
 1      A   No.                                    11:53
 2      MR. CUNNINGHAM:  Object to the form on    11:55
 3   that.                                         11:56
 4      Q   (BY MR. BECKER) Does ASHRAE see a difference   11:51
 5   between copyright releases and copyright assignments?   11:54
 6      MR. CUNNINGHAM:  Object to the form.      11:57
 7      THE WITNESS:  No.                          11:58
 8      Q   (BY MR. BECKER) Do you see a difference   11:51
 9   between copyright releases and copyright assignments?   11:52
10      MR. CUNNINGHAM:  Object insofar as it's   11:56
11   outside the scope.                            11:59
12      THE WITNESS:  No.                          11:51
13      Q   (BY MR. BECKER) Is there any way in which   11:56
14   someone who contributed text to Standards 90.1 or to   11:58
15   the 1993 ASHRAE handbook would have given copyright   12:05
16   rights to ASHRAE, other than through the copyright   12:04
17   releases that we have discussed today?        12:09
18      MR. CUNNINGHAM:  Object to form.          12:03
19      THE WITNESS:  Do you mean because their   12:08
20   company submitted -- they took language from   12:01
21   a different document and put it in there?     12:03
22      Q   (BY MR. BECKER) I mean, does ASHRAE believe   12:06
23   that it owns the copyright in contributions to   12:08
24   Standard 90.1 or to the 1993 ASHRAE handbook by virtue   12:05
25   of any copyright assignments or releases, other than   12:00
                                         Page 92
```

```
 1      Q   Ms. Reiniche, do you know when this copyright   11:50
 2   release was first added to the ASHRAE website?   11:57
 3      A   It would have been when we started the online   11:54
 4   comment database, which was around 2005 -- no, I'm   11:56
 5   sorry, around 2008.                           11:57
 6      Q   And for the online comment database, has it   11:54
 7   always required individuals to enter their name and   11:58
 8   click "I agree" --                            11:53
 9      A   Yes.                                   11:54
10      Q   -- in order to gain access?            11:55
11      Ms. Reiniche, I will represent to you that we   11:59
12   have now produced before you as exhibits all of the   11:51
13   blank copyright releases that ASHRAE has produced to   11:55
14   Public Resource through discovery.            11:50
15      Are you aware of any other copyright releases   11:53
16   that ASHRAE uses in order to get copyright for   11:57
17   Standards 90.1 or for the 1993 ASHRAE handbook that   11:53
18   have not been produced to Public Resource?    11:50
19      A   I'm not aware of anything that has not been   11:53
20   produced.                                     11:55
21      Q   Is ASHRAE aware of any copyright releases   11:57
22   that have not been produced to Public Resource?   11:50
23      A   No.                                    11:54
24      Q   Is ASHRAE aware of any copyright assignments   11:57
25   that have not been produced to Public Resource?   11:51
                                         Page 91
```

```
 1   those that we have discussed today?           12:04
 2      A   No.                                    12:08
 3      Q   And does ASHRAE believe that it owns   12:09
 4   copyright in contributions to Standards 90.1 or to the   12:02
 5   1993 handbook by virtue of any other means, other than   12:06
 6   those copyright releases that we have discussed today?   12:01
 7      A   No.                                    11:56
 8      MR. CUNNINGHAM:  I'm going to object   12:08
 9   insofar as the last few questions called for   12:09
10   legal conclusions.                            12:01
11      MR. BECKER:  I think that we can stop   12:01
12   for lunch here, if that works for the rest of   12:03
13   you.                                          12:05
14      THE VIDEOGRAPHER:  Going off the record   12:06
15   at 12:01.                                     12:07
16   (Lunch recess.)                              13:04
17   (Exhibit 1155 marked for identification.)     13:05
18      THE VIDEOGRAPHER:  Going on the record   13:02
19   at 13:03.                                     13:03
20      Q   (BY MR. BECKER) Ms. Reiniche, we're back on   13:03
21   the record now.                               13:05
22      Did you have anything that you had remembered   13:06
23   or wanted to add to prior testimony today?    13:09
24      A   No.                                    13:03
25      Q   Thank you.                             13:04
                                         Page 93
```

24 (Pages 90 - 93)

1     Now, Ms. Reiniche, I'm handing you what's     13:05
2  been marked as Exhibit 1155. It's Bates number     13:09
3  ASHRAE0001598. So, Ms. Reiniche, my sincere apologies.  13:07
4  I had missed this one last document that pertains to     13:04
5  the subject that we were discussing prior to lunch.     13:08
6     Can you tell me if you recognize this     13:02
7  document?     13:04
8  A  Yes.     13:04
9  Q  And can you tell me what this document is?     13:05
10  A  This is an Application for Membership on     13:09
11  ASHRAE Standard or Guideline Project Committee.     13:01
12  Q  And can you tell me if this document contains     13:03
13  a copyright assignment?     13:06
14  A  Yes, under number 7.     13:06
15  Q  Okay. And could you tell me if after seeing     13:09
16  this document if that changes any of your answers     13:01
17  earlier today?     13:05
18  A  No, it does not.     13:05
19  Q  Thank you.     13:07
20     Ms. Reiniche, could you walk me through at a     13:07
21  high level how ASHRAE standard -- standards are     13:00
22  created?     13:03
23  A  Sure. So it starts with a title, purpose and  13:03
24  scope being submitted for consideration to be approved.  13:08
25  That would have been approved by the procedures, policy  13:03
Page 94

1  interpretation subcommittee, then forwarded to the     13:07
2  standards committee for approval. Depending on what     13:02
3  year, it would have had to go to tech council, but     13:06
4  always ends up at our board of directors to approve the  13:00
5  title, purpose and scope for a new standard project     13:03
6  committee or guideline.     13:07
7     Then after that, you would do a call for     13:09
8  members, people would submit the membership     13:02
9  applications, and then the committee chair would     13:05
10  recommend to the standards project liaison subcommittee  13:04
11  and standards committee their membership.     13:01
12     And then the committee would -- would begin     13:06
13  working on drafting the document. Then they would     13:00
14  approve it for public review. And then depending on     13:04
15  what type of committee, would dictate how much more     13:08
16  oversight. So standards project liaison subcommittee     13:03
17  or the SPLS liaison would -- would say it's okay to go     13:05
18  out for public review. It goes out for comment.     13:01
19     The committee reviews all the comments,     13:05
20  responds to all the commenters. And then the     13:07
21  commenters have to indicate their resolution status.     13:00
22  And then the committee needs to decide whether or not     13:03
23  changes need to be made to the standard -- to the     13:06
24  document based on the comments received, or if not --     13:09
25  if not, it goes for -- they'll approve it for     13:02
Page 95

1  publication. If they need to make more changes, it     13:06
2  will go back to the public review process.     13:08
3  Q  So in this process that you were describing,     13:01
4  it's the standards committee that would begin drafting  13:05
5  the document; is that correct?     13:08
6  A  No. It's the project committee that drafts     13:09
7  the document.     13:01
8  Q  And the process that you just described, is     13:01
9  that the process that's used for ASHRAE Standard 90.1?  13:06
10  A  It would have when it was started. The     13:02
11  difference -- there's a little difference now because     13:04
12  it's on continuous maintenance.     13:06
13  Q  And what -- what does that difference mean?     13:08
14  A  The difference is the membership is on a     13:00
15  four-year rotating cycle, so one -- basically, roughly  13:04
16  one-third of the committee would roll off every four     13:08
17  years, so they're not -- everyone is not coming off at  13:01
18  the same time. And new members will be added, so     13:04
19  they're added continuously, typically once a year.     13:07
20     Then instead of the full draft going out,     13:02
21  their addenda are issued to go out for public review     13:07
22  and comment. They'd either come from stuff that has     13:00
23  been generated by the committee or through a continuous  13:03
24  maintenance change proposal. And then the rest of the  13:05
25  process would follow the same way.     13:07
Page 96

1  Q  And the -- who drafts the title, purpose and  13:03
2  scope?     13:07
3  A  The title, purpose and scope can be -- a new  13:02
4  one can be submitted by anyone. I could submit one;     13:05
5  you could submit one. The technical committee within     13:07
6  ASHRAE is usually how it's submitted.     13:01
7  Q  And is the technical committee, are they     13:02
8  volunteers or are they employees of ASHRAE?     13:07
9  A  Volunteers.     13:00
10  Q  And the project committee as well is     13:01
11  volunteers, correct?     13:03
12  A  That's correct.     13:04
13  Q  How are ASHRAE employees involved in the     13:01
14  creation and maintenance of ASHRAE Standard 90.1?     13:05
15  A  In the -- are you talking from now or are you  13:01
16  talking about when it was first started?     13:04
17  Q  Let's -- let's go from when it first started  13:07
18  until now.     13:09
19  A  So when the title, purpose and scope would     13:01
20  have been proposed, a staff member would -- would     13:03
21  review that to make sure it's in the correct format     13:09
22  and, if there is some questions, would actually send it  13:09
23  back to whoever had proposed it to make -- to correct     13:01
24  it or say if they're okay, if we met their intent, and  13:05
25  then send it forward to -- it probably when -- 19 --     13:09
Page 97

25 (Pages 94 - 97)

1  90.1 was developed in, I think, 1975.  They probably    13:05
2  didn't have all the subcommittees that we have now, but  13:01
3  would have went through the approving bodies up through  13:04
4  the board that way.                                       13:07
5      Q    And would there have been a project committee   13:07
6  as well for -- for the original 90.1?                     13:09
7      A    Yes.                                             13:01
8      Q    And during that process, did staff members      13:09
9  draft any of the text for 90.1?                           13:15
10     A    From the beginning?                              13:10
11     Q    Yeah.                                            13:12
12     A    Not unless they were making the edits to --     13:13
13  because of conformity and -- or conflicts or things      13:16
14  like that.                                               13:19
15     Q    And would staff members have contributed any    13:12
16  text to subsequent versions of 90.1?                     13:18
17     A    In the same way, either in the discussions,     13:10
18  if there's a conflict or stuff doesn't -- or through     13:13
19  the editing and review of the material.                  13:17
20     Q    And does ASHRAE have any record of that?        13:12
21     A    If it was done -- it would have been done via   13:17
22  email, at the time email started.  90.1 started before   13:10
23  the Internet, so if the -- if -- if the records still    13:15
24  existed, it would have been in paper format.             13:10
25     Q    What is ASHRAE's purpose in creating these      13:11
                                                    Page 98

1  standards?                                                13:14
2      A    It's to -- the purpose is to advance the        13:16
3  building sciences.  We have a long mission statement,     13:12
4  but that's essentially what it is.                        13:16
5      Q    Does ASHRAE's mission statement reflect its     13:15
6  purposes in -- in developing these standards?            13:18
7      A    I would say yes.                                 13:13
8      Q    And how does ASHRAE advance the building        13:16
9  sciences?                                                 13:19
10     A    I would -- well, I would say through the        13:12
11  development of the -- the standards that affect, you     13:15
12  know, the energy efficiency of buildings, indoor air    13:18
13  quality, indoor environmental quality.  I'm sure        13:12
14  there's other things that we create, courses and books  13:15
15  that are outside the standards development process that  13:18
16  we do as well.                                           13:11
17     Q    And why is it that individuals who are not      13:10
18  employees of ASHRAE participate in the standard design  13:16
19  process?                                                 13:19
20         MR. CUNNINGHAM:  Object to form.                 13:13
21         THE WITNESS:  I would say because for            13:14
22  various reasons it could affect their                    13:18
23  company.  Maybe they want to make the world a           13:10
24  better place, maybe it affects the codes.  It           13:13
25  varies.  It depends on the individuals.                  13:16
                                                    Page 99

1      Q    (BY MR. BECKER)  And by "the codes," are you   13:18
2  referring to the standards that have been enacted into   13:19
3  regulation?                                               13:14
4      A    That and -- and the international codes, the    13:14
5  codes spelled by NFPA, IAPMO.                             13:19
6      Q    Are there any other reasons why -- why         13:13
7  individuals who are not employees of ASHRAE participate  13:16
8  in the ASHRAE development -- standard development        13:19
9  process?                                                 13:13
10         MR. CUNNINGHAM:  Object to form.                 13:14
11         THE WITNESS:  I'm sure there are.  I             13:15
12  just -- that's not a question I ask when                 13:16
13  people apply for membership.                             13:19
14     Q    (BY MR. BECKER)  Does ASHRAE draw -- draft      13:11
15  model laws or ordinances?                                13:14
16     A    Where we would start with the drafting for      13:16
17  the law, is that what you mean?                          13:11
18     Q    Does ASHRAE oversee the drafting of model      13:12
19  laws and ordinances?                                     13:16
20     A    We submit comments on things that are coming   13:18
21  out through -- through -- through the -- through         13:10
22  Congress or that have been posted in the Federal         13:12
23  Register; things like that.                              13:15
24     Q    And what's the purpose of submitting comments  13:16
25  in -- for things that are coming out in legislation and  13:19
                                                    Page 100

1  regulation as you're describing?                          13:11
2      A    The purpose is to -- to -- typically, you       13:14
3  want stuff that's been done through consensus process   13:19
4  and has the expertise, so that may be a reason.          13:13
5  Another reason may be to make it consistent language    13:17
6  with what's already out there in our standards or        13:10
7  others; that type of thing.                               13:14
8      Q    When you say "you want stuff that's been done  13:15
9  through the consensus process," who is "you" in that     13:10
10  sentence?                                                13:14
11     A    ASHRAE.                                          13:15
12     Q    ASHRAE.  Okay.                                   13:15
13         And why is it that ASHRAE wants things that      13:18
14  have been done through the consensus process?           13:11
15     A    Because the -- the proper experts are           13:14
16  participating in the development of those documents,    13:17
17  it's -- it's been vetted in the industry, people have   13:10
18  had a chance to comment.  We've tried to reach          13:13
19  resolution so, you know, an equal amount of people are  13:17
20  unhappy.                                                 13:10
21     Q    And you referred to an interest in expertise    13:14
22  in the process of drafting legislation and regulation.  13:18
23  Does that also reflect ASHRAE's interest in -- in       13:13
24  having expertise reflected in that process?             13:17
25         MR. CUNNINGHAM:  Object to the form.             13:19
                                                    Page 101

                                                26 (Pages 98 - 101)

**Page 102**

1    THE WITNESS: I'm not sure what you    13:11
2  mean.    13:12
3    Q  (BY MR. BECKER) Okay. Just a moment ago,    13:13
4  you said the purpose is to -- "typically, you want    13:16
5  stuff that's been done through consensus process and    13:10
6  has the expertise, so that may be a reason." So what    13:13
7  did you mean by "has expertise" there?    13:18
8    A  So if you're writing, for example, something    13:12
9  on how to create a widget, you want the people that    13:14
10 know how to create a widget, the information coming    13:18
11 from that versus someone who has -- in legislation may    13:11
12 have a marketing degree that doesn't understand how to    13:16
13 create that widget.    13:18
14    Q  And so for air-conditioning or heating, you    13:19
15 would want somebody who has expertise in that area,    13:13
16 rather than necessarily a legislator or a regulator who    13:17
17 doesn't have expertise in that area; is that correct?    13:11
18    A  We would want the information to come through    13:15
19 stuff that had been done by the expert to be reflected,    13:17
20 that would be correct.    13:11
21    Q  And why is that important to have it come    13:12
22 from an expert?    13:14
23    A  Because they're the ones that understand how    13:15
24 to make that product or how to construct that building    13:17
25 or how to make something more energy efficient; that    13:10

**Page 103**

1  type of thing.    13:13
2    Q  Is there technical expertise that's necessary    13:14
3  in order to understand that subject?    13:17
4    MR. CUNNINGHAM: Object to the form.    13:19
5    THE WITNESS: It depends on what you're    13:15
6  writing. But I don't think you can do it    13:16
7  just with -- just looking at something. You    13:19
8  have to have some knowledge.    13:12
9    Q  (BY MR. BECKER) So for -- to make it    13:13
10 concrete for Standard 90.1, is that a standard that    13:19
11 would require technical expertise in order to know what    13:19
12 its contents were and what should be enacted into law?    13:16
13    MR. CUNNINGHAM: Object to the form.    13:19
14    THE WITNESS: You need to understand    13:12
15 how -- all of 90.1. It does help to have    13:15
16 technical expertise in engineering. Whether    13:18
17 or not something needs -- the technical    13:11
18 expertise is needed to go into the law, I    13:13
19 would still venture on the side of yes.    13:17
20    Q  (BY MR. BECKER) How does one identify a    13:10
21 particular ASHRAE standard? Is there -- is there a    13:14
22 particular naming convention that ASHRAE uses for its    13:19
23 standards?    13:11
24    A  Each has a number, and so it's just    13:13
25 sequential in number; whatever number we are last at is    13:16

**Page 104**

1  the next number for a standard. There are a couple    13:19
2  when they're tied together; for example, 90.1 has a    13:19
3  90.2 and a 90.4, because they cover -- it's energy    13:19
4  efficiency, but they cover a certain building type.    13:19
5    Q  And when referring to these standards, if    13:19
6  they were referred to in, say, regulation, would it    13:19
7  need to say ASHRAE 90.1 or could the regulation simply    13:19
8  say 90.1 and would people know what that was referring    13:19
9  to?    13:19
10    MR. CUNNINGHAM: Object to the form.    13:19
11    MR. FEE: Same objection.    13:19
12    THE WITNESS: If you're within ASHRAE,    13:19
13 you will know ASHRAE 90.1. If you just said    13:19
14 90.1, I would probably want you to say    13:19
15 ANSI/ASHRAE Standard 90.1 and the year, so    13:19
16 you know which document they're talking    13:19
17 about.    13:19
18    Q  (BY MR. BECKER) Would that be the correct    13:19
19 way to cite the ASHRAE 90.1 standard?    13:19
20    MR. FEE: Objection, form.    13:20
21    THE WITNESS: I would include the title.    13:20
22 The first reference you make as well still    13:20
23 makes it clear.    13:20
24    Q  (BY MR. BECKER) Yeah. So people should say    13:20
25 ANSI/ASHRAE Standard 90.1?    13:20

**Page 105**

1    MR. FEE: Same objection.    13:20
2    THE WITNESS: They should say    13:20
3  ANSI/ASHRAE Standard 90.1, energy efficiency    13:20
4  for -- oh, I just lost the blank -- my -- for    13:20
5  buildings -- not -- except for residential    13:20
6  buildings or something.    13:20
7    Q  (BY MR. BECKER) Thank you.    13:20
8    Referring back to Exhibit 1155, on the back    13:21
9  of that exhibit, Bates number ASHRAE0001599, it refers    13:21
10 to interest categories; is that correct?    13:21
11    A  That's correct.    13:21
12    Q  And it has a -- an interest category that    13:22
13 includes user; is that correct?    13:22
14    A  That's correct.    13:22
15    Q  And within the user interest category is a    13:22
16 subcategory for a user government; is that correct?    13:22
17    A  That's correct.    13:22
18    Q  And that's for a representative of a    13:22
19 government agency; is that correct?    13:22
20    A  That would be correct.    13:22
21    Q  And this document by the -- the date on the    13:22
22 bottom left-hand corner, does that mean that this    13:22
23 document was last revised on March 5th, 2001?    13:22
24    A  Yes.    13:22
25    Q  Thank you.    13:22

1        And if you refer to Exhibit 1151, please.    13:22
2    A    Okay.    13:23
3    Q    This also has, under section 5, a listing of    13:23
4    check boxes for interest categories; is that correct?    13:23
5    A    That's correct.    13:23
6    Q    And for SSPC 90.1, those categories include    13:23
7    compliance, designer, general interest, industry, user    13:23
8    and utility; is that correct?    13:23
9    A    That's correct.    13:23
10    Q    And if you turn to the next page, Bates    13:23
11    number ASHRAE0001614, that includes a -- the    13:23
12    definitions of these interest categories; is that    13:23
13    correct?    13:23
14    A    That's correct.    13:23
15    Q    And for compliance, would that category    13:23
16    include regulators?    13:23
17    A    If you -- if you include them as federal    13:24
18    officials, then yes.    13:24
19    Q    And who makes the determination for these    13:24
20    particular interest categories?    13:24
21    A    Do you mean who decides which interest    13:24
22    category a person belongs in?    13:24
23    Q    Yes.    13:24
24    A    The applicant suggests which interest    13:24
25    category they belong in, then the chair of the -- of    13:24

Page 106

1    with the Department of Energy with senior leadership    13:24
2    within ASHRAE.    13:29
3        And document 1157 appears to be a draft,    13:22
4    because -- since it's not signed, I can't say it's the    13:21
5    official one, but a Draft Memorandum of Understanding    13:24
6    Between the Department of Energy and ASHRAE.    13:27
7    Q    And does it appear to you that this draft,    13:22
8    the Exhibit 1157, was the attachment to Exhibit 1156?    13:20
9    A    Well, I would say it probably is the exhibit,    13:20
10    but since the document doesn't have a -- a thing that    13:24
11    says DOEMOU.doc on it, I would have to assume that it    13:29
12    is the same one.    13:25
13    Q    I'll -- I'll represent that -- that it is    13:25
14    the -- the attachment.    13:27
15        Could you tell me what -- what is the purpose    13:22
16    of the Department of Energy Memorandum of Understanding    13:24
17    with ASHRAE?    13:20
18    A    Its -- its basic purpose is to talk about    13:21
19    ways that we're going to work together or towards    13:24
20    goals.    13:28
21    Q    And does ASHRAE have a history of working    13:25
22    together with the Department of Energy?    13:27
23    A    Yes.    13:21
24    Q    How long has ASHRAE been working with the    13:21
25    Department of Energy?    13:27

Page 108

1    the project committee will review that information,    13:23
2    look at all their applicable paperwork, and then decide    13:26
3    if that's correct.    13:21
4        They may say no and put them in a different    13:21
5    interest category.  And then SPLS will look at that    13:24
6    recommendation, and they could look at the same    13:20
7    paperwork and determine that they're still not in the    13:22
8    correct interest category and move them into a    13:26
9    different one.    13:28
10    Q    And so has it happened that people have been    13:28
11    moved from one interest category to a different one?    13:20
12    A    Yes.    13:27
13    (Exhibit 1156 and Exhibit 1157 marked for    13:28
14    identification.)    13:21
15    Q    (BY MR. BECKER)  I'd like to hand you what's    13:21
16    been marked as 1 -- Exhibits 1156 and Exhibits 1157.    13:23
17    Exhibit 1156 is Bates number ASHRAE0026227.  And then    13:27
18    Exhibit 1157 is Bates number ASHRAE0026229.    13:23
19        Do you recognize these documents,    13:24
20    Ms. Reiniche?    13:26
21    A    Yes.    13:27
22    Q    And could you tell me what these documents    13:21
23    are?    13:23
24    A    Document 1156 is an email conversation    13:26
25    regarding a meeting that's -- that was going to occur    13:21

Page 107

1        MR. CUNNINGHAM:  Object to the form.    13:22
2        THE WITNESS:  I would probably say since    13:22
3    at least 90.1 has been as part of -- adopted    13:24
4    into EPAct as the minimum energy efficiency    13:26
5    for commercial buildings.    13:21
6    Q    (BY MR. BECKER)  Do you have any idea when -- 13:23
7    approximately when that would have been?    13:24
8    A    I would -- I want to say '99, but I'm -- I    13:32
9    need to check.    13:36
10    Q    What's the -- the -- what -- what is the    13:38
11    purpose of ASHRAE's work with the Department of Energy?    13:33
12        MR. CUNNINGHAM:  Object to the form.    13:32
13        THE WITNESS:  To -- to advance the    13:38
14    mission of ASHRAE, which is, you know,    13:30
15    advance the art of building sciences.    13:32
16    Q    (BY MR. BECKER)  And for -- for Exhibit    13:37
17    ASHRAE -- excuse me, Exhibit 1156, you're listed among    13:39
18    the recipients for this email; is that correct?    13:34
19    A    That's correct.    13:38
20    Q    And you're listed among the recipients for    13:39
21    the -- the email that's further down in the chain in --  13:32
22    on that exhibit; is that correct?    13:38
23    A    That's correct.    13:39
24    Q    On Exhibit 1157, section 2, it refers to    13:38
25    promoting and supporting implementation of ASHRAE    13:34

Page 109

28 (Pages 106 - 109)

1 standards through training programs, including        13:37
2 self-directed learning, building code interaction and   13:30
3 ASHRAE chapter oriented training.        13:33
4        What is the Department of Energy's role in   13:36
5 that?        13:38
6    A    They -- Department of Energy provides   13:39
7 training not only ASHRAE, but other code bodies' codes,  13:33
8 so it would be supported through software development,   13:30
9 maybe at the DOE level, they give trainings on what's   13:35
10 in 90.1; things like that.        13:30
11    Q    Does the Department of Energy provide funding  13:33
12 to ASHRAE?        13:37
13    A    No.        13:37
14    Q    Does the Department of Energy provide any   13:30
15 funds to ASHRAE?        13:34
16    A    I suppose if someone is a -- a member and the  13:38
17 Department of Energy pays their membership fees to   13:32
18 ASHRAE to be a member of ASHRAE, then yes, but it goes  13:34
19 to membership.        13:37
20    Q    On the second page of Exhibit 1157,   13:36
21 subsection 5 says, "Cooperating in promoting of   13:32
22 ANSI/ASHRAE standards adoption in the International   13:36
23 Standards Organization (ISO) standards."   13:39
24        What is that referring to?        13:32
25    A    That must have been -- that would have been a  13:35

Page 110

1 the Department of Energy?        13:31
2    A    No.        13:32
3    Q    And section 10 refers to "Advancing and   13:34
4 supporting the professional development of DOE   13:36
5 personnel by facilitating membership, attendance, and   13:39
6 active participation at the local and society levels of  13:33
7 ASHRAE, especially as a member of technical committees  13:37
8 and standard project committees, and by providing a   13:30
9 venue for publication of research and practice."   13:33
10        What kind of publication is this referring   13:36
11 to?        13:37
12    A    They're talking about research publication.   13:31
13 If the DOE does research, they're publishing it   13:34
14 somewhere.  It's not referring to standards.   13:37
15    Q    Does ASHRAE publish DOE research?   13:30
16    A    Not that I'm aware of.        13:36
17    Q    With regards to section 13, do you know what  13:32
18 they are referring to with regards to counter-terrorism  13:38
19 design features?        13:35
20    A    No.        13:30
21    Q    Do you know what -- under -- under section   13:34
22 14, the DOE Energy Efficient Building Systems Regional  13:38
23 Innovation Cluster Initiative is?        13:35
24    A    I don't think that exists anymore, but   13:30
25 there's been a collaborative where they've worked   13:32

Page 112

1 new thing added.  The Department of Energy hasn't done  13:37
2 anything that I'm aware of to promote the adoption of   13:30
3 ASHRAE -- ANSI/ASHRAE standards in ISO.        13:32
4    Q    And for section 8, where it refers to   13:38
5 "Cooperating and promotion of ANSI/ASHRAE standards   13:30
6 adoption in building codes," what does that refer to?   13:36
7    A    That could be supporting proposals that would  13:37
8 have been submitted to adopt 90.1 in -- in the   13:39
9 international code, because that's the federal minimum,  13:33
10 and they would have provided supporting testimony,   13:37
11 probably.        13:30
12    Q    When you say "they would have provided   13:31
13 supporting testimony, probably," is that the Department  13:33
14 of Energy that would provide that?        13:36
15    A    A -- a staff member from the Department of   13:37
16 Energy.        13:30
17    Q    Okay.  Are there any other ways that ASHRAE,  13:31
18 ANSI and the Department of Energy have cooperated in   13:39
19 promoting these standards adoption in building codes?   13:33
20    A    I'm not aware of ANSI promoting standards   13:30
21 adoption in building codes, other than -- it's an   13:34
22 ANSI/ASHRAE standard going through their process.  They  13:39
23 don't go to building codes.  I can't think of anything  13:31
24 else with the Department of Energy.        13:36
25    Q    Anything else with regards to just ASHRAE   13:38

Page 111

1 together, and they just -- they talk about research and  13:34
2 things like that.        13:37
3    Q    Was the Memorandum of Understanding Between   13:31
4 the DOE and ASHRAE, Exhibit 1157, eventually signed by  13:34
5 both ASHRAE and the Department of Energy?        13:34
6    A    I need to go back and check to see if it was  13:37
7 signed.        13:32
8    Q    How would you characterize the relationship   13:32
9 between the Department of Energy and ASHRAE?        13:34
10    A    I mean, they work -- we work together.   13:32
11 That's probably on -- not all -- not all of these   13:35
12 projects, but I mean some things.        13:30
13    Q    You mentioned that someone from the   13:30
14 Department of Energy would testify on behalf of ASHRAE  13:33
15 in terms of getting the Standard 90.1 adopted as a   13:38
16 building code.  How does ASHRAE benefit from having   13:38
17 90.1 endorsed by the DOE?        13:32
18        MR. CUNNINGHAM:  Object to the   13:35
19    characterization of prior testimony.        13:36
20        THE WITNESS:  They don't testify on   13:30
21    behalf of ASHRAE.  They testify on behalf of   13:31
22    the Department of Energy.        13:34
23    Q    (BY MR. BECKER)  Excuse me.        13:35
24    A    So the benefit is then the IECC and 90.1 can  13:36
25 be the same.  So it's a -- it's the benefit to having   13:35

Page 113

29 (Pages 110 - 113)

1 a -- one code.                                13:39
2     Q    And are the IECC and Standard 90.1 the same?  13:32
3     A    They are not exactly the same.        13:36
4     Q    And how do they differ?              13:39
5     A    I would have to look at the versions and the  13:32
6 comparisons.  In some instances, 90.1 would be more  13:35
7 stringent; in other, IECC.                   13:30
8     Q    On balance, would you characterize the IECC  13:30
9 as being more stringent than ASHRAE 90.1 or vice versa?  13:34
10    A    They have a different process.  The IECC,  13:41
11 while it's a consensus process, is not an ANSI  13:45
12 consensus process, so it's comparing apples to oranges.  13:49
13    Q    What does ASHRAE do to educate governments  13:46
14 and government officials about its work?     13:42
15    A    It has a staff person and/or leadership talk  13:42
16 to the staff on the hill about what our process is,  13:49
17 what standards we have, certification programs, classes  13:44
18 and things like that.                        13:44
19    Q    And are there particular staff people who  13:45
20 talk to staff members on the hill?           13:47
21    A    Yes.                                 13:40
22    Q    And what individuals are these?      13:41
23    A    Mark Ames and Doug Read.  And Jeff Littleton  13:45
24 might talk to some, too.                     13:49
25    Q    And you say ASHRAE has leadership that talks  13:49
                                               Page 114

1 to staff on the hill.  Is that Jeff Littleton?  13:42
2     A    The -- it -- it could be Jeff, it could be  13:45
3 whoever is the president for that given -- given  13:40
4 society year or vice president that society year.  It  13:43
5 depends on the year, it depends on who they're talking  13:47
6 to.                                          13:42
7     Q    And what are Mr. Ames' and Mr. Read's  13:42
8 positions at ASHRAE?                         13:47
9     A    Well, Mr. -- Mark's title is senior manager  13:49
10 of government affairs.  Doug's title was director.  He  13:46
11 has retired.                                 13:43
12    Q    And was -- was Doug's -- Doug Read's title  13:46
13 just director or director of government affairs?  13:49
14    A    A director of government affairs.      13:42
15    Q    Are there other employees of ASHRAE who work  13:48
16 with -- or who did work with Mr. Ames and Mr. Read on  13:43
17 government affairs?                          13:48
18    A    They have a secretary -- or an administrative  13:41
19 assistant that works there.  She doesn't talk to people  13:46
20 on the hill.  And they have a new person there, Jim  13:48
21 Scarborough.  He deals with local.          13:42
22    Q    Is that a local government that he works --  13:40
23 deals with?                                  13:43
24    A    Yeah, the grassroots chapters within ASHRAE.  13:44
25    Q    So is government affairs its own department  13:49
                                               Page 115

1 within ASHRAE?                               13:43
2     A    Yes.                                 13:43
3     Q    And is that located in Washington, D.C.?  13:43
4     A    Yes.                                 13:43
5     Q    And what is -- why is it that ASHRAE has a  13:43
6 separate department for government affairs that's  13:44
7 located in Washington, D.C.?                 13:44
8     A    So they can -- it's easier to talk to people  13:44
9 on the hill.  It's been there as long as I've been  13:44
10 there.                                       13:44
11    MR. BECKER:  All right.  Let's take a       13:44
12 break.                                       13:44
13    THE VIDEOGRAPHER:  Going off the record     13:44
14 at 13:44.                                    13:44
15 (Recess taken.)                              13:53
16    THE VIDEOGRAPHER:  Going on the record      13:56
17 at 13:56.                                    13:56
18    Q    (BY MR. BECKER)  Ms. Reiniche, are you aware  13:56
19 if DOE employees are on the 90.1 policy committee?  13:56
20    A    90.1 policy committee?  You mean on the  13:56
21 project committee?                           13:56
22    Q    Project committee, excuse me.         13:56
23    A    Yes.                                 13:56
24    Q    They are?                           13:56
25    A    There is a staff person on there, yes.  13:56
                                               Page 116

1     Q    And have DOE employees been on the 90.1  13:53
2 project committee -- committee in the past?  13:57
3     A    Yes.                                 13:59
4     Q    Okay.  And so DOE employees provide -- they  13:50
5 contribute to the development of 90.1; is that correct?  13:50
6    MR. FEE:  Objection to form.              13:54
7    THE WITNESS:  They participate in the       13:55
8    process.  I'm not aware of any draft        13:57
9    language.                                 13:50
10 (Exhibit 1158 marked for identification.)    13:51
11    Q    (BY MR. BECKER)  Ms. Reiniche, I'm handing  13:52
12 you what's been marked as Exhibit 1158.  This is a  13:53
13 document with Bates number ASHRAE0005856.  It's labeled  13:50
14 "Marketing Task Force Report."              13:58
15    A    Okay.                               13:50
16    Q    Are you familiar with this document,   13:53
17 Ms. Reiniche?                                13:55
18    A    Yes.                                 13:59
19    Q    Could you tell me what this document is?  13:50
20    A    This is a document that would have been  13:53
21 presented to the project committee on priorities -- on  13:54
22 trying to get things out in the marketplace.  13:56
23    Q    And could you tell me what -- do you know  13:53
24 what Chris Mathis's position is at ASHRAE?   13:56
25    A    He is not a staff member at ASHRAE.   13:50
                                               Page 117

30 (Pages 114 - 117)

1  Q  Oh, really.  Who is Chris Mathis?  13:52
2  A  He's an ASHRAE member.  13:55
3  Q  Okay.  And is -- what was the purpose of  13:56
4  creating this document?  13:59
5      MR. CUNNINGHAM:  Object to form.  13:52
6      THE WITNESS:  Just to tell -- inform  13:58
7  people of where they were on these priorities  13:51
8  for marketing.  13:55
9  Q  (BY MR. BECKER)  Is there some kind of a  13:59
10  marketing committee that he was part of?  13:51
11  A  There must have been a marketing committee,  13:57
12  because there was a marketing task force, but it  13:58
13  wouldn't been -- wouldn't have been a -- a committee  13:51
14  within 90.1.  13:53
15  Q  This would have been a -- a separate ASHRAE  13:58
16  committee?  13:52
17  A  An ad hoc or something like that.  13:53
18  Q  And is it typical to have individuals who are  13:56
19  not employees of ASHRAE who are on marketing committees  13:59
20  for ASHRAE?  13:54
21  A  In any ad hoc committee, we have members  13:58
22  on -- on those committees.  It's not typically just  14:01
23  ASHRAE staff.  14:05
24  Q  With regards to the fifth page of Bates  14:01
25  number ASHRAE0005859, it says, "Actions on each  14:01

Page 118

1  et cetera, that was considered an obstacle?  14:06
2      MR. CUNNINGHAM:  Object, insofar as this  14:02
3  leaves the scope of the topics this witness  14:03
4  was designated for.  14:07
5      THE WITNESS:  Well, it would have been  14:09
6  after this that we -- just the readability,  14:00
7  the formatting, we just changed -- went from  14:04
8  one column to two columns.  We would have  14:07
9  changed the chapter organization just to make  14:00
10  it flow better and easier for the reader to  14:03
11  understand.  14:06
12  Q  (BY MR. BECKER)  And is that something that  14:07
13  you know from your work at ASHRAE?  14:07
14  A  Yes, we have since -- since this, and we have  14:00
15  done one complete overhaul in the formatting.  14:04
16  Q  And what are they referring to by  14:00
17  "enforcement of EPAct" there?  14:04
18  A  They're probably talking about the fact that  14:00
19  not all states abide by it.  They don't -- there's a  14:02
20  lot of states that are on older versions of the code  14:07
21  when they're supposed -- when, according to EPAct,  14:00
22  they're supposed to be adopting the latest version  14:04
23  within two years of the determination that the newest  14:08
24  version of 90.1 is more energy efficient than the last.  14:02
25  Q  Just to clarify, when you say "older versions  14:08

Page 120

1  Priority (#2).  Increase the use of the standard by  14:00
2  architects, engineers and building officials."  14:00
3      Then as a -- subpoints under that, it says,  14:00
4  "Underway!  ASHRAE and DOE partnership to bring  14:00
5  train-the-trainer sessions to the Chapters!"  14:00
6      Do you know what these train-the-trainer  14:00
7  sessions are?  14:00
8  A  It's to train people to teach others about  14:01
9  90.1.  14:01
10  Q  And do you know how ASHRAE and DOE were  14:01
11  partnering to provide these training sessions?  14:01
12  A  I would have to check, because this would  14:01
13  have been when it was started.  14:01
14  Q  On the next page it says, "Expand the reach  14:01
15  of the standard," and then a subpoint, it says, "DOE  14:01
16  partnership activities underway (training)."  14:01
17      Is that referring to the train-the-trainer  14:01
18  sessions or is that referring to something else?  14:01
19  A  No, the train-the-trainer sessions.  14:01
20  Q  On the third-to-last page, marked Bates  14:02
21  number ASHRAE005865, it says "Obstacles Recognized."  14:02
22  Do you see that?  14:02
23  A  Yes.  14:02
24  Q  What is it about the format, printing,  14:02
25  beauty, readability, editing, style, images, voice,  14:02

Page 119

1  of the code," you mean older versions of ASHRAE 90.1?  14:00
2  A  ASHRAE 90.1 or something that's deemed to  14:02
3  comply, like the IECC, an older version of the IECC.  14:04
4  Q  And it says, "ASHRAE's history of marketing  14:02
5  successes."  14:05
6      Below that, "Good news!  ASHRAE has approved  14:07
7  funding to establish a marketing department!!!"  14:03
8      Does ASHRAE now have a marketing department?  14:08
9  A  We had a marketing department, then they  14:00
10  dissolved it and moved them under, and now they're  14:03
11  starting back up a marketing section.  14:06
12  Q  And what is the -- the purpose of ASHRAE's  14:08
13  marketing department?  14:06
14  A  To market the ASHRAE products and classes and  14:06
15  things like that.  14:00
16  Q  Does that include marketing the standards  14:02
17  themselves?  14:04
18  A  Yes.  14:06
19  Q  And why was it that the marketing department  14:09
20  had been dissolved?  14:00
21  A  I don't know.  That's a -- was a decision  14:04
22  made by -- it would have been Jeff Littleton and  14:06
23  probably the board ExCom.  14:09
24  Q  And do you know why it was brought back?  14:02
25  A  That was another decision that was made by  14:06

Page 121

31 (Pages 118 - 121)

1 Jeff and the board ExCom.                    14:05
2 (Exhibit 1159 marked for identification.)    14:06
3    Q   (BY MR. BECKER)  I'm handing you what's been  14:06
4 marked as Exhibit 1159.  Do you recognize this  14:06
5 document?                                     14:06
6    A   I've not seen it labeled like this, but I've  14:06
7 seen the material that's in here.             14:06
8        MR. CUNNINGHAM:  Matt, just what is it  14:06
9 about marketing that you think falls within   14:06
10 the scope of the topics that Ms. Reiniche was  14:06
11 designated for?                              14:06
12       MR. BECKER:  Well, the content of these  14:06
13 reports has to do with the subjects that      14:06
14 she's been designated for.                    14:06
15       MR. CUNNINGHAM:  Which subjects         14:06
16 specifically are you referring to?           14:07
17       MR. BECKER:  So as to the -- the       14:07
18 adoption and use of the code 90.1.            14:07
19       MR. CUNNINGHAM:  Okay.  Let's try to    14:07
20 keep the questioning focused on that, then.   14:07
21    Q   (BY MR. BECKER)  Ms. Reiniche, do you have  14:07
22 any reason to doubt that this document produced by  14:07
23 ASHRAE as Bates number ASHRAE0003496 is not an  14:07
24 authentic document?                           14:07
25    A   No.                                    14:07

Page 122

1    A   No.                                    14:00
2    Q   What -- what does it mean, then?        14:01
3    A   It means -- because the IECC uses 90.1 as  14:03
4 a -- as a compliance option, if the state or   14:01
5 jurisdiction adopted it and left that requirement in  14:01
6 and did not change it, then that -- that particular  14:04
7 state or jurisdiction could use 90.1.          14:09
8    Q   And on page 6, what's marked ASHRAE0003500  14:13
9 titled "Challenges to Adoption," it says, "Cost of the  14:13
10 standard," then subpoint, "Revenue objectives are  14:17
11 antithetical to widespread adoption."         14:11
12       Do you know what that statement was in  14:14
13 reference to?                                 14:15
14    A   That people don't want to have to pay for the  14:18
15 standard, is my guess, or they think the cost of the  14:12
16 standard is too high.                         14:14
17    Q   Has ASHRAE received comments or complaints  14:17
18 that the cost of the -- the Standard 90.1 is too high?  14:17
19       MR. CUNNINGHAM:  I'm going to object to  14:14
20 the scope.                                    14:16
21       THE WITNESS:  That would have been      14:17
22 something that Steve Comstock would have      14:18
23 known.  He's the one that deals with the      14:10
24 standards and the cost.                       14:14
25    Q   (BY MR. BECKER)  Are you personally aware of  14:15

Page 124

1    Q   And could you describe what this document is?  14:00
2    A   It appears to be a presentation on the  14:02
3 marketing task group's meeting report from June 26,  14:06
4 2004.                                          14:00
5    Q   On the second page of this document, it  14:08
6 refers to "increased number of states using or"  14:00
7 referring -- "referencing 90.1."  And that's under  14:05
8 "Good News."  Why would that be good news?    14:08
9        MR. CUNNINGHAM:  Object to the         14:01
10 characterization of the document.             14:02
11       THE WITNESS:  It would be good news      14:06
12 because people are using our product, and     14:07
13 that's part of the EPAct.                      14:00
14    Q   (BY MR. BECKER)  And then it says, "However,  14:03
15 these, 'adoptions' and references are almost all due to  14:04
16 adoption of the I-codes, not the direct adoption of  14:00
17 90.1."                                         14:05
18       Do you know what they're referring to by  14:01
19 I-codes?                                       14:02
20    A   Yes.                                    14:03
21    Q   And what is that?                       14:04
22    A   That would be the IECC.                 14:05
23    Q   And so does that mean that when the IECC is  14:03
24 adopted, 90 -- ASHRAE Standard 90.1 is adopted as well  14:07
25 because it's an equivalent?                    14:07

Page 123

1 any instances where individuals have complained about  14:17
2 the cost of -- of the -- 90.1 standard being too  14:11
3 high?                                          14:16
4        MR. CUNNINGHAM:  Object to the scope    14:16
5 again.  Ms. Reiniche is not being deposed in  14:17
6 her personal capacity.                         14:10
7        THE WITNESS:  No, I'm not.              14:13
8    Q   (BY MR. BECKER)  Two pages after that, on  14:13
9 ASHRAE003502, it says, "Some recognized risks."  And  14:16
10 then in the middle of that page, it says, "Code  14:13
11 proposals that are more stringent than 90.1 viewed as a  14:13
12 significant risk to our standing in the marketplace.  14:19
13 Others are not passive."                       14:12
14       Do you know what that refers to?         14:14
15    A   That means that there's been code proposals  14:10
16 submitted to -- to the IECC that are more stringent  14:13
17 than 90.1.                                     14:18
18    Q   Do you know how ASHRAE responded to this  14:17
19 perceived risk that there were code proposals submitted  14:12
20 that were more stringent than 90.1?            14:15
21    A   If a code proposal that was submitted was  14:10
22 more stringent than 90.1, then ASHRAE would have spoke  14:13
23 most likely against that proposal, depending on --  14:18
24 there's a lot of factors that would have been  14:14
25 dependent on.  It would have depended on what part,  14:17

Page 125

32 (Pages 122 - 125)

1 what portion of 90.1 it was commented on or, you know,   14:11
2 how it was developed, that type of thing.        14:16
3     Q    And then two pages later on ASHRAE0003506, it   14:14
4 then has "Recommendations," and then parentheses   14:10
5 "repeated." And the first three recommendations are   14:14
6 "Make it free, make it beautiful, and make it      14:17
7 electronic."        14:10
8        Do you understand this as referring to ASHRAE   14:15
9 90.1?        14:17
10    A    Yes.        14:17
11    Q    Three pages later on ASHRAE0003509, it says,   14:17
12 "Paradigm Shift Issues." And then it says, "Decide if   14:15
13 we want to continue to live in this code minimum      14:19
14 world." And "code minimum" is underlined.      14:16
15        Do you know what this is referring to with   14:16
16 the term "code minimum world"?        14:18
17    A    That means, you know, a minimum level for   14:15
18 your -- the development of -- in 90.1, energy      14:17
19 efficiency, or do you want to go beyond the code.      14:12
20    Q    I'm sorry, what do you mean by "go beyond the   14:14
21 code"?        14:17
22    A    Maybe towards the -- towards the development   14:18
23 of green standards or green codes.        14:10
24    Q    And how do green standards and green codes   14:14
25 differ from Standard 90.1?        14:16

Page 126

1    A    Green codes and green standards typically are   14:14
2 not cost -- cost -- cost justified, where you can      14:16
3 propose doing some technology -- technological thing   14:12
4 that's expensive that, you know, a normal building      14:16
5 person wouldn't want to put -- you know, building owner   14:11
6 wouldn't want to put in their building versus a      14:14
7 minimum, which is not only is it energy efficient, but   14:18
8 it's cost -- cost effective.        14:11
9        THE COURT REPORTER:  A building owner      14:12
10 would want to put in their building?        14:13
11        THE WITNESS:  Would not want to put in      14:17
12 their building.        14:17
13    Q    (BY MR. BECKER)  At the bottom of that page,   14:17
14 it says, "How long will we have our EPAct advantage?"   14:18
15        What is ASHRAE's EPAct advantage?        14:12
16    A    That were referenced in the EPAct over      14:17
17 another minimum energy efficient commercial building   14:12
18 code.        14:15
19 (Exhibit 1160 marked for identification.)        14:13
20    Q    (BY MR. BECKER)  I'm handing you what's been   14:13
21 marked as Exhibit 1160.  This is Bates number      14:14
22 ASHRAE0025561.        14:10
23    A    Okay.        14:15
24    Q    Do you recognize this document, Ms. Reiniche?   14:10
25    A    Yes.        14:16

Page 127

1    Q    And is that -- are you one of the recipients   14:12
2 of this email?        14:17
3    A    Yes.        14:19
4    Q    And what is this email?        14:14
5    A    This is an email on having a discussion about   14:16
6 DOE comparing the IECC and 90.1 as equivalent.        14:14
7    Q    At the bottom of -- near the bottom of this   14:10
8 page, Ryan Colker writes, "Folks, we are seeing some   14:13
9 indications from DOE that they are beginning to see the   14:18
10 IECC and 90.1 as equivalent (i.e., states can be in   14:11
11 compliance if they adopt the IECC without the reference   14:11
12 to 90.1.)  As you can guess, this could have      14:14
13 significant impact on the future of 90.1."        14:10
14        What did Mr. Colker mean by that?        14:17
15        MR. CUNNINGHAM:  Object to form.        14:10
16        THE WITNESS:  That he's concerned that      14:13
17 if it's found to be equivalent, that it could      14:17
18 mean that the IECC would be referenced in      14:19
19 EPAct instead of 90.1.        14:13
20    Q    (BY MR. BECKER)  And who is Ryan Colker?      14:17
21    A    Well, at that time, he was the manager of      14:16
22 government affairs for ASHRAE.        14:18
23    Q    Do you know if Mr. Colker is still at ASHRAE?   14:17
24    A    He is not.        14:20
25    Q    Do you know when he left ASHRAE?        14:20

Page 128

1    A    I want to say sometime in 2010.        14:25
2    Q    And Doug Read responded to Ryan Colker by   14:25
3 saying, "I echo Ryan's concern.  I suggest we take a   14:25
4 stance and clearly delineate the differences and      14:25
5 differentiate ourselves from the ICEC.  Doug."      14:28
6        Did -- do you think that Mr. Read meant the   14:25
7 IECC?        14:28
8    A    Yes.        14:20
9    Q    And has ASHRAE taken a stance and clearly      14:22
10 delineated the differences between ASHRAE Standard 90.1   14:28
11 and the IECC?        14:24
12    A    We have not done a comparison between the two   14:27
13 line for line, no.        14:23
14    Q    Was that what ASHRAE was considering doing,   14:26
15 was doing a line-for-line comparison between the IECC   14:29
16 and ASHRAE Standard 90.1?        14:25
17    A    They discussed it.        14:27
18    Q    Has ASHRAE done anything else to        14:20
19 differentiate Standard 90.1 from the IECC in the minds   14:25
20 of the public?        14:22
21        MR. CUNNINGHAM:  Object to the form.        14:24
22        THE WITNESS:  I am not aware we've done      14:28
23 anything in the eyes of the public.  We've      14:21
24 probably had discussions where we pointed out      14:23
25 the difference between the processes that are      14:27

Page 129

33 (Pages 126 - 129)

```
 1   used to develop the two documents, but it's      14:29
 2   not been, like, you know, a press release or     14:21
 3   something like that.                       14:25
 4   Q   (BY MR. BECKER)  Was ASHRAE concerned that if  14:28
 5   the IECC and ASHRAE's Standard 90.1 were seen as   14:20
 6   equivalent, it would mean that there would be less  14:25
 7   incorporation of standard -- ASHRAE Standard 90.1 into  14:20
 8   laws and regulations throughout the United States?  14:26
 9   A   It would depend on if the EPAct changed.    14:23
10   If -- if the reference changed.  That's possible.   14:26
11   Q   Would that mean that if -- if the EPAct     14:20
12   changed --                              14:23
13   A   If the reference in the EPAct was changed    14:23
14   from 90.1 to the IECC.                     14:26
15   Q   Then that would mean there would be less    14:22
16   adoption of Standard 90.1 into the laws and regulations  14:25
17   of jurisdictions in the United States?         14:20
18   A   It's possible, yes.                   14:24
19   Q   And was ASHRAE concerned about that?       14:26
20   A   If -- if that changed, they were.  They were  14:23
21   concerned if it changed, yes.               14:29
22   Q   Did it change?                      14:21
23   A   No.                              14:23
24   Q   Did the DOE ever publicly weigh the option of  14:22
25   changing the EPAct to IECC instead of ASHRAE 90.1?  14:22
                                          Page 130
```

```
 1   A   Not that I'm aware of, there hasn't been    14:22
 2   anything published where they were going to do that  14:25
 3   (Exhibit 1161 marked for identification )      14:21
 4   Q   (BY MR BECKER)  Ms Reiniche, I'm handing    14:29
 5   you what's been marked as Exhibit 1161  This is Bates  14:20
 6   number ASHRAE0005677  Do you recognize this document?  14:25
 7   A   Yes                              14:29
 8   Q   Could you tell me what this document is?    14:24
 9   A   This is a presentation given by Stephen     14:27
10   Skalko, who is the chair of 90 1, at a conference on  14:21
11   energy codes 2010                         14:27
12       THE COURT REPORTER:  Say that again       14:27
13   "Who is the chair of 90 1," and --            14:27
14       THE WITNESS:  It's at -- given at an       14:27
15   energy codes conference in 2010 at -- in        14:24
16   Charlotte, North Carolina                   14:28
17   Q   (BY MR BECKER)  On page 3 of this document,  14:23
18   Bates number ASHRAE0005679, it says at the top,   14:29
19   "Standard 90 1 Timeline," and it delineates between the  14:25
20   growing period from 1970 to 1999, and then the maturity  14:22
21   period from 1999 to 2010  What does that mean?    14:20
22       MR CUNNINGHAM:  Object to the form        14:22
23   Matt, do we know if the Steven person, do we      14:23
24   know if he's an ASHRAE staff member?  Do        14:28
25   we -- was that asked at any point?            14:21
                                          Page 131
```

```
 1       MR. BECKER:  It has not been asked.        14:27
 2       MR. CUNNINGHAM:  Okay.  I -- are you --     14:27
 3   is your position here that someone who, by       14:27
 4   virtue of being on one of the committees,        14:27
 5   essentially speaks for ASHRAE, such that you      14:27
 6   can ask Ms. Reiniche to interpret their --       14:27
 7   their documents?                         14:27
 8       MR. BECKER:  Well, if Ms. Reiniche has      14:27
 9   an understanding of what this might mean,        14:27
10   particularly because of her senior role with      14:27
11   regards to the development of these standards     14:27
12   and so forth, then I would hope that           14:28
13   Ms. Reiniche can provide that information.       14:28
14       I think that a document such as this       14:28
15   discussing ASHRAE 90.1 2010 falls well within    14:28
16   topic number 1 that she's been designated on.    14:28
17   Q   (BY MR. BECKER)  I'm sorry, Ms. Reiniche.   14:28
18   Let's see.  I asked why do you think there was a   14:28
19   distinction between this growing period and mature --  14:28
20   maturity period for Standard 90.1?            14:28
21       MR. CUNNINGHAM:  Same objection.          14:28
22       THE WITNESS:  I think because the         14:29
23   growing period, there's one time frame where     14:29
24   I think they pulled residential out.  I think     14:29
25   at one time it included residential.  It does    14:29
                                          Page 132
```

```
 1   not include low-rise residential.  1999 would    14:23
 2   have been when we started continuous            14:28
 3   maintenance.                             14:21
 4       Without seeing Mr. Skalko's notes on       14:23
 5   this, but based on my knowledge, I think that     14:26
 6   these periods are times that -- in the          14:29
 7   maturity period shows greater energy savings,     14:23
 8   and that's what he's trying to demonstrate in     14:27
 9   that timeline.                           14:20
10   Q   (BY MR. BECKER)  Do you know who Mr. Steven  14:21
11   V. Skalko is?                            14:23
12   A   Yes.                             14:25
13   Q   And who is he?                      14:25
14   A   He is the past chair of 90.1.  I think he    14:26
15   started after the 2010 version published.       14:23
16   Q   And do you have any idea how long Mr. Skalko  14:32
17   has been a member of ASHRAE?                 14:30
18   A   I would have to look in the ASHRAE records,   14:32
19   but he's been a member longer than I've been there, so  14:35
20   over 11 years.                           14:38
21   Q   And for as long as you know, has Mr. Skalko  14:32
22   worked on ASHRAE 90.1?                     14:36
23   A   Yes.                             14:32
24   Q   And would you say that Mr. Skalko is -- is --  14:32
25   would you say that Mr. Skalko knows a good deal about  14:39
                                          Page 133
```

Veritext Legal Solutions
866 299-5127

1 ASHRAE Standard 90.1?                    14:36
2    A   Yes.                    14:38
3       MR. FEE:  Objection to form.          14:38
4 (Exhibit 1162 marked for identification.)      14:34
5    Q   (BY MR. BECKER)  I'm handing you what's been   14:34
6 marked as Exhibit 1162.  This is Bates number     14:35
7 ASHRAE0026233.  Do you recognize this document?    14:34
8    A   Yes.                    14:38
9    Q   And could you tell me what this document is?   14:39
10    A   This is a Memorandum of Understanding between   14:31
11 the Department of Energy and ASHRAE.  It's not dated,   14:34
12 but I would guess it's sometime in 2007 time frame,   14:35
13 because that's when Terry Townsend was president of   14:39
14 ASHRAE.                    14:34
15    Q   And is this a signed copy of the Memorandum   14:35
16 of Understanding between the DOE and ASHRAE?     14:39
17    A   Yes.                    14:34
18    Q   Has ASHRAE had multiple Memorandums of    14:35
19 Understanding with the Department of Energy?     14:30
20    A   Yes.                    14:32
21    Q   When did ASHRAE first start having        14:34
22 Memorandums of Understanding with the Department of   14:39
23 Energy?                    14:32
24    A   After EPAct was -- when 90.1 was made a    14:34
25 reference in EPAct.                14:38
                                            Page 134

1 I don't know why they would choose to do that.  I mean,  14:38
2 my -- my guess is their goals are the same as ours,   14:31
3 energy efficient buildings in the United States.  So I   14:36
4 would assume they would enter MOUs with whatever    14:38
5 organizations would help them reach that goal.     14:32
6    Q   How is it that ASHRAE 90.1 came to be     14:35
7 incorporated into EPAct?               14:30
8       MR. CUNNINGHAM:  Object to form.     14:36
9       THE WITNESS:  I am not positive on how    14:37
10 that came about.  I would have to check.        14:39
11    Q   (BY MR. BECKER)  Did ASHRAE staff meet with   14:39
12 the Department of Energy to help facilitate the     14:36
13 incorporation of ASHRAE Standard 90.1 into EPAct?   14:31
14    A   I have -- I'll have to go back and double    14:36
15 check in my records to see.             14:39
16    Q   Would it be customary for ASHRAE staff to    14:30
17 meet with members of the Department of Energy prior to  14:37
18 the incorporation of ASHRAE Standard 90.1 into EPAct?  14:32
19    A   It would be customary for ASHRAE staff with   14:38
20 ASHRAE volunteer leadership to go to -- when they were   14:32
21 requesting that type of thing.           14:36
22 (Exhibit 1163 marked for identification.)      14:39
23    Q   (BY MR. BECKER)  I'm handing you what's been   14:32
24 marked as Exhibit 1163.  This is Bates number     14:33
25 ASHRAE0024558.  Do you recognize this document?    14:38
                                            Page 136

1    Q   Could you remind me of when that was?     14:30
2    A   I think it was '99                14:32
3    Q   Okay                    14:34
4    A   Around that time frame            14:34
5    Q   Was that soon after EPAct?          14:35
6    A   I would have to look             14:31
7    A   Since ASHRAE -- ASHRAE and the DOE continued to  14:36
8 enter into memorandums of understanding to the present   14:33
9 day?                       14:36
10    A   Yes                    14:37
11    Q   How regularly do they do so?         14:37
12    A   It -- it varies  It depended -- it depends   14:32
13 on who's at -- who's in charge at the Department of   14:35
14 Energy  We were just working on a new one  I'm not   14:38
15 positive if it's signed yet           14:33
16    Q   Is this typically an annual event?      14:37
17    A   Not always annual  Sometimes it's every    14:34
18 couple of years                  14:36
19    Q   And is it sometimes an annual event, though?  14:37
20    A   Sometimes                14:39
21    Q   And why would the -- why would the leadership  14:32
22 of the Department of Energy reflect or change whether   14:33
23 ASHRAE would enter into a memorandum -- memorandum of  14:38
24 understanding with the Department of Energy?     14:30
25    A   I can't speak for the Department of Energy   14:36
                                            Page 135

1    A   Yes.                       14:36
2    Q   And what is this document?            14:39
3    A   This is a presentation that would have been   14:30
4 made by the D.C. office to tech council and the chapter  14:32
5 technology and transfer committee.  I think that's what  14:33
6 CTTC stands for.  And it would have been made in -- at   14:36
7 the ASHRAE meeting in Albuquerque, New Mexico, on    14:41
8 June 26, 2010.                   14:47
9    Q   And what is the purpose of this document, to   14:42
10 your understanding?                14:44
11    A   The purpose of this document is for the D.C.   14:45
12 office just to let the CTCC [sic] and tech council know   14:49
13 what they've been doing in D.C.          14:44
14    Q   On the third page of Bates number       14:45
15 ASHRAE0024560 titled "Participation Coalitions," it   14:48
16 says, "High-Performance Building Congressional Caucus   14:45
17 Coalition," in parentheses, "ask your representative to  14:49
18 join."                     14:43
19       What is that referring to?          14:44
20    A   There is a high-performance building caucus   14:45
21 coalition that meets in D.C.  It deals with high    14:40
22 performance buildings.  Beyond -- that would be beyond   14:44
23 the minimum code.                14:47
24    Q   Are these -- and who composes this coalition?  14:40
25    A   Oh, there's a lot of different standards    14:48
                                            Page 137

35 (Pages 134 - 137)

1 developers that are in part of it. It might even be in  14:41
2 here, it tells you. There's a -- there's a long list.  14:46
3 I don't have that memorized. I don't know if it -- oh,  14:41
4 if you turn to page -- that says ASHRAE0024575, that  14:47
5 shows you who's on the high -- what groups are involved  14:45
6 in the high-performance building congressional caucus  14:40
7 at that time. It includes the representatives and then  14:45
8 the different standards developers that are involved.  14:47
9     Q   The code chairs and members that are listed  14:44
10 on that page you just referenced, are these all members  14:46
11 of Congress?                                    14:49
12     A   Yes.                                    14:40
13     Q   What's the purpose of participation in the  14:47
14 high-performance building congressional caucus?  14:40
15     A   It's really pro -- promoting doing things for  14:43
16 high-performance buildings, so stretch codes, green  14:47
17 standards, pushing the envelope to make things even  14:41
18 more energy efficient than the minimum code.  14:40
19     Q   And is this for the purpose of influencing  14:42
20 these members of Congress so as to have them  14:46
21 incorporate these standards into the law?  14:41
22     MR. CUNNINGHAM:  Object to the form.  14:47
23     THE WITNESS:  Not that I'm aware of.  14:48
24     Q   (BY MR. BECKER)  What's the purpose of having  14:40
25 the members of Congress involved?  14:41

Page 138

1     A   Education.                              14:44
2     Q   And what is the benefit of educating the  14:45
3 members of Congress?                            14:48
4     A   So they understand things when things do come  14:49
5 before them when they're making a decision of what to  14:42
6 incorporate into law.                           14:44
7     Q   So it's to help them with their decisions  14:46
8 to -- as to what to incorporate into reference into the  14:49
9 law?                                            14:42
10     A   Correct.                               14:43
11     Q   And how does the high-performance building  14:49
12 congressional caucus and the supporting coalition  14:44
13 educate these members of Congress on issues related to  14:40
14 incorporating these -- excuse me, incorporating  14:46
15 standards into the law?                         14:40
16     MR. CUNNINGHAM:  Object to the  14:43
17 characterization of the prior testimony.  14:45
18     THE WITNESS:  They -- my recollection  14:47
19 from the presentations made by the D.C.  14:49
20 office was that they -- they have a lunch,  14:42
21 they sit there and they talk, sometimes they  14:45
22 have an educational session; things like  14:47
23 that.                                           14:40
24     Q   (BY MR. BECKER)  So they meet with the  14:44
25 members of Congress?                            14:46

Page 139

1     A   Yeah, about -- I'm not sure they still meet  14:47
2 or how often they still meet. I think it was about  14:40
3 once a month.                                   14:42
4     Q   Do they meet individually with the members of  14:49
5 Congress or as a larger group?                  14:41
6     A   If they're doing it as the high-performance  14:45
7 building congressional caucus, they're meeting as a  14:45
8 group. If they're advancing something within their  14:41
9 organization, then the supporting coalition would  14:44
10 probably be meeting individual with representatives.  14:47
11     Q   On page ASHRAE0024568, it says,  14:45
12 "Legislation," with an image of the capitol building,  14:43
13 and then it says, "ASHRAE Washington, D.C."  14:48
14     A   Um-hmm.                                14:43
15     Q   Then on the following page it says, "American  14:43
16 Clean Energy and Security Act, HR 2454 a/k/a  14:46
17 Waxman-Markey, sets national building code energy  14:42
18 efficiency targets."                            14:49
19     Then two bullet points down it says, "Uses  14:42
20 ASHRAE 90.1-2004 and" E -- "IECC 2006 as baselines."  14:45
21     Does ASHRAE advocate for the use of earlier  14:48
22 versions of 90.1 in Standard -- excuse me, in -- in  14:45
23 laws or regulations?                            14:44
24     A   That's not what this refers to.  14:44
25     Q   What does that refer to?               14:46

Page 140

1     A   This refers to as part of EPAct the  14:48
2 Department of Energy is required to determine how much  14:41
3 more energy efficient 90.1 -- and when they're talking  14:45
4 about the IECC 2006, they're talking about the  14:49
5 residential code. That's where that falls in there.  14:44
6     And they want to do it -- set it at a  14:48
7 baseline, so each consecutive every three years. So  14:41
8 for example, 90.1-2007 has to be more energy efficient  14:44
9 than -- so much more energy efficient than 90.1-2004  14:49
10 They measure that. If it's not more energy efficient,  14:44
11 then they wouldn't adopt that. And then for 90.1-2010.  14:49
12 They are just taking a baseline target to measure the  14:40
13 amount of energy efficiency so that it's not in flux  14:43
14 and cause market confusion.                     14:48
15     And the same with the IECC. That's -- but  14:40
16 the IECC refers only to the residential, not to  14:42
17 commercial in this instance.                    14:46
18     Q   Does ASHRAE 90.1-2004 refer only to  14:44
19 residential and not commercial in this instance?  14:49
20     A   No, 90.1-2004 is commercial. There's two  14:41
21 codes in that reference, two different codes.  14:44
22     Q   So in this instance, if you had a -- a  14:47
23 commercial building, then ASHRAE 90.1-2004 would be the  14:41
24 baseline standard and not be IECC 2006?  14:48
25     A   No.                                    14:43

Page 141

36 (Pages 138 - 141)

1   Q   How am I mistaken?                   14:45

2   A   What this proposed legislation was, was to   14:48

3   set the baseline for which the DOE uses to make the   14:43

4   determination on whether or not the next version of   14:47

5   90.1 is more energy efficient.  So this was proposing   14:40

6   to use 90.1-2004 as the benchmark for each subsequent   14:44

7   version of 90.1.                         14:48

8         And then -- and that's only commercial.  And   14:40

9   then the IECC is for residential.  They're referenced   14:43

10  as the residential.  What's being advocated here is   14:48

11  that you use the IECC 2006 as the baseline for each   14:41

12  subsequent version of the IECC for residential moving   14:46

13  forward as for energy efficiency.        14:49

14  Q   Okay.  Does the IECC itself refer to   14:42

15  commercial buildings or is it only for residential   14:49

16  buildings?                               14:42

17  A   There -- there's different I-codes within the   14:46

18  IECC.  So there's the IRC, which is residential, but   14:49

19  it's part of the whole body of codes.  So the IECC for   14:43

20  residential is just the energy efficiency stuff for   14:40

21  residential home -- residential stuff.   14:40

22  Q   On the following page, it says, "American   14:55

23  Clean Energy Leadership Act, S.1462."  It says,   14:58

24  "Introduced by Senator Jeff Bingaman, D-NM.  Updates   14:51

25  national building energy codes and standards at least   14:58

                                           Page 142

1   the -- but we explained that once you -- as you get   14:50

2   above -- when you're going between the 30 and the 50   14:53

3   percent, it gets more and more difficult to have   14:55

4   cost-effective equipment and things like that and -- in   14:58

5   there.  So it -- it wasn't put in the law.   14:52

6   Q   On page ASHRAE0024581, it says, "Additional   14:58

7   Washington office activities."  And it says for the   14:56

8   third major bullet point, "Building code adoptions,"   14:56

9   and then under that, "Standard 90.1 and Standard   14:50

10  189.1/IGCC promotion."                   14:54

11        Does this mean that the Washington office has   14:50

12  engaged in promoting the adoption of Standard 90.1 into   14:54

13  building codes?                          14:50

14  A   I don't remember.  And without seeing it, if   14:55

15  he -- he didn't have notes with it, so I don't think it   14:59

16  was at a building code level.  I think that's something   14:52

17  they were talking about expanding in the grassroots.   14:57

18  That was not done at that time.           14:53

19  Q   So that's something -- is that something   14:53

20  that's done in -- at this time?          14:55

21  A   We have started a grassroots program to reach   14:51

22  out when we are made aware of references to -- to   14:53

23  different standards.  And we could ask volunteers in   14:58

24  those jurisdictions to go.                14:52

25  Q   And when you say "a grassroots program," who   14:53

                                           Page 144

1   every three years to achieve target energy savings of,"   14:51

2   and then it -- four bullet points down from that, it   14:55

3   says, "If DOE determines ASHRAE's future revised model   14:50

4   codes will not meet targets, DOE will propose or   14:55

5   establish a modified code or standard that meets the   14:58

6   above targets.  Uses 90.1-2004 as baseline for   14:50

7   commercial buildings IECC 2006 for residential."   14:56

8         When it references "Uses 90.1-2004 as   14:59

9   baseline for commercial buildings," is that in the same   14:53

10  capacity as the reference on the prior page that you   14:56

11  were just referring to?                  14:59

12  A   Yes.  One is a bill proposed in the House;   14:51

13  one is a bill proposed in the Senate.    14:54

14  Q   Did the Department of Energy propose or   14:53

15  establish a modified code or a standard that met the   14:56

16  above targets on page ASHRAE0024570?     14:50

17  A   This is -- this proposed language is not   14:51

18  in -- in law at this particular time.  This was -- this   14:51

19  was talking about what was being proposed at this point   14:55

20  in time in 2010.                         14:50

21  Q   What was the outcome?                14:53

22  A   I don't -- I don't think they set -- I don't   14:56

23  believe that they set targets, because it's -- as part   14:59

24  of the -- these codes, it has to be cost effective.   14:56

25  And as ASHRAE explained -- and I'm not sure if it's   14:51

                                           Page 143

1   is involved in the grassroots program?   14:57

2   A   It's -- it's the individual ASHRAE chapters   14:50

3   within each state, and then each -- you know, there's   14:52

4   multiple chapters within a state.  So whoever is   14:55

5   closest to wherever the decision is being made.   14:58

6   Q   And so this is -- the grassroots program   14:52

7   works to advocate for building code adoptions --   14:59

8   adoptions of Standard 90.1 into building codes --   14:54

9         MR. CUNNINGHAM:  Objection.         14:58

10  Q   (BY MR. BECKER)  -- in states and local   14:59

11  governments?                             14:51

12        MR. CUNNINGHAM:  Objection,         14:52

13  mischaracterization of prior testimony.   14:53

14        THE WITNESS:  It could include Standard   14:54

15  90.1.  It could include any other -- our   14:56

16  other standards as well.                  14:59

17  Q   (BY MR. BECKER)  And at the bottom of this   14:54

18  page, it says, "Empowering chapters to engage state and   14:56

19  local policy-makers."  Do you know what that   14:59

20  references?                              14:52

21  A   That's referencing what I was talking about,   14:53

22  the grassroots, and encouraging local chapters to talk   14:55

23  to their state and local policy makers.   14:51

24  Q   And on the next page, it says, "Opportunities   14:55

25  for individual member participation.  Contact state and   14:59

                                           Page 145

1 local policy-makers on important issues "         14:53
2     And the first bullet point there is "Building 14:56
3 energy codes "  Is this also referring to the same   14:58
4 activities?                     14:52
5    A   Actually, I think on this slide they were   14:55
6 telling the members of tech council and CTTC what they 14:57
7 could do at their state and local  I don't think this 14:51
8 related to the grassroots              14:52
9    Q   And on the next page, it has -- it says,   14:55
10 "ASHRAE/DOE Fellowship "  What is the ASHRAE/DOE   14:56
11 Fellowship?                     14:52
12    A   I know what it is, but I'm not sure how to   14:53
13 articulate what it is  It's usually someone that works 14:55
14 with the D C  office and -- and then may assist the   14:52
15 D C  staff with educating members of Congress  Beyond 14:50
16 that, I -- I need to look it up           14:56
17    Q   So would this be a member of ASHRAE or a   14:59
18 member -- or an employee of -- would this be an     14:52
19 employee of ASHRAE or an employee of DOE who would   14:56
20 have -- have the ASHRAE/DOE fellowship?       14:51
21    A   It --                      14:54
22     MR  CUNNINGHAM:  Are we talking about     14:51
23 the ASHRAE/DOE fellowship on 583 or the      14:52
24 internship on 584?                14:58
25     MR  BECKER:  On 583           14:50

Page 146

1     MR  CUNNINGHAM:  583, okay.         14:51
2     THE WITNESS:  I would have to see -- I     14:57
3 would have to see the contract they would      14:59
4 have signed for the funding to answer that     14:50
5 question, since the funding is provided by     14:52
6 DOE.                        14:58
7     MR  BECKER:  Counsel, do you have any     14:56
8 idea if the contract concerning the        14:57
9 ASHRAE/DOE fellowship has been produced in     14:50
10 discovery?                    14:57
11     MR  CUNNINGHAM:  I don't know the -- one  14:55
12 way or the other.                14:56
13     MR  BECKER:  We -- we may follow up with   14:50
14 a request for that if it's under the -- the     14:52
15 requests.                     14:56
16    Q   (BY MR  BECKER)  Then on ASHRAE 0024586, it  14:57
17 says, "Government Relations Activities."  Do you see   14:52
18 that?                       14:58
19    A   Yes.                    14:59
20    Q   It says, "Build relationships with government 14:59
21 officials interested in the built environment.     14:52
22 Establish ASHRAE as a source for unbiased technical   14:55
23 expertise."  And then it lists six government offices  14:58
24 and agencies; is that correct?          15:06
25    A   That's correct.              15:08

Page 147

1    Q   And are these six government offices and   15:00
2 agencies those that the ASHRAE government affairs   15:00
3 interfaces with?                 15:00
4    A   Yes.                     15:00
5 (Exhibit 1164 marked for identification.)      15:01
6    Q   (BY MR  BECKER)  I'm handing you what's been 15:02
7 marked as Exhibit 1164.  Do you recognize this    15:02
8 document?                     15:02
9    A   This is a followup to testimony of Kent    15:02
10 Peterson to the U.S. House of Representatives on   15:02
11 "Building Green, Saving Green."          15:02
12    Q   On the fourth page, ASHRAE0024238, the first 15:02
13 full paragraph, it says, "In addition to the need for  15:03
14 having up-to-date building codes on the books,    15:03
15 jurisdictions must have the necessary enforcement   15:03
16 mechanisms and training to ensure its compliance."   15:03
17    A   Where are you, because I'm --         15:03
18     MR  CUNNINGHAM:  Where are you seeing     15:03
19 that?                       15:03
20     THE WITNESS:  I'm not seeing that.       15:03
21     MR  BECKER:  Excuse me.  I think I       15:03
22 handed you the wrong document.           15:03
23 (Exhibit 1165 marked for identification.)      15:04
24    Q   (BY MR  BECKER)  I'm handing you what's been 15:04
25 marked as Exhibit 1165.  Do you recognize this    15:04

Page 148

1 document?                     15:05
2    A   Yes, this is the -- the testimony of Kent   15:06
3 Peterson.                     15:06
4    Q   And so the document I provided you as Exhibit 15:02
5 1164 was the followup testimony of Kent Peterson; is  15:04
6 that correct?                   15:01
7    A   Correct.                   15:01
8    Q   So on Exhibit 1165, on the fourth page, the   15:03
9 first full paragraph, it says, "In addition to the need 15:00
10 for having up-to-date building codes on the books,   15:03
11 jurisdictions must have the necessary enforcement   15:06
12 mechanisms and training to assure its compliance."   15:08
13     Why is compliance important for ASHRAE?     15:04
14    A   It doesn't -- you're -- you're not having   15:02
15 energy efficient buildings if people aren't complying  15:05
16 with it.  You can't prove compliance, you can't prove  15:08
17 it's being done and that they're seeing a savings if   15:01
18 you're not assuring that people are complying with the 15:04
19 codes that are on the books.           15:07
20    Q   And how does ASHRAE work to -- excuse me,   15:00
21 does ASHRAE work to encourage compliance?     15:05
22    A   ASHRAE provides training for code officials  15:09
23 and consulting -- anyone that wants the training to   15:04
24 help understand what's in 90.1.          15:08
25    Q   Does ASHRAE do anything else to encourage   15:02

Page 149

1 compliance?                                    15:07
2    A   Not that I'm aware of.                   15:02
3    Q   Was there a specific reason why ASHRAE was   15:09
4 concerned that jurisdictions might not have the   15:02
5 necessary enforcement mechanisms and training to assure   15:07
6 compliance?                                    15:02
7    A   Well, this was at a time when the economy was   15:02
8 not doing so good, so places were cutting back, and   15:04
9 that included the local building departments. So these   15:07
10 building code officials aren't able to do as much,   15:02
11 they're not able to check as much. The codes have   15:02
12 gotten more complex, so it's harder for them to enforce   15:08
13 compliance.                                    15:02
14   Q   If you turn to Exhibit 1164, the followup   15:01
15 testimony of Kent W. Peterson. And if you please turn   15:07
16 to the sixth page, ASHRAE0024250. It says,   15:06
17 "Theoretically" -- excuse me, on -- on the fourth   15:07
18 paragraph down, essentially the middle of the page, it   15:07
19 says, "Theoretically, there exists a national baseline   15:00
20 for building energy codes (ASHRAE Standard 90.1-2004   15:02
21 for commercial buildings and the International Energy   15:06
22 Conservation Code for residential buildings)."   15:00
23       "EPAct 2005 requires states to adopt a   15:07
24 building energy code that is at least as stringent as   15:08
25 90.1-2004 and the IECC. However, there are no   15:02

Page 150

1 enforcement mechanisms against the states that do not   15:05
2 adopt codes that meet these requirements. This is   15:08
3 largely due to the fact that building codes generally   15:03
4 are considered a state and local government issue."   15:05
5       Does this relate to ASHRAE's concern   15:04
6 regarding enforcement mechanisms concerning   15:06
7 Standard 90.1?                                 15:02
8    A   Say that one more time.                  15:06
9    Q   Does this relate to ASHRAE's concern   15:08
10 regarding enforcement mechanisms concerning   15:00
11 Standard 90.1?                                 15:05
12   A   Yes.                                     15:06
13   Q   Concerns such as reflected in Exhibit 1165   15:00
14 that we were just discussing?                  15:03
15   A   Yes, and it appears to be a little bit more   15:06
16 than that.                                     15:09
17   Q   I'm sorry, what do you mean by "it appears to   15:07
18 be a little bit more than that"?               15:09
19   A   This also relates to the fact that while the   15:00
20 federal government under EPAct requires the states to   15:03
21 do this, there's no penalty if they don't. So that's   15:07
22 an enforcement mechanism as well, so where's -- where's   15:00
23 the need for the states to adopt that if there's no way   15:05
24 to enforce it at a national level?            15:08
25   Q   Is that still the case?                  15:07

Page 151

1    A   Yes.                                     15:09
2       MR. BECKER: Could we take a quick   15:18
3 break?                                         15:19
4       THE VIDEOGRAPHER: Going off the record   15:10
5 at 15:10.                                      15:11
6 (Recess taken.)                                15:26
7       THE VIDEOGRAPHER: Going on the record   15:20
8 at 15:26.                                      15:22
9    Q   (BY MR. BECKER) Ms. Reiniche, as part of the   15:21
10 process for developing the works at issue and updating   15:22
11 them, does ASHRAE have a process for correcting any   15:28
12 errors that might have occurred in previous versions of   15:23
13 Standard 90.1?                                 15:28
14   A   Yes.                                     15:20
15   Q   And what is that process called?         15:20
16   A   We issue an erratum.                     15:22
17   Q   Okay. And how does that work?           15:25
18   A   Some -- somebody finds an issue where   15:27
19 there -- there's something wrong and believes that it   15:23
20 was changed such and such a way in a -- a previous   15:25
21 propose -- previous change that had been approved, it   15:21
22 gets sent into staff. We consult with the chair of the   15:23
23 committee and/or the subcommittee, depending on where   15:26
24 it is, to make sure that that's correct. If it's   15:20
25 correct, then we issue an erratum.             15:22

Page 152

1    Q   Okay.                                    15:25
2 (Exhibit 1166 marked for identification.)      15:23
3    Q   (BY MR. BECKER) I'm handing you what's been   15:25
4 marked as Exhibit 1166. It's a printout from the   15:27
5 ASHRAE website. Do you recognize this document?   15:23
6    A   Yes.                                     15:27
7    Q   And what is this document?              15:29
8    A   This is a page -- a printout of the page on   15:20
9 the website that lists all the erratum and for what   15:24
10 they apply for.                                15:20
11   Q   And starting on the third page of this   15:23
12 document, are these the errata for standard ASHRAE   15:29
13 90.1?                                          15:27
14   A   If you -- well, the third major header starts   15:34
15 for the errata for 90.1-1989, and then the next one   15:37
16 down is the 19. -- 90.1-1999 I-P edition, and then the   15:33
17 next one is the SI edition.                    15:30
18   Q   And these documents appear to have dates on   15:35
19 the -- the end of them. So for instance, under -- on   15:36
20 the third page under Standard 90.1-1989 errata, various   15:33
21 dates for the -- the second bullet point, it says,   15:38
22 "Errata sheet for fourth printing GG 3/94 and all   15:30
23 earlier editions September 16th, 1994."        15:36
24       What does the date September 16th, 1994 there   15:30
25 signify?                                       15:36

Page 153

39 (Pages 150 - 153)

| | |
|---|---|
| 1   A   That's when -- that's when we published it on   15:36 | 1   Q   (BY MR. BECKER) I'm handing you what's been   15:30 |
| 2  the web -- or when we discovered there was an error,   15:39 | 2  marked as Exhibit 1170. This is Bates numbered   15:31 |
| 3  and that's the date that we put it out.   15:31 | 3  ASHRAE0029496. Can you tell me what this document is?   15:36 |
| 4   Q   So September 16th is when the -- the errata   15:35 | 4   A   It's an email conversation regarding an   15:34 |
| 5  was released --   15:30 | 5  unpublished errata sheet that we wanted the -- would   15:37 |
| 6   A   Right.   15:32 | 6  have been the chair at the time, Jerry White, to look   15:34 |
| 7   Q   -- by ASHRAE?   15:33 | 7  at so that when special pubs did the reprint of   15:37 |
| 8   A   Right.   15:33 | 8  90.1-2001, the I-P edition, it could include the errata   15:32 |
| 9   Q   And is that -- is that the -- true for the   15:32 | 9  in that list.   15:30 |
| 10  other dates that are listed in -- similarly, say, under   15:35 | 10      And then there's a discussion -- there was a   15:32 |
| 11  the Standard 90.1-1999 errata?   15:32 | 11  question and -- of Martha VanGeem about whether one of   15:35 |
| 12   A   Yes.   15:36 | 12  that was -- one of the things was correct.   15:39 |
| 13  (Exhibit 1167 marked for identification.)   15:32 | 13   Q   Is this email characteristic of how the   15:33 |
| 14   Q   (BY MR. BECKER) I'm handing you what's been   15:30 | 14  errata would be treated prior to publication?   15:30 |
| 15  marked Exhibit 1167. Do you recognize this document?   15:32 | 15   A   Normally, there's probably not a long list of   15:34 |
| 16   A   This is an Errata Sheet for ANSI/ASHRAE   15:31 | 16  unpublished errata, but this would be for a reprint, so   15:34 |
| 17  Standard 40.1.3[sic]-1989.   15:37 | 17  they were -- they -- with errata, they correct it in   15:38 |
| 18   Q   And this errata was released on January 5th,   15:35 | 18  the reprint version, the error, so that it's correct in   15:38 |
| 19  1998; is that correct?   15:38 | 19  the next version. Even in -- so this would be normal.   15:34 |
| 20   A   That's correct.   15:39 | 20  (Exhibit 1171 marked for identification.)   15:30 |
| 21   Q   And what is the purpose of -- of releasing an   15:39 | 21   Q   (BY MR. BECKER) I'm handing you what's been   15:31 |
| 22  errata almost ten years after the date of the standard   15:35 | 22  marked as Exhibit 1171. Could you please tell me what   15:33 |
| 23  itself?   15:31 | 23  this document is?   15:37 |
| 24   A   Someone didn't find it until ten years later.   15:32 | 24   A   So this is a continuation of the email   15:35 |
| 25  And if that standard is still being used, when we   15:35 | 25  conversation in Exhibit 1170. Further discussions on   15:38 |
| Page 154 | Page 156 |
| 1  reprint the standard, we include it with the next   15:30 | 1  whether or not it should be degrees F and degrees C   15:37 |
| 2  edition so people know the correct information  So   15:34 | 2  instead of degrees R and degrees K.   15:31 |
| 3  clearly the equation was wrong, and I'm guessing that's   15:37 | 3  (Exhibit 1172 marked for identification.)   15:36 |
| 4  important   15:30 | 4   Q   (BY MR. BECKER) I'm handing you what's been   15:35 |
| 5  (Exhibit 1168 marked for identification )   15:33 | 5  marked as Exhibit 1172. Could you please tell me what   15:36 |
| 6   Q   (BY MR  BECKER) Handing you what's been   15:30 | 6  this document is?   15:32 |
| 7  marked as Exhibit 1168  Do you recognize this   15:31 | 7   A   This is a further email exchange as -- which   15:48 |
| 8  document?   15:39 | 8  would have been part of Exhibit 1170 and 1171,   15:42 |
| 9   A   Yes   15:39 | 9  continued the discussion on whether the erratum were --   15:49 |
| 10   Q   And can you tell me what this document is?   15:39 | 10  were editorial or substantive. It talks about motions   15:42 |
| 11   A   This is an Errata Sheet for ANSI/ASHRAE/IESNA   15:31 | 11  made by the committee and that the committee determined   15:48 |
| 12  Standard 90 1-2001 I-P edition, dated November 7th,   15:37 | 12  that those changes were editorial. And that Eric, who   15:41 |
| 13  2003   15:30 | 13  would have been the chair of the lighting subcommittee   15:44 |
| 14   Q   Thank you   15:39 | 14  agrees that this is editorial.   15:48 |
| 15  (Exhibit 1169 marked for identification )   15:36 | 15  (Exhibit 1173 marked for identification.)   15:42 |
| 16   Q   (BY MR  BECKER) I'm handing you what's been   15:31 | 16   Q   (BY MR. BECKER) And I'm handing you Exhibit   15:45 |
| 17  marked as Exhibit 1169  This is Bates numbered   15:32 | 17  marked 1173. Could you tell me what this document is?   15:48 |
| 18  ASHRAE0029503  Could you tell me what this document   15:30 | 18   A   This is a document that's an email exchange   15:44 |
| 19  is?   15:33 | 19  that's in continuation of Exhibits 1170, 1171, 1172   15:48 |
| 20   A   Yes  This is the Errata Sheet for   15:34 | 20  where Mr. Spielvogel disagrees with what Mark Weber has   15:46 |
| 21  ANSI/ASHRAE/IESNA Standard 90 1-2001 SI Edition, dated   15:39 | 21  said is a substantive change and says it's interpreting   15:43 |
| 22  November 7th, 2003   15:38 | 22  what he believes to be ANSI's rule on substantive   15:40 |
| 23   Q   And do you recognize this document?   15:39 | 23  changes.   15:44 |
| 24   A   Yes   15:31 | 24  (Exhibit 1174 marked for identification.)   15:44 |
| 25  (Exhibit 1170 marked for identification )   15:32 | 25   Q   (BY MR. BECKER) I'm handing you what's been   15:41 |
| Page 155 | Page 157 |

40 (Pages 154 - 157)

1  marked as Exhibit 1174.  Could you please tell me what  15:42
2  this document is?                        15:42
3      A   This is a subset, I think, of another email  15:42
4  exchange related to Exhibit 1170 where Mark indicates  15:43
5  that this correction was made by Jim Calm.          15:43
6  (Exhibit 1175 marked for identification.)           15:44
7      Q   (BY MR. BECKER)  I'm turning you what's been  15:44
8  marked as Exhibit 1175.  Do you recognize this     15:44
9  document?                                15:45
10     A   Yes.                              15:45
11     Q   And could you tell me what this document is?  15:45
12     A   This is a Certificate of Registration with   15:45
13 the United States Copyright Office for the 1993 ASHRAE  15:45
14 Handbook: Fundamentals Inch-Pound Edition.          15:45
15     Q   What is the 1999 ASHRAE Handbook:          15:45
16 Fundamentals?                            15:45
17     A   It covers a variety of topics.  I would have  15:45
18 to look at the inside cover to tell you every topic  15:45
19 that it covers.                          15:45
20     Q   What's the purpose of the 1993 ASHRAE       15:45
21 Handbook: Fundamentals?                   15:45
22     A   It's a -- it's a tool for engineers to use  15:45
23 when they're working with the topics covered in that  15:45
24 book.                                  15:45
25     Q   Is the 1993 ASHRAE Handbook: Fundamentals   15:45
                                        Page 158

1      A   Yes                              15:44
2      Q   Can you tell me what this document is?      15:44
3      A   This document is the letter that gets sent to  15:46
4  the project committee that shows the public review  15:49
5  comments for BSR/ASHRAE/IESNA Addenda S, T, and X to  15:43
6  ANSI/ASHRAE/IESNA Standard 90 1-2007         15:45
7      Q   And if you look at the sixth, seventh,      15:40
8  eighth, ninth, and I believe tenth page of this     15:47
9  document, are those copyright releases on all of those  15:51
10 pages I mentioned?                        15:59
11     A   Yes                              15:57
12     Q   And who are those copyright releases from?  15:57
13     A   Larry Spielvogel                      15:50
14     Q   Do you know who Larry Spielvogel is?        15:54
15     A   Yes                              15:58
16     Q   Who is Mr Spielvogel?                 15:58
17     A   He is an ASHRAE member                15:50
18     Q   Has Mr Spielvogel ever been an employee of  15:52
19 ASHRAE?                                15:57
20     A   No                               15:57
21     Q   Do Mr Spielvogel's proposed contributions  15:50
22 appear in this document?                   15:54
23     A   Actually, yes                       15:56
24     Q   And where is that?                   15:59
25     A   Under -- on the page labeled ASHRAE0013966,  15:51
                                        Page 160

1  referenced in ASHRAE Standard 90.1?             15:46
2      A   I would have to look.                 15:46
3  (Exhibit 1176 marked for identification.)           15:46
4      Q   (BY MR. BECKER)  I'm handing you what's been  15:46
5  marked as Exhibit 1176.  This is Bates number      15:46
6  ASHRAE0001592.  Could you -- do you recognize this  15:46
7  document?                                15:46
8      A   Yes.                              15:46
9      Q   And could you please tell me what it is?    15:46
10     A   Well, the first page labeled ASHRAE001592 is  15:47
11 the certification -- Certificate of Registration with  15:47
12 the United States Copyright Office for ANSI/ASHRAE/IES  15:47
13 Standard 90.1-2010 IP Edition.                15:47
14         For the page labeled ASHRAE0001594, that is  15:47
15 the Certificate of Registration with the United States  15:47
16 Copyright Office for ANSI/ASHRAE/IESNA          15:47
17 Standard 90.1-2007 IP Edition.                15:47
18         For the page labeled ASHRAE001596, this is  15:47
19 the Certificate of Registration with the United States  15:47
20 Copyright Office for ANSI/ASHRAE/IESNA          15:48
21 Standard 90.1-2004 IP -- IP Edition.             15:48
22 (Exhibit 1177 marked for identification.)           15:48
23     Q   (BY MR. BECKER)  I'm handing you what's been  15:48
24 marked as Exhibit 1177.  It's the document beginning  15:48
25 with ASHRAE0013961.  Do you recognize this document?  15:48
                                        Page 159

1  under 4 "Comment (Proposed Text)," it says, "Do not  15:52
2  approve and do not publish this addendum."          15:52
3      Q   So these are his contributions, then, as to  15:52
4  say "Do not approve and do not publish this addendum"  15:52
5  that he's referring to?                     15:52
6      A   That is correct.                     15:52
7      Q   If you turn to the page ASHRAE0013973, is   15:52
8  that another signed copyright release on that page?  15:53
9      A   Yes.                              15:53
10     Q   And in that instance, has it been signed and  15:53
11 also had the -- the name of the individual inserted?  15:53
12     A   Yes.                              15:53
13     Q   And who is that individual?             15:53
14     A   James Calm.                       15:53
15     Q   And what is Mr. Calm's relationship to      15:53
16 ASHRAE, if any?                          15:53
17     A   He's a member of ASHRAE.             15:53
18     Q   And has Mr. Calm ever been an employee of   15:53
19 ASHRAE?                                15:53
20     A   No.                              15:53
21     Q   And Mr. Calm's contribution on the following  15:53
22 page, is that "Disapprove proposed revisions in      15:53
23 Addendum S"?                           15:54
24     A   That would be his comment, yes.          15:54
25     Q   And then if you turn to ASHRAE0013982, is   15:54
                                        Page 161

**Page 162**

```
 1  that a copyright release from Pekka Hakkar --      15:59
 2     A   Hakkarainen.                                15:56
 3     Q   -- Hakkarainen?                             15:57
 4     A   Yes.                                        15:58
 5     Q   Is that Mr. or Ms. Pekka?                   15:59
 6     A   Mister.                                     15:52
 7     Q   And Mr. Hakkarainen, how is he affiliated   15:53
 8  with ASHRAE, if at all?                            15:50
 9     A   He's a member of ASHRAE.                    15:51
10     Q   And has Mr. Hakkarainen ever been an employee  15:52
11  of ASHRAE?                                         15:55
12     A   No.                                         15:55
13     Q   And following section 4 on this page,       15:59
14  continuing on to the next page, is this            15:55
15  Mr. Hakkarainen's proposed contribution to the ASHRAE  15:58
16  standard?                                          15:54
17     A   Yes.                                        15:55
18     Q   90.1?                                       15:55
19     A   Yes.                                        15:57
20  (Exhibit 1178 marked for identification.)          15:59
21     Q   (BY MR. BECKER)  I'm handing you what's been  15:50
22  marked as Exhibit 1178.  This is the document that   15:51
23  starts at ASHRAE0011934.  Could you tell me what this  15:55
24  document is?                                       15:50
25     A   This is the packet that was sent to the    15:51
```

**Page 163**

```
 1  project committee members of 90.1, November 14th, 2006,  15:53
 2  that has the first public review comments for       15:50
 3  BSR/ASHRAE/IESNA Addenda AN, AT, and AV to          15:53
 4  ANSI/ASHRAE/IESNA Standard 90.1-2004.              15:54
 5     Q   And does this document also contain copyright  15:51
 6  releases from individuals that have been signed?    15:55
 7     A   Yes.                                        15:54
 8  (Exhibit 1179 marked for identification.)          15:52
 9     Q   (BY MR. BECKER)  I'm handing you what's been  15:59
10  marked as Exhibit 1179.  Do you recognize this    15:50
11  document?                                          15:55
12     A   Yes.                                        15:56
13     Q   And what is this document?                  15:57
14     A   This is the Form for Submittal of a Proposed  15:59
15  Change to an ASHRAE Standard Under Continuous       15:53
16  Maintenance submitted by Jonathan McHugh.          15:57
17     Q   And does this document include a copyright   15:50
18  release?                                           15:52
19     A   Yes.                                        15:52
20     Q   And under section 5, "Proposed Change," where  15:57
21  it says, "Revised section 5.1 as follows," do you   15:53
22  understand this to mean that the revision that's been  15:59
23  proposed by Mr. McHugh is that final line that starts  15:52
24  with 5.1.2.2, which is underlined?                 15:57
25     A   Yes.                                        15:52
```

**Page 164**

```
 1  (Exhibit 1180 marked for identification.)          15:57
 2     Q   (BY MR. BECKER)  I'm handing you what's been  15:51
 3  marked as Exhibit 1180.  Do you recognize this     15:52
 4  document?                                          15:56
 5     A   Yes.                                        15:57
 6     Q   And what is this document?                  15:50
 7     A   This is the Form for Submittal of Proposed   15:52
 8  Change to ASHRAE Standards and Guidelines Under      15:55
 9  Continuous Maintenance.                            15:59
10     Q   And does this document include a copyright   15:50
11  release?                                           15:55
12     A   It includes it.                             15:56
13     Q   Has the copyright release been signed?      15:58
14     A   Not on this particular copy.                15:51
15     Q   And what is Mr. Barnes's affiliation?       15:55
16     A   He would be an ASHRAE member or could be     15:52
17  someone that works just at the lab.  I don't recognize  15:50
18  his name.                                          15:53
19     Q   And Mr. Barnes's proposed change, is that    16:09
20  under section 5?                                   16:02
21     A   It's in part under -- he references the     16:09
22  document that's on page -- it says page 2 in the    16:03
23  right-hand corner.  That's his proposed change.     16:08
24     Q   Do you know if ASHRAE has a copyright release  16:00
25  on file for Mr. Barnes?                            16:04
```

**Page 165**

```
 1     A   I would have to look through the records     16:07
 2  This appears to be from February of 2000, so very   16:09
 3  likely this is in the paper copies of our documents  16 06
 4  that would be at Iron Mountain                      16:09
 5  (Exhibit 1181 marked for identification )          16:08
 6     Q   (BY MR BECKER)  I'm handing you what's been  16:02
 7  marked as Exhibit 1181  Could you tell me what this  16:03
 8  document is?                                       16 00
 9     A   This is a Form for Submittal of Proposed     16:01
10  Change to ASHRAE Standard Under Continuous Maintenance  16:04
11  submitted by Steve Rose- -- Steven Rosenstock on    16:07
12  April 9th, 2007                                    16:01
13     Q   And does this form include a copyright       16:03
14  release?                                           16:09
15     A   It does                                     16:00
16     Q   And has the copyright release been signed?   16:00
17     A   No, but Mr  Rosenstock was a member of the   16:02
18  project committee, so he wouldn't have had to       16:05
19  submit this as a formal proposal                   16:08
20     Q   And has Mr  Rosenstock ever been an employee  16:01
21  of ASHRAE?                                         16:06
22     A   No                                          16:06
23     Q   And when you say that he wouldn't have had to  16:03
24  submit this as a formal proposal, what -- why do you  16:06
25  say that?                                          16:01
```

1    A   I -- and I think Mr. Barnes might have been   16:02
2  on the project committee, too.  As I'm recollecting the   16:04
3  roster you shown -- had shown me previously, I believe   16:00
4  his name was on there.  And for -- for a project   16:02
5  committee member to propose a change, they don't have   16:07
6  to file a continuous maintenance change proposal.  They   16:09
7  can just submit it as a motion to change it, either at   16:02
8  the subcommittee level or at the full committee level.   16:07
9  They would never have to do it through the formal.   16:09
10  They can choose to, but they have also already signed   16:02
11  the copyright release form as part of their membership   16:05
12  on the project committee.   16:08
13    Q   So it's not necessary for them to fill out   16:09
14  one of these forms?   16:02
15    A   Correct.   16:03
16    Q   And why would they fill out one of these   16:03
17  forms?   16:05
18    A   It may be just -- just because they want to,   16:07
19  to -- you know, put a -- maybe they're asking to do   16:02
20  that so we put it on a timeline.  When it comes on a   16:04
21  form, there's a timeline that applies, a 13-month   16:03
22  window.  Where if you submit it in the committee, there   16:03
23  isn't a timeline.   16:06
24       So this is just maybe for his -- the reason   16:00
25  Mr. Rosenstock did this was so that it would be handled   16:03
Page 166

1  within 13 months   16:00
2  (Exhibit 1182 marked for identification )   16:04
3    Q   (BY MR  BECKER) I'm handing you what's been   16:05
4  marked as Exhibit 1182  Do you recognize this   16:06
5  document?   16:06
6    A   Yes  This is a Form for Submittal of   16:01
7  Proposed Change to an ASHRAE Standard Under Continuous   16:04
8  Maintenance, submitted by Shlomo Rosenfeld in --   16:09
9  June 11th, 2009   16:05
10    Q   And does this document include   16:03
11  Mr Rosenfeld's proposed change under section 5?   16:07
12    A   Yes, it does   16 02
13    Q   Is the copyright release for the project   16:01
14  committee the same as the copyright releases for   16:04
15  memberships that -- that we had discussed earlier   16:02
16  today?   16 04
17    A   The -- on the application form, the copyright   16:05
18  language is the same as on our continuous maintenance   16:08
19  proposal forms and on our -- the comment forms, yes   16:03
20    Q   Thank you   16:08
21  (Exhibit 1183 marked for identification )   16:00
22    Q   (BY MR  BECKER) I'm handing you what's been   16:00
23  marked as Exhibit 1183  This is a document Bates   16:01
24  number ASHRAE0012340  Do you recognize this document?   16:07
25    A   Yes  This is a Public Code Change Proposal   16:03
Page 167

1  Form For Public Proposals in the International Codes.   16:06
2  This would have been for the 2007/2008 code development   16:01
3  cycle.   16:05
4    Q   Is that for the code development of the ICC?   16:06
5    A   Yes.   16:01
6    Q   Would that be for the IECC or for something   16:02
7  else?   16:09
8    A   I need to look at the proposal.  This would   16:00
9  have been for the IECC.   16:07
10    Q   And the company that's listed on the front of   16:08
11  this document under section 1, "Jurisdiction/Company"   16:00
12  is ASHRAE; is that correct?   16:05
13    A   That's correct.   16:06
14    Q   Does ASHRAE submit material to be included in   16:00
15  the IECC?   16:06
16    A   Yes.   16:08
17    Q   Why is it that ASHRAE submits material to be   16:09
18  included in the IECC?   16:03
19    A   To make the IECC consistent with the current   16:04
20  version of 90.1.   16:09
21    Q   And if you turn to the final page of this   16:07
22  document, ASHRAE0012344, could you tell me what that   16:09
23  is?   16:08
24    A   This is a Copy Release for 2007/2008   16:08
25  Proposals, Modifications and Public Comments Submitted   16:04
Page 168

1  on ICC Codes from -- that's produced and published by   16:07
2  the International Code Council.   16:01
3    Q   And so this is a copyright release to the   16:08
4  ICC; is that correct?   16:00
5    A   That's correct.   16:01
6    Q   And has ASHRAE entered into a copyright   16:04
7  release to the ICC for the -- its contributions to the   16:07
8  IECC?   16:04
9    A   Steve Comstock would have signed a copyright   16:08
10  release.   16:01
11  (Exhibit 1184 marked for identification.)   16:00
12    Q   (BY MR. BECKER) I'm handing you what's been   16:16
13  marked as Exhibit 1184.  Do you recognize this   16:17
14  document?   16:11
15    A   Yes.  This is a Public Code Change Proposal   16:13
16  Form for Public Proposals in the International Codes   16:15
17  for the 2007/2008 Code Development Cycle.   16:19
18    Q   For the ICC; is that correct?   16:16
19    A   That is correct.   16:17
20    Q   And on the first page of this document,   16:10
21  where -- under section 2, "Copyright Release," there is   16:13
22  an "X" next to where it says "2007/2008 Cycle Copyright   16:18
23  Release on File."  Is that correct?   16:13
24    A   That's correct.   16:15
25    Q   Does that mean that ASHRAE had submitted a   16:15
Page 169

43 (Pages 166 - 169)

1 copyright release to the ICC for its contributions to   16:10
2 the IECC in 2007?   16:15
3     A    That's correct, Steve Comstock would have   16:19
4 issued a copyright release.   16:15
5     Q    Typically, would it be ASHRAE employees that   16:14
6 would submit content to the ICC for incorporation into   16:16
7 the IECC or would it be volunteers?   16:10
8        MR. CUNNINGHAM: Objection to form.   16:16
9        THE WITNESS: There is a process for   16:12
10    which code change proposals are approved   16:13
11    through ASHRAE. Steve Ferguson, as the   16:15
12    ASHRAE staff representative at the code   16:18
13    hearings, would be the one that would submit   16:10
14    the code change proposals after they've gone   16:12
15    through the process.   16:15
16    Q    (BY MR. BECKER) Who drafts the code change   16:19
17 proposals?   16:12
18    A    It is -- Steve would put them in the form,   16:17
19 Ferguson, but they would be -- they would come from the   16:11
20 existing text of the standard that we're referencing.   16:14
21    Q    Would they be exact quotes of the text that   16:11
22 was referenced?   16:15
23    A    The rule in ASHRAE is code -- typically, it's   16:17
24 the exact text, but the rule in ASHRAE is for code   16:10
25 change proposals that are being submitted that submit   16:12

Page 170

1 proposed text from ASHRAE standards, they have to be   16:18
2 technically equivalent if they are not verbatim.   16:11
3    Q    And who determines that the text is   16:18
4 technically equivalent?   16:14
5    A    It first goes back to the project committee   16:15
6 responsible for the particular standard being proposed   16:18
7 into code. After they have approved it as technically   16:11
8 equivalent or just approved its submittal, then it goes   16:17
9 to the code interaction subcommittee and they -- they   16:10
10 approve submitting it. They're reviewing the process   16:15
11 and making sure the process was followed.   16:18
12    Q    Who drafts the content if it is technically   16:11
13 equivalent and not identical to the content from the   16:17
14 ASHRAE Standard 90.1?   16:11
15    A    Members of the project committee.   16:13
16 (Exhibit 1185 marked for identification.)   16:10
17    Q    (BY MR. BECKER) I'm handing you what's been   16:19
18 marked as Exhibit 1185. Could you tell me what this   16:11
19 document is?   16:14
20    A    Yes, this is the Public Code Change Proposal   16:15
21 Form for Public Proposals in the International Codes   16:17
22 for the 2009/2010 Code Development Cycle for the ICC.   16:10
23    Q    And who is this proposal on behalf of?   16:16
24    A    The Department of Energy.   16:19
25    Q    And do you know why the -- why ASHRAE has   16:16

Page 171

1 this copy of the Department of Energy's proposal to the   16:19
2 ICC?   16:15
3        MR. CUNNINGHAM: Object to scope.   16:19
4        THE WITNESS: Because the Department of   16:10
5    Energy would have gotten the -- we would have   16:13
6    given them the copyright release to submit   16:15
7    the code change proposal for language that   16:17
8    was pulled directly from 90.1.   16:13
9    Q    (BY MR. BECKER) Does that mean that the   16:12
10 Department of Energy will take language from 90.1 and   16:15
11 submit it to the ICC for inclusion in the IECC?   16:11
12        MR. CUNNINGHAM: Objection to form.   16:12
13        THE WITNESS: During this time frame   16:13
14    in -- they have not done it to my knowledge   16:15
15    since this time frame; but yes, they did   16:19
16    submit it.   16:13
17    Q    (BY MR. BECKER) And they -- the Department   16:10
18 of Energy would do this in cooperation with ASHRAE?   16:13
19    A    Yes, if it was language pulled -- they would   16:17
20 get permission if it was language pulled verbatim from   16:10
21 90.1. I don't know if this is verbatim from 90.1.   16:13
22    Q    Does ASHRAE believe that the Department of   16:18
23 Energy needs permission in order to take a quote from   16:11
24 ASHRAE Standard 90.1 and submit it as a proposal to the   16:18
25 IECC?   16:12

Page 172

1        MR. CUNNINGHAM: Objection, calls for a   16:15
2    legal conclusion.   16:19
3        THE WITNESS: Yes.   16:10
4    Q    (BY MR. BECKER) What is ASHRAE's   16:15
5 relationship to the ICC?   16:16
6    A    We have multiple relationships with the ICC.   16:12
7    Q    Could you please explain?   16:19
8    A    So I would say in terms of the IECC, ASHRAE   16:10
9 90.1 would be in competition with that particular   16:17
10 document. And -- and then there's other things where   16:19
11 we work together on.   16:15
12    Q    What kind of things does ASHRAE and the ICC   16:13
13 work together on?   16:10
14    A    We have had ASHRAE members on the code   16:10
15 council. We've had I -- ICC members participate in the   16:13
16 development of ASHRAE standards.   16:18
17 (Exhibit 1186 marked for identification.)   16:10
18    Q    (BY MR. BECKER) I'm handing you what's been   16:16
19 marked as Exhibit 1186. Do you recognize this   16:17
20 document?   16:16
21    A    Yes.   16:17
22    Q    And what is this document?   16:19
23    A    This is an email exchange with Dave Conover   16:13
24 and Doug Read about a comparison document for 90.1 and   16:17
25 the IECC.   16:12

Page 173

44 (Pages 170 - 173)

Page 174

1 Q   And on the first page, Mr. Comstock says at   16:13
2 the second email in the chain, the bottom of the second   16:14
3 email, he says, "Please advise.  With all the ICC   16:17
4 controversy, we are being cautious."   16:11
5     Do you know what Mr. Comstock was referring   16:14
6 to there?   16:16
7 A   About the potential for the IECC becoming   16:21
8 referenced in EPAct instead of 90.1.   16:25
9 Q   And Mr. Comstock says two paragraphs above   16:20
10 that, "Isn't our position that our standard is better   16:26
11 than the IECC?"   16:29
12     Is Mr. Comstock referring to the -- to ASHRAE   16:24
13 Standard 90.1?   16:29
14 A   Yes.   16:21
15 Q   And is ASHRAE's position that ASHRAE 90.1 is   16:21
16 better than the IECC?   16:26
17 A   Yes.   16:29
18 (Exhibit 1187 and Exhibit 1188 marked for   16:21
19 identification.)   16:29
20 Q   (BY MR. BECKER) Ms. Reiniche, I'm handing   16:29
21 you what's been marked as Exhibits 1187 and 1188.  Do   16:21
22 you recognize these documents?   16:29
23 A   Yes.   16:20
24 Q   And the email 1187, which you are a recipient   16:27
25 of, included the document 1188 as a attachment; is that   16:22

Page 175

1 correct?   16:28
2 A   That appears to be what the attachment   16:23
3 describes this as, yes.   16:25
4 Q   And could you tell me what these documents   16:27
5 are?   16:29
6 A   Exhibit 1187 is an email from Mark Ames that   16:20
7 provides the recipients of the email the comments that   16:27
8 were submitted on standards incorporated by reference   16:21
9 into the Code of Federal Regulations.   16:25
10     And then a copy -- and it looks like there   16:21
11 was also a copy of the request for comments and   16:23
12 extension of the comment period.   16:28
13 Q   And looking at Exhibit 1188, on the first   16:21
14 page, if you look at the third paragraph down, it   16:28
15 starts off by saying, "ASHRAE standards are currently   16:24
16 referenced 130 times in the Code of Federal   16:27
17 Regulations."  Is that correct?   16:20
18 A   That's correct.   16:23
19 Q   And then if you turn to the next page, on the   16:26
20 last paragraph, the second-to-last sentence in the last   16:21
21 paragraph says, "The CFR incorporates by reference 30   16:27
22 of ASHRAE's standards and related materials."  Is that   16:22
23 correct?   16:28
24 A   Yes.   16:29
25 Q   And then on the next page, it says, "The five   16:20

Page 176

1 standards that ASHRAE provides free public online   16:25
2 access to are incorporated by reference into the CFR   16:28
3 and otherwise used by federal agencies in programs   16:22
4 either in their current or prior editions."  Is that   16:25
5 correct?   16:22
6 A   That's correct.   16:22
7 Q   Why is it that on the previous page, it says   16:24
8 that "The CFR incorporates by reference 30 of ASHRAE's   16:27
9 standards and related materials," but on the next page,   16:21
10 it says that only five standards that are referenced in   16:26
11 the CFR are provided for free public online access?   16:21
12     MR. CUNNINGHAM:  Objection to the   16:29
13 scope.   16:20
14     THE WITNESS:  Without seeing the list of   16:25
15 the 30 references to know what they are, it's   16:26
16 hard for me to comment on that from the CFR   16:28
17 database.  And -- and so without knowing how   16:27
18 they're referenced or what they're   16:23
19 referenced, and I don't know why -- what   16:25
20 versions are on there, I believe more   16:20
21 versions of standards are now on our website.   16:22
22 Q   (BY MR. BECKER) And again, on that second   16:20
23 page, when it says "The CFR incorporates by reference   16:21
24 30 of ASHRAE's standards and related materials," what   16:24
25 does it mean by "related materials"?   16:27

Page 177

1 A   Without seeing that list, I would have to say   16:24
2 could be user's manuals  It could be other   16:29
3 publications within ASHRAE  It could be a referenced   16:23
4 article  I don't know without seeing the list   16:27
5 Q   Might that include the 1993 ASHRAE handbook?   16:29
6 A   That may include the 1993 ASHRAE handbook,   16:22
7 yes   16:26
8 Q   Do you know if the 1993 ASHRAE handbook has   16:26
9 been incorporated by reference into any law or   16:21
10 regulation?   16:23
11 A   I don't know   16:24
12 (Exhibit 1189 marked for identification )   16:24
13 Q   (BY MR BECKER) Ms Reiniche, I'm handing   16:28
14 you what's been marked as Exhibit 1189  This is   16:21
15 document Bates number ASHRAE0027781  Do you recognize   16:32
16 this document?   16:37
17 A   Yes   16:37
18 Q   And could you tell me what this document is?   16:39
19     MR CUNNINGHAM:  I'm going to object to   16:33
20 the scope here  This appears to be something   16:34
21 that would have been covered with   16:35
22 Mr Comstock as part of his topics   16:37
23     MR BECKER:  Ms Reiniche is copied on   16:31
24 this email   16:34
25     MR CUNNINGHAM:  And you guys purposely   16:35

45 (Pages 174 - 177)

| | |
|---|---|
| 1 chose to not depose her in her personal       16:30 | 1   Q   And how did ASHRAE first become aware of   16:35 |
| 2 capacity as part of your effort to extend       16:30 | 2 Public Resource?                                16:39 |
| 3 your number of depositions that you guys were   16:30 | 3   A   I believe it was related to information about 16:32 |
| 4 doing a few months back.                         16:30 | 4 a court case with SMACNA.                        16:32 |
| 5     MR. BECKER:  This is part of the            16:30 | 5   Q   And what was the -- the context of that    16:36 |
| 6 authentication process.                          16:30 | 6 litigation?                                      16:38 |
| 7     MR. CUNNINGHAM:  It's outside the scope      16:30 | 7   A   My recollection is that there was an       16:30 |
| 8 of the 30(b)(6) deposition.                      16:31 | 8 organization that worked for SMACNA to look for   16:34 |
| 9     MR. BECKER:  I'm having -- I'm having         16:31 | 9 copyrighted material.  They found copyrighted material 16:38 |
| 10 her authenticate the document.                   16:31 | 10 on Public.Resource.Org.  They sent a letter saying take 16:31 |
| 11     MR. CUNNINGHAM:  Do you plan to do           16:31 | 11 the stuff down, and then a lawsuit was filed by Public 16:37 |
| 12 anything else with it?                           16:31 | 12 Resource against SMACNA.                         16:32 |
| 13     MR. BECKER:  No.                             16:31 | 13   Q   And so as a designee for ASHRAE, are you  16:37 |
| 14     MR. CUNNINGHAM:  Why was it not              16:31 | 14 saying that the first that ASHRAE was aware of Public 16:33 |
| 15 authenticated with Mr. Comstock?                 16:31 | 15 Resource was with the initiation of the SMACNA lawsuit? 16:36 |
| 16     MR. BECKER:  I'm actually not entirely       16:31 | 16   A   That was -- the email conversations were   16:32 |
| 17 certain if it was.                               16:31 | 17 started with the SMACNA lawsuit.                  16:36 |
| 18     THE COURT REPORTER:  Entirely certain of     16:31 | 18 (Exhibit 1190 marked for identification.)         16:38 |
| 19 what?                                            16:31 | 19   Q   (BY MR. BECKER)  I'm handing you what's been 16:32 |
| 20     MR. BECKER:  If it was.                      16:31 | 20 marked as Exhibit 1190.  Do you recognize this    16:33 |
| 21     THE WITNESS:  This is -- this is an          16:31 | 21 document?                                        16:38 |
| 22 email I received -- would have received from     16:31 | 22   A   Yes.                                       16:34 |
| 23 Mick Schwedler asking for what type of           16:31 | 23   Q   This document is an -- excuse me.  Can you  16:39 |
| 24 copyright permission would be needed to show     16:31 | 24 tell me what this document is?                    16:34 |
| 25 excerpts of some of the items in 90.1.           16:31 | 25   A   This is an email from Jodi Scott to Jeff    16:35 |
|                                        Page 178 |                                             Page 180 |

| | |
|---|---|
| 1     What appears to be missing is the email     16:33 | 1 Littleton about the legal actions and if -- what or if 16:39 |
| 2 I would have forwarded to Steve Comstock         16:35 | 2 we need to conduct a PR campaign in conjunction with 16:38 |
| 3 since it was published, and I don't have          16:38 | 3 the lawsuit.                                      16:34 |
| 4 authority to grant copyright permission when      16:30 | 4   Q   Has ASHRAE conducted a -- I'm sorry, what   16:33 |
| 5 it's a published document.                        16:33 | 5 does PR campaign stand for?                       16:35 |
| 6     And then is Steve Comstock providing the      16:38 | 6   A   Public -- like a press release-type campaign. 16:38 |
| 7 stipulations for the copyright for which Mick     16:34 | 7   Q   Does that mean public relations?           16:34 |
| 8 could show --                                    16:30 | 8   A   Yes, thank you.                             16:37 |
| 9     THE COURT REPORTER:  For which what?          16:30 | 9   Q   And has ASHRAE engaged in a public relations 16:39 |
| 10     THE WITNESS:  -- Mick could show             16:30 | 10 campaign in conjunction with the lawsuit against   16:34 |
| 11 portion -- or screenshots of 90.1.               16:32 | 11 Public.Resource.Org?                             16:38 |
| 12   Q   (BY MR. BECKER)  Is that Mick Schwedler?   16:37 | 12   A   No.                                        16:39 |
| 13   A   Yes.                                       16:30 | 13   Q   Are you sure of that?                      16:35 |
| 14   Q   Do you know Mr. Schwedler?                 16:39 | 14   A   I'm pretty sure.  I haven't seen anything   16:38 |
| 15   A   Yes.                                       16:30 | 15 come out.                                        16:30 |
| 16   Q   And who is Mr. Schwedler employed by?      16:37 | 16   Q   And this email says that the other         16:34 |
| 17     MR. CUNNINGHAM:  Same objection.             16:30 | 17 organizational participants in the lawsuit are ASTM UL 16:38 |
| 18 is still clearly outside the scope.              16:32 | 18 and NFPA.  Who is UL?                            16:32 |
| 19     THE WITNESS:  Mick is employed by           16:36 | 19   A   The L stands for laboratories.  I think it's 16:30 |
| 20 Trane.                                           16:37 | 20 United Laboratories.                             16:33 |
| 21   Q   (BY MR. BECKER)  And what is Trane?        16:37 | 21   Q   Could it be Underwriters Laboratory?      16:36 |
| 22   A   Trane is a engineering company, manufacturer. 16:38 | 22   A   Underwriters.  Thank you.  That's right.    16:30 |
| 23   Q   Ms. Reiniche, when did ASHRAE first become 16:36 | 23   Q   Separate from any information that you may  16:30 |
| 24 aware of Public Resource?                        16:30 | 24 have been given by counsel, so no information that 16:32 |
| 25   A   I think it was around -- I want to say 2012. 16:35 | 25 you've been given by counsel, do you know why it is 16:36 |
|                                        Page 179 |                                             Page 181 |

1 that Underwriters Laboratory is not a part of this   16:38
2 litigation?                                    16:32
3     A   No, I do not.                          16:33
4     Q   Can you venture a guess as to why they're not  16:38
5 part of this litigation?                       16:31
6         MR. CUNNINGHAM:  Object to the form.   16:33
7         MR. FEE:  Same objection.              16:34
8         THE WITNESS:  My guess would be they --   16:36
9 it's cost prohibitive for them to be part of     16:41
10 the lawsuit.  That would be my guess.         16:44
11     Q   (BY MR. BECKER)  And is it not cost   16:49
12 prohibitive for ASHRAE to be part of the lawsuit?  16:41
13     A   I suppose it could be cost prohibitive.   16:48
14 That's a decision made by our board of directors.   16:40
15     Q   When did ASHRAE first consider filing a   16:49
16 lawsuit against Public.Resource.Org?          16:43
17     A   It was probably if -- my understanding, it   16:48
18 was after conversations that Jeff Littleton would have   16:46
19 had with his counterparts at ASTM and NFPA.   16:47
20     Q   And by that, do you mean the leadership of   16:48
21 ASTM and NFPA?                                16:42
22     A   I mean those with a similar title, not --   16:43
23 they're -- whatever they're -- they don't -- their head   16:45
24 staff person may be named C -- CEO or CFO instead of   16:47
25 executive VP.  I can't remember what the titles of   16:43

Page 182

1 their head person are.                         16:41
2     Q   And do you know when that conversation took   16:41
3 place?                                         16:41
4     A   Sometime after the -- the SMACNA thing in   16:41
5 2012, so my guess is late 2012.               16:41
6     Q   Why is it that ASHRAE was considering a PR   16:42
7 campaign in conjunction with the lawsuit?     16:42
8         MR. FEE:  Objection.                   16:42
9         To the extent that that calls for       16:42
10 disclosure of any common interest privilege   16:42
11 communications, I would instruct you not to   16:42
12 disclose those and ask that your lawyer       16:42
13 instruct you not to disclose those as well.   16:42
14         MR. CUNNINGHAM:  Same objection, and   16:42
15 I'll instruct you not to -- not to disclose   16:42
16 anything that would involve communications    16:42
17 with counsel for ASHRAE or counsel for the    16:42
18 other SDOs who would have been involved in    16:42
19 those conversations.                          16:42
20         THE WITNESS:  Can you repeat the       16:42
21 question?                                     16:42
22     Q   (BY MR. BECKER)  Why is it that ASHRAE was   16:42
23 considering a PR campaign in conjunction with the   16:42
24 lawsuit?                                       16:42
25         MR. FEE:  Same objections.            16:42

Page 183

1         MR. CUNNINGHAM:  Same objection.       16:47
2         THE WITNESS:  I believe all of the      16:42
3 conversations about the -- what -- whether or   16:43
4 not to do a PR campaign was held in           16:45
5 conjunction with -- with legal counsel.  So I   16:48
6 don't believe I can answer that.              16:41
7     Q   (BY MR. BECKER)  The document says, "An   16:42
8 initial meeting of PR folks is being organized."  Did   16:43
9 that meeting take place?                       16:46
10     A   Yes, but I believe legal counsel was involved   16:41
11 in that meeting.                              16:45
12     Q   When did the meeting take place?       16:46
13     A   Sometime probably shortly after this date.   16:42
14     Q   Do you know who was in attendance at that   16:48
15 meeting?                                       16:41
16     A   I don't know everyone that was in attendance   16:43
17 at that meeting.                              16:47
18     Q   Do you know which PR folks as referenced   16:48
19 in the document were at that meeting?         16:41
20     A   I would only know the ASHRAE person, which   16:43
21 would have been Jodi Scott and Aman -- and Amanda Dean.   16:45
22     Q   So you don't know the names of any PR firms   16:41
23 that attended that meeting?                    16:44
24     A   No, I do not.                         16:46
25 (Exhibit 1191 marked for identification.)     16:41

Page 184

1     Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   16:45
2 you what's been marked as Exhibit 1191.       16:45
3         MR. FEE:  Matt, if these relate to     16:45
4 public relations, the firms or anything       16:45
5 that's involving ASTM, I would like to have a   16:45
6 chance to review the documents before you     16:45
7 have any questions on them.  You haven't      16:45
8 provided me with any copies throughout the --   16:45
9 the course of the day.                        16:45
10         MR. BECKER:  My apologies.  Because you   16:45
11 and your co-counsel had not been in           16:45
12 attendance at the previous ASHRAE deposition,   16:45
13 I did not expect that you are going to be in   16:45
14 attendance at this particular deposition.  I   16:45
15 do not have additional copies to provide      16:45
16 you.                                          16:45
17         MR. FEE:  That's fine.  You're just    16:45
18 going to have to wait until I read it; that's   16:45
19 all.                                          16:45
20         MR. BECKER:  You can read over his     16:45
21 shoulder.                                     16:46
22     Q   (BY MR. BECKER)  Do you recognize this   16:46
23 document?                                      16:46
24         MR. FEE:  Hold on.  Let me read the    16:46
25 document before you ask any questions about   16:46

Page 185

47 (Pages 182 - 185)

Page 186

```
1   it.  Whenever you're done.              16:46
2   (Discussion off written record.)        16:46
3        MR. FEE:  Okay.  Go ahead.         16:47
4   Q   (BY MR. BECKER)  Ms. Reiniche, do you   16:47
5   recognize that document?                16:47
6   A   Yes, I do.                          16:47
7   Q   And what is that document?          16:47
8   A   This is an email that came for -- came from   16:47
9   ANSI.  The -- I'm never going to remember what this   16:47
10  acronym stands for, but it's from the IPRPC or sent to   16:47
11  the IPRPC from Patricia Griffin, who's the counsel for   16:47
12  ANSI.  And this is about her testimony before the   16:47
13  committee on the judiciary subcommittee on courts, IP   16:47
14  and Internet.                           16:47
15       And then she provided a link to the live   16:47
16  stream and links to Mr. Malamud's published written   16:48
17  testimony where it's posted online in an article   16:48
18  online.  And then there are some responses from   16:48
19  different members about the testimony.  And then I   16:48
20  forwarded this on to Jeff Littleton's and Claire's   16:48
21  attention.                              16:48
22  Q   What is the IPRPC?                  16:48
23  A   It's a -- I always have to look up this   16:49
24  acronym.  It's like a policy committee, like it's -- I   16:49
25  can never remember what the acronym stands for without   16:49
```

Page 187

```
1   looking.  It's Intellectual Property Rights; something   16:48
2   along that line.                        16:47
3   Q   And who is a member of the IPRPC?   16:41
4   A   There's lots of people that are members.  I'm   16:44
5   just an observing member; I am not a voting member.   16:47
6   You can ask to be put on the Listserv and be provided   16:49
7   information.                            16:44
8   Q   Can anyone ask to be put on the Listserv and   16:45
9   be provided information?                16:49
10  A   As far as I know, anyone can send a note into   16:52
11  ANSI and ask to participate.            16:54
12  Q   Could you name other members of the IPRPC?   16:53
13  A   Not off the top of my head, because they   16:58
14  aren't people that I normally work with everyday so --   16:51
15  but --                                  16:56
16  Q   Is Patricia Griffin a member of the IPRPC?   16:57
17  A   She is the staff liaison.           16:52
18  Q   What does that mean, staff liaison?  16:59
19  A   That means she's the person that -- there   16:52
20  might be one other person there that works with her,   16:57
21  Elizabeth Neiman, but usually they're the ones that   16:54
22  provide the agendas, help get the materials around,   16:59
23  provide -- draft things to send to the committee.  I   16:54
24  don't have a description for all the duties of the   16:52
25  staff liaisons at ANSI.                 16:54
```

Page 188

```
1   (Exhibit 1192 marked for identification.)   16:50
2   Q   (BY MR. BECKER)  I'm handing you what's been   16:57
3   marked as Exhibit 1192.  Do you recognize this   16:59
4   document?                               16:52
5   A   Yes.                                16:53
6   Q   Okay.  And what is this document?    16:55
7   A   This is an email exchange between Claire   16:59
8   Ramspeck and I about seeing if I can become a member of   16:52
9   IPRPC.  At that time, it was past the time where they   16:59
10  approved the membership, and I indicated that I was on   16:53
11  the -- on the Listserv already.  And then there's a   16:56
12  thing at the top about -- an update from IPRPC.   16:51
13  Q   In the earliest email on that chain on   16:58
14  Exhibit 1192, Ms. Ramspeck writes to you, "Please look   16:51
15  into getting involved with this ASAP," and that refers   16:56
16  to the subject line "IPRPC"; is that correct?   16:59
17  A   That's correct.                     16:51
18  Q   And then she says, "I think there are issues   16:52
19  that we need to be tracking, and it will let you use   16:54
20  your legal mind as well.  Again, we can discuss more on   16:58
21  Monday."                                16:51
22       What was Ms. Ramspeck referring to when she   16:58
23  says "there are issues that we need to be tracking"?   16:51
24       MR. CUNNINGHAM:  Objection to form.   16:57
25       THE WITNESS:  Things like just copyright   16:59
```

Page 189

```
1   issues, legal issues, some of that stuff is   16:53
2   included in the IPRPC that would be of   16:53
3   interest to ASHRAE that we track.       16:53
4   Q   (BY MR. BECKER)  And did you have a meeting   16:53
5   with Ms. Ramspeck that following Monday?   16:53
6   A   I don't remember.  I'd have to look at my   16:53
7   calendar.                               16:53
8   Q   For the second email from the top in that   16:53
9   chain, Ms. Ramspeck writes to you and says, "Did you   16:53
10  know that there has been a big increase in the number   16:53
11  of copyrighted docs, including ASHRAE standards   16:54
12  beginning in January?  I'm not sure if IPRPC has had   16:54
13  any updates on that yet."               16:54
14       Was Ms. Ramspeck referring to   16:54
15  Public.Resource.Org in that statement?   16:54
16       MR. CUNNINGHAM:  Objection to form.   16:54
17       THE WITNESS:  Yes.                 16:54
18  Q   (BY MR. BECKER)  Was Ms. Ramspeck's purpose   16:54
19  in asking you to join the IPRPC to follow the actions   16:54
20  of Public.Resource.Org?                 16:54
21       MR. CUNNINGHAM:  Objection to form,   16:54
22  calls for speculation.                  16:54
23       THE WITNESS:  No.  I had actually been   16:54
24  asked to join it a while back, just that my   16:54
25  schedule and my responsibilities didn't allow   16:54
```

48 (Pages 186 - 189)

1   for time at the time.                    16:58
2   Q   (BY MR. BECKER)  How did you know that she   16:50
3   was -- that Ms. Ramspeck was referring to       16:52
4   Public.Resource.Org when she said "Did you know that   16:56
5   there has been a big increase in the number of   16:59
6   copyrighted docs beginning in January"?          16:51
7       A   Because I knew about the SMACNA things, and   16:57
8   so staff was watching to see what copyrighted documents   16:52
9   were out there, if they belonged to ASHRAE.     16:56
10      Q   And so there was sufficient discussion of   16:56
11  Public.Resource.Org in February of 2013 that without   16:59
12  even referencing Public.Resource.Org, you knew that   16:54
13  Ms. Ramspeck was referring to Public.Resource.Org?   16:58
14          MR. CUNNINGHAM:  Objection to the form.   16:51
15          THE WITNESS:  At that time, we would   16:55
16  have discussed Public.Resource.Org, and I       16:56
17  would have known that's what she was           16:59
18  referring to.                          16:51
19      Q   (BY MR. BECKER)  What is the purpose of the   16:59
20  IPRPC?                                 16:52
21          MR. FEE:  Objection, lack of            16:54
22  foundation.                            16:55
23          MR. CUNNINGHAM:  Objection.            16:56
24          THE WITNESS:  It's -- it's dealing with   16:59
25  intellectual property mostly, things -- or       16:52
                                        Page 190

1   things like patents and some, I guess, quasi   16:56
2   legal things.                          16:56
3   Q   (BY MR. BECKER)  How much of the discussion   16:56
4   in IPRPC relates to Public.Resource.Org?       16:56
5          MR. FEE:  Objection to form.            16:56
6          THE WITNESS:  On the items I have either   16:56
7   seen in email or when I've been able to         16:56
8   participate remotely on their calls, minimal.   16:56
9       Q   (BY MR. BECKER)  Is ASHRAE concerned about   16:57
10  alleged copyright infringement by other entities other   16:57
11  than Public.Resource.Org?                    16:57
12          MR. CUNNINGHAM:  Objection to scope and   16:57
13  to the form.                          16:57
14          THE WITNESS:  Of course.  We don't -- we   16:57
15  don't allow other people to post copyrighted     16:57
16  material or anywhere else.  If -- when we're     16:57
17  made aware of it, we ask for it to be          16:57
18  removed.                               16:57
19      Q   (BY MR. BECKER)  Where has ASHRAE seen   16:57
20  infringement of its standards?                16:57
21          MR. CUNNINGHAM:  Same objection.       16:57
22          THE WITNESS:  I'm -- I'm not privy to   16:57
23  every single time.  I don't -- it's not         16:57
24  related to 90.1, but I know that there have     16:57
25  been public review drafts of, for example,      16:57
                                        Page 191

1   our Standard 188 posted on company websites   16:57
2   without seeking permission from me first to   16:51
3   post it after the public review period has   16:53
4   ended.  And I've sent letters to ask them to   16:56
5   remove it, and they are removed.           16:58
6   Q   (BY MR. BECKER)  Is ASHRAE aware of         16:56
7   infringement or potential infringement on file-sharing   16:59
8   websites of ASHRAE standards?             16:53
9          MR. CUNNINGHAM:  Same objection.       16:55
10          THE WITNESS:  I'm not aware of those.   16:57
11          MR. BECKER:  We can take a break here.   16:57
12          THE VIDEOGRAPHER:  Going off the record   16:50
13  at 16:58.                             16:52
14  (Recess taken.)                         17:19
15          THE VIDEOGRAPHER:  Going on the record   17:24
16  at 17:24.                             17:26
17      Q   (BY MR. BECKER)  Ms. Reiniche, could you   17:25
18  please refer again to Exhibits 1175 and 1176.  Those   17:26
19  are the certificates of registration from the copyright   17:22
20  office.                               17:27
21      A   Okay.                              17:28
22      Q   Ms. Reiniche, does ASHRAE claim to be the   17:20
23  author of standard -- of the editions of Standard 90.1   17:24
24  that are listed in Exhibit 1176?             17:20
25          MR. CUNNINGHAM:  Objection to the       17:27
                                        Page 192

1   form.                                 17:27
2          THE WITNESS:  Yes.                   17:28
3   Q   (BY MR. BECKER)  And does ASHRAE claim to be   17:20
4   the author of the 1993 ASHRAE Handbook: Fundamentals as   17:22
5   listed in Exhibit 1175?                     17:28
6          MR. CUNNINGHAM:  Same objection.       17:21
7          THE WITNESS:  Yes.                   17:27
8       Q   (BY MR. BECKER)  Is ASHRAE the sole author of   17:28
9   these works?                           17:20
10          MR. CUNNINGHAM:  Same objection.       17:20
11          THE WITNESS:  It's the members of the   17:27
12  project committee as -- as part of their       17:29
13  membership that agreed to write the document   17:23
14  and -- and have it attributed to ASHRAE.       17:25
15      Q   (BY MR. BECKER)  And the members of the   17:29
16  project committee are not employees of ASHRAE, correct?   17:20
17      A   That's correct.                     17:23
18      Q   And so what is the basis for ASHRAE's claim   17:28
19  that it's the author of these works?           17:21
20          MR. CUNNINGHAM:  Objection to the form,   17:25
21  calls for a legal conclusion.               17:26
22          THE WITNESS:  As a basis of the signed   17:20
23  copyright assignments that all the members     17:22
24  sign when they apply for membership, that the   17:25
25  commenters sign when they submit a comment     17:29
                                        Page 193

49 (Pages 190 - 193)

1  and that the members that submit change -- or    17:21
2  the public that submits change proposals sign    17:26
3  when they submit a change proposal          17:29
4      Q   (BY MR. BECKER)  Has ASHRAE ever compensated  17:24
5  any of the members of the project committee for the  17:26
6  sale of any of the works at issue?          17:23
7      A   No                17:26
8      Q   Ms. Reiniche, is the project committee for  17:27
9  Standard 90 1 in charge of the selection and      17:23
10 arrangement of the content of Standard 90 1?     17:28
11     A   Yes                17:28
12     Q   Is anybody else responsible for the selection  17:23
13 and arrangement of standard -- of the content of    17:27
14 Standard 90 1?            17:23
15     A   The selection of the content, no  The    17:24
16 arrangement, they're not going to change the order, but  17:20
17 the formatting in terms of, you know, the two-column  17:22
18 format, it could switch from one to two column after  17:26
19 public review is done by public -- our publications  17:20
20 department            17:23
21     Q   And who made the decision to switch it from  17:24
22 one column to two column?        17:28
23     A   That would have been Steve Comstock would  17:21
24 have decided to -- I believe the standard was    17:24
25 originally one column  When they go out for public  17:27

Page 194

1  review, we put it in one column, because it's easier  17:20
2  for people to read one column, you know, and we don't  17:22
3  have to mess with the formatting        17:26
4      Then because of the length, I believe they    17:29
5  switched to a two-column format for publication    17:21
6  And -- and that's -- that's why they did it, so the --  17:24
7  your printed copy isn't, you know, 3 inches thick    17:29
8  versus an inch and a half thick        17:24
9      Q   So when you say two-column format, you mean  17:27
10 the text appears in two columns on the page, as opposed  17:28
11 to just being a single column on the page?      17:23
12     A   That's correct          17:25
13     Q   And is that the only change in arrangement  17:23
14 that's performed by ASHRAE staff?        17:27
15     A   By publications, they might correct the    17:20
16 numbering of a section if the committee changed    17:23
17 something and the numbering was off, but it's just to  17:25
18 make it format correctly for -- on the publication  17:28
19 side              17:23
20 (Exhibit 1193 marked for identification )      17:24
21     Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing  17:30
22 you what's been marked as Exhibit 1193  This is Bates  17:31
23 number ASHRAE0001628  Do you recognize this document?  17:37
24     A   Yes                17:33
25     Q   Can you tell me what this document is?    17:35

Page 195

1      A   These are the minutes from the 90.1 meeting  17:38
2  for sure from Saturday, January 24th, 2004.  Then  17:34
3  from -- and it also includes the minutes from the  17:31
4  meeting on Sunday, January -- January 25th, 2004.  Hang  17:35
5  on.  They usually have more than -- another meeting.  17:35
6  And from Monday, January 26, 2004.          17:30
7      Q   And could you please turn to page 8?    17:33
8      A   8?              17:39
9      Q   Yes.  Section 10 on page 8 includes the    17:39
10 marketing task force ad hoc subcommittee update.  And  17:30
11 it says in the second and third sentence, it says, "The  17:39
12 discussion included the question of who is the customer  17:33
13 for Standard 90.1.  Chris stated that the subcommittee  17:37
14 has one customer that it has failed to fulfill the    17:32
15 needs of, and that is the Department of Energy, DOE."  17:37
16     Does ASHRAE consider the Department of Energy  17:33
17 to be a customer?            17:35
18     A   It would be one customer.        17:38
19 (Exhibit 1194 marked for identification.)      17:31
20     Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing  17:38
21 you a document that has been marked as Exhibit 1194.  17:30
22 This is Bates number ASHRAE0006892.  Can you tell me  17:34
23 what this document is?          17:33
24     A   This document is an ASHRAE 90.1 questionnaire  17:34
25 summary combined -- compiled by Valerie Block, the  17:38

Page 196

1  chair of the 90.1 marketing committee.        17:33
2      Q   And can you tell me what the purpose of this  17:32
3  questionnaire summary was?        17:35
4      A   The purpose of -- of the questionnaire or the  17:36
5  summary -- summary?            17:39
6      Q   Of the summary itself.          17:31
7      A   It was to give information to the committee  17:32
8  on what -- the opinions of the users of the standard  17:37
9  were.              17:31
10     Q   And which committee was that?        17:32
11     A   90.1.              17:33
12 (Exhibit 1195 marked for identification.)      17:38
13     Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing  17:38
14 you what's been marked as Exhibit 1195.  Bates labeled  17:30
15 ASHRAE0024267.  Do you recognize this document?    17:35
16     A   This is -- yes.          17:30
17     Q   And can you tell me what this document is?  17:32
18     A   This is a document where the president of  17:39
19 ASHRAE was asking for the committee on utilities and  17:38
20 energy to consider a building energy labeling program  17:33
21 that was being developed by ASHRAE.  This is the    17:38
22 building energy quotient, but it's not -- it's not a  17:36
23 90.1 tool.              17:31
24 (Exhibit 1196 marked for identification.)      17:34
25     Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing  17:34

Page 197

50 (Pages 194 - 197)

**Page 198**

1 you what's been marked as Exhibit 1196, ASHRAE Bates   17:35
2 number 0024287.  Do you recognize this document?   17:39
3    A   Yes.   17:30
4    Q   And could you tell me what this document is?   17:32
5    A   This is a letter from -- who would have been   17:34
6 the president of ASHRAE at the time in 2009, Gordon   17:38
7 Holness, to President Obama talking about as we're   17:33
8 working towards energy efficiency, where we have agreed   17:31
9 to try -- the project committee to be 30 percent   17:35
10 more energy efficient from 2004, version of   17:31
11 Standard 90.1 to the 2010 version.   17:34
12       And it also mentions our Building Energy   17:39
13 Quotient BEQ program that provides people with energy   17:32
14 use of buildings and to ask that the -- while they're   17:36
15 implementing the executive order, that they look at   17:35
16 considering using the building EQ program.   17:38
17 (Exhibit 1197 marked for identification.)   17:39
18    Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   17:33
19 you what's been marked as Exhibit 1197.  Do you   17:34
20 recognize this document?   17:37
21    A   Yes.   17:30
22    Q   And can you tell me what this document is?   17:31
23    A   This is an ASHRAE Facts and Stats document   17:35
24 that D.C. folks would leave with congressional staff   17:39
25 members.   17:37

**Page 199**

1    Q   And what was the purpose of leaving this with   17:37
2 congressional staff members?   17:30
3    A   Just to give you a -- give them information   17:31
4 about what ASHRAE is, what our expertise is in, and   17:33
5 about our standards, our research program,   17:30
6 publications, continuing education; just ASHRAE as a   17:33
7 whole   17:37
8 (Exhibit 1198 marked for identification )   17:39
9    Q   (BY MR BECKER)  Ms Reiniche, I'm handing   17:34
10 you what's -- what's been marked as Exhibit 1198, Bates   17:35
11 number ASHRAE0024393  Do you recognize this document?   17:30
12    A   Yes   17:37
13    Q   And what is this document?   17:37
14    A   This is another sort of fact sheet type thing   17:39
15 that ASHRAE does to educate the staff members of the   17:32
16 legislature about ASHRAE's role in energy efficiency   17:36
17 and our views on how to get there   17:31
18 (Exhibit 1199 marked for identification )   17:33
19    Q   (BY MR BECKER)  Ms Reiniche, I'm handing   17:42
20 you what's been marked as Exhibit 1199  This is Bates   17:45
21 labeled ASHRAE0024624  Do you recognize this document?   17:40
22    A   Yes   17:40
23    Q   And what is this document?   17:41
24    A   These are -- this is an email that shows the   17:42
25 notes from what would have been an ASHRAE leadership   17:45

**Page 200**

1 meeting with different organizations in Washington,   17:41
2 D.C.   17:41
3    Q   And when you say what would have been an   17:41
4 ASHRAE leadership meeting with different organizations   17:41
5 in Washington, D.C., do you mean it was a meeting that   17:41
6 did occur?   17:41
7    A   Yes.   17:41
8    Q   Is it clear to you who the participants of   17:42
9 this meeting would have been?   17:42
10       MR. FEE:  Can I see this document before   17:42
11    you get into this any further?   17:42
12       Okay.   17:42
13       THE WITNESS:  Well, I can tell from the   17:42
14    ASHRAE side, based on this email, that Lynn   17:42
15    Bellenger, Ron Jarnigan, Tom Watson, Jeff   17:43
16    Littleton, Doug Read, and Mark Ames would   17:43
17    have been at these meetings.  Some of them I   17:43
18    can -- it appears from this that OSTP had   17:43
19    Kevin Hurst there.   17:43
20    Q   (BY MR. BECKER)  That's fine if you --   17:43
21    A   I mean, I would have to -- I mean, some of   17:43
22 them I can tell that -- you know, who was there, I can   17:43
23 tell which organizations were there, but some I can   17:43
24 tell by the way the notes were written who was there,   17:43
25 and some I cannot.  I can -- if it would be easier, I   17:44

**Page 201**

1 can tell you what organizations appears.   17:44
2    Q   Yes, if you could say which organizations.   17:46
3    A   So -- and this -- my recollection of the   17:40
4 leadership meetings, typically it's more -- than than   17:46
5 one meeting, so they weren't all in one meeting   17:48
6 together, so these would have been notes from all of   17:40
7 their meetings.   17:42
8       So they would have talked with the EPA,   17:45
9 DOE -- sorry, the page is sticking -- FEMP, NEMA, ASE,   17:48
10 AHRI, NASEO, N-A-S-E-O, and that looks to be it.   17:42
11    Q   Okay.  So it's all of the organizations that   17:48
12 are -- that are listed as individual acronyms at the   17:40
13 top of each paragraph section?   17:40
14    A   Right.   17:41
15    Q   And would those have been separate meetings   17:44
16 with each individually?   17:46
17    A   Some of them could have been clumped   17:47
18 together, some of them could have been separate.  It's   17:41
19 hard to tell from this email string how those occurred.   17:43
20 But sometimes they have it where they're going to meet   17:49
21 with these three organizations and then these three   17:42
22 organizations; something like that.   17:44
23 (Exhibit 1200 marked for identification.)   17:49
24    Q   (BY MR. BECKER)  I'm handing you what's been   17:45
25 marked as Exhibit 1200.  This is Bates labeled   17:46

51 (Pages 198 - 201)

1 ASHRAE0026916. Do you recognize this document?   17:42
2    A   Yes, this looks -- yes.   17:40
3    Q   And could you tell me what this document is?   17:43
4    A   This -- this appears to look like a proposal   17:47
5 to -- to get some funding -- it's not clear from him --   17:49
6 for the development of a new course for code officials   17:47
7 that specifically gives them information that's useful   17:43
8 to them when they need to verify compliance with the   17:47
9 standard for the purposes of receiving federal funding.   17:41
10 (Exhibit 1201 marked for identification.)   17:40
11    Q   (BY MR. BECKER)  I'm handing you what's been   17:44
12 marked as Exhibit 1201. It's Bates labeled   17:45
13 ASHRAE0029650. Could you tell me what this document   17:49
14 is?   17:47
15      MR. CUNNINGHAM:  We'd like a minute to   17:46
16 review this one, Matt.   17:47
17      Go ahead.   17:40
18    Q   (BY MR. BECKER)  Have you reviewed it?   17:40
19      MR. CUNNINGHAM:  We have, correct. Yes.   17:41
20      THE WITNESS:  Okay. This is a -- an   17:45
21 email that Jeff Littleton sent to the ASHRAE   17:46
22 board of directors letting them know about   17:49
23 a -- about Public Resource shipping 25 copies   17:42
24 of 73 different standards made by 10 or so   17:48
25 different organizations. This did not   17:42

Page 202

1 include ASHRAE.   17:44
2      And sent it to -- purportedly sent it to   17:46
3 media, Congress, Federal Trade Commission,   17:41
4 including salaries of the CSOs of those   17:44
5 organizations, and then indicating that   17:48
6 they're going to post those online on   17:40
7 May 1st.   17:44
8      Appears a member of the board responded   17:46
9 back to Jeff asking why ASHRAE standards   17:40
10 aren't included, and Jeff reported back that   17:43
11 he -- he doesn't know, but right now they're   17:46
12 happy to let someone else fight the battle   17:49
13 since we're not included.   17:42
14    Q   (BY MR. BECKER)  And this is in March 2012,   17:50
15 correct?   17:54
16    A   Correct.   17:55
17    Q   So ASHRAE was at the very least aware of   17:56
18 Public Resource in March of 2012, correct?   17:52
19    A   Correct.   17:56
20    Q   And Mr. Littleton says at the top of the page   17:52
21 in the middle of the paragraph, "Developing standards,   17:56
22 particularly those that are adopted into law, takes   17:59
23 time and resources that someone must underwrite."   17:52
24      Can you tell me about the time and resources   17:58
25 that are required to develop standards?   17:52

Page 203

1    A   For 90.1, I would say it's another full-time   17:56
2 job for the volunteers that work on that, with the   17:59
3 amount of hours they spend on subcommittee calls where   17:51
4 they're drafting the -- where smaller groups are   17:58
5 drafting it based on the expertise of the different   17:58
6 chapters within 90.1, in addition to meeting four times   17:50
7 a -- four times a year face-to-face, full subcommittee,   17:57
8 full project committee members -- meetings for four   17:59
9 days straight from 8 in the morning until 10 at night.   17:52
10 It's a huge time commitment for those volunteers.   17:55
11    Q   And he says, "particularly those that are   17:53
12 adopted into law." Why is it particularly those that   17:57
13 are adopted into law that take time and resources?   17:52
14    A   Because usually when it's something that's   17:57
15 going to be adopted into law and it's going to be a   17:59
16 major change, it -- it generates a lot of comments, not   17:52
17 just one or two, talking 50 to a hundred lengthy   17:56
18 comments, because people in -- in the industry have   17:52
19 different opinions and the committee has to listen to   17:55
20 those, look at the -- whatever technical justification   17:58
21 they submit, determine if -- if what they're submitting   17:51
22 is cost justified, looking at, you know, what the   17:56
23 change would do, and if that's truly what's being done   17:50
24 in the industry.   17:53
25      So what -- the more significant the change,   17:54

Page 204

1 the longer it takes to get something through the   17:56
2 standards development process.   17:58
3    Q   And are there other reasons why the standards   17:52
4 that are adopted into law would take greater time and   17:55
5 resources?   17:53
6    A   I suppose that when you're -- if you define   17:57
7 laws including the codes, then there's the time it   17:57
8 takes to present those changes to the code, to the   17:54
9 testimony. Again, that's almost another full-time job,   17:57
10 the amount of time people spend at those code hearings,   17:51
11 talking about the issues.   17:55
12    Q   And are those code hearings before   17:50
13 governmental bodies?   17:52
14    A   They're by code bodies.   17:53
15    Q   Code bodies. And what do you mean by "code   17:54
16 bodies"?   17:56
17    A   International Code Council, NFPA, IATMO.   17:57
18    Q   Does that also include time and resources   17:52
19 spent working with government officials?   17:58
20    A   It could, if it's going into federal   17:52
21 regulations or federal law.   17:50
22    Q   Would it also include time and resources when   17:58
23 it's going into state regulations or state law?   17:51
24    A   Yes, if -- if people are aware it's -- it's   17:55
25 happening.   17:58

Page 205

52 (Pages 202 - 205)

1 (Exhibit 1202 and Exhibit 1203 marked for      17:53
2 identification )                               17:59
3     Q   (BY MR  BECKER) I'm handing you what's been   17:59
4 marked as Exhibits 1202 and 1203   1202 is Bates number   17:59
5 ASHRAE0024591  And 1203 is Bates number ASHRAE0024592   17:52
6     Ms  Reiniche, could you tell me what these   17:53
7 documents are?                                 17:59
8     A   Number 1202 is an email that came from   17:58
9 Senator Portman's staff to Mark Ames and other   17:56
10 organizations, like UTC, AHRI, NEMA, Snyder Electric,   17:51
11 JCI, IA -- IALD, ANSI, DWGP, ASE, and NAIOP   17:53
12     And it references the document that's labeled   17:58
13 Exhibit 1203, which is a proposed revision to the   17:53
14 Energy Savings and Industrial Competitiveness Act of   17:50
15 2011                                           17:55
16 (Exhibit 1204 marked for identification )      17:59
17     Q   (BY MR  BECKER) Ms  Reiniche, I'm handing   17:50
18 you what's been marked as Exhibit 1204  Could you   17:51
19 please tell me what this document is?          17:58
20     A   I need a second to read it             17:58
21     Q   Take your time                         17:51
22     A   So this is an email from Jodi -- well,   17:59
23 it's -- was Jodi Dunlap at the time, it's now Jodi   17:54
24 Scott -- to Steve Emmerich, Max Sherman and Steve   17:58
25 Ferguson about Standard 62 2 and its adoption  And   17:55

Page 206

1 you what's been marked as Exhibit 1205  Could you tell   18:00
2 me what this document is?                       18:07
3     MR  CUNNINGHAM:  Same objection as the      18:00
4 last document.                                 18:01
5     THE WITNESS:  It appears to be an email     18:01
6 from -- it starts with -- from Bruce Wilcox     18:04
7 talking about the -- what was adopted in        18:01
8 California in regards to Standard 62.2 and      18:02
9 asking for permission to maybe get use of the   18:07
10 material in the user's manual or for           18:01
11 training, and then Jodi replying that it's      18:04
12 officially adopted, and meaning that Standard   18:02
13 62.2 is now mandatory in California.            18:07
14     And then there is an email from Steve       18:01
15 Ferguson to a committee -- this committee no    18:05
16 longer exists within ASHRAE -- when it's --    18:08
17 he says to members of SAC, that's the          18:00
18 standards advisory committee, and there was    18:03
19 something that he says, "Please see below."    18:07
20     Q   (BY MR  BECKER) What was the standards  18:01
21 advisory committee?                            18:02
22     A   There was a time when they had -- when ASHRAE   18:04
23 had the standards advisory committee to just talk about   18:06
24 high-level issues related to standards  It could have   18:00
25 been adoption, it could have been membership issues.   18:05

Page 208

1 that it was about to be adopted in California and   17:56
2 New York  And Steve Emmerich asked if anyone knew if   17:53
3 someone, meaning a member, might be close to the   17:53
4 happenings in New York.                         17:56
5     And Steve Ferguson replied that he knew a   17:50
6 member that was in New York that was helpful in getting   17:53
7 the 62.1 ventilation tables into the IMC and the New   17:56
8 York State billing code, so he may know something.   17:51
9     And I'm not sure -- oh, and then it appears   17:57
10 that Steve Emmerich sent that email chain to Andrew   17:53
11 personally, which is his boss at NIST.          17:58
12     THE COURT REPORTER:  "His boss at" what?   17:59
13     THE WITNESS:  "His boss at NIST."           17:59
14     THE COURT REPORTER:  NIST?                 18:08
15     THE WITNESS:  N-I-S-T.                      18:08
16     MR  CUNNINGHAM:  I'll go ahead and lodge    18:08
17 a relevance objection to this document, like    18:01
18 several others we've seen today, does not       18:02
19 relate to any of the standards at issue here.   18:05
20     Q   (BY MR  BECKER) Ms  Reiniche, do you know   18:01
21 who Michael Burnetter is that's referred to in this   18:01
22 email?                                          18:06
23     A   I don't.                               18:07
24 (Exhibit 1205 marked for identification.)       18:03
25     Q   (BY MR  BECKER) Ms  Reiniche, I'm handing   18:08

Page 207

1 It -- it was more like a policy-looking committee that   18:09
2 reported to the ASHRAE board of directors.      18:05
3     Q   And when you say "adoption," do you mean   18:07
4 adoption by reference into codes legislation and   18:09
5 regulation?                                     18:09
6     A   They -- their topics were any policy-related   18:06
7 things, so it could be any type of adoption.  They   18:09
8 didn't approve it; they -- they just talked about   18:02
9 policies on how -- and that kind of things.     18:05
10     Q   Simply for a clear record, the answer to my   18:08
11 question, was that a yes or a no?  I'll repeat my   18:07
12 question.                                       18:03
13     The question was, when you say "adoption," do   18:04
14 you mean adoption by reference into codes, legislation   18:06
15 and regulation?                                 18:09
16     MR  FEE:  Objection to form.               18:01
17     THE WITNESS:  Yes.                          18:03
18     Q   (BY MR  BECKER) Thank you.             18:04
19 (Exhibit 1206 marked for identification.)       18:05
20     Q   (BY MR  BECKER) I'm handing you what's been   18:08
21 marked as Exhibit 1206  Could you please take a moment   18:09
22 to read this document and tell me what it is?   18:04
23     MR  CUNNINGHAM:  Object to the scope and    18:06
24 relevance, seeing as how this again does not    18:09
25 relate to Standard 90.1 or any of the          18:01

Page 209

53 (Pages 206 - 209)

Page 210

```
 1    standards at issue here.                18:03
 2        THE WITNESS:  This email relates to    18:06
 3    Standard 161-2007.  That's indoor air quality  18:08
 4    for commercial aircrafts.  And it's about a    18:04
 5    congressional committee considering an FAA    18:09
 6    reauthorization bill and wants to know if --   18:01
 7    if the members of 161 are supportive of this   18:06
 8    bill.                          18:01
 9    Q   (BY MR. BECKER)  And in the top email,   18:05
10    Mr. Weber's communication, he says, "Ladies and  18:01
11    Gentlemen, below is an email from Ryan Colker, manager 18:06
12    of government affairs in the ASHRAE Washington office. 18:09
13    ASHRAE is encouraging legislators to adopt ASHRAE   18:03
14    Standard 161-2007 and intends on sending the attached  18:03
15    letter early next week. Ryan would like to make the  18:03
16    SSPC aware of the intentions and would like to know if 18:07
17    their organizations are willing to support the   18:01
18    adoption."                      18:04
19        Is one of the roles of government -- ASHRAE's  18:09
20    government affairs office in Washington, D.C., to   18:02
21    encourage legislators to adopt ASHRAE standards?   18:06
22    A   If it's relevant to a bill that the    18:01
23    legislature is -- is drafting.          18:08
24    Q   Does that include encouraging legislators to  18:01
25    adopt ASHRAE Standard 90.1?           18:04
                                          Page 210
```

Page 211

```
 1    A   If it's related to a legislation that they're  18:07
 2    creating.                       18:00
 3    Q   So if -- for clarity, if the -- if standard  18:01
 4    ASHRAE 90.1 is related to the legislation that's being 18:09
 5    created, then the Washington office of ASHRAE might  18:03
 6    encourage the adoption of Standard 90.1 into that  18:08
 7    legislation?                    18:03
 8    A   Yes, in consultation with ASHRAE leadership  18:05
 9    and those with relevant technical expertise.   18:09
10    (Exhibit 1207 marked for identification.)    18:09
11    Q   (BY MR. BECKER)  I'm handing you what's been  18:07
12    marked as Exhibit 1207.  Could you please take a moment 18:08
13    to read this document and tell me what it is?   18:02
14        MR. CUNNINGHAM:  Same objection as the   18:02
15    last document.  This is outside the scope and    18:03
16    irrelevant, as it doesn't relate to the      18:06
17    standards at issue.                18:08
18        THE WITNESS:  So this is an email where    18:05
19    Mike Lubliner, who was involved in 62.2, said    18:09
20    he was talking with HUD and about having them    18:05
21    adopt 62.2 and asked -- and discussing with     18:00
22    Steve Emmerich, who I believe was the chair    18:06
23    at that time, about who could speak on that.     18:08
24        And then they asked Mark Weber if we     18:03
25    could -- who is the staff liaison for 62.2,    18:07
                                          Page 211
```

Page 212

```
 1    if we could get comp copies to send to HUD to    18:01
 2    consider it, and Mark indicated that's       18:04
 3    probably very likely                18:07
 4        And then they ask for the -- where to     18:00
 5    send it, to Rhonda from -- Rhonda Dickerson,    18:03
 6    who I'm assuming is from HUD  And instead of     18:08
 7    using the paper comment -- paper format, they    18:02
 8    sent a PDF copy that -- indicating it wasn't    18:08
 9    to be distributed outside of the HUD          18:12
10    manufacturing housing consensus committee and   18:15
11    not to reprint without ASHRAE permission     18:18
12    Q   (BY MR BECKER)  You are a recipient of this  18:13
13    email; is that correct?             18:15
14    A   Yes                        18:17
15    Q   What does HUD stand for?            18:10
16    A   Housing Urban Development           18:14
17    Q   And is that a federal agency?        18:17
18    A   Yes                        18:11
19    Q   Is it common for ASHRAE to provide copies of  18:10
20    ASHRAE standards to members of government when they are 18:16
21    considering incorporating that standard into    18:10
22    legislation or regulation?            18:14
23    A   If it's been requested, we typically will   18:17
24    provide a copy for them to review, yes       18:10
25    Q   And that would be a complimentary copy,    18:13
                                          Page 212
```

Page 213

```
 1    correct?                        18:11
 2    A   That is correct.               18:11
 3    (Exhibit 1208 marked for identification.)    18:11
 4    Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing  18:11
 5    you what's been marked as Exhibit 1208.  This has been 18:11
 6    produced as ASHRAE0024209.  Do you recognize this  18:12
 7    document?                       18:12
 8        MR. CUNNINGHAM:  Object to this document   18:12
 9    as it also appears to relate to standards    18:12
10    other than those that are at issue in this    18:12
11    case.                          18:12
12        THE WITNESS:  Yes, I recognize the     18:12
13    document.                       18:12
14    Q   (BY MR. BECKER)  And what is this document?  18:12
15    A   This is a document from Terry Townsend, who  18:12
16    would have been the president of ASHRAE in 2007, to  18:13
17    Andrew Fanara from EPA Energy Star Program.  And it's  18:13
18    about a draft report to Congress on server and   18:13
19    datacenter energy efficiency.          18:13
20        And he's talking about the -- how ASHRAE is  18:13
21    involved in that and the majority of this deals with  18:13
22    our technical committee 9.9, which is missing critical 18:13
23    facilities and the work they've done in the different 18:13
24    publications they have, thermal guidelines for data  18:13
25    processing equipment.  And -- and then they had   18:13
                                          Page 213
```

| | |
|---|---|
| 1 indicated that 90.1 was not relevant for cooling in   18:15 | 1   Q   Did you discuss the topics in the 30(b)(6)   18:10 |
| 2 datacenters.   18:11 | 2 notice with anyone other than counsel or Mark Ames or   18:13 |
| 3   And this was in 2000 -- 90.1-2004.  So 90.1   18:12 | 3 Claire Ramspeck or Steve Ferguson?   18:17 |
| 4 was going to evaluate whether datacenters could be   18:19 | 4   A   No.   18:10 |
| 5 included, and then talking about the metrics for   18:13 | 5   Q   Did you create any notes or other documents   18:11 |
| 6 datacenter energy efficiency, they -- we had   18:17 | 6 or outlines in preparation for this deposition today?   18:14 |
| 7 recommended the use of datacenter efficiency, rather   18:12 | 7   A   No.   18:18 |
| 8 than power usage effectiveness.   18:17 | 8   Q   What research did you do to prepare yourself   18:11 |
| 9   And then there's a list of different research   18:12 | 9 to answer questions on the topics in the notice?   18:14 |
| 10 projects that were attached, along with the list of the   18:16 | 10   A   Well, since I helped -- I didn't have to do a   18:12 |
| 11 members of the technical committee 9.9.   18:10 | 11 ton of research, because I helped find a lot of   18:15 |
| 12   Q   Thank you.   18:16 | 12 material that we submitted as part of the discovery, so   18:18 |
| 13   Ms. Reiniche, could you please tell me what   18:11 | 13 most of that stuff I knew.   18:11 |
| 14 you did in preparation for this deposition today?   18:13 | 14   Q   Did you review any documents to prepare for   18:12 |
| 15   MR. CUNNINGHAM:  I'll go ahead and   18:10 | 15 deposition today?   18:16 |
| 16 counsel you not to -- you -- you can   18:11 | 16   A   Only with legal counsel.   18:17 |
| 17 obviously answer the question in terms of   18:13 | 17   Q   Did any documents that you reviewed refresh   18:15 |
| 18 when we met, how many times, how long, but   18:17 | 18 your memory as to any matter involved in the deposition   18:18 |
| 19 don't reveal any of the actual content of any   18:17 | 19 today?   18:12 |
| 20 communications that you had with any   18:11 | 20   A   With -- that I reviewed with legal counsel or   18:14 |
| 21 attorneys.   18:11 | 21 that we --   18:17 |
| 22   THE WITNESS:  I met on approximately   18:14 | 22   Q   That -- that you reviewed with legal counsel.   18:18 |
| 23 three separate occasions with legal counsel   18:18 | 23   A   Yes.   18:11 |
| 24 to review potential questions that may be   18:11 | 24   Q   Could you identify which documents those   18:12 |
| 25 asked.   18:16 | 25 were?   18:14 |
| Page 214 | Page 216 |
| 1   Q   (BY MR. BECKER)  And did you communicate with   18:18 | 1   A   Of this stack?  Out of the stack you have   18:16 |
| 2 anyone other than legal counsel in preparation for this   18:11 | 2 here?   18:10 |
| 3 deposition?   18:14 | 3   MR. CUNNINGHAM:  Matt, what exactly are   18:10 |
| 4   A   I -- I spoke with Mark Ames at our D.C.   18:17 | 4 you trying to get at here?  What's -- what's   18:11 |
| 5 office to make sure I understood the process for how we   18:12 | 5 the purpose of this line of questioning?   18:13 |
| 6 worked with the federal government and state and local   18:17 | 6   MR. BECKER:  So the question as to if a   18:15 |
| 7 officials.  I spoke with Claire Ramspeck about some of   18:11 | 7 document has refreshed her recollection, then   18:19 |
| 8 the questions that would have related to leadership   18:15 | 8 that's a document that we're entitled to know   18:12 |
| 9 meetings and Steve Ferguson to make sure I did not   18:11 | 9 about.   18:15 |
| 10 misrepresent the code process.   18:17 | 10   MR. CUNNINGHAM:  You're saying you don't   18:19 |
| 11   Q   Were there any other topics of discussion in   18:13 | 11 know about the documents you showed her   18:11 |
| 12 those meetings, other than the meetings with your   18:15 | 12 today?  What's the --   18:13 |
| 13 counsel?   18:19 | 13   Q   (BY MR. BECKER)  Were there documents other   18:14 |
| 14   MR. CUNNINGHAM:  I'm going to again   18:12 | 14 than those that you've been shown today that refreshed   18:16 |
| 15 counsel that if you were seeking advice on a   18:13 | 15 your recollection?   18:18 |
| 16 topic that came out of a discussion with   18:18 | 16   A   Not that I recall.  I'm pretty sure   18:18 |
| 17 counsel, then that would be covered under the   18:10 | 17 everything we talked about is in these documents.   18:13 |
| 18 privilege.  So don't reveal the substance of   18:12 | 18   Q   Can you identify particular documents within   18:17 |
| 19 any communications that occurred between you   18:15 | 19 that stack that refreshed your recollection?   18:10 |
| 20 and legal counsel.   18:17 | 20   MR. CUNNINGHAM:  Refreshed her   18:24 |
| 21   THE WITNESS:  There wasn't any other   18:19 | 21 recollection as to what, Matt?   18:24 |
| 22 additional conversations.   18:11 | 22   MR. BECKER:  As to topics discussed in   18:26 |
| 23   Q   (BY MR. BECKER)  And you've reviewed the   18:19 | 23 the deposition today.   18:27 |
| 24 topics in the 30(b)(6) notice, correct?   18:12 | 24   THE WITNESS:  Exhibit 1201.   18:29 |
| 25   A   Correct.   18:16 | 25   Q   (BY MR. BECKER)  And that was a document that   18:25 |
| Page 215 | Page 217 |

55 (Pages 214 - 217)

**Page 218**

1 you had reviewed prior to today?   18:26
2   A   Yes.   18:29
3       Exhibit 1191.  That's it.   18:22
4   Q   Thank you, Ms. Reiniche.   18:26
5       Could you tell me, are you familiar with a   18:27
6 group called the Corner Bakery Group?   18:21
7   A   Yes.   18:24
8   Q   And what is the Corner Bakery Group?   18:24
9   A   It's a group of standards developers that   18:27
10 meet in D.C. at the Corner Bakery, down the street from   18:29
11 ASHRAE, once a month to talk about issues of top -- you   18:24
12 know, that relate to standards development   18:28
13 organizations and have lunch.   18:22
14   Q   And does that tend to be the D.C. offices of   18:23
15 the -- these standards development organizations?   18:29
16   A   Yes.   18:23
17   Q   Okay.  And do they ever discuss Public   18:23
18 Resource?   18:29
19   A   They have discussed it.   18:29
20   Q   And do they ever discuss this litigation?   18:21
21   A   Not this litigation in particular, no.   18:24
22   Q   And how is it that you're familiar with the   18:21
23 Corner Bakery Group?   18:24
24   A   That was part of my discussions with Mark   18:25
25 Ames.   18:28

**Page 219**

1   Q   Does Mark Ames participate in the Corner   18:23
2 Bakery Group?   18:23
3   A   Yes.   18:23
4   Q   Does anybody else from ASHRAE participate in   18:23
5 the Corner Bakery Group?   18:23
6   A   Doug Read probably did when he was still   18:23
7 there.   18:23
8   Q   And are you familiar with an entity known as   18:23
9 the Coalition for SDO Awareness?   18:23
10   A   No.   18:24
11   Q   Are you familiar with an entity known as   18:24
12 FleishmanHillard?   18:24
13   A   No.   18:24
14   Q   Are you familiar with APCO Worldwide?   18:24
15   A   No.   18:24
16 (Exhibit 1209 marked for identification.)   18:25
17   Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   18:25
18 you what's been marked as Exhibit 1209.  Do you   18:25
19 recognize this document?   18:25
20   A   This is an email from Mark Ames to what   18:26
21 appears to be our -- our advocacy group at that time.   18:26
22 And about a -- there was a national -- the national   18:26
23 conference of state legislature has two -- had two   18:26
24 policies that were of interest to ASHRAE relating to   18:26
25 greening the built environment and healthy efficient   18:27

**Page 220**

1 green schools, specifically referencing ASHRAE Standard   18:25
2 189.1 and the IGCC.  And they were going to consider   18:29
3 our edits, so he was asking for comments.   18:26
4       THE COURT REPORTER:  They weren't or   18:21
5 they were --   18:22
6       THE WITNESS:  They were -- they were   18:24
7 asking for comments, so Jeff responded with a   18:24
8 comment basic -- and then pulling myself and   18:28
9 Claire Ramspeck and Steve Ferguson into the   18:21
10 conversation, suggesting that they also   18:24
11 encourage states to update their code minimum   18:29
12 to be compliant with the version of 90.1   18:22
13 recognized by DOE, which is EPAct.   18:25
14       And they were considering a reference to   18:22
15 our 30 percent advance energy design guide   18:23
16 for K through 12 schools as a guidance   18:27
17 document.  And then it looks like Mark sent   18:22
18 out all the comments in one document at the   18:26
19 very last email.   18:27
20       THE COURT REPORTER:  "And they were   18:25
21 going to consider our edits"?   18:26
22       THE WITNESS:  Comments.   18:26
23       THE COURT REPORTER:  "They were," is   18:26
24 what I'm --   18:26
25       THE WITNESS:  Yes.   18:26

**Page 221**

1       THE COURT REPORTER:  Okay.   18:26
2   Q   (BY MR. BECKER)  And you are a recipient of   18:26
3 this email, correct?   18:28
4   A   Correct.   18:29
5 (Exhibit 1210 marked for identification.)   18:24
6   Q   (BY MR. BECKER)  Ms. Reiniche, I'm handing   18:22
7 you what's been marked as Exhibit 1210.  Do you   18:23
8 recognize this document?   18:26
9   A   Yes.   18:26
10   Q   And what is this document?   18:27
11   A   This is an email that started from Tim Manz,   18:28
12 who is -- was the Minnesota chapter president for   18:34
13 ASHRAE, that -- indicating that the Minnesota   18:37
14 chapter -- or he was representing the Minnesota chapter   18:32
15 of ASHRAE at the State of Minnesota Mechanical Code   18:36
16 Advisory Committee, and he wanted to use several   18:30
17 sections from 90.1-2010 in the Minnesota Mechanical   18:36
18 Code and/or Minnesota Commercial Energy Code.   18:31
19       They were adopting the 2012 International   18:37
20 Mechanical Code and the 2012 International Energy   18:32
21 Conservation Code by reference with amendments, so my   18:35
22 assumption is he's asking to add these as the minutes   18:39
23 to that code.   18:32
24       And he sent that to -- well, to Publication   18:34
25 Permissions, which is a general email inbox, and Mark   18:39

56 (Pages 218 - 221)

1 Wills, who worked in the D.C. office at that time.  And  18:33
2 then -- then Mark Wills sent that on to Steve Ferguson  18:37
3 and myself and copied Claire and Doug Read.        18:33
4        And then Steve Ferguson sent it on to Steve  18:39
5 Comstock to get permission to provide him, and then it  18:32
6 would have been up to Steve Comstock -- there's     18:37
7 obviously something missing from this email.       18:31
8    Q    By which you mean the -- the next email after  18:35
9 this?                         18:37
10    A    Right.  Right.  So either Steve Comstock    18:37
11 responded back with language to provide to Mr. Manz or  18:33
12 he responded directly to Mr. Manz.            18:36
13    Q    Does ASHRAE require that states or other    18:38
14 governmental bodies ask permission before reprinting  18:30
15 part of Standard 90.1 in their codes or regulations?  18:30
16    A    If they're requesting portions of 90.1, yes.  18:37
17    Q    Does ASHRAE consider it to be copyright     18:30
18 infringement if a state were to publish part of     18:34
19 Standard 90.1 in their codes or regulations without   18:37
20 getting permission from ASHRAE?             18:30
21        MR. CUNNINGHAM:  Objection to the       18:33
22 form.                        18:33
23        THE WITNESS:  It depends on how it's     18:34
24 done.  If it's part of a reference from the        18:36
25 IECC, we've already given permission through      18:30

Page 222

1    Q    Do you know who would have drafted this     18:33
2 document?                       18:38
3    A    This would have been drafted by Chris Mathis.  18:39
4    Q    Is Chris Mathis an ASHRAE employee?      18:33
5    A    No.                      18:37
6    Q    Right before lunch, you were asked the     18:32
7 following question:  Does ASHRAE believe that it --   18:36
8 that it owns copyright and contributions to Standards  18:38
9 90.1 or to the 1993 handbook by virtue of any other   18:31
10 means, other than the copyright releases that we    18:36
11 discussed today.  Do you recall being asked that     18:38
12 question?                       18:30
13    A    Yes.                     18:30
14    Q    And when you answered that question, were you  18:31
15 answering with regard to ASHRAE's belief that it owns  18:34
16 copyrights generated by ASHRAE employees or by     18:30
17 third-parties?                     18:34
18    A    By third-parties.              18:34
19    Q    Today we've seen a number of documents that  18:36
20 addressed -- or where you mentioned green building   18:39
21 standards or green building codes.  When you were    18:32
22 talking about green building standards, was that a    18:35
23 reference generally to Standard 90.1 or to some other  18:38
24 ASHRAE standard?                   18:33
25    A    To another ASHRAE standard.          18:34

Page 224

1 the IE -- ICC process.                18:35
2    Q    (BY MR. BECKER) But if it's not part of a  18:39
3 portion from the IECC, does that mean that ASHRAE would  18:32
4 consider it to be copyright infringement?         18:36
5        MR. CUNNINGHAM:  Same objection.        18:30
6        THE WITNESS:  Yes, if we know about it.   18:31
7        MR. CUNNINGHAM:  Madam Reporter, may I    18:36
8 inquire where we are, as far as time on the        18:39
9 record goes?                     18:31
10        MR. FEE:  We should have one minute      18:33
11 left.                         18:35
12        THE VIDEOGRAPHER:  Yeah, seven hours.    18:36
13        MR. BECKER:  All right.  Thank you very   18:38
14 much.                        18:30
15        MR. CUNNINGHAM:  You can finish this     18:30
16 document if you had more on this document.        18:31
17        MR. BECKER:  Oh, no, that's -- that's    18:34
18 fine.                         18:35
19        MR. CUNNINGHAM:  I have just a few       18:36
20 questions, Ms. Reiniche, quickly.            18:37
21        EXAMINATION              18:36
22 BY MR. CUNNINGHAM:                  18:36
23    Q    First, I would like to ask you to look at   18:36
24 Exhibit 1159, which you were shown earlier today.    18:39
25    A    Okay.                     18:33

Page 223

1    Q    What standard would that have been?      18:34
2    A    189.1.                    18:34
3        MR. CUNNINGHAM:  Thank you.  That's all   18:34
4 I have.                        18:34
5        MR. FEE:  I don't have any questions.     18:34
6        MR. BECKER:  I'd like to -- that's fine.  18:35
7        THE VIDEOGRAPHER:  Going off the record   18:35
8 at 18:35.                       18:35
9        (Deposition concluded at 6:35 p.m.)      18:35
10        --oOo--               18:35
11                           18:35
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 225

57 (Pages 222 - 225)

```
 1          C E R T I F I C A T E
 2 STATE OF GEORGIA:
   COUNTY OF FULTON:
 3
          I, SHARON A. GABRIELLI, HEREBY CERTIFY that
 4 the foregoing deposition was taken down by me in
   stenotype, and the questions and answers thereto were
 5 transcribed by means of computer-aided transcription,
   and that the foregoing represents a true and correct
 6 transcript of the testimony given by said witness.
          I FURTHER CERTIFY that I am not kin or
 7 counsel to the parties in the case; am not in the
   regular employ of counsel for any of said parties; nor
 8 am I in any way financially interested in the result of
   said case.
 9        IN WITNESS WHEREOF, I have hereunto set my
   hand this 10th day of April, 2015
10
11     _____
         SHARON A. GABRIELLI, RPR
12       CCR-B-2002
13
14
15
16
17
18
19
20      --oOo--
21
22
23
24
25
```

Page 226

Veritext Legal Solutions
866 299-5127

[& - 122]

| & | | | |
|---|---|---|---|
| **&**   2:6,15 3:7 10:10 10:16 11:3 17:1 | **1131**   4:23 64:8,10 | **1153**   5:22 87:17,19 89:20,24 90:2,24 | **1179**   7:4 163:8,10 |
| | **1132**   4:24 65:1,3 68:14,17,22 69:14 | **1154**   5:23 90:7,9,20 | **1180**   7:5 164:1,3 |
| **0** | **1133**   4:25 68:6,8,14 68:17 | **1155**   5:24 93:17 94:2 105:8 | **1181**   7:6 165:5,7 |
| **0001618**   80:11 | **1134**   5:3 69:18,20 73:15,16 75:8 81:17 83:1,4 | **1156**   5:25 107:13,16 107:17,24 108:8 109:17 | **1182**   7:7 167:2,4 |
| **0002847**   62:22 | | | **1183**   7:8 167:21,23 |
| **0022825**   75:16 | | | **1184**   7:9 169:11,13 |
| **0024287**   198:2 | **1135**   5:4 71:20,22 73:15,18,22 75:4 76:4 79:14,18,19 81:2 83:18 84:8,11 85:20,22 90:3 | **1157**   6:4 107:13,16 107:18 108:3,8 109:24 110:20 113:4 | **1185**   7:10 171:16,18 |
| **0024586**   147:16 | | | **1186**   7:11 173:17,19 |
| **01215**   1:3 9:24 | | | **1187**   7:12 174:18,21 174:24 175:6 |
| **02**   62:1 | | | **1188**   7:13 174:18,21 174:25 175:13 |
| **03-01-2004**   75:9 | | | |
| | | **1158**   6:5 117:10,12 | **1189**   7:14 177:12,14 |
| **1** | **1136**   5:5 74:7,9,23 76:1 | **1159**   6:6 122:2,4 223:24 | **119**   55:25 |
| **1**   52:15 56:11 67:17 72:13 83:1 107:16 132:16 168:11 | **1137**   5:6 75:13,15 76:6,20 | **1160**   6:7 127:19,21 | **1190**   7:15 180:18,20 |
| | | **1161**   6:8 131:3,5 | **1191**   7:16 184:25 185:2 218:3 |
| **1/30/2006**   75:5 | **1138**   5:7 76:10,12 77:15 | **1162**   6:9 134:4,6 | **1192**   7:17 188:1,3 188:14 |
| **10**   4:6 67:22,23 112:3 196:9 202:24 204:9 | **1139**   5:8 76:25 77:2 77:13,20 78:2,18,21 78:24 86:17 | **1163**   6:10 136:22,24 | |
| | | **1164**   6:11 148:5,7 149:5 150:14 | **1193**   7:18 195:20,22 |
| | | | **1194**   7:19 196:19,21 |
| **101**   2:17 | | **1165**   6:12 148:23,25 149:8 151:13 | **1195**   7:20 197:12,14 |
| **107**   5:25 6:4 | **1140**   5:9 78:5,7,13 78:22,25 | | **1196**   7:21 197:24 198:1 |
| **1075**   1:20 9:15 | **1141**   5:10 79:3,5,12 79:17,18 80:13 | **1166**   6:13 153:2,4 | |
| **1076**   51:8 | | **1167**   6:14 154:13,15 | **1197**   7:22 198:17,19 |
| **10th**   226:9 | **1142**   5:11 80:8,10 | **1168**   6:16 155:5,7 | **1198**   7:23 199:8,10 |
| **11**   54:2 133:20 | **1143**   5:12 80:15,17 | **1169**   6:17 155:15,17 | **1199**   7:24 199:18,20 |
| **1111**   2:8 | **1144**   5:13 81:4,6 82:7 | **117**   6:5 | **11th**   167:9 |
| **1119**   4:10 55:20,25 61:9 | **1145**   5:14 81:19,21 | **1170**   6:18 155:25 156:2,25 157:8,19 158:4 | **12**   220:16 |
| | | | **1200**   7:25 201:23,25 |
| **1120**   4:12 55:20 57:2 61:11 | **1146**   5:15 82:9,11 83:5 | | **1201**   8:3 202:10,12 217:24 |
| | **1147**   5:16 83:6,8 | **1171**   6:19 156:20,22 157:8,19 | |
| **1121**   4:13 55:20 61:21 | **1148**   5:17 83:20,22 84:11 85:5 | **1172**   6:20 157:3,5 157:19 | **1202**   8:5 206:1,4,4,8 |
| | | | **1203**   8:4 206:1,4,5 206:13 |
| **1122**   4:14 62:2,5 | **1149**   5:18 84:13,15 85:3 | **1173**   6:21 157:15,17 | |
| **1123**   4:15 62:8,10 | | **1174**   6:22 157:24 158:1 | **1204**   8:6 206:16,18 |
| **1124**   4:16 62:14,16 | **1150**   5:19 85:7,9,19 | | **1205**   8:8 207:24 208:1 |
| **1125**   4:17 62:20,22 | **1151**   5:20 85:25 86:2,13,16 87:12,14 106:1 | **1175**   6:23 158:6,8 192:18 193:5 | |
| **1126**   4:18 63:1,3 | | | **1206**   8:10 209:19,21 |
| **1127**   4:19 63:7,9 | | **1176**   6:24 159:3,5 192:18,24 | **1207**   8:12 211:10,12 |
| **1128**   4:20 63:13,15 | **1152**   5:21 86:20,21 87:8,11,15 | | **1208**   8:14 213:3,5 |
| **1129**   4:21 63:20,22 | | **1177**   6:25 159:22,24 | **1209**   8:15 219:16,18 |
| **1130**   4:22 64:2,4 | | **1178**   7:3 162:20,22 | **1210**   8:16 221:5,7 |
| | | | **122**   6:6 |

[127 - 5]

**127**   6:7
**12th**   3:10
**13**   8:13 69:4 112:17
166:21 167:1
**130**   175:16
**131**   6:8
**134**   6:9
**136**   6:10
**14**   112:22
**148**   6:11,12
**14th**   163:1
**15**   35:12 40:6,17
54:5
**153**   6:13
**154**   6:14
**155**   6:16,17,18
**156**   6:19
**157**   6:20,21,22
**158**   6:23
**159**   6:24,25
**16**   54:7
**161**   210:7
**161-2007**   210:3,14
**162**   7:3
**163**   7:4
**164**   7:5
**165**   7:6
**167**   7:7,8
**169**   7:9
**16th**   63:18 153:23
153:24 154:4
**17**   54:10
**171**   7:10
**173**   7:11
**174**   7:12,13
**177**   7:14
**1791**   15:23
**17th**   64:1
**180**   7:15
**184**   7:16
**188**   7:17 192:1
**189.1**   27:21 35:12
144:10 220:2
**189.1.**   225:2

**19**   17:14 54:13
97:25 153:16
**195**   7:18
**196**   7:19
**197**   7:20,21
**1970**   131:20
**1975**   98:1
**198**   7:22
**1989**   154:17
**199**   7:23,24
**1993**   91:17 92:15,24
93:5 158:13,20,25
177:5,6,8 193:4
224:9
**1994**   15:19 153:23
153:24
**1998**   16:13 154:19
**1999**   17:13 131:20
131:21 133:1
158:15
**19th**   62:7 64:14
**1:13**   1:3 9:24
**1st**   81:15 82:5 203:7

**2**

**2**   53:8,10 56:10 61:9
67:18 69:24 72:13
84:6 109:24 119:1
164:22 169:21
**20**   54:16 55:8 59:22
**2000**   165:2 214:3
**20004**   2:9
**2001**   65:7 68:23
69:12 105:23
**2002**   1:24 62:7
226:12
**2003**   17:23,25 18:10
62:13 66:13 155:13
155:22
**2004**   19:5 59:15
62:19 65:8 68:12,24
69:7,16,23 81:15
82:5 123:4 196:2,4
196:6 198:10

**2005**   62:25 68:13
91:4 150:23
**2006**   63:6 76:7
80:25 83:16 84:5
85:2 140:20 141:4
141:24 142:11
143:7 163:1
**2007**   59:15 60:2
63:12 76:23 85:18
134:12 165:12
170:2 213:16
**2007/2008**   168:2,24
169:17,22
**2008**   8:9,11 63:19
64:1 91:5
**2009**   8:13 64:7 78:4
86:10 87:5 167:9
198:6
**2009/2010**   171:22
**201**   7:25
**2010**   56:15,19,21
59:6,22 60:3,18
64:14 129:1 131:11
131:15,21 132:15
133:15 137:8
143:20 198:11
**2011**   206:15
**2012**   179:25 183:5,5
203:14,18 221:19
221:20
**2013**   59:4,25 190:11
**2014**   8:7 20:1,2
**2015**   1:18 9:12
226:9
**202**   2:10 8:3
**2035289**   1:25
**206**   8:4,5,6
**207**   8:8
**209**   8:10
**21**   54:16
**211**   8:12
**213**   8:14
**219**   8:15
**21st**   64:6

**22**   54:17
**221**   8:16
**223**   4:7
**2300**   2:18
**23rd**   62:13
**2454**   140:16
**24th**   196:2
**25**   54:19 202:23
**25th**   196:4
**26**   40:18 54:22
123:3 137:8 196:6
**27**   55:1
**27th**   62:19
**28**   8:9 55:3
**29**   8:7 55:4

**3**

**3**   53:15 56:5 67:18
131:17 195:7
**3/94**   153:22
**30**   1:13,18 50:8
51:10 52:8 60:23
144:2 175:21 176:8
176:15,24 178:8
198:9 215:24 216:1
220:15
**30329**   15:24
**30th**   9:12 76:7 80:25
83:16 84:5 85:2
**318-1218**   2:20
**34**   35:12
**3625**   1:21
**3rd**   63:12

**4**

**4**   8:11 52:5 67:19
161:1 162:13
**40.1.3**   154:17
**41.3-1989**   6:15
**415**   2:20 3:12
**4th**   63:5 68:13

**5**

**5**   53:23 67:20 78:14
87:7,10 106:3
110:21 163:20

Veritext Legal Solutions
866 299-5127

[5 - active]

164:20 167:11
**5.1**   163:21
**5.1.2.2**   163:24
**50**   21:16 50:10
144:2 204:17
**55**   4:10,12,13
**555**   3:9
**583**   146:23,25 147:1
**584**   146:24
**5th**   63:11 65:7 68:24
105:23 154:18

**6**

**6**   1:13 51:10 52:8
53:24 54:4 60:23
62:24 67:11 77:9,13
86:13 124:8 178:8
215:24 216:1
**62**   4:14,15,16,17
**62.1**   207:7
**62.2**   206:25 208:8
208:13 211:19,21
211:25
**63**   4:18,19,20,21
**64**   4:22,23
**65**   4:24
**68**   4:25
**69**   5:3
**6:35**   225:9

**7**

**7**   67:20 94:14
**71**   5:4
**73**   202:24
**739-5353**   2:10
**74**   5:5
**75**   5:6
**76**   5:7,8
**78**   5:9
**79**   5:10
**7th**   155:12,22

**8**

**8**   67:21 111:4 196:7
196:8,9 204:9

**8/7**   62:1
**8/96**   6:14
**80**   5:11,12
**81**   5:13,14
**82**   5:15
**83**   5:16,17
**84**   5:18
**85**   5:19,20
**86**   5:21
**87**   5:22
**875-2389**   3:12
**89**   17:14

**9**

**9**   67:25 68:5
**9.9**   213:22
**9.9.**   214:11
**9/10/01**   57:14
**9/7/2001**   57:11
**90**   5:23 17:14
123:24
**90.1**   12:11 22:6
27:20,22 29:15,18
29:20 30:11,19
31:14 32:10,11,15
32:18,22 33:7 35:12
35:13,20,24 36:15
36:19,24 37:3 46:2
47:5,7 56:20,21
57:3,25 58:7,10,14
59:3,6,16,22 60:2,7
60:18 61:12 62:1,6
62:12,18,24 63:5,11
63:18,25 64:6,13
65:7 68:12,23 69:12
69:16,23 91:17
92:14,24 93:4 96:9
97:14 98:1,6,9,16
98:22 103:10 104:2
104:7,8,14,15,19,25
105:3 106:6 109:3
110:10 111:8
113:15,17,24 114:2
114:6,9 116:19,20
117:1,5 120:24

121:1,2 123:24
124:3,18 125:2,11
125:20,22 126:1,9
126:18,25 128:6,10
129:10,16,19 130:5
130:7,14,16,25
131:10,13,19
132:15,20 133:22
134:1,24 136:6,13
136:18 140:22
141:3 142:5 144:9
144:12 145:8 151:7
151:11 152:13
153:13 159:1
162:18 163:1
171:14 172:10,24
173:9,24 174:13,15
191:24 192:23
194:9,10,14 196:1
196:24 197:1,23
198:11 204:1,6
209:25 210:25
211:4,6 214:1,3
220:12 222:15,16
222:19 224:9,23
**90.1-1989**   153:15,20
**90.1-1999**   153:16
154:11
**90.1-2001**   155:12,21
156:8
**90.1-2004**   140:20
141:9,18,20,23
142:6 143:6,8
150:20,25 159:21
**90.1-2004.**   163:4
214:3
**90.1-2007**   141:8
159:17
**90.1-2007.**   160:6
**90.1-2010**   159:13
221:17
**90.1-2010.**   141:11
**90.1.**   30:11 31:5,18
36:22 65:6 103:15
104:13 118:14

119:9 122:18 123:7
123:17 124:7
125:17 128:12,13
128:19 133:14
142:7 145:15
149:24 168:20
172:8,21,21 174:8
178:25 179:11
196:13 197:11
**90.2**   35:12 104:3
**90.4**   35:12 104:3
**93**   5:24
**94**   16:11
**94104**   3:11
**94105**   2:19
**99**   17:15 109:8
135:2
**9th**   76:23 85:18
165:12

**a**

**a.m.**   1:18
**abide**   120:19
**ability**   19:1
**able**   12:13,16 15:4
150:10,11 191:7
**accept**   38:24 71:4
73:10,14
**acceptance**   39:10
**accepted**   47:9 71:8
**accepts**   46:21 47:1
**access**   61:2 66:10
91:10 176:2,11
**achieve**   143:1
**acronym**   39:20
186:10,24,25
**acronyms**   32:2 41:6
201:12
**act**   28:17 30:7,8
43:3,8 140:16
142:23 206:14
**actions**   118:25
181:1 189:19
**active**   112:6

[activities - application]

activities  52:16
  119:16 144:7 146:4
  147:17
actual  214:19
ad  118:17,21 196:10
add  14:15,16,21
  93:23 221:22
added  91:2 96:18,19
  111:1
addenda  96:21
  160:5 163:3
addendum  69:23
  74:14 75:21 81:11
  82:2 84:2,20 161:2
  161:4,23
adding  40:24
addition  25:20
  41:18 59:6 148:13
  149:9 204:6
additional  77:19,22
  144:6 185:15
  215:22
address  15:22
addressed  224:20
addresses  15:25
adds  77:23
administration
  19:18
administrative
  25:15 115:18
administrator  18:14
  19:4,10,12
adopt  31:8,13 32:13
  32:14 50:21 111:8
  128:11 141:11
  150:23 151:2,23
  210:13,21,25
  211:21
adopted  32:17 51:1
  109:3 113:15
  123:24,24 124:5
  203:22 204:12,13
  204:15 205:4 207:1
  208:7,12

adopting  120:22
  221:19
adoption  110:22
  111:2,6,19,21
  122:18 123:16,16
  124:9,11 130:16
  144:12 206:25
  208:25 209:3,4,7,13
  209:14 210:18
  211:6
adoptions  123:15
  144:8 145:7,8
advance  99:2,8
  109:13,15 220:15
advancing  112:3
  140:8
advantage  13:4
  127:14,15
advice  215:15
advise  174:3
advisory  47:21
  208:18,21,23
  221:16
advocacy  219:21
advocate  140:21
  145:7
advocated  142:10
affairs  115:10,13,14
  115:17,25 116:6
  128:22 148:2
  210:12,20
affect  50:16 51:4
  99:11,22
affiliated  65:19
  162:7
affiliation  164:15
agencies  147:24
  148:2 176:3
agency  105:19
  212:17
agendas  187:22
ago  11:9,20 102:3
agree  9:9 87:25
  88:11,16 89:1,10
  91:8

agreed  193:13 198:8
agrees  56:23 157:14
ahead  72:10 186:3
  202:17 207:16
  214:15
ahri  201:10 206:10
aided  226:5
air  1:6,14 10:18
  18:19 51:11 99:12
  102:14 210:3
aircrafts  210:4
al  8:9,10 9:20
albuquerque  137:7
alleged  191:10
allow  74:3 89:1,11
  189:25 191:15
allowed  72:19 73:6
alternative  33:4
aman  184:21
amanda  184:21
amended  51:9
amendments  221:21
american  1:3,5,13
  9:19 10:17 34:6,7
  35:8 45:1 51:10
  140:15 142:22
ames  114:23 115:7
  115:16 175:6
  200:16 206:9 215:4
  216:2 218:25 219:1
  219:20
amount  89:8 101:19
  141:13 204:3
  205:10
andrew  8:6 207:10
  213:17
angela  34:2
annual  135:16,17,19
ansi  6:14 21:14 43:2
  44:13,13,18,24,25
  58:25 104:15,25
  105:3 110:22 111:3
  111:5,18,20,22
  114:11 154:16
  155:11,21 159:12

159:16,20 160:6
  163:4 186:9,12
  187:11,25 206:11
ansi's  157:22
answer  59:14 60:24
  147:4 184:6 209:10
  214:17 216:9
answered  224:14
answering  224:15
answers  13:22,22,23
  14:14 52:23 53:4
  94:16 226:4
antithetical  124:11
anybody  33:17,21
  45:14 194:12 219:4
anymore  112:24
anyway  13:19
apart  77:11
apco  219:14
apersily  8:10
apologies  94:3
  185:10
appeals  20:25 67:22
appear  13:10 77:13
  79:22 80:12 88:10
  89:19 90:2 108:7
  153:18 160:22
appearances  2:2 3:3
appeared  75:24
appears  68:14,17
  90:18 108:3 123:2
  151:15,17 165:2
  175:2 177:20 179:1
  195:10 200:18
  201:1 202:4 203:8
  207:9 208:5 213:9
  219:21
apples  114:12
applicable  107:2
applicant  106:24
application  22:16
  23:20,21 24:5 28:14
  77:6 78:12 86:6
  87:2 94:10 167:17

[applications - ashrae0001610]

| | | | |
|---|---|---|---|
| **applications**   24:3,4 | 18:23 19:4 20:10,13 | 130:4,7,19,25 | 212:20 213:16,20 |
| 28:1,17,19 29:12 | 20:18 24:19,22 27:9 | 131:24 132:5,15 | 218:11 219:4,24 |
| 95:9 | 28:2 29:9 30:18 | 133:17,18,22 134:1 | 220:1 221:13,15 |
| **applied**   18:13 | 32:22 33:13 34:8 | 134:11,14,16,18,21 | 222:13,17,20 223:3 |
| **applies**   53:3 166:21 | 40:1,2 42:19 46:9 | 135:7,7,23 136:6,11 | 224:4,7,16,24,25 |
| **apply**   59:16 100:13 | 47:16 48:8,10,18 | 136:13,16,18,19,20 | **ashrae's**   32:10 33:6 |
| 153:10 193:24 | 49:19 50:13 52:8 | 137:7 140:13,20,21 | 53:4 56:21 58:23 |
| **applying**   24:6,16 | 56:7,12,13,15,16,17 | 141:18,23 143:25 | 98:25 99:5 101:23 |
| **appointed**   40:7 | 56:23 58:19 59:5,21 | 145:2 146:10,10,17 | 109:11 121:4,12 |
| **appointments**   40:16 | 60:18 61:9,23 62:22 | 146:19,20,23 147:9 | 127:15 130:5 143:3 |
| **approval**   36:8 39:13 | 64:15,18,20 65:22 | 147:16,22 148:2 | 151:5,9 173:4 |
| 39:15 95:2 | 66:11 68:12 70:7,10 | 149:13,20,21,22,25 | 174:15 175:22 |
| **approve**   26:8,17,17 | 70:17 71:1,4,7,12 | 150:3,20 152:11 | 176:8,24 193:18 |
| 26:20 42:4 95:4,14 | 71:16 72:15 73:4,4 | 153:5,12 154:7,16 | 199:16 210:19 |
| 95:25 161:2,4 | 73:10 75:15,20 | 155:11,21 158:13 | 224:15 |
| 171:10 209:8 | 76:17 77:11,25 | 158:15,20,25 159:1 | **ashrae000024591** |
| **approved**   29:13 | 78:11 79:1 80:2,10 | 159:12,16,20 160:5 | 8:5 |
| 38:19 57:13 94:24 | 81:11 82:2,20 84:2 | 160:6,17,19 161:16 | **ashrae0001590-15...** |
| 94:25 121:6 152:21 | 84:20 85:14 87:1 | 161:17,19 162:8,9 | 6:23 |
| 170:10 171:7,8 | 88:3,24 91:2,13,16 | 162:11,15 163:3,4 | **ashrae0001592** |
| 188:10 | 91:17,21,24 92:4,15 | 163:15 164:8,16,24 | 159:6 |
| **approves**   26:21,22 | 92:16,22,24 93:3 | 165:10,21 167:7 | **ashrae0001592-15...** |
| **approving**   26:4,5 | 94:11,21 96:9 97:6 | 168:12,14,17 169:6 | 6:24 |
| 27:6 28:6 42:6,8 | 97:8,13,14 98:20 | 169:25 170:5,11,12 | **ashrae0001594** |
| 98:3 | 99:8,18 100:7,8,14 | 170:23,24 171:1,14 | 159:14 |
| **approximately**   9:13 | 100:18 101:11,12 | 171:25 172:18,22 | **ashrae0001598**   94:3 |
| 40:6 109:7 214:22 | 101:13 103:21,22 | 172:24 173:8,12,14 | **ashrae0001598-15...** |
| **april**   8:7,9 63:5 | 104:7,12,13,15,19 | 173:16 174:12,15 | 5:24 |
| 165:12 226:9 | 104:25 105:3 108:2 | 175:15 176:1 177:3 | **ashrae0001599** |
| **architects**   119:2 | 108:6,17,21,24 | 177:5,6,8 179:23 | 105:9 |
| **area**   29:25 43:23 | 109:14,17,25 110:3 | 180:1,13,14 181:4,9 | **ashrae0001600**   5:15 |
| 102:15,17 | 110:7,12,15,18,18 | 182:12,15 183:6,17 | 82:16 |
| **areas**   29:23 | 110:22 111:3,3,5,17 | 183:22 184:20 | **ashrae0001601**   5:12 |
| **arena**   50:19 | 111:22,25 112:7,15 | 185:12 189:3,11 | **ashrae0001602-16...** |
| **arrangement** | 113:4,5,9,14,16,21 | 190:9 191:9,19 | 5:13 |
| 194:10,13,16 | 114:9,13,25 115:8 | 192:6,8,22 193:3,4 | **ashrae0001604**   5:16 |
| 195:13 | 115:15,24 116:1,5 | 193:8,14,16 194:4 | 83:9 |
| **art**   109:15 | 117:24,25 118:2,15 | 195:14 196:16,24 | **ashrae0001605**   5:19 |
| **article**   177:4 186:17 | 118:19,20,23 119:4 | 197:19,21 198:1,6 | 85:10 |
| **articulate**   146:13 | 119:10 120:13 | 198:23 199:4,6,15 | **ashrae0001606**   5:14 |
| **asap**   188:15 | 121:1,2,6,8,14 | 199:25 200:4,14 | 81:22 |
| **ase**   201:9 206:11 | 122:23 123:24 | 202:21 203:1,9,17 | **ashrae0001608-16...** |
| **ashrae**   2:14 6:13,14 | 124:17 125:18,22 | 208:16,22 209:2 | 5:17 |
| 11:17,18,23 12:2,5 | 126:8 128:22,23,25 | 210:12,13,13,21,25 | **ashrae0001610** |
| 12:9 18:4,6,9,12,16 | 129:9,10,14,16,18 | 211:4,5,8 212:11,19 | 84:23 |

[ashrae0001610-1611 – ashrae0024575]

| | | | |
|---|---|---|---|
| ashrae0001610-16...<br>5:18 | ashrae0002895-29...<br>4:19 | ashrae0012340-12...<br>7:8 | ashrae0022821-22...<br>5:3 |
| ashrae0001612   5:22<br>88:2 | ashrae0002902<br>63:23 | ashrae0012344<br>168:22 | ashrae0022823   74:9<br>ashrae0022823-22... |
| ashrae0001614<br>106:11 | ashrae0002902-29...<br>4:21 | ashrae0013632<br>63:16 | 5:5<br>ashrae0022825-22... |
| ashrae0001616<br>86:22 | ashrae0003496<br>122:23 | ashrae0013632-13...<br>4:20 | 5:6<br>ashrae0022827   5:23 |
| ashrae0001616-16...<br>5:21 | ashrae0003496-35...<br>6:6 | ashrae0013961<br>159:25 | 90:13<br>ashrae0024209 |
| ashrae0001618   5:11 | ashrae0003500<br>124:8 | ashrae0013961-13...<br>6:25 | 213:6<br>ashrae0024209-24... |
| ashrae0001628<br>195:23 | ashrae0003506<br>126:3 | ashrae0013966<br>160:25 | 8:14<br>ashrae0024235-24... |
| ashrae0001628-16...<br>7:18 | ashrae0003509<br>126:11 | ashrae0013973<br>161:7 | 6:12<br>ashrae0024238 |
| ashrae0002467   65:3 | ashrae0005359<br>64:11 | ashrae0013982<br>161:25 | 148:12<br>ashrae0024245-24... |
| ashrae0002467-24...<br>4:24 | ashrae0005359-53...<br>4:23 | ashrae001592<br>159:10 | 6:11<br>ashrae0024250 |
| ashrae0002469   68:9 | ashrae0005677<br>131:6 | ashrae001596<br>159:18 | 150:16<br>ashrae0024267 |
| ashrae0002469-24...<br>4:25 | ashrae0005677-57...<br>6:8 | ashrae001613-1615<br>5:20 | 197:15<br>ashrae0024267-02... |
| ashrae0002471-24...<br>7:5 | ashrae0005679<br>131:18 | ashrae0016488   7:4<br>ashrae0016583   64:4 | 7:20<br>ashrae0024287   7:21 |
| ashrae0002553-25...<br>4:13 | ashrae0005856<br>117:13 | ashrae0016583-16...<br>4:22 | ashrae0024373   7:12<br>ashrae0024374-24... |
| ashrae0002561-25...<br>4:14 | ashrae0005856-58...<br>6:5 | ashrae0018975-18...<br>7:10 | 7:13<br>ashrae0024388   7:22 |
| ashrae0002578<br>62:16 | ashrae0005859<br>118:25 | ashrae0020220-20...<br>7:7 | ashrae0024393   7:23<br>199:11 |
| ashrae0002578-25...<br>4:16 | ashrae0006892<br>196:22 | ashrae0022813   5:10<br>ashrae0022814   77:3 | ashrae0024558<br>136:25 |
| ashrae0002610<br>62:10 | ashrae0011934<br>162:23 | ashrae0022814-22...<br>5:8 | ashrae0024558-24...<br>6:10 |
| ashrae0002610-26...<br>4:15 | ashrae0011934-11...<br>7:3 | ashrae0022817-22...<br>5:9 | ashrae0024560<br>137:15 |
| ashrae0002835   57:7<br>ashrae0002835-02... | ashrae0012247-12...<br>7:9 | ashrae0022819   5:4<br>71:23 | ashrae0024568<br>140:11 |
| 4:12 | ashrae0012324-12...<br>7:6 | ashrae0022820   5:7<br>76:13 | ashrae0024570<br>143:16 |
| ashrae0002847-28...<br>4:17 | ashrae0012340<br>167:24 | ashrae0022821<br>69:20 | ashrae0024575<br>138:4 |
| ashrae0002872   63:3<br>ashrae0002872-28...<br>4:18 | | | |
| ashrae0002895   63:9 | | | |

**[ashrae0024581 - bakery]**

**ashrae0024581**
144:6
**ashrae0024591**
206:5
**ashrae0024592**
206:5
**ashrae0024592-24...**
8:4
**ashrae0024624**
199:21
**ashrae0024624-24...**
7:24
**ashrae0025561**
127:22
**ashrae0025561-25...**
6:7
**ashrae0026227**
107:17
**ashrae0026227-26...**
5:25
**ashrae0026229**
107:18
**ashrae0026229-26...**
6:4
**ashrae0026233**
134:7
**ashrae0026233-26...**
6:9
**ashrae0026916**  7:25
202:1
**ashrae0027383-27...**
8:15
**ashrae0027781**
177:15
**ashrae0027781-27...**
7:14
**ashrae0027814-27...**
7:11
**ashrae0027817-27...**
8:16
**ashrae0029496**
156:3
**ashrae0029496-29...**
6:18

**ashrae0029498-29...**
6:19
**ashrae0029501-29...**
6:16
**ashrae0029503**
155:18
**ashrae0029503-29...**
6:17
**ashrae0029505-29...**
6:20
**ashrae0029508-29...**
6:21
**ashrae0029512-29...**
6:22
**ashrae0029650**
202:13
**ashrae0029650-29...**
8:3
**ashrae0029659-29...**
7:16
**ashrae0029704**  7:15
**ashrae0029734-29...**
7:17
**ashrae003502**  125:9
**ashrae005865**
119:21
**ashrae006892-6899**
7:19
**asked**  131:25 132:1
132:18 189:24
207:2 211:21,24
214:25 224:6,11
**asking**  13:21 166:19
178:23 189:19
197:19 203:9 208:9
220:3,7 221:22
**assign**  53:20
**assigned**  34:9,11,23
35:1,8,13 41:16,17
**assignment**  53:17
56:13,22 94:13
**assignments**  40:10
40:13 91:24 92:5,9
92:25 193:23

**assist**  146:14
**assistant**  19:17
25:16 115:19
**associates**  17:1
**association**  1:4 41:8
**assume**  108:11
136:4
**assumes**  38:18
**assuming**  61:6
212:6
**assumption**  221:22
**assure**  149:12 150:5
**assuring**  149:18
**astm**  1:3 2:4 10:20
56:7 181:17 182:19
182:21 185:5
**atlanta**  1:21 9:16
15:23
**attached**  210:14
214:10
**attachment**  108:8
108:14 174:25
175:2
**attend**  48:4
**attendance**  112:5
184:14,16 185:12
185:14
**attended**  184:23
**attending**  10:3
**attends**  36:5
**attention**  186:21
**attorneys**  10:2
214:21
**attributed**  193:14
**audible**  14:4
**audio**  9:7
**august**  62:19
**authentic**  64:17
71:12 122:24
**authenticate**  178:10
**authenticated**
178:15
**authentication**
178:6

**author**  192:23 193:4
193:8,19
**authority**  53:16,19
179:4
**authorship**  53:12
**av**  163:3
**available**  56:17
**avenue**  2:8
**awards**  24:22
**aware**  13:19 29:11
36:18 37:5 39:13,15
52:7 91:15,19,21,24
111:2,20 112:16
116:18 117:8
124:25 129:22
131:1 138:23
144:22 150:2
179:24 180:1,14
191:17 192:6,10
203:17 205:24
210:16
**awareness**  219:9

**b**

**b**  1:3,13,24 51:10
52:8 60:23 178:8
215:24 216:1
226:12
**bachelor's**  16:5,8
**back**  28:8,12,13
29:6,7 33:12 37:10
37:12,17 38:6,8,18
38:20 39:19 46:17
58:22 59:1 61:5
68:4 70:24 75:8
76:7 84:24 93:20
96:2 97:23 105:8,8
113:6 121:11,24
136:14 150:8 171:5
178:4 189:24 203:9
203:10 222:11
**background**  16:4
19:1 24:12,20
**bakery**  218:6,8,10
218:23 219:2,5

[balance - bottom]

**balance** 36:3 42:19
114:8
**balanced** 21:11,13
21:15 48:15 50:3,6
**ballot** 38:22,23
39:12
**ballots** 36:8
**bankruptcy** 16:17
**barnes** 164:25 166:1
**barnes's** 164:15,19
**based** 35:3,5 50:3,6
95:24 133:5 200:14
204:5
**baseline** 141:7,12,24
142:3,11 143:6,9
150:19
**baselines** 140:20
**basic** 108:18 220:8
**basically** 12:19
96:15
**basis** 193:18,22
**bates** 57:7 62:10,16
62:22 63:9,15,22
64:4,10 65:3 68:8
69:20 71:22 74:9
75:15 76:12 77:2
80:10,11 81:21
82:15 83:8 84:22
85:9 86:22 88:2
90:13 94:2 105:9
106:10 107:17,18
117:13 118:24
119:20 122:23
127:21 131:5,18
134:6 136:24
137:14 155:17
156:2 159:5 167:23
177:15 195:22
196:22 197:14
198:1 199:10,20
201:25 202:12
206:4,5
**battle** 203:12
**bcunningham** 2:21

**beautiful** 126:6
**beauty** 119:25
**becker** 3:8 4:6 10:9
10:9 11:1,2 13:16
23:12 28:23 31:6,21
31:25 33:3,12 46:25
48:23 49:2,6,19
50:24 51:7 52:4
55:10,13,16,24 57:5
57:8 61:8,17 62:3,9
62:15,21 63:2,8,14
63:21 64:3,9 65:2
66:7 67:13 68:7
69:19 70:12,17 71:1
71:21 72:12,24 74:6
74:8,22 75:14 76:11
77:1,18 78:6,24
79:4,21 80:9,16
81:5,20 82:10,14,17
83:7,21 84:14,21,24
85:8 86:1,21 87:18
88:1,3,13 90:8,12
90:14 92:4,8,13,22
93:11,20 100:1,14
102:3 103:9,20
104:18,24 105:7
107:15 109:6,16
113:23 116:11,18
117:11 118:9
120:12 122:3,12,17
122:21 123:14
124:25 125:8
127:13,20 128:20
130:4 131:4,17
132:1,8,17 133:10
134:5 136:11,23
138:24 139:24
145:10,17 146:25
147:7,13,16 148:6
148:21,24 152:2,9
153:3 154:14 155:6
155:16 156:1,21
157:4,16,25 158:7
159:4,23 162:21
163:9 164:2 165:6

167:3,22 169:12
170:16 171:17
172:9,17 173:4,18
174:20 176:22
177:13,23 178:5,9
178:13,16,20
179:12,21 180:19
182:11 183:22
184:7 185:1,10,20
185:22 186:4 188:2
189:4,18 190:2,19
191:3,9,19 192:6,11
192:17 193:3,8,15
194:4 195:21
196:20 197:13,25
198:18 199:9,19
200:20 201:24
202:11,18 203:14
206:3,17 207:20,25
208:20 209:18,20
210:9 211:11
212:12 213:4,14
215:1,23 217:6,13
217:22,25 219:17
221:2,6 223:2,13,17
225:6
**becoming** 174:7
**beginning** 98:10
128:9 159:24
189:12 190:6
**behalf** 10:20 113:14
113:21,21 171:23
**behavior** 28:18
**belief** 224:15
**believe** 24:7 31:15
67:19 71:1,11 92:22
93:3 143:23 160:8
166:3 172:22
176:20 180:3 184:2
184:6,10 194:24
195:4 211:22 224:7
**believes** 152:19
157:22
**bellenger** 200:15

**belong** 106:25
**belonged** 190:9
**belongs** 106:22
**benchmark** 142:6
**benefit** 113:16,24,25
139:2
**beq** 198:13
**bert** 34:4
**best** 15:8 30:25
**better** 99:24 120:10
174:10,16
**beverly** 34:3
**beyond** 126:19,20
137:22,22 146:15
**bias** 21:22 24:11
**big** 27:24 189:10
190:5
**bill** 143:12,13 210:6
210:8,22
**billing** 207:8
**bingaman** 142:24
**biographical** 24:18
**bit** 45:8 151:15,18
**blake** 2:16 10:15
**blank** 91:13 105:4
**block** 196:25
**board** 40:9 48:2,2
48:16 95:4 98:4
121:23 122:1
182:14 202:22
203:8 209:2
**bockius** 2:6
**bodies** 26:5 28:6
45:7,9,12 98:3
110:7 205:13,14,15
205:16 222:14
**body** 26:4 39:12,13
46:9 142:19
**book** 158:24
**books** 99:14 148:14
149:10,19
**boss** 207:11,12,13
**bottom** 24:9 75:5
76:22 82:22 85:16
86:8 105:22 127:13

Veritext Legal Solutions
866 299-5127

128:7,7 145:17
174:2
**box** 61:5 88:4,14
**boxes** 106:4
**break** 14:20 55:12
55:13 116:12 152:3
192:11
**breaks** 14:19
**bring** 119:4
**brought** 41:25 61:5
121:24
**bruce** 208:6
**bsr** 160:5 163:3
**build** 31:9 32:18,19
147:20
**builder** 32:18
**building** 22:24
27:22 99:3,8 102:24
104:4 109:15 110:2
111:6,19,21,23
112:22 113:16
119:2 127:4,5,6,9
127:10,12,17
137:16,20 138:6,14
139:11 140:7,12,17
141:23 142:25
144:8,13,16 145:7,8
146:2 148:11,14
149:10 150:9,10,20
150:24 151:3
197:20,22 198:12
198:16 224:20,21
224:22
**buildings** 30:5,14,21
31:9 99:12 105:5,6
109:5 136:3 137:22
138:16 142:15,16
143:7,9 149:15
150:21,22 198:14
**built** 147:21 219:25
**bullet** 140:19 143:2
144:8 146:2 153:21
**burnetter** 207:21
**business** 12:14,17
15:21,25 50:18 51:5

**c**

**c** 30:7 90:19 157:1
182:24 226:1,1
**calendar** 189:7
**california** 2:19 3:9
3:11 207:1 208:8,13
**call** 67:2 95:7
**called** 42:25 93:9
152:15 218:6
**calls** 70:15 173:1
183:9 189:22 191:8
193:21 204:3
**calm** 158:5 161:14
161:18
**calm's** 161:15,21
**campaign** 181:2,5,6
181:10 183:7,23
184:4
**capacity** 11:12,18
13:14 125:6 143:10
178:2
**capitol** 140:12
**caption** 9:19
**carl** 3:18 10:14
**carmen** 34:1
**carolina** 131:16
**case** 1:3 9:19,22,24
12:2,6,7,10 13:10
53:13 56:3 151:25
180:4 213:11 226:7
226:8
**categories** 21:25
22:2,6,13 23:12
48:16 49:23 50:4,5
50:9 57:19 105:10
106:4,6,12,20
**categorized** 24:8
**category** 21:17,18
21:19 22:15 24:7
50:11 105:12,15
106:15,22,25 107:5
107:8,11
**caucus** 137:16,20
138:6,14 139:12

140:7
**cause** 43:7 141:14
**caution** 51:22
**cautious** 174:4
**ccr** 1:24 226:12
**cell** 9:5
**ceo** 182:24
**certain** 89:8 104:4
178:17,18
**certificate** 158:12
159:11,15,19
**certificates** 192:19
**certification** 114:17
159:11
**certify** 226:3,6
**cetera** 120:1
**cfo** 182:24
**cfr** 175:21 176:2,8
176:11,16,23
**chain** 8:6,8,10,12
53:11 109:21 174:2
188:13 189:9
207:10
**chair** 26:3,5,17,21
26:23 28:4,5 29:3
36:2 37:13,14 38:24
40:10,11,14,14 48:1
48:1 95:9 106:25
131:10,13 133:14
152:22 156:6
157:13 197:1
211:22
**chairs** 21:9 47:25
138:9
**challenges** 124:9
**chance** 15:1 101:18
185:6
**change** 15:18 20:23
21:3 25:24 26:1
36:11,12 37:11,21
37:24,25 38:15,18
38:19,20 39:1,1,3,4
39:6,10 42:25 43:7
43:17,19 44:6 45:6
45:11,15 58:16 60:6

60:8,11,14 65:10
66:9 67:19 69:5,8
70:9 72:2 76:16
80:20 82:20 85:14
96:24 124:6 130:22
135:22 152:21
157:21 163:15,20
164:8,19,23 165:10
166:5,6,7 167:7,11
167:25 169:15
170:10,14,16,25
171:20 172:7 194:1
194:2,3,16 195:13
204:16,23,25
**changed** 25:21,23
43:7 75:2 120:7,9
130:9,10,12,13,20
130:21 152:20
195:16
**changes** 15:1,3,4
37:5,18 38:4,9 39:4
41:22 42:9,10,21,23
42:24 43:14 44:2
45:22 46:10 94:16
95:23 96:1 157:12
157:23 205:8
**changing** 39:5,7
130:25
**chapter** 110:3 120:9
137:4 221:12,14,14
**chapters** 115:24
119:5 145:2,4,18,22
204:6
**characteristic**
156:13
**characterization**
113:19 123:10
139:17
**characterize** 113:8
114:8
**characters** 89:9,15
**charge** 34:7 135:13
194:9
**charlotte** 131:16

[check - committee]

check  88:17 106:4
  109:9 113:6 119:12
  136:10,15 150:11
checked  25:14
checks  25:6 88:13
choice  32:20
choose  32:13 50:22
  136:1 166:10
chose  178:1
chris  117:24 118:1
  196:13 224:3,4
church  15:13,16
circle  15:23
cite  104:19
claim  12:9 192:22
  193:3,18
claimed  12:20,24
  13:7
claiming  13:4
claire  33:14 188:7
  215:7 216:3 220:9
  222:3
claire's  186:20
clarify  68:22 120:25
clarity  211:3
classes  114:17
  121:14
clean  140:16 142:23
clear  39:8 49:5
  104:23 200:8 202:5
  209:10
clearly  129:4,9
  155:3 179:18
click  88:15 91:8
clicked  88:25
close  66:20 207:3
closest  145:5
clumped  201:17
cluster  112:23
coalition  137:17,21
  137:24 139:12
  140:9 219:9
coalitions  137:15
code  22:22,23,24
  30:5,11 31:13,19

32:4,5,6,14,16,17
  41:4 45:3,5,6,7,9,11
  45:12,25 46:2,3,4
  46:21,21,24 47:1,1
  47:3,3,7,8 50:19,21
  51:1 110:2,7 111:9
  113:16 114:1
  120:20 121:1
  122:18 125:10,15
  125:19,21 126:13
  126:14,16,19,21
  127:18 137:23
  138:9,18 140:17
  141:5 143:5,15
  144:8,16 145:7
  149:22 150:10,22
  150:24 167:25
  168:2,4 169:2,15,17
  170:10,12,14,16,23
  170:24 171:7,9,20
  171:22 172:7
  173:14 175:9,16
  202:6 205:8,10,12
  205:14,15,15,17
  207:8 215:10
  220:11 221:15,18
  221:18,20,21,23
codes  22:19,20
  30:10 31:21 35:19
  46:18 99:24 100:1,4
  100:5 110:7 111:6
  111:19,21,23
  123:16,19 126:23
  126:24 127:1
  131:11,15 138:16
  141:21,21 142:17
  142:19,25 143:4,24
  144:13 145:8 146:3
  148:14 149:10,19
  150:11,20 151:2,3
  168:1 169:1,16
  171:21 205:7 209:4
  209:14 222:15,19
  224:21

coding  89:15
colker  128:8,14,20
  128:23 129:2
  210:11
collaborative
  112:25
college  16:7
columbia  1:1 9:24
column  120:8
  194:17,18,22,22,25
  195:1,2,5,9,11
columns  120:8
  195:10
combined  196:25
come  14:13,19 36:3
  45:13 96:22 102:18
  102:21 139:4
  170:19 181:15
comes  27:7 45:13
  166:20
coming  45:15 96:17
  100:20,25 102:10
comment  15:4 27:24
  37:4,19 38:2 58:15
  69:22 74:13 87:23
  87:24 88:5,8,11,12
  88:16 89:5,18 90:17
  91:4,6 95:18 96:22
  101:18 161:1,24
  167:19 175:12
  176:16 193:25
  212:7 220:8
commented  126:1
commenter  70:6
commenters  58:15
  58:19,20 95:20,21
  193:25
commenting  70:22
  75:19 81:10 82:1
  84:1,19
comments  27:5
  29:24 43:10 70:7,9
  88:19 95:19,24
  100:20,24 124:17
  160:5 163:2 168:25

175:7,11 204:16,18
  220:3,7,18,22
commercial  30:5,10
  30:14,20 109:5
  127:17 141:17,19
  141:20,23 142:8,15
  143:7,9 150:21
  210:4 221:18
commission  203:3
commitment  204:10
committee  21:10
  24:6,10 25:2,17
  26:3,16,20,22 27:14
  27:19 28:5,6 29:3
  29:10 36:2,3,6
  37:12,21 38:2,6,18
  39:11,19 40:5,8,18
  40:20,21 41:2,13,15
  42:5,17,19 43:4,5,9
  43:11,11,22,25 44:7
  45:14 46:15 47:24
  47:24 48:2,7,8,20
  48:21,23 49:1,9,10
  49:14,16,16 50:2,6
  52:24,25 56:16,20
  57:4,22,23 58:2,6
  60:9 61:10,12 65:16
  66:19 77:6,12,25
  78:12 86:6 87:2
  94:11 95:2,6,9,11
  95:12,15,19,22 96:4
  96:6,16,23 97:5,7
  97:10 98:5 107:1
  116:19,20,21,22
  117:2,2,21 118:10
  118:11,13,16,21
  137:5 152:23
  157:11,11 160:4
  163:1 165:18 166:2
  166:5,8,12,22
  167:14 171:5,15
  186:13,24 187:23
  193:12,16 194:5,8
  195:16 197:1,7,10
  197:19 198:9 204:8

[committee - contribution]

204:19 208:15,15
208:18,21,23 209:1
210:5 212:10
213:22 214:11
221:16
**committees** 20:12
21:10,13,14 24:21
25:22 26:13,19,25
26:25 41:18,21,24
45:16 46:13 47:20
49:7,8,13,13,20,22
50:7,13 79:2 112:7
112:8 118:19,22
132:4
**common** 41:24
183:10 212:19
**communicate** 215:1
**communication**
210:10
**communications**
51:23 183:11,16
214:20 215:19
**comp** 212:1
**company** 92:20
99:23 168:10,11
179:22 192:1
**comparing** 73:15,21
86:11,15 87:6,10
114:12 128:6
**comparison** 129:12
129:15 173:24
**comparisons** 114:6
**compensated** 194:4
**competition** 173:9
**competitiveness**
206:14
**competitors** 13:5
**compiled** 196:25
**complained** 125:1
**complaints** 124:17
**complete** 21:7 23:24
28:22,24 29:1
120:15
**completed** 56:18

**completely** 14:14
**completing** 28:10
**complex** 150:12
**compliance** 22:10
22:15,19 23:4,11,14
32:11,15 33:1,3
106:7,15 124:4
128:11 148:16
149:12,13,16,21
150:1,6,13 202:8
**compliant** 31:2,7
220:12
**complied** 72:8
**complimentary**
212:25
**comply** 31:3,10,17
32:22 121:3
**complying** 149:15
149:18
**component** 53:12
**composes** 40:4
137:24
**computer** 226:5
**comstock** 124:22
169:9 170:3 174:1,5
174:9,12 177:22
178:15 179:2,6
194:23 222:5,6,10
**comstock's** 51:13
**concern** 39:15 129:3
151:5,9
**concerned** 128:16
130:4,19,21 150:4
191:9
**concerning** 52:24
147:8 151:6,10
**concerns** 151:13
**concluded** 225:9
**conclusion** 70:16
173:2 193:21
**conclusions** 93:10
**concrete** 103:10
**conditioning** 1:6,14
10:18 18:19 51:11
102:14

**conduct** 12:13,16
181:2
**conducted** 181:4
**conference** 131:10
131:15 219:23
**conflict** 24:11 37:20
37:22 38:1 98:18
**conflicts** 36:10,13
37:1 98:13
**conformity** 98:13
**confused** 26:9
**confusion** 141:14
**congress** 100:22
138:11,20,25 139:3
139:13,25 140:5
146:15 203:3
213:18
**congressional**
137:16 138:6,14
139:12 140:7
198:24 199:2 210:5
**conjunction** 181:2
181:10 183:7,23
184:5
**conover** 173:23
**consecutive** 141:7
**consensus** 101:3,9
101:14 102:5
114:11,12 212:10
**conservation** 150:22
221:21
**consider** 182:15
196:16 197:20
212:2 220:2,21
222:17 223:4
**consideration** 94:24
**considered** 44:6
120:1 151:4
**considering** 129:14
183:6,23 198:16
210:5 212:21
220:14
**consistency** 40:22
**consistent** 101:5
168:19

**consistently** 36:10
**construct** 102:24
**consult** 152:22
**consultants** 57:20
**consultation** 37:14
211:8
**consulting** 149:23
**contact** 34:20 80:5,6
145:25
**contain** 66:15,21
72:3 75:22 76:18
163:5
**contains** 94:12
**content** 66:22,24
122:12 170:6
171:12,13 194:10
194:13,15 214:19
**contents** 103:12
**context** 180:5
**continuation** 156:24
157:19
**continue** 9:8 126:13
**continued** 5:1 6:2
7:1 8:1 135:7 157:9
**continuing** 3:3
162:14 199:6
**continuous** 58:16
60:5,7,11,13 65:6
66:9 67:24 68:11
69:5,8 72:1 76:17
80:19 82:20 83:12
85:14 96:12,23
133:2 163:15 164:9
165:10 166:6 167:7
167:18
**continuously** 96:19
**contract** 147:3,8
**contribute** 37:2
117:5
**contributed** 92:14
98:15
**contributing** 57:24
58:6,10,14
**contribution** 161:21
162:15

Veritext Legal Solutions
866 299-5127

[contributions - cunningham]

**contributions** 77:24
92:23 93:4 160:21
161:3 169:7 170:1
224:8
**controversial** 27:3
27:10,16 29:17,18
29:21
**controversy** 27:25
174:4
**convention** 103:22
**conversation** 107:24
156:4,25 183:2
220:10
**conversations** 9:4
180:16 182:18
183:19 184:3
215:22
**convey** 53:17
**cooling** 18:20 214:1
**cooperated** 111:18
**cooperating** 110:21
111:5
**cooperation** 172:18
**copied** 177:23 222:3
**copies** 6:14 165:3
185:8,15 202:23
212:1,19
**copy** 134:15 164:14
168:24 172:1
175:10,11 195:7
212:8,24,25
**copyright** 53:9,11
53:12,16,18 69:25
70:2,11,18,23 71:2
72:3,7,15,25 73:5
73:16,17,17,21
75:23,23 76:3,19
77:8,12,14,14 78:14
78:16,17 79:10,13
81:2,17 82:6,25
83:18,18 84:7,7
85:4,20 86:11,12,15
86:16 87:7,10,11
89:21 90:1,2,21,23
90:24 91:1,13,15,16

91:21,24 92:5,5,9,9
92:15,16,23,25 93:4
93:6 94:13 158:13
159:12,16,20 160:9
160:12 161:8 162:1
163:5,17 164:10,13
164:24 165:13,16
166:11 167:13,14
167:17 169:3,6,9,21
169:22 170:1,4
172:6 178:24 179:4
179:7 188:25
191:10 192:19
193:23 222:17
223:4 224:8,10
**copyrighted** 180:9,9
189:11 190:6,8
191:15
**copyrights** 53:20
224:16
**corner** 57:9 68:18
82:23 85:17 86:8
105:22 164:23
218:6,8,10,23 219:1
219:5
**correct** 14:14,17
17:21,24 22:8 30:22
33:5 37:15 52:13
53:8,24 54:2,5,8,11
54:14,17,20,23 55:1
57:25 59:17 68:20
68:25 69:1 72:13,14
73:2 76:4,5,8,9 80:4
89:13 96:5 97:11,12
97:21,23 102:17,20
104:18 105:10,11
105:13,14,16,17,19
105:20 106:4,5,8,9
106:13,14 107:3,8
109:18,19,22,23
117:5 139:10
147:24,25 149:6,7
152:24,25 154:19
154:20 155:2
156:12,17,18 161:6

166:15 168:12,13
169:4,5,18,19,23,24
170:3 175:1,17,18
175:23 176:5,6
188:16,17 193:16
193:17 195:12,15
202:19 203:15,16
203:18,19 212:13
213:1,2 215:24,25
221:3,4 226:5
**correcting** 152:11
**correction** 57:13
158:5
**correctly** 30:18 61:7
195:18
**correlate** 65:14
**corynne** 3:19 10:10
**cost** 124:9,15,18,24
125:2 127:2,2,2,8,8
143:24 144:4 182:9
182:11,13 204:22
**council** 32:4,6 95:3
137:4,12 146:6
169:2 173:15
205:17
**counsel** 2:2 3:3 9:17
51:24 56:6,7 70:12
72:8 147:7 181:24
181:25 183:17,17
184:5,10 185:11
186:11 214:16,23
215:2,13,15,17,20
216:2,16,20,22
226:7,7
**counter** 112:18
**counterclaims** 1:12
**counterparts** 182:19
**county** 226:2
**couple** 27:18 40:23
104:1 135:18
**course** 185:9 191:14
202:6
**courses** 99:14
**court** 1:1 9:23 10:5
13:24 14:1 49:17

56:13 74:15 127:9
131:12 178:18
179:9 180:4 207:12
207:14 220:4,20,23
221:1
**courts** 186:13
**cover** 104:3,4
158:18
**covered** 29:25
158:23 177:21
215:17
**covers** 29:24 158:17
158:19
**create** 99:14 102:9
102:10,13 216:5
**created** 94:22 211:5
**creating** 98:25
118:4 211:2
**creation** 97:14
**critical** 213:22
**csos** 203:4
**ctcc** 137:12
**cttc** 137:6 146:6
**cunningham** 2:16
4:7 10:15,16 13:11
23:5 28:20 30:24
31:11,23 32:24 33:8
46:19 48:19,25 49:3
50:14 51:2,20 55:7
55:11,15 60:20
61:13 65:25 67:10
70:4,15,19 72:10,17
73:24 77:16 78:19
79:15 88:7 92:2,6
92:10,18 93:8 99:20
100:10 101:25
103:4,13 104:10
109:1,12 113:18
118:5 120:2 122:8
122:15,19 123:9
124:19 125:4
128:15 129:21
131:22 132:2,21
136:8 138:22
139:16 145:9,12

Veritext Legal Solutions
866 299-5127

[cunningham - develop]

146:22 147:1,11
148:18 170:8 172:3
172:12 173:1
176:12 177:19,25
178:7,11,14 179:17
182:6 183:14 184:1
188:24 189:16,21
190:14,23 191:12
191:21 192:9,25
193:6,10,20 202:15
202:19 207:16
208:3 209:23
211:14 213:8
214:15 215:14
217:3,10,20 222:21
223:5,7,15,19,22
225:3
**current**  31:14
168:19 176:4
**currently**  175:15
**customary**  136:16
136:19
**customer**  196:12,14
196:17,18
**cutting**  150:8
**cv**  1:3 9:24
**cycle**  96:15 168:3
169:17,22 171:22

**d**

**d**  1:3 142:24
**d.c.**  2:9 116:3,7
137:4,11,13,21
139:19 140:13
146:14,15 198:24
200:2,5 210:20
215:4 218:10,14
222:1
**daily**  64:23
**data**  213:24
**database**  66:3,4,6,7
66:10,12,14,21
87:24 88:12 90:17
91:4,6 176:17

**datacenter**  213:19
214:6,7
**datacenters**  214:2,4
**date**  9:11 57:14
66:17,18 68:18
74:25 75:3,10 78:2
81:13 82:3,22,24
84:25 85:17 86:9
87:3 105:21 148:14
149:10 153:24
154:3,22 184:13
**dated**  8:7,9,10,12
68:12 71:5,9 134:11
155:12,21
**dates**  57:9 68:15
153:18,21 154:10
**dave**  173:23
**day**  135:9 185:9
226:9
**days**  204:9
**deal**  41:23 42:19
133:25
**dealing**  47:12
190:24
**deals**  115:21,23
124:23 137:21
213:21
**dean**  184:21
**december**  19:5
56:11 62:24 64:1
**decide**  95:22 107:2
126:12
**decided**  194:24
**decides**  46:22
106:21
**decision**  121:21,25
139:5 145:5 182:14
194:21
**decisions**  139:7
**deem**  31:3,17
**deemed**  121:2
**defendant**  1:10 3:6
10:12 11:3 12:5,7
51:9

**defendants**  9:18
**define**  205:6
**defined**  49:25
**definition**  22:17,18
23:16
**definitions**  23:17,18
23:19 106:12
**degree**  16:5,6 37:23
102:12
**degrees**  17:9 24:20
157:1,1,2,2
**delineate**  129:4
**delineated**  129:10
**delineates**  131:19
**demonstrate**  133:8
**department**  29:8
34:24 35:1 108:1,6
108:16,22,25
109:11 110:4,6,11
110:14,17 111:1,13
111:15,18,24 112:1
113:5,9,14,22
115:25 116:6 121:7
121:8,9,13,19
134:11,19,22
135:13,22,24,25
136:12,17 141:2
143:14 171:24
172:1,4,10,17,22
194:20 196:15,16
**departments**  150:9
**depaul**  16:7
**depend**  130:9
**depended**  125:25
135:12
**dependent**  125:25
**depending**  23:15
25:21 42:12 95:2,14
125:23 152:23
**depends**  23:8,15
33:10 37:22 40:12
42:3,7 46:3 99:25
103:5 115:5,5
135:12 222:23

**depose**  178:1
**deposed**  10:23 11:5
11:11,15 13:18
125:5
**deposition**  1:13 9:7
9:14 13:10,20 14:25
51:10,13 52:2 178:8
185:12,14 214:14
215:3 216:6,15,18
217:23 225:9 226:4
**depositions**  178:3
**describe**  27:1 123:1
**described**  28:18
29:15 96:8
**describes**  21:20
175:3
**describing**  29:16
96:3 101:1
**description**  4:9 5:2
6:3 7:2 8:2 187:24
**design**  11:25 12:3,4
12:13 20:15 32:16
99:18 112:19
220:15
**designated**  120:4
122:11,14 132:16
**designee**  1:15 52:8
180:13
**designer**  106:7
**destroyed**  59:21,24
59:24 60:3,4,15,16
60:19 61:4
**destroying**  65:23
**destruction**  65:24
**determination**
38:25 39:16 106:19
120:23 142:4
**determine**  107:7
141:2 204:21
**determined**  157:11
**determines**  143:3
171:3
**develop**  130:1
203:25

Veritext Legal Solutions
866 299-5127

[developed - doing]

**developed** 21:23
46:8 98:1 126:2
197:21
**developers** 47:13
138:1,8 218:9
**developing** 52:16
99:6 152:10 203:21
**development** 20:17
47:15,17 52:18
99:11,15 100:8,8
101:16 110:8 112:4
117:5 126:18,22
132:11 168:2,4
169:17 171:22
173:16 202:6 205:2
212:16 218:12,15
**dickerson** 8:12
212:5
**dictate** 95:15
**differ** 77:18 114:4
126:25
**difference** 26:24
39:2 45:24 49:12
74:2 78:20 87:14
92:4,8 96:11,11,13
96:14 129:25
**differences** 73:22
87:13 129:4,10
**different** 22:2 28:17
31:19 42:11 48:16
80:11 92:21 107:4,9
107:11 114:10
137:25 138:8
141:21 142:17
144:23 186:19
200:1,4 202:24,25
204:5,19 213:23
214:9
**differentiate** 129:5
129:19
**differs** 77:17 78:17
**difficult** 144:3
**direct** 123:16
**directed** 110:2

**direction** 38:2
**directly** 37:2 172:8
222:12
**director** 33:16
115:10,13,13,14
**directors** 40:9 95:4
182:14 202:22
209:2
**disagrees** 157:20
**disapprove** 161:22
**disclose** 183:12,13
183:15
**disclosure** 183:10
**discovered** 154:2
**discovery** 4:11
56:11 91:14 147:10
216:12
**discuss** 188:20
216:1 218:17,20
**discussed** 92:17
93:1,6 129:17
167:15 190:16
217:22 218:19
224:11
**discussing** 37:4 94:5
132:15 151:14
211:21
**discussion** 128:5
156:10 157:9 186:2
190:10 191:3
196:12 215:11,16
**discussions** 98:17
129:24 156:25
218:24
**dissolved** 121:10,20
**distinction** 132:19
**distributed** 212:9
**district** 1:1,1 9:23
9:23
**divide** 34:14
**docs** 189:11 190:6
**doctor** 16:6
**document** 21:6
51:12,15,18 57:2,6
57:10 60:21 62:5,11

62:17,23 63:4,10,16
63:23 64:5,11 65:4
65:9,10,22,24 67:6
68:9,18,24 69:21
70:18,22 71:12,13
71:15,23,25 72:1,3
73:10,25 74:10,12
75:6,9,16,18,22
76:7,13,15,18,23
77:3,5,8 78:8,10
79:6,8,9,12,22,25
80:2,12,18,21,23
81:1,7,13,16,23,25
82:12,15,18,25 83:9
83:11,14,17,23,25
84:3,4,6,16,18,25
85:3,10,12 86:3,5
86:23,25 87:20,22
90:10,15,20 92:21
94:4,7,9,12,16
95:13,24 96:5,7
104:16 105:21,23
107:24 108:3,10
117:13,16,19,20
118:4 122:5,22,24
123:1,5,10 127:24
131:6,8,17 132:14
134:7,9 136:25
137:2,9,11 148:8,22
149:1,4 153:5,7,12
154:15 155:8,10,18
155:23 156:3,23
157:6,17,18 158:2,9
158:11 159:7,24,25
160:2,3,9,22 162:22
162:24 163:5,11,13
163:17 164:4,6,10
164:22 165:8 167:5
167:10,23,24
168:11,22 169:14
169:20 171:19
173:10,20,22,24
174:25 177:15,16
177:18 178:10
179:5 180:21,23,24

184:7,19 185:23,25
186:5,7 188:4,6
193:13 195:23,25
196:21,23,24
197:15,17,18 198:2
198:4,20,22,23
199:11,13,21,23
200:10 202:1,3,13
206:12,19 207:17
208:2,4 209:22
211:13,15 213:7,8
213:13,14,15 217:7
217:8,25 219:19
220:17,18 221:8,10
223:16,16 224:2
**documentation**
20:21,22 21:2,6
23:24
**documents** 27:7
59:22 60:17 64:18
71:18 73:15 77:24
78:25 101:16
107:19,22 130:1
132:7 153:18 165:3
174:22 175:4 185:6
190:8 206:7 216:5
216:14,17,24
217:11,13,17,18
224:19
**doe** 110:9 112:4,13
112:15,22 113:4,17
116:19 117:1,4
119:4,10,15 128:6,9
130:24 134:16
135:7 142:3 143:3,4
146:10,10,19,20,23
147:6,9 196:15
201:9 220:13
**doemou.doc** 108:11
**doing** 21:22 38:10
41:6 65:17 127:3
129:14,15 137:13
138:15 140:6 150:8
178:4

[dollars - energy]

dollars  12:21
double  36:1 136:14
doubt  122:22
doug  114:23 115:12
  129:2,5 173:24
  200:16 219:6 222:3
doug's  115:10,12
draft  36:23 58:15
  69:23 74:14 75:20
  81:11 82:2 84:2,20
  96:20 98:9 100:14
  108:3,5,7 117:8
  187:23 213:18
drafted  224:1,3
drafting  95:13 96:4
  100:16,18 101:22
  204:4,5 210:23
drafts  20:24 21:3
  36:9,9,15,25 41:23
  42:7 43:5 96:6 97:1
  170:16 171:12
  191:25
draw  100:14
drive  67:3,8
due  123:15 151:3
duly  10:23
dunlap  206:23
duties  21:21 36:21
  187:24
dwgp  206:11

e

e  30:7 89:7 90:19
  140:20 201:10
  226:1,1
earlier  6:14 52:23
  94:17 140:21
  153:23 167:15
  223:24
earliest  188:13
early  210:15
easier  116:8 120:10
  195:1 200:25
easiest  27:1

eastern  16:5
echo  129:3
economy  150:7
edit  37:10
editing  20:24 98:19
  119:25
edition  59:16,22
  60:2 153:16,17
  155:2,12,21 156:8
  158:14 159:13,17
  159:21
editions  60:18
  153:23 176:4
  192:23
editorial  37:13
  38:24 39:1,3,7,9,17
  44:2,6 157:10,12,14
edits  37:17 98:12
  220:3,21
educate  114:13
  139:13 199:15
educating  139:2
  146:15
education  139:1
  199:6
educational  16:4
  139:22
effective  69:11,12
  127:8 143:24 144:4
effectiveness  214:8
efficiency  30:10,16
  30:20 32:5 99:12
  104:4 105:3 109:4
  126:19 140:18
  141:13 142:13,20
  198:8 199:16
  213:19 214:6,7
efficient  29:23
  102:25 112:22
  120:24 127:7,17
  136:3 138:18 141:3
  141:8,9,10 142:5
  149:15 198:10
  219:25

effort  178:2
egs  1:3 9:24
eighth  160:8
either  27:14 44:19
  46:20 50:15 57:12
  72:19 73:6 96:22
  98:17 166:7 176:4
  191:6 222:10
elaborate  45:8
elaborating  70:13
elected  40:7,8 78:21
electric  206:10
electronic  3:19
  10:11 59:8,11,18
  72:20 73:7,8 74:3
  79:10 126:7
electronically  67:2
elements  53:10
elizabeth  187:21
email  8:6,6,8,8,10
  8:10,12,12 38:7,11
  38:14 98:22,22
  107:24 109:18,21
  128:2,4,5 156:4,13
  156:24 157:7,18
  158:3 173:23 174:2
  174:3,24 175:6,7
  177:24 178:22
  179:1 180:16,25
  181:16 186:8 188:7
  188:13 189:8 191:7
  199:24 200:14
  201:19 202:21
  206:8,22 207:10,22
  208:5,14 210:2,9,11
  211:18 212:13
  219:20 220:19
  221:3,11,25 222:7,8
emmerich  8:6
  206:24 207:2,10
  211:22
employ  226:7
employed  179:16,19
employee  23:7
  146:18,19,19

160:18 161:18
  162:10 165:20
  224:4
employees  48:8,10
  49:19 50:13 53:20
  97:8,13 99:18 100:7
  115:15 116:19
  117:1,4 118:19
  170:5 193:16
  224:16
empowering  145:18
enacted  69:15,15
  100:2 103:12
encompass  23:2
encourage  149:21
  149:25 210:21
  211:6 220:11
encouraging  145:22
  210:13,24
ended  192:4
endorsed  113:17
ends  89:8 95:4
energy  29:23 30:5,7
  30:8,15,20 32:1,4
  99:12 102:25 104:3
  105:3 108:1,6,16,22
  108:25 109:4,11
  110:6,11,14,17
  111:1,14,16,18,24
  112:1,22 113:5,9,14
  113:22 120:24
  126:18 127:7,17
  131:11,15 133:7
  134:11,19,23
  135:14,22,24,25
  136:3,12,17 138:18
  140:16,17 141:2,3,8
  141:9,10,13 142:5
  142:13,20,23,25
  143:1,14 146:3
  149:15 150:20,21
  150:24 171:24
  172:5,10,18,23
  196:15,16 197:20
  197:20,22 198:8,10

[energy - exhibit]

198:12,13 199:16
206:14 213:17,19
214:6 220:15
221:18,20
**energy's** 110:4
172:1
**enforce** 150:12
151:24
**enforcement** 120:17
148:15 149:11
150:5 151:1,6,10,22
**engage** 145:18
**engaged** 144:12
181:9
**engineering** 37:23
103:16 179:22
**engineers** 1:6,14
10:19 51:11 119:2
158:22
**ensure** 148:16
**entail** 21:4,5
**enter** 87:23 88:9
89:9,11,13 91:7
135:8,23 136:4
**entered** 66:3 88:6
89:5,18 169:6
**entering** 87:24
**entirely** 178:16,18
**entirety** 32:14 45:21
**entities** 191:10
**entitled** 217:8
**entity** 219:8,11
**envelope** 138:17
**environment** 147:21
219:25
**environmental**
99:13
**epa** 201:8 213:17
**epact** 30:4,6,12,19
30:23 31:10,22
109:4 120:17,21
123:13 127:14,15
127:16 128:19
130:9,11,13,25
134:24,25 135:5

136:7,13,18 141:1
150:23 151:20
174:8 220:13
**eq** 198:16
**equal** 101:19
**equation** 155:3
**equipment** 144:4
213:25
**equivalent** 31:13
45:17 123:25 128:6
128:10,17 130:6
171:2,4,8,13
**eric** 157:12
**errata** 6:13,14 44:4
153:12,15,20,22
154:4,11,16,18,22
155:11,20 156:5,8
156:14,16,17
**erratum** 152:16,25
153:9 157:9
**erroneous** 13:8
**error** 154:2 156:18
**errors** 152:12
**especially** 59:11
112:7
**esq** 2:7,16 3:8
**essentially** 99:4
132:5 150:18
**establish** 121:7
143:5,15 147:22
**et** 8:9,10 9:20 120:1
**etheridge** 34:4
**evaluate** 214:4
**event** 43:9 135:16
135:19
**eventually** 113:4
**everyday** 187:14
**evidence** 53:19
**exact** 22:17,18
170:21,24
**exactly** 12:23 46:1
83:3 114:3 217:3
**examination** 4:2
10:25 52:5,9 223:21

**example** 22:18
27:20 42:21 89:6
102:8 104:2 141:8
191:25
**examples** 27:18
**exception** 34:18
80:11 83:2 85:21
**excerpts** 178:25
**exchange** 157:7,18
158:4 173:23 188:7
**excluded** 12:19,24
**excom** 41:9,11,12
121:23 122:1
**excuse** 22:13 51:16
56:1 58:18 68:16
75:23 77:21 86:11
86:13 87:6 109:17
113:23 116:22
139:14 140:22
148:21 149:20
150:17 180:23
**executing** 53:16
**executive** 33:20
41:13 47:23,24
48:21 182:25
198:15
**exhibit** 4:8,9,10,12
4:13,14,15,16,17,18
4:19,20,21,22,23,24
4:25 5:2,3,4,5,6,7,8
5:9,10,11,12,13,14
5:15,16,17,18,19,20
5:21,22,23,24,25
6:3,4,5,6,7,8,9,10,11
6:12,13,14,16,17,18
6:19,20,21,22,23,24
6:25 7:2,3,4,5,6,7,8
7:9,10,11,12,13,14
7:15,16,17,18,19,20
7:21,22,23,24,25
8:2,3,4,5,6,8,10,12
8:14,15,16 51:8
55:20,20,20,25 57:1
61:9,11,21 62:2,5,8
62:10,14,16,20,22

63:1,3,7,9,13,15,20
63:22 64:2,4,8,10
65:1,3 68:6,8,14,22
68:23 69:14,18,20
71:20,22 74:7,9,23
74:24 75:4,8,13,15
75:24 76:4,6,10,12
76:20,25 77:2,13,15
77:20 78:2,5,7,13
78:18 79:3,5,12,13
80:8,10,13,13,15,17
81:2,4,6,17,19,21
82:7,9,11 83:1,6,8
83:18,20,22 84:8,11
84:11,13,15 85:3,4
85:7,9,19,20,25
86:2,12,13,16,17,20
86:21 87:8,11,12,17
87:19 89:20,24 90:2
90:3,7,9,20,24
93:17 94:2 105:8,9
106:1 107:13,13,17
107:18 108:8,8,9
109:16,17,22,24
110:20 113:4
117:10,12 122:2,4
127:19,21 131:3,5
134:4,6 136:22,24
148:5,7,23,25 149:4
149:8 150:14
151:13 153:2,4
154:13,15 155:5,7
155:15,17,25 156:2
156:20,22,25 157:3
157:5,8,15,16,24
158:1,4,6,8 159:3,5
159:22,24 162:20
162:22 163:8,10
164:1,3 165:5,7
167:2,4,21,23
169:11,13 171:16
171:18 173:17,19
174:18,18 175:6,13
177:12,14 180:18
180:20 184:25

Veritext Legal Solutions
866 299-5127

[exhibit - form]

185:2 188:1,3,14
192:24 193:5
195:20,22 196:19
196:21 197:12,14
197:24 198:1,17,19
199:8,10,18,20
201:23,25 202:10
202:12 206:1,1,13
206:16,18 207:24
208:1 209:19,21
211:10,12 213:3,5
217:24 218:3
219:16,18 221:5,7
223:24
**exhibits** 5:1 6:2 7:1
8:1 64:16 68:17
73:15 78:24,25
91:12 107:16,16
157:19 174:21
192:18 206:4
**existed** 98:24
**existing** 170:20
**exists** 112:24 150:19
208:16
**exo** 48:2
**expand** 119:14
**expanding** 144:17
**expect** 185:13
**expected** 52:11
**expensive** 127:4
**experience** 13:18
16:14
**expert** 102:19,22
**expertise** 35:6 43:23
101:4,21,24 102:6,7
102:15,17 103:2,11
103:16,18 147:23
199:4 204:5 211:9
**experts** 101:15
**explain** 26:10 173:7
**explained** 143:25
144:1
**expression** 53:18
**extend** 178:2

**extension** 175:12
**extent** 183:9
**extra** 26:2
**eyes** 129:23

**f**

**f** 157:1 226:1
**faa** 210:5
**face** 204:7,7
**facilitate** 136:12
**facilitating** 112:5
**facilities** 213:23
**facility** 59:13
**fact** 90:4 120:18
151:3,19 199:14
**factors** 13:3,3,6,6
125:24
**facts** 198:23
**failed** 196:14
**fall** 22:15
**falls** 122:9 132:15
141:5
**familiar** 18:19 64:20
71:15 117:16 218:5
218:22 219:8,11,14
**family** 16:16
**fanara** 213:17
**far** 58:22 187:10
223:8
**favor** 53:17
**featured** 76:19
**features** 112:19
**february** 52:3 64:14
165:2 190:11
**federal** 29:22 30:2,9
100:22 106:17
111:9 151:20 175:9
175:16 176:3 202:9
203:3 205:20,21
212:17 215:6
**fee** 2:7 10:20,20
104:11,20 105:1
117:6 134:3 182:7
183:8,25 185:3,17
185:24 186:3

190:21 191:5
200:10 209:16
223:10 225:5
**feeling** 27:12
**fees** 110:17
**fellowship** 146:10
146:11,20,23 147:9
**femp** 201:9
**fenwick** 3:7 10:10
11:3
**fenwick.com** 3:13
**ferguson** 8:8,8 34:3
35:14,15,23 36:19
36:23 38:4,9 170:11
170:19 206:25
207:5 208:15 215:9
216:3 220:9 222:2,4
**ferguson's** 35:18
**field** 87:25
**fields** 24:25
**fifth** 118:24
**fight** 203:12
**file** 44:19 164:25
166:6 169:23 192:7
**filed** 56:3 180:11
**files** 61:1
**filing** 182:15
**fill** 79:1 88:4 166:13
166:16
**filled** 21:8 24:25
**final** 36:14,15
163:23 168:21
**finally** 47:23
**financially** 226:8
**find** 38:8 61:3 66:24
154:24 216:11
**finds** 152:18
**fine** 51:21 55:15
185:17 200:20
223:18 225:6
**finish** 28:9 223:15
**fire** 1:4
**firm** 16:21,22,25
17:7,12,18,20

**firms** 184:22 185:4
**first** 10:23 11:16
18:2 41:16 42:1,4
43:24 51:18 52:1
66:11 72:25 73:5,17
73:21 77:14 84:9
91:2 97:16,17
104:22 126:5
134:21 146:2
148:12 149:9
159:10 163:2
169:20 171:5 174:1
175:13 179:23
180:1,14 182:15
192:2 223:23
**five** 24:13 44:15,15
50:8 175:25 176:10
**fix** 37:11
**fixed** 44:3
**fleishmanhillard**
219:12
**floor** 3:10
**flow** 120:10
**flux** 141:13
**focused** 122:20
**folks** 128:8 184:8,18
198:24
**follow** 30:23 31:17
44:14 58:25 96:25
147:13 189:19
**followed** 171:11
**following** 140:15
142:22 161:21
162:13 189:5 224:7
**follows** 10:24
163:21
**followup** 148:9
149:5 150:14
**force** 117:14 118:12
196:10
**foregoing** 226:4,5
**form** 13:11 23:5
24:5,11 27:13,15
28:20 30:24 31:11
31:23 32:24 33:8

Page 17

[form - grassroots]

42:15 46:12,19
50:14 51:2 60:11
61:13 65:18,25
67:10 69:22 70:4,19
71:2,4,8 72:11,16
72:17,23,24 73:3
74:13 75:3,19 76:16
77:7,16 78:19,21
79:15 80:3,19 81:10
82:1,19 83:13 84:1
84:19 85:13 88:7
92:2,6,18 99:20
100:10 101:25
103:4,13 104:10,20
109:1,12 117:6
118:5 128:15
129:21 131:22
134:3 136:8 138:22
163:14 164:7 165:9
165:13 166:11,21
167:6,17 168:1
169:16 170:8,18
171:21 172:12
182:6 188:24
189:16,21 190:14
191:5,13 193:1,20
209:16 222:22
**formal** 165:19,24
166:9
**format** 37:7,9 59:9
59:11 97:21 98:24
119:24 194:18
195:5,9,18 212:7
**formatting** 120:7,15
194:17 195:3
**formed** 43:12
**forms** 25:6,14 26:8
28:22,24 29:1 53:17
56:14,14,15,19,22
60:14 166:14,17
167:19,19
**forth** 14:19 132:12
**forward** 37:15
41:20 87:25 88:15
97:25 142:13

**forwarded** 95:1
179:2 186:20
**found** 23:18 128:17
180:9
**foundation** 3:19
10:11 190:22
**four** 16:19,20 17:12
17:20 40:12,15,21
40:22 96:15,16
143:2 204:6,7,8
**fourth** 148:12 149:8
150:17 153:22
**frame** 132:23
134:12 135:4
172:13,15
**francisco** 2:19 3:11
**free** 126:6 176:1,11
**front** 168:10
**frontier** 3:19 10:11
**fulfill** 196:14
**fulks** 34:3
**full** 15:12 36:6
89:11 96:20 148:13
149:9 166:8 204:1,7
204:8 205:9
**fulton** 226:2
**fundamentals**
158:14,16,21,25
193:4
**funding** 110:11
121:7 147:4,5 202:5
202:9
**funds** 110:15
**further** 109:21
156:25 157:7
200:11 226:6
**future** 128:13 143:3

**g**

**gabrielli** 1:24 10:6
226:3,11
**gain** 91:10
**general** 22:11 36:20
106:7 221:25

**generally** 151:3
224:23
**generate** 29:24
**generated** 96:23
224:16
**generates** 89:6
204:16
**gentlemen** 210:11
**georgia** 1:21 9:17
15:24 18:1,3,5
226:2
**gestures** 14:5
**getting** 113:15
188:15 207:6
222:20
**gg** 6:14 153:22
**give** 13:1 22:17
27:18 110:9 197:7
199:3,3
**given** 52:23 92:15
115:3,3 131:9,14
172:6 181:24,25
222:25 226:6
**gives** 24:12,19 65:11
202:7
**giving** 13:23 15:8
70:7,24,25
**go** 9:9 14:20 23:11
23:13 27:11,19
37:11 38:8,10 41:16
42:11,14,15 51:22
70:24 72:10 74:15
87:25 88:15 90:16
95:3,17 96:2,21
97:17 103:18
111:23 113:6
126:19,20 136:14
136:20 144:24
186:3 194:25
202:17 207:16
214:15
**goal** 136:5
**goals** 108:20 136:2
**goes** 27:5 39:12,19
42:5 58:15 89:8

95:18,25 110:18
171:5,8 223:9
**going** 27:4,10 44:19
44:21 51:4 55:7,17
55:22 60:20 72:10
73:24 74:17,20 93:8
93:14,18 96:20
107:25 108:19
111:22 116:13,16
124:19 131:2 144:2
152:4,7 177:19
185:13,18 186:9
192:12,15 194:16
201:20 203:6
204:15,15 205:20
205:23 214:4
215:14 220:2,21
225:7
**good** 121:6 123:8,8
123:11 133:25
150:8
**gordon** 198:6
**gosh** 13:12
**gotten** 150:12 172:5
**government** 23:3,7
23:13 52:17 105:16
105:19 114:14
115:10,13,14,17,22
115:25 116:6
128:22 147:17,20
147:23 148:1,2
151:4,20 205:19
210:12,19,20
212:20 215:6
**governmental**
205:13 222:14
**governments** 114:13
145:11
**graduate** 16:12 17:8
**graduated** 17:15,17
**grant** 179:4
**grassroots** 115:24
144:17,21,25 145:1
145:6,22 146:8

[greater - identification]

greater  133:7 205:4
green  27:21 126:23
  126:23,24,24 127:1
  127:1 138:16
  148:11,11 220:1
  224:20,21,22
greening  219:25
griffin  186:11
  187:16
group  34:19 45:6
  48:3 49:15 140:5,8
  218:6,6,8,9,23
  219:2,5,21
group's  123:3
groups  47:21 138:5
  204:4
growing  131:20
  132:19,23
guarantee  59:10
guess  51:3 124:15
  128:12 134:12
  136:2 182:4,8,10
  183:5 191:1
guessing  52:2 155:3
guidance  41:19
  220:16
guide  220:15
guideline  46:8 74:14
  75:20 77:12 78:11
  81:11 82:2 84:2,20
  87:1 94:11 95:6
guidelines  164:8
  213:24
guys  177:25 178:3

h

hakkar  162:1
hakkarainen  162:2
  162:3,7,10
hakkarainen's
  162:15
half  195:8
hand  74:4 82:22
  85:17 86:8 105:22
  107:15 164:23

226:9
handbook  91:17
  92:15,24 93:5
  158:14,15,21,25
  177:5,6,8 193:4
  224:9
handed  148:22
handing  51:7 55:24
  57:1 61:20 62:4,9
  62:15,21 63:2,8,14
  63:21 64:3,9 65:2
  68:7 69:19 71:21
  74:8 75:14 76:11
  77:1 78:6 79:4 80:9
  80:16 81:5,20 82:10
  83:7,21 84:14 85:8
  86:1,21 87:18 90:8
  94:1 117:11 122:3
  127:20 131:4 134:5
  136:23 148:6,24
  153:3 154:14 155:6
  155:16 156:1,21
  157:4,16,25 158:7
  159:4,23 162:21
  163:9 164:2 165:6
  167:3,22 169:12
  171:17 173:18
  174:20 177:13
  180:19 185:1 188:2
  195:21 196:20
  197:13,25 198:18
  199:9,19 201:24
  202:11 206:3,17
  207:25 209:20
  211:11 213:4
  219:17 221:6
handled  166:25
handwritten  74:4
hang  196:4
happened  107:10
happening  205:25
happenings  207:4
happy  203:12
hard  176:16 201:19

harder  150:12
he'll  35:25,25 38:2
head  22:6 33:11
  41:7 182:23 183:1
  187:13
header  153:14
heading  56:11
healthy  219:25
heard  18:16
hearing  56:12,13
hearings  170:13
  205:10,12
heating  1:5,14 10:17
  18:20 51:11 102:14
held  9:14,22 184:4
help  21:10 36:2
  41:18 103:15 136:5
  136:12 139:7
  149:24 187:22
helped  216:10,11
helpful  207:6
helping  36:4
helps  25:3
hereunto  226:9
hi  11:2
high  94:21 124:16
  124:18 125:3
  137:16,20,21 138:5
  138:6,14,16 139:11
  140:6 208:24
higher  26:4 27:6
  34:15
hill  114:16,20 115:1
  115:20 116:9
history  108:21
  121:4
hit  88:11 89:9
hmm  140:14
hoc  118:17,21
  196:10
hold  19:11,19,25
  20:7 185:24
holness  198:7
home  142:21

honest  32:3
hope  132:12
horner  9:10
hour  55:8
hours  204:3 223:12
house  143:12 148:10
housing  212:10,16
hr  140:16
hud  211:20 212:1,6
  212:9,15
huge  204:10
hundred  204:17
hurst  200:19

i

i.e.  128:10
ia  206:11
iald  206:11
iapmo  45:10 100:5
iatmo  205:17
icc  32:7 45:9 168:4
  169:1,4,7,18 170:1
  170:6 171:22 172:2
  172:11 173:5,6,12
  173:15 174:3 223:1
icec  129:5
idea  109:6 133:16
  147:8
identical  80:13
  86:17,18 90:2,23
  171:13
identification  55:21
  62:2,8,14,20 63:1,7
  63:13,20 64:2,8
  65:1 68:6 69:18
  71:20 74:7 75:13
  76:10,25 78:5 79:3
  80:8,15 81:4,19
  82:9 83:6,20 84:13
  85:7,25 86:20 87:17
  90:7 93:17 107:14
  117:10 122:2
  127:19 131:3 134:4
  136:22 148:5,23
  153:2 154:13 155:5

Veritext Legal Solutions
866 299-5127

[identification - international]

155:15,25 156:20
157:3,15,24 158:6
159:3,22 162:20
163:8 164:1 165:5
167:2,21 169:11
171:16 173:17
174:19 177:12
180:18 184:25
188:1 195:20
196:19 197:12,24
198:17 199:8,18
201:23 202:10
206:2,16 207:24
209:19 211:10
213:3 219:16 221:5
**identify** 10:4 103:20
216:24 217:18
**iecc** 31:24,25 32:10
32:11,20,21 33:2,7
113:24 114:2,7,8,10
121:3,3 123:22,23
124:3 125:16 128:6
128:10,11,18 129:7
129:11,15,19 130:5
130:14,25 140:20
141:4,15,16,24
142:9,11,12,14,18
142:19 143:7
150:25 168:6,9,15
168:18,19 169:8
170:2,7 172:11,25
173:8,25 174:7,11
174:16 222:25
223:3
**ies** 159:12
**iesna** 155:11,21
159:16,20 160:5,6
163:3,4
**igcc** 144:10 220:2
**illness** 15:9
**image** 140:12
**images** 119:25
**imc** 207:7
**impact** 128:13

**implementation**
109:25
**implementing**
198:15
**important** 102:21
146:1 149:13 155:4
**inbox** 221:25
**inch** 158:14 195:8
**inches** 195:7
**include** 53:8 70:17
70:20,21 77:8 78:13
79:12 82:6,25 83:17
89:20 90:20 104:21
106:6,16,17 121:16
133:1 145:14,15
155:1 156:8 163:17
164:10 165:13
167:10 177:5,6
203:1 205:18,22
210:24
**included** 77:19
79:19 132:25 150:9
168:14,18 174:25
189:2 196:12
203:10,13 214:5
**includes** 79:9
105:13 106:11
138:7 164:12 196:3
196:9
**including** 52:17
53:11,19 110:1
189:11 203:4 205:7
**inclusion** 172:11
**incoming** 40:10,14
**incomplete** 28:9,18
29:11
**incorporate** 138:21
139:6,8
**incorporated** 9:21
44:5 136:7 175:8
176:2 177:9
**incorporates** 175:21
176:8,23
**incorporating**
139:14,14 212:21

**incorporation** 130:7
136:13,18 170:6
**incorrect** 37:7,9
**increase** 119:1
189:10 190:5
**increased** 123:6
**index** 4:1
**indicate** 95:21
**indicated** 188:10
212:2 214:1
**indicates** 158:4
**indicating** 203:5
212:8 221:13
**indications** 128:9
**individual** 23:10
78:12 80:6 87:2
140:10 145:2,25
161:11,13 201:12
**individually** 53:21
140:4 201:16
**individuals** 78:25
91:7 99:17,25 100:7
114:22 118:18
125:1 163:6
**indoor** 99:12,13
210:3
**industrial** 206:14
**industry** 18:20
22:10 42:25 43:17
48:14 101:17 106:7
204:18,24
**influencing** 138:19
**inform** 118:6
**information** 12:12
12:15 14:15,16
66:14 79:10 80:6
102:10,18 107:1
132:13 155:2 180:3
181:23,24 187:7,9
197:7 199:3 202:7
**infringement**
191:10,20 192:7,7
222:18 223:4
**initial** 43:5 184:8

**initiation** 44:20
180:15
**initiative** 112:23
**innovation** 112:23
**inquire** 223:8
**insert** 73:11,14 90:5
**inserted** 161:11
**inside** 158:18
**insofar** 92:10 93:9
120:2
**instance** 43:8 71:7
141:17,19,22
153:19 161:10
**instances** 114:6
125:1
**institute** 45:1
**instruct** 183:11,13
183:15
**intellectual** 187:1
190:25
**intends** 210:14
**intent** 97:24
**intentions** 210:16
**interaction** 41:4
45:3,5 110:2 171:9
**interest** 21:17,18,19
21:24 22:2,6 24:7
24:11 48:16 49:23
50:3,5,9,10,10
57:19 101:21,23
105:10,12,15 106:4
106:7,12,20,21,24
107:5,8,11 183:10
189:3 219:24
**interested** 147:21
226:8
**interfaces** 148:3
**interfere** 9:7
**international** 1:3
10:21 32:1,4,6 41:7
47:10,15,17,19
100:4 110:22 111:9
150:21 168:1 169:2
169:16 171:21
205:17 221:19,20

Veritext Legal Solutions
866 299-5127

[internet - kslaw.com]

**internet** 98:23
186:14
**internship** 146:24
**interpret** 132:6
**interpretation** 41:6
46:6,13,13,14 95:1
**interpreting** 157:21
**interprets** 46:11
**intersociety** 41:8
47:11
**introduced** 51:12
142:24
**involve** 20:19 21:9
23:25 183:16
**involved** 11:18,25
22:19,20 24:14,22
97:13 138:5,8,25
145:1 183:18
184:10 188:15
211:19 213:21
216:18
**involvement** 20:15
47:16
**involves** 20:20,20
**involving** 185:5
**ip** 159:13,17,21,21
186:13
**iprpc** 186:10,11,22
187:3,12,16 188:9
188:12,16 189:2,12
189:19 190:20
191:4
**irc** 142:18
**iron** 59:9,12,19 61:2
61:5 67:5 165:4
**irrelevant** 211:16
**isaac** 9:10
**iso** 110:23 111:3
**issue** 11:16 38:20
44:4 52:17 53:13
66:5 151:4 152:10
152:16,18,25 194:6
207:19 210:1
211:17 213:10

**issued** 43:1 96:21
170:4
**issues** 41:20,24 48:5
56:11 126:12
139:13 146:1
188:18,23 189:1,1
205:11 208:24,25
218:11
**items** 36:1 178:25
191:6

**j**

**j** 2:7,16
**james** 161:14
**january** 65:7 68:13
68:24 69:6 76:7
80:25 83:16 84:5
85:2 154:18 189:12
190:6 196:2,4,4,6
**jarnigan** 200:15
**jci** 206:11
**jd** 16:12
**jeff** 33:18 114:23
115:1,2 121:22
122:1 142:24
180:25 182:18
186:20 200:15
202:21 203:9,10
220:7
**jenkins** 15:15,16
**jerry** 156:6
**jim** 115:20 158:5
**jkfee** 2:11
**job** 1:25 11:18 18:2
18:13,23 21:21
204:2 205:9
**jobs** 23:23
**jodi** 180:25 184:21
206:22,23,23
208:11
**join** 137:18 189:19
189:24
**jonathan** 163:16
**jones** 34:2

**judiciary** 186:13
**july** 64:6
**june** 8:11 15:19
63:18 123:3 137:8
167:9
**juris** 16:6
**jurisdiction** 46:22
51:6 124:5,7 168:11
**jurisdictions** 130:17
144:24 148:15
149:11 150:4
**justification** 204:20
**justified** 127:2
204:22

**k**

**k** 140:16 157:2
220:16
**kathleen** 17:1,2,3,5
**katrina** 25:9,10 34:2
36:2
**keep** 58:19,22 61:1
66:2 80:2 122:20
**keeping** 58:25
**kent** 148:9 149:2,5
150:15
**kept** 66:6
**kevin** 2:7 10:20
200:19
**kin** 226:6
**kind** 11:14 13:1
22:14,21 66:14
112:10 118:9
173:12 209:9
**king** 2:15 10:16
**knew** 190:7,12
207:2,5 216:13
**know** 13:20 14:9,22
21:7 22:5 24:5,20
27:4,15 29:19,20
33:11 35:7 36:4,4
39:7 43:1,24 44:21
46:18 48:5 50:8,17
51:4,5 58:21 60:17
61:4 65:17 66:11

69:7 71:7 79:25
89:14 91:1 99:12
101:19 102:10
103:11 104:8,13,16
109:14 112:17,21
117:23 119:6,10
120:13 121:21,24
123:18 124:12
125:14,18 126:1,15
126:17 127:4,5
128:23,25 130:2
131:23,24 133:10
133:21 136:1
137:12 138:3 145:3
145:19 146:12
147:11 155:2
160:14 164:24
166:19 171:25
172:21 174:5
176:15,19 177:4,8
177:11 179:14
181:25 183:2
184:14,16,18,20,22
187:10 189:10
190:2,4 191:24
194:17 195:2,7
200:22 202:22
203:11 204:22
207:8,20 210:6,16
217:8,11 218:12
223:6 224:1
**knowing** 176:17
**knowledge** 31:1
52:22 53:2 65:24
66:1 103:8 133:5
172:14
**knowledgeable**
52:12
**known** 32:7 124:23
190:17 219:8,11
**knows** 133:25
**krumm** 17:1,3,5
**kslaw.com** 2:21

[l - looking]

| l | | | |
|---|---|---|---|
| **l** 181:19 | 182:20 199:25 | **levels** 34:15 112:6 | **littleton** 33:18 |
| **lab** 164:17 | 200:4 201:4 211:8 | **lewis** 2:6 | 114:23 115:1 |
| **labeled** 61:6 117:13 | 215:8 | **liaison** 25:19 26:15 | 121:22 181:1 |
| 122:6 159:10,14,18 | **learning** 110:2 | 34:22 35:20,24 | 182:18 200:16 |
| 160:25 197:14 | **leave** 44:11 198:24 | 36:19 39:22 41:7 | 202:21 203:20 |
| 199:21 201:25 | **leaves** 37:20 120:3 | 47:10 48:3,11 57:20 | **littleton's** 33:19 |
| 202:12 206:12 | **leaving** 199:1 | 95:10,16,17 187:17 | 186:20 |
| **labeling** 197:20 | **leblanc** 34:4 | 187:18 211:25 | **live** 126:13 186:15 |
| **laboratories** 181:19 | **left** 57:9 82:22 86:8 | **liaisons** 41:17 57:21 | **llp** 2:6 3:7 |
| 181:20 | 105:22 124:5 | 57:22 187:25 | **loads** 35:3 |
| **laboratory** 181:21 | 128:25 223:11 | **lighting** 157:13 | **local** 46:22 112:6 |
| 182:1 | **legal** 1:20 9:11,15 | **limbo** 28:11 | 115:21,22 145:10 |
| **lack** 190:21 | 10:6 16:14 18:25 | **limited** 13:14 43:4,8 | 145:19,22,23 146:1 |
| **ladies** 210:10 | 70:15 93:10 173:2 | 53:19 | 146:7 150:9 151:4 |
| **language** 73:9 77:19 | 181:1 184:5,10 | **line** 60:21 64:24 | 215:6 |
| 77:22 79:9 92:20 | 188:20 189:1 191:2 | 72:22,25 79:18 | **located** 9:15 116:3,7 |
| 101:5 117:9 143:17 | 193:21 214:23 | 84:10 88:10 129:13 | **lodge** 207:16 |
| 167:18 172:7,10,19 | 215:2,20 216:16,20 | 129:13,15,15 | **log** 61:1 90:16 |
| 172:20 222:11 | 216:22 | 163:23 187:2 | **logged** 88:5 89:5,17 |
| **largely** 151:3 | **legislation** 100:25 | 188:16 217:5 | 90:18 |
| **larger** 140:5 | 101:22 102:11 | **link** 186:15 | **logs** 61:3 |
| **larry** 160:13,14 | 140:12 142:2 209:4 | **links** 186:16 | **long** 13:13 16:18 |
| **late** 183:5 | 209:14 211:1,4,7 | **lisle** 34:3 | 19:3,11,19,25 99:3 |
| **latest** 31:4 120:22 | 212:22 | **list** 21:24 22:7 24:5 | 108:24 116:9 |
| **law** 13:24 16:7,16 | **legislator** 102:16 | 61:11 138:2 156:9 | 127:14 133:16,21 |
| 16:24 17:15,17 | **legislators** 210:13 | 156:15 176:14 | 138:2 156:15 |
| 29:22 30:2,9 100:17 | 210:21,24 | 177:1,4 214:9,10 | 214:18 |
| 103:12,18 138:21 | **legislature** 199:16 | **listed** 23:8 58:11 | **longer** 133:19 205:1 |
| 139:6,9,15 143:18 | 210:23 219:23 | 109:17,20 138:9 | 208:16 |
| 144:5 177:9 203:22 | **length** 195:4 | 154:10 168:10 | **look** 22:8,16 23:6,16 |
| 204:12,13,15 205:4 | **lengthy** 204:17 | 192:24 193:5 | 32:3 38:11 74:23 |
| 205:21,23 | **letter** 36:8 38:22,23 | 201:12 | 80:3 107:2,5,6 |
| **laws** 100:15,19 | 39:12 88:25 160:3 | **listen** 204:19 | 114:5 133:18 135:6 |
| 130:8,16 140:23 | 180:10 198:5 | **listening** 10:13 | 146:16 156:6 |
| 205:7 | 210:15 | **listing** 106:3 | 158:18 159:2 160:7 |
| **lawsuit** 11:17,19,23 | **letters** 89:6 192:4 | **lists** 56:14,15,17,18 | 165:1 168:8 175:14 |
| 180:11,15,17 181:3 | **letting** 202:22 | 56:20 58:19,20 | 180:8 186:23 |
| 181:10,17 182:10 | **level** 26:3,14,14,14 | 61:10 147:23 153:9 | 188:14 189:6 |
| 182:12,16 183:7,24 | 26:19,24,25 27:2,21 | **listserv** 187:6,8 | 198:15 202:4 |
| **lawyer** 183:12 | 27:22,23 29:16,16 | 188:11 | 204:20 223:23 |
| **leadership** 108:1 | 29:20 30:15 32:16 | **litigation** 180:6 | **looking** 23:9 36:3 |
| 114:15,25 135:21 | 41:16 42:7,8 94:21 | 182:2,5 218:20,21 | 61:8 64:15 74:22 |
| 136:20 142:23 | 110:9 126:17 | **little** 45:8 96:11 | 81:12 84:3,24 85:16 |
| | 144:16 151:24 | 151:15,18 | 86:8 103:7 175:13 |
| | 166:8,8 208:24 | | 187:1 204:22 209:1 |

Veritext Legal Solutions
866 299-5127

[looks - mean]

**looks**  25:18 39:16
  175:10 201:10
  202:2 220:17
**loses**  44:24
**losing**  12:20
**lost**  105:4
**lot**  20:20 29:24
  35:25 120:20
  125:24 137:25
  204:16 216:11
**lots**  187:4
**low**  133:1
**lubliner**  211:19
**lunch**  93:12,16 94:5
  139:20 218:13
  224:6
**lynn**  200:14

**m**

**madam**  223:7
**maiden**  15:15
**main**  34:20
**maintenance**  58:16
  60:6,7,11,13 65:6
  66:9 67:24 68:12
  69:5,8 72:2 76:17
  80:19 82:20 83:12
  85:15 96:12,24
  97:14 133:3 163:16
  164:9 165:10 166:6
  167:8,18
**major**  144:8 153:14
  204:16
**majority**  34:10,21
  47:14 213:21
**makers**  145:19,23
  146:1
**making**  21:5,12
  29:12 36:4 98:12
  139:5 171:11
**malamud**  3:18
  10:14
**malamud's**  186:16
**manager**  19:17,24
  20:6,10 34:6 35:19

115:9 128:21
  210:11
**managers**  34:23
  35:1
**mandatory**  208:13
**manner**  28:17
**manning**  34:1
**manual**  208:10
**manuals**  177:2
**manufacturer**
  179:22
**manufacturing**
  212:10
**manz**  221:11 222:11
  222:12
**march**  1:18 8:13
  9:12 62:13 76:23
  81:15 82:5 85:18
  105:23 203:14,18
**mark**  8:10,12 34:1,1
  34:17 35:8 44:15
  69:3 72:6 114:23
  157:20 158:4 175:6
  200:16 206:9
  211:24 212:2 215:4
  216:2 218:24 219:1
  219:20 220:17
  221:25 222:2
**mark's**  115:9
**marked**  51:8 55:21
  55:25 57:2 61:21
  62:2,4,8,10,14,16,20
  62:22 63:1,3,7,9,13
  63:15,20,22 64:2,4
  64:8,10 65:1,3,18
  68:6,8 69:18,20
  71:20,22 72:13 74:7
  74:9 75:13,15 76:10
  76:12,25 77:2 78:5
  78:7 79:3,5 80:8,10
  80:15,17 81:4,6,19
  81:21 82:9,11 83:6
  83:8,20,22 84:13,15
  85:7,9,25 86:2,20
  87:17,19 90:7,9

93:17 94:2 107:13
  107:16 117:10,12
  119:20 122:2,4
  124:8 127:19,21
  131:3,5 134:4,6
  136:22,24 148:5,7
  148:23,25 153:2,4
  154:13,15 155:5,7
  155:15,17,25 156:2
  156:20,22 157:3,5
  157:15,17,24 158:1
  158:6,8 159:3,5,22
  159:24 162:20,22
  163:8,10 164:1,3
  165:5,7 167:2,4,21
  167:23 169:11,13
  171:16,18 173:17
  173:19 174:18,21
  177:12,14 180:18
  180:20 184:25
  185:2 188:1,3
  195:20,22 196:19
  196:21 197:12,14
  197:24 198:1,17,19
  199:8,10,18,20
  201:23,25 202:10
  202:12 206:1,4,16
  206:18 207:24
  208:1 209:19,21
  211:10,12 213:3,5
  219:16,18 221:5,7
**market**  121:14
  141:14
**marketing**  102:12
  117:14 118:8,10,11
  118:12,19 121:4,7,8
  121:9,11,13,16,19
  122:9 123:3 196:10
  197:1
**marketplace**  12:20
  12:25 13:5 117:22
  125:12
**markey**  140:17
**married**  15:19

**martha**  156:11
**match**  88:18
**material**  70:8,21
  98:19 122:7 168:14
  168:17 180:9,9
  191:16 208:10
  216:12
**materials**  1:3 9:20
  175:22 176:9,24,25
  187:22
**mathis**  118:1 224:3
  224:4
**mathis's**  117:24
**matt**  51:20 55:7
  72:11 73:25 122:8
  131:23 185:3
  202:16 217:3,21
**matter**  216:18
**matters**  11:14
**matthew**  3:8 10:9
  11:2
**mature**  132:19
**maturity**  131:20
  132:20 133:7
**max**  206:24
**mbecker**  3:13
**mcfarlin**  34:2
**mchugh**  163:16,23
**mcsherry**  3:19
  10:11
**mean**  21:12 22:21
  28:4,4,21 31:7,9
  32:12 33:6 34:7
  37:18,19 47:2 50:7
  57:12 58:1,2 59:5
  60:6 63:12 68:21
  88:20 92:19,22
  96:13 100:17 102:2
  102:7 105:22
  106:21 113:10,12
  116:20 121:1
  123:23 124:2
  126:20 128:14,18
  130:6,11,15 131:21
  132:9 136:1 144:11

[mean - multiple]

151:17 163:22
169:25 172:9
176:25 181:7
182:20,22 187:18
195:9 200:5,21,21
205:15 209:3,14
222:8 223:3
**meaning**  21:7,15
207:3 208:12
**means**  14:5 31:12
32:13 33:4 42:21
50:9 52:11 57:11
75:5,10 93:5 124:3
125:15 126:17
187:19 224:10
226:5
**meant**  60:1 129:6
**measure**  141:10,12
**mechanical**  221:15
221:17,20
**mechanism**  151:22
**mechanisms**  148:16
149:12 150:5 151:1
151:6,10
**media**  203:3
**medication**  15:9
**meet**  136:11,17
139:24 140:1,2,4
143:4 151:2 201:20
218:10
**meeting**  35:4 69:7
107:25 123:3 137:7
140:7,10 184:8,9,11
184:12,15,17,19,23
189:4 196:1,4,5
200:1,4,5,9 201:5,5
204:6
**meetings**  36:6,7
200:17 201:4,7,15
204:8 215:9,12,12
**meets**  137:21 143:5
**member**  60:9 78:22
78:23 87:15,15 88:9
97:20 110:16,18
111:15 112:7

117:25 118:2
131:24 133:17,19
145:25 146:17,18
160:17 161:17
162:9 164:16
165:17 166:5 187:3
187:5,5,16 188:8
203:8 207:3,6
**members**  26:21 29:3
40:6,8,19 45:14
48:7,13,17,18 49:20
49:22 56:16,20
57:18 61:10,12 95:8
96:18 98:8,15
114:20 118:21
136:17 138:9,10,20
138:25 139:3,13,25
140:4 146:6,15
163:1 171:15
173:14,15 186:19
187:4,12 193:11,15
193:23 194:1,5
198:25 199:2,15
204:8 208:17 210:7
212:20 214:11
**membership**  20:21
21:2,6 23:21 24:2,3
24:4 26:6,7,18,20
28:1,3,16 29:4,11
36:1 41:23 42:4
50:2 67:18 77:7
78:12 79:1 86:7
87:2 94:10 95:8,11
96:14 100:13
110:17,19 112:5
166:11 188:10
193:13,24 208:25
**memberships**  50:3
167:15
**memorandum**
108:5,16 113:3
134:10,15 135:23
135:23
**memorandums**
134:18,22 135:8

**memorized**  138:3
**memory**  216:18
**mentioned**  42:14
47:23 60:5 113:13
160:10 224:20
**mentions**  198:12
**mess**  195:3
**met**  13:6 97:24
143:15 214:18,22
**method**  27:23,25
31:3 43:18
**metrics**  214:5
**mexico**  137:7
**meyers**  34:3
**michael**  207:21
**michigan**  16:6 18:1
**mick**  178:23 179:7
179:10,12,19
**microphones**  9:2,6
**middle**  125:10
150:18 203:21
**mike**  211:19
**millions**  12:21
**mind**  70:13 188:20
**minds**  129:19
**mine**  89:7
**minimal**  191:8
**minimum**  30:4,10
30:11,13,15,19
109:4 111:9 126:13
126:14,16,17 127:7
127:17 137:23
138:18 220:11
**minnesota**  221:12
221:13,14,15,17,18
**minute**  202:15
223:10
**minutes**  20:23 36:17
38:12,13,16 48:12
55:8 196:1,3 221:22
**mischaracterization**
145:13
**misrepresent**
215:10

**missed**  72:22 94:4
**missing**  73:19 79:17
179:1 213:22 222:7
**mission**  99:3,5
109:14
**mistaken**  142:1
**mister**  162:6
**model**  45:7,9,12
100:15,18 143:3
**modifications**
168:25
**modified**  143:5,15
**modify**  70:10
**moment**  46:17 102:3
209:21 211:12
**monday**  1:18 188:21
189:5 196:6
**month**  140:3 166:21
218:11
**months**  69:4 167:1
178:4
**moot**  56:23
**morgan**  2:6
**morganlewis.com**
2:11
**morning**  204:9
**motion**  56:23 166:7
**motions**  157:10
**mountain**  59:9,12
59:20 61:2,6 67:5
165:4
**mous**  136:4
**move**  18:5 37:15
107:8
**moved**  18:1,3
107:11 121:10
**moves**  41:19
**moving**  40:25
142:12
**multiple**  40:19
41:17 65:19 134:18
145:4 173:6

Veritext Legal Solutions
866 299-5127

[n - october]

| n | | | |
|---|---|---|---|
| **n** | **nema** 201:9 206:10 | **november** 18:10 | 60:20 65:25 67:10 |
| **n** 89:7 90:19 201:10 | **network** 67:3,8 | 155:12,22 163:1 | 70:4,19 72:11,17 |
| 207:15 | **never** 166:9 186:9 | **number** 9:24 47:6 | 73:25 77:16 78:19 |
| **naiop** 206:11 | 186:25 | 50:7,22 52:15 53:8 | 79:15 92:2,6,10,18 |
| **name** 4:3 9:10,25 | **new** 27:13 36:16 | 53:10,15,24 54:2,5 | 93:8 99:20 100:10 |
| 11:2 15:12,15,18 | 37:12 39:12 40:21 | 54:7,10,13,22 55:1 | 101:25 103:4,13 |
| 16:24 24:6 25:5,8 | 40:25 43:1 46:7,7 | 57:7 62:10,16,22 | 104:10 109:1,12 |
| 73:11,12,14 87:24 | 67:17 75:3 95:5 | 63:9,15,22 64:4,10 | 113:18 118:5 120:2 |
| 88:4,5,10,21,25 | 96:18 97:3 111:1 | 65:3,11,12,14 66:17 | 123:9 124:19 125:4 |
| 89:4,4,12,16,17,18 | 115:20 135:14 | 68:8,8 69:20,24 | 128:15 129:21 |
| 90:5,18 91:7 161:11 | 137:7 202:6 207:2,4 | 71:22 72:13,13 74:9 | 131:22 136:8 |
| 164:18 166:4 | 207:6,7 | 75:15 76:12 77:2 | 138:22 139:16 |
| 187:12 | **newest** 120:23 | 80:10 81:21 82:15 | 172:3 177:19 182:6 |
| **named** 182:24 | **news** 121:6 123:8,8 | 83:8 84:22 85:9 | 209:23 213:8 |
| **names** 15:14 88:14 | 123:11 | 86:22 88:2 90:13 | **objection** 61:13 |
| 88:17 184:22 | **nfpa** 45:9 47:2,3,5,7 | 94:2,14 103:24,25 | 70:14 88:7 104:11 |
| **naming** 103:22 | 56:7 100:5 181:18 | 103:25 104:1 105:9 | 104:20 105:1 117:6 |
| **naseo** 201:10 | 182:19,21 205:17 | 106:11 107:17,18 | 132:21 134:3 145:9 |
| **national** 1:4 45:1 | **nicole** 34:1 | 117:13 118:25 | 145:12 170:8 |
| 140:17 142:25 | **night** 204:9 | 119:21 122:23 | 172:12 173:1 |
| 150:19 151:24 | **ninth** 160:8 | 123:6 127:21 131:6 | 176:12 179:17 |
| 219:22,22 | **nist** 207:11,13,14 | 131:18 132:16 | 182:7 183:8,14 |
| **nature** 12:8 13:2 | **nm** 142:24 | 134:6 136:24 | 184:1 188:24 |
| **near** 128:7 | **nods** 14:5 | 137:14 159:5 | 189:16,21 190:14 |
| **necessarily** 29:21 | **nonexclusive** 70:8 | 167:24 177:15 | 190:21,23 191:5,12 |
| 37:6 59:7,15 102:16 | **nonpolicy** 26:14,14 | 178:3 189:10 190:5 | 191:21 192:9,25 |
| **necessary** 103:2 | 26:24 27:7,11,22 | 195:23 196:22 | 193:6,10,20 207:17 |
| 148:15 149:11 | 42:8 | 198:2 199:11 206:4 | 208:3 209:16 |
| 150:5 166:13 | **nonsafety** 21:15 | 206:5,8 224:19 | 211:14 222:21 |
| **need** 14:4 22:16 | **normal** 127:4 | **numbered** 155:17 | 223:5 |
| 43:19 44:1 95:23 | 156:19 | 156:2 | **objections** 183:25 |
| 96:1 103:14 104:7 | **normally** 156:15 | **numbering** 195:16 | **objectives** 124:10 |
| 109:9 113:6 146:16 | 187:14 | 195:17 | **observing** 187:5 |
| 148:13 149:9 | **north** 131:16 | **numbers** 12:22,23 | **obstacle** 120:1 |
| 151:23 168:8 181:2 | **northeast** 9:16 | 13:7 80:12 | **obstacles** 119:21 |
| 188:19,23 202:8 | 15:23 | **nw** 2:8 | **obtain** 79:1 |
| 206:20 | **note** 9:2 57:6 88:1 | | **obviously** 51:21 |
| **needed** 103:18 | 187:10 | | 214:17 222:7 |
| 178:24 | **notes** 133:4 144:15 | **o** | **occasions** 214:23 |
| **needs** 44:3,5 95:22 | 199:25 200:24 | **o** 201:10 | **occur** 107:25 200:6 |
| 103:17 172:23 | 201:6 216:5 | **oath** 13:24 | **occurred** 51:24 |
| 196:15 | **notice** 44:1 51:9 | **obama** 198:7 | 152:12 201:19 |
| **neiman** 187:21 | 215:24 216:2,9 | **object** 13:11 23:5 | 215:19 |
| | **notification** 44:20 | 28:20 30:24 31:11 | **october** 78:4 86:10 |
| | | 31:23 32:24 33:8 | 87:5 |
| | | 46:19 50:14 51:2 | |

Veritext Legal Solutions
866 299-5127

[office - participating]

**office** 137:4,12
139:20 144:7,11
146:14 158:13
159:12,16,20
192:20 210:12,20
211:5 215:5 222:1
**offices** 147:23 148:1
218:14
**official** 22:22 23:13
108:5
**officially** 208:12
**officials** 106:18
114:14 119:2
147:21 149:22
150:10 202:6
205:19 215:7
**oh** 73:19 105:4
118:1 137:25 138:3
207:9 223:17
**okay** 11:7,14,22
13:16 14:1 15:20
16:10,24 17:16,23
18:5,8,11 20:9 22:5
22:9 23:2,12 34:25
35:23 45:11 51:14
60:25 61:22 89:20
94:15 95:17 97:24
101:12 102:3 106:2
111:17 117:4,15
118:3 122:19
127:23 132:2 135:3
142:14 147:1
152:17 153:1 186:3
188:6 192:21
200:12 201:11
202:20 218:17
221:1 223:25
**older** 120:20,25
121:1,3
**once** 18:3 20:2 96:19
140:3 144:1 218:11
**ones** 42:4 102:23
187:21
**online** 18:13 87:24
88:12 90:17 91:3,6

176:1,11 186:17,18
203:6
**ooo** 3:21 8:18
225:10 226:20
**operations** 53:5
**opinions** 197:8
204:19
**opportunities**
145:24
**opposed** 27:11
195:10
**opposing** 12:1
**option** 32:11,15,19
33:1,3 124:4 130:24
**oranges** 114:12
**order** 4:10 79:1
87:25 88:8,11 91:10
91:16 103:3,11
172:23 194:16
198:15
**ordered** 56:13,15
61:10
**ordinances** 100:15
100:19
**ordinarily** 65:23
80:2
**organization** 47:19
110:23 120:9 140:9
180:8
**organizational** 77:7
78:22 86:7 87:15
181:17
**organizations** 24:13
136:5 200:1,4,23
201:1,2,11,21,22
202:25 203:5
206:10 210:17
218:13,15
**organized** 184:8
**oriented** 110:3
**original** 98:6
**originally** 26:15
194:25
**ostp** 200:18

**outcome** 143:21
**outlines** 216:6
**outside** 58:5 60:22
92:11 99:15 178:7
179:18 211:15
212:9
**outstanding** 4:11
**overdo** 49:8
**overhaul** 120:15
**oversee** 20:17 21:1
100:18
**overseeing** 20:22
**oversees** 45:6
**oversight** 25:22 26:3
27:2,6 29:17 41:15
47:14 49:16,17
95:16
**owned** 17:7,7
**owner** 127:5,9
**ownership** 53:11,12
**owns** 70:10 71:2
92:23 93:3 224:8,15

**p**

**p** 30:7 153:16
155:12 156:8
**p.m.** 225:9
**packet** 162:25
**page** 4:3,9 5:2 6:3
7:2 8:2 52:5 53:23
54:4 56:5,10 61:9
72:6 74:23,25 76:22
81:12 84:3 106:10
110:20 118:24
119:14,20 123:5
124:8 125:10
127:13 128:8
131:17 137:14
138:4,10 140:11,15
142:22 143:10,16
144:6 145:18,24
146:9 148:12 149:8
150:16,18 153:8,8
153:11,20 159:10
159:14,18 160:8,25

161:7,8,22 162:13
162:14 164:22,22
168:21 169:20
174:1 175:14,19,25
176:7,9,23 195:10
195:11 196:7,9
201:9 203:20
**pages** 58:11 125:8
126:3,11 160:10
**paper** 59:9,19 67:4
68:4 98:24 165:3
212:7,7
**paperwork** 44:17
107:2,7
**paradigm** 126:12
**paragraph** 84:9
85:22,22 89:23
148:13 149:9
150:18 175:14,20
175:21 201:13
203:21
**paragraphs** 174:9
**parentheses** 126:4
137:17
**part** 23:19 24:1
29:21 47:6,7 48:7
109:3 118:10
123:13 125:25
138:1 141:1 142:19
143:23 152:9 157:8
164:21 166:11
177:22 178:2,5
182:1,5,9,12 193:12
216:12 218:24
222:15,18,24 223:2
**participants** 181:17
200:8
**participate** 24:14
50:13,23,25 99:18
100:7 117:7 173:15
187:11 191:8 219:1
219:4
**participating**
101:16

**participation** 52:17
  112:6 137:15
  138:13 145:25
**particular** 21:23
  22:3 24:16 42:12
  43:17,20 52:8,12
  103:21,22 106:20
  114:19 124:6
  143:18 164:14
  171:6 173:9 185:14
  217:18 218:21
**particularly** 132:10
  203:22 204:11,12
**parties** 9:8 10:4
  224:17,18 226:7,7
**partnering** 119:11
**partnership** 119:4
  119:16
**parts** 21:7 53:12
**party** 12:1
**passive** 125:13
**patents** 191:1
**patricia** 186:11
  187:16
**pay** 124:14
**pays** 24:14 110:17
**pdf** 212:8
**peachtree** 1:20 9:16
**pekka** 162:1,5
**penalty** 151:21
**pending** 56:11
**pennsylvania** 2:8
**people** 21:16 27:24
  33:25 34:10,12 36:5
  40:17,23 49:23 50:8
  50:12 57:24 58:5,9
  58:13 65:19 95:8
  100:13 101:17,19
  102:9 104:8,24
  107:10 114:19
  115:19 116:8 118:7
  119:8 123:12
  124:14 149:15,18
  155:2 187:4,14
  191:15 195:2

198:13 204:18
  205:10,24
**perceived** 125:19
**percent** 21:16 50:10
  144:3 198:9 220:15
**performance** 137:16
  137:20,22 138:6,14
  138:16 139:11
  140:6
**performed** 195:14
**period** 131:20,21
  132:19,20,23 133:7
  175:12 192:3
**periods** 133:6
**permission** 56:7
  70:23 172:20,23
  178:24 179:4 192:2
  208:9 212:11 222:5
  222:14,20,25
**permissions** 221:25
**persily** 8:6
**person** 16:22,23
  17:6 21:20 22:14,17
  22:19,24,24 24:24
  25:1,5,8,13 27:14
  28:13 29:2 34:15
  35:3,4 41:19 48:12
  88:19 106:22
  114:15 115:20
  116:25 127:5
  131:23 182:24
  183:1 184:20
  187:19,20
**person's** 89:16
**personal** 11:12
  125:6 178:1
**personally** 124:25
  207:11
**personnel** 52:18
  112:5
**persons** 53:16 56:14
  56:19
**pertains** 68:23 94:4
**peterson** 148:10
  149:3,5 150:15

**phones** 9:5
**physically** 88:20,23
**pick** 9:3
**place** 9:5 99:24
  183:3 184:9,12
**places** 150:8
**plaintiff** 2:4,14 12:5
**plaintiffs** 1:7
**plan** 42:10 178:11
**planning** 48:6
**plans** 41:23 42:10
**played** 20:16
**plays** 21:21
**please** 9:2,5 14:9,15
  14:21 15:11,21 26:9
  64:12 65:4 69:21
  72:6 106:1 150:15
  156:22 157:5 158:1
  159:9 173:7 174:3
  188:14 192:18
  196:7 206:19
  208:19 209:21
  211:12 214:13
**point** 14:8 18:17,20
  19:21 34:20 59:21
  61:14,16,18 131:25
  143:19 144:8 146:2
  153:21
**pointed** 129:24
**points** 36:10,25
  140:19 143:2
**policies** 209:9
  219:24
**policy** 26:3,13,19,25
  27:1,7,11,19,21,22
  29:16,16,20 30:7,8
  41:5 42:7 46:5
  58:21,24,25 60:22
  65:24 94:25 116:19
  116:20 145:19,23
  146:1 186:24 209:1
  209:6
**political** 16:9
**portion** 126:1
  179:11 223:3

**portions** 45:22
  222:16
**portman's** 206:9
**position** 19:8,19,25
  23:3 25:11,13 33:15
  33:19 34:5 35:18
  117:24 132:3
  174:10,15
**positions** 115:8
**positive** 32:1 135:15
  136:9
**possible** 130:10,18
**post** 191:15 192:3
  203:6
**posted** 100:22
  186:17 192:1
**posting** 18:13
**potential** 174:7
  192:7 214:24
**pound** 158:14
**power** 214:8
**pr** 181:2,5 183:6,23
  184:4,8,18,22
**practice** 16:15,21
  112:9
**pre** 56:15,21
**predicts** 27:9
**preparation** 214:14
  215:2 216:6
**prepare** 52:12,20
  216:8,14
**prepared** 14:25 53:7
  53:15,23 54:1,4,7
  54:10,13,16,19,22
  54:25 55:3 77:24
**present** 3:17 10:2
  135:8 205:8
**presentation** 123:2
  131:9 137:3
**presentations**
  139:19
**presented** 117:21
**president** 33:20
  115:3,4 134:13
  197:18 198:6,7

[president - providing]

213:16 221:12

**press** 130:2 181:6

**pretty** 36:20 181:14
217:16

**prevent** 12:16

**prevented** 12:13

**preventing** 15:8

**previous** 13:17
15:14 48:22 75:24
76:19 80:13 82:7
85:4 152:12,20,21
176:7 185:12

**previously** 49:25
51:8,12 166:3

**print** 57:15

**printed** 57:14 62:6
62:12 65:7 69:6
73:3,7 195:7

**printing** 119:24
153:22

**printout** 153:4,8

**prior** 18:20 35:5
59:1,2,10 60:18
69:6 93:23 94:5
113:19 136:17
139:17 143:10
145:13 156:14
176:4 218:1

**priorities** 117:21
118:7

**priority** 119:1

**private** 9:4 52:18

**privilege** 183:10
215:18

**privy** 191:22

**pro** 138:15

**probably** 23:16 38:5
51:25 59:8,18 66:2
67:11 80:5 97:25
98:1 104:14 108:9
109:2 111:11,13
113:11 120:18
121:23 129:24
140:10 156:15
182:17 184:13

212:3 219:6

**procedures** 18:14
18:25 19:3 41:5
46:5,10 94:25

**proceed** 10:8 89:1

**proceeding** 89:3

**process** 13:15 18:25
24:1 25:21,23,24
29:12 37:16 42:3,6
42:8,9,12 43:20
44:13,14 45:6 47:8
52:16 96:2,3,8,9,25
98:8 99:15,19 100:9
101:3,9,14,22,24
102:5 111:22
114:10,11,12,16
117:8 152:10,11,15
170:9,15 171:10,11
178:6 205:2 215:5
215:10 223:1

**processes** 36:8
42:11,14 129:25

**processing** 213:25

**produce** 56:13,15
61:10

**produced** 71:12
91:12,13,18,20,22
91:25 122:22 147:9
169:1 213:6

**product** 12:19 43:20
102:24 123:12

**production** 56:18

**products** 121:14

**professional** 112:4

**program** 144:21,25
145:1,6 197:20
198:13,16 199:5
213:17

**programs** 110:1
114:17 176:3

**prohibitive** 182:9,12
182:13

**project** 21:9,12 24:6
26:15 27:13 28:5,5
29:3 36:2,6 39:19

39:22 41:17,20,24
43:3,9,10,11 44:19
45:14,16 46:15
48:20 49:8,14,20,22
50:2,6,7,13 52:24
56:16,20 57:3,23
58:2,6 60:9 61:10
61:11 77:6,12 78:11
79:2 86:6 87:1
94:11 95:5,10,16
96:6 97:10 98:5
107:1 112:8 116:21
116:22 117:2,21
160:4 163:1 165:18
166:2,4,12 167:13
171:5,15 193:12,16
194:5,8 198:9 204:8

**projects** 46:7,8
49:13 67:17 113:12
214:10

**promote** 111:2

**promoted** 19:6,9,14
19:16,21,23 20:2,4

**promoting** 109:25
110:21 111:19,20
138:15 144:12

**promotion** 111:5
144:10

**proper** 101:15

**properly** 21:8

**property** 187:1
190:25

**proposal** 45:17
58:17 60:11,14
65:12,16,17,20
66:10,17,20,22,25
72:2 80:20 96:24
125:21,23 165:19
165:24 166:6
167:19,25 168:8
169:15 171:20,23
172:1,7,24 194:3
202:4

**proposals** 20:23
21:3 45:7,12 46:7

65:5,11 67:7 68:11
68:15 69:5,8,10,14
83:4 85:23 111:7
125:11,15,19 168:1
168:25 169:16
170:10,14,17,25
171:21 194:2

**propose** 37:24,25
45:15 60:8 127:3
143:4,14 152:21
166:5

**proposed** 4:10 37:5
38:4,9,12,19 46:9
46:21 47:1,3 76:16
82:19 85:13 97:20
97:23 142:2 143:12
143:13,17,19
160:21 161:1,22
162:15 163:14,20
163:23 164:7,19,23
165:9 167:7,11
171:1,6 206:13

**proposer** 65:11,14
66:17

**proposes** 27:13

**proposing** 142:5

**protection** 1:4

**prove** 149:16,16

**provide** 34:13,15,17
41:18 61:11,17
110:11,14 111:14
117:4 119:11
132:13 185:15
187:22,23 212:19
212:24 222:5,11

**provided** 13:24 53:4
64:16,18 66:5
111:10,12 147:5
149:4 176:11 185:8
186:15 187:6,9

**provides** 110:6
149:22 175:7 176:1
198:13

**providing** 13:22
112:8 179:6

[public - recognize]

**public** 20:22 21:2
24:15 27:5 36:14
39:14 41:23 42:6
44:10 56:8,22 60:10
60:10 67:20 69:22
74:14 75:19 81:10
82:1 84:1,19 88:9
91:14,18,22,25
95:14,18 96:2,21
129:20,23 160:4
163:2 167:25 168:1
168:25 169:15,16
171:20,21 176:1,11
179:24 180:2,11,14
181:6,7,9 185:4
191:25 192:3 194:2
194:19,19,25
202:23 203:18
218:17
**public.resource.org**
1:9 3:18 9:21
181:11 182:16
189:15,20 190:4,11
190:12,13,16 191:4
191:11
**public.resource.or...**
51:9
**public.resource.org.**
10:13 11:4 180:10
**publication** 20:23
21:3 36:15 39:14
67:21 77:25 96:1
112:9,10,12 156:14
195:5,18 221:24
**publications** 177:3
194:19 195:15
199:6 213:24
**publicly** 130:24
**publish** 112:15
161:2,4 222:18
**published** 44:16,23
62:1 131:2 133:15
154:1 169:1 179:3,5
186:16

**publishing** 59:25
60:3 112:13
**pubs** 156:7
**pull** 45:22
**pulled** 132:24 172:8
172:19,20
**pulling** 220:8
**purportedly** 203:2
**purpose** 41:22 42:9
67:19 94:23 95:5
97:1,3,19 98:25
99:2 100:24 101:2
102:4 108:15,18
109:11 118:3
121:12 137:9,11
138:13,19,24
154:21 158:20
189:18 190:19
197:2,4 199:1 217:5
**purposely** 177:25
**purposes** 99:6 202:9
**pushing** 138:17
**put** 43:25 72:20
75:3 88:18,21,25
92:21 107:4 127:5,6
127:10,11 144:5
154:3 166:19,20
170:18 187:6,8
195:1
**puts** 44:9

**q**

**qualified** 18:22
**quality** 99:13,13
210:3
**quasi** 191:1
**question** 14:9,10
25:3 42:13 51:21
100:12 147:5
156:11 183:21
196:12 209:11,12
209:13 214:17
217:6 224:7,12,14
**questioning** 60:21
122:20 217:5

**questionnaire**
196:24 197:3,4
**questions** 13:15,21
27:15 39:10 48:22
93:9 97:22 185:7,25
214:24 215:8 216:9
223:20 225:5 226:4
**quick** 152:2
**quickly** 223:20
**quote** 172:23
**quotes** 170:21
**quotient** 197:22
198:13

**r**

**r** 13:3,6 89:7 90:19
157:2 226:1
**ramspeck** 33:14
188:8,14,22 189:5,9
189:14 190:3,13
215:7 216:3 220:9
**ramspeck's** 33:15
189:18
**ran** 57:14
**range** 34:18
**reach** 101:18 119:14
136:5 144:21
**read** 73:19 114:23
115:16 129:2,6
173:24 185:18,20
185:24 195:2
200:16 206:20
209:22 211:13
219:6 222:3
**read's** 115:7,12
**readability** 119:25
120:6
**reader** 120:10
**readily** 56:17
**reads** 61:23
**reaffirm** 44:11
**reaffirmation** 41:3
42:16,18 43:1 44:8
**reaffirmations**
42:23 43:13

**reaffirmed** 43:15
**reaffirming** 42:19
44:22
**realize** 14:13
**really** 23:16 50:16
118:1 138:15
**reason** 13:9 14:4
29:19 44:5 64:17
70:13 71:11 101:4,5
102:6 122:22 150:3
166:24
**reasons** 50:22 99:22
100:6 205:3
**reauthorization**
210:6
**recall** 14:20 217:16
224:11
**receive** 27:4
**received** 65:5,12
66:18 68:11,15
95:24 124:17
178:22,22
**receiving** 202:9
**recess** 55:19 74:19
93:16 116:15 152:6
192:14
**recipient** 174:24
212:12 221:2
**recipients** 109:18,20
128:1 175:7
**recognize** 71:23
74:10 75:16 76:13
77:3 78:7 79:5
80:21 81:6,22 82:11
83:9,22 84:15 85:10
86:2,22 87:19 90:9
94:6 107:19 122:4
127:24 131:6 134:7
136:25 148:7,25
153:5 154:15 155:7
155:23 158:8 159:6
159:25 163:10
164:3,17 167:4,24
169:13 173:19
174:22 177:15

[recognize - release]

180:20 185:22
186:5 188:3 195:23
197:15 198:2,20
199:11,21 202:1
213:6,12 219:19
221:8
**recognized** 119:21
125:9 220:13
**recollecting** 166:2
**recollection** 51:19
139:18 180:7 201:3
217:7,15,19,21
**recommend** 95:10
**recommendation**
44:8 107:6
**recommendations**
126:4,5
**recommended**
214:7
**record** 9:1,9 13:22
15:12 24:18 38:3
44:25 55:17,22 57:5
58:21,23 74:16,17
74:20 82:15 84:21
88:1 90:12 93:14,18
93:21 98:20 116:13
116:16 152:4,7
186:2 192:12,15
209:10 223:9 225:7
**recorded** 38:13
**recording** 9:8
**records** 58:22,25
59:6,15 60:2 98:23
133:18 136:15
165:1
**redacted** 79:22,25
80:3,5,7
**refer** 106:1 111:6
140:25 141:18
142:14 192:18
**reference** 32:15,25
42:22 43:25 45:19
104:22 124:13
128:11 130:10,13
134:25 139:8

141:21 143:10
175:8,21 176:2,8,23
177:9 209:4,14
220:14 221:21
222:24 224:23
**referenced** 29:22
30:1,4,19 45:21
127:16 128:18
138:10 142:9 159:1
170:22 174:8
175:16 176:10,18
176:19 177:3
184:18
**references** 43:6 44:1
47:5,7 123:15 143:8
144:22 145:20
164:21 176:15
206:12
**referencing** 123:7
145:21 170:20
190:12 220:1
**referred** 101:21
104:6 207:21
**referring** 29:8 42:2
66:8 77:11 100:2
104:5,8 105:8
110:24 112:10,14
112:18 119:17,18
120:16 122:16
123:7,18 126:8,15
137:19 143:11
146:3 161:5 174:5
174:12 188:22
189:14 190:3,13,18
**refers** 105:9 109:24
111:4 112:3 123:6
125:14 140:24
141:1,16 188:15
**reflect** 99:5 101:23
135:22
**reflected** 38:16,23
69:10,14 101:24
102:19 151:13
**refresh** 216:17

**refreshed** 217:7,14
217:19,20
**refrigerating** 1:5,14
10:18
**refrigeration** 51:11
**regard** 224:15
**regarding** 107:25
151:6,10 156:4
**regards** 24:15 43:13
52:8 53:3 111:25
112:17,18 118:24
132:11 208:8
**regional** 112:22
**register** 100:23
**registration** 158:12
159:11,15,19
192:19
**regular** 226:7
**regularly** 135:11
**regulation** 100:3
101:1,22 104:6,7
177:10 209:5,15
212:22
**regulations** 31:8
130:8,16 140:23
175:9,17 205:21,23
222:15,19
**regulator** 22:25
102:16
**regulators** 106:16
**rehn** 56:6
**reiniche** 1:16 4:5
10:1,22 11:2 15:7
15:11,13 16:3 33:13
51:7,16,16 55:24
56:2 57:1,8 61:8,20
74:22 76:11 91:1,11
93:20 94:1,3,20
107:20 116:18
117:11,17 122:10
122:21 125:5
127:24 131:4 132:6
132:8,13,17 152:9
174:20 177:13,23
179:23 185:1 186:4

192:17,22 194:8
195:21 196:20
197:13,25 198:18
199:9,19 206:6,17
207:20,25 213:4
214:13 218:4
219:17 221:6
223:20
**reject** 28:8,21,25
73:4
**rejected** 28:2
**relate** 151:5,9 185:3
207:19 209:25
211:16 213:9
218:12
**related** 1:12 46:10
139:13 146:8 158:4
175:22 176:9,24,25
180:3 191:24
208:24 209:6 211:1
211:4 215:8
**relates** 30:10 151:19
191:4 210:2
**relating** 219:24
**relations** 147:17
181:7,9 185:4
**relationship** 32:9
113:8 161:15 173:5
**relationships** 47:12
147:20 173:6
**release** 69:25 70:3
70:18 72:4,7 73:1,5
73:16,17,17,22
75:23 77:9,13,14
78:14,16,17 81:17
82:7 83:1 84:7
86:11,12,15,16 87:7
87:10,11 89:21 90:1
90:3,21,23,24 91:2
130:2 161:8 162:1
163:18 164:11,13
164:24 165:14,16
166:11 167:13
168:24 169:3,7,10
169:21,23 170:1,4

[release - role]

**released** 154:5,18
**releases** 72:15 75:24
76:4,19 79:13 81:2
83:18 84:8 85:4,20
91:13,15,21 92:5,9
92:17,25 93:6 160:9
160:12 163:6
167:14 224:10
**releasing** 154:21
**relevance** 207:17
209:24
**relevant** 210:22
211:9 214:1
**remember** 13:13
32:2 47:6 144:14
182:25 186:9,25
189:6
**remembered** 93:22
**remind** 135:1
**remotely** 10:3 191:8
**remove** 192:5
**removed** 191:18
192:5
**repeat** 183:20
209:11
**repeated** 126:5
**rephrase** 14:10
22:13
**replied** 207:5
**replying** 208:11
**report** 4:10 33:13,17
33:21 56:3 57:15
65:5 66:16 117:14
123:3 213:18
**reported** 1:23
203:10 209:2
**reporter** 10:5 14:2
49:17 74:15 127:9
131:12 178:18
179:9 207:12,14
220:4,20,23 221:1
223:7
**reports** 33:23 35:15
122:13

172:6 181:6

**represent** 10:5
91:11 108:13
**representation**
56:22
**representative** 77:7
86:7 105:18 137:17
170:12
**representatives**
138:7 140:10
148:10
**representing** 9:10
10:6,12,16 11:3
221:14
**represents** 56:18
226:5
**reprint** 6:14 155:1
156:7,16,18 212:11
**reprinting** 222:14
**republish** 44:23
**request** 46:14 72:8
147:14 175:11
**requested** 212:23
**requesting** 136:21
222:16
**requests** 4:11
147:15
**require** 42:20 58:22
103:11 222:13
**required** 42:5 43:2
78:25 88:4 91:7
141:2 203:25
**requirement** 31:1
124:5
**requirements** 39:4
151:2
**requires** 27:2 44:14
150:23 151:20
**requiring** 29:17
**research** 112:9,12
112:13,15 113:1
199:5 214:9 216:8
216:11
**residential** 105:5
132:24,25 133:1
141:5,16,19 142:9

142:10,12,15,18,20
142:21,21 143:7
150:22
**resolution** 95:21
101:19
**resource** 56:8,23
91:14,18,22,25
179:24 180:2,12,15
202:23 203:18
218:18
**resources** 203:23,24
204:13 205:5,18,22
**respond** 69:4
**responded** 66:20
125:18 129:2 203:8
220:7 222:11,12
**responds** 95:20
**responses** 14:5
186:18
**responsibilities**
189:25
**responsible** 49:15
171:6 194:12
**rest** 78:1 93:12
96:24
**restraint** 11:24 12:9
**result** 226:8
**retain** 65:23
**retention** 58:21,23
60:22
**retired** 115:11
**returning** 41:14
75:4,8
**rev** 75:9
**reveal** 214:19
215:18
**revenue** 12:21
124:10
**review** 13:18 15:1
27:6 33:9 36:1 40:3
41:22,23 42:6 43:5
43:23,24 44:10 46:7
67:20 69:23 71:18
74:14 75:20 81:11
82:2 84:2,20 95:14

95:18 96:2,21 97:21
98:19 107:1 160:4
163:2 185:6 191:25
192:3 194:19 195:1
202:16 212:24
214:24 216:14
**reviewed** 25:2 36:1
52:4 202:18 215:23
216:17,20,22 218:1
**reviewing** 20:21,24
28:1 29:2,4 171:10
**reviews** 20:22 21:2
28:16 36:9,14,25
39:14 44:9,16 46:9
95:19
**revised** 57:11 75:5
76:6,23 78:3 80:24
81:14 82:4,24 83:15
84:4 85:1,17 86:9
87:4 105:23 143:3
163:21
**revising** 44:21
**revision** 43:3,9 59:2
75:2,3 163:22
206:13
**revisions** 59:1
161:22
**rhonda** 8:12 212:5,5
**right** 15:1 17:14
30:3 49:11 55:13
68:18 73:20 85:17
116:11 154:6,8
164:23 181:22
201:14 203:11
222:10,10 223:13
224:6
**rights** 53:18 70:8
92:16 187:1
**rigorous** 33:7
**rise** 133:1
**risk** 125:12,19
**risks** 125:9
**role** 21:20 22:21
41:14 64:20 110:4
132:10 199:16

[roles - sentence]

roles 20:9 210:19
roll 36:15 40:24
  96:16
rolls 40:20
ron 200:15
room 10:3
rose 165:11
rosenfeld 167:8
rosenfeld's 167:11
rosenstock 165:11
  165:17,20 166:25
roster 22:8 23:7
  57:3,13,15,16,18,22
  58:1,3,4,11 61:23
  61:25 62:6,12,18,24
  63:5,11,18,25 64:6
  64:13 166:3
rosters 64:15,21,23
rotate 36:4
rotating 40:12,15
  96:15
roughly 96:15
rpr 226:11
rule 1:13 45:16 46:4
  51:10 157:22
  170:23,24
rules 13:18 21:14
  31:16 36:5 46:11
ryan 128:8,20 129:2
  210:11,15
ryan's 129:3
résumé 18:15

s

s 79:16 160:5 161:23
  201:10 207:15
s.1462. 142:23
sac 208:17
safety 21:17
salaries 203:4
sale 194:6
san 2:19 3:11
satisfy 31:22
saturday 196:2

save 67:3
saved 67:4
saving 67:1 148:11
savings 133:7 143:1
  149:17 206:14
saw 18:13
saying 12:18 35:21
  40:16 84:10 129:3
  175:15 180:10,14
  217:10
says 43:6 44:20 56:6
  56:12 57:11 61:9
  69:24 73:11 75:9
  76:6 78:21 84:11
  88:5 108:11 110:21
  118:25 119:3,14,15
  119:21 121:4
  123:14 124:9 125:9
  125:10 126:11,12
  127:14 131:18
  137:16 138:4
  140:11,13,15,19
  142:22,23 143:3
  144:6,7 145:18,24
  146:9 147:17,20
  148:13 149:9
  150:16,19 153:21
  157:21 161:1
  163:21 164:22
  169:22 174:1,3,9
  175:21,25 176:7,10
  176:23 181:16
  184:7 188:18,23
  189:9 196:11,11
  203:20 204:11
  208:17,19 210:10
scarborough 115:21
schedule 34:15 52:2
  189:25
schedules 35:4
school 17:15,17
schools 220:1,16
schwedler 178:23
  179:12,14,16

science 16:9
sciences 99:3,9
  109:15
scope 41:22 42:9
  60:22 67:19 92:11
  94:24 95:5 97:2,3
  97:19 120:3 122:10
  124:20 125:4 172:3
  176:13 177:20
  178:7 179:18
  191:12 209:23
  211:15
scott 180:25 184:21
  206:24
screenshots 179:11
sdo 219:9
sdos 183:18
second 2:17 11:17
  73:21 74:16,23,25
  81:12 84:3 85:22
  89:23 90:2 110:20
  123:5 153:21 174:2
  174:2 175:20
  176:22 189:8
  196:11 206:20
secretariat 47:18,20
secretary 25:12,15
  115:18
section 36:11,12
  77:9,13 78:14 83:1
  84:6 86:13 87:7,10
  106:3 109:24 111:4
  112:3,17,21 121:11
  162:13 163:20,21
  164:20 167:11
  168:11 169:21
  195:16 196:9
  201:13
sections 221:17
sector 52:18
security 140:16
see 17:11 23:7 30:3
  44:2 51:18 56:2,5
  56:10,24 66:16
  69:24 84:11 89:4,17

92:4,8 113:6 119:22
  128:9 132:18
  136:15 147:2,3,17
  190:8 200:10
  208:19
seeing 94:15 128:8
  133:4 144:14
  148:18,20 149:17
  176:14 177:1,4
  188:8 209:24
seeking 192:2
  215:15
seen 51:15,25 79:13
  122:6,7 130:5
  181:14 191:7,19
  207:18 224:19
selection 194:9,12
  194:15
self 110:2
senate 143:13
senator 142:24
  206:9
send 28:8,12 29:6,7
  37:10 39:11 72:20
  97:22,25 187:10,23
  212:1,5
sending 28:13
  210:14
sends 37:17,19
senior 20:6,10 108:1
  115:9 132:10
sense 43:4
sensitive 9:3
sent 38:5,6,14,17,20
  67:5 73:3 152:22
  160:3 162:25
  180:10 186:10
  192:4 202:21 203:2
  203:2 207:10 212:8
  220:17 221:24
  222:2,4
sentence 77:23 83:3
  101:10 175:20
  196:11

Veritext Legal Solutions
866 299-5127

**separate** 39:23
43:11 116:6 118:15
181:23 201:15,18
214:23
**september** 62:7
153:23,24 154:4
**sequential** 103:25
**served** 20:12
**server** 213:18
**session** 139:22
**sessions** 119:5,7,11
119:18,19
**set** 141:6 142:3
143:22,23 226:9
**sets** 140:17
**seven** 223:12
**seventh** 160:7
**sharing** 192:7
**sharon** 1:24 10:6
226:3,11
**sheet** 6:14 67:3,11
67:17,18,18,20,20
67:21,22,23,25 68:5
153:22 154:16
155:11,20 156:5
199:14
**sheets** 67:14,16
**sherman** 206:24
**shift** 126:12
**shingles** 25:9,10
34:2
**shipping** 202:23
**shlomo** 167:8
**short** 12:14
**shortly** 184:13
**shoulder** 185:21
**show** 76:23 89:16
178:24 179:8,10
**showed** 217:11
**shown** 66:19 166:3
166:3 217:14
223:24
**shows** 21:22 22:17
89:13 90:17 133:7
138:5 160:4 199:24

**si** 153:17 155:21
**sic** 137:12 154:17
**side** 103:19 195:19
200:14
**sign** 70:25 72:19
73:13 193:24,25
194:2
**signature** 24:9
72:21,22,25 73:7
74:3,5 79:18
**signed** 21:8 24:17
56:14,19 71:5,8
73:5,8 88:21 108:4
113:4,7 134:15
135:15 147:4 161:8
161:10 163:6
164:13 165:16
166:10 169:9
193:22
**signees** 56:17
**significance** 70:2,5
74:24 82:22
**significant** 125:12
128:13 204:25
**signify** 57:10 153:25
**signing** 79:11
**signs** 71:2
**similar** 36:12
182:22
**similarly** 60:13
154:10
**simply** 104:7 209:10
**sincere** 94:3
**single** 40:1,2 61:5,15
65:20 191:23
195:11
**sir** 23:22
**sit** 139:21
**site** 59:13
**sits** 28:10
**six** 50:9 147:23
148:1
**sixth** 150:16 160:7
**skalko** 131:10
133:11,16,21,24,25

**skalko's** 133:4
**slide** 146:5
**slightly** 25:21 48:16
**smacna** 180:4,8,12
180:15,17 183:4
190:7
**smaller** 204:4
**snyder** 206:10
**society** 1:3,5,14 9:20
10:17 51:10 112:6
115:4,4
**software** 110:8
**sole** 193:8
**solutions** 1:20 9:11
9:15 10:7
**somebody** 22:18
23:3 27:4 71:2
88:17,21 102:15
152:18
**soon** 135:5
**sorry** 17:2,14,15
26:9 29:10 30:6,13
41:10 46:17 70:12
91:5 126:20 132:17
151:17 181:4 201:9
**sort** 199:14
**sounds** 13:17
**source** 147:22
**spalding** 2:15 10:16
**speak** 32:2 135:25
211:23
**speaks** 73:25 132:5
**special** 30:1 156:7
**specific** 25:11,13
49:3 150:3
**specifically** 34:22
122:16 202:7 220:1
**speculation** 189:22
**spell** 30:6
**spelled** 100:5
**spend** 204:3 205:10
**spent** 205:19
**spielvogel** 157:20
160:13,14,16,18

**spielvogel's** 160:21
**split** 35:2
**splitting** 83:2
**spls** 26:16,17,20,21
26:22 29:3 39:14,16
39:20,23 40:1,2,4
40:23,25 41:14,15
42:1,15 57:20 95:17
107:5
**spoke** 125:22 215:4
215:7
**spots** 72:9,12
**srs** 43:8 44:8
**sspc** 106:6 210:16
**stack** 217:1,1,19
**staff** 25:1,5,19 29:2
34:13,17,22 35:3,20
35:23 36:19 39:2,10
41:18 43:24 48:3,4
48:11,12 57:21
97:20 98:8,15
111:15 114:15,16
114:19,20 115:1
116:25 117:25
118:23 131:24
136:11,16,19
146:15 152:22
170:12 182:24
187:17,18,25 190:8
195:14 198:24
199:2,15 206:9
211:25
**stage** 42:3
**stance** 129:4,9
**stand** 44:25 181:5
212:15
**standard** 6:15 12:11
21:23 22:1 24:16
27:21,24 29:15,18
29:25 30:19,20
32:10,22 33:7 35:13
39:4,24 42:24 43:2
43:8,14 44:11 45:18
45:21,24 46:1,2,14
46:15,23 49:4,15

[standard - subject]

50:25 56:20,21 57:3
57:24 58:7,10,14
59:3,16,22 60:7,9
60:18 61:12 68:12
68:19,23 69:12,16
70:10 74:14 75:20
76:17 77:11 78:11
81:11 82:2,20 84:2
84:10,12,20 85:14
87:1 92:24 94:11,21
95:5,23 96:9 97:14
99:18 100:8 103:10
103:10,21 104:1,15
104:19,25 105:3
111:22 112:8
113:15 114:2 119:1
119:15 123:24
124:10,15,16,18
125:2 126:25
129:10,16,19 130:5
130:7,7,16 131:19
132:20 134:1
136:13,18 140:22
141:24 143:5,15
144:9,9,12 145:8,14
150:20 151:7,11
152:13 153:12,20
154:11,17,22,25
155:1,12,21 159:1
159:13,17,21 160:6
162:16 163:4,15
165:10 167:7
170:20 171:6,14
172:24 174:10,13
192:1,23,23 194:9
194:10,13,14,24
196:13 197:8
198:11 202:9
206:25 208:8,12
209:25 210:3,14,25
211:3,6 212:21
220:1 222:15,19
224:23,24,25 225:1
**standards**   6:13
19:10,12,17,24 20:6

20:10,16,18 21:15
21:17 22:3,6 26:15
26:16,20,22,22 29:5
29:7,8,10 34:6,8,14
34:18,19,21 35:7,9
35:11,19 39:14,22
40:3,5,8,18,20,21
41:2,2,3 42:5,16,18
42:20,22 43:18 44:8
45:1 46:8,10,18
47:13,15,17,19 48:1
48:2,8,23,25 49:6,9
49:9,10,13,16 52:18
52:24 91:17 92:14
93:4 94:21 95:2,10
95:11,16 96:4 99:1
99:6,11,15 100:2
101:6 103:23 104:5
110:1,22,23,23
111:3,5,19,20
112:14 114:17
121:16 124:24
126:23,24 127:1
132:11 137:25
138:8,17,21 139:15
142:25 144:23
145:16 164:8 171:1
173:16 175:8,15,22
176:1,9,10,21,24
189:11 191:20
192:8 199:5 202:24
203:9,21,25 205:2,3
207:19 208:18,20
208:23,24 210:1,21
211:17 212:20
213:9 218:9,12,15
224:8,21,22
**standing**   46:15
125:12
**stands**   39:21 137:6
181:19 186:10,25
**star**   213:17
**start**   17:13 18:11
42:15 100:16
134:21

**started**   17:18 18:8
52:1 66:11 91:3
96:10 97:16,17
98:22,22 119:13
133:2,15 144:21
180:17 221:11
**starting**   52:5 121:11
153:11
**starts**   57:7 90:5
94:23 153:14
162:23 163:23
175:15 208:6
**state**   15:11,21 84:22
124:4,7 145:3,4,18
145:23,25 146:7
151:4 205:23,23
207:8 215:6 219:23
221:15 222:18
226:2
**stated**   196:13
**statement**   99:3,5
124:12 189:15
**statements**   24:15
**states**   1:1 9:23 31:2
31:6,7,9 120:19,20
123:6 128:10 130:8
130:17 136:3
145:10 150:23
151:1,20,23 158:13
159:12,15,19
220:11 222:13
**stats**   198:23
**status**   4:10 24:9
44:24 56:3 69:8
95:21
**stenotype**   226:4
**step**   33:12 37:16
**stephanie**   1:16 4:5
9:25 10:22 15:13,16
89:7 90:19
**stephen**   131:9
**steve**   8:8,8 34:2
35:14,15,18 124:22
165:11 169:9 170:3
170:11,18 179:2,6

194:23 206:24,24
207:2,5,10 208:14
211:22 215:9 216:3
220:9 222:2,4,4,6
222:10
**steven**   8:6 131:23
133:10 165:11
**sticking**   201:9
**stipulations**   179:7
**stop**   89:3,8 93:11
**storage**   59:13
**story**   12:14
**straight**   204:9
**strategic**   48:6
**stream**   186:16
**street**   1:20 2:17 3:9
9:16 218:10
**stretch**   138:16
**string**   201:19
**stringent**   114:7,9
125:11,16,20,22
150:24
**stuff**   36:21 59:10
96:22 98:18 101:3,8
102:5,19 142:20,21
180:11 189:1
216:13
**style**   119:25
**sub**   46:13
**subcategory**   105:16
**subcommittee**   26:16
36:7 37:13,14 39:22
40:5,9 41:4,5,6,7,8
42:18 44:9 45:4,5
46:6 47:11 95:1,10
95:16 152:23
157:13 166:8 171:9
186:13 196:10,13
204:3,7
**subcommittees**
40:19 41:1 42:12
48:1,5 49:11 98:2
**subject**   94:5 103:3
188:16

Veritext Legal Solutions
866 299-5127

| | | | |
|---|---|---|---|
| **subjects** 122:13,15 | **suffice** 31:22 | **t** | **task** 67:3,11,14,16 |
| **submit** 44:17 45:23 | **sufficient** 32:23 | | 67:17,17,18,20,20 |
| 70:9 72:1 76:16 | 190:10 | **t** 30:7 160:5 207:15 | 67:21,22,23,25 68:5 |
| 88:16 95:8 97:4,5 | **suggest** 129:3 | 226:1,1 | 117:14 118:12 |
| 100:20 165:19,24 | **suggesting** 220:10 | **table** 12:12,16,22,24 | 123:3 196:10 |
| 166:7,22 168:14 | **suggests** 106:24 | 13:7 | **teach** 119:8 |
| 170:6,13,25 172:6 | **suite** 1:21 2:18 | **tables** 207:7 | **tech** 95:3 137:4,12 |
| 172:11,16,24 | **summary** 13:2 | **tag** 47:21 | 146:6 |
| 193:25 194:1,3 | 196:25 197:3,5,5,6 | **take** 55:12,13 | **technical** 13:1,2 |
| 204:21 | **sunday** 196:4 | 116:11 129:3 152:2 | 17:9 27:14 43:4,22 |
| **submits** 70:6 168:17 | **support** 34:13,16,17 | 172:10,23 180:10 | 43:25 44:7 47:19,21 |
| 194:2 | 35:3 210:17 | 184:9,12 192:11 | 57:21 97:5,7 103:2 |
| **submittal** 82:19 | **supported** 110:8 | 204:13 205:4 | 103:11,16,17 112:7 |
| 83:12 85:13 163:14 | **supporting** 109:25 | 206:21 209:21 | 147:22 204:20 |
| 164:7 165:9 167:6 | 111:7,10,13 112:4 | 211:12 | 211:9 213:22 |
| 171:8 | 139:12 140:9 | **taken** 9:17 11:4 | 214:11 |
| **submitted** 18:15 | **supportive** 210:7 | 55:19 74:19 116:15 | **technically** 45:17 |
| 28:13 43:10 46:14 | **suppose** 18:24 33:18 | 129:9 152:6 192:14 | 171:2,4,7,12 |
| 56:6 58:16 60:12 | 110:16 182:13 | 226:4 | **technological** 127:3 |
| 65:10 92:20 94:24 | 205:6 | **takes** 203:22 205:1,8 | **technology** 33:16 |
| 97:4,6 111:8 125:16 | **supposed** 31:2,12 | **talk** 24:3 48:4 | 127:3 137:5 |
| 125:19,21 163:16 | 120:21,22 | 108:18 113:1 | **telecon** 3:18 |
| 165:11 167:8 | **sure** 21:5,10,12 | 114:15,20,24 | **telephone** 10:14 |
| 168:25 169:25 | 23:10,17,24 24:24 | 115:19 116:8 | **tell** 14:15,16 16:3 |
| 170:25 175:8 | 26:11 27:20,20 36:4 | 139:21 145:22 | 23:10,17 39:20 57:2 |
| 216:12 | 36:9 49:4 50:20 | 208:23 218:11 | 57:8,17 61:24 62:5 |
| **submitting** 88:19 | 88:18 94:23 97:21 | **talked** 201:8 209:8 | 62:11,17,23 63:3,10 |
| 100:24 171:10 | 99:13 100:11 102:1 | 217:17 | 63:16,23 64:5,11 |
| 204:21 | 140:1 143:25 | **talking** 21:9 48:20 | 65:4,9 68:9 69:21 |
| **subpoint** 119:15 | 146:12 152:24 | 48:21,22 97:15,16 | 74:24 77:5,21,22 |
| 124:10 | 171:11 181:13,14 | 104:16 112:12 | 78:2,10,16 79:8 |
| **subpoints** 119:3 | 189:12 196:2 207:9 | 115:5 120:18 141:3 | 80:17,23 81:9,13,25 |
| **subsection** 110:21 | 215:5,9 217:16 | 141:4 143:19 | 82:3,17,21 83:11,14 |
| **subsequent** 68:19 | **susan** 34:3 | 144:17 145:21 | 83:25 84:4,18,25 |
| 98:16 142:6,12 | **swear** 10:7 | 146:22 198:7 | 85:12,16 86:5,9,17 |
| **subset** 40:17 158:3 | **switch** 55:11 194:18 | 204:17 205:11 | 86:25 87:3,12,22 |
| **substance** 51:23 | 194:21 | 208:7 211:20 | 88:13,20,23 90:14 |
| 215:18 | **switched** 67:23 | 213:20 214:5 | 94:6,9,12,15 107:22 |
| **substantive** 37:11 | 195:5 | 224:22 | 108:15 117:19,23 |
| 38:21,25 39:3,3,5 | **sworn** 10:23 | **talks** 114:25 157:10 | 118:6 131:8 134:9 |
| 39:11,17,18 42:20 | **system** 44:20 89:6 | **tanishe** 34:3 | 155:10,18 156:3,22 |
| 43:7 44:6 157:10,21 | **systems** 112:22 | **target** 141:12 143:1 | 157:5,17 158:1,11 |
| 157:22 | | **targets** 140:18 143:4 | 158:18 159:9 160:2 |
| **successes** 121:5 | | 143:6,16,23 | 162:23 165:7 |
| | | | 168:22 171:18 |

[tell - trainer]

175:4 177:18
180:24 195:25
196:22 197:2,17
198:4,22 200:13,22
200:23,24 201:1,19
202:3,13 203:24
206:6,19 208:1
209:22 211:13
214:13 218:5
**telling**  44:17 146:6
**tells**  57:18 65:10
66:19 138:2
**ten**  11:8 44:22
154:22,24
**tend**  218:14
**tenth**  160:8
**term**  40:12,16 60:5
126:16
**terms**  36:3 42:2,2
113:15 173:8
194:17 214:17
**terrorism**  112:18
**terry**  134:13 213:15
**test**  27:23,25 43:18
43:20
**testified**  10:23 13:14
**testify**  113:14,20,21
**testifying**  13:12
**testimony**  15:8
93:23 111:10,13
113:19 139:17
145:13 148:9 149:2
149:5 150:15
186:12,17,19 205:9
226:6
**testing**  1:3 9:20
**text**  36:23 37:2,5,18
57:24 58:6,10,14
92:14 98:9,16 161:1
170:20,21,24 171:1
171:3 195:10
**thane**  56:6
**thank**  13:16 14:7,12
15:6,20 16:2 45:2
55:6 57:16 62:3

74:6 75:12 79:21
86:19 87:16 93:25
94:19 105:7,25
155:14 167:20
181:8,22 209:18
214:12 218:4
223:13 225:3
**theirs**  13:6
**theoretically**  150:17
150:19
**thereto**  226:4
**thermal**  11:25 12:3
12:4,13 213:24
**thick**  195:7,8
**thing**  27:17 44:3
46:12 48:6 101:7
103:1 108:10 111:1
126:2 127:3 136:21
183:4 188:12
199:14
**things**  19:1 20:20
24:21,22 27:23
35:25 98:13 99:14
100:20,23,25
101:13 110:10
113:2,12 114:18
117:22 121:15
138:15,17 139:4,4
139:22 144:4
156:12 173:10,12
187:23 188:25
190:7,25 191:1,2
209:7,9
**think**  11:9 12:15
17:14 19:13 22:11
26:9 36:21 40:6
64:17 72:18,21
73:25 93:11 98:1
103:6 111:23
112:24 122:9
124:15 129:6
132:14,18,22,24,24
133:5,14 135:2
137:5 140:2 143:22
144:15,16 146:5,7

148:21 158:3 166:1
179:25 181:19
188:18
**third**  21:18 40:20
77:23 84:9 96:16
119:20 137:14
144:8 153:11,14,20
175:14 196:11
224:17,18
**thousands**  27:5
**three**  19:13,14 36:16
44:17 126:5,11
141:7 143:1 201:21
201:21 214:23
**tied**  104:2
**till**  20:1
**tim**  221:11
**time**  9:12 10:2 18:14
18:24 19:6 57:20,25
58:7,10,14 59:25
60:3,8 61:15,18
66:3 69:9 96:18
98:22 128:21
132:23,25 134:12
135:4 138:7 143:18
143:20 144:18,20
150:7 151:8 156:6
172:13,15 188:9,9
190:1,1,15 191:23
198:6 203:23,24
204:1,10,13 205:4,7
205:9,10,18,22
206:21,23 208:22
211:23 219:21
222:1 223:8
**timeline**  131:19
133:9 166:20,21,23
**times**  11:8 45:22
133:6 175:16 204:6
204:7 214:18
**title**  19:11,16,23
20:1,4,7 41:22 42:9
53:11 67:6,12,18
94:23 95:5 97:1,3
97:19 104:21 115:9

115:10,12 182:22
**titled**  124:9 137:15
**titles**  182:25
**today**  15:8 20:7 25:8
52:24 53:8 92:17
93:1,6,23 94:17
167:16 207:18
214:14 216:6,15,19
217:12,14,23 218:1
223:24 224:11,19
**today's**  9:11
**tom**  200:15
**ton**  216:11
**tool**  158:22 197:23
**top**  8:6,8,10,12 22:5
33:10 57:9 68:18
131:18 187:13
188:12 189:8
201:13 203:20
210:9 218:11
**topic**  27:10,16 43:17
50:16 52:15,20,23
53:3,8,10,15,23
54:1,5,7,10,13,19,22
54:25 132:16
158:18 215:16
**topics**  27:3 52:5,9
52:13,15 53:7 54:16
55:3,11 60:23 120:3
122:10 158:17,23
177:22 209:6
215:11,24 216:1,9
217:22
**townsend**  134:13
213:15
**track**  189:3
**tracking**  188:19,23
**tracks**  65:17 66:4
**trade**  11:24 12:9
203:3
**train**  119:5,6,8,17
119:19
**trainer**  119:5,6,17
119:19

Veritext Legal Solutions
866 299-5127

[training - voting]

**training** 110:1,3,7
119:11,16 148:16
149:12,22,23 150:5
208:11
**trainings** 110:9
**trane** 179:20,21,22
**transcribed** 226:5
**transcript** 14:24
226:6
**transcription** 226:5
**transfer** 137:5
**treated** 156:14
**tried** 52:1 101:18
**true** 154:9 226:5
**truly** 204:23
**trust** 11:16
**trusts** 16:16
**try** 14:10 45:20
122:19 198:9
**trying** 29:22 52:1
117:22 133:8 217:4
**tullie** 15:23
**turn** 9:5 56:5 106:10
138:4 150:14,15
161:7,25 168:21
175:19 196:7
**turning** 56:10
**two** 11:8,10,19
16:22 19:20 25:22
26:4,5,13 31:14,15
72:9,12,15 73:23
75:23 76:18 79:13
81:1 83:17 84:7
85:19 87:13 120:8
120:23 125:8 126:3
129:12 130:1
140:19 141:20,21
174:9 194:17,18,22
195:5,9,10 204:17
219:23,23
**type** 22:24 27:16
44:3 48:6 95:15
101:7 103:1 104:4
126:2 136:21
178:23 181:6

199:14 209:7
**typed** 73:11
**types** 26:13
**typical** 118:18
**typically** 21:21 27:2
27:23 43:16 45:13
45:20 96:19 101:2
102:4 118:22 127:1
135:16 170:5,23
201:4 212:23

**u**

**u** 13:3,6
**u.s.** 47:20,22 148:10
**ul** 181:17,18
**um** 140:14
**unbiased** 147:22
**underlined** 126:14
163:24
**understand** 13:23
14:1,8,24 30:18
83:4,5 85:23 102:12
102:23 103:3,14
120:11 126:8 139:4
149:24 163:22
**understanding**
108:5,16 113:3
132:9 134:10,16,19
134:22 135:8,24
137:10 182:17
**understands** 37:23
37:24 38:1
**understood** 215:5
**underway** 119:4,16
**underwrite** 203:23
**underwriters**
181:21,22 182:1
**unfair** 13:4
**unhappy** 101:20
**united** 1:1 9:22
130:8,17 136:3
158:13 159:12,15
159:19 181:20
**university** 16:6,7

**unpublished** 156:5
156:16
**update** 188:12
196:10 220:11
**updated** 44:1
**updates** 43:25
142:24 189:13
**updating** 43:6
152:10
**ups** 36:15
**urban** 212:16
**usage** 214:8
**use** 46:22,23 48:17
68:5 70:8 72:15
119:1 122:18 124:7
140:21 142:6,11
158:22 188:19
198:14 208:9 214:7
221:16
**useful** 202:7
**user** 22:11 105:13
105:15,16 106:7
**user's** 177:2 208:10
**users** 88:3 197:8
**uses** 91:16 103:22
124:3 140:19 142:3
143:6,8
**usually** 29:4,22 97:6
146:13 187:21
196:5 204:14
**utc** 206:10
**utilities** 197:19
**utility** 22:10 106:8

**v**

**v** 9:20 133:11
**valerie** 196:25
**vangeem** 156:11
**varied** 25:7
**varies** 99:25 135:12
**variety** 158:17
**various** 49:23 99:22
153:20
**ventilation** 207:7

**venture** 103:19
182:4
**venue** 112:9
**verbatim** 171:2
172:20,21
**verify** 22:8 202:8
**veritext** 1:20 9:11
9:15 10:6
**versa** 114:9
**version** 27:22 31:4
31:14,19 33:10
36:16 56:19 65:7
69:12,13 120:22,24
121:3 133:15 142:4
142:7,12 156:18,19
168:20 198:10,11
220:12
**versions** 56:21
98:16 114:5 120:20
120:25 121:1
140:22 152:12
176:20,21
**versus** 39:1 78:22
102:11 127:6 195:8
**vetted** 101:17
**vice** 33:20 40:10,14
48:1 114:9 115:4
**videographer** 9:1
55:17,22 74:17,20
93:14,18 116:13,16
152:4,7 192:12,15
223:12 225:7
**videotaped** 1:13
**viewed** 125:11
**views** 199:17
**virtue** 92:24 93:5
132:4 224:9
**voice** 119:25
**volunteer** 136:20
**volunteers** 97:8,9,11
144:23 170:7 204:2
204:10
**vote** 37:12 39:18
**voting** 24:9 57:18
187:5

Veritext Legal Solutions
866 299-5127

**[vp - z]**

vp   182:25
vs   1:8

**w**

w   150:15
wait   185:18
walk   94:20
want   19:5 39:11
44:18 50:20,25
51:21 55:12 69:7
99:23 101:3,8 102:4
102:9,15,18 104:14
109:8 124:14
126:13,19 127:5,6
127:10,11 129:1
141:6 166:18
179:25
wanted   14:21 38:8
49:4 93:23 156:5
221:16
wanting   46:3
wants   32:18 101:13
149:23 210:6
washington   2:9
116:3,7 140:13
144:7,11 200:1,5
210:12,20 211:5
watching   190:8
watson   200:15
waxman   140:17
way   24:14 27:1,8
38:16 68:4 78:17
92:13 96:25 98:4,17
104:19 147:12
151:23 152:20
200:24 226:8
ways   108:19 111:17
we've   55:7 101:18
129:22,23 173:15
207:18 222:25
224:19
web   154:2
weber   8:10,12 34:1
34:17 35:8 157:20
211:24

weber's   34:5 210:10
website   24:19 88:4
88:24 91:2 153:5,9
176:21
websites   192:1,8
week   210:15
weigh   130:24
went   88:24 98:3
120:7
west   3:7 10:10 11:3
whereof   226:9
whispering   9:3
white   156:6
widespread   124:11
widget   102:9,10,13
wilcox   208:6
willing   210:17
wills   11:16 16:16
222:1,2
window   166:22
wishing   45:18
witness   4:3 9:25
10:7 13:12 23:6
28:21 30:25 31:12
31:24 32:25 33:9
46:20 49:18 50:15
51:3,22,25 60:25
61:14 66:1 67:11
70:5,20 72:8,18
74:2 77:17 78:20
79:16 88:8 92:7,12
92:19 99:21 100:11
102:1 103:5,14
104:12,21 105:2
109:2,13 113:20
117:7 118:6 120:3,5
123:11 124:21
125:7 127:11
128:16 129:22
131:14 132:22
136:9 138:23
139:18 145:14
147:2 148:20 170:9
172:4,13 173:3
176:14 178:21

179:10,19 182:8
183:20 184:2
188:25 189:17,23
190:15,24 191:6,14
191:22 192:10
193:2,7,11,22
200:13 202:20
207:13,15 208:5
209:17 210:2
211:18 213:12
214:22 215:21
217:24 220:6,22,25
222:23 223:6 226:6
226:9
word   75:3
wording   37:25 38:3
work   18:5 23:9 25:3
36:18 41:23 42:10
42:10 47:14 51:6
64:24 71:16 108:19
109:11 113:10,10
114:14 115:15,16
120:13 149:20,21
152:17 173:11,13
187:14 204:2
213:23
worked   17:6 24:12
112:25 133:22
180:8 215:6 222:1
working   17:12 18:9
18:12 20:24 43:21
95:13 108:21,24
135:14 158:23
198:8 205:19
works   26:12 36:2
52:16 53:13,18
93:12 115:19,22
145:7 146:13
152:10 164:17
187:20 193:9,19
194:6
world   99:23 126:14
126:16
worldwide   219:14

write   19:1 193:13
writes   128:8 188:14
189:9
writing   49:15 102:8
103:6
written   36:10 37:8
50:20 186:2,16
200:24
wrong   148:22
152:19 155:3
wrote   37:6

**x**

x   160:5 169:22

**y**

yeah   16:22 33:1
49:2 55:10,16 67:9
98:11 104:24
115:24 140:1
223:12
year   16:10 17:15,17
19:20 25:25 31:15
40:11,12,15,15,17
40:24 44:15 58:20
68:19 69:3,5 95:3
96:15,19 104:15
115:4,4,5 204:7
years   11:9,10,19
16:19,20 17:12,21
19:13,14 24:13 25:7
31:4,15 36:16 40:21
40:22 44:15,17,22
96:17 120:23
133:20 135:18
141:7 143:1 154:22
154:24
york   207:2,4,6,8

**z**

z   88:25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.