# EXHIBIT 49

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


AMERICAN SOCIETY FOR TESTING

AND MATERIALS d/b/a ASTM

INTERNATIONAL;

NATIONAL FIRE PROTECTION

ASSOCIATION, INC.; and

AMERICAN SOCIETY OF HEATING,

REFRIGERATING, AND AIR

CONDITIONING ENGINEERS,

    Plaintiffs/

    Counter-Defendants,      Case No.

v.                   1:13-CV-01215-EGS

PUBLIC.RESOURCE.ORG, INC.,

    Defendant/

    Counter-Plaintiff.

_____/

VIDEOTAPED DEPOSITION

DEPONENT:  VIKAS BHUTADA

DATE:      Wednesday, November 5, 2014

TIME:      9:11 a.m.

LOCATION:  2000 Town Center, Suite 1900

          Southfield, Michigan

REPORTER:  Jeanette M. Fallon, CRR/RMR/CSR-3267

**2**

1  A P P E A R A N C E S
2  MORGAN LEWIS & BOCKIUS LLP
   By:  J  Kevin Fee
3  111 Pennsylvania Avenue, N W
   Washington, D C  20004
4  202 739 5215
   jkfee@morganlewis com
5
      Appearing on behalf of ASTM International
6
   ELECTRONIC FRONTIER FOUNDATION
7  By:  Mitch Stoltz
   815 Eddy Street
8  San Francisco, CA 94109
   415 436 9333
9  mitch@eff org
      Appearing on behalf of Public Resource Org, Inc
10
11 JOHN G  COUTILISH PC
   By:  John G  Coutilish
12 5700 Crooks Road, Suite 220
   Troy, MI 48098
13 248 375 1000
   coutilish@comcast net
14
      Appearing on behalf of HTC Global Services
15
16
17
18
19
20
21
22
23
24
25

**4**

1           TABLE OF CONTENTS
2
3  WITNESS                    PAGE
4
5  VIKAS BHUTADA
6
7  Examination by Mr. Fee          7
8  Examination by Mr. Zee          86
9  Examination by Mr. Rehn         90
10 Examination by Mr. Stoltz       96
11 Reexamination by Mr. Fee        104
12 Reexamination by Mr. Stoltz     107
13
14
15           E X H I B I T S
16
17 NUMBER        IDENTIFICATION        PAGE
18
19 Ex. No. 1    Subpoena            11
20 Ex. No. 2    Bates PRO4964 - 65       35
21 Ex. No. 3    "Double Key and Compare Data
22              Entry Process"     39
23 Ex. No. 4    "Summary of Projects with
24              Media.Org/Public.Resource.Org"  47
25

**3**

1      A P P E A R A N C E S (continued):
2  MUNGER TOLLES & OLSON LLP
   By:  Nathan M. Rehn (appearing via telephonically)
3  560 Mission Street, 27th Floor
   San Francisco, CA 94105
4  415.512.4000
   Thane.Rehn@mto com
5
      Appearing on behalf of NFPA, Inc.
6
   KING & SPALDING LLP
7  By:  Andrew Zee (appearing via telephonically)
   101 Second Street, Suite 2300
8  San Francisco, CA 94105
   415.318.1200
9  azee@kslaw.com
10      Appearing on behalf of ASHRAE
11
12
13 ALSO PRESENT:
14 Dan Eley, videographer
15
16
17
18
19
20
21
22
23
24
25

**5**

1           E X H I B I T S
2
3  NUMBER        IDENTIFICATION        PAGE
4
5  Ex. No. 5    Bates PRO26049 - 50      56
6  Ex. No. 6    11/9/12 Email       60
7  Ex. No. 7    2/25/12 Email       63
8  Ex. No. 8    Bates PRO5092 - 94      64
9  Ex. No. 9    Bates PRO25945 - 46     66
10 Ex. No. 10   3/14/13 Email       74
11 Ex. No. 11   8/26/12 Email       76
12 Ex. No. 12   10/22/13 Email      78
13 Ex. No. 13   1/2/13 Email        79
14 Ex. No. 14   Bates PRO25943 - 44      81
15 Ex. No. 15   Bates PRO5058 - 65      83
16
17 (Original Exhibits Retained by Mr. Fee.)
18
19
20
21
22
23
24
25

Capital Reporting Company
Bhutada, Vikas  11-05-2014

6

1          Southfield, Michigan
2          Wednesday, November 5, 2014
3              * * *
4          THE VIDEOGRAPHER:  This begins Volume 1,
5     Tape 1 of the videotaped deposition of Vikas Bhutada
6     in the matter of ASTM International versus
7     Public.Resource.Org, Case Number 1:13-CV-01215-EGS.
8          This deposition is being held at the Regus
9     Office in Southfield, Michigan.  The date is November
10    5th, 2014 and the time is 9:11 a.m.
11         My name is Dan Eley with the firm of
12    Capital Reporting Company, I'm the legal video
13    specialist.  The court reporter is Jeanette Fallon,
14    also associated with Capital Reporting in Washington,
15    D.C.
16         Would counsel please introduce themselves?
17         MR. FEE:  Kevin Fee from Morgan Lewis on
18    behalf of ASTM.
19         MR. STOLTZ:  Mitchell Stoltz from the
20    Electronic Frontier Foundation on behalf of
21    Public.Resource.Org.
22         MR. COUTILISH:  John Coutilish appearing on
23    behalf of HTC Global Services, third-party deponent.
24         MR. FEE:  Counsel on the phone.

7

1     on behalf of the American Society of Heating,
2     Refrigerating, and Air Conditioning Engineers from
3     King & Spalding.
4          MR. REHN:  This is Thane Rehn from the law
5     firm of Munger Tolles & Olson on behalf of the
6     plaintiff, National Fire Protection Association,
7     Incorporated appearing by telephone.
8              VIKAS BHUTADA
9     was thereupon called as a witness herein, and after having
10    first been duly sworn to tell the truth, the whole truth,
11    and nothing but the truth, was examined and testified as
12    follows:
13              EXAMINATION
14    BY MR. FEE:
15    Q.   Good morning.
16    A.   Good morning.
17    Q.   Would you please state your name for the record?
18    A.   Vikas Bhutada.
19    Q.   Would you spell that, please?
20    A.   V-I-K-A-S, B-H-U-T-A-D-A.
21    Q.   Have you ever been deposed before?
22    A.   Have I ever been?
23    Q.   Deposed before?
24    A.   Yes.
25    Q.   So you have a general idea as to what's going to

8

1     happen here today; correct?
2     A.   Yes.
3     Q.   Well, just to make sure we're on the same page, I want
4     to review a few rules.  The first and most important
5     one is let's make sure that we don't talk at the same
6     time.  That will make the court reporter's job much
7     easier.  Is that okay?
8     A.   Sure.
9     Q.   If I ask you a question that you don't understand,
10    please let me know and I'll try to rephrase it.
11    A.   Okay.
12    Q.   But then if you answer my question, I'll understand
13    that you think you understood the question and your
14    answer's responsive; is that fair?
15    A.   Yes.
16    Q.   Are you taking any medication that would prevent you
17    from testifying truthfully today?
18    A.   No.
19    Q.   Is there any other reason why you can't testify fully
20    and truthfully today?
21    A.   No.
22    Q.   Are you represented by counsel today?
23    A.   Yes.
24    Q.   By whom are you represented?
25    A.   John Coutilish.

9

1     Q.   Anyone else?
2     A.   No.
3     Q.   Have you met prior to today with your counsel
4     regarding this deposition?
5     A.   No.
6     Q.   Have you had any telephone calls or correspondence
7     with your counsel regarding this deposition prior to
8     today?
9          MR. COUTILISH:  Just to instruct the
10    witness, any communications between you and I are
11    privileged and you're not to disclose communications
12    between us.  You can disclose the fact that we talked,
13    right, you can answer that question, but I don't want
14    you to go any further in terms of invading the
15    attorney-client privilege between HTC Global Services
16    and my firm.
17         THE WITNESS:  Yes.
18    Q.   So did you have some communications with your counsel
19    regarding this deposition prior to today?
20    A.   Yes.
21    Q.   Were there any telephone conversations?
22    A.   Yes.
23    Q.   How long were those conversations?
24    A.   Very brief.  I don't know, maybe 10, 15 minutes max.
25    Q.   How many conversations were there?

Capital Reporting Company
Bhutada, Vikas  11-05-2014

10

1   A.   Maybe two.
2   Q.   And they were 10 or 15 minutes each or in total?
3   A.   No, total.
4   Q.   Did you speak with anyone else regarding this
5        deposition?
6   A.   Do you mean within HTC or talking about outsiders?
7   Q.   Anybody.
8   A.   Yeah, just my business development director.
9   Q.   What's your business development director's name?
10  A.   H-E-M-A-N-T, Hemant, Talwalkar, T-A-L-W-A-L-K-
    A-R.
11  Q.   What did you discuss with Mr. Talwalkar?
12  A.   It's about because he was dealing with the customer so
13       understanding his discussions with the customer.
14  Q.   Anything else?
15  A.   No.
16  Q.   Besides your counsel and Mr. Talwalkar, you have
    not
17       discussed your preparation for this deposition this
18       morning?
19  A.   And I also talked to our delivery management in India
20       who were involved in delivering the project.
21  Q.   Who specifically did you speak to about that?
22  A.   Natraj, N-A-T-R-A-J.
23  Q.   On how many occasions did you speak with Dr.
    Natraj?

11

1   Q.   And how many occasions did you speak to Mr.
    Talwalkar
2        regarding your deposition?
3   A.   Three or four.
4   Q.   Besides those two individuals and your counsel have
5        you spoken to anybody else regarding your deposition
6        today?
7   A.   No.
8   Q.   Did you speak to anybody else in preparing for your
9        deposition today?
10  A.   No.
11  Q.   Have you ever spoken with Carl Malamud?
12  A.   No.
13  Q.   Have you ever spoken with any counsel for Mr.
    Malamud
14       or Public Resource?
15  A.   No.
16  Q.   To the best of your knowledge has anybody on behalf
    of
17       HTC spoken with Carl Malamud or his counsel
    regarding
18       this deposition?
19  A.   Not regarding the deposition, no.
20       (Marked for identification
21       Deposition Exhibit No. 1.)
22  Q.   The court reporter has marked as Exhibit 1 the

12

1   A.   Sorry, what is the question?
2   Q.   My question after you've had a chance to review it is
3        have you ever seen that document before?
4   A.   Yes.
5   Q.   Do you understand that you're testifying pursuant to
6        this subpoena?
7   A.   Yes.
8   Q.   Would you turn to the fourth page of this document
9        that's entitled attachment 1?
10  A.   Yes.
11  Q.   Have you read this portion of the document prior to
12       today?
13  A.   Yeah.
14  Q.   Go back to page 4 of attachment 1.  Do you see at the
15       bottom of that page there's a heading that says
16       request for production?
17  A.   Yes.
18  Q.   And then there's one request on that page and then 11
19       additional requests on the two following pages; do you
20       see that?
21  A.   Yes.
22  Q.   Have you reviewed these requests for production prior
23       to today?
24  A.   Yes.
25  Q.   Have you attempted to locate documents that are

13

1        responsive to these requests?
2   A.   Yes, I did.
3   Q.   Would you describe to me how you went about trying
    to
4        locate documents responsive to those requests?
5   A.   Went about requesting our business development
6        director, who was liaisoning with the customer to get
7        these documents either from here or from our office in
8        India.
9   Q.   So is it fair to say you delegated the collection of
10       documents?
11  A.   Yes.
12  Q.   What do you know about the efforts to collect the
13       documents by your delegee?
14  A.   Well, they've tried to locate the documents and they
15       have located quite a few documents which were
16       submitted to our counsel.
17  Q.   Do you know how the search was conducted?
18  A.   I don't know how the search was conducted, no.
19  Q.   Did you give any specific instructions regarding how
20       the search to be conducted?
21  A.   No.
22  Q.   So did you just ask your delegee to try to find any
23       documents responsive to these requests with no further
24       instruction?
25  A.   Yes, I asked them to find the documents and followed

Capital Reporting Company
Bhutada, Vikas  11-05-2014

14

1    up with them about finding the documents.
2    Q.  Did you receive any questions from the person or
3        persons you asked to find these documents?
4    A.  Yes, they asked me the questions and some of the
5        documents they did not think made sense or we did not
6        have them.
7    Q.  Do you recall which requests somebody told you they
8        didn't believe made sense?
9    A.  No, I do not recall that.
10   Q.  To the best of your knowledge are all the documents in
11       the possession, custody or control of HTC Global that
12       are responsive to requests 1 through 12 been produced
13       in this case?
14   A.  Yes.
15                MR. COUTILISH:  Could you be -- just for
16       the record, the record should reflect that we have
17       sent to you, to your office, on at least two different
18       occasions documents that are responsive to this
19       request pursuant to our investigation and those
20       documents were sent electronically.
21   Q.  I want to turn back to Exhibit 1 on page 4 of
22       attachment 1.
23   A.  Yes.
24   Q.  Do you see at the top of that page there's topics on
25       which examination is required?

15

1    A.  Yes.
2    Q.  Have you reviewed those topics?
3    A.  Yes.
4    Q.  Are you prepared to testify on behalf of HTC Global
5        regarding all those topics?
6    A.  Yes.
7    Q.  Do you feel adequately prepared to address all those
8        topics?
9    A.  Yes.
10   Q.  What have you done to prepare yourself to address
11       those topics today?
12   A.  I have reviewed the communication that our team has
13       found, reviewed the statement of works or the purchase
14       orders that were issued by the customer and reviewed
15       the communication related to delivery of the
16       documents.
17   Q.  To the best of your knowledge were all the documents
18       that you reviewed in preparing to testify produced to
19       ASTM's counsel?
20   A.  Yes.
21                MR. STOLTZ:  For the record Public Resource
22       has not received a copy of those documents yet and
23       we'd request that those be produced.
24                MR. FEE:  We will produce those to you.
25   Q.  Would you briefly describe your educational

16

1    background?
2    A.  I've done my master's in technology.
3    Q.  Where?
4    A.  From India.
5    Q.  Which university or college?
6    A.  IIT, Indian Institutes of Technology.
7    Q.  When did you receive that degree?
8    A.  1982.
9    Q.  Do you have any other post equivalent of high school
10       educational background?
11   A.  I didn't get the question.  Post --
12   Q.  First of all, did you attend the equivalent of high
13       school in the United States?
14   A.  No.
15   Q.  Did you attend the equivalent of high school in India?
16   A.  Yes.
17   Q.  After attending the equivalent of high school in India
18       you mentioned you had a master's degree.  Is there any
19       other post the equivalent of high school education you
20       have?
21   A.  Oh, you mean the high school, then the bachelor's in
22       engineering and then the master's in engineering,
23       master's in technology.
24   Q.  And where did you get the master's in engineering
25       from?

17

1    A.  In India.
2    Q.  At the same university?
3    A.  No, it's called Nagpur, N-A-G-P-U-R, University.
4    Q.  Besides the degrees you've just mentioned do you have
5        any other technology certifications?
6    A.  Not currently, no.
7    Q.  Did you at one point in time have a technology
8        certification?
9    A.  Yes.
10   Q.  What was that?
11   A.  It was CISA, Certified Information Systems Auditor.
12   Q.  When did you have that certification?
13   A.  Can't recall, several years ago, maybe '9 -- in the
14       '90s.
15   Q.  Could you describe your work history after you
16       received your master's degree?
17   A.  I worked with an engineering company called Tartar
18       Engineering & Automotive Manufacturing in India, then
19       I worked in Bahrain for 11 years with a company called
20       Datamas in information technology area.
21   Q.  What was the name of that company again?
22   A.  Datamas, D-A-T-A-M-A-S.
23   Q.  I'm sorry.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

18

1    A.  I managed operations of the company as a general
2        manager of the company.
3    Q.  What was the business of Datamas?
4    A.  IT, IT solutions and products.
5    Q.  During your time at Datamas were you doing anything
6        like content digitization?
7    A.  No.
8    Q.  Then at what the point in time did you come to HTC?
9    A.  In 1995.
10   Q.  In what role did you join HTC in 1995?
11   A.  As a director of business development.
12   Q.  How long did you hold that position for?
13   A.  It's about five -- four years, three to four years.
14   Q.  What position did you hold next?
15   A.  Then the next one was vice-president of projects and
16       alliances.
17   Q.  How long did you have that position for?
18   A.  For about ten years -- eight, nine years maybe.
19   Q.  What position did you have next at HTC?
20   A.  Executive vice-president.
21   Q.  Is that the entire title?
22   A.  Yeah.
23   Q.  What are your responsibilities as executive -- what
24       were your responsibilities as EVP?
25   A.  EVP I managed some of our strategy customer

19

1        relationships as well as manage a business unit.
2    Q.  What business unit?
3    A.  Yeah, manage a business unit within HTC.
4    Q.  What business unit?
5    A.  It's focused on customers in publishing, higher
6        education, and some of the other strategy customers of
7        HTC.
8    Q.  Are you still the executive vice-president at HTC?
9    A.  Yes.
10   Q.  In the course of your work at HTC did you ever have
11       occasion to deal with Public Resource?
12   A.  Do you mean meeting with Public Resource, dealing --
13       dealing, yes, because the business development
14       director worked for me.  He managed the
15       Public Resource account so I had a responsibility of
16       him.
17   Q.  Do you recall the first time when you became aware of
18       the existence of Public Resource?
19   A.  2010 when we started doing business with them.
20   Q.  Did you become aware of Public Resource after they had
21       already become a customer?
22   A.  Yes.
23   Q.  Do you recall how you first became aware of Public

20

1        director of business development had received a
2        request for a proposal from Public Resource and that's
3        how he -- he briefed me on the company.
4    Q.  Would your business development director customarily
5        approach you regarding any RFP that he received?
6    A.  Sorry, can you repeat the question?
7    Q.  Sure.  Would your business development director
8        customarily approach you regarding any RFP that you
9        received?
10   A.  Yes.
11   Q.  Do you recall what your business development director
12       told you about the RFP from Public Resource at the
13       time?
14   A.  I don't recall that, but I know that it was partially
15       related to content digitization or conversion.
16   Q.  Who was the business development director at that
17       time?
18   A.  The name I gave you, the same person, Hemant,
19       H-E-M-A-N-T.
20   Q.  Had HTC been in the content digitization or conversion
21       business prior to that time?
22   A.  Yes.
23   Q.  About how long?

21

1        what responsibility have you had over the content
2        digitization portion of HTC's business?
3    A.  I have had customers -- I've been managing the
4        customers and the customer relationships where we've
5        been doing content digitization work and obviously
6        communicating with development organization in terms
7        of if there are any escalations, issues, challenges,
8        those kind of things.
9    Q.  So is the entire content digitization business under
10       your chain of command?
11   A.  No, it is kind of horizontal in the company so that is
12       managed by the -- by our team in India.
13   Q.  Were you involved in the decision by HTC Global to get
14       into the content digitization or conversion business?
15   A.  Yes, to an extent.
16   Q.  What was your role in that?
17   A.  I had the clients who had requested for that service
18       to be provided.
19   Q.  Did you have any other role?
20   A.  No.
21   Q.  Do you own any portion of HTC's shares?
22   A.  No.
23   Q.  Who is the owner of HTC Global?
24   A.  Madhava Reddy.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

22

1   A.   M-A-D-H-A-V-A, R-E-D-D-Y.
2   Q.   To the best of your knowledge he's the only owner?
3   A.   Yes.
4   Q.   Besides content digitization or conversion, what other
5        businesses is HTC Global engaged in?
6   A.   HTC has several other businesses in terms of
7        publication development and management.  So software
8        application support, software product development,
9        business intelligence services, mobility services and
10       legacy modernization services.
11  Q.   Do you have an estimate as to what portion of HTC's
12       business is related to content digitization or
13       conversion?
14  A.   It's maybe less than 5 percent.
15  Q.   How many employees does HTC Global has?
16  A.   Close to 6,000.
17  Q.   Do you know how many of them are in the United States?
18  A.   About 850.
19  Q.   Are the rest in India?
20  A.   Mostly in India, but a few other countries.
21  Q.   Are there any individuals at HTC Global involved in
22       content digitization or conversion that are located in
23       countries other than the United States or India?
24  A.   Not that I'm aware of, no.

23

1        with its content digitization or conversion?
2   A.   Rarely we do.
3   Q.   Do you know if HTC Global used any independent
4        contractors for content digitization or conversion for
5        Public Resource?
6   A.   No.
7   Q.   You don't know?
8   A.   I don't know, no.
9   Q.   Did you tell me before you've never spoken to
10       Mr. Malamud?
11  A.   No, I haven't spoken to him.
12  Q.   Have you ever exchanged emails with him?
13  A.   Not that I can recall, no.
14  Q.   So you're not aware of any communications between you
15       and Mr. Malamud ever?
16  A.   That's correct.
17  Q.   Do you know who the primary contacts are for
18       Mr. Malamud at HTC Global?
19  A.   One was Hemant, the business development director
20       here; and the other one was Natraj from India.
21  Q.   Do you know what services HTC has provided to Public
22       Resource?
23  A.   Yes.
24  Q.   What services has it provided?

24

1   Q.   Anything else that you're aware of?
2   A.   No.
3   Q.   What is content conversion?
4   A.   Basically converting a document or -- yeah, converting
5        any content or any document from one format to another
6        format and making it available in an electronic -- in
7        an electronic way.
8   Q.   Do you know what format Public Resource would provide
9        to HTC Global for the work that HTC Global did for
10       Public Resource?
11  A.   Yeah, usually PDF -- digital PDF format or image
12       format.
13  Q.   By image format is that the TIF image or something
14       else?
15  A.   Yeah, something other, TIF or JPEG, some image format.
16  Q.   What is your understanding of the instructions that
17       Public Resource provided if any to HTC Global
18       regarding the work that HTC Global did for it?
19  A.   Public Resource wanted us to -- to convert it --
20       convert the content in a format whereby it is
21       available as a text or images are tagged and make it
22       available in an output format like an HTML.
23  Q.   So was the direction then to take the JPEG or the TIF

25

1   A.   Yes, mostly that was the -- that was the direction.
2   Q.   And was the intent to make all the text from the TIF
3        or PDF file be copied word for word into the HTML
4        code?
5   A.   Yes, the text conversion, correct.
6   Q.   Is there anything more to text conversion as you use
7        that term than copying the text in one format and
8        making it in another format?
9   A.   No.
10  Q.   And what would you do for Public Resource with respect
11       to images?
12  A.   We would just tag them; meaning if there's an image on
13       a PDF, we would extract that image from the PDF and
14       provide a tag so that it is identifiable as an image
15       that particular piece.
16  Q.   So HTC Global would not do any conversion for images?
17  A.   No.
18  Q.   It would just take basically a copy of the image in
19       the TIF file, for example, and drop it into the HTML
20       code?
21  A.   That's correct.
22  Q.   With a tag to identify this as an image?
23  A.   We would actually just tag it so then it can be -- and

Capital Reporting Company
Bhutada, Vikas  11-05-2014

26

1     bring it into HTML format.
2   Q.  Do you have any understanding as to what Public
3     Resource did with those images after you returned the
4     HTML code with the copied text plus the tagged
      image?
5   A.  No.
6   Q.  Did you inquire with any of the folks at HTML Global to
7     determine what knowledge they had on that subject?
8   A.  Yeah, recently I reviewed the articles on that, which
9     basically they were making it available on their
10    website for individuals or companies to search in the
11    public domain.
12  Q.  Do you know if the image portion of the files that
13    were transmitted from HTC Global to Public Resource
14    were altered in any way prior to being posted on the
15    internet?
16  A.  No, we have not altered.
17  Q.  They were not altered?
18  A.  Correct.
19  Q.  Are you familiar with a company called Point B
20    Studios?
21  A.  No.
22  Q.  Are you aware of any other entity that helped
23    Public.Resource.Org in connection with any digital
24    conversion or content conversion?

27

1   Q.  Were there any communications between HTC Global and
2     Public Resource regarding whether or not it was legal
3     to make these electronic copies of files?
4   A.  No, we had no communication on that.
5   Q.  Has there ever been a discussion that you're aware of
6     within HTC Global regarding when or under what
7     circumstances it's legal for HTC Global to make
8     electronic copies or conversions of copyrighted works?
9   A.  Yeah, we are aware of that, but in general it is the
10    clients who secure the material who deal with the --
11    deal with the copyright aspects.  HTC does not deal
12    with the copyright aspects because we don't hold or we
13    don't retain or we don't do anything with that
14    content.  It's given back to the client.
15  Q.  Is there any system in place at HTC Global to ensure
16    that its customers or clients have appropriate
17    permissions to make copies of any files before HTC
18    Global engages in the copying process?
19  A.  No, that onerous is on the customer.
20  Q.  Does HTC Global has indemnification agreements with
21    its customers in the event that its customers
22    improperly ask HTC Global to copy something that's
23    protected by copyright law?
24        MR. COUTILISH:  You're asking --

28

1         MR. COUTILISH:  Just to clarify the
2     question.  You're talking about all of the customers
3     of HTC at all times?
4         MR. FEE:  Yeah, this is a general question.
5         MR. COUTILISH:  Yeah, at any time, all the
6     customers, you're asking this gentlemen whether he
7     knows whether there's an indemnification provision?
8         MR. FEE:  Yeah.
9   Q.  Are you aware of any of them?  How about that?  Why
10    don't we start there.
11  A.  In general in the contract, yes.
12  Q.  Do you know whether there's any indemnification
13    agreement between Public Resource and HTC Global?
14  A.  There wasn't any.
15  Q.  Do you have an understanding as to why the Public
16    Resource relationship is different than the general
17    practice at HTC regarding indemnification?
18  A.  No, we were given the purchase orders to convert or to
19    carry out the work and we worked on the purchase
20    orders.
21  Q.  That differs from your ordinary practice?
22  A.  Usually most customers sign the master services
23    agreement.
24  Q.  And the master services agreement is where the

29

1   A.  That's correct.
2   Q.  Are you aware of any discussions with Public Resource
3     regarding a master services agreement?
4   A.  I know we had initially talked about it with them, but
5     then they said rather than that we'd rather do the
6     work based on the purchase order.
7   Q.  Are you aware of any explanation that was offered by
8     Public Resource as to why they --
9   A.  Primarily --
10  Q.  -- preferred the master services agreement --
11        THE COURT REPORTER:  I'm sorry.
12        MR. FEE:  Yeah, there we go.
13  Q.  Let me finish.  I'm sorry.
14  A.  Sure.
15  Q.  I had a little pause in there, which I'm sure was
16    confusing.
17        Are you aware of any discussion with Public
18    Resource regarding the reasons why it preferred to
19    engage HTC Global via a purchase order as opposed to
20    the master services agreement?
21  A.  There's the simplicity of doing the work because it
22    was a small piece of work.
23  Q.  Are you aware of any discussions between HTC Global
24    and anybody at Public Resource regarding whether or

Capital Reporting Company
Bhutada, Vikas  11-05-2014

---

30

1    copies that it was requesting to be made?
2    A.  No.
3    Q.  Have there been any discussions between HTC Global and
4        Public Resource regarding an indemnification agreement
5        between the parties since you became aware of this
6        lawsuit?
7            MR. COUTILISH:  Objection, I believe that's
8        asked and answered.  Go ahead, answer if you can.
9    A.  Sorry, can you repeat the question?
10   Q.  Sure.  Since you've become aware of this lawsuit have
11       there been any communications with Public Resource
12       regarding indemnification?
13   A.  Not that I'm aware, no.
14   Q.  Is Public Resource paying for HTC's legal
15       representation in connection with the subpoena?
16   A.  No.
17   Q.  Besides the individuals that you've already identified
18       during your deposition this morning, can you identify
19       any other specific persons that were involved in HTC
20       Global's relationship or work for Public Resource?
21   A.  No, I'm not aware of any other.  I'm sure there would
22       be people who worked in India, but I haven't worked
23       with them.
24   Q.  Would all of the content digitization that was done by

---

31

1    A.  Yes.
2    Q.  Are you knowledgeable regarding the hiring policies
3        and procedures for the persons who do that type of
4        work?
5    A.  Broadly, yes.  In general HTC policies, yes.
6    Q.  What can you tell me regarding the hiring policies or
7        requirements for persons who do content digitization
8        in India?
9    A.  We have a hiring process in place which whereby we
10       screen the employees, review their resumes, personal
11       interviews, they go through the training and the
12       reference checks, we bring them on board.
13   Q.  Is there any requirement that they have a particular
14       level of educational background?
15   A.  Yes, they have to at least have a high school degree
16       and reasonable English communication.
17   Q.  So they don't need to be native English speakers?
18   A.  No.
19   Q.  Do you have any idea what portion of the persons who
20       do content digitization for HTC are native English
21       speakers?
22   A.  I don't know.
23   Q.  Where in India are HTC's content digitization
24       capacities located?
25   A.  Chennai; Chennai, India.  C-H-E-N-N-A-I.

---

32

1    Q.  Do you have knowledge regarding whether or not most of
2        the persons in that town are native English speakers?
3    A.  What do you mean by native English speakers?  They do
4        speak English as a second -- most of them speak
5        English as a second language.
6    Q.  It's a second language?
7    A.  Yes.
8    Q.  What is the primary language in that town?
9    A.  Tamil, T-A-M-I-L.
10   Q.  What mechanism is in place at HTC to determine whether
11       or not the persons involved in content digitization
12       have I think you used the term reasonable English
13       capabilities?
14   A.  Oh, I'm sure there are some entrance tests they go
15       through, but I'm not aware of exact tests what they
16       do.
17   Q.  Are you aware of any non-HTC employees who were
18       involved in the content digitization for Public
19       Resource?
20   A.  No.
21   Q.  Would HTC be the entity that actually posted the
22       content that was digitized on the internet so it would
23       be publicly available?

---

33

1    completed their content digitization?
2    A.  The files were FTP'd back to PRO on the location we
3        had they provided us.
4    Q.  Just so the record's clear, PRO is
5        Public.Resource.Org?
6    A.  Yes.
7    Q.  Do you know if there were any written instructions
8        that were provided by Public Resource to HTC regarding
9        how to make the copies from the PDFs or TIFs into HTML
10       format?
11   A.  There were on and off communication to clarify how it
12       should be done, but that being a very simple process
13       HTC is in general aware of how that happens so we had
14       provided -- in our statement of work we provided a
15       process, all the steps that would be carried out by
16       HTC.
17   Q.  Do you know what quality assurance measures were taken
18       if any by HTC to ensure that the HTML files were
19       accurate copies of the text and the image files that
20       were provided to HTC by Public Resource?
21   A.  Yeah, typically there is a quality assurance team that
22       validates that the text is converted properly, they

---

Capital Reporting Company
Bhutada, Vikas  11-05-2014

34

1    does that.
2    Q.  Is that group also located in the same town in India?
3    A.  Yes.
4    Q.  Do you know if the requirements for the quality
5        assurance personnel are any different from the persons
6        who do the initial digital content conversion?
7    A.  I don't know that, no.
8    Q.  Do you know if the quality assurance persons are
9        native English speakers?
10   A.  They are all -- typically in India you would see most
11       Indians would have English as a second language not as
12       a first language.
13   Q.  Did HTC have a discussion with Public Resource at any
14       point in time about whether or not it would double key
15       or triple key these standards?
16   A.  Yes.
17   Q.  What do you know about that communication or
18       communications?
19   A.  We had submitted a proposal initially for triple key
20       data entry.  Obviously the -- I mean, it's more
21       accurate, but there is a higher cost so we went with
22       the double key entry approach.
23   Q.  Can you describe what double key is?
24   A.  In the case of double key there are two operators who

35

1        extracted by the OCR and validate as long as their
2        entries tally.  That means the text is accurate.  If
3        the entries don't tally, then there are exceptions and
4        that's where the quality assurance person could look
5        into it, validate and update the -- update the text
6        correctly.
7    Q.  How does that differ from triple key?
8    A.  In the case of triple key you have three operators who
9        do the data entry and the correction, and again, they
10       would tally and look at that.  There is a higher rate,
11       higher accuracy rate because of that.
12   Q.  And it's your understanding that HTC proposed triple
13       key compare and Public Resource refused to do that and
14       opted for double key compare?
15   A.  That's correct.  HTC did not -- I don't know whether
16       HTC proposed or PRO asked for it, but eventually it
17       was done with double key.  We had submitted a proposal
18       is what I know.
19   Q.  The initial proposal was for triple key?
20   A.  Correct.
21           (Marked for identification
22           Deposition Exhibit No. 2.)
23   Q.  I'm going to hand you what's been marked as Exhibit 2.

36

1        PRO4964 through 65.
2           Let me know when you've had a chance to
3        review that.
4    A.  Yeah.
5    Q.  First of all, can you identify this as an email from
6        Mr. Talwalkar at HTC to Mr. Malamud?
7    A.  Yes.
8    Q.  Towards the top of the first page you see there's a
9        description of the accuracy of double key compare and
10       triple key compare?
11   A.  Yes.
12   Q.  Can you tell me first of all what the number means in
13       the accuracy column for both of those?
14   A.  That means that the conversion rate -- so if you have,
15       let's say, 1,000 characters being entered, that means
16       with triple key you could achieve an accuracy whereby
17       only 3 characters could be wrong and with double key
18       you would achieve an accuracy whereby up to 49
19       characters could be wrong.  Meaning it's a tolerance
20       for quality.  Doesn't necessarily mean they are wrong,
21       but it's a tolerance that you would have.
22   Q.  Do you know how HTC arrived at those accuracy figures?
23   A.  We have an operational metrics whereby when the
24       quality control people catch issues or sometimes
25       customers provide feedback, we are able to track that.

37

1    Q.  So this accuracy number is the accuracy of the final
2        work that's delivered to the customer?
3    A.  Yes.
4    Q.  So if you were to do double key compare, HTC would
5        expect there to be 49 mistakes out of 10,000
6        characters or out of 1,000 characters?
7    A.  Forty-nine out of 1,000, yeah, yes.
8    Q.  Okay.  And that's even after you've compared the
9        double entry from both sides, gone through the QA
10       process?
11   A.  I'm sorry, not 49 -- 49 out of 10,000, you're right,
12       yeah.
13   Q.  Okay.  But you would expect 49 mistakes out of 10,000
14       characters even after you've done the double keying,
15       compared them both and gone through HTC's QA process?
16   A.  It's not the expectation, but that is the maximum
17       tolerance.  You could achieve 100 percent accuracy as
18       well, but there could be a tolerance of 49 -- 49
19       characters for every thousand.
20   Q.  Is the 99.51 percent the mean for the work that's been
21       examined by HTC?
22   A.  Yes.
23   Q.  So there could be -- 49 characters would be the
24       average case, there could be perfect, or there could

Capital Reporting Company
Bhutada, Vikas  11-05-2014

38

1   A.  Possible, but that's unlikely.
2   Q.  Do you know if the distribution of mistakes in HTC's
3        process is evenly distributed?
4   A.  Usually we have very low error rate, so it's very
5        unusual that you'd have an error rate like that.  We
6        wouldn't be in business otherwise.
7   Q.  Okay, but you've just told me that based on the review
8        of HTC's systems, that they do wind up with a 99.51
9        average accuracy rate; correct?
10  A.  There is the -- as I said, there is a tolerance.  It
11       doesn't mean that's always the reality.  Reality could
12       be it's 100 percent.  This is only a tolerance
13       available to you that if you made that much mistake,
14       it's still okay.
15  Q.  Okay.  So then if HTC were to propose 99.51 percent
16       accuracy with this double key compare and Mr. Malamud
17       accepted that, should he expect anything more than or
18       less than a 99.51 percent accuracy rate?
19  A.  He could expect more.
20  Q.  Why should he expect more than what you've identified
21       here?
22  A.  Because usually, as I said, this is the lowest it can
23       be, this is the lowest it can go to.  So 49 percent is
24       your top or .49 percent is your tolerance.

39

1        double keying at HTC?
2   A.  No, I don't know that.
3   Q.  You know it's not 100 percent; right?
4   A.  It's not 100 percent.
5   Q.  And you do know that the triple key compare is more
6        accurate at HTC than double key?
7   A.  Yes.
8   Q.  And Mr. Malamud selected double key compare?
9   A.  Yes.
10  Q.  Do you know why Mr. Malamud selected double key
11       compare?
12  A.  I don't know about his reason, but typically clients
13       do that because it's a lot more expensive to do triple
14       key compare.
15  Q.  Are you aware of any communications between HTC and
16       Mr. Malamud regarding why he selected double key
17       compare?
18  A.  I don't recall any communication.
19  Q.  I should have said this at the start, but if at any
20       time you want to take a break, just let me know.
21  A.  That's fine, sure.
22            (Marked for identification
23            Deposition Exhibit No. 3.)
24  Q.  I'm going to hand you what's been marked as Exhibit
     3.

40

1        Compare Data Entry Process.
2            Can you identify that document?
3   A.  Yes.
4   Q.  What is it?
5   A.  It's a Double Key and Compare Data Entry Process for
6        HTC.
7   Q.  I think earlier you were talking about a document that
8        you were aware of that explained HTC Global's double
9        key process.  Is this what you were referencing?
10  A.  Yeah.
11  Q.  Was Exhibit 3 provided to Public Resource?
12  A.  I don't recall.
13  Q.  Would Exhibit 3 typically be provided to customers who
14       were having double key conversion done?
15  A.  It's not part of customer documentation, it's part of
16       more of internal process that is followed, but some of
17       these items, if they're related to the customer,
18       typically those are provided in the proposal.
19  Q.  So what is the purpose of Exhibit 3?
20  A.  It's more of an internal process and if customer wants
21       to know how we're doing it, then we'd share with the
22       customer.
23  Q.  Who would use Exhibit 3 within HTC Global?
24  A.  It's internal team for training, for example, the

41

1        they would have an orientation to this.
2   Q.  The operators, are they trained in English?
3   A.  Yeah.
4   Q.  So all the training documents are also in English?
5   A.  Yes.
6   Q.  Does Exhibit 3 accurately describe the process that
7        was used for HTC's work for Public Resource?
8   A.  Yes.
9   Q.  Is there anything that is described in Exhibit 3 that
10       was not done in connection with the Public Resource
11       work?
12  A.  Not that I know of, no.
13  Q.  Are you aware of anything extra that was done to
14       ensure the accuracy of the work done for Public
15       Resource that's not described in Exhibit 3?
16  A.  Not that I'm aware of, no.
17  Q.  Now, when you were describing the double key process
18       earlier, I think you said that there would be two
19       operators and they would either rekey something or
20       start with an OCR of an image file; is that right?
21  A.  Uh-huh.
22  Q.  You have to answer yes or no for the court reporter.
23  A.  Yes, yes.
24  Q.  Okay.  Do you know whether or not the Public Resource

Capital Reporting Company
Bhutada, Vikas  11-05-2014

42

1    OCR process?
2  A.  The decision on that really depends on the quality of
3      the image.  So if you have a good image quality and if
4      OCR does a good job of converting and there are very
5      few errors, then operators would validate and the QC
6      would validate.  If the image quality is bad, then
7      they would do the double key entry as well.
8  Q.  How do you determine at HTC whether or not the OCR has
9      done a good job at character recognition?
10  A.  It's the quality of the image usually, which typically
11      with the experience of the operators they know -- the
12      scan operators would know that the image is bad and it
13      would have to be rekeyed and that's what happens.
14  Q.  In the case of Public Resource did HTC ever receive
15      paper documents?
16  A.  No.
17  Q.  So HTC was never scanning anything; correct?
18  A.  No.
19  Q.  So for Public Resource, did HTC first run an OCR
20      software on every image that it received?
21  A.  I don't know that part whether we ran it on every
22      major part of the image, I don't know.
23  Q.  Would the first step in the work that was done for
24      Public Resource ordinarily be running OCR software on

43

1  A.  Sorry, say that again.
2  Q.  Would the first step in the work for Public Resource
3      ordinarily be that you would run OCR software on the
4      image by two different operators and then compare
5      them, the output?
6  A.  I think it depends on the project.  Typically if
7      you're really looking for -- it depends on the type of
8      the document.  If you're looking for a data entry to
9      be done based on the type of the image, obviously you
10      would do the data entry as a first step, compare the
11      two.  In some cases where there is, for example, if
12      there are multiple images, then obviously you're not
13      going to do the data entry, you're going to look at
14      only part of the data which is there like the text,
15      the headings, titles, all that and you do the data
16      entry.  If there is a lot of text and it is a clean
17      image, which is scanned, they would typically do the
18      OCR, compare and then do -- the two operators would do
19      the data entry.
20  Q.  Did Mr. Malamud direct that all the work done for
21      Public Resource had to actually be keyed by two
22      separate operators as opposed to using the OCR
23      process?
24  A.  I don't know that.  I don't recollect.
25  Q.  Do you have any knowledge regarding what was done

44

1      specifically with respect to the three plaintiffs'
2      standards at issue in this case?
3  A.  The sorry?
4  Q.  Plaintiffs, ASTM, NFPA or ASHRAE, do you know anything
5      more what was done with respect to their standards
6      than you do about the general work done for Public
7      Resource?
8  A.  No.
9  Q.  Did you make any efforts to try to determine whether
10      or not, for example, the ASTM standards were first
11      OCR'd or if they were first independently keyed by two
12      operators?
13      (Discussion held off the record.)
14      MR. FEE:  There was a question.  Would you
15      read that back?
16      (Record read back as requested.)
17  A.  No, I haven't made any specific efforts to find out
18      which documents were keyed or which documents were
19      OCR'd.
20  Q.  Do you know anything more specific than what you've
21      told me already about the quality assurance efforts
22      with respect to the standards that were copied on
23      behalf of Public Resource that were written by ASTM,

45

1  Q.  Do you know how many standards HTC has copied on
2      behalf of Public Resource that were owned by ASTM?
3  A.  No.
4  Q.  Do you know how many were copied that were owned by
5      NFPA?
6  A.  No.
7  Q.  Do you know how many were copied that were owned by
8      ASHRAE?
9      MR. STOLTZ:  Objection to form on the term
10      owned.
11  Q.  You can answer.
12  A.  No, I don't know.
13  Q.  Are you aware of any instructions from Public Resource
14      regarding the work that HTC did that were made orally
15      and that aren't reflected in any of the documents that
16      were produced in this case?
17  A.  No.
18  Q.  What knowledge if any does HTC Global have regarding
19      how Mr. Malamud obtained the images that were
20      eventually sent for conversion?
21  A.  We have no knowledge.
22  Q.  How did HTC Global receive the images from Public

Capital Reporting Company
Bhutada, Vikas  11-05-2014

46

1   Q.  That was a Public Resource site?
2   A.  Yes.
3   Q.  So you're aware of at least some instances where an
4       image was posted on some internet site by
5       Public Resource and then you were instructed to grab
6       it and then convert it?
7   A.  Not -- not any other website.  Either they were FTP'd
8       to a server, to HTC server, or we were asked to pick
9       it up from the Public Resource's website.
10  Q.  Is that the generally available Public Resource
11      website or was it some password protected site?
12  A.  I don't know that.
13  Q.  Do you know which materials were pulled off of Public
14      Resource's website directly?
15  A.  No, I don't know.
16  Q.  Were there ever instances in which Public Resource
17      instructed HTC to copy ASTM standards just in part as
18      opposed to the entire standard?
19  A.  I'm not aware of any such thing, no.
20  Q.  So as far as you're aware, every time that Public
21      Resource asked HTC to copy one of ASTM's standards, it
22      copied the entire standard?
23  A.  I don't know that.  Whether it was partial or
24      complete, I don't know.

47

1       respect to any logos that were on standards that were
2       authored by ASTM or the other plaintiffs in this case?
3   A.  I don't know in terms of that really what was done.
4   Q.  Do you know anything about the instructions from
5       Public Resource regarding how HTC should treat
6       graphics?
7   A.  I've seen some communication on that, but not that I'm
8       aware of how it was converted.
9   Q.  Do you know if the graphics in the plaintiffs'
10      standards were just tagged like you described sort of
11      a general process earlier today?
12  A.  In general that is typically what we would do, because
13      we have no means of converting or no means of doing
14      any changes to the graphics.
15  Q.  Do you have any idea the number of characters that HTC
16      has converted for Public Resource?
17  A.  I don't recall, but I think it's there in the document
18      that was submitted.
19          MR. FEE:  I'm not sure this is what you're
20      talking about, but I'll mark it nevertheless.
21          (Marked for identification
22          Deposition Exhibit No. 4.)
23  Q.  Marked as Exhibit 4 a two-page chart.  It's entitled
24      Summary of Projects with Media.Org/

48

1   A.  Yes.
2   Q.  Is this a document you were just referencing?
3   A.  Yes.
4   Q.  What is Exhibit 4?
5   A.  It's a Summary of Projects with Media.Org/
6       Public.Resource.Org.
7   Q.  Did you have this document created for this matter?
8   A.  Yes.
9   Q.  Is the source of this information some sort of
10      database that's ordinarily kept by HTC Global?
11  A.  It's typically from the invoicing, invoicing and the
12      purchase orders.
13  Q.  So all the information contained in this document is
14      information that's customarily retained by HTC Global
15      in the course of its ordinary business?
16  A.  Yes.
17  Q.  Now, does this indicate how many characters were
18      converted?
19  A.  Yeah, the total volume column is where I think that is
20      -- is what I believe the number of characters
21      converted or kilocharacters converted.
22  Q.  Now, maybe you can just walk me through each of the
23      headings in this chart.  The first one is SR, what
24      does that refer to?
25  A.  It's more a serial number for the project.

49

1   Q.  Does WS mean something in that?
2   A.  It is work stream.
3   Q.  Okay.  And then project name I assume is
4       self-explanatory; right?
5   A.  Yep.
6   Q.  Where did the information in the column marked scope
7       of the project come from?
8   A.  It would be typically from the purchase order and the
9       proposal.
10  Q.  What is the source column?
11  A.  That is the format in which the material -- input
12      material would come in.
13  Q.  And there appears to be three different types of
14      sources.  A raster PDF, a vector PDF and if you look
15      on the back page, an image PDF.  Can you tell me what
16      the differences are between those three?
17  A.  Yeah, it's pretty technical, but raster PDF is a
18      simpler version of the PDF, meaning this is usually it
19      refers to the bitonal of the images and vector PDF
20      represents higher resolution images so there's a lot
21      more storage involved in vector PDF, a lot more
22      clarity involved with vector PDF.
23  Q.  What about an image PDF?
24  A.  Where is the image?
25  Q.  That's on the back page.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

50

1   A.   That would be the image; so raster would refer
2        typically to the characters, image would be a diagram.
3   Q.   Okay.  The next heading is output.
4   A.   Yes.
5   Q.   What does that refer to?
6   A.   So that is the destination format in which the image
7        is -- or image content is provided back to the client.
8   Q.   Okay.  And there are a couple of different types of
9        outputs.  One is HTML illustration images, one is just
10       HTML, then you have spreadsheet and PDFs, then you
11       have ASCII text files.
12  A.   Correct.  So those are the different types of formats.
13       HTML, illustration images, that goes together, and
14       spreadsheet.
15  Q.   Do you have an understanding as to why Public Resource
16       would be asking for different types of outputs for
17       these different projects?
18  A.   No, I don't know their reasons.
19  Q.   Skip over start month and end month and pricing unit
20       and unit rate, because I think they're all pretty
21       obvious.
22            The total volume as per pricing unit, I
23       think you said that was in kilobytes?
24  A.   Kilocharacters, kilobytes, same.
25  Q.   Kilocharacters, okay.  And the total invoice amount

51

1        should just be a mathematical equation then; right?
2   A.   Correct.
3   Q.   It's unit rate times the total volume?
4   A.   Yes.
5   Q.   Now, do you know which of these project names would
6        cover the conversion project that was done related to
7        standards owned by ASTM or NFPA or ASHRAE?
8   A.   I wouldn't know.
9            MR. STOLTZ:  Objection to form regarding
10       the term owned.
11  Q.   You don't know?
12  A.   I don't know that.
13  Q.   Do you know when HTC copied the ASTM, NFPA and ASHRAE
14       standards on behalf of Public Resource?
15  A.   We did not copy any standards, I want to correct that
16       statement.  We just done the conversion of whatever
17       documents were provided back in the format in which
18       client had requested.
19  Q.   I'm not sure I understand what you're saying.  What
20       didn't you do?  Are you saying that they're not
21       standards?
22  A.   No, it's a document -- they might be standards --
23  Q.   Okay.
24  A.   -- but it's a document provided to us by the customer.

52

1   A.   We did not make any copies or anything, we just
2        converted the format, provided it back to the
3        customer.
4   Q.   Okay, well, you made a character for character
5        different file in a different file format; right?
6   A.   Yes.
7   Q.   So the -- all the text was exactly the same?
8   A.   Yes.
9   Q.   And all the images were exactly the same?
10  A.   Correct.
11  Q.   But you're saying that's not a copy?
12  A.   I mean, HTC did not copy is all I'm saying.  We're not
13       taking the material or copy or anything like that.
14       Converted, provided it back to the client.
15  Q.   I'm still not sure I understand the distinction you're
16       making.
17  A.   No, you used a word HTC copied.  HTC did not copy
18       any --
19            MR. STOLTZ:  Objection to form.
20            THE WITNESS:  Okay.
21  Q.   You can go ahead.
22  A.   HTC did not copy any material or retain any material
23       for HTC.
24  Q.   Okay.  Is it -- because you didn't retain it, you
25       returned it, is that what you're saying?

53

1   A.   I'm not sure whether the copy is the right word for
2        that.
3   Q.   Okay.  But you made -- you took -- you made a new file
4        first of all; right?
5   A.   Reformatted.  We don't create a file.  We reformatted
6        the content from one format to another.
7   Q.   Let me ask you this question.  You get, let's say, a
8        PDF from Public Resource.  What would be the name be on
9        that file?  Is there a naming convention that you're
10       aware of?
11  A.   I don't know.  Something.PDF, yeah.
12  Q.   Then you do your work, you make sure that every
13       character in the PDF is in HTML format, you save the
14       file as a different name; correct?
15  A.   Yes.
16  Q.   Okay, so you've now created a new file with all the
17       same content from the prior file; correct?
18  A.   Right.
19  Q.   And -- but you're saying that's not a copy, that's
20       what you're trying to tell me?
21            MR. STOLTZ:  Objection, asked and answered.
22  Q.   You can answer.
23  A.   Copy is when, to me, you're making multiple versions,
24       you're storing somewhere like if you have a DVD,

54

1    making ten copies.  That's what I understand by
2    copying.
3    Q.  Okay.
4    A.  This one -- and you used the word HTC, that's what I
5    was objecting to.
6    Q.  So is it your position that if you make a copy of a
7    DVD, turn it into a flash drive, that's not a copy?
8    A.  Yeah, as long as it's given back, it's reformatted,
9    given back to the customer in a reformatted manner.
10   Q.  When did you first come to this understanding of the
11   distinction between reformatting and copying?
12   A.  I don't know.  I just came to based on your words, so
13   that's why the things you said HTC copied, that's what
14   I'm talking about.
15   Q.  So you've never made this distinction before?
16   A.  Didn't have to, no.
17   Q.  So in the course of your 20 years at HTC, have you
18   ever told somebody before that HTC doesn't copy stuff,
19   it only reformats it?
20           MR. COUTILISH:  Objection to the form of
21   your question.  Mischaracterizes his answer.
22   Q.  You can answer the question.
23   A.  Can you, sorry, repeat the question?
24           MR. FEE:  Can you read that back, please?
25           (Record read back as requested.)

55

1    A.  No, I haven't discussed that at all, no.
2    Q.  Are you aware of any problems that HTC had in trying
3    to convert the standards of ASTM, NFPA or ASHRAE?
4    A.  I'm not aware of any.
5    Q.  In the double key process, if a page is missing from
6    any particular standard, how would the double key
7    process catch that?
8    A.  Typically there is an inventory of the number of pages
9    which are input and there is output, so there is a
10   tally of the number of pages that are input and output
11   and the quality assurance team would catch that.
12   Q.  Okay, so if Public Resource provides a 14-page PDF to
13   HTC of a standard that's really 15 pages, your
14   organization at HTC would expect it to be 14 pages,
15   the output would be 14 pages, is there any way that
16   your organization would say this is missing page 15?
17   A.  No, we have no means of knowing that.
18   Q.  Okay.  And the double key process would not catch
19   that?
20   A.  No.
21           THE WITNESS:  Can we take a break after a
22   couple of minutes or whenever?
23           MR. FEE:  Sure, we can take a break.

56

1           (A brief recess was taken.)
2           THE VIDEOGRAPHER:  We're back on the record
3    at 10:36.
4           (Marked for identification
5           Deposition Exhibit No. 5.)
6    BY MR. FEE:
7    Q.  Going to hand you what's marked as Exhibit 5, which is
8    an email from HTC team to Mr. Malamud Bates labeled
9    PRO26049 through 50 and dated September 30th, 2013.
10          First of all, can you identify that as an
11   email from HTC to Mr. Malamud?
12   A.  Yes.
13   Q.  The email address from HTC team, do you know what that
14   is?
15   A.  Yeah, that's a group email address.
16   Q.  Who is -- who are the members of that group?
17   A.  It's typically the project team that is working on the
18   project.  It would be -- would be that -- including
19   the project manager would be on that team.
20   Q.  Did you review Exhibit 5 in connection with your
21   preparation for your deposition today?
22   A.  Trying to recall.  I do not -- I mean, I would have

57

1    Carl, we have completed conversion for the remaining
2    56 PDFs.  And that sentence continues; right?  And
3    then the next paragraph says, note the following PDFs
4    contain multiple documents; hence, we split the
5    documents and added suffix M to the filename.
6           Do you see that?
7    A.  Yes.
8    Q.  And then there's a series of what I assume are
9    filenames?
10   A.  Correct.
11   Q.  And those filenames all have -- start with ASTM?
12   A.  Yes.
13   Q.  And then they're all followed by a dot and then a B
14   and then a series of numbers and then an M; correct?
15   A.  Yes.
16   Q.  Do you know if that is a naming convention that was
17   used by HTC for copying ASTM standards?
18           MR. COUTILISH:  Objection to the form of
19   the question, the word copying.  Whether you're using
20   his definition or your prior definition.  Answer if
21   you can.
22   A.  I do not know whether those are -- whose file
23   conventions those are.  Typically we would retain the
24   client's naming conventions.  We don't change the
25   names.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

58

1   Q.  Do you have a list of all of the files that you had
2      converted on behalf of Public Resource?
3   A.  I do not know.
4   Q.  Does HTC Global have such a list?
5   A.  I doubt if we would have it now, no.
6   Q.  If you had to figure out which specific ASTM
7      standards, for example, were converted by HTC Global,
8      how could you go about doing that?
9   A.  We wouldn't -- we wouldn't usually -- we don't retain
10     the content so we won't know which files were
11     converted.
12   Q.  So after the job is complete, you retain no records of
13     which files have been converted?
14   A.  That's correct.
15   Q.  And that's true not just for Public Resource but all
16     the clients?
17   A.  Yes.
18   Q.  Do you know if the HTC team email address, whether or
19     not its inbox or other file folders were searched for
20     ASTM references?
21   A.  I do not know.  We would typically search for PRO,
22     public relations communications, so that is why we
23     wouldn't deal with ASTM or any such communications
24     specific to PRO clients.

59

1        MR. COUTILISH:  Excuse me, for all
2     documents?
3        MR. FEE:  Yes.
4        MR. COUTILISH:  Of any type?
5        MR. FEE:  If he knows.
6   A.  I don't know about all documents.
7   Q.  Okay.  Do you know about any portion of HTC Global's
8     document retention policy?
9   A.  Usually the customer documents in a conversion like
10     this are retained as per the client needs, typically
11     for not more than three months.
12   Q.  What about emails?
13   A.  Email, I do not know the email retention policy.
14   Q.  Do you know if your email, your personal email at HTC,
15     has some sort of auto delete function?
16   A.  No auto delete, no.
17   Q.  What is your practice with respect to retaining emails
18     at HTC?
19   A.  I retain last two -- two, three years' emails.
20   Q.  Did you search your emails for any references to ASTM?
21   A.  I did not, no.
22   Q.  Did you search your emails for any references to NFPA
23     or ASHRAE?

60

1   A.  No.
2   Q.  To the best of your knowledge were any person's emails
3     searched for ASTM?
4   A.  I do not know.
5   Q.  Did you ask Mr. Talwalkar whether or not he searched
6     his emails for references to ASTM?
7   A.  I did not ask him.
8   Q.  Do you know what a layout only job is?
9   A.  Sorry, say that again.  Layout?
10   Q.  Layout only.
11   A.  Layout only.  I don't know that, no.
12        (Marked for identification
13        Deposition Exhibit No. 6.)
14   Q.  Going to hand you what's marked as Exhibit 6.  It's an
15     email from Mr. Malamud to HTC delivery notification
16     dated November 9, 2012.
17        First of all, can you identify Exhibit 6 as
18     an email from Mr. Malamud to HTC?
19   A.  Yes.
20   Q.  What person or persons would be receiving emails at
21     the email address
22     HTCdeliverynotification@HTCIndia.com?
23   A.  Typically this would be the team working on that
24     project for converting the content.  Project manager

61

1   Q.  Do you know if any of those persons' emails were
2     searched for references to ASTM?
3   A.  I don't know that.
4   Q.  In the second sentence of this email you see it says,
5     these are already text PDFs so this is a layout only
6     not double key.
7   A.  Yes.
8   Q.  Can you explain to me what that means?
9   A.  What I can guess from here is it is not a double key
10     entry but layout meaning it would most probably be
11     converted by OCR as the characters, so it would not be
12     a data entry job like the double key entry job.
13   Q.  Do you have any way of knowing whether or not this
14     email refers to work on ASTM or NFPA or ASHRAE
15     standards?
16   A.  It says work stream number 1, so whatever that work
17     stream refers to.
18   Q.  And that is identified on Exhibit 4?
19   A.  Yes.
20   Q.  And work stream 1 says building codes data entry; do
21     you see that?
22   A.  Yes.
23   Q.  But you don't know what that entails; do you?
24   A.  No.
25   Q.  So you don't know if building codes data entry is --

Capital Reporting Company
Bhutada, Vikas  11-05-2014

62

1    relates to standards from NFPA or ASHRAE or ASTM?
2    A.   That's correct.
3    Q.   What does HTC do to try to make sure that the files
4       that it receives from Public Resource in addition to
5       having all the exact same words also appear the same
6       way, if anything?
7    A.   I guess I don't understand your question.
8    Q.   For example, formatting of the page.  If the PDF you
9       receive from Public Resource has, you know, a 12-point
10      font in italics and how -- what efforts, if any, does
11      HTC Global do to try to match that font, match the
12      borders, match the margins, etc., if anything?
13   A.   I'm not aware of matching the fonts or borders, but
14      our focus usually is on the content, meaning the text
15      and not necessarily the format of the document.
16   Q.   So the goal is not to make your HTML file when
17      displayed look exactly like the PDF, it's just to make
18      sure that every single word is represented and the
19      same images are there?
20   A.   It is not about that.  It is more to do with what
21      formats are supported.  A lot of times if you have a
22      formatting PDF, we're not doing any graphic design
23      work around the documents, so we are picking up the
24      text or the image and converting that.  So if there is

63

1    Q.   Is there an effort to match the pagination from the
2       original PDF?
3    A.   Yes.
4            (Marked for identification
5            Deposition Exhibit No. 7.)
6    Q.   Going to hand you what's marked as Exhibit 7.  It's an
7       email from Mr. Malamud to Mr. Talwalkar dated February
8       25, 2012 at 11:29 a.m.
9            Can you identify Exhibit 7 as an email from
10      Mr. Malamud to Mr. Talwalkar at HTC?
11   A.   Yes.
12   Q.   Did you review this email --
13   A.   Yes.
14   Q.   -- in preparing for your deposition?
15   A.   Yes.
16   Q.   Do you know whether or not this refers to any work on
17      standards that were written by ASTM, ASHRAE or NFPA?
18   A.   No, I don't know which specific ones, no.
19   Q.   In the second paragraph you see there's a reference to
20      a red white and blue certificate of incorporation?
21   A.   Yes.
22   Q.   Do you know what that is?
23   A.   No.

64

1    which is the red white and blue certificate of
2       incorporation?
3    A.   No.
4    Q.   He then goes on to say, you may find a few of the
5       standards are too hard to read.  If that is the case,
6       please just let me know and we will go onto something
7       else instead.  Do you see that?
8    A.   Yes.
9    Q.   Are you aware of any instances where there was
10      difficulty reading any of the materials that
11      Mr. Malamud provided?
12   A.   No, I'm not aware.
13   Q.   Did you discuss whether or not there was any problems
14      with any of the files that were received from
15      Public Resource with Mr. Talwalkar?
16   A.   No.
17           (Marked for identification
18           Deposition Exhibit No. 8.)
19   Q.   Going to hand you Exhibit 8, which is an email from
20      Sutbir, S-U-T-B-I-R, Randhawa --
21   A.   Randhawa, yeah.
22   Q.   R-A-N-D-H-A-W-A, to Mr. Malamud dated May 26, 2011 and
23      the Bates label PRO5092 through 94.
24           Can you identify Exhibit 8 as an email

65

1    A.   Yes.
2    Q.   Have you reviewed Exhibit 8 prior to your deposition?
3    A.   Yes.
4    Q.   Can you explain to me generally what's going on in
5       this series of communications?
6    A.   These are more of delivery instructions to process the
7       documents so there's nothing -- I do not understand
8       the technical content in them but more of delivery
9       instructions as to how the documents should be
10      formatted and what kind of quality assurance should be
11      done on those.
12   Q.   Okay.
13           In particular at the top of this chain of
14      emails it looks like HTC made some sort of mistake.
15      Do you see that?
16   A.   Yes.
17   Q.   Do you know what the mistake was?
18   A.   I do not know the mistake, no.
19   Q.   And you can't tell from reading this document?
20   A.   No, it's something to do with the -- either the page
21      numbers or the formatting of the document.  So one of
22      the -- some process in the delivery might have a
23      mistake.
24   Q.   Can you tell what files or works this relates to?
25   A.   I cannot.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

66

1          (Marked for identification
2          Deposition Exhibit No. 9.)
3    Q.   Going to hand you a document marked as Exhibit 9 from
4          Mr. Malamud to HTCdeliverynotification@HTCIndia.com
5          dated July 17th, 2012, Bates labeled PRO25945 through
6          46.
7                First of all, can you identify Exhibit 9 as
8          an email from Mr. Malamud to HTC?
9    A.   Yes.
10   Q.   Have you reviewed this document prior to today?
11   A.   I think so, but I don't recall the content.
12   Q.   Have you had a chance to review the document?
13   A.   Yes.
14   Q.   Can you tell me what's happening in this communication
15         or series of communications?
16   A.   It's primarily something to do with the formatting of
17         the document and how the tagging should be done.
18   Q.   And this relates again to work stream number 1?
19   A.   Yes.
20   Q.   In Mr. Malamud's email at the top of the first page,
21         do you see he has a paragraph that starts a couple of
22         caveats and a list.  Do you see that?

67

1          to read.  Do you see that?
2    A.   Yes.
3    Q.   Do you know whether or not any of these hard to read
4          documents were ASTM, ASHRAE or NFPA standards?
5    A.   No, I don't know.
6    Q.   Number 3 it starts off saying, don't sweat the
7          formatting too much.  Most of this stuff is tables.
8          Do you see that?
9    A.   Yes.
10   Q.   Do you know what that means?
11   A.   So those are -- what I could guess is those are
12         typically the table formats or they need to be
13         converted into Excel rather than the text.
14   Q.   Is that something that HTC would do for Public
15         Resource?
16   A.   If it was part of the document conversion and if there
17         was an instruction to convert a table into Excel, we
18         would do that.
19   Q.   Do you know if HTC Global actually did that at all for
20         Public Resource?
21   A.   Thought I seen some reference to that in the
22         communication.
23   Q.   Now, after the don't sweat it part of number 3, Carl
24         says, we're going to go back through it, try to get it

68

1          particular table, just make a note of it and let me
2          know when you deliver it.  Do you see that?
3    A.   Yes.
4    Q.   Are you aware of what if anything Mr. Malamud intended
5          to do with these tables after you sent them to him?
6    A.   No.
7    Q.   Do you know what effort if any HTC Global made to make
8          sure that tables were formatted properly in the files
9          that it converted for Public Resource?
10   A.   I don't know.
11   Q.   Does HTC retain any of the comparisons between the two
12         double key files that it does in connection with the
13         double key process?
14   A.   No, we don't retain any documents related to clients.
15   Q.   Are you familiar at all with the content of any ASTM
16         standards?
17   A.   No.
18   Q.   Do you have any idea what they look like or if they're
19         scientific in nature?
20   A.   I think they're scientific in nature is what I would
21         think.
22   Q.   Is it more difficult or less difficult to convert
23         scientific documents than it would be nonscientific

69

1    Q.   Going back to your expected error rate for double
2          keying, that was based upon HTC's general experience
3          in doing double keying; correct?  Not scientific
4          conversions?
5    A.   It was that -- the percentage that was quoted was for
6          this customer, the expectation of the accuracy rate.
7    Q.   Okay, so that data is different than what you would
8          ordinarily provide a nonscientific customer?
9    A.   I don't recall the percentages.  It depends on the
10         client's expectations.  A client would typically say
11         I'm around 99 percent accurate or I can live with 95
12         percent, so depending on the client needs we would
13         provide that quote.
14   Q.   So you plug in the error rate whatever error rate's
15         requested by the purchaser?
16   A.   Not error rate but accuracy rate.
17   Q.   Okay.  You plug in whatever accuracy rate's requested
18         by the customer for double keying?
19   A.   Yeah, double --
20              MR. STOLTZ:  Objection to form.  Not clear
21         what plug in means.
22   Q.   You can answer.  You already answered it once.
23   A.   Yeah, the accuracy rate is typically -- there are some
24         industry date so, you know, typically 99 percent is
25         what you can get with a double key entry.  If you want

Capital Reporting Company
Bhutada, Vikas  11-05-2014

---

70

1    more than that, you would go for a triple key data
2    entry.  So in this case this is based on what we
3    expect of the content.  In this particular client, we
4    would quote that.  And usually what happens is we
5    would do a test batch, so this particular client also
6    we would have done a test batch which would tell us
7    what accuracy we can achieve with double key entry and
8    based on that we quote.
9    Q.  Okay, was a test batch done for Public Resource?
10   A.  Yes.
11   Q.  And after going through that experience you told
12       Public Resource that they should expect there to be 49
13       characters wrong out of 10,000?
14   A.  That's correct.
15   Q.  And that was based upon what particular standards or
16       documents, if you know?
17   A.  I do not know that.
18   Q.  So -- but if it was a nonscientific standard or
19       document, you would expect an even higher error rate
20       with respect to the scientific documents?
21           MR. STOLTZ:  Objection to form.
22       Mischaracterizes the testimony.
23           MR. COUTILISH:  Same objection.
24   A.  Yeah, with reference to scientific, it is more complex
25       so there could be a higher rate, higher error rate.

---

71

1    Q.  To the best of your knowledge do any of the HTC
2        employees who were doing the conversion have any
3        scientific background?
4    A.  I do not know that.
5    Q.  Is it fair to assume that most of them just have a
6        high school level of education?
7    A.  I would not say most of them.  That is the minimum
8        criteria.
9    Q.  There's no requirement that anybody have any
10       scientific background to do conversion at HTC?
11   A.  There's no such requirement, but there is always a
12       combination of graduates who come from science,
13       commerce and other disciplines.
14   Q.  But you -- HTC made no effort to try to get their
15       persons with scientific backgrounds on this particular
16       conversion project?
17   A.  I do not know that.
18   Q.  Did any of the documents that HTC received from Public
19       Resource contain trademarks owned by third-parties?
20   A.  I do not know that.
21   Q.  Do you know if any of the documents that HTC received
22       from Public Resource contained ASTM trademarks?
23   A.  I do not know.
24   Q.  If there was a logo on a document that was received

---

72

1    with that logo?
2    A.  We would convert that as it came on the document.
3    Q.  Even if the logo was partly graphic in nature?
4    A.  Yeah, if there was an image, we would convert that as
5        an image.
6    Q.  So then you would take the exact image that was
7        provided by Public Resource and put it into your new
8        HTML file?
9    A.  Correct.
10   Q.  Are any mechanisms in place to prevent distortion of
11       those logos in that process?
12   A.  We do not tamper with the image so whatever is the
13       image, we would tag that image and link it to the
14       document, so we do not do anything with the processing
15       of the image.
16   Q.  What mechanism is there, if any, to ensure that, for
17       example, the size of the image remains the same in
18       both files?
19   A.  I do not know that.
20   Q.  So you're not aware of any efforts to make sure that
21       the size remains the same?
22   A.  That's correct.
23   Q.  Did HTC have permission from ASTM to make copies of
24       any of ASTM's works?

---

73

1    PRO.
2    Q.  So ASTM certainly didn't grant you any permissions
3        then?
4    A.  Yeah, we had no communication with ASTM so we had no
5        knowledge of dealing with ASTM for anything.
6    Q.  Do you have any written permission from ASTM to do
7        anything with their standards?
8           MR. COUTILISH:  Objection, asked and
9        answered.  Go ahead and answer again.
10   A.  Like I said, we had no communication with ASTM.
11   Q.  Do you claim to have a license from ASTM in any way?
12   A.  Same answer, we had no communication with ASTM.
13          MR. COUTILISH:  Objection, calls for legal
14       conclusion.
15   Q.  Has HTC made any royalty payments to ASTM for any
16       copies that it made?
17   A.  We have had no dealings with ASTM at all.
18   Q.  Are you aware of any specific instructions from Public
19       Resource as to how to handle any trademarks that were
20       in the files that they identified for conversion?
21          MR. STOLTZ:  Objection, calls for a legal
22       conclusion as to the meaning of trademarks.

---

Capital Reporting Company
Bhutada, Vikas  11-05-2014

74

1   A.  Yes.
2   Q.  Okay.
3          MR. STOLTZ:  Objection, calls for a legal
4   conclusion.
5          MR. COUTILISH:  Same objection.
6   Q.  Do you know if any of the materials that you received
7   from Public Resource contained copyright notices?
8          MR. COUTILISH:  Objection, calls for a
9   legal conclusion.
10  A.  I do not know.
11  Q.  Just so we're clear.  You've seen the C with a circle
12  around it before; do you know that symbol?
13  A.  Yes.
14  Q.  Have you seen any documents that you received from
15  Public Resource that had that symbol in it that you
16  were asked to convert?
17  A.  I haven't seen any of those documents.
18  Q.  If there was a C with a circle around it in any of
19  those documents, what would HTC do with respect to
20  that symbol in the conversion process?
21  A.  We would convert it as it is.
22          (Marked for identification
23          Deposition Exhibit No. 10.)
24  Q.  Going to hand you what's been marked as Exhibit 10.
25  It's an email from Mr. Malamud to HTC delivery

75

1   notification dated March 14, 2013 at 11:36 a.m.
2          First of all, can you identify that as an
3   email sent by Mr. Malamud to HTC?
4   A.  Yes.
5   Q.  Can you describe generally what's going on in that
6   series of communications?
7   A.  It's primarily about the uploading and the downloading
8   of the files, of the documents that were sent by PRO
9   to HTC.
10  Q.  You see in that document there's a reference to some
11  troubles with potentially converting tables?
12  A.  Yes, point number 5.
13  Q.  First of all, do you know what's the problem with
14  those conversions, if there were any at that time?
15  A.  I don't know the problems, no.
16  Q.  Then there's a reference to Mr. Malamud's Oregon -- I
17  don't remember the exact words, I don't have it in
18  front of me, Oregon something.  Let me see.  Oregon --
19  to the Oregon team.  Do you see that here?  We'll have
20  our Oregon team worry about them.  Do you know what
21  that refers to?
22  A.  No.
23  Q.  Do you know who the Oregon team is?
24  A.  No, we don't know.

76

1   unidentified Oregon team?
2   A.  No.
3          (Marked for identification
4          Deposition Exhibit No. 11.)
5   Q.  I'm going to hand you Exhibit 11, which is an email
6   from Mr. Malamud to HTC delivery notification dated
7   August 26, 2012 at 2:46 p.m.
8          Can you identify this document as an email
9   sent by Mr. Malamud to HTC?
10  A.  Yes.
11  Q.  This starts out by saying, 55 more standards in folder
12  to HTC 20120826.  Do you know what standards he was
13  referencing at that point?
14  A.  No.
15  Q.  Do you know if they were standards that were authored
16  by one of the plaintiffs in this case?
17  A.  I do not know, no.
18  Q.  Then he says, same instructions as 20120825.  Then he
19  said, if the text is in the file, use the new work
20  flow.  If it is a scan, use the old double key.  Do
21  you see that?
22  A.  Yeah.
23  Q.  Do you know what the new work flow was?

77

1   in the file?
2   A.  I think he's possibly referencing to some of the plain
3   text, the ASCII text in the file.
4   Q.  At some point in time was there a change in the work
5   flow for Public Resource jobs?
6   A.  Not that I know of.
7   Q.  Does this email suggest that there was a new work flow
8   at some point?
9   A.  Yeah.
10          MR. STOLTZ:  Objection, the email speaks
11  for itself.
12  Q.  Have you communicated with anybody in preparing for
13  this deposition to determine whether or not there were
14  any changes in the work flow for Public Resource
15  projects?
16  A.  I haven't asked that specific question.
17  Q.  Do you know how the work that Public Resource is
18  having HTC Global do is funded?
19  A.  Sorry, say that again.
20  Q.  Do you know how the work that Public Resource is
21  having HTC Global do is funded?
22  A.  I believe it's funded through donations and --
23  Q.  Do you know who the donors are?
24  A.  I don't know who the donors are, no.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

78

1   A.  I remember reading an article which said Google was
2       one of the -- Google had funded, I believe.
3   Q.  Is that the only one you can identify?
4   A.  That's all I can recall.
5           (Marked for identification
6           Deposition Exhibit No. 12.)
7   Q.  Going to hand you Exhibit 12.  It's an email from
8       Mr. Malamud to HTC delivery notification dated October
9       22nd, 2013 at 3:06 p.m.
10          Can you identify that as a series of emails
11      between Mr. Malamud and HTC?
12  A.  Yes.
13  Q.  Actually it's only one email, I misspoke.
14      Mr. Malamud says to HTC delivery
15      notification, thanks.  I really appreciate all the
16      hard work.  I don't have anything more for you right
17      now.  My apologies - we're trying to figure out where
18      our next batch of money is coming from.
19          Do you see that?
20  A.  Yes.
21  Q.  Are you aware of any updates that Mr. Malamud has
22      provided to HTC regarding the next batch of money?
23  A.  No.
24  Q.  Do you know when the last -- what was the last job
25      that HTC did for Public Resource?

79

1   A.  I believe sometime in 2013, August, September.
2   Q.  Have you had any communications with Mr. Malamud
3       regarding additional work since that time other than
4       what's been marked as Exhibit 12?
5   A.  No, I do not recall any communication.
6           MR. FEE:  We need to change videotape so
7       why don't we take a short break.
8           THE WITNESS:  Sure.
9           THE VIDEOGRAPHER:  Off the record at 11:17.
10          (A brief recess was taken.)
11          THE VIDEOGRAPHER:  Back on the record at
12      11:19.
13  BY MR. FEE:
14  Q.  Are you aware of any instances where the image file
15      that HTC received was actually missing pages?
16  A.  I'm not aware of any.
17          (Marked for identification
18          Deposition Exhibit No. 13.)
19  Q.  Going to hand you Exhibit 13, which is an email from
20      Mr. Malamud to HTC delivery notification dated January
21      2nd, 2013 at 11:21 a.m.
22          Can you identify Exhibit 13 as an email
23      from Mr. Malamud to HTC?

80

1       chain of emails.  After Mr. Malamud says thank you he
2       says, there were some missing pages where the sheet
3       feeder skipped.
4           Do you see that?
5   A.  Yes.
6   Q.  What do you understand that to mean?
7   A.  So there are possibly pages missing in the document or
8       in the PDF that Mr. Malamud sent us.
9   Q.  Are you -- you're still not aware after seeing this of
10      any other instances where something like that has
11      happened?
12  A.  I do not recall.
13          MR. COUTILISH:  You're talking about
14      specifically for Public Resource?
15          MR. FEE:  Yes.
16          MR. COUTILISH:  Not for any other clients?
17          MR. FEE:  Just for Public Resource.
18  A.  I'm not aware of any other instances.
19  Q.  Are you aware of any other instances where there's
20      been problems like that for clients other than Public
21      Resource?
22  A.  Yes, that happens.  It's common that during scanning
23      there are missed pages.
24  Q.  Is it also common for there to be duplicates of the
25      same page in a file?

81

1   A.  It's not so common.
2   Q.  Have you encountered instances where that's happened?
3   A.  I don't know of any.
4           (Marked for identification
5           Deposition Exhibit No. 14.)
6   Q.  Going to hand you Exhibit 14, which is another email,
7       this time from Mr. Malamud to Mr. Talwalkar, dated
8       July 17th, 2012 at 6:54 a.m., Bates labeled PRO25943
9       through 44.
10          Can you identify Exhibit 14 as an email
11      from Mr. Malamud to Mr. Talwalkar at HTC?
12  A.  Yes.
13  Q.  I want to draw your attention to the bottom portion of
14      the first page of this document.  Do you see there's
15      an email from Mr. Malamud to HTC dated July 16th at
16      7:39 p.m.?
17  A.  Yes.
18  Q.  The first sentence starts off saying, Thanks.  Do you
19      think the last piece (the NFPA.NEC.2011.PDF) will come
20      in next week or will be the week after?  Do you see
21      that?
22  A.  Yes.
23  Q.  That filename, NFPA.NEC.2011.PDF, does that mean
24      NFPA's National Electric Code from 2011?

Capital Reporting Company
Bhutada, Vikas  11-05-2014

82

1   Q.   Do you know if that code was one of the codes that was
2        converted by HTC on behalf of Public Resource?
3   A.   I would know that that's a file based on this
4        communication.  I don't know about the content of the
5        file.
6   Q.   Did you ever ask anybody what was contained in the
7        files that were copied by HTC on behalf of Public
8        Resource regarding -- that were owned by ASTM, NFPA or
9        ASHRAE?
10            MR. COUTILISH:  Objection to form.  The
11       question assumes legal conclusions.
12  A.   No, I haven't asked.
13  Q.   Did you make any effort to try to figure out whether
14       any ASTM standard was copied or converted by HTC at
15       the request of Public Resource?
16  A.   No, usually we don't deal with the -- with the -- with
17       the content that is -- I mean the subject matter of
18       the content, we don't deal with that.
19  Q.   Do you have any idea what any of the content was that
20       Public Resource asked to be converted by HTC?
21  A.   Yes, we know those are building codes -- based on the
22       names of the project or names of the documents, that

84

1   A.   I've seen this, but I haven't reviewed the document in
2        detail.
3   Q.   Why don't you review it and let me know when you're
4        ready to answer questions about it.
5            (Witness reviews document.)
6   A.   Yes.
7   Q.   Okay.  Turning to page with Bates label PRO5059, it's
8        the second page I think of the document; do you see
9        that?
10  A.   Yes.
11  Q.   I want to focus on the paragraph numbered 7 towards
12       the bottom; do you see that?
13  A.   Yes.
14  Q.   It says -- Mr. Malamud says, what are you using to
15       grab the illustrations?  It says you're loosing, but I
16       think it probably meant you're losing a lot of
17       quality.
18  A.   Yep.
19  Q.   Do you know what's happening there?
20  A.   So there is possibly an example of an illustration
21       that we're trying to convert and there may not be --
22       it is not up to the expected quality so it could be a
23       diagram, it could be a table.
24  Q.   Under what circumstances would HTC be converting
25       illustrations as opposed to just dropping the image as

83

1            (Marked for identification
2            Deposition Exhibit No. 15.)
3   Q.   Going to hand you Exhibit 15, which is an email from
4        Sutbir Randhawa --
5            MR. COUTILISH:  Randhawa.
6            MR. FEE:  Randhawa.
7            MR. COUTILISH:  No, dawa.
8            MR. FEE:  Dawa.
9   Q.   -- to Mr. Malamud, dated June -- no, September 21st,
10       2011 with an attachment, Bates labeled PRO5058 through
11       65.
12           Can you identify Exhibit 15 as an email or
13       series of emails between HTC and Mr. Malamud?
14  A.   Yes.
15  Q.   I want to draw your attention to first of all the
16       bottom of the page of Exhibit 15, first page.  You see
17       it's an email from Mr. Malamud to Mr. Talwalkar?
18  A.   Yeah.
19  Q.   Then if you turn over to page 2, it continues that
20       email chain; do you see that?
21  A.   Yes.
22           MR. STOLTZ:  Excuse me, counsel.  This is a
23       long document and I'd ask that you give the witness
24       time to review it.
25  Q.   Have you seen this document before?

85

1        is from one document into another?
2   A.   Typically if it's a table, they would be expecting us
3        to convert that.  If it is an image, obviously we're
4        not going to do anything with the image.
5   Q.   And this is described as an illustration.
6   A.   Yeah, could be anything.  Could be an image, could be
7        a table.
8   Q.   Besides tables are you aware of any other
9        illustrations or images that were converted by HTC on
10       behalf of Public Resource?
11  A.   I'm not aware of any.
12  Q.   Do you know what the problem was with the quality of
13       this conversion?
14  A.   I don't know.
15           MR. STOLTZ:  Objection to form.  That
16       misstates the testimony.
17  Q.   Is losing a lot of quality a problem?
18           MR. STOLTZ:  Objection to form.
19  A.   Yeah, it's a problem.  It depends on the quality of
20       the image itself, so.
21  Q.   Do you know how if at all this problem was resolved?
22  A.   I don't know.
23  Q.   Do you know that it was resolved?
24  A.   I don't know.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

86

1    it through to HTC's quality control efforts?
2              MR. STOLTZ:  Objection to form.
3    Mischaracterizes testimony.
4    Q.  You can answer.
5    A.  No, I don't know how it went through it.
6    Q.  That image would have gone through the quality control
7    process at HTC; correct?
8    A.  Yes.
9              MR. FEE:  I don't have any more questions
10    at this time.
11             I will note that there were some topics I
12    don't think you were able to answer and we reserve the
13    right to try to recall you on those topics we think
14    it's necessary.
15             Thane or Andrew, do you want to go?
16             MR. ZEE:  Sure, this is Andrew Zee for
17    ASHRAE.  I just had a few additional questions.
18             EXAMINATION
19    BY MR. ZEE:
20    Q.  I believe you mentioned that HTC Global initially had
21    proposed a triple key compare process.  Can you tell
22    me why HTC Global proposed a triple key compare
23    process?
24    A.  Yeah, typically that would go with the quality aspects
25    with client desires a much higher quality, then you go

87

1    with a triple key and if it's expensive, then most
2    times customers come back to double key entry or
3    sometimes they may even not do the double key entry,
4    so it just depends.  It's usually client's choice, not
5    HTC's.
6    Q.  Did Public Resource ever provide any explanation to
7    HTC Global as to why it elected to use the double key
8    compare rather than triple key compare?
9    A.  Thought I recall in one of the communications there
10    was the mention that we'll go with double key.  I'm
11    not sure if there was a reference to any reasoning
12    behind it.
13    Q.  Were you aware in the -- did you ever -- scratch that.
14             Did you ever receive instructions from
15    Public Resource to treat the conversion process
16    differently for any of the plaintiffs' standards that
17    were provided to you?
18             MR. COUTILISH:  Objection to the form of
19    the question.  Go ahead and answer if you can.
20    A.  Sorry, would you be able to repeat the question?  I
21    missed a few words.
22    Q.  I'll withdraw the question and restate it.
23             Did Public Resource provide instructions to
24    HTC Global to treat any of NFPA, ASTM or ASHRAE's
25    standards differently from one another in the

88

1    conversion process?
2    A.  In general clients provide the instructions.  Now, I
3    do not know if it was different from one to another,
4    but with every work order usually the instructions --
5    the instructions are provided in terms of the formats
6    as the documents differ.
7    Q.  If the work order instructions that you would have
8    received cover the plaintiffs' standards from Public
9    Resource were general --
10    A.  Yeah, HTC's process that is there to convert is
11    definitely the generic process, so within that each
12    individual work stream may have different instructions
13    of formatting and how to tag and file naming
14    conventions and things like that.  So that's very
15    typical of any project.
16    Q.  Thank you.
17             I think you testified in response to
18    questioning from ASTM counsel that HTC Global did not
19    have any communication with ASTM?
20    A.  That's correct.
21    Q.  Did HTC Global have any communications with ASHRAE at
22    any time during the conversion process that HTC Global
23    performed?

89

1    conversion process that it performed?
2              MR. STOLTZ:  Objection, form.  Calls for a
3    legal conclusion.
4              MR. COUTILISH:  Same objection.
5    A.  No, we haven't dealt with any of those organizations
6    directly.
7    Q.  Did HTC Global ever receive any authorization from
8    Public Resource regarding permissions from any of the
9    plaintiffs: NFPA, ASTM or ASHRAE?
10             MR. STOLTZ:  Objection to form.
11    A.  No, we have not received any documentations to that
12    regard from anybody.
13    Q.  Do you know how many of the plaintiffs' standards in
14    total HTC Global would have converted on behalf of
15    Public Resource?
16    A.  No.
17    Q.  Do you know how many of plaintiffs' standards were
18    provided by Public Resource to HTC Global?
19    A.  No, we don't.
20             MR. ZEE:  Thank you.  Nothing further from
21    ASHRAE.
22             MR. REHN:  Hello, this is Thane Rehn on
23    behalf of the NFPA and I've got a few questions for
24    you as well.
25             THE WITNESS:  Sure.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

90

1          EXAMINATION
2    BY MR. REHN:
3    Q.   I'd like to start by going back to this issue of the
4        double keying the document.  You said that generally
5        the triple keying is a more accurate way of converting
6        documents; right?
7    A.   Yes.
8    Q.   Is it the -- I believe you testified earlier that
9        documents containing scientific or technical
10       information are more difficult to convert accurately?
11          MR. STOLTZ:  Objection, misstates the
12       testimony.
13   A.   Yes, scientific in the sense where there are formulae
14       or there are mathematical equations, not the text part
15       of it.
16   Q.   If there is -- does HTC Global generally perform
17       triple keying on scientific or technical documents?
18   A.   Generally not.
19   Q.   Why did HTC Global propose a triple keying on these
20       documents, the standards at issue here?
21   A.   I believe that was initially requested by the client
22       for -- for achieving the higher accuracy or initially
23       they wanted to find at least the possibility of doing
24       it with the cost, the cost estimate.
25   Q.   I'd like to go back to an exhibit that you looked at

91

1        previously.  I believe it was Exhibit 14.
2    A.   Okay.
3    Q.   I believe that's the one that contains an email from
4        Carl Malamud to HTC delivery notification dated July
5        16th, 2012.
6    A.   Okay.
7          MR. STOLTZ:  No, that's not number 14,
8        counselor.
9          THE WITNESS:  The bottom was probably.
10       That's what it's referring to.
11          MR. STOLTZ:  Oh, excuse me, my mistake.
12   Q.   It is Exhibit 14?
13   A.   Yeah.  Are we talking about 7:39 p.m., July 16, 2012?
14   Q.   I believe so.  I may be looking at -- this is the one
15       that -- it's an email from Carl Malamud says, thanks.
16       Do you think the last piece will come in?
17   A.   Yes.
18   Q.   He says, we're getting a release date firmed up.  Do
19       you see that?
20   A.   Yeah.
21   Q.   Do you understand the release date to be in reference
22       to the document labeled NFPP.NEC.2011.PDF?
23          MR. STOLTZ:  Objection, the document speaks
24       for itself.
25   A.   Yes, that's what I believed.

92

1    Q.   Did Public Resource communicate to HTC Global that the
2        documents HTC Global was converting were going to be
3        released publicly?
4    A.   I do not recall them specifically telling us that.
5    Q.   Was HTC Global aware that the plan was for these
6        documents to be released publicly?
7    A.   Yeah, in general, knowing the nature of the customer,
8        yeah.
9    Q.   HTC Global did not receive any assurances from Public
10       Resource, let's just start with this document at issue
11       here, the NEC.2011, that Public Resource was
12       authorized to release it publicly?
13          MR. STOLTZ:  Objection, asked and answered.
14   A.   Yeah, we haven't received anything specific to that,
15       no.
16   Q.   That applies to all of the standards from NFPA?
17   A.   Yes.
18          MR. STOLTZ:  Same objection.
19   Q.   Is there an answer?
20   A.   Yes.
21   Q.   As to all of the standards for -- just to confirm.  As
22       to all of the standards from NFPA, there was no
23       communication from Public Resource that it was

93

1          MR. STOLTZ:  Same objection.
2    A.   That's correct, we don't have any specific
3        communication in that respect.
4    Q.   And you also don't have any communication suggesting
5        that Public Resource was authorized to make copies of
6        these documents?
7    A.   That's correct.
8    Q.   And did HTC Global communicate with NFPA regarding any
9        authorizations to make copies of these documents?
10   A.   No.
11   Q.   Did HTC Global receive or attempt to receive any
12       permission from NFPA to make copies of these
13       documents?
14   A.   No.
15   Q.   Or to prepare them for public release?
16          MR. STOLTZ:  Objection to form.
17   A.   No, we -- we dealt directly with PRO.  They provided
18       us the documents, we provided them back, back the
19       format.
20   Q.   Did HTC Global have any internal discussions about the
21       copyright status of the NFPA standards?
22   A.   No.
23   Q.   Do you know how many NFPA standards HTC Global

94

1   Q.  You discussed earlier the document retention policies
2       and practices and with respect to the standards you
3       converted for Public Resource you didn't maintain
4       copies of those standards either in the form Public
5       Resource sent to you or in the converted form; is that
6       right?
7   A.  That's correct.
8   Q.  And is that consistent with HTC Global's common
9       practice?
10  A.  Yes.
11  Q.  Common practice is not to maintain copies either of
12      the documents you receive or the documents you
13      transmit back to clients?
14  A.  Exactly.
15  Q.  And is it consistent with HTC Global's common
        practice
16      not to conduct any inquiry or discussion regarding the
17      copyright status of the works received from clients?
18  A.  Yes.
19  Q.  Do you know what the reasons that practice is?
20  A.  Usually the clients are the ones who get the content,
21      they deal with the copyrights and we have no means of
22      knowing what copyrights clients have or what they
23      don't.  Clients deal with that aspect typically.
24  Q.  It's your understanding that the client maintains the
25      responsibility for assuring that it has the

95

1       appropriate copyright permission?
2   A.  Yes.
3   Q.  You would expect a client of HTC Global to comply
        with
4       applicable copyright law?
5   A.  Yes.
6   Q.  Has HTC Global had any communications with
        Public
7       Resource about this lawsuit since it was filed?
8   A.  No.
9   Q.  Has HTC Global been involved -- ever been involved
        in
10      litigation regarding copyright of other documents it
11      has converted or copied for other clients?
12  A.  No.
13          MR. STOLTZ:  Just like to note for the
14      record that's outside the scope of the 30(b)(6) so --
15      well, just like to note that for the record.
16          MR. REHN:  I think that's all the questions
17      that I have.
18          MR. STOLTZ:  I have some questions, but if
19      folks don't mind, I'd like to take a break.
20          THE VIDEOGRAPHER:  Off the record at
        11:53.
21          THE COURT REPORTER:  Mr. Zee, Mr.
        Rehn,
22      this is the court reporter.  Are you going to order?

96

1       verbal authorization on the record.  And you say yes?
2           MR. REHN:  Yes.
3           THE COURT REPORTER:  And Mr. Zee?
4           MR. ZEE:  Yes, we will be.
5           THE COURT REPORTER:  Mr. Stoltz?
6           MR. STOLTZ:  Yes.
7           THE COURT REPORTER:  And do you need a
8       copy?
9           MR. COUTILISH:  Yes, we will need a copy.
10          THE COURT REPORTER:  Thank you.
11          (A brief recess was taken.)
12          THE VIDEOGRAPHER:  On the record at
        12:02.
13              EXAMINATION
14  BY MR. STOLTZ:
15  Q.  Thank you for your time today, Mr. Bhutada.
16  A.  Thank you.
17  Q.  I just have a few questions.
18          In general what types of documents does --
19      do the teams that you supervise digitize?
20  A.  Well, the documents vary really.  They go into
21      manuscripts, newspapers, manuals, microfilms,
22      microfiche, scan images, all over the map, land
23      records.
24  Q.  Are some of the documents that your teams digitize
25      technical documents?

97

1   A.  Can you clarify what do you mean by technical
2       documents?
3   Q.  Would you characterize some of the work that your
4       teams do as digitizing technical documents?
5           MR. COUTILISH:  Please define -- objection,
6       please define the word technical in the context of
7       your sentence.
8   Q.  Well, earlier you characterized the documents that
9       were digitized for Public Resource as technical
10      documents so in the sense that you were using that
11      word before, would you characterize other work that
12      you have done for other clients as technical
13      documents?
14  A.  Oh, maybe -- what I was referring to as the technical
15      documents was more to do with the technical
16      specifications of the work that we did for public
17      relations, not -- not necessarily the documents
18      specified by Public Resource.
19  Q.  And I'm sorry, when you said public relations, did
        you
20      mean to say Public Resource?
21  A.  I'm sorry, Public Resource, yes, that was a mistake.
22      PRO, that's Public.Resource.Org.
23  Q.  Do your teams digitize documents that contain
24      mathematical formulas?
25  A.  Yes.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

98

1   Q.  Do your teams digitize documents that contain
2       scientific information?
3   A.  Yes.
4   Q.  Do your teams digitize documents that are government
5       records?
6   A.  Yes.
7   Q.  Do your teams digitize documents that you would
8       characterize as legal documents?
9   A.  Yes.
10  Q.  Do your teams digitize documents for which accuracy is
11      important?
12          MR. FEE:  Objection, vague.
13  A.  Yes.
14  Q.  In your experience is it typical to use double keying
15      for technical documents, as you've used that term?
16  A.  Yes.
17  Q.  Is it typical in your experience to use double keying
18      for documents with scientific information?
19  A.  I would say yes with a qualification.  It usually
20      depends on the client, the budgets the clients have
21      available to convert and what kind of accuracy they're
22      looking at.
23  Q.  About what proportion of your digitizing work of the
24      teams that you supervise use double keying?

99

1       very large percentage.  It's not more than 50 -- I
2       wouldn't say it is more than 50 percent.
3   Q.  I'm sorry, 50, 5-0?
4   A.  Yeah.
5   Q.  About what proportion of your work is triple keying?
6   A.  Very little if at all.  Very, very small, small
7       percentage.
8   Q.  What proportion of your work uses a single person to
9       key or OCR?
10  A.  Majority of the work is usually scanning OCR and QC.
11      More than 50 percent of the work would be without --
12      without double key or triple key entry.
13  Q.  If OCR is used -- I'm sorry, strike that.
14          If a reviewer uses OCR on a source page, is
15      it typical for that reviewer to compare the results of
16      the OCR against the image?
17  A.  Yes.
18  Q.  If a reviewer uses OCR, is it typical for the reviewer
19      to also manually key a portion of the page?
20  A.  It depends.  If there are small corrections, if the
21      volume of corrections is small, they would correct it.
22      If it is the entire page needs to be keyed in, then it
23      would be passed onto a different -- to a different
24      group, it would not be the reviewer himself or
25      herself.

100

1   Q.  So if a reviewer uses OCR, does the reviewer correct
2       any errors made by the OCR software?
3          MR. FEE:  Objection, lack of foundation.
4   A.  It depends.  It depends on the nature of the
5       correction, the extent of the correction.  If it's a
6       small correction, they have an ability to do it; if
7       it's a major correction, they would pass it back to
8       the data entry group.
9   Q.  In such a case what would the data entry group do?
10  A.  They would refer it back to -- they would look at the
11      type of the problem, whether it's related to the
12      image, if HTC is doing the scanning, in instances they
13      may try and rescan the image.  If it's sent by the
14      customer, they would flag it as an exception to the
15      customer and send it back to the customer with the
16      problem.
17  Q.  And the process that you've just described to me, was
18      that the process that HTC used for Public Resource?
19          MR. FEE:  Objection, form.
20  A.  That's correct.  Yes.  Basically there are multiple
21      processes depending on the type of content and we
22      described those in the document, which was there,
23      which we shared earlier, double key and compare entry.
24      As you see, there is a description there by each
25      stream of work so those are the work stream 1, 2 and

101

1       3.
2   Q.  So I'm speaking now about the work that HTC did for my
3       client, Public Resource.
4   A.  Correct.
5   Q.  Did -- in the course of that project when OCR was
6       used, did a reviewer check the results of the OCR
7       process for accuracy?
8          MR. FEE:  Objection, vague.
9   A.  Yes.
10  Q.  If I could refer you back to the document that was
11      labeled 15.
12          Would you say this document describes a
13      process of creating HTML pages?
14  A.  Yes.
15  Q.  In your experience when using HTML, can there be more
16      than one way to format a particular set of text?
17          MR. FEE:  Objection, beyond the scope of
18      the notice.
19  Q.  You can answer.
20  A.  I didn't understand the question correctly.
21  Q.  Well, withdraw the question and I'll ask -- I'll ask
22      this.
23          You've had a chance to read this email?
24  A.  Yes.

Capital Reporting Company
Bhutada, Vikas  11-05-2014

102

1     concerns the formatting of pages?
2   A.  Yes.
3   Q.  Would you say the discussion in this document concerns
4     the accuracy of the text?
5         MR. FEE:  Objection to form.
6   A.  Some part of the discussion, yes.
7   Q.  In general, speaking now in general, when the teams
8     that you supervise are digitizing documents for a
9     customer and the customer alerts you to a mistake,
10    what is HTC's typical response?
11  A.  HTC would typically look back at the content, go back
12    to our content conversion team, look at the content,
13    check whether it is to do with the source -- source of
14    the image or is it somewhere around in the work flow
15    if there is an error, if it's an operator error or a
16    machine error or whatever or if the filename is missed
17    out, we would analyze that.
18  Q.  And if you find the problem to be an error, what do
19    you do?
20  A.  We would correct the batch and resend it to the
21    client.
22  Q.  Would your team note that error so as to avoid
23    repeating it in the future?
24  A.  Yes.

103

1     correct them?
2         MR. FEE:  Objection, vague.
3   A.  Yes, in general that would be the stance is any errors
4     that are there, we would correct and send it back to
5     the client.  I do not know about the specific ones
6     you're talking about.
7   Q.  Do you have any reason to believe that any errors
8     pointed out by Mr. Malamud were not corrected by your
9     team?
10  A.  No.
11  Q.  And if I could direct your attention to the document,
12    the exhibit that was labeled 13.
13  A.  Yeah.
14  Q.  If you'll note at the top of that email where it says
15    there was some missing pages where the sheet feeder
16    skipped, I've put bluebook rev1.pdf on the server that
17    has all the pages.  Did your teams having received
18    this email use the version that Mr. Malamud referred
19    to on the server?
20        MR. FEE:  Objection, lack of foundation.
21  A.  I would imagine so.
22  Q.  Do you have any reason to believe that they did not?
23  A.  No.
24        MR. FEE:  Same objection.
25        MR. STOLTZ:  I'll just point out again that

104

1     the witness is speaking for the corporation.
2         Okay, that's all I have.
3         THE WITNESS:  Thank you.
4         MR. STOLTZ:  Thank you, sir.
5         MR. FEE:  I have a few more follow-ups in
6     light of all that.
7         REEXAMINATION
8   BY MR. FEE:
9   Q.  If accuracy is very important to a client, then it
10    would be better to use triple keying than double
11    keying; correct?
12  A.  Yes, accuracy and the cost, as I said, are the two
13    parameters which typically determine -- determine the
14    reason for -- determine the approach.
15  Q.  So if accuracy is important to the client, they should
16    use triple keying?
17        MR. COUTILISH:  Objection, asked and
18    answered.  Answer again.  You don't have to change
19    your answer just because the question's asked a second
20    time.
21  A.  Yeah, it's the same answer.
22  Q.  So what's the answer?
23  A.  It depends on the -- I mean, there are two parameters
24    which determine what should be done, the cost of the
25    page and the -- and whether it's triple key, double

105

1     key or single key, it all depends.
2   Q.  And if accuracy is the most important consideration,
3     then you would use triple key?
4   A.  Yes.
5   Q.  Do you know how many characters appear on a common
6     page?
7         MR. COUTILISH:  Objection to the form of
8     the question.
9   Q.  Let me withdraw it.
10        On an average page how many characters are
11    there?
12        MR. COUTILISH:  Same objection.  What is an
13    average page?
14  Q.  You can answer.
15  A.  It's about 4,000.
16  Q.  And if we go back to the error rate or the accuracy
17    rate that's identified in Exhibit 2, you told me that
18    you'd expect 49 errors in 10,000 based on this
19    percentage; right?
20  A.  Yeah, that's correct.
21  Q.  And so every two and a half pages approximately, 49
22    errors on an average page of 4,000 per page?
23  A.  Like I said --
24        MR. STOLTZ:  Objection to form.
25  A.  Yeah, like I had said earlier, that is the

Capital Reporting Company
Bhutada, Vikas  11-05-2014

106

1   tolerance --
2   Q.  Okay.
3   A.  -- level.
4   Q.  So that's the level that's still deemed to be
5       acceptable?
6   A.  That's permissible, yeah.
7   Q.  Okay.  So in a two and a half page document, if it has
8       an average of 4,000 characters per page, you would
9       expect there to be 49 -- or not expect -- 49 mistakes
10      would be within the tolerance?
11  A.  Yes.
12          MR. STOLTZ:  Objection to form.
13  Q.  Do you have any personal knowledge of regarding any
14      efforts to correct problems that were identified by
15      Mr. Malamud?
16          MR. COUTILISH:  Are you asking him or HTC?
17          MR. FEE:  I'm just asking what he
18      personally knows.
19          MR. COUTILISH:  Okay.
20  A.  I would -- I personally wouldn't know, but in general
21      HTC would always correct errors identified by the
22      clients.
23  Q.  During the course of your investigation in connection
24      with this deposition, did you learn any information

107

1       identified by Mr. Malamud and corrective action was
2       taken by HTC?
3   A.  I haven't noticed anything of that sort, but there is
4       nothing which also says that the errors were not
5       corrected.
6           MR. FEE:  I have no other questions.
7           THE WITNESS:  Thank you.
8           MR. STOLTZ:  I have one additional
9       question.
10          MR. FEE:  These guys might want to go
11      first.
12      Thane or Andrew, do you have anything?
13          MR. REHN:  I have nothing further, no.
14          MR. ZEE:  And the same here, nothing
15      further for me.
16          MR. FEE:  Okay.
17          MR. STOLTZ:  I'm sorry, two additional
18      questions.
19          THE WITNESS:  Sure.
20          REEXAMINATION
21  BY MR. STOLTZ:
22  Q.  Are double keying and triple keying the only way that
23      a client can assure the accuracies of a digitization
24      project?
25  A.  There are additional means.  Customers also do a

108

1       quality assurance check on their end.  So the
2       customers, after the data entry is completed, they do
3       quality assurance as well.
4   Q.  In your experience do some customers opt for double
5       keying and employ other quality assurance mechanisms
6       on their end?
7   A.  It is rare.  I haven't seen anyone employing people
8       specifically to do that, but if they have employees
9       who are usually clients with quality assurance group,
10      they would do it internally, they choose to depending
11      on the sensitivity of the document and the specific
12      fields in the document.
13          MR. STOLTZ:  Okay, nothing further.  Thank
14      you.
15          THE WITNESS:  Okay, thank you.
16          MR. FEE:  I have nothing else.
17          MR. COUTILISH:  Thank you.
18          THE VIDEOGRAPHER:  This concludes the
19      deposition and we are off the record at 12:23.
20      (Discussion held off the record.)
21      (Deposition concluded at 12:23 p m.)
22          *   *   *
23
24
25

109

1   State of Michigan)
2   County of Genesee)
3           Certificate of Notary Public
4       I do hereby certify that the witness, whose testimony
5   was taken in the above-entitled matter, was first duly sworn
6   to tell the truth; the testimony contained herein was
7   reduced to writing in the presence of the witness by means
8   of stenography; afterwards transcribed; and is a true and
9   complete transcript of the testimony given by the witness.
10      I further certify that I am not connected by blood or
11  marriage with any of the parties; their attorneys or agents;
12  and that I am not interested, directly, indirectly or
13  financially, in the matter of controversy.
14      In witness whereof, I have hereunto set my
15  hand this 14th day of November, 2014.
16
17

18          Jeanette M. Fallon, CRR/RMR/CLR/CSR-3267
19          Certified Realtime Reporter
20          Registered Merit Reporter
21          Certified LiveNote Reporter
22          Certified Shorthand Reporter
23          Notary Public, Genesee, Michigan
24          Acting in Oakland County, Michigan

Capital Reporting Company
Bhutada, Vikas  11-05-2014

Page 1

**1**

**1** 4:19 6:4,5
    11:21,22 12:9,14
    14:12,21,22
    61:16,20
    66:18,24 100:25

**1,000** 36:15
    37:6,7,25

**1/2/13** 5:13

**1:13-CV-01215-
    EGS** 1:14 6:7

**10** 5:10 9:24 10:2
    74:23,24

**10,000**
    37:5,11,13,25
    70:13 105:18

**10/22/13** 5:12

**10:27** 55:25

**10:36** 56:3

**100** 37:17 38:12
    39:3,4

**101** 3:7

**104** 4:11

**107** 4:12

**11** 4:19 5:11 12:18
    17:19 76:4,5

**11/9/12** 5:6

**11:17** 79:9

**11:19** 79:12

**11:21** 79:21

**11:29** 63:8

**11:36** 75:1

**11:53** 95:20

**111** 2:3

**12** 5:12 14:12
    78:6,7 79:4

**12:02** 96:12

**12:23** 108:19,21

**12-point** 62:9

**13** 5:13
    79:18,19,22
    103:12

**14** 5:14 55:14,15
    75:1 81:5,6,10
    91:1,7,12

**14-page** 55:12

**14th** 109:15

**15** 5:15 9:24 10:2
    55:13,16
    83:2,3,12,16
    101:11

**16** 91:13

**16th** 81:15 91:5

**17th** 66:5 81:8

**1900** 1:23

**1982** 16:8

**1995** 18:9,10

**2**

**2** 4:20 35:22,23
    83:19 100:25
    105:17

**2/25/12** 5:7

**2:46** 76:7

**20** 54:17

**2000** 1:23 20:24

**20004** 2:3

**2010** 19:19 35:24

**2011** 64:22 81:24
    83:10

**2012** 60:16 63:8
    66:5 76:7 81:8
    91:5,13

**20120825** 76:18

**20120826** 76:12

**2013** 56:9 75:1
    78:9 79:1,21

**2014** 1:21 6:2,10
    109:15

**202.739.5215** 2:4

**21st** 83:9

**220** 2:12

**22nd** 78:9

**2300** 3:7

**248.375.1000** 2:13

**25** 63:8

**26** 64:22 76:7

**27th** 3:3 35:24

**2nd** 79:21

**3**

**3** 4:21 36:17
    39:23,24
    40:11,13,19,23
    41:6,9,15
    67:6,23 101:1

**3/14/13** 5:10

**3:06** 78:9

**30(b)(6** 95:14

**30th** 56:9

**35** 4:20

**39** 4:22

**4**

**4** 4:23 12:14 14:21
    47:22,23 48:4
    61:18

**4,000** 105:15,22
    106:8

**415.318.1200** 3:8

**415.436.9333** 2:8

**415.512.4000** 3:4

**44** 5:14 81:9

**46** 5:9 66:6

**47** 4:24

**48098** 2:12

**49** 36:18
    37:5,11,13,18,23
    38:23,24 70:12
    105:18,21 106:9

**5**

**5** 1:21 5:5 6:2
    22:14 56:5,7,20
    75:12

**50** 5:5 56:9
    99:1,2,3,11

**5-0** 99:3

**55** 76:11

**56** 5:5 57:2

**560** 3:3

**5700** 2:12

**5th** 6:10

**6**

**6** 5:6 60:13,14,17

**6,000** 22:16

**6:54** 81:8

**60** 5:6

**63** 5:7

**64** 5:8

**65** 4:20 5:15 36:1
    83:11

**66** 5:9

**7**

**7** 4:7 5:7 63:5,6,9
    84:11

**7:39** 81:16 91:13

**74** 5:10

**76** 5:11

**78** 5:12

**79** 5:13

Capital Reporting Company
Bhutada, Vikas 11-05-2014
Page 2

---
8
---

**8** 5:8 64:18,19,24 65:2

**8/26/12** 5:11

**81** 5:14

**815** 2:7

**83** 5:15

**850** 22:18

**86** 4:8

---
9
---

**9** 5:9 17:13 60:16 66:2,3,7

**9:11** 1:22 6:10

**9:28** 35:24

**90** 4:9

**90s** 17:14

**9-19-18** 109:25

**94** 5:8 64:23

**94105** 3:3,8

**94109** 2:8

**95** 69:11

**96** 4:10

**99** 37:25 69:11,24

**99.51** 37:20 38:8,15,18

---
A
---

**a.m** 1:22 6:10 35:24 63:8 75:1 79:21 81:8

**ability** 100:6

**able** 36:25 86:12 87:20

**above-entitled** 109:5

**acceptable** 106:5

**accepted** 38:17

**account** 19:15

**accuracies** 107:23

**accuracy** 35:11 36:9,13,16,18,22 37:1,17 38:9,16,18,25 41:14 69:6,16,17,23 70:7 90:22 98:10,21 101:7 102:4 104:9,12,15 105:2,16

**accurate** 33:19 34:21 35:2 39:6 69:11 90:5

**accurately** 41:6 90:10

**achieve** 36:16,18 37:17 70:7

**achieving** 90:22

**Acting** 109:24

**action** 107:1

**actual** 38:25

**actually** 25:23 29:25 32:21 43:21 67:19 78:13 79:15

**added** 57:5

**addition** 62:4

**additional** 12:19 79:3 86:17 107:8,17,25

**address** 15:7,10 56:13,15 58:18 60:21

**adequately** 15:7

**afterwards** 109:8

**against** 99:16

**agents** 109:11

**ago** 17:13

**agreement** 28:13,23,24 29:3,10,20 30:4

**agreements** 27:20

**ahead** 30:8 52:21 73:9 87:19

**Air** 1:10 7:2

**alerted** 102:25

**alerts** 102:9

**alliances** 18:16

**already** 19:21 30:17 44:21 61:5 69:22

**altered** 26:14,16,17

**am** 109:10,12

**American** 1:4,9 7:1

**amount** 50:25

**analyze** 102:17

**Andrew** 3:7 6:25 86:15,16 107:12

**answer** 8:12 9:13 30:8 41:22 45:11 53:22 54:21,22 57:20 69:22 73:9,12 84:4 86:4,12 87:19 92:19 101:19 104:18,19,21,22 105:14

**answered** 30:8 53:21 69:22 73:9 92:13 104:18

**answer's** 8:14

**anybody** 10:7 11:5,8,16 29:24 71:9 77:12 82:6

89:12

**anyone** 9:1 10:4 108:7

**anything** 10:14 18:5 24:1 25:6 27:13 38:17 41:9,13 42:17 44:4,20 47:4 52:1,13 62:6,12 68:4 72:14 73:5,7 78:16 85:4,6 92:14 107:3,12

**apologies** 78:17

**appear** 62:5 105:5

**appearing** 2:5,10,14 3:2,5,7,10 6:22 7:7

**appears** 49:13

**applicable** 95:4

**application** 22:8

**applies** 92:16

**appreciate** 78:15

**approach** 20:5,8 34:22 104:14

**appropriate** 27:16 95:1

**approximately** 105:21

**area** 17:20

**aren't** 45:15

**arrived** 36:22

**article** 78:1

**articles** 26:8

**ASCII** 50:11 77:3

**ASHRAE** 3:10 44:4,24 45:8 51:7,13 55:3 59:23,25 61:14

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 3

62:1 63:17 67:4
82:9 86:17
88:21,25 89:9,21

**ASHRAE's** 87:24

**aspect** 94:23

**aspects** 27:11,12
86:24

**associated** 6:14

**Association** 1:8
7:6

**assume** 49:3 57:8
71:5

**assumes** 82:11

**assurance**
33:17,21,25
34:5,8 35:4
44:21 55:11
65:10
108:1,3,5,9

**assurances** 92:9

**assure** 107:23

**assuring** 94:25

**ASTM** 1:5 2:5
6:6,18
44:4,10,23 45:2
46:17 47:2
51:7,13 55:3
57:11,17
58:6,20,23 59:20
60:3,6 61:2,14
62:1 63:17 67:4
68:15 71:22
72:23,25
73:2,4,5,6,10,11,
12,15,17 82:8,14
87:24 88:18,19
89:9

**ASTM's** 15:19
46:21 72:24

**attachment**
12:9,14 14:22
83:10

**attempt** 93:11

**attempted** 12:25

**attend** 16:12,15

**attending** 16:17

**attention** 79:25
81:13 83:15
103:11

**attorney-client**
9:15

**attorneys** 109:11

**Auditor** 17:11

**August** 35:24 76:7
79:1

**authored** 47:2
76:15

**authorization** 89:7
96:1

**authorizations**
93:9

**authorized**
92:12,24 93:5

**auto** 59:15,16

**automatically**
25:25

**Automotive** 17:18

**available**
24:6,21,22 26:9
32:23 38:13
46:10 98:21

**Avenue** 2:3

**average** 37:24
38:9,25
105:10,13,22
106:8

**avoid** 102:22

**aware** 19:17,20,23
22:24 23:14 24:1
26:22 27:5,9,25
28:9
29:2,7,17,23

30:5,10,13,21
32:15,17 33:13
39:15 40:8
41:13,16 45:13
46:3,19,20 47:8
53:10 55:2,4
62:13 64:9,12
68:4 72:20 73:18
78:21 79:14,16
80:9,18,19
85:8,11 87:13
92:5

**azee@kslaw.com**
3:9

---
**B**

**bachelor's** 16:21

**background**
16:1,10 31:14
71:3,10

**backgrounds**
71:15

**bad** 42:6,12

**Bahrain** 17:19

**based** 29:6 38:7
43:9 54:12 69:2
70:2,8,15
82:3,21 105:18

**basically** 24:4,24
25:18 26:9
100:20

**batch** 70:5,6,9
78:18,22 102:20

**Bates** 4:20
5:5,8,9,14,15
35:25 56:8 64:23
66:5 81:8 83:10
84:7

**became** 19:17,23
30:5

**become** 19:20,21
30:10

**begins** 6:4

**behalf** 2:5,10,14
3:5,10
6:18,20,23 7:1,5
11:16 15:4 44:23
45:2 51:14 58:2
82:2,7 85:10
89:14,23

**behind** 87:12

**believe** 14:8 30:7
48:20 56:25
77:22 78:2 79:1
86:20 90:8,21
91:1,3,14
103:7,22

**believed** 91:25

**Besides** 10:16 11:4
17:4 22:4 30:17
85:8

**best** 11:16 14:10
15:17 22:2 60:2
71:1

**better** 104:10

**beyond** 101:17

**Bhutada** 1:20 4:5
6:5 7:8,18 96:15

**B-H-U-T-A-D-A**
7:20

**bit** 66:23

**bitonal** 49:19

**blood** 109:10

**blue** 63:20 64:1

**bluebook.rev1.pdf**
103:16

**board** 31:12

**BOCKIUS** 2:2

**book** 53:25

**border** 62:25

**borders** 62:12,13

**bottom** 12:15

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 4

56:25 81:13
83:16 84:12 91:9
**break** 39:20
55:21,23 79:7
95:19
**brief** 9:24 56:1
79:10 96:11
**briefed** 20:3
**briefly** 15:25
**bring** 26:1 31:12
**Broadly** 31:5
**budgets** 98:20
**building** 61:20,25
82:21,23
**business** 10:8,9
13:5 18:3,11
19:1,2,3,4,13,19,
25
20:1,4,7,11,16,2
1 21:2,9,14
22:9,12 23:19
38:6 48:15
**businesses** 22:5,6

———————————
C
**CA** 2:8 3:3,8
**capabilities** 32:13
**capacities** 31:24
**Capital** 6:12,14
**Carl** 11:11,17 57:1
67:23 91:4,15
**Carl@media.org**
35:25
**carried** 33:15
**carry** 28:19
**case** 1:13 6:7 14:13
34:24 35:8 37:24
42:14 44:2 45:16
47:2 64:5 70:2
76:16 100:9

**cases** 43:11 82:24
**catch** 36:24
55:7,11,18
**caveats** 66:22,23
**Center** 1:23
**certainly** 73:2
**certificate** 63:20
64:1 109:3
**certification**
17:8,12
**certifications** 17:5
**Certified** 17:11
109:19,21,22
**certify** 109:4,10
**chain** 21:10 65:13
80:1 83:20
**challenges** 21:7
**chance** 12:2 36:2
66:12 101:23
**change** 57:24 77:4
79:6 104:18
**changes** 47:14
77:14
**character** 42:9
52:4 53:13
**characterize**
97:3,11 98:8
**characterized** 97:8
**characters**
36:15,17,19
37:6,14,19,23
47:15 48:17,20
50:2 61:11 70:13
105:5,10 106:8
**chart** 47:23 48:23
**check** 33:23 101:6
102:13 108:1
**checks** 31:12
**Chennai** 31:25

**C-H-E-N-N-A-I**
31:25
**choice** 87:4
**choose** 108:10
**circle** 74:11,18
**circumstances**
27:7 84:24
**CISA** 17:11
**claim** 73:11
**clarify** 28:1 33:11
97:1
**clarity** 49:22
**clean** 43:16
**clear** 33:4 69:20
74:11
**client** 27:14 50:7
51:18 52:14
59:10 69:10,12
70:3,5 86:25
90:21 94:24 95:3
98:20 101:3
102:21 103:5
104:9,15 107:23
**clients** 21:17
27:10,16 39:12
58:16,24 68:14
80:16,20 88:2
94:13,17,20,22
95:11 97:12
98:20 106:22
108:9
**client's** 57:24
69:10 87:4
**Clients** 94:23
**Close** 22:16
**code** 25:4,20 26:4
81:24 82:1
**codes** 61:20,25
82:1,21,23
**collect** 13:12

**collection** 13:9
**college** 16:5
**COLUMBIA** 1:2
**column** 36:13
48:19 49:6,10
**combination** 71:12
**coming** 78:18
**command** 21:10
**commerce** 71:13
**Commission**
109:25
**common** 80:22,24
81:1 94:8,11,15
105:5
**communicate** 92:1
93:8
**communicated**
77:12
**communicating**
21:6
**communication**
15:12,15 27:4
31:16 33:11
34:17 39:18 47:7
66:14 67:22
73:4,10,12 79:5
82:4 88:19 92:23
93:3,4
**communications**
9:10,11,18 23:14
27:1 30:11 34:18
39:15 58:22,23
65:5 66:15 75:6
79:2 87:9 88:21
95:6
**companies** 26:10
**company** 6:12
17:17,19,21
18:1,2 20:3
21:11 26:19
**compare** 4:21

35:13,14 36:9,10
37:4 38:16
39:5,8,11,14,17
40:1,5
43:4,10,18
86:21,22 87:8
99:15 100:23

**compared** 37:8,15

**comparisons** 68:11

**complete** 46:24
58:12 109:9

**completed** 33:1
57:1 108:2

**complex** 70:24

**comply** 95:3

**concerns** 102:1,3

**concluded** 108:21

**concludes** 108:18

**conclusion**
73:14,22 74:4,9
89:3

**conclusions** 82:11

**Conditioning** 1:11
7:2

**conduct** 94:16

**conducted**
13:17,18,20

**confirm** 92:21

**confusing** 29:16

**connected** 109:10

**connection** 22:25
26:23 30:15
41:10 56:20
68:12 106:23

**consideration**
105:2

**consistent** 94:8,15

**construction** 82:23

**contacts** 23:17

**contain** 57:4 71:19
97:23 98:1

**contained** 48:13
71:22 74:7 82:6
109:6

**containing** 90:9

**contains** 91:3

**content** 18:6
20:15,20
21:1,5,9,14
22:4,12,22
23:1,4,25
24:3,5,20 26:24
27:14 30:24
31:7,20,23
32:11,18,22 33:1
34:6 50:7
53:6,17 58:10
60:24 62:14 65:8
66:11 68:15 70:3
82:4,17,18,19
94:20 100:21
102:11,12

**CONTENTS** 4:1

**context** 97:6

**continued** 3:1

**continues** 57:2
83:19

**contract** 28:11

**contractors** 22:25
23:4

**control** 14:11
36:24 86:1,6

**controversy**
109:13

**convention** 53:9
57:16

**conventions**
57:23,24 88:14

**conversations**
9:21,23,25

**conversion**

20:15,20 21:14
22:4,13,22
23:1,4,25 24:3
25:5,6,16 26:24
34:6 36:14 40:14
45:20 51:6,16
57:1 59:9 67:16
71:2,10,16,25
73:20 74:20
85:13 87:15
88:1,22 89:1
102:12

**conversions** 27:8
69:4 75:14

**convert** 24:19,20
28:18 46:6 55:3
67:17 68:22
72:2,4 74:16,21
84:21 85:3 88:10
90:10 98:21

**converted** 33:22
47:8,16 48:18,21
52:2,14
58:2,7,11,13
61:11 67:13 68:9
82:2,14,20 85:9
89:14 93:24
94:3,5 95:11

**converting** 24:4
42:4 47:13 60:24
62:24 75:11
84:24 90:5 92:2

**copied** 25:3 26:4
44:22 45:1,4,7
46:22 51:13
52:17 54:13
82:7,14 95:11

**copies** 27:3,8,17
30:1 33:9,19
52:1 53:25 54:1
72:23 73:16
93:5,9,12
94:4,11

**copy** 11:24 15:22
25:18 27:22

46:17,21 51:15
52:11,12,13,17,2
2 53:1,19,23
54:6,7,18 96:8,9

**copying** 25:7 27:18
53:25 54:2,11
57:17,19

**copyright**
27:11,12,23 74:7
93:21 94:17
95:1,4,10

**copyrighted** 27:8

**copyrights**
94:21,22

**corporation** 104:1

**correct** 8:1 23:16
25:5,21 26:18
29:1 35:15,20
38:9 42:17 50:12
51:2,15 52:10
53:14,17
57:10,14 58:14
62:2 69:3 70:14
72:9,22 86:7
88:20 93:2,7
94:7 99:21
100:1,20 101:4
102:20 103:1,4
104:11 105:20
106:14,21

**corrected** 103:8
107:5

**correction** 35:9
100:5,6,7

**corrections**
99:20,21

**corrective** 107:1

**correctly** 35:6
101:20

**correspondence**
9:6

**cost** 34:21 90:24

104:12,24

**counsel** 6:16,24
8:22 9:3,7,18
10:16 11:4,13,17
13:16 15:19
83:22 88:18

**counselor** 91:8

**Counter-Defendants** 1:13

**Counter-Plaintiff** 1:17

**countries** 22:20,23

**County** 109:2,24

**couple** 50:8 55:22
66:21,25

**course** 19:10 48:15
54:17 101:5
106:23

**court** 1:1 6:13 8:6
11:22 29:11
41:22
95:21,22,25
96:3,5,7,10

**Coutilish** 2:11
6:22 8:25 9:9
14:15 27:24
28:1,5 30:7
54:20 57:18
59:1,4 70:23
73:8,13,23
74:5,8 80:13,16
82:10 83:5,7
87:18 89:4 96:9
97:5 104:17
105:7,12
106:16,19
108:17

**coutilish@comcas
t.net** 2:13

**cover** 51:6 88:8

**create** 53:5

**created** 48:7 53:16

**creating** 101:13

**criteria** 71:8

**Crooks** 2:12

**CRR/RMR/CLR/
CSR-3267**
109:18

**CRR/RMR/
CSR-3267** 1:25

**currently** 17:6

**custody** 14:11

**customarily** 20:4,8
48:14

**customer** 10:12,13
13:6 15:14 18:25
19:21 21:4 27:19
37:2
40:15,17,20,22
51:24 52:3 54:9
59:9 69:6,8,18
92:7 100:14,15
102:9

**customers** 19:5,6
21:3,4 27:16,21
28:2,6,22 36:25
40:13 87:2
107:25 108:2,4

———————
D
———————

**D.C** 2:3 6:15

**d/b/a** 1:5

**Dan** 3:14 6:11

**data** 4:21 34:20
35:9 40:1,5
43:8,10,13,14,15
,19 61:12,20,25
69:7 70:1
100:8,9 108:2

**database** 48:10

**Datamas**
17:20,22,25
18:3,5

**D-A-T-A-M-A-S**

17:22

**date** 1:21 6:9 69:24
91:18,21

**dated** 56:9 60:16
63:7 64:22 66:5
75:1 76:6 78:8
79:20 81:7,15
83:9 91:4

**dawa** 83:7,8

**day** 109:15

**deal** 19:11
27:10,11 58:23
72:25 82:16,18
94:21,23

**dealing** 10:12
19:12,13 73:5

**dealings** 73:17

**dealt** 72:25 89:5
93:17

**decision** 21:13
42:2

**deemed** 106:4

**Defendant** 1:16

**define** 97:5,6

**definitely** 88:11

**definition** 57:20

**degree** 16:7,18
17:16 31:15

**degrees** 17:4

**delegated** 13:9

**delegee** 13:13,22

**delete** 59:15,16

**deliver** 68:2

**delivered** 37:2

**delivering** 10:20

**delivery** 10:19
15:15 60:15
65:6,8,22 74:25
76:6 78:8,14

79:20 91:4

**depending** 69:12
100:21 108:10

**depends** 42:2
43:6,7 69:9
85:19 87:4 98:20
99:20 100:4
104:23 105:1

**deponent** 1:20
6:23

**deposed** 7:21,23

**deposition** 1:19
6:5,8 9:4,7,19
10:5,17
11:2,5,9,18,19,2
1 30:18 35:22
39:23 47:22
56:5,21 60:13
63:5,14 64:18
65:2 66:2 74:23
76:4 77:13 78:6
79:18 81:5 83:2
106:24
108:19,21

**describe** 13:3
15:25 17:15
34:23 41:6 75:5

**described** 41:9,15
47:10 85:5
100:17,22

**describes** 101:12

**describing** 41:17

**description** 36:9
100:24

**design** 62:22

**desires** 86:25

**destination** 50:6

**detail** 84:2

**determine** 26:7
32:10 42:8 44:9
77:13
104:13,14,24

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 7

development
  10:8,9 13:5
  18:11 19:13,25
  20:1,4,7,11,16
  21:6 22:7,8
  23:19

diagram 50:2
  84:23

differ 35:7 88:6

differences 49:16

different 14:17
  28:16 34:5 43:4
  49:13
  50:8,12,16,17
  52:5 53:14 69:7
  88:3,12 99:23

differently
  87:16,25

differs 28:21

difficult 68:22,25
  90:10

difficulty 64:10

digital 24:11 26:23
  34:6

digitization 18:6
  20:15,20
  21:2,5,9,14
  22:4,12,22
  23:1,4 30:24
  31:7,20,23
  32:11,18 33:1
  107:23

digitize 96:19,24
  97:23
  98:1,4,7,10

digitized 32:22
  97:9

digitizing 97:4
  98:23 102:8

direct 43:20
  103:11

directed 11:23

45:24

direction 24:23
  25:1

directly 46:14 89:6
  93:17 109:12

director 10:8 13:6
  18:11 19:14,25
  20:1,4,7,11,16
  23:19

director's 10:9

disciplines 71:13

disclose 9:11,12

discuss 10:11
  64:13

discussed 10:17
  55:1 94:1

discussion 27:5
  29:17 34:13
  44:13 94:16
  101:25 102:3,6
  108:20

discussions 10:13
  29:2,23 30:3
  93:20

displayed 62:17

distinction 52:15
  54:11,15

distortion 72:10

distributed 38:3

distribution 38:2

DISTRICT 1:1,2

doctor 10:24

document
  12:3,8,11 24:4,5
  39:25 40:2,7
  43:8 47:17
  48:2,7,13
  51:22,24 58:25
  59:8 62:15
  65:19,21
  66:3,10,12,17

67:16 70:19
  71:24 72:2,14
  75:10 76:8 80:7
  81:14 83:23,25
  84:1,5,8 85:1
  90:4 91:22,23
  92:10 94:1
  100:22
  101:10,12 102:3
  103:11 106:7
  108:11,12

documentation
  40:15

documentations
  89:11

documents 12:25
  13:4,7,10,13,14,
  15,23,25
  14:1,3,5,10,18,2
  0 15:16,17,22
  41:4 42:15 44:18
  45:15 51:17
  57:4,5 59:2,6,9
  62:23 65:7,9
  67:4 68:14,23,24
  70:16,20
  71:18,21
  74:14,17,19 75:8
  82:22 88:6
  90:6,9,17,20
  92:2,6,25
  93:6,9,13,18
  94:12 95:10
  96:18,20,24,25
  97:2,4,8,10,13,1
  5,17,23
  98:1,4,7,8,10,15,
  18 102:8

domain 26:11

donations 77:22

done 15:10 16:2
  30:24,25 33:12
  35:17 37:14
  40:14
  41:10,13,14

42:9,23
  43:9,20,25
  44:5,6 47:3
  51:6,16 65:11
  66:17 70:6,9
  75:25 97:12
  104:24

donors
  77:23,24,25

dot 57:13

double 4:21
  34:14,22,23,24
  35:14,17 36:9,17
  37:4,9,14 38:16
  39:1,6,8,10,16,2
  5 40:5,8,14
  41:17 42:7
  55:5,6,18
  61:6,9,12
  68:12,13
  69:1,3,18,19,25
  70:7 76:20
  87:2,3,7,10 90:4
  98:14,17,24
  99:12 100:23
  104:10,25
  107:22 108:4

doubt 58:5

downloading 75:7

Dr 10:23

draw 62:25 79:25
  81:13 83:15

drive 54:7

drop 25:19

dropping 84:25

duly 7:10 109:5

duplicates 80:24

during 18:5 30:18
  80:22 88:22
  106:23

DVD 53:24 54:7

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 8

—————— E ——————

**earlier** 40:7 41:18
47:11 90:8 94:1
97:8 100:23
105:25

**easier** 8:7

**Eddy** 2:7

**education** 16:19
19:6 71:6

**educational** 15:25
16:10 31:14

**effort** 63:1 68:7
71:14 82:13

**efforts** 13:12
44:9,17,21 62:10
72:20 86:1
106:14

**eight** 18:18

**either** 13:7 34:25
41:19 45:24 46:7
65:20 94:4,11

**elected** 87:7

**Electric** 81:24

**electronic** 2:6 6:20
24:6,7 27:3,8

**electronically**
14:20

**Eley** 3:14 6:11

**else** 9:1 10:4,14
11:5,8 24:1,14
64:7 108:16

**email**
5:6,7,10,11,12,1
3 35:24 36:5
56:8,11,13,15,24
58:18 59:13,14
60:15,18,21
61:4,14
63:7,9,12
64:19,24 66:8,20
74:25 75:3

76:5,8 77:7,10
78:7,13 79:19,22
81:6,10,15
83:3,12,17,20
91:3,15
101:23,25
103:14,18

**emails** 23:12
59:12,17,19,20,2
2 60:2,6,20 61:1
65:14 78:10 80:1
83:13

**employ** 108:5

**employees** 22:15
31:10 32:17 71:2
108:8

**employing** 108:7

**encountered** 81:2

**engage** 29:19

**engaged** 22:5

**engages** 27:18

**engineering**
16:22,24
17:17,18

**Engineers** 1:11 7:2

**English**
31:16,17,20
32:2,3,4,5,12
34:9,11 41:2,4

**ensure** 27:15 33:18
41:14 72:16

**entails** 61:23

**enter** 34:25

**entered** 36:15

**entire** 18:21 21:9
46:18,22 99:22

**entitled** 12:9 39:25
47:23

**entity** 26:22 32:21

**entrance** 32:14

**entries** 35:2,3

**entry** 4:22
34:20,22 35:9
37:9 40:1,5 42:7
43:8,10,13,16,19
61:10,12,20,25
69:25 70:2,7
87:2,3 99:12
100:8,9,23 108:2

**equation** 51:1

**equations** 90:14

**equivalent**
16:9,12,15,17,19

**error** 38:4,5
69:1,14,16
70:19,25
102:15,16,18,22
105:16

**errors** 42:5 100:2
102:25 103:3,7
105:18,22
106:21,25 107:4

**escalations** 21:7

**estimate** 22:11
90:24

**evenly** 38:3

**event** 27:21

**eventually** 35:16
45:20

**EVP** 18:24,25

**Ex** 4:19,20,21,23
5:5,6,7,8,9,10,11
,12,13,14,15

**exact** 32:15 62:5
72:6 75:17 98:25

**exactly** 52:7,9
62:17 94:14

**examination**
4:7,8,9,10 7:13
14:25 86:18 90:1
96:13

**examined** 7:11
37:21

**example** 25:19
40:24 43:11
44:10 58:7 62:8
72:17 84:20

**Excel** 67:13,17

**exception** 100:14

**exceptions** 35:3

**exchanged** 23:12

**excuse** 59:1 83:22
91:11

**executive** 18:20,23
19:8 20:25

**exhibit** 11:21,22
14:21 35:22,23
39:23,24
40:11,13,19,23
41:6,9,15
47:22,23 48:4
56:5,7,20
60:13,14,17
61:18 63:5,6,9
64:18,19,24 65:2
66:2,3,7
74:23,24 76:4,5
78:6,7
79:4,18,19,22
81:5,6,10
83:2,3,12,16
90:25 91:1,12
103:12 105:17

**Exhibits** 5:17

**existence** 19:18

**expect** 37:5,13
38:17,19,20
55:14 70:3,12,19
95:3 105:18
106:9

**expectation** 37:16
69:6

**expectations** 69:10

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 9

**expected** 69:1
84:22

**expecting** 85:2

**expensive** 39:13
87:1

**experience** 42:11
69:2 70:11
98:14,17 101:15
108:4

**Expires** 109:25

**explain** 61:8 65:4

**explained** 40:8

**explanation** 29:7
87:6

**extent** 21:15 100:5

**extra** 41:13

**extract** 25:13
34:25

**extracted** 35:1

_____

F

**fact** 9:12

**fair** 8:14 13:9 71:5

**Fallon** 1:25 6:13
109:18

**familiar** 26:19
68:15

**February** 63:7

**Fee** 2:2 4:7,11 5:17
6:17,24 7:14
11:24 15:24
28:4,8 29:12
44:14 47:19
54:24 55:23 56:6
59:3,5 79:6,13
80:15,17 83:6,8
86:9 98:12
100:3,19
101:8,17 102:5
103:2,20,24
104:5,8 106:17

107:6,10,16
108:16

**feedback** 36:25

**feeder** 80:3 103:15

**feel** 15:7

**fields** 108:12

**figure** 58:6 78:17
82:13

**figures** 36:22

**file** 24:24,25
25:3,19 41:20
52:5
53:3,5,9,14,16,1
7 57:22 58:19
62:16 72:8 76:19
77:1,3 79:14
80:25 82:3,5
88:13

**filed** 95:7

**filename** 57:5
81:23 102:16

**filenames** 57:9,11

**files** 26:12 27:3,17
32:25
33:2,18,19,24
50:11 58:1,10,13
62:3 64:14 65:24
68:8,12 72:18
73:20 75:8 82:7

**final** 37:1

**financially** 109:13

**finding** 14:1

**fine** 39:21 55:24

**finish** 29:13

**Fire** 1:7 7:6

**firm** 6:11 7:5 9:16

**firmed** 91:18

**first** 7:10 8:4 16:12
19:17,23 34:12
36:5,8,12

42:19,23 43:2,10
44:10,11 48:23
53:4 54:10
56:10,24,25
60:17 63:25
66:7,20 75:2,13
81:14,18
83:15,16 107:11
109:5

**five** 18:13

**flag** 100:14

**flash** 54:7

**Floor** 3:3

**flow** 76:20,23
77:5,7,14 102:14

**focus** 62:14 84:11

**focused** 19:5

**folder** 76:11

**folders** 58:19

**folks** 26:6 95:19

**follow-ups** 104:5

**font** 62:10,11

**fonts** 62:13

**form** 45:9 51:9
52:19 54:20
57:18 69:20
70:21 82:10
85:15,18 86:2
87:18 89:2,10
93:16 94:4,5
95:24 100:19
102:5 105:7,24
106:12

**format**
24:5,6,8,11,12,1
3,15,20,22
25:7,8,24 26:1
33:10 49:11 50:6
51:17 52:2,5
53:6,13 62:15
93:19 101:16

**formats** 50:12

62:21 67:12 88:5

**formatted** 65:10
68:8

**formatting** 62:8,22
65:21 66:16
67:7,25 88:13
102:1

**formulae** 90:13

**formulas** 97:24

**Forty-nine** 37:7

**foundation** 2:6
6:20 100:3
103:20

**fourth** 12:8

**Francisco** 2:8
3:3,8

**front** 75:18

**Frontier** 2:6 6:20

**FTP'd** 33:2 45:24
46:7

**fully** 8:19

**function** 59:15

**funded**
77:18,21,22 78:2

**future** 102:23

_____

G

**general** 7:25 18:1
27:9 28:4,11,16
31:5 33:13 44:6
47:11,12 69:2
88:2,9 92:7
96:18 102:7
103:3 106:20

**generally** 46:10
65:4 75:5
90:4,16,18

**generic** 88:11

**Genesee** 109:2,23

**gentlemen** 28:6

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 10

getting 91:18

given 27:14 28:18
54:8,9 109:9

Global 2:14 6:23
9:15 11:23 14:11
15:4 21:13,23
22:5,15,21
23:3,18
24:9,17,18 25:16
26:6,13
27:1,6,7,15,18,2
0,22 28:13
29:19,23 30:3,25
40:23 45:18,22
48:10,14
58:4,7,25 62:11
64:25 67:19 68:7
77:18,21
86:20,22 87:7,24
88:18,21,22,25
89:7,14,18
90:16,19
92:1,2,5,9
93:8,11,20,23
95:3,6,9

Global's 30:20
40:8 59:7
94:8,15

goal 62:16

gone 37:9,15 86:6

Google 78:1,2

government 98:4

grab 46:5 84:15

graduates 71:12

grant 73:2

graphic 62:22 72:3

graphics 47:6,9,14

group 33:25 34:2
56:15,16 99:24
100:8,9 108:9

guess 61:9 62:7
67:11 81:25

guys 107:10

——————

H

half 105:21 106:7

hand 35:23 39:24
56:7 60:14 63:6
64:19 66:3 74:24
76:5 78:7 79:19
81:6 83:3 109:15

handle 73:19

happen 8:1

happened 80:11
81:2

happens 33:13
42:13 70:4 80:22

hard 64:5 66:25
67:3 78:16

haven't 23:11
30:22 44:17 55:1
74:17 77:16
82:12 84:1 89:5
92:14 107:3
108:7

having 7:9 40:14
62:5 67:25
77:18,21 103:17

heading 12:15
50:3

headings 43:15
48:23

Heating 1:9 7:1

held 6:8 44:13
108:20

Hello 89:22

helped 26:22

Hemant 10:10
20:18 23:19

H-E-M-A-N-T
10:10 20:19

hence 57:4

hereby 109:4

herein 7:9 109:6

hereunto 109:14

herself 99:25

he's 10:24 22:2
77:2

high
16:9,12,15,17,19
,21 31:15 71:6

higher 19:5 34:21
35:10,11 49:20
70:19,25 86:25
90:22

hiring 31:2,6,9

history 17:15

hold 18:12,14
27:12

horizontal 21:11

HTC 2:14 6:23
9:15 10:6
11:17,23 14:11
15:4 17:24
18:8,10,19
19:3,7,8,10
20:20,25
21:13,23
22:5,6,15,21,25
23:3,18,21
24:9,17,18
25:16,24 26:6,13
27:1,6,7,11,15,1
7,20,22
28:3,13,17
29:19,23
30:3,19,25
31:5,20
32:10,21,25
33:8,13,16,18,20
34:13
35:12,15,16
36:6,22 37:4,21
38:15 39:1,6,15
40:6,8,23

42:8,14,17,19
45:1,14,18,22
46:8,17,21,25
47:5,15 48:10,14
51:13
52:12,17,22,23
54:4,13,17,18
55:2,13,14
56:8,11,13 57:17
58:4,7,18,25
59:7,14,18
60:15,18 62:3,11
63:10 64:25
65:14 66:8
67:14,19 68:7,11
71:1,10,14,18,21
,25 72:23 73:15
74:19,25 75:3,9
76:6,9,12
77:18,21
78:8,11,14,22,25
79:15,20,23
81:11,15
82:2,7,14,20
83:13 84:24 85:9
86:7,20,22
87:7,24
88:18,21,22,25
89:7,14,18
90:16,19 91:4
92:1,2,5,9
93:8,11,20,23
94:8,15 95:3,6,9
100:12,18 101:2
102:11
106:16,21 107:2

HTCdeliverynotifi
cation@HTCIn
dia.com 60:22
66:4

HTC's 21:2,21
22:11 30:14
31:23 37:15
38:2,8 41:7 69:2
86:1 87:5 88:10
102:10

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 11

**HTML** 24:22,24
25:3,19 26:1,4
33:9,18
50:9,10,13 53:13
62:16 72:8
101:13,15

———— I ————

**I'd** 83:23 90:3,25
95:19

**idea** 7:25 31:19
47:15 68:18
82:19 85:25

**identifiable** 25:14

**identification** 4:17
5:3 11:20 35:21
39:22 47:21 56:4
60:12 63:4 64:17
66:1 74:22 76:3
78:5 79:17 81:4
83:1

**identified** 30:17
38:20 61:18
73:20 105:17
106:14,21 107:1

**identify** 25:22
30:18 36:5 40:2
56:10 60:17 63:9
64:24 66:7 75:2
76:8 77:25
78:3,10 79:22
81:10 83:12

**IIT** 16:6

**I'll** 8:10,12 11:24
47:20 87:22
101:21 103:25

**illustration**
50:9,13 84:20
85:5

**illustrations**
84:15,25 85:9

**I'm** 6:12 17:23
22:24 27:25

29:11,13,15
30:13,21
32:14,15 35:23
37:11 39:24
41:16 46:19
47:7,19 51:19
52:12,15 53:1
54:14 55:4 62:13
64:12 69:11 76:5
79:16 80:18
85:11 87:10
97:19,21 99:3,13
101:2 106:17
107:17

**image** 24:11,13,15
25:12,13,14,18,2
2 26:4,12 33:19
41:20
42:3,6,10,12,20,
22,25 43:4,9,17
46:4 49:15,23,24
50:1,2,6,7 62:24
72:4,5,6,12,13,1
5,17 79:14 84:25
85:3,4,6,20 86:6
99:16 100:12,13
102:14

**images** 24:21
25:11,16,24 26:3
33:24 43:12
45:19,22
49:19,20 50:9,13
52:9 62:19 85:9
96:22

**imagine** 103:21

**important** 8:4
98:11 104:9,15
105:2

**improperly** 27:22

**inbox** 58:19

**Inc** 1:8,15 2:10 3:5

**including** 56:18

**Incorporated** 7:7

**incorporation**

63:20 64:2

**indemnification**
27:20
28:7,12,17,25
30:4,12

**independent** 22:25
23:3

**independently**
44:11

**India** 10:19 13:8
16:4,15,17
17:1,18 21:12
22:19,20,23
23:20 30:22,25
31:8,23,25
34:2,10

**Indian** 16:6

**Indians** 34:11

**indicate** 48:17

**indirectly** 109:12

**individual** 88:12

**individuals** 11:4
22:21 26:10
30:17

**industry** 69:24

**information**
17:11,20
48:9,13,14 49:6
90:10 98:2,18
106:24

**initial** 34:6 35:19

**initially** 29:4 34:19
86:20 90:21,22

**input** 49:11
55:9,10

**inquire** 26:6

**inquiry** 94:16

**instances** 46:3,16
64:9 79:14
80:10,18,19 81:2
100:12 106:25

**instead** 64:7

**Institutes** 16:6

**instruct** 9:9 46:25

**instructed** 46:5,17

**instructing** 63:24

**instruction** 13:24
67:17

**instructions** 13:19
24:16 33:7 45:13
47:4 65:6,9
73:18 76:18
87:14,23
88:2,4,5,7,12

**intelligence** 22:9

**intended** 68:4

**intent** 25:2

**interested** 109:12

**internal**
40:16,20,24
93:20

**internally** 108:10

**International** 1:6
2:5 6:6

**internet** 26:15
32:22,24 46:4

**interviews** 31:11

**introduce** 6:16

**invading** 9:14

**inventory** 55:8

**investigation**
14:19 106:23

**invoice** 50:25

**invoicing** 48:11

**involved** 10:20
21:13 22:21
30:19 32:11,18
49:21,22 95:9

**issue** 44:2 90:3,20
92:10

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 12

| | | | |
|---|---|---|---|
| issued 15:14 | John 2:11 6:22 8:25 | 45:18,21 60:2 71:1 73:5 106:13 | license 73:11 |

**issued** 15:14

**issues** 21:7 36:24

**italics** 62:10

**items** 40:17

**it's** 10:12 17:3 18:13 19:5 22:14 27:7,14 32:6 34:20 35:12,24,25 36:19,21 37:16 38:4,12,14 39:3,4,13,25 40:5,15,20,24 42:10 47:17,23 48:5,11,25 49:17 51:3,22,24 54:8 56:17 60:14 62:17 63:6 65:20 66:16 74:25 75:7 77:22 78:7,13 80:22 81:1 83:17 84:7 85:2,19 86:14 87:1,4 91:10,15 94:24 98:25 99:1 100:5,7,11,13 102:15 104:21,25 105:15

**I've** 16:2 17:24 21:3 47:7 84:1 89:23 103:16

_____ J _____

**January** 79:20

**Jeanette** 1:25 6:13 109:18

**jkfee@morganlew is.com** 2:4

**job** 8:6 42:4,9 58:12 60:8 61:12 78:24

**jobs** 77:5

**John** 2:11 6:22 8:25

**join** 18:10

**JPEG** 24:15,23

**July** 66:5 81:8,15 91:4,13

**June** 83:9

_____ K _____

**Kevin** 2:2 6:17

**key** 4:21 34:14,15,19,22,2 3,24 35:7,8,13,14,17, 19 36:9,10,16,17 37:4 38:16 39:5,6,8,10,14,1 6,25 40:5,9,14 41:17 42:7 55:5,6,18 61:6,9,12 68:12,13 69:25 70:1,7 76:20 86:21,22 87:1,2,3,7,8,10 99:9,12,19 100:23 104:25 105:1,3

**keyed** 43:21 44:11,18 99:22

**keying** 37:14 39:1 69:2,3,18 90:4,5,17,19 98:14,17,24 99:5 104:10,11,16 107:22 108:5

**kilobytes** 50:23,24

**kilocharacters** 48:21 50:24,25

**King** 3:6 7:3

**knowledge** 11:16 14:10 15:17 22:2 26:7 32:1 43:25

45:18,21 60:2 71:1 73:5 106:13

**knowledgeable** 31:2

_____ L _____

**label** 64:23 84:7

**labeled** 35:25 56:8 66:5 81:8 83:10 91:22 101:11 103:12

**lack** 100:3 103:20

**land** 96:22

**language** 32:5,6,8 34:11,12

**large** 99:1

**last** 59:19 78:24 81:19 91:16

**law** 7:4 27:23 95:4

**lawsuit** 30:6,10 95:7

**layout** 60:8,9,10,11 61:5,10

**learn** 106:24

**least** 14:17 31:15 46:3 90:23

**legacy** 22:10

**legal** 6:12 27:2,7 30:14 73:13,21 74:3,9 82:11,24 89:3 98:8

**less** 22:14 38:18 68:22

**let's** 8:5 36:15 53:7 92:10

**level** 31:14 71:6 106:3,4

**Lewis** 2:2 6:17

**liaisoning** 13:6

**license** 73:11

**light** 104:6

**link** 72:13

**list** 58:1,4 66:22

**litigation** 95:10

**little** 29:15 66:23 99:6

**live** 69:11

**LiveNote** 109:21

**LLP** 2:2 3:2,6

**locate** 12:25 13:4,14

**located** 13:15 22:22 31:24 34:2

**location** 1:23 33:2

**logo** 71:24 72:1,3

**logos** 47:1 72:11

**long** 9:23 18:12,17 20:23 35:1 54:8 83:23

**loosing** 84:15

**losing** 84:16 85:17

**lot** 39:13 43:16 49:20,21 62:21 84:16 85:17

**low** 38:4

**lowest** 38:22,23

_____ M _____

**machine** 102:16

**Madhava** 21:24

**M-A-D-H-A-V-A** 22:1

**maintain** 94:3,11

**maintains** 94:24

**major** 42:22 100:7

**Majority** 99:10

**Malamud**

Capital Reporting Company
Bhutada, Vikas 11-05-2014

Page 13

11:11,13,17
23:10,15,18 36:6
38:16 39:8,10,16
43:20 45:19
56:8,11 60:15,18
63:7,10
64:11,22,25
66:4,8 68:4
74:25 75:3
76:6,9
78:8,11,14,21
79:2,20,23
80:1,8
81:7,11,15
83:9,13,17 84:14
91:4,15 102:25
103:8,18 106:15
107:1

**Malamud's** 63:24
66:20 75:16

**manage** 19:1,3

**managed** 18:1,25
19:14 21:12

**management**
10:19 22:7

**manager** 18:2
56:19 60:24

**managing** 21:3

**manner** 54:9

**manually** 99:19

**manuals** 96:21

**Manufacturing**
17:18

**manuscripts** 96:21

**map** 96:22

**March** 75:1

**margins** 62:12

**mark** 47:20

**marked** 11:20,22
35:21,23
39:22,24
47:21,23 49:6

56:4,7 60:12,14
63:4,6 64:17
66:1,3 74:22,24
76:3 78:5
79:4,17 81:4
83:1

**marriage** 109:11

**master** 28:22,24
29:3,10,20

**master's**
16:2,18,22,23,24
17:16

**match** 62:11,12
63:1

**matching** 62:13

**material** 27:10
49:11,12
52:13,22

**materials** 1:5
46:13 64:10 74:6

**mathematical** 51:1
90:14 97:24

**matter** 6:6 48:7
51:25 82:17
109:5,13

**max** 9:24

**maximum** 37:16

**may** 64:4,22 84:21
87:3 88:12 91:14
100:13

**maybe** 9:24 10:1
17:13 18:18
22:14 48:22
97:14

**mean** 10:6 16:21
19:12 32:3 34:20
36:20 37:20
38:11 49:1 52:12
56:22 80:6 81:23
82:17 97:1,20
104:23

**meaning** 25:12

36:19 49:18
61:10 62:14
73:22

**means** 35:2
36:12,14,15
47:13 55:17 61:8
67:10 69:21
76:25 94:21
107:25 109:7

**meant** 84:16

**measures** 33:17

**mechanism** 32:10
72:16

**mechanisms** 72:10
108:5

**Media.Org** 47:24
48:5

**Media.Org/
Public.Resource
.Org** 4:24

**medication** 8:16

**meeting** 19:12

**members** 56:16

**mention** 87:10

**mentioned** 16:18
17:4 86:20

**Merit** 109:20

**met** 9:3

**metrics** 36:23

**MI** 2:12

**Michigan** 1:24
6:1,9
109:1,23,24

**microfiche** 96:22

**microfilms** 96:21

**mind** 95:19

**minimum** 71:7

**minutes** 9:24 10:2
55:22

**Mischaracterizes**
54:21 70:22 86:3

**missed** 80:23 87:21
102:16

**missing** 55:5,16
79:15 80:2,7
103:15

**Mission** 3:3

**misspoke** 78:13

**misstates** 85:16
90:11

**mistake** 38:13
65:14,17,18,23
91:11 97:21
102:9

**mistakes**
37:5,13,25 38:2
106:9

**Mitch** 2:7

**mitch@eff.org** 2:9

**Mitchell** 6:19

**mobility** 22:9

**modernization**
22:10

**money** 78:18,22

**month** 50:19

**months** 59:11

**Morgan** 2:2 6:17

**morning** 7:15,16
10:18 30:18

**mostly** 22:20 25:1

**multiple** 43:12
53:23 57:4
100:20

**Munger** 3:2 7:5

---
N
---

**N.W** 2:3

**Nagpur** 17:3

N-A-G-P-U-R 17:3
Nathan 3:2
National 1:7 7:6
81:24
native 31:17,20
32:2,3 34:9
Natraj 10:22,23,24
23:20
N-A-T-R-A-J
10:22
nature 68:19,20
72:3 92:7 100:4
NEC.2011 92:11
necessarily 36:20
62:15 97:17
necessary 86:14
nevertheless 47:20
newspapers 96:21
NFPA 3:5 44:4,24
45:5 51:7,13
55:3 59:22,25
61:14 62:1 63:17
67:4 82:8 87:24
89:9,23 92:16,22
93:8,12,21,23
NFPA.NEC.2011.
PDF 81:19,23
NFPA's 81:24
NFPP.NEC.2011.
PDF 91:22
nine 18:18
non-HTC 32:17
nonscientific 68:23
69:8 70:18
Notary 109:3,23
note 57:3 68:1
86:11 95:13,15
102:22 103:14
nothing 7:11 65:7
89:20

107:4,13,14
108:13,16
notice 101:18
noticed 107:3
notices 74:7
notification 60:15
75:1 76:6
78:8,15 79:20
91:4
November 1:21
6:2,9 60:16
109:15

_____
O
Oakland 109:24
objecting 54:5
objection 30:7
45:9 51:9 52:19
53:21 54:20
57:18 69:20
70:21,23
73:8,13,21,23
74:3,5,8 77:10
82:10 85:15,18
86:2 87:18
89:2,4,10 90:11
91:23 92:13,18
93:1,16 97:5
98:12 100:3,19
101:8,17 102:5
103:2,20,24
104:17
105:7,12,24
106:12
obligation 28:25
obtained 45:19
obvious 50:21
obviously 21:5
34:20 43:9,12
85:3
occasion 19:11
occasions 10:23,25

11:1 14:18
OCR 35:1 41:20
42:1,4,8,19,24
43:3,18,22 61:11
99:9,10,13,14,16
,18 100:1,2
101:5,6
OCR'd 44:11,19
October 78:8
offered 29:7
office 6:9 13:7
14:17
oh 16:21 32:14
66:23 91:11
97:14
okay 8:7,11
37:8,13
38:7,14,15 41:24
49:3 50:3,8,25
51:23,25
52:4,20,24
53:3,16 54:3
55:12,18 59:7
65:12 69:7,17
70:9 74:2 84:7
91:2,6 104:2
106:2,7,19
107:16
108:13,15
old 76:20
Olson 3:2 7:5
onerous 27:19
ones 63:18 94:20
103:5
onto 64:6 99:23
operational 36:23
operations 18:1
operator 102:15
operators 34:24
35:8 40:25
41:2,19,25
42:5,11,12,25

43:4,18,22 44:12
opposed 29:19
43:22 46:18
84:25
opt 108:4
opted 35:14
orally 45:14
order 29:6,19 49:8
88:4,7 95:22
orders 15:14
28:18,20 48:12
ordinarily 42:24
43:3 48:10 69:8
ordinary 28:21
48:15
Oregon
75:16,18,19,20,2
3 76:1
organization 21:6
55:14,16
organizations 89:5
orientation 41:1
original 5:17 63:2
otherwise 38:6
output 24:22 43:5
50:3 55:9,10,15
outputs 50:9,16
outside 95:14
outsiders 10:6
owned 45:2,4,7,10
51:7,10 71:19
82:8
owner 21:23 22:2

_____
P
p.m 76:7 78:9
81:16 91:13
108:21
page 4:3,17 5:3 8:3
12:8,14,15,18

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 15

14:21,24 36:8
49:15,25 55:5,16
56:25 62:8 63:25
65:20 66:20
80:25 81:14
83:16,19 84:7,8
99:14,19,22
104:25
105:6,10,13,22
106:7,8

**pages** 12:19
55:8,10,13,14,15
79:15 80:2,7,23
101:13 102:1
103:15,17
105:21

**pagination** 63:1

**paper** 42:15

**paragraph** 57:3
63:19 66:21
84:11

**parameters**
104:13,23

**partial** 46:23

**partially** 20:14

**particular** 25:15
31:13 55:6 65:13
68:1 70:3,5,15
71:15 101:16

**parties** 30:5
109:11

**partly** 72:3

**pass** 100:7

**passed** 99:23

**password** 46:11

**pause** 29:15

**paying** 30:14

**payments** 73:15

**PC** 2:11

**PDF** 24:11,24
25:3,13

49:14,15,17,18,1
9,21,22,23
53:8,13 55:12
62:8,17,22 63:2
80:8

**PDFs** 33:9 50:10
57:2,3 61:5

**Pennsylvania** 2:3

**people** 30:22 36:24
108:7

**per** 50:22 59:10
105:22 106:8

**percent** 22:14
37:17,20
38:12,15,18,23,2
4 39:3,4
69:11,12,24
99:2,11

**percentage** 69:5
98:25 99:1,7
105:19

**percentages** 69:9

**perfect** 37:24

**perform** 90:16
92:24

**performed** 88:23
89:1

**permissible** 106:6

**permission** 72:23
73:6 88:25 93:12
95:1

**permissions** 27:17
73:2 89:8

**person** 14:2 20:18
35:4 60:20 99:8

**personal** 31:10
59:14 106:13

**personally**
106:18,20

**personnel** 34:5

**persons** 14:3

30:19,25
31:3,7,19
32:2,11 34:5,8
60:20 61:1 71:15

**person's** 60:2

**phone** 6:24

**pick** 45:24 46:8

**picking** 62:23

**piece** 25:15 29:22
81:19 91:16

**plain** 77:2

**plaintiff** 7:6

**plaintiffs** 1:12
44:1,4 47:2,9
76:16 87:16 88:8
89:9,13,17

**plan** 92:5

**please** 6:16 7:17,19
8:10 21:25 54:24
64:6 97:5,6

**plug** 69:14,17,21

**plus** 26:4

**point** 17:7 18:8
26:19 34:14
75:12 76:13
77:4,8 103:25

**pointed** 103:8

**policies** 31:2,5,6
94:1

**policy** 58:25
59:8,13

**portion** 12:11
21:2,21 22:11
26:12 31:19 59:7
81:13 99:19

**position**
18:12,14,17,19
54:6

**possession** 14:11

**possibility** 90:23

**Possible** 38:1

**possibly** 77:2 80:7
84:20

**post** 16:9,11,19
32:24

**posted** 26:14 32:21
46:4

**potentially** 75:11

**practice** 28:17,21
59:17
94:9,11,15,19

**practices** 94:2

**preferred** 29:10,18

**preparation** 10:17
56:21

**prepare** 15:10
93:15

**prepared** 15:4,7

**preparing** 11:8
15:18 63:14
77:12

**presence** 109:7

**PRESENT** 3:13

**pretty** 49:17 50:20

**prevent** 8:16 72:10

**previously** 91:1

**pricing** 50:19,22

**primarily** 23:25
29:9 66:16 75:7

**primary** 23:17
32:8

**prior** 9:3,7,19
12:11,22 20:21
26:14 53:17
57:20 65:2 66:10

**privilege** 9:15

**privileged** 9:11

**PRO** 33:2,4 35:16
45:25 58:21,24

Capital Reporting Company
Bhutada, Vikas  11-05-2014

Page 16

59:24 73:1 75:8
93:17 97:22

**PRO25943** 5:14
81:8

**PRO25945** 5:9
66:5

**PRO26049** 5:5
56:9

**PRO4964** 4:20
36:1

**PRO5058** 5:15
83:10

**PRO5059** 84:7

**PRO5092** 5:8
64:23

**probably** 61:10
84:16 91:9

**problem** 75:13
85:12,17,19,21,2
5 100:11,16
102:18

**problems** 55:2
64:13 75:15
80:20 106:14

**procedures** 31:3

**process** 4:22 27:18
31:9 33:12,15
37:10,15 38:3
40:1,5,9,16,20
41:6,17 42:1
43:23 47:11
55:5,7,18
65:6,22 68:13
72:11 74:20
86:7,21,23 87:15
88:1,10,11,22
89:1 100:17,18
101:7,13

**processes** 100:21

**processing** 72:14

**produce** 15:24

**produced** 14:12

15:18,23 45:16

**product** 22:8

**production**
12:16,22

**products** 18:4

**program** 40:25

**project** 10:20 43:6
48:25 49:3,7
51:5,6
56:17,18,19
60:24 71:16
82:22 88:15
101:5 107:24

**projects** 4:23
18:15 47:24 48:5
50:17 77:15

**properly** 33:22,24
68:8

**proportion** 98:23
99:5,8

**proposal** 20:2
34:19 35:17,19
40:18 49:9

**propose** 38:15
90:19

**proposed** 35:12,16
86:21,22

**protected** 27:23
46:11

**Protection** 1:7 7:6

**provide** 24:8 25:14
36:25 69:8,13
87:6,23 88:2

**provided** 21:18
23:21,24 24:17
33:3,8,14,20
40:11,13,18 50:7
51:17,24 52:2,14
64:11 72:7 78:22
87:17 88:5 89:18
93:17,18

**provides** 55:12

**provision** 28:7

**public** 11:14 15:21
19:11,12,15,18,2
0,23 20:2,12
23:5,21
24:8,10,17,19
25:10 26:2,11,13
27:2 28:13,15
29:2,8,17,24,25
30:4,11,14,20
32:18 33:8,20
34:13 35:13
40:11
41:7,10,14,24
42:14,19,24
43:2,21 44:6,23
45:2,13,22
46:1,5,9,10,13,1
6,20,25 47:5,16
50:15 51:14 53:8
55:12 58:2,15,22
62:4,9 64:15
67:14,20 68:9
70:9,12
71:18,22,25 72:7
73:18 74:7,15
77:5,14,17,20
78:25
80:14,17,20
82:2,7,15,20
85:10 87:6,15,23
88:8 89:8,15,18
92:1,9,11,23,24
93:5,15,24
94:3,4 95:6
97:9,16,18,19,20
,21 100:18 101:3
109:3,23

**Public.Resource.O
rg** 1:15 2:10
6:7,21 26:23
33:5 47:25 48:6
97:22

**publication** 22:7

**publicly** 32:23

92:3,6,12

**publishing** 19:5

**pulled** 46:13

**purchase** 15:13
28:18,19 29:6,19
48:12 49:8

**purchaser** 69:15

**purpose** 40:19

**pursuant** 12:5
14:19

_____
Q
_____

**QA** 37:9,15

**QC** 42:5 99:10

**qualification** 98:19

**quality**
33:17,21,23,25
34:4,8 35:4
36:20,24
42:2,3,6,10
44:21 55:11
65:10 84:17,22
85:12,17,19
86:1,6,24,25
108:1,3,5,9

**question** 8:9,12,13
9:13 12:1,2
16:11 20:6
28:2,4 30:9
44:14 53:7
54:21,22,23
57:19 62:7 77:16
82:11
87:19,20,22
101:20,21 105:8
107:9

**questioning** 88:18

**questions** 14:2,4
84:4 86:9,17
89:23 95:16,18
96:17 107:6,18

**question's** 104:19

| | | | |
|---|---|---|---|
| **quite** 13:15 | **recall** 14:7,9 17:13 19:17,23 20:11,14 23:13 39:18 40:12 47:17 56:22,23 66:11 69:9 78:4 79:5 80:12 86:13 87:9 92:4 | 107:20 | 106:13,25 |
| **quote** 69:13 70:4,8 | | **refer** 48:24 50:1,5 100:10 101:10 | **Registered** 109:20 |
| **quoted** 69:5 | | | **Regus** 6:8 |
| | | **reference** 31:12 63:19 67:21 70:24 75:10,16 87:11 91:21 | **Rehn** 3:2 4:9 7:4 89:22 90:2 95:16,21,23 96:2 107:13 |
| **———— R ————** | | | |
| **ran** 42:21 | | **references** 58:20 59:20,22 60:6 61:2 | **rekey** 41:19 |
| **Randhawa** 64:20,21 83:4,5,6 | **receive** 14:2 16:7 42:14 45:22 62:9 87:14 89:7 92:9 93:11 94:12 | | **rekeyed** 42:13 |
| | | **referencing** 40:9 48:2 76:13 77:2 | **related** 15:15 20:15 22:12 40:17 51:6 68:14 100:11 |
| **R-A-N-D-H-A-W-A** 64:22 | | **referred** 103:18 | |
| **rare** 108:7 | **received** 15:22 17:16 20:1,5,9 42:20 64:14 71:18,21,24 74:6,14 79:15 88:8 89:11 92:14 94:17 103:17 | **referring** 91:10 97:14 | **relates** 62:1 65:24 66:18 |
| **Rarely** 23:2 | | | **relations** 58:22 97:17,19 |
| **raster** 49:14,17 50:1 | | **refers** 49:19 61:14,17 63:16 75:21 | **relationship** 28:16 30:20 |
| **rate** 35:10,11 36:14 38:4,5,9,18 50:20 51:3 69:1,6,14,16,23 70:19,25 105:16,17 | | **reflect** 14:16 | **relationships** 19:1 21:4 |
| | **receives** 62:4 | **reflected** 45:15 | |
| | **receiving** 60:20 | **reformats** 54:19 | **release** 91:18,21 92:12,24 93:15 |
| | **recently** 26:8 | **reformatted** 53:5 54:8,9 | |
| | **recess** 56:1 79:10 96:11 | | **released** 92:3,6 |
| **rate's** 69:14,17 | | **reformatting** 54:11 | **remaining** 57:1 |
| **rather** 29:5 67:13 87:8 | **recognition** 42:9 | | **remains** 72:17,21 |
| | **recollect** 43:24 | **Refrigerating** 1:10 7:2 | **remember** 75:17 78:1 |
| **reading** 64:10 65:19 78:1 | **record** 7:17 14:16 15:21 44:13,16 54:25 55:25 56:2 79:9,11 95:14,15,20 96:1,12 108:19,20 | | |
| **ready** 84:4 | | **refused** 35:13 | **repeat** 20:6 30:9 54:23 87:20 |
| **reality** 38:11 | | **regard** 89:12 | |
| **really** 42:2 43:7 47:3 55:13 78:15 96:20 | | **regarding** 9:4,7,19 10:4 11:2,5,17,19 13:19 15:5 20:5,8 24:18 27:2,6 28:17 29:3,18,24 30:4,12 31:2,6 32:1 33:8 39:16 43:25 45:14,18 47:5 51:9 78:22 79:3 82:8 89:8 93:8 94:16 95:10 | **repeating** 102:23 |
| | **records** 58:12 96:23 98:5 | | **rephrase** 8:10 |
| **Realtime** 109:19 | | | **reporter** 1:25 6:13 11:22 29:11 41:22 95:21,22,25 96:3,5,7,10 109:19,20,21,22 |
| **reason** 8:19 39:12 103:7,22 104:14 | **record's** 33:4 | | |
| | **red** 63:20 64:1 | | |
| **reasonable** 31:16 32:12 | **Reddy** 21:24 | | |
| | **R-E-D-D-Y** 22:1 | | |
| **reasoning** 87:11 | **reduced** 109:7 | | **reporter's** 8:6 |
| **reasons** 29:18 50:18 94:19 | **Reexamination** 4:11,12 104:7 | | **Reporting** 6:12,14 |

**representation**
30:15

**represented**
8:22,24 62:18

**represents** 49:20

**request** 12:16,18
14:19 15:23 20:2
82:15

**requested** 21:17
44:16 51:18
54:25 69:15,17
90:21

**requesting** 13:5
30:1

**requests** 12:19,22
13:1,4,23
14:7,12

**required** 14:25

**requirement** 31:13
71:9,11

**requirements** 31:7
34:4

**rescan** 100:13

**resend** 102:20

**reserve** 86:12

**resolution** 49:20

**resolved** 85:21,23

**Resource** 11:14
15:21
19:11,12,15,18,2
0,24 20:2,12
23:5,22
24:8,10,17,19
25:10 26:3,13
27:2 28:13,16
29:2,8,18,24,25
30:4,11,14,20
32:19 33:8,20
34:13 35:13
40:11
41:7,10,15,24
42:14,19,24

43:2,21 44:7,23
45:2,13,23
46:1,5,10,16,21,
25 47:5,16 50:15
51:14 53:8 55:12
58:2,15 62:4,9
64:15 67:15,20
68:9 70:9,12
71:19,22,25 72:7
73:19 74:7,15
77:5,14,17,20
78:25
80:14,17,21
82:2,8,15,20
85:10 87:6,15,23
88:9 89:8,15,18
92:1,10,11,23
93:5,24 94:3,5
95:7
97:9,18,20,21
100:18 101:3

**Resource's** 46:9,14

**respect** 25:10
44:1,5,22 47:1
59:17 70:20
74:19 93:3 94:2

**response** 88:17
102:10

**responsibilities**
18:23,24

**responsibility**
19:15 21:1 94:25

**responsive** 8:14
13:1,4,23
14:12,18

**rest** 22:19

**restate** 87:22

**results** 99:15 101:6

**resumes** 31:10

**retain** 27:13
52:22,24 57:23
58:9,12 59:19
68:11,14

**retained** 5:17
48:14 59:10

**retaining** 59:17

**retention** 58:25
59:8,13 94:1

**returned** 26:3
52:25

**retyping** 41:25

**review** 8:4 12:2
31:10 36:3 38:7
56:20 63:12
66:12 83:24 84:3

**reviewed** 12:22
15:2,12,13,14,18
26:8 65:2 66:10
84:1

**reviewer**
99:14,15,18,24
100:1 101:6

**reviews** 84:5

**RFP** 20:5,8,12

**Road** 2:12

**role** 18:10
21:16,19

**royalty** 73:15

**rules** 8:4

**run** 42:19 43:3

**running** 42:24

────────
S
────────

**San** 2:8 3:3,8

**save** 53:13

**scan** 42:12 76:20
96:22

**scanned** 43:17

**scanning** 42:17
80:22 99:10
100:12

**school**
16:9,13,15,17,19

,21 31:15 71:6

**science** 71:12

**scientific**
68:19,20,23 69:3
70:20,24
71:3,10,15
90:9,13,17
98:2,18

**scope** 49:6 95:14
101:17

**scratch** 87:13

**screen** 31:10

**search** 13:17,18,20
26:10 58:21
59:20,22

**searched** 58:19
60:3,5 61:2

**second** 3:7 11:25
32:4,5,6 34:11
61:4 63:19 84:8
104:19

**secure** 27:10

**seeing** 56:23 80:9

**seen** 12:3 47:7
56:23 67:21
74:11,14,17
83:25 84:1 108:7

**selected** 39:8,10,16

**self-explanatory**
49:4

**send** 100:15 103:4

**sense** 14:5,8 90:13
97:10

**sensitivity** 108:11

**sent** 14:17,20
45:20 64:25 68:5
75:3,8 76:9 80:8
94:5 100:13

**sentence** 57:2 61:4
81:18 97:7

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 19

| | | | |
|---|---|---|---|
| **separate** 43:22 | **Society** 1:4,9 7:1 | 92:14 93:2 103:5 106:25 108:11 | 76:11 81:18 |
| **September** 56:9 79:1 83:9 | **software** 22:7,8 42:20,24 43:3 100:2 | **specifically** 10:21 44:1 80:14 82:24 92:4 108:8 | **state** 7:17 109:1 |
| **serial** 48:25 | **solutions** 18:4 | **specifications** 97:16 | **statement** 15:13 33:14 51:16 |
| **series** 57:8,14 65:5 66:15 75:6 78:10 83:13 | **somebody** 14:7 54:18 | **specified** 45:25 97:18 | **States** 1:1 16:13 22:17,23 |
| **server** 46:8 103:16,19 | **Something.PDF** 53:11 | **spell** 7:19 21:25 | **status** 93:21 94:17 |
| **service** 21:17 | **sometime** 79:1 | **split** 57:4 | **stenography** 109:8 |
| **services** 2:14 6:23 9:15 11:23 22:9,10 23:21,24 28:22,24 29:3,10,20 | **somewhere** 53:24 102:14 | **spoken** 11:5,11,13,17 23:9,11 | **step** 42:23 43:2,10 |
| | **sorry** 12:1 17:23 20:6 29:11,13 30:9 37:11 43:1 44:3 54:23 60:9 77:19 87:20 97:19,21 99:3,13 107:17 | **spreadsheet** 50:10,14 | **steps** 33:15 |
| | | **SR** 48:23 | **Stoltz** 2:7 4:10,12 6:19 15:21 45:9 51:9 52:19 53:21 69:20 70:21 73:21 74:3 77:10 83:22 85:15,18 86:2 89:2,10 90:11 91:7,11,23 92:13,18 93:1,16 95:13,18 96:5,6,14 103:25 104:4 105:24 106:12 107:8,17,21 108:13 |
| **several** 17:13 22:6 | | **stance** 103:3 | |
| **share** 40:21 | | **standard** 46:18,22 55:6,13 70:18 82:14 | |
| **shared** 100:23 | | | |
| **shares** 21:21 | **sort** 47:10 48:9 59:15 65:14 107:3 | **standards** 34:15 44:2,5,10,22 45:1 46:17,21 47:1,10 51:7,14,15,21,22 55:3 57:17 58:7 61:15 62:1 63:17 64:5 67:4 68:16 70:15 73:7 76:11,12,15 87:16,25 88:8 89:13,17 90:20 92:16,21,22 93:21,23 94:2,4 | |
| **sheet** 80:2 103:15 | | | |
| **short** 79:7 | | | |
| **Shorthand** 109:22 | **source** 48:9 49:10 99:14 102:13 | | **storage** 49:21 |
| **sides** 37:9 | **sources** 49:14 | | **stores** 25:24 |
| **sign** 28:22 | **Southfield** 1:24 6:1,9 | | **storing** 53:24 |
| **simple** 33:12 | **Spalding** 3:6 7:3 | | **strategy** 18:25 19:6 |
| **simpler** 49:18 | **speak** 10:4,21,23 11:1,8 32:4 | | **stream** 49:2 61:16,17,20 66:18 88:12 100:25 |
| **simplicity** 29:21 | **speakers** 31:17,21 32:2,3 34:9 | | |
| **single** 62:18 99:8 105:1 | **speaking** 101:2 102:7 104:1 | **start** 28:10 39:19 41:20 50:19 56:24 57:11 90:3 92:10 | **Street** 2:7 3:3,7 |
| **sir** 104:4 | | | **strike** 99:13 |
| **site** 45:25 46:1,4,11 | **speaks** 77:10 91:23 | | **Studios** 26:20 |
| **size** 72:17,21 | **special** 66:23 | **started** 19:19 41:25 | **stuff** 54:18 67:7 |
| **skip** 50:19 66:24 | **specialist** 6:13 | | **subject** 26:7 82:17 |
| **skipped** 80:3 103:16 | **specific** 13:19 30:19 44:17,20 58:6,24 63:18 73:18 77:16 | **starts** 66:21 67:6 | **submitted** 13:16 34:19 35:17 |
| **small** 29:22 99:6,20,21 100:6 | | | |

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 20

47:18
**subpoena** 4:19
11:23 12:6 30:15
**suffix** 57:5
**suggest** 77:7
**suggesting** 93:4
**Suite** 1:23 2:12 3:7
**Summary** 4:23
47:24 48:5
**supervise** 96:19
98:24 102:8
**supervisors** 60:25
**support** 22:8
**supported** 62:21
**sure** 8:3,5,8 20:7
29:14,15
30:10,21 32:14
33:23 39:21
47:19 51:19
52:15 53:1,12
55:23 62:3,18
68:8 72:20 79:8
86:16 87:11
89:25 107:19
**Sutbir** 64:20 83:4
**S-U-T-B-I-R** 64:20
**sweat** 67:6,23
**sworn** 7:10 109:5
**symbol**
74:12,15,20
**system** 27:15
**systems** 17:11 38:8

———— T ————
**table** 4:1 67:12,17
68:1 84:23
85:2,7
**tables** 67:7 68:5,8
75:11 85:8
**tag**

25:12,14,22,23,2
5 72:13 88:13
**tagged** 24:21 26:4
33:24 47:10
**tagging** 66:17
**taking** 8:16 52:13
**talk** 8:5
**talked** 9:12 10:19
29:4
**talking** 10:6 28:2
40:7 47:20 54:14
80:13 91:13
103:6
**tally** 35:2,3,10
55:10
**Talwalkar**
10:10,11,16 11:1
35:25 36:6 60:5
63:7,10,25 64:15
81:7,11 83:17
**T-A-L-W-A-L-K-**
**A-R** 10:10
**Tamil** 32:9
**T-A-M-I-L** 32:9
**tamper** 72:12
**Tape** 6:5
**Tartar** 17:17
**team** 15:12 21:12
33:21 40:24
55:11
56:8,13,17,19
58:18 60:23,25
75:19,20,23 76:1
102:12,22 103:9
**teams** 96:19,24
97:4,23
98:1,4,7,10,24
102:7 103:17
**technical** 49:17
65:8 90:9,17
96:25

97:1,4,6,9,12,14,
15 98:15
**technology**
16:2,6,23
17:5,7,20
**telephone** 6:25 7:7
9:6,21
**telephonically**
3:2,7
**ten** 18:18 53:25
54:1
**term** 25:7 32:12
45:9 51:10 98:15
**terms** 9:14 21:6
22:6 47:3 88:5
**test** 70:5,6,9
**testified** 7:11
88:17 90:8
**testify** 8:19 15:4,18
**testifying** 8:17
12:5
**testimony** 70:22
85:16 86:3 90:12
109:4,6,9
**TESTING** 1:4
**tests** 32:14,15
**text** 24:21
25:2,5,6,7 26:4
33:19,22,23
34:25 35:2,5
43:14,16 50:11
52:7 61:5
62:14,24 67:13
76:19,25 77:3
90:14 101:16
102:4
**Thane** 7:4 86:15
89:22 107:12
**Thane.Rehn@mto**
**.com** 3:4
**thank** 80:1 88:16

89:20
96:10,15,16
104:3,4 107:7
108:13,15,17
**thanks** 78:15
81:18 91:15
**that's** 12:9 20:2
23:16 25:21
27:22 29:1 30:7
35:4,15
37:2,8,20
38:1,11 39:21
41:15 42:13
48:10,14 49:25
52:11 53:19
54:1,4,7,13
55:13,24 56:15
58:14,15 62:2
70:14 72:22 78:4
81:2 82:3
88:14,20
91:3,7,10,25
93:2,7 94:7
95:14,16 97:22
100:20 104:2
105:17,20
106:4,6
**themselves** 6:16
**there's** 12:15,18
14:24 25:12,24
28:7,12 29:21
36:8 49:20 57:8
63:19 65:7
71:9,11 75:10,16
80:19 81:14
**thereupon** 7:9
**they're** 40:17
50:20 51:20
57:13 68:18,20
98:21
**they've** 13:14
**third-parties**
71:19
**third-party** 6:23

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 21

thousand 37:19

TIF 24:13,15,23
25:2,19

TIFs 33:9

title 18:21

titles 43:15

today 8:1,17,20,22
9:3,8,19 11:6,9
12:12,23 15:11
47:11 56:21
66:10 96:15

tolerance 36:19,21
37:17,18
38:10,12,24
106:1,10

Tolles 3:2 7:5

top 14:24 36:8
38:24 65:13
66:20 79:25
103:14

topics 14:24
15:2,5,8,11
86:11,13

total 10:2,3 48:19
50:22,25 51:3
89:14

towards 36:8
84:11

town 1:23 32:2,8
34:2

track 36:25

trademark 73:25

trademarks
71:19,22
73:19,22

trained 41:2

training 31:11
40:24,25 41:4

transcribed 109:8

transcript 109:9

transmit 94:13

transmitted 26:13

treat 47:5 87:15,24

tried 13:14

triple 34:15,19
35:7,8,12,19
36:10,16 39:5,13
70:1 86:21,22
87:1,8
90:5,17,19
99:5,12
104:10,16,25
105:3 107:22

trouble 67:25

troubles 75:11

Troy 2:12

true 58:15 109:8

truth 7:10,11
109:6

truthfully 8:17,20

try 8:10 13:22 44:9
62:3,11 67:24
71:14 82:13
86:13 100:13

trying 13:3 53:20
55:2 56:22 78:17
84:21

turn 12:8 14:21
54:7 83:19

Turning 84:7

two-page 39:25
47:23

type 31:3 43:7,9
59:4 100:11,21

types 49:13
50:8,12,16 96:18

typical 88:15
98:14,17
99:15,18 102:10

typically 33:21
34:10 39:12

40:13,18 42:10
43:6,17 47:12
48:11 49:8 50:2
55:8 56:17 57:23
58:21 59:10
60:23 67:12
69:10,23,24 85:2
86:24 94:23
102:11 104:13

_____

U

Uh-huh 41:21

understand 8:9,12
12:5 51:19 52:15
54:1 62:7 65:7
80:6 91:21
101:20

understanding
10:13 24:16 26:2
28:15 35:12
50:15 54:10
94:24

understood 8:13

unidentified 76:1

unit 19:1,2,3,4
50:19,20,22 51:3

United 1:1 16:13
22:17,23

university 16:5
17:2,3

unlikely 38:1

unusual 38:5

update 35:5

updates 78:21

uploaded 33:25

uploading 75:7

upon 69:2 70:15

usually 24:11
28:22 38:4,22
42:10 49:18 58:9
59:9 62:14 70:4
82:16 87:4 88:4

94:20 98:19
99:10 108:9

_____

V

vague 98:12 101:8
103:2

validate 35:1,5
42:5,6

validates 33:22

vary 96:20

vector
49:14,19,21,22

verbal 96:1

version 24:25
49:18 103:18

versions 53:23

versus 6:6

via 3:2,7 29:19

vice-president
18:15,20 19:8
20:25

video 6:12

videographer 3:14
6:4 55:25 56:2
79:9,11 95:20
96:12 108:18

videotape 79:6

videotaped 1:19
6:5

Vikas 1:20 4:5 6:5
7:8,18

V-I-K-A-S 7:20

volume 6:4 48:19
50:22 51:3 99:21

_____

W

walk 48:22

Washington 2:3
6:14

wasn't 28:14

Capital Reporting Company
Bhutada, Vikas  11-05-2014
Page 22

**website** 26:10
46:7,9,11,14

**we'd** 15:23 29:5
40:21

**Wednesday** 1:21
6:2

**week** 81:20

**we'll** 75:19 87:10

**we're** 8:3 40:21
52:12 56:2 62:22
67:24 74:11
78:17 84:21 85:3
91:18

**we've** 21:4

**whatever** 51:16
61:16 69:14,17
72:12 102:16

**whenever** 55:22

**whereby** 24:20
31:9 36:16,18,23

**whereof** 109:14

**whether** 27:2
28:6,7,12 29:24
32:1,10 34:14
35:15 41:24
42:8,21 44:9
46:23 53:1
57:19,22 58:18
60:5 61:13 63:16
64:13 67:3 77:13
82:13 100:11
102:13 104:25

**white** 63:20 64:1

**whole** 7:10

**whom** 8:24

**whose** 57:22 109:4

**wind** 38:8

**withdraw** 87:22
101:21 105:9

**witness** 4:3 7:9
9:10,17 52:20

55:21 79:8 83:23
84:5 89:25 91:9
104:1,3 107:7,19
108:15
109:4,7,9,14

**work** 17:15 19:10
21:5 24:9,18
28:19 29:6,21,22
30:20 31:4 33:14
37:2,20
41:7,11,14,25
42:23 43:2,20
44:6 45:14 49:2
53:12
61:14,16,20
62:23 63:16
66:18 76:19,23
77:4,7,14,17,20
78:16 79:3
88:4,7,12
97:3,11,16 98:23
99:5,8,10,11
100:25 101:2
102:14

**worked** 17:17,19
19:14 28:19
30:22

**working** 56:17
60:23

**works** 15:13 27:8
65:24 72:24
94:17

**worry** 75:20

**writing** 109:7

**written** 33:7 44:23
63:17 73:6

**wrong** 36:17,19,20
70:13

**WS** 49:1

—————
Y
—————
**Yep** 49:5 84:18

**yet** 15:22

**you'll** 103:14

**yourself** 15:10

**you've** 12:2 17:4
20:25 23:9
30:10,17 36:2
37:8,14 38:7,20
44:20 53:16
54:15 74:11
98:15 100:17
101:23

—————
Z
—————
**Zee** 3:7 4:8 6:25
86:16,19 89:20
95:21 96:3,4
107:14