# EXHIBIT 82



**NATIONAL FIRE PROTECTION ASSOCIATION**
The leading information and knowledge resource on fire, electrical and related hazards

# NEC®

NEC® / NEC® adoption and use / NEC® adoption maps

# NEC® adoption maps

Throughout the United States and around the world, NFPA 70®, National Electrical Code® (NEC®), published by the National Fire Protection Association (NFPA), sets the foundation for electrical safety in residential, commercial, and industrial occupancies. Learn more about adoption efforts, status, and the support of the Electrical Code Coalition, which works to increase focus and emphasis on electrical safety for persons and property through direct and full adoption, application and uniform enforcement of the latest edition of the *NEC*.




Industry partners working together to promote safe electrical installations and products

## Falling behind on electrical safety



### Full report

U.S. states vary widely in how promptly, or even if, they adopt the latest edition of the National Electrical Code. Not adhering to the latest edition can lead to serious shortfalls in electrical safety for citizens and a failure to protect first responders and workers from preventable dangers.

**Download the report.**



### Report summary & infographic

Read the highlights of the full Falling Behind in Electrical Safety report, plus an infographic that explains the making of the 2017 National Electrical Code.

**Download the summary & infographic.**

## Where is the National Electrical Code® in effect?

**NEW!** CodeFinder™: Insight you need on NFPA codes and standards.

As of July 1, 2019, the 2017 NEC is in effect in 28 states, the 2014 NEC is in effect in 14 states, the 2011 *NEC* is in effect in one state, and the 2008 *NEC* is in effect in three states. If you have a question on the status of *NEC* adoption in any state, please contact your NFPA Regional Electrical Code Specialist.

*Note: The 2017 edition of the NEC was issued by the NFPA Standards Council on August 4, 2016. The effective date was August 24, 2016, when it officially became available for adoption by federal, state, county, and municipal governmental entities.*



- The 2016 California Electrical Code, California Code of Regulations Title 24, Part 3 is based on the 2014 edition of NFPA 70®, National Electrical Code®.
- The 2011 New York City Electrical Code is based on the 2008 edition of NFPA 70®, National Electrical Code®.

## The National Electrical Code® process in progress

As of July 1, 28 states have completed its 2017 NEC update process. Nine other states are in the process of revising the statute or administrative rule through which the NEC is updated to reference the 2017 edition. Three states that are currently using the 2017 NEC have commenced the process of revising the statute or administrative rule through which the NEC is updated to reference the 2020 edition. Nine states are using the 2014, 2011 or 2008 of the NEC and are not in the process of updating the edition currently in use.



The following table shows the edition of the NEC in effect in those states having a statewide regulation that impacts construction, trade licensing, or both. Follow the link to the board or agency responsible for updating the *NEC*.

| State | Current Edition Of The NEC In Effect (Effective Date) | 2017 NEC UPDATE Status (Effective Date) | Other Editions Of NEC Update Status (Effective Date) |
|---|---|---|---|
| Alabama | 2014 (July 1, 2016, (Alabama Division of Construction Management) | | |
| Alaska | 2017 (5/9/2018) | | |
| Arizona | Local adoption only | | |
| Arkansas | 2017 with AR amendments (1/1/2018) | | |
| California | 2014 (1/1/2017) | Update process underway (1/1/2020) | |
| Colorado | 2017 (6/1/2017) | | |
| Connecticut | 2017 (10/1/2018) | | |

| State | Edition (Effective Date) | Status | Status |
|---|---|---|---|
| Delaware | 2014 (3/11/2016) | Update process underway (Effective date not established) | |
| Florida | 2014 (12/31/2017) | Update process underway (12/31/2020) | |
| Georgia | 2017 (1/1/2018) | | |
| Hawaii | 2017 (8/21/2018) | | |
| Idaho | 2017 (7/1/2017) | | |
| Illinois | 2008 (7/1/11 - commercial occupancies for areas outside of local jurisdictions that have adoption authority) | Not in process | Not in process |
| Indiana | 2008 | One- and two-family dwellings -2018 IRC Electrical Chapters, based on 2017 NEC (Effective date not established) | Not in process |
| Iowa | 2017 (1/1/2018) | | |
| Kansas | 2008 (2/4/11 - State Fire Marshal) | Not in process | Not in process |
| Kentucky | 2017 (1/1/2019) | | |
| Louisiana | 2014 (2/1/2018) | | |
| Maine | 2017 with Maine amendments (11/6/2017) | | |
| Maryland | 2014 (1/1/2015) | Update process underway (1/1/2020) | |
| Massachusetts | 2017 w/MA Amendments (1/1/2017) | | |
| Michigan | 2017 Commercial (1/4/2019) One- and two-family dwellings (2/8/2016) | | |
| Minnesota | 2017 (7/1/2017) | | |
| Mississippi | Local adoption only | | |
| Missouri | Local adoption only | | |
| Montana | 2014 (10/23/2014) | Update process underway (effective date not established) | |
| Nebraska | 2017 (8/1/17) | | |
| Nevada | 2011 (7/1/13 - Nevada State Pubic Works Division) | Not in process | Not in process |
| New Hampshire | 2017 with NH amendments (1/1/2018) | | |
| New Jersey | 2014 (9/21/15 with 6 month grace period for new permits) | Update process underway (effective date not established) | |
| New Mexico | 2017 (2/1/2018) | | |
| New York | 2014 (4/6/2016 with 6-month grace period ending 10/3/2016) | Update process underway (effective date not established) | |
| North Carolina | 2017 (6/12/2018) | | |
| North Dakota | 2017 (7/1/2017) | | |

NFPA-PR0098049

| State | | | |
|---|---|---|---|
| Ohio | 2017<br>Commercial (11/1/2017)<br><br>2014<br>One-, two- and three-family dwellings (1/1/2016) | One-, two- and three-family dwellings (7/1/2019) | |
| Oklahoma | 2014<br>Commercial (11/1/2015)<br>Residential 2015 IRC Electrical Chapters (11/1/2016) | Update process underway (effective date not established) | |
| Oregon | 2017 with Oregon amendments (10/1/2017) | | |
| Pennsylvania | 2014 | | |
| Rhode Island | 2014 (7/1/2014) | Update process underway (8/1/2019) | |
| South Carolina | 2014 (7/1/2016) | Update process underway (1/1/2020 projected) | |
| South Dakota | 2017 (7/1/2017) | | |
| Tennessee | 2017 (10/1/2018) | | |
| Texas | 2017 (9/1/2017) | | |
| Utah | 2017<br>Commercial (7/1/2018)<br><br>2014<br>One- and two-family dwellings (7/1/2016) | | |
| Vermont | 2017 with Vermont amendments (10/1/2017) | | |
| Virginia | 2014 | | |
| Washington | 2017 (7/1/2017) | | |
| West Virginia | 2014 (8/1/2016) | Not in process | |
| Wisconsin | 2017<br>Commercial (8/1/2018) | One- and two-family dwellings (1/1/2020) | |
| Wyoming | 2017 (7/1/2017) | | |
| Chicago | 2017 with Chicago amendments (3/1/2018) | | |
| New York City | 2008 w/NYC amendments (7/1/2011) | | 2014 (effective date not established) |

## Featured products

## NFPA 70, National Electrical Code (NEC) Softbound

The *NEC* is adopted in all 50 states, and covers electrical wiring and installations.
More Info

## NFPA 70, National Electrical Code (NEC) Handbook

 

NFPA's *NEC Handbook* provides in-depth support for safe, compliant electrical design and installation.

**More Info**

## About NFPA

Overview

Leadership

Careers

International

Offices

Directions

Grants & Awards

## Quick Links

Codes & Standards

News & Research

Training & Events

Public Education

Membership

Catalog

Newsletters

Press Room

Xchange™ (online community)

Alternative Fuel Vehicle Safety

Free Access

Fire Sprinkler Initiative

Firewise USA®

NFCSS

NFPA Buyers' Guide

## Help

Customer Support

Contact Us

       

Terms of Use    Privacy Policy    © National Fire Protection Association (NFPA) 2019

NFPA-PR0098052