# EXHIBIT 84

*CA*

(http://www.ca.gov)

f  𝕏  G+  ✉ (mailto:?subject=Codes&body=%0ahttps%3A%2F%2Fwww.dgs.ca.gov%2FBSC%2FCodes%0a%0a)

Careers (/OHR/Careers)    Translate

**DGS** (https://www.dgs.ca.gov/BSC)                                                              🔍

HOME (/) » BUILDING STANDARDS COMMISSION (HTTPS://WWW.DGS.CA.GOV/BSC) » CODES (HTTPS://WWW.DGS.CA.GOV/BSC/CODES)

# Codes

## CALIFORNIA BUILDING STANDARDS CODE

### 2019 TRIENNIAL EDITION OF TITLE 24

The 2019 California Building Standards Code (Cal. Code Regs., Title 24) was published July 1, 2019, with an effective date of January 1, 2020. Information Bulletin 19-04 (/-/media/Divisions/BSC/06-News/Information-Bulletins/BSC-Bulletin-19-04-FINAL-ACC.ashx?la=en&hash=B91A9E6A276D3A314C233FC0114198E7BF7E0B0A) and Information Bulletin 19-05 (/-/media/Divisions/BSC/06-News/Information-Bulletins/BSC-Bulletin-19-05-FINAL-ACC.ashx?la=en&hash=428CB1E2A46FADCE0A9F4D442CDF47E9921E9298) provide detailed information concerning the 2019 publication.

The active links below will take you to each publisher's website.  Please contact CBSC at cbsc@dgs.ca.gov (mailto:cbsc@dgs.ca.gov) if you have challenges accessing the codes.

**PART 1 - CALIFORNIA ADMINISTRATIVE CODE (https://codes.iccsafe.org/content/chapter/15348/)**
- Errata (non-substantive corrections): TBD
- Supplement: TBD

**PART 2 - CALIFORNIA BUILDING CODE**
- **Volume 1 of Part 2 (https://codes.iccsafe.org/content/chapter/15426/)**
  - Errata (non-substantive corrections): TBD
  - Supplement: TBD
- **Volume 2 of Part 2 (https://codes.iccsafe.org/content/chapter/15455/)**
  - Errata (non-substantive corrections): TBD
  - Supplement: TBD

**PART 2.5 - CALIFORNIA RESIDENTIAL CODE (https://codes.iccsafe.org/content/chapter/15513/)**
- Errata (non-substantive corrections): TBD
- Supplement: TBD

**PART 3 - CALIFORNIA ELECTRICAL CODE (https://gcc01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.nfpa.org%2Fcodes-and-standards%2Fall-codes-and-standards%2Fcodes-and-standards%2Ffree-access%3Fmode%3Dview%26t%3Dother%26c%3DCALNEC2019&data=02%7C01%7CLaura.Mills%40dgs.ca.gov%7C4184703fbf4747**
- Errata (non-substantive corrections): TBD
- Supplement: TBD



Δ π EXHIBIT 3
Deponent Marvelli
Date 8-19-19
Rptr.
WWW.DEPOBOOK.COM

**PART 4 - CALIFORNIA MECHANICAL CODE** (http://epubs.iapmo.org/2019/CMC/index.html)
- Errata (non-substantive corrections): TBD
- Supplement: TBD

**PART 5 - CALIFORNIA PLUMBING CODE** (http://epubs.iapmo.org/2019/CPC/index.html)
- Errata (non-substantive corrections): TBD
- Supplement: TBD

**PART 6 - CALIFORNIA ENERGY CODE (https://codes.iccsafe.org/content/chapter/15564/)**

*PART 7 - Vacant - formerly California Elevator Safety Construction Code (see Cal. Code Regs., Title 8)*

**PART 8* -  CALIFORNIA HISTORICAL BUILDING CODE (https://codes.iccsafe.org/content/chapter/15782/)**

**PART 9 -  CALIFORNIA FIRE CODE (https://codes.iccsafe.org/content/chapter/15583/)**
- Errata (non-substantive corrections): TBD
- Supplement: TBD

**PART 10* - CALIFORNIA EXISTING BUILDING CODE** (https://codes.iccsafe.org/content/chapter/15668/)
- Errata (non-substantive corrections): TBD
- Supplement: TBD

**PART 11 - CALIFORNIA GREEN BUILDING STANDARDS CODE (https://codes.iccsafe.org/content/chapter/15761/)** also referred as *CALGreen*
- Errata (non-substantive corrections): TBD
- Supplement: TBD

**PART 12* - CALIFORNIA REFERENCED STANDARDS CODE (https://codes.iccsafe.org/content/chapter/15802/)**
- Errata (non-substantive corrections): TBD
- Supplement: TBD

*\*The printed versions of Parts 8, 10 and 12 are located in a shared binder featuring Part 10.*

# 2016 TRIENNIAL EDITION OF TITLE 24

# 2013 TRIENNIAL EDITION OF TITLE 24

## PURCHASE THE CODES

The California Building Standards Code (Cal. Code Regs., Title 24) is available for purchase from the following publishers or is viewable at no cost through several State Document Depository Libraries (http://www.library.ca.gov/government-publications/state-document-depository-program/depositories).

**International Code Council (ICC)**
Parts 1, 2, 2.5, 6, 8, 9, 10, 11 and 12
shop.iccsafe.org (https://shop.iccsafe.org/) or call (800) 786-4452

### International Association of Plumbing and Mechanical Officials (IAPMO)
Parts 4 and 5

iapmomembership.org (https://iapmomembership.org/) or call (909) 472-4208

### National Fire Protection Association (NFPA)
Part 3 - 2019

catalog.nfpa.org (https://catalog.nfpa.org/NFPA-70-National-Electrical-Code-with-California-Amendments-P17223.aspx) or call (800) 344-3555

### BNi Building News
Part 3 - 2016

www.bnibooks.com (http://www.bnibooks.com) or call (888) 264-2665

## LOCAL AMENDMENTS TO BUILDING STANDARDS - ORDINANCES

ORDINANCES (/BSC/CODES/LOCAL-JURISDICTIONS-CODE-ORDINANCES)

## APPEALS INFORMATION

APPEALS (/BSC/CODES/BUILDING-STANDARDS-APPEALS)

## CALIFORNIA BUILDING STANDARDS CODE (CALIFORNIA CODE OF REGULATIONS, TITLE 24)

The California Building Standards Code is a compilation of three types of building standards from three different origins:

- Building standards that have been adopted by state agencies without change from building standards contained in national model codes;
- Building standards that have been adopted and adapted from national model codes to address California's ever-changing conditions; and
- Building standards, authorized by the California legislature, that constitute amendments not covered by national model codes, that have been created and adopted to address particular California concerns.

All occupancies in California are subject to national model codes adopted into Title 24, and occupancies are further subject to amendments adopted by state agencies and ordinances implemented by local jurisdictions' governing bodies.

About Title 24



8/16/2019                                                                                          Codes

*About Title 24 - Educational Video #3*

## 2019-2020 18-MONTH CALENDAR

Contact us and we'll send you a printable version of our 2019-2020 18-month calendar celebrating the new 2019 edition of Title 24.



**REQUEST A CALENDAR (MAILTO:CBSCTRAINING@DGS.CA.GOV; BARBARA.TRUSLEY@DGS.CA.GOV?SUBJECT=PLEASE SEND ME A CALENDAR!)**

Back to Top

Accessibility (/Configuration/Footer-Utility-Links/Accessibility/Accessibility)

Certification (/Certification)

Privacy Policy (/Privacy)

**f** (https://www.facebook.com/CalDGS/?ref=settings)   **𝕏** (https://twitter.com/califdgs?lang=en)
▶ (https://www.youtube.com/user/CalifDGS)   ⓞ (https://www.instagram.com/dgscalif/?hl=en)
**in** (https://www.linkedin.com/company/cadgs)

Copyright © 2018 State of California