# EXHIBIT 85





NFPA Viewer — 3 of 1034

Portions of this publication are reproduced with permission from the National Electrical Code®, 2017 edition, copyright © 2016 National Fire Protection Association, Quincy, MA 02169. All rights reserved. No portions of NEC® material may be reproduced except with permission of the National Fire Protection Association.

ISBN 978-1-55701-914-1

Copyright © to 2016 National Electrical Code Held By

National Fire Protection Association

1 Batterymarch Park (P.O. Box 9146)

Quincy, MA 02269-9959

Printed in The United States



NFPA Viewer — 5 of 1034

## Preface

This document is Part 3 of thirteen parts of the official triennial compilation and publication of the adoptions, amendments and repeal of administrative regulations to *California Code of Regulations, Title 24*, also referred to as the *California Building Standards Code*. This Part is known as the *California Electrical Code* and incorporates, by adoption, the 2017 edition of the *National Electrical Code* of the National Fire Protection Association with the California amendments

The *California Building Standards Code* is published in its entirety every three years by order of the California legislature, with supplements published in intervening years. The California legislature delegated authority to various State agencies, boards, commissions and departments to create building regulations to implement the State's statutes. These building regulations or standards, have the same force of law, and take effect 180 days after their publication unless otherwise stipulated. *The California Building Standards Code* applies to occupancies in the State of California as annotated.

A city, county, or city and county may establish more restrictive building standards reasonably necessary because of local climatic, geological or topographical conditions. Findings of the local condition(s) and the adopted local building standard(s) must be filed with the California Building Standards Commission to become effective and may not be effective sooner than the date filed with the California Building Standards Commission and in no case sooner than the effective date of this edition of *California Building Standards Code*. Local building standards that were adopted and applicable to previous editions of the *California Building Standards Code* do not apply to this edition without appropriate adoption and the required filing.

To familiarize yourself with the format of this code, it is suggested that users review the following contents:

- How To Distinguish Model Code Language From California Amendments
- Matrix Adoption Tables, located at the beginning of each chapter.

Should you find publication (e.g., typographical) errors or inconsistencies in this code or wish to offer comments toward improving its format, please address your comments to:

California Building Standards Commission
2525 Natomas Park Drive, Suite 130
Sacramento, CA 95833-2936

Phone: (916) 263-0916

Web Page: www.dgs.ca.gov/bsc

Email: cbsc@dgs.ca.gov



## Acknowledgements

The 2019 *California Electrical Code* (Code) was developed through the outstanding collaborative efforts of the Department of Housing and Community Development, Division of State Architect, Office of the State Fire Marshal, Office of Statewide Health Planning and Development, California Energy Commission, California Department of Public Health, California State Lands Commission, Board of State and Community Corrections, and the California Building Standards Commission (Commission).

This collaborative effort included the assistance of the Commission's Code Advisory Committees and many other volunteers who worked tirelessly to assist the Commission in the production of this Code.

Governor Edmund G. Brown Jr.
Members of the Building Standards Commission

Secretary Marybel Batjer — Chair
Steven Winkel — Vice-Chair

Raj Patel                                   Erick Mikiten
Elley Klausbruckner                         Kent Sasaki
Larry Booth                                 Peter Santillan
Juvilyn Alegre

Mia Marvelli — Executive Director
Michael L. Nearman — Deputy Executive Director

For questions on California state agency amendments; please refer to the contact list on the following page.

*How to Distinguish Between Model Code Language and California Amendments*

To distinguish between model code language and the incorporated California amendments, including exclusive California standards, California amendments will appear in italics.

Symbols in the margins indicate the status of code changes as follows:

*[SFM]* This symbol identifies which State agency(s), by its "acronym", has amended a section of the model code. For a complete listing of the State agency acronyms, see the Application Section within Chapter 1.

C A This symbol indicates a California amendment has been made to the model code.

| This symbol indicates that a change has been made to a California amendment.

> This symbol indicates deletion of California language.

NOTATIONS USED IN *THE NATIONAL ELECTRICAL CODE*

The following notation appears in the *National Electrical Code* to aid the user:

Changes other than editorial are indicated with gray shading within sections. An entire figure caption with gray shading indicates a change to an existing figure. New sections, tables, and figures are indicated by a bold, italic N in a gray box to the left of the new material. An N next to an Article title indicates that the entire Article is new. Where one or more complete paragraphs have been deleted, the deletion is indicated by a bullet (•) between the paragraphs that remain.

### ARTICLE 100 — DEFINITIONS

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 1-AC | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | | | | | | | | X | X | | | | | | | |
| Adopt entire Article as amended (amended sections listed below) | X | | X | X | X | | | | | X | X | X | X | X | X | |
| Adopt only those sections that are listed below | | | | | | X | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | | |
| Coordination (Selective) | | | | | | | | | | X | X | X | X | X | X | |
| Ballasted Solar Photovoltaic System | X | | X | X | X | | | | | | | | | | | |
| Building (Exception) | | | | X | X | X | | | | | | | | | | |

### ARTICLE 110 — REQUIREMENTS FOR ELECTRICAL INSTALLATIONS

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | | | | | | | X | X | | | | | | | |
| Adopt entire Article as amended (amended sections listed below) | X | | X | X | X | | | | X | X | X | X | X | X | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| 110.2 | | | | | | | | | X | X | X | X | X | X | |
| 110.13(C) | | | | | | | | | X | X | X | X | X | X | |
| 110.13 *Exception* | X | | X | X | X | | | | | | | | | | |

NFPA

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

### ARTICLE 200 — USE AND IDENTIFICATION OF GROUNDED CONDUCTORS

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 210 — BRANCH CIRCUITS

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | X | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | X |
| Article/Section | | | | | | | | | | | | | | | |
| 210.12(A) | | | X | | | | | | | | | | | | |
| 210.50(D), (E) | | | | | | | | | | | | | | | X |

### ARTICLE 215 — FEEDERS

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 220 — BRANCH-CIRCUIT, FEEDER, AND SERVICE CALCULATIONS

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | X | | | | | | |
| Adopt only those sections that are listed | | | | | | | | | | | | | | | |

NFPA

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

NFPA Viewer

### ARTICLE 300 — GENERAL REQUIREMENTS FOR WIRING METHODS AND MATERIALS

| | | | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | BSC-CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 310 — CONDUCTORS FOR GENERAL WIRING

| | | | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | BSC-CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 312 — CABINETS, CUTOUT BOXES, AND METER SOCKET ENCLOSURES

| | | | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | BSC-CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 314 — OUTLET, DEVICE, PULL, AND JUNCTION BOXES; CONDUIT BODIES; FITTINGS; AND HANDHOLE ENCLOSURES

| | | | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | BSC-CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |

<< First | < Prev | Table of Contents | Next > | Last >>

NFPA

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

### ARTICLE 400 — FLEXIBLE CORDS AND CABLES

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 402 — FIXTURE WIRES

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 404 — SWITCHES

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | | | | X | | | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | X | X | X | | X | X | |
| Adopt only those sections that are listed below | | | | | | X | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| 404 *FPN* | | | | | | X | | | | | | | | | |
| 404.4(C) | | | | | | | | | X | X | X | | X | X | |

### ARTICLE 406 — RECEPTACLES, CORD CONNECTORS, AND ATTACHMENT PLUGS (CAPS)

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Adopting Agency** | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | | | | X | | | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | X | X | X | | X | X | |
| Adopt only those sections that are listed below | | | | | | X | | | | | | | | | |

<< First | < Prev | Table of Contents | Next > | Last >>

NFPA

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

NFPA Viewer 423 of 1034

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

**ARTICLE 500 — HAZARDOUS (CLASSIFIED) LOCATIONS, CLASSES I, II, AND III, DIVISIONS 1 AND 2**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | CSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | | | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**ARTICLE 501 — CLASS I LOCATIONS**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | CSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | | | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**ARTICLE 502 — CLASS II LOCATIONS**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | CSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | | | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**ARTICLE 503 — CLASS III LOCATIONS**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | CSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | | | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |

<< First | < Prev | Table of Contents | Next > | Last >>

NFPA

### ARTICLE 600 — ELECTRIC SIGNS AND OUTLINE LIGHTING

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 604 — MANUFACTURED WIRING SYSTEMS

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | | | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 605 — OFFICE FURNISHINGS

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | | | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

### ARTICLE 610 — CRANES AND HOISTS

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | | | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |

NFPA

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

### ARTICLE 700 — EMERGENCY SYSTEMS

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | | X | X | | X | X | | | | | | | |
| Adopt entire Article as amended (amended sections listed below) | | | X | | | | | | X | X | X | X | X | X | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| 700.3(A) | | | | | | | | | X | X | X | X | X | X | |
| 700.3(B) | | | | | | | | | X | X | X | | | | |
| 700.3(C) | | | | | | | | | X | X | X | X | X | X | |
| 700.12(B)(2) W/Exc. 1, 2, & 3 | | | X | | | | | | X | X | X | X | X | X | |

### ARTICLE 701 — LEGALLY REQUIRED STANDBY SYSTEMS

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | ♦ | ♦ | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

The ♦ designation indicates that the State Fire Marshal's adoption of this chapter or individual sections is applicable to structures subject to HCD 1 and/or 2.

### ARTICLE 702 — OPTIONAL STANDBY SYSTEMS

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

<< First < Prev Table of Contents Next > Last >>

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

**ARTICLE 800 — COMMUNICATION CIRCUITS**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**ARTICLE 810 — RADIO AND TELEVISION EQUIPMENT**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**ARTICLE 820 — COMMUNITY ANTENNA TELEVISION AND RADIO DISTRIBUTION SYSTEMS**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

**ARTICLE 830 — NETWORK-POWERED BROADBAND COMMUNICATIONS SYSTEMS**

| Adopting Agency | BSC | BSC-CG | SFM | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |

NFPA

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index

NFPA Viewer

## CHAPTER 9 — TABLES

| | | BSC- | | HCD | | DSA | | | OSHPD | | | | | | DPH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adopting Agency | BSC | CG | SFM | 1 | 2 | AC | SS | SS/CC | 1 | 1R | 2 | 3 | 4 | 5 | |
| Adopt Entire Article | X | | X | X | X | | X | X | X | X | X | X | X | X | |
| Adopt entire Article as amended (amended sections listed below) | | | | | | | | | | | | | | | |
| Adopt only those sections that are listed below | | | | | | | | | | | | | | | |
| Article/Section | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

<< First   < Prev   Table of Contents   Next >   Last >>

NFPA

Table of Contents

NFPA CA NEC_FM
NFPA CA NEC_ARTICLE 89
NFPA CA NEC_ARTICLE 90
NFPA CA NEC_CH01
NFPA CA NEC_CH02
NFPA CA NEC_CH03
NFPA CA NEC_CH04
NFPA CA NEC_CH05
NFPA CA NEC_CH06
NFPA CA NEC_CH07
NFPA CA NEC_CH08
NFPA CA NEC_CH09
NFPA CA NEC_Annexes A_C
NFPA CA NEC_Annexes D_J
NFPA CA NEC_Index



















