# EXHIBIT 87

| | |
|---|---|
| From: | Hunter, <Alexander@DGS> |
| To: | "DGS CBSC-Sacramento Staff" <CBSC-SacramentoStaff@dgs.ca.gov> |
| Date: | 8/1/2016 9:54:38 AM |
| Subject: | Online versions of 2016 Codes |

Good morning,

Online portions of the 2016 California Building Standards Code published/printed by ICC are now linked on our Codes webpage. However, the California Electrical Code published by NFPA and the California Mechanical and Plumbing Codes published by IAPMO are not yet available for online access.

Thank you!

-Alex

**Alexander Hunter**
Associate Governmental Program Analyst
Department of General Services
California Building Standards Commission
2525 Natomas Park Drive, Suite 130
Sacramento CA 95833-2936
Office (916) 263-0916
Direct (916) 263-5889
Fax (916) 263-0959
http://www.bsc.ca.gov/
alexander.hunter@dgs.ca.gov





12/17/2016

PRO_00252463