# EXHIBIT 91

NFPA Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 1 | 2003 | Uniform Fire Code | 2015 | | Fla Admin Code R 69A-3 012 | 69A-3 012 Standards of the National Fire Protection Association and Other Standards Adopted<br><br>(1) Except as specifically modified by statute or by the State Fire Marshal's rules, the Florida specific edition of NFPA 101, the Life Safety Code®, 2003 edition and the Florida specific edition of NFPA 1, the Uniform Fire Code 2003 edition, as adopted within Rule Chapter 69A-60, F A C , the 2004 edition of the Florida Fire Prevention Code are hereby adopted and incorporated by reference as a part of the uniform fire safety standards adopted by rule by the State Fire Marshal and are applicable to those buildings and structures specified in Rule Title 69A, are hereby adopted and incorporated by reference and shall take effect on the effective date of this rule, as a part of the uniform fire safety standards adopted by rule by the State Fire Marshal and are applicable to those buildings and structures specified in paragraphs (a) and (b) of subsection (1) of Section 633 022, F S<br><br>(4) The codes and standards published by the National Fire Protection Association, including the Florida edition of NFPA 1 and NFPA 101 as adopted in Rule Chapter 69A-60, F A C , may be obtained by writing to BNi, 1612 S Clementine Street, Anaheim, CA 92802  ANSI standards may be obtained from the American National Standards Institute, 1430 Broadway, New York, N Y 10018  ANSI/ASME standards may be obtained from the American Society of Mechanical Engineers, 345 East 47th Street, New York, N Y 10017  ASTM standards may be obtained from the American Society for Testing and Materials, 1916 Race Street, Philadelphia, PA 19103  UL standards may be obtained from Underwriters Laboratories, Inc , 333 Pfingston Road, Northbrook, IL 60062  All standards incorporated by reference in this rule are also available for public inspection during regular business hours at the Division currently located on the third floor (Room 326) of the Atrium Building, 325 John Knox Road, Tallahassee, Florida |
| NFPA 1 | 2006 | Uniform Fire Code | 2015 | | Fla Admin Code R 69A-60 003 | 69A-60 003 Standards of the National Fire Protection Association, NFPA 1, the Uniform Fire Code, Florida 2006 Edition, Adopted<br><br>(1) NFPA 1, the Uniform Fire Code, Florida 2006 edition, is hereby adopted and incorporated herein by reference and shall take effect on the effective date of this rule as a part of the Florida Fire Prevention Code<br>(2)(a) NFPA 1, Florida 2006 edition may be purchased by writing to the NFPA at 1 Batterymarch Park, Quincy, Massachusetts 02269-9101<br>(b) All codes, standards, publications, and authorities adopted and incorporated by reference in this rule chapter are also available for public inspection during regular business hours at the Bureau of Fire Prevention, Division of State Fire Marshal, Department of Financial Services, 325 John Knox Road, The Atrium, Third Floor, Tallahassee, Florida 32303 and may be accessed in a read-only, non-printable, non-downloadable format at the Division of State Fire Marshal website whose address is http://www fldfs com/SFM/<br>(c) NFPA 1, Florida 2006 edition, may also be purchased at the Bureau of Fire Standards and Training, Division of State Fire Marshal, 11655 Northwest Gainesville Road, Ocala, Florida 34482 |

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 11 | 2005 | Standard for Low Medium and High Expansion Foam | 2016 | 29 C.F.R. § 1915.5 (2015) | | 29 C.F.R. § 1915.5, "Incorporation by reference" (2015):<br><br>(b)(1) The standards listed in paragraph (d) of this section are incorporated by reference in the corresponding sections noted as the sections exist on the date of the approval, and a notice of any change in these standards will be published in the Federal Register. The Director of the Federal Register approved these incorporations by reference in accordance with 5 U.S.C. 552(a) and 1 CFR part 51.<br><br>(2) Any changes in the standards incorporated by reference in this part and an official historic file of such changes are available for inspection in the Docket Office at the national office of the Occupational Safety and Health Administration, U.S. Department of Labor, Washington, DC 20910; telephone: 202-693-2350 (TTY number: 877-889-5627)<br><br>(c) Copies of standards listed in this section and issued by private standards organizations are available for purchase from the issuing organizations at the addresses or through the other contact information listed below for these private standards organizations. In addition, these standards are available for inspection at the National Archives and Records Administration (NARA). For information on the availability of these standards at NARA, telephone: 202-741-6030, or go to http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. Also, the standards are available for inspection at any Regional Office of the Occupational Safety and Health Administration (OSHA), or at the OSHA Docket Office, U.S. Department of Labor, 200 Constitution Avenue, NW., Room N-2625, Washington, DC 20210; telephone: 202-693-2350 (TTY number: 877-889-5627)<br><br>(d)(4) The following material is available for purchase from the National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101:<br><br>(xiii) NFPA 11-2005 Standard for Low-, Medium-, and High-Expansion Foam, IBR approved for § 1915.507(d)(3) |
| NFPA 12 | 2005 | Standard on Carbon Dioxide Extinguishing Systems | 2015 | 30 C.F.R. § 1915.5 (2015) | | 29 C.F.R. § 1915.5, "Incorporation by reference" (2015):<br><br>(b)(1) The standards listed in paragraph (d) of this section are incorporated by reference in the corresponding sections noted as the sections exist on the date of the approval, and a notice of any change in these standards will be published in the Federal Register. The Director of the Federal Register approved these incorporations by reference in accordance with 5 U.S.C. 552(a) and 1 CFR part 51.<br><br>(2) Any changes in the standards incorporated by reference in this part and an official historic file of such changes are available for inspection in the Docket Office at the national office of the Occupational Safety and Health Administration, U.S. Department of Labor, Washington, DC 20910; telephone: 202-693-2350 (TTY number: 877-889-5627)<br><br>(c) Copies of standards listed in this section and issued by private standards organizations are available for purchase from the issuing organizations at the addresses or through the other contact information listed below for these private standards organizations. In addition, these standards are available for inspection at the National Archives and Records Administration (NARA). For information on the availability of these standards at NARA, telephone: 202-741-6030, or go to http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. Also, the standards are available for inspection at any Regional Office of the Occupational Safety and Health Administration (OSHA), or at the OSHA Docket Office, U.S. Department of Labor, 200 Constitution Avenue, NW., Room N-2625, Washington, DC 20210; telephone: 202-693-2350 (TTY number: 877-889-5627)<br><br>(d)(4) The following material is available for purchase from the National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101:<br><br>(xiii) NFPA 11-2005 Standard for Low-, Medium-, and High-Expansion Foam, IBR approved for § 1915.507(d)(3) |

NFPA Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 10 | 2002 | Standard for Portable Fire Extinguishers (Title of work on certificate of registration is "National Fire Codes Vol 1-12 and Master Index") | 2013 | 31 C.F.R. § 1915.5 (2015) | | 29 C.F.R. § 1915.5, "Incorporation by reference" (2015):<br><br>(b)(1) The standards listed in paragraph (d) of this section are incorporated by reference in the corresponding sections noted as the sections exist on the date of the approval, and a notice of any change in these standards will be published in the Federal Register. The Director of the Federal Register approved these incorporations by reference in accordance with 5 U.S.C. 552(a) and 1 CFR part 51.<br>(2) Any changes in the standards incorporated by reference in this part and an official historic file of such changes are available for inspection in the Docket Office at the national office of the Occupational Safety and Health Administration, U.S. Department of Labor, Washington, DC 20910; telephone: 202-693-2350 (TTY number: 877-889-5627).<br>(c) Copies of standards listed in this section and issued by private standards organizations are available for purchase from the issuing organizations at the addresses or through the other contact information listed below for these private standards organizations. In addition, these standards are available for inspection at the National Archives and Records Administration (NARA). For information on the availability of these standards at NARA, telephone: 202-741-6030, or go to http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. Also, the standards are available for inspection at any Regional Office of the Occupational Safety and Health Administration (OSHA), or at the OSHA Docket Office, U.S. Department of Labor, 200 Constitution Avenue, NW., Room N-2625, Washington, DC 20210; telephone: 202-693-2350 (TTY number: 877-889-5627).<br><br>(d)(4) The following material is available for purchase from the National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101:<br><br>(vi) NFPA 10-2002 Standard for Portable Fire Extinguishers, IBR approved for §§ 1915.507(b)(1) and (b)(2) |
| NFPA 13 | 2002 | Installation of Sprinkler Systems (Title of work on certificate of registration is "National Fire Codes Vol 1-12 and Master Index") | 2016 | 32 C.F.R. § 1915.5 (2015) | | 29 C.F.R. § 1915.5, "Incorporation by reference" (2015):<br><br>(b)(1) The standards listed in paragraph (d) of this section are incorporated by reference in the corresponding sections noted as the sections exist on the date of the approval, and a notice of any change in these standards will be published in the Federal Register. The Director of the Federal Register approved these incorporations by reference in accordance with 5 U.S.C. 552(a) and 1 CFR part 51.<br>(2) Any changes in the standards incorporated by reference in this part and an official historic file of such changes are available for inspection in the Docket Office at the national office of the Occupational Safety and Health Administration, U.S. Department of Labor, Washington, DC 20910; telephone: 202-693-2350 (TTY number: 877-889-5627).<br>(c) Copies of standards listed in this section and issued by private standards organizations are available for purchase from the issuing organizations at the addresses or through the other contact information listed below for these private standards organizations. In addition, these standards are available for inspection at the National Archives and Records Administration (NARA). For information on the availability of these standards at NARA, telephone: 202-741-6030, or go to http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. Also, the standards are available for inspection at any Regional Office of the Occupational Safety and Health Administration (OSHA), or at the OSHA Docket Office, U.S. Department of Labor, 200 Constitution Avenue, NW., Room N-2625, Washington, DC 20210; telephone: 202-693-2350 (TTY number: 877-889-5627).<br><br>(d)(4) The following material is available for purchase from the National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101:<br><br>(ix) NFPA 13-2002 Standard for the Installation of Sprinkler Systems, IBR approved for § 1915.507(d)(2) |

NFPA Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 25 | 2002 | Inspection, Testing and Maintenance of Water-Based Fire Protection Systems (Title of work on certificate of registration is "National Fire Codes Vol 1-12 and Master Index") | 2014 | 33 C F R § 1915 5 (2015) | | 29 C F R § 1915 5, "Incorporation by reference" (2015);<br><br>(b)(1) The standards listed in paragraph (d) of this section are incorporated by reference in the corresponding sections noted as the sections exist on the date of the approval, and a notice of any change in these standards will be published in the Federal Register  The Director of the Federal Register approved these incorporations by reference in accordance with 5 U S C 552(a) and 1 CFR part 51<br><br>(2) Any changes in the standards incorporated by reference in this part and an official historic file of such changes are available for inspection in the Docket Office at the national office of the Occupational Safety and Health Administration, U S Department of Labor, Washington, DC 20910; telephone: 202-693-2350 (TTY number: 877-889-5627)<br><br>(c) Copies of standards listed in this section and issued by private standards organizations are available for purchase from the issuing organizations at the addresses or through the other contact information listed below for these private standards organizations  In addition, these standards are available for inspection at the National Archives and Records Administration (NARA)  For information on the availability of these standards at NARA, telephone: 202-741-6030, or go to http://www archives gov/federal_register/code_of_federal_regulations/ibr_locations html  Also, the standards are available for inspection at any Regional Office of the Occupational Safety and Health Administration (OSHA), or at the OSHA Docket Office, U S Department of Labor, 200 Constitution Avenue, NW , Room N-2625, Washington, DC 20210; telephone: 202-693-2350 (TTY number: 877-889-5627)<br><br>(d)(4) The following material is available for purchase from the National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101:<br><br>(xi) NFPA 25-2002, Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems, IBR approved for § 1915 507(d)(2) |
| NFPA 30 | 2003 | Flammable and Combustible Liquids Code | 2015 | 49 C F R § 192 7 (2009) | Fla Admin Code R 69A-60 005 | 49 C F R § 192 7, "What documents are incorporated by reference partly or wholly in this part?" (2009):<br><br>(a) Any documents or portions thereof incorporated by reference in this part are included in this part as though set out in full  When only a portion of a document is referenced, the remainder is not incorporated in this part<br><br>(b) All incorporated materials are available for inspection in the Office of Pipeline Safety, Pipeline and Hazardous Materials Safety Administration, 1200 New Jersey Avenue, SE , Washington, DC, 20590-0001, or at the National Archives and Records Administration (NARA)  For information on the availability of this material at NARA, call 202-741-6030 or go to: http://www archives gov/federal_register/code_of_federal_regulations/ibr_locations html  These materials have been approved for incorporation by reference by the Director of the Federal Register in accordance with 5 U S C 552(a) and 1 CFR part 51  In addition, the incorporated materials are available from the respective organizations listed in paragraph (c) (1) of this section<br><br>(c) The full titles of documents incorporated by reference, in whole or in part, are provided herein  The numbers in parentheses indicate applicable editions  For each incorporated document, citations of all affected sections are provided  Earlier editions of currently listed documents or editions of 49 CFR part 192 may be used for materials and components designed, manufactured, or installed in accordance with these earlier documents at the time they were listed  The user must refer to the appropriate previous edition of 49 CFR part 192 for a listing of the earlier listed editions or documents<br><br>(1) Incorporated by reference (IBR)<br>List of Organizations and Addresses:<br><br>F National Fire Protection Association (NFPA), 1 Batterymarch Park, P O  Box 9101, Quincy, MA 02269-9101<br><br>(2) Documents incorporated by reference<br><br>F National Fire Protection Association (NFPA):<br>(1) NFPA 30 (2003) "Flammable and Combustible Liquids Code " § 192 735(b) |

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 54 | 2006 | National Fuel Gas Code | 2015 | | Fla Admin Code R 5F-11 002<br><br>*See also*<br>Va Admin Code 20VAC5-305, Utah R R710-6, Texas Admin Code R § 9 301, 41 Ill Admin Code 200 | 5F-11 002 Standards of National Fire Protection Association Adopted<br><br>(1) The standards of the National Fire Protection Association for the storage and handling of liquefied petroleum gases as published in NFPA 58, Liquefied Petroleum Gas Code, 2011 edition, and for gas appliances and gas piping as published in NFPA 54, National Fuel Gas Code, 2006 edition, shall be the accepted standards for this state and are hereby adopted and incorporated by reference, subject to such additions and exceptions as are set forth in this rule  The LP Gas Code Handbook, NFPA 58, 2011 Edition, and the National Fuel Gas Code Handbook, NFPA 54, 2006 Edition, are hereby adopted and incorporated by reference and shall be utilized by the Department as a guide in interpreting the provisions of Chapter 527, F S  Reference to NFPA 58 and NFPA 54 in these rules shall be to the most recent edition as adopted herein  The section 6 6 7 of NFPA 58, 2011 edition, titled "Installation of Containers & Roofs of Buildings," is hereby excluded from adoption  The section 7 1 6 2 of NFPA 54, 2006 edition, titled "Conduit with Both Ends Terminating Indoors" is hereby excluded from adoption<br><br>(2) "NFPA" is the recognized abbreviation for the National Fire Protection Association, Inc , and generally the abbreviation is used in these rules in identifying the publications of the association  The public may obtain a copy of any NFPA publication by writing the association, whose address is: National Fire Protection Association, Inc , Batterymarch Park, Quincy, Massachusetts 02269, or at http://www nfpa org |
| NFPA 58 | 2001 | Liquefied Petroleum Gas Code (Title of work on certificate of registration is "National Fire Codes Vol 3") | 2014 | 49 C F R § 171 7 (2011) | | 49 C F R § 171 7, "Reference material" (2011):<br><br>(a) Matter incorporated by reference—(1) General  There is incorporated, by reference in parts 170-189 of this subchapter, matter referred to that is not specifically set forth  This matter is hereby made a part of the regulations in parts 170-189 of this subchapter  The matter subject to change is incorporated only as it is in effect on the date of issuance of the regulation referring to that matter  The material listed in paragraph (a)(3) has been approved for incorporation by reference by the Director of the Federal Register in accordance with 5 U S C 552(a) and 1 CFR part 51  Material is incorporated as it exists on the date of the approval and a notice of any change in the material will be published in the Federal Register  Matters referenced by footnote are included as part of the regulations of this subchapter<br><br>(2) Accessibility of materials  All incorporated matter is available for inspection at:<br>(i) The Office of Hazardous Materials Safety, Office of Hazardous Materials Standards, East Building, PHH-10, 1200 New Jersey Avenue, SE , Washington, DC 20590-0001  For information on the availability of this material at PHH-10, call 1-800-467-4922, or go to: http://www phmsa dot gov; and<br>(ii) The National Archives and Records Administration (NARA)  For information on the availability of this material at NARA, call 202-741-6030, or go to: http://www archives gov/federal_register/code_of_federal_regulations/ibr_locations html<br>(3) Table of material incorporated by reference  The following table sets forth material incorporated by reference  The first column lists the name and address of the organization from which the material is available and the name of the material  The second column lists the section(s) of this subchapter, other than § 171 7, in which the matter is referenced  The second column is presented for information only and may not be all inclusive<br><br>National Fire Protection Association, 1 Batterymarch Park, Quincy, MA, 02169-7471 1-617-770-3000, http://www nfpa org:<br>NFPA 58-Liquefied Petroleum Gas Code, 2001 Edition   173 5, 173 315 |

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 58 | 2004 | Liquefied Petroleum Gas Code | 2014 | 49 C F R § 192 7 (2009) | | 49 C F R § 192 7, "What documents are incorporated by reference partly or wholly in this part?" (2009): (a) Any documents or portions thereof incorporated by reference in this part are included in this part as though set out in full When only a portion of a document is referenced, the remainder is not incorporated in this part (b) All incorporated materials are available for inspection in the Office of Pipeline Safety, Pipeline and Hazardous Materials Safety Administration, 1200 New Jersey Avenue, SE , Washington, DC, 20590-0001, or at the National Archives and Records Administration (NARA) For information on the availability of this material at NARA, call 202–741–6030 or go to: http://www archives gov/federal_register/code_of_federal_regulations/ibr_locations html These materials have been approved for incorporation by reference by the Director of the Federal Register in accordance with 5 U S C 552(a) and 1 CFR part 51 In addition, the incorporated materials are available from the respective organizations listed in paragraph (c) (1) of this section (c) The full titles of documents incorporated by reference, in whole or in part, are provided herein The numbers in parentheses indicate applicable editions For each incorporated document, citations of all affected sections are provided Earlier editions of currently listed documents or editions of documents listed in previous editions of 49 CFR part 192 may be used for materials and components designed, manufactured, or installed in accordance with these earlier documents at the time they were listed The user must refer to the appropriate previous edition of 49 CFR part 192 for a listing of the earlier listed editions or documents (1) Incorporated by reference (IBR) List of Organizations and Addresses: F National Fire Protection Association (NFPA), 1 Batterymarch Park, P O Box 9101, Quincy, MA 02269-9101 (2) Documents incorporated by reference F National Fire Protection Association (NFPA): (2) NFPA 58 (2004) "Liquefied Petroleum Gas Code (LP-Gas Code) " § 192 11(a); 192 11(b); 192 11(c) |
| NFPA 59 | 2004 | Utility LP Gas Plant Code | 2015 | 49 C F R § 192 7 (2009) | | 49 C F R § 192 7, "What documents are incorporated by reference partly or wholly in this part?" (2009): (a) Any documents or portions thereof incorporated by reference in this part are included in this part as though set out in full When only a portion of a document is referenced, the remainder is not incorporated in this part (b) All incorporated materials are available for inspection in the Office of Pipeline Safety, Pipeline and Hazardous Materials Safety Administration, 1200 New Jersey Avenue, SE , Washington, DC, 20590-0001, or at the National Archives and Records Administration (NARA) For information on the availability of this material at NARA, call 202–741–6030 or go to: http://www archives gov/federal_register/code_of_federal_regulations/ibr_locations html These materials have been approved for incorporation by reference by the Director of the Federal Register in accordance with 5 U S C 552(a) and 1 CFR part 51 In addition, the incorporated materials are available from the respective organizations listed in paragraph (c) (1) of this section (c) The full titles of documents incorporated by reference, in whole or in part, are provided herein The numbers in parentheses indicate applicable editions For each incorporated document, citations of all affected sections are provided Earlier editions of currently listed documents or editions of documents listed in previous editions of 49 CFR part 192 may be used for materials and components designed, manufactured, or installed in accordance with these earlier documents at the time they were listed The user must refer to the appropriate previous edition of 49 CFR part 192 for a listing of the earlier listed editions or documents (1) Incorporated by reference (IBR) List of Organizations and Addresses: F National Fire Protection Association (NFPA), 1 Batterymarch Park, P O Box 9101, Quincy, MA 02269-9101 (2) Documents incorporated by reference F National Fire Protection Association (NFPA): (3) NFPA 59 (2004) "Utility LP-Gas Plant Code " §§ 192 11(a); 192 11(b); 192 11(c) |

NFPA Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 70 | 1999 | National Electrical Code | 2014 | 7 C.F.R. § 1755.509 (2010) *See also* 7 C.F.R. § 1755.504 (2011) | | 7 C.F.R. § 1755.509, "Mobile homes" (2010): (b) The method of customer access location installation prescribed by the ANSI/NFPA 70-1999, NEC® for a mobile home and it can involve considerable judgment on the part of the telecommunications installer. The National Electrical Code® and NEC® are registered trademarks of the National Fire Protection Association, Inc., Quincy, MA 02269. The ANSI/NFPA 70-1999, NEC®, is incorporated by reference in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. Copies are available from NFPA, 1 Batterymarch Park, P.O. Box 9101, Quincy, Massachusetts 02269-9101, telephone number 1 (800) 344-3555. Copies of ANSI/NFPA 70-1999, NEC®, are available for inspection during normal business hours at RUS, room 2905, U.S. Department of Agriculture, 1400 Independence Avenue, SW., STOP 1598, Washington, DC 20250-1598, or at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030, or go to: http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. The ANSI/NFPA 70-1999, NEC®, requires primary station protectors to be located where specific acceptable grounding electrodes exist. The ANSI/NFPA 70-1999, NEC®, allows station protector installations to be at the location of the power meter or the electric disconnecting means apparatus serving the mobile home providing these electric facilities are installed in the manner specifically defined by the ANSI/NFPA 70-1999, NEC®. The ANSI/NFPA 70-1999, NEC®, requires the station protectors to be installed at the nearest of a number of other meticulously defined ANSI/NFPA 70-1999, NEC®, acceptable electrodes where the protector cannot be installed at the power meter or electric disconnecting means apparatus serving the mobile home. The provisions can be confusing. |
| NFPA 70 | 2005 | National Electrical Code | 2014 | 49 C.F.R. § 192.7 (2009) | | 49 C.F.R. § 192.7, "What documents are incorporated by reference partly or wholly in this part?" (2009): (a) Any documents or portions thereof incorporated by reference in this part are included in this part as though set out in full. When only a portion of a document is referenced, the remainder is not incorporated in this part. (b) All incorporated materials are available for inspection in the Office of Pipeline Safety, Pipeline and Hazardous Materials Safety Administration, 1200 New Jersey Avenue, SE., Washington, DC, 20590-0001, or at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030 or go to: http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. These materials have been approved for incorporation by reference by the Director of the Federal Register in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. In addition, the incorporated materials are available from the respective organizations listed in paragraph (c) (1) of this section. (c) The full titles of documents incorporated by reference, in whole or in part, are provided herein. The numbers in parentheses indicate applicable editions. For each incorporated document, citations of all affected sections are provided. Earlier editions of currently listed documents or editions of documents listed in previous editions of 49 CFR part 192 may be used for materials and components designed, manufactured, or installed in accordance with these earlier documents at the time they were listed. The user must refer to the appropriate previous edition of 49 CFR part 192 for a listing of the earlier listed editions or documents. (1) Incorporated by reference (IBR) List of Organizations and Addresses: F National Fire Protection Association (NFPA), 1 Batterymarch Park, P.O. Box 9101, Quincy, MA 02269-9101 (2) Documents incorporated by reference F National Fire Protection Association (NFPA): (4) NFPA 70 (2005) "National Electrical Code." §§ 192.163(e); 192.189(c) |

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 70 | 2008 | National Electrical Code | 2014 | 24 C F R § 3285 4 (2013) | Regulation SBC-5-2008 (Rhode Island State Building Code) | 24 C F R § 3285 4 "Incorporation by reference (IBR) " (2013) (a) The materials listed in this section are incorporated by reference in the corresponding sections noted  These incorporations by reference were approved by the Director of the Federal Register, in accordance with 5 U S C  552(a) and 1 CFR part 51  The materials are available for purchase at the corresponding addresses noted below, and all are available for inspection at the Office of Manufactured Housing Programs, U S  Department of Housing and Urban Development, 451 Seventh Street, SW , Room 9164, Washington, DC 20410; or the National Archives and Records Administration (NARA)  For information on the availability of this material at NARA, call (202) 741-6030, or go to: http://www archives gov/federal-register/cfr/ibr-locations html (h) The materials listed below are available for purchase from the National Fire Protection Association (NFPA), 1 Batterymarch Park, Quincy, Massachusetts 02169-7471 (2) NFPA 70, National Electrical Code, 2005 edition, IBR approved for §§ 3285 702(e)(1) and 3285 906 |
| NFPA 70 | 2011 | National Electrical Code | 2014 | 49 C F R § 192 7 (2015) | | 49 C F R § 192 7 "What documents are incorporated by reference partly or wholly in this part?" (2015) (a) This part prescribes standards, or portions thereof, incorporated by reference into this part with the approval of the Director of the Federal Register in 5 U S C  552(a) and 1 CFR part 51  The materials listed in this section have the full force of law  To enforce any edition other than that specified in this section, PHMSA must publish a notice of change in the FEDERAL REGISTER (1) Availability of standards incorporated by reference  All of the materials incorporated by reference are available for inspection from several sources, including the following: (i) The Office of Pipeline Safety, Pipeline and Hazardous Materials Safety Administration, 1200 New Jersey Avenue SE , Washington, DC 20590  For more information contact 202–366–4046 or go to the PHMSA Web site at: http://www phmsa dot gov/pipeline/regs (ii) The National Archives and Records Administration (NARA)  For information on the availability of this material at NARA, call 202–741–6030 or go to the NARA Web site at: http://www archives gov/federalregister/codeoffederalregulations/ibrllocations html (iii) Copies of standards incorporated by reference in this part can also be purchased or are otherwise made available from the respective standards-developing organization at the addresses provided in the centralized IBR section below (h) National Fire Protection Association (NFPA), 1 Batterymarch Park, Quincy, Massachusetts 02169, phone: 1 617 984–7275, Web site: http://www nfpa org/ (4) NFPA–70 (2011), ''National Electrical Code,'' 2011 edition, issued August 5, 2010, (NFPA–70), IBR approved for §§ 192 163(e); and 192 189(c) |

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 70 | 2014 | National Electrical Code | 2017 | 16 C.F.R. § 1211.40(c)(1) (2019) | ARM 24.301.401 (Administrative Rules of Montana) | 16 C.F.R. § 1211.40  "Incorporation by reference." (2019)<br><br>(a) Certain material is incorporated by reference into this part with the approval of the Director of the Federal Register under 5 U.S.C. 552(a) and 1 CFR part 51. All approved materials are available for inspection at Consumer Product Safety Commission, Office of the Secretary, 4330 East-West Highway, Bethesda, MD 20814, telephone 302-504-7923 and is available from the sources listed below. It is also available for inspection at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030 or go to http://www.archives.gov/federal__register/code__of__federal__regulations/ibr__locations.html<br><br>(c) National Fire Prevention Association (NFPA), 1 Batterymarch Park, Quincy, MA 02269-9101, Telephone: (800) 344-3555, http://www.nfpa.org/<br><br>(1) NFPA 70, National Electrical Code, 2014 edition, effective August 21, 2013, into §1211.2(c) |
| NFPA 72 | 2002 | National Fire Alarm Code | 2016 | 29 C.F.R. § 1915.5 (2015) | | 29 C.F.R. § 1915.5, "Incorporation by reference" (2015):<br><br>(a) Specifications, standards, and codes of agencies of the U.S. Government, to the extent specified in the text, form a part of the regulations of this part. In addition, under the authority vested in the Secretary under the Act, the specifications, standards, and codes of organizations which are not agencies of the U.S. Government, in effect on the date of the promulgation of the regulations of this part as listed below, to the extent specified in the text, form a part of the regulations of this part.<br><br>(b)(1) The standards listed in paragraph (d) of this section are incorporated by reference in the corresponding sections noted as the sections exist on the date of the approval, and a notice of any change in these standards will be published in the Federal Register. The Director of the Federal Register approved these incorporations by reference in accordance with 5 U.S.C. 552(a) and 1 CFR part 51.<br><br>(c) Copies of standards listed in this section and issued by private standards organizations are available for purchase from the issuing organizations at the addresses or through the other contact information listed below for these private standards organizations. In addition, these standards are available for inspection at the National Archives and Records Administration (NARA). For information on the availability of these standards at NARA, telephone: 202-741-6030, or to http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. Also, the standards are available for inspection at any Regional Office of the Occupational Safety and Health Administration (OSHA), or at the OSHA Docket Office, U.S. Department of Labor, 200 Constitution Avenue, NW., Room N-2625, Washington, DC 20210; telephone: 202-693-2350 (TTY number: 877-889-5627)<br><br>(4) The following material is available for purchase from the National Fire Protection Association, 1 Batterymarch Park, PO Box 9101, Quincy, MA 02269-9101:<br><br>(viii) NFPA 72-2002 National Fire Alarm Code, IBR approved for §1915.507(c)(6) |

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 99 | 2005 | Health Care Facilities Code | 2015 | 46 C.F.R. § 110.10-1 (2009) | | 46 C.F.R. § 110.10-1, "Incorporation by reference" (2009):<br><br>(a) Certain material is incorporated by reference into this subchapter with the approval of the Director of the Federal Register under 5 U.S.C. 552(a) and 1 CFR part 51. To enforce any edition other than that specified in this section, the Coast Guard must publish notice of change in the Federal Register and the material must be available to the public. The word "should" when used in material incorporated by reference, is to be construed the same as the words "must" or "shall" for the purposes of this subchapter. All approved material is available for inspection at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030 or go to http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. The material is also available for inspection at the U.S. Coast Guard, Office of Design and Engineering Standards (CG-521), 2100 2nd St. SW., Stop 7126, Washington, DC 20593-7126, and is available from the sources listed below.<br><br>(1) National Fire Protection Association (NFPA), 1 Batterymarch Park, Quincy, MA 02169:<br><br>(3) NFPA 99+H20, Standard for Health Care Facilities (2005) ("NFPA 99"), 111 105–37; |
| NFPA 101 | 2000 | Life Safety Code | 2015 | 42 C.F.R. § 460.72 (2010)<br><br>*See also*<br>42 C.F.R. § 483.70 (2011),<br>42 C.F.R. § 416.44 (2012) | | 42 C.F.R. § 460.72, "Physical environment" (2010):<br><br>(b)(i) A PACE center must meet the applicable provisions of the 2000 edition of the Life Safety Code (LSC) of the National Fire Protection Association that apply to the type of setting in which the center is located. The Director of the Office of the Federal Register has approved the NFPA 101 ® 2000 edition of the Life Safety Code, issued January 14, 2000, for incorporation by reference in accordance with 5 U.S.C. 552(a) and 1 CFR part 51. A copy of the Code is available for inspection at the CMS Information Resource Center, 7500 Security Boulevard, Baltimore, MD or at the National Archives and Records Administration (NARA). For information on the availability of this material at NARA, call 202-741-6030, or go to: http://www.archives.gov/federal_register/code_of_federal_regulations/ibr_locations.html. Copies may be obtained from the National Fire Protection Association, 1 Batterymarch Park, Quincy, MA 02269. If any changes in this edition of the Code are incorporated by reference, CMS will publish notice in the Federal Register to announce the changes |

NFPA Editions Incorporated by Reference

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| | | | | | | 38 C F R § 39 63, "Architectural design standards" (2011): |
| NFPA 101 | 2003 | Life Safety Code | 2015 | 38 C F R § 39 63 (2011) | | The publications listed in this section are incorporated by reference  The Director of the Federal Register approves this incorporation by reference in accordance with 5 U S C 552(a) and 1 CFR part 51  Copies of these publications may be inspected at the office of the State Cemetery Grants Service, National Cemetery Administration, Department of Veterans Affairs, 810 Vermont Avenue, NW , Washington, DC 20420 or at the National Archives and Records Administration (NARA)  For information on the availability of this material at NARA, call 202-741-6030 or go to http://www archives gov/federal_register/code_of_federal_regulations/ibr_locations html  Copies of the 2003 edition of the National Fire Protection Association Life Safety Code and Errata (NFPA 101), the 2003 edition of the NFPA 5000, Building Construction and Safety Code, and the 2002 edition of the National Electrical Code, NFPA 70, may be obtained from the National Fire Protection Association, Inc  (NFPA), 1 Batterymarch Park, P O  Box 9101, Quincy, MA 02269-9101, 800-844-6058 (toll free)  Copies of the 2003 edition of the Uniform Mechanical Code and the 2003 edition of the Uniform Plumbing Code may be obtained from the International Association of Plumbing and Mechanical Officials, 5001 E Philadelphia Street, Ontario, CA 91761-2816  909-472-4100 (this is not a toll-free number)  The 2002 and 2003 NFPA and IAPMO code publications can be inspected at VA by calling 202-461-4902 for an appointment |
| | | | | | | 38 C F R § 51 200 " Physical environment " (2010) |
| NFPA 101 | 2006 | Life Safety Code | 2015 | 38 C F R § 51 200 " Physical environment " (2010) | Fla Admin Code R 69A-43 018 | The facility management must be designed, constructed, equipped, and maintained to protect the health and safety of residents, personnel and the public<br>(a) Life safety from fire  The facility must meet the applicable provisions of the National Fire Protection Association's NFPA 101, Life Safety Code (2006 edition), except that the requirement in paragraph 19 3 5 1 for all buildings containing nursing homes to have an automatic sprinkler system is not applicable until August 13, 2013, unless an automatic sprinkler system was previously required by the Life Safety Code and the NFPA 99, Standard for Health Care Facilities (2005 edition)  Incorporation by reference of these materials was approved by the Director of the Federal Register in accordance with 5 U S C 552(a) and 1 CFR part 51  These materials incorporated by reference are available for inspection at the Department of Veterans Affairs, Office of Regulation Policy and Management (02REG), 810 Vermont Avenue, NW , Washington, DC 20420, call 202–461–4902, or at the National Archives and Records Administration (NARA)  For information on the availability of this material at NARA, call 202–741–6030, or go to: http://www archives gov/federal register/code of federal regulations/ibr locations html  Copies may be obtained from the National Fire Protection Association, 1 Batterymarch Park, P O  Box 9101, Quincy, MA 02269–9101<br>(For ordering information, call tollfree 1–800–344–3555 )<br>(b) Emergency power  (1) An emergency electrical power system must be provided to supply power adequate for illumination of all exit signs and lighting for the means of egress, fire alarm and medical gas alarms, emergency communication systems, and generator task illumination<br>(2) The system must be the appropriate type essential electrical system in accordance with the applicable provisions of the National Fire Protection Association's NFPA 101, Life Safety Code (2006 edition) and the NFPA 99, Standard for Health Care Facilities (2005 edition)  Incorporation by reference of these materials was approved by the Director of the Federal Register in accordance with 5 U S C 552(a) and 1 CFR part 51  The availability of these materials is described in paragraph (a) of this section<br>(3) When electrical life support devices are used, an emergency electrical power system must also be provided for devices in accordance with NFPA 99, Standard for Health Care Facilities (2005 edition)<br>(4) The source of power must be an on-site emergency standby generator of sufficient size to serve the connected load or other approved sources in accordance with the National Fire Protection Association's NFPA 101, Life Safety Code (2006 edition) and the NFPA 99, Standard for Health Care Facilities (2005 edition)  Incorporation by reference of these materials was approved by the Director of the Federal Register in accordance with 5 U S C 552(a) and 1 CFR part 51  The availability of these materials is described in paragraph (a) of this section |

**NFPA Editions Incorporated by Reference**

| No. | Edition | Title | Superseded by: | C.F.R. Reference | State Law | Text of Incorporation |
|---|---|---|---|---|---|---|
| NFPA 704 | 2007 | Standard System for the Identification of the Hazards of Materials for Emergency Response | 2012 | 6 C F R § 27 204 (2012) | | 6 C F R § 27 204, "Minimum concentration by security issue": (2) Release-Flammable Chemicals If a release-flammable chemical of interest is present in a mixture in a concentration equal to or greater than one percent (1%) by weight of the mixture, and the mixture has a National Fire Protection Association (NFPA) flammability hazard rating of 4, the facility shall count the entire amount of the mixture toward the STQ Except as provided in §27 203(b)(1)(v) for fuels that are stored in aboveground tank farms (including farms that are part of pipeline systems), if a release-flammable chemical of interest is present a mixture in a concentration equal to or greater than one percent (1%) by weight of the mixture, and the mixture has a National Fire Protection Association (NFPA) flammability hazard rating of 1, 2, or 3, the facility need not count the mixture toward the STQ The flammability hazard ratings are defined in NFPA 704: Standard System for the Identification of the Hazards of Materials for Emergency Response [2007 ed ] The Director of the Federal Register approves the incorporation by reference of this standard in accordance with 5 U S C 552(a) and 1 CFR part 51 You may obtain a copy of the incorporated standard from the National Fire Protection Association at 1 Batterymarch Park, Quincy, MA 02169-7471 or http://www nfpa org You may inspect a copy of the incorporated standard at the Department of Homeland Security, 1621 Kent Street, 9th Floor, Rosslyn VA (please call 703-235-0709) to make an appointment at the or at the National Archives and Records Administration (NARA) For information on the availability of material at NARA, call 202-741-6030, or go to http://www archives gov/federal_register/code_of_federal_regulations/ibr_locations html If a release-flammable chemical of interest is present in a mixture, and the concentration of the chemical is less than one percent (1%) by weight, the facility need not count the mixture in determining whether the facility possesses the STQ |