# EXHIBIT 94

Dept. No.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | NO. 17-CR-017349A | FILED<br>ALAMEDA COUNTY<br>6/5/2017 11:55:34 AM<br>CLERK OF THE SUPERIOR COURT<br>BY Kuun Calvo<br>Signed: 6/5/2017 12:00 PM<br>DEPUTY |
| v. | WARRANT | |
| **MAX CARDIN HARRIS** | PFN: DSM428   CEN: 7819388 | |
| **DERICK ION ALMENA** | PFN: BKL034/DSM426   CEN: 7819389 | |
| Defendant(s) | | |

The undersigned, being sworn says, on information and belief, that DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JASON ADRIAN MCCARTY and JASON ADRIAN MCCARTY, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## SECOND COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill DONNA KELLOGG and DONNA KELLOGG, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRD COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill SARA HODA and SARA HODA, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## FOURTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill NICOLAS GOMEZ HALL and NICOLAS GOMEZ HALL, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## FIFTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill TRAVIS SAMUEL HOUGH and TRAVIS SAMUEL HOUGH, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## SIXTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JUSTIN RILEY FRITZ and JUSTIN RILEY FRITZ, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## SEVENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill DAVID RILEY CLINE and DAVID RILEY CLINE, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## EIGHTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill BRANDON CHASE WITTENAUER and BRANDON CHASE WITTENAUER, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## NINTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill CASH COLLINS ASKEW and CASH COLLINS ASKEW, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JOSEPH HUDSON MATLOCK and JOSEPH HUDSON MATLOCK, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## ELEVENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill PETER WADSWORTH and PETER WADSWORTH, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWELFTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill NICOLE RENAE SIEGRIST and NICOLE RENAE SIEGRIST, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTEENTH COUNT

The undersigned further deposes and says on information and belief, that said MAX CARDIN HARRIS, DERICK ION ALMENA did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill BENJAMIN JOEL RUNNELS and BENJAMIN JOEL RUNNELS, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## FOURTEENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill GRIFFIN SEAN MADDEN and GRIFFIN SEAN MADDEN, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## FIFTEENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JENNIFER ANN MENDIOLA and JENNIFER ANN MENDIOLA, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## SIXTEENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill CHELSEA FAITH DOLAN and CHELSEA FAITH DOLAN, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## SEVENTEENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill ARA CHRISTINA JO and ARA CHRISTINA JO, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## EIGHTEENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill DRAVEN EULOGIO MCGILL and DRAVEN EULOGIO MCGILL, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## NINETEENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill WOLFGANG G RENNER and WOLFGANG G RENNER, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTIETH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill MICAH DANEMAYER and MICAH DANEMAYER, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY FIRST COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill EDMUND LAPINE II and EDMUND LAPINE II, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY SECOND COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill ALEX GHASSAN and ALEX GHASSAN, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY THIRD COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill MICHELLE MARIE SYLVAN and MICHELLE MARIE SYLVAN, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY FOURTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill MATTHEW BOHLKA and MATTHEW BOHLKA, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY FIFTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill HANNA RUAX and HANNA RUAX, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY SIXTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill NICHOLAS DAY WALRATH and NICHOLAS DAY WALRATH, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY SEVENTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JONATHAN MICHAEL BERNBAUM and JONATHAN MICHAEL BERNBAUM, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY EIGHTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill ALEX BENJAMIN VEGA and ALEX BENJAMIN VEGA, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## TWENTY NINTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill MICHELA ANGELINA GREGORY and MICHELA ANGELINA GREGORY, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTIETH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill BARRETT CHUBB CLARK and BARRETT CHUBB CLARK, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTY FIRST COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JENNIFER KIYOMI TANOUYE and JENNIFER KIYOMI TANOUYE, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTY SECOND COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JENNIFER MORRIS and JENNIFER MORRIS, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTY THIRD COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill VANESSA PLOTKIN and VANESSA PLOTKIN, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTY FOURTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill WILLIAM DIXON and WILLIAM DIXON, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTY FIFTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill JOHN NICHOLAS IGAZ and JOHN NICHOLAS IGAZ, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

## THIRTY SIXTH COUNT

The undersigned further deposes and says on information and belief, that said DERICK ION ALMENA, MAX CARDIN HARRIS did, in the County of Alameda, State of California, on or about December 2, 2016, commit a FELONY, to wit: INVOLUNTARY MANSLAUGHTER, a violation of section 192(b) of the PENAL CODE of California, in that said defendant(s) did unlawfully, and without malice, kill AMANDA KERSHAW and AMANDA KERSHAW, a human being, in the commission of an unlawful act, not amounting to a felony; and in the commission of a lawful act which might have produced death, in an unlawful manner, and without due caution and circumspection.

---

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by Penal Code Section 1054.3.

Subscribed and sworn to before me,
Wednesday, May 10, 2017

This document was filed electronically in compliance with Penal Code section 959.1

DAVID LIM
Deputy District Attorney
State Bar #202789
Alameda County, California

DA 16FRE0833 / th