# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>            Plaintiffs-Counterdefendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG., INC., <br><br>            Defendant-Counterclaimant. | Case No. 1:13-cv-01215-TSC |

**CERTIFICATE OF SERVICE RE PUBLIC RESOURCE'S OPPOSITION TO [198] PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION, AND IN SUPPORT OF PUBLIC RESOURCE'S SECOND MOTION FOR SUMMARY JUDGMENT**

I hereby certify that on November 12, 2019, a copy of the foregoing documents were served via e-mail on the following counsel of record:

- Public Resource's Second Motion for Summary Judgment

- REDACTED Public Resource's Memorandum of Law in Opposition to [198] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in Support of Public Resource's Second Motion for Summary Judgment

- Declaration of Carl Malamud in Opposition to [198] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- Declaration of Matthew Becker in Opposition to [198] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- REDACTED Public Resource's Statement of Material Facts in Opposition to [198] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- REDACTED Public Resource's Statement of Disputed Facts in Opposition to [198] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in support of Public Resource's Second Motion for Summary Judgment

- Public Resource's Evidentiary Objections in Opposition To [198] Plaintiffs' Motion for Summary Judgment and for Permanent Injunction

- Public Resource's Request for Judicial Notice in Opposition to [198] Plaintiffs' Motion for Summary Judgment and Permanent Injunction, and in Support of Public Resource's Second Motion for Summary Judgment

- Index of Consolidated Exhibits, and Public Exhibits 1-96

- Proposed Order Denying Plaintiffs' Motion for Summary Judgment and Granting Public Resource's Second Motion for Summary Judgment

| | |
|---|---|
| **Jordana Sara Rubel**<br>**J. Kevin Fee**<br>**Jane W. Wise**<br>**Michael Franck Clayton**<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004-2541<br>(202) 739-5118<br>Fax: (202) 739-3001<br>Email: jrubel@morganlewis.com<br>jkfee@morganlewis.com<br>jane.wise@morganlewis.com<br>mclayton@morganlewis.com | **Rachel G. Miller-Ziegler**<br>MUNGER, TOLLES & OLSON LLP<br>1155 F Street, NW, 7th Floor<br>Washington, DC 20004<br>(202) 220-1115<br>Fax: (202) 220-2300<br>Rachel.Miller-Ziegler@mto.com |
| **Rose Leda Ehler**<br>**Jonathan H. Blavin**<br>**Kelly Klaus**<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA 94105<br>415-512-4071<br>Fax: (415) 644-6971<br>rose.ehler@mto.com<br>jonathan.blavin@mto.com<br>kelly.klaus@mto.com | **Anjan Choudhury**<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9107<br>Fax: (213) 683-5107 |
| **Antonio E. Lewis**<br>**Jason Blake Cunningham**<br>KING & SPALDING LLP<br>100 N Tryon Street<br>Suite 3900<br>Charlotte, NC 28202<br>alewis@kslaw.com<br>bcunningham@kslaw.com | **Jeffrey Stuart Bucholtz**<br>KING & SPALDING LLP<br>1700 Pennsylvania Avenue, NW<br>Suite 200<br>Washington, DC 20006<br>(202) 737-0500<br>Fax: (202) 626-3737<br>jbucholtz@kslaw.com |
| **Katherine E. Merk**<br>**Kenneth L. Steinthal**<br>KING & SPALDING, LLP<br>101 Second Street<br>Suite 2300<br>San Francisco, CA 94105<br>(415) 318-1200<br>kmerk@kslaw.com<br>ksteinthal@kslaw.com | |

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed this 12th day of November 2019, San Francisco, California.

                                        /s/  *Andrew P. Bridges*
                                        Andrew P. Bridges