AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Society for Testing and Materials et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:13-cv-01215 |
| Public.Resource.Org ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Law Scholars                                                                                                             .

Date:   11/22/2019

/s/ Marcia Hofmann
*Attorney's signature*

Marcia Hofmann, D.C. Bar No. 484136
*Printed name and bar number*

Zeitgeist Law PC
25 Taylor Street
San Francisco, CA  94102
*Address*

marcia@zeitgeist.law
*E-mail address*

(415) 830-6664
*Telephone number*

*FAX number*