UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> *Plaintiff-Counterdefendants*, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> *Defendant-Counterclaimant*. | Case No: 1:13-cv-01215-TSC |

**(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF ON BEHALF OF LAW SCHOLARS IN SUPPORT OF DEFENDANT-COUNTERCLAIMANT PUBLIC.RESOURCE.ORG'S SECOND MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF COUNTERDEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION**

Upon consideration of the Unopposed Motion for Leave to File *Amicus Curiae* Brief on Behalf of Law Scholars in support of Defendant-Counterclaimant Public.Resource.Org's Second Motion for Summary Judgment and in Opposition to Plaintiff-Counterdefendants' Second Motion for Summary Judgment and Permanent Injunction, it is ORDERED that this Motion for Leave be hereby GRANTED.

IT IS SO ORDERED.

DATED: _____                             _____
                                                                                     Hon. Tanya S. Chutkan
                                                                                     United States District Court Judge