UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>        Plaintiffs/<br>        Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant/<br>        Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## STIPULATION FOR EXTENSION OF TIME

Plaintiffs and Defendant (together "Parties") hereby submit this Stipulation for Extension of Time to file replies and responses to the respective Motions for Summary Judgment in light of recent and upcoming holidays. The Parties seek a brief extension of time to move the existing deadlines as set forth below.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Briefs by Amicus Curiae | November 25, 2019 | December 6, 2019 |
| Plaintiffs' Combined Reply/Response | December 9, 2019 | December 23, 2019 |
| Defendant's Reply | December 23, 2019 | January 17, 2020 |

1

Dated: November 25, 2019		Respectfully submitted,

/s/ *J. Kevin Fee*
J. Kevin Fee (D.C. Bar: 494016)
Jane W. Wise (D.C. Bar: 1027769)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: 202.739.5215
Email: kevin.fee@morganlewis.com
           jane.wise@morganlewis.com

*Counsel For American Society For Testing And Materials d/b/a/ ASTM International*

/s/ *Kelly M. Klaus*
Kelly M. Klaus
Rose L. Ehler
Munger, Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Tel:  415.512.4000
Email: Kelly.Klaus@mto.com
           Rose.Ehler@mto.com

*Counsel for National Fire Protection Association, Inc.*

/s/ *J. Blake Cunningham*
Jeffrey S. Bucholtz (D.C. Bar: 452385)
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500
Email: jbucholtz@kslaw.com

Kenneth L. Steinthal
J. Blake Cunningham
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: ksteinthal@kslaw.com
           bcunningham@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*


/s/ *Matthew B. Becker*

Andrew P. Bridges
Matthew B. Becker
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: 415.875.2300
Email: abridges@fenwick.com
          mbecker@fenwick.com

David Halperin
1530 P Street, NW
Washington DC 20005
Tel: 202.905.3434
Email: davidhalperindc@gmail.com

Corynne McSherry
Mitchell Stoltz
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
Tel: 415.436.9333
Email: corynne@eff.org
          mitch@eff.org

*Counsel for Public.Resource.Org, Inc.*