UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> Plaintiffs/ Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/ Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME**

Upon consideration of the Parties' Stipulation for Extension of Time it is hereby ORDERED that the deadlines are reset as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Briefs by Amicus Curiae | November 25, 2019 | December 6, 2019 |
| Plaintiffs' Combined Reply/Response | December 9, 2019 | December 23, 2019 |
| Defendant's Reply | December 23, 2019 | January 17, 2020 |

SO ORDERED.

_____
THE HONORABLE TANYA S. CHUTKAN

1

**LCvR 7(k) CERTIFICATE**
**NAMES AND ADDRESSES OF PERSONS TO BE SERVED**

The following are to be notified of entry of the foregoing [PROPOSED] ORDER:

*Counsel for National Fire Protection Association, Inc.*

Anjan Choudhury (Anjan.Choudhury@mto.com)
Kelly M. Klaus (Kelly.Klaus@mto.com)
Rose L. Ehler (Rose.Ehler@mto.com)
Rachel G. Miller-Ziegler (Rachel.Miller-Ziegler@mto.com)

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*

Jeffrey S. Bucholtz (jbucholtz@kslaw.com)
Kenneth L. Steinthal (ksteinthal@kslaw.com)
J. Blake Cunningham (bcunningham@kslaw.com)

*Counsel for Public.Resource.Org, Inc.*

Andrew Bridges (abridges@fenwick.com)
Matthew B. Becker (mbecker@fenwick.com)
David Halperin (davidhalperindc@gmail.com)
Mitchell L. Stoltz (mitch@eff.org)
Corynne McSherry (corynne@eff.org)