UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS D/B/A ASTM INTERNATIONAL: <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>        Plaintiffs/ <br>        Counter-Defendants, <br><br>  v. <br><br> PUBLIC.RESOURCE.ORG, INC. <br><br>        Defendant/ <br>        Counter-Plaintiff. | 1:13-CV-01215-TSC |

**UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND *AMICUS CURIAE* BRIEF OF AMERICAN PROPERTY CASUALTY
INSURANCE ASSOCIATION IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR
SUMMARY JUDGMENT AND A PERMANENT INJUNCTION**

ROBINS KAPLAN LLP

Meegan F. Hollywood
399 Park Ave #3600
New York, NY 10022
(212) 980-7400
MHollywood@RobinsKaplan.com
Bar No. NY0206

Of Counsel:
Jonathan D. Mutch
800 Boylston Street Suite 2500
Boston, MA 02199
(617) 267-2300
JMutch@RobinsKaplan.com

*American Property Casualty Insurance Association*

On behalf of *amicus* American Property Casualty Insurance Association the undersigned counsel respectfully moves for leave to file a Second *Amicus Curiae* Brief in Support of Plaintiffs' Second Motion for Summary Judgment and a Permanent Injunction filed in the above referenced matter. A copy of the proposed brief accompanies this motion.

1. The Court authorized the filing of *amicus curiae* briefs in this matter by its October 2, 2019 Minute Order setting a filing deadline of November 25, 2019, subsequently amended to December 6, 2019.

2. The American Property Casualty Insurance Association ("APCIA") is the primary national trade association for home, auto, and business insurers.  APCIA was recently formed through a merger of two longstanding trade associations, the American Insurance Association (which previously filed an *amicus* brief in this case) and the Property Casualty Insurance Association of America.

3. APCIA seeks to file an *amicus* Brief in this lawsuit because of the continuing risks posed by Defendant's arguments to the availability of research and guidance provided in the standards promulgated by NFPA, ASTM and ASHRAE – and other standard development organizations. These standards play a central role in the prevention and control of losses and the reduction of insurance risk.

4. APCIA is uniquely positioned to explain (as *amicus curiae*) the industry's use of NFPA and other safety standards and the importance of these standards in protecting the public from fire and other safety hazards.

5. APCIA does not have a financial interest in the outcome of the present litigation.

6. Plaintiffs do not oppose the *amicus* filing of APCIA in this matter.

Dated: December 6, 2019

                ROBINS KAPLAN LLP

                By: /s/ Meegan F. Hollywood

                Meegan F. Hollywood
                399 Park Ave #3600
                New York, NY 10022
                (212) 980-7400
                MHollywood@RobinsKaplan.com
                Bar No. NY0206

                Of Counsel:

                Jonathan D. Mutch
                800 Boylston Street, Suite 2500
                Boston, MA 02199
                (617) 267-2300
                JMutch@RobinsKaplan.com
                JHarrington@RobinsKaplan.com

                *Attorneys for*
                *American Property Casualty Insurance*
                *Association*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 6th day of December, 2019 via CM/ECF upon all counsel of record in this matter.

/s/ Meegan F. Hollywood

37063049.1