UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:13-cv-01215-TSC |

## MOTION FOR LEAVE TO EXTEND THE DEADLINE TO FILE THE MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

The American National Standards Institute, Inc. ("ANSI"), International Association of Plumbing & Mechanical Officials ("IAPMO"), National Electrical Manufacturers Association ("NEMA"), and North American Energy Standards Board ("NAESB") (collectively "Movants"), respectfully move for leave pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) to extend its deadline to file its Second *Amicus Curiae* brief in support of the Second Motion for Summary Judgment filed by the Plaintiffs in the above-referenced matter twenty-seven minutes late.

1. Movants attempted to file its Motion for Leave and Second *Amicus Curiae* Brief at 11:45 am on December 6, 2019, within the timeframe permitted by the Court's October 2, 2019 Minute Order which set a filing deadline of November 25, 2019 which was subsequently amended to December 6, 2019 by 12:00 pm.

2. Due to technical errors Movants Motion for Leave and Second *Amicus Curiae* Brief did not process in the CM-ECF system until 12:27 pm as indicated by Docket Entry Number 210.

3.	The minimal delay in filing of twenty-seven minutes does not prejudice any parties or negatively impact the judicial proceedings.

4.	At all times, the Movants acted in good faith and there would be significant prejudice to the Movants if its Second *Amicus Curiae* Brief is not considered.

WHEREFORE, Movants respectfully request that the Court grant its motion to extend the deadline and accept the Motion for Leave and Second *Amicus Curiae* Brief.

DATED:	December 6, 2019		Respectfully Submitted,

CARTER LEDYARD & MILBURN LLP		MORRIS, MANNING & MARTIN, LLP

*/s/ Gerald W. Griffin*			*/s/ Bonnie Y. Hochman Rothell*
Gerald W. Griffin				Bonnie Y. Hochman Rothell
   (*Admitted Pro Hac Vice*)			D.C. Bar # 421606
2 Wall Street					1401 Eye Street, N.W., Suite 600
New York, NY 10005				Washington, D.C. 20005
griffin@clm.com					bhrothell@mmmlaw.com
Telephone:  (212) 732-3200			Telephone:  (202) 408-5153
Facsimile:  (212) 732-3232			Facsimile:  (202) 408-5146