UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>　　　　Defendant. | Civil Action No. 1:13-cv-01215-TSC |

## (PROPOSED) ORDER GRANTING MOTION FOR LEAVE TO EXTEND THE DEADLINE TO FILE THE MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE

Upon consideration of The American National Standards Institute, Inc. ("ANSI"), International Association of Plumbing & Mechanical Officials ("IAPMO"), National Electrical Manufacturers Association ("NEMA"), and North American Energy Standards Board ("NAESB") (collectively "Movants"), Motion for Leave to Extend its deadline to file its Motion for Leave to file its Second *Amicus Curiae* brief in support of the Second Motion for Summary Judgment filed by the Plaintiffs, and its Motion for Leave to File Second *Amicus Curiae* Brief in Support of Plaintiffs' Second Motion for Summary Judgment, it is ORDERED that the Motion for Leave to Extend the Deadline and the Motion for Leave to File are hereby GRANTED.

IT IS SO ORDERED.

DATED: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Tanya S. Chutkan
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge