**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>      Plaintiffs/<br>      Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>      Defendant/<br>      Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## DECLARATION OF JANE W. WISE

I, Jane W. Wise, hereby declare as follows:

1.      I am over the age of 18.  I am an associate with the law firm of Morgan, Lewis & Bockius LLP, which represents Plaintiff American Society for Testing and Materials d/b/a ASTM International ("ASTM") in the above captioned matter.  I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

2.      Attached as **Exhibit 174** are true and correct copies of excerpts from Defendants' responses to interrogatories served by ASTM.  Defendant did not serve supplemented responses to these interrogatories.

3.      Attached as **Exhibit 175** is a table of the NFPA standards at issue in this case. The table includes a column listing the regulations or laws that PRO's Exhibit 91 identified as incorporating each standard, as well as Exhibit 91's "text of incorporation" column.  In the

1

column labeled "NFPA's response," Plaintiffs have analyzed the federal regulation (if any) that PRO's Exhibit 91 identifies.

4.      Attached as **Exhibit 176** is a table of the ASTM standards at issue in this case with the quoted text from PRO's Exhibit 90 where PRO identified the text of the C.F.R. it asserts incorporate a particular ASTM standard by reference.  Where applicable, the attached table includes the year that the identified C.F.R. provision was amended, repealed, and/or revised.

5.      Attached as **Exhibit 177** is a true and correct copy of a collection of printouts of the Internet Archive HTML versions of ASTM standards at issue, printed on December 6, 2019, that continue to display the ASTM logo, from the following websites:

https://ia600607.us.archive.org/2/items/gov.law.astm.a572.1979/astm.a572.1979.html;

https://ia800905.us.archive.org/4/items/gov.law.astm.c518.1991/astm.c518.1991.html;

https://ia800700.us.archive.org/20/items/gov.law.astm.d86.2007/astm.d86.2007.html;

https://ia801309.us.archive.org/27/items/gov.law.astm.d129.1995/astm.d129.1995.html;

https://ia601606.us.archive.org/22/items/gov.law.astm.d975.2007/astm.d975.2007.html;

https://ia800306.us.archive.org/10/items/gov.law.astm.d1688.1995/astm.d1688.1995.html;

https://ia801307.us.archive.org/30/items/gov.law.astm.d2015.1996/astm.d2015.1996.html;

https://ia802706.us.archive.org/10/items/gov.law.astm.d2597.1994/astm.d2597.1994.html;

https://ia600608.us.archive.org/10/items/gov.law.astm.d3120.1996/astm.d3120.1996.html;

https://ia802705.us.archive.org/11/items/gov.law.astm.d4891.1989/astm.d4891.1989.html; and

https://ia600602.us.archive.org/22/items/gov.law.astm.d5257.1997/astm.d5257.1997.html.

6.      Attached as **Exhibit 178** is a true and correct copy of 46 C.F.R. § 56.01-1 (1997).

7.      Attached as **Exhibit 179** is a true and correct copy of excerpts from the 1978 Annual Book of ASTM Standards Part 4.

8.      Attached as **Exhibit 180** is a true and correct copy of a screenshot taken on December 20, 2019 from the website: https://catalog.nfpa.org/NFPA-30-Flammable-and-Combustible-Liquids-Code-P1164.aspx?order_src=D747&gclid=Cj0KCQiA_rfvBRCP ARIsANlV66OZ-JtB8z9nAk1tGfWSauF2F0D1jinoH2nqQ58ZXi1YjKOIDOLbs jkaAqZFEALw_wcB.

9.      Attached as Attached as **Exhibit 181** is a true and correct copy of an email sent by Kelly Klaus, counsel for NFPA, to Corynne McSherry and Andrew Bridges, dated August 3, 2018.

10.     Attached as **Exhibit 182** is a true and correct copy of a screenshot taken on December 19, 2019 from the website: https://law.resource.org/pub/us/cfr/manifest.us.html.

11.     Attached as **Exhibit 183** is a true and correct copy of Exhibit 3 to the deposition of Mia Marvelli.

12.     Attached as **Exhibit 184** is a true and correct copy of Exhibit 7 to the deposition of Mia Marvelli.

13.     Attached as **Exhibit 185** is a true and correct copy of 40 C.F.R. § 80.47 (2017).

14.     Attached as **Exhibit 186** is a table of the ASHRAE standards at issue in this case with the quoted text from PRO's Exhibit 89 where PRO identified the text of the C.F.R. it asserts incorporate a particular ASHRAE standard by reference.  In the column labeled "ASHRAE's response," Plaintiffs have analyzed the federal regulation (if any) that PRO's Exhibit 89 identifies.

*   *   *

3

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Dated:  December 22, 2019

Jane W. Wise