# Exhibit 179

# 1978
# ANNUAL BOOK OF ASTM STANDARDS



## PART 4

## Structural Steel; Concrete Reinforcing Steel; Pressure Vessel Plate and Forgings; Steel Rails, Wheels, and Tires; Steel Fasteners

*Includes standards of:*

Committee
A-1 on Steel, Stainless Steel and Related Alloys
F-16 on Fasteners

Price $30.00
01-004078-02

**AMERICAN SOCIETY FOR TESTING AND MATERIALS**
1916 Race St., Philadelphia, Pa. 19103

X TA 401
A 5
1978
pt. 4

*Editorial Staff*

Robert P. Lukens, Managing Standards Editor
Pamela A. Shenker, Assistant Standards Editor
Joan L. Cornillot, Senior Assistant Editor
Carmelene A. D'Angelo, Assistant Editor
Stephanie M. Greco, Assistant Editor
Diane Montgomery, Assistant Editor
Roberta A. Priemon, Assistant Editor
Harris Shupak, Indexer
Lonnie Fogel, Editorial Assistant

Robert L. Meltzer, Director, Publications Division

Irene C. Moore, Manager, Production and Purchasing

© BY AMERICAN SOCIETY FOR TESTING AND MATERIALS 1978
Library of Congress Catalog Card Number: 40-10712

Printed in Easton, Md., U.S.A.