# Exhibit 180



NFPA.org | Catalog | Electrical Solutions | Xchange™ | Fire Prevention Week™ | NFPA Journal® | Sparky® | Fire Sprinkler Initiative | More ▾



# CATALOG

Canadian Customers | International Customers

CART | MY PROFILE | SIGN IN

Search

**HOME** | **ADVANCED SEARCH** | **LIST OF CODES AND STANDARDS** | **NEC®** | **CONTACT US**

## CATEGORIES

- **2020 NFPA Conference and Expo**
- **2020 NEC: National Electrical Code**
- **2017 NEC: National Electrical Code**
- Codes and Standards
- NFPA Training
- NFPA Membership - New or Renew
- **National Fire Codes Subscription - New or Renew**
- Browse Products By Topic
- Top Sellers
- Resources
- Translated Products

## RELATED PRODUCTS



NFPA 30 and NFPA 30A: Flammable and Combustible Liquids Code Handbook

More Info

Home > Codes and Standards > Complete List of Codes and Standards > NFPA 30, Flammable and Combustible Liquids Code

## NFPA 30: Flammable and Combustible Liquids Code



❯ **Build your own set and Save 15%. NFPA Members save an additional 10%.**

| | |
|---|---|
| **Price:** | $0.00 |
| **Edition:** | 1987 ▾ |
| **Code Formats Available:** | ☐ 1987 NFPA 30, Digital, ANSI approved - ($31.00) |
| **Quantity:** | 1 ▲▼ |

**+ Add To Cart**

When you select a digital product (pdf or digital access), you are purchasing a license to access NFPA *Information* electronically. To protect the authenticity of your product, **certain restrictions apply.**

### Description ▬

**Apply the 2018 edition of *NFPA 30* for better protection around flammable and combustible liquids.**

Enforceable under OSHA and many state and local regulations, *NFPA 30: Flammable and Combustible Liquids Code* is the best practice widely used in industry and by insurers. The 2018 edition of the Code includes the latest and most complete criteria you need to protect your facility by ensuring safe storage, handling, and use of flammable and combustible liquids.

**Significant revisions give Code users a clearer source of support. The 2018 edition of *NFPA 30* presents:**

- Added definitions that reflect terms used in today's field
- Revisions recognizing nonmetallic intermediate bulk containers that can satisfy the fire exposure test protocols of Paragraph 9.4.1.1
- New specific references in Subsection 9.4 to UL 2368, *Standard for Fire Exposure Testing of Intermediate Bulk Containers for Flammable and Combustible Liquids;* FM Class 6020, *Approval Standard for Intermediate Bulk Containers;* UL 1275, *Standard for Flammable Liquid Storage Cabinets;* and FM Class 6050, *Approval Standard for Storage Cabinets (Flammable and Combustible Liquids*
- Completely revised requirements for General Purpose Warehouses to only allow specific liquid/container combinations to be stored in such facilities
- New alternative means to calculate the water demand for the most hydraulically remote in-rack sprinklers in both Scheme "A", "B", and "C" designs
- A new requirement that nonmetallic cooking oil tanks be listed in accordance with UL 2152, *Outline of Investigation for Special Purpose Nonmetallic Containers and Tanks for Specific Combustible or Noncombustible Liquids*
- Numerous other changes that clarify the Code's intent and reduce conflicts or confusion

**Get the criteria you need to design your facilities to comply with sprinkler requirements and use safe operating practices.**

Update to the 2018 edition of *NFPA 30* now. (Print, 164 pp., 2018)

**Interested in other editions of the *NFPA 30?* Use the drop down menu above to select the edition year you need.**

| | |
|---|---|
| Table of Contents (2018 Current Edition) | + |
| How the NFPA Handbooks Differ from Codes and Standards | + |
| Prior Editions | + |
| NFPA Digital Products | + |
| Also in NFPA 30, Flammable and Combustible Liquids Code | + |

Live Chat

Free Catalog | Customer Service | Payment Policy | Privacy Policy | Terms of Use | Customer Support



Contact Us: Call Toll-Free 1-800-344-3555
Customer Contact Center: 11 Tracy Drive, Avon, MA 02322
Headquarters: 1 Batterymarch Park, Quincy, MA 02169
Canadian Customers | International Customers

ABOUT SSL CERTIFICATES


