# Exhibit 181

**From:** Klaus, Kelly
**Sent:** Friday, August 03, 2018 10:15 AM
**To:** Corynne McSherry <corynne@eff.org>; Andrew Bridges <ABridges@fenwick.com>
**Subject:** ASTM/PRO

Hi Corynne and Andrew –

Would one or both of you be available for a quick call today?

Thanks,
Kelly

Kelly M. Klaus | Munger, Tolles & Olson LLP
560 Mission Street | San Francisco, CA 94105
350 South Grand Avenue | 50th Floor | Los Angeles, CA 90071
Tel: 415-512-4017 (SF) | 213-683-9238 (LA)
Kelly.Klaus@mto.com | www.mto.com

***NOTICE***

This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by reply e-mail so that our address record can be corrected. To the extent that this message or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Thank you.