# EXHIBIT 100

## LEGAL STATUS

This site displays a prototype of a "Web 2.0" version of the daily Federal Register. It is not an official legal edition of the Federal Register, and does not replace the official print version or the official electronic version on GPO's govinfo.gov.

The documents posted on this site are XML renditions of published Federal Register documents. Each document posted on the site includes a link to the corresponding official PDF file on govinfo.gov. This prototype edition of the daily Federal Register on FederalRegister.gov will remain an unofficial informational resource until the Administrative Committee of the Federal Register (ACFR) issues a regulation granting it official legal status. For complete information about, and access to, our official publications and services, go to About the Federal Register on NARA's archives.gov.

The OFR/GPO partnership is committed to presenting accurate and reliable regulatory information on FederalRegister.gov with the objective of establishing the XML-based Federal Register as an ACFR-sanctioned publication in the future. While every effort has been made to ensure that the material on FederalRegister.gov is accurately displayed, consistent with the official SGML-based PDF version on govinfo.gov, those relying on it for legal research should verify their results against an official edition of the Federal Register. Until the ACFR grants it official status, the XML rendition of the daily Federal Register on FederalRegister.gov does not provide legal notice to the public or judicial notice to the courts.

LEGAL STATUS

## READER AIDS

# OFR Director Charley Barth Stepping Down for New Opportunity

It is with great sadness that we announce the departure of our Director, Charley Barth. Charley has accepted a new position as an Executive Director with another company. Charley's last day as Director is Friday, October 31 2014.

Photo: Mr. Charley Barth

Charley joined the National Archives and Records Administration in July 2012 as the Director of the Office of the Federal Register. In this role, he has been responsible for administering the Electoral College process for the 2012 Presidential election and working with our partners at the Government Printing Office to deploy our mobile application for the Daily Compilation of Presidential Documents. Under his leadership the office won the Bright Idea award from Harvard University for their work on www.federalregister.gov (http://www.federalregister.gov/). Consistent with our goals to Make Access Happen and Connect with Customers, he has worked alongside the Government Printing Office and eRulemaking Program Management Office to create a new virtual regulatory environment that will increase transparency and public participation during the notice and comment process. Charley led the development of a strategic plan for the Administrative Committee of the Federal Register and conducted the first-ever Federal Register Liaison Conference for our executive agency partners.

We want to wish Charley the best in this new chapter of his career. Amy Bunk, current Director of the Legal Affairs and Policy Division at the OFR, will serve as acting Director of the Office of the Federal Register until a permanent hire is made.

## READER AID NAVIGATION

All Reader Aids Content (/reader-aids)
- **Office of the Federal Register Blog (/reader-aids/office-of-the-federal-register-blog)**
- Using FederalRegister.Gov (/reader-aids/using-federalregister-gov)
- Understanding the Federal Register (/reader-aids/understanding-the-federal-register)
- Recent Site Updates (/reader-aids/recent-updates)
- Videos & Tutorials (/reader-aids/videos-tutorials)
- Developer Resources (/reader-aids/developer-resources)
- Government Policy and OFR Procedures (/reader-aids/government-policy-and-ofr-procedures)
- Congressional Review (/reader-aids/congressional-review)

READER AID NAVIGATION

READER AIDS

