# EXHIBIT 101



CELEBRATING
125
YEARS

What Are You Looking For?

# READ-ONLY VERSIONS OF ASHRAE STANDARDS

## SHARE THIS



The following links are to online read-only versions of these standards. The only way they will work is if you click the link within the ASHRAE website.

## Technical Support:

If you need technical support, please contact iEngineering support staff at ashrae@iengineering.com

## Current Popular Standards

Standard 15-2019, Safety Standard for Refrigeration Systems

Standard 34-2019, Designation and Safety Classification of Refrigerants

Standard 55-2017, Thermal Environmental Conditions for Human Occupancy (ANSI Approved)

Standard 62.1-2019, Ventilation for Acceptable Indoor Air Quality

Standard 62.2-2019, Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings

Standard 90.1-2019, Energy Standard for Buildings Except Low-Rise Residential Buildings

Standard 90.2-2018, Energy Efficient Design of Low-Rise Residential Buildings

Standard 100-2018, Energy Efficiency in Existing Buildings

Standard 170-2017, Ventilation of Health Care Facilities

Standard 188-2018, Legionellosis: Risk Management for Building Water Systems

Standard 189.1-2017, Standard for the Design of High-Performance Green Buildings

## Standards Referenced in Code

Standard 15-1994, Safety Code for Mechanical Refrigeration

Standard 15-2001, Safety Standard for Refrigeration Systems

Standard 15-2004, Safety Standard for Refrigeration Systems

Standard 15-2007, Safety Standard for Refrigeration Systems

Standard 15-2010, Safety Standard for Refrigeration Systems

Standard 15-2013, Safety Standard for Refrigeration Systems

Standard 15-2016, Safety Standard for Refrigeration Systems

Standard 16-1983 (RA 2009), Method of Testing for Rating Room Air Conditioners and Packaged Terminal Air Conditioners

Standard 23-2005, Methods of Testing for Rating Positive Displacement Refrigerant Compressors and Condensing Units

Standard 23.1-2010, Methods of Testing for Rating the Performance of Positive Displacement Refrigerant Compressors and Condensing Units That Operate at Subcritical Temperatures

Standard 29-1988 (RA 2005), Methods of Testing Automatic Ice Makers

Standard 32.1-2004, Methods of Testing for Rating Vending Machines for Bottled, Canned and Other Sealed

Beverages

Standard 34-1978, Number Designation of Refrigerants (PDF is not searchable)

Standard 34-1989, Number Designation and Safety Classification of Refrigerants (PDF is not searchable)

Standard 34-1992, Number Designation and Safety Classification of Refrigerants

Standard 34-1997, Designation and Safety Classification of Refrigerants (PDF is not searchable)

Standard 34-2001, Designation and Safety Classification of Refrigerants

Standard 34-2004, Designation and Safety Classification of Refrigerants

Standard 34-2007, Designation and Safety Classification of Refrigerants

Standard 34-2010, Designation and Safety Classification of Refrigerants

Standard 34-2013, Designation and Safety Classification of Refrigerants

Standard 34-2016, Designation and Safety Classification of Refrigerants

Standard 37-1978, Methods of Testing for Rating Unitary Air Conditioning and Heat Pump Equipment (PDF is not searchable)

Standard 37-2005, Methods of Testing for Rating Electrically Driven Unitary Air-Conditioning and Heat Pump Equipment

Standard 41.1-1986 (RA 2001), Standard Method for Temperature Measurement

Standard 41.2-1987 (RA 1992), Standard Methods for Laboratory Airflow Measurement (PDF is not searchable)

Standard 41.6-1994 (RA 2001), Standard Method for Measurement for Moist Air Properties

Standard 41.9-2000, Calorimeter Test Methods for Mass Flow Measurements of Volatile Refrigerants

Standard 51-1999, Laboratory Methods of Testing Fans for Aerodynamic Performance Rating (PDF is not searchable)

Standard 52.1-1992, Gravimetric and Dust-Spot Procedures for Testing Air-Cleaning Devices Used in General Ventilation for Removing Particulate Matter

Standard 55-1992, Thermal Environmental Conditions for Human Occupancy

Standard 55-2013 -- Thermal Environmental Conditions for Human Occupancy (ANSI Approved)

Standard 62-1981, Ventilation for Acceptable Indoor Air Quality (PDF is not searchable)

Standard 62-1989, Ventilation for Acceptable Indoor Air Quality

Standard 62.1-2013, Ventilation for Acceptable Indoor Air Quality

Standard 62.1-2016, Ventilation for Acceptable Indoor Air Quality

Standard 62.2-2013, Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings

Standard 62.2-2016, Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings

Standard 90A,B,C, Energy Conservation in New Building Design (PDF is not searchable)

Standard 90-1975, Energy Conservation in New Building Design (PDF is not searchable)

Standard 90.1-1989, Energy Efficient Design of New Buildings Except Low-Rise Residential Buildings

Standard 90.1-1999 (I-P) -- Energy Standard for Buildings Except Low-Rise Residential Buildings

Standard 90.1-2004, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P)

Standard 90.1-2007_IP, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P)

Standard 90.1-2010, Energy Standard for Buildings Except Low-Rise Residential Buildings (I-P)

Standard 90.1-2013, Energy Standard for Buildings Except Low-Rise Residential Buildings

Standard 90.1-2016, Energy Standard for Buildings Except Low-Rise Residential Buildings

Standard 90.2-2007, Energy Efficient Design of Low-Rise Residential Buildings

Standard 93-1977, Methods of Testing to Determine the Thermal Performance of Solar Collectors (PDF is not searchable)

Standard 100-2015, Energy Efficiency in Existing Buildings

Standard 103-1993, Method of Testing for Annual Fuel Utilization Efficiency of Residential Central Furnaces and Boilers (PDF is not searchable)

Case 1:13-cv-01215-TSC   Document 215-7   Filed 01/17/20   Page 6 of 6

Standard 116-1995 (RA 2005), Methods of Testing for Rating Seasonal Efficiency of Unitary Air Conditioners and Heat Pumps

Standard 170-2013, Ventilation of Health Care Facilities

Standard 170-2008, Ventilation of Health Care Facilities

Standard 189.1-2011, Standard for the Design of High-Performance Green Buildings

Standard 189.1-2014, Standard for the Design of High-Performance Green Buildings



With more than 57,000 members from over 132 nations, ASHRAE is a diverse organization dedicated to advancing the arts and sciences of heating, ventilation, air conditioning and refrigeration to serve humanity and promote a sustainable world.



BECOME A MEMBER

Copyright ASHRAE 2019
1791 Tullie Circle Northeast, Atlanta, Georgia 30329 US