# EXHIBIT 102

# EXHIBIT 3



# Be confident your electrical work complies with California law.
1 message

**NFPA - Your NEC Source** <nfpa@e.nfpa.org>  Tue, Jun 16, 2015 at 12:46 PM
Reply-To:

**California has adopted the 2011 *NEC*®. Order the 2011 *NEC Handbook* today and receive FREE Tabs!**

To ensure proper delivery, add nfpa@e.nfpa.org to your e-mail address book

**View as webpage**



**California has adopted the 2011 *NEC*.**

**Order the 2011 *NEC Handbook* today and receive a FREE set of 2011 *NEC Self-Adhesive Index Tabs*.**

**Act quickly — supplies are limited! (Set of 96 for a $17.50 Value)**





Increase efficiency and productivity while you apply the 2011 NEC with confidence! Order the 2011 NFPA 70® National Electrical Code Handbook today and boost your referencing power with **FREE** NEC Tabs for quick access to vital information.

• The 2011 NEC Handbook helps you meet Code, answer questions, and avoid

errors. NFPA's 2011 NEC Handbook explains NEC reasoning, provides examples based on real-world scenarios, and gives you the background behind Code revisions, so you can work with authority. Expert commentary clarifies concepts and the entire 2011 NEC text is included for reference. The Handbook is also loaded with full-color photos and visuals including schematics, floor plans, flow charts, and cross-sectional graphics.

• FREE 2011 NEC Tabs put Code information at your fingertips. Affix your **FREE** NEC Tabs to the pages of your 2011 NEC Handbook to highlight electrical topics by Code article and name.

**Order while supplies last!**



The mission of the international nonprofit NFPA, established in 1896, is to reduce the worldwide burden of fire and other hazards on the quality of life by providing and advocating consensus codes and standards, research, training, and education.



HAVE QUESTIONS?
1. Contact Us
2. Call Now 1.800.344.3555
3. Visit our Catalog

Please do not reply to this email.
NFPA® (National Fire Protection Association)
1 Batterymarch Park, Quincy, MA 02169-7471 USA
Telephone: +1 617 770-3000 Fax: +1 617 770-0700

NFPA® is a registered trademark of the National Fire Protection Association, Quincy, MA
This e-mail was sent to
Privacy | Change Your Email Preferences | Unsubscribe