# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs/Counter-defendants,<br><br>    v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC |

**PUBLIC RESOURCE'S MOTION TO STRIKE PLAINTIFFS' RESPONSE TO PUBLIC RESOURCE'S STATEMENT OF DISPUTED FACTS (ECF NO. 213-21)**

Public Resource hereby moves to strike, and objects to, Plaintiffs' Response to Public Resource's Statement of Disputed Facts (ECF No. 213-21).  LCvR 7(h) allows only a Statement of Undisputed Facts and a Statement of Disputed Facts, and there is no basis under LCvR 7(h) or any other local rule for Plaintiffs' submission.[1]  Accordingly, the Court should strike any response by Public Resource's Statement of Disputed Facts.  In the alternative, if the Court does not grant this motion to strike Plaintiffs' Response to Public Resource's Statement of Disputed Facts, Public Resource requests leave to file its own statement responding to Plaintiffs' Statement of Disputed Facts.

---

[1] Because Plaintiffs have combined their Statement of Disputed Facts with their objections to Public Resource's evidence into a single document, Public Resource will respond only to Plaintiffs' objections to evidence.

Dated: January 16, 2019                     Respectfully submitted,

*/s/   Andrew P. Bridges*
Andrew P. Bridges (USDC-DC AR0002)
abridges@fenwick.com
Matthew B. Becker (admitted *pro hac vice*)
mbecker@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   (650) 988-8500

Corynne McSherry (admitted *pro hac vice*)
corynne@eff.org
Mitchell L. Stoltz (D.C. Bar No. 978149)
mitch@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:   (415) 436-9333

David Halperin (D.C. Bar No. 426078)
davidhalperindc@gmail.com
1530 P Street NW 2nd Floor
Washington, DC 20005
Telephone: (202) 905-3434

*Attorneys for Defendant-Counterclaimant*
Public.Resource.Org, Inc.