# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>         Plaintiffs/Counter-defendants, <br><br>     v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>         Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC |

**[PROPOSED] ORDER GRANTING PUBLIC RESOURCE'S MOTION TO STRIKE PLAINTIFFS' RESPONSE TO PUBLIC RESOURCE'S STATEMENT OF DISPUTED FACTS (ECF NO. 213-21)**

The Court has considered Public Resource's motion to strike Plaintiffs' Response to Public Resource's Statement of Disputed Facts (ECF No. 213-21), and any opposition or other argument of the parties relating to the motion.  The Court **FINDS** that there is no basis under LCvR 7(h) for Plaintiffs' Response to Public Resource's Statement of Disputed Facts, and it **HEREBY GRANTS** Public Resource's motion to strike Plaintiffs' submission.  [OR:  The Court **HEREBY GRANTS** Public Resource's alternative request for leave to file a response to Plaintiffs' Statement of Disputed Facts, and Public Resource shall file that response within 7 days of this order.]

**IT IS SO ORDERED.**

Dated: _____

_____
**TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**