# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a/ ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>        Plaintiffs/<br>        Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>        Defendant/<br>        Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## [PROPOSED] ORDER

Having reviewed the record and the applicable law, IT IS HEREBY ORDERED that Public Resource's Motion to Strike Plaintiffs' Response to Public Resource's Statement of Disputed Facts (ECF No. 215-12) is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____                        _____
                                                                           TANYA S. CHUTKAN
                                                                           UNITED STATES DISTRICT JUDGE