UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>    Plaintiffs/<br>    Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>    Defendant/<br>    Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## NOTICE OF FILING REDACTED DOCUMENTS

Pursuant to the Court's October 21, 2020 Minute Order, Plaintiffs filed a redacted version of Exhibit 157 to the Declaration of Jane W. Wise (sealed version filed as ECF No. 199-7) concurrently with the filing of this notice. Public versions of the remaining documents that are the subject of Plaintiffs' motion to seal, ECF No. 199, were filed as attachments to Plaintiffs' Motion for Summary Judgment, ECF No. 198, or as public copies in subsequent filings on October 7, 2019. For the convenience of the Court, the following chart summarizes the docket entries for public versions of the documents that are the subject of Plaintiffs' Motion to Seal.

| Sealed Document | Public Version |
|---|---|
| ECF No. 199-1 Memorandum in Support of Plaintiffs' Second Motion for Summary Judgment | ECF No. 200 |
| ECF No. 199-2 Statement of Facts | ECF No. 201 |

1

| Sealed Document | Public Version |
|---|---|
| ECF No. 199-3–199-6 Exhibit 149 to the Declaration of Jane W. Wise | ECF No. 198-14 |
| ECF No. 199-7 Exhibit 157 to the Declaration of Jane W. Wise | Filed concurrently |
| ECF No. 199-8 Exhibit 158 to the Declaration of Jane W. Wise | ECF No. 198-42 |
| ECF No. 199-9 Exhibit 159 to the Declaration of Jane W. Wise | ECF No. 198-43 |
| ECF No. 199-10 Exhibit 160 to the Declaration of Jane W. Wise | ECF No. 198-44 |
| ECF No. 199-11 Exhibit 161 to the Declaration of Jane W. Wise | ECF No. 198-45 |
| ECF No. 199-12 Exhibit A to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-13 Exhibit B to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-14 Exhibit C to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-15 Exhibit D to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-16 Exhibit E to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-17 Exhibit F to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-18 Exhibit G to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-19 Exhibit H to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-20 Exhibit I to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-21 Exhibit J to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-22 Exhibit K to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-23 Exhibit L to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-24 Exhibit M to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-25 Exhibit N to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-26 Exhibit O to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-27 Exhibit P to the Declaration of James Pauley | ECF No. 198-51 |

| Sealed Document | Public Version |
|---|---|
| ECF No. 199-28 Exhibit Q to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-29 Exhibit R to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-30 Exhibit S to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-31 Exhibit T to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-32 Exhibit U to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-33 Exhibit V to the Declaration of James Pauley | ECF No. 198-51 |
| ECF No. 199-34 Declaration of Stephanie Reiniche and Exhibits 1-2 | ECF No. 198-53 |

Dated: October 22, 2020                Respectfully submitted,


                           /s/ J. Kevin Fee

                           J. Kevin Fee (D.C. Bar: 494016)
                           Jane W. Wise (D.C. Bar: 1027769)
                           Morgan, Lewis & Bockius LLP
                           1111 Pennsylvania Ave., N.W.
                           Washington, D.C. 20004
                           Tel: 202.739.5353
                           Email: kevin.fee@morganlewis.com
                                      jane.wise@morganlewis.com

                           *Counsel For American Society For Testing And Materials d/b/a ASTM International*



                           /s/ Kelly M. Klaus

                           Kelly M. Klaus (*pro hac vice*)
                           MUNGER, TOLLES & OLSON LLP
                           560 Mission St., 27th Floor
                           San Francisco, CA 94105
                           Tel: 415.512.4000
                           Email: Kelly.Klaus@mto.com

Rose L. Ehler (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 South Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213.683.9100
Email: Rose.Ehler@mto.com

Rachel G. Miller-Ziegler
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
Tel: 202.220.1100
Email: Rachel.Miller-Ziegler@mto.com

*Counsel for National Fire Protection Association, Inc.*


/s/ J. Blake Cunningham

Jeffrey S. Bucholtz (D.C. Bar: 452385)
David Mattern
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Ste. 200
Washington, DC 20006-4707
Tel: 202.737.0500
Email: jbucholtz@kslaw.com

J. Blake Cunningham
King & Spalding LLP
101 Second Street, Ste. 2300
San Francisco, CA 94105
Tel: 415.318.1211
Email: bcunningham@kslaw.com

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*

## CERTIFICATE OF SERVICE

I certify that on October 22, 2020, the foregoing document was via the CM/ECF electronic filing system, which will notify all counsel of record, including:

*Counsel for National Fire Protection Association, Inc.*

Anjan Choudhury (Anjan.Choudhury@mto.com)
Kelly M. Klaus (Kelly.Klaus@mto.com)
Rose L. Ehler (Rose.Ehler@mto.com)
Jonathan H. Blavin (Jonathan.Blavin@mto.com)

*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers*

Jeffrey S. Bucholtz (jbucholtz@kslaw.com)
Kenneth L. Steinthal (ksteinthal@kslaw.com)
J. Blake Cunningham (bcunningham@kslaw.com)

*Counsel for Public.Resource.Org, Inc.*

Matthew B. Becker (mbecker@fenwick.com)
Andrew Bridges (abridges@fenwick.com)
David Halperin (davidhalperindc@gmail.com)
Mitchell L. Stoltz (mitch@eff.org)
Corynne McSherry (corynne@eff.org)

*/s/ J. Kevin Fee*
J. Kevin Fee