# EXHIBIT 157

# REDACTED

# FILED UNDER SEAL

DOCUMENT PRODUCED IN NATIVE FORMAT

HIGHLY CONFIDENTIAL

ASTM103291

Reading Room results

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|
| Logins: | | | | | | |
| Standards Viewed: | | | | | | |
| Actives subsequently viewed: | | | | | | |
| Purchased: | | | | | | |







HIGHLY CONFIDENTIAL                                                                                           ASTM103291