UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>Defendant. | Case No. 13-cv-1215 (TSC) |

## ORDER

For reasons explained in the accompanying Memorandum Opinion, ECF No. 239, Plaintiffs' Motion for Summary Judgment and for a Permanent Injunction, ECF No. 198, is GRANTED IN PART and DENIED IN PART, and Defendant's Cross-Motion for Summary Judgment, ECF No. 202, is GRANTED IN PART and DENIED IN PART.

Plaintiffs' Motion for Summary Judgment is GRANTED, and Defendant's Cross-Motion is DENIED as to the following 32 standards, which Defendant shall remove from its website and any other website within its possession, custody, or control by April 8, 2022:

- ASTM C518 (1991)
- ASTM A36 (1977a$^e$)
- ASTM A36/A36M (1997a$^{e1}$)
- ASTM A307 (1978$^e$)
- ASTM A370 (1997 $^{e2}$)
- ASTM A475-78 (1984$^{e1}$)
- ASTM B224 (1980 $^{e1}$)
- ASTM C150 (1999a)
- ASTM C177 (1997)
- ASTM C236 1989 (1993)$^{e1}$
- ASTM C516 1980 (1996)$^{e1}$
- ASTM C549 1981 (1995)$^{e1}$
- ASTM D1246 1995 (1999)

- ASTM D1518 1985 (1998)$^{e1}$
- ASTM D1785 (1986)
- ASTM D1946 1990 (1994)$^{e1}$
- ASTM D4239 1997$^{e1}$
- ASTM D4891 1989 (1994)$^{e1}$
- ASTM D5489 (1996a)
- ASTM D5865 (1998a)
- ASTM D665 (1998$^{e1}$)
- ASTM D975 1998b
- ASTM D975 2007
- ASTM E145 (1994)$^{e1}$
- ASTM E695 1979 (1997)$^{e1}$
- ASTM F1007 1986 (1996)$^{e1}$
- ASTM F1020 1986 (1996)$^{e1}$
- ASTM F1193 (2006)
- ASTM F1271 1990 (1995)$^{e1}$
- ASTM F1273 1991 (1996)$^{e1}$
- ASTM F808 1983 (1988)$^{e1}$
- ASTM G154 (2000a)

Both parties' motions for summary judgment are GRANTED IN PART and DENIED IN PART as to the following standard, and Defendant shall remove all portions of this standard, other than the text of Test Methods A and B contained therein, from its website and any other website within its possession, custody, or control by April 8, 2022:

- ASTM D2036 (1998)

Plaintiffs' Motion for Summary Judgment is DENIED, and Defendant's Cross-Motion is GRANTED as to the remaining 184 standards listed in the court's Appendix to the accompanying Memorandum Opinion.

Plaintiffs' Motion for Summary Judgment is DENIED, and Defendant's Cross-Motion is GRANTED as to Defendant's use of Plaintiffs' trademarked words.  Plaintiffs' Motion for Summary Judgment is GRANTED, and Defendant's Cross-Motion is DENIED as to Defendant's use of Plaintiffs' trademarked logos.

Plaintiffs' Motion for a Permanent Injunction is GRANTED as to Defendant's use of its trademarked logos and DENIED as to Defendant's use of its standards and trademarked words. It is ORDERED that Defendant is permanently enjoined from all unauthorized use of Plaintiffs' trademarked logos and Defendant shall remove Plaintiffs' trademarked logos from its website and any other website within its possession, custody, or control by April 8, 2022.

Date: March 31, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge