UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>         Plaintiffs/ Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>         Defendant/ Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Status Report (filed April 22, 2022), it is on this _____ day of _____, 2022:

**ORDERED** that the case is stayed with respect to the ASTM's remaining standards that were not at issue in Plaintiffs' Second Motion for Summary Judgment and for a Permanent Injunction, Dkt. 198 ("Plaintiffs' Motion"). The case will remain stayed pending the appeal of this Court's order, Dkt. 240, granting in part and denying in part Plaintiffs' Motion and granting in part and denying in part Defendant's Cross-Motion for Summary Judgment, Dkt. 202, ("Order").

**SO ORDERED.**

_____
**TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**