UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL;<br><br>NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and<br><br>AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS,<br><br>          Plaintiffs/<br>          Counter-Defendants,<br><br>v.<br><br>PUBLIC.RESOURCE.ORG, INC.,<br><br>          Defendant/<br>          Counter-Plaintiff. | Case No. 1:13-cv-01215-TSC |

## [PROPOSED] STIPULATED ORDER

Plaintiffs American Society for Testing and Materials d/b/a/ ASTM International ("ASTM"), National Fire Protection Association, Inc. ("NFPA"), and American Society of Heating, Refrigerating, and Air Conditioning Engineers, Inc. ("ASHRAE"), (collectively, "Plaintiffs") together with Defendant Public.Resource.Org. Inc. ("PRO" or "Defendant") hereby stipulate and agree to entry of the following order in full resolution of the claims, counterclaims, and defenses at issue in this action.

WHEREFORE, with the consent of the Parties, through their undersigned attorneys, and with the approval of the Court, it is hereby finally ORDERED, ADJUDGED AND DECREED as follows:

      1.      That this Court has jurisdiction over the parties and the subject matter of this action.

1

2. On March 31, 2022, this Court entered an Order and accompanying Memorandum Opinion, ECF 239 and 240, GRANTING IN PART and DENYING IN PART Plaintiffs' Motion for Summary Judgment and Permanent Injunction, ECF 198, and GRANTING IN PART and DENYING IN PART Defendant's Cross-Motion for Summary Judgment, ECF 202 (the "Order").

3. Plaintiffs timely filed a Notice of Appeal of the Order on April 22, 2022.

4. On September 12, 2023, the D.C. Circuit issued an opinion affirming this Court's Order. Plaintiffs did not file a petition for hearing or rehearing *en banc* or a petition for a writ of certiorari with the United States Supreme Court.

5. The Parties now consent to entry of a final judgment, consistent with the March 31, 2022 Order, as follows:

    a. Plaintiffs' Motion for Summary Judgment is GRANTED, and Defendant's Cross-Motion is DENIED as to the following 32 standards, which Defendant shall remove from its website and any other website within its possession, custody, or control:

- ASTM C518 (1991)
- ASTM A36 (1977ae)
- ASTM A36/A36M (1997ae1)
- ASTM A307 (1978e)
- ASTM A370 (1997 e2)
- ASTM A475-78 (1984e1)
- ASTM B224 (1980 e1)
- ASTM C150 (1999a)
- ASTM C177 (1997)
- ASTM C236 1989 (1993)e1
- ASTM C516 1980 (1996)e1
- ASTM C549 1981 (1995)e1
- ASTM D1246 1995 (1999)
- ASTM D1518 1985 (1998)e1
- ASTM D1785 (1986)
- ASTM D1946 1990 (1994)e1
- ASTM D4239 1997e1

- ASTM D4891 1989 (1994)e1
- ASTM D5489 (1996a)
- ASTM D5865 (1998a)
- ASTM D665 (1998e1)
- ASTM D975 1998b
- ASTM D975 2007
- ASTM E145 (1994)e1
- ASTM E695 1979 (1997)e1
- ASTM F1007 1986 (1996)e1
- ASTM F1020 1986 (1996)e1
- ASTM F1193 (2006)
- ASTM F1271 1990 (1995)e1
- ASTM F1273 1991 (1996)e1
- ASTM F808 1983 (1988)e1
- ASTM G154 (2000a)

b.   Both parties' motions for summary judgment are GRANTED IN PART and DENIED IN PART as to the following standard, and Defendant shall remove all portions of this standard, other than the text of Test Methods A and B contained therein, from its website and any other website within its possession, custody, or control:

- ASTM D2036 (1998)

c.   Plaintiffs' Motion for Summary Judgment is DENIED, and Defendant's Cross-Motion is GRANTED as to the remaining 184 standards listed in the court's Appendix to the accompanying Memorandum Opinion.

d.   Plaintiffs' Motion for Summary Judgment is DENIED, and Defendant's Cross-Motion is GRANTED as to Defendant's use of Plaintiffs' trademarked words. Plaintiffs' Motion for Summary Judgment is GRANTED, and Defendant's Cross-Motion is DENIED as to Defendant's use of Plaintiffs' trademarked logos.

e.   Plaintiffs' Motion for a Permanent Injunction is GRANTED as to Defendant's use of its trademarked logos and DENIED as to Defendant's use of its standards and trademarked words. It is ORDERED that Defendant is permanently

enjoined from all unauthorized use of Plaintiffs' trademarked logos and Defendant shall remove Plaintiffs' trademarked logos from its website and any other website within its possession, custody, or control.

6. Neither Plaintiffs nor Defendant moved for summary judgment as to the following 38 ASTM works ("Remaining Works"). *See* ECF 198 (seeking summary judgment with respect to 217 of the copyrighted works listed in Appendix A to motion); ECF 198-2 (Appendix A to Plaintiffs' motion for summary judgment listing 217 works at issue); ECF 202 (cross moving for summary judgment with respect to "the works listed in Appendix A to Plaintiffs' motion (Dkt. 198-2).

| Designation | Edition | Title |
|---|---|---|
| ASTM A516/A 516M | 1990(1996)e1 | Standard Specification for Pressure Vessel Plates, Carbon Steel, for Moderate and Lower-Temperature Service |
| ASTM A520 | 1972(1985) | Standard Specification for Supplementary Requirements for Seamless and Electric-Resistance-Welded Carbon Steel Tubular Products for High-Temperature Service Conforming to ISO Recommendations For Boiler Construction |
| ASTM A529 | 1975 | Standard Specification for Structural Steel with 42,000PSI (290 Mpa) Minimum Yield Point (1/2 in. (12.7 mm) Maximum Thickness |
| ASTM A618 | 1974 | Standard Specification for Hot-Formed Welded and Seamless High-Strength Low-Alloy Structural Tubing |
| ASTM B152 | 1997a | Standard Specification for Copper Sheet, Strip, Plate, and Rolled Bar |
| ASTM B193 | 1987 | Standard Test Method for Resistivity of Electrical Conductor Materials |
| ASTM B280 | 1997 | Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Field Service |
| ASTM B858 | 1995 | Standard Test Method for Determination of Susceptibility to Stress Corrosion Cracking in Copper Alloys Using an Ammonia Vapor Test |
| ASTM C720 | 1989(1994)e 1 | Standard Specification for Spray Applied Fibrous Insulation for Elevated Temperature |
| ASTM D257 | 1991 | Standard Test Method for DC Resistance of Conductance of Insulating Materials |
| ASTM D287 | 1992(1995) | Standard Test Method for API Gravity of Crude Petroleum and Petroleum Products (Hydrometer Method) |

| Designation | Edition | Title |
|---|---|---|
| ASTM D323 | 1958(1968) | Standard Test Method for Vapor Pressure of Petroleum Products (Reid Method) |
| ASTM D388 | 1998a | Standard Classification of Coals by Rank |
| ASTM D413 | 1982(1993)e 1 | Standard Test Method for Rubber Property--Adhesion to Flexible Substrate |
| ASTM D976 | 1991(1995)e 1 | Standard Test Methods for Calculated Cetane Index of Distillate Fuels |
| ASTM D1072 | 1990(1994)e 1 | Standard Test Method for Total Sulfur in Fuel Gases |
| ASTM D1193 | 1977(1983) | Standard Specification for Reagent Water |
| ASTM D1415 | 1988(1994) | Standard Practice for Rubber Property- International Hardness |
| ASTM D1687 | 1992(1996) | Standard Test Methods for Chromium in Water |
| ASTM D2247 | 1968(1973) | Standard Method for Testing Coated Metal Specimens at 100 Percent Relative Humidity |
| ASTM D2505 | 1988(1998) | Standard Test Method for Ethylene, Other Hydrocarbons, and Carbon Dioxide in High-Purity Ethylene by Gas Chromatography |
| ASTM D2908 | 1974 | Standard Recommended Practice for Measuring Volatile Organic Matter in Water by Aqueous-Injection Gas Chromatography |
| ASTM D3176 | 1989(1997) | Standard Practice for Ultimate Analysis of Coal and Coke |
| ASTM D3177 | 1989(1997) | Standard Test Methods for Total Sulfur in the Analysis Sample of Coal and Coke |
| ASTM D4057 | 1995e 1 | Standard Practice for Manual Sampling of Petroleum and Petroleum Products |
| ASTM D4084 | 1994 | Standard Test Method for Analysis of Hydrogen Sulfide in Gaseous Fuels (Lead Acetate Reaction Rate Method) |
| ASTM D4420 | 1994 | Standard Test Method for Determination of Aromatics in Finished Gasoline by Gas Chromatography |
| ASTM E29 | 1993a | Standard Practice for Using Significant Digits in Test Data to Determine Conformance with Specifications |
| ASTM E154 | 1968(1979)e 1 | Standard Methods of Testing Materials for Use as Vapor Barriers Under Concrete Slabs and as Ground Cover in Crawl Spaces |
| ASTM E168 | 1988 | Standard Practices for General Techniques of Infrared Quantitative Analysis |
| ASTM E775 | 1987(1992) | Standard Test Methods for Total Sulfur in the Analysis Sample of Refuse-Derived Fuel |
| ASTM E1625 | 1994 | Standard Test Method for Determining Biodegradability of Organic Chemicals in Semi-Continuous Activated Sludge (SCAS) |
| ASTM E1719 | 1997 | Standard Test Method for Vapor Pressure of Liquids by Ebulliometry |
| ASTM F1196 | 1994 | Standard Specification for Sliding Watertight Door Assemblies |
| ASTM F1197 | 1989(1994)e 1 | Standard Specification for Sliding Watertight Door Control Systems |

| Designation | Edition | Title |
|---|---|---|
| ASTM F747 | 1997 | Standard Terminology Relating to Amusement Rides and Devices |
| ASTM F1950 | 1999 | Standard Specification for Physical Information to be Transferred With Used Amusement Rides and Devices |
| ASTM F1957 | 1999 | Standard Test Method for Composite Foam Hardness Durometer Hardness |

7. ASTM voluntarily dismisses its claims concerning the Remaining Works with prejudice and with Defendant's consent.

8. Defendant voluntarily dismisses its counterclaims concerning the Remaining Works with prejudice and with ASTM's consent.

9. The parties shall each bear their own respective costs and fees, including attorneys' fees.

10. The Court shall retain jurisdiction to enforce the terms of this Stipulated Order.

| | |
|---|---|
| Date: June 21, 2024 | /s/ Jane W. Wise |
| | J. Kevin Fee (D.C. Bar: 494016)<br>Jane W. Wise (D.C. Bar: 1027769)<br>DLA Piper (US) LLP<br>500 Eighth Street, N.W.<br>Washington, D.C. 20004<br>Tel: 202.799.5353<br>Email: kevin.fee@morganlewis.com<br>jane.wise@morganlewis.com<br><br>*Counsel For American Society For Testing And Materials d/b/a ASTM International* |
| Date: June 21, 2024 | /s/ Rose L. Ehler |
| | Kelly M. Klaus (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission St., 27th Floor<br>San Francisco, CA 94105<br>Tel: 415.512.4000<br>Email: Kelly.Klaus@mto.com<br><br>Rose L. Ehler (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP |

|  | 350 South Grand Ave., 50th Floor<br>Los Angeles, CA 90071<br>Tel: 213.683.9100<br>Email: Rose.Ehler@mto.com<br><br>Rachel G. Miller-Ziegler<br>MUNGER, TOLLES & OLSON LLP<br>1155 F St. NW, 7th Floor<br>Washington, DC 20004<br>Tel: 202.220.1100<br>Email: Rachel.Miller-Ziegler@mto.com<br><br>*Counsel for National Fire Protection Association, Inc.* |
|---|---|
| Date: June 21, 2024 | */s/ Jeffrey S. Bucholtz* |
|  | Jeffrey S. Bucholtz (D.C. Bar: 452385)<br>David Mattern<br>King & Spalding LLP<br>1700 Pennsylvania Avenue, NW, Ste. 200<br>Washington, DC 20006-4707<br>Tel: 202.737.0500<br>Email: jbucholtz@kslaw.com<br><br><br>*Counsel for American Society of Heating, Refrigerating, and Air Conditioning Engineers* |
| Date: June 21, 2024 | */s/ Mitchell L. Stoltz* |
|  | Andrew P. Bridges (USDC-DC AR0002)<br>abridges@fenwick.com<br>Matthew B. Becker (admitted *pro hac vice*)<br>mbecker@fenwick.com<br>Armen N. Nercessian (pending *pro hac vice*)<br>anercessian@fenwick.com<br>Shannon E. Turner (pending *pro hac vice*)<br>sturner@fenwick.com<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>Corynne McSherry (admitted *pro hac vice*)<br>corynne@eff.org<br>Mitchell L. Stoltz (D.C. Bar No. 978149) |

7

|  | mitch@eff.org<br>ELECTRONIC FRONTIER FOUNDATION<br>815 Eddy Street<br>San Francisco, CA 94109<br>Telephone: (415) 436-9333<br>Facsimile: (415) 436-9993<br><br>David Halperin (D.C. Bar No. 426078)<br>davidhalperindc@gmail.com<br>1805 9th Street NW<br>Washington, DC 20001<br>Telephone: (202) 905-3434<br><br>*Attorneys for Defendant-Counterclaimant*<br>Public.Resource.Org, Inc. |
|---|---|

**SO ORDERED** this _____ day of June, 2024.

_____
HONORABLE TANYA S. CHUTKAN
United States District Judge

## **CERTIFICATE OF SERVICE**

I certify that on June 21, 2024, the foregoing document was filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record.

/s/ *Jane W. Wise*
Jane W. Wise
