# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br> Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE as of July 16, 2024, attorneys Andrew Phillip Bridges, Matthew B. Becker, and Sebastian E. Kaplan hereby withdraw as counsel for Defendant Public.Resource.Org, Inc. ("Public Resource"). Andrew Phillip Bridges has retired from the practice of law, and Matthew B. Becker and Sebastian E. Kaplan are no longer associated with Fenwick & West LLP. Public Resource continues to be represented by its other counsel.

Defendant/Counterclaimant Public.Resource.Org, Inc. consents to the withdrawal of Andrew Phillip Bridges, Matthew B. Becker, and Sebastian E. Kaplan as its attorneys of record.

Dated: July 16, 2024

PUBLIC.RESOURCE.ORG, INC.

_____
Carl Malamud, President

1

|  |  |
|---|---|
| Dated:  July 12, 2024 | Signatures of withdrawing attorneys:<br><br>  /s/ Andrew Phillip Bridges  <br>Andrew Phillip Bridges (USDC-DC AR2002) |
| Dated:  July 15, 2024 |   /s/ Matthew B. Becker  <br>Matthew B. Becker (*admitted pro hac vice*) |
| Dated:  July 10, 2024 |   /s/ Sebastian E. Kaplan  <br>Sebastian E. Kaplan *(admitted pro hac vice)* |

Mitchell L. Stoltz certifies that, pursuant to LCvR 5.4(b)(5), he possesses the handwritten signatures of the persons whose signatures are typewritten above.

Dated: July 16, 2024                                   Respectfully submitted,

  /s/ Mitchell L. Stoltz  
Mitchell L. Stoltz  
mitch@eff.org  
ELECTRONIC FRONTIER FOUNDATION  
815 Eddy Street  
San Francisco, CA 94109  
Telephone:  (415) 436-9333  
Facsimile:   (415) 436-9993  

Corynne McSherry (*admitted pro hac vice*)  
ELECTRONIC FRONTIER FOUNDATION  
815 Eddy Street  
San Francisco, CA 94109  
(415) 436-9333  
Fax: (415) 436-9993  
Email: corynne@eff.org  

David Halperin (D.C. Bar No. 426078)  
davidhalperindc@gmail.com  
1530 P Street NW  
Washington, DC 20005  
Telephone:  (202) 905-3434  

*Attorneys for Defendant/Counterclaimant Public.Resource.Org, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, the foregoing document was filed with the clerk of this Court via the CM/ECF system, which will notify all counsel of record.

>*/s/ Mitchell L. Stoltz*
>Mitchell L. Stoltz
>mitch@eff.org
>ELECTRONIC FRONTIER FOUNDATION
>815 Eddy Street
>San Francisco, CA 94109
>Telephone:(415) 436-9333
>Facsimile: (415) 436-9993