# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN SOCIETY FOR TESTING AND MATERIALS d/b/a ASTM INTERNATIONAL; <br><br> NATIONAL FIRE PROTECTION ASSOCIATION, INC.; and <br><br> AMERICAN SOCIETY OF HEATING, REFRIGERATING, AND AIR CONDITIONING ENGINEERS, <br><br>                 Plaintiffs/Counter-Defendants, <br><br> v. <br><br> PUBLIC.RESOURCE.ORG, INC., <br><br>                 Defendant/Counterclaimant. | Case No. 1:13-cv-01215-TSC <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY ANDREW PHILLIP BRIDGES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Andrew Phillip Bridges hereby withdraws as counsel for Defendant Public.Resource.Org, Inc. ("Public Resource") because he has retired from the practice of law. Public Resource continues to be represented by its other counsel who have appeared in the case. As indicated below, Public Resource consents to the withdrawal.

Public.Resource.Org consents to the withdrawal of Andrew Phillip Bridges.

*/s/ Carl Malamud*
Carl Malamud, President

Pursuant to LCvR 5.4(b)(5), Andrew Phillip Bridges certifies that he possesses the original handwritten signature of the signatory above on this document.

2

Dated: July 24, 2024                              Respectfully submitted,


                                                                             */s/ Andrew Phillip Bridges*
Andrew Phillip Bridges (USDC-DC AR2002)
115 Sheridan Way
Woodside, CA 94062-2345
(415) 420-1482
BridgesHomeOffice@gmail.com

*Attorney for Defendant/Counterclaimant
Public.Resource.Org, Inc.*

## CERTIFICATE OF SERVICE

I certify that on July 24, 2024, I am filing this document via the CM/ECF system, which will notify all counsel of record.

 /s/ Andrew Phillip Bridges